Exhibit G

1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-cv-181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

      v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

## DECLARATION OF WAYNE HUNSPERGER

Wayne L. Hunsperger, MAI, SRA, hereby deposes and says:

1.    I am certified as a real estate appraiser in the State of Colorado and have been professionally engaged in the field of real estate appraisal and consulting for over thirty years. Since 1991, I have been President of Hunsperger & Weston, Ltd., a full-service real estate appraisal and consulting firm with offices in Greenwood Village, Colorado. My work in the appraisal field has included substantial experience and publication in connection with the effects of environmental disamenities on property values, including residential and non-residential real estate. The Court is broadly familiar with my education, experience, and qualifications from its acquaintance with the record in these proceedings. A true and correct copy of my curriculum vitae is attached to this declaration and is also available at http://www.hwltd.net/hunsperger.pdf.

2.      I take this declaration in support of the proposed Plan of Allocation submitted by plaintiffs in connection with their Motion for Entry of Judgment (the "Plan").

3.      I have been asked to review the Plan to evaluate whether it represents a reasonable and workable approach to allocating the damages awarded in this matter to plaintiffs and members of the property class. In conducting that review and preparing this declaration, I have relied in part on my professional knowledge and experience, and also on my familiarity with the issues involving the class properties acquired through my work as an expert witness in this litigation.

4.      The Plan assumes that property records exist from Jefferson County, Colorado, that would permit identification of the owners of properties within the class area as of June 7, 1989, as well as the assignment of class properties to the categories of commercial, residential, and vacant land. Based on my general professional familiarity with Jefferson County property records, as well as specific consultations with Jefferson County officials undertaken in connection with this declaration, I can report that such records are in fact maintained by Jefferson County, do in fact exist for all relevant time periods, and are suitable for the purposes set forth in the Plan. Indeed, Jefferson County property records represent the best source, and probably the only complete source, through which to accomplish those purposes in a reasonable and efficient manner.

5.      At all relevant times, all properties within the class fell within the taxing authority of Jefferson County. Consequently, their assessed valuations will not vary as a function of differing assessment practices by multiple taxing authorities. Under article X, section 3 of the Colorado Constitution and other applicable law, property tax levies are required to be uniform upon all real property located within the territorial limits of the authority levying the tax. Reliance on assessments prepared under uniform methods by a single and disinterested governmental authority is a fair and

*Declaration of Wayne Hunsperger – Page 2*

workable approach. It is preferable to reliance on estimates prepared by class members' privately retained appraisers, which would escalate transaction costs, and which could also pose potential issues of fairness and equity, if individual appraisers performed their analyses under differing methods and assumptions.

6.      The calculations described in the Plan involve transparent and straightforward mathematics and can be performed based on the information in the property records at issue.

7.      The Plan makes provision for the Claims Administrator to recommend adjustments to the allocation, subject to the Court's approval. It is appropriate to permit some flexibility in the allocation, to accommodate the equities and to deal with special factual circumstances that may arise.

8.      The Plan also makes provision for a phase during which class members have an opportunity to be heard in connection with their awards under the Plan. It is appropriate to provide for such proceedings in case disputes arise concerning particular properties. For example, a class member might wish to present evidence that his or her property was miscategorized as residential when it should have been characterized as vacant land. Because the Jefferson County property records are generally reliable, such disputes should not be especially numerous nor difficult to resolve.

9.      In my estimation, the Plan represents a reasonable and feasible approach to developing an allocation of damages in these proceedings, in a manner consistent with the evidence and the jury's special verdict.

Further your declarant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May ___, 2006.

Wayne L. Hunsperger, MAI, SRA

# Current Summary of Professional Appraisal Qualifications
## WAYNE L. HUNSPERGER, MAI, SRA
### Real Estate Appraiser and Consultant

**EMPLOYMENT**

**President, Hunsperger & Weston, Ltd.**

**Hunsperger & Weston, Ltd. is an established real estate appraisal and counseling firm incorporated in the State of Colorado. The firm provides a wide range of real estate services to a national clientele.**

**EDUCATION**

**University of Texas at Austin (BBA 1970)**

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| **1991-Present** | **President, Hunsperger & Weston, Ltd.** |
| **1984-1991** | **President, Hunsperger/Van Court, Inc.** |
| **1975-1984** | **Appraiser, Midland Federal Savings** |

**COURSES, LECTURES AND SEMINARS PRESENTED**

**"Appraisal Content" - Pan Pacific Congress, Christchurch, New Zealand**
**"Impact of HAZMAT on Appraisals" - Pan Pacific Congress, Seoul, Korea**
**"Valuation of Environmentally Impaired Properties" - Denver, CO (Appraisal Institute)**
**"Valuation of Environmentally Impaired Properties" - Pittsburgh, PA (Int'l. ROW Assoc.)**
**"Valuation of Contaminated Properties" - St. Louis, MO (AASHTO/FHWA Conference)**
**"Landfills and Their Effect Upon Value" - Seattle, WA (Appraisal Institute)**
**"Appraising Contaminated Property" - Vail, CO (Colorado Trial Lawyers Assoc.)**
**"Valuing Conservation Easements" - San Jose, Costa Rica**
**"Valuation Theory and Application to Environmental Damage" - San Jose, Costa Rica**
**"Valuation Theory and Application to Environmental Damage" - Managua, Nicaragua**
**"Stigma Impacts on Neighboring Property Values" - University of Pennsylvania**
**"The Complexities of a Condemnation Appraisal" - Denver, CO (CLE International)**
**"Valuation of Environmentally Impaired Properties" - Hyannis, MA (GSA Conference)**

