

## Business Units/Services

Boeing is the world's leading aerospace company and the largest combined manufacturer of commercial jetliners and military aircraft. With additional capabilities in rotorcraft, electronic and defense systems, missiles, rocket engines, satellites, launch vehicles and advanced information and communication systems, the company's reach extends to customers in 145 countries.





### Commercial Airplanes:

Boeing has been the premier manufacturer of commercial jetliners for more than 40 years. Boeing Commercial Airplanes is the world's leader in commercial aviation because of its complete focus on airplane operators and the passengers they serve.

### Integrated Defense Systems:

Boeing Integrated Defense Systems provides end-to-end services for large-scale systems that combine sophisticated communication networks with air-, land-, sea- and space-based platforms for global military, government and commercial customers.



### Connexion by Boeing:

Connexion by Boeing is a mobile information services provider delivering real-time, high-speed connectivity to airline passengers, affording them personalized access to



**Boeing Capital Corporation:**

Boeing Capital Corporation is a global provider of financing solutions. Working closely with Commercial Airplanes and Integrated Defense Systems, Boeing Capital Corporation arranges, structures and/or provides financing to facilitate the sale and delivery of Boeing commercial and military aircraft, satellites and launch vehicles.



**Phantom Works:**

At Phantom Works - the R&D unit of The Boeing Company - engineers are defining the future of aerospace. These engineers are developing the advanced technologies, processes and systems that will turn future possibilities into reality.



**Shared Services Group:**

The Boeing Company Shared Services Group (SSG) provides the company's business units and World Headquarters with innovative and effective common services that support the competitive design and manufacture of aerospace and defense products.

Site Terms | Privacy Policy | Contact Us | FAQ

Copyright © 1995 - 2006 Boeing. All Rights Reserved.