**Rockwell Automation** United States

# WHO WE ARE
## Our History

Rockwell Automation brands represent a deep history of product innovation and customer service. Here are the milestones in the evolution of Rockwell Automation.

### 1880
DODGE Manufacturing Company Incorporates, two years after Wallace H. Dodge began the manufacture of wood hardware specialties.

### 1885
Fred and Sam Goss launch Chicago's renowned Goss Printing Press Company in 1885. Fred was 38, Sam 27. Their flagship product was a new press they had designed and built - one that printed on two sides simultaneously.

### 1898
Henry Timken patents a tapered-roller bearing design that vastly improved axle performance. He launches the Timken Roller Bearing Axle Company, later divided into The Timken Roller Bearing Company and Timken-Detroit Axle Company.

### 1903
Lynde Bradley and Dr. Stanton Allen form the Compression Rheostat Company with an initial investment of $1,000.

### 1904
John C. Lincoln and Peter Hitchcock found the Lincoln Electric Manufacturing Company, a forerunner of Reliance Electric, in Cleveland, Ohio. Their first offering is the Type AS DC motor.

### 1908
Willard Rockwell graduates from M.I.T. and takes various engineering jobs, including a World War I civilian post as a military truck axle designer, while simultaneously serving as an Army reservist.

### 1910
Compression Rheostat Company renamed Allen-Bradley Company.

### 1914
DODGE Sales and Engineering Company is formed to sell and distribute DODGE Manufacturing Company products.

### 1915
Allen-Bradley sales reach $86,000.

### 1916
Dr. Stanton Allen dies.

### 1917
Allen-Bradley sales grow to $404,683.

**1919**
Willard Rockwell, running the engineering department of Torbensen Gear & Axle Company, designs a "double-reduction axle." The design is rejected by the company.

Willard Rockwell creates Wisconsin Parts Company in Oshkosh out of the bankrupt Hayes Machine Company. In addition to renaming it, he reorganizes it, takes over as President, and launches it into the production of worm drives and double-reduction axles.

**1920**
The "Bradleystat," a rheostat for use in automobile dashboards and radios is first cast.

**1924**
Bradleystat sales reach $1,161,380.

**1925**
Cedar Rapids newspaper announces that 15-year-old Arthur A. Collins had harnessed the "mysterious forces of the air" and made contact with Lieutenant Commander Richard E. Byrd in far-off Greenland.

Willard Rockwell assumes the presidency of Pittsburgh's Equitable Meter and Manufacturing Company while retaining his post at what had become Wisconsin Axle Company. Equitable later became Rockwell Manufacturing Company.

**1929**
Timken Detroit Axle acquires Wisconsin Axle. Willard Rockwell is elected to the Timken board. Wisconsin Axle becomes a division of the company in 1933, and Rockwell is elected Timken's president. He added Standard Steel Spring Company of Coraopolis, Pennsylvania to the list of companies he headed in 1936.

Reliance sales reach $3 million.

**1930**
Arthur Collins starts building radio transmitters in his new venture - the Collins Radio Company.

**1933**
Collins Radio Company has eight employees, moves into an office building and begins selling the new company's first product - the Collins 4A amateur radio transmitter.

Admiral Byrd and CBS select Collins Radio to establish and maintain radio contact for Byrd's historic expedition to the South Pole.

**1934**
Admiral Byrd makes the first radio broadcast from the Antarctic continent to America. His message to Arthur Collins is, "Your 20-B transmitter has been operating excellently for our broadcasts."

**1950**
Goss merges with The Miehle Company and Dexter Folder Company. The new Miehle-Goss-Dexter, Incorporated, was now the world's largest manufacturer of printing presses and graphic arts equipment.

**1955**
Collins introduces the first modem. It was the size of a refrigerator and weighed 700 lbs.

### 1962
North American Aviation founds a Science Center in Thousand Oaks, California.

### 1967
Reliance Electric purchases DODGE Mechanical Company.

Rockwell-Standard and North American Aviation join forces to create North American Rockwell. The new company posted sales of $2.4 billion in the first year.

