IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER

Kane, J.

I am in receipt of Plaintiffs' Motion for Entry of Judgment, filed May 4, 2006. I appreciate Plaintiffs' thoughtful views on the best method by which to put this case in a posture for appeal. I would like to hear from Defendants on this issue, as well as on Plaintiffs' further request for approval of their proposed damages allocation plan and form of judgment as appropriate, but believe it would be most efficient for this response to be submitted in conjunction with any post-trial motions the parties intend to file. Accordingly, I will notify the parties of the briefing schedule for Plaintiffs' Motion for Entry of Judgment when I set the schedule for the filing of any post-trial motions.

With respect to a second motion filed by Plaintiffs, their Motion to Amend the Caption or the Complaint, or in the Alternative, to Substitute Rockwell's Successor

Companies as the Parties in Interest, filed May 5, 2006, Defendants shall respond no later than May 26, 2006.  Plaintiff may file a reply no later than June 12, 2006.

Plaintiffs report that Defendants did not state their position regarding the relief requested by Plaintiffs in either motion when Plaintiffs attempted to confer with them as required by Local Rule 7.1A.  Defendants shall promptly confer with Plaintiffs regarding these motions in order to identify any matter raised by them that is not disputed.  If the parties reach agreement on any matter addressed in Plaintiffs' motions, they shall promptly notify me of this circumstance.

IT IS SO ORDERED this 8th day of May, 2006.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court