# EXHIBIT A

## Juror Y April 11, 2006 Affidavit

## FILED SEPARATELY UNDER SEAL