**EXHIBIT C**

1/24/06

I need to request a meeting with Judge Kane @ 12:45 Today if Possible

**JUROR'S NAME REDACTED.**