# EXHIBIT D

## UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19ᵗʰ STREET
DENVER, COLORADO 80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

JOHN L. KANE
SENIOR JUDGE

January 24, 2006

Dear

## JUROR'S NAME REDACTED.

Please refer to Jury Instruction No. 4.4 on Page 86. I cannot meet with you except on the record in open court with counsel for the parties present. Please write a note to me and if I have to bring counsel in, I will. Otherwise, I will answer you in writing. This process is cumbersome, but the law is intend to make certain that I do not attempt in any way to influence your deliberations or verdict. Thus, a written record of all communications must be made.

Thank you for your cooperation in this regard,

Sincerely,

John L. Kane