**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**MOTION TO SEAL UNREDACTED VERSION OF DEFENDANTS' RENEWED
MOTION FOR MISTRIAL AND RELATED JUROR AFFIDAVITS
(DOCKET NO. 2174)**
_____

      Defendants respectfully request this Court to seal the unredacted version of their Renewed Motion for Mistrial and Related Affidavits (docket no. 2174), for the reasons set forth in footnote 4 of that Motion.[1]  This motion pertains to matters that have been deemed confidential by this Court.  Defendants do not move to seal the redacted version of this motion (docket no. 2175), for the reasons stated in the same footnote.

---

[1] The unredacted version of Defendants' Motion (docket no. 2714)was filed under electronic seal.

Dated:  May 10, 2006                                  Respectfully submitted,


                                          s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

              s/ Kari Knudsen_____
              Kari Knudsen (legal assistant)