**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
_____

       Defendants respectfully request that this Court extend the date by which Defendants must submit a response to Plaintiffs' Motion to Amend the Caption or the Complaint, or in the Alternative, to Substitute Rockwell's Successor Companies as Parties in Interest by 3 weeks or until June 16, 2006.

       1.     After 16 years of litigation and a lengthy trial, plaintiffs now seek, for the first time, to substitute five entities in place of Rockwell International based, in large part, on a 1996 transaction and corporate merger. None of these entities have appeared in this litigation before. Plaintiffs' motion apparently seeks to make each of these entities wholly liable for Rockwell's portion of any judgment issuing from the recent multi-million-dollar verdict.

2.        Plaintiffs seek to name and introduce into this litigation as parties-in-interest (or putative defendants) five separate, independent entities:  Rockwell Automation, Inc., The Boeing Company, ArvinMeritor, Inc., Conextant Systems, Inc., and/or Rockwell Collins, Inc. (the "Non-Defendants").  These are the entities whose substantive rights would be affected by the relief that plaintiffs request, and thus the entities who are entitled to receive notice and an opportunity to be heard by this Court with respect to plaintiffs' motion.

3.        Upon receipt of plaintiffs' motion, defendants' counsel have been investigating the question of who the successor-in-interest to any liability of Rockwell International is. Towards this end, defendants' counsel have been gathering and reviewing relevant transactional documents and other materials from both public and non-public sources and contacting relevant individuals to ascertain information related to the issues raised by the motion.  Defendants' counsel have also attempted to establish contact with some representatives of the Non-Defendants to discuss their positions on plaintiffs' motion.[1]  Despite prompt and diligent effort, this has proven to be a time-consuming and cumbersome process, particularly in light of the numerous different, independent corporate entities involved and the need for those entities to get up to speed and become conversant on the decade-old underlying transactional details as well as

---

[1] At the present time, defendants' counsel has not seen evidence to confirm that all of the Non-Defendants have been served with plaintiffs' motion pursuant to Federal Rule of Civil Procedure 4(h).  Even for any Non-Defendant who may have been served, defendants' counsel does not know whether each such entity has had sufficient time or opportunity to assess, evaluate or come to any position on the underlying issues plaintiffs raise, the merits of the motion or the relief that plaintiffs seek.

the history and scope this 16-year-old litigation to which plaintiffs seek to add them.  Thus, defendants' counsel estimate that this process, along with meeting and conferring with plaintiffs' counsel and preparing a response to plaintiffs' motion, will last an additional three weeks beyond the original response date of May 26.

5.      Pursuant to Local Rule 7.1, the parties conferred on May 22 regarding the relief requested by the motion, and plaintiffs indicated that they do not oppose defendants' request for a three-week extension of the response date to June 16, 2006.

Dated:  May 22, 2006                                          Respectfully submitted,


                                                                                         s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

               s/ Kari Knudsen_____
               Kari Knudsen (legal assistant)