**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181**

___

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

___

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME**
___

    Plaintiffs do not oppose Defendants' Unopposed Motion for Extension of Time (May 22, 2006) [Ct. Rec. 2180], but respectfully submit this response to certain of the statements made in defendants' unopposed motion.

    For weeks, plaintiffs have repeatedly sought to meet and confer with defendants concerning Plaintiffs' Motion to Amend the Caption/Complaint (May 5, 2006) [Ct. Rec. 2171] – the underlying motion to which defendants' requested extension relates.  Plaintiffs first did so prior to the motion's filing, by phone on May 2, 2006.  At that time, defendants did not state a position on the relief requested, and plaintiffs indicated their hope that the issue could be resolved amicably.

    Subsequent to filing of plaintiffs' motion, the Court directed the parties to make prompt additional efforts to meet and confer.  *See* Order, at 2 (May 8, 2006) [Ct. Rec. 2173].  In response, plaintiffs' counsel e-mailed defense counsel on May 9, 2006, and again on May 17, 2006, to inquire

when a conference between the parties might be scheduled. On both occasions, defendants responded that they were not yet ready to schedule such a conference and would contact plaintiffs when they were.

At no time during this process have defendants inquired about the status of service on the entities named in plaintiffs' motion. We did inform defendants that plaintiffs' papers were being served on each entity in a manner consistent with Fed. R. Civ. P. 4. All the entities have in fact been served. Plaintiffs will file the returns of service and provide copies to defendants.

As we have repeatedly advised defense counsel, plaintiffs hope that this matter might be resolved by agreement, and plaintiffs stand ready to discuss the issue with defendants, when defendants reach the point where they feel prepared to do so. In any such discussions, plaintiffs will be attentive to any information on the subject of Rockwell's corporate successor(s) that defendants may present. Defendants have presented no such information to date.

Dated: May 23, 2006                                      Respectfully submitted,


                                                              s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for Plaintiffs
And the Class

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                                                s/ Peter Nordberg
                                               Peter Nordberg