IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

Defendants.

---

### ORDER

---

Kane, J.

Defendants' Unopposed Motion for Extension of Time, filed May 22, 2006, is

GRANTED.  Defendants shall file a response to Plaintiffs' Motion to Amend the Caption

or the Complaint, or in the Alternative, to Substitute Rockwell's Successor Companies as

the Parties in Interest, no later than June 16, 2006.  Plaintiff may file a reply no later than

July 3, 2006.

In my May 8, 2006 Order, I ordered that "Defendants shall promptly confer with

Plaintiffs regarding [Plaintiffs' Motion to Amend and Motion for Entry of Judgment, filed

May 4, 2006] in order to identify any matter raised by them that is not disputed.  If the

parties reach agreement on any matter addressed in Plaintiffs' motions, they shall

promptly notify me of this circumstance."  Defendants shall provide a certification

demonstrating compliance with this order no later than June 2, 2006, which is one month

after Plaintiffs first sought to confer with Defendants regarding these motions.  If

Defendants do not meet and confer and provide the required certification by this date, or

if Plaintiffs dispute any certification filed by Defendants, I may compel both parties to

meet and confer in Denver at a date, time and place to be determined.

IT IS SO ORDERED this 24th day of May, 2006.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court