IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CASE NO. 90-CV-00171-JLK
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jimmy Moore**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

( ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( X ) Other: **Plaintiffs' Motion to Amend the Caption or the Complaint, or in the Alternative, to Substitute Rockwell's Successor Companies as Parties in Interest**

1.   ( ) By leaving a copy with the named party, ------- personally on -------.

2.   ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( X ) On the within party, **The Boeing Company** by leaving a copy with **Lawrence Oliver II, Chief Counsel/Investigations and Authorized Person**, on **May 9, 2006**, and informed that person of the contents thereof.

4.   ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**          RACE: **African American**     APPROXIMATE AGE: **40**

5.   ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **100 N Riverside Plaza, Chicago, IL**
TIME OF DAY: **2:42 PM**

6.   ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **10th** day of **May 2006**.

OFFICIAL SEAL
KELLY L DENT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/02/09

Jimmy Moore
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885