| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| BERGER & MONTAGUE, P.C.<br>1622 LOCUST STREET<br>PHILADELPHIA PA 19103 | 215-875-3000<br><br>Ref. No. or File No. | |
| ATTORNEY FOR  PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>DISTRICT COURT, BOULDER COUNTY, COLORADO | | |
| SHORT TITLE OF CASE:<br>MERILYN COOK  :  ROCKWELL | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 060775 | | | | 90 CV 00181 JLK |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   PLAINTIFF'S MOTION TO AMEND THE CAPTION OR THE COMPLAINT, OR IN THE ALTERNATIVE, TO SUBSTITUTE ROCKWELL'S SUCCESSOR COMPANIES AS PARTIES IN INTEREST

2. a. Party served: CONEXANT SYSTEMS, INC.

   b. Person served: DOTTIE SCHROEDER
       Title: AUTHORIZED AGENT

   c. Address: 4000 MacARTHUR BLVD.
       WEST TOWER
       NEWPORT BEACH CA 92660

3. I served the party named in item 2
   a. by personally delivering the copies on 05/10/06 at 02:30PM

4. Person serving: BARBARA TUSTISON        Fee for service:$    109.95

All Counties Attorney Service          d. Registered California process server
1625 E. 17th Street                    (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                    (2) Registration No. PSC 1501
714-558-1403 FAX 714-558-0261          (3) County: ORANGE
                                       (4) Expiration: 08/23/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 05/09/06                         > SIGNATURE