# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 90-CV-00181-JLK

Plaintiff:
**Merilyn Cook et al.,**

vs.

Defendant:
**Rockwell International Corporation et al.,**

For:
Jennifer Macnaughton
Berger & Montague PC
1622 Locust Street
Philadelphia, PA  19103

Received by Esquire Deposition Services to be served on **ROCKWELL AUTOMATION INC., 777 East Wisconsin Avenue, Suite 1400, Milwaukee, WI 53202.**

I, Michael Gundersen, being duly sworn, depose and say that on the **9th day of May, 2006** at **4:28 pm, I:**

Served the within named corporation by leaving a true and correct copy of **PLAINTIFF'S MOTION TO AMEND THE CAPTION OR THE COMPLAINT, OR IN THE ALTERNATIVE, TO SUBSTITUTE ROCKWELL'S SUCCESSOR COMPANIES AS PARTIES IN INTEREST** with Kathy Silva, Legal Administrative Assistant an individual appearing to be in charge of the office at the time of service.

I do further state that I am not a party to this action, that I am over the age of eighteen and a citizen of this state.

Subscribed and Sworn to before me on the 10th day of May, 2006 by the affiant who is personally known to me.

_Donna L. Gundersen_
NOTARY PUBLIC
My Commission Expires: 2/10/08

Michael Gundersen
Process Server

Esquire Deposition Services
1800 John F. Kennedy Blvd.,
Philadelphia, PA  19103
(215) 988-9191

Our Job Serial Number: 2006000749