# PROOF OF SERVICE

Court: In the United States District Court For The District of Colorado.

Case No.: 90-CV-00181-JLK

Plaintiff: Merilyn Cook et al.

Defendant: Rockwell Collins Inc. and The Dow Chemical Company.

Papers served: Plaintiffs' Motion to Amend the Caption or the Complaint, or in the Alternative, to Substitute Rockwell's Successor Companies as Parties in Interest and Attached Documents hereafter ("Papers").

*********************************************************************************

I HEREBY certify and make return that I received the above described Papers on May 9, 2006 and on May 9, 2006 at 1:30 pm served the same on the within named

Rockwell Collins Inc. at 2222 Grand Ave., Des Moines, County of Polk, State of Iowa

by delivering a copy thereof in the following manner:

__X__ I served the above named company, corporation, partnership, association, etc., by delivering a copy to the registered agent named below.

CT Corporation Registered Agent accepted by Nancy Zehr Administrative Assistant

*NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE)*

Douglas S. Brower

SUBSCRIBED AND SWORN to before me by the said Douglas S. Brower this 25th day of May, 2006

NOTARY PUBLIC in and for the State of Iowa
Commission Expires:

DENNIS YOHE
COMMISSION NO. 738545
MY COMMISSION EXPIRES
1-13-09