IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**JOINT MOTION FOR EXTENSION OF TIME**
_____

        The parties respectfully request that this Court extend the dates by which defendants must submit a response to Plaintiffs' Motion to Amend the Caption or the Complaint, or in the Alternative, to Substitute Rockwell's Successor Companies as Parties in Interest and by which plaintiffs must file a reply in support of such Motion by one week. The parties had additional meet and confer discussions on June 16, 2006 regarding the issues raised by plaintiffs' Motion, and are continuing to meet and confer. On the basis of these discussions, the parties now believe that they may be able to reach agreement resolving some or all of these issues. The parties estimate that one week would be a reasonable amount of time in order to address remaining issues concerning whether any agreement can be reached. The parties thus respectfully request an extension of one week to attempt to resolve these issues raised by the motion, such that,

2

should it ultimately be necessary to brief the matter fully, defendants' response would be due on June 23, 2006 and plaintiffs' reply would be due on July 10, 2006.

Dated:  June 16, 2006                                   Respectfully submitted,


                                                s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY


s/ David Sorensen_____
Merrill G. Davidoff
Peter Nordberg

2

David Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO  80206
(303) 399-3000

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

               s/ Kari Knudsen_____
               Kari Knudsen (legal assistant)