IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The parties' Joint Motion for Extension of Time (Doc. 2191), filed June 16, 2006, is **GRANTED.**  Defendants' response to Plaintiffs' Motion to Amend the Caption or the Complaint, or in the Alternative, to Substitute Rockwell's Successor Companies as Parties in Interest, is due no later than **June 23, 2006**.  Plaintiffs' reply is due no later than **July 10, 2006**.

_____

Dated: June 16, 2006