**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**JOINT SUBMISSION REGARDING PLAINTIFFS' MOTION
TO AMEND THE CAPTION OR THE COMPLAINT OR IN
THE ALTERNATIVE TO SUBSTITUTE ROCKWELL'S SUCCESSOR
COMPANIES AS PARTIES OF INTEREST**
_____

        The parties submit the following joint statement resolving Plaintiffs' Motion to Amend the Caption or the Complaint, or in the Alternative, to Substitute Rockwell's Successor Companies as Parties in Interest ("Rockwell Successor Motion").

        1.      On May 5, 2006, plaintiffs filed a motion pursuant to Federal Rules of Civil Procedure 15 and 25 seeking to add or substitute one or more of five separate corporate entities for defendant Rockwell International Corporation in this matter. The parties met and conferred on the issues raised by the motion, during the course of which plaintiffs stated that the primary purpose of the Rockwell Successor Motion was to identify the entity (or entities) against which

plaintiffs could execute any possible judgment against Rockwell International Corporation in this matter.

2.      Rockwell International Corporation and the Boeing Company hereby submit the Statement/Description of Successor Interest attached hereto as Exhibit A.

3.      During the course of conferring on this motion, the plaintiffs agreed that they would withdraw the Rockwell Successor Motion without prejudice in return for defendant Rockwell International Corporation and The Boeing Company providing the written statement attached hereto as Exhibit A.  By operation of the filing of this pleading, plaintiffs hereby withdraw their May 5 Rockwell Successor Motion.

Dated:  June 23, 2006                                    Respectfully submitted,

                                                s/ John E. Tangren_____
                                                One of the Attorneys for the Defendants
                                                David M. Bernick
                                                Douglas J. Kurtenbach
                                                Ellen Therese Ahern
                                                KIRKLAND & ELLIS LLP
                                                200 East Randolph Drive
                                                Chicago, Illinois 60601-6636
                                                Phone:  312-861-2000
                                                Fax:     312-861-2200

                                                COUNSEL FOR DEFENDANT
                                                ROCKWELL INTERNATIONAL
                                                CORPORATION and THE BOEING
                                                COMPANY


                                                s/ Joseph J. Bronesky_____
                                                Joseph J. Bronesky
                                                SHERMAN & HOWARD L.L.C.
                                                633 Seventeenth Street, Suite 3000

Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

COUNSEL FOR ROCKWELL
AUTOMATION, INC., ROCKWELL
COLLINS, INC., CONEXANT SYSTEMS,
INC. and ARVINMERITOR INC.


s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
David Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO  80206
(303) 399-3000

COUNSEL FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

s/ Kari T. Knudsen_____
Kari T. Knudsen (legal assistant)