**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' MOTION FOR LEAVE TO FILE
UNREDACTED AFFIDAVIT OF JUROR X**
_____

In accordance with the Court's instructions, defendants are filing a version of Juror X's affidavit as Exhibit A to their Renewed and New Motion for Mistrial that redacts Juror X's identity, the identity of the other jurors mentioned, and certain details surrounding the departure of Juror X from the jury. (*See*, *e.g.*, 2/17/06 Hr'g Tr. at 10820-10821 ("I have sealed the information regarding the identity of the jurors . . . in the interim all of that information will be sealed, and I ask counsel to exercise their best discretion, particularly with respect to any identification of the one juror who was excused after the deliberations began.").) The rationale for the Court's sealing orders is to protect juror privacy. (*See* 1/25/06 Trial Tr. at 10751 ("And my only concern is to protect the privacy interests of a juror who has been here throughout this trial and devoted her very, very best efforts to it. And I see no useful purpose in allowing her name to be disclosed.").)

The procedure defendants followed with respect to earlier-filed juror affidavits was to file unredacted versions under seal, except that Juror X was referred to as "Juror X." However, Juror X has now indicated that she is willing for her name and affidavit to become public:

> I am aware that my name could become public as a result of this affidavit. But I am very proud of my service on this jury and have nothing to hide. While I appreciate the efforts to protect my privacy, I do not believe that such protection is necessary. I am eager to come forward because I think the Denver community should know the true facts about what happened at this trial. I do not agree that concerns for my privacy are valid reasons for keeping "secret" or "under seal" the facts about any of the bullying that occurred in this case."

(*See* Ex. A to Defs.' Renewed and New Mot. for Mistrial, Juror X Aff., ¶ 21.)  For the sake of completeness of the record, defendants thus request leave to file an unredacted version of Juror X's affidavit.

Dated:  July 20, 2006                                Respectfully submitted,

                                                     s/ John E. Tangren
                                                     One of the Attorneys for the Defendants
                                                     David M. Bernick
                                                     Douglas J. Kurtenbach
                                                     Ellen Therese Ahern
                                                     Mark J. Nomellini
                                                     John E. Tangren
                                                     KIRKLAND & ELLIS LLP
                                                     200 East Randolph Drive
                                                     Chicago, Illinois 60601-6636
                                                     Phone:  312-861-2000
                                                     Fax:    312-861-2200

                                                     Joseph J. Bronesky
                                                     SHERMAN & HOWARD L.L.C.
                                                     633 Seventeenth Street, Suite 3000
                                                     Denver, Colorado 80202
                                                     Phone:  303-297-2900

         Fax: 303-298-0940

         Attorneys for ROCKWELL
         INTERNATIONAL CORPORATION and
         THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com


                                                s/ Courtney Biggins_____
                                                Courtney Biggins (legal assistant)