# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

_____

## DEFENDANTS' STATEMENT IN RESPONSE TO PLAINTIFFS' STATEMENT REGARDING DEFENDANTS' RENEWED AND NEW MOTION FOR MISTRIAL
_____

Defendants concur with plaintiffs' request that this Court set a briefing schedule on Defendants' Renewed and New Motion for Mistrial. Most of the matters that plaintiffs mention in their latest Statement are already addressed in Defendants' Motion and can be further addressed in the course of briefing. Defendants file this present Statement, however, to respond to plaintiffs' conjecture that defendants have been preparing Juror X's affidavit since she first contacted defense counsel in mid-April, and therefore defendants have somehow improperly delayed filing their latest Renewed and New Motion for Mistrial. That conjecture is incorrect.

Though Juror X first initiated contact with defense counsel in mid-April, meetings and substantive discussions with Juror X were deliberately deferred until notice could be given to the Court. Accordingly, defendants informed the Court in their May 9 Renewed Motion for Mistrial and Related Juror Affidavits that Juror X had initiated contact with defendants, stated that this Court's orders "allow attorneys to speak with any juror if the juror initiates the contact," and

indicated their intent to follow through on Juror X's contact.  (Defs.' 5/9/06 Renewed Motion for Mistrial at 3 & n.5.)  In this Court's May 10 Order, it did not modify its prior orders nor preclude defendants from returning Juror X's contact.  No such modification ever issued thereafter, nor did plaintiffs request any such modification.  Defendants, *after May 10*, met with Juror X, discussed the circumstances of her service and dismissal from the jury in this case, and the affidavit was prepared.

Dated:  July 21, 2006                                     Respectfully submitted,


                                                          s/ John E. Tangren
                                                          One of the Attorneys for the Defendants
                                                          David M. Bernick
                                                          Douglas J. Kurtenbach
                                                          Ellen Therese Ahern
                                                          Mark J. Nomellini
                                                          John E. Tangren
                                                          KIRKLAND & ELLIS LLP
                                                          200 East Randolph Drive
                                                          Chicago, Illinois 60601-6636
                                                          Phone:  312-861-2000
                                                          Fax:     312-861-2200

                                                          Joseph J. Bronesky
                                                          SHERMAN & HOWARD L.L.C.
                                                          633 Seventeenth Street, Suite 3000
                                                          Denver, Colorado 80202
                                                          Phone:  303-297-2900
                                                          Fax:     303-298-0940

                                                          Attorneys for ROCKWELL
                                                          INTERNATIONAL CORPORATION and
                                                          THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com


                                              s/ Courtney Biggins_____
                                              Courtney Biggins (legal assistant)