IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

1. Defendants' Motion for Leave to File Unredacted Affidavit of Juror X (Doc. 2196) is GRANTED in part and DENIED in part. The affidavit of Juror X may be filed in unredacted form *except* that the names of other jurors identified therein shall remain redacted. Defendants shall file Juror X's affidavit, with juror names redacted, no later than noon tomorrow, August 2, 2006.

2. At this time, no additional briefing on Defendants' "Renewed and New Motion for Mistrial" (Doc. 2169) is invited or will be accepted.

Dated:  August 1, 2006