**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**NOTICE OF FILING OF JUROR AFFIDAVIT**
_____

        Defendants hereby give notice that they are filing a copy of the affidavit of juror Teresa Youngquist as Exhibit A to this Notice, which had previously been filed in redacted form as Exhibit A to Defendants' Renewed and New Motion for Mistrial Based on Undisclosed Ex Parte Communications, filed on July 20. 2006.  The names of other jurors remain redacted from this copy pursuant to this Court's August 1, 2005 Order.


Dated:  August 2, 2006                              Respectfully submitted,


                                                        s/ John E. Tangren_____
                                                        One of the Attorneys for the Defendants
                                                        David M. Bernick
                                                        Douglas J. Kurtenbach
                                                        Ellen Therese Ahern

2

Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                                              s/ Courtney Biggins_____
                                                                              Courtney Biggins (legal assistant)