**ATTACHMENT A**

Chronology of Parties' Proposed Jury Instructions and Verdict Forms

**Chronology of Parties' Proposed Jury Instructions and Verdict Forms**[1]

| Date | Docket # | Document Title |
|---|---|---|
| 07/13/2004 | Doc. 1244 | Plaintiffs' Proposed Jury Instructions and Objections and Proposed Verdict Form - Trespass Claims |
| 07/13/2004 | Doc. 1245 | Defendants' Submission of Trespass Jury Instructions and Jury Verdict Forms, and Defendants' Objections to Plaintiffs' Trespass Jury Instructions and Jury Verdict Forms |
| 08/06/2004 | Doc. ____[2] | Plaintiffs' Proposed Nuisance Jury Instructions and Jury Verdict Forms |
| 08/06/2004 | Doc. ____ | Defendants' Submission of Nuisance Jury Instructions and Jury Verdict Forms, and Defendants' Objections to Plaintiffs' Nuisance Jury Instructions |
| 09/03/2004 | Doc. 1272 | Plaintiffs' Proposed Phase III [Damages and Non-substantive] Jury Instructions, Verdict Form, and Objections |
| 09/03/2004 | Doc. 1271 | Defendants' Submission of Phase III [Damages and Non-substantive] Jury Instructions and Jury Verdict Forms |
| 09/06/2005 | Doc. 1436 | Plaintiffs' Proposed Supplemental Instructions and Objections to Defendants' Supplemental Instructions |
| 09/16/2005 | Doc. 1445 | Defendants' Submission of Supplemental Jury Instructions and Jury Verdict Form, and Defendants' Objections to Plaintiffs' Supplemental Jury Instructions |

---

[1] This chronology does not include separately filed objections or briefing relating to proposed jury instructions.

[2] The parties' August, 2004 proposed nuisance instructions and verdict forms were forwarded to chambers but not filed and docketed when they were submitted. I have separately directed the Clerk's Office to enter both parties' submissions into the case record.

On August 6, 2004, the parties also tendered responses to my July 27, 2004 request for revised trespass instructions. *See* Order (Doc. 1249). These submissions, which are also not of record, did not proffer any changes to the trespass instructions separately proposed by the parties on July 13, 2004 (Docs. 1244 & 1245).

| | | |
|---|---|---|
| 09/23/2005 | Doc. 1455 | Defendants' Amended Submission of Supplemental Jury Instructions |
| 09/23/2005 | Doc. 1456 | Plaintiffs' Proposed Limiting Instruction: Utility Versus Harm |
| 10/10/2005 | Doc. 1499 | Defendants' Submission of Limiting Instructions Pursuant to the 10/7/05 Hearing and a Related Statement by Defendants |
| 11/04/2005 | Doc. 1589 | Plaintiffs' Proposed Jury Instructions (Miscellaneous)[3] |
| 11/06/2005 | Doc. 1595 | Defendants' Motion for a Limiting Instruction Regarding the Testimony of Dr. S. Paul Slovic |
| 11/17/2005 | Doc. 1679 | Defendants' Proposed Instruction Regarding Deposition Testimony of Dr. James Flynn |
| 12/07/2005 | Doc. 1755 | Defendants' Proposed Instructions Regarding Stigma Evidence and Class Members |
| 12/08/05 | Doc. 1768 | Defendants' Proposed Instruction Regarding the Type of Compensatory Damages That Can Be Awarded |
| 12/11/2005 | Doc. 1783 | Amended Defendants' Proposed Instructions Regarding Stigma Evidence and Class Members |
| 12/22/2005 | Doc. 1885 | Plaintiffs' Proposed Revisions to Jury Instructions |
| 12/28/2005 | Doc. 1903 | Memorandum in Support of Defendants' Motion for Mistrial Or, in the Alternative, Defendants' Proposed Instructions |
| 01/09/2006 | Doc. 1947 | Plaintiffs' Proposed Verdict Form |
| 01/10/2006 | Doc. 1958 | Defendants' Proposed Changes to Preliminary Jury Instructions |
| 01/11/2006 | Doc. 1963 | Defendants' Proposed Jury Verdict Forms |
| 01/13/2006 | Doc. 1978 | Plaintiffs' Proposed Revisions to Jury Instructions |

---

[3] This proposed instruction addressed the representation of witnesses at depositions. The jury was instructed on this point in different terms after Plaintiffs' submission of this proposal. *See* Nov. 4, 2005 Trial Tr. at 4101. Neither party proposed that this instruction be included in the final set of jury instructions, and as a result it was not provided to the jury at the close of trial and is not addressed in the attached memorandum opinion.

| | | |
|---|---|---|
| 01/17/2006 | Doc. 2009 | Defendants' Proposed Instruction Regarding Corporate Retention of Expert Witnesses |
| 01/25/2006 | Doc. 2052 | Plaintiffs' Proposed Supplemental Jury Instruction |