IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,

      Defendants.

## ORDER ON BRIEFING SCHEDULE

Kane, J.

In light of my issuance today of four memorandum opinions addressing the outstanding issues in this case, I order as follows:

Defendants shall file a response to Plaintiffs' Motion for Entry of Judgment (Doc. 2169), filed May 4, 2006, no later than January 12, 2007.  Plaintiffs shall file a reply no later than February 1, 2007.

The parties shall also file any final motions challenging the jury's verdict or seeking a new trial no later than January 12, 2007, with responses due no later than February 1, 2007 and replies no later than February 16, 2007.

IT IS SO ORDERED this 7th day of December, 2006.

                                              **s/John L. Kane**
                                              John L. Kane, Senior Judge
                                              United States District Court