IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,

    Defendants.

_____

**ORDER DISCLOSING TWO JURY NOTES WITH JURORS' NAMES REDACTED**
_____

On January 25, 2006, this Court received two notes from the jury regarding Juror X. Those notes were sealed and made a part of the record as pages 18 and 19 of sealed Doc. 2120. In conformance with the December 7, 2006 Order on Defendants' Second Renewed and New Motion for Mistrial, it is

ORDERED that the two jury notes regarding Juror X shall be disclosed with the names of the jurors redacted and shall be attached to this Order as Exhibits 1 and 2. The jury notes with the names of the jurors shall remain sealed.

Dated this 8th day of December, 2006.

                                          BY THE COURT:

                                        **s/John L. Kane**
                                        John L. Kane, Senior Judge
                                        United States District Court