JUROR'S
NAME
REDACTED   —
                                          1:35
Just left the room and
During a heated discussion
She said she would B thinking
Suicidal thoughts last night
and she would rather Die
Then finish this case We Need
immediate help, We

EXHIBIT
1