1/25
11:20 am

I Just want to make sure that The Court knows that JUROR'S NAME REDACTED make coments about Suicidal thoughts last night & restated it today in front of everyone in the Jury Room. It may not be proper to release her right now Even to her husband. I am concerned about her safety.

— JUROR'S NAME REDACTED

EXHIBIT 2