IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,

      Defendants.

_____

## ORDER FOR RELEASE OF UPDATED 1/25/06 TRIAL TRANSCRIPT
_____

      In conformance with the December 7, 2006 Order on Defendants' Second Renewed and New Motion for Mistrial, it is

      ORDERED that Volume 89 of the Reporter's Trial Transcript in this case, reporting on proceedings on January 25, 2006, be released for entry into the record in an updated form removing all previous redactions with the exception of individual juror names. Juror names will remain redacted in the interest of Juror privacy. The unredacted transcript for this date shall remain sealed.

      Dated this 8th day of December, 2006.

                                        BY THE COURT:

                                        **s/John L. Kane**
                                        John L. Kane, Senior Judge
                                        United States District Court