# Sherman & Howard L.L.C.

ATTORNEYS & COUNSELORS AT LAW
633 SEVENTEENTH STREET, SUITE 3000
DENVER, COLORADO 80202
TELEPHONE: 303 297-2900
FAX: 303 298-0940
OFFICES IN: COLORADO SPRINGS
RENO • LAS VEGAS • PHOENIX

Joseph J. Bronesky
Direct Dial Number: (303) 299-8450
E-mail: jbronesk@SAH.COM

September 2, 2005

Judge John L. Kane
United States District Court
901 19th Street
Denver, CO  80294

      Re:    Cook, et al. v. Dow & Rockwell

Dear Judge Kane,

      Per your request, attached please find a courtesy copy of the Report of F. Ward Whicker dated November 21, 1996.

      Sincerely,

      *[signature]*

      Tricia Eckman,
      Secretary to Joseph J. Bronesky

:te
Enclosure