# Plutonium and Americium in the Environs of Rocky Flats: Spatial Distribution, Environmental Transport, and Human Exposure

a report to

**Dow Chemical Company**
Midland, Michigan 48674
Contract Dow00

and

**The Colorado Department of Public Health and Environment**
Denver, Colorado 80222
Contract EMV 930778

F.W. Whicker and S.A. Ibrahim
Principal Investigators

Department of Radiological Health Sciences
Colorado State University
Fort Collins, CO 80523-1673

November 21, 1996

## TABLE OF CONTENTS

|                                                                            | Tab/Page   |
|---|---|
| EXECUTIVE SUMMARY ............................................. | Summary |
|    Introduction ............................................................. 1 |
|    Findings to Date ........................................................ 3 |
|       Soil Studies ......................................................... 3 |
|       Vegetation Studies ................................................ 7 |
|       Urine Bioassay Study ........................................... 8 |
|       Pu in Great Western Reservoir Sediment ................. 9 |
|       Gamma-Emitting Radionuclides in Soil ..................... 10 |
|       Background Radiation Variation Along the Front Range ............... 10 |
|       Implications of Data for Human Doses from Plutonium ............... 12 |
| CHAPTER 1. SOIL SAMPLING SITE CHARACTERIZATION ............ | Chapter 1 |
|    Introduction .............................................................. 1 |
|    Soil Sampling and Preparation ..................................... 1 |
|    Site Characterization ................................................. 5 |
|    References ............................................................... 16 |
| CHAPTER 2. THE SPATIAL DISTRIBUTION AND INVENTORY OF PLUTONIUM IN SOIL ............................... | Chapter 2 |

    Manuscript: A three-dimensional spatial model of plutonium in soil near Rocky Flats, Colorado. Health Physics (In Press).

    Manuscript: Inventory estimates of $^{239}$Pu in soil east of Rocky Flats, Colorado. To be submitted to Health Physics.

    Appendices A-C: QA/QC, Procedures, Raw Data.

    Galley Proof: Contributions of Rocky Flats releases to the total plutonium in regional soils. Health Physics 72(1):42-48; 1997.

TABLE OF CONTENTS (Continued)

Tab/Page

CHAPTER 3.  COMPARATIVE DISTRIBUTION OF $^{241}$Am AND $^{239,240}$Pu IN SOILS AROUND THE ROCKY FLATS ENVIRONMENTAL SITE .................................................. Chapter 3

    Reprint: Health Physics 70(4):520-526; 1996

CHAPTER 4.  VERTICAL MOVEMENT OF ACTINIDE-CONTAMINATED SOIL PARTICLES ...................................... Chapter 4

    Introduction ................................................................. 1

    The Distribution of Pu and Am on Soil Particles from the Rocky Flats Plant Site ........................................ 3

    Movement of Th-Labeled Soil Particles through a Homogeneous Soil Medium .............................................. 32

    Summary, Conclusions and Recommendations ........................ 61

CHAPTER 5.  A GAMMA MONITORING TECHNIQUE FOR ESTIMATING PU CONTAMINATION AROUND NUCLEAR WEAPONS FACILITIES ................................................ Chapter 5

    Reprint: J. Radioanalytical & Nuclear Chem.  197(1):115-131; 1995

CHAPTER 6.  SOURCES OF MISINTERPRETATION FOR ENVIRONMENTAL PLUTONIUM MEASUREMENTS ............................ Chapter 6

    Reprint: J. Radioanalytical & Nuclear Chem. 194(1):213-219; 1995

CHAPTER 7.  SOIL MASS LOADING ON VEGETATION ................. Chapter 7

    Abstract: Health Physics 66(6):515; 1994.

    Introduction ................................................................. 1

    Methods and Materials ..................................................... 2

    Results and Discussion ..................................................... 4

    Conclusions ................................................................. 6

    References ................................................................. -

TABLE OF CONTENTS (Continued)

Tab/Page

**CHAPTER 8. PLUTONIUM CONCENTRATION IN LICHENS OF ROCKY
FLATS ENVIRONS** .......................................... Chapter 8

Reprint: Health Physics 68(3):311-319; 1995.

**CHAPTER 9. PLUTONIUM EXCRETION IN HUMAN URINE:
EFFECTS OF PROXIMITY TO ROCKY FLATS, AGE,
AND OTHER FACTORS** ................................... Chapter 9

**CHAPTER 10. PLUTONIUM AND CESIUM IN THE SEDIMENTS OF GREAT
WESTERN RESERVOIR** .................................. Chapter 10

Introduction ................................................. 1

Methods and Materials .................................... 4

Results and Discussion .................................... 9

Conclusions ................................................ 21

References ................................................. 23

**CHAPTER 11. AM-241, CS-137, TH-232, and RA-226 in SOILS AROUND
ROCKY FLATS** .......................................... Chapter 11

Tables of data.

**CHAPTER 12. BACKGROUND RADIATION VARIATION IN POPULATED
AREAS ALONG THE FRONT RANGE OF COLORADO** .... Chapter 12

Introduction ................................................. 1

Methods ..................................................... 2

Results and Discussion .................................... 4

References .................................................. 9