# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

John Tangren
To Call Writer Directly:
312 861-2002
jtangren@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 861-2200

January 25, 2005

**VIA PERSONAL DELIVERY**

Honorable John L. Kane
The Alfred A. Arraj United States Courthouse
901 19th Street
Room A-838 / Courtroom 11
Denver, CO 80294-3589

Re:   *Cook v. Rockwell Int'l Corp. and The Dow Chemical Co.*

Dear Judge Kane:

Defendants request a conference with the Court at 8:30 a.m. this morning to discuss Defendants' Motion Regarding the Jury's Note filed January 24, 2006; and related matters, before the instruction goes to the jury. As set forth in defendants' emergency motion filed last night, defendants request therein that the jury be instructed using verbatim language from In re Hoery v. United States, 64 P.3d 214 (Colo. 2003):

> Under Colorado law, a defendant who sets in motion a force which, in the usual course of events, will damage property of another is guilty of a trespass on such property. It is enough that an act is done with knowledge that it will to a substantial certainty result in the entry of the foreign matter.

Sincerely,

John Tangren

John Tangren
*Counsel for Defendants*

cc:  Merrill Davidoff
     Peter B. Nordberg
     *Counsel for Plaintiffs*

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.