IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,

    Defendants.

_____

**ORDER**
_____

The following documents, all of which were submitted to chambers in connection with this action, shall be filed and entered in the case record:

1. Plaintiffs' Proposed Nuisance Jury Instructions and Jury Verdict Forms submitted on August 6, 2004. This document shall be docketed as if filed on August 6, 2004. This voluminous document shall not be scanned into the electronic case filing system, but shall be maintained in paper form in the case record.

2. Defendants' Objections to Plaintiffs' Nuisance Jury Instructions submitted on August 6, 2004. This document shall be docketed as if filed on August 6, 2004. This voluminous document shall not be scanned into the electronic case filing system, but shall be maintained in paper form in the case record.

3. The November 1996 expert report by F. Ward Whicker, as submitted to chambers on September 2, 2005. This document shall be docketed as if filed on September 2, 2005 and linked to Defendants' Response to Plaintiffs' Motion to Exclude Testimony of Certain Defense Witnesses (Doc. 1398). The September 2, 2005 transmittal letter from Defendants and the cover page and Table of Contents for Dr. Whicker's November 1996 report shall be scanned into the electronic case filing system. The remainder of Dr. Whicker's report is voluminous and shall thus be maintained, with the cover letter, cover page and Table of Contents, in paper form in the case record.

4. The letter from Defendants' counsel dated January 25, 2005 [sic], pertaining to Defendants' Motion Regarding the Jury's Note (Doc. 2050), filed on January 24, 2006. This letter shall be docketed as if filed on January 25, 2006, scanned into the electronic case filing system, and linked in the electronic case filing system to Defendants' Motion Regarding the Jury's Note (Doc. 2050).

IT IS SO ORDERED.

Dated this 8th day of December, 2006.

              BY THE COURT:

              **s/John L. Kane**
              John L. Kane, Senior Judge
              United States District Court