**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

___

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
___

Defendants respectfully move for a ten-day extension of time for the filings due on January 12, 2007.  Plaintiffs do not oppose defendants' motion.

On December 7, 2006, the Court issued four memorandum opinions and set forth a briefing schedule for responding to plaintiffs' motion for judgment and filings challenging the jury's verdict or seeking a new trial.  Pursuant to this schedule, defendants must file a reply to plaintiffs' motion for entry of judgment and any motions challenging the jury's verdict or seeking a new trial by January 12, 2007.  (12/7/06 Order on Briefing Schedule.)

Defendants seek an extension because the Court's rulings were extensive, and defendants are working diligently to take them into account in their filings in response to plaintiffs' motion for judgment and in their motions challenging the jury's verdict or seeking a new trial. Furthermore, with the press of the upcoming religious and other holidays, defendants' counsel and clients had various pre-paid vacations scheduled between now and the January 12, 2007 due dates.  Having canceled similar vacations last year due to trial, defendants are seeking to minimize the need to again cancel such vacations this year.  A ten-day extension is modest under

the circumstances and would not interfere with the timely completion of the briefing on the post-trial motions.

Accordingly, given the parties' positions and the amount of work to be accomplished between now and January 12, 2007, defendants' hereby request a ten-day extension of time to respond to plaintiffs' motion for judgment and to file motions challenging the jury's verdict or seeking a new trial. Defendants request that these filings be due on January 22. Pursuant to discussions with plaintiffs, all other filings would similarly be extended by ten days, or to the next court day following the tenth day, if the extension results in a deadline falling on a weekend or court holiday. In order to avoid the need to cancel vacations, defendants respectfully request a ruling on this motion in the near future, if that is at all possible for the Court.

Dated:  December 14, 2006                                         Respectfully submitted,


                                                                  s/ John E. Tangren_____
                                                                  One of the Attorneys for the Defendants
                                                                  David M. Bernick
                                                                  John E. Tangren
                                                                  KIRKLAND & ELLIS LLP
                                                                  200 East Randolph Drive
                                                                  Chicago, Illinois 60601-6636
                                                                  Phone:  312-861-2000
                                                                  Fax:     312-861-2200

                                                                  Joseph J. Bronesky
                                                                  SHERMAN & HOWARD L.L.C.
                                                                  633 Seventeenth Street, Suite 3000
                                                                  Denver, Colorado 80202
                                                                  Phone:  303-297-2900
                                                                  Fax:     303-298-0940

                                                                  Attorneys for ROCKWELL
                                                                  INTERNATIONAL CORPORATION and
                                                                  THE DOW CHEMICAL COMPANY

2

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

               s/ Courtney Biggins_____
               Courtney Biggins (legal assistant)