IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

    Defendants.

_____

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**
_____

Kane, J.

    Defendants' Unopposed Motion for Extension of Time (Doc. 2216), filed December 14, 2006, is GRANTED. Defendants shall respond to Plaintiffs' Motion for Entry of Judgment no later than January 22, 2007. Plaintiffs shall reply no later than February 12, 2007.

    Any motions challenging the jury's verdict or seeking a new trial shall be filed no later than January 22, 2007. Responses shall be filed no later than February 12 and replies no later than February 27.

    Dated this 15th day of December, 2006.

                                              **s/John L. Kane**
                                              John L. Kane, Senior District Judge
                                              United States District Court