**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

___

### DEFENDANTS' MOTION FOR CLARIFICATION ON THE NEED TO RESUBMIT TRIAL EXHIBITS TO THE COURT
___

       Defendants hereby request clarification on the need to resubmit trial exhibits to the Court. In support thereof, defendants state as follows:

       1.    Following trial, the parties picked up the trial exhibits from the Court. Defendants are not certain what trial exhibits the Court still has, if any.

       2.    In support of these defendants' post-trial motions, filed today, literally hundreds of trial exhibits, many of which are quite voluminous, are cited. Because defendants do not wish to burden the Court unnecessarily with exhibits, and because these exhibits may have to be included in the record at a future date in any event as part of any appeal, defendants request the Court's guidance as to whether the Court would like the parties to submit a full set of the trial exhibits, to submit the exhibits specifically referenced in the parties' post-trial filings (a task as to which the parties could coordinate to reduce duplication), or to submit no trial exhibits at all.

2

Dated:  January 22, 2007                         Respectfully submitted,


                                                    s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                      s/ Courtney Biggins_____
                                                      Courtney Biggins (legal assistant)