358 F.Supp.2d 1003                                                                    Page 15

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

Regarding the Type of Compensatory Damages That Can be Awarded (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869183 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Supplement to Their Motion to Exclude the Testimony of Shirley A. Fry, M.D. (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869184 (Trial Motion, Memorandum and Affidavit) Motion to Exclude Defendants' Untimely Expert Evidence Regarding Dose Calculations (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869185 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Reconsideration of 12/10/05 Order Granting Plaintiffs' Motion to Compel Discovery from Dr. John Till or in the Alternative for Limited Extension of Time (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869376 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Proposed Instructions Regarding Stigma and Class Members (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3783189 (Trial Motion, Memorandum and Affidavit) Supplemental Response to Plaintiffs' Motion to Exclude the Testimony of Dr. Shirley A. Fry (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3802600 () The deposition upon oral examination of Shirley Fry, a witness produced and sworn before me, sally Cekander, RPR, Notary Public in and for the County of Boone, State of Indiana, taken on behalf of the Plaintiffs at the offices of Cohen & Malad, One I ndiana Square, Suite 1400, Indianapolis, Indiana, on Federal Rules of Civil Procedure. (Dec. 9, 2005)
• 2005 WL 3869160 () Deposition of William F. Weston, Ph.D. (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869165 () Deposition of William F. Weston, Ph.D. Volume I (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869197 (Trial Motion, Memorandum and Affidavit) Supplemental Response to Plaintiffs' Motion to Exclude the Testimony of Dr. Shirley A. Fry (Dec. 9, 2005) Original Image of this Document (PDF)

• 2005 WL 3869374 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Compel Discovery from Dr. John Till (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869375 (Trial Motion, Memorandum and Affidavit) Supplemental Response to Plaintiffs' Motion to Exclude the Testimony of Dr. Shirley A. Fry (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3785150 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Judgment as A Matter of Law (Dec. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3869373 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Judgment as a Matter of Law (Dec. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3785147 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3785148 (Trial Motion, Memorandum and Affidavit) Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Exclude the Testimony of Dr. Selbin and Defendants Objections to Exhibits Sought to be Used During the Testimony of Dr. Selbin (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3785149 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Second Motion to Admit Documents and Present Them Directly to the Jury (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3802602 () (Partial Testimony) (Dec. 7, 2005)
• 2005 WL 3869163 () (Partial Testimony) (Dec. 7, 2005)
• 2005 WL 3869164 () (Partial Testimony) (Dec. 7, 2005)
• 2005 WL 3869369 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion for a Protective Order Barring the Deposition of William Weston (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3869370 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 7, 2005) Original Image of

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                                                              Page 16

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

this Document (PDF)
• 2005 WL 3869371 (Trial Motion, Memorandum and Affidavit) Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Exclude the Testimony of Dr. Selbin and Defendants Objections to Exhibits Sought to be Used During the Testimony of Dr. Selbin (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3869372 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Reply in Support of Their Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3785146 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion to Exclude the Testimony of Joel Selbin (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869365 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion to Exclude the Testimony of Joel Selbin (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869366 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Exclude the Testimonies of Fry, Grogan and Voilleque (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869367 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Response to Motion for Reconsideration or Clarification (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869368 (Trial Motion, Memorandum and Affidavit) Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Testimony from Michael Norton (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3802393 () Deposition of John R. Frazier, Ph.D. (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3844965 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Exclude Certain Testimony from Michael Norton (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3844966 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion in Limine to Limit The Testimony of Wayne Hunsperger Regarding Government Restrictions (Dec. 5, 2005) Original Image of this Document (PDF)

