# EXHIBIT 3

1

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2  CIVIL ACTION NO. 90-CV-181-JLK

3  ─────────────────────────────────────

4  VIDEOTAPED DEPOSITION OF CHARLES C. McKAY
   EXAMINATION DATE:  SEPTEMBER 28, 2005

5  ─────────────────────────────────────

6  MERILYN COOK, et al.,

7  Plaintiffs,

8  v.

9  ROCKWELL INTERNATIONAL CORPORATION
   and THE DOW CHEMICAL COMPANY,

10 Defendants.

11 ─────────────────────────────────────

12        PURSUANT TO NOTICE, the videotaped deposition of
   CHARLES C. McKAY was taken at 9:04 a.m. on September 28,
13 2005, at 1801 York Street, Denver, Colorado, before
   Nathan Stormo, Registered Professional Reporter and
14 Notary Public in and for the State of Colorado, said
   videotaped deposition being taken pursuant to the
15 Federal Rules of Civil Procedure.

16

17

18                       Nathan Stormo
                Registered Professional Reporter

19

20

21

22

23

24

25

COPY

56

1      A    Yes.

2      Q    Where in Jefferson County do your grandchildren

3   live?

4      A    One lives in No. 2, one lives in No. 1 -- or

5   two live in No. 1, one lives in No. 2, and two did live

6   at Church Ranch Corporate Center, but they're gone now.

7      Q    And who is the grandchild that lives on No. 2

8   at McKay Deposition Exhibit 3?

9      A    Gavin.

10      Q    And does Gavin drink water from the well at

11   No. 2 on McKay Deposition Exhibit 3?

12      A    Yes.

13      Q    And do you believe it's safe for Gavin to

14   drink water from the well at No. 2 in McKay Deposition

15   Exhibit 3?

16      A    Yes.

17      Q    Would you believe that if there were any health

18   risks from Rocky Flats?

19          MR. DAVIDOFF:  The same objection as previously

20   stated to that line of questioning.

21      Q    (By Mr. Nomellini)  Would you allow your

22   grandson to drink water from the well, No. 2 at McKay

23   Exhibit 3, if you believed there was a health risk from

24   Rocky Flats?

25          MR. DAVIDOFF:  Same objection.

57

1      A    No.

2      Q    (By Mr. Nomellini)   Are there any restrictions

3   placed on Gavin's ability to play in the dirt at No. 2

4   on McKay Deposition Exhibit 3 from Rocky Flats?

5           MR. DAVIDOFF:   Objection; lacks foundation.

6      A    No.

7      Q    (By Mr. Nomellini)   Who are Gavin's parents?

8      A    Keith and Ruth.

9      Q    Do you believe that Gavin would be allowed to

10  play in the dirt at what's marked as No. 2 on McKay

11  Deposition Exhibit 3 if there was a health risk from

12  Rocky Flats?

13          MR. DAVIDOFF:   Same objection; lacks

14  foundation.

15     A    No, he would not.

16          MR. DAVIDOFF:   Assumes facts not in evidence.

17     Q    (By Mr. Nomellini)   Okay.   Let's talk about

18  Church Ranch Corporate Center.

19     A    Okay.

20     Q    Church Ranch Corporate Center is out by Highway

21  36, correct?

22     A    Correct.

23     Q    And you helped to build an interchange near

24  Church Ranch Corporate Center?

25     A    Correct.

62

1      Q      (By Mr. Nomellini)   Is the -- is the net amount

2   of your ownership in Church Ranch Corporate Center above

3   $10 million?

4      A   It may not be.

5      Q   Is it above $5 million?

6      A   I would hope so, but I don't know.

7      Q   Is it above $3 million?

8      A   It may be.

9      Q   Is it above $1 million?

10     A   I hope so.

11     Q   What is the net value of your property assets

12   in Jefferson County?

13          MR. DAVIDOFF:   It's objected to as unfair and

14   overbroad and unduly complex for a single answer.

15     A   It is -- it is -- we can do the above/below

16   thing if you want.

17     Q   (By Mr. Nomellini)   Sure.   Is it above

18   $10 million?

