# EXHIBIT 4

July 5, 1996

# Final Report:
# Rocky Flats Health and Housing Survey

prepared by

**James Flynn, Paul Slovic, and C. K. Mertz**
Decision Research
1201 Oak Street
Eugene, Oregon 97401

prepared for

**Hunsperger and Weston, Ltd.**
5889 South Greenwood Plaza Boulevard, Suite 404
Englewood, Colorado 80111



Figure 4.7. Design and distribution of results from a question set with distance and discount options applied to a hypothetical house purchase in the Arvada/Westminster communities. Denver metropolitan area respondents (*N* = 416).

Notes: Five people said that Rocky Flats increased values—did not answer this question set; 25 people (6.0%) said they didn't know or could not answer. *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.