# EXHIBIT 5

| No. 1 | No. 2 | Last Name | First Name | MI | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 92135 | 260269 | BARBICH | WAYNE | A | DEBORAH 8332 YARROW ST | ARVADA | CO | 80005 |
| 92136 | 260269 | CARTER | PAUL | A | DIANE C C 8342 YARROW ST | ARVADA | CO | 80005 |
| 92137 | 260269 | DIERINGER | JAMES | P | THERESA 8352 YARROW ST | ARVADA | CO | 80005 |
| 92138 | 260269 | ANDERSON | JUDITH | R | 8372 YARROW ST | ARVADA | CO | 80005 |
| 92139 | 260269 | WELSH | WILLIAM | K | 8392 YARROW ST | ARVADA | CO | 80005 |
| 92140 | 260269 | HUDDLESTON | DELBERT | H | PAMELA M 8422 YARROW ST | ARVADA | CO | 80005 |
| 92141 | 260269 | STAMATAKOS | SARANTOS |  | KATHLEEN 8432 YARROW ST | ARVADA | CO | 80005 |
| 92142 | 260269 | STYRCZULA | WALTER |  | GENOQEF 8442 YARROW ST | ARVADA | CO | 80005 |
| 92143 | 260269 | DAHLSTROM | J |  | CARON D 8452 YARROW ST | ARVADA | CO | 80005 |
| 92144 | 260269 | HECK | JAMES | R | SHIRLEY A 8462 YARROW ST | ARVADA | CO | 80005 |
| 92145 | 260269 | OLSON | DAVID | R | 8465 YARROW ST | ARVADA | CO | 80005 |
| 92146 | 260269 | CRONK | JERRY | P | LAURA J C 8487 YARROW ST | ARVADA | CO | 80005 |
| 92147 | 260269 | PALMER JR | HOWARD | A | RUTH M P 8477 YARROW ST | ARVADA | CO | 80005 |
| 92148 | 260269 | KYLLONEN JR | ROBERT | H | 8467 YARROW ST | ARVADA | CO | 80005 |
| 92149 | 260269 | SMITH | MARK | R | 8457 YARROW ST | ARVADA | CO | 80005 |
| 92150 | 260269 | BUSCHY | JAMES | L | BONNIE J 8447 YARROW ST | ARVADA | CO | 80005 |
| 92151 | 260269 | CATTAU | BEVERLY | M | 8437 YARROW ST | ARVADA | CO | 80005 |
| 92152 | 260269 | MARQUARDT | DAVID | A | MARY E M 8427 YARROW ST | ARVADA | CO | 80005 |
| 92153 | 260269 | HERNBLOM | GERALD | G | KATHLEEN 8397 YARROW ST | ARVADA | CO | 80005 |
| 92154 | 260269 | GLAESEL | GILBERT | K | CLAUDIA I 8377 YARROW ST | ARVADA | CO | 80005 |
| 92155 | 260269 | GAMENO | EMILIANO | D | DRUSILLA 8357 YARROW ST | ARVADA | CO | 80005 |
| 92156 | 260269 | HAAN | KEITH | T | VICKI J HA 8347 YARROW ST | ARVADA | CO | 80005 |
| 92157 | 260269 | FICCO | VINCENT | A | NANCY J F 8337 YARROW ST | ARVADA | CO | 80005 |
| 92158 | 260269 | HALL | MICHELE | A | JOHN R H 8327 YARROW ST | ARVADA | CO | 80005 |
| 92159 | 260269 | LINDSAY | PATRICK | M | PATRICIA 8317 YARROW ST | ARVADA | CO | 80005 |
| 92172 | 240270 | MCKAY | CHARLES | J | 10100 WADSWORTH | BROOMFII | CO | 80020 |
| 92173 | 330269 | PASSERELLA | JOHN | C | MARION L 11240 W 76TH WY | ARVADA | CO | 80005 |
| 92268 | 330269 | LA GUARDIA | MICHAEL | G | ELIZABETI 11305 W 76TH DR | ARVADA | CO | 80005 |
| 92277 | 110269 | GRETCH | ROBERT | L | CHARLEN 11120 ZEPHYR ST | BROOMFII | CO | 80020 |
| 92301 | 090269 | U S HOME CORPORATION |  |  | P O BOX 16290 | HOUSTON | TX | 77222 |
| 92303 | 360270 | PATTERSON | WILLARD | E | MARTHA J 16200 W 76TH AVE | GOLDEN | CO | 80403 |
| 92304 | 310269 | COLSON | GARY |  | 8001 ALKIRE ST | ARVADA | CO | 80003 |
| 92305 | 360270 | CARUSO | JAMES | E | SUZANNE 7632 QUAKER ST | GOLDEN | CO | 80401 |
| 92317 | 360270 | HAYES | JOSEPHINE | M | WILLIAM F 12 GREGG DR | LOVELANI | CO | 80538 |
| 92318 | 360270 | CARLEN JR | JOHN | A | MARY P C 906 S ROBB WY | LAKEWOC | CO | 80226 |
| 92641 | 170269 | RESERVOIR & IRRITHE FARMERS |  |  | 80 S 27TH AVE | BRIGHTON | CO | 80601 |
| 92642 | 150269 | DUNCAN JR | WALTER | J | 100 PARK BUILDING | OKLAHOMA | OK | 73102 |

