# EXHIBIT 6

EXHIBIT 9-A

RELEASE

In consideration of and pursuant to the Settlement Agreement among the parties hereafter named, Perry S. McKay and Charles C. McKay, individually, Perry S. McKay, Charles C. McKay, and First Interstate Bank of Denver, N.A. (formerly the First National Bank of Denver, N.A.), trustees under the Last Will and Testamont of Marcus F. Church, Deceased, and Charles C. McKay and Edward A. Landry, Successor Trustees to Marcus F. Church, Trustee, Deceased ("McKays"), hereby agree, jointly and severally, to release, acquit, and forever discharge the United States of America, The Dow Chemical Company, Rockwell International Corporation, and the State of Colorado, and the Board of County Commissioners, Jefferson County, Colorado ("Defendants"), and their officers, directors, employees, agents and servants, successors and assigns, heirs, executors and administrators of and from any and all liabilities, actions, causes of action, claims, judgments, demands, damages, costs, expenses or any economic detriment whatsoever, known or unknown, which they now have, or may hereafter have, on account of or arising out of any claims due to past or present contamination or alleged past or present contamination of McKays' lands situated in Jefferson County, Colorado, with radionuclides from the Rocky Flats Plant, a facility owned by the United States; or to alleged past failure to permit

rezoning of McKays' properties; or to alleged past improper formulation or application of state radiation guidelines; which claims were pled or raised or might have been pled or raised in Civil Action Nos. 75-M-1162 and 75-M-1296, United States District Court for the District of Colorado. This Release shall not adversely affect the rights of the McKays under, nor shall it diminish, discharge or release the obligations of Defendants under, the Settlement Agreement.

Dated this _____ day of _____ 1985.

_____
Perry S. McKay

_____
Charles C. McKay

Perry S. McKay, Charles C. McKay, and First Interstate Bank of Denver, N.A., Trustees,

_____
Perry S. McKay, Trustee

_____
Charles C. McKay, Trustee

First Interstate Bank of
Denver, N.A., Trustee

By:_____

Title:_____

_____
Charles C. McKay, Successor
           Trustee

_____
Edward A. Landry, Successor
           Trustee

-3-

EXHIBIT 9-B

RELEASE

In consideration of and pursuant to the Settlement Agreement among the parties hereafter named, William C. Ackard, Samuel Butler, Jr., and Butler Investments, Ltd., a limited partnership ("Ackard-Butler"), jointly and severally release, acquit, and forever discharge The Dow Chemical Company, Rockwell International Corporation, and the United States of America, the State of Colorado and the Board of County Commissioners, Jefferson, County, Colorado ("Defendants"), and their officers, directors, employees, agents and servants, successors and assigns, heirs, executors and administrators of and from any and all liabilities, actions, causes of action, claims, judgments, demands, damages, costs, expenses or any economic detriment whatsoever, known or unknown, which they now have, or may hereafter have, on account of or arising out of any claims due to past or present contamination or alleged past or present contamination or alleged past or present contamination of Ackard-Butler's lands situated in Jefferson County, Colorado, with radionuclides from the Rocky Flats Plant, a facility owned by the United States; or to alleged past failure to permit rezoning of Ackard-Butler's property; or to alleged past improper formulation or application of state radiation guidelines; which claims were pled or raised or might have been

-2-

pled or raised in Civil Action Nos. 75-M-1162 and 75-M-1296, United States District Court for the District of Colorado. This Release shall not adversely affect the rights of Ackard-Butler under, nor shall it diminish, discharge or release the obligations of Defendants under, the Settlement Agreement.

Dated this \_\_\_\_ day of _____ 1985.

_____
William C. Ackard

_____
Samuel Butler, Jr.

BUTLER INVESTMENTS, INC.

By: _____
Title: _____

EXHIBIT 9-C

RELEASE

In consideration of and pursuant to the Settlement Agreement among the parties hereafter named, Great Western Ventures, a Colorado limited partnership ("Great Western"), jointly and severally releases, acquits, and forever discharges The Dow Chemical Company, Rockwell International Corporation, and the United States of America, the State of Colorado and the Board of County Commissioners, Jefferson, County, Colorado ("Defendants"), and their officers, directors, employees, agents and servants, successors and assigns, heirs, executors and administrators of and from any and all liabilities, actions, causes of action, claims, judgments, demands, damages, costs, expenses or any economic detriment whatsoever, known or unknown, which it now has, or may hereafter have, on account of or arising out of any claims due to past or present contamination or alleged past or present contamination or alleged past or present contamination of Great Western's lands situated in Jefferson County, Colorado, with radionuclides from the Rocky Flats Plant, a facility owned by the United States; or to alleged past failure to permit rezoning of Great Western's property; or to alleged past improper formulation or application of state radiation guidelines; which claims were pled or raised or might have been pled or raised in Civil

Action Nos. 75-M-1162 and 75-M-1296, United States District Court for the District of Colorado. This Release shall not adversely affect the rights of Great Western under, nor shall it diminish, discharge or release the obligations of Defendants under, the Settlement Agreement.

Dated this _____ day of _____ 1985.

GREAT WESTERN VENTURES

By: _____

Title: _____