# EXHIBIT 7

22 1/2 % SOLD IN 1989



McKay Properties - 1989