# EXHIBIT 17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: Hanford Nuclear Reservation Litigation, | NO. CV-91-3015-WFN<br><br>ORDER RE: FINAL PRETRIAL CONFERENCE AND HEARING ON MOTIONS: APRIL 13-14, 2005 (RE: TRIAL PROCEDURES; MOTIONS IN LIMINE)<br><br>**<u>UNITED STATES MARSHAL ACTION REQUIRED</u>** |

**This Order Relates to:   All Cases**

A final pretrial conference was held April 13 - 14, 2005, in Spokane, Washington. The following counsel were present representing the listed parties on April 13, 2005. Those counsel listed in bold typeface were also present on April 14, 2005.

| Plaintiffs | Counsel | |
|---|---|---|
| Jaros | Roy S. Haber | |
| Matthies | | |
| Seaman | | |
| Hamilton/Criswell | **Louise Roselle**[1]<br>**Peter Nordberg** | Merrill Davidoff |
| Evenson | **Tom H. Foulds**<br>John Cummings (Tele)*<br>**Jill Olson** | **Richard Pierson**<br>Arnold Levin |
| | *Participated for a short portion of hearing. | |

---

[1]Lead Counsel for Plaintiffs.

ORDER RE: FINAL PRETRIAL CONFERENCE AND HEARING ON MOTIONS:
APRIL 13-14, 2005 (RE: TRIAL PROCEDURES; MOTIONS IN LIMINE) - 1

discuss the alleged contradiction between Dr. Jarvis and Dr. Crawford-Brown; and pages 34-35, the organic iodine calculations in comparison with McCormack 1963 Hanford document.

16. **Defendants' Motions in Limine.**

(a) <u>Defendants' Motion in Limine (General)</u>, filed March 15, 2005, **Ct. Rec. 1812**, has multiple parts which will be ruled on individually:

- <u>Motion to Exclude Conditions Unrelated to Plaintiffs' Thyroid Conditions</u>, **Ct. Rec. 1812-1**, is **GRANTED**.

- <u>Motion to Exclude Evidence Related to Defendants' Negligence</u>, **Ct. Rec. 1812-2**, is **GRANTED, however** Plaintiffs may produce evidence that the measurements taken were not complete nor sufficient to reconstruct releases from Hanford and doses.

- <u>Motion to Exclude Family Testimony</u>, **Ct. Rec. 1812-4**, is **GRANTED IN PART and DENIED IN PART**. The family members may testify as to their observations of the physical and emotional effects of the bellwether Plaintiffs' thyroid diseases.

  The family members may not testify that some diseases were caused by radiation. Also, Mr. Rhodes and Mrs. Stanton may not testify how they have been affected by their spouses' conditions. The Plaintiffs advised the Court that loss of consortium claims are not being pursued at this trial.

- <u>Motion to Exclude Evidence Regarding Government and Government Indemnification</u>, **Ct. Rec. 1812-3**, is **GRANTED**. Evidence regarding indemnification is not relevant.

- <u>Motion to Exclude *Evenson* Attack on HEDR</u>, **Ct. Rec. 1812-5**, is **DENIED**. The Plaintiffs may present evidence and question regarding the credibility or bias of the HEDR study.