# EXHIBIT 22

# Soil Bioturbation and Wind Affect Fate of Hazardous Materials that were Released at the Rocky Flats Plant, Colorado

K. Shawn Smallwood, Ph.D.

109 Luz Place, Davis, CA  95616

*[signature]*

November 23, 1996

My curriculum vitae, which includes a list of my publications, is attached.  My list of documents relied upon is the same as my list of references in the report.  I have provided no testimony as an expert witness in any legal case.

# Soil Bioturbation and Wind Affect Fate of Hazardous Materials that were Released at the Rocky Flats Plant, Colorado

K. Shawn Smallwood, Ph.D., 109 Luz Place, Davis, CA  95616

November 23, 1996

I am an ecologist, specializing on terrestrial wildlife and ecosystems. I earned a Ph.D. from the University of California at Davis in 1990. Then I worked as a post-graduate researcher for four years at the Department of Agronomy and Range Science, UC Davis. Since my post-graduate research position, I have worked as an environmental consultant for EIP Associates (until December 1995), which is a commercial environmental consulting firm specializing on environmental planning for compliance with regulations. I also have worked as a research scientist for the Institute for Sustainable Development (ISD), which is a non-profit research and consulting firm dedicated to bringing critical scientific information to policy makers and environmental planners in a manner that is readily understandable. Lately, I have been specializing on the analysis of spatial data across large geographic areas for assessments of ecological conditions and pressures, on behalf of local governments and private companies. With private foundation funds donated to ISD, I also conduct large-scale monitoring programs for wildlife in California. I have also analyzed data integrated from many sources regarding population density estimation, and I further developed ecological theory and method. My relevant publications are listed in my *curriculum vitae*, which I have enclosed with this report.

Besides giving special research emphasis to mammalian carnivores and exotic species, I also studied pocket gophers. From January 1988 to July 1994, I conducted field work on pocket gophers on 56 forest clearcuts throughout northern California, and on 40 alfalfa fields and other lands throughout the Sacramento Valley. I developed new sampling methods for pocket gophers, researched population control methods and effectiveness, and studied soil attributes and plant growth on and around gopher burrows. In the process, I radio-collared, monitored, and excavated the burrows of 19 gophers on a clearcut, I live-trapped and kill-trapped hundreds, if not thousands, of gophers in their burrows, and I cared for gophers in a laboratory. I also mapped and monitored gopher burrows distributed across large areas. My research on pocket gophers has also been published in peer-reviewed journals, and these publications are listed in my *curriculum vitae*.

As an ecologist, I was trained to study the interactions between organisms and their environment, including other organisms, physical elements and media, and human management systems. As an systems ecologist, I was trained by the world's leading authority (Professor Emeritus K.E.F. Watt) to identify and integrate information representing critically important factors that interact to influence a variable or multiple variables of interest. The systems ecology approach is methodical, rigorous, and multi-disciplinary. It usually crosses large scales of measurement and starts with a top-down approach to examining the information. The approach is highly suitable for identifying pressures, conditions, and vulnerabilities in complex systems.

I was retained by Berger & Montague. P.C. to evaluate the role of soil bioturbation, or soil turnover due to biological activity, as a mechanism for exposing soil contaminants to winds at Rocky Flats. I was asked to estimate the annual soil turnover rate caused by animal life at Rocky Flats, the percentage of the ground likely to be covered by excavated soils from animal burrows, and the depths to which these animals burrow. These burrow characteristics were thought to potentially influence