IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

    Defendants.

_____

**ORDER**
_____

Kane, J.

Upon consideration of the filings in this action on January 22 and 23, I ORDER as follows:

1. In accordance with the current briefing schedule for post-trial motions, Plaintiffs shall file a response to Defendants' Motion for Certification of Interlocutory Appeal (Doc. 2222) no later than February 12, 2007. Defendants shall file a reply no later than February 27, 2007.

2. Defendants' Motion for Hearing and for Status Conference (Doc. 2229) is DENIED. I will determine if oral argument is necessary on Plaintiffs' Motion for Entry of Judgment (Doc. 2169) and Defendants' Motion for Certification of Interlocutory Appeal (Doc. 2222) after the two motions are

fully briefed. If I decide that judgment is to be entered, I will determine at that time whether a status conference or other pre-judgment proceedings are necessary.

3. Defendants' Motion for Clarification on the Need to Resubmit Trial Exhibits to the Court (Doc. 2219) is GRANTED. Pursuant to the parties' Stipulation Regarding Custody of Exhibits and Depositions (Doc. 2082), entered February 2, 2006, the parties are the sole custodians of the exhibits admitted at the class trial. To enable the Court to review the trial exhibits cited and relied upon by the parties in connection with Defendants' Renewed Motion for Judgment as a Matter of Law (Doc. 2220) and Motion for New Trial or, in the Alternative, for a Remittitur of Damages (Doc. 2224), the parties shall coordinate to prepare a single set of the trial exhibits specifically referenced in these motions and all related briefing. The parties shall also prepare an index to the included trial exhibits and separate each exhibit with a tab coordinated with the index. The parties shall make every effort to eliminate duplicate exhibits. The set of cited trial exhibits and index shall be submitted to the Clerk's office no later than one week after briefing on the two referenced motions is completed.

4. Defendants shall promptly deliver to chambers courtesy hard copies of the following recent filings, three hole punched and in separate three-ringed notebooks: Doc. 2226 (response and attached exhibits); Docs. 2222 and

        2223 (motion, supporting memorandum and attached exhibits); Docs. 2220 and 2221 (motion, supporting memorandum and attached exhibits); and Docs. 2224 and 2225 (motion, supporting memorandum and attached exhibits).

5.     For the remainder of this action, the parties shall deliver to chambers a courtesy hard copy, three holed punched, of any filing that in total, including attachments, exceeds 50 pages in length. Courtesy copies required by this order shall be delivered no later than the end of the business day following the day on which the document was electronically filed.

IT IS SO ORDERED this 24th day of January, 2007.

                                    **s/John L. Kane**
                                    John L. Kane, Senior District Judge
                                    United States District Court