IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-cv-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

**PLAINTIFFS' UNOPPOSED MOTION
FOR THREE-WEEK EXTENSION OF TIME
AND RULE 7.1(A) CERTIFICATION**

---

Plaintiffs respectfully move for a three-week extension of time (from February 12, 2007, to March 5, 2007) to respond to the following submissions filed by defendants on January 22, 2007: (1) "Defendants' Renewed Motion for Judgment as a Matter of Law" [Ct. Rec. 2220] and the accompanying memorandum [Ct. Rec. 2221]; (2) "Defendants' Motion for Certification of Interlocutory Appeal" [Ct. Rec. 2222] and the accompanying memorandum [Ct. Rec. 2223]; "Defendants' Motion for a New Trial or, in the Alternative, for a Remittitur of Damages" [Ct. Rec. 2224] and the accompanying memorandum [Ct. Rec. 2225]; and (4) "Defendants' Response to Plaintiffs' Motion for Entry of Judgment" [Ct. Rec. 2226].

No previous extension has been sought or granted with respect to plaintiffs' responses to these submissions. The additional time is needed to respond to points and contentions raised by

defendants in approximately 350 pages of briefing.  Plaintiffs have been working diligently to prepare their responses and will continue to do so.

Pursuant to Local Rule 7.1(A), Peter Nordberg, one of plaintiffs' counsel, spoke by phone with John Tangren, one of defendants' counsel, on February 2, 2007, to discuss the relief requested in this motion.  Defendants do not oppose the requested extension.

Dated: February 2, 2007                                          Respectfully submitted,

                                            s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for Plaintiffs
And the Class

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

      David M. Bernick, Esq.
      Kirkland & Ellis LLP
      200 East Randolph Drive
      Chicago, IL 60601

          and

      Joseph J. Bronesky, Esq.
      Sherman & Howard, LLC
      633 Seventeenth Street, Suite 3000
      Denver, CO 80202

      Attorneys for Defendants

                                          s/ Peter Nordberg
                                          Peter Nordberg