IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
COMPANY,

      Defendants.
_____

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**
_____

Kane, J.

      Plaintiffs' Unopposed Motion for Three-Week Extension of Time (Doc. 2231),

filed February 2, 2007, is GRANTED.

      Plaintiffs shall respond to Defendants' Renewed Motion for Judgment as a Matter

of Law (Doc. 2220), Defendants' Motion for New Trial or, in the Alternative, for a

Remittitur of Damages (Doc. 2224) and Defendants' Motion for Certification of

Interlocutory Appeal (Doc. 2222) no later than March 5, 2007.  Defendants shall file

replies in support of these motions no later than March 20, 2007.

      Plaintiffs shall file a reply in support of their Motion for Entry of Judgment

(Doc. 2169) no later than March 5, 2007.

Dated this 2nd day of February, 2007.

s/John L. Kane
John L. Kane, Senior District Judge
United States District Court