**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-CV-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

    v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF
JENNIFER MACNAUGHTON**

---

Jennifer MacNaughton, attorney for the plaintiffs Merilyn Cook *et al.*, respectfully requests to withdraw her appearance in this case. Ms. MacNaughton has left the law firm of Berger & Montague, PC, to undertake a program of graduate study and is thus no longer practicing law full-time. Plaintiffs and the Class will continue to be represented by other counsel of record.

In accordance with D.C. Colo. L. Civ. R. 7.1A, on January 25, 2007, Peter Nordberg, counsel for Plaintiffs, contacted John Tangren, counsel for Defendants, via email regarding this motion. Mr. Tangren responded that Defendants do not oppose this motion.

Dated: February 5, 2007                                    Respectfully Submitted,


  /s   Jennifer MacNaughton

Jennifer MacNaughton
1002 Spruce St., #5
Philadelphia, PA 19107
267-974-8285

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2007, I electronically filed the foregoing Motion for Withdrawal of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

    David M. Bernick
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

    Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202

*Counsel for Defendants*

    Merrell G. Davidoff
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, PA 19103-6365

    Gary B. Blum
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

*Counsel for Plaintiffs*

                                               /s Jennifer MacNaughton