IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Unopposed Motion to Withdraw Appearance of Jennifer MacNaughton (doc. #2233), filed February 5, 2007, is GRANTED.  Jennifer MacNaughton is permitted to withdraw her appearance as attorney of record for plaintiffs.

Dated:  February 5, 2007