**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181**

_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and**
**THE DOW CHEMICAL COMPANY,**

    **Defendants.**

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME**
**TO RESPOND / REPLY TO DEFENDANTS' SUBMISSIONS OF 1/22/07**
**AND CERTIFICATION UNDER LOCAL RULE 7.1(A)**

_____

Plaintiffs respectfully move for an additional two-week extension of time (from March 5, 2007, to March 19, 2007) to respond/reply to the following submissions filed by defendants on January 22, 2007: (1) "Defendants' Renewed Motion for Judgment as a Matter of Law" [Ct. Rec. 2220] and the accompanying memorandum [Ct. Rec. 2221]; (2) "Defendants' Motion for Certification of Interlocutory Appeal" [Ct. Rec. 2222] and the accompanying memorandum [Ct. Rec. 2223]; "Defendants' Motion for a New Trial or, in the Alternative, for a Remittitur of Damages" [Ct. Rec. 2224] and the accompanying memorandum [Ct. Rec. 2225]; and (4) "Defendants' Response to Plaintiffs' Motion for Entry of Judgment" [Ct. Rec. 2226]. The Court granted plaintiffs' previous motion for a three-week extension of time to respond to these filings [Ct. Rec. 2231] by Order dated February 2, 2007 [Ct. Rec. 2232].

Since January 22, a team of plaintiffs' counsel has been working diligently on responding to the numerous points raised in defendants' submissions. The additional extension is needed in light of the sheer volume of those submissions, and in furtherance of plaintiffs' efforts to offer responses concisely providing the greatest possible assistance to the Court in resolving the various issues before it.

Pursuant to Local Rule 7.1(A), Peter Nordberg, one of plaintiffs' counsel, exchanged e-mails with John Tangren, one of defendants' counsel, on February 26 and 27, 2007, to discuss the relief requested in this motion. Defendants do not oppose the requested extension.

Dated: February 28, 2007                    Respectfully submitted,

                                            s/ Peter Nordberg
                                            Merrill G. Davidoff
                                            Peter Nordberg
                                            Berger & Montague, P.C.
                                            1622 Locust Street
                                            Philadelphia, PA 19103
                                            (215) 875-3000

                                            Gary B. Blum
                                            Steven W. Kelly
                                            Silver & DeBoskey, P.C.
                                            1801 York Street
                                            Denver, CO 80206
                                            (303) 399-3000

                                            Louise Roselle
                                            Waite, Schneider, Bayless
                                              & Chesley Co., L.P.A.
                                            1513 Central Trust Tower
                                            Cincinnati, OH 45202
                                            (513) 621-0267

                                            Attorneys for Plaintiffs
                                            And the Class

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

>David M. Bernick, Esq.
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL 60601
>
>    and
>
>Joseph J. Bronesky, Esq.
>Sherman & Howard, LLC
>633 Seventeenth Street, Suite 3000
>Denver, CO 80202
>
>Attorneys for Defendants

s/ Peter Nordberg
Peter Nordberg
