IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff's Unopposed Motion for Second Extension of Time to Respond/Reply to Defendant's Submission of 1/22/07 (doc. #2235), filed February 28, 2007, is GRANTED. Plaintiff's responses/replies are due March 19, 2007; Defendants' replies due April 3, 2007.

Dated:  February 28, 2007