**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90-cv-181

---

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

---

**PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANTS' RENEWED MOTION FOR
JUDGMENT AS A MATTER OF LAW**

---

Plaintiffs respectfully submit this response to Defendants' Renewed Motion for Judgment as a Matter of Law (Jan. 12, 2007) [Ct. Rec. 2220]. In opposition to the motion, plaintiffs rely on Plaintiffs' Opposition to Defendants' Motion for Judgment as a Matter of Law (Jan. 11, 2006) [Ct. Rec. 1962], which is incorporated here by reference. Plaintiffs respectfully asked that defendants' motion be denied, and that judgment be entered on the verdict.

Dated: March 19, 2007

                                            Respectfully submitted,

                                            s/ Peter Nordberg
                                            Merrill G. Davidoff
                                            Peter Nordberg
                                            David F. Sorensen
                                            Ellen T. Noteware
                                            Berger & Montague, P.C.
                                            1622 Locust Street
                                            Philadelphia, PA 19103
                                            (215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267


Attorneys for Plaintiffs
And the Class

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                                            s/ Peter Nordberg
                                            Peter Nordberg