Exhibit B

# SUPPLEMENTAL EXPERT REPORT

## FOR THE COOK CASE

Prepared by:

Dr. Kenneth T. Wise

*The Brattle Group*
353 Sacramento Street
San Francisco, California 94111

## INTRODUCTION

I have been asked to supplement my 1996 report entitled "Analysis of the Potential Impacts on Property Values from The Rocky Flats Plant."

## BOUGHT-SOLD ANALYSIS

I have compiled a table of class member bought and sold statistics from Jefferson County assessor's data. The date of apparent acquisition was defined as the date of the deed transaction closest to and preceding the class date of June 7, 1989, excluding deed transactions in which the available information did not indicate a full change in ownership.[1]  Similarly, the date of apparent sale was defined as the date of the deed transaction closest to and following the class date, excluding deed transactions in which the available information did not indicate a full change in ownership. Of the 15,022 properties in the plaintiffs' class notice database, I was able to identify the apparent acquisition date for 14,032 of the properties. An additional 367 properties list only sales after the June 7, 1989 class date, bringing the total number of properties with at least some available deed information to 14,399 properties. See Exhibit 1.

Exhibit 1 shows that approximately 97.4 percent (or 14,027) of the class members with available deed information have apparently acquired their properties since 1953.[2]  The shares of class members with available deed information who apparently acquired their properties by year-end 1970, 1973, 1975, 1980, or 1985, are 97.1, 94.4, 92.2, 72.2 and 43.5 percent, respectively.

From the bought-sold statistics I also find that 1,473 class members with available deed information apparently sold their properties between the class date (June 7, 1989) and the complaint date of January 30, 1990.  Moreover, a further 3,029 class members with available deed information apparently sold their properties on or after the complaint date but before the March 26, 1992 date of Rockwell's guilty plea.  By January 1, 1995, 7,134 class members (49.5 percent of those with available deed information) had apparently sold their properties. By October 1, 2003, 10,332 class members (71.8 percent of those with available deed information) had apparently sold their properties.

---

[1] For example, I removed deed transactions where the grantor and grantee names reflected a spouse's addition to or removal from the deed. A full change of ownership does not require that the sale be an arms-length transaction, only that wholly new owners are in place following the sale.

[2] For purposes of these statistics, I assume that properties listing only sales after the class date were originally acquired prior to 1953.

**Exhibit 1:  The Years in Which Class Member
Parcels Were Bought and Sold**

| Year Bought | Number of Class Member Parcels Bought | | Year Sold | Number of Class Member Parcels Sold |
|---|---|---|---|---|
| 1901 | 1 | | 1989b | 1,381 |
| 1907 | 1 | | 1990 | 1,437 |
| 1908 | 1 | | 1991 | 1,463 |
| 1923 | 1 | | 1992 | 1,166 |
| 1947 | 1 | | 1993 | 1,009 |
| 1954 | 1 | | 1994 | 678 |
| 1955 | 1 | | 1995 | 550 |
| 1956 | 3 | | 1996 | 455 |
| 1957 | 1 | | 1997 | 461 |
| 1958 | 4 | | 1998 | 429 |
| 1959 | 2 | | 1999 | 346 |
| 1960 | 1 | | 2000 | 330 |
| 1961 | 1 | | 2001 | 261 |
| 1962 | 1 | | 2002 | 226 |
| 1963 | 1 | | 2003 | 140 |
| 1964 | 2 | | No Post-6/7/89 Sales | 4,067 |
| 1965 | 3 | | Subtotal | 14,399 |
| 1966 | 1 | | | |
| 1967 | 4 | | No Data Available | 634 |
| 1968 | 6 | | Total | 15,033 |
| 1969 | 2 | | | |
| 1970 | 8 | | | |
| 1971 | 52 | | | |
| 1972 | 155 | | | |
| 1973 | 181 | | | |
| 1974 | 119 | | | |
| 1975 | 198 | | | |
| 1976 | 300 | | | |
| 1977 | 664 | | | |
| 1978 | 756 | | | |
| 1979 | 665 | | | |
| 1980 | 499 | | | |
| 1981 | 534 | | | |
| 1982 | 528 | | | |
| 1983 | 798 | | | |
| 1984 | 1,130 | | | |
| 1985 | 1,148 | | | |
| 1986 | 1,713 | | | |
| 1987 | 1,729 | | | |
| 1988 | 1,851 | | | |
| 1989a | 965 | | | |
| No Pre-6/7/89 Sales | 367 | | | |
| Subtotal | 14,399 | | | |
| | | | | |
| No Data Available | 634 | | | |
| Total | 15,033 | | | |