**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
_____

Defendants respectfully move for a three-week extension of time for the filings currently due on April 3, 2007. Plaintiffs do not oppose defendants' motion. In support of this motion, defendants state as follows:

1. On December 7, 2006, the Court set forth a briefing schedule for defendants' response to plaintiffs motion for entry of judgment and any motions challenging the jury's verdict or seeking a new trial. (12/7/06 Order on Briefing Schedule.) These filings were originally due on January 12, 2007. (*Id.*)

2. On December 14, defendants requested a ten-day extension of time, so that the filings would be due on January 22, 2007. On December 15, the Court granted defendants' motion. (12/15/06 Order.)

3. Plaintiffs' responses to defendants' January 22 filings were originally due February 12, 2007. (*Id.*) On February 2, plaintiffs requested a three-week extension of time. Defendants did not oppose plaintiffs' request. The Court granted plaintiffs' motion. (2/2/07 Order.)

4. On February 28, plaintiffs requested an additional two weeks to respond to defendants' January 22 filings. Defendants did not oppose plaintiffs' motion. The Court granted plaintiffs' motion. (2/28/07 Order.)

5. Defendants' replies in support of their motions for: (1) a new trial, or in the alternative, a remittitur of damages; (2) renewed judgment as a matter of law; and (3) certification of interlocutory appeal, are currently due on April 3, 2007. (*Id.*)

6. Defendants seek a three-week extension of time due to the number and complexity of issues before the Court. Defendants also seek the extension due to the upcoming religious holidays of Passover and Easter.

7. Accordingly, defendants hereby request a three-week extension of time for the filings due on April 3. Defendants request that these filings be due on April 24.

8. Pursuant to Local Rule 7.1, defendant's counsel Mark Nomellini contacted plaintiffs' counsel Peter Nordberg by telephone on March 22, 2007 to discuss the relief requested in this motion. Mr. Nomellini and Mr. Nordberg also exchanged emails regarding this motion. Mr. Nordberg indicated that plaintiffs do not oppose this motion.

Dated: March 27, 2007

Respectfully submitted,

s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky

2

                SHERMAN & HOWARD L.L.C.
                633 Seventeenth Street, Suite 3000
                Denver, Colorado 80202
                Phone:  303-297-2900
                Fax:     303-298-0940

                Attorneys for ROCKWELL
                INTERNATIONAL CORPORATION and
                THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 27, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

              s/ John E. Tangren_____
              John E. Tangren

4