**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181**

_____

**MERILYN COOK, et al.,**

      **Plaintiffs,**

         **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

      **Defendants.**

_____

**PLAINTIFFS' STATEMENT RE:
CORRECTED PROPOSED FORM OF JUDGMENT**

_____

Plaintiffs respectfully submit this statement to correct certain interest calculations in Plaintiffs' Revised Proposed Form of Judgment, which was attached as Exhibit A to Plaintiffs' Reply in Support of Motion for Entry of Judgment (Mar. 19, 2007) [Ct. Rec. 2240].

Specifically, the figures presented in paragraphs 6-8 and notes 4-6 were intended to reflect 17 years of prejudgment interest from 1/30/90 through 1/30/07, as stated. However, the total dollar figures presented were incorrect. They mistakenly included only 16 years of prejudgment interest, from 1/30/90 through 1/30/06.

Corrected 17-year figures are given in in paragraphs 6-8 and notes 4-6 of Plaintiffs' Corrected Proposed Form of Judgment, attached as Exhibit A to this statement. Plaintiffs apologize for the error.

Dated: April 3, 2007

Respectfully submitted,

s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
David F. Sorensen
Ellen T. Noteware
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
   & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for Plaintiffs
And the Class

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

<u>s/ Peter Nordberg</u>
Peter Nordberg