IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

___

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
___

    Defendants hereby move for a three-day extension of time to file replies in support of their (i) motion for a new trial, or in the alternative, a remittitur of damages, (ii) renewed motion for judgment as a matter of law, and (iii) motion for certification of interlocutory appeal, which are all currently due on April 24, 2007. Plaintiffs do not oppose defendants' motion for an extension. In support of this motion for an extension of time until April 27, 2007, defendants state as follows:

    1.    On December 7, 2006 the Court set forth a briefing schedule for defendants' response to plaintiffs' motion for entry of judgment, as well as any motions challenging the jury's verdict or seeking a new trial. (12/7/06 Order on Briefing Schedule) These filings were originally due on January 12, 2007. (*Id.*) On December 15, 2006, the Court granted defendants' motion for a ten-day extension of time until January 22, 2007. (12/15/06 Order)

    2.    Plaintiffs' responses to defendants' January 22 filings were originally due February 12, 2007. (*Id.*) Plaintiffs requested and received from the Court a three-week extension of time, which defendants did not oppose. (2/2/07 Order) Plaintiffs subsequently filed

a second unopposed motion for an additional two weeks in which to file their responses to the January 22 filings. The Court granted plaintiffs' second-requested extension. (2/28/07 Order)

3. Defendants' replies in support of their (i) motion for a new trial, or in the alternative, a remittitur of damages, (ii) renewed motion for judgment as a matter of law, and (iii) motion for certification of interlocutory appeal were originally due on April 3, 2007. (*Id.*) On March 27, 2007, defendants requested a three-week extension, which plaintiffs did not oppose. The Court granted defendants' motion. (3/28/07 Order)

4. Defendants' replies are currently due on April 24, 2007. (*Id.*) Like plaintiffs, Defendants now seek a second extension, although only of three days, to address the complexities of the issues being briefed. An additional three days will allow defendants to fully apprise the Court and plaintiffs of the applicable legal and factual issues raised by the motions and will not unduly interfere with the timely completion of the briefing on these matters.

5. Pursuant to Local Rule 7.1, defendants' counsel Mark Nomellini contacted plaintiffs' counsel Peter Nordberg by telephone on April 20, 2007 to discuss the relief requested in this motion. Mr. Nordberg indicated that plaintiffs do not oppose this motion.

WHEREFORE, for the reasons stated above, defendants hereby request that their time to file replies in support of their (i) motion for a new trial, or in the alternative, a remittitur of damages; (ii) renewed motion for judgment as a matter of law; and (iii) motion for certification of interlocutory appeal be extended for three days from April 24, 2007, to April 27, 2007.

Dated:  April 20, 2007                                              Respectfully submitted,

                                                        s/ John E. Tangren_____
                                                        One of the Attorneys for the Defendants
                                                        David M. Bernick
                                                        John E. Tangren
                                                        KIRKLAND & ELLIS LLP
                                                        200 East Randolph Drive

Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                          s/ Courtney Biggins_____
                                          Courtney Biggins (legal assistant)