# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
_____

        Defendants have been diligently preparing their replies in support of their (i) motion for a new trial, or in the alternative, a remittitur of damages, (ii) renewed motion for judgment as a matter of law, and (iii) motion for certification of interlocutory appeal.  Defendants hereby move for an extension of time from Friday, April 27, 2007 to Tuesday, May 1, 2007 (two business days) to file these briefs so that they may best apprise the Court and plaintiffs of the complex legal and factual issues raised by the motions.  Plaintiffs do not oppose defendants' motion for an extension.

        Pursuant to Local Rule 7.1, counsel for defendants John Tangren conferred with counsel for plaintiffs Peter Nordberg by telephone concerning this motion on April 26, 2007.  Mr. Nordberg indicated to Mr. Tangren that plaintiffs do not oppose this motion.

Dated:  April 26, 2007                                Respectfully submitted,

                                                                  s/ John E. Tangren_____

One of the Attorneys for the Defendants
David M. Bernick
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com


                                s/ Courtney Biggins_____
                                Courtney Biggins (legal assistant)