# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No:  75-M-1111, 75-M-1162 and 75-M-1296

PERRY S. McKAY, et al.,

     Plaintiffs,

WILLIAM C. ACKARD, et al.,

     Intervenors,

vs.

UNITED STATES OF AMERICA, et al.,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 7 1984

JAMES R. MANSPEAKER
CLERK

### ORDER

The Joint Statement of Settlement of the parties is hereby approved.

DATED this 17th day of December 1984 at Denver, Colorado.

BY THE COURT:

Sherman G. Finesilver
Chief Judge


Settlement Judge

UNI   D STATES DISTRICT COUR
OFFICE OF THE CLERK
DISTRICT OF COLORADO

**JAMES R. MANSPEAKER. CLERK**

December 17, 1984

ROOM C-145
UNITED STATES COURTHOUSE
1929 STOUT STREET
DENVER, COLORADO 80294
PHONE (303) 837-3433

75-M-1162, McKAY, et al v. ACKARD, et al

CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of
Order to Substitute Plaintiffs, Order Vacating Trial Date and Staying Proceedings
& Order                                    signed by Sherman G. Finesilver, Chief Judge

and filed on    December 17, 1934                was mailed to the following:

Howard K. Holme
Peter F. Breitenstein
FAIRFIELD & WOODS
950 Seventeenth St., Ste. 1600
Denver, CO  80202

Douglas Tisdale
BROWNSTEIN, HYATT, FARBER & MADDEN
410 Seventeenth St., Ste. 1880
Denver, CO  80202

Robert G. Pierce
BUTLER, LANDRUM, PIERCE & TURNER
720 Kipling, Ste. 201
Lakewood, CO  80215

Don Jose, Esq.
U. S. Dept. of Justice
Torts Sec., Civil Div.
Safeway Bldg. 521 12th St.
Washington, D. C. 20530

William F. Schoeberlein
SHERMAN & HOWARD
633 Seventeenth St., Ste. 2900
Denver, CO  80202

Richard O. Campbell, Esq.
1120 Lincoln St., #1500
Denver, CO 80203

Jake J. Chavez
c/o SHERMAN & HOWARD
633 Seventeenth St.
Suite 2900
Denver, CO    80202
cc: Judge Matsch

Jake J. Chavez
Pamela Wood
Office of Chief Counsel
Department of Energy
P.O. Box 5400
Albuquerque, NM   87115

Adonis A. Neblett
Assistant Attorney General
1525 Sherman Street, Third Floor
Denver, CO   80203

Lawrence H. Hoyt
Jefferson County Attorney's Office
1700 Arapahoe
Golden, CO  80419

Robert N. Miller
United States Attorney
1200 Federal Office Bldg.
Denver, CO  80294

Carol Welch, Esq.
717 17th St., #2900
Denver, CO 80202

JAMES R. MANSPEAKER, CLERK

By _____
        Deputy Clerk/Secretary

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos. 75-M-1111, 75-M-1162, and 75-M-1296

PERRY S. McKAY, et al.,

     Plaintiffs,

WILLIAM C. ACKARD, et al.,

     Intervenors,

vs.

UNITED STATES OF AMERICA, et al.,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 7 1984

JAMES R. MANSPEAKER
CLERK

---

### JOINT STATEMENT OF SETTLEMENT

     The parties to several lawsuits filed in 1975 by owners
of land adjacent to the U.S. Department of Energy's Rocky Flats
Plant have announced that they have reached a settlement agreement.
The suits alleged that plaintiffs had been prevented from developing
their property because of quantities of plutonium deposited
on the land as the result of operations at the Rocky Flats Plant.
The Plant, which manufactures nuclear weapon components, was
operated for the U.S. Government by The Dow Chemical Company from
1952 until 1975 and has been operated since 1975 by Rockwell
International Corporation.  Dow, Rockwell, and the United States
Government were named as defendants in the suits.  Amended complaints
filed in 1981 named the State of Colorado and Jefferson County
as additional defendants.

     The settlement agreement was concluded after three months
of intensive negotiations among the parties under the supervision
of Chief Judge Sherman G. Finesilver of the U.S. District Court,
for the District of Colorado.  The Chief Judge was requested to
act as settlement judge by Judge Richard P. Matsch who has presided
over the proceedings since filing.  It is the practice in the U.S.
District Court for Colorado for one judge to serve as settlement
judge in cases pending before another U.S. District Judge.

