# Exhibit 5

```
                                              FILED
                                      UNITED STATES DISTRICT COURT
                                           DENVER, COLORADO

                                           JAN 9 1985

                                      JAMES R. MANSPEAKER
                                                    CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 75-M-1111

THE GOOD FUND, LTD, - 1972, a Texas limited partnership, and
GOOD FINANCIAL CORPORATION, a Texas corporation,

   Plaintiffs,

v.

PERRY S. McKAY, CHARLES C. McKAY, and THE FIRST INTERSTATE BANK
OF DENVER, N.A., Personal representatives of the Estate of MARCUS
F. CHURCH, Deceased, Successor to MARCUS F. CHURCH; PERRY SIDWAY
McKAY, Successor to MARCUS F. CHURCH, Trustee,

   Defendants.

---

### ORDER APPROVING SETTLEMENT AGREEMENT

---

   The parties having stipulated and the Court having received the settlement agreement entered into on the 17th day of December, 1984,

   It is hereby ORDERED that the settlement agreement in this case is approved.

   Signed this ___9___ day of _January_, 1985.

                              _____
                              Chief Judge Sherman G. Finesilver

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### DISTRICT OF COLORADO

**JAMES R. MANSPEAKER, CLERK**

January 10, 1985

ROOM C 145
UNITED STATES COURTHOUSE
1929 STOUT STREET
DENVER, COLORADO 80294
PHONE (303) 837-2433

75-M-1111 THE GOOD FUND, LTD., etc. v. PERRY S. McKAY, et al

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of ORDER APPROVING SETTLEMENT AGREEMENT signed by Sherman G. Finesilver, Chief Judge and filed on January 9, 1985 was mailed to the following:

Jake J. Chavez
Pamela Wood
Office of Chief Counsel
Department of Energy
P.O. Box 5400
Albuquerque, NM  87115

Douglas Tisdale
BROWNSTEIN, HYATT, FARBER & MADDEN
410 Seventeenth St., Ste. 1880
Denver, CO  80202

Don Jose, Esq.
U. S. Dept. of Justice
Torts Sec., Civil Div.
Safeway Bldg. 521 12th St.
Washington, D. C. 20530

Robert N. Miller
United States Attorney
1200 Federal Office Bldg.
Denver, CO  80294

William F. Schoeberlein
SHERMAN & HOWARD
633 Seventeenth St., Ste. 2900
Denver, CO  80202

COPY: JUDGE MATSCH

JAMES R. MANSPEAKER, CLERK

By _____
Deputy Clerk/Secretary