# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR
MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

_____

Conventionally submitted Exhibit 2, copy of audio CD received from Colorado State Archives containing Senate Judiciary Committee Hearings of Senate Bill 463.