# Exhibit 4

Case No. 1:90-cv-00181-JLK Document 2250-4 filed 05/01/07 USDC Colorado pg 1 of 3

**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

## STATEMENT/DESCRIPTION OF SUCCESSOR INTEREST
_____

      Based on a 1996 merger transaction, The Boeing Company presently is the successor-in-interest to Rockwell International Corporation and would be answerable for any judgment rendered against Rockwell International Corporation in this suit (assuming that Boeing's corporate form is not further changed prior to actual execution upon a judgment) without being added as a defendant in this matter.

Dated: June 23, 2006                             Respectfully submitted,

                                                      s/ John E. Tangren_____
                                                      One of the Attorneys for the Defendants
                                                      David M. Bernick
                                                      Douglas J. Kurtenbach
                                                      Ellen Therese Ahern

**EXHIBIT A**

KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

COUNSEL FOR DEFENDANT
ROCKWELL INTERNATIONAL
CORPORATION and
THE BOEING COMPANY