# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

    In their Joint Submission (Doc. 2193), filed June 23, 2006, the parties report they have resolved the issues raised by Plaintiffs' Motion to Amend the Caption or the Complaint or in the Alternative to Substitute Rockwell's Successor Companies as Parties in Interest (Doc. 2171), filed May 5, 2006. Accordingly, as requested by Plaintiffs in the Joint Statement, the referenced Motion is deemed **WITHDRAWN.**

    Additionally, Defendants' Motion to Seal Unredacted Version of Defendants' Renewed Motion for Mistrial and Related Juror Affidavits (Doc. 2177), filed May 10, 2006, is **GRANTED**.

Dated: June 23, 2006