**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

**JOINT NOTICE OF FILING**
___

The parties hereby provide notice that, pursuant to the Court's 1/24/2007 Order, a single set of the trial exhibits cited and relied upon by the parties in connection with Defendants' Renewed Motion for Judgment as a Matter of Law (Doc. 2220) and Motion for a New Trial, or in the Alternative, for a Remittitur of Damages (Doc. 2224) will be filed in the conventional fashion.

Dated:  May 8, 2007                                         Respectfully submitted,


s/ Peter Nordberg_____                 s/ John E. Tangren_____
Merrill G. Davidoff                                    One of the Attorneys for the Defendants David M.
Peter Nordberg                                         Bernick
David F. Sorensen                                     John E. Tangren
Ellen T. Noteware                                     KIRKLAND & ELLIS LLP
BERGER & MONTAGUE, P.C.              200 East Randolph Drive
1622 Locust Street                                     Chicago, Illinois 60601-6636
Philadelphia, PA  19103                           Phone: 312-861-2000
Phone:  215-875-3000                               Fax:     312-861-2200

Gary B. Blum                                            Joseph J. Bronesky
Steven W. Kelly                                        SHERMAN & HOWARD L.L.C.
Silver & DeBoskey, P.C.                           633 Seventeenth Street, Suite 3000
1801 York Street                                       Denver, Colorado 80202
Denver, CO  80206                                   Phone: 303-297-2900
Phone:  303-399-3000                               Fax:     303-298-0940

Louise Roselle                                           Attorneys for ROCKWELL INTERNATIONAL
Jean M. Geoppinger                                  CORPORATION and THE DOW CHEMICAL
Waite, Schneider, Bayless                         COMPANY
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH  45202
Phone:  513-621-0267

Attorneys for PLAINTIFFS AND THE
CLASS

2

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 8, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

              s/ Courtney Biggins_____
              Courtney Biggins (legal assistant)