Attachment

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**JOINT NOTICE OF FILING**
_____

       Conventionally submitted single set of the trial exhibits cited and relied upon by the parties in connection with Defendants' Renewed Motion for Judgment as a Matter of Law (Doc. 2220) and Motion for a New Trial, or in the Alternative, for a Remittitur of Damages (Doc. 2224).