IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-cv-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Plaintiffs respectfully submit this response to "Defendants' Notice of Supplemental Authority" (filed Sept. 25, 2007) [CR 2254].

For at least three reasons, the Ninth Circuit's recent opinion in *In re Hanford Nuclear Reservation Litig.*, No. 05-35648, 2007 U.S. App. LEXIS 19291 (9th Cir. Aug. 14, 2007), does not warrant reconsideration of this Court's previous ruling that federal regulatory standards do not preempt state-law standards of care. *See Cook v. Rockwell Int'l Corp.*, 273 F. Supp. 2d 1175, 1179-99 (D. Colo. 2003) ("*Cook IX*").

First, the *In re Hanford* panel's remarks on the subject of preemption are dictum. "[N]o federal standards governing emission levels existed" at the time of the releases at issue in that litigation. *In re Hanford*, 2007 U.S. App. LEXIS 19291 at *25. Under the facts before the Ninth Circuit, therefore, no preemption question was presented.

Second, perhaps because no federal regulations applied to the releases at issue in *In re Hanford*, the Ninth Circuit's opinion does not discuss or address this Court's extensive analysis of the preemption question in *Cook IX*.

Third, this Court, unlike the Ninth Circuit, is bound not only by Supreme Court decisions, but also by Tenth Circuit authority, including *Silkwood v. Kerr-McGee Corp.*, 667 F.2d 908, 920-21 (10th Cir. 1981), *rev'd in part on other grounds*, 464 U.S. 238 (1984).  *See Cook IX*, 273 F. Supp. 2d at 1199 ("binding Supreme Court and Tenth Circuit authority").

Accordingly, plaintiffs respectfully request entry of judgment on the jury's verdict.

Dated: September 25, 2007

Respectfully submitted,

s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
David F. Sorensen
Ellen T. Noteware
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267


Attorneys for Plaintiffs
And the Class

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

s/ Peter Nordberg
Peter Nordberg