IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-cv-181
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

PLAINTIFFS' STATEMENT REGARDING PREJUDGMENT INTEREST
AND INQUIRY RE: CASE STATUS
_____

This filing is submitted on behalf of plaintiffs: (a) to give adjusted figures for prejudgment interest on the jury's award, in light of annual compounding; and (b) to make respectful inquiry concerning the status of the case.

### A.    PREJUDGMENT INTEREST

Because the Colorado prejudgment interest statutes call for annual compounding, certain adjustments are now required in the prejudgment interest computations offered by plaintiffs in connection with plaintiffs' pending Motion for Entry of Judgment [Ct. Recs. 2169, 2170, 2240, 2243].

As of January 30, 2008, the amount of plaintiffs' award – inclusive of compensatory damages, exemplary damages, and 9% prejudgment interest on the compensatory damages – will stand at $1,034,424,350. Alternatively, with prejudgment interest on the compensatory damages

calculated at the rate of 8%, it will stand at $906,897,407.[1] Attached to this Statement as Exhibit A is Plaintiffs' Amended Proposed Final Judgment, which adjusts the relevant figures and the corresponding daily interest amounts. It is otherwise unchanged from the previous version.

Also as of January 30, 2008, Tables 1 and 2, appearing at page 25 of plaintiffs' reply brief [Ct. Rec. 2240], should be revised to read as follows:

Table 1
Compensatory Damages After Adjustment to 1990 Dollars

| Property Category | Jury Award | Award Adjusted to 1990 Dollars | Adjusted Award Plus 8% Interest | Adjusted Award Plus 9% Interest |
|---|---|---|---|---|
| Residential | $144,199,088 | $92,144,132 | $368,209,747 | $434,654,966 |
| Vacant Land | $27,000,000 | $17,253,171 | $68,944,009 | $81,385,286 |
| Commercial | $5,651,252 | $3,611,186 | $14,430,369 | $17,034,399 |
| Total | $176,850,340 | $113,008,489 | $451,584,125 | $533,074,650 |

Table 2
Current Daily Interest on Adjusted Compensatory Damages (1990)

| Property Category | Current Daily Interest on Adjusted Award (8%) | Current Daily Interest on Adjusted Award (9%) |
|---|---|---|
| Residential | $80,704 | $107,175 |
| Vacant Land | $15,111 | $20,068 |
| Commercial | $3,163 | $4,200 |
| Total | $98,977 | $131,443 |

---

[1] These figures are computed on the same assumptions as in Plaintiffs' Corrected Proposed Final Judgment (filed Apr. 3, 2006) [Ct. Rec. 2243]. All figures set forth in this Statement are rounded to the nearest dollar.

*Plaintiffs' Statement re Prejudgment Interest and Case Status – Page 2*

Finally, as of December 31, 2007, Tables 3 and 4, appearing at pages 26-27 of plaintiffs' reply brief [Ct. Rec. 2240], should be revised to read as follows:

Table 3
Compensatory Damages After Adjustment to 1995 Dollars

| Property Category | Jury Award | Award Adjusted to 1995 Dollars | Adjusted Award Plus 8% Interest | Adjusted Award Plus 9% Interest |
|---|---|---|---|---|
| Residential | $144,199,088 | $112,722,226 | $283,853,740 | $317,049,835 |
| Vacant Land | $27,000,000 | $21,106,237 | $53,149,095 | $59,364,769 |
| Commercial | $5,651,252 | $4,417,654 | $11,124,405 | $12,425,380 |
| Total | $176,850,340 | $138,246,117 | $348,127,240 | $388,839,984 |

Table 4
Current Daily Interest on Adjusted Compensatory Damages (1995)

| Property Category | Current Daily Interest on Adjusted Award (8%) | Current Daily Interest on Adjusted Award (9%) |
|---|---|---|
| Residential | $62,215 | $78,177 |
| Vacant Land | $11,649 | $14,638 |
| Commercial | $2,438 | $3,064 |
| Total | $76,302 | $95,878 |

**B.     CASE STATUS**

The Court has previously indicated that if it deems further proceedings on the post-trial motions to be necessary, it will so advise the parties.[2] Plaintiffs respect that directive and do not seek to burden the Court gratuitously with unsolicited offers of assistance. Plaintiffs are cognizant, moreover, that the parties' compendious post-trial filings would naturally require substantial time

---

[2] *See* Order ¶ 2, at 1-2 (Jan. 24, 2007) [Ct. Rec. 2230].

*Plaintiffs' Statement re Prejudgment Interest and Case Status – Page 3*

for the Court to address. Plaintiffs do wish, however, to state their continuing readiness to provide whatever assistance the Court might find beneficial.

In addition, the representative plaintiffs, some of whom are of advancing years, have requested class counsel to make respectful inquiry concerning the status of the case. Any tentative guidance the Court may be in a position to offer would also assist counsel in responding to similar inquiries from class members.

Dated: January 7, 2008                              Respectfully submitted,

s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
David F. Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
   & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for Plaintiffs
And the Class

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
Citigroup Center
New York, NY 10022

and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

s/ Peter Nordberg
Peter Nordberg