IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.,*

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

        Defendants.

---

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF JOHN TANGREN**

---

        Defendants respectfully request, pursuant to D.C.COLO.L.CivR 83.3D, that John E. Tangren be granted leave to withdraw his appearance as counsel for Defendants.

        1.    <u>D.C.COLO.LCivR 7.1A Certification</u>:  On February 23 and 26, 2008, the undersigned exchanged e-mails with Gary B. Blum, co-counsel for Plaintiffs, regarding this Motion.  Mr. Blum authorized the undersigned to state that Plaintiffs do not oppose this Motion.

        2.    John E. Tangren no longer is employed with the law firm of Kirkland & Ellis, and will no longer participate as counsel in this action.  Accordingly, it is proper to withdraw his appearance.

        Dated this 3rd day of  March 2008.

2

/s/Joseph J. Bronesky
Joseph J. Bronesky
Sherman & Howard LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 299-8450

David M. Bernick
Douglas J. Kurtenbach
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 3rd, 2008, I electronically filed the foregoing Motion for Withdrawal of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

| | |
|---|---|
| Gary B. Blum, Esq. | Merrill Davidoff, Esq. |
| Silver & DeBoskey | Peter Nordberg, Esq. |
| The Smith Mansion | Berger & Montague, P.C. |
| 1801 York Street | 1622 Locust Street |
| Denver, Colorado  80206 | Philadelphia PA 19103-6365 |

/s/Patricia Eckman
Patricia Eckman

3