IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Unopposed Motion to Withdraw Appearance of John Tangren (doc. #2258), filed March 3, 2008, is GRANTED. John E. Tangren is permitted to withdraw as counsel of record for defendants.

Dated: March 3, 2008