# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### No. 90-cv-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

### SUGGESTION OF DEATH OF A PARTY
---

Plaintiffs suggest to the Court on the record, pursuant to Fed. R. Civ. P. 25, that representative plaintiff Gertrude Babb passed away on February 2, 2008.

Dated: April 4, 2008                                  Respectfully submitted,

                                                                     s/ Peter Nordberg
                                                                     Merrill G. Davidoff
                                                                     Peter Nordberg
                                                                     David F. Sorensen
                                                                     Berger & Montague, P.C.
                                                                     1622 Locust Street
                                                                     Philadelphia, PA 19103
                                                                     (215) 875-3000

                                                                     Gary B. Blum
                                                                     Steven W. Kelly
                                                                     Silver & DeBoskey, P.C.
                                                                     1801 York Street
                                                                     Denver, CO 80206
                                                                     (303) 399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267


Attorneys for Plaintiffs
And the Class

*Suggestion of Death of a Party – Page 2*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

  David M. Bernick, Esq.
  Kirkland & Ellis LLP
  200 East Randolph Drive
  Chicago, IL 60601

    and

  Joseph J. Bronesky, Esq.
  Sherman & Howard, LLC
  633 Seventeenth Street, Suite 3000
  Denver, CO 80202

  Attorneys for Defendants

                s/ Peter Nordberg
                Peter Nordberg