**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181**

_____

**MERILYN COOK, et al.,**

     **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

     **Defendants.**
_____

**PLAINTIFFS' STATEMENT RE: PROPOSED FORM
OF FINAL JUDGMENT AND PLAN OF ALLOCATION**
_____

Pursuant to the Court's Memorandum Opinion and Order on Pending Motions dated May

20, 2008 (the "May 20 Opinion") [Ct. Rec. 2261], plaintiffs respectfully submit a revised form of

final judgment and plan of allocation consistent with the Court's rulings.

**Plaintiffs' Revised Proposed Form of Final Judgment**

Plaintiffs' revised proposed form of final judgment is attached as Exhibit A.  The redline

attached as Exhibit B compares the revised version to the most recently submitted previous version.[1]

Plaintiffs respectfully propose that judgment be planned for entry on Monday, June 9, 2008.  The

proposed form of judgment submitted herewith calculates compensatory damages, inclusive of

prejudgment interest at 8%, based on a June 9 entry date.  Plaintiffs' calculations are set forth below:

_____

[1] The most recently submitted prior version was attached as Exhibit A to Plaintiffs'
Statement Re: Prejudgment Interest and Inquiry Re: Case Status (filed Jan. 7, 2008) [Ct.
Rec. 2257].

**Compensatory Damages as of 6/9/08**
**(With Prejudgment Interest @ 8% Compounded Annually)**

|  | Jury Award | With interest to 1/30/08 | Interest per day since 1/30/08 | Total daily interest from 1/30/08-6/9/08 | Total |
|---|---|---|---|---|---|
| Dow | 159,165,306.00 | 636,027,666.37 | 139,403.32 | 18,261,835.46 | 654,289,501.83 |
| Rockwell | 123,795,238.00 | 494,688,184.95 | 108,424.81 | 14,203,649.80 | 508,891,834.76 |
| Total | 176,850,340.00 | 706,697,407.08 | 154,892.58 | 20,290,928.29 | 726,988,335.37 |

If judgment is entered on some date prior or subsequent to June 9, 2008, then the figures in paragraphs 6 through 8 of the proposed final judgment will need to be adjusted accordingly, in light of the daily accrual of interest. For example, if judgment were entered one day later, on June 10, 2008, then one day's interest in the amount of $139,403.32 would need to be added to Dow's compensatory damages in paragraph 6 of the proposed final judgment; $108,424.81, to Rockwell's compensatory damages in paragraph 7; and $154,892.58, to the total compensatory damage figure in paragraph 8.

The other changes to the proposed final judgment are largely self-explanatory. For clarity and consistency, "Prospective Damages Subclass" is substituted for "Damages Subclass" throughout. The opening paragraph now references the May 20 Opinion. Paragraph 11 has been modified in light of the Court's treatment of costs at page 72 of the May 20 Opinion. Paragraph 12 now provides for post-judgment interest under 28 U.S.C. § 1961 rather than C.R.S. § 13-21-101(3). Paragraphs 13-14 have been adjusted (and paragraph 15 added) in an effort to track the Court's rulings at pages 72-73 of the May 20 Opinion. Paragraph 16 (formerly paragraph 15) corrects an inadvertent reference to the "Plan of Distribution" (now correctly identified as the "Plan of

*Plaintiffs' Statement re Proposed Form of Final Judgment & Plan of Allocation – Page 2*

Allocation") and no longer proposes to append the plan of allocation, in view of the Court's stated intention that the latter be memorialized in a "separate order."  *See* May 20 Opinion at 57.

### Plaintiffs' Revised Proposed Plan of Allocation

Plaintiffs' revised proposed plan of allocation is attached as Exhibit C.  The redline attached as Exhibit D compares the revised version to the most recently submitted previous version.[2]  The definitions in paragraphs 1(a) through 1(d) have been added to aid in implementing the Court's rulings regarding assignment of damages to properties in the two subclasses. Other, self-explanatory adjustments have been made for that same purpose.

### Conclusion

For the Court's convenience, plaintiffs are prepared to transmit word-processing files containing the proposed judgment and plan of allocation upon the Court's request.  Plaintiffs also remain available to assist the Court in whatever other manner the Court may require or direct.

Dated: May 30, 2008                                  Respectfully submitted,

                                                     s/ Peter Nordberg
                                                     Merrill G. Davidoff
                                                     Peter Nordberg
                                                     David F. Sorensen
                                                     Berger & Montague, P.C.
                                                     1622 Locust Street
                                                     Philadelphia, PA 19103
                                                     (215) 875-3000

---

[2] The most recently submitted prior version was attached as Exhibit B to Plaintiffs' Reply in Support of Motion for Entry of Judgment (filed Mar. 19, 2007) [Ct. Rec. 2240].

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267


Attorneys for Plaintiffs
And the Class

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
Citigroup Center
New York, NY 10022

and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

<u>s/ Peter Nordberg</u>
Peter Nordberg