**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

___

**ENTRY OF APPEARANCE JAMES M. GOLDEN**
___

       James M. Golden hereby enters his appearance as co-counsel for Defendants in this action.

Dated: June 4, 2008

Respectfully submitted,

/s/James M. Golden
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Stephanie A. Brennan
James M. Golden
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900

Fax: 303-298-0940

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

  Merrell G. Davidoff
  Peter B. Nordberg, Esq.
  BERGER & MONTAGUE, P.C.
  1622 Locust Street
  Philadelphia, Pennsylvania 19103-6365

  Gary B. Blum, Esq.
  SILVER & DEBOSKEY
  The Smith Mansion
  1801 York Street
  Denver, Colorado 80206

            /s/Kari Knudsen
            (Legal Assistant)