**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-K-181

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

___

**STIPULATION AND PROPOSED ORDER FOR AN INTERIM STAY PENDING DEFENDANTS' EXHAUSTION OF EFFORTS TO OBTAIN A STAY PENDING APPEAL WITHOUT POSTING A BOND**
___

The parties have agreed, and the Court hereby orders:

The Court has now entered judgment against defendants, and has stayed the judgment pending the filing of a notice of appeal. Defendants have expressed an intention to appeal, and to seek to extend the stay for the pendency of the appeal without posting a bond. To allow the parties and this Court time to work through these issues in an orderly manner, and to allow sufficient time for the securing of a bond, if necessary, the parties have agreed and the Court hereby orders that execution of the judgment is stayed until 30 days after defendants have exhausted all efforts to obtain a stay pending appeal without posting a bond.

Defendants will be deemed to have exhausted all efforts to obtain a stay pending appeal without posting a bond when one of the following conditions has been satisfied: (1) defendants fail to move for a stay pending appeal without posting a bond by July 2, 2008; (2) defendants move for a stay pending appeal without posting a bond by July 2, 2008, this Court denies that

motion, and defendants fail to seek relief from the denial of that motion from the United States Court of Appeals for the Tenth Circuit within 30 days; or (3) defendants move for a stay pending appeal without posting a bond by July 2, 2008, this Court denies that motion, defendants seek relief from the denial of that motion from the United States Court of Appeals for the Tenth Circuit within 30 days, and the Tenth Circuit denies such relief.  For purposes of this paragraph, the filing of a notice of appeal shall not be deemed, in and of itself, to be a request for relief from the Tenth Circuit from the denial of a motion for a stay pending appeal without posting a bond.

The parties have agreed that the Court's approval of this stipulated order will eliminate any potential need for emergency or ex parte relief from the Tenth Circuit to prevent execution of the judgment pending defendants' exhaustion of efforts to obtain a stay pending appeal without posting a bond.

The interim stay for which this stipulated order provides is in addition to, and does not displace, the stay ordered in paragraphs 13 and 14 of the Final Judgment entered on June 2, 2008.

Dated: June 4, 2008                                    Respectfully submitted,

                                                       s/ James M. Golden_____
                                                       One of the Attorneys for the Defendants
                                                       David M. Bernick
                                                       Douglas J. Kurtenbach
                                                       James M. Golden
                                                       KIRKLAND & ELLIS LLP
                                                       200 East Randolph Drive
                                                       Chicago, Illinois 60601-6636
                                                       Phone:  312-861-2000
                                                       Fax:    312-861-2200

                                                       Joseph J. Bronesky
                                                       SHERMAN & HOWARD L.L.C.
                                                       633 Seventeenth Street, Suite 3000

Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

/s/ Peter Nordberg
s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215)875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303)399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for PLAINTIFFS and the CLASS

SO ORDERED:

Date:  _____          _____
                                     John L. Kane, Senior District Judge
                                     UNITED STATES DISTRICT COURT

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

              s/ Kari Knudsen_____
              Kari Knudsen (Legal Assistant)

4