**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**UNNOPPOSED MOTION TO WITHDRAW APPEARANCE
OF HOLLY SHOOK ATTICK**
_____

Pursuant to D.C.Colo.L.Civ.R. 83.3(D), Silver & DeBoskey, A Professional Corporation requests that Holly Shook Attick be permitted to withdraw as one of the counsel of record for Plaintiffs and the Class. Silver & DeBoskey, A Professional Corporation, seeks Ms. Attick's withdrawal as counsel of record because Ms. Attick is no longer associated with the law firm of Silver & DeBoskey, A Professional Corporation. Silver & DeBoskey, A Professional Corporation hereby requests that no further copies of any notices, pleadings or other documents in connection with this case be served upon Ms. Attick. Plaintiffs and the Class will continue to be represented by other counsel of record.

In accordance with D.C.Colo.L.Civ.R. 7.1A, on May 28, 2008, Steven W. Kelly, counsel for Plaintiffs, communicated with Mark J. Nomellini, counsel for Defendants, via e-mail regarding this motion. Mr. Nomellini responded that Defendants do not oppose this motion.

WHEREFORE, Silver & DeBoskey, A Professional Corporation, respectfully requests that this Court enter an Order granting Holly Shook Attick's withdrawal as counsel of record for Plaintiffs and the Class, and for such other and further relief as the Court deems proper.

Dated this 4th day of June, 2008.

                 Respectfully submitted,

                 s/ Steven W. Kelly
                 Gary B. Blum
                 Steven W. Kelly
                 Silver & DeBoskey, P.C.
                 1801 York Street
                 Denver, CO 80206
                 (303) 399-3000

                 Merrill G. Davidoff
                 Peter Nordberg
                 Berger & Montague, P.C.
                 1622 Locust Street
                 Philadelphia, PA 19103
                 (215) 875-3000

                 Louise Roselle
                 Jean M. Geoppinger
                 Waite, Schneider, Bayless
                  & Chesley Co., L.P.A.
                 1513 Central Trust Tower
                 Cincinnati, OH 45202
                 (513) 621-0267

                 Attorneys for Plaintiffs
                 And the Class

3

**CERTIFICATE OF SERVICE**

    I certify that today, this 4th day of June, 2008, I electronically filed the foregoing **UNNOPPOSED MOTION TO WITHDRAW APPEARANCE OF HOLLY SHOOK ATTICK** with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis, L.L.P.
Citigroup Center
New York, NY 10022

Joseph J. Bronesky, Esq.
Sherman & Howard, L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3624

Attorneys for Defendants

                       s/ Linda Andolsek

9V4710