# Exhibit B



**Department of Energy**
Washington, DC 20585

RECEIVED
DEPT. OF ENERGY, EMCBC

JAN 1 8 2008

2008 FEB -4  A 9: 10

LOG # 08-00182

FILE # 2251

MEMORANDUM FOR  DERRICK J. C. FRANKLIN
CONTRACTING OFFICER
ENVIRONMENTAL MANAGEMENT CONSOLIDATED
BUSINESS CENTER

FROM:   J. E. SURASH
HEAD OF CONTRACTING ACTIVITY
OFFICE OF ENVIRONMENTAL MANAGEMENT

SUBJECT:   Contracting Officer Appointment

REFERENCE:   (a) Federal Acquisition Regulation (FAR) 1.603
(b) Department of Energy Acquisition Regulations

Congratulations! In accordance with references (a) and (b), you are hereby appointed as a Contracting Officer with the responsibilities defined in the attached Certificate of Appointment.

Your appointment is effective immediately and will remain in effect until expiration or termination of your appointment. The level of authority established on the attached Certificate is the maximum extent to which you are authorized to obligate the Government. You are strictly prohibited from signing actions that exceed the limitations authorized on your Certificate of Appointment.

As a Contracting Officer, you occupy a position of great trust and grave responsibility, and are subject to close public scrutiny at all times. This appointment demands your personal commitment to safeguard the interests of the United States in its contractual relationships. References (a) and (b) strictly charge you with ensuring all actions executed by your signature are incompliance with the FAR and its supplements, and with the terms and conditions of the contract. You may be held liable for deviations and, as such, may be subject to criminal prosecution. You are expected to exercise sound judgment and common sense in business decisions and to observe the highest standards of personal and professional conduct, maintaining yourself above reproach at all times.

Printed with soy ink on recycled paper

This appointment supersedes and cancels any previously issued Certificates of Appointment. Under no circumstances should you assume that any authority not specifically covered by this warrant has been delegated.

Attachment:
    Certificate of Appointment Number EM HCA 08-009

Receipt Acknowledged:

_____          2-7-08
Signature                          Date

cc:
J. Craig, EMCBC
R. Holland, EMCBC
M. Roy, EMCBC
L. Schlag, EMCBC
C. Yee, MA-61
CBC CO File

# Certificate of Appointment

Under authority vested in the undersigned and in conformance with Subpart 1.6 of the Federal Acquisition Regulation

## DERRICK J. C. FRANKLIN

is appointed

### Contracting Officer

for the

### United States of America

Subject to the limitations contained in the Federal Acquisition Regulation and to the following:

(1) Department of Energy Acquisition Regulation
(2) EM Review and Approval Process
(3) Unlimited for Procurement Contracts, including Interagency Agreements, Sales Contracts, and Financial Assistance Instruments

Unless sooner terminated, this appointment is effective as long as the appointee is assigned to:

**Office of Environmental Management (EM)**
*(Organization)*

**U.S. Department of Energy**
*(Agency/Department)*

**J. E. Surash, Head of Contracting Activity**
*(Signature and Title)*

1/18/2008
*(Date)*

EM HCA 08-009
*(No.)*

STANDARD FORM 1402 (10-83)
Prescribed by GSA
FAR (48 CFR), 53.201-1