# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

___

## STIPULATION AND ORDER FOR AN INTERIM STAY PENDING DEFENDANTS' EXHAUSTION OF EFFORTS TO OBTAIN A STAY PENDING APPEAL WITHOUT POSTING A BOND
___

    Plaintiffs shall respond to Defendant's Motion for Stay Pending Appeal (doc. #2268), filed June 6, 2008, on or before June 20, 2008.  The parties have agreed, and the Court hereby orders:

    The Court has now entered judgment against defendants, and has stayed the judgment pending the filing of a notice of appeal.  Defendants have expressed an intention to appeal, and to seek to extend the stay for the pendency of the appeal without posting a bond.  To allow the parties and this Court time to work through these issues in an orderly manner, and to allow sufficient time for the securing of a bond, if necessary, the parties have agreed and the Court hereby orders that execution of the judgment is stayed until 30 days after defendants have exhausted all efforts to obtain a stay pending appeal without posting a bond.

Defendants will be deemed to have exhausted all efforts to obtain a stay pending appeal without posting a bond when one of the following conditions has been satisfied: (1) defendants fail to move for a stay pending appeal without posting a bond by July 2, 2008; (2) defendants move for a stay pending appeal without posting a bond by July 2, 2008, this Court denies that motion, and defendants fail to seek relief from the denial of that motion from the United States Court of Appeals for the Tenth Circuit within 30 days; or (3) defendants move for a stay pending appeal without posting a bond by July 2, 2008, this Court denies that motion, defendants seek relief from the denial of that motion from the United States Court of Appeals for the Tenth Circuit within 30 days, and the Tenth Circuit denies such relief. For purposes of this paragraph, the filing of a notice of appeal shall not be deemed, in and of itself, to be a request for relief from the Tenth Circuit from the denial of a motion for a stay pending appeal without posting a bond.

The parties have agreed that the Court's approval of this stipulated order will eliminate any potential need for emergency or ex parte relief from the Tenth Circuit to prevent execution of the judgment pending defendants' exhaustion of efforts to obtain a stay pending appeal without posting a bond.

The interim stay for which this stipulated order provides is in addition to, and does not displace, the stay ordered in paragraphs 13 and 14 of the Final Judgment entered on June 2, 2008.

Dated: June 4, 2008                                        Respectfully submitted,

                                                                                s/ James M. Golden
                                                                                One of the Attorneys for the Defendants

David M. Bernick
Douglas J. Kurtenbach
James M. Golden
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

and     Attorneys for ROCKWELL
INTERNATIONAL CORPORATION
THE DOW CHEMICAL COMPANY

/s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215)875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303)399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for PLAINTIFFS
and the CLASS

BY THE COURT:

Date: June 6, 2008

*s/John L. Kane*
John L. Kane, Senior District Judge
United States District Court