IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Unopposed Motion to Withdraw Appearance of Holly Shook Attick (doc. #2267), filed June 4, 2008, is GRANTED. Holly Shook Attick is permitted to withdraw as counsel of record for plaintiffs.

Dated: June 10, 2008