**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90-cv-181

_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' UNOPPOSED MOTION FOR SIX-MONTH
EXTENSION OF TIME TO SUBSTITUTE ESTATE OF
CLASS REPRESENTATIVE GERTRUDE BABB**
_____

Plaintiffs respectfully move for a six-month extension of time to substitute the estate of class representative Gertrude Babb. The motion is unopposed.

Mrs. Babb passed away on February 2, 2008. A suggestion of death was filed pursuant to Fed. R. Civ. P. 25 on April 4, 2008. Unless the 90-day timetable for substitution in Rule 25 is extended, a motion to substitute Mrs. Babb's estate would currently fall due on or before July 3, 2008.

Plaintiffs' counsel have been in contact with the Babb family's personal attorney. An estate for Mrs. Babb has not yet been opened, and it is uncertain that an estate can be opened, and a motion to substitute filed, prior to July 3, 2008.

Accordingly, plaintiffs respectfully request that the deadline for substitution of Mrs. Babb's estate be extended by six months, pursuant to Fed. R. Civ. P. 6(b). An extension of six months'

duration is requested to avoid the potential need for serial motions seeking shorter extensions. Plaintiffs intend to substitute Mrs. Babb's estate within a reasonable time after an estate can be opened in the exercise of reasonable diligence.

Pursuant to Local Rule 7.1(A), the undersigned counsel for plaintiffs conferred today by telephone with Mark J. Nomellini, Esq., one of defendants' counsel.  Defendants do not oppose the relief requested herein.

Dated: June 17, 2008

Respectfully submitted,

s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
David F. Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Stanley M. Chesley
Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for Plaintiffs
And the Class

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

| | |
|---|---|
| David M. Bernick, Esq.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>New York, NY 10022 | Carlotta P. Wells, Esq.<br>U.S. Dep't of Justice – Civil Division<br>20 Massachusetts Ave., N.W., #7150<br>Washington, DC 20530 |
| Joseph J. Bronesky, Esq.<br>Sherman & Howard, LLC<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202 | Stephen D. Taylor, Esq.<br>U.S. Attorney's Office – Denver<br>1225 17th Street East<br>Seventeenth Street Plaza, #700<br>Denver, CO 80202 |
| Attorneys for Defendants | Attorneys for the United States<br>Department of Energy |

 

                                              s/ Peter Nordberg
                                              Peter Nordberg