IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Unopposed Motion for Six-Month Extension of Time to Substitute Estate of Class Representative Gertrude Babb (doc. #2272), filed June 17, 2008, is GRANTED up to and including January 5, 2009.

Dated: June 17, 2008