# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

_____

## DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF PROPOSED ORDER
## STAYING EXECUTION OF JUDGMENT PENDING APPEAL
_____

      On June 6, 2008, Defendants filed a Motion for Stay Pending Appeal.  (Docket No. 2268)

      On June 17, 2008, Plaintiffs filed their Response to Defendants' Motion for Stay Pending Appeal, and confirmed that they did not oppose the relief sought by defendants' motion—namely, a stay of execution of the judgment pending appeal.  (Docket No. 2271)

      On June 17, 2008, counsel for defendants transmitted this Motion and the attached Proposed Order Staying Execution of Judgment Pending Appeal (attached as Exhibit A) to counsel for plaintiffs.  Counsel for plaintiffs confirmed that plaintiffs do not oppose the proposed order attached as Exhibit A.

      Accordingly, defendants respectfully request that the Court enter the Unopposed Proposed Order attached as Exhibit A.

| | |
|---|---|
| Dated: June 17, 2008 | Respectfully submitted, |

                                                s/ James M. Golden_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
James M. Golden
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

/s/ Peter Nordberg_____
s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215)875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303)399-3000

Louise Roselle
Jean M. Geoppinger
Waite, Schneider, Bayless
   & Chesley Co., L.P.A.

2

1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for PLAINTIFFS
and the CLASS

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                            s/ Kari Knudsen_____
                                            Kari Knudsen (Legal Assistant)