# Exhibit A

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

## [DEFENDANTS' UNOPPOSED PROPOSED] ORDER STAYING EXECUTION OF JUDGMENT PENDING APPEAL
_____

       The Court hereby orders that execution of the judgment is stayed pending any appeal.

So Ordered:

                                                                                       John L. Kane, Senior District Judge
                                                                                                United States District Court

Dated: June __, 2008