## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL  COMPANY,

      Defendants.

_____

### NOTICE OF APPEAL OF THE DOW CHEMICAL COMPANY
_____

Notice is hereby given that defendant The Dow Chemical Company ("Dow") hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order ("Order") denying defendants' motions for judgment as a matter of law and for a new trial entered on May 20, 2008 and from the Judgment entered in this action on June 2, 2008.

In appealing from that Order and that Judgment, Dow appeals from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Order and of the Judgment, that shaped the Order and the Judgment, that are related to the Order and the Judgment, and upon which the Order and the Judgment are based.

Dated:  June 19, 2008

Respectfully submitted,

s/ Joseph J. Bronesky
One of the Attorneys for the
Defendants/Appellants

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

David M. Bernick
Douglas J. Kurtenbach
James M. Golden
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

s/ Joseph J. Bronesky
Joseph J. Bronesky