```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX010785
Cashier ID: sq
Transaction Date: 06/19/2008
Payer Name: SHERMAN HOWARD
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SHERMAN HOWARD
 Amount:      $455.00
------------------------------------
CREDIT CARD
 Amt Tendered: $455.00
------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

90-CV-181
_____

A fee of $45.00 will be assessed on
any returned check.
```