Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX010784
Cashier ID: sq
Transaction Date: 06/19/2008
Payer Name: SHERMAN HOWARD
-------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SHERMAN HOWARD
 Amount:        $455.00
-------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
-------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

90-CV-181
-------

A fee of $45.00 will be assessed on
any returned check.