**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | June 20, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. David M. Bernick
Ms. Stephanie A. Brennan
Mr. James M. Golden
Mr. Douglas J. Kurtenbach
Mr. Mark S. Lillie
Kirkland & Ellis
200 East Randolph Drive, 53rd Floor
Chicago, IL 60601-6636

Mr. Joseph J. Bronesky
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202-0000

Mr. Timothy P. Brooks
Ms. Amy Horton
Mr. Edward J. Naughton
Ms. Wendy White
Goodwin Proctor
1800 Massachusetts Avenue, NW, Suite 800
Washington, DC 20036

Mr. Martin Thomas Tully
Katten Muchin Rosenman, LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661-3693

**RE: 08-1224, Cook, et al v. Rockwell International Corpora, et al**
Dist/Ag docket: 1:90-CV-00181-JLK

Dear Counsel:

This appeal was docketed today. For your convenience, copies of the Tenth Circuit Rules, effective January 1, 2008, and the Federal Rules of Appellate Procedure, effective December 1, 2007, are available on the court's website at http://www.ca10.uscourts.gov. You may also obtain a copy of the rules by calling this office. Effective September 4, 2007, counsel must also comply with the court's new General Order, which takes effect that day. You may find the order on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site. Outlined below are some of the requirements for prosecuting this appeal.

Attorneys must complete and file an entry of appearance form within ten days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form within thirty days of the date of this letter. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

In this court, an attorney who files a notice of appeal has entered an appearance. Consequently, you may not withdraw without the court's permission. For criminal appeals, please note the court will require trial counsel to continue the representation whether retained or appointed, even if you did not sign the notice of appeal. *See* 10th Cir. R. 46.3(A). This continuity of counsel ensures that any criminal defendant who wishes to appeal has that appeal perfected.

Generally, the court will not allow counsel to withdraw until the docketing statement is filed, necessary transcripts are ordered, and the designation of record is submitted. If there is an issue regarding the defendant's eligibility for the appointment of counsel, an appropriate motion must be filed in the district court. *See* 10th Cir. R. 46.4(A).

You are required to file a docketing statement within 10 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 10 days of the date of this letter. Please note that under local rule 3.4(C), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. In addition to the docketing statement, all transcripts must be ordered within 10 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. *See* 10th Cir. R. 10.2(A) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. *See* 10th Cir. R. 31.1(A)(1). Motions for extensions of time to file briefs and appendixes are not favored and will not be granted unless they comply with 10th Cir. R. 27.3.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules. *See* Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2, 32.1 and

31.3 when applicable. An original and 7 copies of briefs must be filed. *See* 10th Cir. R. 31.5. Appendixes must satisfy the requirements of 10th Cir. R. 30.1(A) and 30.1(C) and 2 copies must be filed. *See* 10th Cir. R. 30.1(D).

Please contact this office if you have questions.

                Sincerely,

                Elisabeth A. Shumaker
                Clerk of the Court

cc:      Jonathan Auerbach
          Gary B. Blum
          Eric Cramer
          Merrill Davidoff
          Jean Marie Geoppinger
          Lester C. Houtz
          Kenneth A. Jacobsen
          Steven W. Kelly
          David Evans Kreutzer
          Christopher Lane
          R. Bruce McNew
          Peter B. Nordberg
          Ellen T. Noteware
          Douglas M. Poland
          Louis W. Pribila
          Bernadette M. Rappold
          Christopher Thomas Reyna
          Louise M. Roselle
          Holly Brons Shook
          Stanley B. Siegel
          S. Jonathan Silverman
          David F. Sorensen
          John Stoner

EAS/klp