# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Douglas J. Kurtenbach, P.C.
To Call Writer Directly:
(312) 861-2382
dkurtenbach@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

July 3, 2008

Therese Lindblom
U.S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse, Room 238
901 19th Street
Denver, CO 80294-0101

      Re:    *Cook, et al. v. Rockwell Int'l Corp., et al.,*
               District Court Case No. 90-cv-00181-JLK

Dear Ms. Lindblom:

      I am an attorney with Kirkland & Ellis LLP, which represents The Dow Chemical Company in the above-referenced matter. Dow filed a Notice of Appeal on June 19, 2008.

      Enclosed is a transcript order form requesting that you file with the Court the following transcripts:

- All proceedings on October 6, 2005; and

- The version of the January 25, 2006 transcript, Volume 89, which is unredacted except for juror names.

      Dow is ordering transcripts for those proceedings where it does not appear that a transcript is on file with the District Court. All of the other transcripts of which Dow is aware already on file with the District Court and contained in the record. (*See* Attachment to the Attached Transcript Order Form).

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

## KIRKLAND & ELLIS LLP

Gwen Daniel
July 3, 2008
Page 2

Sincerely,

Douglas J. Kurtenbach, P.C.

DJK/sd

Enclosures

cc: Clerk of the U.S. District Court (w/ enclosures)
    Clerk of the U.S. Court of Court Appeals (w/ enclosures)
    Peter B. Nordberg (w/ enclosures)