# Attachment A to Transcript Order Form

## I. TRANSCRIPTS THAT DEFENDANTS HAVE REQUESTED BE FILED WITH THE DISTRICT COURT

### A. TRANSCRIPTS ORDERED FROM FEDERAL REPORTING SERVICE

| 2/25/1993 | All Proceedings, including the hearing before Judge Kane |
|---|---|
| 7/12/1995 | All Proceedings, including the hearing before Judge Kane |

### B. TRANSCRIPT ORDERED FROM AVERY WOODS REPORTING SERVICE

| 6/29/1992 | All Proceedings, including the hearing before Magistrate Judge Abram |
|---|---|
| 4/20/1993 | All Proceedings, including the hearing before Magistrate Judge Borchers |
| 9/15/1993 | All Proceedings, including the hearing before Magistrate Judge Borchers |
| 3/8/1994 | All Proceedings, including the hearing before Magistrate Judge Borchers |

### C. TRANSCRIPT ORDERED FROM COURT REPORTER JANET M. COPPOCK

| 1/31/2006 | All Proceedings |
|---|---|

### D. TRANSCRIPTS ORDERED FROM COURT REPORTER GWEN DANIEL

| 12/21/1990 | All Proceedings including the hearing before Judge Babcock |
|---|---|
| 2/14/2006 | All Proceedings |
| 2/17/2006 | All Proceedings |

### E. TRANSCRIPTS ORDERED FROM COURT REPORTER THERESE LINDBLOOM

| 10/6/2005 | All Proceedings |
|---|---|
| 10/7/2005 | All Proceedings |
| 1/25/2006 | Trial Vo. 89 - Unredacted except for Juror Names - See Docket Entry 2209 |

## Attachment A to Transcript Order Form

### II. TRANSCRIPTS ALREADY ON FILE WITH THE DISTRICT COURT

| Date | Hearing Type |
|---|---|
| 8/21/1992 | Motions Hearing |
| 10/5/1992 | Motion for Reconsideration Hearing |
| 11/17/1992 | Status Conference and Motions Hearing |
| 3/15/1993 | Motions Hearing |
| 10/1/1993 | Class Certification Hearing |
| 6/7/1994 | Proceedings before Magistrate Borchers |
| 7/18/1994 | Proceedings before Magistrate Borchers |
| 8/16/1994 | Motions Hearing |
| 12/9/1994 | Status Conference |
| 2/3/1995 | Motions Hearing |
| 2/3/1995 | Motions Hearing |
| 4/24/1995 | Motions Hearing |
| 5/5/1995 | Status Conference |
| 7/7/1995 | Hearing on Motion for Protective Order |
| 7/20/1995 | Motions Hearing |
| 7/21/1995 | Motions Hearing |
| 07/21/1995 & 07/25/1995 | Motions Hearing (one transcript of two dates) |
| 7/26/1995 | Continued Hearing |
| 8/17/1995 | Motions Hearing |
| 11/14/1995 | Status Conference |
| 1/16/1996 | Hearing on Motion for Extension of Time |
| 2/15/1996 | Further Hearing on Contempt |
| 10/22/1996 | Status Conference |
| 1/7/1997 | Status Conference |
| 3/11/1997 | Proceedings before Judge Kane |
| 4/15/1997 | Proceedings before Magistrate Borchers |
| 2/8/1999 | Hearings on Motion to Strike Plaintiffs' Expert Evidence |
| 2/9/1999 | Hearings on Motion to Strike Plaintiffs' Expert Evidence |
| 6/25/1999 | Proceedings |
| 10/12/2000 | Status Conference |
| 11/16//2000 | Annotated Transcript of 02/1999 Hearings |
| 2/28/2001 | Hearing and Status Conference |
| 5/3/2004 | Status Conference |
| 5/17/2004 | Motions and Evidentiary Hearings |
| 7/22/2004 | Hearing on Jury Instructions and Pretrial Conference |
| 9/8/2004 | Motions Hearing and Status Conference |
| 10/22/2004 | Status Conference |
| 2/10/2005 | Telephone Status Conference |
| 6/30/2005 | Status Conference |
| 7/28/2005 | Hearings on Motions in Limine and Daubert |

