# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Douglas J. Kurtenbach, P.C.
To Call Writer Directly:
(312) 861-2382
dkurtenbach@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

July 3, 2008

Avery Woods Reporting Service
455 Sherman Street #250
Denver, CO 80203

    Re:    *Cook, et al. v. Rockwell Int'l Corp., et al.,*
             District Court Case No. 90-cv-00181-JLK

Dear Sir or Madam:

    I am an attorney with Kirkland & Ellis LLP, which represents The Dow Chemical Company ("Dow") in the above-referenced matter. Dow filed a Notice of Appeal on June 19, 2008.

    Enclosed is a transcript order form requesting that you file with the U.S. District Court for the District of Colorado the following transcripts:

- All proceedings on June 29, 1992, including the hearing before Magistrate Judge Abram;

- All proceedings on April 20, 1993, including the hearing before Magistrate Judge Borchers;

- All proceedings on September 15, 1993, including the hearing before Magistrate Judge Borchers; and

- All proceedings on March 8, 1994, including the hearing before Magistrate Judge Borchers.

    Dow is ordering transcripts for those proceedings where it does not appear that a transcript is on file with the District Court. All of the other transcripts of which Dow is aware are already on file with the District Court and contained in the record. (*See* Attachment to the Attached Transcript Order Form.)

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

## KIRKLAND & ELLIS LLP

Avery Reporting Services
July 3, 2008
Page 2

Sincerely,

Douglas J. Kurtenbach, P.C.

DJK/sd

Enclosures

cc:    Clerk of the U.S. District Court (w/ enclosures)
       Clerk of the U.S. Court of Court Appeals (w/ enclosures)
       Peter B. Nordberg (w/ enclosures)