# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois  60601

Douglas J. Kurtenbach, P.C.
To Call Writer Directly:
(312) 861-2382
dkurtenbach@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

July 3, 2008

Gwen Daniel
U.S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse, Room 238
901 19th Street
Denver, CO  80294-0101

> Re:   *Cook, et al. v. Rockwell Int'l Corp., et al.*,
>        District Court Case No. 90-cv-00181-JLK

Dear Ms. Daniel:

I am an attorney with Kirkland & Ellis LLP, which represents The Dow Chemical Company ("Dow") in the above-referenced matter.  Dow filed a Notice of Appeal on June 19, 2008.

Enclosed is a transcript order form requesting that you file with the Court the following transcripts:

- All proceedings on December 21, 1990, including the hearing before Judge Babcock;

- All proceedings on February 14, 2006; and

- All proceedings on February 17, 2006.

Dow is ordering transcripts for those proceedings where it does not appear that a transcript is on file with the District Court.  All of the other transcripts of which Dow is aware are already on file with the District Court and contained in the record.  (*See* Attachment to the Attached Transcript Order Form.)

Hong Kong        London        Los Angeles        Munich        New York        San Francisco        Washington, D.C.

# KIRKLAND & ELLIS LLP

Gwen Daniel
July 3, 2008
Page 2

Sincerely,

Douglas J. Kurtenbach, P.C.

DJK/sd

Enclosures

cc:    Clerk of the U.S. District Court (w/ enclosures)
Clerk of the U.S. Court of Court Appeals (w/ enclosures)
Peter B. Nordberg (w/ enclosures)