# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Douglas J. Kurtenbach, P.C.
To Call Writer Directly:
(312) 861-2382
dkurtenbach@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

July 3, 2008

Janet M. Coppock
U.S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse, Room 238
901 19th Street
Denver, CO 80294-0101

Re:   *Cook, et al. v. Rockwell Int'l Corp., et al.*,
District Court Case No. 90-cv-00181-JLK

Dear Ms. Coppock:

I am an attorney with Kirkland & Ellis LLP, which represents Rockwell International Corporation in the above-referenced matter. Rockwell filed a Notice of Appeal on June 19, 2008.

Enclosed is a transcript order form requesting that you file with the Court the following transcripts:

- All proceedings on January 31, 2006.

Rockwell is ordering transcripts for those proceedings where it does not appear that a transcript is on file with the District Court. All of the other transcripts of which Rockwell is aware are already on file with the District Court and contained in the record. (*See* Attachment to the Attached Transcript Order Form.)

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

KIRKLAND & ELLIS LLP

Janet Coppock
July 3, 2008
Page 2

Sincerely,

Douglas J. Kurtenbach, P.C.

DJK/sd

Enclosures

cc: Clerk of the U.S. District Court (w/ enclosures)
Clerk of the U.S. Court of Court Appeals (w/ enclosures)
Peter B. Nordberg (w/ enclosures)