# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Douglas J. Kurtenbach, P.C.
To Call Writer Directly:
(312) 861-2382
dkurtenbach@kirkland.com

Facsimile:
(312) 861-2200

July 3, 2008

Gwen Daniel
U.S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse, Room 238
901 19th Street
Denver, CO  80294-0101

      Re:    *Cook, et al. v. Rockwell Int'l Corp., et al.*,
            District Court Case No. 90-cv-00181-JLK

Dear Ms. Daniel:

    I am an attorney with Kirkland & Ellis LLP, which represents Rockwell International Corporation in the above-referenced matter. Defendants filed Notices of Appeal on June 19, 2008.

    Enclosed is a transcript order form requesting that you file with the Court the following transcripts:

- All proceedings on December 21, 1990, including the hearing before Judge Babcock;
- All proceedings on February 14, 2006; and
- All proceedings on February 17, 2006.

    Rockwell is ordering transcripts for those proceedings where it does not appear that a transcript is on file with the District Court. All of the other transcripts of which Rockwell is aware are already on file with the District Court and contained in the record. (*See* Attachment to the Attached Transcript Order Form.).

## KIRKLAND & ELLIS LLP

Gwen Daniel
July 3, 2008
Page 2

Sincerely,

Douglas J. Kurtenbach, P.C.

DJK/sd

Enclosures

cc:   Clerk of the U.S. District Court (w/ enclosures)
      Clerk of the U.S. Court of Court Appeals (w/ enclosures)
      Peter B. Nordberg (w/ enclosures)