# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Douglas J. Kurtenbach, P.C.
To Call Writer Directly:
(312) 861-2382
dkurtenbach@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

July 3, 2008

Therese Lindblom
U.S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse, Room 238
901 19th Street
Denver, CO 80294-0101

Re:     *Cook, et al. v. Rockwell Int'l Corp., et al.,*
District Court Case No. 90-cv-00181-JLK

Dear Ms. Lindblom:

I am an attorney with Kirkland & Ellis LLP, which represents Rockwell International Corporation ("Rockwell") in the above-referenced matter. Rockwell filed a Notice of Appeal on June 19, 2008.

Enclosed is a transcript order form requesting that you file with the Court the following transcripts:

- All proceedings on October 6, 2005; and

- The version of the January 25, 2006 transcript, Volume 89, which is unredacted except for juror names.

Rockwell is ordering transcripts for those proceedings where it does not appear that a transcript is on file with the District Court. All of the other transcripts of which Rockwell is aware are already on file with the District Court and contained in the record. (*See* Attachment to the Attached Transcript Order Form.)

Hong Kong          London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.

## KIRKLAND & ELLIS LLP

Gwen Daniel
July 3, 2008
Page 2

Sincerely,

Douglas J. Kurtenbach, P.C.

DJK/sd

Enclosures

cc:    Clerk of the U.S. District Court (w/ enclosures)
       Clerk of the U.S. Court of Court Appeals (w/ enclosures)
       Peter B. Nordberg (w/ enclosures)