# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Douglas J. Kurtenbach, P.C.
To Call Writer Directly:
(312) 861-2382
dkurtenbach@kirkland.com

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

July 3, 2008

Federal Reporting Service
17454 East Asbury Place
Aurora, CO 80013

Re:  *Cook, et al. v. Rockwell Int'l Corp., et al.,*
District Court Case No. 90-cv-00181-JLK

Dear Sir or Madam:

I am an attorney with Kirkland & Ellis LLP, which represents Rockwell International Corporation ("Rockwell") in the above-referenced matter. Rockwell filed a Notice of Appeal on June 19, 2008.

Enclosed is a transcript order form requesting you to file with the U.S. District Court for the District of Colorado the following transcripts:

- All proceedings on February 25, 1993; and
- All proceedings on July 12, 1995.

Rockwell is ordering transcripts for those proceedings where it does not appear that a transcript is on file with the District Court. All of the other transcripts of which Rockwell is aware are already on file with the District Court and contained in the record. (*See* Attachment to the Attached Transcript Order Form.)

## KIRKLAND & ELLIS LLP

Federal Reporting Service
July 3, 2008
Page 2

                                      Sincerely,

                                      Douglas J. Kurtenbach, P.C.

DJK/sd

Enclosures

cc:    Clerk of the U.S. District Court (w/ enclosures)
        Clerk of the U.S. Court of Court Appeals (w/ enclosures)
        Peter B. Nordberg (w/ enclosures)