**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                      Douglas E. Cressler
Clerk of Court                 July 03, 2008               Chief Deputy Clerk

Mr. Jonathan Auerbach
Mr. Eric Cramer
Mr. Merrill Davidoff
Mr. Peter B. Nordberg
Ms. Ellen T. Noteware
Mr. Stanley B. Siegel
Ms. Bernadette M. Rappold
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-0000

Mr. Gary B. Blum
Mr. Steven W. Kelly
Ms. Holly Brons Shook
Silver & DeBoskey
1801 York St.
The Smith Mansion
Denver, CO 80206-1213

Mr. Kenneth A. Jacobsen
Jacobsen Law Offices
12 Orchard Lane
Wallingford, PA 19086

Mr. David Evans Kreutzer
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203-0000

Mr. R. Bruce McNew
941 Wawaset Road
Kennett Square, PA 19348

Mr. Christopher Thomas Reyna

Mr. John Stoner
Chimicles & Tikellis
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041-0100

Ms. Louise M. Roselle
Ms. Jean Marie Geoppinger
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnatti, OH 45202-0000

**RE:**     **08-1239, Cook, et al v. Rockwell International Corpora, et al**
          Dist/Ag docket: 1:90-CV-00181-JLK

Dear Counsel:

This appeal was docketed today. For your convenience, copies of the Tenth Circuit Rules, effective January 1, 2008, and the Federal Rules of Appellate Procedure, effective December 1, 2007, are available on the court's website at http://www.ca10.uscourts.gov. You may also obtain a copy of the rules by calling this office. Effective September 4, 2007, counsel must also comply with the court's new General Order, which takes effect that day. You may find the order on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site. Outlined below are some of the requirements for prosecuting this appeal.

Attorneys must complete and file an entry of appearance form within ten days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form within thirty days of the date of this letter. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

In this court, an attorney who files a notice of appeal has entered an appearance. Consequently, you may not withdraw without the court's permission. For criminal appeals, please note the court will require trial counsel to continue the representation whether retained or appointed, even if you did not sign the notice of appeal. *See* 10th Cir. R. 46.3(A). This continuity of counsel ensures that any criminal defendant who wishes to appeal has that appeal perfected.

Generally, the court will not allow counsel to withdraw until the docketing statement is filed, necessary transcripts are ordered, and the designation of record is submitted. If there is an issue regarding the defendant's eligibility for the appointment of counsel, an appropriate motion must be filed in the district court. *See* 10th Cir. R. 46.4(A).

You are required to file a docketing statement within 10 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 10 days of the date of this letter. Please note that under local rule 3.4(C), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. In addition to the docketing statement, all transcripts must be ordered within 10 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

The $5.00 filing fee and $450.00 docket fee were not paid to the district clerk when the notice of appeal was filed as required by Fed. R. App. P. 3(e). Unless the fees are paid to the district clerk or an application for leave to proceed without prepayment of fees is made to the district court, within 30 days of the date of this letter, this appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. *See* 10th Cir. R. 10.2(A) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. *See* 10th Cir. R. 31.1(A)(1). Motions for extensions of time to file briefs and appendixes are not favored and will not be granted unless they comply with 10th Cir. R. 27.3.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules. *See* Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2, 32.1 and 31.3 when applicable. An original and 7 copies of briefs must be filed. *See* 10th Cir. R. 31.5. Appendixes must satisfy the requirements of 10th Cir. R. 30.1(A) and 30.1(C) and 2 copies must be filed. *See* 10th Cir. R. 30.1(D).

This is a cross-appeal. The appeal and cross-appeal are briefed together. The party who filed the first notice of appeal — or if notices were filed on the same day, the plaintiff — is the appellant for briefing purposes. *See* Fed. R. App. P. 28(h).

Please contact this office if you have questions.

                                             Sincerely,

                                             Elisabeth A. Shumaker
                                             Clerk of the Court


cc:     David M. Bernick
           Stephanie A. Brennan
           Joseph J. Bronesky

Timothy P. Brooks
John K. Crisham
James M. Golden
Amy Horton
Lester C. Houtz
Douglas J. Kurtenbach
Christopher Landau
Christopher Lane
Mark S. Lillie
Edward J. Naughton
Douglas M. Poland
Louis W. Pribila
S. Jonathan Silverman
Martin Thomas Tully
Wendy White

EAS/klp