```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX011119
Cashier ID: sg
Transaction Date: 07/03/2008
Payer Name: BERGER MONTAGUE PC
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BERGER MONTAGUE PC
 Amount:       $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 98225
 Amt Tendered: $455.00
----------------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:      $0.00

90-CV-0181


A fee of $45.00 will be assessed on
any returned check.
```

08-1239