Case 1:90-cv-00181-JLK   Document 2291   Filed 07/03/2008   Page 1 of 1

## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

### PART I - To be completed by appellant within ten days of filing the notice of appeal

Short Title: Cook v. Rockwell, et al.        District: District of Colorado
District Court Number: 90-cv-00181-JLK        Circuit Court Number: 08-1224; 08-1226
Name of Attorney: Douglas J. Kurtenbach
Name of Law Firm: Kirkland & Ellis, LLP
Address of Firm: 200 E. Randolph St., Chicago, IL 60601
Telephone of Firm: 312-861-2000        Attorneys for: Rockwell International Corporation
Name of Court Reporter: Gwen Daniel        Telephone of Reporter: 303-893-2835

### PART II - COMPLETE SECTION A OR SECTION B
### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
☐ A transcript is not necessary for this appeal, or
☐ The necessary transcript is already on file in District Court
☐ The necessary transcript was ordered previously in appeal number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire: _____ ; Opening Statements: _____
Trial proceedings: See Attachment A.  ; Instruction Cnf: _____
Jury Instructions: _____ ; Closing Arguments: _____
Post Trial Motions: _____ ; Other Proceedings: See Attachment A.

(Attach additional pages if necessary)

☒ Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

☐ This case is proceeding under the Criminal Justice Act.
NOTE: Leave to proceed in forma pauperis does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____        Date: 7/2/08

### PART III - TO BE COMPLETED BY THE COURT REPORTER

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 7/30/2008
Estimated completion date: 9/30/2008
Estimated number of pages: 291
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____        Date: 7/30/2008

CC: CH, GD + BOBBI

TRANSCRIPT ORDER FORM

A-8 Revised 8/01  Transcript Order Form

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2008

GREGORY C. LANGHAM
CLERK

## Attachment A to Transcript Order Form

### I. TRANSCRIPTS THAT DEFENDANTS HAVE REQUESTED BE FILED WITH THE DISTRICT COURT

#### A. TRANSCRIPTS ORDERED FROM FEDERAL REPORTING SERVICE

| | |
|---|---|
| 2/25/1993 | All Proceedings, including the hearing before Judge Kane |
| 7/12/1995 | All Proceedings, including the hearing before Judge Kane |

#### B. TRANSCRIPT ORDERED FROM AVERY WOODS REPORTING SERVICE

| | |
|---|---|
| 6/29/1992 | All Proceedings, including the hearing before Magistrate Judge Abram |
| 4/20/1993 | All Proceedings, including the hearing before Magistrate Judge Borchers |
| 9/16/1993 | All Proceedings, including the hearing before Magistrate Judge Borchers |
| 3/8/1994 | All Proceedings, including the hearing before Magistrate Judge Borchers |

#### C. TRANSCRIPT ORDERED FROM COURT REPORTER JANET M. COPPOCK

| | |
|---|---|
| 1/31/2006 | All Proceedings |

#### D. TRANSCRIPTS ORDERED FROM COURT REPORTER GWEN DANIEL

| | |
|---|---|
| 12/21/1990 | All Proceedings including the hearing before Judge Babcock |
| 2/14/2006 | All Proceedings |
| 2/17/2006 | All Proceedings |

#### E. TRANSCRIPTS ORDERED FROM COURT REPORTER THERESE LINDBLOOM

| | |
|---|---|
| 10/6/2005 | All Proceedings |
| 10/7/2005 | All Proceedings |
| 1/25/2006 | Trial Vo. 89 - Unredacted except for Juror Names - See Docket Entry 2209 |

