UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

November 6, 2008

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Cook, et al v. Rockwell International Corp.**

Court of Appeals Case No. 08-1224; 08-1226 & 08-1239
District Court Case No. 90-cv-00181-JLK

Dear Clerk of Court:

All transcripts ordered for the appeal are now on file with this court as of 09/26/08 . Please be advised that the record in the above referenced matter is now complete except as noted below.

There are not docket entries for minutes or transcripts of the 06/29/92, 04/20/93 and 09/15/93 hearings that were ordered from Avery Woods Reporting Service. No transcripts can be located. The tapes from these hearings have been destroyed.

There is not a docket entry for a transcript of the 03/08/94 hearing that was ordered from Avery Woods Reporting Service. No transcript can be located. The tape of this hearing has been destroyed.

Although there is not a docket entry for minutes or a transcript of the 12/21/90 hearing by Court Reporter Gwen Daniel, the court reporter indicates one was prepared. This transcript cannot be located and the court reporter's notes have been destroyed. The court reporter has further indicated that one of the attorneys in this matter may have a copy of this transcript.

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ B. Reed
     Deputy Clerk

Case No. 1:90-cv-00181-JLK   Document 2309   filed 11/06/08   USDC Colorado   pg 2 of 2

cc: SEE NOTICE OF ELECTRONIC FILING