## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### JOINT MOTION TO INCLUDE CERTAIN TRANSCRIPTS IN AND OMIT CERTAIN TRANSCRIPTS FROM THIS COURT'S OFFICIAL RECORD

---

Pursuant to Fed. R. App. P. 10(c), (e)(1) and (e)(2)(A)-(B), the parties hereby jointly move this Court to include certain transcripts in and omit certain transcripts from this Court's official record, as set forth below.

On November 6, 2008, the Clerk's Office of this Court notified the Clerk of the U.S. Court of Appeals for the Tenth Circuit and the parties by letter that the record on appeal was complete, but that the minutes, transcripts and/or tapes of five hearings could not be located or were destroyed. *See* 11/6/08 Letter (Tab A). On November 13, 2008, the Tenth Circuit Clerk's Office entered an Order directing the parties to resolve all issues related to these transcripts, to the extent possible, prior to the entry of a briefing schedule. *See* 11/13/08 Order (Tab B).

The parties have undertaken their best efforts and all due diligence in an attempt to comply with the Tenth Circuit Order and resolve these outstanding issues. The parties have located a copy of one of these hearing transcripts, *viz.*, the 12/21/90 Transcript of Motions

Hearing.  *See* 12/21/90 Transcript of Hearing on Motions (Tab C).  The parties hereby stipulate that this transcript represents a true and accurate rendition of the proceedings on December 21, 1990, and the parties hereby request that this Court include this transcript in the official record, and that this Court's Clerk's Office so notify the Clerk's Office of the Tenth Circuit, as set forth in the attached Proposed Order (Tab D).  *See* Fed. R. App. P. 10(c), 10(e)(2)(A)-(B).

The Clerk's Office of this Court also notified the parties in that same letter that the minutes, transcripts and/or tapes of four other hearings also could not be located and/or had been destroyed.  Those include the: (1) June 29, 1992 hearing; (2) April 20, 1993 hearing; (3) September 15, 1993 hearing; and (4) March 8, 1994 hearing.  After undertaking their best efforts and all due diligence, the parties have been unable to locate these transcripts in their files.  Nevertheless, as the parties agree that these transcripts are not necessary for the proper disposition of their appeals, the parties respectfully request that this Court enter the attached Proposed Order (Tab D), reflecting the same.

As the Tenth Circuit Clerk's Office requested a final Order from this Court disposing of these matters, along with a superseding notice to the parties that the record is complete for purposes of appeal, within thirty days of its November 13 order (*i.e.*, because December 13 falls on a Saturday, by December 15, 2008), the parties respectfully request that the Court enter the attached Proposed Order (Tab D) before that time.

December 4, 2008

Respectfully submitted,

/s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
David F. Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Stanley M. Chesley
Louise Roselle
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

*Counsel for Plaintiffs-Appellees-*
*Cross-Appellants*

/s/ Joseph J. Bronesky
Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3622
(303) 299-8450

Christopher Landau, P.C.
John K. Crisham
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC   20005
(202) 879-5000
David M. Bernick, P.C.
Douglas J. Kurtenbach, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL   60601
(312) 861-2000

*Counsel for*
*Defendants-Appellants-*
*Cross-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

following e-mail addresses:

Peter Nordberg, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000
pnordberg@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY, P.C.
The Smith Mansion
1801 York Street
Denver, CO   80206
(303) 399-3000
blumg@s-d.com

Louise Roselle
WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267
lroselle@wsbclaw.com


/s/ Patricia Eckman
Patricia Eckman