# Tab B

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 13, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| MERILYN COOK, et al.,<br><br>    Plaintiffs - Appellees - Cross-Appellants,<br><br>v.<br><br>ROCKWELL INTERNATIONAL CORPORATION and DOW CHEMICAL COMPANY,<br><br>    Defendants - Appellants - Cross-Appellees. | Nos. 08-1224, 08-1226 and 08-1239<br>(D.C. No. 1:90-CV-00181-JLK) |

---

**ORDER**

---

This matter is before the court following the district court's filing of the notice that the record is complete for appellate purposes. Briefing normally begins after this notice is filed. See 10th Cir. R. 31.1(A)(1).

Here, however, the notice indicates that the minutes, transcripts, and/or tapes of five hearings cannot be located or have been destroyed. Further, the parties have indicated to this court that at least one of these transcripts will be necessary for appellate review.

The record issues identified in the district court's notice should be resolved before briefing can begin. Accordingly, briefing on the merits of these appeals is TOLLED for 30 days from the date of this order.

-2-

Correction or modification of the appellate record must be resolved by the district court. Fed. R. App. P. 10(e)(1). Therefore, to the extent that they will affect appellate review, we direct the parties to seek settlement and approval from the district court of the record issues identified in the district court's notice. The parties should refer to Federal Rule of Appellate Procedure 10(c) for guidance on resolving these matters, as well as any direction provided by the district court.

Upon entry of any order addressing these issues, the parties are directed to file a notice in this court of such activity, attaching a copy of the order. If no order finally disposing of the record matters has been entered within 30 days, the parties may request that briefing in this court be tolled for an additional period of time to permit resolution of these matters.

Finally, upon the district court's entry of a final order on this matter, the district court shall send a superceding notice to the parties that the record is complete for purposes of appeal. Briefing will begin after the superceding notice is transmitted.

        Entered for the Court,
        ELISABETH A. SHUMAKER, Clerk

        *Lara Smith*

        by:   Lara Smith
               Counsel to the Clerk