# Tab D

**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**[PROPOSED] ORDER**

---

Upon due consideration of the parties' Joint Motion To Include Certain Transcripts In And Omit Certain Transcripts From This Court's Official Record, I hereby order as follows:

1.      By certification of this Court and by stipulation of the parties, *see* Fed. R. App. P. 10(e)(2)(A)-(B), the joint motion to include the transcript of the motions hearing of December 21, 1990 as part of this Court's official record is hereby GRANTED. The Clerk's Office shall make this transcript part of this Court's official record and shall so certify to the Clerk's Office of the United States Court of Appeals for the Tenth Circuit.

2.      By further stipulation of the parties, *see* Fed. R. App. P. 10(e)(2)(B), the joint motion to omit the transcripts of the following hearings: (1) June 29, 1992 hearing; (2) April 20, 1993 hearing; (3) September 15, 1993 hearing; and (4) March 8, 1994 hearing, from this Court's official record for purposes of these appeals is hereby GRANTED. The Clerk's Office shall notify the Clerk's Office of the United States Court of Appeals for the Tenth

Circuit that such transcripts are not a part of this Court's official record for purposes of these appeals pursuant to the parties' stipulation.

3.    The Clerk's Office shall also issue a superseding notice to the parties that the record is complete for purposes of appeal.

IT IS SO ORDERED.

DATED this _____ day of December, 2008.


_____
United States District Judge