UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

December 8, 2008

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Cook, et al v. Rockwell Intl Corp**

Court of Appeals Case No. 08-1224; 08-1226 & 08-1239
District Court Case No. 90-cv-00181-JLK

Dear Clerk of Court:

　　　　Please be advised that the record in the above referenced matter is now complete.

　　　　All transcripts ordered for the appeal are now on file with this court as of 12/05/08.

　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　GREGORY C. LANGHAM, Clerk


　　　　　　　　　　　　　　　　　　by s/ B. Reed
　　　　　　　　　　　　　　　　　　　　Deputy Clerk


cc: SEE NOTICE OF ELECTRONIC FILING