FILED
United States Court of Appeals
Tenth Circuit

September 3, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| MERILYN COOK; WILLIAM SCHIERKOLK, JR.; DELORES SCHIERKOLK; RICHARD BARTLETT; LORREN BABB; GERTRUDE BABB; MICHAEL DEAN RICE; BANK WESTERN; THOMAS L. DEIMER; RHONDA J. DEIMER; STEPHEN SANDOVAL; PEGGY J. SANDOVAL; SALLY BARTLETT, <br><br>    Plaintiffs - Appellees - Cross-Appellants, <br><br>v. <br><br>ROCKWELL INTERNATIONAL CORPORATION and DOW CHEMICAL COMPANY, <br><br>    Defendants - Appellants - Cross-Appellees. <br><br>------------------------------ <br><br>AMERICAN NUCLEAR INSURERS; NUCLEAR ENERGY INSTITUTE, INC., <br><br>    Amici Curiae. | Nos. 08-1224, 08-1226 and 08-1239 <br>(D.C. No. 1:90-CV-00181-JLK) |

---

**JUDGMENT**

---

Before **MURPHY**, **ANDERSON**, and **HOLMES**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk