# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 17, 2010

Douglas E. Cressler
Chief Deputy Clerk

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:   08-1224, 08-1226, 08-1239, Cook, et al v. Rockwell International Corp., et al**
Dist/Ag docket: 1:90-CV-00181-JLK

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Jonathan Auerbach
      Michael A. Bauser
      Marjorie J. Berger
      David M. Bernick
      Gary B. Blum
      Jerry Bonanno
      Stephanie A. Brennan
      Joseph J. Bronesky
      Stanley M. Chesley

Appellate Case: 08-1224   Document: 01018553297   Date Filed: 12/17/2010   Page: 2

Anne W. Cottingham
Eric Cramer
John Kevin Crisham
Merrill G. Davidoff
Jean Marie Geoppinger
Ellen C. Ginsberg
Marcy Geoffrey Glenn
John G. Harkins Jr.
Lester C. Houtz
Kenneth A. Jacobsen
Donald E. Jose
Steven William Kelly
David Evans Kreutzer
Douglas J. Kurtenbach
Christopher Landau
Christopher Lane
Ellen T. Noteware
Douglas M. Poland
Louise M. Roselle
Charles F. Rysavy
Joseph G. Sauder
Philippa Milane Scarlett
Steven C. Seeger
David Francis Sorensen


EAS/sds