IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181**

**MERILYN COOK, et al.,**

Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

Defendants.

_____

**MINUTE ORDER**
_____

Judge John L. Kane ORDERS

On December 17, 2010, the Tenth Circuit issued a mandate as to its decision on Defendants' appeal of the judgment in this case.  In light of the Tenth Circuit's opinion and mandate, the parties shall prepare a Joint Status Report discussing the most effective way to proceed.  This joint status report should be submitted no later than February 4, 2011.

Dated:  January 3, 2011