IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK
_____

MERILYN COOK, LORREN BABB, GERTRUDE BABB,
RICHARD BARTLETT, SALLY BARTLETT, WILLIAM
SCHIERKOLK, JR., and DELORES SCHIERKOLK, , *et al*,

      Plaintiffs,

    v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

      Defendants.
_____

### JOINT STATUS REPORT
_____

Pursuant to this Court's January 3, 2011 Order (Docket #2318), the parties respectfully submit this Joint Status Report concerning this litigation.

On June 2, 2008, this Court entered a Final Judgment in this matter.

Following Appellate proceedings, the Tenth Circuit entered a Decision on September 3, 2010 reversing and remanding the Court's case and directing this Court to vacate the Final Judgment. A petition for rehearing filed by plaintiffs was denied on December 9, 2010.

Plaintiffs respectfully submit that it is their intention to file a *Petition for Writ of Certiorari* to the United States Supreme Court.

The parties in this matter have conferred and agree (subject to the Court's approval) that proceedings in this Court, at least at this time, should not resume until proceedings in the United States Supreme Court have concluded.

Dated: February 4, 2011

Respectfully submitted,

/s/ Merrill G. Davidoff
Merrill G. Davidoff
David F. Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*

/s/ Douglas J. Kurtenbach
Douglas J. Kurtenbach
KIRKLAND & ELLIS
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of February, 2011, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

    /s/ Merrill G. Davidoff
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000