# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 30, 2011

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 4 2011

GREGORY C. LANGHAM
CLERK

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Merilyn Cook, et al.
v. Rockwell International Corporation, et al.
Application No. 10A845
(Your No. 08-1224, 08-1226, 08-1239)

90CV 181-JLK

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Sotomayor, who on March 30, 2011 extended the time to and including May 6, 2011.

This letter has been sent to those designated on the attached notification list.

Sincerely,

William K. Suter, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Jeffrey A. Lamken
600 New Hampshire Ave., NW
Washington, DC 20037

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257