# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 10, 2011

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2011

GREGORY C. LANGHAM
CLERK

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Merilyn Cook, et al.
v. Rockwell International Corporation, et al.
No. 10-1377
(Your No. 08-1224, 08-1226, 08-1239)

*90cv181-JLK*

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 6, 2011 and placed on the docket May 10, 2011 as No. 10-1377.

Sincerely,

**William K. Suter**, Clerk

by

Melissa Blalock
Case Analyst