IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-K-181**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.
_____

**ORDER**
_____

Kane, J.

In light of the Supreme Court's June 25, 2012 Letter announcing the denial of Plaintiffs' Petition for Writ of Certiorari (Doc. 2322), proceedings in that Court have concluded. Accordingly, the parties are ORDERED to meet and confer regarding their intentions for proceeding on the Tenth Circuit's remand and to discuss a timeline and pretrial plan for moving forward in an organized and timely fashion. Given the nature of this action and the scope of the remand, I am mindful that counsel will need time to consult with their clients before meaningful discussions may be had. Counsel are ORDERED to begin the process immediately, but no formal Status/Pretrial Conference will be set until requested by one or more of the parties. An initial JOINT STATUS REPORT is due on or before July 18, 2012.

DATED June 27, 2012.

                                        **s/John L. Kane**
                                        SENIOR U.S. DISTRICT JUDGE