IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK

MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB,
RICHARD BARTLETT, and SALLY BARTLETT, *et al*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

      Defendants.

## UNCONTESTED MOTION FOR THREE-WEEK EXTENSION OF TIME TO FILE STATUS REPORT

Plaintiffs respectfully request a three-week extension of time, until August 7th, to file the status report Ordered by this Court to be filed July 18th.

Plaintiffs' Lead Counsel were heavily scheduled with Court conferences and Mediations, through July 13th, before the Supreme Court's decision to decline the Petition for Writ of Certiorari. Ms. Roselle from the Waite, Schneider, Bayless & Chesley firm is out of the United States on a long scheduled vacation trip.

Plaintiffs have scheduled a meeting with the remaining class representatives[1] for July 17th. Plaintiffs need to discuss the path forward with the class representatives and then confer

---

[1] Three Class Representatives, Mr. & Mrs. Babb, and Dolores Schierkolk, have passed away during the pendency of this litigation.

with defendants.  Accordingly, to allow time for the meeting with the class representatives and to meet and confer with the defendants, plaintiffs respectfully request an extension of time until August 7, 2012 to file the required joint status report.

Dated:  July 3, 2012                                  Respectfully submitted,

/s/ Merrill G. Davidoff
Merrill G. Davidoff
David F. Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000


Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000


Louise Roselle
WAITE, SCHNEIDER, BAYLESS
  & CHESLEY
Central Trust Tower, Suite 1513
Cincinnati, OH 45202
(513) 621-0267

*Attorneys for Plaintiffs and the Class*

KAL3188788_920_10.DOCX

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of July, 2012, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

 /s/ Merrill G. Davidoff
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000