IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al*.,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY

      Defendants,

## NOTICE OF ENTRY OF APPEARANCE

      Bradley H. Weidenhammer hereby enters his appearance as co-counsel for Defendants in this action.

Dated:  August 27, 2012                    Respectfully submitted,


/s/ Bradley H. Weidenhammer
One of the Attorneys for the Defendants
Kevin Van Wart
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000

Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  (303) 297-2900
Fax:  (303) 298-0940

Attorneys for Defendants ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

   I hereby certify that on August 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses for the following:

| | |
|---|---|
| Merrill G. Davidoff | Gary B. Blum |
| David F. Sorensen | Steven W. Kelly |
| BERGER & MONTAGUE, P.C. | SILVER & DEBOSKEY, P.C. |
| 1622 Locust Street | 1801 York Street |
| Philadelphia, PA 19103 | Denver, CO 80206 |
| (215) 875-3000 | (303) 399-3000 |

Louise Roselle
WAITE, SCHNEIDER, BAYLESS &
CHELSEY CO., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

               /s/ Bradley H. Weidenhammer _____
               Attorney for Defendants