## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Date:  August 28, 2012 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |

Civil Action No.: 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill G. Davidoff |
| | David F. Sorensen |
| | Steven W. Kelly |
| | Louise M. Roselle (via telephone) |
| | Paul DeMarco (via telephone) |
| Plaintiffs, | |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY, | Kevin T. Van Wart |
| | Bradley H. Weidenhammer |
| | Joseph J. Bronesky |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**10:08 a.m.    Court in session.**

Court calls case.  Counsel and parties present in person and via telephone.

Preliminary remarks by the Court.

Discussion regarding status of case and briefing schedule.

Statements by Mr. Davidoff.

Statements by Mr. VanWart.

Comments by the Court.

**10:27 a.m.    Court in recess.**
Hearing concluded.
Total time in court: 19 minutes.