**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**REPORT BY PLAINTIFFS**

During the Status Conference with the Court on August 28, 2012, the Court told all counsel that it wanted "all of the issues" identified in the parties' Joint Status Report (Doc. No. 2326) to be "briefed." Transcript of Conference, p. 3. The Court stated that "plaintiffs will file the opening brief"; that defendants will "answer it" and in their "answer brief" will also address conflict preemption; and that plaintiffs "can file a reply." *Id.* at 12.

At the conclusion of the conference, plaintiffs' counsel Merrill Davidoff offered "to see if I can negotiate a schedule" for the three briefs. *Id.* at 13. Defendants' counsel Kevin Van Wart responded, "I don't think it will be hard." *Id.*

Unfortunately, counsel have not been able to agree on a schedule for filing the briefs that the Court instructed us to file. Plaintiffs' counsel specifically asked defendants' counsel to agree to dates when plaintiffs' opening brief, defendants' answer brief, and plaintiffs' reply brief would be filed, but defendants' counsel refused to agree to any dates without attaching substantive conditions which went beyond the Court's directives at the August 28 Status Conference.

Therefore, in the interest of moving the briefing process along, plaintiffs' counsel submit the following proposed schedule for the filing of the three briefs:

- Plaintiffs' opening brief:    60 days from entry of Court's Scheduling Order
- Defendants' answer brief:  60 days from filing of Plaintiffs' Brief
- Plaintiffs' reply brief:       45 days from filing of Defendants' Brief.

Though defendants refused to agree to a schedule, defendants had stated that 60 days was sufficient to respond to plaintiffs' brief, and agreed to 45 days for plaintiffs' reply.

Dated: September 24, 2012

        Respectfully submitted,

        */s/ Merrill G. Davidoff*
        Merrill G. Davidoff
        David F. Sorensen
        BERGER &MONTAGUE, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        (215) 875-3000

        Gary B. Blum
        Steven W. Kelly
        SILVER & DEBOSKEY, P.C.
        1801 York Street
        Denver, CO 80206
        (303) 399-3000

        Louise Roselle
        Paul DeMarco
        Markovits, Stock and De Marco, LLC
        119 E. Court Street, Suite 510
        Cincinnati, OH 45202
        (513) 651-3700

        *Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of September, 2012, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                      */s/ Merrill G. Davidoff*
                                                      Merrill G. Davidoff
                                                      BERGER & MONTAGUE, P.C.
                                                      1622 Locust Street
                                                      Philadelphia, PA 19103
                                                      (215) 875-3000