IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-CV-181**-JLK

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

___

## ORDER RE BRIEFING SCHEDULE ON REMAND
___

Kane, J.

    Plaintiffs' reinstatement theory shall provide the content for the next chapter in this now two plus decades old saga. Specifically, Plaintiffs shall open remand proceedings by briefing the following two bedrock reinstatement issues: 1) Does the existing jury verdict in this case support entry of this Court's judgment on Plaintiffs' nuisance claim under Colorado law and diversity jurisdiction?; and 2) May a plaintiff who brings a Prince-Anderson Act claim simultaneously pursue a freestanding state-law claim based on the same facts?

    Plaintiffs' opening brief shall be due on or before December 12, 2012. Defendants' answer brief shall be due 60 days from the filing of Plaintiffs' opening brief. Plaintiffs' reply brief shall be due 45 days from filing of Defendants' response brief.

    The remaining issues (class re-certification, preemption, etc.) shall be treated if and as appropriate in light of my resolution concerning the reinstatement theory.

Dated this 16th day of October, 2012, at Denver, Colorado.

**s/John L. Kane**

**US SENIOR DISTRICT JUDGE**