# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK

---

**MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB**,
**RICHARD BARTLETT, and SALLY BARTLETT**, *et al*,

      **Plaintiffs,**

    v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

      **Defendants.**

---

## UNCONTESTED MOTION FOR
## EXTENSION OF TIME

---

Plaintiffs respectfully request an extension of time, until December 20, 2012, to complete and file their opening brief as directed by this Court pursuant to its Order Re Briefing Schedule on Remand, Doc. No. 2334, dated October 16, 2012. The current deadline is December 12, 2012. *Id*.

Counsel for Plaintiffs conferred with counsel for Defendants concerning this request. Counsel for Defendants reported that Defendants assent to Plaintiffs' request for an extension to December 20, 2012.

Wherefore, Plaintiffs respectfully request that the Motion for Extension of Time be granted.

Dated: December 11, 2012                    Respectfully submitted,


   */s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Paul De Marco
Markovits, Stock and De Marco, LLC
119 E. Court Street, Suite 510
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of December, 2012, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

        /s/ Merrill G. Davidoff
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000