IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK
_____

**MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB,
RICHARD BARTLETT, and SALLY BARTLETT,** *et al*,

      **Plaintiffs,**

  v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

      **Defendants.**
_____

### SECOND UNCONTESTED MOTION FOR EXTENSION OF TIME
_____

Plaintiffs respectfully request a second extension of time, until January 4, 2013, to complete and file their opening brief as directed by this Court pursuant to its Order Re Briefing Schedule on Remand, Doc. No. 2334, dated October 16, 2012.

The current deadline is December 20, 2012, pursuant to the Court's Order dated December 12, 2012 (Doc. No. 2336), which granted Plaintiffs' first (uncontested) motion for extension.

Counsel for Plaintiffs conferred with counsel for Defendants concerning this request. Counsel for Defendants reported that Defendants assent to Plaintiffs' second request for an extension to January 4, 2013.

Wherefore, Plaintiffs respectfully request that this Second Uncontested Motion for Extension of Time be granted.

Dated: December 19, 2012                                  Respectfully submitted,


                                                       */s/ David F. Sorensen*
                                                      Merrill G. Davidoff
                                                      David F. Sorensen
                                                     BERGER & MONTAGUE, P.C.
                                                     1622 Locust Street
                                                     Philadelphia, PA 19103
                                                     (215) 875-3000

                                                     Gary B. Blum
                                                     Steven W. Kelly
                                                     SILVER & DEBOSKEY, P.C.
                                                     1801 York Street
                                                     Denver, CO 80206
                                                     (303) 399-3000

                                                     Louise Roselle
                                                     Paul De Marco
                                                     Markovits, Stock and De Marco, LLC
                                                     119 E. Court Street, Suite 510
                                                     Cincinnati, OH 45202
                                                     (513) 651-3700

                                                     *Attorneys for Plaintiffs and the Class*s

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of December, 2012, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                     */s/ David F. Sorensen*
David F. Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000