**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB,
RICHARD BARTLETT, and SALLY BARTLETT, *et al*,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

Defendants.

**ENTRY OF APPEARANCE**

COMES NOW Juan Villaseñor, Assistant United States Attorney, and enters his appearance as counsel for Interested Party United States Department of Energy in the above-captioned action.  Please include undersigned counsel for Interested Party United States Department of Energy on all future correspondence, notices and pleadings in this case.

DATED this 21st day of December, 2012.

                    Respectfully submitted,
                    JOHN WALSH
                    United States Attorney

By:   *s/Juan Villaseñor*
        Juan Villaseñor
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0185
        E-mail:juan.villasenor@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

        The undersigned certifies that on this 21st day of December, 2012, he caused the forgoing submission to be served via the Court's ECF system on all participating counsel.


                                                    *s/ Juan Villaseñor*
                                                  United States Attorney's Office