**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB,
RICHARD BARTLETT, and SALLY BARTLETT, *et al*,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

Defendants.

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Steven Taylor, Assistant United States Attorney, hereby moves to withdraw as counsel of record for Interested Party United States Department of Energy. Juan Villaseñor, Assistant United States Attorney, has entered his appearance for Interested Party United States Department of Energy, will continue to undertake representation of Interested Party United States Department of Energy for all purposes, and will remain as lead counsel for Interested Party United States Department of Energy.

Pursuant to Local Rule 7.1A, undersigned counsel conferred with counsel for Plaintiff and Defendant, and they do not oppose this motion.

Wherefore, undersigned counsel respectfully requests to be removed as counsel of record from the above-captioned case.

Respectfully submitted this 9th day of January, 2013.

JOHN F. WALSH
United States Attorney

s/ *Stephen Taylor*
By: Stephen Taylor
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

**CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned certifies that on this 9th day of January, 2013, she caused the forgoing submission to be served via the Court's ECF system on all participating counsel.

*s/ Megan Ingebrigtsen*
United States Attorney's Office