**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB,
RICHARD BARTLETT, and SALLY BARTLETT, *et al*,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

Defendants.

**ORDER RE: MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

The Court, having reviewed the motion of Steven Taylor, Assistant United States Attorney, to withdraw as counsel for Interested Party United States Department of Energy, and the Court being satisfied that such withdrawal is appropriate, hereby ORDERS that:

The motion is GRANTED.

DATED this ____ day of _____, 2013.

BY THE COURT:

_____
United States District Court Judge