# Exhibit 3

**Nos. 08-1224, 08-1226, 08-1239**

# United States Court of Appeals for the Tenth Circuit

MERILYN COOK; WILLIAM SCHIERKOLK, JR.; DELORES SCHIERKOLK; RICHARD BARTLETT; LORREN BABB; GERTRUDE BABB; MICHAEL DEAN RICE; BANK WESTERN; THOMAS L. DEIMER; RHONDA J. DEIMER; STEPHEN SANDOVAL; PEGGY J. SANDOVAL; SALLY BARTLETT,

*Plaintiffs-Appellees-Cross-Appellants,*

v.

ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,

*Defendants-Appellants-Cross-Appellees.*

On Appeal from the United States District Court
for District of Colorado (Kane, J.)
Case No. 1:90-cv-00181-JLK

## DEFENDANTS-APPELLANTS-CROSS-APPELLEES' APPENDIX VOLUME VII OF IX

| | |
|---|---|
| David M. Bernick, P.C. | Christopher Landau, P.C. |
| Douglas J. Kurtenbach, P.C. | John K. Crisham |
| Steven C. Seeger | Philippa Scarlett |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| 200 East Randolph Drive | 655 Fifteenth Street, N.W. |
| Chicago, IL  60601 | Washington, DC  20005 |
| (312) 861-2000 | (202) 879-5000 |

*Counsel for Defendants-Appellants-Cross-Appellees*

**ORAL ARGUMENT REQUESTED**

March 9, 2009

# TABLE OF CONTENTS

## VOLUME I

**Description**                                                                                  **App. Page No.**

Orders and Pleadings

District Court Docket.................................................................................................. 1

Memorandum Opinion and Order on Defendants' Motions to Dismiss
and for Summary Judgment
(2/13/91) (Dkt. No. 49) ....................................................................................... 253

Second Amended Class Action Complaint and Jury Demand
(4/8/91) (Dkt. No. 52) ......................................................................................... 289

Answer of Defendant Dow Chemical Company to Second Amended Complaint
(5/8/91) (Dkt. No. 58) ......................................................................................... 321

Answer of Defendant Rockwell International Corporation to
Second Amended Complaint
(5/8/91) (Dkt. No. 61) ......................................................................................... 335

Order Regarding Class Certification
(10/8/93) (Dkt. No. 229)...................................................................................... 354

Representative Plaintiffs' Joint Responses to Dow's Second Set of
Interrogatories Directed To Each Class Representative Plaintiff
(9/15/95)............................................................................................................... 380

Memorandum Opinion and Orders
(8/8/96) (Dkt. No. 844) ....................................................................................... 411

Memorandum Opinion and Order on Pending Motions
(7/29/98) (Dkt. No. 1038).................................................................................... 463

## VOLUME II

**Description**                                                                                  **App. Page No.**

Memorandum Opinion and Order
(7/24/03) (Dkt. No. 1210).................................................................................... 496

i

Order
(4/14/04) (Dkt. No. 1220) .......................................................................................... 574

Defendants' Submission of Trespass Jury Instructions and Jury Verdict
Forms, and Defendants' Objections to Plaintiffs' Trespass Jury
Instructions and Jury Verdict Forms
(7/13/04) (Dkt. No. 1245) .......................................................................................... 604

Defendants' Submission of Revised Trespass Jury Instructions
and Verdict Forms
(8/6/04) (Dkt. No. 1257) ............................................................................................ 733

Defendants' Submission Of Nuisance Jury Instructions and Jury Verdict
Forms, and Defendants' Objections To Plaintiffs' Nuisance Jury Instructions
(8/6/04) (Dkt. No. 1257, 2212) .................................................................................. 800

## VOLUME III

**Description**                                                                 **App. Page No.**

Appendix (Tab 1) to Defendants' Response Brief Regarding The Statute
of Limitations, State Regulatory Standards, Ultrahazardous Liability,
Spoliation, and Negligent Trespass
(8/18/04) (Dkt. No. 1263) .......................................................................................... 918

Appendix (Tab 2) to Defendants' Response Brief Regarding The Statute
of Limitations, State Regulatory Standards, Ultrahazardous Liability,
Spoliation, and Negligent Trespass
(8/18/04) (Dkt. No. 1263) .......................................................................................... 940

