## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### No. 90–cv-00181-JLK
_____

**MERILYN COOK, WILLIAM SCHIERKOLK, JR.,**
**DELORES SCHIERKOLK, GERTRUDE BABB,**
**RICHARD BARTLETT, and SALLY BARTLETT,** *et al*,

> **Plaintiffs,**

> **v.**

**ROCKWELL INTERNATIONAL CORPORATION and**
**THE DOW CHEMICAL COMPANY,**

> **Defendants.**
_____

### UNCONTESTED MOTION FOR
### EXTENSION OF TIME
_____

Plaintiffs respectfully request a one-week extension of time, until May 2, 2013, to complete and file their reply brief as directed by this Court pursuant to its Order Re Briefing Schedule on Remand, Docket No. 2334, dated October 16, 2012. The current deadline is April 25, 2013.

Counsel for Plaintiffs conferred with counsel for Defendants concerning this request. Counsel for Defendants reported that Defendants assent to Plaintiffs' request for an extension to May 2, 2013.

Wherefore, Plaintiffs respectfully request that the Motion for Extension of Time be granted.

Dated: April 24, 2013                    Respectfully submitted,


                                         */s/ David F. Sorensen*
                                         Merrill G. Davidoff
                                         David F. Sorensen
                                         BERGER & MONTAGUE, P.C.
                                         1622 Locust Street
                                         Philadelphia, PA 19103
                                         (215) 875-3000

                                         Gary B. Blum
                                         Steven W. Kelly
                                         SILVER & DEBOSKEY, P.C.
                                         1801 York Street
                                         Denver, CO 80206
                                         (303) 399-3000

                                         Louise Roselle
                                         Paul De Marco
                                         Markovits, Stock and De Marco, LLC
                                         119 E. Court Street, Suite 510
                                         Cincinnati, OH 45202
                                         (513) 651-3700

                                         *Attorneys for Plaintiffs and the Clas*s

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of April, 2013, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

/s/ David F. Sorensen
David F. Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000