IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK
_____

**MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB**,
**RICHARD BARTLETT, and SALLY BARTLETT**, *et al*,

       **Plaintiffs,**

  v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

       **Defendants.**
_____

### SECOND UNCONTESTED MOTION
### FOR EXTENSION OF TIME
_____

Plaintiffs respectfully request a second extension of time, until May 9, 2013, to complete and file their reply brief as directed by this Court pursuant to its Order Re Briefing Schedule on Remand, Docket No. 2334, dated October 16, 2012.

The current deadline is May 2, 2013, pursuant to the Court's Order dated April 24, 2013 (Doc. No. 2347), which granted Plaintiffs' uncontested motion for extension.

Counsel for Plaintiffs conferred with counsel for Defendants concerning this request. Counsel for Defendants reported that Defendants assent to Plaintiffs' request for an extension to May 9, 2013.

Wherefore, Plaintiffs respectfully request that their Second Uncontested Motion for Extension of Time be granted.

Dated: May 1, 2013							Respectfully submitted,


							 */s/ David F. Sorensen*
							Merrill G. Davidoff
							David F. Sorensen
							BERGER & MONTAGUE, P.C.
							1622 Locust Street
							Philadelphia, PA 19103
							(215) 875-3000

							Gary B. Blum
							Steven W. Kelly
							SILVER & DEBOSKEY, P.C.
							1801 York Street
							Denver, CO 80206
							(303) 399-3000

							Louise Roselle
							Paul De Marco
							Markovits, Stock and De Marco, LLC
							119 E. Court Street, Suite 510
							Cincinnati, OH 45202
							(513) 651-3700

							*Attorneys for Plaintiffs and the Class*

CERTIFICATE OF SERVICE

      The undersigned certifies that on this 1st day of May, 2013, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                  */s/ David F. Sorensen*
                                                  David F. Sorensen
                                                  BERGER & MONTAGUE, P.C.
                                                  1622 Locust Street
                                                  Philadelphia, PA 19103
                                                  (215) 875-3000