IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**PLAINTIFFS' MOTION FOR (1) CLARIFICATION OR AMENDMENT OF THE COURT'S ORDER (ECF NO. 2351) UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(e) AND FOR ENTRY OF JUDGMENT AND (2) CERTIFICATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)**

For the reasons set forth in the accompanying Memorandum of Law in Support of this Motion, Plaintiffs respectfully request that the Court, pursuant to Federal Rule of Civil Procedure 59(e) amend its Order Regarding Briefing at ECF 2344, 2345, and 2350 on January 28, 2014 (ECF No. 2351) (the "Order") in two discrete respects[1]:

1) Plaintiffs request that the Court amend Page 12 of the Order to clarify that Plaintiffs did *not* argue that the Price Anderson Act violates due process to the extent that it does not allow them to recover based on a "scientifically unfounded" risk of harm; and

2) Plaintiffs request that the Court amend the Order to reflect that Plaintiffs *did* renew their constitutional due process arguments on Reply.

---

[1] Plaintiffs are not asking the Court to revisit or reconsider its substantive ruling (although Plaintiffs respectfully disagree with it and reserve all appellate rights).

Plaintiffs also respectfully move for certification of the Court's Order under Federal Rule of Civil Procedure 54(b).[2]

Plaintiffs have conferred with Defendants in accordance with the United States District Court for the District of Colorado Local Rule 7.1(a) and Defendants report that (1) they do not oppose Plaintiffs' request to the extent that the Order is modified in the manner shown in the attached Exhibit 1[3]; and (2) oppose the requested relief under Rule 54(b).[4]

Dated:  February 25, 2014

Respectfully submitted,

/s/ Merrill G. Davidoff
Merrill G. Davidoff
David F. Sorensen
BERGER &MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

---

[2] In the alternative, Plaintiffs request that the Court certify the order for appeal pursuant to 28 U.S.C. § 1292(b).

[3] Specifically, Defendants do not oppose modification of the Order in the following manner:
   (a) Page 12, line 13:  Insert a period at the end of the line following the word "process," strike the remainder of the sentence, and insert the following citation: (Pl. Opening Br., Doc. 2344, at 29-32).
   (b) Page 13, line 2: insert a period after the word "preemption" and strike the remainder of the sentence.

[4] Defendants also oppose Plaintiffs' alternative request for certification of the order for appeal pursuant to 28 U.S.C. § 1292(b).

Louise M. Roselle
Paul M. DeMarco
Markovits, Stock & De Marco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

Attorneys for Plaintiffs and the Class

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of February, 2014, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                       */s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000