# EXHIBIT 1

Defendants do not oppose the following two changes to the January 28 Order:

1) On Page 12, line 13, defendants do not oppose this modification:

Plaintiffs argue in their Opening Brief that the PAA violates their right of due process ~~to the extent it does not allow them to recover based on a scientifically unfounded risk of harm~~. <ins>Pls.' Br. at 29-32.</ins>

2) On page 13, defendants do not oppose this modification

I find no merit in Plaintiffs' due process arguments against preemption ~~and note that Plaintiffs do not renew this line of argument in their Reply~~.