**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**JOINT STATUS REPORT**

In accordance with the Court's Order Regarding Briefing at ECF DOCS 2344, 2345 & 2350, dated January 28, 2014 (ECF No. 2351) (the "Order"), the parties submit this Joint Status Report.

The parties intend to file tomorrow a stipulation that would facilitate an immediate appeal.  The parties will further address the Rule 54(b) motion when they file the above referenced stipulation.

The Plaintiffs are moving (1) under Fed. R. Civ. P. 59(e) to modify the Order in two discrete respects (the Plaintiffs are not asking the Court to revisit or reconsider its substantive ruling, although the Plaintiffs respectfully disagree with it and intend to appeal); and (2) under Fed. R. Civ. P. 54(b) for entry of judgment (and, in the alternative, under 28 U.S.C. § 1292(b)).

DATE: February 25, 2014

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
BERGER &MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
MARKOVITS, STOCK & DeMARCO
119 East Court Street Suite 530
Cincinnati, OH 45202
Phone: 513-651-3700

Attorneys for Plaintiffs

*/s/ Kevin T. Van Wart*
Kevin T. Van Wart, P.C.
Bradley H. Weidenhammer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Phone: (312) 861-2000
Facsimile: (312) 861-2200
Email:   kvanwart@kirkland.com

Lead Counsel for Defendants

1

2

So Ordered:

_____
John L. Kane, U.S. Senior District Judge

Date: _____

2