# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

## JOINT MOTION FOR ENTRY OF STIPULATED
## ORDER FOR DISMISSAL WITH PREJUDICE

---

The parties have executed and hereby file the attached Stipulated Order For Dismissal With Prejudice And Entry Of Judgment ("Stipulated Order").  So that Plaintiffs may immediately appeal from the Order this Court entered on January 28, 2014 (the "Order") (ECF No. 2351), and for the other reasons set out in the Stipulated Order, the parties ask that the Court enter judgment pursuant to the Stipulated Order and dismiss this action with prejudice, with each side to bear its own costs.

In addition, in light of and consistent with the Stipulated Order, the parties ask that the Court hold in abeyance Plaintiffs' Motion for Certification Under Federal Rule of Civil Procedure 54(b) (ECF No. 2352).  The parties do <u>not</u> ask that the Court hold in abeyance Plaintiffs' Motion for Clarification, which is a separate part of ECF No. 2352.

DATE: February 26, 2014

| | |
|---|---|
| */s/ Merrill G. Davidoff* | */s/ Kevin T. Van Wart* |
| Merrill G. Davidoff | Kevin T. Van Wart, P.C. |
| David F. Sorensen | Bradley H. Weidenhammer |
| BERGER &MONTAGUE, P.C. | KIRKLAND & ELLIS LLP |
| 1622 Locust Street | 300 North LaSalle |
| Philadelphia, PA 19103 | Chicago, IL  60654 |
| (215) 875-3000 | Phone: (312) 861-2000 |
| | Facsimile: (312) 861-2200 |
| Gary B. Blum | Email:  kvanwart@kirkland.com |
| Steven W. Kelly | |
| SILVER & DEBOSKEY, P.C. | *Lead Counsel for Defendants* |
| 1801 York Street | |
| Denver, CO 80206 | |
| (303) 399-3000 | |

Louise Roselle
MARKOVITS, STOCK & DeMARCO
119 East Court Street Suite 530
Cincinnati, OH 45202
Phone: 513-651-3700

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of February, 2014, he caused the

foregoing submission to be served via the Court's ECF system on all participating counsel.


_/s/ Merrill G. Davidoff_
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000