# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

## ORDER REGARDING CLARIFICATION

Kane, J.

The Order Regarding Briefing, ECF No. 2351, is hereby modified in the following manner:

(a) Page 12, line 13: Insert a period at the end of the line following the word "process," strike the remainder of the sentence, and insert the following citation: (Pl. Opening Br., Doc. 2344, at 29-32).

(b) Page 13, line 2: insert a period after the word "preemption" and strike the remainder of the sentence.

As modified, the Order reads as follows:

(a) Page 12, line 13: Plaintiffs argue in their Opening Brief that the PAA violates their right of due process. Pls.' Br. at 29-32.

(b) Page 13, line 2: I find no merit in Plaintiffs' due process arguments against preemption.

DATED:    February 27, 2014        BY THE COURT:

                                                        *s/John L. Kane*
                                                        John L. Kane, U.S. Senior District Judge