IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

## JUDGMENT

On February 27, 2014, Judge Kane issued an Order APPROVING the parties' Stipulation for Dismissal and directing the Entry of Judgment (Doc. 2356).  Accordingly, Judgment is hereby entered in favor of Defendants and against Plaintiffs as follows:

1.    In light of the Tenth Circuit Decision on appeal from the jury's verdict in this case, Plaintiffs will not pursue any claims under the PAA unless the Tenth Circuit Decision is overturned or modified.

2.    Accordingly, the Court's ruling on remand that "Plaintiffs may not litigate this case outside the PAA," (January 28, 2014 Order at 13), means that Plaintiffs have no further claims to litigate in the district court unless that ruling is overturned on appeal or unless the Tenth Circuit Decision is overturned or modified.

3.    So that Plaintiffs may immediately appeal from the January 28 Order, this action is DISMISSED with prejudice.  Each side is to bear its own costs.

Dated at Denver, Colorado this  27th   day of February, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ Edward P. Butler
                                        Edward P. Butler, Deputy Clerk