**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 26, 2014 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Jonathan Auerbach
Marcus & Auerbach, LLC
101 Greenwood Avenue
Suite 310
Jenkintown, PA 19046

Mr. Gary B. Blum
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Mr. Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinatti, OH 45202

Mr. Eric Cramer
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-0000

Mr. Merrill G. Davidoff
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6563

Mr. Bruce H. DeBoskey
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Ms. Jean Marie Geoppinger
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Central Trust Tower

Cincinnatti, OH 45202-0000

Mr. Kenneth A. Jacobsen
Jacobsen Law Offices
12 Orchard Lane
Wallingford, PA 19086

Mr. Steven William Kelly
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Mr. David Evans Kreutzer
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Mr. R. Bruce McNew
Taylor, Gruver & McNew
3711 Kennett Pike, Suite 210
Greenville, DE 19807

Peter B. Nordberg
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6563

Ms. Ellen T. Noteware
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-0000

Ms. Bernadette M. Rappold
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-0000

Mr. Christopher Thomas Reyna
Chimicles & Tikellis
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041-0100

Ms. Louise M. Roselle
Waite, Schneider, Bayless & Chesley Co., L.P.A.

1513 Central Trust Tower
Cincinnatti, OH 45202-0000

Mr. Stanley B. Siegel
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-0000

Ronald Simon
Simon & Associates
1707 N Street , N.W.
Washington, DC 20036

Mr. David Francis Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

John David Stoner
Chimicles & Tikellis, L.L.P.
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041-0100

**RE:**     **14-1112, Cook, et al v. Rockwell International, et al**
            Dist/Ag docket: 1:90-CV-00181-JLK

Dear Counsel:

The court has received and docketed your appeal. Please note your case number above. Copies of the Tenth Circuit Rules, effective January 1, 2014, and the Federal Rules of Appellate Procedure, effective December 1, 2013, may be obtained by contacting this office or by visiting our website at http://www.ca10.uscourts.gov. In addition, please note all counsel are required to file pleadings via the court's Electronic Case Filing (ECF) system. You will find information regarding registering for and using ECF on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site. Outlined below are some of the requirements for prosecuting this appeal.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form within thirty days of the date of this letter. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The

3

notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

You are required to file a docketing statement within 14 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 14 days of the date of this letter. Please note that under local rule 3.4(C), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. In addition to the docketing statement, all transcripts must be ordered within 14 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. *See* 10th Cir. R. 10.2(B) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. *See* 10th Cir. R. 31.1(A)(1). Motions for extension of time to file briefs and appendices must comply with 10th Cir. R. 27.3, 27.4(B), 27.4(E), where applicable, and 27.4(F). These motions are not favored.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. *See* specifically Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2 and 32.1, as well as 31.4 when applicable. Seven hard copies of briefs must be provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Appendices must satisfy the requirements of 10th Cir. R. 30.1(A) and 30.1(C) and two hard copies must be filed. *See* 10th Cir. R. 30.1(D).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   David M. Bernick
      Stephanie A. Brennan
      Joseph J. Bronesky
      Timothy P. Brooks
      James M. Golden
      Amy Horton
      Lester C. Houtz

4

    Douglas J. Kurtenbach
    Christopher Lane
    Mark S. Lillie
    Edward J. Naughton
    Douglas M. Poland
    Louis W. Pribila
    S. Jonathan Silverman
    Martin Thomas Tully
    Kevin T. Van Wart
    Bradley Herman Weidenhammer
    Wendy White

EAS/jm