**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　　　　　　　　　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　　　　July 28, 2015　　　　　　　　　　Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**　　**14-1112, Cook, et al v. Rockwell International, et al**
　　　　　District docket: 1:90-CV-00181-JLK

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc: Jonathan Auerbach
Marjorie J. Berger
David M. Bernick
Gary B. Blum
Joseph J. Bronesky
Stanley M. Chesley
Caitlin G. Coslett
Eric Cramer
Merrill G. Davidoff
Bruce H. DeBoskey
Ellen C. Ginsberg
James M. Golden
John G. Harkins Jr.
Lester C. Houtz
Kenneth A. Jacobsen
Steven William Kelly
David Evans Kreutzer
Douglas J. Kurtenbach
Christopher Landau
Christopher Lane
Mark S. Lillie
R. Bruce McNew
Peter C. Meier
Ellen T. Noteware
John P. Phillips
Douglas M. Poland
Louise M. Roselle
Jonathan M. Rund
Ronald Simon
David Francis Sorensen
Simon Arthur Steel
John David Stoner
Rebecca Taibleson
Martin Thomas Tully
Sean David Unger
Kevin T. Van Wart
Bradley Herman Weidenhammer

EAS/ad