# EXHIBIT 4

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**June 23, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

MERILYN COOK; WILLIAM SCHIERKOLK, JR.; DELORES SCHIERKOLK; RICHARD BARTLETT; SALLY BARTLETT; LORREN BABB; GERTRUDE BABB,

    Plaintiffs - Appellants,

and

MICHAEL DEAN RICE; BANK WESTERN; THOMAS L. DEIMER; RHONDA J. DEIMER; STEPHEN SANDOVAL; PEGGY J. SANDOVAL,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION; DOW CHEMICAL COMPANY,

    Defendants - Appellees.

No. 14-1112
(D.C. No. 1:90-CV-00181-JLK)
(D. Colo.)

_____

**JUDGMENT**
_____

Before **GORSUCH**, **PHILLIPS**, and **MORITZ**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is vacated.  The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

    Entered for the Court

    *[signature: Elisabeth A. Shumaker]*

    ELISABETH A. SHUMAKER, Clerk