# EXHIBIT 5

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 20, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| MERILYN COOK, et al., <br><br> Plaintiffs - Appellants, <br><br> and <br><br> MICHAEL DEAN RICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKWELL INTERNATIONAL CORPORATION, et al., <br><br> Defendants - Appellees. <br><br> ------------------------------ <br><br> AMERICAN NUCLEAR INSURERS; et al., <br><br> Amici Curiae. | No. 14-1112 |

_____

**ORDER**
_____

Before **GORSUCH**, **PHILLIPS**, and **MORITZ**, Circuit Judges.
_____

   Appellees' petition for rehearing is denied.

   The petition for rehearing en banc was transmitted to all of the judges of the court

who are in regular active service.  As no member of the panel and no judge in regular

active service on the court requested that the court be polled, that petition is also denied. Judges Briscoe and Tymkovich were recused from this matter.

The *Motion of the Nuclear Energy Institute for Leave to File Brief Amicus Curiae Supporting Defendants-Appellees' Petition for Panel Rehearing and/or Rehearing En Banc* is granted, and its Amicus Curiae brief shall be filed as of the date of this order. In addition, the Amicus brief on rehearing received from American Nuclear Insurers shall also be filed as of the date of this order.

                Entered for the Court

                *Elisabeth A. Shumaker*

                ELISABETH A. SHUMAKER, Clerk