# EXHIBIT 7

FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 24, 2015**

Elisabeth A. Shumaker  
Clerk of Court

_____

MERILYN COOK, et al.,

    Plaintiffs - Appellants,

and

MICHAEL DEAN RICE, et al.,

    Plaintiffs,

v.                                                  No. 14-1112

ROCKWELL INTERNATIONAL  
CORPORATION, et al.,

    Defendants - Appellees.

------------------------------

AMERICAN NUCLEAR INSURERS, et al.,

    Amici Curiae.

_____

## ORDER
_____

Before **GORSUCH**, **PHILLIPS**, and **MORITZ**, Circuit Judges.
_____

    This matter is before the Court on Appellees' Motion to Stay the Mandate Pending Petition for Certiorari. Upon careful consideration, the Court has determined that the motion does not establish that there is a substantial possibility that a petition for writ of

certiorari would be granted. Therefore, the motion is denied.

                                       Entered for the Court,

                                       ELISABETH A. SHUMAKER, Clerk

                                       by: Chris Wolpert
                                            Chief Deputy Clerk