# EXHIBIT 8

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 28, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     **14-1112, Cook, et al v. Rockwell International, et al**
            District docket: 1:90-CV-00181-JLK

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

                                                   Sincerely,

                                                   *Elisabeth A. Shumaker*

                                                   Elisabeth A. Shumaker
                                                   Clerk of the Court

cc:   Jonathan Auerbach
      Marjorie J. Berger
      David M. Bernick
      Gary B. Blum
      Joseph J. Bronesky
      Stanley M. Chesley
      Caitlin G. Coslett
      Eric Cramer
      Merrill G. Davidoff
      Bruce H. DeBoskey
      Ellen C. Ginsberg
      James M. Golden
      John G. Harkins Jr.
      Lester C. Houtz
      Kenneth A. Jacobsen
      Steven William Kelly
      David Evans Kreutzer
      Douglas J. Kurtenbach
      Christopher Landau
      Christopher Lane
      Mark S. Lillie
      R. Bruce McNew
      Peter C. Meier
      Ellen T. Noteware
      John P. Phillips
      Douglas M. Poland
      Louise M. Roselle
      Jonathan M. Rund
      Ronald Simon
      David Francis Sorensen
      Simon Arthur Steel
      John David Stoner
      Rebecca Taibleson
      Martin Thomas Tully
      Sean David Unger
      Kevin T. Van Wart
      Bradley Herman Weidenhammer

EAS/ad

2