# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

### [PROPOSED] ORDER RE PRESERVATION OF JUDGMENT FUNDS

AND NOW, upon consideration of Plaintiffs' Motion for Entry of Judgment, the response and reply thereto, the Tenth Circuit's orders and opinions, including *Cook v. Rockwell Int'l Corp.*, --- F.3d ----, 2015 WL 3853593, at *15 (10th Cir. Jun. 23, 2015) ("*Cook Appeal II*"), Defendants' stated intention to seek Supreme Court review of *Cook Appeal II*,[1] as well as this Court's previous orders and decisions in this case, it is hereby ordered that Plaintiffs' distribution of funds collected from the Final Judgment in this matter, entered on _____, 2015, is stayed until the expiration of the time for filing a petition for a writ of certiorari in the U.S. Supreme Court; if one is filed, the disposition of such a petition by the Supreme Court; and if certiorari is granted, the Supreme Court's disposition of the case.

---

[1] *See* Motion to Stay Mandate Pending Petition for Certiorari, *Cook v. Rockwell Int'l*, App. Case: 14-1112, Doc. No. 01019465155 (10th Cir. Jul. 24, 2015).

2

BY THE COURT:

_____
John L. Kane, Senior District Judge
United States District Court