IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK
_____

MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB,
RICHARD BARTLETT, and SALLY BARTLETT, *et al*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

      Defendants.
_____

ENTRY OF APPEARANCE
_____

      COMES NOW Jennifer E. MacNaughton, and re-enters her appearance as counsel for Plaintiffs, Merilyn Cook, William Schierkolk, Jr., Sally Bartlett, and Richard Bartlett in the above-captioned action.  Please include undersigned counsel for Plaintiffs on all future correspondence, notices and pleadings in this case.

Dated: August 5, 2015

                                                Respectfully submitted,

                                           */s/ Jennifer E. MacNaughton*
                                          Jennifer E. MacNaughton
                                          BERGER & MONTAGUE, P.C.
                                          1622 Locust Street
                                          Philadelphia, PA 19103
                                          (215) 875-3000
                                          jmacnaughton@bm.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of August, 2015, she caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

>*/s/ Jennifer E. MacNaughton*
>Jennifer E. MacNaughton
>BERGER & MONTAGUE, P.C.
>1622 Locust Street
>Philadelphia, PA 19103
>(215) 875-3000
>jmacnaughton@bm.net