**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

    Defendants respectfully request an extension of time, until September 10, 2015, to complete and file their response to Plaintiffs' Motion for Judgment, Doc. No. 2367, dated August 4, 2015, which includes, among other things, a request for class certification. The current deadline is August 25, 2015.

    Counsel for Defendants conferred with counsel for Plaintiffs concerning this request and the need for additional time.  Counsel for Plaintiffs reported that Plaintiffs assent to this request because of a family medical emergency involving a key member of the defense team.

    Wherefore, Defendants respectfully request that their Motion for Extension of Time to Respond be granted.

2

DATE: August 11, 2015                    Respectfully submitted,

/s/ *Kevin T. Van Wart*
Kevin T. Van Wart, P.C.
Bradley H. Weidenhammer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2000
Facsimile: (312) 862-2200
Email: kvanwart@kirkland.com

Joseph Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Phone: (303) 297-2900
Facsimile: (303) 298-0940
Email: jbronesky@shermanhoward.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of August, 2015, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

/s/ *Kevin T. Van Wart*
Kevin T. Van Wart, P.C.