**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**PLAINTIFFS' NOTICE OF FILING A CORRECTED MOTION FOR
ENTRY OF JUDGMENT**

Plaintiffs respectfully submit a corrected motion for entry of judgment and a corrected proposed form of final judgment, which was previously filed at Doc. No. 2367.

Plaintiffs have recently realized that the damages amount to be awarded against Dow was mistakenly overstated in their motion. Previously, this Court entered judgment against Dow for 90% of the trespass verdict. *Cook XIV*, 564 F.Supp.2d 1189, 1199 (D. Colo. 2008) ("In particular, the jury's apportionment to Dow of 90% fault for the trespass and 30% for the nuisance and to Rockwell of 10% fault for the trespass and 70% fault for the nuisance is reasonable and consistent under the evidence presented."). In light of the Tenth Circuit's reversal of the trespass verdict and judgment in *Cook Appeal I*, the jury award against Dow has been reduced to 30% of the nuisance verdict in the attached Corrected Motion for Entry of

Judgment and [Corrected Proposed] Final Judgment.  Thus, the jury award against Dow has been reduced from $159,165,306.00 (90% of the jury's trespass verdict of $176,850,340.00) to $53,055,102.00 (30% of the jury's nuisance verdict of $176,850,340.00).  Prejudgment interest of 8% compounded annually was then applied to this reduced amount.

In addition, because the due date for Defendants' opposition to Plaintiffs' Motion for Entry of Judgment has been postponed until September 10, and because Plaintiffs' reply will be forthcoming in October,[1] Plaintiffs have amended the proposed Final Judgment so that it is based on a November 2, 2015 entry date.

Plaintiffs' Corrected Motion for Entry of Judgment is attached to this notice as Exhibit A.  Plaintiffs' [Corrected Proposed] Final Judgment is attached as Exhibit 1 to Plaintiffs' Corrected Motion.  Exhibit 2 to Plaintiffs' Corrected Motion is a redline showing the changes made to the text of the Final Judgment previously entered at Doc. No. 2264.  Plaintiffs have not refiled Exhibits 3-10, previously filed at Doc. No. 2367, because these Exhibits have not changed.  Plaintiffs respectfully apologize for the error to the Court and Defendants.

Dated:  August 26, 2015

                                        Respectfully submitted,

                                        */s/ Merrill G. Davidoff*
                                        Merrill G. Davidoff
                                        David F. Sorensen
                                        Caitlin G. Coslett
                                        BERGER &MONTAGUE, P.C.
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        (215) 875-3000

---

[1] Defendants have agreed to an extension due to Mr. Davidoff's previously planned overseas travel.

3

                Gary B. Blum
                Steven W. Kelly
                SILVER & DeBOSKEY, P.C.
                1801 York Street
                Denver, CO 80206
                (303) 399-3000

                Louise M. Roselle
                Paul M. De Marco
                Markovits, Stock & De Marco, LLC
                119 E. Court Street, Suite 530
                Cincinnati, OH 45202
                (513) 651-3700

                Attorneys for Plaintiffs and the Class

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of August, 2015, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                     */s/ Merrill G. Davidoff*
                     Merrill G. Davidoff
                     BERGER & MONTAGUE, P.C.
                     1622 Locust Street
                     Philadelphia, PA 19103
                     (215) 875-3000