# EXHIBIT INDEX TO
# DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
# FOR ENTRY OF JUDGMENT:  CLASS CERTIFICATION

| TAB | DESCRIPTION |
|---|---|
| A | Appendix A:  Procedural History re Class Certification |
| A-1 | Trial Transcript Excerpt, January 20, 2006 |
| A-2 | Janet Day and Sue Lindsay, U.S. Agents Raid Rocky Flats, Rocky Mountain News, June 7, 1989 (P-706) |
| A-3 | Trial Transcript Excerpt, December 14, 2005 |
| B | Cumulative Percent of Residential Property Parcels by Year Built (DX 2292) |
| C | ATSDR, Public Health Assessment for Rocky Flats Environmental Technology Site, May 13, 2005 (DX 454) |
| D | Trial Transcript Excerpt, November 2, 2005 |
| E | Order on Scheduling and Jury Instruction Issues, May 17, 2005 |
| F | Order, April 14, 2004 |
| G | Trial Transcript Excerpt (Morning Session), October 20, 2005 |
| H | Trial Transcript Excerpt (Afternoon Session), October 20, 2005 |
| I | Trial Transcript Excerpt, November 10, 2005 |
| J | Trial Transcript Excerpt, October 14, 2005 |
| K | Trial Transcript Excerpt, October 26, 2005 |
| L | Trial Transcript Excerpt (Morning Session), November 7, 2005 |

| TAB | DESCRIPTION |
|-----|-------------|
| M | Trial Transcript Excerpt (Afternoon Session), November 7, 2005 |
| N | John Radke Deposition Testimony Excerpt, March 31, 1997 |
| O | Wayne Hunsperger's Video Presentation Transcription Excerpt, November 25, 1996 |
| P | Trial Transcript Excerpt, October 21, 2005 |
| Q | Trial Transcript Excerpt, December 6, 2005 |
| R | Radke Report, Table 1, Phase II Property Value Findings (DX 1085) |
| S | Kenneth Wise Supplemental Expert Report Excerpt |
| T | John Radke Deposition Testimony Excerpt, April 1, 1997 |
| U | Order, May 28, 2004 |
| V | Gerald Smolen et al. Economic Effects of Hazardous Waste Landfills on Surrounding Real Estate Value in Toledo, Ohio (Hunsperger Deposition Ex. 10F Excerpt) |
| W | Ron Faich Expert Report Santa Fe Property Value Opinion Research Survey Regarding the WIPP Bypass (Hunsperger Deposition Ex. 10I Excerpt) |
| X | Memorandum Opinion and Order, September 12, 1994 |
| Y | Trial Transcript Excerpt, October 27, 2005 |
| Z | Trial Transcript Excerpt, December 7, 2005 |