# Exhibit A-1

Page 10564

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 87
_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:10 a.m., on the 20th day of January, 2006, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

Page 10649

1  comparatively enduring in this case is a question you will
2  decide as I will describe in just a moment.  Plaintiffs contend
3  that the diminution in the value of class property should be
4  measured as of the period between June 6, 1989, when the FBI
5  and U.S. Environmental Protection Agency searched Rocky Flats
6  as part of their investigation into alleged wrongdoing by
7  Rockwell and March 6, 1992 when Rockwell --
8             MR. DAVIDOFF:  Excuse me, March 26.
9             THE COURT:  I am sorry, what?
10            MR. DAVIDOFF:  March 26.
11            THE COURT:  Didn't I say that?  Okay.  I will repeat
12 the sentence.  I am glad to be corrected.
13            Plaintiffs contend that the diminution in the value of
14 properties should be measured as of the period between June 6,
15 1989, when the FBI and U.S. Environmental Protection Agency
16 searched Rocky Flats as part of their investigation into
17 alleged wrongdoing by Rockwell and March 26, 1992, when
18 Rockwell pled guilty to certain environmental crimes at Rocky
19 Flats.
20            Plaintiffs allege this is the right time period to
21 measure their actual damages because this is when the injurious
22 effects of defendants' alleged trespass and nuisance became
23 complete and comparatively enduring.
24            Plaintiffs have also presented evidence, however, of
25 the injurious effects of the trespass and nuisance in the