# Exhibit A-2



**UPHEAVAL IN CHINA**

Bloody 27th pulls out in hail of random fire

# Rocky Mountain News

131st year, No. 46 — DENVER, COLORADO — **WEDNESDAY** — JUNE 7, 1989 — 25 cents

# Feds raid Rocky Flats
## Agents probe allegations of illegal waste disposal



An Environmental Protection Agency investigation truck enters Rocky Flats nuclear weapons plant during a federal raid yesterday. STORIES/7

**Grand prix went to wire**

**Pistons top Lakers**

PLAINTIFFS'
EXHIBIT
P-706
90-CV-181

Wed., June 7, 1989; Denver, Colo. — Rocky Mountain News—7

## TROUBLES AT ROCKY FLATS

# U.S. agents raid Rocky Flats

**By JANET DAY and SUE LINDSAY**
*Rocky Mountain News Staff Writers*

### EPA, FBI personnel descend on nuclear weapons facility in criminal probe

Seventy-five federal agents in more than 30 vehicles raided the Rocky Flats nuclear weapons plant yesterday morning in an unprecedented criminal investigation of illegal hazardous and radioactive waste disposal.

"This is the first time there has been an investigation of this size and scope involving this kind of facility," said acting U.S. Attorney Mike Norton.

The allegations include concealment of environmental contamination, false certification of federal environmental reports and unpermitted treatment of waste, Norton said. Improper storage and disposal of hazardous and radioactive wastes and the illegal discharge of pollutants into creeks that flow to drinking water supplies also are being alleged, he said.

Gov. Roy Romer yesterday expressed outrage after a briefing by Norton and DOE officials.

"I have been trying to say to people this is an operation that we're monitoring closely and it's not endangering your health," Romer said. "Today I have to say to people, 'Wait a minute. I don't know yet.'"

The search warrant targets 25 buildings at the Jefferson County plant 16 miles northwest of Denver.

"It's essentially a paper search," a plant employee said last night. "There is extensive record keeping throughout the plant for purposes of production, quality control and documentation. We have records all over the place."

Rockwell International Corp. has operated the plant for the Department of Energy since 1975.

According to the search warrant, investigators will probe possible violations of the federal Resource Conservation and Recovery Act, which governs hazardous-waste disposal; the Clean Water Act, which governs surface water pollution; and the federal false-statement law.

If found guilty of violating the laws, plant officials could be fined and sentenced to prison.


**Mike Norton**

Henson Moore, deputy secretary for the Department of Energy, said the DOE is cooperating fully with the FBI. "We take this matter very seriously, and we intend not to tolerate those actions (that violate federal laws) now or in the future," he said.

Norton said the search is focusing on waste handling and isn't expected to interfere with production at the plant, which employs 6,300 people. It is the nation's only maker of plutonium triggers to detonate nuclear weapons.

The joint Department of Justice and Environmental Protection Agency investigation has been under way for nearly a year and will go before a Denver federal grand jury. The execution of the sealed search warrant is expected to take 10 days,

Moore said. The full investigation will continue for at least another six months before any decisions to prosecute are made.

A similar investigation last year at the Army's Aberdeen Proving Ground in Maryland resulted in three federal officials being convicted of criminal violations of hazardous-waste law.

The search of the Jefferson County facility began at 9 a.m. yesterday when about 15 FBI and EPA investigators gathered at the plant's western border. The men, carrying large briefcases, entered the plant at 10 a.m. to meet with DOE officials.

The agents returned to the parking lot around noon, where they were joined by a convoy of about three dozen cars, trucks and vans full of men and women displaying FBI badges. Some wore business suits; many wore coveralls with "FBI" stamped on the back. No firearms were observed.

The vehicles included two EPA mobile

See ROCKY FLATS, page 22

✓ Nuke waste plan criticized/20

### CHRONOLOGY

✓ **FEBRUARY 1989:** Toxic chromic acid leaked into the plant's water-treatment system and the polluted water was used for irrigation on plant property.

✓ **OCTOBER 1988:** DOE closed the main plutonium reprocessing building because of safety violations. It remained closed until early this year.

