Exhibit A-3

Page 7891

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT

TRIAL TO JURY

VOLUME 63

_____

      Proceedings before the HONORABLE JOHN L. KANE, JR.,
Senior Judge, United States District Court for the District of
Colorado, commencing at 8:48 a.m., on the 14th day of December,
2005, in Courtroom A802, United States Courthouse, Denver,
Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Gwen Daniel, 901 19th Street,
Room A259, Denver, Colorado, 80294, (303) 629-9285

Page 7925

1    respect to Rocky Flats.

2    Q.  Okay.  Would the same thing be true of the plaintiffs'

3    counsel in this case?

4    A.  I believe that's true.  I don't recognize any of the

5    attorneys in the room.

6    Q.  Okay.  In your deposition, were you represented by

7    Mr. Taylor from the U.S. Attorney's Office?

8    A.  Yes.

9    Q.  Okay.  I want to go back over some key events that bring us

10   here today and ask you what I hope to be a relatively short

11   series of factual questions.

12           First, did the F.B.I. conduct a raid of the Rocky

13   Flats' facility on or about June 6th of 1989?

14   A.  Well, actually, the, as you call it, raid was the execution

15   of a search warrant, and it was a joint undertaking by the

16   Federal Bureau of Investigation and the environmental crimes

17   section of the Environmental Protection Agency, which, frankly,

18   probably took the lead in terms of the technical aspects of the

19   search, because it had the scientific technical expertise.

20   Q.  That's fine.  This search that was conducted, was that done

21   with your authorization on behalf of the U.S. Attorney's

22   Office?

23   A.  It was done with the authorization of then Magistrate

24   Judge Hilbert Schauer who executed the search warrant order,

25   which had been presented to him by my office, yes.

1   Q.   Okay.   Thank you.   There has been some testimony actually

2   through the former secretary of the Department of Energy,

3   Admiral Watkins, that some notice of the fact that this search

4   was going to take place was given to the Department of Energy.

5   Did you have any personal knowledge of that?

6   A.   Yes.   Because of the high security nature of Rocky Flats

7   and our understanding that the Rocky Flats guard forces were

8   trained to repel what might be perceived as hostile invasions,

9   if you will, and our concern that there might be some fire

10  fighting between the search warrant team on the one hand and

11  the Rockwell Department of Energy guards on the other hand, we

12  did notify the Department of Energy, had several meetings with

13  representatives of the Department of Energy of how best to gain

14  access to the facility without having this kind of an incident

15  occur.

16  Q.   Okay.   Was the search that was conducted on June the 6th,

17  did that turn into a major press event?

18  A.   It did.

19  Q.   Okay.   Did you become familiar with the press at the

20  time -- let me just back up.   You actually made a statement to

21  the press in connection with the execution of the search

22  warrant, correct?

23  A.   Well, there was a news conference held the afternoon of

24  the -- the first day of the execution of the search warrant in

25  which is participated and in which deputy Secretary of Energy