# Exhibit C





**ROCKY FLATS ENVIRONMENTAL TECHNOLOGY SITE**
**U.S. DEPARTMENT OF ENERGY**
**GOLDEN, COLORADO**
**EPA FACILITY ID:  CO7890010526**
**MAY 13, 2005**

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PUBLIC HEALTH SERVICE**
Agency for Toxic Substances and Disease Registry



DEFENDANT'S
EXHIBIT
DX 454

species of plants and small animals (Little, Whicker, Winsor 1980). Further, concentrations of plutonium in small animals were found to be 100 times lower than levels found in the on-site soils. These findings suggest that plants do not readily uptake plutonium from soils; therefore, the animals that consume the plants also have minimal plutonium contamination.

The documents ATSDR reviewed include a 1992 study of mule deer at RFETS (Symonds 1992). The study primarily examined deer movements and survival patterns and also measured levels of plutonium contamination in the lungs, livers and ribs from seven roadkill deer collected from the Buffer Zone. Colorado State University's Department of Radiological Health Sciences analyzed the tissue samples and all samples contained plutonium at levels below detection limits. This study also found that the adult deer population inhabiting the RFETS Buffer Zone generally remains on site all year, but yearling males appear to be more likely to move off site. Though limited in scope, the 1992 study presents the most recent account of plutonium levels in deer tissue at RFETS. ATSDR notes that the U.S. Fish and Wildlife Service recently collected samples of lung, liver, kidney, muscle and bone from 26 deer at RFETS. The samples are currently being archived and will be analyzed if the U.S. Fish and Wildlife Service allows hunting to occur on the site in the future (RFCAB 2003).

## C.     Review of Off-site Contamination

This section summarizes the nature and extent of off-site environmental contamination, organized by the medium in which contamination occurs. Because all off-site exposure pathways are either potential or completed, this section presents detailed, quantitative data summaries. Environmental contamination levels are compared to health-based comparison values throughout this section as an initial screen for potential toxicity. Section VI.C presents ATSDR's detailed review of the public health implications of exposures to the levels of environmental contamination described below.

## 1.     *Off-site Soil*

*Windblown dust has carried contaminants from the former Rocky Flats Plant to off-site surface soils. The contaminants of concern are isotopes of americium and plutonium. The highest off-site surface-soil concentrations were found in unpopulated areas immediately east of the RFETS property line. The surface soil concentrations decrease rapidly with downwind distance and approach background levels at locations 2 to 3 miles east of the facility. Surface-soil-sampling results reported by DOE, CDPHE and the Citizens' Environmental Sampling Committee are generally consistent.*

ATSDR evaluated several data sources to characterize the nature and extent of off-site surface-soil contamination. These data sources primarily contain contamination levels of radionuclides. The absence of data for metals and VOCs is not viewed as a critical data gap for two reasons. First, site investigations in the Buffer Zone areas east of the Industrial Area did not find metals at concentration levels greater than background in the surface soils (EPA 1997b). Second, VOCs tend to evaporate from surface soils, so it is

unlikely that these compounds transported from the Rocky Flats Plant through the air and contaminated off-site surface soils.

ATSDR considered the following four data sources when evaluating the levels of radionuclides in off-site surface soils:

- *OU3 Remedial Investigation.* DOE considered three data sets when evaluating surface soil conditions at off-site locations. The first data set was 144 samples that DOE collected from 10-acre plots of land east of RFETS. The second data set was 47 surface soil samples collected from the "Remedy Lands" immediately east of RFETS and the third was samples collected from the Rock Creek drainage basin to characterize background levels of contamination. The highest surface soil concentrations for plutonium-239/240 (6.5 pCi/g) and americium-241 (0.52 pCi/g) were measured at locations within 1,800 feet of the east RFETS property line (EPA 1997b). No residents live in the areas where these maximum values were detected. A spatial analysis of the OU3 data, combined with surface soil sampling results from other studies, indicated that plutonium and americium concentrations in surface soils return to background levels at distances between 2 and 3 miles east of the RFETS property line (EPA 1997b).

- *DOE routine soil-sampling efforts.* Between 1984 and 1994, DOE conducted 11 surface-soil sampling studies to survey plutonium levels at 40 locations, including several locations along the RFETS property line. Each sample contained the top 2 inches of undisturbed soil from the designated sampling location and samples were analyzed in a laboratory for plutonium content, but not for americium or any other radionuclide. ATSDR reviewed the surface-soil concentrations measured as an indicator of possible off-site exposure levels and the highest plutonium-239/240 level found along the property line was 10.0 pCi/g—a level generally consistent with the highest concentrations DOE found during its remedial investigation for OU3. No residents live where this surface soil concentration was observed.

- *Citizens' Environmental Sampling Committee (CESC) study.* In 1993 and 1994, CESC, a group of interested citizens assisted by technical consultants, sampled off-site soils at 28 locations in the vicinity of RFETS. At each sampling location, field workers collected both a surface soil sample (0–1 inch below ground surface) and a subsurface sample (0–8 inches below ground surface). A data summary of this study indicates that plutonium-239/240 levels at six of the off-site sampling locations exceeded 0.084 pCi/g, an estimate of local background levels (CESC 1996). The highest plutonium-239/240 concentration measured in surface soils (4.5 pCi/g) was found approximately 1 mile east of RFETS, near the Great Western Reservoir. This maximum concentration is reasonably consistent with those cited in the previous two bulleted items.

