# Exhibit D

Page 3613

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
TRIAL TO JURY
Volume 24

_____

       Proceedings before the HONORABLE JOHN L. KANE, JR.,
Senior Judge, United States District Court for the District of
Colorado, continuing at 8:55 a.m., on the 2nd day of November,
2005, in Courtroom A802, United States Courthouse, Denver,
Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Therese Lindblom, 901 19th Street,
Room A259, Denver, Colorado, 80294, (303) 628-7877

1    disease is a disease that may appear long after the exposure

2    that caused it.  So, you know, if you're exposed to a germ for

3    a cold, and you get the disease two days later, even there you

4    might call that a latency period.  But in the case of cancer,

5    latency periods are ten years or more.

6    Q.  And what is the basis of this opinion?

7    A.  Okay.  The basis for this opinion is, one, the literature

8    shows clearly that plutonium was released off-site in

9    significant quantities and that there were -- and that people

10   off-site could -- would have inhaled this plutonium.  Plutonium

11   is radioactive and causes latent disease.

12   Q.  Okay.

13   A.  So it's a -- cancer, in particular.

14   Q.  Were the risks to all of the members of this class

15   significant?

16   A.  Okay.  Now, I want to be sure I'm saying this right,

17   because what I didn't do was carefully figure -- was -- the

18   definition of the class is something that I don't actually

19   truly know about, okay.

20        What I said was people living in the area.  And the --

21   and so let's talk about them.  Okay.

22        For people living in the area, the exposures and the

23   risks could have been really different, depending on when

24   people were there.

25        In particular, if people weren't there for, say, the

1    '57 fire, they wouldn't have had an exposure to the '57 fire.

2    So depending on where -- when they were there, depending on

3    where they -- where they were living or spending their time,

4    and depending on lots of other individual characteristics,

5    there would be quite a range of exposures and quite a range of

6    risks.

7    Q.   Okay.  So when you say, In my judgment these exposures were

8    significant and were sufficient to cause latent diseases among

9    members of the exposed group, you're not talking about everyone

10   that lived in the class area?  In other words, not everyone had

11   a significant exposure?

12   A.   Well, some of the exposures for people living in the class

13   area were really small.  And significance, you might call sort

14   of a policy to when you take it seriously.  But some of these

15   are very, very small exposures.  And, for instance, regulatory

16   agencies would not have been concerned about such exposures.

17   Q.   Okay.  We'll get back to the members of the class in a few

18   minutes.  I just want to make sure that the jury understands

19   that this statement refers to some members of the public, but

20   not everyone in the class; is that correct?

21   A.   This -- depending on what one means by "significant."  I

22   think everyone who is living there would have inhaled some

23   amount of plutonium.  And so everyone who was -- from my linear

24   curve, everyone who was living there would have had some risk.

25   But for many -- many such people, those risks would have been

1    A.   Okay.   Plutonium was released from Rocky Flats, traveled

2    beyond the plant boundaries, it exposed people in the area of

3    the -- living in the area, and that exposure caused an

4    increased risk of cancer, where the risk was almost entirely of

5    cancer to the lung, bone and liver.

6         Okay.   And -- the highest -- I'll be cautious here.

7    The highest exposures occurred in the 1950s and '60s, resulted

8    from the '57 fire and from the releases from the pad, the 903

9    pad, those leaking drums.

10        After the pad was covered, there were continuing

11   exposures throughout operations, but they were routine

12   operations, and small amounts of resuspension, and the risks

13   associated with that are very low.   They're not zero on the no

14   threshold curve, but they're very low.

15        There is a great deal of uncertainty about the

16   magnitude of exposures and the risks.   And that's, I think,

17   what I mostly want to stress.   In my approach, my approach

18   relates to approaches taken by other people -- if you look

19   through the information that we have available and the

20   information we don't have available, one has to say that there

21   is an awful lot we don't know.   And one reason that we have so

22   much uncertainty is that there was not any systematic

23   environmental or health monitoring going on as part of the

24   process.

25        Then the final conclusion, I think, is really that --