# Exhibit G

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)


MERILYN COOK, et al.,

     Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

     Defendants.

_____


REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 10A

_____


        Proceedings before the HONORABLE JOHN L. KANE, JR.,
Judge, United States District Court for the District of
Colorado, commencing at 8:40 a.m., on the 20th day of October,
2005, in Courtroom A802, United States Courthouse, Denver,
Colorado.


        Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Janet M. Coppock, 901 19th Street,
Room A-257, Denver, Colorado, 80294, (303) 893-2835

1   area.

2   Q.  Are you aware -- well, so you are not familiar with the

3   horse properties out there?

4   A.  No, not really.  I just know that there is low density

5   residential out there.

6   Q.  When you bought your house in Arvada in terms of kind of

7   marketplace that you were looking for, were you looking for the

8   kind of property that would be a rural horse property?

9   A.  No.

10  Q.  Now, you got the property, and you have talked about

11  concerns with plutonium.  Did you ever inquire to see whether

12  there was any plutonium contamination of your property that you

13  bought in Arvada?

14  A.  No.

15  Q.  In fact, during the whole period of time where you knew

16  that there was widespread releases of plutonium, you never did

17  any testing to your property, correct?

18  A.  No, I didn't think it was close enough.

19  Q.  You never tested for plutonium contamination.  You never

20  had any concern for your home in Arvada.  If we could get back

21  to the home in Arvada.  You as a class member never had any

22  concern that your home in Arvada was contaminated, correct?

23  A.  No, I didn't think it was close enough to where there was

24  any plutonium.

25  Q.  All right.  Even after the FBI raid, the FBI raid cause you

Page 1832

1   to go out there and get some plutonium samples?

2   A.  No.

3   Q.  Did the FBI raid cause you to be concerned about those

4   plutonium releases that you had heard about from the fires?

5   A.  I wasn't aware of any -- anything, any possibility that

6   there was plutonium on my property.  Is there?

7   Q.  So when you were owning your home in Broomfield, whatever

8   plutonium releases had taken place in the past, whatever they

9   were.

10  A.  Yes.

11  Q.  Whatever they were.

12  A.  Right.

13  Q.  Whatever had ever happened on Rockwell's watch at any point

14  in time, none of that had any impact on your use and enjoyment

15  of your property in Arvada, correct?

16  A.  Not on my property in Arvada, yeah, not on my property, not

17  my enjoyment.

18  Q.  And when it even comes to the FBI raid, the FBI raid took

19  place, you go, oh, my gosh, I am worried about my property from

20  Rocky Flats?

21  A.  It didn't cross my mind.

22  Q.  Now, I am going to go back to Broomfield here for just a

23  moment.  Broomfield, Broomfield also.  You are in Broomfield

24  exactly the same time that you were in your house.  There is a

25  one-to-one overlap made more precisely.  For every year you