# Exhibit H

Page 1867

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 10B
_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 1:15 p.m., on the 20th day of October, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

Page 1870

1    class and that may be the reason he didn't know until very
2    recently that he was a member of the class because his house
3    was on the edge of the class area.
4            THE COURT:  If you don't mind, I would like you to say
5    that the Court appoints someone to send out notices, and it's
6    entirely possible he didn't get a notice.
7            MR. DAVIDOFF:  I was going to explain that.
8            MR. BERNICK:  It doesn't mean they are not members of
9    the class.
10           THE COURT:  No.  Whether he likes it or not, he is a
11   member of the class.
12           (Jury present.)
13           MR. DAVIDOFF:  Good afternoon, ladies and gentlemen.
14   We received a question from a juror, I don't know if the juror
15   wants to be identified so I will just read the question, unless
16   the juror wants to identify himself.  How can a class member
17   not know they are involved in this lawsuit, especially a
18   witness?
19           The answer is that -- and Judge Kane can confirm this
20   or add what he wishes, in 1998 Judge Kane issued some revisions
21   to his class action order.  He appointed an agent to send
22   notice to the class, so the court -- the notice to the class
23   came from the court, and it was an agent of the court,
24   Ms. Knight, who was in charge of the notice.  The class list
25   were the people who lived in the class area or owned property