# Exhibit I

Page 4958

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.
_____

REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 36
_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 1:15 p.m., on the 10th day of November, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

```
                                                            Page 5015
 1            MR. BERNICK:  Can I also at the same time introduce
 2   Mr. Nomellini who is with my firm.
 3            THE COURT:  Mr. Nomellini, there he is.  Okay.
 4                        DIRECT EXAMINATION
 5   BY MS. NOTEWARE:
 6   Q.  Since we are doing introductions, Ms. Robb, could you
 7   introduce yourself again to the jury, please?
 8   A.  My name is Gretchen Robb.
 9   Q.  Ms. Robb, in June of 1989, did you own a home a few miles
10   away from where the Rocky Flats plant used to be?
11   A.  Yes, I did.
12   Q.  Do you understand that owning that home makes you a member
13   of the class of people who are complaining that the companies
14   that ran the Rocky Flats plant interfered with their use and
15   enjoyment of their homes and properties?
16   A.  Yes, I do.
17   Q.  Ms. Robb, can you explain to the jury any changes that you
18   made to your lifestyle after learning about problems involving
19   the Rocky Flats plant?
20   A.  I moved my family from my home and changed my whole life,
21   leaving my home.
22   Q.  Now, if you will look over on the screen in front of you,
23   you will see a map of the class area that this jury has seen
24   before.  We have taken the opportunity to mark approximately
25   where it was that you were living in June of 1989.  As best you
```

```
                                                        Page 5019
 1   Q.  How would you generally describe the Westbrook community?
 2   What amenities did it have?
 3   A.  Well, I would describe it as a normal subdivision, a lot of
 4   children, a swimming pool, kind of a 1986 Pleasantville.
 5   Q.  Or Wisteria Lane?
 6   A.  Yeah.
 7   Q.  Who lived at Iris Street with you?
 8   A.  My husband, my daughter and I.
 9   Q.  Do you and your family still live on Iris Street?
10   A.  No, we do not.
11   Q.  Why is it you left that home?
12   A.  I left my dream home because of my health, more than my
13   health, my daughter's health.  I was fearful living there any
14   longer.
15   Q.  What was it that you were fearful about?
16   A.  All the information that was spreading about the high
17   cancer risks in that area, and I just didn't feel safe living
18   there any longer.
19   Q.  Did you know that Rocky Flats was nearby when you bought
20   your property?
21   A.  Absolutely not.
22   Q.  But you grew up in the Denver area?
23   A.  I know -- I did not know where Rocky Flats was.
24   Q.  Did you buy your home from a prior owner or from a builder?
25   A.  I bought my home from a builder.
```

Page 5020

1  Q.  Did the sales staff of that builder tell you anything about
2  Rocky Flats?
3  A.  No, not one thing about Rocky Flats.
4  Q.  Did you have any fears or worries about living near Rocky
5  Flats when you bought that home?
6  A.  I didn't know about it.
7  Q.  So you weren't afraid?
8  A.  No.
9  Q.  About how long after you moved to the Iris Street home did
10 you begin to worry about your family's health due to Rocky
11 Flats?
12 A.  I think it was around two and a half years, two and a half
13 to three years after I moved there.
14 Q.  How did you find out that there were problems involving the
15 plant?
16 A.  Probably just the way everybody else did, just through
17 newspaper articles.  There was some things that I would see on
18 the TV.  There was neighbors, neighbors would talk about it,
19 some family members.
20 Q.  What specifically did you learn?
21 A.  Well, probably the biggest thing that I learned was that I
22 was putting my daughter and my family's health risk -- my
23 health at risk.  There was supposed to be like 20 percent more
24 cancer in that area from some of the information that I had
25 read.