# Exhibit J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181 (JLK)

MARILYN COOK, et al,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

Defendants.

_____

REPORTER'S TRANSCRIPT
(Jury Trial -- Volume VI-A)
_____

      Proceedings before the HONORABLE SENIOR JUDGE JOHN L. KANE, JR., Judge, United States District Court, for the District of Colorado, commencing at 8:41 a.m. on the 14th day of October, 2005, Alfred A. Arraj United States Courthouse, Denver, Colorado.

```
 1            THE COURT:  Overruled.
 2    Q.    (By Ms. Roselle)  You may answer.
 3    A.    Would you repeat the question?  I couldn't hear
 4    because she didn't have a mike.
 5            (The requested proceedings are read back.)
 6            MS. ROSELLE:  Let me try it again.  That is okay.
 7    We understand.
 8    Q.    (By Ms. Roselle)  Turning now to your use and
 9    enjoyment of the property, okay, after the FBI raid, did
10    your use and enjoyment of your property, did that affect
11    you?
12    A.    Very definitely.
13    Q.    Okay.  Could you tell the jury how?
14    A.    I was always a very happy, positive person.  And
15    after that, after the raid, I no longer could enjoy my
16    property.  I no longer could feel safe.  I couldn't feel
17    my family was safe there, my friends, or my neighbors.  I
18    just wanted out.
19            It was just such a painful, disappointing
20    situation.  I felt betrayed by the Government.  I felt
21    lied to for 16 years.  And it was just a very difficult
22    time, and it was a very frustrating time.  We couldn't
23    sell the property.
24            And I just -- every time I looked out my kitchen
25    window, and I saw that silhouette of Rocky Flats and those
```

Page 927

1  blazing lights and hear the guns go off every Saturday
2  morning, it constantly dialed up the fears and concerns
3  and problems that obviously were out there.
4  Q.   What guns went off every Saturday morning?
5  A.   Apparently they do their target practicing, or
6  whatever.  For about a period of two hours, every Saturday
7  morning, they would have artillery go off.  I don't know
8  what kind.  But it was loud and it was alarming.
9  Q.   And during --
10 A.   Machine guns, I assume.
11 Q.   During the 10 to 11 years that you were trying to
12 sell your property, can you tell the jury, emotionally,
13 how you handled that?
14 A.   It was very -- it was just awful.  Very frustrating.
15 I was concerned for my family.  I was concerned for my
16 neighbors.  We couldn't get any straight answers.  We
17 obviously had been lied to.  Here was the house of my
18 dreams, and no longer.  It could no longer be that.
19       You know, the raid had occurred.  There was obvious
20 reasons that drove that raid.  And it was just a very
21 disappointing time for Colorado.  I mean, to think that 16
22 miles from a metropolitan area that they would use such
23 sloppy techniques in doing such dangerous tasks that they
24 had to do.
25       The whole thing was just very disheartening and