# Exhibit K

Page 2709

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
TRIAL TO JURY
VOLUME 17

_____

      Proceedings before the HONORABLE JOHN L. KANE, JR.,

Senior Judge, United States District Court for the District of

Colorado, commencing at 1:21 p.m., on the 26th day of October,

2005, in Courtroom A802, United States Courthouse, Denver,

Colorado.

      Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Gwen Daniel, 901 19th Street,
Room A259, Denver, Colorado, 80294, (303) 629-9285

Page 2726

1    houses that exist -- or all the properties that existed in

2    there.  So I worked with tax records and I worked -- well, I

3    worked with tax records and any other database I could get on

4    it.  And what I was able to determine is that there were 8,979

5    single family dwellings.

6              And in the commercial properties, I got that from a

7    real estate Dresco database, and that was only talked about in

8    square feet.  So I used -- it talked about buildings, but they

9    were different buildings, and the only thing I could do was

10   understand, well, how big are these buildings, so I referred to

11   square feet.

12             And then vacant properties I was able to find 4,812.

13   But when I tried to find multi-residential properties, I wasn't

14   able to actually find out the number of them, because the data

15   wasn't available in a form that I could access easily, and I

16   didn't want to misstate the number of multi-residential

17   properties.

18             Remember, I had the Dresco database, and I had tax

19   assessor information, but I still couldn't tell how many of

20   those units existed.  So I left that out of the study.

21   Q.  Okay.  So if we turn, for example, to the next chart,

22   please, which is 1990.  Okay.  I took the single family

23   residential for 1990 where you said in Phase II that the mean

24   undervaluation was a minus 9.33 percent.  Okay.  And then you

25   got the mean sale price per property, right?  The average sale

Page 2727

1  price?

2  A.  Right.

3  Q.  Okay.  And then you calculated how much that -- the average

4  house within the plutonium contour lost compared to the area

5  around Denver?

6  A.  Correct.

7  Q.  And then you multiplied that by the number of properties

8  within the plutonium contour?

9  A.  Correct.

10  Q.  And then you came up with a number of $93,852,100?

11  A.  Correct.

12  Q.  Okay.  And then if you look at vacant properties and

13  commercial properties, you did this same thing, except you used

14  square footage for commercial.  And then the total for the loss

15  using the 1990 data figures is $154,421,822?

16  A.  Well, yes.  The vacant properties and commercial properties

17  were pooled over that long period of time.  And so I used those

18  to devalue.  I found out the number, and then I multiplied that

19  by the mean sale price in that area.

20          So in 1990 the mean sale price for vacant properties

21  was $24,639.

22          So everything was in 1990.  I calculated it out and

23  came up with $154, 421,822 that the total property inside the

24  plume if sold that day was undervalued by that much.

25  Q.  Okay.  Is this chart reported in 1993 dollars?

Page 2728

1   A.   Yes.   I said earlier that I moved all my dollar figures to

2   Consumer Price Index of 1993, correct.

3   Q.   Okay.   Now I want to turn to some other issues.   Do you

4   know if the defendants have experts that have criticized your

5   study?

6   A.   Yes.

7   Q.   Have you considered their criticisms?

8   A.   Yes.

9   Q.   Even after reviewing their criticisms, do you think that

10   your study results are correct?

11   A.   Yes.

12   Q.   Okay.   Would you do your study the same way today other

13   than the MLS data is now digitized?

14   A.   Yes.

15   Q.   Was one of the criticisms that was made of you, that you

16   used something called weighted least squares method?

17   A.   Yes.

18   Q.   Okay.   What is a weighted least squares method?

19   A.   A weighted least squares method is a method that you use to

20   weight some of the data points that you have about the

21   regression line to give them more importance.   And you do this

22   normally because you see a pattern where some of them are being

23   undervalued.

24   Q.   Okay.   And you used it in this study?

25   A.   I did use weighted least squares, but I didn't use it that

Page 2733

1    much.  May have taken up some more of your time.  I come from

2    the airport all the time, and it's flat rate.

3            MR. BERNICK:  For the jury's benefit, good afternoon.

4    BY MR. BERNICK:

5    Q.  The jury is probably thinking now -- you probably don't

6    know this because this is the first time you've testified, but

7    the jury is thinking back through all the rash promises that

8    were made at the beginning of the case that they would be able

9    to judge folks like you and their testimony and reach their own

10   conclusion, so they're probably reflecting on that, but you do

11   a very good job in instructing, so I'm going to try to build on

12   some of your instruction skills here if you'll help me out.

13   I'm not an expert in multiple regression by any stretch of the

14   imagination.

15           Let me begin back at the beginning, though, with the

16   central tasks that I think you've undertaken here.  And is it

17   true that your task is focused on doing a valuation of real

18   estate, at the end of the day you're looking at a valuation of

19   real estate, correct?

