# Exhibit L

Page 4187

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 29
_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:00 a.m., on the 7th day of November, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

1  about risk the language is a little fuzzy.  And this is true
2  for the technical analysis as well as what the public thinks.
3  Q.  Is risk something that is real and objective?
4  A.  Well, a lot of times experts say that, you know, we need to
5  focus on the real risks and we need to measure risk
6  objectively, but that's not quite valid because I would argue
7  and I have argued that risk is really highly subjective, that
8  it doesn't exist out there in the world independent of our
9  minds and cultures waiting to be measured.  Danger is real.
10 There are -- really obviously there are things in the world
11 that hurt us, but we have invented this concept that we have
12 named risk to help us understand and cope with the dangers of
13 life and uncertainties of life which are real.  So there is no
14 such thing as real risk or objective risk.
15         So we have a nuclear engineer who is trying to assess
16 the risk of an accident in a nuclear power plant or
17 toxicologist who is trying to assess how dangerous it would be
18 to be exposed to some cancer-causing chemical and their risk
19 estimates.  The numbers they put on those risks are based on
20 theoretical models.  The structure is subjective and full of
21 assumptions and whose inputs are dependent on judgment all the
22 way through the process.  So I would say it's subjective.
23 Q.  Is risk something that's real and objective?
24 A.  No.  That's what the point of this slide is, that danger is
25 real.  When we affix a label called risk and numbers, we say

Page 4228

1  are risk numbers, then it's subjective.  And one way that
2  subjectivity influences risk assessment, again, it's dependent
3  on judgment and it -- you know, you have to identify and
4  estimate, you know, who is exposed, how much are they exposed.
5  You have to create dose response functions, which you may have
6  heard about here earlier, and so on, so those are judgments.
7  Q.  Is that an example of how risk assessment involves
8  judgment?
9  A.  Yes, it is.  And I would like to give some other examples.
10  Q.  You have another example?
11  A.  Yes, the next slide, please.  So this is a relatively
12  simple case.  You know, where we chose that -- you have a
13  choice when you measure risk.  You have different -- you have
14  options.  So this question, the question is, Is coal mining
15  getting safer between the years 1950 and 1970?  So we have got
16  data on that.
17      On the left-hand side here, we have got the number of
18  accidental deaths per million tons of coal mined in the United
19  States during that period.  In there you can see that clearly
20  coal mining was getting safer.  The line gets lower and lower
21  as time went on.  But what about the deaths to the miners?  Are
22  they deaths per thousand coal mining employees?  You see there
23  is no such decline.  It's pretty flat.  It goes up and down,
24  and there is some major coal mining accidents.
25      So is coal mining safer?  Well, it depends which

Page 4230

1               Let's suppose you are going to count deaths and you
2   are going to relate that to how many people die out of a
3   population.  That's kind of the easiest form of risk
4   assessment.  But when you do this, you are giving equal weight
5   to people who die at a young age and people who die at an old
6   age.  You are saying it doesn't matter how old they were.  You
7   are saying it doesn't matter whether the death was painful or
8   not painful.  You are saying it doesn't matter whether the
9   person who died was exposed to the risk voluntarily or
10   involuntarily.  You are saying that it doesn't matter whether
11   the activity that caused the death was fair in the sense that
12   people were getting a benefit from it, like driving a car and
13   getting the benefit of transportation or unfair, where they
14   weren't really benefiting from this.  Someone else was
15   benefiting and they were bearing the risk.
16               You are saying none of that matters.  It's all equal.
17   You may want to argue that, but it shows that even the simple
18   way of measuring risk has these value judgments in it that
19   it -- that need to be considered, I think need to be
20   considered.
21   Q.  What about the public's conception of risk?  How does the
22   public assess or perceive risk according to your 40 years of
23   training, experience and work?
24   A.  The public has a rather complicated way of judging risk.
25   They don't just look at the number of fatalities or the

Page 4231

1  probability.  They look at these other qualitative factors such

2  as, you know, is there a lot of uncertainty around the risk?

3  Does -- does this hazard, does it invoke in us a gut feeling of

4  dread?  Does it make -- do we kind of dread this thing?  Does

5  it have the potential to have a catastrophic outcome; that is,

6  can it kill a large number of people at one time?

7          Is it controllable by me or by the authorities?

8  Equity, that's that fairness business that I just mentioned.

9  Is it a fair risk in terms of somebody getting benefit from it?

10  Is this a risk that extends to future generations?  You know,

11  are we passing on a risk to future generations?  All these are

12  important to the public when they judge risk.

13  Q.  And is there a validity or wisdom to each way of looking at

14  risk?

15  A.  I believe that obviously there is a validity to the

16  scientific way.  We need the science, but these qualities also

17  have a logic and validity to them that we have to respect.

18  Q.  What is the -- what is perception of risk?

19  A.  As I mentioned, perception is the way in which we either

20  intuitively or through calculations judge risks, assess them

21  and react to them.

22  Q.  What we have been talking about so far is what is risk and

23  what is risk analysis, and now we are going to talk about what

24  is risk perception?

25  A.  Yes, and how we study risk perception.

Page 4233

1  experts.  So first we see that the public and the experts
2  disagreed considerably about the risks of nuclear power.  Say
3  for motor vehicles or handguns or smoking, you see there was a
4  lot of agreement between the public and experts.
5        But interestingly, another radiation hazard, exposure
6  to medical x-rays was relatively low on the public's perception
7  scale, but relatively high for the experts.  It was seventh for
8  the experts.  So again, you see the public and the experts
9  disagreeing, but in the opposite directions.  So it's not that
10  the public, you know, fears all forms of radiation.  They
11  particularly were concerned about radiation associated with
12  nuclear energy.
13  Q.  Why does the public fear nuclear energy or power more than
14  x-rays?
15  A.  Well, that's -- there has been a lot of research on that.
16  Just to summarize briefly before I give some other examples --
17  Q.  If you push the bottom right-hand corner, okay.?
18  A.  Just to summarize them, x-rays are perceived as more
19  beneficial.  And benefit and risk kind of blend together in
20  people's minds.  When something is seen as very beneficial, it
21  tends to be seen as lower a risk.  X-rays are obviously more
22  familiar to people than nuclear power plants are.  And I think
23  particularly important is that the medical profession who
24  oversees x-rays is much more trusted than the managers of
25  nuclear energy facilities.