# Exhibit M

Page 4278

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 30
_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 1:05 p.m., on the 7th day of November, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Janet M. Coppock, 901 19th Street,
Room A-257, Denver, Colorado, 80294, (303) 893-2835

Page 4284

1  Q.  So the jury should consider politics, should consider
2  power, should consider emotion, should consider psychology,
3  should consider law, perception, culture, media and reason all
4  when they determine whether there is an increased risk?
5  A.  No.  I am not saying that the jury should be taking all
6  this into account.  I am saying that the global picture of risk
7  assessment involves not just science, but it involves many
8  factors.  Now, whether one wants to or can include these other
9  factors, you know, is another matter, but I am just saying that
10 risk assessment is not simply a scientific matter.  That's
11 really what I am saying.
12 Q.  Fair enough.  But you showed this chart, and the message of
13 this chart is that perception is reality.  Risk is complex.
14 And all of these different factors, power, emotion, politics,
15 reason, psychology, all these different factors relate to risk
16 assessment, correct?
17 A.  Yes.
18 Q.  In fact, even when it comes to science, which we all hope
19 will be sacrosanct, your chart says even the science is
20 subjected to politics, to media, to perception, to emotion,
21 right?
22 A.  Yes, it is.
23 Q.  Well, I want to talk to you about a couple examples of real
24 risk so maybe we can see if we can get on to a simpler kind of
25 page and just begin there and get to the more complex stuff.

Page 4317

1  people's attitudes, there was still another possibility, wasn't
2  there, very obvious one?
3  A.  No.
4  Q.  Well, if you take a look at your article, your article
5  emphasizes that nuclear energy itself is a very, very powerful
6  stimulant of fear and concern.  Do you recall that?
7  A.  Yes.
8  Q.  And to the extent that people felt that Rocky Flats was --
9  involved nuclear energy, which it did, to the extent people
10 felt that Rocky Flats involved nuclear energy, you would expect
11 them to be very concerned about Rocky Flats regardless of the
12 FBI raid and regardless of any conduct by Rockwell and
13 regardless of whether there had been releases.  You would have
14 expected them to be just concerned about the fact of nuclear
15 energy, correct?
16 A.  People were concerned about nuclear energy, yes.
17 Q.  It was the number one subject of fear and loathing
18 according to the same article is nuclear power, nuclear energy,
19 right?
20 A.  Yes.
21 Q.  Therefore, it would be very understandable if people simply
22 didn't want to live near Rocky Flats or wanted to pay less
23 money because no matter how it was operated, it was a nuclear
24 facility.  You would expect that, right?
25 A.  You would expect some stigmatization.

Page 4318

1   Q.  One of the simple things you could have done was to measure
2   not the effect of the raid, not the effect of contamination,
3   not the effect of conduct.  You could have measured to see
4   whether people insisted on paying less because they had a
5   concern over any nuclear facility.  You could have looked for
6   nuclear energy plant generating concern.  You could have done
7   that, right?
8   A.  We could have, yes.
9   Q.  And you didn't do that, did you?
10  A.  No.
11  Q.  Isn't that the most obvious explanation for why people --
12  why some people might insist upon a discount for living around
13  Rocky Flats?  Isn't the most obvious explanation because Rocky
14  Flats is a nuclear weapons plant?  Isn't that the most obvious
15  explanation?
16  A.  No.  I think in light of the FBI raid and the publicity,
17  that that's an extraordinary event which generated a lot of
18  publicity specific to the plant.
19  Q.  Well, you say that.  But more than a third of the people in
20  your own study group hadn't even heard of it, hadn't even heard
21  of the raid?
22  A.  Well, people come and go.  They move into a community.
23  There is a lot of newcomers in the area.
24  Q.  But certainly having found there was no statistically
25  significant difference in buying attitudes for people who had