# Exhibit N

# ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

| | |
|---|---|
| MERILYN COOK, et al. | : CIVIL ACTION |
| vs. | : |
| ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation and | : |
| THE DOW CHEMICAL CORPORATION | : NO. 90-K-181 |

- - -

Monday, March 31, 1997

- - -

Deposition of JOHN RADKE, taken pursuant to notice, at the law offices of Berger & Montague, 1622 Locust Street, Philadelphia, Pennsylvania, beginning at approximately 9:14 a.m., on the above date, before Kenneth T. Brill, Registered Professional Reporter and Notary Public.

- - -

DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
Ten Penn Center Plaza
Suite 636 - 1801 Market Street
Philadelphia, Pennsylvania 19103
(215) 568-2211

206

John Radke

1  Q.     Some variable that's not in your model?

2  A.     It's an exhaustive model, and -- and

3  looking at many, many, many independent variables

4  that add to value of property. It is difficult for

5  me to believe that that coefficient can be explained

6  by anything other than proximity to Rocky Flats.

7  Q.     Okay. We'll come back to how exhaustive

8  the model is.

9  A.     Okay.

10 Q.     But proximity to Rocky Flats could be a

11 negative factor just because people don't like

12 living next to a former nuclear weapons plant;

13 couldn't it?

14 A.     Right. All I'm showing is that proximity

15 to Rocky Flats diminishes the property of value.

16 I'm -- there is something about Rocky Flats, and

17 I'm -- I'm not an expert to answer what it is, but

18 the pattern is there.

19 Q.     So you're not able to get inside people's

20 heads and figure out why they will pay less for

21 property in that area?

22 A.     Correct. I'm not an expert at knowing why

23 people -- only -- only at observing what people have

24 done. And so I looked at what they have purchased