# Exhibit O

```
                                                                    1

              1                    * * * * *
              2              Rocky Flats Litigation
              3             Plaintiff's Expert Report
              4               Hunsperger 11/25/96
              5         For the past four or five years Denver has
0051:00
              6   been a boom town.  Home prices increased year after
              7   year.  New subdivisions appear monthly.  This is an
              8   older neighborhood called Walnut Creek.
              9         As you can see the homes are spacious.  The
             10   yards are well maintained.  It is a short commute to
             11   Denver and look at the views.
             12         This neighborhood has many of the features that
             13   people look for when buying property.
             14         I'm Wayne Hunsperger.  I've been appraising all
             15   types of real estate here in the Metropolitan Denver
             16   area in the past 20 years.  I've been asked to study
1:26:12
             17   this neighborhood and others nearby to determine whether
             18   or not their nearness to the Rocky Flats Nuclear Weapons
             19   Plant has had any impact on property values.
             20         This small cluster of communities was the focus
             21   of my study.  It is a small portion of the six county
             22   Denver region.  The neighbors nearest the plant include
             23   the cities of Broomfield, Arvata and Westminster.  I
             24   looked at all of these communities in forming an opinion
1:54:00
```

```
               1          The county government strongly supports this
               2     extensive buffer zone around the plant and is also on
               3     record opposing the disposal of hazardous materials at
               4     the site.
   6:51:02     5          Jefferson County School officials refused a
               6     donation of free land for an athletic field because it
               7     was believed to be too close to the plant.
               8          Although tests did not reveal contamination the
               9     district believed that the land's location near the
              10     plant would turn parents against the project.
   7:09:06
              11          This property owner literally could not give
              12     his land away.  The examples go on and on.  What is
              13     clear to me from this research is that the market is not
              14     free to grow as market forces dictate.  The Rocky Flat
              15     Plant effects some people and has held back at least
              16     some development.
              17          The laws of supply and demand tell us that when
              18     demand is kept artificially low prices are not as high
              19     as they otherwise would be.
   7:35:17
              20          The real estate market research indicates that
              21     the nearness of these communities to the Rocky Flats
              22     Plant substantially implants and reduces the value of
              23     property.
              24          Next we looked at experiences across the United
```