# Exhibit P

Page 1994

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

   Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

   Defendants.

_____

REPORTER'S TRANSCRIPT

Trial to Jury

VOLUME 11
_____

Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:00 a.m., on the 21st day of October, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

Page 2100

1   area here, the stigma diminishes somewhat through the class
2   area here.  The property damage evidence that you will hear in
3   the coming weeks is going to be an average, and there is going
4   to be, as I have mentioned, I believe, a 10 percent diminution
5   in single family homes and a 30 percent decline or decrease in
6   the value of vacant land that you will hear about from the
7   property experts.  But that's an average.  It's greater closer
8   in; it's less on the edge.
9           Who did you hear from on the edge?  You heard from
10  Mr. Ozaki who lived on the very edge of this class area.  And
11  one of the things you heard was about how Mr. Ozaki made so
12  much money, this was on a cross-examination, not even on a
13  direct examination, because he bought his home in 1984 for
14  $95,000 and sold it in 1997 for $140,000, so he made $45,000 in
15  13 years.  That's an average of a little over $3,000 -- this is
16  before his costs and his brokerage commissions and so forth.
17  That's an average of about $3,400 a year over the 13 years.
18          You heard -- some of you that are older, and I am sure
19  this will come up in the later parts of the trial, may remember
20  how high interest rates were in the '80s and even in the '90s
21  up until 1997, how much higher those rates were than they are
22  today.  I think you can already figure out that he would have
23  made a lot more money, and he was living in this house, so
24  maybe he didn't have the house for the purpose of making money,
25  but for this home to go up $3,400 a year for 13 years or less

Page 2101

1  than 50 percent in 13 years, that wasn't exactly a windfall for
2  Mr. Ozaki who lived at the very edge of this class area.
3           You are going to hear evidence in the forthcoming
4  weeks, you may hear one property expert next week, about the
5  fact that there is diminution in value throughout this class
6  area, and while it may diminish as you get further from the
7  plant and be more acute sharper, more painful as you get closer
8  to the plant, it's pervasive throughout the class area.
9           Now, and one other example that I think is worth
10 mentioning and reminding you of -- Judge, do I have anything
11 left of my half hour yet?
12          THE COURT:  Yeah.
13          MR. DAVIDOFF:  A little bit.  We had the Bartletts.
14 They had their property for 21 years, and they put into their
15 property almost the $700,000 that they got out before
16 commissions after 21 years.  So they basically despite
17 inflation, despite interest rates, despite everything, of
18 course they are a lot closer than Mr. Ozaki, they were down in
19 this area here, the Bartletts, they basically came out after 21
20 years with no profit at all and certainly a lot less than the
21 land was worth.
22          In the coming weeks you are going to hear a lot more
23 statistical evidence, survey evidence and evidence from a
24 property consultant and appraisal evidence about why the
25 property in the class area is worth a lot less.

Page 2102

1    The defendants' cross-examinations are not evidence.
2    I know the judge has told you this and probably will again.
3    Questions are not evidence.  You heard a lot of facts stated in
4    the questions, and I urge you to hold the defendants to the
5    facts that they state.  For example, they tried to explain away
6    in the cross-examination of Mr. Ozaki the fact that his
7    property didn't go up by very much in 13 years because there
8    was a recession.  You have heard this question about a
9    recession again and again and again.  Yeah, there was a
10   recession.  And in a 13-year period there generally is at least
11   one recession.  It lasted less than a year, and it was in 1990,
12   but it will be interesting to see the defendants put to their
13   proof on that.
14       Remember that it's the evidence from the witnesses on
15   the stand, not from what I say, not from what Ms. Roselle says,
16   not from what Mr. Bernick and Mr. Kurtenbach say that is
17   relevant.
18       We are concerned, a little bit concerned that a
19   strategy of blame the victim, which I think you just saw with
20   the cross-examination of Ms. Cook, is being employed, but the
21   perpetrators here should be obvious, and I will remind you of
22   this document that we saw.  Can we go back to the Elmo for a
23   second from P -- this was the famous Mary Walker memo in 1986.
24   This is what the perpetrators were writing internally.
25       You remember some of the things that they were saying