# Exhibit Q

```
                                                        Page 6498
                       FOR THE DISTRICT OF COLORADO

    Civil Action No. 90-cv-00181(JLK)

    MERILYN COOK, et al.,

         Plaintiffs,

    vs.

    ROCKWELL INTERNATIONAL CORPORATION and
    THE DOW CHEMICAL COMPANY,

         Defendants.
    _____


                            REPORTER'S TRANSCRIPT
                               TRIAL TO JURY
                                 Volume 51

    _____


              Proceedings before the HONORABLE JOHN L. KANE, JR.,
    Senior Judge, United States District Court for the District of
    Colorado, continuing at 9:03 a.m., on the 6th day of December,
    2005, in Courtroom A802, United States Courthouse, Denver,
    Colorado.
```

Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Therese Lindblom, 901 19th Street,
Room A259, Denver, Colorado, 80294, (303) 628-7877

Page 6568

1  Flats, going back a ways, including the events that
2  precipitated the 1989 FBI raid, and, of course, Rockwell
3  pleading guilty to environmental crimes.
4           And in my view, those issues overwhelmingly suggest a
5  stigma and a depression in property values, and relatively to
6  the other case studies, I selected 10 percent on average,
7  across the subject class area.  The highest diminution being
8  closer to Rocky Flats or lowest -- diminishes the further away
9  you go from the plant.
10 Q.   Instead of saying the diminution diminishes, would it be
11 more accurate to say the depression in values diminishes?
12 A.   You're a little more articulate with that than I am.
13 Q.   Some people don't think so.
14           Can we look at the next slide, which is the depressed
15 valuation in the class area.  Are these calculations that you
16 prepared in your report based on the analogous case studies
17 method?
18 A.   Yes.
19 Q.   And again, is this for single family residences only?
20 A.   Yes.  No vacant land is included in this calculation.
21 Q.   I'm sorry, say that again, sir.
22 A.   No vacant land is included in this calculation.
23 Q.   All right.  What I need you to do -- if you want to descend
24 you need to use the microphone effectively, but can you try to
25 explain to the jury how -- it's a little complicated, how this