# Exhibit R



Case No. 1:90-cv-00181-JLK   Document 2373-22   filed 09/10/15   USDC Colorado   pg 2 of 2

# Radke Report, Table 1
## Phase II Property Value Findings