# Exhibit S

# SUPPLEMENTAL EXPERT REPORT

# FOR THE COOK CASE

Prepared by:

*Kenneth Wise* (signature)

Dr. Kenneth T. Wise

*The Brattle Group*
353 Sacramento Street
San Francisco, California 94111

Exhibit 1: The Years in Which Class Member Parcels Were Bought and Sold

| Year Bought | Number of Class Member Parcels Bought | Year Sold | Number of Class Member Parcels Sold |
|---|---|---|---|
| 1901 | 1 | 1989b | 1,381 |
| 1907 | 1 | 1990 | 1,437 |
| 1908 | 1 | 1991 | 1,463 |
| 1923 | 1 | 1992 | 1,166 |
| 1947 | 1 | 1993 | 1,009 |
| 1954 | 1 | 1994 | 678 |
| 1955 | 1 | 1995 | 550 |
| 1956 | 3 | 1996 | 455 |
| 1957 | 1 | 1997 | 461 |
| 1958 | 4 | 1998 | 429 |
| 1959 | 2 | 1999 | 346 |
| 1960 | 1 | 2000 | 330 |
| 1961 | 1 | 2001 | 261 |
| 1962 | 1 | 2002 | 226 |
| 1963 | 1 | 2003 | 140 |
| 1964 | 2 | No Post-6/7/89 Sales | 4,067 |
| 1965 | 3 | Subtotal | 14,399 |
| 1966 | 1 | | |
| 1967 | 4 | No Data Available | 634 |
| 1968 | 6 | Total | 15,033 |
| 1969 | 2 | | |
| 1970 | 8 | | |
| 1971 | 52 | | |
| 1972 | 155 | | |
| 1973 | 181 | | |
| 1974 | 119 | | |
| 1975 | 198 | | |
| 1976 | 300 | | |
| 1977 | 664 | | |
| 1978 | 756 | | |
| 1979 | 665 | | |
| 1980 | 499 | | |
| 1981 | 534 | | |
| 1982 | 528 | | |
| 1983 | 798 | | |
| 1984 | 1,130 | | |
| 1985 | 1,148 | | |
| 1986 | 1,713 | | |
| 1987 | 1,729 | | |
| 1988 | 1,851 | | |
| 1989a | 965 | | |
| No Pre-6/7/89 Sales | 367 | | |
| Subtotal | 14,399 | | |
| No Data Available | 634 | | |
| Total | 15,033 | | |