# Exhibit T



236

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 2
     ------------------------------x
 3   MERILYN COOK, et al.,         : Civil Action
                                   :
 4             Plaintiffs,         :
                                   :
 5        vs.                      :
                                   :
 6   ROCKWELL INTERNATIONAL        :
     CORPORATION, a Delaware       :
 7   Corporation, and THE DOW      :
     CHEMICAL COMPANY, a Delaware  :
 8   Corporation,                  :
                                   :
 9             Defendants.         : NO. 90-K-181
     ------------------------------x
10

11

12             Continued expert oral deposition of

13   JOHN RADKE, Ph.D., taken at the law offices of

14   BERGER & MONTAGUE, P.C., 1622 Locust Street,

15   Philadelphia, Pennsylvania  19103, on Tuesday, the

16   1st day of April, 1997, commencing at 8:40 a.m.,

17   before ANGELA C. BUONANTUONO, a Court Reporter and

18   Foreign Commissioner of Deeds for the Commonwealth

19   of Pennsylvania.

20

21                       - - -

22         DELCASALE, CASEY, MARTIN & MANCHELLO
             Registered Professional Reporters
23             Suite 636 - 1801 Market Street
             Philadelphia, Pennsylvania   19103
24                   (215) 568-2211
```

DelCasale, Casey, Martin & Manchello

John Radke, Ph.D.                                     442

1  never asked. I was never asked to do a media
2  study to find out if, you know -- what was going
3  on.
4         I was never asked -- I was never asked to
5  do a study to study what was going on in the media
6  before or after the FBI raid, so there were things
7  that were taking place in the aftermath of 1990,
8  and I have no idea what they were, and, you know,
9  we can look at -- we can look at this number, you
10 know, these numbers of diminution each year and
11 you know, in 1992 it goes down, and in 1994 it
12 comes up.
13        And I don't -- I wasn't asked to even study
14 that, nor was I asked to -- so that's my answer.
15        I wasn't asked to study that.
16 Q.   Dr. Radke, I'm going to ask the question
17 again. If I can't get the answer this time, I'm
18 just going to ask the court to compel you to
19 answer it.
20        Do you attempt to quantify specifically an
21 effect from the raid separate from proximity to
22 Rocky Flats?
23 A.   I only do proximity to Rocky Flats.
24 Q.   Proximity to Rocky Flats in 1988, according

DelCasale, Casey, Martin & Manchello