# Exhibit V

# ECONOMIC EFFECTS OF HAZARDOUS WASTE LANDFILLS ON SURROUNDING REAL ESTATE VALUES IN TOLEDO, OHIO

by
Gerald E. Smolen
Gary Moore
Lawrence V. Conway
Department of Finance
The University of Toledo
Toledo, Ohio

EXHIBIT

cannot be ignored.

CONCLUSIONS. The results of this study clearly demonstrate an adverse economic impact on residential housing values which are located in proximity to a toxic or radioactive landfill. Most notable of the findings is the considerable distant outward from the site of the landfill affected, in excess of 2.6 miles, and up to 5.75 miles. In addition, the rapidity of excess market adjustment to the announcement of the Riga Township low level radioactive landfill, and its subsequent withdrawal, provided sharp evidence of local real estate market efficiency. Consequently, research hypothesis 1 was rejected. Hypotheses 2, 3, and 4 were partially rejected, in that real estate sales prices were adversely affected in the 0 - 2.6 mile range, for the Envirosafe Landfill for each of the five years in the study. For sales occurring beyond the 2.6 mile radius housing values were not adversely affected. In this distance range, house sales prices were devalued with each incremental mile from $9,000 to as much as $14,000 in a particular year.

The newly proposed Riga Landfill for low level nuclear waste demonstrated a more pronounced price effect. The distance effect continued outward from the site to 5.75 miles. Statistical significance of the distance variable was first observed in 1989 data, the year the nuclear waste facility was announced. The distance variable became non-significant in 1990, once it was apparent the authorities would withdraw the proposal for the facility in Riga Township. The local real estate market was clearly responsive to bad news announcements, and demonstrated an ability to recover once the perceived adverse threat was removed.

The implications of these findings to individuals, businesses, and agencies involved with real estate transactions are important. Aside from the practical realities of leakage occurring to the surrounding environment, the location of a landfill of the toxic chemicals or nuclear carries with it costs exceeding the mere acquisition cost of site land used to store wastes. The results clearly demonstrate the adverse economic impact extends outward well beyond the actual disposal site. Indeed, the costs become borne by surrounding real estate owners. The more densely populated the surrounding area, the more costly in the aggregate will become the disposal site. These costs affect not only private real estate owner's wealth, but the tax base of the local municipalities. Tax revenues tied to real estate values decline with property values, unless offset with higher rates.

One final conclusion: authorities charged with planning toxic waste disposal site locations must take care to avoid "falsely" alarming the nearby residents in the vicinity.

22