# Exhibit W



# ZIA RESEARCH ASSOCIATES

ESTABLISHED 1973

SANTA FE PROPERTY VALUE

OPINION RESEARCH SURVEY

REGARDING THE WIPP BYPASS

July 24, 1990

Ron Faich, Ph.D.

Prepared by:
Renate Mahler
Executive Vice President

**EXHIBIT**
Hunsperg 10I

5907 ALICE N.E. SUITE A • ALBUQUERQUE, NEW MEXICO 87110 • (505) 255-8111

42

## VI. CONCLUSIONS

First, it should be pointed out that a large majority (87%) of Santa Fe County residents (which includes city of Santa Fe residents) believe the prices of private homes and residential property values in Santa Fe County are increasing, while only 1% of the respondents believe the values of such properties are decreasing.

Of eleven environmental conditions that were presented to the residents for evaluation of their potential impact on the values of nearby residential property, a limited-access highway or freeway used to transport nuclear waste was ranked as the third highest factor, after a polluting manufacturing plant and a landfill and waste dumping site, as having the greatest impact on <u>decreasing</u> the value of nearby residential property. Seventy-nine percent of Santa Fe County residents said that an environmental condition such as a nuclear transport highway would decrease property values. Only 6.4% of the residents believe that such a road would increase property values of nearby residential property, and other 14% believe that such a nuclear factor will not affect the value of such property.

When asked about their familiarity with the Waste Isolation Pilot Project (WIPP) and the proposed WIPP bypass road through Santa Fe, 93% of Santa Fe County residents were found to be familiar with the WIPP bypass highway through Santa Fe.

ZIA RESEARCH ASSOCIATES, INC.