# Exhibit Y

Page 2959

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

  Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
COMPANY,

  Defendants.

_____

REPORTER'S TRANSCRIPT
TRIAL TO JURY
VOLUME 19

_____

   Proceedings before the HONORABLE JOHN L. KANE, JR.,

Senior Judge, United States District Court for the District of

Colorado, commencing at 1:24 p.m., on the 27th day of October,

2005, in Courtroom A802, United States Courthouse, Denver,

Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Gwen Daniel, 901 19th Street,
Room A259, Denver, Colorado, 80294, (303) 629-9285

1          MR. KURTENBACH:  Object to the form of the question,

2   your Honor.

3          MR. DAVIDOFF:  It's a prefatory question, your

4   Honor --

5          THE COURT:  It's also an editorial question.  The

6   objection is sustained.

7   BY MR. DAVIDOFF:

8   Q.  Was there much public information at all out about this

9   plant before May of 1969?

10          MR. KURTENBACH:  I object to the foundation.

11          THE COURT:  Overruled.

12   A.  Not much.

13   BY MR. DAVIDOFF:

14   Q.  After the May 1969 fire, there were some investigations; is

15   that correct?

16   A.  Correct.  The Atomic Energy Commission put together an

17   expert panel which did an extensive investigation of that large

18   fire and had produced a voluminous investigation report which

19   I've studied.

20   Q.  Now -- and we'll come to that Monday morning, because I

21   think that's too big a subject to get into today.

22          But going back to the studies that were done off-site,

23   were there studies made of off-site plutonium contamination?

24   A.  The first extensive study of plutonium contamination

25   off-site was not done by anybody associated with the agency or

1    Dow; it was done by a Dr. Martell, who was an employee in

2    Boulder of the NOAA laboratory, the National Oceanic and

3    Atmospheric Administration laboratory in Boulder.  But he

4    wasn't doing it in his Boulder capacity, his NOAA capacity; he

5    was doing it as a member of a citizens nonprofit group who

6    decided to make measurements in late 1969 and early 1970 to try

7    to see if they could figure out whether large or small

8    contamination, whatever, had come from the large fire that had

9    occurred in May 1969.  That fire had received a lot of

10   publicity, and they decided to go out into the environment and

11   see if they could measure plutonium from that fire.

12        And the Martell group published their first work, I

13   believe, in 1970, in January, this was eight months after the

14   fire.  And what they found was a pattern that clearly pointed

15   to the 903 pad rather than to the fire as the source of that --

16   the geometrical configuration, and so on, clearly pointed to

17   the 903 pad as the source of the contamination that they

18   observed, and they published that.

19        That publication then resulted in the Atomic Energy

20   Commission commissioning their own experts to do a study that

21   was similar in its scope.  Two experts from -- and they really

22   were very fine experts.  I knew them at the time, named Krey

23   and Hardy, who were employees of the government, AEC employees,

24   who worked in a laboratory in New York City that was the

25   government's main laboratory for making very low-trace

1    environmental measurements around the world.

2            These experts came out here, and they went around and

3    they took soil samples around east of the site in this area

4    that's roughly in color that you can see here that were -- by

5    the way, that's about where Martell had studied it too, and

6    they also had found contamination not very different -- it was

7    not very different in the findings from what Martell himself

8    had found.  And these AEC people also clearly tied it to the

9    pattern that would have emerged from the 903 area.

10           They published their first work in October of 1970,

11   the Martell had been in January, I believe, that's only a

12   memory, I think that's right, though, and those two studies

13   taken together, because they were within -- you know, just

14   shortly thereafter, are the principal contemporaneous studies

15   of the soil concentrations of plutonium that we have with us.

16           Studies have been done since then, five years later or

17   15 years, 20 years later, and they're not as valuable to us as

18   studies done right away thereafter because those studies are

19   before you could possibly have this stuff spread somewhere else

20   or become resuspended and spread -- you know, spread somewhere

21   else.  So they were close enough to the actual dispersion

22   itself from the 903 pad that everybody who studied them at the

23   time agreed, and I agreed, that they clearly show a pattern

24   that point to the 903 pad as the source of this contamination.

