# Exhibit Z

Page 6797

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
TRIAL TO JURY
Volume 54

_____

      Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, continuing at 1:27 p.m., on the 7th day of December, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Therese Lindblom, 901 19th Street, Room A259, Denver, Colorado, 80294, (303) 628-7877

Page 6845

1  Q.  That then ultimately gives you the 105 number, right?
2  A.  That's correct.
3  Q.  Then you went through the same thing and applied the same
4  approach for attached homes to come up with the 24 million,
5  correct?
6  A.  That's correct.
7  Q.  Okay.  Now, isn't it correct that the really key -- just
8  like we have for the others, the key judgment that you had here
9  based upon Radke's work was the 8 percent diminution, right?
10 A.  That's right.
11 Q.  And you got that from looking at his multiple regression
12 data?
13 A.  That's right.
14 Q.  Now, what I have done -- and correct me if I'm wrong,
15 but -- well, let me put up the second chart so we can take a
16 look at it.
17         The next chart is 1533.
18         While that's being done, I actually have a copy of it
19 here, Mr. Hunsperger.
20         All that I've done is to take the -- each of the
21 years, '88, '89, '90, '91, et cetera, through '95, and I put at
22 100 percent the value of the non-class area prices, and then
23 I've just shown the diminution each year, beginning with 1988.
24 So in 1988, it was 7.68 percent.  In 1989, it was 7.29.  In
25 1990, it was 9.3, et cetera, down to 1995, where it was 5.45.