# EXHIBIT INDEX TO
# DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
# FOR ENTRY OF JUDGMENT: PREEMPTION

| TAB | DESCRIPTION |
| --- | --- |
| 1 | Atomic Energy Act of 1946, 60 Stat. 755 |
| 2 | Atomic Energy Act of 1954, 68 Stat. 919 |
| 3 | AEC Manual, Chapter 0201 The AEC Issuance System, December 7, 1953 |
| 4 | AEC Manual, Chapter 0201 The AEC Issuance System Excerpt, September 2, 1955 |
| 5 | AEC Manual, Chapter 0524 Permissible Levels of Radiation Exposure, February 1, 1958 |
| 6 | AEC Staff Paper 985, AEC Revision of Permissible Levels of Radiation Exposure, Note by the Secretary, October 9, 1957 |
| 7 | TN-000-22, AEC Manual, Chapter 0522 Basic Guides for Radiation Protection, February 26, 1954 |
| 8 | TN-0000-190, AEC Manual Revision, Chapter 0550 Codes and Standards for Health, Safety, and Fire Protection, August 29, 1957 |
| 9 | W.B. McCool Memo to C.L. Dunham re Commission Decision on AEC 985, November 4, 1957 |
| 10 | O.S. Smith Memo to R.W. Cook re Proposed AEC Manual Chapter 0524, December 10, 1957 |
| 11 | National Bureau of Standards, Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water Excerpt March 20, 1953 |
| 12 | J.A. Auxier and J.R. Frazier Affidavit Excerpt, February 3, 1999 |

| TAB | DESCRIPTION |
|---|---|
| 13 | AEC Manual, Chapter 0524 Standards for Radiation Protection Excerpt, August 12, 1963 |
| 14 | AEC Manual, Chapter 0524 Standards for Radiation Protection Excerpt, November 8, 1968 |
| 15 | ERDA Manual, Chapter 0524 Standards for Radiation Protection Excerpt, March 30, 1977 |
| 16 | DOE 5480.1, DOE Order re Environmental Protection, Safety, and Health Protection Program for DOE Operations Excerpt, May 5, 1980 |
| 17 | DOE 5480.1A, DOE Order re Environmental Protection, Safety, and Health Protection Program for DOE Operations Excerpt, August 13, 1981 |
| 18 | W.A Vaughn DOE Memo to Distribution re Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities, August 5, 1985 |
| 19 | Contract No. AT-(29-1)-1106 by the United States and The Dow Chemical Company, January 18, 1951 |
| 20 | Modification 55 to Contract No. AT-(29-1)-1106 by the United States and The Dow Chemical Company Excerpt, June 19, 1957 (Effective July 1, 1957) |
| 21 | Modification 92 to Contract No. AT-(29-1)-1106 by the United States and The Dow Chemical Company Excerpt, August 21, 1962 (Effective July 1, 1962) |
| 22 | Modification 104 to Contract No. AT-(29-1)-1106 by the United States and The Dow Chemical Company Excerpt, Effective July 1, 1967 |
| 23 | Contract No. AT(29-2)-3533 by the United States and Rockwell International Excerpt, Effective June 30, 1975 |
| 24 | Modification M124 to Contract No. DE-AC04-76DP03533 by the United States, DOE, and Rockwell International Excerpt, Effective January 1, 1989 |