# Exhibit 3

origin 1959
0201 file

TN-0000-1

# U.S. ATOMIC ENERGY COMMISSION
## MANUAL

### TRANSMITTAL NOTICE

---

## Chapter 0201 AEC ISSUANCE SYSTEM

---

1. Attached is AEC Manual Chapter 0201 which establishes the AEC Manual as the new, official issuance system for the AEC. Until selective distribution patterns have been developed, distribution of this and subsequent chapters will be identical to that of the GM Bulletins.

2. This "Instruction" and all subsequent Manual Instructions should be filed numerically in a three-ring binder and maintained, wherever possible, adjacent to your set of existing GM Bulletins. As Manual Instructions are issued, the superseded GM Bulletins and other directive-type materials will be cancelled. However, a Manual Instruction shall supersede all prior directives regarding the policy or procedure covered by it, whether or not the prior directive is rescinded specifically.

3. All "directive-type" issuances, as defined in Section 0201-031 of the attached Instruction, will, after this date, be published in accordance with the AEC Issuance System. New or revised GM Bulletins will be issued only when:

   a. The GM Bulletin had been approved and was in the process of being reproduced prior to the issuance of this chapter, or

   b. An important directive must be published prior to the final determination of the functional and topical arrangement of one of the AEC volumes or the numbering within that volume.

M. W. Boyer
General Manager

**Approved**   October 26, 1953

**Issued**   December 7, 1953

DOE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

# U. S. ATOMIC ENERGY COMMISSION
## AEC MANUAL

| Volume: | 0000 | General Administration | AEC 0201-01 |
|---|---|---|---|
| Part: | 0200 | Administrative Procedures and Services | OPSPD |

## Chapter: 0201 THE AEC ISSUANCE SYSTEM

**0201-01** Policy.

The United States Atomic Energy Commission:

    a.  will issue in a systematic and integrated manner the information necessary for a coordinated, integrated, consistent program of administration to attain its assigned objectives--whether the material is of a directive or an advisory nature;

    b.  will issue directives to contractors only by or through the Administrator of the contract.

**0201-02** Purpose.

    021 Of This Chapter. This chapter establishes and describes the system of administrative issuances to be used in carrying on the work of the United States Atomic Energy Commission, prescribes uniform standards for preparation and promulgation of issuances in those areas where uniformity is essential to effective administration, and assigns responsibilities for actions related to the system.

    022 Of Issuance System. The AEC Issuance System provides a carefully formulated, orderly means for communicating to all organizational elements the policies, standards, and procedures to be followed in achieving the integration necessary to attain group goals and provides a permanent record for ready reference of all approved statements of such policies, standards, procedures, and related informational material.

The system is designed also to facilitate the administration of the nation's atomic energy program by:

    a.  grouping effectively the issuances on any specific subject by relating the Instructions on a subject with the nondirective materials issued on the same subject.

    b.  clarifying or resolving issues regarding policies, procedures, responsibilities, and organizational relationships.

    c.  differentiating, where practicable, between materials of a directive nature (Instructions) and those of a purely informational nature.

December 7,, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

    d.   differentiating between Instructions of a continuing nature and those of a temporary nature.

    e.   providing an effective aid for training employees in AEC policies and procedures.

0201-03  <u>Definition, Scope and Content.</u>

An AEC Issuance shall be promulgated either as a section or chapter of the AEC Manual of Instructions, as an Announcement, or as a Special Pamphlet. Manual issuances shall be transmitted to AEC units by Transmittal Notices; transmissions to contractors shall be designated Contract Administrator Notices (or "C. A. Notices").

   031  <u>The AEC Manual of Instructions</u> (hereinafter called the AEC Manual) is the medium for and definitive reference source of AEC-wide issuances deemed essential to the effective management of AEC. The Manual is composed of a series of Volumes listed in 0201-04, each of which is devoted to a major functional area of the AEC. These Manual Issuances are comprised of Instructions and Appendices. Instructions by any official of the AEC shall be consistent with the provisions of the AEC Manual.

(<u>Codification Note:</u> All GM Bulletins and other existing directive type issuances remain in effect until such time as Manual Instructions are issued to cover the same subject matter. The Transmittal Notice accompanying the new Instruction will list and rescind specifically all superseded materials to the maximum extent practicable; where an existing document is affected only in part such part is to be designated clearly and shall be rewritten and issued simultaneously. However, in order to establish clearly a single set of regulatory materials and recognizing that in the past directives have been issued by a multiplicity of media making complete identification of such perhaps impossible, a Manual Instruction shall supersede all prior directives regarding the policy or procedure covered by it, whether or not the prior directive is rescinded specifically. )

    a.   Manual Instructions include every directive-type issuance which establishes or modifies organization, delegates authority, states a policy, prescribes a method or procedure, or establishes mandatory standards of operation except those directives issued by a Division Director directly to his subordinates, including Operations Offices, on matters which are within his delegation of authority. Manual Instructions are issued by authority of the General Manager. Their provisions are mandatory, except as specifically provided therein, and shall be adhered to by all parts of the organization to which they apply. Procedures set forth therein shall be no more detailed than is necessary to insure the required uniformity of application. Scientific materials, such as technical monographs, may be excluded unless it is determined to be necessary or appropriate to include them.

December 7, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

b.   Temporary Instructions also are included in the Manual. Such an Instruction shall contain provision for and the date of its own termination which ordinarily will be no more than 60 days after promulgation. Temporary Instructions are to be printed on blue paper to distinguish them from permanent materials. (See Appendix 0201-031b)

c.   Informational materials having no directive character but pertinent to AEC programs and deemed necessary to assure full and complete compliance with Manual provisions and which addressees are to retain for their reference and guidance are to be issued as Appendices to Manual chapters. These will include illustrations or examples of completed forms, sample graphs, tables, or similar illustrative data. Appendices are to be printed on light green paper (except in cases where the sample document is to be printed on colored paper stock); they may be placed either immediately following the reference or at the end of the chapter.

d.   Classified materials of a Manual nature as described in "a" above are to be cross referenced in a Manual page as shown in Appendix 0201-031c. At such time as the material is declassified it shall be included in the Manual if its provisions still apply.

e.   Instruction-type materials which, because of their special size (i. e. pocket-size handbooks) cannot be included in a Manual binder, shall be processed in the manner prescribed for Manual materials and will be referenced in the Manual.

