# Exhibit 4

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

*Return to TN-0000-69*
*MANAGEMENT DIRECTIVES BRANCH*
*OFFICE OF PERSONNEL*

## TRANSMITTAL NOTICE

---

Chapter 0201 AEC ISSUANCE SYSTEM

---

1. Attached is Chapter 0201 which supersedes Chapter 0201 dated December 7, 1953 and its revisions dated December 18, 1953, January 20, 1954 and August 3, 1954, and General Manager memorandums dated February 23, 1954 and November 8, 1954. It contains a number of language and procedural changes designed to clarify the system and to simplify the Instruction.

2. Editorial changes, renumbering and simplification or clarification of language were made throughout the Chapter, particularly in the following Sections and Subsections: 0201-012a, and 0201-031, 0201-041, 0201-051, 0201-081, 0201-082, 0201-141, 0201-142, 0201-143, 0201-144 and 0201-145.

3. Procedural changes were made in the following Sections:

   a. 0201-036--Provides for the issuance of AEC-wide Announcements by the Headquarters Office.

   b. 0201-083--States requirement that all material sent to Managers of Operations and Directors of Operating Divisions, Headquarters, for either comment or compliance must receive a preliminary review by the General Manager. This subsection supersedes the General Manager's memorandum, dated February 23, 1954, subject: "Review of Directives, Instructions and Policy in Draft or Final Form."

   c. 0201-084a1--Provides for allowing an interval of 40 days for review of certain draft Instructions.

   d. 0201-088a and b--State that all AEC Instructions, with certain minor exceptions, are to be signed either by the General Manager or someone designated to act for him in that capacity.

   e. 0201-088a--States that two copies of proposed issuances shall be sent to the Administrative Issuances Section.

September 2, 1955

DOE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

TN-0000-69

    f.   0201-089b1 and b3--State that a justification should accompany requests for: (1) revisions in the distribution list, and (2) additional copies of the AEC Manual.

    g.   0201-089b2 and 0201-13, Reflect the fact that all Headquarters distributions of issuances are handled by the warehouse.

    h.   0201-089b4--Requires that Instructions be ordered ordinarily by Chapter number rather than Transmittal Notice number.

    i.   0201-09--Provides the policy and procedure regarding interpreting and granting exceptions to AEC Manual provisions.

4.   Other changes are:

    a.   Inclusion of a Table of Contents.

    b.   Deletion of Appendix 0201-041 which was published originally to reflect the relationship between the AEC Manual Volume subject matter, former GM Bulletin material and AEC filing manual categories.

    c.   Revision of the chart published as Appendix 0201-08, "Chart Showing Procedure to be followed in Issuing an AEC Instruction" to conform with revised narrative in Subsections 0201-083 and 0201-084, and to clarify the presentation.

    d.   Inclusion of Appendix 0201-082 publishing a "Guide for the Preparation of Issuances."

    e.   Revision of the format of the sample concurrence sheet illustrated in Appendix 0201-084c.

    f.   Substitution of the title, "Administrative Issuances Section," for "Issuance Control Section" throughout the Chapter to reflect the actual organizational title.

    g.   Inclusion of reference to the existing responsibility of the Division of Organization and Personnel to review AEC units to determine adherence to and effectiveness of the AEC Issuance System in 0201-144b.

5.   Please file this Chapter to replace the superseded one in Part 0200 of your AEC Manual.

R. W. Cook  
Deputy General Manager

September 2, 1955

DoE Records Center - GTN   Job 4802   Box 4688  
Fldr: AEC 0201 AEC Issuance System (1953-57)

