# Exhibit 5

A D V A N C E   C O P Y
U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

Volume: 0000 General Administration  
Part: 0500 Health and Safety

AEC 0524-01  
BM

Chapter 0524    PERMISSIBLE LEVELS OF RADIATION EXPOSURE

0524-01  Purpose and Scope

This chapter establishes rules governing the AEC and AEC contractors with respect to levels of radiation exposure for their personnel (exclusive of those actually engaged in weapons tests) and other persons who may be exposed to radiation from AEC and AEC contractor operations, and assigns responsibility for compliance with these levels. In those instances where a contractor is also an AEC licensee, the contract relationships will not exempt him from compliance with this directive and the terms of his license. Accordingly, such contractor-licensee will normally be obligated to conduct his radiation protection activities under his license in accordance with AEC regulation 10 CFR, Part 20, "Standards for Protection Against Radiation."

0524-02  Policy

The Commission has adopted the recommendations of the National Committee on Radiation Protection and Measurement (NCRP), entitled "Maximum Permissible Radiation Exposures to Man," issued by the NCRP, dated January 8, 1957, except as modified by d. below. (See Appendix AEC 0524-02-A). 1/ The Committee's recommendations 2/ shall be wholly complied with by AEC and AEC contractor personnel except that the following instructions shall be applied in the interpretation of these recommendations:

   a. Where it is necessary to modify presently existing conditions in order to comply with these recommendations for permissible exposure and a conversion period has been requested by an appropriate AEC official, an applicable conversion period not to exceed five years will be determined by agreement among the Division of Biology and Medicine, appropriate Headquarters Divisions, and Operations Offices.

   b. Exposure in excess of a recommended maximum permissible level does not in and of itself constitute an injury in the clinical sense.

---

1/ These NCRP recommendations modify the basic standards listed in AEC Manual Chapter 0550-051.

2/ The NCRP recommendations basically applicable to AEC and AEC contractor operations are summarized in Appendix 0524-02-F, Table I, "Recommended Limits on Exposure to External Radiation," and Appendix 0524-02-G, Table II, "Recommended Limits on Exposure to Internal Radiation (illustrative examples)."

TN-0000-198

January 9, 1958  
Effective:  February 1, 1958

AEC 0524-02                                           PERMISSIBLE LEVELS OF RADIATION EXPOSURE

    c. Accumulation of dose for the year 1958, and thereafter until such time as the rule may be modified, shall be guided by recommendation number 1 of Appendix 0524-02-A which states that the maximum permissible accumulated dose in rems at any age, is equal to 5 times the number of years beyond age 18, provided no annual increment exceeds 15 rems. That is, MPD, 5 (N-18) where N is the "effective age" on December 31 of any year. Effective age shall be taken as the age actually attained between April 1 of that year and March 31 of the following year, both dates inclusive. It should be noted that proposed regulations of the Secretary of Labor prohibit the employment in radiation work by industries engaged in interstate commerce of persons below the attained age of 18. Recommendation Number 1 also states that the value for the maximum permissible accumulated dose to the skin (of the whole body) is double the value for whole body and critical organs. When the dose only to the extremities is concerned, the maximum permissible accumulated dose is 75 rems per year. Note also paragraph 9, of Appendix 0524-02-A regarding previous radiation exposure experience.

    d. The previously recommended limits for weekly and 13-week whole-body dose are superseded by the provision that not more than one-fourth of the 15 rems maximum permissible yearly dose shall be taken in one-fourth of a year. 3/ 4/

    e. For internal emitters which have the whole body or the gonad as the critical organ, the MPC's (Maximum Permissible Concentrations) listed in NBS Handbook No. 52 are reduced by a factor of 3. All others remain as listed, pending a major revision of the Handbook.

    f. Routine medical and dental exposures are not to be considered as part of the record of occupational exposures. Under extraordinary circumstances, the physician in charge may wish to make some recommendation regarding restriction of routine occupational exposure.

    g. It is recognized that recommendation number 5 of Appendix 0524-02-A is wholly acceptable as a statement of philosophy and is endorsed as such by the Commission. However, AEC cannot influence the quantity of radiation received by the population as a whole from all sources of radiation, but can exercise control over the release of radioactive materials to the general environment from AEC operations. Therefore, when the exposure of population groups outside of controlled areas is considered, radioactive effluents from AEC operations shall not be released to the environment in amounts which might be expected to expose such members of the general population to more than an average

---

3/ This recommendation proposed by the NCRP Executive Committee at its November 18, 1957, meeting is adopted in advance of formal approval and issuance by the Main Committee. It is noted, therefore, that if there are differences between the proposed and approved recommendation it may be necessary to make appropriate amendment to the provisions of this Chapter.

