# Exhibit 6



AEC 985

COPY NO. __14__ RR

October 9, 1957

MEDICINE, HEALTH & SAFETY – 3 – 6

## ATOMIC ENERGY COMMISSION

## REVISION OF PERMISSIBLE LEVELS OF RADIATION EXPOSURE

### Note by the Secretary

The General Manager has requested that the attached report by the Director of Biology and Medicine be circulated for consideration by the Commission during the week of October 21, 1957.

W. B. McCool

Secretary

DISTRIBUTION | COPY NO.
--- | ---
Secretary | 1
Commissioners | 2 – 6,43
General Manager | 7
Deputy Gen. Mgr. | 8
Asst. Gen. Mgr. | 9
Asst. Gen. Mgr. R&ID | 10
Asst. Gen. Mgr. Adm. | 11
General Counsel | 12 – 13
Biology & Medicine | 14 – 18
Civilian Application | 19 – 21
Congr. Relations | 22
Construction & Supply | 23 – 24
Information | 25 – 26
Inspection | 27
Military Application | 28
Nuclear Materials Mgmt. | 29
Operations Analysis | 30
Org. & Personnel | 31 – 32
Production | 33
Raw Materials | 34 – 35
Reactor Development | 36 – 38
Research | 39
Secretariat | 40 – 42

US DOE ARCHIVES
326 U.S. ATOMIC ENERGY
RG _____ COMMISSION
Collection 1133
Box C.
Folder MH+S 3-4 1957

HA91005807

7371





OFFICIAL USE ONLY

## ATOMIC ENERGY COMMISSION

## REVISION OF PERMISSIBLE LEVELS OF RADIATION EXPOSURE

### Report to the General Manager by the
### Director, Division of Biology and Medicine

#### THE PROBLEM

1. To consider a revision of policy regarding limits of radiation exposure for the Atomic Energy Commission and contractor personnel in conformity with recent recommendations of authoritative bodies.

#### SUMMARY

2. Reports have been issued recently by the U. S. National Academy of Sciences (NAS), by the British Medical Research Council (BMRC), by the International Commission on Radiological Protection (ICRP) and by the U. S. National Committee on Radiation Protection and Measurement (NCRP), in which recommendations were made for new maximum permissible levels of radiation exposure. These reports lowered and made more conservative, in some instances by substantial factors, the recommended permissible levels which have been accepted since 1946 for both radiation workers and general populations.

3. The AEC, through its Division of Biology and Medicine, traditionally has followed the recommendations of NCRP[1] in limiting exposures of AEC and contractor personnel to radiation. There is presented in Appendix "A" a brief historical background of the development of radiation protection concepts and practices in the AEC program.

DOE ARCHIVES

[1] NCRP recommendations are generally published in National Bureau of Standards (NBS) Handbooks.

- 1 -

HA91005808







4. These recommendations have also formed a partial basis for the allocation of radioactive material to non-AEC users, and since the Atomic Energy Act of 1954 they have formed the basis for certain health and safety conditions for use of licensed byproduct, special nuclear, and source materials. Part 20 of the AEC's regulations "Standards for Protection Against Radiation" were designed to be consistent with the basic recommendations of the NCRP which were effective at the time of preparation of the regulation.

5. Within the United States the NCRP is generally considered to be the authoritative source of standards in the field of radiation protection. It is not, however, a regulatory body and, hence, its recommendations are not binding on Government or private operations. Hence, if AEC chooses to use the NCRP recommended levels in its operations, it would be desirable for the AEC to adopt them formally and restate them in the context of AEC operations. Normally, revisions would be implemented administratively at the staff level. Since, however, the recent recommendation of the NCRP reflecting increased concern for genetic and life shortening effects represents the first major change since 1946, their adoption in AEC, contractor, and licensee operations is believed to be a matter of policy.

DOE ARCHIVES

6. On January 8, 1957, the NCRP issued a preliminary statement entitled "Maximum Permissible Radiation Exposures to Man", which will be used as a basis for the revision of its handbooks on radiation protection. This statement is attached as Annex "B" to Appendix "A". It will have its greatest impact on NBS Handbook 59 which deals with permissible external exposure, and on NBS Handbook 52 which deals with permissible internal exposure.

HA91005809





 ONLY

7. The NCRP recommendations under consideration here are limited to statements of standards.  In applying these standards to situations of interest to the Atomic Energy Commission it is necessary to specify in more detail how they shall be applied. For AEC installations, these details are stated in a proposed AEC Manual Chapter (Appendix "C").  It is believed that this proposed chapter is in complete accord with the intent of the NCRP recommendations.

8. Upon Commission approval of the recommendation of this staff paper, the Director, Division of Civilian Application will consider modifying Part 20 of the Commission's regulation "Standards for Protection Against Radiation", which is applicable to all AEC licensees, in light of the NCRP recommendations.  However, since regulations are formal legal requirements which carry the sanction of criminal penalty if violated, translation of the NCRP recommendations into regulatory form requires considerable study and may in some cases be impractical to effect immediately.  This was recognized by the NCRP in suggesting a conversion period of 5 years.  Recommendation 5 dealing with the maximum permissible dose to the whole population of the United States is not, of course, subject to direct control by the AEC through regulation.  AEC regulations can control only the release of byproduct, special nuclear and source materials to the general environment from licensee operations, and cannot control the radiation received by the general populace from all forms of ionizing radiation.  This, of course, was recognized by the NCRP in their discussion of recommendation 5 as reflected in paragraph 12 of Annex "B" to Appendix "A".

DOE ARCHIVES

9. Changes in the accumulated maximum permissible dose are not the result of positive evidence of damage due to the use of

- 3 -

HA91005810







earlier limits, but the NCRP wishes to bring its recommendations into accord with the majority of scientific opinions regarding genetic effects and with increasing concern for possible reduction in life expectancy. With the probability of a large future increase in radiation uses, NCRP suggests that these recommendations be put into effect as soon as practicable, but in any case within five years.

