# Exhibit 7

TN-0000-22

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

TRANSMITTAL NOTICE

---

Chapter 0522 BASIC GUIDES FOR RADIATION PROTECTION

---

1. Attached is Chapter 0522 of the AEC Manual of Instructions. This chapter contains a listing of guides to be referred to in matters of radiation protection. Sections 0522-01b and 0522-01d were formerly published in GM-SFP-3. The other listings contained in GM-SFP-3 will now be found in AEC 0550.

2. Please file this Chapter in your AEC Manual in Volume 0000, "General Administration," Part 0500, "Health and Safety."

*John C. Bugher*
John C. Bugher, Director
Division of Biology and Medicine

February 26, 1954

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

Volume: 0000 General Administration     AEC 0522-01
Part:    0500 Health and Safety     BMBP

Chapter 0522 BASIC GUIDES FOR RADIATION PROTECTION

0522-01   <u>General</u>

The purpose of this Instruction is to specify certain codes and standards that may be used for guidance in questions pertaining to radiation protection. AEC Manual Chapter 0550, "Safety and Fire Protection Codes and Standards," contains a listing of publications pertinent to other and related aspects of personnel safety. The codes and standards specified below cover some of the major problems in radiation protection.

    a.   Safety Code for Industrial Use of X-Rays (ASA)

    b.   Medical X-Ray Protection Up to Two Million Volts (Handbook 41, NBS)

    c.   X-Ray Protection Design (Handbook 50, NBS)

    d.   Safe Handling of Radioactive Isotopes (Handbook 42, NBS)

    e.   Recommendations of the International Commission on Radiological Protection and the International Commission on Radiological Units, 1950 (Handbook 47 NBS)

    f.   Radiological Monitoring Methods and Instruments, 1952 (Handbook 51 NBS)

    g.   Control and Removal of Radioactive Contamination in Laboratories (Handbook 48 NBS)

    h.   Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water, 1953 (Handbook 52 NBS)

    i.   Physical, Biological, Administrative Problems Associated With the Transportation of Radioactive Substances (NRC Publication 205)

DOE Record Center
bb4802
Bx 4727
AEC 0522 Basic Guides for Radiation Protection
Cancelled

February 26, 1954

AEC 0522-02                   BASIC GUIDES FOR RADIATION PROTECTION

0522-02   Source of Basic Codes and Standards

The names and addresses of sources referred to are as follows:

- (ASA) American Standards Association, 70 E. 45th Street, New York 17, N. Y.

- (NBS) National Bureau of Standards, Conn. Ave. & Van Ness Street, Washington 25, D. C.

- (NRC) National Research Council of the National Academy of Sciences, 2101 Constitution Ave., Washington 25, D. C.

February 26, 1954

GPO 870337