# Exhibit 8

ADVANCE COPY

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

TN-0000-190

## TRANSMITTAL NOTICE

---

Revision: Chapter 0550 CODES AND STANDARDS FOR HEALTH, SAFETY, AND FIRE PROTECTION

---

1. Attached is revised Chapter 0550 which supersedes Chapter 0550 dated February 26, 1954 and Chapter 0522 dated February 26, 1954. An appropriate section on Industrial Health will be added when it has been developed and approved.

2. This Chapter was revised for the purpose of consolidating in one Chapter the codes and standards for health, safety, and fire protection to avoid duplication between Chapters and to update the information given.

3. The principle changes are:

   a. Section 0550-01, Purpose and Scope, has been revised to include a statement on how the codes and standards affect AEC licensees, particularly where an AEC contractor also performs work under a license.

   b. Section 0550-03, Responsibility, has been revised to make clear where the demarcation is between Headquarters' and Operations Office' responsibilities.

   c. Section 0550-05, Basic Standards, Guides, Codes and Regulations for Radiation Protection, has been added to incorporate a previously proposed revised draft of Chapter 0522, Basic Standards for Radiation Protection.

   d. Section 0550-06, Basic Standards for Health Protection, has been added to establish the basic standards for the protection of health from toxic materials.

   e. Section 0550-07, Basic Guides for General Environmental Sanitation, has been added to establish those codes, standards, and regulations which shall be followed in maintaining a satisfactory level of sanitation.

4. Please file this Chapter to replace the superseded ones in Part 0500 of your AEC Manual.

R. W. Cook
Deputy General Manager

August 29, 1957

ADVANCE COPY

ADVANCE COPY

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

| Volume 0000 General Administration | AEC 0550-01 |
|---|---|
| Part 0500 Health and Safety | OPSFP&EMEP |

Chapter 0550  CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

### 0550-01 Purpose and Scope

* The purpose of this Chapter is to specify minimum codes and standards that shall be used as basic guides for protection of AEC and AEC contractor personnel from excessive exposure to ionizing radiations, for physical aspects of health, safety, and fire protection, and for safe working practices. They are applicable to design, construction, operation, or protection activities conducted by AEC personnel or performed for AEC by contractors whose health and safety programs are of direct concern to the AEC. In those instances where an AEC contractor is also an AEC licensee, the contract relationship will not exempt him from compliance with AEC regulations and the terms of his license. Accordingly, such contractor-licensee normally will be obligated to conduct his radiation protection activities under his license in accordance with AEC regulation 10 C.F.R., Part 20 "Standards for Protection Against Radiation".*

### 0550-02 Policy

021 *Applicability of Codes and Standards.* The codes and standards specified in this Chapter (Sections 0550-04, -05, -06, and -07, below) cover the major problems of health, safety, and fire protection. The level of performance established by these codes and standards shall serve as a guide in problems not covered directly. Standards employed by Operations Offices shall meet nationally recognized standards, where these exist. *

022 *Changes to Existing Facilities.* It is not intended that existing physical facilities be arbitrarily changed to comply with the codes and standards specified. Rather, these standards shall be fully considered when weighing the desirability of changes, and when a program of modification or replacement has been determined. *

023 Supplemental Guides. Guides to supplement those listed herein will be developed by AEC and distributed separately on subjects that cannot be covered by reference to recognized existing codes. (For example, several presently in effect are Municipal Fire Protection, Industrial Fire Protection, ------ and operators of Federal Motor Vehicles.)

TN-0000-190                                             Revised: August 29, 1957

ADVANCE COPY

AEC 0550-03                     CODES AND STANDARDS FOR HEALTH, SAFETY, AND FIRE PROTECTION

0550-03 Responsibilities.

*031 Heads of Offices and Divisions, Headquarters, are responsible for ensuring compliance with the requirements of this Chapter by AEC employees and Operations Offices under their jurisdiction.

