# Exhibit 9

STANDARD FORM NO. 64

1. Felker
2. Stradinger

# Office Memorandum • UNITED STATES GOVERNMENT

TO : Charles L. Dunham, Director  
Division of Biology and Medicine

DATE: November 4, 1957

FROM : W. B. McCool, Secretary

SUBJECT: COMMISSION DECISION ON AEC 985 - REVISION OF PERMISSIBLE LEVELS OF RADIATION EXPOSURE

SYMBOL: SECY:RVW

1. This will confirm our telephone notification on October 24, 1957, that at Meeting 1309 on October 23, the Commission:

 a. <u>Approved</u> for use in AEC and AEC-contractor operations the recommendations of the National Committee on Radiation Protection and Measurement in its preliminary statement of January 8, 1957, attached as Annex "B" to Appendix "A" to AEC 985;

 b. <u>Noted</u> that the Director, Division of Biology and Medicine, will issue an AEC Manual Chapter such as that contained in Appendix "C" to AEC 985 adopting these recommendations for use by AEC and AEC-contractor operations;

 c. <u>Noted</u> that the Director, Division of Civilian Application, will revise for use by licensees 10 CFR, Part 20 on "Standards for Protection Against Radiation", as published in the Federal Register, to make it consistent with these recommendations, and will present to the Commission by a separate paper the proposed changes in regulations;

 d. <u>Noted</u> that AEC will continue its policy of keeping exposure to radiation at the lowest practicable level in all cases;

 e. <u>Noted</u> that the Advisory Committee for Biology and Medicine concurred in this proposed action at its meeting on March 15-16, 1957;

 f. <u>Noted</u> that the Joint Committee on Atomic Energy, the General Advisory Committee and the Military Liaison Committee will be advised of this action by letter such as that contained in Appendix "B" to AEC 985;

 g. <u>Noted</u> that a press release announcing the adoption of revised permissible levels of radiation exposure will be issued concurrently with the letter to the Joint Committee on Atomic Energy; and

DOE Records Center  
Job 5674  
Box 3771  
AEC 0524 Standards for Radiation Protection

Charles L. Dunham, Director      - 2 -      November 4, 1957

    h. <u>Noted</u> that AEC 985 is unclassified.

    2. This will also confirm that the Commissioners requested that the press announcement state that the Commission is currently considering amendments to the Code of Federal Regulations, Part 20, Standards for Protection Against Radiation, to make it consistent with the new recommendation.

    3. In addition, the Commissioners agreed they might eliminate the .3 rem/week and 3 rems/quarter limits if similar action should be taken later by the National Committee on Radiation Protection and Measurement.

    4. This will further confirm our understanding that your office has prepared the letters to the JCAE, GAC and MLC.

    5. The General Manager has requested that you take the action necessary to implement this decision. Copies of pertinent correspondence should be provided this office.

cc: General Manager
    General Counsel
    Asst. Gen. Mgr.
    Asst. Gen. Mgr., R&ID
    Director, Information Services
    Director, Reactor Development
    Director, Production
    Director, Civilian Application
    Director, Military Application
    Director, Construction & Supply
    Director, Organization & Personnel
    Director, Inspection
    Congressional Liaison

