# Exhibit 10

STANDARD FORM NO. 64

## Office Memorandum • UNITED STATES GOVERNMENT

TO : R. W. Cook  
      Deputy General Manager

DATE: DEC 10 1957

FROM : Oscar S. Smith, Director  
      Division of Organization and Personnel

SUBJECT: PROPOSED AEC MANUAL CHAPTER 0524, "PERMISSIBLE LEVELS OF RADIATION EXPOSURE"

SYMBOL: OPOM:OS

Attached for your review and signature, if you approve, is proposed AEC Manual Chapter 0524, title as above.

This Manual Chapter implements the recommendation of Staff Paper AEC 985, dated October 9, 1957, which was approved by the Commission at Meeting 1309 on October 23, 1957, and recommendations of the NCRP Executive Committee which were approved informally by the Office of the General Manager with prior Commission agreement as noted in a memorandum dated November 4, 1957, to Charles L. Dunham from W. B. McCool, subject, Commission Decision on AEC 985--Revision of Permissible Levels of Radiation Exposure.

Although the AEC has in the past, through its Division of Biology and Medicine, adopted the recommendations of the National Committee on Radiation Protection and Measurement (NCRP), this policy has not been appropriately expressed in the AEC Manual nor have the Commission's instructions for restricting the radiation exposure of personnel working in AEC installations been set forth as an AEC issuance.

The subject Chapter establishes the AEC's rules governing AEC and AEC contractors with respect to occupational radiation exposures their personnel and others who may be exposed to radiation resulting from AEC operations may receive. This Chapter excludes personnel engaged in weapons tests either in the Nevada Test Site or in the Eniwetok Proving Ground who are covered by special authorization and instructions. AEC licensees are subject only to Federal Regulations of which 10 CFR, Part 20, "Standards for Protection Against Radiation" covers radiation protection. Part 20 will be modified to bring it into agreement with the permissible levels in this Chapter.

This new Chapter has been commented on by Operations Offices and has the concurrence of the Divisions of Civilian Application, Inspection, Production, Raw Materials, Reactor Development, Military Application, Information Services, Construction and Supply and the Office of the General Counsel.

I recommend your approval.

Attachment:

_____  12/30  
Date signed

DOE Records Center  
Job 5674  
Box 3771  
AEC 0524 Standards for Radiation Protection