# Exhibit 11

# MAXIMUM PERMISSIBLE AMOUNTS OF RADIOISOTOPES IN THE HUMAN BODY AND MAXIMUM PERMISSIBLE CONCENTRATIONS IN AIR AND WATER

Handbook 52



U. S. Department of Commerce

National Bureau of Standards

additional equations are given in section H. The $\mu c$ and $\mu c/cm^3$ values for natural uranium given in table 3 refer to the natural mixture of $U^{238}$, $U^{235}$, and $U^{234}$ separated from the other daughter products. In the case of Ra, Rn, $Sr^{90}$, $Ba^{140}$, $Ru^{106}$, $Cd^{109}$, $Cs^{137}$, and $Ce^{144}$ the $\mu c$ and $\mu c/cm^3$ values are based on the disintegration rate of the parent isotope only, but the effective energy of the daughter products is added to that of the parent after proper weighting for biological effectiveness. Table 4 gives some of the constants used in equations listed in sections G and H. In column 2 of table 4 the energy values followed by $\alpha$ are the effective energies in terms of alpha radiation and are given by the equation

$$\sum [E_a + 1/20(bE)_\beta + 1/20(bE)_\gamma].$$

in which $E_a$, $(bE)_\beta$, and $(bE)_\gamma$ are the effective energies of alpha, beta, and gamma radiation, respectively. In the case of $Ra^{226}$ it was assumed that only half of $Rn^{222}$ and its daughter products down to $RaD^{210}$ were retained in the body. In the case of $Rn^{222}$ in the body the effective energy in terms of alpha radiation of all the daughter products down to $RaD^{210}$ is included. Much of the biological data given in table 4 is uncertain, and in many cases there are inconsistencies in the data available in the literature. The bibliography is a list of the references given in table 4. M. J. Cook and M. R. Ford, of Oak Ridge National Laboratory, assisted the Committee in collecting data used in these tables.

TABLE 3. *Maximum permissible amount of radioisotope in total body and maximum permissible concentration in air and water for continuous exposure (Oct. 1951)*

| A. Common radioisotopes that are alpha emitters | | | | |
|---|---|---|---|---|
| Element | Organ (g) | Microcuries in total body [a] | Microcuries per milliliter of water [a] | Microcuries per milliliter of air [a] |
| $Po^{210}$ (sol.) | Spleen, 150 | 0.02 (G4) | $3 \times 10^{-5}$ (G6) | $2 \times 10^{-10}$ (G5) |
| $Po^{210}$ (insol.) | Lungs, $10^3$ | $7 \times 10^{-3}$ (G4) | | $7 \times 10^{-11}$ (G5) |
| $Rn^{222}$+dr [c] | (Body, $7 \times 10^4$) | | $2 \times 10^{-6}$ (G1) | |
| | Lungs, $10^3$ | | | $10^{-7}$ (1,7) |
| $Ra^{226}$+½dr [c] | Bone, $7 \times 10^3$ | 0.1 (1,2,4,6,7) | $4 \times 10^{-8}$ (1,6,G6) | $8 \times 10^{-12}$ (6,7) |
| U-natural (sol.) | Kidneys, 360 | 0.2 (G5) [b] | $7 \times 10^{-5}$ (G6) [b] | $1.7 \times 10^{-11}$ (5,4) [b] |
| U-natural (insol.) | Lungs, $10^3$ | 0.009 (G4) | | $1.7 \times 10^{-11}$ (5,G5,4) [b] |
| $U^{233}$ (sol.) | Bone, $7 \times 10^3$ | 0.04 (6) | $1.5 \times 10^{-4}$ (6) | $1 \times 10^{-10}$ (G5) |
| $U^{233}$ (insol.) | Lungs, $10^3$ | 0.008 (6,G4) | | $1.6 \times 10^{-11}$ (6,G5) |
| $Pu^{239}$ (sol.) | Bone, $7 \times 10^3$ | 0.04 (6,2) | $1.5 \times 10^{-4}$ (6) | $2 \times 10^{-12}$ (6) |
| $Pu^{239}$ (insol.) | Lungs, $10^3$ | 0.008 (G4) | | $2 \times 10^{-12}$ (6,4) |

See footnotes at end of table.

14