# Exhibit 13

Form AEC-489
(5-62)

U.S. ATOMIC ENERGY COMMISSION
AEC MANUAL

0061621

TRANSMITTAL NOTICE

Chapter 0524 STANDARDS FOR RADIATION PROTECTION

| SUPERSEDED: | | TRANSMITTED: | |
|---|---|---|---|
| Number | Date | Number | Date |
| TN _____ | | TN 0500-23 | |
| Chapter 0524 (complete) | _____ | Chapter 0524 (complete) | 8/12/63 |
| Page _____ | _____ | Page _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| Appendix _____ | _____ | Appendix _____ | _____ |

REMARKS:

Revised Chapter 0524, entitled, "Standards for Radiation Protection", replaces Chapter 0524, "Permissible Levels of Radiation Exposure." This chapter was revised to update the radiation protection standards to be consistent with the Radiation Protection Guides recommended by the Federal Radiation Council and to be consistent with basic radiation protection standards recommended by the Director of Regulation for licensees and approved by the Commission.

Advance copies of this chapter were distributed to all holders of part 0500. Please remove them from the AEC Manual and insert the attached.

BEST AVAILABLE COPY

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

Volume: 0000 General Administration
Part   : 0500 Health and Safety

---

# Chapter 0524 STANDARDS FOR RADIATION PROTECTION

---

### 0524-01 POLICY

011 Radiation protection standards applicable to AEC activities, and those AEC contractor activities not subject to AEC licensing, shall be established to protect the general public, AEC and contractor personnel and property.

012 AEC operations shall be conducted in such manner as to assure that radiation exposures to individuals and population groups are limited to the lowest practical levels.

### 0524-02 OBJECTIVES

To establish radiation protection standards consistent with the Radiation Protection Guides recommended by the Federal Radiation Council and with the standards recommended by the Director of Regulation for licensees and approved by the Commission.

### 0524-03 RESPONSIBILITIES AND AUTHORITIES

031 The General Manager:

   a. approves adoption of radiation protection standards for AEC and AEC contractor activities.

   b. approves exceptions to established radiation protection standards for AEC and AEC contractor activities.

   c. when overriding national security considerations dictate, recommends to the Commission establishment of radiation standards as the situation dictates.

032 The Director, Division of Operational Safety:

   a. develops radiation protection standards for the General Manager.

   b. recommends to the General Manager, in conjunction with directors having programmatic responsibility, the approval or disapproval of each proposed exception to the radiation protection standards established by this chapter.

   c. renders interpretations of the requirements of this chapter.

   d. appraises and evaluates the performance of AEC Field Offices and AEC contractors in the protection of health, safety, and property as set forth in subsection 0103-341c, and in chapter 0504.

033 Heads of Divisions and Offices, Headquarters, assure that Headquarters employees under their jurisdiction comply with the provisions of this chapter.

034 Managers of Field Offices:[1]

   a. assure that operations under their jurisdiction are conducted in conformance with the provisions of this chapter.

   b. direct contractors to make the necessary measurements to determine conformance with the requirements of this chapter and any additional measurements that might be appropriate.

   c. request and justify specific exceptions for planned or anticipated radiation activities not consistent with the requirements of this chapter.

   d. in emergency situations where immediate decisions and actions are required and prior approval for exceptions cannot be obtained, act on requests for exceptions and promptly report and justify the action taken to the Division of Operational Safety, Headquarters. Contractors may be authorized to take all appropriate measures in emergency situations.

---

[1] For purposes of this chapter the following will assume the same responsibilities as the Managers of Field Offices:

   a. The Manager, Space Nuclear Propulsion Office for the Space Nuclear Propulsion Program.

   b. The Manager, Naval Reactors for the Naval Reactors Program. AEC Divisions and Offices will refer matters relating to safety of naval reactors to the Manager, Naval Reactors, rather than to the Pittsburgh or Schenectady Field Offices.

