# Exhibit 14

Form AEC-489
(6-67)

U.S. ATOMIC ENERGY COMMISSION
AEC MANUAL

TRANSMITTAL NOTICE

Chapter 0524 STANDARDS FOR RADIATION PROTECTION

| SUPERSEDED: | | TRANSMITTED: | |
|---|---|---|---|
| Number | Date | Number | Date |
| | | TN 0500-59 | |
| Chapter 0524 (complete) | 8/12/63 | Chapter 0524 (complete) | 11/8/68 |
| Page | | Page | |
| | | | |
| | | | |
| Appendix 0524 (complete) | 8/12/63 | Appendix 0524 (complete) | 11/8/68 |

REMARKS: This chapter has been revised to:

1. update statements of policy, responsibility, definition, and requirements.

2. set forth all basic exposure standards in a single table, respectively, for restricted and unrestricted areas.

3. remove procedural requirements from the footnote status.

4. require the combining of external and internal whole-body exposure.

5. specify a requirement for monitoring for internal exposure.

6. clarify the status of air and water concentration levels as being guides rather than limits.

7. bring radioactivity concentration guides into agreement with the MPC's in 10 CFR Part 20.

8. clarify requirements for control of, and surveillance over, exposures in unrestricted areas.

9. permit the controlled release of radioactive materials to sanitary sewerage systems.

10. define a curie of natural uranium and natural thorium.

11. add a table of quality factors for neutrons and protons.

12. make changes of an editorial nature.

**PRELIMINARY TO REGULAR DISTRIBUTION**

U.S. ATOMIC ENERGY COMMISSION
AEC MANUAL

Volume: 0000 General Administration
Part : 0500 Health and Safety

AEC 0524-01
OS

# Chapter 0524 STANDARDS FOR RADIATION PROTECTION

0524-01 POLICY

011 Radiation protection standards applicable to AEC and AEC contractor operations not subject to AEC licensing, shall be established to protect the general public, AEC and AEC contractor personnel and property.

012 AEC and AEC contractor operations shall be conducted in such a manner as to assure that radiation exposures to individuals and population groups are limited to the lowest levels technically and economically practical.

0524-02 OBJECTIVE

To establish radiation protection standards for AEC and AEC contractor operations consistent with the Radiation Protection Guides recommended by the Federal Radiation Council and with the standards approved by the Commission for the regulation of licensee operations.

0524-03 RESPONSIBILITIES AND AUTHORITIES

031 The Director, Division of Operational Safety:

a. develops, or promotes the development of, radiation protection standards and policies relating to AEC and AEC contractor operations.

b. approves or disapproves each proposed exception to the radiation protection standards established by this chapter.

c. appraises the performance of AEC field offices and upon request, or when circumstances warrant, appraises AEC contractors as set forth in Chapter 0504, "Operational Safety Program Appraisals."

d. renders interpretations of the requirements of this chapter.

032 The Heads of Headquarters Divisions and Offices: assure that Headquarters employees, under their jurisdiction, comply with the provisions of this chapter.

033 Managers of Field Offices:*

a. assure that AEC and AEC contractor personnel and the general public are protected against radiation exposure in conformance with the provisions of this chapter.

b. assure that the necessary measurements are made to determine conformance with the requirements of this chapter.

c. request and justify specific exceptions for planned or anticipated deviations from the requirements of this chapter.

d. review and approve emergency plans for rescue and recovery operations.

e. act, where immediate decisions and actions are required, on requests for exceptions to the requirements of this chapter and immediately report and justify such action to the Division of Operational Safety, Headquarters. Contractors may be authorized to take all appropriate measures in emergency situations. See appendix 0524, IV, "Guidance for Emergency Exposure During Rescue and Recovery Activities."

0524-04 DEFINITIONS (as used in this chapter)

041 AEC contractor includes any AEC prime contractor or subcontractor exempt from, or not subject to, AEC licensing, except Part 115 Reactors, but subject to the contractual provisions of AECPR 9-7.5006-47 or modifications thereof.

