# Exhibit 15

FORM ERDA-489
ERDAM 0201
(1-77)

Case file 7-14-77

UNITED STATES
ENERGY RESEARCH AND DEVELOPMENT ADMINISTRATION
ERDA MANUAL

**TRANSMITTAL NOTICE**

Chapter 0524  STANDARDS FOR RADIATION PROTECTION

| | SUPERSEDED: | | | TRANSMITTED: | |
|---|---|---|---|---|---|
| | Number | Date | | Number | Date |
| | | | TN | 0500-20 | |
| Chapter | 0524 (Complete) | 4/8/75 | Chapter | 0524 (Complete) | 3/30/77 |
| Page(s) | | | Page(s) | | |
| Appendix | 0524 (Complete) | 4/8/75 | Appendix | 0524 (Complete) | 3/30/77 |

REMARKS: (Include the following, if appropriate: (1) major changes in policy or procedures, (2) a summary of new requirements being imposed and the purpose of such requirements, and (3) requirements deleted.)

The chapter has been revised to:

1. Update organizational nomenclature.
2. Bring chapter into compliance with the format prescribed in IAD 0201-13.

RECEIPT NUMBER -
DIVISION -

RETURN TO
RECORDS CENTER
ROOM G-017

JOB NO. 7453
BOX NO. 5212

USDOE 003709

U. S. ENERGY RESEARCH AND DEVELOPMENT ADMINISTRATION
ERDA MANUAL

Volume: 0000 General Administration
Part    : 0500 Health and Safety                                                SSC

## Chapter 0524   STANDARDS FOR RADIATION PROTECTION

### 0524-01 POLICY AND OBJECTIVE

**011 It is policy of ERDA that**

a. Radiation protection standards applicable to ERDA and ERDA contractor operations not subject to Nuclear Regulatory Commission (NRC) licensing be established to protect the general public, ERDA, and ERDA contractor personnel and property.

b. ERDA and ERDA contractor operations be conducted in a manner to assure that radiation exposure to individuals and population groups is limited to the lowest levels technically and economically practicable.

**012 Objective**

To establish radiation protection standards for ERDA and ERDA contractor operations based upon the recommendations of the Federal Register Council, Environmental Protection Agency (EPA), and the National Council on Radiation Protection and Measurements.

### 0524-02 APPLICABILITY

This chapter and its appendix are applicable to Headquarters divisions and offices, field organizations, and ERDA contractors who may be exposed to ionizing radiation resulting from ERDA and ERDA contractor operations. This chapter and its appendix apply to routine operations. They do not apply to certain specific activities such as those essential to the national security which may require criteria for planning or operations involving exposure guidelines for uncontrolled areas different from the basic standards contained herein. For these activities, the guidelines of this chapter will be applied insofar as possible and exceptions may be developed in coordination with the Director, Division of Safety, Standards, and Compliance, in accordance with 031(b) or as may be set forth in other manual chapters.

### 0524-03 RESPONSIBILITIES AND AUTHORITIES

**031 The Director, Division of Safety, Standards, and Compliance**

a. Develops, or promotes the development of, radiation protection standards and policies relating to ERDA and ERDA contractor operations.

b. Approves or disapproves each proposed exception to the radiation protection standards established by this chapter.

c. Appraises the performance of ERDA field offices and upon request, and when circumstances warrant, appraises ERDA contractors as set forth in chapter 0504, "Operational Safety Program Appraisals."

d. Renders interpretation of the requirements of this chapter.

**032 Heads of Divisions and Offices, Headquarters,** assure that employees under their jurisdiction comply with the provisions of this chapter.

**033 Heads of Field Organizations\***

a. Assure that ERDA and ERDA contractor personnel and the general public are protected against unnecessary radiation exposure and comply with the provisions of this chapter.

b. Request and justify specific exceptions for planned or anticipated deviations from the requirements of this chapter.

c. Review and approve emergency plans for rescue and recovery operations.

d. Act, where immediate decisions and actions are required, on requests for exceptions to the requirements of this chapter and immediately report and justify such action to the Division of Safety, Standards, and Compliance. Contractors may be authorized to take all appropriate measures in emergency situations. See appendix 0524, Part V, "Guidance for Emergency Exposure During Rescue and Recovery Activities."

