# Exhibit 16

Basic Order canceled by DOE 5480.1A, 8-13-81
No Chapters were canceled. See wgt 3-6-85

# U.S. Department of Energy
Washington, D.C.

**ORDER**

DOE 5480.1

5-5-80

Change 1: 12-18-80
Change 2: 4-29-81
Change 3: 5-1-81
Change 4: 5-22-81
Change 5: 8-13-81 Change 6: 8-13-81

SUBJECT: ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION PROGRAM FOR DOE OPERATIONS

1. PURPOSE. This order establishes the Environmental Protection, Safety, and Health Protection Program for Department of Energy (DOE) operations.

2. CANCELLATION. Interim Management Directive No. 5001, "SAFETY, HEALTH AND ENVIRONMENTAL PROTECTION," of 9-29-77.

3. SCOPE. The policy and requirements outlined in this order apply to all DOE operations and all DOE contractor operations where, under the contractual arrangements for the work to be performed, DOE has established control over environmental protection, safety, and health protection program content. The extent to which requirements apply is specified in the various supplementary chapters of this order.

4. REFERENCES.

   a. DOE Procurement Regulations (DOE PRs), Part 9-50, which provide the clauses to be used in contracts where DOE elects to enforce environmental protection, safety, and health protection requirements.

   b. E.O. 11807, "Occupational Safety and Health Program for Federal Employees," which establishes the requirement for Federal agencies to provide occupational safety and health programs for their employees.

   c. 29 CFR 1960, "Safety and Health Provisions for Federal Employees," which provides the regulations and guidelines for the implementation of E.O. 11807.

   d. DOE 5482.1, "Environmental, Safety, and Health Appraisal Program," which outlines the Department's policy and program requirements for appraisal of environmental protection, safety, and health protection programs.

   e. DOE 5481.1, "Safety Analysis and Review System," which establishes uniform rquirements for the preparation and review of safety analyses.

DOE
Office of Organization and Management Systems Office File

DISTRIBUTION:
All Departmental Elements
Federal Energy Regulatory Commission (Info)

INITIATED BY:
Operational and Environmental Safety Division

f. DOE 1324.1, "Records Disposition," which prescribes requirements for the retention and disposition of records.

g. DOE 6430., "Facilities General Design Criteria" (to be issued), which will establish safety criteria to be used in the design of facilities.

h. DOE 5483.1, "Occupational Safety and Health Program for Government-Owned Contractor-Operated Facilities (GOCO)," which provides guidance and establishes procedures for the GOCO safety and health program.

i. Pending the development and promulgation of supplemental chapters to this order, the references listed in Attachment 1 may be used as guideline procedures and standards in the discharge of the Department's environmental protection, safety, and health protection responsibilities under the Occupational Safety and Health Act of 1970; Executive Order 12088; the Atomic Energy Act of 1954, as amended; and the Energy Reorganization Act of 1974, as amended.

5. DEFINITIONS.

a. Environmental protection, safety, and health protection program refers to those DOE requirements, activities, and functions in the conduct of all DOE and DOE-controlled operations that are concerned with: controlling air, water, and soil pollution; limiting to acceptably low levels risks to the well-being of both operating personnel and the general public; and protecting property adequately against accidental loss and damage. Typical activities and functions related to this program include, but are not limited to, the following: environmental protection, occupational safety, fire protection, industrial hygiene, health physics, occupational medicine, process and facilities safety, and nuclear safety.

b. Federal Employee Occupational Safety and Health program refers to that part of the environmental protection, safety and health protection program mandated by E.O. 11807 and 29 CFR 1960.

c. DOE operations are those activities funded by DOE for which DOE has assumed responsibility for safety, health, or environmental protection.

d. Line organization includes the assistant secretary or head of an office, the program office, or the field organization responsible for the management of a given DOE operation.

e. DOE contractor includes any DOE prime contractor or subcontractor subject to the contractual provisions of DOE PR-50.704-2 or other contractual provisions where DOE has elected to enforce environmental protection, safety and health protection requirements by specific negotiated contract provisions.

f. Standard means a specified set of rules or conditions concerned with the classification of components; delineation of procedures; definition of terms; specifications of materials, performance, design, or operations; or measurements of quality in describing materials, products, systems, services or practices. Standards may be specified by DOE as prescribed (i.e. required) or recommended.

g. Prescribed standards are those standards adopted by DOE that define the minimum requirements that DOE and its contractors must comply with to the extent they apply to the activities being conducted.

h. Recommended standards are those guides or standards adopted by DOE that DOE and its contractors shall consider for guidance, as applicable, in addition to the prescribed standards.

i. An exemption is a release from the requirements of this order that has been granted by the Director, Operational and Environmental Safety Division.

j. An exception is an interim release from a standard of the type specified under the Occupational Safety and Health Act.

k. A temporary variance is a short-term release from a standard of the type specified under the Occupational Safety and Health Act.

l. A permanent variance is a release from a standard of the type specified under the Occupational Safety and Health Act.

