# Exhibit 17

**U.S. Department of Energy**
Washington, D.C.

**ORDER**

DOE 5480.1A

8-13-81

SUBJECT: ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION PROGRAM FOR DOE OPERATIONS

1. PURPOSE. This Order establishes the Environmental Protection, Safety, and Health Protection Program for Department of Energy (DOE) operations.

2. CANCELLATION. DOE 5480.1, ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION PROGRAM FOR DOE OPERATIONS, of 5-5-80. Its chapters are not cancelled; see Table of Contents.

3. SCOPE. The policy and requirements outlined in this Order apply to all DOE operations including all DOE contractor operations where, under the contractual arrangements for the work to be performed, DOE has authority to establish and enforce environmental protection, safety, and health protection program requirements. The extent to which requirements apply is specified in the various supplementary chapters of this Order.

4. REFERENCES.

    a. DOE Procurement Regulations (DOE PRs), Part 9-50, which provide the clauses to be used in contracts where DOE elects to enforce environmental protection, safety, and health protection requirements.

    b. E.O. 12196, "Occupational Safety and Health Programs for Federal Employees," which establishes the requirement for Federal agencies to provide occupational safety and health programs for their employees.

    c. 29 CFR 1960, SAFETY AND HEALTH PROVISIONS FOR FEDERAL EMPLOYEES, which provides the regulations and guidelines for the implementation of E.O. 12196.

    d. DOE 5482.1A, ENVIRONMENTAL, SAFETY, AND HEALTH APPRAISAL PROGRAM, which presents the Department's policy and requirements for appraisal of environmental protection, safety, and health protection programs.

    e. DOE 5481.1A, SAFETY ANALYSIS AND REVIEW SYSTEM, which establishes uniform requirements for the preparation and review of safety analyses.

    f. DOE 5700.6A, QUALITY ASSURANCE, which sets forth principles and assigns responsibilities for establishing, implementing, and maintaining programs of plans and actions to assure quality achievement in DOE programs.

DISTRIBUTION:
All Departmental Elements
Federal Energy Regulatory Commission (info)

INITIATED BY:
Assistant Secretary, Environmental Protection, Safety, and Emergency Preparedness

DOE 5480.1 Chg 6  
8-13-81

XI-1

CHAPTER XI

REQUIREMENTS FOR RADIATION PROTECTION

1. PURPOSE. This chapter establishes radiation protection standards and requirements for Department of Energy and Department of Energy contractor operations based upon the recommendations of the Environmental Protection Agency and the National Council on Radiation Protection and Measurement.

2. DEFINITIONS.

    a. Controlled Area. Any area to which access is controlled in order to protect individuals from exposure to radiation and radioactive materials.

    b. Dose Commitment. The dose equivalent (rem) received by specific organs during a period of one calendar year, that was the result of uptakes of radionuclides by a person occupationally exposed.

    c. First Collision Dose. A measure of radiation dose at a certain point, based on the incident energy transferred to secondary charged particles, per gram of absorbing materials, by primary particles that suffer only one collision in the medium.

    d. Neutron Spectrum. A description of a neutron radiation field in terms of the number of neutrons per unit energy interval.

    e. Primary Unit. A nuclear accident dosimetry unit placed in a position near a potential accident site.

    f. Screening. A method for rapidly selecting those individuals involved in a nuclear accident and subjected to acutely serious radiation exposure.

3. RESPONSIBILITIES AND AUTHORITIES.

    a. Heads of Field Organizations shall:

        (1) Review and approve emergency plans for rescue and recovery operations.

        (2) Act, where immediate decisions and actions are required, on requests for exemptions from the requirements of this chapter and immediately report and justify such action to the Deputy Assistant Secretary for Environmental Safety and Health (EP-30). Contractors may be authorized to take all appropriate measures in emergency situations. See page XI-9, paragraph 4e.

        (3) Assure that Department employees, Department contractor personnel, and the general public are protected against unnecessary radiation exposure and comply with the provisions of this chapter.

Vertical line denotes change.

XI-2

DOE 5480.1 Chg 6
8-13-81

    b. The Deputy Assistant Secretary for Naval Reactors shall assume the same responsibilities as Heads of Field Organizations for Naval Reactors activities.

4. REQUIREMENTS.

    a. Occupationally Related Exposure of Individuals in Controlled Areas. Radiation exposures shall be limited to levels reasonably achievable within the standards prescribed below.

        (1) Radiation Protection Standards for External and Internal Exposures. (See Figure XI-1.)

        (2) Procedural Requirements.

            (a) Restrictions.

                1 An individual under age 18 shall neither be employed in, nor allowed to enter, controlled areas in such a manner that he or she will receive doses of radiation in amounts exceeding one-tenth the standards in paragraph 4a(1) above.

