# Exhibit 18

ATTACHMENT 12

DOE Memorandum - W. A. Vaughn to Distribution

August 5, 1985

*Does not include attachments 2 and 3*

United States Government          Department of Energy

# memorandum

**DATE:** AUG 5 1985

**REPLY TO ATTN OF:** EH-24

**SUBJECT:** Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities

**TO:** See Attached List

It is DOE policy to follow the guidance of the National Council on Radiation Protection and Measurements (NCRP) to the fullest extent practicable with respect to radiation protection standards. A comprehensive revision of previous NCRP recommendations on a basic radiation protection system is still under development. However, current NCRP guidance is available regarding protection of the public in its September 18, 1984, advice to the Environmental Protection Agency published under the title "Control of Air Emissions of Radionuclides" (Attachment 1). In this document the NCRP endorses the recommendation of the International Commission on Radiological Protection (ICRP) to limit the continuous exposure of any member of the public from other than medical sources and natural background to 100 mrem per year whole body dose-equivalent. The previously recommended limit of 500 mrem per year is retained for non-continuous exposures. This recommendation is now adopted as an interim standard for DOE environmental activities for all exposure pathways (see Attachment 2).

The NCRP, unlike the ICRP, has not as yet finalized its recommendations for limiting risk from radiation exposures on a basis of equivalent total body exposure, as opposed to previous recommendations aimed at controlling exposure to a critical organ. Pending such guidance from the NCRP, it is deemed appropriate at this time to implement this newer concept, as embodied in ICRP Publications No. 26 et seq., for DOE environmental programs.

By memorandum dated September 17, 1984, R. E. Tiller distributed a proposed amendment to DOE Order 5480.1A for informal review by HQ and Field Offices. The amendment incorporated the radiation standards now being adopted. Headquarters and field comments generally supported the proposed standards, but did not support proposed procedures for implementing ALARA (As Low as Reasonably Achievable). Attachment 2 to this memorandum is now effective. It adopts the radiation standards proposed in the September 17

memorandum, the air emission standards of 40 CFR 61, Subpart H, and establishes a review threshold and reporting requirements to provide assurance that the limits will be met. Revision of associated procedural requirements in DOE Order 5480.1A, including ALARA implementing procedures, will be accomplished later.

In concert with this action, EH is preparing to publish tables of intake to dose conversion factors based on ICRP Publication 30 models and parameters to be used by DOE environmental programs in calculating dose to members of the public in CY 1985 and future years. A copy of the final draft of these tables is attached for your information and use (Attachment 3). The dose conversion factors are to be used unless computerized dose models already incorporate the ICRP Publication 30 models and parameters or, in the case of air pathways, the facility uses EPA's AIRDOS/RADRISK models or other EPA approved model. In view of the possibility of conflicting parameter selections, particularly the use of 70 years rather than 50 years as the period for calculating committed doses, the use of such alternative site-specific models should be brought to the attention of the Office of Operational Safety for approval.

Based on comments in response to the September 17, 1984, memorandum and our extensive coordination with program offices at Headquarters, we believe that all substantive problems relating to these standards have been resolved. Any questions concerning this matter should be directed to Carl G. Welty, Office of Operational Safety (FTS 233-5642).

William A. Vaughan
Assistant Secretary
Environment, Safety, and Health

3 Attachments

cc: W. W. Hoover, DP-1
    A. W. Trivelpiece, ER-1
    J. W. Vaughan, Jr., NE-1
    EH Office Directors

# NCRP
### NATIONAL COUNCIL ON RADIATION PROTECTION AND MEASUREMENTS

# CONTROL OF AIR EMISSIONS OF RADIONUCLIDES

The National Council on Radiation Protection and Measurements (NCRP) has considered the problems raised by the Congressional requirement that the Environmental Protection Agency (EPA) develop standards for radionuclides as part of the National Emission Standards for Hazardous Air Pollutants. The EPA has proposed rules under 40 CFR Part 61 and the NCRP President, with the advice of an ad hoc group of Council members, has commented on these proposals by correspondence and during EPA and Congressional Hearings. The Council considers it desirable at this time to present positive recommendations based on published Council Reports and current work in progress.

The NCRP Scientific Committee 1 on Basic Radiation Protection Criteria has drafted a report defining the relevant recommendations of the Council. While this draft is still unpublished, some of the pertinent numerical values are included in NCRP Report No. 77, *Exposures from the Uranium Series with Emphasis on Radon and its Daughters*.

These are detailed here.

1. The limit of 500 mrem whole body dose equivalent in a year, not including medical and natural background radiation, is still recommended for individuals in the population when the exposure is not continuous. As a corollary, the NCRP advises remedial action, where possible, when the external whole body dose equivalent exceeds 500 mrem/year from all environmental sources, including natural background.

2. The recommended limit for continuous exposure of an individual in the population to external radiation is 100 mrem/year whole body dose equivalent, not including exposure from natural background and medical procedures. A dose equivalent rate of 100 mrem/year is considered to be associated with a lifetime risk of developing cancer of about one in a thousand.

3. These recommendations on limits are only part of a total system of dose limitation which must also include justification and considerations of ALARA (As Low As Reasonably Achievable).

While the NCRP has in the past specifically declined to introduce a sub-set of limits, it is sympathetic to the needs of regulatory bodies who must control individual sources of radiation exposure. In particular, it is necessary to consider the situation where a member of the public may be exposed to radiation from more than one of the controlled sources.

In looking at the possibility of multiple exposures, it seems that large installations which could cause exposures that are a significant fraction of the 100 mrem/year limit are unlikely to be geographically located in such a manner that the sum of the exposures from two sources would outweigh the exposures to individuals closer to either of the separate sources. At the other end of the scale, small installations that may be more closely spaced should produce only relatively small exposures, so that even the sum of their exposures would not approach the 100 mrem/year limit for continuous exposure.

The Council (NCRP) appreciates, however, that a regulatory agency charged with protection of the public may consider it necessary to regulate individual sources in order to assure that no individual receives a continuous radiation dose above the 100 mrem/year recommended limit. Thus, whenever the potential exists for an individual to exceed 25% of the limit, for whole-body dose equivalent from any single site, the site operator should be required to assure that the exposure of the maximally exposed individual from all sources would not exceed 100 mrem/year on a continuous basis.

This recommendation of the NCRP concerns whole-body irradiation but the Council has also considered the situation for the exposure of individual organs, such as lung or bone. Dose limits for individual organs will necessarily be higher than that for the whole body in the inverse ratio of the risk for a particular organ to the total risk for whole body exposure.