# Exhibit 19

OFFICIAL USE ONLY

Contract No. AT-(29-1)- 1106

This contract made this 18th day of January, 1951, by the United States of America (hereinafter called the "Government"), represented by the Atomic Energy Commission (hereinafter called the "Commission"), and The Dow Chemical Company, a corporation of the State of Delaware (hereinafter called the "Contractor") with its principal office and place of business at Midland, Michigan.

W I T N E S S E T H   T H A T:

WHEREAS, the Government desires to utilize the management, engineering, scientific research and development, and manufacturing skills of the Contractor in the operation of a facility (hereinafter called the "Project") at a site to be selected as hereinafter set forth for the fabrication of materials described in Appendix B and for related work; and

WHEREAS, the Contractor is willing to undertake such operation and related work in accordance with the provisions hereof; and

WHEREAS, the Government deems the performance of the work hereunder to be essential in the interest of the common defense and security; and

WHEREAS, this contract is authorized by and executed under the Atomic Energy Act of 1946;

NOW THEREFORE, the parties hereto mutually agree as follows:

ARTICLE I - SCOPE OF WORK

1. The Contractor, when, where, and as requested by the Commission, shall provide consulting, advisory, and other services related to site selection and to design, construction and operation

PLAINTIFFS' EXHIBIT P-1049 90-CV-181  D 003943

OFFICIAL USE ONLY

OFFICIAL USE ONLY

## ARTICLE XV - SUBCONTRACTS

The Contractor shall not subcontract any of the work he is obligated to perform under this contract except as authorized in writing by the Commission.

## ARTICLE XVI - COVENANT AGAINST CONTINGENT FEES

The Contractor warrants that it has not employed any person to solicit or secure this contract upon any agreement for a commission, percentage, brokerage, or contingent fee. Breach of this warranty shall give the Commission the right to annul the contract, or, in its discretion to deduct from the contract price or consideration the amount of such commission, percentage, brokerage, or contingent fees. This warranty shall not apply to commissions payable by contractors upon contracts or sales secured or made through bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business.

## ARTICLE XVII - OFFICIALS NOT TO BENEFIT

No member of or delegate to Congress or resident commissioner shall be admitted to any share or part of this contract or to any benefit that may arise therefrom, but this provision shall not be construed to extend to this contract if made with a corporation for its general benefit.

## ARTICLE XVIII - ACCIDENT PREVENTION

The Contractor shall take all steps and all precautions to protect health and to minimize danger from all hazards to life and property, and shall make all reports and permit all safety inspections of work being performed under this contract as are or may be provided for in safety regulations entitled "Atomic

D 003960

OFFICIAL USE ONLY

-19-

OFFICIAL USE ONLY

Energy Commission - Safety Regulations", as same may be hereafter revised, (on file in the office of the Commission), or as the Commission may direct persuant thereto.

## ARTICLE XIX - INSURANCE

1. The Contractor shall procure and thereafter maintain such bonds and insurance in such forms and in such amounts and for such periods of time as the Commission may require or approve in writing and shall require the insuror to give the Commission 30 days written notice of any change in or cancellation of insurance coverage.

2. Except as otherwise directed by the Commission where this contract requires the Government to pay or reimburse the premium on a bond or insurance policy, the bond or insurance policy shall contain an endorsement or other recital excluding by appropriate language any claim on the part of the insuror or obligor to be subrogated, on payment of a loss or otherwise, to any claim against the Government. Such bonds and insurance policies shall contain a provision requiring the Company issuing the bond or policy to give the Commission 30 days written notice prior to cancellation of the bond or policy.

3. The Contractor shall give the Commission immediate notice in writing of any suit or action filed against the Contractor arising out of the performance of this contract and of any claim against the Contractor the cost and expense of which are reimbursable under this contract, and the risk of which is then uninsured or in which the amount claimed exceeds the amount of insurance coverage. The Contractor shall furnish immediately to the Commission copies of all pleadings received by the Contractor. Insofar as the following shall not conflict with any policy or contract of insurance, and

D 003961