# Exhibit 20

UNITED STATES
ATOMIC ENERGY COMMISSION
P. O. BOX·5400
ALBUQUERQUE, NEW MEXICO

Modification No. 55
Supplemental Agreement to
Contract No. AT(29-1)-1106
Dated: June 19, 1957
Effective: July 1, 1957

This Supplemental Agreement, entered into this 19th day of

June, 1957, effective July 1, 1957, by and between the UNITED STATES

OF AMERICA (hereinafter called "the Government"), represented by

the ATOMIC ENERGY COMMISSION (hereinafter called "the Commission"),

and THE DOW CHEMICAL COMPANY (hereinafter called the "Contractor"),

a corporation organized and existing under the laws of the State of

Delaware,

### WITNESSETH THAT:

WHEREAS, on January 18, 1951, the parties hereto entered into

Contract No. AT(29-1)-1106 for the management and operation by

the Contractor of the Commission's Rocky Flats Plant (hereinafter

called "the Plant") and for related work; and

WHEREAS, the said contract has previously been amended by

Modifications Nos. 1 through 54; and

WHEREAS, the Commission desires to continue to utilize the

management, engineering, scientific and manufacturing skills of the

Contractor in the operation of the Plant on the terms and conditions

hereinafter set forth and the Contractor is willing to do so; and

Modification No. 55
Contract AT(29-1)-1106

WHEREAS, the parties hereto desire to amend the said contract in certain respects as hereinafter provided and to incorporate the entire agreement between the parties into this one document; and

WHEREAS, the Commission certifies that this Supplemental Agreement is authorized by and executed under the Atomic Energy Act of 1954 in the interest of the common defense and security.

NOW THEREFORE, the parties hereto agree that except as otherwise specifically provided, said Contract No. AT(29-1)-1106, as previously amended and supplemented, is hereby further amended and supplemented to read in its entirety as follows, effective as to work performed on and after July 1, 1957.

## ARTICLE I - DEFINITIONS

As used in this contract:

1.  The term "Contracting Officer" means the person executing this contract on behalf of the Government and includes his successors or any duly authorized representative of any such person.

2.  The term "Commission" means the Atomic Energy Commission or any duly authorized representative thereof, including the Contracting Officer except for the purpose of deciding an appeal under Article XV, "DISPUTES."

- 2 -

Modification No. 55
Contract AT(29-1)-1106

3.  <u>Contractor Controlled Sources.</u>   The Contractor shall notify the
Contracting Officer of the proposed procurement under this
contract of any material, supply, equipment or service, the
estimated cost of which is One Hundred Dollars ($100.00) or more, from
any source owned or controlled by the Contractor.  Such notice
shall be given sufficiently in advance of such proposed procure-
ment to permit the Contracting Officer, at his option or by
agreement with the Contractor, to effect the procurement directly
by competitive or other authorized methods.  Procurements from
Contractor owned or controlled sources shall be considered as
involving commitments of the Contractor with third parties and,
except with respect to the approval requirement set forth in this
paragraph, shall be handled and considered as subcontracts or
purchase orders as those terms are used elsewhere in this contract.

**ARTICLE XVII - SAFETY, HEALTH AND FIRE PROTECTION -- PERMITS**

1.  <u>Safety Precautions.</u> The Contractor shall take all reasonable
precautions in the performance of the work under this contract
to protect the health and safety of employees and of members of
the public and to minimize danger from all hazards to life and
property, and shall comply with all applicable health, safety and

- 42 -

Modification No. 55
Contract AT(29-1)-1106

fire protection regulations and requirements (including reporting requirements) of the Commission.  In the event that the Contractor fails to comply with said regulations or requirements of the Commission, the Contracting Officer may without prejudice to any other legal or contractual rights of the Commission, issue an order stopping all or any part of the work; thereafter a start order for resumption of work may be issued at the discretion of the Contracting Officer.  The Contractor shall make no claim for compensation or damages by reason of or in connection with such work stoppage.

2. **Permits.**  Except as otherwise directed by the Contracting Officer, the Contractor shall procure all necessary permits or licenses and abide by all applicable laws, regulations and ordinances of the Government and of the State, territory and political subdivision in which the work under this contract is performed.

## ARTICLE XVIII - CONTRACTOR'S ORGANIZATION

1. **Organization.**  The Contractor has furnished the Contracting Officer with charts showing the names, duties, and organization of key personnel employed or to be employed in connection with the work, and shall from time to time furnish supplementary information to the Contracting Officer reflecting changes therein.

- 43 -