# Exhibit 21

CONTRACT BETWEEN THE UNITED STATES OF AMERICA
AND
THE DOW CHEMICAL COMPANY
Contract AT(29-1)-1106

Modification No. 92

## TABLE OF CONTENTS

| ARTICLE | SUBJECT | PAGE |
|---|---|---|
| I | DEFINITIONS | 2 |
| II | STATEMENT OF WORK | 3 |
| III | RELATIONSHIP OF PARTIES | 3 |
| IV | CHANGES | 5 |
| V | TERM, ESTIMATES OF COST, OBLIGATION OF FUNDS, FIXED FEE, AND FINANCIAL PLAN | 6 |
| VI | ALLOWABLE COSTS AND FIXED FEE | 10 |
| VII | PAYMENTS AND ADVANCES | 20 |
| VIII | ASSIGNMENT | 25 |
| IX | ACCOUNTS, RECORDS, AND INSPECTION | 25 |
| X | EXAMINATION OF RECORDS | 29 |
| XI | PROPERTY | 30 |
| XII | DRAWINGS, DESIGNS, SPECIFICATIONS | 35 |
| XIII | REQUIRED BONDS AND INSURANCE - EXCLUSIVE OF GOVERNMENT PROPERTY | 37 |
| XIV | TAXES | 37 |
| XV | LITIGATION AND CLAIMS | 40 |

-i-

| ARTICLE | SUBJECT | PAGE |
|---|---|---|
| XVI | DISPUTES | 42 |
| XVII | SUBCONTRACTS AND PURCHASE ORDERS | 43 |
| XVIII | PURCHASES FROM CONTRACTOR CONTROLLED SOURCES | 44 |
| XIX | SAFETY, HEALTH AND FIRE PROTECTION | 47 |
| XX | PERMITS | 47 |
| XXI | CONTRACTOR'S ORGANIZATION | 48 |
| XXII | LABOR | 49 |
| XXIII | PATENTS | 55 |
| XXIV | BUY AMERICAN ACT | 58 |
| XXV | SECURITY | 60 |
| XXVI | COVENANT AGAINST CONTINGENT FEES | 63 |
| XXVII | OFFICIALS NOT TO BENEFIT | 64 |
| XXVIII | TERMINATION | 64 |
| XXIX | CONTROL OF SS MATERIALS | 76 |
| XXX | RENEGOTIATION | 77 |
| XXXI | CLASSIFICATION | 78 |
| XXXII | UTILIZATION OF SMALL BUSINESS CONCERNS | 78 |
| XXXIII | SMALL BUSINESS SUBCONTRACTING PROGRAM | 79 |
| XXXIV | UTILIZATION OF CONCERNS IN LABOR SURPLUS AREAS | 83 |

RF 98 021 BE FOIA ITEM 10        1974834

| ARTICLE | SUBJECT | PAGE |
|---|---|---|
| XXXV | LABOR SURPLUS AREA SUBCONTRACTING PROGRAM | 83 |
| XXXVI | PRIORITIES, ALLOCATIONS AND ALLOTMENTS | 86 |
| XXXVII | AVAILABILITY OF APPROPRIATED FUNDS | 86 |
| XXXVIII | NUCLEAR HAZARDS INDEMNITY | 86 |
| XXXIX | INTERPRETATION OF THIS MODIFICATION | 93 |

RF 98 021 BE FOIA ITEM 10      1974835

UNITED STATES
ATOMIC ENERGY COMMISSION
P. O. BOX 5400
ALBUQUERQUE, NEW MEXICO

Modification No. 92
Supplemental Agreement
Contract AT(29-1)-1106

## SUPPLEMENTAL AGREEMENT

This SUPPLEMENTAL AGREEMENT, entered into this 21st day of August, 1962, effective on the 1st day of July, 1962, by and between THE UNITED STATES OF AMERICA (hereinafter called the "Government"), represented by the UNITED STATES ATOMIC ENERGY COMMISSION (hereinafter called the "Commission"), and THE DOW CHEMICAL COMPANY (hereinafter called the "Contractor"), a corporation organized and existing under the laws of the State of Delaware,

WITNESSETH THAT:

WHEREAS, effective January 18, 1951, the parties entered into Contract AT(29-1)-1106 for the management and operation by the Contractor of the Commission's Rocky Flats Plant and the performance of related work; and

WHEREAS, the contract has been amended by Modifications Nos. 1 through 56, 58, 61 and 64, 66 through 71, 73 through 91; and

WHEREAS, the Commission desires to continue to utilize the management, engineering, scientific and manufacturing skills of the Contractor in

Modification No. 92
Contract AT(29-1)-1106

the operation of the Plant on the terms and conditions hereinafter set forth and the Contractor is willing to do so; and

WHEREAS, the parties desire to extend the term of the contract for five years and to reflect their agreement on changes in various other provisions of the contract; and

WHEREAS, the parties wish to incorporate their entire agreement into this one document and its appendices; and

WHEREAS, this Supplemental Agreement is executed by the Commission under the authority of the Atomic Energy Act of 1954, as amended.

NOW THEREFORE, the parties agree that, effective July 1, 1962, Contract AT(29-1)-1106, together with its appendices, is amended to read in its entirety as follows:

ARTICLE I - DEFINITIONS

As used in this contract:

1.  The term "Contracting Officer" means the person executing this contract on behalf of the Government, and any other officer or civilian employee who is a properly designated Contracting Officer; and the term includes, except as otherwise provided in this contract, the authorized representative of a Contracting Officer acting within the limits of his authority.

-2-

Modification No. 92
Contract AT(29-1)-1106

## ARTICLE XIX - SAFETY, HEALTH AND FIRE PROTECTION

The Contractor shall take all reasonable precautions in the performance of the work under this contract to protect the health and safety of employees and of members of the public and to minimize danger from all hazards to life and property, and shall comply with all health, safety and fire protection regulations and requirements (including reporting requirements) of the Commission. In the event that the Contractor fails to comply with said regulations or requirements of the Commission, the Contracting Officer may, without prejudice to any other legal or contractual rights of the Commission, issue an order stopping all or any part of the work; thereafter a start order for resumption of work may be issued at the discretion of the Contracting Officer. The Contractor shall make no claim for compensation or damages by reason of or in connection with such work stoppage.

## ARTICLE XX - PERMITS

Except as otherwise directed by the Contracting Officer, the Contractor shall procure all necessary permits or licenses and abide by all applicable laws, regulations and ordinances of the United States and of the State, territory and political subdivision in which the work under this contract is performed.

-47-