# Exhibit 22

UNITED STATES
ATOMIC ENERGY COMMISSION
P. O. BOX 5400
ALBUQUERQUE, NEW MEXICO 87115

Modification No. 104
Supplemental Agreement
Contract AT(29-1)-1106

SUPPLEMENTAL AGREEMENT

This SUPPLEMENTAL AGREEMENT, effective on the 1st day of July, 1967, by and between THE UNITED STATES OF AMERICA (hereinafter called the "Government"), represented by the UNITED STATES ATOMIC ENERGY COMMISSION (hereinafter called the "Commission"), and THE DOW CHEMICAL COMPANY (hereinafter called the "Contractor"), a corporation organized and existing under the laws of the State of Delaware,

WITNESSETH THAT:

WHEREAS, effective January 18, 1951, tbe parties entered into Contract AT(29-1)-1106 for the management and operation by the Contractor of the Commission's Rocky Flats Plant and the performance of related work; and

WHEREAS, the contract previously has been amended by Modifications Nos. 1 through 56, 58, 61 through 64, 66 through 71, and 73 through 103; and

RF 98 021 BE FOIA ITEM 10 1974441

WHEREAS, the Commission desires to continue to utilize the management, engineering, scientific and manufacturing skills of the Contractor in the operation of the Rocky Flats Plant on the terms and conditions hereinafter set forth and the Contractor desires to continue to perform such work; and

WHEREAS, the parties desire to extend the term of the contract for another five years, to modify it in certain other respects and to incorporate the entire agreement of the parties into this one document, including its appendices, effective as to the rights, duties, obligations and performance on and after July 1, 1967; and

WHEREAS, this Supplemental Agreement is executed by the Commission under the authority of the Atomic Energy Act of 1954, as amended, and Section 302(c)(15) of the Federal Property and Administrative Services Act of 1949, as amended.

NOW THEREFORE, the parties agree that, effective July 1, 1967, Contract AT(29-1)-1106, including its appendices, as amended, is further amended to read in its entirety as follows:

## ARTICLE I - DEFINITIONS

As used throughout this contract, the following terms shall have the meanings set forth below:



RF 98 021 BE FOIA ITEM 10 1974442

agreed, they may be furnished at fixed prices firmed at the outset; provided further, that any such fixed prices shall be negotiated on the basis of estimated allowable cost under this contract, without profit.

ARTICLE XVIII - SAFETY, HEALTH, AND FIRE PROTECTION

The Contractor shall take all reasonable precautions in the performance of the work under this contract to protect the health and safety of employees and of members of the public and to minimize danger from all hazards to life and property, and shall comply with all health, safety and fire protection regulations and requirements (including reporting requirements) of the Commission. In the event that the Contractor fails to comply with said regulations or requirements of the Commission, the Contracting Officer may, without prejudice to any other legal or contractual rights of the Commission, issue an order stopping all or any part of the work; thereafter a start order for resumption of work may be issued at the discretion of the Contracting Officer. The Contractor shall make no claim for compensation or damages by reason of or in connection with such work stoppage.

ARTICLE XIX - PERMITS

Except as otherwise directed by the Contracting Officer, the Contractor shall procure all necessary permits or licenses and abide



RF 98 021 BE FOIA ITEM 10 1974488