# Exhibit 23

UNITED STATES
ATOMIC ENERGY COMMISSION
P. O. BOX 5400
ALBUQUERQUE, NEW MEXICO 87115

Contract No. AT(29-2)-3533

This CONTRACT, effective as of the 30th day of June, 1975, between THE UNITED STATES OF AMERICA (hereinafter called the "Government"), acting through the UNITED STATES ATOMIC ENERGY COMMISSION (hereinafter called the "Commission"), and ROCKWELL INTERNATIONAL CORPORATION (hereinafter called the "Contractor"), a corporation organized and existing under the laws of the State of Delaware,

## WITNESSETH THAT:

WHEREAS, the Commission has elected, pursuant to legal authority, to enter into an agreement with the Contractor under which the Contractor will agree to undertake the performance of certain functions for the Commission involved in and associated with the operations in the facilities of the Commission as hereinafter referred to; and

WHEREAS, such agreement arises out of the Commission's need for the services of an organization with personnel of proved capabilities, both technical and administrative, to manage and operate certain facilities of the Commission and to perform certain work and services for the

80 00005

Contract No. AT(29-2)-3533

Commission; and the Commission recognizes the Contractor as an organization having such personnel, and that the initiative, ingenuity, and other qualifications of such personnel should be exercised in providing such services under the agreement, to the fullest extent practicable; and

WHEREAS, the Contractor recognizes that attainment of the Commission's overall objectives and discharge of its responsibility for economy and efficiency in the conduct of the atomic energy program require the Commission's general direction of the program, supervision of Government-financed activities of organizations managing Commission facilities and related functions so as to assure conformity with applicable law and policies of the Commission, and full access to information concerning such activities under this contract, and that the Commission's program of administration under the Atomic Energy Act requires integration and coordination of such activities which the various organizations may be in a position to perform, for the utilization of their services and of information, materials, facilities, funds and other property of the Commission, in the manner most advantageous to the Government; and

WHEREAS, the Contractor is willing to undertake the performance of these functions; and

- 2 -

8000006

Contract No. AT(29-2)-3533

WHEREAS, the Commission certifies that this negotiated contract is authorized and executed under the Atomic Energy Act of 1954, as amended, and Section 302(c)(15) of the Federal Property and Administrative Services Act of 1949, as amended, in the interest of the common defense and security.

NOW THEREFORE, the parties hereto agree as follows:

ARTICLE I - DEFINITIONS

As used throughout this contract, the following terms shall have the meanings set forth below:

1. The term "Contracting Officer" means the person executing this contract on behalf of the Government and any other officer or civilian employee who is a properly designated Contracting Officer; and the term includes, except as otherwise provided in this contract, the authorized representative of a Contracting Officer acting within the limits of his authority.

2. The term "Commission" means the United States Atomic Energy Commission or any duly authorized representative thereof, including the Contracting Officer except for the purpose of deciding an appeal under the article entitled "DISPUTES."

- 3 -

8000007

Contract No. AT(29-2)-3533

2. In addition to, and without derogation of any rights under Paragraph 1. of this article and any other provision in this contract, the Contractor shall require subcontractors to furnish cost or pricing data, and shall include in such subcontracts the clause set forth in AECPR 9-3.814-50, except as otherwise directed or approved by the Commission.

3. Procurement or transfer of equipment, materials, supplies, or services from a contractor-controlled source (any division or other organizational component of the prime Contractor (exclusive of the contracting component) and any subsidiary or affiliate of the Contractor under a common control) shall be considered a procurement for the purposes of this article, and shall be deemed a subcontract hereunder, and Contractor's obligations as Seller with respect to such procurement shall be determined solely by the terms of such subcontract and not the terms of this contract.

## ARTICLE XVI - SAFETY, HEALTH AND FIRE PROTECTION

The Contractor shall take all reasonable precautions in the performance of the work under this contract to protect the health and safety of employees and of members of the public and to minimize danger from all hazards to life and property, and shall comply with all health, safety and fire protection regulations and requirements (including reporting requirements) of the Commission. In the event that the Contractor