# Exhibit 24

1570

# CONTRACT DE-AC04-76DP03533

## BETWEEN

## UNITED STATES DEPARTMENT OF ENERGY

## AND

## ROCKWELL INTERNATIONAL CORPORATION

### MODIFICATION NO. M124

### EFFECTIVE JANUARY 1, 1989

PLAINTIFFS'
EXHIBIT
P-1625
90-CV-181

1571

Modification No. M124
Contract DE-AC04-76DP03533

## 55. 970.5204-1 CLASSIFICATION (APR 1984)

In the performance of the work under this contract, the Contractor shall ensure that an Authorized Original Classifier or Derivative Classifier shall assign classifications to all documents, material, and equipment originated or generated under the contract in accordance with classification regulations and guidance furnished to the Contractor by the DOE. Every subcontract and purchase order issued hereunder involving the origination or generation of classified documents, material, or equipment shall include a provision to the effect that in the performance of such subcontract or purchase order, the subcontractor or supplier shall ensure that an Authorized Original Classifier or Derivative Classifier shall assign classifications to all such documents, materials, and equipment in accordance with classification regulations and guidance furnished to such subcontractor or supplier by the Contractor.

## 56. 970.5204-2 ENVIRONMENT, SAFETY AND HEALTH (GOVERNMENT-OWNED OR LEASED) (APR 1984)

The Contractor shall take all reasonable precautions in the performance of the work under this contract to protect the environment, and the safety and health of employees and of members of the public and shall comply with all applicable environment, safety and health regulations and requirements (including reporting requirements) of DOE. The Contracting Officer shall notify the Contractor, in writing, of any noncompliance with the provisions of the clause and the corrective action to be taken. After receipt of such notice, the Contractor shall immediately take corrective action. The Contractor shall maintain the Rocky Flats Plant Health and Safety Manual, which describes the Contractor's program for implementing DOE's regulations and requirements, and provides DOE copies of changes to such manual. In the event that the Contractor fails to comply with said regulations or requirements of DOE, the Contracting Officer may, without prejudice to any other legal or contractual rights of DOE, issue an order stopping all or any part of the work; thereafter, a start order for resumption of the work may be issued at the discretion of the Contracting Officer. The Contractor shall make no claim for an extension

CD08554                    -: 123 :-

1572

Modification No. M124
Contract DE-AC04-76DP03533

of time or for additional fee or damages by reason of, or in connection with, such work stoppage.

57. NUCLEAR HAZARDS INDEMNITY - INTERIM

DOE hereby indemnifies the Contractor for public liability under Section 170(d) of the Atomic Energy Act of 1954, as amended, including the amendments made thereto by the Price-Anderson Amendments Act of 1988, Public Law 100-408 (the Act). The Contractor agrees to negotiate in good faith for a modification to this contract to include herein any Nuclear Hazards Indemnity clause promulgated by DOE to implement the Act. Pending such modification, the provisions of Clause 49, "Nuclear Hazards Indemnity" (as set forth in Modification M087) shall apply to this contract; provided however, that in the event of inconsistency between the provisions of Clause 49 and those of the Act, the latter shall prevail.

58. 970.5204-9  ACCOUNTS, RECORDS, AND INSPECTION (APR 1984)

(a) Accounts. The Contractor shall maintain a separate and distinct set of accounts, records, documents, and other evidence showing and supporting all allowable costs incurred, revenues or other applicable credits, fixed-fee accruals, and the receipt, use, and disposition of all Government property coming into the possession of the Contractor under this contract. The system of accounts employed by the Contractor shall be satisfactory to DOE and in accordance with generally accepted accounting principles consistently applied.

(b) Inspection and audit of accounts and records. All books of accounts and records relating to this contract shall be subject to inspection and audit by DOE at all reasonable times, before and during the period of retention provided for in (d) below, and the contractor shall afford DOE proper facilities for such inspection and audit.