# Exhibit D

Page 10564

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.
_____

REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 87
_____

      Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:10 a.m., on the 20th day of January, 2006, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

1   award of actual damages based on the decrease in the value of
2   properties in the class area caused by the trespass and/or
3   nuisance committed by Dow or Rockwell or both of them.  This
4   type of actual damages is sometimes called diminution in
5   property value.  The diminution in property value that
6   plaintiffs may recover here is measured by the difference
7   between the actual value of the class properties and the value
8   these properties would have had if Dow or Rockwell or both of
9   them had not committed the trespass and/or nuisance proved by
10  plaintiffs.
11           In other words, you must compare the actual value of
12  the class properties to what their value would have been but
13  for the trespass and/or nuisance, and the difference is the
14  diminution in property value that plaintiffs can recover as
15  actual damages in this case.
16           In a case like this, the law requires that you measure
17  the amount of any such diminution in class property values at a
18  particular point in time.  That point is the time or time
19  period when the injurious situation became complete and
20  comparatively enduring.  The injurious situation is complete
21  when the effects of the trespass or nuisance are known to their
22  full extent.  It is comparatively enduring when there is no
23  reason to expect that these effects will end at a definite time
24  in the future.
25           When the injurious situation became complete and