# Exhibit 2

Page 418

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 90-cv-00181 (JLK)


MARILYN COOK, et al,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
COMPANY,

Defendants.

_____


REPORTER'S TRANSCRIPT
(Jury Trial -- Volume IV-A)
_____


        Proceedings before the HONORABLE JOHN L. KANE, JR.,
Judge, United States District Court, for the District of
Colorado, commencing at 9:14 a.m. on the 11th day of
October, 2005, Alfred A. Arraj United States Courthouse,
Denver, Colorado.

1   owners in this neighborhood.  These defendants, of course,

2   are Dow and Rockwell about whom you will be hearing a

3   great deal.  And can all of you see this writing?  It is a

4   little faint over here.

5          Of course you will be hearing about the Department

6   of Energy.  The U.S. Government Department of Energy.

7   Their presence in this courtroom, they are indemnitor.

8   They are like the insurer for Dow and Rockwell, because

9   Dow and Rockwell ran a Government plant.

10          The case has been pending for many years, but we'll

11   have an advantage because 16 years will give us a

12   perspective.  We are going to have to go back, for the

13   most part, to the way it was in 1989 and 1990, which was a

14   very long time ago.  And in some cases, as you will hear

15   from Ms. Roselle, how it was back in the 1950s and even

16   earlier when Dow started running this plant.

17          Our job is to try to outline in this opening

18   statement what the plaintiffs believe the evidence in the

19   trial will show.  Now as you heard Judge Kane say in the

20   instructions, national security is not the issue in this

21   trial.  Nobody disputes that the United States military

22   and defense effort had an only obligation of military

23   necessity to produce atom bombs and produce atom bomb

24   parts.

25          What is at issue in this trial is intentional

1    entire neighborhood just northwest of Denver with

2    plutonium and other dangerous radioactive substances.

3    They lied about it and they covered it up for 37 years.

4         One building at the plant, the 776 and 777 building

5    was called by the national television media, five years

6    after the FBI raid in 1994, the most dangerous building in

7    America.  This was the 776 and 777 building, and you will

8    hear a lot about it during this trial.

9         This suit is brought by the plants' neighbors.

10   Their property was worth less because it was contaminated

11   with plutonium, one of the most dangerous substances known

12   to man.  For 50 years the defendants, Dow and Rockwell,

13   and after they left, the Department of Energy, repeatedly

14   told lies and half truths to their neighbors about what

15   really happened at the plant.

16        They covered up how much plutonium may have been

17   released.  It was, and still is, a huge cover up.  What we

18   will share with you and learn about this morning an over

19   the next few weeks, is the history of Rocky Flats and the

20   contamination that it caused.

21        The front range of the Rocky Mountains is one of

22   the most beautiful, desirable locations in America.  Clear

23   blue skies.  I am told there are 300 days of sunshine a

24   year, even though there hasn't been in the last couple of

25   days.  Breathtaking mountain views.

1        You will hear evidence in this trial of a lot of

2   name changes.  You have initials, spin, double talk.  When

3   things at Rocky Flats became embarrassing, names were

4   changed.  For example, AEC, Atomic Energy Commission, the

5   name was changed to Energy Research & Development

6   Administration, which conveniently took the name in common

7   out of it, and letters to the Department of Energy.

8        It is even worse at the Rocky Flats plant.  The

9   Rocky Flats plant started as the Rocky Flats Nuclear

10  Weapons Plant.  After the FBI raid, and what you will

11  learn about the criminal pleas, the grand jury

12  investigation, the prosecutor charges against Rockwell, is

13  they changed the name to the Rocky Flats Environmental

14  Technology Center.

15       And now, to try to convince the public that it is

16  safe and peaceful and serene, they have changed it to the

17  Rocky Flats National Wildlife Refuge, where they are going

18  to try to promote the myth that it is safe for animals and

19  children to roam and play.

20       This was done by the Department of Energy.  The

21  Government agency that over sees the plant for the U.S.

22  Government to cover up the consequences.  Dow and

23  Rockwell's wrongful conduct.  Why would DOE want to cover

24  up?  Because they were part of the negligent and wrongful

25  conduct.

