# Exhibit 4

Page 6225

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION, and THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
Trial to Jury
Volume 48
_____

      Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, commencing at 1:30 p.m., on the 22nd day of November, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Reported by Mechanical Stenography, Transcription Produced via Computer by Kara Spitler, RMR, CRR, 901 19th Street, Denver, CO, 80294, (303) 623-3080

Page 6283

1  finally, he relied on several public-opinion surveys, including
2  the Flynn/Slovic survey which he chose, Decision Research, to
3  conduct the Flynn/Slovic survey for this, this research.
4            Stigma.  Properties in the class area near Rocky Flats
5  have been negatively impacted by the defendants' actions at the
6  nuclear weapons plant, and that impact was worsened by
7  disclosures and publicity before and after the 1989 FBI raid.
8  It stigmatized the property nearby to Rocky Flats.
9            I have only a couple, three minutes, so I'm going to
10 just briefly talk about punitive damages.  If you find that
11 Dow's and Rockwell's conduct was dangerous and reckless,
12 without regarding regard to the consequences and without
13 regard -- or without regard to the rights and safety of to the
14 members of the plaintiff class, that's jury instruction 3.27,
15 which we won't look at but is in your book, but that is the
16 instruction on punitive damages.  There are reasons to award
17 punitive damages in this case.
18            The irreparable pollution of water, soil, and
19 environment around Rocky Flats.  The defendants and their
20 indemnitor, the DOE, repeatedly lied to the public.  We saw
21 some of them this morning.  We saw a Dow press release where
22 Dr. Martell, P95, where Dr. Martell was trashed, and we saw
23 some of the ads that they ran in the wake of the FBI raid.  DOE
24 signed the triparty agreement even though they knew at the same
25 time how really bad the site was.  And here's this news release