# Exhibit 5

Page 10564

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 87

_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:10 a.m., on the 20th day of January, 2006, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

Page 10571

1  where he did studies, that money all came from DOE.

2          Now, Dr. Till and RAC have a vested interest in
3  showing minimal problems at DOE sites.  Do you remember, ladies
4  and gentlemen, Dr. Wing's testimony about what happens when DOE
5  research comes out wrong?  He was sent back to Chapel Hill,
6  North Carolina, to get it right.  Would DOE fund Dr. Till's
7  studies at seven sites for millions and millions and millions
8  of dollars, ask yourself this question, or who knows how much
9  if he didn't get it right in DOE's eyes.

10         Fourth point about Dr. Till.  DOE is not some innocent
11 bystander here.  The defendants blame DOE when it's convenient,
12 but they invoke all this DOE-sponsored research to prove that
13 there is no health risk or insubstantial health risk.  This is
14 a DOE facility.  DOE could have prevented the contractors from
15 doing harm, but they did not.  DOE is on the hook for the
16 judgment in this case and any other cases that might be
17 brought.  DOE's public image is on the line.  DOE wants to
18 convince the public that the plant is cleaned up.

19         Final point on Dr. Till and health risk, there was no
20 monitoring or inadequate monitoring at this plant.  In fact, we
21 showed data and charts during their case and ours that showed
22 the absence of monitoring at this facility or the inadequacy of
23 monitoring at this facility.  There were admissions that even
24 if they monitored, they didn't register or record or analyze it
25 correctly.

Page 10603

1  Our clients have stuck with this for 16 years to see justice
2  finally done in this courtroom.
3       I am asking you to please write that chapter.  I am
4  asking you to award the full amount of $248 million in
5  compensatory damages and $248 million in punitive damages that
6  the plaintiffs have requested.  I am asking you to tell
7  Rockwell, to tell Dow, corporate America, even DOE, this will
8  not be tolerated anymore in our communities.  Stop the
9  wrongdoing.  Stop the lying for once in 50 years, give the
10 neighbors some justice.
11      I thank you, once again, from my clients' hearts, my
12 clients' hearts for your hard work, your attention, your
13 patience.  Whatever your verdict, we believe it will be the
14 right and just one.  Thank you.
15      All right.  We will take a recess now for about 15
16 minutes, ladies and gentlemen, then we will come back, and we
17 will do the instructions.
18      THE COURT:  I want all the people in the spectator
19 section to understand when we come back I am going to be
20 reading 80 pages of instruction.  If you don't want to hear it,
21 stay out, but I don't want people moving around very much to
22 distract from this.  It's a very difficult thing to keep those
23 people on the jury focused on the instructions, so if you don't
24 want to be here, that's fine.  We will be in recess.
25      (Recess at 10:15 a.m.)

Page 10618

1  their side in order for your verdict to be against Dow or
2  Rockwell.  If the plaintiffs fail to meet this burden, your
3  verdict must be for Dow and Rockwell.
4              In defense to plaintiffs' claims, Dow and Rockwell
5  have each asserted an affirmative defense which will be
6  described to you more fully later.  An affirmative defense is
7  more than a denial of the claim.  You should treat Dow and
8  Rockwell's affirmative defense in the same way you treat the
9  plaintiffs' claims; that is, Dow and Rockwell as the parties
10 asserting the affirmative defense have the burden of proving
11 that defense by the same standard, that is, of proving that the
12 affirmative defense is more likely true than not true.
13             In evaluating whether plaintiffs and defendants have
14 met their respective burdens on their claims and defenses, you
15 need to know that the law does not require parties to call all
16 witnesses -- as witnesses all persons who may have been present
17 at any time or place involved in the case or who may appear to
18 have some knowledge of the matters to be determined by you from
19 the evidence, nor does the law require the parties to produce
20 as exhibits all papers or other things mentioned in the
21 evidence in the case.  The law is -- this is a law that is
22 uniformily applied in all civil cases as a matter of practical
23 necessity and common sense.  It is simply not possible for the
24 law to require proof to the degree of absolute certainty.
25             In this case, the problem of proof is further

Page 10619

1  complicated because of Government-imposed secrecy concerning
2  activities at the Rocky Flats installation.  The U.S.
3  Department of Energy has classified documents concerning these
4  activities, and the resulting classification means that some
5  information is deemed secret and is not available to the
6  public.  The authority of the Department of Energy to classify
7  information as secret is firmly established by laws enacted by
8  the Congress of the United States.
9           Neither this Court nor the jury in this case has the
10 authority to decide whether such classification was proper,
11 irrespective of any reasons or allegations made challenging
12 that process.
13          The Department of Energy has made some information
14 concerning Rocky Flats available by a process known as
15 declassification, meaning that some documents, some parts of
16 documents are no longer considered secret.  The propriety of
17 these declassification decisions is likewise not a matter to be
18 decided in this action.
19          You will also see some documents that have been made
20 available by the Department of Energy that contain obliterated
21 or marked-out words.  This process is called redaction which
22 means that the information removed is not available to us in
23 this trial.  For the reasons I have just given, not only are
24 the parties in this case not required to produce as exhibits
25 all papers or other things mentioned in the evidence, they

Page 10620

1  cannot produce some of these documents and things because the
2  Department of Energy has classified that information as secret.
3           You may not speculate or guess about what the
4  unavailable or redacted information might be.  Such unavailable
5  or redacted information might have been favorable or
6  unfavorable to one side or the other in this case, but you must
7  confine your evaluation to the evidence presented to you and
8  base your decision solely on the evidence received during
9  trial.
10          Although there are two defendants in this case, it
11 does not follow from that fact alone that if one defendant is
12 liable to the plaintiffs, both defendants are liable.  Each
13 defendant is entitled to a fair consideration of the evidence.
14 Neither defendant is to be prejudiced should you find against
15 the other.  All instructions I give you govern the case as to
16 each defendant.
17          I will now say a word about your conduct as jurors,
18 and I have done this before, and there is some continuation of
19 it into your deliberations.  First, do not talk with one
20 another about this case or about anyone who has anything to do
21 with it until the end of the case when you go to the jury room
22 to decide on your verdict.
23          Second, do not talk with anyone else about this case
24 or about anyone who has anything to do with it until the trial
25 has ended and you have been discharged as jurors.  Anyone else