# Exhibit 7

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION, and THE DOW CHEMICAL
COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
Trial to Jury
Volume 39

_____

       Proceedings before the HONORABLE JOHN L. KANE, JR.,
Senior Judge, United States District Court for the District of
Colorado, commencing at 9:00 a.m., on the 15th day of November,
2005, in Courtroom A802, United States Courthouse, Denver,
Colorado.

Proceeding Reported by Mechanical Stenography, Transcription
Produced via Computer by Kara Spitler, RMR, CRR,
901 19th Street, Denver, CO, 80294, (303) 623-3080

Page 5340

1  Q   I think you want . . .

2          MR. DAVIDOFF:  Can we blow that up a little bit?

3  Let's go to 105, first, if we can.

4  BY MR. DAVIDOFF:

5  Q   These were questions and answers that the Department of

6  Energy prepared, looking down toward the bottom?

7  A   Yes.

8  Q   And they also released figures on highly enriched uranium

9  MUF at Rocky Flats which was about 668 kilograms at that time;

10  is that correct, sir?

11  A   I believe that's correct.  I mean, we can look in the

12  document and confirm that.

13          MR. DAVIDOFF:  Sorry.

14          106, Mark, not 105.

15  BY MR. DAVIDOFF:

16  Q   There's question here at the bottom -- can we just focus on

17  the bottom Q and A.

18          Didn't material difference used to be called material

19  unaccounted for or MUF?

20          And then the DOE says, Yes, however the term inventory

21  difference is more descriptive of the actual situation, namely,

22  differences between accounting records and inventory by

23  physical identification and measurements.  Each inventory

24  difference accounting transaction is investigated and resolved

25  per Department of Energy orders.  The term MUF does not

1    accurately convey this process and procedure.

2         Do you have any comment on that?

3    A   Well, I don't completely agree with that.  I mean, once you

4    have a -- take an inventory at prescribed inventory period and

5    you estimate a MUF or an inventory difference, if that number

6    is outside of the range of comfort by the people involved, they

7    will initiate an investigation to see what may have caused that

8    large inventory difference.  And they may, through the course

9    of their investigations, that inventory may -- difference may

10   be reduced, and then you'll have a new MUF as a consequence of

11   the remaining material that's -- that's unaccounted for.

12        So at the end of the day, you still have material

13   unaccounted for, and I accept the Department of Energy's

14   numbers.  I don't have any basis for refuting the annual

15   plant-wide summaries of the MUFs that they released in the --

16   1994 and that are shown on the charts.

17   Q   All right.  Now, that's page 112.  Before -- while we're

18   putting that up, before this data was released on June 27,

19   1994, was the amount of missing and unaccounted for plutonium

20   fully known at the Rocky Flats plant?

21   A   Not publicly known, no.

22   Q   Okay.

23   A   There were -- there was a -- in around 1997, the MUF data

24   for a number of plants was -- a number of plants -- again,

25   these were annual summaries.

1    Q    Did you mean 1977?

2    A    1977, or thereabouts, is my recollection.  But the

3    Department of Energy withheld the MUF data for two plants, one

4    of which was Rocky Flats, the other the Y12 plant at Oak Ridge.

5    Q    That may not be clear on the record.  Let me just see.

6              In 1977, the annual MUF data and the cumulative MUF

7    data was released for all but two plants; is that what you

8    said, sir?

9    A    Correct.

10   Q    And it wasn't until 1994 that the cumulative MUF and the

11   annual MUF was released for the Rocky Flats plant and the Y12

12   plant at Oak Ridge; is that what you said?

13   A    Correct.

14   Q    And is there more than one plant at Oak Ridge, besides the

15   Y12 plant?

16   A    Yes, that was a gaseous fusion plant, it's no longer

17   operating, and a laboratory.

18   Q    Now, we reproduced to -- the video that you narrated this

19   slide, which is G876.

20           MR. DAVIDOFF:  And I would offer that, Your Honor.

21   It's a graphic.

22           And this is right out of the video that was already

23   admitted.  PV188.

