# Exhibit 9

Page 619

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 90-cv-00181 (JLK)


MARILYN COOK, et al,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
COMPANY,

Defendants.

_____


REPORTER'S TRANSCRIPT
(Jury Trial -- Volume V-A)
_____


        Proceedings before the HONORABLE JOHN L. KANE, JR.,
Judge, United States District Court, for the District of
Colorado, commencing at 8:21 a.m. on the 12th day of
October, 2005, Alfred A. Arraj United States Courthouse,
Denver, Colorado.

Page 652

 1   complete either before 1989 or after 1992 or it was never

 2   complete.  So, therefore, the Dow and Rockwell are not

 3   responsible for creating the nuisance.  And I will just

 4   remind you, this article, what the evidence will show --

 5   if we can just focus in on the lower left corner there.

 6   Where it says flats won't come clean for years, this is

 7   back in 1990.  January of 1990.

 8         Flats won't come clean for years.  The task is

 9   likely to continue well into the next century.  It sure

10   looked like it was pretty ongoing at that time.  Complete,

11   comparatively enduring.  It didn't look like there was an

12   end in sight in 1990.

13         And the evidence will show that, and we will ask

14   you to take yourselves back and try and place where the

15   market was and where the property class members were in

16   1990, looking at this daunting prospect that this

17   contaminated site would not be cleaned up for decades or

18   more.

19         Also, I think it is relevant to that that Dow

20   Rockwell and their indemnitor, the DOE, covered up the

21   crimes and covered up the missing plutonium, the MUF,

22   until after the FBI raid in 1989.  One thing that I should

23   have mentioned yesterday is that it really wasn't until

24   1994, 5 years later, that DOE even admitted that there

25   were 2,600 pounds of missing plutonium at Rocky Flats.