IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

## DEFENDANTS' MOTION RE STANDARDS

For the reasons stated in Part Two (Preemption) of defendants' submission in support of their opposition to plaintiffs' motion for entry of judgment, defendants respectfully move to set aside the jury verdict in plaintiffs' favor on the ground that (1) the federal standards identified in Part Two establish defendants' duty of care with respect to the plutonium releases on which plaintiffs base their claim, and (2) those federal standards conflict with, and therefore preempt, Colorado nuisance law insofar as that law would permit recovery without proof that defendants violated the duty of care set forth in those federal standards.  Because plaintiffs were never required to prove that their alleged injuries result from plutonium releases that exceeded the permissible concentration of plutonium in air specified in the federal standards, or result from

radiation exposures that exceed the dose limits specified in those standards, the jury verdict in their favor cannot stand.

    To reduce the amount of paper this Court need review, defendants incorporate by reference as their brief in support of this motion Part Two of defendants' submission in support of their opposition to plaintiffs' motion for entry of judgment.

Date: September 10, 2015

/s/ *Kevin T. Van Wart,*
Kevin T. Van Wart, P.C.
Bradley H. Weidenhammer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Phone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  kvanwart@kirkland.com

Joseph Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Phone:  (303) 297-2900

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of September, 2015, he caused the foregoing Motion re Standards to be served via the Court's ECF system on all participating counsel.

/s/ *Kevin T. Van Wart*
Kevin T. Van Wart, P.C.