IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK
_____

MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB,
RICHARD BARTLETT, and SALLY BARTLETT, *et al*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

        Defendants.
_____

UNCONTESTED MOTION FOR
EXTENSION OF TIME
_____

Plaintiffs respectfully request an extension of time, until October 23, 2015, to complete and file their reply briefs in response to Defendants' numerous filings on September 10, 2015 (Doc. Nos. 2372 through and including 2378). These filings were in response to Plaintiffs' Motion for Entry of Judgment, Doc. Nos. 2367 and 2371 (corrected). The current deadline is September 24, 2015.

Defendants' filings included a four part opposition that totaled almost 180 pages of memoranda plus a voluminous amount of exhibits.

Counsel for Plaintiffs conferred with counsel for Defendants concerning this request. Counsel for Defendants reported that Defendants assent to Plaintiffs' request for an extension until October 23, 2015.

Wherefore, Plaintiffs respectfully request that the Motion for Extension of Time be granted.

Dated: September 21, 2015						Respectfully submitted,


							 */s/ David F. Sorensen*
							Merrill G. Davidoff
							David F. Sorensen
							BERGER & MONTAGUE, P.C.
							1622 Locust Street
							Philadelphia, PA 19103
							(215) 875-3000

							Gary B. Blum
							Steven W. Kelly
							SILVER & DEBOSKEY, P.C.
							1801 York Street
							Denver, CO 80206
							(303) 399-3000

							Louise Roselle
							Paul De Marco
							Markovits, Stock and De Marco, LLC
							119 E. Court Street, Suite 510
							Cincinnati, OH 45202
							(513) 651-3700

							*Attorneys for Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of September, 2015, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                           */s/ David F. Sorensen*
                                           David F. Sorensen
                                           BERGER & MONTAGUE, P.C.
                                           1622 Locust Street
                                           Philadelphia, PA 19103
                                           (215) 875-3000