**PLAINTIFFS' EXHIBIT LIST**

| Exhibit # | Description |
|---|---|
| 1 | Excerpts from Trial Transcript, *Cook v. Rockwell Int'l Corp.*, No. 90-cv-00181 |
| 2 | Supplemental Appendix, pages SA382-584 |
| 3 | Excerpts from July 1997 Affidavit of Dr. John A. Auxier, with attachments 2, 3, 8-12 |
| 4 | Opening Brief of Defendants-Appellants-Cross-Appellees, Case No. 08-1224, Doc. No. 01017648899 (Mar. 9, 2009) |
| 5 | Plaintiffs'-Appellants' Principal Brief, Case No. 14-1112, Doc. No. 01019262216 (June 10, 2014) |
| 6 | Brief of Defendant-Appellees, Doc. No. 01019278418 (10th Cir. July 14, 2014) |
| 7 | Transcript of Oral Argument Recording, *Cook v. Rockwell Int'l Corp.*, No. 14-1112 (10th Cir. Filed Nov. 26, 2014) |
| 8 | Answers to Jury Questionnaire |
| 9 | Defendants' Proposed Nuisance Instruction Nos. 14-15, 17-18 |
| 10 | Reply in Support of Motion for Entry of Judgment, dated March 19, 2007, Doc. No. 2240 |

List of Transcript Cites:
240-46
247-49
475-77
479
487-88
492-93
509
538-39
570-71
587-88
652
722-23
837-38

1446-47
1658-59
1670

3002-20
3025-40
3043-57
3060-66
3072
3076
3159-63
3178-79
3204-07
3655-3662
3677-78

4173
4800-05
4808-43
4862
4947
4961-5007

5014
5086
5100-01
5102
5106-07
5123-24
5127-44
5146-50
5287
5322-28
5340-59

5358-60
5579-07
5606-36
5685-91
5748
5754-57
5783-84

6283
6293-95

7466
7549-50
7590
7591
7595
7602
7603
7605-06
7632
7644
7645-7648
7751

8080-81
8082
8291

9019