**VOLUNTEER ORGANIZATIONS**

**Provides valuation and education resources to various Central America organizations. Primary focus is to provide techniques to be used in the quantification of environmental damages and valuation of conservation easements. Organizations include:**

> **Environmental Law and Natural Resources Center (CEDARENA), Costa Rica**
> **Conservation and Management of Tropical Forests (COMBOS), Costa Rica**
> **Justicia Para La Naturaleza, Costa Rica**

**PROFESSIONAL AFFILIATIONS**

> **The Appraisal Institute (MAI and SRA)**
> **Past Member - Professional Standards Panel**
> **Past Member - General Experience Subcommittee**
> **Past Member - Symposium Committee**
> **Past Board of Directors - Chapter 22**
> **Past Chairman - Chapter 22 Admissions Committee (1989, 1990)**
> **Past Chairman - Chapter 22 Candidates Guidance Committee (1988)**
> **The International Right of Way Association**

**CERTIFICATIONS**

> **Colorado Certification Number CG01313804**
> **State of Montana - License No. 653RAG**
> **State of Washington - License No. 1101052**

**PUBLICATIONS**

> · <u>**Risk, Media and Stigma**</u>**, Chapter 9 - (Published by Earthscan Publications, Ltd., London)**
> · **"Impact of Hazardous Material on Value" - (Published by the Appraisal Institute, the Hazardous Materials Institute and the 15th Pan Pacific Congress)**
> · **"Heavy Metal Pollution and Residential Property Damages" - (Published by the Appraisal Institute)**
> · **"Landfills and Their Effect Upon Value" (Published by the Appraisal Institute)**
> · **"Valuation Theory and Application to Environmental Damage" - (Published for Environmental Conferences, Costa Rica and Nicaragua)**
> · **"Cutting the Content to Fit the Fee" - (Published by the 14th Pan Pacific Congress)**
> · **"The Complexities of a Condemnation Appraisal" - (Published for CLE International Eminent Domain Conference)**
> · **Contribution to GSA Appraisal Manual - RE: Appraising Contaminated Properties**
> · **"Methane Seepage from a Nearby Landfill: Its Effect on Commercial Real Estate" - (Published by the Appraisal Institute)**
> · **"Appraising Contaminated Property" - Vail, CO (Colorado Trial Lawyers Assoc.)**

**SCOPE OF PRACTICE**

> **Full range of appraisal services including:**
> **Portfolio Valuation/Pension Fund Analysis**
> **Valuation of All Types of Income Property**
> **Valuation of Multi-Use Development Land**
> **Valuation for Eminent Domain Purposes - State and Federal Rule Analysis**
> **Valuation and Consultation with Respect to Environmentally Impaired Property**

REPRESENTATIVE EXPERIENCE

*Institutional Valuation:*

Valuation of Acme Warehouse Facility, Denver, CO
Valuation of One DTC, Denver, CO
Valuation of Republic Plaza Office Tower, Denver, CO
Valuation of Colorado Centre, Denver, CO
Valuation of Oasis Apartments, Las Vegas, NV
Valuation of Office Building, Bismarck, ND
Valuation of Breakers Apartments, Denver, CO
Valuation of John Q. Hammons Hotels, Nationwide
Valuation of Industrial Portfolio, Longmont, CO
Valuation of R&D Portfolio, Denver, CO

*Eminent Domain:*

Valuation of Numerous Colorado E-470 Highway Acquisitions
Valuation of Convention Center Properties, Denver, CO
Valuation of Denver Airport Properties, Denver, CO
Valuation of Licenses at Rocky Mountain Arsenal, Denver, CO
Valuation of Extraction Well Easements, Fernald, OH
Valuation of Riverfront Industrial Properties, Bay City, MI
Valuation of Numerous Highway Takings, CO
Valuation of Acquisitions to NORAD Facility, CO
Valuation of Open Space Acquisitions, CO
Valuation of Contaminated Property - Union Pacific Railroad
Valuation of Waste Transfer Station

*Environmentally Impaired Property Valuation and Consultation:*

Valuation of Sand Creek Superfund Site, CO
Counseling - Bunker Hill Superfund Site, ID
Valuation of Bluff Road Superfund Site, SC
Area-wide Analyses (Heavy Metal Pollution), CO
Area-wide Analyses (Munitions Plant), CO
Counseling - Petro Chemical Companies, TX
Valuation of Contaminated Industrial Property, TX
Counseling - Groundwater Contamination, AZ
Valuation of CBD Office Building (PCB Contamination), CO
Valuation of Industrial Complex (VOC's & Solvents), CA
Area-wide Analyses (Diesel Spill), WI
Valuation of LUSTS, Numerous Locations
Valuation of Heavy Industrial Properties, Ohio and Michigan
Counseling - PCB Contamination, AL
Area-wide Analyses (Heavy Metal Pollution), IL

*Environmentally Impaired Property Valuation and Consultation (Con'd):*

**Counseling - Economic Impacts of Rocky Mountain Arsenal**
**Valuation of Various Brownfields Properties**
**Counseling - Refinery Contamination, CO**
**Valuation of Tank Farm Site, HI**
**Analysis of Petroleum Spill Impacts, Ellsworth A.F.B, SD**
**Counseling - Lead Smelter Impacts, MO**
**Valuation and Counseling - Lincoln Park Superfund Site, CO**
**Valuation - Leaking Natural Gas Storage Cavern, CO**

TESTIMONY EXPERIENCE

**Qualified as an Expert Witness in State and Federal Courts in Colorado, Ohio, Wisconsin, Texas, Missouri and South Dakota (See Rule 26 Testimony History)**

PARTIAL LIST OF CLIENTS

**Oil and Gas**

**Local Government**

**Federal Government**

**State Government**

**Tribal Government**

**Lending Institutions**