### 1969
Three astronauts in a North American Rockwell "Apollo" spacecraft are launched by North American Rockwell rocket engines toward the moon. (July 16)

An estimated 600 million people on earth watch the first steps on the lunar surface, brought to them live in TV pictures sent by Collins Radio Company equipment. (July 20)

Miehle-Goss-Dexter merged with North American Rockwell.

Allen-Bradley U.K. Ltd., located in Bletchley England, becomes the company's first operation outside North America.

### 1973
North American Rockwell acquires the Collins Radio Company.

North American Rockwell merges with Rockwell Manufacturing. Headed by Willard Rockwell, Jr., Rockwell Manufacturing was the direct descendant of the Equitable Meter and Manufacturing Company. The new entity was named Rockwell International.

Collins Division of Rockwell International invents the first Automated Call Distributor (ACD) for Continental Airlines' reservation system, launching the business known today as Rockwell FirstPoint Contact.

### 1978
Willard F. Rockwell passes away at the age of 90.

### 1979
Willard F. Rockwell, Jr., retires from the chairmanship of Rockwell International.

### 1985
Allen-Bradley sets a new fiscal record with sales of $1 billion.

Allen-Bradley purchases Electronics Corporation of America and acquires the photoswitch line of photoelectric sensors.

Rockwell purchases Allen-Bradley, the North American leader in the industrial automation equipment market, for $1.651 billion, marking the largest acquisition in Wisconsin's history. (February 20, 1985)

### 1990
Rockwell creates a formal Defense Electronics organization in 1990, based it in Anaheim, California, and merges all of the company's military electronics businesses into the division.

### 1994
Allen-Bradley merges its software business with ICOM to form Rockwell Software Inc., the world leader in development and support of software for the automation marketplace.

### 1995
Rockwell acquires Reliance Electric for $1.6 billion. The combination of the Allen-Bradley and Reliance brand names significantly improves Rockwell's ability to compete as a world-leader in the served factory automation markets.

### 1996
Rockwell streamlines its focus by selling its Graphic Systems business to Stonington Partners.

Rockwell announces the sale of its aerospace and defense businesses to Boeing for $3.2 billion.

### 1997
Rockwell spins-off its Automotive business, which began trading on the NYSE under the name Meritor Automotive, Inc.

Rockwell acquires the In-Flight Entertainment (IFE) business of Hughes-Avicom International, Inc. and renames it Rockwell Collins Passenger Systems.

### 1998
Rockwell spins-off its Semiconductor Systems to shareholders, establishing a new company known as Conexant.

Rockwell Automation purchases Anorad Corporation, a market-leader in linear motor-based precision positioning equipment.

### 1999
Rockwell moves its corporate headquarters from Costa Mesa, California to Milwaukee, Wisconsin.

Rockwell Automation purchases additional shares of Reliance Electric Japan, giving the company 50 percent ownership and expanding sales opportunities in the region.

### 2000
Rockwell Electrionic Commerce patents its web call-back application.

Rockwell Automation acquires Entek, adding predictive monitoring technology to its automation controls offerings.

Rockwell announces spin-off plans for Rockwell Collins to shareowners.

Rockwell Automation and Omron Corporation form strategic alliance, agreeing to a common architecture and cross-branding of products.

### 2001
Rockwell spins-off Rockwell Collins avionics and communications business unit to shareowners.

Rockwell International Corporation changes its name to Rockwell Automation.

### 2002

Rockwell Electronic Commerce changes its name to Rockwell FirstPoint Contact.

## 2003

The Allen-Bradley brand, known for its high quality products, celebrates its 100th anniversary throughout the year. The celebration culminates with Rockwell Automation's annual customer trade show and education event, known as Automation Fair. The event is held for the first time in its 12 year history in Milwaukee, the home town of Allen-Bradley. Over 15,000 people attend.

## 2004

Rockwell Automation sells Rockwell FirstPoint Contact to Concerto Software.

Copyright © 2006 Rockwell Automation, Inc.  All Rights Reserved.