• 2005 WL 3844967 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3851423 () Deposition of John R. Frazier, Ph.D. (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3869159 () Deposition of John R. Frazier, Ph.D. (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3869162 () Deposition of John R. Frazier, Ph.D. (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3869203 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3785145 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Exclude Expert Testimony From Dr. Shirley Fry, Dr. Helen A. Grogan, & Mr. Paul G. Voillequ%21e (Dec. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3844963 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Reconsideration of the Court's Order Admitting Plaintiffs' Expert Reports Or, In the Alternative, for Clarification Of the Court's Order (Dec. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3844964 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger Regarding Government Restrictions (Dec. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3851430 () (Report or Affidavit of John A. Auxier, Ph.D.) (Dec. 4, 2005)
• 2005 WL 3851421 () Deposition of Helen Grogan, Ph.D. (Dec. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3869125 () Deposition of Helen Grogan, Ph.D. (Dec. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3785144 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude the Testimony of Dr. Joel Selbin (Dec. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3802394 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                 Page 17

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

of this Document (PDF)
• 2005 WL 3802395 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3802599 () (Partial Testimony) (Dec. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3851422 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3851424 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3869117 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3869123 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 5088123 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for a Protective Order Barring the Deposition of William Weston During Trial as Untimely (Dec. 1, 2005)
• 2005 WL 3844962 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion to Strike the Expert Reports of Drs. Budnitz, Goble, Slovic, and Flynn" (Nov. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3785143 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of Its Motion to Exclude Evidence of Plaintiffs' Consumer Price Index Adjustment for Property Damages (Nov. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3844959 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Plaintiffs' Designations from the Deposition of A. Bryan Siebert (Nov. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3844960 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply to Plaintiffs' Memorandum in Opposition to ""Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger" (Nov. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3844961 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Further Support of Their Motion to Exclude Plaintiffs' Designations

From the Deposition of A. Bryan Siebert (Nov. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3869361 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion in Limine Regarding Cross-Examination of Bowman and Lund (Nov. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3869364 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of its Motion to Exclude Evidence of Plaintiffs' Consumer Price Index Adjustment for Property Damages (Nov. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3869356 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger" (Nov. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869357 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger" (Nov. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869358 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion in Limine Regarding Cross-Examination of Bowman and Lund (Nov. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869360 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Plaintiffs' Designations From the Deposition of A. Bryan Siebert (Nov. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869355 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion in Limine Regarding Cross-Examination of Bowman and Lund (Nov. 17, 2005) Original Image of this Document (PDF)
• 2005 WL 3869359 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Strike the Expert Reports of Drs. Budnitz, Goble, Slovic, and Flynn (Nov. 17, 2005) Original Image of this Document (PDF)
• 2005 WL 3869353 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion to Exclude Evidence of Plaintiffs' Consumer Price Index Adjustment for Property Damages" (Nov. 16, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                                                    Page 18

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

• 2005 WL 3869354 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to Defendants' Motion to Exclude Testimony By Charles Mckay Regarding Other Lawsuits (Including Government Takings) and Regarding Mr. McKay's Interactions With Rocky Flats Security (Nov. 16, 2005) Original Image of this Document (PDF)

• 2005 WL 3785142 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion of 11/14/05 to Exclude Testimony by Dr. Wing (Nov. 15, 2005) Original Image of this Document (PDF)

• 2005 WL 3869349 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion of 11/14/05 to Exclude Testimony By Dr. Wing (Nov. 15, 2005) Original Image of this Document (PDF)

• 2005 WL 3869350 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Exhibits Sought to be Admitted By Plaintiffs in Conjunction With Candice Jierree Deposition Designations (Nov. 15, 2005) Original Image of this Document (PDF)

• 2005 WL 3869351 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Exhibits Sought to Be Used By Plaintiffs With Dr. Steven Wing and Related Testimony (Nov. 15, 2005) Original Image of this Document (PDF)

• 2005 WL 3869352 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger (Nov. 15, 2005) Original Image of this Document (PDF)

• 2005 WL 3785140 (Trial Motion, Memorandum and Affidavit) Defendants' Combined Objections to Exhibits for Richard Kaufman and Reply in Support of Their Motion to Strike Richard Kaufman as a Witness (Nov. 14, 2005) Original Image of this Document (PDF)