19     A   I hope so.

20     Q   Is the net value of your assets in Jefferson

21   County above $5 million?

22     A   Yes.

23     Q   Is the net value of your assets in Jefferson

24   County above $7 million?

25     A   Yes, I believe so.

74

1   copy of it.  It's that thick.

2       Q    And do you believe that Dow breached any of

3   those warranties?

4       A    Dow breached any of those warranties since

5   that?

6       Q    Since the release agreement.

7       A    Since the settlement agreement?

8       Q    Correct.

9       A    No.  Dow has not been around.

10      Q    Okay.  And you have released your claims

11  against Dow, correct?

12      A    I believe so.

13      Q    Do you believe that Rockwell has breached any

14  of the terms of the settlement agreement?

15      A    Yes.

16      Q    Okay.  Which terms are those?

17      A    Most recently the water; the 20,000 gallons a

18  day water.

19      Q    And do you consider yourself free to bring

20  additional claims against Rockwell as a result of what

21  you characterize as Rockwell's breach of the settlement

22  agreement?

23           MR. DAVIDOFF:  That's an unfair question.  He's

24  not represented by counsel here today, and asking him to

25  give a legal -- what in effect is a legal opinion that

Stormo Reporting, Inc.  (303) 200-4792

90

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2  CIVIL ACTION NO. 90-K-181-JLK

3  ----------------------------------------------------------------

   DEPOSITION OF CHARLES C. McKAY - VOLUME II
4  EXAMINATION DATE:  NOVEMBER 15, 2005

5  ----------------------------------------------------------------

6  MERILYN COOK, et al.,

7  Plaintiffs,                         COPY

   v.
8

   ROCKWELL INTERNATIONAL CORPORATION
9  and THE DOW CHEMICAL COMPANY,

10 Defendants.

11 ----------------------------------------------------------------

12        PURSUANT TO NOTICE, the deposition of
   CHARLES C. McKAY - VOLUME II was taken at 10:05 a.m. on
13 November 15, 2005, at 1801 York Street, Denver,
   Colorado, before Nathan Stormo, Registered Professional
14 Reporter and Notary Public in and for the State of
   Colorado, said deposition being taken pursuant to the
15 Federal Rules of Civil Procedure.

16

17

                      Nathan Stormo
18            Registered Professional Reporter

19

20

21

22

23

24

25

134

1          MR. NOMELLINI:  I may want to ask about one

2     document, unless you want to break now.

3          THE DEPONENT:  No, you can ask about one, and

4     then it would be nice to break.

5          (Discussion off the record.)

6     Q    (By Mr. Nomellini)  He was pointing you to the

7     Rocky Flats fishing club?

8          MR. BLUM:  The trout club.

9     Q    (By Mr. Nomellini)  Were you a member of the

10    Rocky Flats Trout Club at any time?

11    A    I was not a member.  I didn't need to be a

12    member.  I was a member of the family.

13    Q    Okay.

14    A    But I was very aware of it.  I carried it on

15    after my Uncle Mark died.  They used to call it the

16    annual protest dinner; tenants' protest to the landlord

17    dinner.  And, of course, I think we paid for it.  It

18    went on for quite a while.

19    Q    And so you ran the Rocky Flats Lake fishing

20    club after your Uncle Marcus died?

21    A    Uh-huh, yes.  I guess you could say that.

22    Q    And did you fish in the Rocky -- as a member of

23    the Rocky Flats Lake fishing club, were you concerned

24    about any health risks from eating fish from that lake?

25    A    No.

135

1          MR. BLUM:   That was asked and answered last

2     time, by the way.

3          Q    (By Mr. Nomellini)   Would you have allowed

4     members of the club to participate in the club and fish

5     in the lake if you were concerned about the health

6     risks?

7          A    No.

8          MR. NOMELLINI:   Let's mark as McKay 12 an

9     August 21, 1985 letter from Charles McKay to Mr. Chuck

10    Illsley.

11          THE DEPONENT:   Illsley, yes.

12          (Deposition Exhibit 12 was marked.)

13          THE DEPONENT:   All right.   I'm going to take a

14    minute and read it.