| ID1 | ID2 | Last Name | First Name | MI | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 89013 | 050369 | SAUNDERS | KATHRYN | J | 7193 VIVIAN CT | ARVADA | CO | 80004 |
| 89014 | 050369 | COLBERT | ROLAND | L | CINDI F C( 7183 VIVIAN CT | ARVADA | CO | 80004 |
| 89015 | 050369 | HAYMOND | ROBERT | F | PHYLLIS V 7163 VIVIAN CT | ARVADA | CO | 80004 |
| 89016 | 050369 | KEARNS | THOMAS | L | JANICE F I 7143 VIVIAN CT | ARVADA | CO | 80004 |
| 89017 | 050369 | REISTROFFER | WALLACE | L | 7123 VIVIAN CT | ARVADA | CO | 80004 |
| 89018 | 050369 | GOUDIN | RONALD | L | BEVERLY 7103 VIVIAN CT | ARVADA | CO | 80004 |
| 89019 | 050369 | RIPSAM JR | JOSEPH | | TERRI L R 4601 W HAYWARD P | DENVER | CO | 80212 |
| 89020 | 050369 | SCHELL | WOODROW | A | 12047 W 71ST DR | ARVADA | CO | 80004 |
| 89021 | 050369 | WALLMAN | JEAN | | 12067 W 71ST DR | ARVADA | CO | 80004 |
| 89022 | 050369 | ENDERLE | LEO | R | MARGARE 12066 W 71ST DR | ARVADA | CO | 80004 |
| 89023 | 050369 | CALLAHAN | FRANK | J | PATRICIA 12046 W 71ST DR | ARVADA | CO | 80004 |
| 89024 | 050369 | SMITH | RICHARD | W | GAIL A SM 7145 UNION ST | ARVADA | CO | 80004 |
| 89025 | 050369 | HITT | JOHN | R | KATHERIN 7135 UNION ST | ARVADA | CO | 80004 |
| 89026 | 050369 | WEBB | JAMES | W | 12015 W 71ST PL | ARVADA | CO | 80004 |
| 89027 | 050369 | GILSDORF | JAMES | G | 12035 W 71ST PL | ARVADA | CO | 80004 |
| 89028 | 050369 | OLANDER | DAVID | L | DEBORAH 7156 UNION CT | ARVADA | CO | 80004 |
| 89029 | 050369 | FAIRBANKS | JOHN | H | DANA L F/ 7176 UNION CT | ARVADA | CO | 80004 |
| 89030 | 050369 | WEBSTER | EDWARD | C | CAROLINE 7186 UNION CT | ARVADA | CO | 80004 |
| 89031 | 050369 | LEASE | DONALD | M | RHONDA S 7187 UNION CT | ARVADA | CO | 80004 |
| 89032 | 050369 | HILLYARD | KENNETH | J | JOAN HILI 7177 UNION CT | ARVADA | CO | 80004 |
| 89033 | 050369 | MALIK | VIOLET | F | 7167 UNION CT | ARVADA | CO | 80004 |
| 89034 | 050369 | MURRAY | CHARLES | L | 7157 UNION CT | ARVADA | CO | 80004 |
| 89035 | 050369 | HANCOCK | MARVIN | L | MARTHA / 12075 W 71ST PL | ARVADA | CO | 80004 |
| 89036 | 050369 | GALLAUGHER | PAUL | J | BARBARA 7168 URBAN ST | ARVADA | CO | 80004 |
| 89037 | 050369 | HENTON | STEPHEN | L | 7178 URBAN ST | ARVADA | CO | 80005 |
| 89038 | 050369 | PHILLIPS | LAWRENCE | | BEVERLY 7188 URBAN ST | ARVADA | CO | 80004 |
| 90021 | 230270 | HOTCHKISS | KENNETH | W | JOY R HO 8898 UTE DR BLUE M | GOLDEN | CO | 80401 |
| 90022 | 230270 | HOTCHKISS | KENNETH | W | JOY R HO 8898 UTE DR BLUE M | GOLDEN | CO | 80401 |
| 90023 | 230270 | STORM | JOANN | | 4890 STUART ST | DENVER | CO | 80212 |
| 90024 | 230270 | STORM | JOANN | | 4890 STUART ST | DENVER | CO | 80212 |
| 90025 | 230270 | GUMS | DONALD | K | GRACE GI 3060 W 58TH AVE | DENVER | CO | 80221 |
| 90026 | 230270 | THORO PRODUCTS CO | | | P O BOX 504 | ARVADA | CO | 80001 |
| 90027 | 230270 | NEWMAN | RICHARD | E | THORO PI RT 1 BOX 593 | GOLDEN | CO | 80401 |
| 90028 | 230270 | MCKAY | PERRY | S | 250 ARAPAHOE AVE | BOULDER | CO | 80302 |
| 90894 | 240269 | LAKE ARBOR ASSOCIATES | | | 2582 SANTIAGO BLVI | ORANGE | CA | 92667 |
| 91130 | 050369 | JENSON | LINDA | T | 7089 XENON CT | ARVADA | CO | 80004 |
| 91131 | 050369 | SOLNICK | JEFFREY | F | SUSAN J S 11820 SWADLEY DR | LAKEWOC | CO | 80215 |