     Under the settlement agreement Rockwell and the Depart-
ment of Energy have agreed to undertake any remedial action

necessary to bring levels of radioactivity on all lands involved
in the suits to levels at or below the State's 1973 guidance per-
taining to construction activity on soils containing radioactive
plutonium.  The agreement further provides for the transfer of over
800 acres of land to the east of the Rocky Flats Plant to Jefferson
County and the City of Broomfield for eventual expansion of Great
Western Reservoir and for open space and recreational uses.  The
settlement agreement permits local government to acquire these
lands for their payment of less than half of their appraised values
in addition to payments by Rockwell.  Approximately 1,200 acres
of land to the south and west of the Plant will be retained by
one plaintiff, successors in interest to the late Marcus F. Church.
The State and Jefferson County have agreed that these lands will
be suitable for industrial, office and nonintensive commercial
development.

       A Department of Energy soil sampling program completed
in 1978 and submitted as evidence in the suits showed the levels
of plutonium on lands adjacent to the Plant.  The settlement pro-
vides for the government defendants to request the Court to
determine that risks associated with present levels of radio-
activity on all lands adjacent to the Plant are sufficiently small
that they can be disregarded in any considerations relating to land
use.

       Trial of this protracted and complex litigation had been
scheduled to commence before Judge Matsch on January 14, 1985.
Estimate of trial time is in the neighborhood of 14-16 weeks on
one phase of the trial and an additional eight weeks on a second
phase.  Appeals in these cases, which would likely have ensued,
would require three to four additional years of litigation.  Under
the settlement agreement, the suits will be dismissed in July of
1985 when the agreement becomes final.  It has been stipulated
by the parties and ordered by the Court that specific provisions
of the settlement agreement are to remain confidential until the
agreement becomes final.

                         Respectfully submitted,

                         FAIRFIELD AND WOODS

                         BY _____
                            Peter S. Breitenstein
                            Howard Holme
                         1600 Colorado National Building
                         950 Seventeenth Street
                         Denver, Colorado 80202
                         Telephone:  (303) 534-6135

                         Attorneys for McKay Plaintiffs

                              -2-

BUTLER, LANDRUM, PIERCE & TURNER

BY _____
    Robert G. Pierce
720 Kipling Street, Suite 201
Lakewood, Colorado 80215
Telephone:  (303) 232-3888

Attorneys for Great Western
  Venture, Plaintiff

BROWNSTEIN, HYATT, FARBER & MADDEN


BY _____
    Douglas M. Tisdale
410 Seventeenth Street, #1880
Denver, Colorado 80202
Telephone:  (303) 534-6335

Attorneys for Good Fund Limited,
  Plaintiff


RICHARD W. WILLARD, Acting
  Assistant Attorney General

JEFFREY AXELRAD, Director

DON JOSE, Assistant Director

PAMELA WOOD, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Safeway Building
521 - 12th Street
Washington, D.C.  20530
(202) 724-6696

ROBERT N. MILLER, ESQ.
United States Attorney
District of Colorado

BY _____
  Jake J. Chavez, Special
  Assistant U.S. Attorney


-3-

SHERMAN & HOWARD
Joseph J. Bronesky, Esq.
633 Seventeenth Street, Suite 2900
Denver, Colorado 80202
(303) 297-2900

Attorneys for Defendants United
  States of America, Rockwell
  International Corporation, and
  The Dow Chemical Company


HALL & EVANS


BY _____ #6273 _____
    Carol Welch
717 Seventeenth Street, #2900
Denver, Colorado 80202

Attorneys for the State of Colorado


PATRICK R. MAHAN, County Attorney


BY _____
    H. Lawrence Hoyt, Assistant
    County Attorney
1700 Arapahoe
Golden, Colorado 80419

Attorneys for Jefferson County

-4-

## CERTIFICATE OF MAILING

I hereby certify that I mailed a copy of the foregoing, postage prepaid, this _17_ day of December, 1984 to:

Mr. Richard O. Campbell
Montgomery, Little, Young,
   Campbell & McGrew, P.C.
1120 Lincoln Street, #1500
Denver, Colorado 80203

Mr. Adonis A. Neblett
Attorney General's Office
1525 Sherman Street, 3rd Floor
Denver, Colorado 80203

-5-