## Attachment A to Transcript Order Form

| Date | Hearing Type |
|------|--------------|
| 7/29/2005 | Hearings on Motions in Limine and Daubert |
| 8/2/2005 | Hearings on Motions in Limine and Daubert |
| 8/3/2005 | Hearings on Motions in Limine and Daubert |
| 8/22/2005 | Trial Preparation Conference |
| 9/13/2005 | Status Conference |
| 9/22/2005 | Pretrial Conference |
| 10/11/2005 | Trial Vol IVa and IVb |
| 10/12/2005 | Trial Vol. Va and Vb |
| 10/14/2005 | Trial Vol. VIa and VIb |
| 10/17/2005 | Trial Vol. 7a and 7b |
| 10/18/2005 | Trial Vol. 8a and 8b |
| 10/19/2005 | Trial Vol. 9a and 9b |
| 10/20/2005 | Trial Vol. 10a and 10b |
| 10/21/2005 | Trial Vol. 11 |
| 10/24/2005 | Trial Vol. 12 and 13 |
| 10/25/2005 | Trial Vol. 14 and 15 |
| 10/26/2005 | Trial Vol. 16 and 17 |
| 10/27/2005 | Trial Vol. 18 and 19 |
| 10/31/2005 | Trial Vol. 20 and 21 |
| 11/1/2005 | Trial Vol. 22 and 23 |
| 11/2/2005 | Trial Vol. 25 and 25 |
| 11/3/2005 | Trial Vol. 26 and 27 |
| 11/4/2005 | Trial Vol. 28 |
| 11/7/2005 | Trial Vol. 29 and 30 |
| 11/8/2005 | Trial Vol. 31 and 32 |
| 11/9/2005 | Trial Vol. 33 and 34 |
| 11/10/2005 | Trial Vol. 35 and 36 |
| 11/14/2005 | Trial Vol. 37 and 38 |
| 11/15/2005 | Trial Vol. 39 and 40 |
| 11/16/2005 | Trial Vol. 41 and 42 |
| 11/17/2005 | Trial Vol. 43 and 44 |
| 11/21/2005 | Trial Vol. 45 and 46 |
| 11/22/2005 | Trial Vol. 47 and 48 |
| 12/5/2005 | Trial Vol. 49 and 50 |
| 12/6/2005 | Trial Vol. 51 and 52 |
| 12/7/2005 | Trial Vol. 53 and 54 |
| 12/8/2005 | Trial Vol. 55 and 56 |
| 12/9/2005 | Trial Vol. 57 and 58 |
| 12/12/2005 | Trial Vol. 59 and 60 |
| 12/13/2005 | Trial Vol. 61 and 62 |
| 12/14/2005 | Trial Vol. 63 and 64 |

## Attachment A to Transcript Order Form

| Date | Hearing Type |
|------|-------------|
| 12/15/2005 | Trial Vol. 65 and 66 |
| 12/16/2005 | Trial Vol. 67 and 68 |
| 1/4/2006 | Trial Vol. 69 and 70 |
| 1/5/2006 | Trial Vol. 71 and 72 |
| 1/6/2006 | Trial Vol. 73 |
| 1/9/2006 | Trial Vol. 74 and 75 |
| 1/10/2006 | Trial Vol. 76 and 77 |
| 1/11/2006 | Trial Vol. 78 and 79 |
| 1/12/2006 | Trial Vol. 80 and 81 |
| 1/13/2006 | Trial Vol. 82 |
| 1/17/2006 | Trial Vol. 83 |
| 1/18/2006 | Trial Vol. 84 |
| 1/19/2006 | Trial Vol. 85 and 86 |
| 1/20/2006 | Trial Vol. 87 |
| 1/24/2006 | Trial Vol. 88 |
| 1/25/2006 | Trial Vol. 89 and 90 - Filed under Seal |
| 3/10/2006 | Trial Vol. 89 - Unsealed version with redactions |