1

## Attachment A to Transcript Order Form

### II. TRANSCRIPTS ALREADY ON FILE WITH THE DISTRICT COURT

| Date | Hearing Type |
|---|---|
| 8/21/1992 | Motions Hearing |
| 10/5/1992 | Motion for Reconsideration Hearing |
| 11/17/1992 | Status Conference and Motions Hearing |
| 3/15/1993 | Motions Hearing |
| 10/1/1993 | Class Certification Hearing |
| 6/7/1994 | Proceedings before Magistrate Borchers |
| 7/18/1994 | Proceedings before Magistrate Borchers |
| 8/16/1994 | Motions Hearing |
| 12/9/1994 | Status Conference |
| 2/3/1995 | Motions Hearing |
| 2/3/1995 | Motions Hearing |
| 4/24/1995 | Motions Hearing |
| 5/5/1995 | Status Conference |
| 7/7/1995 | Hearing on Motion for Protective Order |
| 7/20/1995 | Motions Hearing |
| 7/21/1995 | Motions Hearing |
| 07/21/1995 & 07/25/1995 | Motions Hearing (one transcript of two dates) |
| 7/26/1995 | Continued Hearing |
| 8/17/1995 | Motions Hearing |
| 11/14/1995 | Status Conference |
| 1/16/1996 | Hearing on Motion for Extension of Time |
| 2/15/1996 | Further Hearing on Contempt |
| 10/22/1996 | Status Conference |
| 1/7/1997 | Status Conference |
| 3/11/1997 | Proceedings before Judge Kane |
| 4/15/1997 | Proceedings before Magistrate Borchers |
| 2/8/1999 | Hearings on Motion to Strike Plaintiffs' Expert Evidence |
| 2/9/1999 | Hearings on Motion to Strike Plaintiffs' Expert Evidence |
| 6/25/1999 | Proceedings |
| 10/12/2000 | Status Conference |
| 11/16/2000 | Annotated Transcript of 02/1999 Hearings |
| 2/28/2001 | Hearing and Status Conference |
| 5/3/2004 | Status Conference |
| 5/17/2004 | Motions and Evidentiary Hearings |
| 7/22/2004 | Hearing on Jury Instructions and Pretrial Conference |
| 9/8/2004 | Motions Hearing and Status Conference |
| 10/22/2004 | Status Conference |
| 2/10/2005 | Telephone Status Conference |
| 6/30/2005 | Status Conference |
| 7/28/2005 | Hearings on Motions in Limine and Daubert |

Case 1:90-cv-00181-JLK   Document 2291-2   Filed 07/03/2008   Page 3 of 4

## Attachment A to Transcript Order Form

| Date | Hearing Type |
| --- | --- |
| 7/29/2005 | Hearings on Motions in Limine and Daubert |
| 8/2/2005 | Hearings on Motions in Limine and Daubert |
| 8/3/2005 | Hearings on Motions in Limine and Daubert |
| 8/22/2005 | Trial Preparation Conference |
| 9/13/2005 | Status Conference |
| 9/22/2005 | Pretrial Conference |
| 10/11/2005 | Trial Vol IVa and IVb |
| 10/12/2005 | Trial Vol. Va and Vb |
| 10/14/2005 | Trial Vol. VIa and VIb |
| 10/17/2005 | Trial Vol. 7a and 7b |
| 10/18/2005 | Trial Vol. 8a and 8b |
| 10/19/2005 | Trial Vol. 9a and 9b |
| 10/20/2005 | Trial Vol. 10a and 10b |
| 10/21/2005 | Trial Vol. 11 |
| 10/24/2005 | Trial Vol. 12 and 13 |
| 10/25/2005 | Trial Vol. 14 and 15 |
| 10/26/2005 | Trial Vol. 16 and 17 |
| 10/27/2005 | Trial Vol. 18 and 19 |
| 10/31/2005 | Trial Vol. 20 and 21 |
| 11/1/2005 | Trial Vol. 22 and 23 |
| 11/2/2005 | Trial Vol. 25 and 25 |
| 11/3/2005 | Trial Vol. 26 and 27 |
| 11/4/2005 | Trial Vol. 28 |
| 11/7/2005 | Trial Vol. 29 and 30 |
| 11/8/2005 | Trial Vol. 31 and 32 |
| 11/9/2005 | Trial Vol. 33 and 34 |
| 11/10/2005 | Trial Vol. 35 and 36 |
| 11/14/2005 | Trial Vol. 37 and 38 |
| 11/15/2005 | Trial Vol. 39 and 40 |
| 11/16/2005 | Trial Vol. 41 and 42 |
| 11/17/2005 | Trial Vol. 43 and 44 |
| 11/21/2005 | Trial Vol. 45 and 46 |
| 11/22/2005 | Trial Vol. 47 and 48 |
| 12/5/2005 | Trial Vol. 49 and 50 |
| 12/6/2005 | Trial Vol. 51 and 52 |
| 12/7/2005 | Trial Vol. 53 and 54 |
| 12/8/2005 | Trial Vol. 55 and 56 |
| 12/9/2005 | Trial Vol. 57 and 58 |
| 12/12/2005 | Trial Vol. 59 and 60 |
| 12/13/2005 | Trial Vol. 61 and 62 |
| 12/14/2005 | Trial Vol. 63 and 64 |