Appendix (Tab 3) to Defendants' Response Brief Regarding The Statute
of Limitations, State Regulatory Standards, Ultrahazardous Liability,
Spoliation, and Negligent Trespass
(8/18/04) (Dkt. No. 1263) .......................................................................................... 951

Appendix (Tab 4) to Defendants' Response Brief Regarding The Statute
of Limitations, State Regulatory Standards, Ultrahazardous Liability,
Spoliation, and Negligent Trespass
(8/18/04) (Dkt. No. 1263) .......................................................................................... 953

Appendix (Tab 5) to Defendants' Response Brief Regarding The Statute
of Limitations, State Regulatory Standards, Ultrahazardous Liability,
Spoliation, and Negligent Trespass
(8/18/04) (Dkt. No. 1263) ........................................................................................ 1019

Appendix (Tab 6) to Defendants' Response Brief Regarding The Statute
of Limitations, State Regulatory Standards, Ultrahazardous Liability,
Spoliation, and Negligent Trespass
(8/18/04) (Dkt. No. 1263) ........................................................................................ 1061

Memorandum Opinion and Order
(12/17/04) (Dkt. No. 1312) ...................................................................................... 1091

Order Regarding Proposed Trespass Instructions
(12/17/04) (Dkt. No. 1311) ...................................................................................... 1114

Order on Scheduling and Jury Instruction Issues
(5/17/05) (Dkt. No. 1338) ........................................................................................ 1132

Defendants' Motion In Limine No. 3 To Exclude Rockwell's Guilty Plea
(and Plea Conduct)
(6/16/05) (Dkt. No. 1356) (excerpt pages 1-4, Exhibit 5) ........................................ 1154

Defendants' Motion In Limine No. 4 To Exclude Evidence of Indemnification
(6/16/05) (Dkt. No. 1357) ........................................................................................ 1191

Defendants' Motion In Limine No. 5 To Exclude Evidence of Document
Classification Issues and Discovery Conduct by the Department of Energy
(6/16/05) (Dkt. No. 1358) ........................................................................................ 1223

Minute Entry
(8/22/05) (Dkt. No. 1428) ........................................................................................ 1241

Defendants' Proposed Limiting and Supplemental Jury Instructions
(9/23/05) (Dkt. No. 1454) ........................................................................................ 1244

Defendants' Amended Submission Of Supplemental Jury Instructions
(9/23/05) (Dkt. No. 1455) ........................................................................................ 1267

Defendants' Proposed Pretrial Order[1]
(9/29/05) (Dkt. No. 1475) ........................................................................................ 1293

Plaintiffs' Memorandum In Opposition To Defendants' Motion
to Exclude Evidence of Plaintiffs' Consumer Price Index
Adjustment For Property Damages
(11/16/05) (Dkt. No. 1673) (excerpt pages 1, 4-6) .................................................. 1319

---

[1]   The district court never entered a Final Pretrial Order in this case.

Order on Pending Motions
(11/30/05) (Dkt. No. 1720)............................................................................................ 1332

## VOLUME IV

**Description**                                                                                                        **App. Page No.**

Defendants' Proposed Changes to Preliminary Jury Instructions
(1/10/06) (Dkt. No. 1958)............................................................................................. 1335

Defendants' Proposed Jury Verdict Forms
(1/11/06) (Dkt. No. 1963)............................................................................................. 1564

Defendants' Objection To Jury Instructions and Verdict Form
(1/18/06) (Dkt. No. 2015)............................................................................................. 1593

Defendants' Renewed Objections to Jury Instructions and Verdict Form
(1/20/06) (Dkt. No. 2029)............................................................................................. 1598

Order Denying Defendants' Renewed Motion for Judgment
As A Matter of Law
(1/20/06) (Dkt. No. 2032)............................................................................................. 1605

Jury Verdict Form (Redacted)
(2/14/06) (Dkt. No. 2117)............................................................................................. 1606

Notice (Order) Of Final Jury Instructions
(2/16/06) (Dkt. No. 2121)............................................................................................. 1636

## VOLUME V

**Description**                                                                                                        **App. Page No.**

Memorandum And Opinion Regarding Daubert Motions and
Motions in Limine
(12/7/06) (Dkt. No. 2204)............................................................................................. 1732