✓ **AUGUST 1988:** DOE officials revealed they had earlier considered closing the entire plant because of the "lax attitudes" of Rockwell managers and employees.

✓ **JULY 1988:** A DOE study showed the federal government would have to spend $924 million by 1995 to comply with safety and health laws and to clean up pollution at Rocky Flats.

✓ **JUNE 1988:** Rockwell was fined for safety violations — including failure to report fires and improper handling of stored waste — that occurred more than a year before.

✓ **FEBRUARY 1988:** A DOE study found sloppy work habits, faulty equipment and lax attitudes at the plant created "significant safety concerns."

✓ **JUNE 1987:** The Colorado Court of Appeals upheld the award of benefits to the widow and children of Donald M. Gabel, who died of brain cancer at age 31 after being exposed to radioactive substances at the plant, where he had worked 10 years.

✓ **AUGUST 1986:** Rockwell was fined $111,000 by the EPA for violations of federal PCB regulations. The EPA contended that electrical transformers were leaking fluids containing PCBs.

✓ **JULY 1985:** The U.S. government, Jefferson County and Broomfield paid more than $9 million in an out-of-court settlement to five landowners near the plant whose land was contaminated by plutonium.

✓ **MAY 1969:** A fire broke out in the building containing machinery for plutonium, injuring one man and causing an estimated $50 million in damage. At that time, Rocky Flats was operated by Dow Chemical Co.

✓ **SEPTEMBER 1957:** A fire in a production building injured two people and caused $50,000 in damage. Years later, it was reported that the fire also spread radioactive plutonium outside the building.


GEORGE KOCHANIEC JR./Rocky Mountain News
A security officer checks vehicles at Rocky Flats on the day federal investigators raided the weapons plant.

# Flats raid spreads shock waves

**By JOAN LOWY**
*Rocky Mountain News Washington Bureau*

### Energy Department official scrambling to prevent backlash from lawmakers

WASHINGTON — Energy Secretary James Watkins raced to Capitol Hill yesterday to brief members of Congress as FBI agents launched their raid at the Rocky Flats nuclear weapons plant.

In three private briefings for key House and Senate members, Watkins worked to stem a congressional backlash against the department before it could begin.

Lawmakers said he promised to keep a close watch on the criminal probe. Yesterday, he sent his top assistant, Deputy Secretary Henson Moore, to Denver to oversee the department's role in the investigation.

Watkins also said he sent an additional 18 to 20 department officials to the plant to oversee safety matters. But congressional members said Watkins offered little information about the alleged criminal violations and potential public health risks.

Rep. David Skaggs, a Boulder Democrat whose district includes the weapons plant, said the investigation shows the Department of Energy is "congenitally incapable" of policing safety at its nuclear weapons plants without independent oversight.

Rep. Pat Schroeder, a Denver Democrat, said Watkins told her he learned of the 10-month-old investigation only last week.

"It's really scary because we don't know the extent of the damage yet," Schroeder said.

Watkins also told House members that the investigation is concentrated on Building 771, a plutonium reprocessing facility. But Sen. Tim Wirth, another Colorado Democrat, said that about a quarter of the 100 buildings at the 11-square-mile plant are being examined.

Rep. Dan Schaefer, a Lakewood Republican, said the incident may help push House legislation that would allow state governments and the Environmental Protection Agency to go to court against the federal government to force the cleanup of toxic waste at defense and energy department facilities.

"I know I sure as hell am going to be talking about it," Schaefer said.

In Denver, Gov. Roy Romer was briefed by Moore as the raid was in progress. He expressed shock at learning that plant officials may have deliberately violated environmental laws.

"I have been victimized," a clearly an-

See FLATS REACTION, page 24




NATALIE SOTO

## ROCKY FLATS / from page 7

environmental crime labs. They were driven into the plant, and the investigators spread out among the facility's many buildings.

Agents yesterday also searched the DOE facility in Albuquerque that oversees Rocky Flats.

Romer, who several months ago threatened to shut down Rocky Flats over waste storage problems, said he was "outraged by the possibility that some criminal act has occurred at Rocky Flats that may have endangered the population of this area."