- *CDH soil surveys.* When preparing this PHA, ATSDR received copies of CDH's monthly environmental surveillance reports from 1970 to 1991 (CDH 1970–91).

Although these reports primarily focus on air and surface water monitoring, some reports document results from soil surveys. The last survey conducted during this time frame involved surface soil sampling in numerous off-site areas. During this 1989 study, the highest plutonium-239 concentration measured along the eastern RFETS site boundary was 2.9 pCi/g (CDH 1970–91). This concentration is not directly comparable to the previous three studies, because CDH apparently conducted sector-average sampling, while the other results are from individual surface soil samples.

Overall, the four aforementioned sampling studies all indicate that off-site surface soil contamination is highest along the eastern RFETS property line and that contamination levels decrease with distance from the site. In all four studies, the highest plutonium levels were observed in unpopulated areas and the maximum concentrations from the four studies are in excellent agreement. Section VI.C.1 comments on the public health implications of coming into contact with contaminated off-site surface soils.

### 2.  Off-site Groundwater

*Sampling data are not available for the private groundwater wells located east of RFETS, but local hydrogeologic conditions and monitoring data from perimeter wells suggest that groundwater contamination plumes at RFETS remain on site and have not migrated to the private well locations. Ongoing sampling is needed because, in the last 5 years, chlorinated organic compounds have been periodically detected at trace levels in groundwater wells along the eastern RFETS property line.*

ATSDR considered several data sources when characterizing the nature and extent of off-site groundwater contamination. Exposure at off-site locations could occur at private wells used for drinking water and irrigation, if site-related contaminants reach these locations. As Section II.D.2 noted, no private wells are located less than 1 mile from the eastern RFETS site boundary, but 15 private wells have been identified at distances between 1 and 2 miles from the eastern site boundary. ATSDR focuses on locations east of RFETS because groundwater beneath the site generally flows from west to east. The site reports ATSDR reviewed did not document groundwater sampling results for the private wells east of RFETS. Nonetheless, the following observations all suggest that the groundwater contamination beneath RFETS has not migrated off site:

-   *Local hydrogeologic conditions.* Groundwater in the uppermost aquifer beneath RFETS moves relatively slowly. Specifically, the dose-reconstruction study estimates that it would take 30 to 300 years, if not longer, for site-related contaminants to migrate from the center of the Industrial Area to the nearest down-gradient private wells located off site (ChemRisk 1994b). This estimate suggests that contaminants released to groundwater when Rocky Flats Plant first operated in the 1950s would not have reached off-site locations before the 1980s. This is an important observation because perimeter monitoring was occurring at the site by the mid-1980s. Therefore, it is highly unlikely that any contaminants could have migrated off site before the perimeter monitoring was implemented.

37

# VII. Conclusions

In this PHA, ATSDR evaluates the past, present and future public health implications of community members coming into contact with environmental contamination at and near the RFETS site near Denver, Colorado. The conclusions for past exposures are based largely on the extensive dose reconstruction study conducted by expert scientists and critically reviewed by CDPHE and an independent health advisory panel. The conclusions for current and future exposures are based largely on ATSDR's interpretation of sampling data recently collected by multiple parties. This PHA focuses entirely on environmental health concerns, because occupational safety and health concerns are not part of ATSDR's mandate.

Overall, ATSDR did not identify any environmental exposures at levels of public health concern for past and current exposures and we propose several actions to ensure that environmental contamination at RFETS does not present a health hazard in the future (see Section VIII). ATSDR's specific conclusions for the RFETS site follow:

- *On-site contamination in all media.* All on-site contamination at RFETS poses no general public health hazard and was not a public health hazard in the past, because multiple security measures continue to prevent visitors from coming into contact with on-site contamination levels. The on-site contamination levels will continue to pose no public health hazard to residents in the future, so long as site access is restricted. Any future changes to site access must be carefully reviewed (see Section VIII), based on the contamination levels that remain at RFETS after remediation is completed and the proposed land uses.

- *Off-site surface soil contamination.* Past releases from the Rocky Flats Plant contaminated off-site surface soils, primarily with americium and plutonium isotopes. The highest off-site contamination levels occur immediately east of RFETS, in an area where no one lives, but contamination above background levels is believed to extend up to 3 miles from the site boundary. Though off-site surface soil contamination clearly exists, estimated total exposures to radiation from the soil are far lower than levels associated with adverse health effects and are 3,000 times lower than the average exposure to ionizing radiation experienced by United States residents. Therefore, the levels of off-site surface soil contamination are no apparent public health hazard for past, current and future exposures.

- *Off-site groundwater contamination.* Although groundwater at several areas beneath RFETS is contaminated, monitoring data from wells along the RFETS property line suggest that the groundwater contamination plumes remain on site. Therefore, past and current use of water obtained from off-site private and municipal wells presents no public health hazard. Recognizing that some of the groundwater contaminants found on site are highly mobile and that chlorinated organic compounds are already detected at the site boundary, albeit infrequently