20   A.  Correct.  I'm trying to determine the value of the real

21   estate and relatively compare the area of Rocky Flats to the

22   rest of the region to see if it was undervalued.

23   Q.  Right.  And I think you pointed out, and properly so, that

24   the value of real estate has all kinds of factors, factor A,

25   factor B, factor C, and we'll -- I got a little board that

Page 2751

1    which is Rocky Flats related, fair?

2    A.  Correct.

3    Q.  Okay.  Now I want to draw a very important distinction, if

4    we can, for the jury.  This variable, the independent variable

5    that you used to ascertain the impact of Rocky Flats, is pure

6    and simple proximity in the sense of either distance between

7    the property and Rocky Flats or in and out or outside of the

8    contour which is similar to that, correct?

9    A.  Well, you used the word "proximity."  In the first case

10   it's distance.  Proximity is a very loose term.

11   Q.  Well, but it is the term, in fact, that you consistently

12   use, for example, in virtually every one of your slides --

13   A.  Right.

14   Q.  -- is that you talk about the effects of proximity to Rocky

15   Flats?

16   A.  Correct.

17   Q.  I know that you are very sophisticated about that,

18   traveling distance and the like?

19   A.  No, I --

20   Q.  But what I'm getting at is that in all cases your term,

21   that is, the data that you gathered with respect to any

22   property insofar as Rocky Flats is concerned is data that

23   relates to the distance or travel time, or however you want to

24   put it, between that property and Rocky Flats, correct?

25   A.  Okay.  Correct.

Page 2752

1  Q.  Okay.  Now there's one thing that you do not do, one thing

2  that you do not do during the course of your work is that

3  you -- in fact, we can't find anywhere where you actually take

4  a look at the conduct that occurred at Rocky Flats and see

5  whether the conduct that occurred at Rocky Flats had an impact

6  on your dependent variable.  You don't look for that, correct?

7  A.  Correct.

8  Q.  So if we were to take, for example --

9  A.  Other than the F.B.I. raid.

10  Q.  Well, we're going to get to the F.B.I. raid very

11  specifically.

12  A.  Okay.

13  Q.  But if we talk about -- that's something that the F.B.I.

14  did.

15  A.  Okay.

16  Q.  Okay?  And we're going to talk about that.  I've got

17  another one for that one.  But insofar as, for example, did Dow

18  Chemical do something wrong at Rocky Flats, you haven't sought

19  to measure the impact of Dow's conduct on the value of the

20  class property, correct?

21  A.  Correct.

22  Q.  Actually the same thing about Rockwell, you have not done

23  anything to measure directly the impact of Rockwell's conduct

24  on Rocky Flats, correct?

25  A.  Correct.  I didn't know about their conduct.

Page 2753

1   Q.  Right, it wasn't a part of your assignment, I'm not being

2   critical of you, but in all cases the actual conduct of the

3   contractors at Rocky Flats is not something for which you

4   measured the impact on the dependent variable, correct?

5   A.  Correct.  I was looking for a pattern.

6   Q.  You were looking -- well, but -- you may have been looking

7   for a lot of things, but what you measured was the relationship

8   between proximity on the one hand and value of the property on

9   the other, right?

10  A.  Correct.

11  Q.  In fact, there could be a lot of reasons why proximity

12  would affect value that would have nothing whatever to do with

13  who was running the plant, right?

14  A.  Correct.  In fact -- I really don't have any opinion.  I

15  don't know who was running the plant, I don't know what was

16  going on.  I was looking at the impact of it being located near

17  Rocky Flats.

18  Q.  Right.  Well, for example, if people just didn't like the

19  idea of living near a weapons plant, whatever -- whatever --

20  whether people were running the plant well or poorly, if they

21  didn't like working -- living near a weapons plant, and there

22  were a significant number of those people, that would lead to a

23  negative relationship between proximity and the value of the

24  property, right?

25  A.  I measured proximity.  I wouldn't know if the people had an

Page 2754

1    opinion or not, but I measured the phenomena.

2    Q.   Right.   There could be many reasons why proximity is a

3    negative that's got nothing to do with how the plant was being

4    run, right?

5    A.   Correct.

6    Q.   And you didn't look -- it wasn't part of your exercise to

7    see why proximity was an issue, at least vis-a-vis what was

8    happening at the plant?

9    A.   Right, other than the F.B.I. raid, and that could have

10   impacted consumers' willingness to buy and the demand, but what

11   was going on at the plant?   No.

12   Q.   Okay.   As I said, I promise you we're going to get to Phase

13   II, we're going to ask you exactly about that F.B.I. raid.

14   A.   It was a bit like I didn't know what was going on at the

15   grocery store either, but it was one of the independent

16   variables, and your closeness to it --

17   Q.   Absolutely.   I would like to also explore one other

18   limitation that may sound kind of technical here, but at least

19   I think it may have some importance for the jury, so I'm going

20   to try to bring it out quickly, and that is when you took a

21   look at the value of the area -- when you gathered data dealing

22   with the value of the property, you basically measure sales

23   prices as the data regarding value in different years -- you

24   first pooled it and then you separated it out, right?