25           And they were unable, by the way, to identify

1    significant contamination from the 1969 fire, which is what

2    they were set out to do, what Martell set out to do.

3    Q.  All right.  Now let me just see if we can focus on a couple

4    of things -- of these studies.  First of all, you mentioned

5    that Martell was with NOAA.  Is that N-O-A-A?

6    A.  He was employed by NOAA, the National Oceanic and

7    Atmospheric Administration.  He was not doing it as an

8    employee; he was doing it in his spare time.

9    Q.  He was a scientist who was concerned on his own?

10   A.  That's correct, just a citizen doing it on his own,

11   although he had a small nonprofit group that had raised money

12   to pay for his expenses to do this.

13   Q.  Is he the first scientist to have discovered the spread of

14   off-site contamination, plutonium contamination from the Rocky

15   Flats site?

16   A.  I believe so.  I don't believe there were any other

17   publications before his that measured that contamination

18   off-site.

19   Q.  So it wasn't until Martell did his study that the AEC sent

20   its own scientist?

21   A.  That's correct.

22   Q.  And its own scientists were Drs. Krey and Hardy?

23   A.  Correct.

24   Q.  Okay.  And what did they do, what types of sampling did

25   they --

1   A.   They took samples of the soil, sometimes surface samples of

2   the first quarter inch or so, and sometimes they would go all

3   the way down deeper to try to figure out whether it had gone

4   deeper.   They took -- by the way, there was a particular

5   protocol for how you take these samples so you don't screw up

6   the measurement you are about to make, and they used -- both of

7   them used, and this has been well established, there are some

8   things you do and don't do in terms of the tools you use, and

9   they both followed the procedures properly.

10          They took the samples back to their laboratory.   In

11   Martell's case it was the laboratory in Boulder; in the Krey

12   and Hardy case they brought it back to New York where they had

13   instruments.   And they measured the plutonium in that soil by a

14   chemical technique that then leaches the plutonium out of the

15   soil itself, and then they counted the plutonium because it's

16   radioactive and was able to measure how much plutonium was in

17   the soil.

18          And they took samples, many samples, all around the

19   area -- they went into different neighborhoods.   Krey and Hardy

20   actually went out some 20-odd miles, way out to the east.

21   Martell didn't go so far out.   I think his things were limited

22   to the first ten miles.   They went south and east and north,

23   and they even took a couple to the west.   They didn't see much

24   to the west because, of course -- I shouldn't say of course,

25   they discovered there wasn't much to the west, because there

1  wasn't, it was -- blew west to east.

2  Q.  It blew west to east?

3  A.  Yeah, it was west to east, and that's obviously the events

4  that happened.

5        So they actually through their measurements confirmed

6  that it was the wind, because -- well, if it was west to east,

7  then there wasn't anything to the west, because the wind was

8  blowing this way.

9        So their patterns are the patterns we have all relied

10  on since, although there have been other measurements since, to

11  enable us to reconstruct where it went, how much concentration

12  went where, where it ended up, and how much was in the soil,

13  and how deep it went into the soil, and so on.

14        MR. DAVIDOFF:  May I approach this map, your Honor?

15        THE COURT:  Yes.

16  BY MR. DAVIDOFF:

17  Q.  And if you can't see me, Dr. Budnitz, let me know.

18  A.  I can see you.

19  Q.  The jury has heard throughout this trial the term "medium

20  plutonium contour," and this very furthest part of the class

21  area is just about six miles or less from the boundary of the

22  plant, and most of the class area is nearer in.  Have you ever

23  heard the term "medium plutonium contour"?

24  A.  I've seen it used.

25  Q.  Okay.  Did Martell and Krey and Hardy, the NOAA scientists