032  Transmittal Notices shall be used to forward Manual issuances to AEC recipients; they shall be prepared by the initiator of the issuance and shall set forth the general objectives of a new issuance or changes in a revised issuance, briefly explain any changes, list existing materials superseded by the new Instruction, and shall include instructions for deletion of obsolete material. Transmittal Notices shall be serially numbered by volume and may be filed together at the end of the applicable volume as a guide to the currency of the volume. (See Appendix 0201-032)

033  Contract Administrator Notices is the designation given the formal means of transmitting issuances to contractors. These Notices shall use the prefix of the transmitting office and shall be numbered either serially or serially by volume. Further identifying symbols may be added for the convenience of the Operations Office.

034  Special Purpose Manuals. Certain volumes or parts of the AEC Manual, in themselves, constitute specialized manuals; other special-purpose manuals of Instructions can be assembled by selecting those AEC Manual issuances, both Instructions and Appendices, which completely cover the desired subject. An Office or Division desiring to establish such a special-purpose

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

Manual should compile a listing of chapters considered pertinent to the special topic which will serve as a Table of Contents for the desired specialized manual. This arrangement offers an effective and economical means of assembling all Instructions for a special purpose and of keeping such Manuals up to date through frequent distribution of a current specialized Table of Contents. This manner of assembling special-purpose manuals eliminates undesirable duplicating and perhaps conflicting coverage of subject matter. Special Purpose Manuals, being composed of regularly issued Instructions, of course, carry the full directive authority of the AEC Manual and the provisions of 0201-031 apply to them. Intermediate levels such as Operations and Area Offices can key their issuances into such a Manual in the same manner so that the ultimate user may have in one binder a single, complete collection of authorities and Instructions for specialized use.

035 Special Pamphlets. Special Pamphlets (i. e. orientation materials, handbooks, telephone directories, etc.) may be issued from a variety of sources in accordance with functional responsibilities. In certain cases where Special Purpose Manuals (0201-034) may not be adequate a Special Pamphlet may fulfill the need. Special Pamphlets will not include directive-type material as defined in 0201-031a but are for information only; to the extent necessary a Special Pamphlet may extract from or paraphrase an Instruction but in such cases the source Instruction must be referenced and it is the Instruction which carries directive authority--not the Special Pamphlet. Where organizational relationships are reflected in a Special Pamphlet listing, such listing will be cleared with the Division of Organization and Personnel at the issuance point (i. e. Headquarters or Operations Office).

A list of currently authorized pamphlets of this category is contained in Appendix 0201-035.

036 Announcements. An Announcement is a notice of a particular occurrence, such as a scheduled event or the appointment of an individual to a position. An Announcement has no mandatory character, shall not include directive-type material as defined in 0201-031a, and has no continuing reference value. Announcements are not to be filed with Manual materials.

037 Issuances of Other Agencies. Division and Office Directors and Managers of Operations receive direct certain instructions issued by other government agencies. Those which are forwarded on a regular basis through the Headquarters are listed in Appendix 0201-037. All such publications shall be forwarded to interested offices through or under arrangements made with the Issuance Control Section. Transmittal Notices setting forth the applicability of the issuance to AEC shall be prepared by the Division or Office having primary functional responsibility; where doubt exists as to what office has this responsibility, designation will be made by the Issuance Control Section. If it is necessary to issue an AEC Instruction to implement such regulations, such Instruction also is to be prepared by the Division or Office having primary functional responsibility.

December 7, 1953

DoE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

038 <u>Commission Papers</u> as such are not a part of the AEC Issuance System although they constitute an important part of the management communications of AEC. Just as the AEC Manual is the principal means of disseminating policy and procedure downward, Commission Papers are the principal formal means for relaying information and recommendations upward to the General Manager and through him, to the Commission. Instructions for the preparation and submission of staff papers have been separately issued by the Office of the Secretary, as Info Memo 63/2. Commission-Papers which have an impact such as that set forth in 0201-031 require incorporation of their essentials into the Manual; the initiator of a Commission Paper normally has the responsibility for preparing the Manual issuance.

0201-04 <u>AEC Manual Structure</u>.

The AEC Manual is composed of nine volumes organized on a functional basis. (One other volume is open for expansion.) The subject matter of each volume is classified systematically into Parts, Chapters, and Sections. This system has been adopted to assure maximum integration of related subject matter, flexibility in inserting new materials, and simplicity in referring to contents of the system.

041 <u>Volumes</u>. The Volume is the primary sub-division of the Manual; in common parlance a Volume may be referred to as a "Manual." Volume subject matter generally corresponds to one or more major functions of the AEC. Designations are as follows:

| Volume | Subject Matter |
|--------|----------------|
| 0000 | General Administration |
| 1000 | Finance |
| 2000 | Security |
| 3000 | Information and Classification |
| 4000 | Personnel |
| 5000 | Contracting, Supply and Transportation |
| 6000 | Construction |
| 7000 | Materials and Products |
| 8000 | Research and Application |
| 9000 | Open for Expansion |

(Appendix 0201-041 reflects the relationship between AEC Manual Volume--subject matter, former GM Bulletin materials, and AEC Filing Manual Categories.)

042 <u>Parts</u> serve as second order sub-divisions within Volumes. These ordinarily will be of a major group nature (i.e. Finance Volume will be composed of Six Parts--Accounting, Auditing, Budgeting, Insurance, Travel and General.

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

043 <u>Chapters</u> serve as third order sub-divisions; they normally will deal with a single subject in a manner similar to that of the former GM Bulletins (i. e. the Accounting Part of the Finance Volume will contain Chapters designated "General, " "Accounting Transfers, " etc. )

044 <u>Sections</u> comprise fourth order sub-divisions. Section designations normally are followed immediately by textual material (i. e. Chapter on Accounting--"General" will contain Sections on "Basic Policies", "Revision of Manual, " etc. )

0201-05 <u>Numbering of the Manual.</u>

A modified Dewey decimal system is used.

051 <u>Citations</u> will be composed of a minimum of six numbers (i. e. 0201-01); a seventh number (third following the dash) may be used also. The fourth number to the left of the decimal indicates the Volume, the third from the left indicates the Part; the first two numbers indicate the Chapter. The first two numbers to the right of the decimal indicate the Section; a third number if used, indicates a sub-section.