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

## TABLE OF CONTENTS

Chapter 0201  AEC ISSUANCE SYSTEM

| Title | Section |
|---|---|
| Purpose | 01 |
|    This Chapter | 011 |
|    AEC Issuance System | 012 |
| Policy | 02 |
| Definition, Scope, and Content | 03 |
|    The AEC Manual of Instructions | 031 |
|    Transmittal Notices | 032 |
|    Contract Administrator Notices (C. A. Notices) | 033 |
|    Special Purpose Manuals | 034 |
|    Special Pamphlets | 035 |
|    Announcements | 036 |
|    Issuances of Other Agencies | 037 |
|    Commission Papers | 038 |
| AEC Manual Structure | 04 |
|    Volumes | 041 |
|    Parts | 042 |
|    Chapters | 043 |
|    Sections | 044 |
| Numbering of the Manual | 05 |
|    Citations | 051 |
|    Pages | 052 |
|    Manual Issuances Prefixes | 053 |
| Format | 06 |
| Relation to Contracts | 07 |
| AEC Manual Issuance Procedure | 08 |
|    Initiation | 081 |
|    Preparation | 082 |
|    Preliminary Review of Drafts | 083 |
|    Coordination | 084 |
|    Resolution of Differences | 085 |
|    Indexing | 086 |
|    Control Administration | 087 |
|    Authorization and Signature | 088 |
|    Reproduction and Distribution | 089 |
|    Revisions and Cancellations | 0810 |
|    Implementation | 0811 |
| Interpretations and Exceptions | 09 |
| Temporary Issuance Procedure | 10 |

September 2, 1955

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

TABLE OF CONTENTS--Continued

| Title | Section |
|---|---|
| Procedure for Issuing Washington Announcements | 11 |
|     Initiation | 111 |
|     Format | 112 |
|     Clearance | 113 |
|     Numbering | 114 |
|     Authorization and Signature | 115 |
|     Reproduction and Distribution | 116 |
|     Revisions and Cancellations | 117 |
| Procedure for Issuing Special Pamphlets | 12 |
|     Initiation | 121 |
|     Clearance | 122 |
|     Authorization and Signature | 123 |
|     Reproduction | 124 |
|     Distribution | 125 |
| Local Issuances | 13 |
| Organizational Responsibilities | 14 |
|     The General Manager | 141 |
|     Heads of Divisions and offices, Headquarters | 142 |
|     Heads of Divisions and offices, Headquarters and Managers of Operations | 143 |
|     Director, Division of Organization and Personnel, Headquarters | 144 |
|     Director, Division of Construction and Supply, Headquarters | 145 |

September 2, 1955

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

Volume 0000 General Administration  AEC 0201-01
Part    0200 Administrative Procedures and Services  OPSPD

Chapter 0201 AEC ISSUANCE SYSTEM

0201-01   Purpose

011   This Chapter

a. describes the system of administrative issuances to be used in carrying on the work of the AEC,

b. prescribes uniform standards for preparation and promulgation of issuances in those areas where uniformity is essential to effective administration, and

c. assigns responsibilities for actions related to the system.

012   The AEC Issuance System provides a carefully formulated, orderly means for communicating to all organizational elements the policies, standards, and procedures to be followed in achieving the integration necessary to attain group goals and provides a permanent record for ready reference to all such approved statements and related informational material.

The system is designed also to facilitate the administration of the atomic energy program by:

a. grouping effectively the issuances on any specific subject by relating the materials of a directive nature on a subject with the non-directive materials issued on the same subject and differentiating, where practicable, between them;

b. clarifying or resolving issues regarding policies, procedures, responsibilities, and organizational relationships;

c. differentiating between Instructions of a continuing nature and those of a temporary nature; and

d. providing an effective aid for training employees in AEC policies and procedures.

September 2, 1955

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

AEC 0201-02                                                                AEC ISSUANCE SYSTEM

0201-02  Policy

The United States Atomic Energy Commission shall issue:

a.  in a systematic and integrated manner the information necessary for a coordinated, integrated, consistent program of administration to attain its assigned objectives--whether the material is of a directive or an advisory nature;

b.  directives to contractors only by or through the Administrator of the contract.

0201-03  Definition, Scope and Content

An AEC issuance shall be promulgated either as a section, chapter or appendix of the AEC Manual of Instructions, as an Announcement, or as a Special Pamphlet.

031  The AEC Manual of Instructions (hereinafter called the AEC Manual) is the medium for and definitive reference source of AEC-wide issuances deemed essential to the effective management of AEC. Manual Issuances are comprised of Instructions and Appendixes. Instructions by any official of the AEC shall be consistent with the provisions of the AEC Manual.