4/ Limits of exposure of personnel involved in the actual conduct of weapons tests in Nevada or in the Pacific Proving Ground are the subject of separate authorization.

January 9, 1958
Effective: February 1, 1958

whole body dose of 0.5 rem 5/ 6/ per year or to an average concentration of radioactive materials in air and water greater than 1/10 of the maximum permissible concentrations (MCP's) recommended by the NCRP for occupational exposure.7/ When there is a reasonable expectation that the average radiation dose to any individual in a population group outside of controlled areas might approach either of the above limits, adequate radiation measurements shall be made in those areas so occupied.

0524-03 Responsibilities.

031 Directors of Divisions and Offices, Headquarters, are responsible for interpreting and applying the instructions of Section 0524-02 above to AEC employees and Operations Offices under their jurisdiction.

032 Managers of Operations are responsible for interpreting and applying the instructions of Section 0524-02 above for permissible exposure to radiation so that those operations under their jurisdiction shall fully comply with these instructions and shall maintain a level of performance consistent with them.

---

5/ Since maximum permissible occupational exposure criteria are herein applied in accordance with recommendation Number 4 of Appendix 0524-02-A, radiation exposures from necessary medical and dental procedures shall not be allowed for in the determination of this average whole body dose.

6/ The value 0.5 rem is consistent with the suggestion in paragraph 12 of Appendix 0524-02-A.

7/ Limits of exposure of the population from weapons tests in Nevada or in the Pacific Proving Ground will be the subject of a separate authorization.

TN-0000-198                                    January 9, 1958
                                    Effective: February 1, 1958

## MAXIMUM PERMISSIBLE RADIATION EXPOSURES TO MAN

A Preliminary Statement of the

National Committee on Radiation Protection
and Measurement

January 8, 1957

AEC Appendix
0524-02-B                         PERMISSIBLE LEVELS OF  [RAD]IATION EXPOSURE



January 8, 1957

## MAXIMUM PERMISSIBLE RADIATION EXPOSURES TO MAN

A Preliminary Statement of the
National Committee on Radiation Protection
and Measurement

### INTRODUCTION

Since the publication of NBS Handbook 59 on Permissible Dose from External Sources of Ionizing Radiation, the National Committee on Radiation Protection and Measurement (NCRP) has continued the study and review of its recommendations, particularly with respect to genetic effects and the possible shortening of average life expectancy due to radiation exposure of a larger fraction of the population. The NCRP proposals resulting from these studies had an important influence on the decisions reached by the International Commission on Radiological Protection (ICRP) in Geneva in April 1956, which resulted in a general lowering of the maximum permissible accumulated dose (MPD) for occupational radiation exposures, as well as for exposures of the population as a whole. These changes are in accord with the informal agreements reached by the ICRP in Stockholm in 1952.

The NCRP has now agreed upon the formulation of revised recommendations on maximum permissible doses which integrate the national and international views for practical application. The Committee is pleased to note that the findings of the ICRP are reinforced by the important information and data provided in the subsequent reports of the National Academy of Sciences and the British Medical Research Council.

The changes in the accumulated MPD are not the results of positive evidence of damage due to use of the earlier permissible dose levels, but rather are based on the desire to bring the MPD into accord with the trends of scientific opinion; it is recognized that there are still many uncertainties in the available data and information. Consideration has also been given to the probability of a large future increase in radiation uses. In spite of the trends, it is believed that the risk involved in delaying the activation of these recommendations is very small if not negligible. Conditions in existing installations should be modified to meet the new recommendations as soon as practicable, and the new MPD limits should be used in the design and planning of future apparatus and installations. Because of the impact of these changes and the time required to modify existing equipment and installations, it is recommended on the basis of present knowledge that a conversion period of not more than five years be adopted within which time all necessary modifications should be completed.

### DEFINITIONS

For the purposes of this preliminary statement, the following tentative definitions are given:

January 9, 1958
Effective: February 1, 1958                                         TN-0000-198

PERMISSIBLE LEVELS OF RADIATION EXPOSURE

AEC Appendix
0524-02-C

Controlled Area: A defined area in which the occupational exposure of personnel to radiation or to radioactive material is under the supervision of a radiation safety officer. (This implies that a controlled area is one that requires control of access, occupancy, and working conditions for radiation protection purposes.)