10. The January 8, 1957, NCRP statement makes no recommendation regarding external radiation dose in the skin except that the maximum permissible accumulated dose in the skin of the whole body shall be double the dose value calculated from the formula 5 (age - 18) rems which applies to all other critical organs. Maximum permissible accumulated dose in the skin of the extremities remains at 1500 millirems per week (assumes that workers are exposed only 50 weeks of each year). Table I of Annex "A" to Appendix "A" reflects the permissible levels of occupational exposure to external radiation. The maximum permissible concentrations for radionuclides in air and water for occupational exposure are not changed from present levels except when the gonadal or whole body dose from internal emitters is of most interest. Under those circumstances the recommended maximum permissible concentrations are reduced to one third of heretofore accepted values as is illustrated by the examples in Table II of Annex "A" to Appendix "A". Although AEC operations generally have in the past kept concentrations in air and water well below maximum permissible concentrations, a few contractors may have to make some changes in their operations in order to assure the AEC that the new permissible concentrations are not exceeded but should not find it difficult to adopt the new lower limits.

DOE ARCHIVES

- 4 -

HA91005811







11. It is the judgment of the Director of the Division of Biology and Medicine that the adoption by the AEC of the revised and more conservative recommended maximum permissible levels of exposure, reflecting as they do the best available current scientific opinion, is necessary in order to fulfill the Commission's responsibilities for health and safety as set forth in the Act. The use of the revised NCRP recommended levels as guides in the Atomic Energy program assures optimum protection of the health of atomic energy workers and populations from exposure to radiation resulting from AEC activities, consistent with the necessity of conducting production, laboratory, and test operations. In support of the opinion and recommendations of the Director of the Division of Biology and Medicine there is contained in Appendix "A" a discussion of the relationship of the AEC to the NCRP and similar bodies and of the scientific basis for the recommended maximum permissible levels of exposure.

12. AEC has traditionally adhered to the policy recommended in NBS Handbook 59, "that exposure to radiation be kept at the lowest practicable level in all cases."

## STAFF JUDGMENTS

13. The Divisions of Civilian Application, Inspection, Organization and Personnel, Production, Raw Materials, Reactor Development, Military Application, Information Services, Construction and Supply, and the Office of the General Counsel concur in the recommendation of this report.

## CONCLUSION

DOE ARCHIVES

14. It is concluded that the new NCRP recommendations set forth in Annex "B" to Appendix "A" should be adopted for use in AEC and AEC-contractor operations with appropriate specification of how they should be applied.

- 5 -

HA91005812







## RECOMMENDATION

15. The General Manager recommends that the Atomic Energy Commission:

    a. <u>Approve</u> for use in AEC and AEC-contractor operations the recommendations of the National Committee on Radiation Protection and Measurement in its preliminary statement of January 8, 1957, attached as Annex "B" to Appendix "A".

    b. <u>Note</u> that the Director, Division of Biology and Medicine, will issue an AEC Manual Chapter such as that contained in Appendix "C" adopting these recommendations for use by AEC and AEC-contractor operations.

    c. <u>Note</u> that the Director, Division of Civilian Application, will revise for use by licensees 10 CFR, Part 20 on "Standards for Protection Against Radiation", as published in the Federal Register, to make it consistent with these recommendations, and will present to the Commission by a separate paper the proposed changes in regulations.

    d. <u>Note</u> that AEC will continue its policy of keeping exposure to radiation at the lowest practicable level in all cases.

    e. <u>Note</u> that the Advisory Committee for Biology and Medicine concurred in this proposed action at its meeting on March 15-16, 1957.

    f. <u>Note</u> that the Joint Committee on Atomic Energy, the General Advisory Committee and the Military Liaison Committee will be advised of this action by letter such as that contained in Appendix "B".

    g. <u>Note</u> that the release of a statement to the press announcing the adoption of revised permissible levels of radiation exposure will be deferred until the Division of Civilian Application has issued a revision of 10 CFR, Part 20, at which time both actions will be announced simultaneously in one press release.

    h. <u>Note</u> that this paper is unclassified.

DOE ARCHIVES

HA91005813







## LIST OF ENCLOSURES

| | PAGE NO. |
|---|---|
| APPENDIX "A" – Background and Discussion. . . . . . . . | 8 |
| ANNEX "A" TO APPENDIX "A" – Recommended Limits on Exposure to Radiation (Tables I and II). . . . . . . | 17 |
| ANNEX "B" TO APPENDIX "A" – Maximum Permissible Radiation Exposures to Man -- Statement by NCRP. . . | 20 |
| APPENDIX "B" – Draft Letter to JCAE, GAC, MLC . . . . . . | 27 |
| APPENDIX "C" – AEC Manual Chapter 0524. . . . . . . . . | 29 |

DOE ARCHIVES

HA91005814







APPENDIX "A"

BACKGROUND AND DISCUSSION

BACKGROUND

1. In the light of recent recommendations by the Inter-
national Commission on Radiological Protection (ICRP), and by the
National Academy of Sciences "Committee on the Biological Effects
of Atomic Radiation", and of the deliberations of the National
Committee on Radiation Protection and Measurement (NCRP),
concerning a decrease in the maximum permissible levels of
exposure of persons to radiation, the General Manager requested
on October 18, 1956 that the Division of Biology and Medicine
prepare a study and make recommendations regarding the policies
and practices of AEC and its contractors in the matter of radiation
exposures.

DISCUSSION

2. Development of Organization.  Health and safety
responsibilities of the Atomic Energy Commission were first
defined by the Atomic Energy Act of 1946, which provided for the
conduct of necessary research, establishment of standards and
instructions, and governing of any atomic energy activity to
protect health and minimize danger.  The Act of 1954 re-emphasized
the responsibilities of the AEC with regard to protecting both
employees and the general public from hazards resulting from the
development and utilization of atomic energy by the AEC, its
contractors or licensees.