*032 Managers of Operations are responsible for interpreting and applying the specified codes and standards used as basic guides and for determining that a level of performance in health, safety, and fire protection is maintained consistent with the intent of these guides for those operations under their jurisdiction.*

0550-04 Basic Guides for Safety and Fire Protection

The codes, standards, and regulations listed below shall be considered minimum requirements. The latest edition (including supplements when such exist) should be followed. (Publications marked with Symbol # are available from the Superintendent of Documents, Government Printing Office, Washington 25, D. C.)

    a. AMERICAN SAFETY STANDARDS (ASA)

        These standards include codes prepared or sponsored by numerous organizations such as American Society of Mechanical Engineers, Illuminating Engineering Society, Association of American Railroads, and the National Bureau of Standards. They should be used primarily for physical aspects of safety, and for specifications of equipment.

        Special attention is called to SAFETY CODE FOR BUILDING CONSTRUCTION, ASA, A10.2. This code, or other accepted codes conforming with the requirements of this code, shall be used as a reference in contracts covering construction work. Accepted codes are:

         1. U. S. Corps of Engineers' Safety Requirements, -----

         2. Minimum Safety Requirements, Oak Ridge Operations,-----, and

         3. State codes which provide equal or greater protection than A10.2. These are:

            (a) California - Construction Safety Orders.

            (b) Idaho - Minimum Safety Standards and Practices for the Building and Construction Industries, Code 2.

            (c) Washington - Department of Labor and Industries Safety Code and Amendments-----.

Revised: August 29, 1957                                    TN-0000-190

CODES AND STANDARDS FOR HEALTH,                            AEC 0550-04 b
SAFETY, AND FIRE PROTECTION
_____

   b. NATIONAL FIRE CODES - 5 Volumes (NFPA)

      Use for safety and fire protection information on flammable
   liquids, gases, chemicals, and explosives; dust explosions, static
   electricity; building exits; extinguishing and alarm equipment.
   The NATIONAL ELECTRICAL CODE is included in this group of standards.

   c. UNIFORM BUILDING CODE ~~(---)~~ (PC)

      Use for building design, construction, quality of materials,
   use and occupancy, location and maintenance, except where these
   features are specifically covered by other safety and fire pro-
   tection codes and standards listed herein. (See Section 0550-08,
   below.)

   d. MANUAL SHEETS (MCA)

      CHEMICAL DATA SHEETS (MCA)

      Use for chemical information such as properties, shipping
   containers, storage, handling, waste disposal, and health hazards
   and their control.

   e. INTERSTATE COMMERCE COMMISSION REGULATIONS FOR TRANSPORTATION
      OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES (SEE TITLE 49, PARTS
      71 TO 78, C.F.R.)#  -----

      * These regulations apply specifically to interstate transporta-
   tion, but there are many provisions on parts and accessories that
   are recommended as excellent guides for any operation.*

   ~~f. BOILER CONSTRUCTION CODE - 8 Sections (ASME)~~

      Use for boiler and pressure vessel operation, maintenance,
   inspection, and test.

   g. TRAFFIC ENGINEER'S HANDBOOK (ITE)

   h. MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES FOR STREETS AND
      HIGHWAYS (PRA)

   i. MOTOR VEHICLE INSPECTION MANUAL (AACSC)

   j. LISTS OF INSPECTED APPLIANCES, EQUIPMENT AND MATERIALS (UL)

      Recommended as a guide in purchasing equipment, appliances,
   and materials which incorporate adequate safeguards against
   accident and fire.


TN-0000-190                                        Revised: August 29, 1957

ADVANCE COPY

| AEC 0550-04 k | CODES AND STANDARDS FOR HEALTH, SAFETY, AND FIRE PROTECTION |
|---|---|

    k.  CIVIL AERONAUTICS BOARD CIVIL AIR REGULATIONS (SEE TITLE 14, PART 49, C.F.R.)#

    l.  RAILWAYS

        Railroad operations shall be consistent with operating regulations of the connecting railway company.

If there are differences between the foregoing codes and standards and State or local codes, the requirements providing the greater protection shall govern.

\# 0550-05 **Basic Standards, Guides, Codes, and Regulations for Radiation Protection**

The basic standards, guides, codes, and regulations listed below shall be considered minimum requirements. The latest edition (including supplements when such exist) shall be followed. (Publications marked with Symbol # are available from the Superintendent of Documents, Government Printing Office, Washington 25, D. C.)