1

Approved: August 12, 1963

BEST AVAILABLE COPY

0524-04 DEFINITIONS (as used in this chapter)

041 <u>AEC Contractor</u> means an organization whose activities are conducted under a contract containing the standard safety, health and fire protection clause AECPR 9-7.5004-8.

042 <u>Controlled Area</u> means any area access to which is controlled by the AEC or AEC contractors.

043 <u>Uncontrolled Area</u> means any area access to which is not controlled by the AEC or AEC contractors.

0524-05 BASIC REQUIREMENTS

051 <u>Applicability</u>. The standards and instructions set forth in this chapter and appendix apply to and shall be followed by Divisions and Offices, Headquarters, Field Offices, and AEC contractors as defined in subsection 041.

052 <u>Coverage</u>. These standards shall govern ionizing radiation exposure to AEC and AEC contractor personnel and to other individuals who may be exposed to ionizing radiation from operations of the AEC and AEC contractors. These standards do not apply to radiation exposures resulting from natural background, medical and dental procedures, nor do they apply to the general population when the activities involved are essential to national security, such as nuclear weapons testing. The latter types of activities are covered by separate criteria.[1]

053 <u>Exceptions to the Requirements of This Chapter</u>. The approval of the General Manager, through the Division of Operational Safety, must be obtained for the following:

a. deviations from the requirements of this chapter or use of radiation protection standards less conservative than those provided herein, or

b. any planned or anticipated radiation exposures in excess of the radiation protection standards established by this chapter except in emergency situations where immediate decisions and actions are required.

054 <u>Appendix 0524</u>. This appendix contains radiation protection standards which shall be applied in conformance with the requirements of this chapter.

---

[1] Since criteria applicable to the Plowshare program are currently being developed, safety criteria of each Plowshare event will be considered separately. It is expected that overall policy for the Plowshare program will be established in the near future.

BEST AVAILABLE COPY

Approved: August 12, 1963                       2

STANDARDS FOR RADIATION PROTECTION                      AEC Appendix 0524

I. RADIATION PROTECTION STANDARDS FOR INDIVIDUALS IN CONTROLLED AREAS[1]

   A. Radiation from sources external to the body

| Type of Exposure | Period of Time | Dose (rem) |
|---|---|---|
| Whole body, head and trunk, active blood-forming organs, gonads, or lens of eye. | Accumulated dose<br>Calendar quarter[3] | 5 (N-18)[2]<br>3[4] |
| Skin of whole body and thyroid | Year<br>Calendar quarter[3] | 30<br>10[4] |
| Hands, and forearms, feet and ankles | Year<br>Calendar quarter[3] | 75<br>25[4] |

   B. Radiation from emitters internal to the body

1. Except as provided in 2. below, the radiation protection standards for airborne radioactivity specified in annex I, table I, shall be followed. The concentration standards are based upon continuous exposure to the concentrations specified for forty hours per week (a "week" being seven consecutive days). For the purpose of applying these standards, radioactivity concentrations may be averaged over periods up to 13 consecutive weeks provided work areas are appropriately monitored and exposure histories are maintained for each individual working in such areas.

2. If it is not feasible to govern exposures to internal emitters by applying airborne radioactivity concentration standards, the following radiation protection standards shall apply:

| Type of Exposure | Dose rem/year | rem/quarter |
|---|---|---|
| Whole body, active blood-forming organs, gonads. | 5 | 3 |
| Thyroid | 30 | 10 |
| Bone | Body burden of 0.1 microgram of radium-226 or its biological equivalent[5] | -- |
| Other organs | 15 | 5 |

The calculation of organ dose shall be based on methods recommended by the Federal Radiation Council and the International Commission on Radiological Protection.

---

[1] An individual under age 18 shall not be employed in or allowed to enter controlled areas in such manner that he will receive doses of radiation in amounts exceeding the standards applicable to individuals in uncontrolled areas. Exposures to individuals under age 18 may be averaged over periods not to exceed one calendar quarter.