042 Controlled area means any area, access to which is controlled for reasons of radiation safety.

043 Uncontrolled area means any area, access to which is not controlled for reasons of radiation safety.

---

*For purposes of this chapter, the Director, Division of Naval Reactors and the Director, Division of Space Nuclear Systems, will assume the same responsibilities as Managers of Field Offices, for their respective program activities.

Approved: November 8, 1968

## 0524-05  BASIC REQUIREMENTS

051  *Applicability*  The standards and instructions set forth in this chapter and appendix apply to, and shall be followed by, Headquarters Divisions and Offices, Field Offices, and AEC contractors, as defined in 041, above.

052  *Coverage*

    a. These standards shall govern ionizing radiation exposure to AEC and AEC contractor personnel and to other individuals who may be exposed to ionizing radiation resulting from AEC and AEC contractor operations.

    b. These standards do not apply to radiation exposures resulting from natural background, medical and dental procedures, nor do they apply to uncontrolled areas when activities involved are in the Plowshare Program[*] or are essential to national security such as the weapons testing program.

---

[*] Safety criteria of each Plowshare event will be considered on a case-by-case basis.

053  *Exceptions to Chapter Requirements*. Approval of the Division of Operational Safety must be obtained for any deviations from the requirements of this chapter or use of radiation protection standards different from those provided herein, except in emergency situations where immediate decisions and actions are required.

054  *Appendix 0524* contains radiation protection standards which shall be applied in conformance with the requirements of this chapter. It also provides guidance for emergency exposure during rescue and recovery activities (IV).

055  *References*

    a. Chapter 0525, "Occupational Radiation Exposure Information."

    b. Chapter 0545, "Nuclear Accident Dosimetry Program."

## 0524-06  NATIONAL EMERGENCY APPLICATION

During a National Emergency, as defined in Chapter 0601-04, the provisions of this chapter and appendix are not mandatory.

Approved: November 8, 1968

STANDARDS FOR RADIATION PROTECTION                                  AEC Appendix 0524

I. INDIVIDUALS IN CONTROLLED AREAS

A. Radiation Protection Standards for External and Internal Exposure:

| Type of Exposure | Condition | Dose (rem) or Dose Commitment |
|---|---|---|
| Whole body, head and trunk, active blood-forming organs, gonads, or lens of eye | Accumulated dose<br>Calendar quarter | $5(N-18)$[1]<br>3 |
| Skin thyroid and bone[2] | Year<br>Calendar quarter | 30<br>10 |
| Hands and forearms, feet and ankles | Year<br>Calendar quarter | 75<br>25 |
| Other organs | Year<br>Calendar quarter | 15<br>5 |

To meet the above dose commitment standards, operations must be conducted in a manner that it will be unlikely that an individual will assimilate in a critical organ, due to exposure received in any calendar quarter (year) by inhalation, ingestion, or absorption, a quantity of a radionuclide that would commit the individual to a lifetime dose greater than is specified for a calendar quarter (year). (See table, above.)

B. Procedural Requirements

1. Restrictions

   a. An individual employed at age 18, or an individual beyond age 18, who has received the maximum allowable radiation dose, shall not be exposed during the ensuing year to whole body doses exceeding:

   (1) 1.25 rem for the first calendar quarter,

   (2) 2.5 rem total for the first two calendar quarters,

   (3) 3.75 rem total for the first three calendar quarters, and

   (4) 5 rem for the year.

   b. An individual under age 18 shall not be employed in, or allowed to enter, controlled areas in such manner that he will receive doses of radiation in amounts exceeding one-tenth the standards in A., above.

2. Combining Internal and External Dose. Whole-body internal dose from radionuclides for which the whole body is the critical organ must be combined with the external whole-body dose. Otherwise, the internal and external dose are not required to be added although reasonable effort should be made to minimize total organ dose.

3. Emergency or Accidental Exposure. The determination as to whether radiation doses received in emergency actions or accidental situations will be chargeable to the radiation exposure status of the individual will be made on a case-by-case basis by plant management in accordance wi' the advice of the plant health physi and occupational medical departments.