\*For purposes of this chapter, the Director, Division of Naval Reactors, will assume the same responsibility as the managers of field offices for his program activities.

1                                                    Approved: March 30, 1977

**USDOE 003710**

# PART I
## DEFINITIONS, EXCEPTIONS, AND REFERENCES

## A. DEFINITIONS

### 1. ERDA Contractor

Any ERDA prime contractor or subcontractor exempt from, or not subject to, NRC licensing provisions other than 10 CFR Part 115, "Reactors," but subject to the contractual provisions of ERDA-PR 9-7.5004-12 or modifications thereof.

### 2. Controlled Area

Any area, access to which is controlled for purposes of protection of individuals from exposure to radiation and radioactive materials.

### 3. Dose Commitment

The dose equivalent (rems) received by specified organs during a period of one calendar year which was the result of an uptake of a radionuclide by a person occupationally exposed.

## B. EXCEPTIONS TO CHAPTER REQUIREMENTS

Approval of the Director, Division of Safety, Standards, and Compliance, must be obtained for any deviations from the requirements of this chapter or use of radiation protection standards different from those provided in the appendix except in emergency situations where immediate decisions and actions are required.

## C. REFERENCES

1. Chapter 0525, "Occupational Radiation Exposure Information."
2. Chapter 0545, "Nuclear Accident Dosimetry Program."
3. Chapter 6301, "Facilities General Design Criteria."

USDOE 003711

STANDARDS FOR RADIATION PROTECTION  ERDA Appendix 0524

## PART II
## INDIVIDUALS IN CONTROLLED AREAS

### A. RADIATION PROTECTION STANDARDS FOR EXTERNAL AND INTERNAL EXPOSURES

| Type of Exposure | Exposure Period | Dose Equivalent (Dose or Dose Commitment* (rem)) |
|---|---|---|
| Whole body, head and trunk, gonads, lens of the eye†, red bone marrow, active blood forming organs. | Year | 5‡ |
| | Calendar Quarter | 3 |
| Unlimited areas of the skin (except hands and forearms). Other organs, tissues, and organ systems (except bone). | Year | 15 |
| | Calendar Quarter | 5 |
| Bone. | Year | 30 |
| | Calendar Quarter | 10 |
| Forearms.§ | Year | 30 |
| | Calendar Quarter | 10 |
| Hands§ and feet. | Year | 75 |
| | Calendar Quarter | 25 |

*To meet the above dose commitment standards, operations must be conducted in such a manner that it would be unlikely that an individual would assimilate in a critical organ, by inhalation, ingestion, or absorption, a quantity of a radionuclide(s) that would commit the individual to an organ dose which exceeds the limits specified in the above table.

†A beta exposure below a maximum energy of 700 Kev will not penetrate the lens of the eye; therefore, the applicable limit for these energies would be that for the skin (15 rem/year).

‡In special cases with the approval of the Director, Division of Safety, Standards, and Compliance, a worker may exceed 5 rem/year provided his/her average exposure per year since age 18 will not exceed 5 rem per year.

§All reasonable effort shall be made to keep exposures of forearms and hands to the general limit for the skin.

### B. PROCEDURAL REQUIREMENTS

#### 1. Restrictions

a. An individual under age 18 shall neither be employed in, nor allowed to enter, controlled areas in such manner that he will receive doses of radiation in amounts exceeding one-tenth the standards in A., above.

b. Students under age 18 exposed to radiation during educational activities shall not exceed 0.1 rem/year. This exposure shall be considered a part of the 0.5 rem/year limit for workers under age 18 and not supplemental to it.

#### 2. Combining Internal and External Dose

Current year whole-body internal dose commitment from radionuclides for which the whole body is the critical organ must be combined with the external whole-body dose. Where both the external penetrating dose and internal dose to critical organ are known, they shall be combined for that organ.

#### 3. Emergency or Accidental Exposure

Radiation doses received in emergency actions or accidental situations will be chargeable to the radiation exposure status of the individual. However, the decision as to whether the individual will continue to work in a radiation area will be made on a case-by-case basis by plant management in accordance with the advice of the plant health physicist and occupational medical departments and subject to the approval of the ERDA field office manager.