6. POLICY. It is the policy of the DOE to:

a. Assure protection of the environment, the safety and health of the public, and Government property against accidental loss and damage.

b. Provide safe and healthful workplaces and conditions of employment for all employees of DOE and DOE contractors.

c. Assure compliance with applicable statutory requirements affecting Federal facilities and operations.

TABLE OF CONTENTS

CHAPTER I - ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION STANDARDS — Page

1. Purpose .... I-1
2. General Requirements .... I-1
3. Procedures for Granting Exemptions .... I-2
4. Emergency Preparedness .... I-2
   a. Prescribed Standards .... I-2
   b. Recommended Standards .... I-2
5. Environmental Protection .... I-3
   a. Prescribed Standards .... I-3
   b. Recommended Standards .... I-5
6. Fire Protection .... I-5
   a. Prescribed Standards .... I-5
   b. Recommended Standards .... I-6
7. Health Protection .... I-6
   a. Radiation Protection .... I-6
   b. Occupational Medicine .... I-8
   c. Industrial Hygiene .... I-8
   d. Public Health and Sanitation, Prescribed Standards .... I-9
8. Occupational Safety .... I-10
   a. General Safety .... I-10
   b. Construction Safety .... I-11
   c. Crane Safety .... I-12
   d. Drilling Safety .... I-12
   e. Electrical Safety .... I-12
   f. Explosives Safety .... I-13
   g. Firearm Safety .... I-14
   h. Mine and Tunnel Safety .... I-14
9. Nuclear Safety .... I-14
   a. Reactor Safety .... I-14
   b. Nuclear Criticality Safety .... I-15
   c. Facility Safety .... I-16
10. Transportation Safety .... I-17
   a. Aircraft Safety .... I-17
   b. Motor Vehicle and Traffic Safety .... I-17
   c. Vessels (Marine) Safety Prescribed Standards .... I-18
   d. Transportation of Radioactive Material .... I-18
   e. Railroad Safety .... I-18
   Attachment I-1 - Sources of Supply for Standards .... I-19

CHAPTER II - QUALITY ASSURANCE IN SUPPORT OF ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION (to be issued)

Vertical line denotes change.

CHAPTER I

ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION STANDARDS

1. PURPOSE. This chapter sets forth the environmental protection, safety, and health protection standards that have been adopted for use throughout the operations of the Department of Energy, hereafter referred to as the Department.

2. GENERAL REQUIREMENTS.

a. Provisions of this chapter shall be followed during facility design, construction, operation, modification, and decommissioning. Existing facilities need not be changed arbitrarily to comply with the specified standards except as required by law.

b. This chapter covers the minimum prescribed standards to be used by the Department of Energy and Department contractors. Where a Department contractor is also a Nuclear Regulatory Commission licensee, the contract relationship will not exempt him from compliance with Nuclear Regulatory Commission regulations and the terms of his license. Where Department of Energy contractors are tenants on a military installation and a Host-Tenant Agreement has been executed, the standards established by the host shall be observed unless the Department prescribed standards provide for greater protection, in which case Department standards shall be observed. Facilities covered by this chapter include those owned, leased or otherwise controlled by the Department of Energy or leased by contractors for use in work, and include those of either a permanent or temporary nature (e.g., trailers, rented spaces, field sites). Ordnance operations shall observe Department of Defense Explosive Safety Board Standards as prescribed standards. Naval Reactors Program applications shall observe Department of Navy Standards as prescribed standards.

c. In addition to the prescribed and recommended standards set forth by this chapter, the user should also consult the other chapters of this order and for the Operational and Environmental Safety Division for any interim standards approved for use. The sources of supply for the standards and a glossary of abbreviations are contained in Attachment 1. The latest edition of the listed standards shall be used.

d. If there are conflicts between prescribed standards in this chapter, or between this chapter and other chapters of this order, the standards providing the greater protection shall govern.

3. PROCEDURES FOR GRANTING EXEMPTIONS.

a. Department of Energy contract administrators are permitted to grant exemptions, which are valid for a period of six months, from the standards of this chapter, except for the Federal regulations listed herein unless allowed by the procedures identified in paragraph 3c. Contract administrators are required to notify the Director, Occupational and Environmental Safety Division of all such exemptions granted. Exemptions for periods greater than 6 months must be approved by the Director, Occupational and Environmental Safety Division prior to being granted by the contract administrator.

b. Exemptions are considered to be temporary, allowing time to take corrective action. When requesting approval of exemptions greater than 6 months, Department of Energy contract administrators should include with their request plans to ameliorate the conditions requiring the exemptions.

c. Those Department of Energy Operations subject to the Occupational Safety and Health Administration's regulations, directly or through Departmental Orders, must follow the procedures of 29 CFR 1960, Subpart C, 29 CFR 1905 or Departmental Order DOE 5483.1, as appropriate, to obtain relief from standards listed herein which are also listed in 29 CFR 1910, 1915-1918 and 1926. Requests are to be forwarded to the appropriate Department of Energy official as defined in Departmental Orders DOE 3790.1 or DOE 5483.1.