                2 Dose to students under age 18 exposed to radiation during educational activities shall not exceed 0.1 rem/year. This exposure shall be considered a part of the 0.5 rem/year limit for workers under age 18 and not supplemental to it.

            (b) Combining Internal and External Dose. Current year whole body internal dose commitment from radionuclides for which the whole body is the critical organ must be combined with the external whole body dose. Where both the external penetrating dose and internal dose to critical organ are known, they shall be combined for that organ.

            (c) Emergency or Accidental Exposure. Radiation doses received in emergency or accidental situations will be chargeable to the radiation exposure records of the exposed individuals. However, the decision as to whether an individual exposed to radiation in excess of the standards in subparagraph a(1) above will continue to work in a radiation area will be made on a case-by-case basis by operating contractor management in accordance with the advice of the contractor's health physics and occupational medical departments and subject to the approval of the Head of Field Organization. The operating contractor shall assure the head of the responsible field office that the unsafe conditions under which the emergency or accidental exposures were received

Vertical line denotes change.

DOE 5480.1 Chg 6　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　XI-3
8-13-81

| Type of Exposure | Exposure Period | Dose Equivalent (Dose or Dose Commitment[1]/ rem) |
|---|---|---|
| Whole body, head and trunk, gonads, lens of the eye[2], red bone marrow, active blood-forming organs. | Year<br>Calendar Quarter | 5[3]<br>3 |
| Unlimited areas of the skin (except hands and forearms). Other organs, tissues, and organ systems (except bone). | Year<br>Calendar Quarter | 15<br>5 |
| Bone. | Year<br>Calendar Quarter | 30<br>10 |
| Forearms[4] | Year<br>Calendar Quarter | 30<br>10 |
| Hands[4] and feet. | Year<br>Calendar Quarter | 75<br>25 |

[1]/ To meet the above dose commitment standards, operations must be conducted in such a manner that it would be unlikely that an individual would assimilate in a critical organ, by inhalation, ingestion, or absorption, a quantity of radionuclide or mixture of radionuclides that would commit the individual to an organ dose that exceeds the limits specified in the above table.

[2]/ A beta exposure below a maximum energy of 700 KeV will not penetrate the lens of the eye; therefore, the applicable limit for these energies would be that for the skin (15 rem/year).

[3]/ In special cases, with the approval of EP-30, a worker may exceed 5 rem/year, provided his or her average exposure per year since age 18 will not exceed 5 rem per year. This does not apply to emergency situations.

[4]/ All reasonable effort shall be made to keep exposures of forearms and hands to the general limit for the skin.

FIGURE XI-1
RADIATION PROTECTION STANDARDS FOR
OCCUPATIONALLY RELATED EXTERNAL AND INTERNAL EXPOSURES

Vertical line denotes change.

have been eliminated. The decision to resume operations following an emergency or accidental radiation exposure shall be subject to the approval of the head of the responsible field office.

(d) Monitoring Requirements. Monitoring is required where the potential exists for the individual to receive a dose or dose commitment in any calendar quarter in excess of 10 percent of the quarterly standards stated in paragraphs 4a(1) and 4a(2)(a)2 above. Monitoring requirements as specified for the following conditions shall include:

1 External Radiation. Personnel monitoring equipment for each individual.

2 Internal Radiation. Periodic (monthly, quarterly, annually, etc.) bioassay analysis or in vivo counting or evaluation of air concentration to which the individual is exposed, or a combination of all methods.

(e) Methods of Estimating Dose Commitment. Methods of estimating dose commitment to the organ of interest should be suitable to the existing conditions and consistent with assumptions and recommendations of the Environmental Protection Agency, the National Council on Radiation Protection and Masurement, and the International Commission on Radiological Protection.

(3) Concentration Guides.

(a) Air. Concentration Guides in Attachment 1, Table I, Column 1, were derived for the most part from the yearly standards in paragraph 4a(1) above (assume a 40 hour workweek). They should be used in evaluating the adequacy of health protection measures against airborne radioactivity in occupied areas.

(b) Water. The Concentration Guides in Attachment 1, Table I, Column 2, are applicable to the discharge of liquid effluents to sanitary sewage systems (see paragraph 4b(5) on page XI-6). Drinking water concentrations in controlled areas shall be maintained within the concentration guides specified in Table II, Column 2.

b. Exposure of Individuals and Population Groups in Uncontrolled Areas. Exposures to members of the public shall be as low as reasonably achievable levels within the standards prescribed below.

Vertical line denotes change.