1          DOE should have made sure that Dow and Rockwell

2    obeyed good waste practices and the environmental laws.

3    Instead, the DOE helped cover up violations of the law.

4    Instead of blowing the whistle on Rockwell we believe the

5    evidence will show DOE was part of the problem that caused

6    the FBI to raid a U.S. Government owned plant.

7          The plant is now called a wildlife refuge.  A fancy

8    and phoney name so DOE did not have to remove all of the

9    plutonium that was buried there.  You will hear

10   evidence -- I will see if I can figure out how to work

11   this little pointer here.

12         You will hear evidence the top 3 feet is subject to

13   a limit that was fought about originally, they wanted this

14   limit to be 13 times higher.  You will hear evidence the

15   next 3 feet is subject to a limit that actually is five

16   times as high as the Nevada atomic bomb test site, or

17   parts of it, where atom bombs were tested.  And you will

18   also hear, below 6 feet of top soil, where much plutonium

19   is still likely to be located, there is no limit

20   whatsoever.

21         And as Ms. Roselle will explain to you when she

22   discusses the science, this plutonium will remain in the

23   soil for many, many thousands of years.

24         The evidence will be that now that the plant is

25   torn down, growth and development in this neighborhood has

Page 492

1    the two checks.  There was another check for $2,000,000,

2    but Rockwell paid at that time the first or second largest

3    environmental fine in U.S. history.

4         There are three major issues during the 37 years

5    that Rocky Flats operated, that you will see from the

6    evidence, over and over.  Sloppy operations with no

7    respect for the dangers of plutonium, awful waste storage,

8    they were extremely reckless in handling nuclear waste,

9    they piled and buried it everywhere, and lying to the

10   neighbors and the public.

11        And, finally, after the 37 years, the FBI raid and

12   the plant shut down, you will see that the Department of

13   Energy, which is on the hook for Dow and Rockwell's

14   damages, continued the pattern.  The DOE, instead of

15   coming clean about Rocky Flats, promised the United States

16   public that it would come clean, but then it did the

17   following:

18        It continued to deceive the public as to what its

19   contractors had done.  It used its national security, top

20   secret rights, to conceal from you and from this court

21   massive amounts of evidence.  Why?  To spare itself public

22   embarrassment and to defeat the damages in this and other

23   cases.  Why?  The logical conclusion, we will argue to you

24   from the evidence, is because the DOE, under its account

25   with Dow and Rockwell is probably responsible to pay the

1    damages to the plaintiffs and the class members.

2           This case is the civil case.  13 years after the

3    criminal case, for the neighbors, this is the lawsuit to

4    compensate the innocent neighbors for damages caused by

5    plutonium in their backyards.  This is the only

6    opportunity for them to get compensation for that.

7    Compensation for their inability to get full value for

8    their properties and to get full use and enjoyment of

9    their properties.

10          The evidence will show these individuals were

11   harmed by reckless and intentional activities of Dow and

12   Rockwell.  This is their only day in court.  We will be

13   asking you to restore at least some of these neighbors'

14   rights that Dow and Rockwell stole from them.

15          Ladies and gentlemen, we have a complicated case to

16   show you in the weeks ahead.  We have many witnesses who

17   are going to be testifying.  They are going to have to

18   testify, in some cases, out of order or by depositions

19   where their testimony is read or shown by videotape.  And

20   because that's going to be a little disjointed since we

21   don't control most of the witnesses, we are going to try

22   to make a lengthy presentation, and if we start to bore

23   you, we may cut it down a bit.

24          Ms. Roselle and I will be dividing this

25   presentation and outline of what the evidence will show,

Page 509

1    Protective measures used in the atomic energy program have

2    been so effective that the Commission's safety record is

3    better than in industry generally.

4          This was the first of many lies, misstatements, and

5    incorrect statements that would be told to the public

6    about Rocky Flats and the Atomic Energy Commission

7    programs over the next 50 years.