24           THE COURT:  Just a minute.

25           MR. BERNICK:  I have no quarrel with this being

1    admitted for demonstrative purposes.

2             THE COURT:  All right.  It's admitted for that

3    purpose.

4        (Exhibit 876 admitted.)

5    BY MR. DAVIDOFF:

6    Q    Material unaccounted for or MUF is up at the top, and then

7    you've got five categories where the MUF can be; is that

8    correct, sir?

9    A    That's correct.

10   Q    Okay.  Could you tell the jury, explain these five

11   categories to the jury, if you would, please?

12   A    Well, at the end of your inventory period, the books don't

13   balance.  And if the MUF is positive, the way the formulas are

14   written, would imply that you're missing or cannot account for

15   some prescribed amount of material.  Now, the reason you've got

16   that uncertainty or that inventory difference is because it

17   went -- something happened.  Either that material went to some

18   waste site, outside the measurable area and was not accurately

19   reflected what your books say, or the -- or -- I mean, for

20   example, in the early days of Rocky Flats, they didn't measure

21   what went into a lot of those drums of waste, how much

22   plutonium was in there, and that accounted for much of the

23   early large MUFs.

24           Also it could be -- excuse me -- just a simple

25   bookkeeping error, arithmetic error or measurement error.  That

1    bookkeeping error should include also measurement error.  It

2    could include, and this is one you really worry about, some

3    insider in the plant walking out through the security fences

4    with plutonium.  Stealing it.  And that, that's the biggest

5    reason to keep track of this material so you don't lose bomb --

6    nuclear bomb's worth of material from these plants.

7            It could also end up in the ventilation ducts,

8    accumulate in the ventilation ducts, and you don't have a good

9    idea of how much is in those ducts.  You don't want that to

10   happen because if you get too much accumulation in the

11   ventilation ducts, you could run the risk of a criticality

12   accident and an explosion within that room.

13   Q   Can I stop you there for a second.

14   A   Yes.

15   Q   In fact, was there -- were there substantial quantities of

16   plutonium lost in ventilation ducts and pipes in the various

17   buildings at the Rocky Flats plant, at the end of the day?

18   A   At the end of the day, there was substantial quantities in

19   the ducts.  I have not kept track since 1996 or so of how much

20   was recovered when they dismantled these buildings in the

21   various ventilation ducts.  So they may have been -- there

22   actually may be a reduction or at least a change in the

23   plant-wide MUF number as of today as opposed to the number

24           Now --

25   Q   The --

1    A    Now, the final thing is it could have escaped.

2    Q    Before you get -- tell the jury the final thing and I'll go

3    back.

4    A    Finally, it could escape from the plant.  It could be lost.

5    Now, that's -- when you look at this historical big number, you

6    know, which is more than a ton of plutonium -- I mean, we know

7    that there's not a ton of plutonium lost to the environment.

8    Our best judgment or at least my best judgment is most of that

9    MUF is accounted for in the waste.  But there could be a

10   significant -- in terms of your health effects calculation,

11   there could be a substantial amount associated, for example,

12   with the 1957 fire.  Because if you look at the literature, in

13   1964, there was a big review of the MUF problem at Rocky Flats

14   because it had sort of recognized it had gotten out of control.

15   And in that report, there's a reference to the '57 fire and the

16   fact that MUF associated just in the glove box area where the

17   fire took place, the MUF for just that material balance area,

18   over the period of that fire, was, by the 1964 estimate, about

19   6 kilograms.

20         Other experts have -- since then have said it's

21   higher, you know, there's a 8.3 kilograms.  Number's not so --

22   difference isn't so important.

23         But 6 kilograms is 6,000 grams -- and remember we got

24   to divide that by 13.7.  And I can't do that in my head.

25         So that's -- is that right?

1          It's over, over 400 curies.  And if it were 8.3

2     divided by 13.7, it would be about 600 curies.

3          Now, if you look at the sort of range of expert

4     opinion on what was released from the '57 fire, the newest

5     number is, upper limit, best estimate, 21 curies, upper limit,

6     36 curies, and a MUF of 600 curies.