• 2005 WL 3785141 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Testimony by Dr. Wing Regarding: (1) Allegedly Improper Classification by the Doe/Aec; and (2) Alleged Improper Efforts by the Doe/Aec to Influence the Scientific Process%n1%n (Nov. 14, 2005) Original Image of this Document (PDF)

• 2005 WL 3869347 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Testimony By Dr. Wing Regarding: (1) Allegedly Improper Classification By the DOE/AEC; and (2)

Alleged Improper Efforts By the DOE/AEC to Influence the Scientific Process%n1%n (Nov. 14, 2005) Original Image of this Document (PDF)

• 2005 WL 3869348 (Trial Motion, Memorandum and Affidavit) Defendants' Motion Regarding Objections to Mark Silverman Deposition Designations and Exhibits%n1%n (Nov. 14, 2005) Original Image of this Document (PDF)

• 2005 WL 3785139 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Richard Kaufman as Witness (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869339 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Richard Kaufman as Witness (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869340 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion to Bar Certain Testimony from Dr. Thomas Cochran" (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869341 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit Whalen's Testimony (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869342 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to Motion to Limit Whalen's Testimony (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869343 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion to Exclude Testimony By Dr. Wing" (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869344 (Trial Motion, Memorandum and Affidavit) Response to Defendants' Objections to Plaintiffs' Designations of Testimony and Exhibits from Karl Z. Morgan, Ph.D. (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869345 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Testimony By Charles McKay Regarding Other Lawsuits (Including Government Takings) and Regarding Mr. Mckay's Interactions With Rocky Flats Security (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869346 (Trial Motion, Memorandum

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                                      Page 19

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

and Affidavit) Defendants' Motion to Exclude Testimony By Charles McKay Regarding Other Lawsuits (including Government Takings) and Regarding Mr. McKay's Interactions With Rocky Flats Security (Nov. 13, 2005) Original Image of this Document (PDF)

• 2005 WL 3869337 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Strike Richard Kaufman as A Witness (Nov. 11, 2005) Original Image of this Document (PDF)

• 2005 WL 3869338 (Trial Motion, Memorandum and Affidavit) Defendants' Objections to Plaintiffs' Designations of Deposition Testimony of Albert J. Hazle and to Use of Deposition Exhibits at Trial (Nov. 11, 2005) Original Image of this Document (PDF)

• 2005 WL 3869333 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to Motion to Exclude Gretchen Robb from Testifying (Nov. 10, 2005) Original Image of this Document (PDF)

• 2005 WL 3869334 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Strike and Exclude Testimony of Dr. Richard Clapp and Related Exhibits (Nov. 10, 2005) Original Image of this Document (PDF)

• 2005 WL 3869335 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine Regarding the Examination of Rodney Hoffman and Richard Kaufman (Nov. 10, 2005) Original Image of this Document (PDF)

• 2005 WL 3869336 (Trial Motion, Memorandum and Affidavit) Defendants' Objections to Plaintiffs' Designations of Deposition Testimony of Karl Z. Morgan and to Use of Deposition Exhibits at Trial (Nov. 10, 2005) Original Image of this Document (PDF)

• 2005 WL 3785137 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to ""United States' Statement of Interest and Motion for Protective Order" (Nov. 9, 2005) Original Image of this Document (PDF)

• 2005 WL 3785138 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Certain Testimony from Dr. Thomas Cochran (Nov. 9, 2005) Original Image of this Document (PDF)

• 2005 WL 3869328 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to ""United States' Statement of Interest and Motion for Protective Order" (Nov. 9, 2005) Original Image of

this Document (PDF)

• 2005 WL 3869329 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of Gretchen Robb (Nov. 9, 2005) Original Image of this Document (PDF)