15          Q    (By Mr. Nomellini)   Sure.

16          Okay.   McKay Deposition Exhibit 12 is a letter

17    that you wrote to Chuck Illsley at the Rocky Flats plant

18    on or about August 21, 1985 regarding positive press at

19    the Rocky Flats plant; is that right?

20          A    That's correct.

21          Q    And the first sentence of the letter says,

22    "Dear Chuck:   You will recall that a few weeks ago I

23    wrote to you regarding some sort of a way that I could

24    help you and help ourselves to generate some positive

25    press about Rocky Flats, the Rocky Flats Plant, and the

136

1    general Rocky Flats area, etc."  Do you see that?

2         A    Yes.

3         Q    And then the third bullet point, you talk about

4    driving around the area with a news person, right?

5         A    Yes.

6         Q    That possibility.

7              You then say, "Then maybe I would take him over

8    and drive him through our property and arrange that

9    Hogan's and Joe Meininger (who has been around here for

10   51 years) would be in the area and possibly we could

11   wind up in Section 23, where the 'bathtub spring' is and

12   has been running, picking up ground water for 30 or 40

13   years, and take a picture of the Hogan's and Joe, and

14   possibly myself, drinking the water right out of the

15   pipe that's coming right out of the ground - with a

16   statement that we've been drinking that water for 20, 30

17   or 40 years."  Did I read that right?

18        A    Yes.

19        Q    And the idea here -- first of all, Section 23,

20   that's in the -- the Bathtub Spring in Section 23,

21   that's in the buffer zone?

22        A    No.

23        Q    It's south of the --

24        A    Vauxmont.

25        Q    The property owned by your family south of the

137

1   buffer zone is where the Bathtub Spring is, correct?

2       A    Correct.

3       Q    And the idea was that you would show the

4   reporter, yourself, and possibly the Hogans and Joe

5   Meininger you're drinking out of the Bathtub Spring in

6   Section 23?

7       A    Correct.

8       Q    And the idea was to show the media that it was

9   safe to drink that water?

10      A    Correct.

11      Q    And you wanted to do that to combat some of the

12  other images of Rocky Flats that were appearing in the

13  media.  Is that fair to say?

14      A    Correct.

15      Q    Now, for example, the media had reported in the

16  1970s that Church cattle were contaminated with

17  plutonium, right?

18      A    Correct.

19      Q    And that if you ate Church Ranch cattle, your

20  children might have genetic defects, that kind of thing,

21  right?

22      A    Correct.

23      Q    And those media reports were false?

24      A    Correct.

25      Q    Your family has raised cattle for over 100

138

1    years?

2         A    Yes, since 1869 in that area.

3         Q    And those included beef cattle?

4         A    Yes.

5         Q    And, incidentally, do you continue to sell beef

6    cattle for consumption today?

7         A    Yes.

8         Q    And does that occur -- what month does that

9    generally occur?

10        A    Well, I'm in the cow-and-calf business, and the

11   calves start being born in February, and we generally

12   sell and ship in -- or we ship in mid October to mid

13   November.

14        Q    And are those cattle consumed by people in

15   Colorado, as far as you know, or are they shipped to

16   other areas?

17        A    It depends on who buys them, but generally they

18   go into a feedlot.  When they're bought, they're in the

19   600-pound range, and so they go into a feedlot, and they

20   are probably not slaughtered until they're 1500 pounds.

21        Q    So it's possible that your cattle are consumed

22   by people in the Denver metro area?

23        A    Possible, yes.

24        Q    And some of your cattle may be consumed by

25   people in the Denver metro area this Thanksgiving.  Is

139

1    that possible?

2        A    Yes, that's possible.  They will probably be

3    eating turkey, though.

4        Q    Maybe for Christmas.

5            Now, your cattle are perfectly safe to eat,

6    correct?

7        A    Yes.

8        Q    Even though they graze on land that is

9    immediately south of the buffer zone?

10       A    Correct.

11       Q    And, in fact, up until 1975, Church McKay

12   cattle grazed on the buffer zone?

13       A    Correct, because before then it wasn't the

14   buffer zone.