## Attachment A to Transcript Order Form

| Date | Hearing Type |
|---|---|
| 12/15/2005 | Trial Vol. 65 and 66 |
| 12/16/2005 | Trial Vol. 67 and 68 |
| 1/4/2006 | Trial Vol. 69 and 70 |
| 1/5/2006 | Trial Vol. 71 and 72 |
| 1/6/2006 | Trial Vol. 73 |
| 1/9/2006 | Trial Vol. 74 and 75 |
| 1/10/2006 | Trial Vol. 76 and 77 |
| 1/11/2006 | Trial Vol. 78 and 79 |
| 1/12/2006 | Trial Vol. 80 and 81 |
| 1/13/2006 | Trial Vol. 82 |
| 1/17/2006 | Trial Vol. 83 |
| 1/18/2006 | Trial Vol. 84 |
| 1/19/2006 | Trial Vol. 85 and 86 |
| 1/20/2006 | Trial Vol. 87 |
| 1/24/2006 | Trial Vol. 88 |
| 1/25/2006 | Trial Vol. 89 and 90 - Filed under Seal |
| 3/10/2006 | Trial Vol. 89 - Unsealed version with redactions |

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Douglas J. Kurtenbach, P.C.
To Call Writer Directly:
(312) 861-2382
dkurtenbach@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

July 3, 2008

Gwen Daniel
U.S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse, Room 238
901 19th Street
Denver, CO 80294-0101

Re:   *Cook, et al. v. Rockwell Int'l Corp., et al.,*
      District Court Case No. 90-cv-00181-JLK

Dear Ms. Daniel:

I am an attorney with Kirkland & Ellis LLP, which represents Rockwell International Corporation in the above-referenced matter. Defendants filed Notices of Appeal on June 19, 2008.

Enclosed is a transcript order form requesting that you file with the Court the following transcripts:

- All proceedings on December 21, 1990, including the hearing before Judge Babcock;

- All proceedings on February 14, 2006; and

- All proceedings on February 17, 2006.

Rockwell is ordering transcripts for those proceedings where it does not appear that a transcript is on file with the District Court. All of the other transcripts of which Rockwell is aware are already on file with the District Court and contained in the record. (*See* Attachment to the Attached Transcript Order Form.).

Hong Kong     London     Los Angeles     Munich     New York     San Francisco     Washington, D.C.

**KIRKLAND & ELLIS LLP**

Gwen Daniel
July 3, 2008
Page 2

Sincerely,

Douglas J. Kurtenbach, P.C.

DJK/sd

Enclosures

cc:   Clerk of the U.S. District Court (w/ enclosures)
      Clerk of the U.S. Court of Court Appeals (w/ enclosures)
      Peter B. Nordberg (w/ enclosures)