Memorandum And Opinion Regarding Jury Instructions
(12/7/06) (Dkt. No. 2205)............................................................................................. 1924

Defendants' Motion for Certification of Interlocutory Appeal
(1/22/07) (Dkt. No. 2222)............................................................................................. 2023

Defendants' Memorandum in Support of Their Motion for Certification
of Interlocutory Appeal
(1/22/07) (Dkt. No. 2223)...................................................................................... 2027

Defendants' Response to Plaintiffs' Motion for Entry of Judgment
under Rule 54(b)
(1/22/07) (Dkt. No. 2226)...................................................................................... 2059

Plaintiffs' Brief in Opposition to Defendants' Motion for
Certification of Interlocutory Appeal
(3/19/07) (Dkt. No. 2238)...................................................................................... 2128

Defendants' Reply Brief in Support of Motion for Certification
of Interlocutory Appeal
(5/1/07) (Dkt. No. 2250)........................................................................................ 2134

## VOLUME VI

| **Description** | **App. Page No.** |

Memorandum Opinion and Order on Post-Trial Motions
(5/20/08) (Dkt. No. 2261)...................................................................................... 2201

Final Judgment and Plan of Allocation
(6/2/08) (Dkt. No. 2264)........................................................................................ 2274

Notice of Appeal of Rockwell International Corporation
(6/19/08) (Dkt. No. 2276)...................................................................................... 2286

Notice of Appeal of The Dow Chemical Company
(6/19/08) (Dkt. No. 2277)...................................................................................... 2289

Plaintiffs' Notice of Cross-Appeal
(7/1/08) (Dkt. No. 2282)........................................................................................ 2292

### Hearings and Transcripts

Hearing Tr. On Motion For Class Certification
(10/1/93) (Dkt. No. 231)........................................................................................ 2295

Trial Tr. (10/11/05) (full day).................................................................................. 2412

## VOLUME VII

| Description | App. Page No. |
| --- | --- |
| Trial Tr. (10/12/05) (full day) | 2614 |
| Trial Tr. (10/14/05) (AM) (excerpt pages 958-962) | 2850 |
| Trial Tr. (10/14/05) (PM) (excerpt pages 1060-61) | 2856 |
| Trial Tr. (10/18/05) (AM) (excerpt pages 1347, 1363, 1370-71) | 2859 |
| Trial Tr. (10/20/05) (AM) (excerpt pages 1793, 1832) | 2864 |
| Trial Tr. (10/20/05) (PM) (excerpt pages 1944-45, 1953-54) | 2867 |
| Trial Tr. (10/21/05) (AM) (excerpt pages 2023-26, 2042) | 2872 |
| Trial Tr. (10/27/05) (PM) (excerpt pages 3080-3085; 3001-20) | 2878 |
| Trial Tr. (10/31/05 (PM) (excerpt pages 3332, 3336, 3342-43) | 2905 |
| Trial Tr. (11/1/05) (PM) (excerpt page 3572) | 2910 |
| Trial Tr. (11/2/05) (AM) (excerpt pages 3660-66) | 2912 |
| Trial Tr. (11/2/05) (PM) (excerpt page 3707) | 2920 |
| Trial Tr. (11/3/05) (PM) (excerpt pages 4039-41) | 2921 |
| Trial Tr. (11/7/05) (AM) (excerpt pages at 4232-33) | 2924.1 |
| Trial Tr. (11/8/05) (PM) (excerpt page 4538) | 2925 |
| Trial Tr. (11/10/05) (PM) (excerpt page 5028) | 2927 |
| Trial Tr. (11/14/05) (AM) (excerpt pages at 5087-5175) | 2929 |
| Trial Tr. (11/14/05) (PM) (excerpt pages at 5176-5220) | 3019 |
| Trial Tr. (11/15/05) (AM) (excerpt pages 5340-59) | 3064 |
| Trial Tr. (11/21/05) (AM) (excerpt pages 5914, 5954-56, 5966-67) | 3085 |
| Trial Tr. (11/21/05) (PM) (excerpt pages 6064-65) | 3092 |
| Trial Tr. (11/22/05) (PM) (excerpt page 6283) | 3094 |