Romer said he has had to rely on information supplied to him by DOE officials.

"It jars one to the bone to realize that the judgments we have made in Colorado may have been made on bad information and that the information was tampered with in some way that involved a criminal act," he said.

"There is no reason to believe the allegations of this investigation pose any new or imminent threat to public health or safety," said Norton, the U.S. attorney.

DOE's Moore said he had told plant operators to suspend any operations where safety could be affected by the investigation but that no operations had been suspended.

The probe began a year ago when plant employees contacted the FBI about their safety concerns, DOE Secretary James Watkins said yesterday while briefing the state congressional delegation.

Leaders of the plant's largest union, United Steelworkers of America Local 8031, for years have fought in contract negotiations for greater safety and more attention to environmental concerns. But in the past year, they had praised plant management for its dedication to safety.

Dominick Sanchini, Rockwell's vice president at Rocky Flats, began managing the plant nearly three years ago and has won praise for his emphasis on safety.

Union officials yesterday afternoon were unaware of the investigation but said they were not surprised. Flats employees were told on a plantwide public address system to cooperate "in any way possible" with investigators, a plant spokesman said.

The plant had been scheduled to become the nation's first nuclear plant to meet new hazardous waste regulations and obtain a waste management permit. State health officials next month are expected to issue a draft operating permit, and EPA is to issue plans to clean up pollution at the plant.

"This is interesting timing," said Nat Miullo, EPA's project manager for Rocky Flats. "I hope the facility can manage to pay attention to the demanding cleanup strategy efforts they have under way as well as this investigation."

Environmental groups yesterday claimed the investigation is just another example of DOE disregarding the public trust.

"You want to think of your government as a good actor, yet here we have willful avoidance, false statements, the kinds of allegations that say they're not playing on our side," said Melinda Kassen of the Environmental Defense Fund in Boulder and a member of the governor's Rocky Flats Environmental Monitoring Council.

"Here we are about to move into this major cleanup process where they've got to be trustworthy," Kassen said. "We're relying on their information, and now we find out there are allegations that they're lying to Colorado."

*Staff writer John Sanko contributed to this report.*

## SNAKE
### from page 10

'No way.' A lot of people are afraid of snakes, and a python — that's a funny kind of pet."

Valdez disagrees.

"He's completely hypoallergenic and much safer than any household pet," he said. "He's an incredibly beautiful snake, as they go. The dominant color is Olive — hence his name. He's incredibly unassuming, quiet, one of the easiest, wonderful pets to have."



24—Rocky Mountain News   Wed., June 7, 1989, Denver, Colo.



## MITSUBISHI PRECIS
### MORE CAR LESS MONEY

Precis 3 door Hatchback

**$5989.00**

Stk. # 045

Come See, Drive & Buy Today!

Suddenly, the obvious choice.   **HAGESTAD MITSUBISHI**
1950 W. 104th Ave.   469-2141

---



## "I can see my toes again now that I've lost 207 lbs."

The NUTRI/SYSTEM® Weight Loss Program helped John Hill lose weight and get into great shape.

Our comprehensive program works because it includes:
- **Personalized Weight Loss Profile**™ to identify your personal weight loss problem.
- A variety of delicious **Nu System Cuisine**® meals and snacks.
- **Nutrition and Behavior counseling.**
- **Behavior Breakthrough**™ Program for long-term success.

Don't Wait, Call Today.

Our client, John Hill, lost 207 lbs.