25   A.   The purchase price, correct.

Page 2812

1    sell in 1995.  Have they lost any money under your analysis?

2    A.  I don't know if I could answer that.  It looks like -- it

3    looks like if you were good enough to buy when the market was

4    low and prices were devalued, and even though they continued to

5    be devalued, they lessened in their devaluation and then you

6    sold when they were high, then you would actually do well.

7    Q.  Well --

8    A.  Buy low, sell high.  But, boy, you would have to be good,

9    right, just to figure out what the diminution was.

10   Q.  Actually you don't know?

11   A.  Sorry?

12   Q.  You don't know, you've never done that analysis?

13   A.  No, but if you --

14   Q.  Would you bear with my question?

15   A.  Sure.

16   Q.  You've not actually determined whether anybody lost money

17   in this marketplace?

18   A.  Correct, I haven't done that study.

19   Q.  Right.  In order to do that study you would have to go back

20   and find out for the people that owned in '88, '89, '90, etc.,

21   you have to find out when they bought, at what price they

22   bought, and when they sold?

23   A.  Correct.

24   Q.  And --

25   A.  But --

1   Q.  Just so --

2   A.  So I can't point at any one property, but the way this

3   study was done, pointing at a whole variety of properties,

4   that's how the diminution was measured.

5   Q.  You can make no -- let's take it step by step.  The numbers

6   that you have on here on G582A, you say they're loss.  They are

7   not actual losses that anybody incurred, right?

8   A.  If all the properties in the MPC sold that year and if the

9   people owned the property beforehand and bought it when the

10  property wasn't -- well, when the property was devalued at all,

11  then that's what they would lose, that's the amount of money

12  lost.  But if the property, sitting there --

13  Q.  Doctor -- I'm sorry, Dr. Radke?

14  A.  Well --

15  Q.  I know the dialogue is great, and we've made a lot of

16  progress.

17  A.  No, I just want to make a point.

18  Q.  I'm going to need to ask my questions ultimately and get

19  some responsive answers.

20  A.  Okay.

21  Q.  And you will have an opportunity to explain, I promise you.

22  I'm sorry we're going to have to have a sidebar here at some

23  point with respect to that, but let me just ask it this way:

24  The total loss that you have calculated just so it's not being

25  misrepresented to this jury is not an actual loss experienced

Page 2814

1    by this class?  Yes or no?

2    A.  No.

3    Q.  No, it's not or, no, I'm wrong, it does not purport to be

4    an actual loss experienced by this class?  Is that a correct

5    statement?

6    A.  Correct.

7    Q.  I'm sorry?

8    A.  Correct.  It is the difference between the value of their

9    property and the value of the properties outside of the MPC.

10   Q.  Calculated in each year as if the entire property grew,

11   sold and realized the value at that time?

12   A.  If they were selling that year.  I wanted to -- this is

13   talking about the total -- maybe it's mislabeled, but it's the

14   total value -- the total property value, which is less on those

15   properties than outside the MPC.

16   Q.  I understand that.

17   A.  Okay?  That's what it is.

18   Q.  Every year you're calculating, saying that if your

19   regression is correct, what has happened to the full value of

20   the class properties, whether or not anyone has actually lost

21   any money, is the full value of the properties at that time,

22   right?

23   A.  That's the variation compared to the rest of the region,

24   correct.

25   Q.  And if we wanted to find out what people actually lost, you

1    would have to have other data for the class that goes back to

2    the time when those people purchased and measures when they

3    sold, right?

4    A.   Correct.

5    Q.   Just to be clear, you haven't done that, right?

6    A.   That wasn't possible.

7    Q.   Well, you haven't done it -- we can argue later on -- have

8    you done it or not?

9    A.   It wasn't possible -- I haven't done it, and it wasn't

10   possible to do at the time, for sure.

11   Q.   Okay.  Now with respect to those properties, we do know

12   that every year less than all the properties turn over, right?

13   A.   Yes.

14   Q.   Okay.  And isn't it a fact that approximately 10 percent of

15   the class properties turn over in any given year?

16   A.   I couldn't tell you that.

17   Q.   You have no idea about that?

18   A.   I would have to go back and look at the numbers.

19   Q.   Now if we go to --

20   A.   I could calculate that, but I haven't gone back and looked

21   at the numbers.

22   Q.   That's fair.  If we go back to your numbers, that is, the

23   numbers that you have down right here, and use 1988 as the

24   baseline, that is, we assume that everybody owned in 1988, even

25   though this class is actually a June 6, '89 class, we assume