Example:    In the reference citation 0201-012
the "General Administration" Volume is designated 0000
the "Administrative Procedures and Services" Part is
     designated 0200
the "AEC Issuance System" is designated 0201
the "Definition, Scope and Content" Section is designated
     0201-03
the "Announcement" sub-section is designated 0201-036

An outline form combining lower case letters and arabic numerals (i. e. a, 1, (a), (1), <u>a</u>, <u>1</u>) may be used for subordination or listings either within a section or a sub-section.

052 <u>Pages</u> will not be numbered serially. The upper outside corner of each page will indicate the number of the first new section on the page. If no new section begins on the page, the number of the section whose material is covered on that page will be used; if more than one page thereby is designated by the same number the first page number will be followed by an 'A'--the second followed by 'B', etc.

053 <u>Manual Issuance Prefixes</u>. Manual Issuance (defined in 0201-03) will bear the prefix AEC (i. e. AEC 0201). Additional series are assigned as follows:

| | |
|---|---|
| Chicago Operations Office | CH |
| Grand Junction Operations Office | GJ |
| Hanford Operations Office | HA |
| Idaho Operations Office | ID |

December 7, 1953

DOE Records Center - GTN    Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

| New York Operations Office | NY |
| Oak Ridge Operations Office | OR |
| San Francisco Operations Office | SAN |
| Santa Fe Operations Office | SF |
| Schenectady Operations Office | SCH |
| Savannah River Operations Office | SR |
| Washington Headquarters | WA |
| Division of Raw Materials | RM |

All numbers in the AEC and WA series are assigned by the Issuance Control Section at Washington Headquarters. New field activities will be assigned prefix designations as required.

0201-06  Format.

The subject matter of each functional area shall be arranged in a logical sequence so that a Table of Contents will reflect generally an outline arrangement of the field. Each chapter is to present a concise statement of the established basic policies, standards, and necessary procedures. This will be followed by any descriptive material considered essential to make clear the intent of the policy. All written material is to be in simple, direct language. The AEC Manual is issued in loose-leaf form to facilitate additions and revisions. Manual pages will be published on white paper (unless otherwise specified), 8x10 1/2 inches in size and will be punched for insertion in three ring binders. Examples of page layout are shown in Appendix 0201-06 a and b.

0201-07  Relation to Contracts

AEC Instructions frequently affect certain categories of contracts or contracting procedures, but do not affect other categories. In such cases, the proposed AEC Instruction shall include provisions defining its applicability. Where provisions of a proposed AEC Instruction are found to conflict with provisions of an existing contract between the AEC and one of its contractors, the Office or Division administering the contract is to make known these facts in its comments (See section 0201-133). Consideration shall be given the situation by the initiating office, and the Instruction shall include appropriate provisions regarding its applicability, if any, to such existing contracts. Except under unusual circumstances any proposed Instruction shall not require the renegotiation of existing contracts. Any exceptions to the provisions of an Instruction must be obtained in advance from the initiating office through the appropriate Operating Division Director.

0201-08  AEC Manual Issuance Procedure.

The normal procedure for issuing an AEC Manual Instruction is charted in Appendix 0201-08.

December 7, 1953

DOE Records Center - GTN  Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

AEC 0201-081                                    THE AEC ISSUANCE SYSTEM

081 <u>Initiation and Preparation.</u> A Manual Issuance shall be initiated by the organizational unit having primary functional responsibility for the area to be affected by it. All Divisions on whose work a proposed Instruction will have a direct impact should be afforded an opportunity to collaborate in developing the draft Instruction. In preparing Instructions, it is to be kept in mind that they are directed to AEC units rather than to contractors; however, they shall be written in a manner which will admit of their being passed on to contractors, preferably without rewriting. Two questions should be asked concerning each Section written: Is this essential? and Is it stated concisely, clearly, and unequivocally so the reader will have no doubt as to what is meant? Unless both questions can be answered "yes," the material requires rewriting. The draft is to be a completed staff job insofar as the initiating office is concerned; full copies of appendices, tables, forms, or other materials to be incorporated in the proposed Instruction are to be included. Initiators of Instructions are urged to contact the Issuance Control Section regarding questions of form, interpretation of standards, consistency with existing or proposed policies or related issuances, completeness, style, and conformity to the provisions of this Chapter.

082 <u>Coordination.</u> A distinction is to be maintained between the process of seeking comments on and that of obtaining final clearance of a Manual issuance. Clearances, as outlined below, must be obtained for all Instructions. Only comments, where appropriate, however, need be obtained before publication of most Appendices. In cooperation with the Issuance Control Section, the initiator determines the necessary additional coordination with other organizational units. At this time, the Section is to be provided with a copy of the proposed issuance and will establish a file on it.

    a.   Comments are the normal means by which interested units participate in the development of AEC policies and procedures. Normally circulation to the field for comments is not required in situations where AEC has little latitude for policy determinations (i.e. Instruction is based on statutes, federal regulations, etc.) or where only a very minor revision is being made. However, where it is determined that other Divisions, Offices, or Operations Offices have a legitimate interest in the contents of the proposed Manual issuance, the draft proposal shall be circulated for comment simultaneously to all such units (See Appendix 0201-082 for information as to number of copies required). All comments are to be returned to the initiating office within 30 days from date of distribution unless otherwise specified; normally this should permit 20 days for Operations Office review and 10 days for the Operating Divisions to review Operations Office comments and to prepare their own comments. Copies of Operations Office comments shall be forwarded to the initiator at the same time. The initator of a Manual issuance shall give full consideration to all comments submitted.