(Codification Note: All GM Bulletins and other existing directive type issuances remain in effect until such time as Manual Instructions are issued to cover the same subject matter. A Manual Instruction shall supersede all prior directives regarding the policy or procedure covered by it, whether or not the prior directive is rescinded specifically.)

a.  Manual Instructions include every directive-type issuance which establishes or modifies organization, delegates authority, states a policy, prescribes a method or procedure, or establishes mandatory standards of operation except those directives issued by a Division Director directly to his subordinates, including Operations Offices, on matters which are within his delegation of authority. Manual Instructions are issued by authority of the General Manager. Their provisions are mandatory, except as specifically provided therein, and they shall be adhered to by all parts of the organization to which they apply. Procedures set forth therein shall be no more detailed than is necessary to insure the required uniformity of application. Scientific materials, such as technical monographs, may be excluded unless it is necessary or appropriate to include them.

b.  Temporary Instructions also are included in the Manual. Such an Instruction shall contain provision for and the date of its own termination which ordinarily will be no more than 90 days

September 2, 1955

DoE Records Center - GTN    Job 4802    Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

| AEC ISSUANCE SYSTEM | AEC 0201-032 |
|---|---|

after promulgation. Temporary instructions and their Appendixes are to be printed on blue paper to distinguish them from permanent material. (See Section 0201-10 and Appendix 0201-031b)

    c.  Appendixes to Manual Chapters normally shall consist of informational material having no directive character but which are pertinent to AEC programs and deemed necessary to assure full and complete compliance with Manual provisions. They may be placed either immediately following the reference or at the end of the Chapter. Where directive material is most properly published as an Appendix to an Instruction, the mandatory nature of that Appendix shall be set forth plainly in the text of the Instruction, and the Appendix ordinarily will be printed on white paper. Appendixes shall include such items as: illustrations or examples of completed forms; sample graphs; tables; lists of items; or informational data which expand upon or explain Manual material in greater detail. Informational appendixes shall be printed on light green paper.

    d.  Classified material of a Manual nature as described in 0201-031a shall be cross referenced in a Manual page as shown in Appendix 0201-031d. At such time as the material is declassified it shall be included in the Manual if its provisions still apply.

    e.  Instruction-type material which, because of its special size (i.e., pocket-size handbooks) cannot be included in a Manual binder, shall be processed in the manner prescribed for Manual material and will be referenced in the Manual.

    032  <u>Transmittal Notices</u> shall be used to forward Manual issuances to AEC recipients; they shall be prepared by the initiator of the issuance and shall set forth the general objectives of a new issuance or changes in a revised issuance, <u>contain the authorizing signature</u>, briefly explain any changes, list existing material superseded by the new instruction, and shall include instructions for deletion of obsolete material. Transmittal Notices shall be serially numbered by Volumes and may be filed together at the end of the applicable Volume as a guide to the currency of the Volume. (See Appendix 0201-032) Transmittal notices numbered AEC-1, AEC-2, etc. shall be used to transmit issuances sent to all holders of any part of the manual.

    033  <u>Contract Administrator Notices (C.A. Notices)</u> is the designation given the formal means of transmitting issuances to contractors. These Notices shall use the prefix of the transmitting office and shall be numbered either serially or serially by Volume. Further identifying symbols may be added for the convenience of the Operations Office.

September 2, 1955

DoE Records Center - GTN    Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1952-57)

AEC 0201-034                        AEC ISSUANCE SYSTEM

    034 **Special Purpose Manuals.** Certain Volumes or Parts of the AEC Manual, in themselves, constitute specialized manuals; other special purpose manuals of Instructions can be assembled by selecting those AEC Manual issuances, which completely cover the desired subject. An Office or Division desiring to establish such a Special Purpose Manual should compile a listing of Chapters considered pertinent to the special topic. This will serve as a Table of Contents for the desired specialized Manual. This arrangement offers an effective and economical means of assembling all Instructions for a special purpose and of keeping such Manuals up to date through frequent distribution of a current specialized Table of Contents. This manner of assembling Special Purpose Manuals eliminates undesirable duplicating and perhaps conflicting coverage of subject matter. Special Purpose Manuals, being composed of regularly issued Instructions, of course, carry the full directive authority of the AEC Manual and the provisions of 0201-031 apply to them. Intermediate levels such as Operations and Area Offices can key their issuances into such a Manual in the same manner so that the ultimate user may have in one binder a single, complete collection of authorities and Instructions for specialized use.