Workload. The output of a radiation machine or a radioactive source integrated over a suitable time and expressed in appropriate units.

Occupancy Factor. The factor by which the workload should be multiplied to correct for the degree or type of occupancy of the area in question.

RBE Dose. RBE stands for relative biological effectiveness. An RBE dose is the dose measured in rems. (This is discussed in the forthcoming report of the International Commission on Radiological Units and Measurement.)

MPD RECOMMENDATIONS FOR OCCUPATIONAL
CONDITIONS (CONTROLLED AREAS)

1. ACCUMULATED DOSE. The maximum permissible accumulated dose, in rems, at any age, is equal to 5 times the number of years beyond age 18, provided no annual increment exceeds 15 rems. Thus the accumulated MPD = 5 (N-18) rems where N is the age and greater than 18. This applies to all critical organs except the skin, for which the value is double.

2. WEEKLY DOSE. The previous permissible weekly whole-body dose of 0.3 rem, and the 13-week dose of 3 rems when the weekly limit is exceeded are still considered to be the weekly MPD with the above restriction for accumulated dose.

3. EMERGENCY DOSE. An accidental or emergency dose of 25 rems to the whole body, occurring only once in the lifetime of the person, shall be assumed to have no effect on the radiation tolerance status of that person. (See National Bureau of Standards Handbook 59.)

4. MEDICAL DOSE. Radiation exposures resulting from necessary medical and dental procedures shall be assumed to have no effect on the radiation tolerance status of the person concerned.

MPD RECOMMENDATIONS FOR THE
WHOLE POPULATION

5. The maximum permissible dose to the gonads for the population of the United States as a whole from all sources of radiation, including medical and other man-made sources, and background, shall not exceed 14 million rems per million of population over the period from conception up to age 30, and one-third that amount in each decade thereafter. Averaging should be done for the population group in which cross-breeding may be expected.

TN-0000-198

January 9, 1958
Effective: February 1, 1958

AEC Appendix
0524-02-D                                   PERMISSIBLE LEVELS OF RADIATION EXPOSURE

RECOMMENDATIONS FOR INTERNAL EMITTERS

6. In controlled areas, the permissible radiation levels for internal emitters will conform to the general principles outlined above. Where the critical organ is the gonad or the whole body, the maximum permissible concentrations of radionuclides in air and water will be one-third the values heretofore specified for radiation workers. Where single organs other than the gonads are regarded as the critical organ, the present maximum permissible concentrations will continue. For individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures. (Other changes in the maximum permissible concentrations for radionuclides may be introduced because of additional information developed since the publication of National Bureau of Standards Handbook 52.)

DISCUSSION OF REVISED RECOMMENDATIONS

7. The MPD for occupational exposure is based on the absence of detectable injury to the individual. It remains at its present level of 0.3 rem/week for the whole body. Where the dose in any week exceeds this value, a dose of 3 rems in 13 weeks may be accepted. The 13-week period may start at the beginning of the calendar quarter or the beginning of the week during which the permissible weekly dose was exceeded.

8. The rules given in Handbook 59 will be continued for operational and administrative purposes, but some of the rules will be modified by provisions related to an average yearly limitation of occupational exposure to external sources of ionizing radiation of 5 rems to the blood-forming organs, gonads, and lens of the eyes, and of 10 rems to the skin. The use of "5 rems" in the statement of the revised rules is for the purpose of design and administration. The critical limitation will be that defined for the total accumulated dose in paragraph 1 above.

9. If a person's occupational exposure is documented or otherwise known with reasonable certainty, he may be permitted to use his reserve exposure in accordance with paragraphs 1 and 2 above. In all other cases, he shall be assumed to have received his maximum accumulated dose as indicated in paragraph 1 above.

10. It is considered that with the current and proposed low levels of occupational exposure, it is presently not necessary to make special allowance for medical exposure in conjunction with occupational exposure. This consideration may later become important. The effects of medical exposures have long been considered by this Committee to be the responsibility of the attending physician; it is his responsibility to evaluate medical radiation exposure in relation to the health of the individual. (See National Bureau of Standards Handbook 59.)