DOE ARCHIVES

3. Acting on this assignment of responsibility, the General
Manager in 1947 appointed a Medical Board of Review and also a
Safety and Industrial Health Advisory Board.  In June 1947, the
Medical Board of Review recommended to the Commission the formation

- 8 -                    Appendix "A"





HA91005815


OFFICIAL USE ONLY



of an Advisory Committee for Biology and Medicine and the appointment of a Medical Director. The AEC then established the Division of Biology and Medicine with Dr. Shields Warren as its first Director. On September 15, 1948, the responsibilities of the Division were spelled out in GM Bulletin O&M-13. Under the present AEC Manual Chapter 0501, the Division is assigned responsibility for staff supervision of industrial and public health programs, including protection against radiation and toxic materials.

4. The Safety and Industrial Health Advisory Board referred to above urged the establishment of a Division of Safety and Health, to include health, safety and fire protection. In response to this recommendation, the Safety and Fire Protection Branch was established in the Division of Organization and Personnel. A report by Sidney J. Williams in December, 1952, recommended that radiation protection, industrial hygiene, and medical services be a function of the Safety and Fire Protection Branch.

5. The Isotopes Division was formed in January 1947 to administer health and safety responsibilities in the Commission's Radioisotope Distribution program under the Atomic Energy Act of 1946. The Division of Civilian Application was formed in March 1955 and delegated health and safety regulatory responsibilities for AEC licensees under the Atomic Energy Act of 1954.

DOE ARCHIVES

6. Development of AEC Radiological Protection Practices.
The Manhattan Engineering District regulated its activities in health and safety, including radiation protection, through a series of Circular Letters issued between July 1943 and September 1946. An early guide used within the Atomic Energy Commission, although it was never officially adopted, was safety manual No. 3, "Standard

- 9 -                      Appendix "A"

OFFICIAL USE ONLY

HA91005816



OFFICIAL USE ONLY

OFFICIAL USE ONLY

Safety Requirements" dated April 28, 1947. Its use was superseded
June 10, 1949, by GM Bulletin No. 133, which prescribed as the
basis of AEC standards the publications of various national groups
such as American Standards Association and National Committee on
Radiation Protection and Measurement.

7. The manual on "Standard Safety Requirements" had
prescribed the "tolerance level for total body exposure" of
personnel as 0.1 rem per day.  In 1948, the National Committee on
Radiation Protection and Measurement (NCRP), newly formed as an
outgrowth of the Advisory Committee on X-ray and Radium Protection
under the sponsorship of the U. S. National Bureau of Standards
(NBS), lowered its recommended permissible level of exposure to
external radiation to 0.3 rem per week.  This decrease was
recommended on the basis of the more penetrating nature of the new
atomic radiations and, with the concurrence of the British
counterpart of the NCRP subcommittee on permissible external
exposure, the NCRP issued a preliminary report in the summer of
1949.  This new basic recommendation was adopted by AEC for use in
its operations through the instrumentation of its GM Bulletin
No. 133.

DOE ARCHIVES

8. Representatives of the United States, Canada and the
United Kingdom met in September of 1949 at Chalk River, Canada,
and again in August of 1950 at Harwell, England, to review some of
the more recently available radiobiological research data and to
re-define certain permissible dose figures, particularly with
respect to the amount of certain radioisotopes which might safely be
carried in critical organs inside the body.  As a result of the
agreements reached at these meetings, Dr. Shields Warren, Director
of the Division of Biology and Medicine, issued to AEC contractor
operations, under authority of GM Bulletin 133, a memorandum dated

- 10 -                    Appendix "A"

OFFICIAL USE ONLY



HA91005817



December 8, 1950, specifying limitations on radiation exposures
to supersede those previously in use. This memorandum defined:
(1) maximum permissible exposures of the blood-forming organs to
penetrating radiations (beta, gamma, neutron); and (2) maximum
permissible exposures of the extremities, and listed permissible
"body burdens" and permissible concentrations in air and drinking
water for twenty radioisotopes. The results of these meetings also
served as a basis for the deliberations of the ICRP in London in
1950, which issued a definitive report.

9. Tripartite representatives met again at Harriman, New York
in March of 1953. This time they were able to settle several
vexing questions and agree upon revised permissible concentrations
for these and other isotopes. The report of this meeting provided
the data which were adopted and reported by the ICRP meeting of
1953 at Copenhagen. The 1950 and the 1953 deliberations and
agreements served as the basis for NCRP recommendations on
"Maximum Permissible Amounts of Radioisotopes in the Human Body and
Maximum Permissible Concentrations in Air and Water", published
in NBS Handbook No. 52 issued in 1953.          DOE ARCHIVES

10. NBS Handbook No. 52, and the other applicable NBS Handbooks
of NCRP recommendations are the basis for all of the permissible
concentrations for radioisotopes and permissible exposures to
radiation prescribed by AEC under its responsibilities for health
and safety as set forth in the Atomic Energy Act of 1946. AEC
Manual Chapter 0522 of 1954, "Basic Guides for Radiation
Protection", under which AEC contractors were to operate with
respect to providing radiation protection to their workers and
the neighboring public, listed seven appropriate NBS Handbooks,
as well as one each from the American Standards Association and the
National Research Council. Since 1954, several additional NBS



HA91005818



Handbooks of NCRP recommendations have been issued, including
No. 59 on "Permissible Dose from External Sources of Ionizing
Radiation", which had been undergoing preparation and revision
for five years. AEC Manual Chapter 0550, "Codes and Standards
for Health, Safety and Fire Protection", is now being revised to
replace Chapter 0522, and to bring up to date the listing of ten
NBS Handbooks and five other guides which serve as the basis for
AEC policies in radiation protection.