  \# 051  **Basic Standards of Performance** in the protection of personnel from excessive exposure to ionizing radiations are based on National Committee on Radiation Protection and Measurement (NCRP) recommendations.

    a.  NBS 1/ 52, "Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water", NCRP. #

    b.  NBS 59, "Permissible Dose from External Sources of Ionizing Radiation."

    c.  National Committee on Radiation Protection and Measurement recommendations for **Maximum Permissible Radiation Exposures to Man**, dated January 8, 1957, appended to AEC Manual Chapter 0524, Permissible Levels of Radiation Exposure (to be published).

  \# 052  **Guides and Codes for Radiation Protection**

    a.  National Bureau of Standards (NBS) Handbook numbers:

        1.  NBS 42, "Safe Handling of Radioactive Isotopes", NCRP. #

        2.  NBS 48, "Control and Removal of Radioactive Contamination in Laboratories", NCRP. #

---

1/ National Bureau of Standards (NBS) Handbooks publish NCRP recommendations.

Revised: August 29, 1957         ADVANCE COPY        TN-0000-190

ADVANCE COPY

CODES AND STANDARDS FOR HEALTH,　　　　　　　　　　　　　　　AEC 0550-052 a 3
SAFETY, AND FIRE PROTECTION

      3. NBS 49, "Recommendations for Waste Disposal of Phosphorus 32 and Iodine 131 for Medical Users", NCRP. #

      4. NBS 51, "Radiological Monitoring Methods and Instruments", NCRP. #

      5. NBS 53, "Recommendations for the Disposal of Carbon 14 Wastes", NCRP. #

      6. NBS 54, "Protection Against Radiations from Radium, Cobalt 60, and Cesium 137", NCRP. #

      7. NBS 55, "Protection Against Betatron-Synchrotron Radiations up to 100 Million Electron Volts", NCRP. #

      8. NBS 56, "Safe Handling of Cadavers Containing Radioactive Isotopes", NCRP. #

      9. NBS 58, "Radioactive Waste Disposal in the Ocean", NCRP. #

     10. NBS 60, "X-ray Protection", NCRP. #

   b. American Standards Association (ASA)

     ASA Z54.1, "Safety Code for Industrial Use of X-rays".

   c. Title 10, Chapter 1, Code of Federal Regulations, Part 20, Standards for Protection Against Radiation. These regulations apply only to AEC licensees (see 0550-01). Copies may be obtained from the Director, Division of Civilian Application, Headquarters.

\* 053 <u>Regulations Applicable to Transportation of Radioactive Materials</u>. Transportation of radioactive materials is subject to the provisions of:

   a. Chapter 5201 of the AEC Manual.

   b. Code of Federal Regulations: #

      1. Title 49, Parts 71-78, Interstate Commerce Regulations.

      2. Title 14, Part 49, Civil Air Regulations.

      3. Title 46, Parts 146-147, U. S. Coast Guard Regulations.

   c. U. S. Postal Regulations as detailed in "Postal Manual, U. S. Post Office Department." #

TN-0000-190　　　　　　　　　　　　　　　　　　　　　　Revised: August 29, 1957

ADVANCE COPY

ADVANCE COPY

AEC 0550-053 d                              CODES AND STANDARDS FOR HEALTH,
                                            SAFETY, AND FIRE PROTECTION

---

    d. AEC "Handbook of Federal Regulations Applying to Transportation of Radioactive Materials." # This handbook is intended to serve as a guide in locating, understanding, and applying current Federal Regulations governing shipment of radioactive materials by land, water, or air.*

\* 0550-06  **Basic Standards for Health Protection**

Basic standards for the protection of health from toxic materials are established by the Hygienic Guide Series published by the American Industrial Hygiene Association. These standards are specified in the recommendations for maximum atmospheric concentrations and permissible safe exposure of individuals to toxic materials. The Hygienic Guide Series also provides guidance on approved practices, procedures, and methods pertinent to the protection of health from toxic materials.*

\* 0550-07  **Basic Guides for General Environmental Sanitation**

The codes, standards and regulations listed below shall be considered minimum requirements. The latest edition (including supplements when such exist) should be followed. (Publications marked with Symbol # are available from the Superintendent of Documents, Government Printing Office, Washington 25, D. C.)*