[2] N equals the age in years at last birthday. An individual employed at age 18 or an individual beyond age 18 who had no accrued unused exposure shall not be exposed during the ensuring year to doses exceeding (a) 1.25 rem for the first calendar quarter, (b) 2.5 rem total for the first two calendar quarters, (c) 3.75 rem total for the first three calendar quarters and (d) 5 rem for the year, but in no case will exposure be more than 3 rem per quarter.

[3] A calendar quarter may be taken as a predetermined period of 13 consecutive weeks or any predetermined quarter year based on the calendar.

[4] Personnel monitoring equipment shall be provided each individual who receives or is likely to receive a dose in any calendar quarter in excess of 10% of these values.

[5] Exposure must be governed such that the individual's body burden does not exceed this value (a) when averaged over any period of 12 consecutive months and (b) after 50 years of occupational exposure.

BEST AVAILABLE COPY

   3                 Approved: August 12, 1963

## II. RADIATION PROTECTION STANDARDS FOR INDIVIDUALS AND POPULATION GROUPS IN UNCONTROLLED AREAS

### A. Radiation dose standards for external and internal exposure

| Type of Exposure | Dose (rem/year) | |
|---|---|---|
| | Based on exposure to individuals | Based on an average exposure to a suitable population sample |
| Whole body, gonads or bone marrow | 0.5 | 0.17 |
| Thyroid or bone | 1.5 | 0.5 |
| Bone (alternate standard) | Body burden of 0.003 µg of radium 226 or its biological equivalent. | Body burden of 0.001 µg of radium 226 or its biological equivalent |

### B. Radioactivity in effluents released to uncontrolled areas

1. Except as provided in 2. below, radioactivity in effluents released to uncontrolled areas shall not exceed the radiation protection standards specified in annex 1, table II. The point of release of such effluents shall be considered to be the point at which the effluents pass beyond the site boundary. Where such effluents are discharged through a conduit such as a stack or pipe, the point of release may be considered to be the conduit discharge. For the purpose of applying these standards, radioactivity concentrations in effluents may be averaged over periods up to one year.

2. Radioactivity in effluents may be released to uncontrolled areas in excess of the radiation protection standards specified in annex 1, table II, provided it is reasonably demonstrated that in uncontrolled areas:

   (a) individuals are not exposed in excess of the standards specified in A. above,

   (b) individuals are not exposed in excess of annex 1, table II standards, or

   (c) the average exposure of a suitable sample of an exposed population group is not in excess of one-third of annex 1, table II standards. Radioactivity concentrations in the environment may be averaged over periods up to one year.

3. In any situation in which the contribution to radioactivity in the environment from effluents discharged by one or more activities of the AEC or AEC contractors is likely to result in exposures in excess of the standards specified in II.A. and B. above, lower effluent concentration limits may be set for these Operations. In such cases, the manager of the field office may take the necessary corrective action if all activities concerned are within his area of responsibility. Otherwise, each case will be referred to the Director, Division of Operational Safety, for appropriate action.

Approved: August 12, 1963                4

## III. GUIDANCE FOR EMERGENCY EXPOSURE DURING RESCUE AND RECOVERY ACTIVITIES

### A. Purpose

The emergency action guidance promulgated in this part provides instructions and background information for use in determining appropriate actions concerning the rescue and recovery of persons and the protection of health and property during periods of emergency.

### B. General Considerations

1. The problem of controlling exposure to radiation during rescue and recovery actions is extremely complex. Performing rescue and recovery operations requires the exercise of prompt judgment to take into account multiple hazards and alternate methods of accomplishment. Sound judgment and flexibility of action are crucial to the success of any type of emergency actions. Although the guiding principle is to minimize the risk of injury to those persons involved in the rescue and recovery activities, the control of radiation exposures should be consistent with the immediate objective of saving human life, the recovery of a deceased victim, and/or the protecting of health and saving of property.*

2. To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, these instructions do not establish a rigid upper limit of exposure but rather leave judgment up to persons in charge of emergency operations to determine the amount of exposures that should be permitted to perform the emergency mission.