4. Monitoring Requirements. These requirements are applicable if the individual is likely to receive a dose or commitment in any calendar quarter in excess of 10 percent of the quarterly standards in A., above. due to:

   a. external radiation - personnel monitoring equipment for each individual.

   b. internal radiation - periodic (monthly, quarterly, annually, etc.) urinalyses and/or in vivo counting and/or evaluation of air concentrations to which the individual is exposed.

5. Methods of Estimating Dose Commitment. Methods of estimating dose commitment to the organ of interest should be suitable to the existing conditions and consistent with assumptions and recommendations of the Federal Radiation Council (FRC) and International Commission on Radiological Protection (ICRP).

---

[1] N equals the age in years at next birthday.
[2] An acceptable alternate standard for bone is the ICRP standard of 0.1 µ gram of radium-226 or its biological equivalent.

Approved: November 8, 19

C. Concentration Guides (CG's)

1. Air

CG's in Annex A, Table I, Column 1, were derived for the most part from the yearly standards in A., above (assume a 40-hour workweek). They should be used in evaluating the adequacy of health protection measures against airborne radioactivity in occupied areas.

2. Water

The CG's in Annex A, Table I, Column 2, are applicable to the discharge of liquid effluents to sanitary sewerage systems (see II. E., below). Drinking water concentrations in restricted areas shall be maintained within the CG's specified in Table II, Column 2.

II. INDIVIDUALS AND POPULATION GROUPS IN UNCONTROLLED AREAS

A. Radiation Protection Standards for External and Internal Exposure:

| Type of Exposure | Annual Dose or Dose Commitment (rem) | |
|---|---|---|
| | Based on dose to critical individuals at points of maximum probable exposure | Based on an average dose to a suitable sample of the exposed population[1] |
| Whole body, gonads, or bone marrow | 0.5 | 0.17 |
| Other organs [2] | 1.5 | 0.5 |

B. Procedural Requirements

Except as specified in C. 2., below, environmental and food chain monitoring and urinalysis or in vivo counting data shall be developed and used, as appropriate, to demonstrate compliance with the above standards and/or their equivalents (body burden, intake by ingestion and inhalation, or air and water concentrations at the point of intake) according to FRC and/or ICRP principles. Where the standards for individuals are used, exposure estimates should be confirmed by direct measurements such as personal dosimetry, excreta analysis, and in vivo counting. Surveillance over individual exposures need not be by urinalysis and in vivo counting if environmental and food chain monitoring sufficient to establish the range of individual exposure is performed and these exposure levels are known with comparable certainty. This demonstration should include a prerelease evaluation of probable exposures based on:

1. the radiological, chemical, physical, and biological properties of the effluent.

2. the locations of exposed individuals relative to the point of release.

3. the meteorology, soil chemistry, geology, hydrology, and related factors pertinent to the fate of the effluent.

C. Concentration Guides (CG's)

1. CG's in Annex A, Table II, were derived for the most part from the dose standards for individuals in A., above (assume 168 hours of exposure per week). These guides shall be reduced by a factor of three when applied to a suitable sample of the exposed population.

2. In situations in which it is not feasible or desirable to evaluate the exposure of individuals and samples of an exposed population to effluents as necessary to demonstrate compliance with the standards in A., above, effluent releases to uncontrolled areas shall be such that average concentrations of radioactivity at the point of release will not exceed the CG's in Table II. The point of release shall be considered to be the point at which the effluents pass beyond the site boundary. Radioactivity concentrations may be averaged over periods up to 1 year.

---

[1] See Par. 5.4, FRC Report No. 1, for discussion on concept of suitable sample of exposed population.

[2] An acceptable alternate standard for bone for individuals is the ICRP standard of 0.003 μg of radium-226 or its biological equivalent. The alternate standard for populations would be one-third this ICRP standard.

Approved: November 8, 1968

D. **Further Limitations on Effluent Discharges**

In any situation in which the effluents discharged by one or more activities of AEC, AEC contractors, or others cause exposures to approach the standards specified in A., above, appropriate effluent discharge limits may be set for these operations. In such cases, the manager of the field office may take the necessary corrective action if all activities concerned are within his area of responsibility. Otherwise, each case will be referred to the Director, Division of Operational Safety, for appropriate action including, where appropriate, coordination with actions taken by the Director of Regulation under 10 CFR 20.106(e).