#### 4. Monitoring Requirements

Monitoring is required where the potential exists for the individual to receive a dose or dose commit-

USDOE 003712

ERDA Appendix 0524
Part II

STANDARDS FOR RADIATION PROTECTION

ment in any calendar quarter in excess of 10 percent of the quarterly standards stated in A. and B.1.b., above. Monitoring requirements as specified for the following conditions shall include:

*a. External radiation*—personnel monitoring equipment for each individual.

*b. Internal radiation*—periodic (monthly, quarterly, annually, etc.) bioassay analysis or in vivo counting or evaluation of air concentrations to which the individual is exposed or a combination of all methods.

### 5. Methods of Estimating Dose Commitment

Methods of estimating dose commitment to the organ of interest should be suitable to the existing conditions and consistent with assumptions and recommendations of the Federal Radiation Council (FRC), the National Council on Radiation Protection and Measurements (NCRP), and the International Commission on Radiological Protection (ICRP).

## C. CONCENTRATION GUIDES (CGs)

### 1. Air

CGs in annex A, table I, column 1, were derived for the most part from the yearly standards in A., above (assume a 40-hour workweek). They should be used in evaluating the adequacy of health protection measures against airborne radioactivity in occupied areas.

### 2. Water

The CGs in annex A, table I, column 2, are applicable to the discharge of liquid effluents to sanitary sewerage systems (see part III, E.). Drinking water concentrations in restricted areas shall be maintained within the CGs specified in table II, column 2.

USDOE 003713

Case No. 1:90-cv-00181-JLK   Document 2374-16   filed 09/10/15   USDC Colorado   pg 6 of 9

# PART III
# INDIVIDUALS AND POPULATION GROUPS IN UNCONTROLLED AREAS

## A. RADIATION PROTECTION STANDARDS FOR EXTERNAL AND INTERNAL EXPOSURE

| Type of Exposure | Annual Dose Equivalent or Dose Commitment (rem)* | |
|---|---|---|
| | Based on dose to individuals at points of maximum probable exposure | Based on an average dose to a suitable sample of the exposed population† |
| Whole body, gonads, or bone marrow | 0.5 | 0.17 |
| Other organs | 1.5 | 0.5 |

*In keeping with ERDA policy on lowest practicable exposure, as expressed in chapter 0524-011b., exposures to the public shall be limited to as small a fraction of the respective annual dose limits as is practicable.

†See Par. 5.4, FRC Report No. 1, for discussion on concept of suitable sample of exposed population.

## B. MONITORING REQUIREMENTS

To assure that doses to the public are maintained at the lowest practicable level consistent with dose standards set forth in A., above, effluents, environmental media, and other parameters shall be monitored and documented in accordance with ERDAM 0513.

## C. CONCENTRATION GUIDES (CGs)

1. CGs in annex A, table II, were derived for the most part from the dose standards for individuals in A., above (assume 168 hours of exposure per week). These guides shall be reduced by a factor of three when applied to a suitable sample of the exposed population. Where transient exposures can be calculated, the CGs other than those in annex A, table II, may be used to evaluate compliance with the dose commitment standard.

2. There may be situations where it is not feasible or desirable to evaluate the exposure of individuals and samples of exposed populations to effluents to assure compliance with standards in A., above. In those cases, effluent releases to uncontrolled areas shall be such that average concentrations of radioactivity at the point of release are as low as practicable. The point of release shall be considered to be the point at which the effluents pass beyond the site boundary. Radioactivity concentrations may be averaged over periods up to 1 year.

## D. FURTHER LIMITATIONS ON EFFLUENT DISCHARGES

In any situation in which the effluents discharged by one or more activities of ERDA, ERDA contractors, or others cause exposure to approach the standards specified in A., above, appropriate effluent discharge limits may be set for these operations. In such cases, the manager of the field office may take the necessary corrective action if all activities concerned are within his/her area of responsibility. Otherwise, each case will be referred to the Director, Division of Safety, Standards & Compliance, for appropriate action including, where appropriate, coordination with actions taken by the Nuclear Regulatory Commission under 10 CFR 20.106(e).

## E. DISCHARGE TO SANITARY SEWERAGE SYSTEMS

1. Effluents may be discharged to public sanitary sewerage systems provided:
   a. The quantity of radioactivity released in any 1 month, if diluted by the average monthly quantity of water released by the installation, will not result in an average concentration exceeding the CG in annex A, table I, column 2.
   b. The radiation protection standards in A., above, are not exceeded.
2. Concentrations or quantities of radioactive materials greater than those specified in 1.a. and b., above, may be released to chemical or sanitary sewerage systems owned by the Federal Government provided the standards in A., above, are not exceeded in uncontrolled areas.