4. EMERGENCY PREPAREDNESS. The following standards, in addition to those listed in the other chapters, shall be used as minimum prescribed standards at such facilities as applicable.

a. Prescribed Standards.

(1) "Immediate Evacuation Signal for Use in Industrial Installations Where Radiation Exposure May Occur", ANSI N2.3-1979 (ANSI).

b. Recommended Standards.

(1) Exposure to Radiation in an Emergency, NCRP Report No 19.

(2) Basic Radiation Protection Criteria, NCRP Report No. 39.

(3) National Plan for Emergency Preparedness (FEMA).

(4) Office of Emergency Preparednesss Circulars (FEMA).

(5) Federal Civil Defense Guide (FEMA).

(6) "Planning for the Handling of Radiation Accidents," Safety Series 32 (IAEA).

(7) "Emergency Plans for Production and Utilization Facilities," 10 CFR 50, Appendix E and Associated Guide.

5. ENVIRONMENTAL PROTECTION.

a. Prescribed Standards.

(1) "Prevention, Control, and Abatement of Air and Water Pollution," Chapter XII of this Order.

(2) Federal Compliance with Pollution Control Standards (Executive Order 12088) (OMB).

(3) The following standards, regulations, and guidelines promulgated pursuant to Federal environmental legislation:

(a) Air

1 New Source Performance Standards (40 CFR 60).

2 National Hazardous Air Pollutant Standards (40 CFR 61).

3 Regulations Designating Air Quality Control Regions (40 CFR 81).

4 Implementation of the National Environmental Policy Act, DOE 5440.1.

5 Facilities General Design Criteria, DOE N 1321.96.

(b) Water

1 Discharge of Oil (40 CFR 110).

2 Oil Pollution Prevention (40 CFR 112).

3 National Oil and Hazardous Substances Contingency Plan (40 CFR 1510).

4 Water Quality Standards Approved by the Federal Government (40 CFR 120).

5 National Pollutant Discharge Elimination System (40 CFR 22).

6 Policies and Procedures for the National Pollutant Discharge Elimination System (40 CFR 125).

7 General Pretreatment Regulations for Existing and New Sources of Pollution (40 CFR 403).

8 Secondary Treatment Information (40 CFR 133).

9 Transportation for Dumping, and Dumping of Material into Ocean Waters (40 CFR 220-230).

10 Cooling Water Intake Structures (40 CFR 401.14) (General Provisions for Effluent Guidelines and Standards - 40 CFR 401).

11 Facilities General Design Criteria, DOE N 1321.96.

(c) Drinking Water

1 National Interim Primary Drinking Water Regulations (40 CFR 141).

2 National Interim Primary Drinking Water Regulations Implementation (40 CFR 142).

(d) Solid Waste

1 Guidelines for the Thermal Processing of Solid Wastes and for the Land Disposal of Solid Wastes (40 CFR 240 and 241).

2 Solid Waste Storage and Collection (40 CFR 243).

(e) Radiation

1 Requirements for Radiation Protection, Chapter XI of this Order.

2 "Performance Testing and Procedural Specifications for Thermoluminescense Dosimetry (Environmental Applications)" ANSI N 545-1975 (ANSI).

(f) Pesticides

1 Environmental Safeguards on Activities for Animal Damage Control on Federal Lands (Executive Order 11870) (OMB).

(2) Facilities General Design Criteria, DOE N 1321.96.

(3) National Fire Codes (NFPA).

(4) Standard for Fire Protection of AEC Electronic Computer Data Processing Systems, WASH 1245-1. (Compliance with this standard satisfies the requirements for NFPA-75).

(5) Product Directories of Underwriters Laboratories together with the periodic supplements (UL).

(6) Factory Mutual Approval Guide (FM).

(7) TP20-11 General Fire Fighting Guidance for Nuclear Weapons.

b. Recommended Standards.

(1) Handbook of Fire Protection (NFPA).

(2) Loss Prevention Data Sheets (FM).

7. HEALTH PROTECTION.

a. Radiation Protection.

(1) Prescribed Standards.

(a) Requirements for Radiation Protection, Chapter XI of this Order.

(b) Environmental Protection, Safety and Health Protection Reporting Requirements, DOE 5484.1.

(c) Performance Specifications for Direct Reading and Indirect Reading Pocket Dosimeters for X and Gamma Radiation, ANSI N13.5-1972 (ANSI).

(d) Radiation Symbol, ANSI N2.1-1969 (ANSI).

(e) Radiological Safety in the Design and Operation of Particle Accelerators, ANSI N43.1-1978 (ANSI).

(f) Specification and Performance of On-site Instrumentation for Continuously Monitoring Radioactivity in Effluents, ANSI N13.10-1974 (ANSI).

(g) Personnel Neutron Dosimeters (Neutron Energies Less Than 20 MeV), ANSI N319-1976 (ANSI).