Case No. 1:90-cv-00181-JLK   Document 2375-2   filed 09/10/15   USDC Colorado   pg 7 of 11

DOE 5480.1 Chg 2  
4-29-81

XI-5

| Type of Exposure | Annual Dose Equivalent or Dose Commitment (rem)[1] | |
|---|---|---|
| | Based on dose to individuals at points of maximum probable exposure (rem) | Based on average dose to a suitable sample of the exposed population[2] (rem) |
| Whole body, gonads, or bone marrow | 0.5 | 0.17 |
| Other organs | 1.5 | 0.5 |

---

[1]/ In keeping with Department of Energy policy on lowest practicable exposures, exposures to the public shall be limited to as small a fraction of the respective annual dose limits as is reasonably achievable.

[2]/ See Paragraph 5.4, Federal Radiation Council Report No. 1, for discussion on concept of suitable sample of exposed population.

FIGURE XI-2  
RADIATION PROTECTION STANDARDS FOR EXTERNAL AND  
INTERNAL EXPOSURE OF MEMBERS OF THE PUBLIC

Case No. 1:90-cv-00181-JLK   Document 2375-2   filed 09/10/15   USDC Colorado   pg 8 of 11

(1) Radiation Protection Standards for External and Internal Exposure. (See Figure XI-2.)

(2) Monitoring Requirements. To assure that doses to the public are maintained as low as reasonably achievable consistent with dose standards set forth in paragraph 4b(1) above, effluents to the environment, and other parameters shall be monitored and documented in accordance with DOE 5484.1.

(3) Concentration Guides.

(a) Concentration Guides in Attachment XI-1, Table II, were derived for the most part from the dose standards for individuals in paragraph 4b(1) above (assume 168 hours of exposure per week). These guides shall be reduced by a factor of three when applied to a suitable sample of the population. Where transient exposures can be calculated, the concentration guides other than those in Attachment XI-1, Table II, may be used to evaluate compliance with the dose commitment standard.

(b) There may be situations where it is not feasible or desirable to evaluate the exposure of individuals and samples of exposed populations to effluents to assure compliance with standards in paragraph 4b(1) above. In those cases, effluent releases to uncontrolled areas shall be such that average concentrations of radioactivity at the point of release are within the concentration guides and are as low as reasonably achievable. The point of release shall be considered to be the point at which the effluents pass beyond the site boundary. Radioactivity concentrations may be averaged over periods up to 1 year.

(4) Further Limitations on Effluent Discharges. In any situation in which the effluents discharged by one or more activities of the Department, Department contractors, or others cause exposure to approach the standards specified in subparagraph b(1) above, appropriate effluent discharge limits may be set for these operations. In such cases, the manager of the field organization may take the necessary corrective action if all activities concerned are within his or her area of responsibility. Otherwise, each case will be referred to EP-30 for appropriate action including, where appropriate, coordination with actions taken by the Nuclear Regulatory Commission under the Code of Federal Regulations, Title 10, Part 20.106(e).

(5) Discharge to Sanitary Sewage Systems.

(a) Effluents may be discharged to public sanitary sewage systems provided:

Vertical line denotes change.

DOE 5480.1 Chg 6  
8-13-81

XI-13

       <u>1</u>  When the person in charge of emergency action onsite deems it essential to reduce a hazard potential to acceptable levels or to prevent a substantial loss of property, a planned exposure up to, but not to exceed, 12 rem for the year may be received by the individuals participating in the operation. The person in charge of emergency action under special circumstances could waive these limits and permit volunteers to receive an exposure up to, but not to exceed, 25 rem.

       <u>2</u>  Where the potential risk of radiation hazard is such that life would be in jeopardy, or that there would be severe effects on health of the public or loss of property inimical to the public safety, the criteria for saving human life shall apply.

  f.  <u>Guidance on Maintaining Exposures to As Low As Reasonably Achievable</u>.

     (1)  <u>Introduction</u>. Exposures to radiation shall be maintained as low as reasonably achievable and within the guidelines provided in paragraphs 4a and b. Assurance that worker and public exposures do not exceed the exposure guidelines (e.g., 3 rem per quarter, 5 rem per year for radiation workers) is, in itself, insufficient in that Department policy is that operations shall be conducted in a manner to assure that radiation exposure to individuals and population groups is limited to the lowest levels reasonably achievable. The guidelines contained herein suggest several factors to consider in each operation to assure compliance with Department policy. They are by no means exhaustive. The DOE publication, "A Guide to Reducing Radiation Exposures to As Low As Reasonably Achievable (ALARA)," DOE/EV/1830-T5, represents a more complete guidance on useful practices and potential areas of concern in satisfying this policy. To the extent feasible, the considerations outlined in this document shall be implemented to insure a comprehensive approach toward assuring that radiation exposure is maintained as low as reasonably achievable. Basic to following these guidelines is the premise that exposures can be maintained as low as reasonably achievable through considerations in the design or modification to a facility and equipment, reducing the errors in radiation exposure assessments through the application of state-of-the-art instrumentation maintenance and calibration, and by the institution of appropriate procedures and training.