8          The site of Rocky Flats was a bad site from the

9    beginning.  They thought that the wind would blow the

10   pollution away from downtown Denver, but they were wrong.

11   Rocky Flats is right here in the corner here, in Jefferson

12   County.  It is this little thing right here on the map.

13   This is downtown Denver.  And the winds go southwest

14   towards Denver.

15         So from the beginning, they sited the plant in a

16   bad location.  They also knew that the plant was supposed

17   to be at least 25 miles away from a major population area

18   and, in fact, it was only 16 miles northwest of Denver.

19   And they also knew that the plant was supposed to be

20   larger than what they actually made the plant site.

21         At Hanford, Washington where they actually produced

22   plutonium for the bombs for World War II, the plant there

23   is over 500 square miles.  So the Atomic Energy Commission

24   was familiar with this concept that you want to keep the

25   plutonium as far away from the public as you can.  The

Page 515

1                    UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF COLORADO

3      Civil Action No. 90-cv-00181 (JLK)

4      MARILYN COOK, et al,

5      Plaintiffs,

6      v.

7      ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL

8      COMPANY,

9      Defendants.

10     _____

11                    REPORTER'S TRANSCRIPT

12               (Jury Trial -- Volume IV-B)

13     _____

14          Proceedings before the HONORABLE JOHN L. KANE, JR.,

15     Judge, United States District Court, for the District of

16     Colorado, commencing at 1:25 a.m. on the 11th day of

17     October, 2005, Alfred A. Arraj United States Courthouse,

18     Denver, Colorado.

Page 538

1      evidence.  They had already confirmed it, yet this is what

2      Dow told the public.  They not only lied to the public,

3      but they tried to discredit a scientist with a long and

4      noble career.

5            You are going to hear a lot of evidence in this

6      case about lying.  Because of the shroud of secrecy, the

7      defendant and the Government were able for decades to get

8      away with whatever they wanted to say and without anyone

9      being the wiser.  And these half truths and lies were no

10     accident.  It was a conscience decision to do this.

11           In fact, you will see evidence where they wrote

12     down how they manipulated the facts that they told the

13     public.  You may see them continue to do this in this

14     courtroom.  Every memo or report that Dow or Rockwell

15     wrote that was available to the public had three themes.

16           Number one, never tell how much plutonium has been

17     released.  You will always talk in terms of concentration.

18     Picocuries per gram of soil.  Picocuries per litre of

19     water.  They never told total amounts.

20           Two, always say that the amount released is low

21     compared to standards.  And, three, never draw

22     conclusions.  Always say the studies are still ongoing.

23     Now, Dow knew that it was -- that the public was being

24     misled, and I am going to show you this document and

25     explain it to you.

1    blew the whistle on some of the environmental practices

2    and some of the other practices at Rocky Flats.  And that

3    became the foundation, that is what started the FBI

4    investigation and the subsequent raid.

5          During this same time frame, Rocky Flats' officials

6    developed a plan to burn waste in an incinerator in

7    building 776, the site of the 1969 fire.

8          And it is at this point, after 1986, that the

9    publicity about Rocky Flats really starts to turn bad.

10   One big example, April of 1987, remember that secret memo

11   from July of 1986?  Ten months earlier, the press gets a

12   hold of it.

13         And the Rocky Mountain News reports the following:

14   Quote, federal officials sign a much-tauted agreement to

15   clean up contamination at the Rocky Flats nuclear weapons

16   plant, partly to deflect attention from serious

17   environmental problems there according to an internal

18   memorandum released yesterday.

19         So the press finally got a hold of the internal

20   memorandum and determined that -- determined that this was

21   a cover up by DOE, the signing of the three-party

22   agreement.  Contamination from radioactive and chemical

23   poisons at the Rocky Flats Nuclear Weapons Plant is much

24   worse than previously disclosed.

25         In -- between June of 1987 and June of 1989, the

Page 588

1    closely associated with statements and information which

2    would invite or tend to encourage claims against the

3    Atomic Energy Commission or its contractors, such portions

4    of articles to be published should be re-worded or

5    deleted.