7          So you see --

8          MR. BERNICK:  Your Honor --

9     A   -- there's an opportunity --

10         MR. BERNICK:  Excuse me, Dr. Cochran.  If we could

11    have a reference point to the source and date of the numbers

12    that were just quoted.

13         MR. DAVIDOFF:  Well, Your Honor, I actually was going

14    to go right to it.  As soon as we're done with this, I'm going

15    to go right to a document at least on the first one.

16         THE COURT:  Okay.

17         MR. BERNICK:  It's very important.  He just testified,

18    I don't know if it was in response to your question, but you

19    certainly wrote it down, about the release estimates.  And I

20    want to know whether these release estimates postdate his

21    report.  That's why I'm asking.

22         THE COURT:  Okay.

23         MR. DAVIDOFF:  Well, actually, I'll clarify that.  The

24    8.3 grams, which is the latest estimate, does postdate your

25    report.

Page 5347

1           MR. BERNICK:  8.3 kilograms as a release estimate or

2    as a MUF estimate?

3           MR. DAVIDOFF:  As a MUF estimate.  Thank you,

4    Mr. Bernick, for correcting me.

5           THE COURT:  Go ahead.

6    BY MR. DAVIDOFF:

7    Q   The 8.3-kilogram MUF estimate, does that postdate your

8    report?

9    A   Yes.

10   Q   Okay.  The 6-kilogram MUF estimate from the 1957 fire,

11   that's discussed in your report; is that correct?

12   A   Yes.  The differences are not important.

13   Q   But we're going to the -- we're going to come to that

14   document in a moment.

15           I just want to clarify some of these terms if I can.

16   A material balance area could be 771 building where the 1957

17   fire occurred or portions of the 771 building itself.  Could

18   those be separate material balance areas?

19   A   I would presume that was the case.

20           MR. BERNICK:  Object.  He's not, I believe, supposed

21   to be presuming here, and --

22           THE COURT:  Sustained.

23           THE WITNESS:  I -- let me rephrase it, if I might.

24           MR. BERNICK:  Ask him.

25           THE WITNESS:  In the document --

Page 5348

1    BY MR. DAVIDOFF:

2    Q    Please rephrase it, Dr. Cochran.

3    A    In my report, I made reference to documents citing on the

4    order of a hundred material balance areas.  The logical

5    conclusion one would draw from that is that the major buildings

6    where plutonium work was handled had multiple material balance

7    areas within them.

8    Q    Okay.  Now, when Secretary O'Leary, as part of this

9    openness initiative, released the total MUF and the annual MUF

10   for the Rocky Flats plant, were the separate MUFs for the

11   material balance areas, the separate material balance areas

12   within the plant released at the same time?

13   A    No.  And also by the same token, you do inventories more

14   than once a year in these material balance areas; and so all

15   that was revealed was the arithmetic sum of the MUFs, summed

16   over all material balance areas and summed over inventory

17   periods for one year.

18         So you get a lot less useful information when that's

19   all you get.  It would be -- at least from my point of view in

20   preparing the report for this case, it would have been much

21   more useful to have the MUF data for individual mass balance

22   areas by inventory period.

23   Q    And inventory period was monthly or bimonthly; is that

24   correct, sir?

25   A    I think it differed.  I mean, the evidence indicates it

1   differed depending on the material balance area.

2   Q    Let me just see if we can follow that up a little bit, and

3   then I need to come back to a couple of other items in your

4   slide here.

5         For example, has that -- have all those material

6   balance area MUFs for the different periods remained classified

7   since 1994?

8   A    Yes.

9   Q    And so even as of today, other than the annual MUF for the

10  plant, we don't have individual MUFs for material balance areas

11  for individual buildings or for monthly or bimonthly periods;

12  is that correct, sir?

13  A    We don't have it on an unclassified basis, and therefore I

14  have no access to it.

15  Q    And the public has no access to it?

16  A    That's correct.

17  Q    For example, let's take the 1957 fire.  We know that that

18  fire occurred on September 11, 1957, in the 771 building, then

19  known as the 71 building.