• 2005 WL 3869330 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Robb from Testifying (Nov. 9, 2005) Original Image of this Document (PDF)

• 2005 WL 3869331 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Certain Testimony from Dr. Thomas Cochran (Nov. 9, 2005) Original Image of this Document (PDF)

• 2005 WL 4867458 () Reporter's Transcript Trial to Jury Volume 34 (Nov. 9, 2005) Original Image of this Document (PDF)

• 2005 WL 3802598 () Reporter's Transcript (Nov. 7, 2005)

• 2005 WL 3869327 (Trial Motion, Memorandum and Affidavit) Memorandum in Support of the United States' Statement of Interest and Motion for Protective Order (Nov. 7, 2005) Original Image of this Document (PDF)

• 2005 WL 3869323 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Compel Plaintiffs to Provide a Realistic Witness List (Nov. 6, 2005) Original Image of this Document (PDF)

• 2005 WL 3869324 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Exhibits Sought to Be Used By Plaintiffs On November 7, 2005 (Nov. 6, 2005) Original Image of this Document (PDF)

• 2005 WL 3869325 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of Dr. W. Gale Biggs (Nov. 6, 2005) Original Image of this Document (PDF)

• 2005 WL 3869326 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for a limiting Instruction Regarding the Testimony of Dr. S. Paul Slovic (Nov. 6, 2005) Original Image of this Document (PDF)

• 2005 WL 3785136 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition To ""Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony" (Nov. 4, 2005) Original Image of this Document (PDF)

• 2005 WL 3869321 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion for Admission of Exhibits (Nov. 4, 2005) Original

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                                       Page 20

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

Image of this Document (PDF)
• 2005 WL 3869322 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to ""Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony" (Nov. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3785134 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Dr. Robert Goble from Offering Undisclosed Opinions and from Relying Upon Documents not Cited in His Expert Report (Nov. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3785135 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of K. Shawn Smallwood (Nov. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3869178 () Declaration of Andrew Weston-Dawkes (Nov. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3869320 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of K. Shawn Smallwood (Nov. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3785133 (Trial Motion, Memorandum and Affidavit) Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony (Nov. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3869318 (Trial Motion, Memorandum and Affidavit) Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony (Nov. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3869319 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Set a Firm Order of Witnesses and Schedule and to Preclude Cumulative Testimony (Nov. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3785132 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion in Limine to Exclude Exhibit P-63 (Oct. 30, 2005) Original Image of this Document (PDF)
• 2005 WL 3869317 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion in Limine to Exclude Exhibit P-63 (Oct. 30, 2005) Original Image of this Document (PDF)
• 2005 WL 3785130 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion in Opposition to Defendants' Motion for

Reconsideration Regarding Admission of Sanchini Journals (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3802597 () (Partial Testimony) (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869310 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion for Reconsideration Regarding Admission of Sanchini Journals (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869314 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Exclude Robert Budnitz'S Proposed Testimony About ""Potentially Catastrophic" Releases That Never Occurred (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869315 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Exclude Exhibit PX-63 (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869316 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion for a Protective Order or to Quash Discovery (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3785128 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Reconsideration Regarding Admission of Sanchini Journals (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3785129 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit the Testimony by Robert Budnitz Concerning Issues in the North and Budnitz Report (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3785131 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit the Testimony by Robert Budnitz Concerning Issues in the North and Budnitz Report (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3802596 () (Partial Testimony) (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869305 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Admit Search Warrant Affidavit (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869306 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Use James

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                                           Page 21