15       Q    And what was your reaction when the media would

16   print false articles about health risks from Church

17   McKay cattle?  How did you react to that?

18           MR. BLUM:  Form and foundation.

19       A    Well, this has been going on for decades.  It

20   was just more of the same negative issues, problems that

21   we needed to try to overcome.

22       Q    (By Mr. Nomellini)  Now, were you in agreement

23   with Mr. Illsley from Rockwell that these stories that

24   were coming out about Rocky Flats and risks from Rocky

25   Flats were false?

140

1        MR. BLUM:  Form and foundation; no time frame,

2   no specific story.  It's a pretty broad question.

3      Q    (By Mr. Nomellini)  Okay.  With respect to

4   Church -- articles about Church Ranch cattle and false

5   information about health risks from Church Ranch cattle,

6   would you agree with me that neither Dow nor Rockwell

7   were responsible for those media articles?

8        MR. BLUM:  Foundation.

9      A    They didn't write them.

10     Q    (By Mr. Nomellini)  And would you agree with me

11  that if the people in the media who wrote those articles

12  had investigated and talked to you or your Uncle Marcus

13  about those cattle that they would have learned that the

14  information about health risks from Church Ranch cattle

15  was false?

16       MR. BLUM:  Foundation.

17       Hold on one second.  Special delivery here.

18       MR. NOMELLINI:  Excellent, thank you.

19     A    Well, my Uncle Mark was running the ranch in

20  those days; I was the nephew.  So really he was the guy.

21  So -- ask your question again.  I'm lost.  I'm looking

22  at that and listening to an objection.

23     Q    (By Mr. Nomellini)  That's all right.  We were

24  on Page 175 -- and maybe this will clear it up -- of

25  McKay Exhibit 9.

143

1    hogwash that was appearing in the media?

2         A    Yes; to try to get some positive stuff for a

3    change.

4         Q    Right.  And there were things that would come

5    out on TV about Rocky Flats as well?

6         A    Yes.

7         Q    For example, have you heard of Mr. Minshall?

8         A    Yes.

9         Q    And he would report about Rocky Flats?

10        A    Uh-huh.

11        Q    And a lot of what Mr. Minshall reported about

12   Rocky Flats was hogwash.  Is that fair to say?

13             MR. BLUM:  Form and foundation.

14             Go ahead.

15             Any parameters as dates, the same story?

16             THE DEPONENT:  Yes, I would agree with him.

17        A    Again, this is the time when I wasn't here on a

18   day-to-day basis.  I'm not really qualified to say.  He

19   wasn't in our corner certainly.

20        Q    (By Mr. Nomellini)  But let's talk about -- the

21   1980s you were there?

22        A    Yes.

23        Q    And Mr. Minshall was reporting in the 1980s?

24        A    Uh-huh.

25        Q    And a lot of what Mr. Minshall reported in the

148

1    involved and consulted with and so forth.  He was the

2    point man or the lead man.

3        Q    And the Colorado Department of Health, as far

4    as you know, is not affiliated with Dow or Rockwell,

5    correct?

6        A    That's correct.

7        Q    And you've not only relied on the Colorado

8    Department of Health, but you've also gathered your own

9    soil samples from the property, right?

10       A    That's correct.

11       Q    And so personally you went and you dug up soil

12   from your property?

13       A    Personally I dug up soil from the property

14   where the gravel pit is.

15       Q    And when you dug up that soil, you sent it to a

16   laboratory for analysis?

17       A    That's correct.

18       Q    And that was Ebberline Laboratory?

19       A    That's correct.

20       Q    And Ebberline Laboratory, as far as you know,

21   is not affiliated with Dow or Rockwell, right?

22       A    As far as I know.

23       Q    And as far as you know, Ebberline is not

24   affiliated with the DOE?

25       A    As far as I know.

150

1    Q    And EARC, like Ebberline, is a private company.

2    A    Like Ebberline.  I believe Ebberline is more of

3  a soils tester.  They here in Albuquerque, I think.

4  And EARC is a local company that does Phase I's and

5  Phase II's.

6    Q    And EARC, when they tested Cimarron and Great

7  Western, found no contamination, correct?

8    A    That's correct.

9    Q    And they tested those properties at your

10  request; true?