Trial Tr. (12/5/05) (PM) (excerpt pages 6418-22, 6466-67, 6480-81) ...................... 3096

Trial Tr. (12/6/05) (AM) (excerpt pages 6571-72, 6583) ......................................... 3106

Trial Tr. (12/6/05) (PM) (excerpt pages 6629-30, 6633-34) .................................... 3110

Trial Tr. (12/6/05) (PM) (excerpt pages 6663-65).................................................. 3114.1

## VOLUME VIII

**Description**　　　　　　　　　　　　　　　　　　　　　　　　　　**App. Page No.**

Trial Tr. (12/7/05) (PM) (excerpt pages 6873-83).................................................... 3115

Trial Tr. (12/9/05) (AM) (excerpt pages 7270-71) .................................................. 3127

Trial Tr. (12/9/05) (PM) (excerpt page 7341) ......................................................... 3130

Trial Tr. (12/12/05) (AM) (excerpt pages 7491-94, 7500-05, 7529-31, 7534-39) .... 3132

Trial Tr. (12/14/05) (AM) (excerpt pages 7925-26, 7929-31, 7958-69) ................... 3152

Trial Tr. (12/14/05) (PM) (excerpt pages 8096-97).................................................. 3174

Trial Tr. (12/15/05) (PM) (excerpt pages 8267-81, 8282-83) .................................. 3177

Trial Tr. (12/16/05) (PM) (excerpt pages 8529-31, 8533-34) ................................. 3195

Trial Tr. (1/18/06) (full day)...................................................................................... 3201

Trial Tr. (1/20/06) (full day)...................................................................................... 3343

## VOLUME IX

**Description**　　　　　　　　　　　　　　　　　　　　　　　　　　**App. Page No.**

### Trial Exhibits

DX454...................................................................................................................... 3450.1

DX536........................................................................................................................ 3451

DX1167...................................................................................................................... 3485

DX1187 .................................................................................................................... 3486

DX1779a ................................................................................................................. 3487

DX1843 .................................................................................................................... 3488

DX1855 .................................................................................................................... 3489

DX1856 .................................................................................................................... 3490

DX2292 ................................................................................................................. 3490.1

P149A ...................................................................................................................... 3491

P706 ......................................................................................................................... 3541

P939 ......................................................................................................................... 3545

PG955 ...................................................................................................................... 3553

P1334 ....................................................................................................................... 3554

## Other Materials

Magill, Nicholas H.,
*Interest as Damages in Colorado*
28 Dicta 285 (1951) ................................................................................................. 3624

Spiecker, Frank F. & Ruland, Edwin G.
*A Creditor's Right to Interestin Colorado*
35 U. Colo. L. Rev. 190, 201 (1963) ...................................................................... 3630

Cairns, Gregory B. & Trenennick, Jr., John C.
*Collecting Pre- and Post-Judgment Interest in Colorado: A Primer*
15 Colo. Lawyer 753 (1986) ................................................................................... 3645


DV1 (video) ............................................................................................................. 3656

DV1 (transcript of video) ........................................................................................ 3657

Exhibit 2 (audio recording) to Defendants' Reply Brief in Support
of Motion for Certification of Interlocutory Appeal
(5/1/07) (Dkt. No. 2250) .......................................................................................... 3662

ix

Exhibit 5 (transcript of audio recording) to Defendants' Response
to Plaintiff's Motion For Entry of Judgment
(1/22/07) (Dkt. No. 2226) .......................................................................................... 3663

3613

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 90-cv-00181(JLK)
 3
    MERILYN COOK, et al.,
 4
          Plaintiffs,
 5
    vs.
 6
    ROCKWELL INTERNATIONAL CORPORATION and
 7  THE DOW CHEMICAL COMPANY,

 8        Defendants.
    _____
 9

10                      REPORTER'S TRANSCRIPT
                           TRIAL TO JURY
11                          Volume 24