**We Succeed Where Diets Fail You.®**

### nutri/system weight loss centers

---

### FREE! NUTRI/DATA® Computer Weight Analysis.

Call now for your FREE personal consultation. You will learn your ideal weight and the ways the Nutri/System® Program will help you lose weight and keep it off at a free, no obligation consultation. As people vary, so does their rate of weight loss.

| ARVADA | AURORA | AURORA | BOULDER | DENVER | FORT COLLINS |
|---|---|---|---|---|---|
| 430-0179 | 752-0556 | 680-7277 | 447-2950 | 757-4590 | 484-9100 |
| 80th & Sheridan | Alameda & Chambers | Hampden & Chambers | Canyon & Folsom | I-25 & Colorado Blvd. | S. Shields at Drake |
| GREELEY | LAKEWOOD | LITTLETON | LITTLETON | LONGMONT | |
| 351-8100 | 237-7913 | 721-6270 | 971-0883 | 651-9511 | |
| Market Square | 1st & Wadsworth | Arapahoe & University | Wadsworth & Bowles | Hwy. 119 & Hover Rd. | |

Over 1200 Centers in North America.   **nutri system weight loss centers**

---

## Thieves indulge taste for snakes and rats

**By KAREN BOWERS**
*Rocky Mountain News Staff Writer*

The list of stolen items reads like Indiana Jones' worst nightmare. It's his father's worst nightmare, too.

Snakes and rats. The two movie heroes hate them.

Somebody must like them, though — enough to risk a jail term for burglarizing a business and scurrying off into the night with 37 snakes and 57 bags of frozen mice and rats.

That's what happened early Saturday when a bandit or bandits broke into Rodents Unlimited, a pet wholesaler in a northwest Denver warehouse district.

"It pretty well wiped us out," said the manager of Rodents Unlimited, a woman whose keen sense of humor doesn't extend to having her name used in a newspaper article.

Rodents Unlimited buys snakes from private breeders and sells them to pet shops, zoos, and a few places the manager doesn't want to mention for fear of rankling animal rights activists.

The rats and mice, she said, are used primarily as snake food, though they're a more versatile item than they might appear to the uninitiated. "You can use them for lizards, turtles, birds of prey. Even sandwiches," she said, though one assumes she was kidding.

She thinks the burglary was a "specialty robbery," in part because intruders left behind some items that burglars would ordinarily snatch up quickly. "Someone knew what they were getting," she said, "and they took enough food to keep them a while."

Among the loot were nine baby pythons, six African rock pythons, a 4½-foot-long Surinam red tail boa, 10 baby Honduran boas and an albino red rat snake.

---

## FLATS REACTION/from page 7

gry Romer told reporters less than two hours after he was briefed by federal officials.

"Outrage is the only reaction and emotion I can lay out initially. I am outraged — absolutely outraged," said Romer after learning the criminal probe had been under way for the past 10 months.

Attorney General Dick Thornburgh, in a statement issued in Washington, D.C., said, "It is absolutely essential that the public understand that this investigation does not signal any major new environmental safety or health concern.

"Reports citing allegations of environmental contamination at Rocky Flats have been circulated for some time, and have been, in fact, the subject of extensive prior investigations by DOE and by the General Accounting Office," Thornburgh said.

Wirth said he has been told by Watkins "that this probe signals no current hazard to the safety and health of the plant workers or to those living in neighboring communities."

Romer said he's confident that federal officials will inform him of potential health threats.

"If there is any fact disclosed in that investigation that shows there is any imminent danger to citizens or a past discharge that citizens need to be informed about, they will inform me the day that they discover it," Romer said.

"It leaves you very, very uneasy about what is the accuracy of the information you have been given. I tell you, we are not going to have that plant operate if it is exposing the citizens of this city or its employees to health risks."

DOE officials said yesterday's briefings were highly unusual and underscored the severity of the political repercussions Watkins anticipates from the investigation.

Watkins promised to report back to Congress within 48 hours with more information on the extent of the involvement of DOE personnel in alleged criminal violations and what further action the department may take.

He eluded reporters after the briefings, but later issued a written statement saying that he would "ensure that continued operations, regardless of past practices, are conducted in a safe and environmentally sound manner."

*Staff writer John Sanko contributed to this report.*

---

## Rocky Mountain News Classifieds
# 892-7111

---



**SEARS CUSTOM GARAGES**
SEARS WARRANTY QUALITY

**CALL 781-6001**
SPRING GARAGE SALE
BUILD NOW AND SAVE
FINANCING AVAILABLE • FREE ESTIMATES

Sold, Furnished and Installed by Sears Authorized Contractors