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

THE AEC ISSUANCE SYSTEM                                      AEC 0201-082

b.   Clearance with interested units insures that no unilateral
     actions are taken. Minimum clearance of proposed Instructions
     requires concurrences from Operating Divisions, the Office of the
     General Counsel and the Division of Organization and Personnel.
     Some final drafts of Instructions require clearance from all
     Washington Divisions and Offices; ordinarily they need not be
     submitted for Field clearance. When doubt exists as to the
     proper scope of clearance required, advice should be sought
     from the Issuance Control Section.

c.   Expedition of the process is furthered by the following proce-
     dure. Each reviewing Division or Office shall be supplied with
     an individual copy of the proposed issuance with provisions for
     separate final concurrences. These later can be typed into the
     final copy (See Appendix 0201-082b) that is submitted for inclu-
     sion with the papers to be forwarded for the appropriate authen-
     ticating signature. The draft shall be transmitted by a covering
     memorandum setting forth the information needed to make pos-
     sible an informed decision on the contents of the draft and mak-
     ing clear exactly what is required--whether the draft is being
     sent for information only, for initial comments, or for final
     concurrences. If a comment or clearance is not received when
     the deadline has expired, the initiator may advise the non-
     responding unit of his intention to proceed with the next step in
     the issuance procedure and forward to the Issuance Control Sec-
     tion a statement of the efforts made to obtain comment and/or
     clearance, the time allowed, and the lack of concurrent action.
     Attached as appendices are sample cover sheets to be used for
     transmitting draft AEC issuances.

     1.   Where it is anticipated there will be considerable staff in-
          terest and comment, a yellow cover sheet shall be used
          (Appendix 0201-082b1) for transmittal of drafts either In-
          struction or Appendices. The time allowed shall be ample
          for a thorough review.

     2.   Where extensive comments already have been received and
          draft Instructions now are being circulated for final concur-
          rence, a pink cover sheet shall be used (Appendix 0201-
          082b2) for transmittal. Time limits may be shortened
          accordingly.

     3.   Where it is anticipated that draft Instructions will not re-
          quire extensive comments and normally should receive a
          final concurrence on the first review, a green cover sheet
          shall be used (Appendix 0201-082b3) for transmittal. Time
          limits may be as short as that usually allowed for final con-
          currence.

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

083 <u>Resolution of Differences</u>. Every reasonable effort shall be made by the originator to resolve any differences of opinion with interested offices as to provisions of a proposed Instruction. Normally this will be done by informal means. If agreement cannot be reached, the views of each non-concurring unit shall be submitted by the initiator to the Issuance Control Section for the consideration of the General Manager; these papers shall include:

    a.   the draft of the proposed Instruction,

    b.   a summary of the proposal and reasons why it should be adopted --including responses to adverse comments (prepared by the initiator),

    c.   signature pages from each concurring unit,

    d.   statements prepared by the initiator summarizing conflicting viewpoints and the reasons therefore (copies of these statements will be sent to the non-concurring units), and

    e.   copies of comments submitted by the non-concurring units.

084 <u>Indexing</u>. The initiator of a Manual issuance, either Instruction or Appendix, shall submit to the Issuance Control Section a topical index of the subject covered in the issuance and the appropriate Table of Contents entries. These index and Table of Contents entries are to be incorporated with all others by the Issuance Control Section. A new complete topical index shall be prepared by the Issuance Control Section when necessary but no less often than every three months. An up-to-date Table of Contents likewise is to be prepared by this Section on at least a semi-annual basis; this Table will reflect the original date of issue of the chapter as well as the date of the latest revision of any section of the chapter.

085 <u>Control Administration</u>. The Issuance Control Section shall make a final review of all drafts before they are forwarded to the appropriate officer for authenticating signature. This action includes:

    a.   reviewing all proposed issuances for implications of a policy or organizational nature, to assure that conflicting or irrelevant material is not issued, that uniform style and format are maintained, and to raise any additional questions as to propriety, feasibility, or timing.

    b.   clarifying ambiguous language and removing possible contradictions, in cooperation with the originator.

    c.   assigning issuance to proper media (Manual Instruction or Appendix, Announcement, or Special Pamphlet; Volume, Part, Chapter, and Section).

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

    d.   insuring proper indexing.

    e.   assuring that the appropriate clearances are in order before forwarding for signature.

    f.   if clearances are not in order, reviewing statements opposing promulgation of the Instruction for purpose of determining appropriateness of comments in terms of Issuance system's provisions and preparing file and forwarding to the General Manager for his determination regarding advisability of authorizing issuance of any controversial Instruction.

086 <u>Authorization and Signature</u>. All AEC Instructions are issued by the authority of the General Manager.

Each Washington Division Director may issue AEC and WA Instructions on matters falling within his delegation of authority and responsibility providing the proposed Instruction has been concurred in by all interested Divisions and Offices (See section 0201-082). In such cases it is the responsibility of the initiator of the Instruction to secure the advice and final review and concurrence of the Issuance Control Section before it is forwarded to the Division Director for signature. Division Directors are to assure themselves that this step has been taken before authenticating the Instruction.

In cases where there is a failure to concur on the part of any interested Division or Office, or where there is a jurisdictional conflict, the proposed AEC Manual Instruction and the file as outlined in 0201-083 with the recommendation of the Issuance Control Section shall be sent by the Issuance Control Section to the Office of the General Manager for authorization to issue; none may be sent by the initiator directly to the General Manager. Following the General Manager's determination regarding issuance, it will be returned to the Issuance Control Section for appropriate action.

No signature will appear on an individual Instruction except in a case where it forms an integral part of the document as in certain delegations of authority; however, each Transmittal Notice covering an Instruction will carry a facsimile signature of the authorizing official.

Appendices always are issued by the Director of the Division or Office having primary functional responsibility although they are to be submitted to the Issuance Control Section for final review and clearance (See section 0201-085 a thru d).

087 <u>Reproduction and Distribution</u>. The Issuance Control Section shall arrange with the Division of Construction and Supply for reproduction and distribution of all issuances.

    a.   Printing of Manual issuances normally will be done by the Government Printing Office, which usually requires a minimum of

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

two weeks' time. Where a more rapid method of publication is urgently needed, arrangement may be made for reproduction by AEC facilities. Assistance on the use of this procedure can be obtained from the Issuance Control Section.

b.  Distribution policy aims to make available to all organizational units in the AEC and among its contractors those issuances necessary to carry on the work of the unit; a second goal is to accomplish the necessary distribution with maximum practicable economy. It usually will be more economic to provide sufficient copies from the original reproduction point rather than necessitate additional reproduction at receiving points.

1.  Original distribution of Manual issuances is according to standard distribution lists administered by the Issuance Control Section. Requests for changes should be submitted to that Section. Copies of the current listings shall be circulated annually by the Issuance Control Section to provide offices an opportunity for review and revision.