    035 **Special Pamphlets** (i.e., orientation materials, handbooks, telephone directories, etc.) may be issued from a variety of sources in accordance with functional responsibilities. In certain cases where Special Purpose Manuals (0201-034) may not be adequate a Special Pamphlet may fulfill the need. Special Pamphlets will not include directive-type material as defined in 0201-031a. They are for information only. To the extent necessary, a Special Pamphlet may extract from or paraphrase an Instruction. In such cases, the source Instruction must be referenced; and it is the Instruction which carries directive authority--not the Special Pamphlet. _Instructions shall carry references to related Special Pamphlets._ Where organizational relationships are reflected in a Special Pamphlet listing, such listing will be cleared with the Division of Organization and Personnel at the issuance point (i.e., Headquarters or Operations Office).

    Appendix 0201-035 lists the currently authorized pamphlets of this category and will be published annually by the Administrative Issuances Section.

    036 **Announcements** are notices of a particular occurrence, such as a scheduled event or the appointment of an individual to a position. An Announcement has no mandatory character, shall not include directive-type materials as defined in 0201-031a, and has no continuing reference value. Announcements are not to be filed with Manual materials. Announcements may be issued locally by Operations Offices and _the Headquarters Office._ _AEC-wide_ Announcements shall be issued by the _Headquarters Office_ only. The procedure for publishing Washington Announcements is contained in Section 0201-11. Operations Office procedures shall, as far as possible, be in agreement with those described in Section 0201-11.

September 2, 1955

DoE Records Center - GTN   Job 4802   Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)

| AEC ISSUANCE SYSTEM | AEC 0201-037 |
|---|---|

037 **Issuances of Other Agencies.** Heads of Divisions and Offices and Managers of Operations receive direct certain instructions issued by other government agencies. Those instructions which Headquarters Divisions and Offices forward on a regular basis to other offices, other than those under their own administrative jurisdiction, will be listed in Appendix 0201-037. They shall be forwarded through or under arrangements made with the Administrative Issuances Section. Transmittals setting forth the applicability of the issuances to AEC shall be prepared by the Division or Office having primary functional responsibility. Where doubt exists as to what office has this responsibility, designation will be made by the Administrative Issuances Section. If it is necessary to issue an AEC Instruction to implement such regulations, such Instruction also shall be prepared by the Division or Office having primary functional responsibility.

038 **Commission Papers** as such are not a part of the AEC Issuance System although they constitute an important part of the management communications of AEC. Just as the AEC Manual is the principal means of disseminating policy and procedure downward, Commission Papers are the principal formal means for relaying information and recommendations upward to the General Manager and through him, to the Commission. Instructions for the preparation and submission of staff papers have been issued as Info Memo 63/2 (to be published as Chapter 0202). Commission Papers which have an impact such as that set forth in 0201-031 require incorporation of their essentials into the Manual; the initiator of a Commission Paper normally has the responsibility for preparing the Manual Issuance.

0201-04  **AEC Manual Structure**

The AEC Manual is composed of ten volumes organized on a functional basis. The subject matter of each volume is classified systematically into Parts, Chapters, and Sections. This system has been adopted to assure maximum integration of related subject matter, flexibility in inserting new material, and simplicity in referring to contents of the system.

041 **A Volume** is the primary sub-division of the Manual; _ _ _ _ _ Volume subject matter generally corresponds to one or more major functions of the AEC, e.g., Security, Contracting, General Administration.

042 **Parts** serve as second order sub-division within Volumes. These ordinarily will be of a major group nature (i.e., General Administration will be composed of eight Parts:--Organization; Administrative Procedures & Services; Legal; Community Management; Health and Safety; Emergency, Disaster & Mobilization Plans; Inspections, Investigations & Appraisals; and Management Principles & Techniques.)

043 **Chapters** serve as third order sub-divisions; they normally will deal with a single subject (i.e., the Administrative Procedures and Services Part of the General Administration Volume will contain Chapters designated "AEC Issuance System," "Subject Filing System," "Telecommunications," etc.).

September 2, 1955

DoE Records Center- GTN   Job 4802  Box 4688
Fldr: AEC 0201 AEC Issuance System (1953-57)