January 9, 1958
Effective: February 1, 1958                                             TN-0000-198

| PERMISSIBLE LEVELS OF RADIATION EXPOSURE | AEC Appendix 0524-02-E |
|---|---|

11. In the determination of the population dose in the vicinity of radiation sources, proper consideration should be given to occupancy factor and to workload. The exposure of individuals outside of controlled areas may be integrated over periods up to one year.

12. While at the moment it is not feasible to determine the average exposure for the population with any reasonable accuracy, the adoption of some figure is necessary for planning purposes. For the immediate future, it may be assumed that the total integrated RBE dose received by all radiation workers will be small in comparison with the integrated RBE dose of the whole population. Furthermore, persons outside of controlled areas, but exposed to radiation from a controlled area, constitute only a small portion of the whole population. Therefore, if this small portion is assumed to receive yearly an average per capita dose of 0.5 rem, the total dose to the whole population from man-made radiations is not likely to exceed 10 million rems per million of population up to age 30. (This assumes a dose of 4 million rems per million of population over this age period from background radiation.)

*****************************

AEC Appendix
0524-02-F                                    PERMISSIBLE  LEVELS OF RADIATION EXPOSURE

Table I.  RECOMMENDED LIMITS ON EXPOSURE TO EXTERNAL RADIATION

| EXPOSURE | NATIONAL COMMITTEE ON RADIATION PROTECTION & MEASUREMENT | |
|---|---|---|
| | PREVIOUS | NEW |
| OCCUPATIONAL<br>Critical organs<br>(includes the whole<br>body, blood forming<br>organs, gonads,<br>lenses of the eyes) | .3 rem/week<br>3 rems/quarter a/<br>15 rems/year b/ | ---- a/<br>---- b/<br>5 rems/year c/<br>15 rems/year d/ |
| Skin (whole body) | .6 rem/week<br>30 rems/year b/ | ---- a/<br>10 rems/year c/ e/<br>30 rems/year d/ f/ |
| Extremities<br>(skin dose) | 1.5 rems/week b/ | 75 rems/year f/ |
| NON-OCCUPATIONAL<br>Individuals in<br>vicinity of con-<br>trolled areas a/ | 1.5 rems/year | .5 rem/year (average) |
| General populations<br>(average exposure to<br>gonads above background<br>from all sources) | 45 rems/0-30 yrs.<br>(1.5 rems/year) | 10 rems/0-30 yrs.<br>(3.3 rems/decade<br>after age 30) |

| | | |
|---|---|---|
| a/ Exposure result-<br>ing from plant<br>operation, not<br>including back-<br>ground or medical<br>exposure. | a/ If .3 rem/week<br>is exceeded.<br>b/ Assumes 50 work-<br>weeks per year. | a/ It is expected that<br>modification of the NCRP<br>recommendations will re-<br>sult in the dropping of<br>a weekly limitation.<br>b/ It is expected that mod-<br>ification of the NCRP<br>recommendation will re-<br>sult in the establishment<br>of the quarterly limit at<br>3.75 rems.<br>c/ Average dose/yr. lifetime<br>occupational.<br>d/ Maximum in one year.<br>e/ Double the MPD for<br>critical organs.<br>f/ Assumes 50 workweeks per<br>year. |

January 9, 1958
Effective: February 1, 1958                                              TN-0000-198

PMISSIBLE LEVELS OF RADIATION EXPOSURE

AEC Appendix
0524-02-C

Table II.  RECOMMENDED LIMITS ON EXPOSURE TO INTERNAL RADIATION
(ILLUSTRATIVE EXAMPLES)

| EXPOSURE | NATIONAL COMMITTEE ON RADIATION PROTECTION & MEASUREMENT | |
|---|---|---|
| | PREVIOUS | NEW |
| OCCUPATIONAL  Adult Skeleton | 0.1 μc Ra-226  1.0 μc Sr-90 | 0.1 μc Ra-226  1.0 μc Sr-90 |
| Whole Body & Gonads | 15.0 μc Na-24  $10^4$ μc H-3 | 5.0 μc Na-24  $3.3 \times 10^3$ μc H-3 |
| NON-OCCUPATIONAL  Skeleton | 0.01 μc Ra-226  0.1 μc Sr-90 | 0.01 μc Ra-226  0.1 μc Sr-90 |
| Whole Body & Gonads | 1.5 μc Na-24  $10^3$ μc H-3 | 0.5 μc Na-24  $3.3 \times 10^2$ μc H-3 |

TN-0000-198

January 9, 1958
Effective: February 1, 1958