11. Some of the attitudes expressed in both NBS Handbook No.
52 and 59 are the result of policies originated in the Division of
Biology and Medicine. It had been necessary, for example, to
define permissible exposures for personnel participating in test
operations. To provide greater flexibility than was possible under
an exposure limit of 0.3 roentgen in any one week, Dr. Shields
Warren in a memo dated October 11, 1951, authorized limits of
exposures for test personnel as 3.9 roentgens during any period of
13 successive weeks, without regard to the rate at which the
exposure was accumulated. Somewhat later, the Division of Biology
and Medicine, with the concurrence of the Advisory Committee for
Biology and Medicine, authorized all AEC contractors to keep their
exposure records on the 13-week rather than on the 1-week basis,
in order to provide greater flexibility and efficiency in the use
of radiation workers. This eliminated the earlier practice of
limiting radiation exposure to 50 milliroentgens per day, or 300
milliroentgens per week, in which a worker who had received his
permissible allotment of radiation early in the period had to be
removed from that job for the rest of that period. The new policy
reflected a basic change in thinking, and recognized that a certa'...
small amount of concentrated exposure during a 3-month period was
not appreciably worse than if that same amount of exposure were
incurred uniformly over the same period of time. This concept

- 12 -

DOE ARCHIVES
Appendix "A"



carried over into NBS Handbook No. 59 when it finally appeared but in a somewhat modified form. NBS Handbook No. 59 permitted as much as 0.9 r in any one week (instead of 0.3 r), but extracted a small penalty in that, if advantage were taken of this permission, the total exposure for the quarterly period of 13 weeks must not exceed 3.0 roentgens (instead of 3.9 r). This proviso carries over into the newest NCRP recommendations.

12. Another concept which appears in both NBS Handbook No. 52 and 59 and which was first discussed at the 1949 Chalk River Conference and further developed by the Division of Biology and Medicine, was that general populations should be exposed to less by-product radiation from the atomic energy industry than is permissible for radiation workers. This philosophy is based on the assumption that the general population, including as it does the young and radiation-sensitive elements, the aged and the sick, and the germ plasm of the race, will have a broader sensitivity to by-product exposure than will adult and relatively healthy workers. Moreover, the general population is exposed to some portion of the hazard from many different industries. To expose it to the full occupational hazard from many industries would be highly improper.

13. The 1949 Chalk River conference proposed additional safety factors of 1/10 to 1/1000. The Division of Biology and Medicine, in connection with the development of a waste disposal policy involving concentrations of radioactivity in air, water and food, argued for a value of 1/10, as the ratio of exposure permitted general populations and atomic energy workers. This value was adopted by the NCRP in NBS Handbook No. 59.

DOE ARCHIVES

14. Recent Recommendations on Permissible Levels of Exposure - ICRP, NAS, NCRP. The International Commission on Radiological Protection, formed in 1928 during the second

HA91005820



International Congress of Radiology, consists of selected
radiological experts from the United States and a number of
European countries.  At the recent Geneva meeting, invitations
were extended to several scientists in Japan and Russia to attend
a conference to discuss permissible levels.  The Commission does
not consist of a Congress of national committees such as the
U. S. National Committee on Radiation Protection and Measurement
(NCRP) or the British Medical Research Council.  It is, however,
universally recognized as authoritative since it functions under
the auspices of the International Congress of Radiology, and was
set up specifically to make recommendations on radiation safety
standards.  Recognition in 1956 of the Commission by the World
Health Organization as a non-governmental organization has added
to its prestige.

15. Agreements were reached during the 1956 Geneva meeting
of the ICRP to lower certain of the prevailing permissible
exposures to radiation, and these were presented to the ninth
International Congress of Radiology in Mexico, 1956.  The major
recommendations are summarized in the tables attached as Annex "A"
to this Appendix.  With respect to the permissible dose to the
germ cells, the following statement is worth quoting:

> "When genetic aspects of the effects of radiation
> are considered, the dose received by the whole
> population is of importance.  Scientific data
> derived from human as distinct from experimental
> animal populations are so scanty that no precise
> permissible dose for a population can, at present,
> be set.  The available information is being
> assessed by the Commission and other groups
> including geneticists.  Until general agreement is
> reached, it is prudent to limit the dose of
> radiation received by gametes from all sources
> additional to the natural background to an amount
> of the order of the natural background in
> presently inhabited regions of the earth."

DOE ARCHIVES

16. In 1955, the Rockefeller Foundation contracted with the
National Academy of Sciences "to carry on a continuing study of
the biological effects of atomic radiations from the points of view



HA91005821



of genetics, pathology, meterology, oceanography and fisheries, agriculture and food supplies, and the disposal and dispersal of radioactive wastes." The preliminary reports of these sub-committees appeared in June 1956 under the title "The Biological Effects of Atomic Radiation". The subcommittee on pathology has issued its full report: "Pathological Effects of Atomic Radiation".

17. The National Committee on Radiation Protection and Measurement (NCRP) has had its recommendations under continual study and review, particularly with respect to genetic effects and the possible shortening of average life expectancy due to radiation exposure of a large fraction of the population. The NCRP has now agreed upon the formulation of revised recommendations on maximum permissible doses which integrate the national and international views for practical application, and under date of January 8, 1957, it issued a preliminary statement "Maximum Permissible Radiation Exposures to Man", attached as Annex "B" to this appendix. This statement is intended as "preliminary" to eventual revision of the NBS Handbooks, not as tentative.

18. A basic revision in the recommendations of the NCRP is the limitation of the maximum permissible accumulated occupational dose in rems, at any age, to "5 times the number of years beyond age 18, provided that no annual increment exceeds 15 rems ... The previous permissible weekly whole body dose of 0.3 rem, and the 13-week dose of 3 rems when the weekly limit is exceeded, are still considered to be the ... MPD with the above restriction for accumulated dose..."