\*These standards include codes prepared or sponsored by several organizations, namely, The American Water Works Association (AWWA); The Public Health Service (PHS) of the U. S. Department of Health, Education and Welfare (formerly the USPHS); and The American Public Health Association (APHA). In addition, there are the regulations of intra-state or inter-state water pollution control authorities and the public health codes of individual states.

    a. Accepted guides for the protection of water supplies are:

        1. Public Health Service drinking water standards. Public Health Reports <u>61</u>:371 (1946). Reprint No. 2697. #

        2. Manual of recommended water-sanitation practice. Public Health Service Bulletin No. 296, 1946. #

        3. Manual of Water Quality and Treatment. AWWA 2nd Edition (1951).

        4. Standard Methods for the Examination of Water, Sewage and Industrial Wastes. AWWA, APHA, and Federation of Sewage and Industrial Wastes Associations. 10th Edition 1955.

Revised: August 29, 1957                                           TN-0000-190

ADVANCE COPY

| CODES AND STANDARDS FOR HEALTH, SAFETY, AND FIRE PROTECTION | AEC 0550-07 a 5 |
|---|---|

   5. Sanitation manual for public ground water supplies. Public Health Reports 59:137-177 (1944). Reprint 2539. #

   6. Individual Water Supply Systems - Recommendations of the Joint Committee on Rural Sanitation. PHS Pub. No. 24 Rev. 1950. #

   7. AWWA Standards and Specifications for Water Supply, Treatment, Distribution System, and Storage Equipment, Materials and Procedures.

b. Disposal of liquid wastes to ground and surface waters shall be in accordance with State Public Health codes and the regulations of intra-state or inter-state water pollution control authorities; except that the requirements for the disposal and release of licensed material shall be in accordance with the provisions of Title 10, Chapter 1, Code of Federal Regulations, Part 20, Standards for Protection Against Radiation. These regulations (10 CFR 20) apply only to AEC licensees (see 0550-01).

c. Codes which establish standards of sanitation for eating and drinking establishments are:

   1. State and local Public Health Codes, and

   2. PHS Ordinance and Code Regulating Eating and Drinking Establishments, Publication No. 37 (1943), #

d. The accepted sanitation guide for swimming pools is, "Recommended Practice for Design, Equipment and Operation of Swimming Pools and Other Public Bathing Places" (APHA 1949). *

0550-08  Sources of Supply for Codes and Regulations

   (AACSC)  American Association of Casualty and Surety Companies, 60 John Street, New York, N. Y.

   * (AIHA)  American Industrial Hygiene Association, 605 North Michigan Ave., Chicago 11, Ill. *

   * (APHA)  American Public Health Association, 1790 Broadway, New York 19, N. Y. *

   (ASA)  American Standards Association, 70 E. 45th Street, New York 17, N. Y.

TN-0000-190                                      Revised: August 29, 1957

ADVANCE COPY

AEC 0550-08            CODES AND STANDARDS FOR HEALTH, SAFETY, AND FIRE PROTECTION

(ASME) American Society of Mechanical Engineers, 29 W. 39th Street, New York 18, N. Y.

*(AWWA) American Water Works Association, 521 Fifth Avenue, New York 17, N. Y. *

(ITE) Institute of Traffic Engineering, Strathcona Hall, New Haven 11, Conn.

(MCA) Manufacturing Chemists' Association, Inc. 606 Woodward Building, Washington 5, D. C.

(NBS) National Bureau of Standards, Conn. Ave. & Van Ness Streets, Washington 25, D. C. (obtain NBS Handbooks from GPO)

(NFPA) National Fire Protection Association, 60 Batterymarch Street, Boston 10, Mass.

(NSC) National Safety Council, 425 N. Michigan Avenue, Chicago 11, Ill.

(PC) Pacific Coast Building Officials Conference, 124 W. 4th Street, Los Angeles, Calif.

(PRA) Bureau of Public Roads, U. S. Department of Commerce, 18th and F Streets, N. W., Washington 25, D. C.

(UL) Underwriters' Laboratories, Inc., 207 E. Ohio Street, Chicago 11, Illinois.

Revised: August 29, 1957                          TN-0000-190

ADVANCE COPY