3. The official in charge must carefully examine any proposed action involving further radiation exposure by weighing the risks of radiation insults, actual or potential, against the benefits to be gained. Exposure probability, biological consequences related to dose, and the number of people involved are the essential elements to be evaluated in making a risk determination.

---

*The determination as to whether radiation damage received in emergency actions will be chargeable to the radiation exposure status of the persons will be made on an individual case basis.

4. These instructions recognize that accident situations involving the saving of lives will require separate criteria from that of actions required to recover deceased victims or saving of property. In the latter instances, the amount of exposure expected to be received by persons should be controlled as much as possible within occupational limits.

### C. Field Office Managers in Accordance with Subsection 0524-054:

1. shall review and approve emergency plans for rescue and recovery operations.

2. may authorize contractors to take all appropriate measures in emergency situations.

3. normally shall not allow the recovery operation personnel to exceed the occupational exposure standards specified in part I and annex I of this appendix for the recovery of deceased victims; however, in special circumstances may approve a waiver of these limits.

### D. Emergency Situations

Specific dose criteria and judgment factors are set forth for the three categories of risk-benefit considerations, i.e., actions involving the saving of human life, the recovery of deceased victims, and the protection of health and property.

1. Saving of Human Life

   a. To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, judgment shall be left to persons in charge of emergency operations to determine the amount of exposures that should be permitted to perform the emergency mission.

   b. Attempts to rescue victims of a nuclear incident should be regarded in the same context as any other emergency action involving the rescue of victims, regardless of the type of hazard involved.

   c. Where there is reasonable expectation that an individual is

4a

Approved: May 12, 1964

BEST AVAILABLE COPY

alive within the affected area, the course of action to be pursued should be determined by the person onsite having the emergency action responsibility.

d. The amount of exposure for this type of emergency action shall be determined by the person onsite having the emergency action responsibility. He should immediately evaluate the situation and establish the exposure limit for the rescue mission accordingly. His judgment should be based upon:

   (1) evaluation of the inherent risks by considering:

   (a) the reliability of the prediction of radiation injury. This reliability cannot be any greater than reliability of the estimation of the dose. Therefore, consideration should be given to limits of error associated with the specific instruments and techniques used to estimate the dose rate. This is especially crucial when the estimated dose approximates 100 rems or more.

   (b) the exposure expected in performing the action shall be weighed in terms of the effects of acute external whole body exposure and entry of radioactive material into the body.

   (2) current assessment of the degree and nature of the hazard, and the capability of reducing inherent risk from that hazard through appropriate mechanism such as the use of protective equipment, remote manipulation equipment, or similar means.

e. In the course of making a decision to perform the action, the risk to rescue personnel should be weighed against the probability of success of the rescue action.

f. Any rescue action that may involve substantial personal risk should be performed by volunteers, and each emergency worker shall be advised of the known or estimated extent of such risk prior to participation.

2. Recovery of Deceased Victims

   a. Accident situations involving recovery of deceased victims require criteria separate from those for saving lives. Since the element of time is no longer a critical factor, the recovery of deceased victims should be well planned. The amount of radiation exposure received by persons in recovery operations shall be controlled within existing occupational exposure guides.

   b. In those situations where the bodies are located in areas inaccessible because of high direct radiation fields, and where the recovery mission would result in exposure in excess of occupational exposure standards contained in this part, special remote recovery devices should be used to retrieve the bodies.

   c. In special circumstances where it is impossible to recover bodies without the entry of emergency workers into the area, the individual in charge of the recovery mission may determine it necessary to exceed the occupational exposure standards contained in this part. The planned exposures of an individual participating in the recovery should not exceed 12 rem total for the year or 5 (N-18) whichever is the more limiting.

3. Protection of Health and Property

   a. Where the risk (probability and magnitude) of the radiation hazard either bears significantly on the state of health of people or may result in loss of property, so that immediate remedial action is required, the following criteria should apply:

   (1) When the person in charge of emergency action onsite deems it essential to reduce a hazard potential to acceptable levels or to prevent a substantial loss

Approved: May 12, 1964          4b

of property, a planned exposure up to but not to exceed 12 rem for the year or 5 (N-18) whichever is more limiting may be received by individuals participating in the operation.