E. **Discharge to Sanitary Sewerage Systems**

1. Effluents may be discharged to public sanitary systems provided:

   a. the quantity of radioactivity released in any 1 month, if diluted by the average monthly quantity of water released by the installation, will not result in an average concentration exceeding the CG in Annex A, Table I, Column 2., and

   b. the radiation protection standards in A., above, are not exceeded.

2. Concentrations or quantities of radioactive materials greater than those specified in 1.a. and b., above, may be released to chemical or sanitary sewerage systems owned by the Federal Government provided the standards in A., above, are not exceeded in uncontrolled areas.

III. **QUALITY FACTORS TO BE APPLIED IN DETERMINING REM EXPOSURE**

The exposure standards specified in this appendix are expressed in terms of rem, which implies that the absorbed dose (expressed in rads) should be multiplied by an appropriate weighting factor (quality factor (QF)). The QF's to be used for determining neutron and/or proton exposures from known energies are provided in the following table:

| Energy of Neutrons or Protons | Quality Factors | |
|---|---|---|
| MeV | Neutrons | Protons |
| Thermal | 3 | |
| 0.0001 | 2 | |
| 0.005 | 2.5 | |
| 0.02 | 5 | |
| 0.1 | 8 | |
| 0.5 | 10 | |
| 1.0 | 10 | |
| 2.5 | 8 | |
| 5.0 | 7 | |
| 7.5 | 7 | |
| 10 | 7 | |
| 20 | 6 | |
| 30 | 6 | |
| 50 | 5 | 1 |
| 100 | 5 | 1.5 |
| 200 | 4 | 1.5 |
| 300 | 4 | 2 |
| 500 | 4 | 3 |
| 700 | 3 | 3 |
| 1000 | 3 | 3 |

IV. **GUIDANCE FOR EMERGENCY EXPOSURE DURING RESCUE AND RECOVERY ACTIVITIES**

A. **Purpose**

The emergency action guidance promulgated in this part provides instructions and background information for use in determining appropriate actions concerning the rescue and recovery of persons and the protection of health and property during periods of emergency.

B. **General Considerations**

1. The problem of controlling exposure to radiation during rescue and recovery actions is extremely complex.

Approved: November 8, 1968

STANDARDS FOR RADIATION PROTECTION                                   AEC Appendix 0524

## ANNEX A

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Actinium (89) | Ac | 227 | S  $2 \times 10^{-12}$ | $6 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | | I  $3 \times 10^{-11}$ | $9 \times 10^{-3}$ | $9 \times 10^{-13}$ | $3 \times 10^{-4}$ |
| | Ac | 228 | S  $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | | I  $2 \times 10^{-8}$ | $3 \times 10^{-3}$ | $6 \times 10^{-10}$ | $9 \times 10^{-5}$ |
| Americium (95) | Am | 241 | S  $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I  $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 242m | S  $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I  $3 \times 10^{-10}$ | $3 \times 10^{-3}$ | $9 \times 10^{-12}$ | $9 \times 10^{-5}$ |
| | Am | 242 | S  $4 \times 10^{-8}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | | I  $5 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Am | 243 | S  $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I  $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 244 | S  $4 \times 10^{-6}$ | $1 \times 10^{-1}$ | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| | | | I  $2 \times 10^{-5}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| Antimony (51) | Sb | 122 | S  $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I  $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sb | 124 | S  $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I  $2 \times 10^{-8}$ | $7 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Sb | 125 | S  $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I  $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $9 \times 10^{-10}$ | $1 \times 10^{-4}$ |
| Argon (18) | A | 37 | Sub[2]  $6 \times 10^{-3}$ | ......... | $1 \times 10^{-4}$ | ......... |
| | A | 41 | Sub  $2 \times 10^{-6}$ | ......... | $4 \times 10^{-8}$ | ......... |
| Arsenic (33) | As | 73 | S  $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | | | I  $4 \times 10^{-7}$ | $1 \times 10^{-2}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | As | 74 | S  $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I  $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | As | 76 | S  $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I  $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | As | 77 | S  $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I  $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Astatine (85) | At | 211 | S  $7 \times 10^{-9}$ | $5 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I  $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Barium (56) | Ba | 131 | S  $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I  $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ba | 140 | S  $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I  $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Berkelium (97) | Bk | 249 | S  $9 \times 10^{-10}$ | $2 \times 10^{-3}$ | $3 \times 10^{-11}$ | $6 \times 10^{-5}$ |
| | | | I  $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Bk | 250 | S  $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $5 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | | I  $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Beryllium (4) | Be | 7 | S  $6 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | | I  $1 \times 10^{-6}$ | $5 \times 10^{-2}$ | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| Bismuth (83) | Bi | 206 | S  $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I  $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $5 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Bi | 207 | S  $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | | I  $1 \times 10^{-8}$ | $2 \times 10^{-3}$ | $5 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| | Bi | 210 | S  $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | | | I  $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Bi | 212 | S  $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I  $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Bromine (35) | Br | 82 | S  $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I  $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Cadmium (48) | Cd | 109 | S  $5 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | | I  $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |

[1] See footnotes at end of table.

Approved: November 8, 1968

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Palladium (46)........ | Pd | 103 S | $1 \times 10^{-6}$ | $1 \times 10^{-3}$ | $5 \times 10^{-8}$ | $3 \times 10^{-5}$ |
| | | I | $7 \times 10^{-7}$ | $8 \times 10^{-3}$ | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pd | 109 S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| Phosphorus (15)....... | P | 32 S | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $8 \times 10^{-8}$ | $7 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Platinum (78)......... | Pt | 191 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Pt | 193m S | $7 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | Pt | 197m S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Pt | 197 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Plutonium (94)........ | Pu | 238 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $7 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 239 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 240 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 241 S | $9 \times 10^{-11}$ | $7 \times 10^{-3}$ | $3 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-8}$ | $4 \times 10^{-2}$ | $1 \times 10^{-9}$ | $1 \times 10^{-3}$ |
| | Pu | 242 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | I | $4 \times 10^{-11}$ | $9 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 243 S | $2 \times 10^{-6}$ | $1 \times 10^{-3}$ | $6 \times 10^{-8}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-3}$ | $8 \times 10^{-8}$ | $3 \times 10^{-5}$ |
| | Pu | 244 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-7}$ |
| Polonium (84)......... | Po | 210 S | $5 \times 10^{-10}$ | $2 \times 10^{-5}$ | $2 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | I | $2 \times 10^{-10}$ | $8 \times 10^{-4}$ | $7 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Potassium (19)........ | K | 42 S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Praseodymium (59).... | Pr | 142 S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Pr | 143 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Promethium (61)...... | Pm | 147 S | $6 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Pm | 149 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Protoactinium (91).... | Pa | 230 S | $2 \times 10^{-9}$ | $7 \times 10^{-3}$ | $6 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-10}$ | $7 \times 10^{-3}$ | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | Pa | 231 S | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ | $4 \times 10^{-14}$ | $9 \times 10^{-7}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Pa | 233 S | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $6 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| *Radium (88)......... | Ra | 223 S | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ | $6 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | I | $2 \times 10^{-10}$ | $1 \times 10^{-4}$ | $8 \times 10^{-12}$ | $4 \times 10^{-6}$ |
| | Ra | 224 S | $5 \times 10^{-9}$ | $7 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | I | $7 \times 10^{-10}$ | $2 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | Ra | 226 S | $3 \times 10^{-11}$ | $4 \times 10^{-7}$ | $3 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | I | $5 \times 10^{-11}$ | $9 \times 10^{-4}$ | $2 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Ra | 228 S | $7 \times 10^{-11}$ | $8 \times 10^{-7}$ | $2 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | I | $4 \times 10^{-11}$ | $7 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Radon (86)........... | Rn | 220 S | $3 \times 10^{-7}$ | ......... | $1 \times 10^{-8}$ | ......... |
| See footnotes at end of table. | Rn | 222 S | $1 \times 10^{-7}$ | ......... | $3 \times 10^{-9}$ | ......... |

Approved: November 8, 1968