STANDARDS FOR RADIATION PROTECTION                                      ERDA Appendix 0524

## ANNEX A

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of annex)

| Element (atomic number) | Isotope,* soluble (S); insoluble (I) | | | Table I Controlled Area | | Table II Uncontrolled Area† | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Actinium (89) | Ac | 227 | S | $2 \times 10^{-12}$ | $6 \times 10^{-4}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $9 \times 10^{-3}$ | $9 \times 10^{-13}$ | $3 \times 10^{-4}$ |
| | Ac | 228 | S | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $3 \times 10^{-3}$ | $6 \times 10^{-10}$ | $9 \times 10^{-5}$ |
| Americium (95) | Am | 241 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 242m | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-10}$ | $3 \times 10^{-3}$ | $9 \times 10^{-12}$ | $9 \times 10^{-5}$ |
| | Am | 242 | S | $4 \times 10^{-8}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Am | 243 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 244 | S | $4 \times 10^{-6}$ | $1 \times 10^{-1}$ | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| | | | I | $2 \times 10^{-5}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| Antimony (51) | Sb | 122 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sb | 124 | S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $7 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Sb | 125 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $9 \times 10^{-10}$ | $1 \times 10^{-4}$ |
| Argon (18) | A | 37 | Sub | $3 \times 10^{-3}$ | | $1 \times 10^{-4}$ | |
| | A | 41 | Sub | $2 \times 10^{-6}$ | | $4 \times 10^{-5}$ | |
| Arsenic (33) | As | 73 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-7}$ | $1 \times 10^{-2}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | As | 74 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | As | 76 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | As | 77 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Astatine (85) | At | 211 | S | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Barium (56) | Ba | 131 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ba | 140 | S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |

*"Sub" means that values given are for submersion in a semispherical infinite cloud of airborne material.
†These values apply to individuals in uncontrolled areas. One-third of these values will be used for a suitable sample of the population.
NOTE: $\mu Ci/ml \times 10^{12} = pCi/m^3$; $\mu Ci/ml \times 10^3 = Ci/l$.

Approved: March 30, 1977

USDOE 003721

ERDA Appendix 0524
Annex A

STANDARDS FOR RADIATION PROTECTION

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of annex)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Platinum (78) Cont'd. | Pt | 197m | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Pt | 197 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Plutonium (94) | Pu | 238 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $7 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 239 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 240 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 241 | S | $9 \times 10^{-11}$ | $7 \times 10^{-3}$ | $3 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-8}$ | $4 \times 10^{-2}$ | $1 \times 10^{-9}$ | $1 \times 10^{-3}$ |
| | Pu | 242 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $9 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 243 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pu | 244 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| Polonium (84) | Po | 210 | S | $5 \times 10^{-10}$ | $2 \times 10^{-5}$ | $2 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $8 \times 10^{-4}$ | $7 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Potassium (19) | K | 42 | S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Praseodymium (59) | Pr | 142 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Pr | 143 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Promethium (61) | Pm | 147 | S | $6 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Pm | 149 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Protactinium (91) | Pa | 230 | S | $2 \times 10^{-9}$ | $7 \times 10^{-3}$ | $6 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | | | I | $8 \times 10^{-10}$ | $7 \times 10^{-3}$ | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | Pa | 231 | S | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ | $4 \times 10^{-14}$ | $9 \times 10^{-7}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Pa | 233 | S | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $6 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Radium (88) | Ra | 223 | S | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ | $6 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $1 \times 10^{-4}$ | $8 \times 10^{-12}$ | $4 \times 10^{-6}$ |
| | Ra | 224 | S | $5 \times 10^{-9}$ | $7 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I | $7 \times 10^{-10}$ | $2 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | Ra | 226 | S | $3 \times 10^{-11}$ | $4 \times 10^{-7}$ | $3 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | | I | $5 \times 10^{-11}$ | $9 \times 10^{-4}$ | $2 \times 10^{-12}$ | $3 \times 10^{-5}$ |

Approved: March 30, 1977

USDOE 003728