# CHAPTER XI

## REQUIREMENTS FOR RADIATION PROTECTION

1. PURPOSE. This chapter establishes radiation protection standards and requirements for Department of Energy and Department of Energy contractor operations based upon the recommendations of the Environmental Protection Agency and the National Council on Radiation Protection and Measurement.

2. DEFINITIONS.

   a. Controlled Area. Any area to which access is controlled in order to protect individuals from exposure to radiation and radioactive materials.

   b. Dose Commitment. The dose equivalent (rem) received by specific organs during a period of one calendar year, that was the result of uptakes of radionuclides by a person occupationally exposed.

   c. First Collision Dose. A measure of radiation dose at a certain point, based on the incident energy transferred to secondary charged particles, per gram of absorbing materials, by primary particles that suffer only one collision in the medium.

   d. Neutron Spectrum. A description of a neutron radiation field in terms of the number of neutrons per unit energy interval.

   e. Primary Unit. A nuclear accident dosimetry unit placed in a position near a potential accident site.

   f. Screening. A method for rapidly selecting those individuals involved in a nuclear accident and subjected to acutely serious radiation exposure.

3. RESPONSIBILITIES AND AUTHORITIES.

   a. Heads of Field Organizations shall:

      (1) Review and approve emergency plans for rescue and recovery operations.

      (2) Act, where immediate decisions and actions are required, on requests for exemptions from the requirements of this chapter and immediately report and justify such action to the Deputy Assistant Secretary for Environmental Safety and Health (EP-30). Contractors may be authorized to take all appropriate measures in emergency situations. See page XI-9, paragraph 4e.

      (3) Assure that Department employees, Department contractor personnel, and the general public are protected against unnecessary radiation exposure and comply with the provisions of this chapter.

Vertical line denotes change.

b. The Deputy Assistant Secretary for Naval Reactors shall assume the same responsibilities as heads of Field Organizations for Naval Reactors activities.

REQUIREMENTS.

a. Occupationally Related Exposure of Individuals in Controlled Areas. Radiation exposures shall be limited to levels reasonably achievable within the standards prescribed below.

(1) Radiation Protection Standards for External and Internal Exposures. (See Figure XI-1.)

(2) Procedural Requirements.

(a) Restrictions.

1 An individual under age 18 shall neither be employed in, nor allowed to enter, controlled areas in such a manner that he or she will receive doses of radiation in amounts exceeding one-tenth the standards in paragraph 4a(1) above.

2 Dose to students under age 18 exposed to radiation during educational activities shall not exceed 0.1 rem/year. This exposure shall be considered a part of the 0.5 rem/year limit for workers under age 18 and not supplemental to it.

(b) Combining Internal and External Dose. Current year whole body internal dose commitment from radionuclides for which the whole body is the critical organ must be combined with the external whole body dose. Where both the external penetrating dose and internal dose to critical organ are known, they shall be combined for that organ.

(c) Emergency or Accidental Exposure. Radiation doses received in emergency or accidental situations will be chargeable to the radiation exposure records of the exposed individuals. However, the decision as to whether an individual exposed to radiation in excess of the standards in subparagraph a(1) above will continue to work in a radiation area will be made on a case-by-case basis by operating contractor management in accordance with the advice of the contractor's health physics and occupational medical departments and subject to the approval of the Head of Field Organization. The operating contractor shall assure the head of the responsible field office that the unsafe conditions under which the emergency or accidental exposures were received

Vertical line denotes change.

| Type of Exposure | Exposure Period | Dose Equivalent (Dose or Dose Commitment[1] rem) |
|---|---|---|
| Whole body, head and trunk, gonads, lens of the eye[2], red bone marrow, active blood-forming organs. | Year<br>Calendar Quarter | 5[3]<br>3 |
| Unlimited areas of the skin (except hands and forearms). Other organs, tissues, and organ systems (except bone). | Year<br>Calendar Quarter | 15<br>5 |
| Bone. | Year<br>Calendar Quarter | 30<br>10 |
| Forearms[4] | Year<br>Calendar Quarter | 30<br>10 |
| Hands[4] and feet. | Year<br>Calendar Quarter | 75<br>25 |

1/ To meet the above dose commitment standards, operations must be conducted in such a manner that it would be unlikely that an individual would assimilate in a critical organ, by inhalation, ingestion, or absorption, a quantity of radionuclide or mixture of radionuclides that would commit the individual to an organ dose that exceeds the limits specified in the above table.

2/ A beta exposure below a maximum energy of 700 KeV will not penetrate the lens of the eye; therefore, the applicable limit for these energies would be that for the skin (15 rem/year).

3/ In special cases, with the approval of EP-30, a worker may exceed 5 rem/year, provided his or her average exposure per year since age 18 will not exceed 5 rem per year. This does not apply to emergency situations.

4/ All reasonable effort shall be made to keep exposures of forearms and hands to the general limit for the skin.

FIGURE XI-1
RADIATION PROTECTION STANDARDS FOR
OCCUPATIONALLY RELATED EXTERNAL AND INTERNAL EXPOSURES

Vertical line denotes change.

have been eliminated.  The decision to resume operations following an emergency or accidental radiation exposure shall be subject to the approval of the head of the responsible field office.