     (2)  <u>Considerations Toward Maintaining Radiation Exposures As Low As Reasonably Achievable</u>. When applying the following guidelines, changes in processes or modifications to existing facilities should be considered on the merits of the specific case.

Vertical line denotes change.

DOE 5480.1 Chg 2  
4-29-81

Attachment XI-1  
Page 1

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of attachment)

| Element (atomic number) | Isotope,[*] soluble (S); insoluble (I) | | | Table I Controlled Area | | Table II Uncontrolled Area[†] | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air ($\mu Ci/ml$) | Column 2 Water ($\mu Ci/ml$) | Column 1 Air ($\mu Ci/ml$) | Column 2 Water ($\mu Ci/ml$) |
| Actinium (89) | Ac | 227 | S | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $9 \times 10^{-3}$ | $9 \times 10^{-13}$ | $3 \times 10^{-4}$ |
| | Ac | 228 | S | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $3 \times 10^{-3}$ | $6 \times 10^{-10}$ | $9 \times 10^{-5}$ |
| Americium (95) | Am | 241 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 242m | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-10}$ | $3 \times 10^{-3}$ | $9 \times 10^{-12}$ | $9 \times 10^{-5}$ |
| | Am | 242 | S | $4 \times 10^{-8}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Am | 243 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 244 | S | $4 \times 10^{-6}$ | $1 \times 10^{-1}$ | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| | | | I | $2 \times 10^{-5}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| Antimony (51) | Sb | 122 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sb | 124 | S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $7 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Sb | 125 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $9 \times 10^{-10}$ | $1 \times 10^{-4}$ |
| Argon (18) | A | 37 | Sub | $3 \times 10^{-3}$ | | $1 \times 10^{-4}$ | |
| | A | 41 | Sub | $2 \times 10^{-6}$ | | $4 \times 10^{-8}$ | |
| Arsenic (33) | As | 73 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-7}$ | $1 \times 10^{-2}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | As | 74 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | As | 76 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | As | 77 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Astatine (85) | At | 211 | S | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Barium (56) | Ba | 131 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ba | 140 | S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |

[*] "Sub" means that values given are for submersion in a semispherical infinite cloud of airborne material.

[†] These values apply to individuals in uncontrolled areas. One-third of these values will be used for a suitable sample of the population.

NOTE: $\mu Ci/ml \times 10^{12} = pCi/m^3$; $\mu Ci/ml \times 10^3 = Ci/l$.

Attachment XI-1  
Page 8

DOE 5480.1 Chg 2  
4-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope | | soluble (S); insoluble (I) | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Platinum (78) Cont'd. | Pt | 197m | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Pt | 197 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Plutonium (94) | Pu | 238 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $7 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 239 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 240 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 241 | S | $9 \times 10^{-11}$ | $7 \times 10^{-3}$ | $3 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-8}$ | $4 \times 10^{-2}$ | $1 \times 10^{-9}$ | $1 \times 10^{-3}$ |
| | Pu | 242 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $9 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 243 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pu | 244 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| Polonium (84) | Po | 210 | S | $5 \times 10^{-10}$ | $2 \times 10^{-5}$ | $2 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $8 \times 10^{-4}$ | $7 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Potassium (19) | K | 42 | S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Praseodymium (59) | Pr | 142 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Pr | 143 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Promethium (61) | Pm | 147 | S | $6 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Pm | 149 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Protactinium (91) | Pa | 230 | S | $2 \times 10^{-9}$ | $7 \times 10^{-3}$ | $6 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | | | I | $8 \times 10^{-10}$ | $7 \times 10^{-3}$ | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | Pa | 231 | S | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ | $4 \times 10^{-14}$ | $9 \times 10^{-7}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Pa | 233 | S | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $6 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Radium (88) | Ra | 223 | S | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ | $6 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $1 \times 10^{-4}$ | $8 \times 10^{-12}$ | $4 \times 10^{-8}$ |
| | Ra | 224 | S | $5 \times 10^{-9}$ | $7 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I | $7 \times 10^{-10}$ | $2 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | Ra | 226 | S | $3 \times 10^{-11}$ | $4 \times 10^{-7}$ | $3 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | | I | $5 \times 10^{-11}$ | $9 \times 10^{-4}$ | $2 \times 10^{-12}$ | $3 \times 10^{-5}$ |