6          The effective establishment of this policy

7    necessitates the view by the Atomic Energy Commission

8    Insurance Branch as well as by the medical division prior

9    declassification.

10          In other words, the classification was going to be

11   used not only for top secret military secrets,

12   classification was going to be used because the insurance

13   branch didn't want things getting out that would allow

14   claims to be made against the Atomic Energy Commission or

15   its contractors.  Now, this is 1947.

16          Skip ahead 30 years to 1977.  This is P-652.  If

17   you look at the top of this document, let's go to the

18   first page.

19          MR. BERNICK:  What is the date of this document.

20          MR. DAVIDOFF:  This is one we discussed on Friday.

21          MR. BERNICK:  Your Honor ruled on that at side bar.

22          MR. DAVIDOFF:  On Friday it was ruled --

23          MR. BERNICK:  I am sorry.  This colloquy should not

24   take place except for before the Court.

25          THE COURT:  That's right.  Come up here.

Page 598

1          key to how much plutonium really escaped in the 37 years

2          that this plant was operated by Dow and Rockwell.  They

3          resisted and refused to turn over copies of the documents.

4                  The DOE later agreed in a court-ordered

5          stipulation, in this case, to produce the documents.  That

6          is this document that is up on the screen.  P-635.

7                  But then after agreeing in this court-ordered

8          stipulation to produce the documents in this case, the DOE

9          stonewalled the plaintiffs in this case, again, refusing

10         to turn over the documents.  Finally, in 1995, there was a

11         trial in this court and this court held the DOE in

12         contempt of court; that is almost unprecedented.  This

13         court holding a cabinet department of the United States in

14         contempt of court for failing to turn over documents that

15         related to the missing plutonium.

16                 So what did the DOE do after being held in contempt

17         of court in this court, in this case, for refusing to turn

18         over documents relating to missing plutonium?  Did it come

19         clean?  No.  It has never come clean.  It circled the

20         wagons.  It slammed the steel door of secrecy shut once

21         again.

22                 Judge Kane and this court do not have the power,

23         they do not have the power to review a security

24         classification by the Department of Energy or by the

25         executive branch.  They do not -- this court does not have

Page 599

1    the power to determine whether a security classification

2    is top secret and is being used properly or improperly.

3         MR. BERNICK:  Your Honor, again, this is completely

4    inappropriate for counsel to instruct the jury on the

5    powers of the court and the law.

6         THE COURT:  Overruled.

7         MR. DAVIDOFF:  So, finally, after a big fight that

8    lasted for over two years, we learned that there were

9    1-1/2 million pages of documents from Dow's and Rockwell's

10   time in the DOE's files that related to MUF.  1-1/2

11   million pages of documents.  And we demanded the MUF

12   documents, again, and I will show you some examples of

13   what we got.

14        We got -- we told them to stop, ladies and

15   gentlemen, after a million documents, because what we were

16   getting was this.  Documents from which virtually every

17   bit of data, every bit of information, is being whited

18   out.  A million -- over a million documents like this,

19   until we told them to stop the exercise as an exercise in

20   futility.

21        These documents go back to the 1950s, 1960s, 1970s.

22   They deal with plutonium at a plant that has been closed

23   for 16 years.  Plutonium that is missing.  And they are

24   still being -- excuse me -- they are still being

25   classified by the Department of Energy in 2005.

Page 600

1          National security is supposed to prevent terrorist

2     or enemies of the United States from getting information

3     about how to build a bomb.  That is not what these

4     documents contained.  You saw the document from 1947 that

5     showed their motives.  They wanted to keep claims from

6     being made against the Atomic Energy Commission.

7          What is missing from these documents is the truth

8     about missing plutonium.  The truth about MUF.  The truth

9     has been White ed out by the misuse of the classification

10    power of the DOE and the United States Government to

11    prevent all of us in this courtroom from knowing the full

12    truth about missing plutonium at Rocky Flats.