20        If you had the material balances for the 771 building

21  and you had the inventories during the months preceding and the

22  months -- and maybe even the months during the following year,

23  following the fire, would that be of material assistance to you

24  in analyzing the extent of the MUF from the 1957 fire and

25  possibly even the releases from the 1957 fire?

Page 5350

1   A    Yes.

2   Q    And that material was unavailable to us; is that correct,

3   sir?

4   A    It was not available to me.

5   Q    Now, let's go back to the ducts and pipes for a second

6   where there was a lot of plutonium lost at least in 1996 when

7   you made the video, PV188 that we just saw.

8           Are there any hazards other than what hazards other

9   than a criticality could occur with respect to material that

10  was caught up or lost in ducts and pipes in various buildings

11  of the plant?

12  A    Well, it would represent a risk if there were a fire

13  associated with those ducts or if there was a failure in the

14  filter system so that some of that material could have been

15  directly released.

16  Q    And just taking some somewhat less probable occurrences, if

17  there were an earthquake, which you mentioned on your video, or

18  a plane crash or a wind storm that took the roof of a building

19  off, would that also be a risk with respect to the plutonium

20  caught up in the ducts and pipes?

21  A    Yes.  As would other plutonium inventories in the plant.

22  Q    Now, has -- let's go back to some documents that you

23  reviewed in your report.

24          If we could look at P559, which is a May 21, 1971,

25  document.

Page 5351

1          MR. DAVIDOFF:  That is a Dow document, Your Honor,

2    which I think is admissible, if it can be received.

3          THE COURT:  No objection.  It's admitted.

4      (Exhibit 559 admitted.)

5    BY MR. DAVIDOFF:

6    Q    This is a -- this was by Mr. Bowman from the Dow plant

7    dated May 21, 1971.  And I want to read you some portions of

8    this and then ask you for some comments.  If we could go to the

9    first paragraph.  It looks like it's a presentation.  The title

10   is "Measurement and MUF Problems."  And it's -- incidentally,

11   before we actually do that, at the top it says, Not cleared for

12   public release.  Do you see that?

13   A    Yes.

14   Q    And then on the left side, there's a date of 6-26-96, as

15   the date that this document was finally declassified, 25 years

16   later; is that correct, sir?

17         MR. BERNICK:  Your Honor, again, this now goes over

18   the edge in terms of the test that Your Honor has announced.

19   The test that Your Honor has announced is that this material or

20   that information concerning release comes in to the extent that

21   it shows that the plaintiffs in this case did not have access

22   to the information.  They did have the access to this document,

23   and to go back over the history of its declassification --

24         MR. DAVIDOFF:  Your Honor, I object to the -- I object

25   to the speech by counsel.

Page 5352

1              MR. BERNICK:  Improper testimony to the jury.

2              THE COURT:  This isn't the purpose for which it is

3      offered.  Overruled.

4              MR. DAVIDOFF:  The speaking objection --

5              THE COURT:  That's enough.  Let's go on.

6      BY MR. DAVIDOFF:

7      Q    In the next few minutes, I'm going to try -- it was

8      declassified in 1996, correct, sir?

9      A    That's correct.

10     Q    And apparently this was a presentation to people that had

11     clearances in 1971.  In the next few minutes, I'm going to try

12     to and explore with you one of the most thoroughly researched

13     and audited complex, and speaking to myself, most perplexing

14     problems, MUF.

15             The next paragraph, please.

16             MUF is the acronym coined for the term material

17     unaccounted for in our plutonium operations.  Essentially it

18     means the difference between the amount of plutonium that

19     should be on hand based on our receipts and shipments and the

20     amount of material actually located and measured in our

21     physical inventory.  In making this calculation, the amount of

22     material shipped and/or measured waste discard has been

23     subtracted out as a normal operating loss, or N-O-L, making the

24     MUF truly a measure of the amount of material that cannot be

25     accounted for.