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

Willging's Prior Deposition Testimony (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869307 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Reconsideration Regarding Admission of Sanchini Journals (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869308 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit the Testimony by Robert Budnitz Concerning Issues in the North and Budnitz Report (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869311 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion for Protective Order or to Quash Discovery (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869312 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit the Testimony By Robert Budnitz Concerning Issues in the North and Budnitz Report (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869304 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Evidence of Plaintiffs' Consumer Price Index Adjustment for Property Damages (Oct. 25, 2005) Original Image of this Document (PDF)
• 2005 WL 3869303 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion Concerning Exhibits P-1239 Through P-1249 (The Sanchini Diaries) (Oct. 24, 2005) Original Image of this Document (PDF)
• 2005 WL 3785126 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Bar Testimony By Wes Mckinley (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3785127 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Bar Testimony by Jon Lipsky (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869300 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Bar Testimony By Wes McKinley (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869301 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Bar Testimony

By Jon Lipsky (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869302 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion Concerning Defendants' Exhibit D-66 (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3785124 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Testimony By Wes Mckinley (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3785125 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Testimony By Jon Lipsky (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869297 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Testimony By Wes Mckinley (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869298 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Exclude Evidence of Lorren Babb's Emotional Distress (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869299 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Testimony By Jon Lipsky (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869296 (Trial Motion, Memorandum and Affidavit) Defendants' Memorandum in Opposition to ""Defendants' Motion Concerning Plaintiffs' Violations of the Court's in Limine Rulings During Opening Statements" (Oct. 19, 2005) Original Image of this Document (PDF)
• 2005 WL 3869294 (Trial Motion, Memorandum and Affidavit) Memorandum in Opposition to Defendants' Motion to Exclude the ""Mary Walker" Briefing (Oct. 17, 2005) Original Image of this Document (PDF)
• 2005 WL 3869295 (Trial Motion, Memorandum and Affidavit) Memorandum in Opposition to Defendants' Motion to Exclude the ""Mary Walker" Briefing (Oct. 17, 2005) Original Image of this Document (PDF)
• 2005 WL 3869292 (Trial Motion, Memorandum and Affidavit) Defendants' Emergency Motion for a Protective Order and to Quash Discovery (Oct. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3869293 (Trial Motion, Memorandum and Affidavit) Defendants' Motion Concerning

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003

Page 22

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

Plaintiffs' Violations of the Court's in Limine Rulings During Opening Statements (Oct. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3783186 (Trial Motion, Memorandum and Affidavit) Defendants' Emergency Motion to Compel Compliance with Pretrial Requirements (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3783187 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion for Protective Order or to Quash Discovery (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869289 (Trial Motion, Memorandum and Affidavit) Defendants' Opposition to Plaintiffs' Emergency Motion to Halt Defendants' Telephone Survey and for Related Discovery and Further Relief (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869290 (Trial Motion, Memorandum and Affidavit) Defendants' Emergency Motion to Compel Compliance With Pretrial Requirements (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869291 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion for Protective Order or to Quash Discovery (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3782259 () (Report or Affidavit of Wayne L. Hunsperger and David B. Clayton) (Oct. 3, 2005)
• 2005 WL 3782269 () (Report or Affidavit of John Radke, Ph.D.) (Oct. 3, 2005)
• 2005 WL 3869287 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion for Protective Order or to Quash Discovery (Oct. 3, 2005) Original Image of this Document (PDF)
• 2005 WL 3869288 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Emergency Motion to Halt Defendants' Telephone Survey Contacting Representative Plaintiffs and Class Members, and for Related Discovery and Further Relief (Oct. 3, 2005) Original Image of this Document (PDF)
• 2005 WL 3869286 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Witnesses for Whom Discovery has Not Been Provided (Sep. 30, 2005) Original Image of this Document (PDF)