11    A    Yes.  "Testing" is probably not the right word.

12  They investigated the properties and the process.  The

13  process is they go to the property, they look at the

14  property, they understand where the property boundaries

15  are, they get a base map, and then they start contacting

16  the various agencies.  They go back and search aerial

17  photographs to make sure there is no buried landfills

18  there.  They do all kinds of stuff.  And if there is

19  reason to go to a Phase II, that's when they test the

20  water, they test the dirt.  But a Phase I is usually not

21  going out and getting on your knees and scraping up

22  dirt.

23    Q    And, in fact, EARC did a Phase II at Great

24  Western, correct?

25    A    That's correct.

151

1    Q    And EARC tested for plutonium at Great Western

2  and did not find plutonium, correct?

3    A    The EARC did all the appropriate testing that

4  they thought was appropriate for a property downhill,

5  downwind, downstream of Rocky Flats.

6    Q    And EARC tested for plutonium at Great Western,

7  correct?

8    A    I believe so.

9    Q    And EARC did not find that the property was

10 contaminated with plutonium?

11   A    That's correct.

12   Q    And EARC, as far as you know, is not affiliated

13 with Dow, Rockwell, or the DOE?

14   A    No.

15   Q    And you testified earlier in your deposition

16 about what you've observed in the cattle over the

17 generations; no apparent health effects on your cattle?

18        MR. BLUM:   Form; asked and answered.

19   Q    (By Mr. Nomellini)  I won't make you answer

20 that again.

21        So in terms of evidence that you have that the

22 Church McKay properties are not contaminated -- that is,

23 Cimarron, Mountain Plains, and Great Western -- we have

24 the Colorado Department of Health certification, we have

25 soil samples that you dug up and sent to Ebberline, and

152

1    we have work done by the EARC including soil testing

2    done by the EARC at Great Western.  Is that fair?

3          MR. BLUM:  Form.

4    A    Yes, that's fair.

5    Q    (By Mr. Nomellini)  And all -- what I just

6    referred to is all evidence that your Church McKay

7    properties are not contaminated; true?

8    A    That's true.

9    Q    And what the Colorado Department of Health has

10   done with samples of your property -- your soil samples

11   that you sent to Ebberline and the work that EARC has

12   done at Cimarron and Great Western -- all demonstrate to

13   you that there is no health risk from those properties.

14   Is that fair?

15   A    That's correct.

16   Q    So you haven't -- you haven't had to rely on

17   Dow or Rockwell for that information; that there's no

18   health risk on those properties, right?

19   A    No.

20   Q    And you haven't had to rely on the Department

21   of Energy to learn that there is no health risk

22   Cimarron, Mountain Plains, or Great Western, right?

23   A    Right.

24   Q    Let's talk briefly about Church Ranch.  Have

25   you ever had testing done at Church Ranch; environmental

153

1    testing?

2        A    Phase I.

3        Q    Also done by the EARC company?

4        A    Yes.

5        Q    As a result of that Phase I testing, did the

6    EARC conclude that there was any contamination or health

7    risk at Church Ranch?

8        A    No.

9        Q    Now, we've talked about all the testing that's

10   been done on your properties that show that there is no

11   contamination.  Are you aware of any testing that's been

12   done that shows that there is contamination?

13       A    No.

14       Q    Are you aware of anything -- any work or

15   testing that's been done that shows that there is a

16   health risk to anybody living on your property?

17       A    No.

18       Q    So would you agree that there is no evidence of

19   health risk or contamination on your properties after

20   all the work and testing that's been done?

21           MR. BLUM:  That he's aware of?

22           MR. NOMELLINI:  Yes.

23       A    Yes.

24       Q    (By Mr. Nomellini)  And you said in your

25   article -- strike that.

154

1          You said in your interview with the Cold War

2    project that it's all been the newspapers, the

3    newspapers, and that there's no evidence, but the

4    newspapers create a bad reputation for Rocky Flats.  Is

5    that a fair summary?

6          MR. BLUM:  Form of the question.  The document

7    speaks for itself.