12  _____

13          Proceedings before the HONORABLE JOHN L. KANE, JR.,

14  Senior Judge, United States District Court for the District of

15  Colorado, continuing at 8:55 a.m., on the 2nd day of November,

16  2005, in Courtroom A802, United States Courthouse, Denver,

17  Colorado.

18

19

20

21

22

23

24   Proceeding Recorded by Mechanical Stenography, Transcription
       Produced via Computer by Therese Lindblom, 901 19th Street,
25         Room A259, Denver, Colorado, 80294, (303) 628-7877
```

11/2/2005  Cook v. Rockwell 11/02/05 AM

| | |
|---|---|
| 1 | '57 fire, they wouldn't have had an exposure to the '57 fire. |
| 2 | So depending on where -- when they were there, depending on |
| 3 | where they -- where they were living or spending their time, |
| 4 | and depending on lots of other individual characteristics, |
| 5 | there would be quite a range of exposures and quite a range of |
| 6 | risks. |
| 7 | Q.  Okay.  So when you say, In my judgment these exposures were |
| 8 | significant and were sufficient to cause latent diseases among |
| 9 | members of the exposed group, you're not talking about everyone |
| 10 | that lived in the class area?  In other words, not everyone had |
| 11 | a significant exposure? |
| 12 | A.  Well, some of the exposures for people living in the class |
| 13 | area were really small.  And significance, you might call sort |
| 14 | of a policy to when you take it seriously.  But some of these |
| 15 | are very, very small exposures.  And, for instance, regulatory |
| 16 | agencies would not have been concerned about such exposures. |
| 17 | Q.  Okay.  We'll get back to the members of the class in a few |
| 18 | minutes.  I just want to make sure that the jury understands |
| 19 | that this statement refers to some members of the public, but |
| 20 | not everyone in the class; is that correct? |
| 21 | A.  This -- depending on what one means by "significant."  I |
| 22 | think everyone who is living there would have inhaled some |
| 23 | amount of plutonium.  And so everyone who was -- from my linear |
| 24 | curve, everyone who was living there would have had some risk. |
| 25 | But for many -- many such people, those risks would have been |

3661

App. 2914

4187

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

     Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

     Defendants.
```

**REPORTER'S TRANSCRIPT**
Trial to Jury
VOLUME 29

Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:00 a.m., on the 7th day of November, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

App. 2924.1

4232

Paul Slovic - Direct

1  Q. And what -- how do we know what influences public
2  perceptions of risk?
3  A. Well, you do research on risk perception just like you can
4  do research on radiation science. You can do research on kind
5  of the psychology of risk. And this is just a little element
6  of an early study that we did where we asked different groups
7  of people to judge the risk from a wide range up to 90
8  different hazards like driving a motor vehicle or exposure to
9  pesticides or medicines and so forth. And they rated each one
10 of these on a simple scale from zero, no risk, to a hundred,
11 very great risk. Then we averaged the ratings across people
12 and looked to see, well, what's the rank order of concerns for
13 these different hazards.
14 Q. What were some of the major findings?
15 A. This is one of the early studies where we had a group of
16 laypeople, members of the public, and a group of technical
17 experts who specialized in risk issues, and they did these zero
18 to 100 judgments. We have averaged them over the group of
19 public, group of experts, and we rank ordered them according to
20 how high the risk judgments were. Number one is the highest
21 risk.
22          And you see for this group, for the public group,
23 nuclear power was the highest in perceived risk. But it was
24 relatively low among -- this was -- there were 30 different
25 things evaluated. It was 20th on the risk of 30 for the

Paul Slovic - Direct

1   experts.  So first we see that the public and the experts
2   disagreed considerably about the risks of nuclear power.  Say
3   for motor vehicles or handguns or smoking, you see there was a
4   lot of agreement between the public and experts.
5           But interestingly, another radiation hazard, exposure
6   to medical x-rays was relatively low on the public's perception
7   scale, but relatively high for the experts.  It was seventh for
8   the experts.  So again, you see the public and the experts
9   disagreeing, but in the opposite directions.  So it's not that
10  the public, you know, fears all forms of radiation.  They
11  particularly were concerned about radiation associated with
12  nuclear energy.
13  Q.  Why does the public fear nuclear energy or power more than
14  x-rays?
15  A.  Well, that's -- there has been a lot of research on that.
16  Just to summarize briefly before I give some other examples --
17  Q.  If you push the bottom right-hand corner, okay.?
18  A.  Just to summarize them, x-rays are perceived as more
19  beneficial.  And benefit and risk kind of blend together in
20  people's minds.  When something is seen as very beneficial, it
21  tends to be seen as lower a risk.  X-rays are obviously more
22  familiar to people than nuclear power plants are.  And I think
23  particularly important is that the medical profession who
24  oversees x-rays is much more trusted than the managers of
25  nuclear energy facilities.