2.  Additional copies of AEC and WA Manual issuances for Washington Divisions and Offices shall be requested in limited quantities (1 to 10 copies) of individual pages or chapters from the Mail and Message Center; requests for bulk quantities (more than 10 copies) or for complete Manuals shall be directed to the Washington AEC Warehouse.

3.  Operations Office requirements for additional copies will be filled by using the following procedure:

(a)  The Issuance Control Section will issue a blank requisition showing a list of current Manual issuances on February 1 and August 1 of each year. In order to obtain maximum economies in reproduction, warehousing, and distribution Operations Offices shall requisition through the Issuance Control Section sufficient supplies of Manual issuances to cover their six months' needs.

(b)  If emergency requests for copies of Manual issuances are required, they shall be sent to the Issuance Control Section.

4.  Copies of obsolete issuances are to be destroyed locally.

088  Revisions and Cancellations.

a.  Procedure for revising or cancelling a Manual Instruction or Appendix is the same as that set forth in the preceding provisions of this Section for a new issuance. In the lower outside corner of the

December 7, 1953

DOE Records Center- GTN  Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

THE AEC ISSUANCE SYSTEM                                    AEC 0201-089

page will be shown the date of revision (i.e. Rev. December 1, 1953). Revised issuances normally will carry the same Volume, Part, and Chapter number; but, in revisions of chapters, Section numbers may be altered. Minor changes or revisions may be made either by issuance of revised pages or by pen-and-ink changes as directed in Transmittal Notices. Page revisions ordinarily will be used in preference to pen-and-ink changes. If new regulatory text is inserted; it must be clearly identified by broken underscores as used with this sentence. Where deletions are made from the text they will be shown by inserting five broken underscores_ _ _ _ _ at the point of deletion. Wherever entire paragraphs are changed, they will be set off by an asterisk at beginning and end of the paragraph. This information defining revised portions of an issuance will be shown only at the time of the original revision; in subsequent publications of the issuance, only the then new revision will be so shown.

b.  Obsolete provisions of the Manual are to be cancelled immediately when they become obsolete; responsibility for this cancellation falls to the AEC unit whose actions have made the provisions obsolete. Each Operations Office shall maintain one complete file of superseded Manual Instructions for reference to directives in effect at dates in the past.

089  Implementation.

a.  Effective date of the provisions of an Instruction is 30 days after the printing date shown unless specified otherwise in the Transmittal Notice.

b.  The method of implementation of an Instruction will be left to the determination of each Manager of Operations unless specifically set forth in the Instruction. In cases where implementation requires the issuance of a local instruction, Managers of Operations should forward the AEC Instruction to interested units under their jurisdiction along with the advice that a local supplement is pending.

0201-09  Emergency Issuance Procedure.

On those occasions where it is imperative to issue an Instruction and when there is insufficient time before its provisions must become effective to prepare, clear, and publish a formal Instruction in the prescribed manner, issuance may be made by using a substitute procedure as follows:

a.  a Temporary Instruction should be prepared according to the prescribed format and indicating the expiration date. (See 0201-03b)

December 7, 1953

DOE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

b.   the classification and number should be obtained from the Issuance Control Section.

c.   where feasible, the Instruction should be cleared with interested Headquarters Divisions or Offices.

d.   the General Manager's approval and signature are to be obtained.

e.   copies of the Instruction should be sent to the Issuance Control Section and to each Headquarters Division and Office.

Materials issued in such emergency manner, if to be permanent, shall be superseded by completing the formal Manual revision procedures by the expiration date shown; this shall be no more than 90 days after publication of the emergency issuance.

0201-10   Procedure for Issuing Announcements.

101   Initiation. An Announcement will be initiated by the Division or Office having primary interest in its subject matter; Chiefs of Washington operating units (Personnel, Security, Services) also may issue Announcements relating to their respective areas. After any necessary clearances are obtained, a stencil for reproduction will be prepared and sent to the Issuance Control Section.

102   Format. Format for Announcements is shown in Appendix 0201-10

103   Clearance. All Announcements will be sent to the Issuance Control Section for final approval. If the subject matter is such as to involve the work of organizational units other than the initiator, drafts will be cleared with those interested units prior to submission to the Issuance Control Section.

104   Numbering. Announcements are numbered serially by issuing Headquarters. Numbers are assigned by the Issuance Control Section.

105   Authorization and Signature. Announcements will be authorized and signed by the Director of the initiating Office except in cases where more than one Division has a functional interest in the Announcement subject matter; in such cases, issuances may be authorized only by the General Manager, Deputy General Manager, or an Assistant General Manager.

106   Reproduction and Distribution. Announcements normally are reproduced in AEC facilities. The Issuance Control Section will arrange for such reproduction and distribution.

107   Revisions and Cancellations. No revision or cancellation is necessary for Announcements as their subject matter is of a temporary nature only.

December 7, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

THE AEC ISSUANCE SYSTEM                                        AEC 0201-11

0201-11  Procedure for Issuing Special Pamphlets.

111  Initiation.  Special Pamphlets are initiated by the Division or Office having primary responsibility for the subject matter of the pamphlet. Discussions shall be held with the Issuance Control Section preliminary to drafting such pamphlet material for the first time; such preliminary discussion is not required in the case of revision of existing material.

112  Clearance.  Pamphlet material which concerns responsibilities of a Division or Office other than the initiator shall be cleared with that Office prior to submission to the Issuance Control Section. All pamphlet material will be cleared with the Issuance Control Section prior to publication.

113  Authorization and Signature.  Special Pamphlets within their area of functional responsibility may be authorized by Directors of Divisions or Offices. A signature of such Director is required only on the request for publication.

114  Reproduction.  The Issuance Control Section will arrange for reproduction in cooperation with the Division of Construction and Supply.

115  Distribution.  Distribution for recurring Special Pamphlets shall be established by standard distribution to the maximum extent practicable. Special distributions will be arranged by the initiating unit through the Issuance Control Section.

116  Listing.  Appendix 0201-035 listing the current Special Pamphlets will be published annually by the Issuance Control Section.

0201-12  Local Issuances.