DOE ARCHIVES

19. As a result of the wording used by NCRP in its new statement, the number of possible "technical overexposures" which may be anticipated is reduced. For example the weekly dose of 0.3

- 15 -          Appendix "A"





rems may be exceeded provided the total quarterly dose does not exceed 3 rems. Exposures in excess of 3.9 or 3.0 rems per quarter (depending on whether the weekly rate is below or above 0.3 rem per week, respectively), or in excess of the accumulated dose given by the formula 5 (age - 18) rems, constitute "technical over-exposures." Since both of these limits permit as much as 15 rems per year under certain circumstances, there is no sharp break with previous permissible dose rates. Inasmuch as essentially all AEC contractors have been operating routinely well below the previous permissible levels, it is anticipated that most of them will have little difficulty in meeting the revised requirements. Some few operations, such as the isotopes preparation laboratory at Oak Ridge, may find it necessary to revise their routines.

20. It is to be noted that AEC has traditionally adhered to the policy stated in NBS Handbook No. 59 "that exposure to radiation be kept at the lowest practicable level in all cases". It is anticipated that that policy will continue.

DOE ARCHIVES

HA91005823

Appendix "A"



## ANNEX "A" TO APPENDIX "A"

### TABLE I

### RECOMMENDED LIMITS ON EXPOSURE TO EXTERNAL RADIATION

| EXPOSURE | NATL. ACAD. SCIENCES(1) BRIT. MED. RES. COUN.(2) | INTL. COMM. ON RADIOL. PROTEC.(3) | NATL. COMM. ON RADIOL. PROTECT. & MEASUREMENT PREVIOUS | | NEW | |
|---|---|---|---|---|---|---|
| **OCCUPATIONAL** Critical organs (includes the whole body, blood forming organs, gonads, lenses of the eyes) | 3.9 rems/13 weeks(2)  50 rems/0-30 yrs(1)(2) 100 rems/0-40 yrs(1)  200 rems/lifetime(2) | .3 rem/week 3 rems/13 weeks 5 rems/year  50 rems/0-30 yrs a) 100 rems/0-40 yrs  a) 200 rems/0-60 yrs | .3 rem/week a) 3 rems/quarter b) 15 rems/year  b) 180 rems/18-30 yrs b) 405 rems/18-45 yrs b)c) 750 rems/45-70 yrs d) 1155 rems/18-70 yrs | | a) .3 rem/week b) 3 rems/quarter b) 5 rems/year c) 15 rems/year d) 60 rems/18-30 yrs d) 110 rems/18-40 yrs  d) 260 rems/18-70 yrs | |
| Skin (whole body) | | .6 rem/week | .6 rem/week b) 30 rems/year | | .6 rem/week e) 10 rems/year | |
| Extremities (Skin Dose) | | | b) 1.5 rems/week | | f) 75 rem/year 1.5 rems/week | |
| **NON-OCCUPATIONAL** a) Individuals in vicinity of controlled areas | | a) .03rem/week 1.5 rems/week year | .. 1.5 rems/year | | .5 rem/year | |
| Gen. Populations (Av. exposure above background from all sources) | 10 rems/0-30 yrs(1) a) 8 rems/0-40 yrs(2) | b)  10 rems/lifetime | 45 rems/0-30 yrs (1.5 rems/year | | 10 rems/0-30 yrs (3.3 rems/decade) | |

Annex "A" to Appendix "A"

DOE ARCHIVES

HAB1005824

TABLE I (Continued)

| EXPOSURE | NATL. ACAD. SCIENCES(1) BRIT. MED. RES. COUN.(2) | INTL. COMM. ON RADIOL. PROTEC.(3) | NATL. COMM. ON RADIOL. PROTECT. & MEASUREMENT | |
| | | | PREVIOUS | NEW |
|---|---|---|---|---|
| a) Exposure resulting from plant operation, not including background or medical exposure | a) Twice background | a) Inferred<br>b) Order of background | a) If .3 rem/week is exceeded<br>b) Assumes 50 workweeks per year<br>c) Permissible yearly dose is doubled except for lenses of the eyes.<br>d) Summarizes permissible lifetime occupational dose. | a) If .3 rem/week is exceeded.<br>b) Average dose/yr lifetime occupational<br>c) Maximum in one year<br>d) By formula:5(Age-18)<br>e) Double the critical organ MFD permits 30 rems in one year<br>f) Assumes 50 workweeks per year. |

DOE ARCHIVES

Annex "A" to
Appendix "A"

HA91005825

## TABLE II

### RECOMMENDED LIMITS ON EXPOSURE TO INTERNAL RADIATION
(ILLUSTRATIVE EXAMPLES)

| EXPOSURE | NATIONAL ACAD. SCIENCES (1) BRIT. MED. RES. COUNCIL(2) | INTERNAT'L COMM. ON RADIOL. PROTECT. (3) | NATIONAL COMMITTEE ON RADIATION PROTECTION PREVIOUS | NEW (4) |
|---|---|---|---|---|
| **OCCUPATIONAL** Adult Skeleton | - - | 0.1 µc Ra-226 1.0 µc Sr-90 | 0.1 µc Ra-226 1.0 µc Sr-90 | 0.1 µc Ra-226 1.0 µc Sr-90 |
| Whole Body & Gonads | - - | - - | 15.0 µc Na-24 $10^4$ µc H-3 | 5.0 µc Na-24 $3.3 \times 10^3$ µc H-3 |
| **NON-OCCUPATIONAL** Skeleton | 0.1 µc Sr-90 (1) (20 rems/lifetime)  0.01 µc Sr-90 (2) (level of reconsideration) | - | 0.01 µc Ra-226 0.1 µc Sr-90 | 0.01 µc Ra-226 0.1 µc Sr-90 |
| Whole Body & Gonads | - - | - - | 1.5 µc Na-24 $10^3$ µc H-3 | 0.5 µc Na-24 $3.3 \times 10^2$ µc H-3 |

- 19 -

Annex "A" to Appendix "A"

DOE ARCHIVES

HA91005826



ANNEX "B" TO APPENDIX "A"


MAXIMUM PERMISSIBLE RADIATION EXPOSURES TO MAN


A Preliminary Statement of the

National Committee on Radiation Protection
and Measurement


January 8, 1957


THIS MATERIAL IS TO BE PUBLISHED ONLY
IN ITS ENTIRETY, AND ONLY BY PERMISSION
OF THE NATIONAL COMMITTEE ON RADIATION
PROTECTION AND MEASUREMENT.