However, the person in charge of emergency action at the incident scene may elect under special circumstances to waive these limits and permit volunteers to receive an exposure up to but not to exceed 25 rem.

(2) Where the potential risk of radiation hazard following the nuclear incident is such that life would be in jeopardy, or that there would be severe effects on health of the public or loss of property inimicable to the public safety, the criteria for the saving of human life shall apply.

STANDARDS FOR RADIATION PROTECTION                                         AEC Appendix 0524

## ANNEX 1

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of annex)

| Element (atomic number) | Isotope | | Table I | | Table II | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Actinium (89) | Ac 227 | S | $2 \times 10^{-13}$ | $6 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $9 \times 10^{-3}$ | $9 \times 10^{-13}$ | $3 \times 10^{-4}$ |
| | Ac 228 | S | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $3 \times 10^{-3}$ | $6 \times 10^{-10}$ | $9 \times 10^{-5}$ |
| Americium (95) | Am 241 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am 243 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| Antimony (51) | Sb 122 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sb 124 | S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $7 \times 10^{-4}$ | $7 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Sb 125 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $9 \times 10^{-10}$ | $1 \times 10^{-4}$ |
| Argon (18) | A 37 | Sub | $6 \times 10^{-3}$ | ............ | $1 \times 10^{-4}$ | ............ |
| | A 41 | Sub | $2 \times 10^{-6}$ | ............ | $4 \times 10^{-8}$ | ............ |
| Arsenic (33) | As 73 | S | $2 \times 10^{-6}$ | $1 \times 10^{-3}$ | $7 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | As 74 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | As 76 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | As 77 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Astatine (85) | At 211 | S | $7 \times 10^{-9}$ | $5 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Barium (56) | Ba 131 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ba 140 | S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Berkelium (97) | Bk 249 | S | $9 \times 10^{-10}$ | $2 \times 10^{-2}$ | $3 \times 10^{-11}$ | $6 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $2 \times 10^{-2}$ | $4 \times 10^{-9}$ | $6 \times 10^{-4}$ |
| Beryllium (4) | Be 7 | S | $6 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $1 \times 10^{-6}$ | $5 \times 10^{-2}$ | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| Bismuth (83) | Bi 206 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $5 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Bi 207 | S | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ | $5 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| | Bi 210 | S | $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | | I | $6 \times 10^{-8}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Bi 212 | S | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Bromine (35) | Br 82 | S | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Cadmium (48) | Cd 109 | S | $5 \times 10^{-6}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $3 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | Cd 115m | S | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Cd 115 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Calcium (20) | Ca 45 | S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $1 \times 10^{-9}$ | $9 \times 10^{-6}$ |
| | | I | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Ca 47 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Californium (98) | Cf 249 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $5 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cf 250 | S | $5 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cf 252 | S | $2 \times 10^{-11}$ | $7 \times 10^{-4}$ | $7 \times 10^{-13}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| Carbon (6) | C 14 | S | $4 \times 10^{-6}$ | $2 \times 10^{-3}$ | $1 \times 10^{-7}$ | $8 \times 10^{-5}$ |
| | (CO$_2$) | Sub | $5 \times 10^{-5}$ | ............ | $1 \times 10^{-6}$ | ............ |
| Cerium (58) | Ce 141 | S | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $5 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | Ce 143 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $9 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Ce 144 | S | $1 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |

See footnotes at end of table.