(d)  Monitoring Requirements.  Monitoring is required where the potential exists for the individual to receive a dose or dose commitment in any calendar quarter in excess of 10 percent of the quarterly standards stated in paragraphs 4a(1) and 4a(2)(a)2 above.  Monitoring requirements as specified for the following conditions shall include:

1  External Radiation.  Personnel monitoring equipment for each individual.

2  Internal Radiation.  Periodic (monthly, quarterly, annually, etc.) bioassay analysis or in vivo counting or evaluation of air concentration to which the individual is exposed, or a combination of all methods.

(e)  Methods of Estimating Dose Commitment.  Methods of estimating dose commitment to the organ of interest should be suitable to the existing conditions and consistent with assumptions and recommendations of the Environmental Protection Agency, the National Council on Radiation Protection and Masurement, and the International Commission on Radiological Protection.

(3)  Concentration Guides.

(a)  Air.  Concentration Guides in Attachment 1, Table I, Column 1, were derived for the most part from the yearly standards in paragraph 4a(1) above (assume a 40 hour workweek).  They should be used in evaluating the adequacy of health protection measures against airborne radioactivity in occupied areas.

(b)  Water.  The Concentration Guides in Attachment 1, Table I, Column 2, are applicable to the discharge of liquid effluents to sanitary sewage systems (see paragraph 4b(5) on page XI-6).  Drinking water concentrations in controlled areas shall be maintained within the concentration guides specified in Table II, Column 2.

b.  Exposure of Individuals and Population Groups in Uncontrolled Areas.  Exposures to members of the public shall be as low as reasonably achievable levels within the standards prescribed below.

Vertical line denotes change.

| Type of Exposure | Annual Dose Equivalent or Dose Commitment (rem)[1/] | |
|---|---|---|
| | Based on dose to individuals at points of maximum probable exposure (rem) | Based on average dose to a suitable sample of the exposed population[2/] (rem) |
| Whole body, gonads, or bone marrow | 0.5 | 0.17 |
| Other organs | 1.5 | 0.5 |

---

1/ In keeping with Department of Energy policy on lowest practicable exposures, exposures to the public shall be limited to as small a fraction of the respective annual dose limits as is reasonably achievable.

2/ See Paragraph 5.4, Federal Radiation Council Report No. 1, for discussion on concept of suitable sample of exposed population.

FIGURE XI-2
RADIATION PROTECTION STANDARDS FOR EXTERNAL AND INTERNAL EXPOSURE OF MEMBERS OF THE PUBLIC

(1) Radiation Protection Standards for External and Internal Exposure. (See Figure XI-2.)

(2) Monitoring Requirements. To assure that doses to the public are maintained as low as reasonably achievable consistent with dose standards set forth in paragraph 4b(1) above, effluents to the environment, and other parameters shall be monitored and documented in accordance with DOE 5484.1.

(3) Concentration Guides.

(a) Concentration Guides in Attachment XI-1, Table II, were derived for the most part from the dose standards for individuals in paragraph 4b(1) above (assume 168 hours of exposure per week). These guides shall be reduced by a factor of three when applied to a suitable sample of the population. Where transient exposures can be calculated, the concentration guides other than those in Attachment XI-1, Table II, may be used to evaluate compliance with the dose commitment standard.

(b) There may be situations where it is not feasible or desirable to evaluate the exposure of individuals and samples of exposed populations to effluents to assure compliance with standards in paragraph 4b(1) above. In those cases, effluent releases to uncontrolled areas shall be such that average concentrations of radioactivity at the point of release are within the concentration guides and are as low as reasonably achievable. The point of release shall be considered to be the point at which the effluents pass beyond the site boundary. Radioactivity concentrations may be averaged over periods up to 1 year.

(4) Further Limitations on Effluent Discharges. In any situation in which the effluents discharged by one or more activities of the Department, Department contractors, or others cause exposure to approach the standards specified in subparagraph b(1) above, appropriate effluent discharge limits may be set for these operations. In such cases, the manager of the field organization may take the necessary corrective action if all activities concerned are within his or her area of responsibility. Otherwise, each case will be referred to EP-30 for appropriate action including, where appropriate, coordination with actions taken by the Nuclear Regulatory Commission under the Code of Federal Regulations, Title 10, Part 20.106(e).

(5) Discharge to Sanitary Sewage Systems.

(a) Effluents may be discharged to public sanitary sewage systems provided:

Vertical line denotes change.

1 The quantity of radioactivity released in any one month, if diluted by the average monthly quantity of water released by the installation, will not result in an average concentration exceeding the concentration guide in Attachment 1, Table I, Column 2.