13         It has never been revealed to this day, 55 years

14    after the plant was in construction.  It is a misuse of

15    power that has been going on for 50 years.  The evidence

16    in this case, unfortunately, in part, will be that they

17    don't want you to have the evidence.

18         Now, MUF is also important for the future risk of

19    this plant.  Remember that in 1990, this plant was going

20    to be up for another 15 years before the buildings were

21    torn down.  And if we could show N-193 and N-194.  N-193

22    is an aerial photo taken in 1997, more than 8 years after

23    the FBI raid and after the plant was closed.

24         What N-193 shows is that 8 years later, more than 8

25    years later, all these buildings, with the ducts, with

Page 601

1    many of them with missing plutonium in them, all these

2    stored barrels that were in these buildings, are still

3    there.  The pondcrete, the saltcrete, it hadn't been

4    cleaned up.

5          Now, let's fast forward to N-194 which is an aerial

6    photo taken in 2004.  2004.  A little over a year ago.  If

7    you can focus in on the plant grounds, please.  Here we

8    are in 2004, 15 years after the FBI raid.  The plant still

9    hasn't been fully disassembled, and what was in the plant

10   buildings still hasn't fully been shipped off site.

11         So this is another reason that the MUF documents

12   that have been kept from us are very, very, very

13   important.  We have only gotten a few.  We got a few

14   declassified in 1994 to 1995, and they still have

15   white-outs in them.  You will see them during the course

16   of this trial.

17         But the future risk of this plant could not be

18   evaluated without knowing how much missing plutonium was

19   still in those buildings, and how much is still in the

20   waste sites buried around the plant.  If we could see G

21   -26-A.  That is some of the larger, more significant known

22   waste disposal areas at the plant.

23         Today, the plant has been torn down, finally.  But

24   you will learn that we don't know, nobody knows for sure,

25   including the contractors, including the people that

1    disassembled this plant, how much plutonium is still

2    buried beneath the topsoil in these waste sites.

3           You will hear evidence in this trial that there is

4    still large future risk from the plutonium that is

5    unaccounted for on the plant grounds.  The buried waste

6    ahead the hot spots.  You will learn, for example, that

7    the clean-up standards which were fought about for years,

8    only applied to the first 3 feet of topsoil.  And we

9    showed you that in the introductory section.

10          Only the first 3 feet and only the first 6 feet are

11   subject to a clean-up standard.  Under 6 feet of topsoil,

12   there is no clean-up standard at the Rocky Flats site.

13   The Rocky Flats National Wildlife Refuge.

14          Why is this important?  With a substance that will

15   be around for hundreds and thousands of years, that's not

16   what we want.  With a substance that will be around for

17   hundreds and thousands of years, there is an earthquake

18   risk, a windstorm risk, a tornado risk, and the risk of

19   continuous erosion of the land.  And the release of more

20   and more plutonium in future years.

21          Another risk is bureauing animals.  I am sure some

22   of you are familiar with the prairie dogs that seem to

23   swarm over this area by the thousands and the tens of

24   thousands.  We even made a video of these prairie dogs at

25   the Rocky Flats site now.  Digging into the ground, from a

Page 603

1    Dr. Smallwood in this case, and he is an expert on

2    bioperturbation.

3         I am surprised I was even able to pronounce it

4    correctly.  That is a fancy word for the fact these

5    animals dig down more than 6 feet in some cases, and they

6    dig furiously in this ground.  And one of the things that

7    they are undoubtedly digging up, and will dig up for many

8    years to come, is buried plutonium.

9         Dow and Rockwell -- and you can continue to play

10   that for awhile.  Dow and Rockwell, and now DOE have

11   wanted to cover this up.  They changed the name of the

12   site to Rocky Flats Environmental Technology Site.  Now

13   they have changed it to the Rocky Flats Wildlife Refuge.