1         Sir, could you comment on what -- explain what he's

2    discussing here as the difference between measured waste

3    discard subtracted as an NOL or normal operating loss and the

4    MUF that cannot be accounted for?

5    A    Well, in the early days, they did not measure, certainly

6    not accurately, but they essentially did not measure the

7    plutonium going into the waste.  And so as a consequence, they

8    were getting very large MUFs.  As I mentioned earlier, by 1964,

9    when it was recognized that this MUF problem was -- and these

10   are my words, not theirs -- out of hand, they revised their

11   procedures and started to try to measure the amount of

12   plutonium that was in the waste or -- and they referred to it

13   as normal operating loss.

14        And that would mean that the subsequent MUFs more

15   accurately reflect what they don't know about where the

16   material is, but they are more confident that it is not in the

17   waste.  I mean, some of it could still be -- a MUF could still

18   be in the waste 'cause their analysis of normal operating

19   losses may have been incorrect as well.  But they've attempted

20   to subtract that out of the problem, from the problems.

21   Q    All right.  If we could go to the fourth paragraph.

22   There's a portion here I want to call your attention to.

23        MR. DAVIDOFF:  Can you go down a little lower, below

24   those brackets, please.

25   BY MR. DAVIDOFF:

Page 5354

1    Q    Historically -- thank you -- historically MUF has been a

2    problem with us since the beginning of operations in 1952.

3    Let's look at the last ten years.  From 1961 through fiscal

4    year 1970, my first slide shows the quantity of MUF each year.

5           And then that is still -- see those two brackets.

6    Does that indicate that the declassifier has taken out some

7    still classified information, even in 1996?

8    A    That is correct.

9    Q    Okay.  And then if we could go to the next page, at the top

10   of page 2, and those top two paragraphs.

11          He's further discussing this, and this is the

12   declassified version.  I have taken 1966 as one of the years in

13   question and plotted a monthly variation of the MUF as a

14   function of throughput.  This is shown on slide 3.

15          As you can see, there is extreme variation including

16   several months in which a negative MUF occurred.  The most

17   significant thing apparent in this slide is that one very bad

18   month is followed by a good month and vice versa.  These same

19   characteristics can be observed for any year plotted.

20          About a year ago, our mathematics group made a

21   statistical analysis of MUF as a function of throughput and

22   concluded there was no correlation between the two.

23          And then the next two lines are blanked out.  Do you

24   see that, sir?

25   A    Yes.

Page 5355

1  Q    And that's more still classified information withheld in

2  1996; is that correct?

3  A    That is correct.

4  Q    Okay.  And then it goes down to the next -- throughput, by

5  the way, is output, production; is that correct, sir?

6  A    That is correct.

7  Q    In a similar manner, we've examined MUF as a function of

8  normal operating loss and a workload as expressed by casting

9  charges.  In both cases we find that no correlations to be

10 drawn.

11         Then if we could look at page 3 in the paragraph

12 numbered three.  He's still making his presentation.

13         Historically analysis of the sludge leaving the waste

14 processing buildings has amounted to almost twice as much as

15 the total of the liquid streams shipped to the waste processing

16 facility.  Considerable effort has been expended to bring this

17 ratio down, blank, and efforts are continuing to reduce it even

18 further by improving sampling and analytical techniques.

19         That type of information was still being deleted in --

20 by classifiers in 1996; is that correct, sir?

21 A    That is correct.

22 Q    Then if we can look in 4.  However, if my hypothesis is

23 correct that MUF and quantity of nonspec or related measurement

24 is the problem -- and then he goes on to say, The most

25 difficult part is the measurement of the plutonium content of

Page 5356

1  drums whether it's a waste or recoverable residue.  And to save

2  time, I'll just -- if we can just show the rest of that, but

3  I'm not going to read through the rest of that.

4           Even in this document, which was largely declassified,

5  there was still important information that was not available;

6  is that correct, sir?

7  A    That is correct.

8  Q    You can -- let's look at the top of page 6, which there's a

9  paragraph numbered two there, that large paragraph.  It was

10  also known that the existing barrel counters gave erratic

11  results at high plutonium levels.  And here he's discussing the

12  difference in the plutonium counts in drums and the difficulty

13  that that posed in measuring MUF.