• 2005 WL 3782266 () Supplemental Expert Report Regarding Environmental Releases at the Rocky Flats Plant (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3782267 () (Report or Affidavit of F. Ward Whicker) (Sep. 29, 2005)
• 2005 WL 3782268 () (Report or Affidavit of Risk Assessment Corporation) (Sep. 29, 2005)
• 2005 WL 3783185 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion to the Testimony of Dr. Steven Wing (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3869285 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion to the Testimony of Dr. Steven Wing (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3869284 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Newly Disclosed Witnesses (Sep. 28, 2005) Original Image of this Document (PDF)
• 2005 WL 3869283 (Trial Motion, Memorandum and Affidavit) Joint Motion for Clarification Re September 22, 2005 Minute Order (Sep. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869282 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion to Compel Discovery (Sep. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3783184 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Compel Discovery from Plaintiffs (Sep. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3869280 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Compel Discovery from Plaintiffs (Sep. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3869281 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Enter Proposed Order Re: Privacy of Jury Venire, and Incorporated Memorandum of Law (Sep. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3782258 () (Report or Affidavit of Steven Wing, Ph.D.) (Sep. 16, 2005)
• 2005 WL 3783183 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude The Testimony of Dr. Steven Wing (Sep. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 3869279 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude the

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                           Page 23

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

Testimony of Dr. Steven Wing (Sep. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 3782260 () (Report or Affidavit of Robert Goble, Ph.D.) (Aug. 22, 2005)
• 2005 WL 3782261 () Deposition of Kenneth T. Wise, Ph.D. (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3782262 () (Partial Testimony) (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3782263 () (Report or Affidavit of Wayne Hunsperger) (Aug. 22, 2005)
• 2005 WL 3782264 () (Report or Affidavit of Paul Slovic) (Aug. 22, 2005)
• 2005 WL 3782265 () Affidavit of Daniel L. McFadden (Aug. 22, 2005) Original Image of this Document with Appendix (PDF)
• 2005 WL 3869170 () Supplemental Expert Report of Ralph C. d'Arge (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869171 () (Report or Affidavit of Robert L. Goble, Ph.D.) (Aug. 22, 2005)
• 2005 WL 3869172 () (Report or Affidavit of Robert Goble, Ph.D.) (Aug. 22, 2005)
• 2005 WL 3869173 () Affidavit of Dr John A. Auxier and Dr John R. Frazier (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869175 () Affidavit of Geoffrey R. Howe, Ph.D. (Aug. 22, 2005)
• 2005 WL 3869276 (Trial Motion, Memorandum and Affidavit) Supplement to Defendants' Motions in Limine--Defendants' Exhibits from July 28-29 Oral Arguments (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869277 (Trial Motion, Memorandum and Affidavit) Supplement to Defendants' Motion to Strike Plaintiffs' Expert Witnesses--Exhibits from July 29 and August 2-3, 2005 Oral Argument (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869278 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3851425 () Affidavit of Dr. John A. Auxier (Aug. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3783178 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion to Exclude Testimony of Certain Defense

Expert Witnesses (Jul. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3783179 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Omnibus Motion in Limine (Jul. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3783180 (Trial Motion, Memorandum and Affidavit) Defendants' Combined Reply in Support of Their Motions in Limine (Jul. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3783182 (Trial Motion, Memorandum and Affidavit) Class Plaintiffs' Response to Defendants' Motion to Compel the Production of Material Relied on By Dr. John Radke and for A Protective Order Postponing the Deposition of Dr. Daniel McFadden (Jul. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869273 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion to Exclude Testimony of Certain Defense Expert Witnesses (Jul. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869274 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Omnibus Motion in Limine (Jul. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869363 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of their Omnibus Motion in Limine (Jul. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3783181 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of Their Motion to Exclude Expert Witness Testimony (Jul. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3869275 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of Their Motion to Exclude Expert Witness Testimony (Jul. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3783177 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3785159 (Trial Pleading) Second Amended Class Action Complaint and Jury Demand (Jul. 11, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                                                          Page 24