8     A    But that is correct.  I did say that.

9     Q    (By Mr. Nomellini)  Okay.  And going back to

10   the cattle issue, would you agree with me that when the

11   newspapers report these things about Rocky Flats,

12   sometimes they report them even though there is no

13   evidence to support the claim?

14         MR. BLUM:  Form; asked and answered.

15    A    Yes, I would agree with you.

16         MR. NOMELLINI:  Whenever -- I don't know when.

17   I think we talked about 12:30.

18         MR. BLUM:  Whenever you want.  Are you going to

19   go the full four hours, 40 minutes?

20         MR. NOMELLINI:  Yes.

21    Q    (By Mr. Nomellini)  Do you have any

22   understanding or knowledge as to the reason why the

23   media have made false statements about Rocky Flats --

24   for example, the cattle issue -- without evidence to

25   support those statements?

187

1    potential buyer of the land at Cimarron Park were to ask

2    you, Mr. McKay, if I buy this property, is my land worth

3    less because of the presence of Rocky Flats, what would

4    you tell them?

5        A    No.

6        Q    And that's true for residential and commercial?

7        A    Yes.

8        Q    The same thing with Great Western:  If somebody

9    was looking at buying property at Great Western were to

10   ask you, Mr. McKay, would my property be worth any less

11   because of Rocky Flats, what would you tell them?

12            MR. BLUM:  Form, foundation.

13       A    Do I have to just say a yes or no answer?

14       Q    (By Mr. Nomellini)  No.

15       A    Well, the market determines what the price is.

16   I don't determine.  I put an asking price, and only the

17   market determines what the price is.  But the Rocky

18   Flats -- I got rid of that thing very early on talking

19   about my Phase I.  We're talking about Great Western.  I

20   get on that right away by talking about my Phase I and

21   Phase II and let them decide.  I can't -- they have to

22   decide.  They're the purchaser.  They have to --

23       Q    But as a person who has owned that property,

24   you have views as to its value, right?

25       A    Yes.

188

1    Q    And if somebody who were a buyer were to ask

2    you, Is it your view the value of this land at Great

3    Western is impacted by Rocky Flats today, what would you

4    tell them?

5    A    I would say no.

6    Q    Now, we've talked about Mountain Plains,

7    Cimarron Park, Great Western, and Church Ranch Corporate

8    Center.  And we've talked about -- over the two days of

9    this deposition, we've talked about different things

10   that Dow or Rockwell has done and disagreements that

11   you've had with them.  And one of the things that we

12   talked about on Mountain Plains was this Spray Field

13   issue.

14   A    Yes.

15   Q    And I don't want to go back into that because I

16   think we've covered that one.

17        Now, on Church Ranch Corporate Center, do you

18   believe that anything that Dow or Rockwell has done

19   historically impacted the value of Church Ranch

20   Corporate Center, other than what you've characterized

21   as Dow and Rockwell's failure to manage the media?

22        MR. BLUM:  Form of the question and foundation.

23   I'll leave it at that.

24   A    Well, for Church Ranch Corporate Center, we had

25   the folks against Rocky Flats -- the protesters, the

189

1   Paula Eliffson Jardenes, the Kim Grises -- the people

2   that show up at every public hearing showing some

3   version of that map.  They showed up at my hearings.

4   They brought up the fact that Walnut Creek goes through

5   my property, and Walnut Creek was the one that Dow

6   Chemical allowed the plutonium contaminated oil to get

7   into Walnut Creek.

8          So I think that answers your question.  You

9   asked if it's impacted.  They went to the public

10  hearings and they talked -- spoke in front of City

11  council, and they spoke in front of the planning

12  commission and tried to pump out as much negative stuff

13  they could.  They showed up at the interchange ground

14  breaking.

15     Q    (By Mr. Nomellini)  Now, in terms of Walnut

16  Creek being contaminated with plutonium, that's

17  something that you've read in the media.  Is that fair

18  to say?

19     A    That's something I've read and they had read.

20     Q    You don't have firsthand knowledge of Walnut

21  Creek being contaminated with plutonium?

22     A    No.

23     Q    So what your is testimony is that historically

24  Church Ranch Corporate Center was impacted because of

25  media articles about Rocky Flats and because of