6594

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

**REPORTER'S TRANSCRIPT**
TRIAL TO JURY
Volume 52

---

    Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, continuing at 1:24 p.m., on the 6th day of December, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Therese Lindblom, 901 19th Street, Room A259, Denver, Colorado, 80294, (303) 628-7877

6663

Wayne Hunsperger - Cross

1  Q. Very, very simple. We've got a plant, maybe it's a cleanup
2  site, and it's contaminated, and the people who worked on the
3  plant may indeed have some risk. But the property that is
4  right off-site has no contamination and no health risk that has
5  actually occurred.
6  A. But you're not suggesting that's Rocky Flats.
7  Q. Mr. Hunsperger, you're going to have to just bear with me.
8  I'm just asking you questions. And I started out asking you
9  questions about when can stigma arise. I'm asking now
10 questions about stigma, in your own case studies.
11 A. I'm sorry --
12 Q. We'll get to Rocky Flats in just a moment.
13 A. I'm sorry, I was trying to qualify, because I thought we
14 were still in the Rocky Flats context.
15 Q. Well, we'll get back to the Rocky Flats context.
16    Would you agree with me now that you can have stigma
17 even though the off-site property is not contaminated and there
18 is no health risk that the off-site property owners have
19 experienced? Would you agree with me?
20 A. It's possible.
21 Q. Well, in fact, isn't that true in many of the case studies
22 that you have actually talked about here?
23 A. No, I don't think that there is -- that it was
24 unequivocally that there was no health risk from those off-site
25 properties. That's what a Superfund site is. It's the most

App. 3114.1

Wayne Hunsperger - Cross
6664

1  egregious, worst type of contaminated property.  Generally
2  along with that contamination comes some kind of off-site risk.
3  Q.  Generally or do you know?
4  A.  I do know.
5  Q.  Are you saying to this jury that all of the case studies
6  involved off-site property that was contaminated?
7  A.  No, I didn't say that.
8  Q.  Okay.  Let's just say -- would you agree with me that you
9  can have stigma even though there is no off-site contamination?
10 A.  I agreed with you about that.
11 Q.  Okay.  Now, when it comes to health risk, are you
12 representing to this jury that there was actually health risk
13 to the people off-site from all of the case studies that you
14 presented here in this courtroom?  Are you representing that
15 that's true?
16 A.  Except for the landfill, I believe that to be true.
17 Q.  In fact -- no, it's not true, because in some of the case
18 studies, there are case studies that talked about how people
19 would react to the transportation of nuclear waste through
20 their neighborhoods or contamination through their
21 neighborhoods that hadn't even occurred.
22 A.  But you're not suggesting that transportation through a
23 neighborhood would be absolutely no health risk.
24 Q.  Well, you don't --
25 A.  That's why there was a stigma, in anticipation of that

App. 3114.2

6665
Wayne Hunsperger - Cross

1  health risk.

2  Q. In anticipation, people can anticipate there might be a

3  release from the site, but that doesn't mean there is actually

4  a health risk associated with living there, correct?

5  A. I'm not a statistician or scientist enough to say that.

6  But it would be my opinion that if I lived next to a haul road,

7  hauling nuclear materials, that I would be exposed to a health

8  risk.

9  Q. Well, but that's just your perception, right?

10 A. I think it's more than a perception. I think nuclear stuff

11 is pretty bad.

12 Q. It may well be that you think it's bad. That's not what

13 I'm asking. I'm asking whether, in fact, isn't it necessary

14 for there to be an actual health risk in order for a property

15 to be stigmatized?

16 A. I agreed a while ago that that's possible.

17 Q. That's possible. But you also agree that stigmas can arise

18 as long as there is a perception of a health risk, correct?

19 A. That's true.

20 Q. Okay. So all I'm saying is, in order for there to be a

21 stigma associated with a nuclear facility, contamination,

22 actual contamination off-site is not required, correct?

23 A. That's possible.

24 Q. Okay. Well -- and isn't it also correct that actual health

25 risk is not required, so long as people believe that there is a

App. 3114.3