Local issuances are Operations Office or Washington (WA) instructions or directives which modify organization, state policy, prescribe methods or procedures, or establish mandatory standards of operation. These issuances are usually intended to interpret or supplement AEC issuances; they are to avoid duplicating or paraphrasing the language of AEC issuances. Such issuances are not meant to include specific memoranda, orders, or instructions applicable within one organizational unit and of no significance to other functional units. Local issuance systems will follow the general pattern set forth herein. It may be found desirable to publish local Instructions on yellow paper--those having information value only on green paper. For ease of reference and to afford an integrated reference system, a local issuance normally will be filed directly behind the AEC Manual issuance which it implements. Twenty copies of each local Manual issuance and Announcement will be furnished to the Washington Mail Room.

0201-13  Organizational Responsibilities.

131  General Manager.  "As set forth in AEC Staff Paper 381, the General Manager of the Atomic Energy Commission has been authorized and directed

December 7, 1953

DOE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

by the Commission to discharge the executive and administrative functions of the Commission. The General Manager may discharge those functions through such officers, employees, and agencies of the Commission as he may designate, and may exercise the statutory authorities of the Commission in the discharge of those functions." (From Bulletin GM-O&M-3 [subject to revision as a Manual release]). The General Manager assumes responsibility for communicating to these "officers, employees and agencies" the information requisite to the efficient performance of their functions. A policy has been established (see 0201-01) of issuing such information through the system established by this chapter (see 0201-02), and the General Manager will act on issuances in conformance with the provisions set forth herein.

132  Directors of Washington Divisions and Offices. The Director of each Washington Division and Office is responsible for devising and maintaining currently written issuances covering policies, standards, and procedures, etc., necessary to carry out effectively and economically the functions and activities for which he has primary responsibility; this responsibility includes insuring that each issuance is consistent with the AEC policy. As initiator of a Manual Instruction, he is to afford an opportunity for comment to all AEC activities on whose work the proposed Instruction will have a significant impact; it also is his responsibility to submit proposed issuances to the Issuance Control Section for review in accordance with 0201-082. Each such Director is responsible for insuring the Instructions on, and interpretations of, regulations issued by other governmental agencies and applicable to his area of responsibility are transmitted to the appropriate AEC activities through the issuance media prescribed in this chapter.

133  Common Responsibilities of Directors of Washington Divisions and Offices and Managers of Operations Offices.

    a.   Each Director of a Washington Division or Office and each Manager of Operations is responsible for the execution of his assigned portion of the total AEC program in accordance with the provisions of this Manual.

    b.   Review of issuances prepared by other AEC units but having a significant impact on the operations of his unit is a basic responsibility of each such officer. This includes the prompt reporting of any issuance provision which is believed to be unnecessary or inadequate; comments also will indicate where further amplification of instruction is required. (See Section 0201-07) These considered comments are to be returned within the established time limit unless granted an extension by the initiator.

134  Issuance Control Section, Washington Headquarters. This Section will:

    a.   cooperate with and obtain advice from AEC officials in the planning and developing for the General Manager's approval of issuance policies, standards, and required procedures.

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

b.   provide training and indoctrination in the Issuance System.

c.   maintain liaison with its counterparts at Operations Offices.

d.   administer the issuance system including:

1.   advising and assisting AEC units in preparing proposed issuances.

2.   coordinating the issuance procedure.

3.   administering controls to provide that all materials appropriate to the system as defined in 0201-03 are, in fact, incorporated in the system.

4.   critically reviewing each proposed issuance from a management viewpoint to determine if the proposal is in keeping with the policy set forth in 0201-01.

5.   inviting attention of functionally responsible units to obsolete material for cancellation.

6.   developing and maintaining up-to-date distribution patterns.

7.   issuing Tables of Contents and Indexes at such times as are necessary to keep them adequately current.

8.   providing a central reference service on all issuances, including historical records of each issuance with the original approved copy.

9.   monitoring distribution of issuances from other government agencies.

10.   maintaining a listing of all issuances from other government agencies distributed under the AEC Issuance System.

11.   continually appraising the day-to-day operation of the Issuance System to insure that it is accomplishing the purposes established for it.

135   _Publication Section, Washington Headquarters_.  The Publications Section at Washington Headquarters is responsible for reproducing or having reproduced all approved issuances received from the Issuance Control Section.

136   _Mail and Message Center, Washington Headquarters_.  The Mail and Message Center at Washington Headquarters is responsible for distributing approved issuances.

137   _Warehouse, Washington Headquarters_.  The Warehouse, Washington Headquarters is responsible for maintaining reserve stocks of approved issuances.

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

Case No. 1:90-cv-00181-JLK   Document 2374-4   filed 09/10/15   USDC Colorado   pg 20 of 34

## SAMPLE OF TEMPORARY INSTRUCTION

Temporary

Effective Only To
January 20, 1954

### U. S. ATOMIC ENERGY COMMISSION
### AEC MANUAL

Volume 9000 ——————  ————                           AEC 9999-01
                                                   OPSPD

Part 9900 _____


Chapter 9999 —————— ——————— ——————


9999-01  XXXXXXXXXXXXX




(A Temporary Instruction may cover the provisions of a single section
in which case a Manual page format instead of Title page format should
be followed. The same outside corner heading and blue paper will be
used.)


Date:


December 7, 1953

DOE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1952-57)

SAMPLE CROSS REFERENCE SHEET

---

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

| | | | |
|---|---|---|---|
| Volume: | 3000 | Information and Classification | AEC 3316 |
| Part: | 3300 | Classification | CL. |

---

Chapter 3316 (Chapter title)

---

This subject matter is covered in Chapter _____.

or - for classified materials -

The contents of this chapter are of a classified nature, and have only a limited circulation.  (Designate where to be found.).

Date:

---

December 7, 1953

Doe Records Center- GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

## SAMPLE TRANSMITTAL NOTICE

TN-0000-1

### U. S. ATOMIC ENERGY COMMISSION
### AEC MANUAL

TRANSMITTAL NOTICE

Chapter 0201 AEC ISSUANCE SYSTEM

1.  Attached . . . . . . . . . . . . . . . . . .

2.  . . . . . . . . . . . . . . . . . . . . . . .

3.  . . . . . . . . . . . . . . . . . . . . . . .