DOE ARCHIVES

- 20 -

Annex "B" to
Appendix "A"


HA91005827





January 8, 1957

### MAXIMUM PERMISSIBLE RADIATION EXPOSURES TO MAN

A Preliminary Statement of the
National Committee on Radiation Protection
and Measurement

#### INTRODUCTION

Since the publication of NBS Handbook 59 on Permissible
Dose from External Sources of Ionizing Radiation, the National
Committee on Radiation Protection and Measurement (NCRP) has
continued the study and review of its recommendations, particularly
with respect to genetic effects and the possible shortening of
average life expectancy due to radiation exposure of a larger
fraction of the population. The NCRP proposals resulting from
these studies had an important influence on the decisions reached
by the International Commission on Radiological Protection (ICRP)
in Geneva in April 1956, which resulted in a general lowering of
the maximum permissible accumulated dose (MPD) for occupational
radiation exposures, as well as for exposures of the population
as a whole. These changes are in accord with the informal
agreements reached by the ICRP in Stockholm in 1952.

The NCRP has now agreed upon the formulation of revised
recommendations on maximum permissible doses which integrate the
national and international views for practical application. The
Committee is pleased to note that the findings of the ICRP are
reinforced by the important information and data provided in the
subsequent reports of the National Academy of Sciences and the
British Medical Research Council.                    **DOE ARCHIVES**

The changes in the accumulated MPD are not the results of
positive evidence of damage due to use of the earlier permissible
dose levels, but rather are based on the desire to bring the MPD
into accord with the trends of scientific opinion; it is recognized

- 21 -

Annex "B" to
Appendix "A"



HA01005828



that there are still many uncertainties in the available data and information.  Consideration has also been given to the probability of a large future increase in radiation uses.  In spite of the trends, it is believed that the risk involved in delaying the activation of these recommendations is very small if not negligible.  Conditions in existing installations should be modified to meet the new recommendations as soon as practicable, and the new MPD limits should be used in the design and planning of future apparatus and installations.  Because of the impact of these changes and the time required to modify existing equipment and installations, it is recommended on the basis of present knowledge that a conversion period of not more than five years be adopted within which time all necessary modifications should be completed.

DEFINITIONS

For the purposes of this preliminary statement, the following tentative definitions are given:

Controlled Area.  A defined area in which the occupational exposure of personnel to radiation or to radioactive material is under the supervision of a radiation safety officer.  (This implies that a controlled area is one that requires control of access, occupancy, and working conditions for radiation protection purposes.)

Workload.  The output of a radiation machine or a radioactive source integrated over a suitable time and expressed in appropriate units.

Occupancy Factor.  The factor by which the workload should be multiplied to correct for the degree or type of occupancy of the area in question.

DOE ARCHIVES

- 22 -

Annex "B" to
Appendix "A"

HA91005829







RBE Dose. RBE stands for relative biological effectiveness. An RBE dose is the dose measured in rems. (This is discussed in the forthcoming report of the International Commission on Radiological Units and Measurement.)

## MPD RECOMMENDATIONS FOR OCCUPATIONAL CONDITIONS (CONTROLLED AREAS)

1. **ACCUMULATED DOSE.** The maximum permissible accumulated dose, in rems, at any age, is equal to 5 times the number of years beyond age 18, provided no annual increment exceeds 15 rems. Thus the accumulated MPD = 5 (N-18) rems where N is the age and greater than 18. This applies to all critical organs except the skin, for which the value is double.

2. **WEEKLY DOSE.** The previous permissible weekly whole-body dose of 0.3 rem, and the 13-week dose of 3 rems when the weekly limit is exceeded, are still considered to be the weekly MPD with the above restriction for accumulated dose.

3. **EMERGENCY DOSE.** An accidental or emergency dose of 25 rems to the whole body, occurring only once in the lifetime of the person, shall be assumed to have no effect on the radiation tolerance status of that person. (See National Bureau of Standards Handbook 59.)

4. **MEDICAL DOSE.** Radiation exposures resulting from necessary medical and dental procedures shall be assumed to have no effect on the radiation tolerance status of the person concerned.

DOE ARCHIVES

## MPD RECOMMENDATIONS FOR THE WHOLE POPULATION

5. The maximum permissible dose to the gonads for the population of the United States as a whole from all sources of radiation, including medical and other man-made sources, and background, shall not exceed 14 million rems per million of population over the period from conception up to age 30, and one-third that amount in each decade thereafter. Averaging should

- 23 -

Annex "B" to
Appendix "A"



HA91005830




OFFICIAL USE ONLY

be done for the population group in which cross-breeding may be expected.

## RECOMMENDATIONS FOR INTERNAL EMITTERS

6.  In controlled areas, the permissible radiation levels for internal emitters will conform to the general principles outlined above. Where the critical organ is the gonad or the whole body, the maximum permissible concentrations of radio-nuclides in air and water will be one-third the values heretofore specified for radiation workers. Where single organs other than the gonads are regarded as the critical organ, the present maximum permissible concentrations will continue. For individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures. (Other changes in the maximum permissible concentrations for radionuclides may be introduced because of additional information developed since the publication of National Bureau of Standards Handbook 52.)