5                                                                Approved: August 12, 1963

BEST AVAILABLE COPY

066

CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—continued

(See notes at end of annex)

| Element (atomic number) | Isotope [1] | Table I | | Table II | |
|---|---|---|---|---|---|
| | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Platinum (78) | Pt 191 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $8 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Pt 193m S | $7 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | I | $8 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | Pt 197m S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | I | $8 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Pt 197 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Plutonium (94) | Pu 238 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $7 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu 239 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu 240 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu 241 S | $9 \times 10^{-11}$ | $7 \times 10^{-3}$ | $3 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | I | $4 \times 10^{-8}$ | $4 \times 10^{-2}$ | $1 \times 10^{-9}$ | $1 \times 10^{-3}$ |
| | Pu 242 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | I | $4 \times 10^{-11}$ | $9 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Polonium (84) | Po 210 S | $5 \times 10^{-10}$ | $2 \times 10^{-5}$ | $2 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | I | $2 \times 10^{-10}$ | $8 \times 10^{-4}$ | $7 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Potassium (19) | K 42 S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Praseodymium (59) | Pr 142 S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Pr 143 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Promethium (61) | Pm 147 S | $6 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Pm 149 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Protactinium (91) | Pa 230 S | $2 \times 10^{-9}$ | $7 \times 10^{-3}$ | $6 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | I | $8 \times 10^{-10}$ | $7 \times 10^{-3}$ | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | Pa 231 S | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ | $4 \times 10^{-14}$ | $9 \times 10^{-7}$ |
| | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Pa 233 S | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $6 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Radium (88) | Ra 223 S | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ | $6 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | I | $2 \times 10^{-10}$ | $1 \times 10^{-4}$ | $8 \times 10^{-12}$ | $4 \times 10^{-6}$ |
| | Ra 224 S | $5 \times 10^{-9}$ | $7 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | I | $7 \times 10^{-10}$ | $2 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | Ra 226 S | $3 \times 10^{-11}$ | $4 \times 10^{-7}$ | $3 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | I | $5 \times 10^{-11}$ | $9 \times 10^{-4}$ | $2 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Ra 228 S | $7 \times 10^{-11}$ | $8 \times 10^{-7}$ | $2 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | I | $4 \times 10^{-11}$ | $7 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Radon (86) | Rn 220 S | $3 \times 10^{-7}$ | | $1 \times 10^{-8}$ | |
| | Rn 222 S | $1 \times 10^{-7}$ | | $3 \times 10^{-9}$ | |
| Rhenium (75) | Re 183 S | $3 \times 10^{-6}$ | $2 \times 10^{-2}$ | $9 \times 10^{-8}$ | $6 \times 10^{-4}$ |
| | I | $2 \times 10^{-7}$ | $8 \times 10^{-3}$ | $5 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | Re 186 S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Re 187 S | $9 \times 10^{-6}$ | $7 \times 10^{-2}$ | $3 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | I | $5 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Re 188 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Rhodium (45) | Rh 103m S | $8 \times 10^{-5}$ | $4 \times 10^{-1}$ | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | I | $6 \times 10^{-5}$ | $3 \times 10^{-1}$ | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | Rh 105 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Rubidium (37) | Rb 86 S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | I | $7 \times 10^{-8}$ | $7 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Rb 87 S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Ruthenium (44) | Ru 97 S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Ru 103 S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | I | $8 \times 10^{-8}$ | $2 \times 10^{-3}$ | $3 \times 10^{-9}$ | $8 \times 10^{-5}$ |
| | Ru 105 S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Ru 106 S | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ | $3 \times 10^{-9}$ | $1 \times 10^{-5}$ |
| | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| Samarium (62) | Sm 147 S | $7 \times 10^{-11}$ | $2 \times 10^{-3}$ | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ |
| | I | $3 \times 10^{-10}$ | $2 \times 10^{-3}$ | $9 \times 10^{-12}$ | $7 \times 10^{-5}$ |
| | Sm 151 S | $6 \times 10^{-8}$ | $1 \times 10^{-2}$ | $2 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $3 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Sm 153 S | $6 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Scandium (21) | Sc 46 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $8 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Sc 47 S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | I | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | Sc 48 S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Selenium (34) | Se 75 S | $1 \times 10^{-6}$ | $9 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $8 \times 10^{-3}$ | $4 \times 10^{-9}$ | $3 \times 10^{-4}$ |

See footnotes at end of table.