2 The radiation protection standards in paragraph (1), above, are not exceeded.

(b) Concentrations or quantities of radioactive materials greater than those specified in paragraphs 4(b) and (5)(a)1 and 2, above, may be released to chemical or sanitary sewage systems owned by the Federal Government provided the standards in paragraph 4b(1) above are not exceeded in uncontrolled areas.

c. Nuclear Accident Dosimetry. These requirements are applicable to Department of Energy contractor installations possessing sufficient quantities and kinds of fissile material to potentially constitute a critical mass and where a nuclear accident is possible and may result in the excessive exposure of personnel to radiation.

(1) Basic Elements.

(a) A method for initial "screening" of personnel involved in nuclea accidents.

(b) A system of fixed units (primary unit) capable of yielding first collision radiation dose and the approximate neutron spectrum at the locations.

(c) Personnel dosimeters capable of furnishing data sufficient to normalize data derived from the fixed system.

(d) Methods for analysis of biological materials (including sodium 2 activity, and phosphorous 32 activity in hair).

(2) Nuclear Accident Dosimeter Units.

(a) The fixed unit should be capable of determining first collision fission neutron dose at its location within 25 percent.

(b) The gamma ray components for all units should permit measuring fission gamma radiation in the presence of neutrons at the location of the unit within approximately 20 percent.

(c) The exposure range of the gamma components should extend from 10 Roentgen to about $10^4$ Roentgen.

(d) The unit should measure the approximate neutron spectrum to permit converting rad to rem dose.

(e) A system for counting to provide the dose data within the time necessary to achieve accuracy required by the above criteria (paragraphs 4c(2)(a) and (b)) should be available.

(f) The units should be assembled in such a manner as to permit easy recovery.

(g) Units using foils containing radioactive material shall be placed in fire-resistant containers.

(h) Units should be shock resistant and they should also be protected against contamination to avoid false measurements.

(3) Number and Placement of Dosimeter Units. The number of units needed and the placement of units will depend on the nature of the operation, structural design of the facility, and accessibility of areas to personnel. The following placement criteria are acceptable.

(a) The number and distribution of units should be chosen such that each unit will be sufficiently near a work location as to permit increased accuracy in the extrapolation of dose to personnel.

(b) The fixed units should be placed such that there is as little extraneous intervening shielding and obstruction as possible between the units and the potential accident area.

(c) If there are unusual shielding situations affecting work areas near a potential accident location, additional fixed units should be provided. Care should be exercised to assure that these units are distributed in close proximity to actual work locations.

(d) Personnel dosimeters should be worn and should be capable of providing spectrum and flux information to aid in extrapolating dose from fixed units to location of personnel.

(e) Ease of recovery after a nuclear accident should be considered in placement of the fixed units. Careful consideration should be given to the need for remote retrieval mechanisms.

(f) Consideration should be given to the type and number of units procured in order to achieve economic and efficient use of the unit.

d. Quality Factors to be Applied in Determining Rem Exposure. The exposure standards specified in this chapter are expressed in terms of rem, which implies that the absorbed dose (expressed in rads) should be multiplied by an appropriate weight factor (quality factor). The quality factors to be used for determining neutron exposures from known energies are provided in Figures XI-3 and XI-4.

e. Guidance for Emergency Exposure During Rescue and Recovery Activities.

(1) Purpose. The emergency action guidance promulgated in this part provides instructions and background information for use in determining appropriate actions concerning the rescue and recovery of persons and the protection of health and property during periods of emergency.

(2) General Considerations.

(a) The problem of controlling exposure to radiation during rescue and recovery actions is extremely complex. Performing rescue and recovery operations requires the exercise of prompt judgment to take into account multiple hazards and alternate methods of accomplishment. Sound judgment and flexibility of action are crucial to the success of any type of emergency actions. Although the guiding principle is to minimize the risk of injury to those persons involved in the rescue and recovery activities, the control of radiation exposures should be consistent with the immediate objective of saving human life, the recovery of a deceased victim, and the protecting of health and saving of property.

(b) To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, these instructions do not establish a rigid upper limit of exposure but rather leave judgment up to persons in charge of emergency operations to determine the amount of exposure that should be permitted to perform the emergency mission.

(c) The official in charge must carefully examine any proposed action involving further radiation exposure by weighing the risks of radiation insults, actual or potential, against the benefits to be gained. Exposure probability, biological consequences related to dose, and the number of people involved are the essential elements to be evaluated in making a risk determination

| Neutron Energy | $\overline{QF}$ | Neutron Flux Density |
|---|---|---|
| MeV | | $cm^{-2}\ s^{-1}$ |
| $2.5 \times 10^{-8}$ (thermal) | 2 | 680 |
| $1 \times 10^{-7}$ | 2 | 680 |
| $1 \times 10^{-6}$ | 2 | 560 |
| $1 \times 10^{-5}$ | 2 | 560 |
| $1 \times 10^{-4}$ | 2 | 580 |
| $1 \times 10^{-3}$ | 2 | 680 |
| $1 \times 10^{-2}$ | 2.5 | 700 |
| $1 \times 10^{-1}$ | 7.5 | 115 |
| $5 \times 10^{-1}$ | 11 | 27 |
| 1 | 11 | 19 |
| 2.5 | 9 | 20 |
| 5 | 8 | 16 |
| 7 | 7 | 17 |
| 10 | 6.5 | 17 |
| 14 | 7.5 | 12 |
| 20 | 8 | 11 |
| 40 | 7 | 10 |
| 60 | 5.5 | 11 |
| $1 \times 10^{2}$ | 4 | 14 |
| $2 \times 10^{2}$ | 3.5 | 13 |
| $3 \times 10^{2}$ | 3.5 | 11 |
| $4 \times 10^{2}$ | 3.5 | 10 |

FIGURE XI-3

Mean quality factors, $\overline{QF}$*, and values of neutron flux density which in a period of 40 hours results in a maximum dose equivalent of 100 mrem.