14        They are going to let wildlife proliferate on this

15   site, including thousands and thousands of prairie dogs

16   that are already there burrowing deeply, digging and

17   disturbing soil.  Again, 16 years after the raid, they are

18   trying to make the public feel complacent about Rocky

19   Flats.  But the risk will be here for many, many years.

20        Some of you may have seen, recently, proclamations

21   by the Department of Energy and announcing that the Rocky

22   Flats site, RF site, has now been cleaned up.  I want you

23   to ask yourselves, before I move on to my next topic here,

24   and as you listen to the evidence of this trial, if it was

25   purely a coincidence that more than 16 years after the FBI

1    raid we heard these proclamation about a successful

2    cleanup just as this trial was about to open in the

3    federal courthouse in Denver.

4            Now we talked to you at length today about damages

5    and about liability.  And I need to talk to you a little

6    bit about damages, and why the class members in this case

7    have suffered damages.  As we mentioned, there has been

8    intensive public scrutiny, studies, and media reports

9    about the Rocky Flats plant.  They became more and more in

10   the late 1980.

11           You will see more later in this trial a video from

12   the Rocky Flats -- Rockwell, Rocky Flats report, the

13   internal report, where the announcers themselves will say

14   Rocky Flats, in the late 1980s, even before the raid, was

15   experiencing public scrutiny greater than it had ever

16   experienced before in its 37 or 36 year history.

17           The evidence will show that Rockwell and Dow

18   created a nuisance, that is complete and comparatively

19   enduring.  I think you may have heard Judge Kane talk

20   about this in his instructions.  Complete and

21   comparatively enduring.

22           A fancy legal term, but it is important in this

23   case.  The defendants will try to persuade you that the

24   nuisance at Rocky Flats either was never complete and

25   comparatively enduring, or that it was complete long

Page 605

1    before 1989.  Anything other than the 1989 to 1992 period

2    we are talking about.

3         Now, Ms. Roselle I think said she wanted to take

4    you back to the 1950s, but I need to take you back to 1989

5    and 1990 and emphasize why it looked real complete and

6    real indefinite at that time.  Complete and comparatively

7    enduring is another way of saying indefinite.  It doesn't

8    mean forever, but it means that the nuisance looks

9    indefinite.

10        We don't think you are going to have much trouble

11   concluding that the trespass was indefinite, but we think

12   the nuisance, too, the evidence will show, was indefinite.

13   What was it like in 1989 and 1990, especially after the

14   FBI raid.

15        Many perspective buyers wouldn't even look at

16   property in this area.  People became aware they had an

17   increased risk of cancer.  Neighborhood property was not

18   being cleaned up.  And let me stop there.  I'll emphasize

19   this.  The neighborhood property has never been cleaned

20   up.  The cleanup of the Rocky Flats site doesn't entail

21   the cleanup of any of the neighborhood property.

22        The plutonium will be in the soil for thousands of

23   years.  The property would have been worth more if Rocky

24   Flats wasn't there.  People were worried about their

25   future health.  People were worried about their ability to

1    sell their property, particularly people that were nearing

2    retirement.

3          There was a risk of future releases from Rocky

4    Flats in 1989 and 1990 that looked extremely serious.  At

5    the time, even the Government was not saying that the

6    plant would, quote, be cleaned up in 16 years.  The

7    Government was saying, and others were saying, the cleanup

8    might take until 2015.  It might take until 2025.

9          One prognostication was it would take until 2050.

10   60 or 70 years.  And of course remember the GAO again

11   accounting office of the federal Government.  They said it

12   was irreversibly contaminated forever.  So the nuisance is

13   complete and comparatively enduring, indefinite as of

14   1989.

15         The plant is closed.  The plutonium off site will

16   not be cleaned up.  As we saw from the topsoils standards

17   they fought about for 15 years, the plutonium on site will

18   not be completely cleaned up, and there is a risk and a

19   fear of cancer.

20         For 15 years, an unknown amount of those 14 tons of

21   plutonium remained on site, in those buildings.  And the

22   2,600 pounds of plutonium, ladies and gentlemen, is still

23   unaccounted for, and the documents that might shed light

24   on it are still classified.  They can't be revealed to the

25   public.  DOE won't reveal them to the public.