14           Is that correct?

15  A    That is correct.

16  Q    And then finally, if we can look at the last paragraph of

17  the document, which is on page 7 -- which is on page 7.  When

18  we look back at some of the problems, out-fall, ditches, ponds,

19  nitrate problems, MUF, and long-term waste management and

20  storage, the ultimate solution is to have the capability and

21  capacities to remove all plutonium from waste, and we are

22  working hard on this approach.

23           Is that right, sir?

24  A    That's what it says.

25  Q    And then if we can move to P10, which I think relates to

Page 5357

1  your 6-kilogram estimate on the 1957 fire.

2  A   Excuse me.  Which --

3  Q   P10.  And we're going to put that up on the screen to save

4  some time.

5       MR. DAVIDOFF:  Your Honor, I believe you already ruled

6  that this is admissible.

7       THE COURTROOM DEPUTY:  What's the exhibit number?

8       MR. DAVIDOFF:  P10.

9       I don't know whether it was received, Miss Bush, but

10 it was discussed by Judge Kane yesterday and ruled admissible.

11 BY MR. DAVIDOFF:

12 Q   Now, this is -- this document was also actually

13 declassified in 1995 or 1996; is that correct?

14 A   Around that time, yes.

15 Q   Do you recall actually getting this document declassified

16 before the plaintiffs did and furnishing it to us?

17 A   Yes.

18 Q   Now, if you could look at -- let's see if we can look at

19 the whole cover page.  It's titled "Study of Unaccounted For

20 Plutonium Losses" --

21 A   Let me correct.

22      I recall getting the document from DOE before you did,

23 before your law firm did.  And I recall providing it to you.

24 I -- my recollection is hazy on -- with regard to whether I

25 asked that it be declassified.  It may have been declassified

Page 5358

1    and just made available to me.

2    Q    The document was declassified after the 1994 openness

3    initiative?

4    A    Correct.

5    Q    Now, I want to look at some of the portions of this

6    document.  This is a document -- if we could focus right in the

7    middle there.

8          This document was originally generated in January of

9    1964 at Dow -- by Dow, and by Messrs. Zodtner and Rogers, but

10   it was kept secret, it was at least kept secret for 30 years?

11   A    Yes.

12   Q    Now, let's look at some of the discussion of the 1957 fire

13   in the 19 --

14         MR. BERNICK:  Your Honor, if I could have just a brief

15   sidebar.

16         THE COURT:  Okay.

17     (At the bench:)

18         THE COURT:  Okay.

19         MR. BERNICK:  This is just the kind of thing that only

20   serves to create friction in the courtroom.  Your Honor has

21   ruled that whether or not this was maintained as classified for

22   some period of time was -- it's irrelevant.  The question is

23   what did they have in this case.  And the witness has been very

24   consistent.  And Mr. Davidoff at every opportunity wants to

25   come right up to the line and without actually suggesting that

Page 5359

1   keeping it secret was wrong, to imply that it was wrong by

2   talking about how long it remained classified.  Well, it's

3   clear that all these documents were classified from the very

4   time they were created, so we all know how long they were

5   maintained as classified, but it's not relevant.  And, you

6   know, it's just this kind of thing that then requires that I

7   stand up, make an objection, come to sidebar, so that we can

8   get clarification for about the thousandth time about what is

9   and what is not in this case.

10          Now, the dialogue was very clear before we started

11  this morning with respect to that 1983 document that I said, I

12  don't have a problem if it comes in, but not insofar as the

13  classification element is concerned.

14          Oh, okay, I won't use it for that purpose.

15          And now we're seeing all these other documents where

16  exactly the same argument is being made; that is, it was

17  classified for such a long period of time, and it was only

18  classified sometime later.  That suggests improper withholding.

19  It doesn't serve to advance any other proposition because they

20  have it in this case.

21          MR. DAVIDOFF:  Can I just respond briefly, Your Honor?

22          THE COURT:  Yes.

23          MR. DAVIDOFF:  I didn't imply there was any

24  impropriety in the declassification.  This is directly relevant

25  to several reasons.  The defendants have made a major argument