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

• 2005 WL 3802589 () Affidavit of Dr. John A. Auxier (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3802590 () Overview of Rocky Flats Operations by Thomas B. Cochran, Ph.D. (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3802592 () (Report or Affidavit of Roger) (Jul. 11, 2005)
• 2005 WL 3802594 () Factors Influencing Risk Assessment, Risk Perception, and Risk Acceptance (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844958 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Exclude Testimony of Certain Defense Witnesses (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3851426 () Declaration of F. Ward Whicker, Ph.D. (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3851427 () Affidavit of Dr. John A. Auxier (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3851428 () (Report or Affidavit of Daniel M. Conway) (Jul. 11, 2005)
• 2005 WL 3851429 () Report on Value Influences on Residential Real Estate in Northeast Jefferson County By Geneva Austin Smart, SRA (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869133 () Attachment B Statement of Qualifications and Background Robert J. Budnitz, Ph.D. (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869169 () (Report or Affidavit of Albert Wilson) (Jul. 11, 2005)
• 2005 WL 3869272 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869309 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869313 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005)

Original Image of this Document (PDF)
• 2005 WL 3869332 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3783175 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Omnibus Motion in Limine (Jul. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3783176 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Sixteen Motions in Limine (Jul. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3802586 () Supplemental Expert Report Plutonium in Soil Near the Rocky Flats Environmental Technology Site F. Ward Whicker. (Jul. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3844956 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Omnibus Motion in Limine (Jul. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3844957 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Sixteen Motions in Limine (Jul. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3783173 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Brief in Support of Their Motion to Exclude Expert Witness Testimony Relating to Damages (Jun. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3783174 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Motion to Exclude Expert Witness Testimony Relating to Risk (Jun. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3844954 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Brief in Support of Their Motion to Exclude Expert Witness Testimony Relating to Damages (Jun. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3844955 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Motion to Exclude Expert Witness Testimony Relating to Risk (Jun. 21, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                                      Page 25

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

• 2005 WL 3869362 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Omnibus Motion in Limine (Jun. 3, 2005) Original Image of this Document (PDF)

• 2005 WL 3803490 () Deposition Of: ROBERT J. BUNDNITZ, Ph. D. (Apr. 25, 2005) Original Image of this Document (PDF)

• 2005 WL 3802588 () Supplemental Declaration of PETER ELZI (Mar. 1, 2005) Original Image of this Document (PDF)

• 2005 WL 3844968 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Compel Production of Brattle Group Billing & Fee Information Withheld By Defendants (Jan. 10, 2005) Original Image of this Document (PDF)

• 2005 WL 3869204 (Trial Motion, Memorandum and Affidavit) Defendants' Surreply to Plaintiffs' Motion to Exclude the Testimony of M. Laurentius Marais (Jan. 6, 2005) Original Image of this Document (PDF)

• 2005 WL 3863768 (Verdict, Agreement and Settlement) ¨Defendants' Proposed¨ Stipulated Pretrial Order (2005) Original Image of this Document (PDF)

• 2005 WL 3863769 (Verdict, Agreement and Settlement) ¨Proposed¨ Stipulated Pretrial Order (2005) Original Image of this Document (PDF)

• 2004 WL 3704898 (Verdict, Agreement and Settlement) Defendants' Submission of Revised Trespass Jury Instructions and Jury Verdict Forms (Aug. 6, 2004) Original Image of this Document (PDF)

• 2004 WL 3710553 () Supplemental Expert Report Plutonium in Soil Near the Rocky Flats Environmental Technology Site F. Ferd Whicker (Aug. 6, 2004) Original Image of this Document (PDF)

• 2004 WL 3731562 () Expert Report (Aug. 6, 2004) Original Image of this Document with Appendix (PDF)

• 2004 WL 3737212 () Expert Report (Aug. 6, 2004) Original Image of this Document (PDF)

• 2004 WL 3737213 () Expert Report (Aug. 6, 2004) Original Image of this Document (PDF)

• 2004 WL 3737214 () Report or Affidavit of Frank J. Blaha, P.E.) (Aug. 6, 2004)

• 2004 WL 5175242 () Report or Affidavit of John R. Frazier) (Aug. 6, 2004)

• 2004 WL 3710554 () Deposition of Walter Gale

Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)