(signed)
General Manager
Date:

December 7, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201   AEC Issuance System (1953-57)

## LIST OF SPECIAL PAMPHLETS

This list will be prepared after the new issuance system is installed and will be published annually thereafter.

December 7, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201  AEC Issuance System (1953-57)

### Issuances of Other Agencies
### Regularly Forwarded to AEC Units

Executive Orders

Decisions of the Comptroller General

Federal Personnel Manual

General Regulations of the General Accounting Office

General Services Administration Regulations

Labor Department Regulations, Rulings and Determinations

December 7, 1953

DoE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1957-57)

AEC Appendix
0201-041                                          THE AEC ISSUANCE SYSTEM

| Volume | Subject Matter | To Include Present GM Bulletin Series | Related to the Following Filing Manual Categories |
|--------|----------------|----------------------------------------|---------------------------------------------------|
| 0000 | General Administration | Organization & Management, Communication, Records, Community Management, Legal, Health & Safety, Parts of Bio. & Med. and Services and Supply | Organization, Communication & Records, Community Management, Legal, Health & Safety, Medical |
| 1000 | Finance | Accounting, Auditing, Budgeting, Insurance, Travel | Budget, Accounting & Finance |
| 2000 | Security | Security | Security |
| 3000 | Information, Classification & Intelligence | Information, Classification | Information & Publication, Intelligence |
| 4000 | Personnel | Personnel | Personnel |
| 5000 | Contracting, Supply & Transportation | Supply & Services Transportation | Contracts; Equipment & Supply; Transportation |
| 6000 | Construction | Construction, Engineering | Plants, Laboratories, Buildings & Land |
| 7000 | Materials and Products | Parts of Bio. & Med., Research, Production, Military Application | Isotopes; Materials; Production; Facility Control |
| 8000 | Research and Application | Parts of Bio. & Med., Research, Military Application, Production, Reactor Development | Agriculture Research & Application, Industrial Research & Application, Research & Development |
| 9000 | Open for Expansion | | |

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)



SAMPLE CHAPTER TITLE PAGE

Type Volume Number and title flush with left margin; below it and also flush type part number and title.

In center type USAEC Manual heading in capitals as shown.

In top outside corner type prefix and number of first section on page; on line below type symbols of originating unit.

Section numbers to be typed flush with left margin. Each section must have a title which will be underlined and set off by double spacing both above and below.

Chapter number and title centered in capitals.

Left margin--3/4 inch.

Right margin 3/4 inch.

Textual material of section will be single spaces & brought out flush with the margin except for listings.

Printing date.

Subsections will be numbered with a third digit following the dash; dashes will be in line with the dash of the section number.
The use of headings for subsection shall be consistent within a section; e.g., since 0201-021 is not given a heading 0201-022 may not carry a heading; if 0201-021 had a heading 0201-022 must have a heading. If the heading includes an underlined title all other subsections in the section will be underlined in like manner.

Leave deep margin at bottom to accommodate possible expansion of materials.

Minimum at any time is one inch.

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

AEC 0201-01
OPSPD

Vol. 0000 General Admin.
Part 0200 Administrative Procedures and Services

Chapter 0201 THE AEC ISSUANCE SYSTEM

0201-01 Policy

It is the policy of the AEC:

    a.

    b.

    c.

0201-02 Purpose

021

022

September 1, 1953

Type manual drafts double-spaced on 8" x 10 1/2" plain white bond paper.

Questions regarding form, interpretation of standards, etc., should be referred to the Issuance Control Section at an early stage in order to avoid redrafting.

December 7, 1953

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)



SAMPLE MANUAL PAGE

Type chapter title in capitals above line and inside margin of page.

Type in <u>outer corner</u> prefix and number of first new section or subsection on page; if none begins on page repeat last used number from preceeding page.

Left Margin 3/4 inch.

Indent eight spaces.

Indent ten spaces.

Indent twelve spaces.

Right Margin 3/4 inch.

For further breakdown of subsections outline form will be used with a, 1, (a), (1), <u>a</u>, <u>1</u>, being the sequence followed. This outline form also may be used within a section. Then indentations will be as indicated. Textual material will be indented in block style, and will not be brought out flush with the left margin. No headings will be used in outlines.

Indent fifteen spaces.

Printing date.

THE AEC ISSUANCE SYSTEM          AEC 0201-04.

084 Control Administration

a. _____

1. ____
2. ____
3. ____

(a) ____
(b) ____
(c) ____

(1) ____
(2) ____

b. _____

c. _____

September 1, 1953

Two questions should be asked concerning each Section written: Is this essential? and Is it stated clearly and unequivocally so the reader will have no doubt as to what is meant? Unless both questions can be answered "yes." the material should be rewritten.

For detailed explanation of numbering system read Section 0201-06

December 7, 1953

DOE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

Case No. 1:90-cv-00181-JLK   Document 2374-4   Filed 09/10/15   USDC Colorado   pg 27 of 34

Doe Records Center – GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

THE AEC ISSUANCE SYSTEM

CHART SHOWING PROCEDURE TO BE FOLLOWED IN ISSUING AN AEC INSTRUCTION

AEC Appendix 0201-08

| Step | Initiator | Oper. Divs. | Hdqtrs. Divs. & Offs. | Ops. Offs. | Gen. Consl. | Iss. Contr. Sect. | Gen. Mgr. | Div. of C&S | Action Taken |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ● | | | | | | | | Initiation and preparation (in some cases in collaboration with other interested divisions or offices). |
| 2 | ● | | | | | ○ | | | Determines units having legitimate interest (Issuance Control establishes file on Issuances). |
| 3 | | ○ | ○ | ○ | | ● | | | Circulation for comment simultaneously to all interested units (normally 30 days). |
| 4 | ● | ○ | ○ | ○ | ○ | | | | Consideration of comments, resolution of differences, and necessary redrafting. |

*If all differences are resolved*

| Step | Initiator | Oper. Divs. | Hdqtrs. Divs. & Offs. | Ops. Offs. | Gen. Consl. | Iss. Contr. Sect. | Gen. Mgr. | Div. of C&S | Action Taken |
|---|---|---|---|---|---|---|---|---|---|
| 5 | | | | | | ● | | | Draft and related papers are reviewed by the Issuance Control Section. |
| 6 | ● | | | | | | | | Authenticated by Director of initiating division or office. |
| 7 | | | | | | ● | | | Returned to Issuance Control for assignment of numbers, etc. |
| 8 | | | | | | | | ● | Forwarded to Division of C&S for reproduction and distribution. |