## DISCUSSION OF REVISED RECOMMENDATIONS

7.  The MPD for occupational exposure is based on the absence of detectable injury to the individual. It remains at its present level of 0.3 rem/week for the whole body. Where the dose in any week exceeds this value, a dose of 3 rems in 13 weeks may be accepted. The 13-week period may start at the beginning of the calendar quarter or the beginning of the week during which the permissible weekly dose was exceeded.    **DOE ARCHIVES**

8.  The rules given in Handbook 59 will be continued for operational and administrative purposes, but some of the rules will be modified by provisions related to an average yearly limitation of occupational exposure to external sources of ionizing radiation of 5 rems to the blood-forming organs, gonads, and lens of the eyes, and of 10 rems to the skin. The use of "5 rems" in

Annex "B" to
Appendix "A"


OFFICIAL USE ONLY

HA91005831

OFFICIAL USE ONLY

the statement of the revised rules is for the purpose of design and administration. The critical limitation will be that defined for the total accumulated dose in paragraph 1 above.

9. If a person's occupational exposure is documented or otherwise known with reasonable certainty, he may be permitted to use his reserve exposure in accordance with paragraphs 1 and 2 above. In all other cases, he shall be assumed to have received his maximum accumulated dose as indicated in paragraph 1 above.

10. It is considered that with the current and proposed low levels of occupational exposure, it is presently not necessary to make special allowance for medical exposure in conjunction with occupational exposure. This consideration may later become important. The effects of medical exposures have long been considered by this Committee to be the responsibility of the attending physician; it is his responsibility to evaluate medical radiation exposure in relation to the health of the individual. (See National Bureau of Standards Handbook 59.)

11. In the determination of the population dose in the vicinity of radiation sources, proper consideration should be given to occupancy factor and to workload. The exposure of individuals outside of controlled areas may be integrated over periods up to one year.

DOE ARCHIVES

12. While at the moment it is not feasible to determine the average exposure for the population with any reasonable accuracy, the adoption of some figure is necessary for planning purposes. For the immediate future, it may be assumed that the total integrated RBE dose received by all radiation workers will be small in comparison with the integrated RBE dose of the whole population. Furthermore, persons outside of controlled areas, but exposed to radiation from a controlled area, constitute only a small portion of the whole population. Therefore, if this small

- 25 -

Annex "B" to
Appendix "A"

 OFFICIAL USE ONLY

HA91005832

...





portion is assumed to receive yearly an average per capita dose of 0.5 rem, the total dose to the whole population from man-made radiations is not likely to exceed 10 million rems per million of population up to age 30. (This assumes a dose of 4 million rems per million of population over this age period from background radiation.)

***********************

DOE ARCHIVES

Annex "B" to
Appendix "A"



HA91005833





## APPENDIX "B"

### DRAFT LETTER TO JCAE, GAC, MLC

1. The Commission has adopted new, lower levels of permissible exposures to ionizing radiation in its operations and for the operations of its contractors.

2. This action is based on recommendations of the National Committee on Radiation Protection and Measurement (NCRP) set forth in the Committee's Preliminary Statement dated January 8, 1957, "Maximum Permissible Radiation Exposures to Man" (copy enclosed). Although the recommendations of the Committee are not binding on either government or private operations, the AEC, through its Division of Biology and Medicine, has traditionally followed the recommendations of the Committee in limiting exposures to radiation of AEC and contractor personnel.

3. The new NCRP recommendations represent the first major change since 1946 in the basic guides limiting exposure of atomic energy workers and the population to ionizing radiations. They are intended to reflect consideration of the genetic and possible life-shortening effects of radiation. In its preliminary statement, however, the Committee points out that "changes in the accumulated maximum permissible dose are not the result of positive evidence of damage due to the use of earlier permissible dose levels, but rather are based on the desire to bring the MPD into accord with the trends of scientific opinion." With the probability of a large future increase in radiation uses, the NCRP suggests that these recommendations be put into effect as soon as practicable, but in any case within five years.

DOE ARCHIVES



HA91005834





4. The NCRP recommendations under consideration here are limited to statements of standards.  In applying these standards to situations of interest to the Atomic Energy Commission it is necessary to specify in more detail how they shall be applied. For AEC installations these details are stated in the proposed AEC Manual Chapter (copy enclosed).  It is believed that this Chapter is in complete accord with the intent of the NCRP recommendations.

5. Since the Committee's recommendations permit radiation exposure limits as high as 15 rems per year under certain circumstances, there is no sharp break with previous permissible dose rates.  Inasmuch as essentially all AEC contractors have been operating routinely well below the previous permissible levels, it is anticipated that adoption of the new levels will not result in any material change in present operating procedure.

Enclosures:

1.   Statement as indicated (Annex "B" to Appendix "A")

2.   AEC Manual Chapter 0524 (Appendix "C")

DOE ARCHIVES

HA91005835







## APPENDIX "C"

### U. S. ATOMIC ENERGY COMMISSION
### AEC MANUAL

Volume: 0000 General Administration                    AEC 0524-01
Part:   0500 Health and Safety                              BMHP

---

Chapter 0524  PERMISSIBLE LEVELS OF RADIATION EXPOSURE

---

0525-01  Purpose and Scope

This chapter establishes rules governing all AEC and AEC contract
contractors with respect to levels of radiation exposure for their
personnel (exclusive of those actually engaged in weapons tests)
and other persons who may be exposed to radiation from AEC
operations, and assigns responsibility for compliance with these
levels.  In those instances where a contractor is also an AEC
licensee, the contract relationships will not exempt him from
compliance with this directive and the terms of his license.
Accordingly, such contractor-licensee will normally be obligated
to conduct his radiation protection activities under his license
in accordance with AEC regulation 10 CFR, Part 20, "Standards for
Protection Against Radiation".