*Maximum value of QF in a 30-cm phantom.

| Radiation Type | Rounded QF |
|---|---|
| X rays, gamma rays, electrons or positrons, Energy >0.03 MeV | 1 |
| Electrons or positrons, Energy <0.03 MeV | 1 |
| Neutrons, Energy <10keV | 3 |
| Neutrons, Energy >10keV | 10 |
| Protons | 1-10* |
| Alpha particles | 1-20 |
| Fission fragments, recoil nuclei | 20 |

*Use the higher value for round-off or calculate by the methods of ICRP Publication 4.

FIGURE XI-4
PRACTICAL QUALITY FACTORS

(d) These instructions recognize that accident situations involving the saving of lives will require separate criteria from those of actions required to recover deceased victims or to save property. In the latter instances, the amount of exposure expected to be received by persons should be controlled as much as possible within occupational limits.

(3) Emergency Situations. Specific dose criteria and judgment factors are set forth for the three categories of risk-benefit considerations, i.e., actions involving the saving of human life, the recovery of deceased victims, and the protection of health and property.

(a) Saving of Human Life.

1 Attempts to rescue victims of a nuclear incident should be regarded in the same context as any other emergency action involving the rescue of victims, regardless of the type of hazard involved.

2 If it is determined that an individual may be alive within the affected area, the course of action to be pursued should be determined by the person onsite having the emergency action responsibility.

3 Exposure projections shall be determined by the person onsite having the emergency action responsibility. Exposure guidance should be based on an immediate evaluation of the situation. The decision making process should consider:

a Evaluation of the inherent risks:

i The reliability of the prediction of radiation injury cannot be greater than the reliability of the estimation dose. Therefore, consideration should be given to limits of error associated with the specific instruments and techniques used to estimate the dose rate. This is especially crucial when the estimated dose approximates 100 rems or more.

ii The exposure expected in performing the action shall be weighed in terms of the effects of acute whole-body exposure and entry of radioactive material into the body.

iii Current assessment of the degree and nature of the hazard, and the capability of reducing inherent risk

from that hazard through appropriate mechanism such as the use of protective equipment, remote manipulation equipment, or similar means.

4 In the course of making a decision to perform the action, the risk to rescue personnel should be weighed against the probability of success of the rescue action.

5 Any rescue action that may involve substantial personal risk should be performed by volunteers, and each emergency worker shall be advised of the known or estimated extent of such risk prior to participation.

(b) Recovery of Deceased Victims.

1 Accident situations involving recovery of deceased victims require criteria separate from those for saving lives. Since the element of time is no longer a critical factor, the recovery of deceased victims should be well planned. The amount of radiation exposure received by persons in recovery operations shall be controlled within existing occupational exposure guides.

2 In those situations where victims are located in areas inaccessible because of high direct radiation fields, and where the recovery mission would result in exposure in excess of occupational exposure standards, special remote recovery devices should be used to retrieve the bodies.

3 In special circumstances where it is impossible to recover bodies without the entry of emergency workers into the area, the occupation exposure standards contained in this chapter may be exceeded. However, the planned exposures of an individual participating in the recovery should not exceed 12 rem total for the year or 5 (N-18), whichever is the more limiting.

(c) Protection of Health and Property. Where the risk of the radiation hazard either bears significantly on the state of health of people or may result in loss of property, and immediate remedial action is required, the following criteria apply:

1 When the person in charge of emergency action onsite deems it essential to reduce a hazard potential to acceptable levels or to prevent a substantial loss of property, a planned exposure up to, but not to exceed, 12 rem for the year may be received by the individuals participating in the operation. The person in charge of emergency action under special circumstances could waive these limits and permit volunteers to receive an exposure up to, but not to exceed, 25 rem.

2 Where the potential risk of radiation hazard is such that life would be in jeopardy, or that there would be severe effects on health of the public or loss of property inimical to the public safety, the criteria for saving human life shall apply.

f. Guidance on Maintaining Exposures to As Low As Reasonably Achievable.