• 2004 WL 3737207 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)

• 2004 WL 3737208 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)

• 2004 WL 3737210 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)

• 2004 WL 3737211 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)

• 2004 WL 3704151 () Deposition of Edward C. Tomlinson (Jun. 16, 2004) Original Image of this Document (PDF)

• 2004 WL 3727600 () Deposition of Len Ackland (May 26, 2004) Original Image of this Document (PDF)

• 1999 WL 33993461 () (Report or Affidavit) (Mar. 10, 1999) Original Image of this Document (PDF)

• 1997 WL 33831671 () (Report or Affidavit) (Mar. 16, 1997) Original Image of this Document (PDF)

• 1997 WL 33831679 () (Report or Affidavit) (Feb. 20, 1997) Original Image of this Document (PDF)

• 1997 WL 33831685 () Further Considerations of Some Epidemiologic issues Arising from the Rocky Flats Litigation (Feb. 19, 1997) Original Image of this Document (PDF)

• 1996 WL 33687958 () Exposures from Releases of Plutonium and other Toxic Substances at Rocky Flats (Nov. 24, 1996) Original Image of this Document (PDF)

• 1996 WL 33687959 () Soil Bioturbation and Wind Affect Fate of Hazardous Materials that were Released at the Rocky Flats Plant, Colorado (Nov. 23, 1996) Original Image of this Document (PDF)

• 1996 WL 33687945 () (Report or Affidavit) (Nov. 19, 1996) Original Image of this Document (PDF)

• 1994 WL 16197914 () (Report or Affidavit of James M. Stone, Scott B. Webb & F. W. Whicker) (Nov. 21, 1994)

• 1994 WL 16197817 (Trial Motion, Memorandum and Affidavit) Defendants' Joint Motion and Memorandum in Support of Motion for a Protective Order Regarding Deposition of Daniel Comstock (Jul. 15, 1994) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

358 F.Supp.2d 1003                                                                                  Page 26

358 F.Supp.2d 1003, 60 ERC 1017
**(Cite as: 358 F.Supp.2d 1003)**

• 1994 WL 16198261 (Trial Motion, Memorandum and Affidavit) Defendants' Joint Motion and Memorandum in Support of Motion for A Protective Order Regarding Deposition of Daniel Comstock (Jul. 12, 1994) Original Image of this Document with Appendix (PDF)
• 1994 WL 16198262 (Trial Motion, Memorandum and Affidavit) Defendants' Joint Motion and Memorandum in Support of Motion for A Protective Order Regarding Deposition of Daniel Comstock (Jul. 12, 1994) Original Image of this Document with Appendix (PDF)
• 1:90cv00181 (Docket) (Jan. 30, 1990)
• 1990 WL 10095532 (Trial Pleading) Second Amended Class Action Complaint and Jury Demand (1990) Original Image of this Document (PDF)
• 1990 WL 10095631 (Trial Pleading) Continued Hearing Transcript of Proceedings (1990) Original Image of this Document (PDF)
• 1990 WL 10095652 (Trial Motion, Memorandum and Affidavit) Defendants' Combined Reply in Support of Their Motions in Limine (1990) Original Image of this Document (PDF)
• 1990 WL 10095653 (Trial Motion, Memorandum and Affidavit) Class Plaintiffs' Response to Defendants' Motion to Compel the Production of Material Relied on by Dr. John Radke and for a Protective Order Postponing the Deposition of Dr. Daniel Mcfadden (1990) Original Image of this Document (PDF)
• 1990 WL 10095654 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Testimony By Dr. Wing Regarding Conduct by the Doe/Aec, Including the Doe Plutonium Injection Studies (1990) Original Image of this Document (PDF)
• 1978 WL 266017 () (Report or Affidavit of Albert Hazle) (Nov. 13, 1978)
• 1978 WL 266018 () (Report or Affidavit of Dr. Tom Vernon) (Nov. 13, 1978)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.