*If differences are not resolved*

| Step | Initiator | Oper. Divs. | Hdqtrs. Divs. & Offs. | Ops. Offs. | Gen. Consl. | Iss. Contr. Sect. | Gen. Mgr. | Div. of C&S | Action Taken |
|---|---|---|---|---|---|---|---|---|---|
| 5 | ● | | | | | ● | | | Draft and papers, as set forth in 0201-083 are forwarded to Issuance Control Section for review and recommendation. |
| 6 | | | | | | | ● | | Forwarded to General Manager for final decision and authentication if approved. |
| 7 | | | | | | ● | | | Returned to Issuance Control Section for assignment of numbers, etc. |
| 8 | | | | | | | | ● | Forwarded to Division of C&S for reproduction and distribution. |

Legend
Solid line and figure indicate path of papers.    – – (informal contact – papers do not move. (dependent on subject matter.

December 7, 1953

AEC Appendix
0201-082                                        THE AEC ISSUANCE SYSTEM
_____

## FIELD DISTRIBUTION LIST FOR PROPOSED INSTRUCTIONS

Listed below is the minimum number of copies of drafts of proposed Instructions.

| | |
|---|---|
| Brookhaven | 4 (copies go direct) |
| Chicago Operations Office | 16 (Total of 22 if submitted to contractors) |
| Grand Junction Operations Office | 10 |
| Hanford Operations Office | 10 |
| Idaho Operations Office | 10 |
| New York Operations Office | 6 |
| Oak Ridge Operations Office | 50 (Total of 90 if submitted to contractors) |
| San Francisco Operations Office | 15 |
| Santa Fe Operations Office | 25 |
| Savannah River Operations Office | 20 |
| Schenectady Operations Office | 6 |
| | 172 (Total of 218 if submitted to contractors) |

Operations Offices will determine necessary clearance within their respective offices.

December 7, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

## SAMPLE OF SIGNATURE PAGE

Volume 0000
Part 0200
Chapter 0201  The AEC Issuance System
Section 0201-08 Clearances

Chapter (or "section" or "revision of chapter or section")

| Action | Division or Office | Surname | Date |
|---|---|---|---|
| Initiated by | Research | _____ | _____ |
| Concurred In | General Counsel | _____ | _____ |
| "        " | Biology & Medicine | _____ | _____ |
| "        " | Finance | _____ | _____ |
| "        " | Military Application | _____ | _____ |
| "        " | Organization & Personnel | _____ | _____ |
| "        " | Production | _____ | _____ |
| "        " | Raw Materials | _____ | _____ |
| "        " | Reactor Development | _____ | _____ |
| "        " | Security | _____ | _____ |
| "        " | Information Services | _____ | _____ |
| Cleared by " | Issuance Control Section | _____ | _____ |
| Authorized by | General Manager | _____ | _____ |

Date:

December 7, 1953

DoE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

AEC Appendix
0201-082bl                                    THE AEC ISSUANCE SYSTEM

Form WA-178a                    U. S. ATOMIC ENERGY COMMISSION
(Yellow)
                                AEC Manual Issuance Clearance Form

---

The attached draft AEC Issuance is being circulated for your <u>review and comment</u>. If this draft is satisfactory to you, please indicate your concurrence. If no significant comments are received, it will be published as presently written. Accordingly, please review this draft carefully and return your comments by _____ .

---

TO:                                           DATE:

FROM:

SUBJECT: DRAFT AEC INSTRUCTION TITLE:

SYMBOL:

If you concur in this draft, please sign here and return: _____

                                      Date: _____

December 7, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

| | |
|---|---|
| **THE AEC ISSUANCE SYSTEM** | **AEC Appendix**<br>**0201-082b2** |

Form WA-178b
(Pink)

### U. S. ATOMIC ENERGY COMMISSION

### AEC Manual Issuance Clearance Form

---

The attached ~~draft~~ AEC Issuance is ~~now~~ being circulated for your final concur-
rence. It has been previously circulated for comment, and revisions have been
made in the text where considered appropriate. Your statement of concurrence
or non-concurrence should be returned by _____.

---

TO:                                    DATE:

FROM:

SUBJECT: DRAFT AEC INSTRUCTION TITLE:

SYMBOL:

If you concur in this draft, please sign here and return: _____

                                    Date: _____

December 7, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

AEC Appendix
0201-082b3                                    THE AEC ISSUANCE SYSTEM

Form WA-178c          U. S. ATOMIC ENERGY COMMISSION
(Green)
                      AEC Manual Issuance Clearance Form

The attached draft AEC Issuance requires only a <u>limited review</u> before being
published. Due to the nature of the material, extensive comments are not
anticipated. Please indicate your concurrence or non-concurrence and return
by _____ .

TO:                                    DATE:

FROM:

SUBJECT: DRAFT AEC INSTRUCTION TITLE:

SYMBOL:

If you concur in this draft, please sign here and return: _____
                                         Date: _____

December 7, 1953

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

THE AEC ISSUANCE SYSTEM

AEC Appendix
0201-10

### SAMPLE OF ANNOUNCEMENT FORMAT

---

**U. S. ATOMIC ENERGY COMMISSION**
Washington 25, D. C.

ANNOUNCEMENT NO. _____                                    __(Date)__

**THE SPECIFIC SUBJECT IS SHOWN HERE, EXPRESSED CLEARLY
AND CONCISELY, CENTERED AND IN CAPITAL LETTERS**

FOR:    Proposed distribution (Examples: Principal Staff, Washington,
            Managers of Operations; or All Employees, Washington; etc.)

REF:    Refer here to any document or source which has necessitated
            the issuance of the announcement.

Paragraphs and sub-paragraphs are fully blocked and are not neces-
sarily numbered. Margins should be one inch on both right and left
sides. The effective date, if any, should be included in the body of the
announcement. Page numbers appear in the lower right-hand corner.

                                    Name of General Manager
                                    Division Director, Manager
                                    of Operations, etc.

---

December 7, 1953

GPO 86602

DoE Records Center - GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)