0524-02  Policy                           DOE ARCHIVES

The Commission has adopted the recommendations of the National
Committee on Radiation Protection and Measurement (NCRP), entitled
"Maximum Permissible Radiation Exposures to Man", issued by the
NCRP, dated January 8, 1957, (see Appendix AEC 0524-02-A-) 1/
The Committee's recommendations2/ shall be wholly complied with by

---

1/ These NCRP recommendations modify the basic standards listed in
   AEC Manual Chapter 0550-051

2/ The NCRP recommendations basically applicable to AEC and AEC
   contractors operations are summarized in Appendix AEC 0524-02-B
   Table I, "Recommended Limits on Exposure to External Radiation"
   and Table II, "Recommended Limits on Exposure to Internal
   Radiation (illustrative examples)".



HA91005836



AEC and AEC contractor personnel except that the following criteria
shall be applied in the interpretation of these recommendations:

a. Where it is necessary to modify presently existing
conditions in order to comply with these recommendations
for permissible exposure and a conversion period has been
requested by an appropriate AEC official, an applicable
conversion period not to exceed five years will be
determined by agreement between the Division of Biology
and Medicine, appropriate Headquarters Divisions, and
Operations Offices.

b. Exposure in excess of a recommended maximum permissible
level does not in and of itself constitute an injury in the
clinical sense.

c. Accumulation of dose for the year 1957, and thereafter
until such time as the rule may be modified, shall be
guided by recommendation number 1 of Appendix 0524-02-A
which states that the maximum permissible accumulated dose in
rems at any age, is equal to 5 times the number of years
beyond age 18, provided no annual increment exceeds 15
rems. That is, MPD = 5 (N-18) where N is the "effective
age" on December 31 of any year. Effective age shall be
taken as the age actually attained between April 1 of
that year and March 31 of the following year, both dates
inclusive. It should be noted that proposed regulations
of the Secretary of Labor prohibit the employment in radia-
tion work by industries engaged in interstate commerce
of persons below the attained age of 18. Recommendation
number 1 also states that the value for the maximum
permissible accumulated dose to the skin is double the
value for whole body and critical organs. This means
the skin of the whole body. When the dose only to the

DOE ARCHIVES

- 30 -

Appendix "C"



HA91005837



extremities is concerned, the maximum permissible
accumulated dose is 75 rems per quarter (13 consecutive
weeks). Note also paragraph 9, of Appendix 0524-02-A
regarding previous radiation exposure experience.

d. Recommendation number 2 of Appendix 0524-02-A shall
be interpreted to mean: "Weekly Dose. The previous
permissible weekly whole-body dose of 0.3 rem, and the
13 week dose of 3 rems when the weekly limit is
exceeded, are still considered to be the basic limits
on permissible dose rate, with the above restriction
for accumulated dose." 3/

e. For internal emitters which have the whole body or
the gonad as the critical organ, the MPC's listed in NBS
Handbook No. 52 are reduced by a factor of 3. All
others remain as listed, pending a major revision of
the Handbook.

f. Routine medical and dental exposures are not to be
considered as part of the record of occupational exposures.
Under extraordinary circumstances, the physician in
charge may wish to make some recommendation regarding
restriction of routine occupational exposure.

g. It is recognized that recommendation number 5 of
Appendix 0524-02-A is wholly acceptable as a statement
of philosophy and is endorsed as such as the Commission.
However, AEC cannot influence the quantity of radiation
received by the population as a whole from all sources
of radiation, but can exercise control over the release
of radioactive materials to the general environment from

---

3/ Limits of exposure of personnel involved in the actual conduct
of weapons tests in Nevada or in the Pacific Proving Ground
will be the subject of a separate authorization.

DOE ARCHIVES

Appendix "C"



HA91005838



AEC opeations.  Therefore, when the exposure of population
groups outside of controlled areas is considered,
radioactive effluents from AEC operations shall not
be released to the environment in amounts which might be
expected to expose such members of the general population
to more than an average whole body dose of 0.5 rem 4/ 5/
per year or to an average concentration of radioactive
materials in air and water greater than 1/10 of the
maximum permissible concentrations (MPC's) recommended by
the NCRP for occupational exposure.  6/  When there is a
reasonable expectation that the average radiation dose to
any individual in a population group outside of controlled
areas might approach either of the above limits, adequate
radiation measurements shall be made in those areas so
occupied.

0524-03  Responsibilities

031 Directors of Divisions and Offices, Headquarters, are
responsible for interpreting and applying the recommendations of
Section 0524-02 above to AEC employees and Operations Offices under
their jurisdiction.

032 Managers of Operations are responsible for interpreting
and applying the recommendations of Section 0524-02 above for
permissible exposure to radiation so that those operations under
their jurisdiction shall fully comply with these recommendations
and shall maintain a level of performance consistent with them.

4/ Since maximum permissible occupational exposure criteria are
herein applied, in accordance with recommendation number 4 of
Appendix 0524-02-A radiation exposures from necessary medical
and dental procedures shall not be allowed for in the determina-
tion of this average whole body dose.

5/ The value 0.5 rem is consistent with the suggestion in paragraph
12 of Appendix 0524-02-A.  DOE ARCHIVES

6/ Limits of exposure of the population from weapons tests in Nevada
or in the Pacific Proving Ground will be the subject of a
separate authorization.

- 32 -           Appendix "C"

HA91005839





## APPENDIX AEC 0524-02

Appendix 0524-02 to this Manual Chapter consists of
the January 8, 1957, Preliminary Statement of the
National Committee on Radiation Protection and
Measurement, and of Tables I and II attached to this
paper as Annex "A" to Appendix "A".

DOE ARCHIVES



HA91005840