(1) Introduction. Exposures to radiation shall be maintained as low as reasonably achievable and within the guidelines provided in paragraphs 4a and b. Assurance that worker and public exposures do not exceed the exposure guidelines (e.g., 3 rem per quarter, 5 rem per year for radiation workers) is, in itself, insufficient in that Department policy is that operations shall be conducted in a manner to assure that radiation exposure to individuals and population groups is limited to the lowest levels reasonably achievable. The guidelines contained herein suggest several factors to consider in each operation to assure compliance with Department policy. They are by no means exhaustive. The DOE publication, "A Guide to Reducing Radiation Exposures to As Low As Reasonably Achievable (ALARA)," DOE/EV/1830-T5, represents a more complete guidance on useful practices and potential areas of concern in satisfying this policy. To the extent feasible, the considerations outlined in this document shall be implemented to insure a comprehensive approach toward assuring that radiation exposure is maintained as low as reasonably achievable. Basic to following these guidelines is the premise that exposures can be maintained as low as reasonably achievable through considerations in the design or modification to a facility and equipment, reducing the errors in radiation exposure assessments through the application of state-of-the-art instrumentation maintenance and calibration, and by the institution of appropriate procedures and training.

(2) Considerations Toward Maintaining Radiation Exposures As Low As Reasonably Achievable. When applying the following guidelines, changes in processes or modifications to existing facilities should be considered on the merits of the specific case.

Vertical line denotes change.

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of attachment)

| Element (atomic number) | Isotope,* | | soluble (S); insoluble (I) | Table I Controlled Area Column 1 Air (uCi/ml) | Table I Controlled Area Column 2 Water (uCi/ml) | Table II Uncontrolled Area† Column 1 Air (uCi/ml) | Table II Uncontrolled Area† Column 2 Water (uCi/ml) |
|---|---|---|---|---|---|---|---|
| Actinium (89) | Ac | 227 | S | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $9 \times 10^{-3}$ | $9 \times 10^{-13}$ | $3 \times 10^{-4}$ |
| | Ac | 228 | S | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $3 \times 10^{-3}$ | $6 \times 10^{-10}$ | $9 \times 10^{-5}$ |
| Americium (95) | Am | 241 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 242m | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-10}$ | $3 \times 10^{-3}$ | $9 \times 10^{-12}$ | $9 \times 10^{-5}$ |
| | Am | 242 | S | $4 \times 10^{-8}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Am | 243 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 244 | S | $4 \times 10^{-6}$ | $1 \times 10^{-1}$ | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| | | | I | $2 \times 10^{-5}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| Antimony (51) | Sb | 122 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sb | 124 | S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $7 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Sb | 125 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $9 \times 10^{-10}$ | $1 \times 10^{-4}$ |
| Argon (18) | A | 37 | Sub | $3 \times 10^{-3}$ | | $1 \times 10^{-4}$ | |
| | A | 41 | Sub | $2 \times 10^{-6}$ | | $4 \times 10^{-3}$ | |
| Arsenic (33) | As | 73 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-7}$ | $1 \times 10^{-2}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | As | 74 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | As | 76 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | As | 77 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Astatine (85) | At | 211 | S | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Barium (56) | Ba | 131 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ba | 140 | S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |

*"Sub" means that values given are for submersion in a semispherical infinite cloud of airborne material.

†These values apply to individuals in uncontrolled areas. One-third of these values will be used for a suitable sample of the population.

NOTE: $\mu Ci/ml \times 10^{12} = pCi/m^3$; $\mu Ci/ml \times 10^{3} = Ci/l$.

CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Platinum (78) Cont'd. | Pt | 197m | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Pt | 197 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Plutonium (94) | Pu | 238 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $7 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 239 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 240 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 241 | S | $9 \times 10^{-11}$ | $7 \times 10^{-3}$ | $3 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-8}$ | $4 \times 10^{-2}$ | $1 \times 10^{-9}$ | $1 \times 10^{-3}$ |
| | Pu | 242 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $9 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 243 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pu | 244 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| Polonium (84) | Po | 210 | S | $5 \times 10^{-10}$ | $2 \times 10^{-5}$ | $2 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $8 \times 10^{-4}$ | $7 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Potassium (19) | K | 42 | S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Praseodymium (59) | Pr | 142 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Pr | 143 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Promethium (61) | Pm | 147 | S | $6 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Pm | 149 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Protactinium (91) | Pa | 230 | S | $2 \times 10^{-9}$ | $7 \times 10^{-3}$ | $6 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | | | I | $8 \times 10^{-10}$ | $7 \times 10^{-3}$ | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | Pa | 231 | S | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ | $4 \times 10^{-14}$ | $9 \times 10^{-7}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Pa | 233 | S | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $6 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Radium (88) | Ra | 223 | S | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ | $6 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $1 \times 10^{-4}$ | $8 \times 10^{-12}$ | $4 \times 10^{-6}$ |
| | Ra | 224 | S | $5 \times 10^{-9}$ | $7 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I | $7 \times 10^{-10}$ | $2 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | Ra | 226 | S | $3 \times 10^{-11}$ | $4 \times 10^{-7}$ | $3 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | | I | $5 \times 10^{-11}$ | $9 \times 10^{-4}$ | $2 \times 10^{-12}$ | $3 \times 10^{-5}$ |