# EXHIBIT 2

ATTACHMENT 2

AEC DBM LETTER

January 3, 1951

0056934

RECEIVED

JAN 4 1951

G. R. PROUT

IN REPLY
REFER TO:

ODH:RLP

**UNITED STATES**
**ATOMIC ENERGY COMMISSION**

HANFORD OPERATIONS OFFICE
P. O. BOX 550
RICHLAND. WASHINGTON

JAN 3 1951

Management Copy
Action Copy Sent To:     8 0 5
1. H M Parker
2.
Information Copies Sent To:
1. W. O. Norwood        with one
2. O. H. Greager         att. for
3. H. M. al Freminger    each.
4. W. C. Johnson
5.
6.
7. F. K. McCune

Date 1-4-51       @

General Electric Company
Hanford Works
Richland, Washington

Attention:  Mr. G. R. Prout, General Manager

Subject:  PERMISSIBLE LEVELS OF RADIATION AND CONCENTRATIONS
OF RADIOACTIVE ISOTOPES

Gentlemen:

The attached statements prepared by the Division of Biology and
Medicine, A.E.C. Washington Office, specify the maximum
permissible levels of external radiation and the maximum per-
missible concentrations of certain radioactive isotopes as applied
to A.E.C. and A.E.C-installation personnel. These new limits
supersede the recommendations contained in our letter of March 29,
1950, subject "Permissible Levels of Radiation".

The tolerances listed in Group I of Attachment B are firmly based
on the best available data and opinion. Values in Group II of
Attachment B are those suggested at the Chalk River Conference,
but are considered to be based on insufficient supporting data
and are included for information only. It is considered unlikely
that the permissible values listed in Attachment B will be altered
appreciably in the next several years.

We would appreciate receiving your opinion as to whether applica-
tion of the new tolerances will have any adverse effect on Hanford
Works operations.

Very truly yours,

David F. Shaw

David F. Shaw
Manager

Enclosures:
7 cys of
Attachments A, B & C

RECEIVED
OCT 2 4 1995
10 20

0056936

ATTACHMENT

## PERMISSIBLE LEVELS OF EXTERNAL RADIATION

The maximal permissible level for chronic exposure of the total body to penetrating radiation (beta, gamma, X-rays) shall be at the rate of 0.3 rep per week at an effective depth in soft tissue of 5 centimeters, assumed to be the depth of the blood-forming organs. A measured dose not exceeding the rate of 0.3 rep per week in air will be assumed to meet these requirements.

For soft components of radiation (including beta rays with energy less than 2 Mev), an additional rate of 0.2 rep per week, as measured in air, is permissible. The maximal permissible level for chronic exposure to the basal layer of the skin, at a depth corresponding to 7 milligrams per square centimeter, may thus be at the rate of 0.5 rep per week -- but with the restriction that the dose at the depth of the blood-forming organs shall not exceed the rate of 0.3 rep per week.

In case of exposures limited to the hands and forearms, the maximal permissible dose shall be 1.5 rep per week, measured in air or at the basal layer of the skin.

Weekly (or bi-weekly) exposure records should be kept of all personnel who are subject to such exposure. For administrative purposes, however, exposure levels may be considered in terms of the average taken over a longer period of time not to exceed three months. A single week's exposure need not be considered excessive if it is not over twice the permissible level of 0.3 rep per week (or twice the level of 0.5 rep per week under the appropriate conditions), provided the average weekly exposure over three months does not exceed the maximal permissible limit.

0056937

# FOR OFFICIAL USE ONLY

ATTACHMENT B

## LIST OF PERMISSIBLE RADIO-ISOTOPE CONCENTRATIONS
## FOR THE GUIDANCE OF AEC AND AEC-INSTALLATION PERSONNEL
## BASED ON HARWELL AND CHALK RIVER CONFERENCES

### GROUP I---BASED ON HARWELL AND AEC CONFERENCES

| ISOTOPE | MAXIMUM PERMISSIBLE BODY BURDEN | PERMISSIBLE° AIR CONCENTRATION | PERMISSIBLE°° WATER CONCENTRATION |
|---|---|---|---|
| $Ra^{226}$ | 0.1 $\mu c$ (bone) | $8 \times 10^{-12}$ $\mu c/cc$ | $4 \times 10^{-5}$ $\mu c/cc$ |
| $Pu^{239}$ | 0.04 $\mu c$ (bone) | $2 \times 10^{-12}$ $\mu c/cc$ | $1.5 \times 10^{-6}$ $\mu c/cc$ |
| $U^{Natural}$ | --- | $1.7 \times 10^{-11}$ $\mu c/cc$ ($25 \mu g/m^3$) | --- |
| Soluble $U^{233}$ | 0.04 $\mu c$ (bone) | $8 \times 10^{-20}$ $\mu c/cc$ | $1.6 \times 10^{-4}$ $\mu c/cc$ |
| Insoluble $U^{233}$ | 0.008 $\mu c$ (lung) | $1.6 \times 10^{-11}$ $\mu c/cc$ | --- |
| Sol. $U^{235} + U^{234}$ | 0.04 $\mu c$ (bone) | $8 \times 10^{-11}$ $\mu c/cc$ | $1.6 \times 10^{-4}$ $\mu c/cc$ |
| Insol. $U^{235} + U^{234}$ | 0.008 $\mu c$ (lung) | $1.6 \times 10^{-11}$ $\mu c/cc$ | --- |
| $I^{131}$ | 0.3 $\mu c$ (body) | | |
| | 0.18 $\mu c$ (thyroid) | $4 \times 10^{-9}$ $\mu c/cc$ | $3 \times 10^{-5}$ $\mu c/cc$ |
| $H^3$ (as HTO) | $10^4$ $\mu c$ (body) | $5 \times 10^{-5}$ $\mu c/cc$ | 0.4 $\mu c/cc$ |
| (as HT) | --- | $5 \times 10^{-2}$ $\mu c/cc$ | --- |
| $Sr^{90}$ | 1 $\mu c$ | $1 \times 10^{-10}$ $\mu c/cc$ | $8 \times 10^{-7}$ $\mu c/cc$ |
| $Na^{24}$ | 15 $\mu c$ | --- | $8 \times 10^{-3}$ $\mu c/cc$ |
| $P^{32}$ | 10 $\mu c$ | --- | $3 \times 10^{-4}$ $\mu c/cc$ |

° Air concentrations are calculated on basis of 168 hours/week exposure, with breathing rate of $1.25 \times 10^6$ cc per hour of working time and $0.63 \times 10^6$ cc per hour of off-time. If exposure is during working time only, permissible concentrations may be increased accordingly.

°° Water concentrations are based on assumption of 1.5 liters per day of intake as liquid, and 1.0 liters per day of intake in food.

# FOR OFFICIAL USE ONLY

0056938

**FOR OFFICIAL USE ONLY**
ATTACHMENT B (cont.)

## GROUP II -- BASED ON CHALK RIVER CONFERENCE
### (for information only)

| ISOTOPE | MAXIMUM PERMISSIBLE BODY BURDEN | PERMISSIBLE AIR CONCENTRATION | PERMISSIBLE WATER CONCENTRATION |
|---|---|---|---|
| $C^{14}$ (as $CO_2$) | 300 $\mu c$ | $1 \times 10^{-6}$ $\mu c/cc$ | --- |
| $S^{35}$ | 200 $\mu c$ | $2 \times 10^{-6}$ $\mu c/cc$ | $1 \times 10^{-2}$ $\mu c/cc$ |
| $Co^{60}$ | 1 $\mu c$ | $2 \times 10^{-9}$ $\mu c/cc$ | $1 \times 10^{-5}$ $\mu c/cc$ |
| $A^{41}$ | --- | $1 \times 10^{-6}$ $\mu c/cc$ | --- |
| $Xe^{133}$ | --- | $1 \times 10^{-5}$ $\mu c/cc$ | --- |
| $Xe^{135}$ | --- | $3 \times 10^{-6}$ $\mu c/cc$ | --- |
| $Sr^{89}$ | 2.0 $\mu c$ | --- | --- |
| $Th^{234}$ ($UX_1$) | 0.8 $\mu c$ | --- | --- |

**FOR OFFICIAL USE ONLY**

OC56939

FOR OFFICIAL USE ONLY

## BASES OF CALCULATION FOR HARWELL-AEC VALUES

| Isotope | $Ra^{226}$ | $Pu^{239}$ | $I^{131}$ | $H^3$ | $Sr^{90}$ | $Na^{24}$ | $P^{32}$ | $U^{233}$ AND $(U^{235} + U^{234})$ SOLUBLE | INSOLUBLE |
|---|---|---|---|---|---|---|---|---|---|
| Radioactive Half-Life, $T_R$ | 1622 y | $2.4 \times 10^4$ y | 8d | 12.4 y | 25y | 14.8h | 14.3d | $1.6 \times 10^5$ y ($U^{233}$) | |
| Biological Half-Life, $T_B$ | $10^4$ d | $10^4$ d | 8d | 7d | $10^4$ d | 7d | 14d | -- | --- |
| Effective[1] Mean Life | $10^4$ d | $10^4$ d | 12d | 10d | 7000d | 0.8d | 20d | 100d | 200d |
| Permissible Body Burden (μc) | 0.1 | 0.04 | 0.3 body 0.18 thyroid | $10^4$ | 1 | 15 | 10 | (bone) 0.04 | (lung) 0.008 |
| Permissible[2] Deposition per day (μc) | $10^{-5}$ | $4 \times 10^{-6}$ | 0.015 | $10^3$ | $1.4 \times 10^{+4}$ | 20 | 0.5 | $4 \times 10^{-4}$ | $4 \times 10^{-5}$ |
| Absorption via lungs and retained in critical organ | 6% | 10% | 20% | 100% | 6% | -- | -- | 2.5% | 12.5% |
| Permissible[3] conc. in air (μc/cc) | $8 \times 10^{-12}$ | $2 \times 10^{-12}$ | $4 \times 10^{-9}$ | $8 \times 10^{-5}$ | $1.2 \times 10^{-10}$ | -- | -- | $8 \times 10^{-10}$ | $1.6 \times 10^{-11}$ |
| Absorption via gut and retained in critical organ | 10% | 0.1% | 20% | 100% | 10% | 100% | 75% | 0.1% | --- |
| Permissible[3] conc. in water (μc/cc) | $4 \times 10^{-8}$ | $1.5 \times 10^{-6}$ | $3 \times 10^{-5}$ | 0.4 | $5.6 \times 10^{-7}$ | $8 \times 10^{-3}$ | $3 \times 10^{-4}$ | $1.6 \times 10^{-4}$ | --- |

(1)  Effective mean life $= 1.45\ T_B T_R/(T_B/T_R)$

(2)  Permissible deposition per day $=$ body burden/effective mean life

(3)  Permissible conc. $=$ permissible deposition per day/(fraction absorbed x daily consumption) where daily consumption is $2 \times 10^7$ cc of air or $2.5 \times 10^3$ cc of water.

FOR OFFICIAL USE ONLY

ATTACHMENT 3


ICRP - NBS HANDBOOK 47
June 29, 1951

**U. S. Department of Commerce**     Charles Sawyer, Secretary
**National Bureau of Standards**     E. U. Condon, Director

# Recommendations of the
# International Commission on
# Radiological Protection

and of the

# International Commission on
# Radiological Units
# 1950



## National Bureau of Standards Handbook 47
### Issued June 29, 1951

For sale by the Superintendent of Documents, Washington 25, D. C. - Price 15 cents

# Recommendations of the

# International Commission on

# Radiological Protection

III

G.P.O.

# Preface

This Handbook gives the recommendations agreed upon by the International Commission on Radiological Protection of the International Congress of Radiology at its recent meeting in London during the Sixth International Congress of Radiology in July 1950.

The International Congress of Radiology was organized in 1925 under the auspices of radiological and medical groups from all countries of the world. Official delegates to the Congress are named from the radiological societies and national standardization laboratories of each country. At the 1950 meetings 57 countries were represented.

The International Commission on Radiological Protection (ICRP) is one of the two permanent commissions operating under the auspices of the International Congress of Radiology. This Commission was first organized in 1928 and has been continuously active ever since. General meetings have been held during each Congress in which recommendations concerning radiological protection have been established.

Because of the rapid developments in the field of high-energy radiation and the advent of atomic energy, it has been necessary to make frequent revision of our ideas concerning radiological protection. With the development of knowledge in the biological and genetic fields, it appears that the older permissible dosage levels did not carry sufficiently large safety factors. For that reason, the permissible levels of exposure for the whole body have been lowered during the last few years.

At the same time, a new form of potential hazard has arisen because of the possibility of radioactive isotopes lodging within the body structure. While there is a great deal of uncertainty today regarding some of the factors involved when radioactive materials enter the body, it is, nevertheless, possible to lay down some tentative safety levels for ingested

**IV**

isotopes. These figures will undoubtedly be revised from time to time, but the present ones will serve as a reasonable guide.

The first part of the report gives the firm recommendations of the International Commission on Radiological Protection. The Supplement does not represent firm recommendations but gives, for informational purposes, the best available data on the permissible amounts of radioisotopes in the body.

The following individuals compose the International Commission on Radiological Protection and all were present at the London meetings:

SIR ERNEST ROCK CARLING, Chairman, Great Britain.

LAURISTON S. TAYLOR, Acting Secretary, U. S. A.

W. BINKS, Great Britain.

E. L. CHÉRIGIÉ, France.

A. J. CIPRIANI, Canada.

R. JAEGER, Germany.

W. V. MAYNEORD, Great Britain.

R. R. NEWELL, U. S. A.

R. SIEVERT, Sweden.

The next meeting of the International Commission on Radiological Protection will be held in Copenhagen in 1953.

E. U. CONDON, *Director*.

v

# Contents

|  | Page |
|---|---|
| Preface | IV |
| I. Introduction | 1 |
| II. Exposure to external radiation | 2 |
|     1. Exposure of individuals to X, gamma, and beta radiation | 2 |
|         (a) Whole-body exposure | 2 |
|         (b) Critical tissues | 3 |
|         (c) Partial exposure | 3 |
|     2. Whole-body exposure of individuals to neutrons | 3 |
| III. Exposure to internal radiation | 3 |
| IV. Working conditions | 4 |
| V. General X-ray and radium recommendations | 4 |
| VI. X-ray protective recommendations | 5 |
|     1. Diagnostic work | 5 |
|     2. Treatment | 5 |
| VII. Electrical precautions in X-ray rooms | 6 |
| VIII. Film storage precautions | 7 |
| IX. Radium protective recommendations | 7 |
|     1. Radium salts | 7 |
|     2. Radon | 8 |
|     3. Radium-beam therapy | 9 |
| Supplement on maximum permissible amounts of radioactive isotopes | 10 |

| | | | | |
|---|---|---|---|---|
| $Ra^{226}$ | 10 | $C^{14}$ (as $CO_2$ in air) | 12 |
| $Pu^{239}$ | 11 | $Na^{24}$ | 13 |
| $Sr^{89}$ and $Sr^{90}$ ($+Y^{90}$) | 11 | $P^{32}$ | 13 |
| Natural uranium | 12 | $Co^{60}$ | 13 |
| $Po^{210}$ | 12 | $I^{131}$ | 14 |
| $H^3$ | 12 | | |

| | |
|---|---|
| Appendix I—Standard man | 16 |
|     1. Mass of organs | 16 |
|     2. Chemical composition | 16 |
|     3. Applied physiology | 17 |
|         (1) Water balance | 17 |
|         (2) Respiration | 17 |
|         (3) Retention of particulate matter in the lungs | 17 |
|     4. Duration of exposure | 18 |
|         (1) Duration of occupational exposure | 18 |
|         (2) Duration of "lifetime" for nonoccupational exposure | 18 |
| Appendix II—Relative biological efficiency | 18 |

Supplemental Appendix Page No. 393

Page
IV
1
2

2
2
3
3
3
3
4
4
5
5
5
6
7
7
7
9

10

12
13
13
13
14

16
16
16
17
17
17
17
18
18

18
18

# Recommendations of the International Commission on Radiological Protection 1950

## I. Introduction

Developments in nuclear physics and their practical applications since the last International Congress have greatly increased the number and scope of potential hazards. At the same time, biological research has led to an extension of our knowledge of the dangers associated with ionizing radiations. This increase of biological knowledge has not only brought a realization of the importance of certain effects, particularly carcinogenic and genetic effects, but has also provided more information as to the permissible levels of radiation. The International Commission on Radiological Protection has therefore adopted new radiation safety standards with more rigid criteria. Such standards must, in view of the still limited experience of the effects of radiation, be kept continually under review. It appears that the effects to be considered are:

1. Superficial injuries.
2. General effects on the body, particularly the blood and blood-forming organs, e. g., production of anemia and leukemias.
3. The induction of malignant tumors.
4. Other deleterious effects including cataract, obesity, impaired fertility, and reduction of life span.
5. Genetic effects.

While it is still fundamental to express whole-body exposure in terms of a single number, it is not practicable, in general, in view of the complexity of circumstances now arising, to express the maximum permissible hazards in terms of a single parameter. It is, for example, highly desirable to derive values of maximum permissible concentrations of radioactive materials, in the air or in drinking water, taking into account the metabolism of the materials concerned, and assuming standard anatomical, physiological, and chemical data. Furthermore, the previously accepted value of 1 r/week for maximum permissible exposure to external radiation itself needs revision in the light of the

1

nature of the radiations to which workers are now exposed. There is the added difficulty that the roentgen is not an acceptable unit of dose for all ionizing radiations. Accordingly, the following recommendations are based on considerations of the equivalent energy absorbed in tissue, coupled with the appropriate relative biological efficiency.

While the values proposed for maximum permissible exposures are such as to involve a risk that is small compared to the other hazards of life, nevertheless in view of the unsatisfactory nature of much of the evidence on which our judgments must be based, coupled with the knowledge that certain radiation effects are irreversible and cumulative, it is strongly recommended that every effort be made to reduce exposures to all types of ionizing radiations to the lowest possible level.

## II. Exposure to External Radiation

1. EXPOSURE OF INDIVIDUALS TO X, GAMMA, AND BETA RADIATION.

(a) *Whole-Body Exposure.* A careful consideration of the deleterious biological effects enumerated in the Introduction, in the light of observations on man and of the experimental data on animals, has led to the conclusion that, insofar as the well-being of the individual is concerned, the most dangerous effects of external radiation are probably those on the blood-forming organs. Although the dose delivered to these organs is regarded as a fundamental quantity, for practical reasons the maximum permissible exposure is best stated in terms of the dose per week received on the surface. The figure of 1 r/week previously adopted by the International X-ray and Radium Protection Commission seems very close to the probable threshold for adverse effects, particularly for radiations of high energy, which are more frequently encountered now than formerly. A reduction of acceptable permissible surface dose level is therefore called for. For these reasons, and for those previously outlined in the Introduction, it is recommended that:

(i) *In circumstances under which the whole body may be exposed over an indefinite period to X or gamma radiation of quantum energy less than 3 Mev, the maximum permissible dose received by the surface of the body shall be 0.5 r in any 1 week. This dose corresponds to 0.3 r/week measured in free air.*

(ii) *In the case of high-energy beta rays, the maximum permissible exposure of the surface of the body in any 1 week shall be the energy flux of beta radiation such that the absorption*

2

*per gram of superficial tissues is equivalent to the energy absorption from 1.5 r of hard gamma rays. For purposes of calculation, the superficial tissues concerned shall be assumed to be the basal layer of the epidermis, defined conventionally as lying at a depth corresponding to 7 mg/cm².*

(b) *Critical tissues.* The recommendations relating to exposure to external radiation are primarily framed in relation to exposure of the whole body. Nevertheless, a greater exposure should not be permitted for irradiation confined to a particular organ or tissue, except in the case of the hands and forearms. Measurements may be made either in air or at the surface of the body with backscatter, and it is estimated that the surface dose of 0.5 r of penetrating electromagnetic radiation would correspond roughly to 0.3 r at the critical tissue, namely, the blood-forming organs, conventionally assumed to lie at a depth of 5 cm below the surface. This figure of 0.3 r is the fundamental figure, which is thought appropriate for the irradiation of any critical tissue, with the one obvious exception of the skin.

(c) *Partial exposure.* It is recommended that:

*In the case of exposure of the hands and forearms to X, gamma and beta radiation, the maximum permissible dose shall be 1.5 r (or its energy equivalent) in any one week at the basal layer of the epidermis, defined conventionally as lying at a depth corresponding to 7 mg/cm².*

2. Whole-Body Exposure of Individuals to Neutrons.

The International Commission on Radiological Protection considers that the maximum permissible energy absorption per gram of tissues exposed to fast neutrons should not be greater than one-tenth of that permitted for high-energy quantum radiation. The Commission is presently in the process of collecting data as a basis for future numerical recommendations.

## III. Exposure to Internal Radiation

3. While the Commission does not, at the moment, consider that there is sufficient information to make firm recommendations concerning maximum permissible exposures to internal radiation from radioactive isotopes, it brings to the notice of users of radioactive isotopes values which are commonly used, at the present time, in the United States of America, Canada, and Great Britain. These values will appear in a supplementary document to be prepared and circulated by the Commission. The Commission

923654—51——2

3

will continually review these values as new information becomes available, and will, if necessary, circulate amended values.

# IV. Working Conditions

4. The following conditions are recommended for radiation workers:

(a) The amount of radiation received by operators should be systematically checked to insure that the maximum permissible dose is not exceeded. For this purpose, photographic films or small ionization chambers should be carried on the person.

(b) In addition, radiation workers should be systematically submitted, both on entry and subsequently, to expert blood examinations every three months, and to medical and general examinations once a year, special attention being paid to the hands. These examinations will determine the acceptance, refusal, limitation or termination of occupation involving radiation exposure.

# V. General X-ray and Radium Recommendations

5. All rooms should be provided with adequate ventilation. In certain climates it may be necessary to have recourse to air conditioning. For rooms of normal dimensions, say 3,000 ft³ (90 m³) in which corona-free apparatus is installed, the ventilating system should be capable of renewing the air of the room not less than six times per hour, while up to 10 times may be required when the apparatus is not corona-free. Large rooms require proportionately fewer changes of air per hour than small ones. Air inlets and outlets should be arranged to afford cross-wise ventilation of the room.

6. All rooms should preferably be decorated in light colors.

7. A working temperature of about 18° to 22° C (65° to 72° F) is desirable in X-ray rooms.

8. X-ray rooms should be large enough to permit a convenient lay-out of the equipment. A minimum floor area of 250 ft² (25 m²) is recommended for X-ray rooms, and 100 ft² (10 m²) for darkrooms. Ceilings should be not less than 11 ft (3.5 m) high.

9. High-tension generators having exposed high-tension systems should preferably be placed in a separate room from the X-ray tube.

4

# VI. X-ray Protective Recommendations

10. An X-ray operator should on no account expose himself to a direct beam of X-rays.

11. An operator should place himself as remote as practicable from the X-ray tube. It should be borne in mind that valve tubes are capable of producing X-rays.

12. The X-ray tube should be self-protected, or otherwise surrounded as completely as possible with protective material of adequate lead equivalent.

13. Barriers of protective material against primary and secondary radiation should be erected and should be of sufficient thickness to reduce the radiation level at any point of occupancy to the permissible levels stated above.

## 1. Diagnostic Work

14. In the case of diagnostic work with other than completely protected tubes, the operator should be afforded additional protection from stray radiation by a screen of a minimum lead equivalent of 1 mm.

15. Screening examinations should be conducted as rapidly as possible with minimum intensities and apertures, particularly when fractures are reduced under X-rays. Palpation with the hand should be reduced to the minimum.

16. The lead glass of fluorescent screens should be of sufficient thickness to reduce the radiation to the permissible level.

17. In the case of screening stands, the fluorescent screen should, if necessary, be provided with a protective "surround", so that adequate protection against direct radiation is afforded for all positions of the screen and diaphragm.

18. Screening stands and couches should provide adequate arrangements for protecting the operator against scattered radiation from the patient.

19. Protective gloves, which should be suitably lined with fabric or other material, should have a protective value not less than ½-mm lead throughout both back and front (including fingers and wrist). Protective aprons should have a minimum lead value of ½-mm.

## 2. Treatment

20. In the case of X-ray treatment, the operator is best stationed completely outside the X-ray room behind a protective wall, the lead equivalent of which will depend on the circumstances. In the case of a single X-ray tube excited by voltages up to 200 kv, the protective wall should have a

5

minimum lead equivalent of 2 mm. This figure should be increased in the case of higher exciting voltages or of heavy tube currents so as to reduce the radiation at any point of occupancy to the agreed permissible level. In such event the remaining walls, floor, and ceiling may also be required to provide supplementary protection for adjacent occupants to an extent depending on the circumstances. Full protection should be provided in all those directions in which the direct beam can operate. Inspection windows in screens and walls should have protective lead values equivalent to that of the surrounding screen or wall.

21. In those cases in which an X-ray tube is continuously excited, and treatment periods are regulated by means of a shutter, some form of remote control should be provided for the shutter, to insure that the operator is not exposed to direct radiation while manipulating the shutter or filter.

22. Efficient safeguards should be adopted to avoid the omission of a metal filter in X-ray treatment, for example, by an interlocking device or by continuously measuring the emergent radiation. Protective screens and applicators (cones) used in treatment to define the ports of entry of X-ray beams should be sufficiently thick to reduce the dosage-rate outside the direct field of irradiation to less than 2 percent that of the direct beam.

## VII. Electrical Precautions in X-ray Rooms

23. The floor-covering of the X-ray rooms should be of insulating material such as wood, rubber, or linoleum.

24. Where permanent overhead conductors are employed, they should be not less than 9 ft (3 m) from the floor. They should consist of stout metal tubing or other coronaless type of conductor. The associated connecting leads should be of coronaless wire kept taut by suitable rheophores.

25. Wherever possible, grounded guards or grounded sheaths should be provided to shield the more adjacent parts of the high-tension system. Unshielded leads to the X-ray tube should be in positions as remote as possible from the operator and the patient. The use of "shock-proof" X-ray equipment, in which the high-tension circuit is completely enclosed in earthed conductors, is recommended. In all cases, however, indiscriminate handling of X-ray tubes during operation should be forbidden. Unless there are reasons to the contrary, metal parts of the apparatus and room should be efficiently grounded.

26. Main and supply switches should be very accessible and distinctly indicated. They should not be in the prox-

6

imity of the high-tension system, nor should it be possible for them to close accidentally. The use of quick-acting, double-pole circuit breakers is recommended. Overpowered fuses should not be used. If more than one apparatus is operated from a common generator, suitable high-tension, multiway switches should be provided. In the case of some of the constant-potential generators, a residual charge is held by the condensers after shutting down, and a suitable discharging device should therefore be fitted. Illuminated warning devices that operate when the equipment is "alive" serve a useful purpose. The staff should be trained in the use of first-aid instructions dealing with electric shock. If foot switches are used, they should be connected in series with an ordinary switch, and should be so designed that they cannot be locked to keep the circuit "alive", and are not capable of being closed accidentally.

27. Some suitable form of kilovoltmeter should be provided to afford a measure of the voltage operating the X-ray tube.

28. Low flash-point anaesthetics should never be used in conjunction with X-rays.

## VIII.  Film Storage Precautions

29. The use of nonflammable X-ray films is strongly recommended. In the case of flammable films, suitable precautions should be taken as regards their use and storage. Large stocks should be kept in isolated stores, preferably in a separate building or on the roof.

## IX.  Radium Protective Recommendations

### 1. Radium Salts

30. Protection for radium workers is required from the effects of:

    (a) Beta rays upon the hands.

    (b) Gamma rays upon the internal organs, vascular and reproductive systems.

31. In order to protect the hands from beta rays, reliance should be placed, in the first place, on distance. The radium should be manipulated with long-handled forceps, and should be carried from place to place in long-handled boxes, lined on all sides with at least 1 cm of lead. All manipulations should be carried out as rapidly as possible.

32. Radium, when not in use, should be stored in a safe as distant as possible from the personnel. It is recommended

7

that the safe should be provided with a number of separate drawers individually protected. In the table below will be found the thicknesses of lead which will reduce the radiation to permissible levels at various distances from the source.

33. A separate room should be provided for the "make-up" of screened tubes and applicators, and this room should only be occupied during such work.

34. In order to protect the body from the penetrating gamma rays during handling of radium, a screen of not less than 2.5 cm of lead should be used, and proximity to the radium should only occur during actual work, and for as short a time as possible.

35. The measurement room should be a separate room, and it should preferably contain the radium only during its actual measurement.

36. Nurses and attendants should not remain in the same room as patients undergoing radium treatment with quantities exceeding ½ g.

37. All unskilled work, or work that can be learned in a short period of time, should preferably be carried out by temporary workers, who should be engaged on such work for periods not exceeding 6 months. This applies especially to nurses and those engaged in "making-up" applicators.

38. Radium containers should be tested periodically for leakage of radon. Prejudicial quantities of radon may otherwise accumulate in radium safes, etc., containing a number of leaky containers.

39. Information regarding the quantity of radium and type of transport container, which will be accepted for transmission by land, sea, or air, should be obtained from the appropriate transport authorities in the individual countries.

## 2. Radon

40. In the manipulation of radon, protection against beta and gamma rays is required, and automatic or remote controls are desirable.

41. The handling of radon should be carried out, as far as possible, during its relatively inactive state.

42. Precautions should be taken against excessive gas pressures in radon plants. The escape of radon should be very carefully guarded against, and the room in which it is prepared should be provided with an exhaust fan controlled from outside the room.

43. Where radon is likely to come in direct contact with the fingers, thin rubber gloves should be worn to avoid contamination of the hands with active deposit. Otherwise,

8

the protective measures recommended for radium salts should be carried out.

44. The pumping room should preferably be contained in a separate building. The room should be provided with a connecting tube from the special room in which the radium is stored in solution. The radium in solution should be heavily screened to protect people working in adjacent rooms. This is preferably done by placing the radium solution in a lead-lined box, the thickness of lead recommended being according to the table below.

### 3. Radium-Beam Therapy

45. The risks to the operator attendant on the use of large quantities of radium in radium-beam therapy may be largely obviated if some system of remote control is adopted by which the radium is only introduced into the "bomb" after the latter has been adjusted in position on the patient. If such arrangements are not available, the importance of expeditious handling is stressed.

46. Rooms used for radium-beam therapy should provide adequate protection for adjacent wards and rooms in permanent occupancy. In the following table are given the lead thicknesses required to ensure that the maximum permissible level is not exceeded. Data may very conveniently be represented in a nomograph showing amounts of radiation through lead barriers at different distances from the source.

| Quantity of radium (0.5-mm Pt screen) | Thickness of lead to give weekly maximum permissible dose at the following distances from the source | | | | |
|---|---|---|---|---|---|
| | 20 cm | 50 cm | 1 m | 2 m | 5 m |
| *g* | *cm* | *cm* | *cm* | *cm* | *cm* |
| 0.1 | 10.0 | 6.0 | 3.5 | 1.0 | 0 |
| .2 | 11.5 | 7.5 | 4.5 | 2.0 | 0 |
| .5 | 13.5 | 9.5 | 6.5 | 4.0 | 0.5 |
| 1.0 | 15.5 | 11.0 | 8.0 | 5.0 | 1.5 |
| 2.0 | 16.0 | 12.5 | 9.5 | 6.5 | 3.0 |
| 5.0 | 18.0 | 14.5 | 11.5 | 8.5 | 4.5 |
| 10.0 | 19.5 | 16.0 | 13.0 | 10.0 | 6.0 |

**9**

# Supplement on
# Maximum Permissible Amounts of
# Radioactive Isotopes

The International Commission on Radiological Protection finds that, at present, it is not in a position to make firm recommendations regarding the maximum permissible amounts of radioactive isotopes that may be taken into, or retained in, the body. It is possible, however, on the basis of the general principles set forth in "International Recommendations on Radiological Protection," as revised by ICRP at the Sixth International Congress of Radiology, July 1950, to make reasonable calculations of the maximum permissible amounts of several of the more important radioactive isotopes.

In the meantime, the ICRP draws attention to the following data on maximum permissible exposures to radioactive isotopes *for occupational workers*, presently used in the United States, Canada, and the United Kingdom. The radioactive isotopes can enter the body either by inhalation or by ingestion. Accordingly, figures are also given for the maximum permissible levels (mpl) of various isotopes in air and in liquid media.

## $Ra^{226}$

Clinical observations on chronic radium poisoning in man indicates that the most serious effects are anemia and damage to bone, including osteogenic sarcoma. Both effects appear to have a threshold of the order of 1 microcurie fixed in the skeleton. Accordingly, it is accepted that

(a) *The maximum permissible amount of radium fixed in the body is 0.1 microcurie.*

(b) *For radium appearing in the atmosphere as a soluble aerosol, assuming that 25 percent of the inhaled amount is absorbed and that 25 percent of the absorbed amount is retained with a mean life of about $10^4$ days, the maximum concentration in air for soluble compounds is $8 \times 10^{-12}$ microcurie/ml.*

(c) *If radium enters the body through liquid media, assuming 10 percent of the ingested amount is retained with a mean*

**10**

*life of about $10^4$ days, the maximum permissible concentration of the liquid is $4 \times 10^{-8}$ microcurie/ml.*

## Pu$^{239}$

On the basis of the relative biological effects of plutonium and radium, as observed in animal experiments, it is accepted that

(a) *The maximum permissible amount of Pu$^{239}$ fixed in the body is 0.04 microcurie.*

For soluble compounds of plutonium in the atmosphere, it is estimated that 10 percent of the inhaled material is absorbed, with a mean life of $10^4$ days. The maximum permissible concentration in air is, therefore, $2 \times 10^{-12}$ microcurie/ml.

For insoluble compounds, it is estimated that the mean life in the lung is 200 days. If the irradiation of the lungs by alpha rays were limited to the biological equivalent of 0.3 r/week, the corresponding concentration of the plutonium in air would be $7.5 \times 10^{-12}$ microcurie/ml. In view of the possibility of the transference of some of the insoluble material from the lungs to the skeleton; it is suggested that

(b) *The maximum permissible concentration of Pu$^{239}$ in air is $2 \times 10^{-12}$ microcurie/ml, for soluble and insoluble compounds.*

(c) *For Pu$^{239}$ in liquid media, assuming that 0.1 percent of the ingested amount is retained in the skeleton with a mean life of $10^4$ days, the maximum permissible concentration is $1.5 \times 10^{-6}$ microcurie/ml.*

## Sr$^{89}$ and Sr$^{90}$ (+Y$^{90}$)

On the basis of the observed relative biological effects of Sr$^{89}$ and Ra on animals, it is accepted that

(a) *The maximum permissible amount of Sr$^{89}$ in the body is 2.0 microcurie*

Since the combined disintegration energy of the Sr$^{90}$+Y$^{90}$ pair is twice that of Sr$^{89}$, the maximum amount of Sr$^{90}$ that can be permitted in the body is only one-half that of Sr$^{89}$. Accordingly,

(b) *The maximum permissible amount of Sr$^{90}$ in the body is 1.0 microcurie.* If strontium is assumed to behave like radium as regards uptake, then

(c) *For Sr$^{90}$ in air, assuming that 25 percent of the inhaled amount is absorbed and 25 percent of the absorbed amount is retained with a mean life of about 15 years, the maximum permissible concentration is $2 \times 10^{-10}$ microcurie/ml.*

(d) *For Sr$^{90}$ in liquid media, assuming 10 percent of the*

Supplemental Appendix Page No. 404

*ingested amount is retained with a mean life of about 15 years the maximum permissible concentration is $8 \times 10^{-7}$ microcurie/ml.*

## Natural Uranium

As the specific activity of natural uranium is so low, it is considered that the hazards arising from its use are mainly chemical.

## Po²¹⁰

Although polonium is not a bone-seeking isotope, some data exist on its toxicity relative to radium in animals. On this basis, it is accepted that

*The maximum permissible amount of Po²¹⁰ in the body is 0.005 microcurie.*

## H³

It is assumed that tritium will be encountered in chemical forms in which free exchange takes place with ordinary hydrogen in the aqueous vapour in the lungs. If the mean energy of the beta radiation is 5.5 kv, a concentration of 0.14 microcurie/g of tissue will result in the biological equivalent of 0.3 r/week. The mean life of $H^3$ in the body is taken to be 10 days. A concentration of 0.14 microcurie/g of tissue corresponds to 10 millicuries uniformly distributed in the 70 kg of the "standard man." It is, therefore, accepted that

(a) *The maximum permissible amount of $H^3$ in the body is 10 millicuries.*

(b) *The maximum concentration of $H^3$ in air, based on a permissible daily intake of 1 millicurie and complete absorption in the lungs, is $5 \times 10^{-5}$ microcurie/ml.*

(c) *The maximum concentration of $H^3$ in liquid media, based on a permissible daily intake of 1 millicurie, and complete absorption in the body, is 0.4 microcurie/ml.*

## C¹⁴ (as CO₂ in air)

A rate of energy absorption biologically equivalent to 0.3 r/week would be produced by 0.014 microcurie of $C^{14}$ per gram of tissue. If the highest proportion of carbon in any tissue is 50 percent, then the maximum permissible concentration of $C^{14}$ in carbon in the body is 0.028 microcurie/g of carbon. The postulated route of entry of $C^{14}$ into the body is via the alveoli of the lungs, and the isotopic concentration in the alveolar air must therefore be limited to 0.028 microcurie/g of carbon. As alveolar air contains 5.5 percent by

12

*years*

*ocurie/*

*r*, it is
mainly

some
. On

*ody is*

mical
y hy-
mean
on of
quiv-
dy is
urie/g
buted
e,

*body*

*on a*
*ption*

*media,*

*com-*

o 0.3
4 per
any
ntra-
/g of
body
ation
micro-
t by

volume of carbon dioxide, the maximum permissible concentration of $C^{14}$ in the $CO_2$ of the alveolar air is about $1 \times 10^{-6}$ microcurie/ml.   Accordingly,

*The maximum permissible concentration of $C^{14}$ as carbon dioxide in air is $1 \times 10^{-6}$ microcurie/ml.*

### $Na^{24}$

The energy (beta and gamma) absorbed in the body per disintegration of $Na^{24}$ is estimated to be 2.7 Mev.   As sodium is uniformly distributed throughout the body.

(a) The maximum permissible amount of $Na^{24}$ in the body, corresponding to a dose rate biologically equivalent to 0.3 r/week, is 15 microcuries.

As biological excretion may be neglected in comparison to the radioactive decay, for which the mean life is 0.8 day:

(b) *For $Na^{24}$ in liquid media, the maximum permissible concentration, assuming complete absorption, is $8 \times 10^{-3}$ microcurie/ml.*

### $P^{32}$

Experimental and clinical data in man show that at times of the order of the mean life of $P^{32}$, that is, about 20 days, the concentration of $P^{32}$ in red bone marrow reaches a value only about three times the average concentration for the whole body.   As most of the $P^{32}$ is still diffused throughout the body, a dose rate biologically equivalent to 0.3 r/week in the critical tissue (red bone marrow) is, therefore, produced by a total quantity of approximately 25 microcuries of $P^{32}$ in the whole body.   In order to allow for the possible occurrence of higher local concentrations in bone marrow:

(a) *The maximum permissible amount of $P^{32}$ in the body is 10 microcuries.*

(b) *The maximum permissible concentration of $P^{32}$ in liquid media, assuming that 100 percent is absorbed and that the biological excretion can be neglected in comparison to the radioactive decay, is $2 \times 10^{-4}$ microcurie/ml.*

### $Co^{60}$

Making the assumption that all the cobalt that is absorbed is deposited in the liver and that the effective energy in the liver is 1.3 Mev per disintegration, the amount of $Co^{60}$ to give a dose rate biologically equivalent to 0.3 r/week is 1 microcurie.   It is, therefore, accepted that

13

(a) *The maximum permissible amount of Co$^{60}$ in the body is 1 microcurie.*

(b) *The maximum permissible concentration of Co$^{60}$ in liquid media, assuming 100-percent absorption and a half-life in the liver of 20 days, is $1 \times 10^{-5}$ microcurie/ml.*

<div align="center">I$^{131}$</div>

The energy absorbed in the thyroid gland per disintegration of I$^{131}$ is estimated to be 0.27 Mev, and so the amount of I$^{131}$ in the gland to give a dose rate biologically equivalent to 0.3 r/week is 0.18 microcurie, which would correspond to about 0.3 microcurie in the body. It is, therefore, accepted that

(a) *The maximum permissible amount of I$^{131}$ in the body is 0.3 microcurie.*

(b) *The maximum permissible concentration of I$^{131}$ in air assuming that 100 percent is absorbed, that 20 percent of the absorbed amount is deposited in the thyroid, and that biological excretion from the gland can be neglected in comparison to radioactive decay, is $3 \times 10^{-9}$ microcurie/ml.*

(c) *The maximum permissible concentration if I$^{131}$ in liquid media, assuming that 100 percent is absorbed, that 20 percent of the absorbed amount is desposited in the thyroid gland, and that biological excretion from the gland can be neglected in comparison to radioactive decay, is $3 \times 10^{-5}$ microcurie/ml.*

All the preceding permissible amounts of isotopes refer to occupational exposure, and are summarized in the following table.

<div align="center">14</div>

*Summary of permissible levels for radioactive isotopes*

| | $Ra^{226}$ | $Pu^{239}$ | $Sr^{89}$ | $Sr^{90}$ $(+Y^{90})$ | $Po^{210}$ | $H^3$ | $C^{14}$ (as $CO_2$ in air) | $Na^{24}$ | $P^{32}$ | $Co^{60}$ | $I^{131}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mpl in body ----- microcuries | 0.1 | 0.04 | 2.0 | 1.0 | 0.005 | $1\times10^4$ | | 15 | 10 | 1 | 0.3 (0.18 in thyroid) |
| Effective mean life ---- days | $10^4$ | $10^4$ | | 5000 | | 10 | | 0.8 | 20 | 20 | 12 |
| Permissible daily deposition in body ---- microcuries | $10^{-6}$ | $4\times10^{-6}$ | | $2\times10^{-7}$ | | $1\times10^3$ | | 20 | 0.5 | 0.05 | 0.015 (to thyroid) |
| Proportion absorbed via lungs and retained in body | 0.06 | 0.1 | | 0.06 | | 1 | | 1 | 1 | 1 | 0.2 (to thyroid) |
| Mpl in air ---- microcurie/ml | $8\times10^{-12}$ | $2\times10^{-12}$ | | $2\times10^{-10}$ | | $5\times10^{-3}$ | $1\times10^{-3}$ | $8\times10^{-1}$ | $2\times10^{-1}$ | $1\times10^{-1}$ | $3\times10^{-9}$ |
| Proportion retained from gut | 0.1 | 0.001 | | 0.1 | | | | | | | 0.2 |
| Mpl in liquid media .. microcurie/ml | $4\times10^{-8}$ | $1.5\times10^{-4}$ | | $8\times10^{-7}$ | | 0.4 | | | | | $3\times10^{-5}$ |

15

*ody is*

*liquid in  e*

ation of $I^{131}$ nt to nd to epted

*ody is*

n air of the ogical on to

*liquid ent of d that rison*

fer to owing

# Appendix I.  Standard Man

## 1. Mass of Organs

| Organs | Grams |
|---|---|
| Muscles | 30,000 |
| Skeleton: | |
|     Bones | 7,000 |
|     Red marrow | 1,500 |
|     Yellow marrow | 1,500 |
| Blood | 5,000 |
| Gastrointestinal tract | 2,000 |
| Lungs | 1,000 |
| Liver | 1,700 |
| Kidney | 300 |
| Spleen | 150 |
| Pancreas | 70 |
| Thyroid | 20 |
| Testes | 40 |
| Heart | 300 |
| Lymphoid tissue | 700 |
| Brain | 1,500 |
| Spinal cord | 30 |
| Bladder | 150 |
| Salivary glands | 50 |
| Eyes | 30 |
| Teeth | 20 |
| Prostate | 20 |
| Adrenals | 20 |
| Thymus | 10 |
| Skin and subcutaneous tissues | 8,500 |
| Other tissues and organs not separately defined | 8,390 |
| Total body weight | 70,000 |

## 2. Chemical Composition

| Element | Proportion | Approximate mass in the body |
|---|---|---|
| | Percent | g |
| Oxygen | 65.0 | 45,500 |
| Carbon | 18.0 | 12,600 |
| Hydrogen | 10.0 | 7,000 |
| Nitrogen | 3.0 | 2,100 |
| Calcium | 1.5 | 1,050 |
| Phosphorus | 1.0 | 700 |
| Potassium | 0.35 | 245 |
| Sulfur | .25 | 175 |
| Sodium | .15 | 105 |
| Chlorine | .15 | 105 |
| Magnesium | .05 | 35 |
| Iron | .004 | 3 |
| Manganese | .0003 | 0.2 |
| Copper | .0002 | .1 |
| Iodine | .00004 | .03 |

The figures for a given organ may differ considerably from these averages for the whole body.  For example, the nitrogen content of the dividing cells of the basal layer of skin is probably nearer 6 percent than 3 per cent.

16

## 3  Applied Physiology

Average data for normal activity in a temperate zone:

(1) *Water balance:*

### DAILY WATER INTAKE

| | |
|---|---|
| In food (including water of oxidation) | 1.0 liter |
| As fluids | 1.5 liters |
| Total | 2.5 liters |

Calculations of maximum permissible levels for radioactive isotopes in water have been based on the total intake figure of 2.5 liters a day.

### DAILY WATER OUTPUT

| | |
|---|---|
| Sweat | 0.5 liter |
| From lungs | .4 liter |
| In feces | .1 liter |
| Urine | 1.5 liters |
| Total | 2.5 liters |

(*The total water content of the body is 50 liters*)

(2) *Respiration:*

### AREA OF RESPIRATORY TRACT

| | |
|---|---|
| Respiratory interchange area | 50m² |
| Nonrespiratory area (upper tract and trachea to bronchioles) | 20m² |
| Total | 70m² |

### RESPIRATORY EXCHANGE

| Physical activity | Hours per day | Tidal air (liters) | Respiration per minute | Volume per 8 hours $m^3$ | Volume per day $m^3$ |
|---|---|---|---|---|---|
| At work | 8 | 1.0 | 20 | 10 | 20 |
| Not at work | 16 | 0.5 | 20 | 5 | |

### CARBON DIOXIDE CONTENT (BY VOLUME) OF AIR

| | |
|---|---|
| Inhaled air (dry, at sea level) | 0.03% |
| Alveolar air | 5.5% |
| Exhaled air | 4.0% |

(3) *Retention of particulate matter in the lungs:*

In those cases where specific data are lacking, the convention has been adopted that 50 percent of any aerosol reaches the alveoli of the lungs. If the particles are soluble, they have been considered to be completely absorbed; if insoluble, then the 50 percent amount has been regarded as retained for 24 hours, after which only half of it, that is, 25 percent of the inhaled amount, is retained *in situ* indefinitely.

17

### 4. Duration of Exposure

(1) *Duration of occupational exposure*

The following figures have been adopted in calculations pertaining to occupational exposure:

8 hours per day.
40 hours per week.
50 weeks per year.

(2) *Duration of "lifetime" for nonoccupational exposure*

A conventional figure of 70 years has been adopted.

# Appendix II.  Relative Biological Efficiency

The relative biological efficiency of any given radiation has been defined by comparison with the gamma radiation from radium filtered by 0.5 mm of platinum.  It has been expressed numerically as the inverse of the ratio of the dose of the two radiations (in ergs per gram of tissue) required to produce the same biological effect under the same conditions.    It has been assumed, for purposes of calculation, that the relative biological efficiency of a given radiation is the same for all effects mentioned in the Introduction, with the single exception of gene mutations.    The following values have been adopted:

| Radiation | Relative biological efficiency |
|---|---|
| Gamma rays from radium (filtered by 0.5 mm of Pt) | |
| X-rays of energy 0.1 to 3.0 Mev | 1.0 |
| Beta rays | |
| Protons | 10 |
| Fast neutrons of energy not greater than 20 Mev | 10 |
| Alpha rays | 20 |

The effective figure for slow neutrons should be derived in any given case from an evaluation of the separate contributions to the biological effect by protons arising from the disintegration of the nitrogen nuclei and by gamma rays arising from the capture of neutrons by hydrogen nuclei.

18

er... ...ning

ncy

has been
n filtered
ly as the
per gram
the same
that the
ne for all
n of gene

# Recommendations of the
# International Commission on
# Radiological Units

ny given
biological
nitrogen
trons by

**19**

# Preface

This Handbook gives the recommendations agreed upon by the International Commission on Radiological Units of the International Congress of Radiology at its recent meeting in London during the Sixth International Congress of Radiology in July 1950.

The International Congress of Radiology was organized in 1925 under the auspices of radiological and medical groups from all countries of the world. Official delegates to the Congress are named from the radiological societies and national standardization laboratories of each country. At the 1950 meetings 57 countries were represented.

The International Commission on Radiological Units (ICRU) is one of the two permanent commissions operating under the auspices of the International Congress of Radiology. This Commission was first organized in 1925 and has been continuously active ever since. General meetings have been held during each Congress in which recommendations concerning radiological units and standards have been established.

Because of the rapid development of the high-energy radiation field it has been necessary to make frequent revisions of our ideas concerning radiological units and standards. At the outset, the basic unit of radiation dosage was built largely around the technique employed for its measurement. Because of the rapid advances in the art this has necessitated an embarrassing number of revisions in the last 25 years. In order to minimize this possibility in the future, it was agreed at the last meeting of the Commission to attempt to utilize basic physical units for the description of radiation dosage. While it is realized that it is not practical at the present time to make direct measurements in terms of these units, it is also realized that the old unit is no longer valid, particularly in the multimillion-volt region. The

20

uncertainties by either method at present involve similar physical considerations. It seems a wise course, therefore, to direct our attention toward basic physical units rather than to perpetuate the difficulties that have been encountered in the use of the old units, which have been in use since 1928.

The following individuals compose the International Commission on Radiological Units, and all were present at the London meetings:

W. V. MAYNEORD, Chairman, Great Britain.
L. S. TAYLOR, Secretary, U. S. A.
W. BINKS, Great Britain.
R. COLIEZ, France.
F. ELLIS, Great Britain.
G. FAILLA, U. S. A.

H. HOLTHUSEN, Germany.
G. C. LAURENCE, Canada.
R. R. NEWELL, U. S. A.
W. J. OOSTERKAMP, Holland.
B. RAJEWSKY, Germany.
R. SIEVERT, Sweden.
A. TIVOLI, Italy.

The next meeting of the International Commission on Radiological Units will be held in Copenhagen in 1953.

E. U. CONDON, *Director.*

21

# Contents

|  | Page |
| --- | --- |
| Preface | 20 |

### SECTIONS

| | Page |
| --- | --- |
| A. Units | 23 |
| B. Dose or the specification of the conditions of X-ray treatment | 25 |
| C. Dose or the specification of the conditions of gamma-ray treatment | 26 |
| D. Instruments | 26 |
| E. Appendix | 27 |
| F. Rules governing the selection and work of the International Commission on Radiological Units | 28 |

22

**Supplemental Appendix Page No. 415**

# Recommendations of the International Commission on Radiological Units 1950

## Section A. Units

Page
20

23

25

26

27

28

1. For the correlation of the dose of any ionizing radiation with its biological or related effects the International Commission on Radiological Units (ICRU) recommends that the dose be expressed in terms of the quantity of energy absorbed [1] per unit mass (ergs per gram) of irradiated material at the place of interest.

2. Inasmuch as calorimetric methods are not usually practicable, ionization methods are generally employed. For this purpose the quantity that must be measured is the ionization produced in a gas by the same flow of corpuscular radiation as exists in the material under consideration. The energy, $E_m$, imparted to unit mass of the material is then essentially related to the ionization per unit mass of gas, $J_m$, by the equation

$$E_m = W s J_m,$$

where $W$ is the average energy expended by the ionizing particles per ion pair formed in the gas, and $s$ is the ratio of the mass stopping power of the material to that of the gas.

3. As the calculation of the dose in absolute energy units from measurements of ionization requires a knowledge of parameters $W$ and $s$, as well as variables characterizing the radiation and the irradiated material, the ICRU is of the opinion that tables of the best available data should be prepared as soon as possible and held under continual revision.

4. The Commission considers that the roentgen (designated by the symbol $r$), in view of its long established usefulness, should continue to be recognized as the unit of X- and gamma-ray quantity or dose and that its definition remain unchanged.

---

[1] By "energy absorbed" is meant the energy imparted to the material by ionizing particles at the place of interest.

23

> The roentgen shall be the quantity of X- or gamma-radiation such that the associated corpuscular emission per 0.001293 g of air produces, in air, ions carrying 1 electrostatic unit of quantity of electricity of either sign (see Appendix, Note 1).

5. It becomes increasingly difficult to measure the dose in roentgens as the quantum energy of the X-radiation approaches very high values. The unit may, however, be used for most practical purposes for quantum energies up to 3 Mev.

6. The ICRU does not recognize the use of special names or symbols for quantities that are merely multiples of the fundamental unit. (This does not preclude the use of generally used prefixes such as kilo-, milli-, etc.).

7. The ICRU recommends that the curie be used for the measurement of radioactive materials and that the definition be as follows:

> The curie is a unit of radioactivity defined as the quantity of any radioactive nuclide in which the number of disintegrations per second is $3.700 \times 10^{10}$.

This definition is in accordance with the definition of the curie adopted by the Commission on Standards, Units, and Constants of Radioactivity appointed by the International Council of Scientific Unions. The Commission notes that when the curie is defined in this way, the only point of revision that could arise would be the number of curies in 1 g of radium. It is very improbable that this number would differ from unity by an amount of clinical significance although the distinction would clearly have to be taken into account in accurate radium standardization.

8. It is suggested that the gamma-ray emission be expressed in terms of r/mc hr at 1 cm (roentgens per millicurie hour measured at 1 cm) from a point source. As this quantity is different for every isotope, the Commission will undertake the compilation of data relating to the gamma-ray emission of radioactive isotopes.

9. The ICRU requests the national standardizing laboratories to set up, interchange, and compare standards of X-rays, gamma rays, and radioactive isotopes, maintain close contact with each other, and generally by every means within their power further the improvement of methods of standardization.

24

# Section B: Dose or the Specification of the Conditions of X-ray Treatment

After discussion, the ICRU agreed to postpone the revision of Section B, which remains as follows:

10. In the description of the conditions of X-ray treatments, distinction shall be made between the quantity of radiation measured in air and the quantity of radiation estimated to have been received by the tissue. Since the symbol $r$ is reserved for the unit, the amount of the dose may be designated by $D$. The use of subscripts is suggested to distinguish dosage measurement made under different conditions; e. g., in free air, $D$; at the surface of the skin (including back-scatter), $D_0$, etc. (See Appendix, Note 2.)

11. The specifications of treatment conditions shall include the following:

I. *Quantity.* The quantity of radiation (expressed in roentgens) estimated to have been received by the lesion.

II. *Quality.* (a) The spectral-energy distribution of X-radiation shall be designated by some suitable index, called quality. For most medical purposes, it is sufficient to express the quality of the X-radiation by the half-value layer in a suitable material: Up to 20 kv (peak) cellophane or cellone; 20 to 120 kv (peak) aluminum; 120 to 400 kv (peak) copper; 400 kv up (peak) tin. For a more definite specification of the quality of the radiation, the complete absorption curve in the same material is preferable.

(b) Material and thickness of filter, including tube walls.

(c) Target material.

III. *Technique.* (a) Total quantity of radiation per field (incident and emergent) received in an entire course of treatment.

(b) Quantity of radiation per field measured at the surface ($D_0$) at each individual irradiation.

(c) The dosage-rate, expressed in $r$/min, during each individual irradiation.

25

(d) The total time over which a course of treatments is spread.

(e) The time interval between successive doses.

(f) The target-skin distance.

(g) The number, dimensions, and location of the ports of entry.

## Section C: Dose or the Specification of the Conditions of Gamma-ray Treatment

12. The specification of the conditions of gamma-ray treatment should, where possible, include statements of:

I. *Quantity.*   The total quantity of radiation (expressed in roentgens) estimated to have been received by the lesion.

II. *Particulars of Radioactive Source.*   (a) The total amount and nature of radioactive substance employed (expressed as equivalent milligrams of radium element).

(b) Type, number, and distribution of the containers.

(c) The material and thickness of filters and the nature of the material externally adjacent to the skin.

III. *Technique.*   (a) In the case of surface applicators or "large radium units," the quantity of radiation per field at the surface.

(b) The dosage-rate during each individual irradiation.

(c) The total time over which a course of treatments is spread.

(d) The time intervals between successive irradiations.

(e) In the case of surface applicators or "large radium units," the radium-skin distance.

(f) The number, dimensions, and situations of the ports of entry.

## Section D: Instruments

13. The following types of apparatus are suggested as suitable for the measurement of quantity in roentgens:

(a) *X-ray Primary Standards.*   The free-air chamber shall be used for free-air measurements for all

26

wavelengths down to the practical limit set by the consideration that the chamber must be of such width and length that the full ionization produced by the corpuscular emission from air is measured in accordance with the definition (A, 4). An air-wall chamber which meets the requirements of the definition may be used for harder radiations.

(b) *X-ray Practical Instruments.* The air-wall chamber may be used for clinical measurements of X-ray quantity over the entire voltage range.

(c) *Gamma-ray Standards and Practical Instruments.* The air-wall chamber may be used for the measurement of primary or scattered radiation, or a combination of both.

14. Instruments used to measure radiation quantity or dosage may conveniently be called dosemeters and dosage-rate (or dose-rate) meters, respectively, and shall be calibrated in roentgens or roentgens per minute.

15. The calibration readings of dosemeters and dosage-rate meters should be independent of the wavelength within the range for which they are designed or used.

16. Dosemeters and dosage-rate meters should be provided with suitable arrangements (e. g., standard radium source, Bronson leak, or capacity sharing device) for checking the reproducibility of their readings.

17. The calibrations of dosemeters or dosage-rate meters should be tested periodically, by a recognized testing laboratory, over the range of wavelengths for which they are designed or used.

18. The national standardizing laboratories shall be invited to undertake standard measurement and the calibration of dosemeters relative to all forms of radiation therapy to which these recommendations may apply. They shall also be invited to issue joint reports from time to time thereon.

## Section E: Appendix

NOTE 1.   Note that 0.001293 g is the mass of 1 cm³ of dry atmospheric air at 0° C and 760 mm of mercury pressure.

NOTE 2.   For example, in an hypothetical case of medium X-rays:

The dose measured in air, $D$, equals 300 r.

The dose measured at the surface, $D_o$, equals 500 r.

The dose measured at $x$ cm depth, $D_x$, equals 200 r.

($D$ is not to be confused with the energy actually absorbed by the tissue.)

27

## Section F: Rules Governing the Selection and Work of the International Commission on Radiological Units

19. (a) The International Commission on Radiological Units (ICRU) shall be composed of not more than twelve (12) members.  The selection shall be made by the International Executive Committee from a list of nominations submitted by the national delegations and by the ICRU itself.  Members of the ICRU shall be chosen on the basis of their recognized activity in the field of radiological units and standards, without regard to nationality.

(b) The ICRU shall be composed of at least three medical radiologists and three physicists.

(c) The members of the ICRU shall be selected during one International Congress to serve through the succeeding Congress.  Not less than two but not more than four members of the ICRU shall be changed at any one congress. In the intervening period a vacancy caused by conditions beyond control of the International Executive Committee shall be filled on the recommendation of the ICRU.

(d) In the event of a member of the ICRU being unable to attend the ICRU meetings a substitute may be selected by the ICRU as a temporary replacement.  Such a substitute member shall not have voting privileges at the meetings unless specifically authorized by the International Executive Committee.

(e) The ICRU shall be permitted to invite individuals to attend its meetings to give special technical advice.  Such persons shall not have voting privileges, but may ask permission to have their opinions recorded in the minutes.

20. The continuance of the policies and records of the ICRU shall be in the hands of a Secretary of the ICRU elected by the ICRU from among its regular members and subject to the approval of the International Executive Committee.

21. The ICRU shall familiarize itself with progress in the whole field of radiation units and standards.  The Secretary shall be responsible for the preparation of a program to be submitted to the Committee for discussion at its meetings. Preliminary reports shall be prepared and circularized to all members of the ICRU and other specially qualified individuals at least 6 months before the meeting of the Congress.

22. The Chairman shall be elected by the ICRU at least

28

ı and
n on

ological
twelve
Inter-
aations
ICRU
e basis
l units

nedical

ing one
:eeding
n four
ngress.
ditions
amittee

able to
:ted by
ostitute
ngs
ecutive

uals to
Such
sk per-
s.

of the
ICRU
:rs and
e Com-

in the
cretary
1 to be
eetings.
d to all
d indi-
ngress.
at least

6 months in advance of the Congress.   The choice shall not be limited to the members of the ICRU or to the country in which the Congress is held.   Such a chairman shall be a member of the ICRU, *ex officio*, but for the period of the Congress only.   Meetings between Congresses shall be presided over by the Secretary or other member selected by the ICRU.

23. Decisions of the ICRU shall be decided by a majority vote, with the Chairman casting the deciding vote in case of tie.   A minority opinion may be appended to the minutes of a meeting if so desired by any member and upon his submission of same in writing to the Secretary.

O

29

ATTACHMENT 8

AEC Manual Chapter 0550
August 29, 1957

**Supplemental Appendix Page No. 423**

ADVANCE COPY

**U. S. ATOMIC ENERGY COMMISSION**
**AEC MANUAL**

TN-0000-190

TRANSMITTAL NOTICE

---

Revision:   Chapter 0550   CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

---

1.  Attached is revised Chapter 0550 which supersedes Chapter 0550 dated
    February 26, 1954 and Chapter 0522 dated February 26, 1954.  An
    appropriate section on Industrial Health will be added when it has
    been developed and approved.

2.  This Chapter was revised for the purpose of consolidating in one
    Chapter the codes and standards for health, safety, and fire protec-
    tion to avoid duplication between Chapters and to update the informa-
    tion given.

3.  The principle changes are:

    a.  Section 0550-01, Purpose and Scope, has been revised to include a
        statement on how the codes and standards affect AEC licensees,
        particularly where an AEC contractor also performs work under a
        license.

    b.  Section 0550-03, Responsibility, has been revised to make clear
        where the demarcation is between Headquarters' and Operations
        Office' responsibilities.

    c.  Section 0550-05, Basic Standards, Guides, Codes and Regulations
        for Radiation Protection, has been added to incorporate a pre-
        viously proposed revised draft of Chapter 0522, Basic Standards
        for Radiation Protection.

    d.  Section 0550-06, Basic Standards for Health Protection, has been
        added to establish the basic standards for the protection of
        health from toxic materials.

    e.  Section 0550-07, Basic Guides for General Environmental Sanitation,
        has been added to establish those codes, standards, and regulations
        which shall be followed in maintaining a satisfactory level of
        sanitation.

4.  Please file this Chapter to replace the superseded ones in Part 0500 of
    your AEC Manual.

R. W. Cook
Deputy General Manager

August 29, 1957

ADVANCE COPY

ADVANCE COPY

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

| | | |
|---|---|---|
| Volume   0000 General Administration | | AEC 0550-01 |
| Part      0500 Health and Safety | | CPSFP&BMFP |

Chapter 0550   CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

### 0550-01   Purpose and Scope

* The purpose of this Chapter is to specify minimum codes and standards that shall be used as basic guides for protection of AEC and AEC contractor personnel from excessive exposure to ionizing radiations, for physical aspects of health, safety, and fire protection, and for safe working practices. They are applicable to design, construction, operation, or protection activities conducted by AEC personnel or performed for AEC by contractors whose health and safety programs are of direct concern to the AEC. In those instances where an AEC contractor is also an AEC licensee, the contract relationship will not exempt him from compliance with AEC regulations and the terms of his license. Accordingly, such contractor-licensee normally will be obligated to conduct his radiation protection activities under his license in accordance with AEC regulation 10 C.F.R., Part 20 "Standards for Protection Against Radiation".*

### 0550-02   Policy

021 * Applicability of Codes and Standards.* The codes and standards specified in this Chapter (Sections 0550-04, -05, -06, and -07, below) cover the major problems of health, safety, and fire protection. The level of performance established by these codes and standards shall serve as a guide in problems not covered directly. Standards employed by Operations Offices shall meet nationally recognized standards, where these exist. *

022 * Changes to Existing Facilities.* It is not intended that existing physical facilities be arbitrarily changed to comply with the codes and standards specified. Rather, these standards shall be fully considered when weighing the desirability of changes, and when a program of modification or replacement has been determined. *

023   Supplemental Guides. Guides to supplement those listed herein will be developed by AEC and distributed separately on subjects that cannot be covered by reference to recognized existing codes. (For example, several presently in effect are Municipal Fire Protection, Industrial Fire Protection, ------ and operators of Federal Motor Vehicles.)

TN-0000-190                                    Re-Revised:   August 29, 1957

ADVANCE COPY

ADVANCE COPY

AEC 0550-03                                        CODES AND STANDARDS FOR HEALTH,
                                                   SAFETY, AND FIRE PROTECTION
_____

0550-03  Responsibilities.

   * 031  Heads of Offices and Divisions, Headquarters, are responsible
for ensuring compliance with the requirements of this Chapter by AEC
employees and Operations Offices under their jurisdiction.

   * 032  Managers of Operations are responsible for interpreting and
applying the specified codes and standards used as basic guides and for
determining that a level of performance in health, safety, and fire pro-
tection is maintained consistent with the intent of these guides for those
operations under their jurisdiction. *

0550-04  Basic Guides for Safety and Fire Protection

The codes, standards, and regulations listed below shall be considered
minimum requirements.  The latest edition (including supplements when
such exist) should be followed.  (Publications marked with Symbol * are
available from the Superintendent of Documents, Government Printing Office,
Washington 25, D. C.)

        a.  AMERICAN SAFETY STANDARDS (ASA)

           These standards include codes prepared or sponsored by
        numerous organizations such as American Society of Mechanical
        Engineers, Illuminating Engineering Society, Association of
        American Railroads, and the National Bureau of Standards.  They
        should be used primarily for physical aspects of safety, and
        for specifications of equipment.

           Special attention is called to SAFETY CODE FOR BUILDING
        CONSTRUCTION, ASA, A10.2.  This code, or other accepted codes
        conforming with the requirements of this code, shall be used
        as a reference in contracts covering construction work.
        Accepted codes are:

            1.  U. S. Corps of Engineers' Safety Requirements, -----

            2.  Minimum Safety Requirements, Oak Ridge Operations, ----, and

            3.  State codes which provide equal or greater protection
                than A10.2.  These are:

                (a)  California - Construction Safety Orders.

                (b)  Idaho - Minimum Safety Standards and Practices for
                     the Building and Construction Industries, Code 2.

                (c)  Washington - Department of Labor and Industries
                     Safety Code and Amendments-----.

Revised:  August 29, 1957                                TN-0000-190
                              ADVANCE COPY

ADVANCE COPY

CODES AND STANDARDS FOR HEALTH,                                    AEC 0550-04 b
SAFETY, AND FIRE PROTECTION

    b.  NATIONAL FIRE CODES - 5 Volumes (NFPA)

        Use for safety and fire protection information on flammable
liquids, gases, chemicals, and explosives; dust explosions, static
electricity; building exits; extinguishing and alarm equipment.
The NATIONAL ELECTRICAL CODE is included in this group of standards.

    c.  UNIFORM BUILDING CODE ~~(---)~~ (PC)

        Use for building design, construction, quality of materials,
use and occupancy, location and maintenance, except where these
features are specifically covered by other safety and fire pro-
tection codes and standards listed herein.  (See Section 0550-08,
below.)

    d.  MANUAL SHEETS (MCA)

        CHEMICAL DATA SHEETS (MCA)

        Use for chemical information such as properties, shipping
containers, storage, handling, waste disposal, and health hazards
and their control.

    e.  INTERSTATE COMMERCE COMMISSION REGULATIONS FOR TRANSPORTATION
OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES (SEE TITLE 49, PARTS
71 TO 78, C.F.R.)# -----

    * These regulations apply specifically to interstate transporta-
tion, but there are many provisions on parts and accessories that
are recommended as excellent guides for any operation.*

    f.  BOILER CONSTRUCTION CODE - 8 Sections (ASME)

        Use for boiler and pressure vessel operation, maintenance,
inspection, and test.

    g.  TRAFFIC ENGINEER'S HANDBOOK (ITE)

    h.  MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES FOR STREETS AND
HIGHWAYS (PRA)

    i.  MOTOR VEHICLE INSPECTION MANUAL (AACSC)

    j.  LISTS OF INSPECTED APPLIANCES, EQUIPMENT AND MATERIALS (UL)

        Recommended as a guide in purchasing equipment, appliances,
and materials which incorporate adequate safeguards against
accident and fire.

ADVANCE COPY

ADVANCE COPY

AEC 0550-04 k

CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

---

k.   CIVIL AERONAUTICS BOARD CIVIL AIR REGULATIONS (SEE TITLE 14,
PART 49, C.F.R.)#

l.   RAILWAYS

Railroad operations shall be consistent with operating regula-
tions of the connecting railway company.

If there are differences between the foregoing codes and standards and State
or local codes, the requirements providing the greater protection shall govern.

* 0550-05   Basic Standards, Guides, Codes, and Regulations for Radiation
Protection

The basic standards, guides, codes, and regulations listed below shall be
considered minimum requirements.  The latest edition (including supplements
when such exist) shall be followed.  (Publications marked with Symbol # are
available from the Superintendent of Documents, Government Printing Office,
Washington 25, D. C.)

* 051   Basic Standards of Performance in the protection of personnel from
excessive exposure to ionizing radiations are based on National Committee
on Radiation Protection and Measurement (NCRP) recommendations.

a.   NBS 1/ 52, "Maximum Permissible Amounts of Radioisotopes in the
Human Body and Maximum Permissible Concentrations in Air and Water",
NCRP. #

b.   NBS 59, "Permissible Dose from External Sources of Ionizing
Radiation."

c.   National Committee on Radiation Protection and Measurement
recommendations for Maximum Permissible Radiation Exposures to Man,
dated January 8, 1957, appended to AEC Manual Chapter 0524, Per-
missible Levels of Radiation Exposure (to be published).

* 052   Guides and Codes for Radiation Protection

a.   National Bureau of Standards (NBS) Handbook numbers:

1.   NBS 42, "Safe Handling of Radioactive Isotopes",
NCRP. #

2.   NBS 48, "Control and Removal of Radioactive Contamination
in Laboratories", NCRP. #

---

1/   National Bureau of Standards (NBS) Handbooks publish NCRP recommendations.

Revised:  August 29, 1957                ADVANCE COPY                TN-0000-190

ADVANCE COPY

                                          AEC 0550-052 a 3

3. NBS 49, "Recommendations for Waste Disposal of Phosphorus 32 and Iodine 131 for Medical Users", NCRP. #

4. NBS 51, "Radiological Monitoring Methods and Instruments", NCRP. #

5. NBS 53, "Recommendations for the Disposal of Carbon 14 Wastes", NCRP. #

6. NBS 54, "Protection Against Radiations from Radium, Cobalt 60, and Cesium 137", NCRP. #

7. NBS 55, "Protection Against Betatron-Synchrotron Radiations up to 100 Million Electron Volts", NCRP. #

8. NBS 56, "Safe Handling of Cadavers Containing Radioactive Isotopes", NCRP. #

9. NBS 58, "Radioactive Waste Disposal in the Ocean", NCRP. #

10. NBS 60, "X-ray Protection", NCRP. #

b. American Standards Association (ASA)

ASA Z54.1, "Safety Code for Industrial Use of X-rays".

c. Title 10, Chapter 1, Code of Federal Regulations, Part 20, Standards for Protection Against Radiation. These regulations apply only to AEC licensees (see 0550-01). Copies may be obtained from the Director, Division of Civilian Application, Headquarters.

* 053 Regulations Applicable to Transportation of Radioactive Materials. Transportation of radioactive materials is subject to the provisions of:

a. Chapter 5201 of the AEC Manual.

b. Code of Federal Regulations: #

1. Title 49, Parts 71-78, Interstate Commerce Regulations.

2. Title 14, Part 49, Civil Air Regulations.

3. Title 46, Parts 146-147, U. S. Coast Guard Regulations.

c. U. S. Postal Regulations as detailed in "Postal Manual, U. S. Post Office Department." #

ADVANCE COPY

AEC 0550-053 d

CODES AND STANDARDS FOR HEALTH, SAFETY, AND FIRE PROTECTION

d. AEC "Handbook of Federal Regulations Applying to Transportation of Radioactive Materials." # This handbook is intended to serve as a guide in locating, understanding, and applying current Federal Regulations governing shipment of radioactive materials by land, water, or air.*

# 0550-06   Basic Standards for Health Protection

Basic standards for the protection of health from toxic materials are established by the Hygienic Guide Series published by the American Industrial Hygiene Association.  These standards are specified in the recommendations for maximum atmospheric concentrations and permissible safe exposure of individuals to toxic materials.  The Hygienic Guide Series also provides guidance on approved practices, procedures, and methods pertinent to the protection of health from toxic materials.*

* 0550-07   Basic Guides for General Environmental Sanitation

The codes, standards and regulations listed below shall be considered minimum requirements.  The latest edition (including supplements when such exist) should be followed.  (Publications marked with Symbol # are available from the Superintendent of Documents, Government Printing Office, Washington 25, D. C.)*

*These standards include codes prepared or sponsored by several organizations, namely, The American Water Works Association (AWWA); The Public Health Service (PHS) of the U. S. Department of Health, Education and Welfare (formerly the USPHS); and The American Public Health Association (APHA).  In addition, there are the regulations of intra-state or inter-state water pollution control authorities and the public health codes of individual states.

    a.  Accepted guides for the protection of water supplies are:

        1.  Public Health Service drinking water standards.  Public Health Reports 61:371 (1946).  Reprint No. 2697. #

        2.  Manual of recommended water-sanitation practice.  Public Health Service Bulletin No. 296, 1946. #

        3.  Manual of Water Quality and Treatment.  AWWA 2nd Edition (1951).

        4.  Standard Methods for the Examination of Water, Sewage and Industrial Wastes.  AWWA, APHA, and Federation of Sewage and Industrial Wastes Associations.  10th Edition 1955.

Revised:  August 29, 1957

TN-0000-190

ADVANCE COPY

ADVANCE COPY

| CODES AND STANDARDS FOR HEALTH, | AEC 0550-07 a 5 |
| SAFETY, AND FIRE PROTECTION | |

5. Sanitation manual for public ground water supplies.
Public Health Reports 59:137-177 (1944). Reprint 2539. #

6. Individual Water Supply Systems - Recommendations of the
Joint Committee on Rural Sanitation. PHS Pub. No. 24
Rev. 1950. #

7. AWWA Standards and Specifications for Water Supply,
Treatment, Distribution System, and Storage Equipment,
Materials and Procedures.

b. Disposal of liquid wastes to ground and surface waters shall
be in accordance with State Public Health codes and the regulations
of intra-state or inter-state water pollution control authorities;
except that the requirements for the disposal and release of
licensed material shall be in accordance with the provisions of
Title 10, Chapter 1, Code of Federal Regulations, Part 20,
Standards for Protection Against Radiation.  These regulations
(10 CFR 20) apply only to AEC licensees (see 0550-01).

c. Codes which establish standards of sanitation for eating and
drinking establishments are:

1. State and local Public Health Codes, and

2. PHS Ordinance and Code Regulating Eating and Drinking
Establishments, Publication No. 37 (1943), #

d. The accepted sanitation guide for swimming pools is,
"Recommended Practice for Design, Equipment and Operation of
Swimming Pools and Other Public Bathing Places" (APHA 1949). *

0550-08   Sources of Supply for Codes and Regulations

(AACSC)  American Association of Casualty and Surety Companies,
60 John Street, New York, N. Y.

* (AIHA)  American Industrial Hygiene Association, 605 North
Michigan Ave., Chicago 11, Ill. *

* (APHA)  American Public Health Association, 1790 Broadway,
New York 19, N. Y. *

(ASA)  American Standards Association, 70 E. 45th Street,
New York 17, N. Y.

TN-0000-190                              Revised: August 29, 1957

ADVANCE COPY

ADVANCE COPY

AEC 0550-08                                    CODES AND STANDARDS FOR HEALTH,
                                               SAFETY, AND FIRE PROTECTION
_____

   (ASME)  American Society of Mechanical Engineers,
   29 W. 39th Street, New York 18, N. Y.

 * (AWWA)  American Water Works Association, 521 Fifth Avenue,
   New York 17, N  Y. *

   (ITE)  Institute of Traffic Engineering, Strathcona Hall,
   New Haven 11, Conn.

   (MCA)  Manufacturing Chemists' Association, Inc. 606 Woodward
   Building, Washington 5, D. C.

   (NBS)  National Bureau of Standards, Conn. Ave. & Van Ness
   Streets, Washington 25, D. C. (obtain NBS Handbooks from GPO)

   (NFPA)  National Fire Protection Association, 60 Batterymarch
   Street, Boston 10, Mass.

   (NSC)  National Safety Council, 425 N. Michigan Avenue,
   Chicago 11, Ill.

   (PC)  Pacific Coast Building Officials Conference, 124 W. 4th
   Street, Los Angeles, Calif.

   (PRA)  Bureau of Public Roads, U. S. Department of Commerce,
   18th and F Streets, N. W., Washington 25, D. C.

   (UL)  Underwriters' Laboratories, Inc., 207 E. Ohio Street,
   Chicago 11, Illinois.


Revised:   August 29, 1957                          TN-0000-190


ADVANCE COPY

ATTACHMENT 9

AEC Manual Chapter 0524
August 12, 1963

Form AEC-489
(5-62)

U.S. ATOMIC ENERGY COMMISSION
AEC MANUAL

0061621

TRANSMITTAL NOTICE

| Chapter 0524 STANDARDS FOR RADIATION PROTECTION |
|---|

**SUPERSEDED:**

| Number | Date |
|---|---|
| TN_____ | |
| Chapter   0524 (complete) | _____ |
| Page   _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| Appendix_____ | _____ |

**TRANSMITTED:**

| Number | Date |
|---|---|
| TN   0500-23 | |
| Chapter   0524 (complete) | 8/12/63 |
| Page   _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| Appendix_____ | _____ |

**REMARKS:**

Revised Chapter 0524, entitled, "Standards for Radiation Protection", replaces Chapter 0524, "Permissible Levels of Radiation Exposure." This chapter was revised to update the radiation protection standards to be consistent with the Radiation Protection Guides recommended by the Federal Radiation Council and to be consistent with basic radiation protection standards recommended by the Director of Regulation for licensees and approved by the Commission.

Advance copies of this chapter were distributed to all holders of part 0500. Please remove them from the AEC Manual and insert the attached.

## BEST AVAILABLE COPY

**U. S. ATOMIC ENERGY COMMISSION**
**AEC MANUAL**

Volume : 0000 General Administration
Part   : 0500 Health and Safety

# Chapter 0524  STANDARDS FOR RADIATION PROTECTION

## 0524-01  POLICY

011   Radiation protection standards applicable to AEC activities, and those AEC contractor activities not subject to AEC licensing, shall be established to protect the general public, AEC and contractor personnel and property.

012   AEC operations shall be conducted in such manner as to assure that radiation exposures to individuals and population groups are limited to the lowest practical levels.

## 0524-02  OBJECTIVES

To establish radiation protection standards consistent with the Radiation Protection Guides recommended by the Federal Radiation Council and with the standards recommended by the Director of Regulation for licensees and approved by the Commission.

## 0524-03  RESPONSIBILITIES AND AUTHORITIES

031   The General Manager:

a. approves adoption of radiation protection standards for AEC and AEC contractor activities.

b. approves exceptions to established radiation protection standards for AEC and AEC contractor activities.

c. when overriding national security considerations dictate, recommends to the Commission establishment of radiation standards as the situation dictates.

032   The Director, Division of Operational Safety:

a. develops radiation protection standards for the General Manager.

b. recommends to the General Manager, in conjunction with directors having programmatic responsibility, the approval or disapproval of each proposed exception to the radiation protection standards established by this chapter.

c. renders interpretations of the requirements of this chapter.

d. appraises and evaluates the performance of AEC Field Offices and AEC contractors in the protection of health, safety, and property as set forth in subsection 0103-341c, and in chapter 0504.

033   Heads of Divisions and Offices, Headquarters, assure that Headquarters employees under their jurisdiction comply with the provisions of this chapter.

034   Managers of Field Offices:[1]

a. assure that operations under their jurisdiction are conducted in conformance with the provisions of this chapter.

b. direct contractors to make the necessary measurements to determine conformance with the requirements of this chapter and any additional measurements that might be appropriate.

c. request and justify specific exceptions for planned or anticipated radiation activities not consistent with the requirements of this chapter.

d. in emergency situations where immediate decisions and actions are required and prior approval for exceptions cannot be obtained, act on requests for exceptions and promptly report and justify the action taken to the Division of Operational Safety, Headquarters. Contractors may be authorized to take all appropriate measures in emergency situations.

---

[1] For purposes of this chapter the following will assume the same responsibilities as the Managers of Field Offices:

a. The Manager, Space Nuclear Propulsion Office for the Space Nuclear Propulsion Program.

b. The Manager, Naval Reactors for the Naval Reactors Program. AEC Divisions and Offices will refer matters relating to safety of naval reactors to the Manager, Naval Reactors, rather than to the Pittsburgh or Schenectady Field Offices.

1

Approved: August 12, 1963

BEST AVAILABLE COPY

STANDARDS FOR RADIATION PROTECTION

## 0524-04 DEFINITIONS (as used in this chapter)

041  AEC Contractor means an organization whose activities are conducted under a contract containing the standard safety, health and fire protection clause AECPR 9-7.5004-8.

042  Controlled Area means any area access to which is controlled by the AEC or AEC contractors.

043  Uncontrolled Area means any area access to which is not controlled by the AEC or AEC contractors.

## 0524-05 BASIC REQUIREMENTS

051  Applicability. The standards and instructions set forth in this chapter and appendix apply to and shall be followed by Divisions and Offices, Headquarters, Field Offices, and AEC contractors as defined in subsection 041.

052  Coverage. These standards shall govern ionizing radiation exposure to AEC and AEC contractor personnel and to other individuals who may be exposed to ionizing radiation from operations of the AEC and AEC contractors. These standards do not apply to radiation exposures resulting from natural background, medical and dental pro-

cedures, nor do they apply to the general population when the activities involved are essential to national security, such as nuclear weapons testing. The latter types of activities are covered by separate criteria.[†]

C53  Exceptions to the Requirements of This Chapter. The approval of the General Manager, through the Division of Operational Safety, must be obtained for the following:

a.  deviations from the requirements of this chapter or use of radiation protection standards less conservative than those provided herein, or

b.  any planned or anticipated radiation exposures in excess of the radiation protection standards established by this chapter except in emergency situations where immediate decisions and actions are required.

C54  Appendix 0524. This appendix contains radiation protection standards which shall be applied in conformance with the requirements of this chapter.

---

[†] Since criteria applicable to the Plowshare program are currently being developed, safety criteria of each Plowshare event will be considered separately. It is expected that overall policy for the Plowshare program will be established in the near future.

## BEST AVAILABLE COPY

Approved: August 12, 1963                     2

Case No. 1:90-cv-00181-JLK   Document 2385-2   filed 10/23/15   USDC Colorado   pg 57 of 165

I.   RADIATION PROTECTION STANDARDS FOR INDIVIDUALS IN CONTROLLED AREAS[1]

A. Radiation from sources external to the body

| Type of Exposure | Period of Time | Dose (rem) |
|---|---|---|
| Whole body, head and trunk, active blood-forming organs gonads, or lens of eye. | Accumulated dose | 5 (N-18)[2] |
| | Calendar quarter[3] | 3[4] |
| Skin of whole body and thyroid | Year | 30 |
| | Calendar quarter[3] | 10[4] |
| Hands, and forearms, feet and ankles | Year | 75 |
| | Calendar quarter[3] | 25[4] |

B. Radiation from emitters internal to the body

1. Except as provided in 2. below, the radiation protection standards for airborne radioactivity specified in annex I, table I, shall be followed. The concentration standards are based upon continuous exposure to the concentrations specified for forty hours per week (a "week" being seven consecutive days). For the purpose of applying these standards, radioactivity concentrations may be averaged over periods up to 13 consecutive weeks provided work areas are appropriately monitored and exposure histories are maintained for each individual working in such areas.

2. If it is not feasible to govern exposures to internal emitters by applying airborne radioactivity concentration standards, the following radiation protection standards shall apply:

| Type of Exposure | Dose rem/year | Dose rem/quarter |
|---|---|---|
| Whole body, active blood-forming organs, gonads. | 5 | 3 |
| Thyroid | 30 | 10 |
| Bone | Body burden of 0.1 microgram of radium-226 or its biological equivalent[5] | -- |
| Other organs | 15 | 5 |

The calculation of organ dose shall be based on methods recommended by the Federal Radiation Council and the International Commission on Radiological Protection.

---

[1] An individual under age 18 shall not be employed in or allowed to enter controlled areas in such manner that he will receive doses of radiation in amounts exceeding the standards applicable to individuals in uncontrolled areas. Exposures to individuals under age 18 may be averaged over periods not to exceed one calendar quarter.

[2] N equals the age in years at last birthday. An individual employed at age 18 or an individual beyond age 18 who had no accrued unused exposure shall not be exposed during the ensuring year to doses exceeding (a) 1.25 rem for the first calendar quarter, (b) 2.5 rem total for the first two calendar quarters, (c) 3.75 rem total for the first three calendar quarters and (d) 5 rem for the year, but in no case will exposure be more than 3 rem per quarter.

[3] A calendar quarter may be taken as a predetermined period of 13 consecutive weeks or any predetermined quarter year based on the calendar.

[4] Personnel monitoring equipment shall be provided each individual who receives or is likely to receive a dose in any calendar quarter in excess of 10% of these values.

[5] Exposure must be governed such that the individual's body burden does not exceed this value (a) when averaged over any period of 12 consecutive months and (b) after 50 years of occupational exposure.

**BEST AVAILABLE COPY**

3                                        Approved: August 12, 1963

II. RADIATION PROTECTION STANDARDS FOR INDIVIDUALS AND POPULATION GROUPS IN UNCONTROLLED AREAS

A. Radiation dose standards for external and internal exposure

| Type of Exposure | Dose (rem/year) | |
| --- | --- | --- |
| | Based on exposure to individuals | Based on an average exposure to a suitable population sample |
| Whole body, gonads or bone marrow | 0.5 | 0.17 |
| Thyroid or bone | 1.5 | 0.5 |
| Bone (alternate standard) | Body burden of 0.003 µg of radium 226 or its biological equivalent. | Body burden of 0.001 µg of radium 226 or its biological equivalent |

B. Radioactivity in effluents released to uncontrolled areas

1. Except as provided in 2. below, radioactivity in effluents released to uncontrolled areas shall not exceed the radiation protection standards specified in annex 1, table II. The point of release of such effluents shall be considered to be the point at which the effluents pass beyond the site boundary. Where such effluents are discharged through a conduit such as a stack or pipe, the point of release may be considered to be the conduit discharge. For the purpose of applying these standards, radioactivity concentrations in effluents may be averaged over periods up to one year.

2. Radioactivity in effluents may be released to uncontrolled areas in excess of the radiation protection standards specified in annex 1, table II, provided it is reasonably demonstrated that in uncontrolled areas:

   (a) individuals are not exposed in excess of the standards specified in A. above,

   (b) individuals are not exposed in excess of annex 1, table II standards, or

   (c) the average exposure of a suitable sample of an exposed population group is not in excess of one-third of annex 1, table II standards. Radioactivity concentrations in the environment may be averaged over periods up to one year.

3. In any situation in which the contribution to radioactivity in the environment from effluents discharged by one or more activities of the AEC or AEC contractors is likely to result in exposures in excess of the standards specified in II.A. and B. above, lower effluent concentration limits may be set for these Operations. In such cases, the manager of the field office may take the necessary corrective action if all activities concerned are within his area of responsibility. Otherwise, each case will be referred to the Director, Division of Operational Safety, for appropriate action.

Approved: August 12, 1963                    4

## III. GUIDANCE FOR EMERGENCY EXPOSURE DURING RESCUE AND RECOVERY ACTIVITIES

### A. Purpose

The emergency action guidance promulgated in this part provides instructions and background information for use in determining appropriate actions concerning the rescue and recovery of persons and the protection of health and property during periods of emergency.

### B. General Considerations

1. The problem of controlling exposure to radiation during rescue and recovery actions is extremely complex. Performing rescue and recovery operations requires the exercise of prompt judgment to take into account multiple hazards and alternate methods of accomplishment. Sound judgment and flexibility of action are crucial to the success of any type of emergency actions. Although the guiding principle is to minimize the risk of injury to those persons involved in the rescue and recovery activities, the control of radiation exposures should be consistent with the immediate objective of saving human life, the recovery of a deceased victim, and/or the protecting of health and saving of property.*

2. To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, these instructions do not establish a rigid upper limit of exposure but rather leave judgment up to persons in charge of emergency operations to determine the amount of exposures that should be permitted to perform the emergency mission.

3. The official in charge must carefully examine any proposed action involving further radiation exposure by weighing the risks of radiation insults, actual or potential, against the benefits to be gained. Exposure probability, biological consequences related to dose, and the number of people involved are the essential elements to be evaluated in making a risk determination.

---

*The determination as to whether radiation dosage received in emergency actions will be chargeable to the radiation exposure status of the persons will be made on an individual case basis.

4. These instructions recognize that accident situations involving the saving of lives will require separate criteria from that of actions required to recover deceased victims or saving of property. In the latter instances, the amount of exposure expected to be received by persons should be controlled as much as possible within occupational limits.

### C. Field Office Managers in Accordance with Subsection 0524-054:

1. shall review and approve emergency plans for rescue and recovery operations.

2. may authorize contractors to take all appropriate measures in emergency situations.

3. normally shall not allow the recovery operation personnel to exceed the occupational exposure standards specified in part I and annex I of this appendix for the recovery of deceased victims; however, in special circumstances may approve a waiver of these limits.

### D. Emergency Situations

Specific dose criteria and judgment factors are set forth for the three categories of risk-benefit considerations, i.e., actions involving the saving of human life, the recovery of deceased victims, and the protection of health and property.

1. Saving of Human Life

   a. To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, judgment shall be left to persons in charge of emergency operations to determine the amount of exposures that should be permitted to perform the emergency mission.

   b. Attempts to rescue victims of a nuclear incident should be regarded in the same context as any other emergency action involving the rescue of victims, regardless of the type of hazard involved.

   c. Where there is reasonable expectation that an individual is

4a

Approved: May 12, 1964

BEST AVAILABLE COPY

alive within the affected area, the course of action to be pursued should be determined by the person onsite having the emergency action responsibility.

d. The amount of exposure for this type of emergency action shall be determined by the person onsite having the emergency action responsibility. He should immediately evaluate the situation and establish the exposure limit for the rescue mission accordingly. His judgment should be based upon:

(1) evaluation of the inherent risks by considering:

(a) the reliability of the prediction of radiation injury. This reliability cannot be any greater than reliability of the estimation of the dose. Therefore, consideration should be given to limits of error associated with the specific instruments and techniques used to estimate the dose rate. This is especially crucial when the estimated dose approximates 100 rems or more.

(b) the exposure expected in performing the action shall be weighed in terms of the effects of acute external whole body exposure and entry of radioactive material into the body.

(2) current assessment of the degree and nature of the hazard, and the capability of reducing inherent risk from that hazard through appropriate mechanism such as the use of protective equipment, remote manipulation equipment, or similar means.

e. In the course of making a decision to perform the action, the risk to rescue personnel should be weighed against the probability of success of the rescue action.

f. Any rescue action that may involve substantial personal risk should be performed by volunteers, and

each emergency worker shall be advised of the known or estimated extent of such risk prior to participation.

2. Recovery of Deceased Victims

a. Accident situations involving recovery of deceased victims require criteria separate from those for saving lives. Since the element of time is no longer a critical factor, the recovery of deceased victims should be well planned. The amount of radiation exposure received by persons in recovery operations shall be controlled within existing occupational exposure guides.

b. In those situations where the bodies are located in areas inaccessible because of high direct radiation fields, and where the recovery mission would result in exposure in excess of occupational exposure standards contained in this part, special remote recovery devices should be used to retrieve the bodies.

c. In special circumstances where it is impossible to recover bodies without the entry of emergency workers into the area, the individual in charge of the recovery mission may determine it necessary to exceed the occupational exposure standards contained in this part. The planned exposures of an individual participating in the recovery should not exceed 12 rem total for the year or 5 (N-18) whichever is the more limiting.

3. Protection of Health and Property

a. Where the risk (probability and magnitude) of the radiation hazard either bears significantly on the state of health of people or may result in loss of property, so that immediate remedial action is required, the following criteria should apply:

(1) When the person in charge of emergency action onsite deems it essential to reduce a hazard potential to acceptable levels or to prevent a substantial loss

STANDARDS FOR RADIATION PROTECTION                               AEC Appendix 0524

of property, a planned exposure up to but not to exceed 12 rem for the year or 5 (N-18) whichever is more limiting may be received by individuals participating in the operation.

However, the person in charge of emergency action at the incident scene may elect under special circumstances to waive these limits and permit volun-

teers to receive an exposure up to but not to exceed 25 rem.

(2) Where the potential risk of radiation hazard following the nuclear incident is such that life would be in jeopardy, or that there would be severe effects on health of the public or loss of property inimicable to the public safety, the criteria for the saving of human life shall apply.

4c

Approved: May 12, 1964

GPO 875-940

STANDARDS FOR RADIATION PROTECTION                                    AEC Appendix 0524

## ANNEX 1

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of annex)

| Element (atomic number) | Isotope [1] | | Table I | | Table II | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Actinium (89) | Ac 227 | S | $2\times10^{-12}$ | $6\times10^{-5}$ | $8\times10^{-14}$ | $2\times10^{-6}$ |
| | | I | $3\times10^{-11}$ | $9\times10^{-3}$ | $9\times10^{-13}$ | $3\times10^{-4}$ |
| | Ac 228 | S | $8\times10^{-8}$ | $3\times10^{-3}$ | $3\times10^{-9}$ | $9\times10^{-5}$ |
| | | I | $2\times10^{-8}$ | $3\times10^{-3}$ | $6\times10^{-10}$ | $9\times10^{-5}$ |
| Americium (95) | Am 241 | S | $6\times10^{-12}$ | $1\times10^{-4}$ | $2\times10^{-13}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| | Am 243 | S | $6\times10^{-12}$ | $1\times10^{-4}$ | $2\times10^{-13}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| Antimony (51) | Sb 122 | S | $2\times10^{-7}$ | $8\times10^{-4}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $8\times10^{-4}$ | $3\times10^{-9}$ | $3\times10^{-5}$ |
| | Sb 124 | S | $2\times10^{-7}$ | $7\times10^{-4}$ | $7\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $2\times10^{-8}$ | $7\times10^{-4}$ | $7\times10^{-10}$ | $2\times10^{-5}$ |
| | Sb 125 | S | $5\times10^{-7}$ | $3\times10^{-3}$ | $9\times10^{-9}$ | $1\times10^{-4}$ |
| | | I | $3\times10^{-8}$ | $3\times10^{-3}$ | $9\times10^{-10}$ | $1\times10^{-4}$ |
| Argon (18) | A 37 | Sub | $6\times10^{-3}$ | .......... | $1\times10^{-4}$ | .......... |
| | A 41 | Sub | $2\times10^{-6}$ | .......... | $4\times10^{-8}$ | .......... |
| Arsenic (33) | As 73 | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $7\times10^{-8}$ | $5\times10^{-4}$ |
| | | I | $4\times10^{-7}$ | $1\times10^{-2}$ | $1\times10^{-8}$ | $5\times10^{-4}$ |
| | As 74 | S | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $5\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $2\times10^{-3}$ | $4\times10^{-9}$ | $5\times10^{-5}$ |
| | As 76 | S | $1\times10^{-7}$ | $6\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $6\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| | As 77 | S | $5\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $8\times10^{-5}$ |
| | | I | $4\times10^{-7}$ | $2\times10^{-3}$ | $3\times10^{-8}$ | $8\times10^{-5}$ |
| Astatine (85) | At 211 | S | $7\times10^{-9}$ | $5\times10^{-5}$ | $2\times10^{-10}$ | $2\times10^{-6}$ |
| | | I | $3\times10^{-8}$ | $2\times10^{-3}$ | $1\times10^{-9}$ | $7\times10^{-5}$ |
| Barium (56) | Ba 131 | S | $1\times10^{-6}$ | $5\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $4\times10^{-7}$ | $5\times10^{-3}$ | $1\times10^{-8}$ | $2\times10^{-4}$ |
| | Ba 140 | S | $1\times10^{-7}$ | $8\times10^{-4}$ | $4\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $4\times10^{-8}$ | $7\times10^{-4}$ | $1\times10^{-9}$ | $2\times10^{-5}$ |
| Berkelium (97) | Bk 249 | S | $9\times10^{-10}$ | $2\times10^{-2}$ | $2\times10^{-11}$ | $6\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $2\times10^{-2}$ | $4\times10^{-9}$ | $6\times10^{-4}$ |
| Beryllium (4) | Be 7 | S | $6\times10^{-6}$ | $5\times10^{-2}$ | $2\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $1\times10^{-6}$ | $5\times10^{-2}$ | $4\times10^{-8}$ | $2\times10^{-3}$ |
| Bismuth (83) | Bi 206 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $5\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $1\times10^{-3}$ | $5\times10^{-9}$ | $4\times10^{-5}$ |
| | Bi 207 | S | $2\times10^{-7}$ | $2\times10^{-3}$ | $6\times10^{-9}$ | $6\times10^{-5}$ |
| | | I | $1\times10^{-8}$ | $2\times10^{-3}$ | $5\times10^{-10}$ | $6\times10^{-5}$ |
| | Bi 210 | S | $6\times10^{-9}$ | $1\times10^{-3}$ | $2\times10^{-10}$ | $4\times10^{-5}$ |
| | | I | $6\times10^{-7}$ | $1\times10^{-3}$ | $2\times10^{-10}$ | $4\times10^{-5}$ |
| | Bi 212 | S | $6\times10^{-7}$ | $1\times10^{-2}$ | $2\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-2}$ | $7\times10^{-9}$ | $4\times10^{-4}$ |
| Bromine (35) | Br 82 | S | $1\times10^{-6}$ | $8\times10^{-3}$ | $4\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $4\times10^{-5}$ |
| Cadmium (48) | Cd 109 | S | $5\times10^{-8}$ | $5\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |
| | | I | $7\times10^{-8}$ | $5\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |
| | Cd 115m | S | $4\times10^{-8}$ | $7\times10^{-4}$ | $1\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $4\times10^{-8}$ | $7\times10^{-4}$ | $1\times10^{-9}$ | $3\times10^{-5}$ |
| | Cd 115 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $4\times10^{-5}$ |
| Calcium (20) | Ca 45 | S | $3\times10^{-8}$ | $3\times10^{-4}$ | $1\times10^{-9}$ | $9\times10^{-6}$ |
| | | I | $1\times10^{-7}$ | $5\times10^{-3}$ | $4\times10^{-9}$ | $2\times10^{-4}$ |
| | Ca 47 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $5\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| Californium (98) | Cf 249 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $5\times10^{-14}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $7\times10^{-4}$ | $3\times10^{-12}$ | $2\times10^{-5}$ |
| | Cf 250 | S | $5\times10^{-12}$ | $4\times10^{-4}$ | $2\times10^{-13}$ | $1\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $7\times10^{-4}$ | $3\times10^{-12}$ | $3\times10^{-5}$ |
| | Cf 252 | S | $1\times10^{-11}$ | $7\times10^{-4}$ | $7\times10^{-13}$ | $2\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $7\times10^{-4}$ | $2\times10^{-12}$ | $2\times10^{-5}$ |
| Carbon (6) | C 14 | S | $4\times10^{-6}$ | $2\times10^{-2}$ | $1\times10^{-7}$ | $8\times10^{-4}$ |
| | (CO₂) | Sab | $5\times10^{-5}$ | .......... | $1\times10^{-6}$ | .......... |
| Cerium (58) | Ce 141 | S | $4\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-9}$ | $9\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $3\times10^{-3}$ | $5\times10^{-9}$ | $9\times10^{-5}$ |
| | Ce 143 | S | $3\times10^{-7}$ | $1\times10^{-3}$ | $9\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $7\times10^{-9}$ | $4\times10^{-5}$ |
| | Ce 144 | S | $1\times10^{-8}$ | $3\times10^{-4}$ | $3\times10^{-10}$ | $1\times10^{-5}$ |
| | | I | $6\times10^{-9}$ | $3\times10^{-4}$ | $2\times10^{-10}$ | $1\times10^{-5}$ |

See footnotes at end of table.

Approved: August 12, 1963

BEST AVAILABLE COPY

AEC Appendix 0524
Annex 1

STANDARDS FOR RADIATION PROTECTION

CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—continued

(See notes at end of annex)

| Element (atomic number) | Isotope [1] | Table I | | Table II | |
|---|---|---|---|---|---|
| | | Column 1 Air (μc/ml) | Column 2 Water (μc/ml) | Column 1 Air (μc/ml) | Column 2 Water (μc/ml) |
| Cesium (55) | Cs 131 S | 1X10⁻⁵ | 7X10⁻² | 4X10⁻⁷ | 2X10⁻³ |
| | I | 3X10⁻⁶ | 3X10⁻² | 1X10⁻⁷ | 9X10⁻⁴ |
| | Cs 134m S | 4X10⁻⁵ | 2X10⁻¹ | 1X10⁻⁶ | 6X10⁻³ |
| | I | 6X10⁻⁶ | 3X10⁻² | 2X10⁻⁷ | 1X10⁻³ |
| | Cs 134 S | 4X10⁻⁸ | 3X10⁻⁴ | 1X10⁻⁹ | 9X10⁻⁶ |
| | I | 1X10⁻⁸ | 1X10⁻³ | 4X10⁻¹⁰ | 4X10⁻⁵ |
| | Cs 135 S | 5X10⁻⁷ | 3X10⁻³ | 2X10⁻⁸ | 1X10⁻⁴ |
| | I | 9X10⁻⁸ | 7X10⁻³ | 3X10⁻⁹ | 2X10⁻⁴ |
| | Cs 136 S | 4X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 9X10⁻⁵ |
| | I | 2X10⁻⁷ | 2X10⁻³ | 6X10⁻⁹ | 8X10⁻⁵ |
| | Cs 137 S | 6X10⁻⁸ | 4X10⁻⁴ | 2X10⁻⁹ | 2X10⁻⁵ |
| | I | 1X10⁻⁸ | 1X10⁻³ | 5X10⁻¹⁰ | 4X10⁻⁵ |
| Chlorine (17) | Cl 36 S | 4X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 8X10⁻⁵ |
| | I | 2X10⁻⁸ | 2X10⁻³ | 8X10⁻¹⁰ | 6X10⁻⁵ |
| | Cl 38 S | 3X10⁻⁶ | 1X10⁻² | 9X10⁻⁸ | 4X10⁻⁴ |
| | I | 3X10⁻⁶ | 1X10⁻² | 7X10⁻⁸ | 4X10⁻⁴ |
| Chromium (24) | Cr 51 S | 1X10⁻⁵ | 5X10⁻² | 4X10⁻⁷ | 2X10⁻³ |
| | I | 2X10⁻⁶ | 5X10⁻² | 8X10⁻⁸ | 2X10⁻³ |
| Cobalt (27) | Co 57 S | 3X10⁻⁶ | 1X10⁻² | 1X10⁻⁷ | 5X10⁻⁴ |
| | I | 2X10⁻⁷ | 1X10⁻² | 6X10⁻⁹ | 4X10⁻⁴ |
| | Co 58m S | 2X10⁻⁵ | 8X10⁻² | 8X10⁻⁷ | 3X10⁻³ |
| | I | 9X10⁻⁶ | 6X10⁻² | 3X10⁻⁷ | 2X10⁻³ |
| | Co 58 S | 8X10⁻⁷ | 3X10⁻³ | 2X10⁻⁸ | 1X10⁻⁴ |
| | I | 5X10⁻⁸ | 3X10⁻³ | 2X10⁻⁹ | 9X10⁻⁵ |
| | Co 60 S | 3X10⁻⁷ | 1X10⁻³ | 1X10⁻⁸ | 5X10⁻⁵ |
| | I | 9X10⁻⁹ | 1X10⁻³ | 3X10⁻¹⁰ | 3X10⁻⁵ |
| Copper (29) | Cu 64 S | 2X10⁻⁶ | 1X10⁻² | 7X10⁻⁸ | 2X10⁻⁴ |
| | I | 1X10⁻⁶ | 6X10⁻³ | 4X10⁻⁸ | 2X10⁻⁴ |
| Curium (96) | Cm 242 S | 1X10⁻¹⁰ | 7X10⁻⁴ | 4X10⁻¹² | 2X10⁻⁵ |
| | I | 2X10⁻¹⁰ | 7X10⁻⁴ | 6X10⁻¹² | 2X10⁻⁵ |
| | Cm 243 S | 6X10⁻¹² | 1X10⁻⁴ | 2X10⁻¹³ | 3X10⁻⁶ |
| | I | 1X10⁻¹⁰ | 2X10⁻⁴ | 3X10⁻¹² | 8X10⁻⁶ |
| | Cm 244a S | 9X10⁻¹² | 2X10⁻⁴ | 3X10⁻¹³ | 7X10⁻⁶ |
| | I | 1X10⁻¹⁰ | 3X10⁻⁴ | 3X10⁻¹² | 9X10⁻⁶ |
| | Cm 245 S | 5X10⁻¹² | 1X10⁻⁴ | 2X10⁻¹³ | 3X10⁻⁶ |
| | I | 1X10⁻¹⁰ | 2X10⁻⁴ | 4X10⁻¹² | 8X10⁻⁶ |
| | Cm 246 S | 5X10⁻¹² | 1X10⁻⁴ | 2X10⁻¹³ | 4X10⁻⁶ |
| | I | 1X10⁻¹⁰ | 3X10⁻⁴ | 4X10⁻¹² | 9X10⁻⁶ |
| Dysprosium (66) | Dy 165 S | 3X10⁻⁶ | 1X10⁻² | 9X10⁻⁸ | 4X10⁻⁴ |
| | I | 2X10⁻⁶ | 1X10⁻² | 6X10⁻⁸ | 4X10⁻⁴ |
| | Dy 166 S | 2X10⁻⁷ | 1X10⁻³ | 8X10⁻⁹ | 4X10⁻⁵ |
| | I | 2X10⁻⁷ | 1X10⁻³ | 7X10⁻⁹ | 4X10⁻⁵ |
| Erbium (68) | Er 169 S | 6X10⁻⁷ | 3X10⁻³ | 2X10⁻⁸ | 9X10⁻⁵ |
| | I | 4X10⁻⁷ | 3X10⁻³ | 1X10⁻⁸ | 9X10⁻⁵ |
| | Er 171 S | 7X10⁻⁷ | 3X10⁻³ | 2X10⁻⁸ | 1X10⁻⁴ |
| | I | 6X10⁻⁷ | 3X10⁻³ | 2X10⁻⁸ | 1X10⁻⁴ |
| Europium (63) | Eu 152 S | 4X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 6X10⁻⁵ |
| | (T/2=9.2 hrs) I | 3X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 6X10⁻⁵ |
| | Eu 152 S | 1X10⁻⁸ | 2X10⁻³ | 4X10⁻¹⁰ | 8X10⁻⁵ |
| | (T/2=13 yrs) I | 2X10⁻⁹ | 2X10⁻³ | 6X10⁻¹¹ | 8X10⁻⁵ |
| | Eu 154 S | 4X10⁻⁹ | 6X10⁻⁴ | 1X10⁻¹⁰ | 2X10⁻⁵ |
| | I | 7X10⁻⁹ | 6X10⁻⁴ | 2X10⁻¹⁰ | 2X10⁻⁵ |
| | Eu 155 S | 9X10⁻⁸ | 6X10⁻³ | 3X10⁻⁹ | 2X10⁻⁴ |
| | I | 7X10⁻⁸ | 6X10⁻³ | 2X10⁻⁹ | 2X10⁻⁴ |
| Fluorine (9) | F 18 S | 5X10⁻⁶ | 2X10⁻² | 2X10⁻⁷ | 8X10⁻⁴ |
| | I | 3X10⁻⁶ | 1X10⁻² | 9X10⁻⁸ | 5X10⁻⁴ |
| Gadolinium (64) | Gd 153 S | 2X10⁻⁷ | 2X10⁻³ | 8X10⁻⁹ | 6X10⁻⁵ |
| | I | 9X10⁻⁸ | 2X10⁻³ | 3X10⁻⁹ | 6X10⁻⁵ |
| | Gd 159 S | 5X10⁻⁷ | 2X10⁻³ | 2X10⁻⁸ | 8X10⁻⁵ |
| | I | 4X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 8X10⁻⁵ |
| Gallium (31) | Ga 72 S | 2X10⁻⁷ | 1X10⁻³ | 8X10⁻⁹ | 4X10⁻⁵ |
| | I | 2X10⁻⁷ | 1X10⁻³ | 6X10⁻⁹ | 4X10⁻⁵ |
| Germanium (32) | Ge 71 S | 1X10⁻⁵ | 5X10⁻² | 4X10⁻⁷ | 2X10⁻³ |
| | I | 6X10⁻⁶ | 5X10⁻² | 2X10⁻⁷ | 2X10⁻³ |
| Gold (79) | Au 196 S | 1X10⁻⁶ | 5X10⁻³ | 4X10⁻⁸ | 2X10⁻⁴ |
| | I | 6X10⁻⁷ | 4X10⁻³ | 2X10⁻⁸ | 1X10⁻⁴ |
| | Au 198 S | 2X10⁻⁷ | 1X10⁻³ | 8X10⁻⁹ | 5X10⁻⁵ |
| | I | 1X10⁻⁷ | 8X10⁻⁴ | 4X10⁻⁹ | 3X10⁻⁵ |
| | Au 199 S | 1X10⁻⁶ | 5X10⁻³ | 3X10⁻⁸ | 2X10⁻⁴ |
| | I | 8X10⁻⁷ | 4X10⁻³ | 2X10⁻⁸ | 2X10⁻⁴ |
| Hafnium (72) | Hf 181 S | 4X10⁻⁸ | 2X10⁻³ | 1X10⁻⁹ | 7X10⁻⁵ |
| | I | 7X10⁻⁹ | 2X10⁻³ | 3X10⁻¹⁰ | 7X10⁻⁵ |
| Holmium (67) | Ho 166 S | 2X10⁻⁷ | 9X10⁻⁴ | 7X10⁻⁹ | 3X10⁻⁵ |
| | I | 2X10⁻⁷ | 1X10⁻³ | 5X10⁻⁹ | 3X10⁻⁵ |
| Hydrogen (1) | H3 S | 4X10⁻⁶ | 1X10⁻¹ | 1X10⁻⁷ | 5X10⁻³ |
| | Sub | 2X10⁻³ | .......... | 4X10⁻⁵ | .......... |
| Indium (49) | In 113m S | 8X10⁻⁶ | 4X10⁻² | 3X10⁻⁷ | 1X10⁻³ |
| | I | 7X10⁻⁶ | 4X10⁻² | 2X10⁻⁷ | 1X10⁻³ |
| | In 114m S | 1X10⁻⁷ | 5X10⁻⁴ | 4X10⁻⁹ | 2X10⁻⁵ |
| | I | 2X10⁻⁸ | 5X10⁻⁴ | 7X10⁻¹⁰ | 2X10⁻⁵ |
| | In 115m S | 2X10⁻⁶ | 1X10⁻² | 8X10⁻⁸ | 4X10⁻⁴ |
| | I | 2X10⁻⁶ | 1X10⁻² | 6X10⁻⁸ | 4X10⁻⁴ |
| | In 115 S | 2X10⁻⁷ | 1X10⁻³ | 9X10⁻⁹ | 9X10⁻⁵ |
| | I | 2X10⁻⁸ | 3X10⁻⁴ | 8X10⁻¹⁰ | 9X10⁻⁵ |
| Iodine (53) | I 126 S | 8X10⁻⁹ | 5X10⁻⁵ | 3X10⁻¹⁰ | 2X10⁻⁷ |
| | I | 3X10⁻⁷ | 3X10⁻³ | 1X10⁻⁸ | 9X10⁻⁵ |

See footnotes at end of table.

Supplemental Appendix Page No. 443

AEC Appendix 0524
Annex 1

STANDARDS FOR RADIATION PROTECTION

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—continued

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I — Column 1 Air ($\mu c/ml$) | Table I — Column 2 Water ($\mu c/ml$) | Table II — Column 1 Air ($\mu c/ml$) | Table II — Column 2 Water ($\mu c/ml$) |
|---|---|---|---|---|---|---|
| Platinum (78) | Pt 191 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | Pt 193m | S | $7\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $1\times10^{-3}$ |
| | | I | $8\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $1\times10^{-3}$ |
| | Pt 197m | S | $6\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $1\times10^{-3}$ |
| | | I | $8\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $9\times10^{-4}$ |
| | Pt 197 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Plutonium (94) | Pu 238 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $7\times10^{-14}$ | $3\times10^{-6}$ |
| | | I | $3\times10^{-11}$ | $8\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| | Pu 239 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $6\times10^{-14}$ | $3\times10^{-6}$ |
| | | I | $4\times10^{-11}$ | $8\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| | Pu 240 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $6\times10^{-14}$ | $3\times10^{-6}$ |
| | | I | $4\times10^{-11}$ | $8\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| | Pu 241 | S | $9\times10^{-11}$ | $7\times10^{-3}$ | $3\times10^{-12}$ | $2\times10^{-4}$ |
| | | I | $4\times10^{-8}$ | $4\times10^{-2}$ | $1\times10^{-9}$ | $1\times10^{-3}$ |
| | Pu 242 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $6\times10^{-14}$ | $3\times10^{-6}$ |
| | | I | $4\times10^{-11}$ | $9\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| Polonium (84) | Po 210 | S | $5\times10^{-10}$ | $2\times10^{-5}$ | $2\times10^{-11}$ | $7\times10^{-7}$ |
| | | I | $2\times10^{-10}$ | $8\times10^{-4}$ | $7\times10^{-12}$ | $3\times10^{-5}$ |
| Potassium (19) | K 42 | S | $2\times10^{-6}$ | $9\times10^{-3}$ | $7\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $6\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| Praseodymium (59) | Pr 142 | S | $2\times10^{-7}$ | $9\times10^{-4}$ | $7\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $9\times10^{-4}$ | $3\times10^{-9}$ | $8\times10^{-5}$ |
| | Pr 143 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $3\times10^{-9}$ | $5\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $5\times10^{-5}$ |
| Promethium (61) | Pm 147 | S | $6\times10^{-8}$ | $6\times10^{-3}$ | $2\times10^{-9}$ | $2\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $6\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |
| | Pm 149 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $1\times10^{-8}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $4\times10^{-5}$ |
| Protactinium (91) | Pa 230 | S | $2\times10^{-9}$ | $7\times10^{-3}$ | $6\times10^{-11}$ | $2\times10^{-4}$ |
| | | I | $8\times10^{-10}$ | $7\times10^{-3}$ | $3\times10^{-11}$ | $2\times10^{-4}$ |
| | Pa 231 | S | $1\times10^{-12}$ | $3\times10^{-5}$ | $4\times10^{-14}$ | $9\times10^{-7}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $2\times10^{-7}$ |
| | Pa 233 | S | $6\times10^{-7}$ | $4\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $3\times10^{-3}$ | $6\times10^{-9}$ | $1\times10^{-4}$ |
| Radium (88) | Ra 223 | S | $2\times10^{-9}$ | $2\times10^{-5}$ | $8\times10^{-11}$ | $7\times10^{-7}$ |
| | | I | $2\times10^{-10}$ | $1\times10^{-4}$ | $8\times10^{-12}$ | $2\times10^{-6}$ |
| | Ra 224 | S | $5\times10^{-9}$ | $7\times10^{-5}$ | $2\times10^{-10}$ | $2\times10^{-6}$ |
| | | I | $7\times10^{-10}$ | $2\times10^{-4}$ | $2\times10^{-11}$ | $5\times10^{-6}$ |
| | Ra 226 | S | $3\times10^{-11}$ | $4\times10^{-7}$ | $3\times10^{-12}$ | $3\times10^{-8}$ |
| | | I | $2\times10^{-11}$ | $9\times10^{-4}$ | $2\times10^{-12}$ | $3\times10^{-5}$ |
| | Ra 228 | S | $7\times10^{-11}$ | $8\times10^{-7}$ | $2\times10^{-12}$ | $3\times10^{-8}$ |
| | | I | $4\times10^{-11}$ | $7\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| Radon (86) | Rn 220 | S | $3\times10^{-7}$ | ............ | $1\times10^{-8}$ | ............ |
| | Rn 222 | I | $1\times10^{-7}$ | ............ | $3\times10^{-8}$ | ............ |
| Rhenium (75) | Re 183 | S | $3\times10^{-6}$ | $2\times10^{-2}$ | $9\times10^{-8}$ | $6\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $8\times10^{-3}$ | $3\times10^{-8}$ | $3\times10^{-4}$ |
| | Re 186 | S | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $9\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $2\times10^{-3}$ | $8\times10^{-9}$ | $2\times10^{-4}$ |
| | Re 187 | S | $9\times10^{-6}$ | $7\times10^{-2}$ | $3\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $4\times10^{-7}$ | $4\times10^{-2}$ | $2\times10^{-8}$ | $2\times10^{-3}$ |
| | Re 188 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $9\times10^{-4}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| Rhodium (45) | Rh 103m | S | $8\times10^{-6}$ | $4\times10^{-2}$ | $3\times10^{-7}$ | $1\times10^{-3}$ |
| | | I | $6\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $1\times10^{-3}$ |
| | Rh 105 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Rubidium (37) | Rb 86 | S | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $7\times10^{-5}$ |
| | | I | $7\times10^{-8}$ | $7\times10^{-4}$ | $2\times10^{-9}$ | $2\times10^{-5}$ |
| | Rb 87 | S | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $5\times10^{-8}$ | $5\times10^{-4}$ | $2\times10^{-9}$ | $2\times10^{-5}$ |
| Ruthenium (44) | Ru 97 | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $8\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-6}$ | $1\times10^{-2}$ | $6\times10^{-8}$ | $3\times10^{-4}$ |
| | Ru 103 | S | $5\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $8\times10^{-5}$ |
| | | I | $8\times10^{-8}$ | $2\times10^{-3}$ | $3\times10^{-9}$ | $8\times10^{-5}$ |
| | Ru 105 | S | $7\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | Ru 106 | S | $8\times10^{-8}$ | $4\times10^{-4}$ | $3\times10^{-9}$ | $1\times10^{-5}$ |
| | | I | $6\times10^{-9}$ | $3\times10^{-4}$ | $2\times10^{-10}$ | $1\times10^{-5}$ |
| Samarium (62) | Sm 147 | S | $7\times10^{-11}$ | $2\times10^{-3}$ | $2\times10^{-12}$ | $8\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $2\times10^{-3}$ | $9\times10^{-12}$ | $7\times10^{-5}$ |
| | Sm 151 | S | $6\times10^{-8}$ | $1\times10^{-2}$ | $2\times10^{-9}$ | $4\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $1\times10^{-2}$ | $5\times10^{-9}$ | $4\times10^{-4}$ |
| | Sm 153 | S | $5\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $8\times10^{-5}$ |
| | | I | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $8\times10^{-5}$ |
| Scandium (21) | Sc 46 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-8}$ | $1\times10^{-3}$ | $8\times10^{-10}$ | $4\times10^{-5}$ |
| | Sc 47 | S | $6\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $9\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $9\times10^{-5}$ |
| | Sc 48 | S | $2\times10^{-7}$ | $8\times10^{-4}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $8\times10^{-4}$ | $5\times10^{-9}$ | $3\times10^{-5}$ |
| Selenium (34) | Se 75 | S | $1\times10^{-6}$ | $9\times10^{-3}$ | $4\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $8\times10^{-3}$ | $4\times10^{-9}$ | $3\times10^{-4}$ |

See footnotes at end of table.

Approved: August 12, 1963

8

STANDARDS FOR RADIATION PROTECTION

CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—continued

(See notes at end of annex)

| Element (atomic number) | Isotope | Table I Column 1 Air (µc/ml) | Table I Column 2 Water (µc/ml) | Table II Column 1 Air (µc/ml) | Table II Column 2 Water (µc/ml) |
|---|---|---|---|---|---|
| Silicon (14) | Si 31 S | $4 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Silver (47) | Ag 105 S | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | I | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Ag 110m S | $2 \times 10^{-8}$ | $9 \times 10^{-4}$ | $7 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | I | $1 \times 10^{-8}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Ag 111 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | I | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Sodium (11) | Na 22 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | I | $9 \times 10^{-9}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Na 24 S | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $8 \times 10^{-3}$ | $5 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| Strontium (38) | Sr 85m S | $4 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $7 \times 10^{-4}$ |
| | I | $4 \times 10^{-6}$ | $7 \times 10^{-2}$ | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | Sr 85 S | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $8 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Sr 89 S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| | I | $4 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sr 90 S | $3 \times 10^{-10}$ | $4 \times 10^{-6}$ | $1 \times 10^{-11}$ | $1 \times 10^{-7}$ |
| | I | $2 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Sr 91 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | I | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $9 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Sr 92 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| Sulfur (16) | S 35 S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $9 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | I | $3 \times 10^{-7}$ | $8 \times 10^{-3}$ | $9 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Tantalum (73) | Ta 182 S | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $7 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| Technetium (43) | Tc 96m S | $8 \times 10^{-6}$ | $4 \times 10^{-2}$ | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | I | $1 \times 10^{-6}$ | $3 \times 10^{-2}$ | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ |
| | Tc 96 S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Tc 97m S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | I | $2 \times 10^{-7}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Tc 97 S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | I | $2 \times 10^{-7}$ | $5 \times 10^{-2}$ | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Tc 99m S | $4 \times 10^{-5}$ | $8 \times 10^{-2}$ | $1 \times 10^{-6}$ | $3 \times 10^{-3}$ |
| | I | $1 \times 10^{-5}$ | $1 \times 10^{-2}$ | $2 \times 10^{-7}$ | $3 \times 10^{-4}$ |
| | Tc 99 S | $2 \times 10^{-6}$ | $4 \times 10^{-3}$ | $7 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | I | $6 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Tellurium (52) | Te 125m S | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Te 127m S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $5 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | I | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Te 127 S | $2 \times 10^{-6}$ | $5 \times 10^{-3}$ | $9 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Te 129m S | $8 \times 10^{-8}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | I | $3 \times 10^{-8}$ | $6 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Te 129 S | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | I | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Te 131m S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Te 132 S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Terbium (65) | Tb 160 S | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $4 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Thallium (81) | Tl 200 S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | I | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Tl 201 S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Tl 202 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | Tl 204 S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $9 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| Thorium (90) | Th 228 S | $9 \times 10^{-12}$ | $2 \times 10^{-4}$ | $3 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | I | $6 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | Th 230 S | $2 \times 10^{-12}$ | $5 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | I | $1 \times 10^{-11}$ | $9 \times 10^{-4}$ | $3 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| | Th 232 S | $3 \times 10^{-11}$ | $5 \times 10^{-5}$ | $1 \times 10^{-12}$ | $2 \times 10^{-6}$ |
| | I | $3 \times 10^{-11}$ | | $1 \times 10^{-12}$ | $4 \times 10^{-6}$ |
| | Th natural S | $6 \times 10^{-11}$ | $3 \times 10^{-5}$ | $2 \times 10^{-12}$ | $1 \times 10^{-6}$ |
| | I | $3 \times 10^{-11}$ | | $1 \times 10^{-12}$ | |
| | Th 234 S | $4 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | I | $3 \times 10^{-9}$ | $5 \times 10^{-4}$ | $9 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| Thulium (69) | Tm 170 S | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $6 \times 10^{-10}$ | $5 \times 10^{-5}$ |
| | Tm 171 S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $5 \times 10^{-4}$ |
| | I | $2 \times 10^{-8}$ | $1 \times 10^{-2}$ | $1 \times 10^{-9}$ | $5 \times 10^{-4}$ |
| Tin (50) | Sn 113 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | I | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | Sn 125 S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | I | $8 \times 10^{-8}$ | $8 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Tungsten (Wolfram) (74) | W 181 S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $1 \times 10^{-7}$ | $4 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | W 185 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |

See footnotes at end of table.

9

Approved: August 12, 1963

BEST AVAILABLE COPY

CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—continued

(See notes at end of annex)

| Element (atomic number) | Isotope [1] | | Table I Column 1 Air (μc/ml) | Table I Column 2 Water (μc/ml) | Table II Column 1 Air (μc/ml) | Table II Column 2 Water (μc/ml) |
|---|---|---|---|---|---|---|
| Silicon (14) | Si 31 | S | $6\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $9\times10^{-4}$ |
| | | I | $1\times10^{-6}$ | $6\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| Silver (47) | Ag 105 | S | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $8\times10^{-8}$ | $3\times10^{-3}$ | $3\times10^{-9}$ | $1\times10^{-4}$ |
| | Ag 110m | S | $2\times10^{-7}$ | $9\times10^{-4}$ | $7\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-8}$ | $9\times10^{-4}$ | $3\times10^{-10}$ | $3\times10^{-5}$ |
| | Ag 111 | S | $3\times10^{-7}$ | $1\times10^{-3}$ | $1\times10^{-8}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $4\times10^{-5}$ |
| Sodium (11) | Na 22 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $9\times10^{-9}$ | $9\times10^{-4}$ | $3\times10^{-10}$ | $3\times10^{-5}$ |
| | Na 24 | S | $1\times10^{-6}$ | $6\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $8\times10^{-4}$ | $5\times10^{-9}$ | $3\times10^{-5}$ |
| Strontium (38) | Sr 85m | S | $4\times10^{-5}$ | $2\times10^{-1}$ | $1\times10^{-6}$ | $7\times10^{-3}$ |
| | | I | $3\times10^{-5}$ | $2\times10^{-1}$ | $1\times10^{-6}$ | $7\times10^{-3}$ |
| | Sr 85 | S | $2\times10^{-7}$ | $3\times10^{-3}$ | $8\times10^{-9}$ | $1\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $5\times10^{-3}$ | $4\times10^{-9}$ | $2\times10^{-4}$ |
| | Sr 89 | S | $3\times10^{-8}$ | $3\times10^{-4}$ | $3\times10^{-10}$ | $3\times10^{-6}$ |
| | | I | $4\times10^{-8}$ | $8\times10^{-4}$ | $1\times10^{-9}$ | $3\times10^{-5}$ |
| | Sr 90 | S | $3\times10^{-10}$ | $4\times10^{-6}$ | $3\times10^{-11}$ | $3\times10^{-7}$ |
| | | I | $5\times10^{-9}$ | $1\times10^{-3}$ | $2\times10^{-10}$ | $4\times10^{-5}$ |
| | Sr 91 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $7\times10^{-5}$ |
| | | I | $3\times10^{-7}$ | $1\times10^{-3}$ | $9\times10^{-9}$ | $5\times10^{-5}$ |
| | Sr 92 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $7\times10^{-5}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| Sulfur (16) | S 35 | S | $3\times10^{-7}$ | $2\times10^{-3}$ | $9\times10^{-9}$ | $6\times10^{-5}$ |
| | | I | $3\times10^{-7}$ | $8\times10^{-3}$ | $9\times10^{-9}$ | $3\times10^{-4}$ |
| Tantalum (73) | Ta 182 | S | $4\times10^{-8}$ | $1\times10^{-3}$ | $1\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-8}$ | $1\times10^{-3}$ | $7\times10^{-10}$ | $4\times10^{-5}$ |
| Technetium (43) | Tc 96m | S | $8\times10^{-5}$ | $4\times10^{-1}$ | $3\times10^{-6}$ | $1\times10^{-2}$ |
| | | I | $3\times10^{-5}$ | $3\times10^{-1}$ | $1\times10^{-6}$ | $1\times10^{-2}$ |
| | Tc 96 | S | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $5\times10^{-5}$ |
| | Tc 97m | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $8\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $5\times10^{-3}$ | $5\times10^{-9}$ | $2\times10^{-4}$ |
| | Tc 97 | S | $1\times10^{-5}$ | $5\times10^{-2}$ | $4\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-2}$ | $1\times10^{-8}$ | $8\times10^{-4}$ |
| | Tc 99m | S | $4\times10^{-5}$ | $2\times10^{-1}$ | $1\times10^{-6}$ | $6\times10^{-3}$ |
| | | I | $1\times10^{-5}$ | $8\times10^{-2}$ | $5\times10^{-7}$ | $3\times10^{-3}$ |
| | Tc 99 | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $7\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $6\times10^{-8}$ | $5\times10^{-3}$ | $2\times10^{-9}$ | $2\times10^{-4}$ |
| Tellurium (52) | Te 125m | S | $4\times10^{-7}$ | $5\times10^{-3}$ | $1\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $3\times10^{-3}$ | $4\times10^{-9}$ | $1\times10^{-4}$ |
| | Te 127m | S | $1\times10^{-7}$ | $2\times10^{-3}$ | $5\times10^{-9}$ | $6\times10^{-5}$ |
| | | I | $4\times10^{-8}$ | $2\times10^{-3}$ | $1\times10^{-9}$ | $5\times10^{-5}$ |
| | Te 127 | S | $2\times10^{-6}$ | $8\times10^{-3}$ | $6\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $9\times10^{-7}$ | $5\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| | Te 129m | S | $8\times10^{-8}$ | $1\times10^{-3}$ | $3\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $6\times10^{-4}$ | $1\times10^{-9}$ | $2\times10^{-5}$ |
| | Te 129 | S | $5\times10^{-6}$ | $2\times10^{-2}$ | $2\times10^{-7}$ | $8\times10^{-4}$ |
| | | I | $4\times10^{-6}$ | $2\times10^{-2}$ | $1\times10^{-7}$ | $8\times10^{-4}$ |
| | Te 131m | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $4\times10^{-5}$ |
| | Te 132 | S | $2\times10^{-7}$ | $9\times10^{-4}$ | $7\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $6\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| Terbium (65) | Tb 160 | S | $1\times10^{-7}$ | $1\times10^{-3}$ | $3\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $1\times10^{-3}$ | $1\times10^{-9}$ | $4\times10^{-5}$ |
| Thallium (81) | Tl 200 | S | $3\times10^{-6}$ | $1\times10^{-2}$ | $9\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $1\times10^{-6}$ | $7\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| | Tl 201 | S | $2\times10^{-6}$ | $9\times10^{-3}$ | $7\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $9\times10^{-7}$ | $5\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| | Tl 202 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $2\times10^{-3}$ | $8\times10^{-9}$ | $7\times10^{-5}$ |
| | Tl 204 | S | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $3\times10^{-8}$ | $2\times10^{-3}$ | $9\times10^{-10}$ | $6\times10^{-5}$ |
| Thorium (90) | Th 228 | S | $9\times10^{-12}$ | $2\times10^{-4}$ | $3\times10^{-13}$ | $7\times10^{-6}$ |
| | | I | $6\times10^{-12}$ | $4\times10^{-4}$ | $2\times10^{-13}$ | $10^{-5}$ |
| | Th 230 | S | $2\times10^{-12}$ | $5\times10^{-5}$ | $8\times10^{-14}$ | $2\times10^{-6}$ |
| | | I | $10^{-11}$ | $9\times10^{-4}$ | $3\times10^{-13}$ | $3\times10^{-5}$ |
| | Th 232 | S | $3\times10^{-11}$ | $5\times10^{-5}$ | $10^{-12}$ | $2\times10^{-6}$ |
| | | I | $3\times10^{-11}$ | $10^{-3}$ | $10^{-12}$ | $4\times10^{-5}$ |
| | Th natural | S | $3\times10^{-11}$ | $3\times10^{-5}$ | $10^{-12}$ | $10^{-6}$ |
| | | I | $3\times10^{-11}$ | $3\times10^{-4}$ | $10^{-12}$ | $10^{-5}$ |
| | Th 234 | S | $6\times10^{-8}$ | $5\times10^{-4}$ | $2\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $5\times10^{-4}$ | $10^{-9}$ | $2\times10^{-5}$ |
| Thulium (69) | Tm 170 | S | $4\times10^{-8}$ | $1\times10^{-3}$ | $1\times10^{-9}$ | $5\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $1\times10^{-3}$ | $1\times10^{-9}$ | $5\times10^{-5}$ |
| | Tm 171 | S | $1\times10^{-7}$ | $1\times10^{-2}$ | $4\times10^{-9}$ | $5\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-2}$ | $8\times10^{-9}$ | $5\times10^{-4}$ |
| Tin (50) | Sn 113 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $9\times10^{-5}$ |
| | | I | $5\times10^{-8}$ | $2\times10^{-3}$ | $2\times10^{-9}$ | $8\times10^{-5}$ |
| | Sn 125 | S | $1\times10^{-7}$ | $5\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $8\times10^{-8}$ | $5\times10^{-4}$ | $3\times10^{-9}$ | $2\times10^{-5}$ |
| Tungsten (Wolfram) (74) | W 181 | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $8\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $1\times10^{-2}$ | $4\times10^{-9}$ | $3\times10^{-4}$ |
| | W 185 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $3\times10^{-3}$ | $4\times10^{-9}$ | $1\times10^{-4}$ |

[1] See footnotes at end of table.

BEST AVAILABLE COPY

Case No. 1:90-cv-00181-JLK Document 2385-2 filed 10/23/15 USDC Colorado pg 67 of 165

AEC Appendix 0524
Annex I

STANDARDS FOR RADIATION PROTECTION

CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—continued

(See notes at end of annex)

| Element (atomic number) | Isotope [1] | Table I | | Table II | |
|---|---|---|---|---|---|
| | | Column 1 Air (μc/ml) | Column 2 Water (μc/ml) | Column 1 Air (μc/ml) | Column 2 Water (μc/ml) |
| Tungsten (Wolfram) (74)—Continued | W 187 S | 4X10⁻⁷ | 2X10⁻³ | 2X10⁻⁸ | 7X10⁻⁵ |
| | I | 2X10⁻⁷ | | 1X10⁻⁸ | 6X10⁻⁵ |
| Uranium (92) | U 230 S | 3X10⁻¹⁰ | 1X10⁻⁴ | 1X10⁻¹¹ | 3X10⁻⁶ |
| | I | 1X10⁻¹⁰ | 1X10⁻⁴ | 4X10⁻¹² | 3X10⁻⁶ |
| | U 232 S | 1X10⁻¹⁰ | 8X10⁻⁴ | 3X10⁻¹² | 3X10⁻⁵ |
| | I | 3X10⁻¹¹ | 8X10⁻⁴ | 9X10⁻¹³ | 3X10⁻⁵ |
| | U 233 S | 4X10⁻¹⁰ | 9X10⁻⁴ | 2X10⁻¹¹ | 3X10⁻⁵ |
| | I | 1X10⁻¹⁰ | 9X10⁻⁴ | 4X10⁻¹² | 3X10⁻⁵ |
| | U 234 S | 6X10⁻¹⁰ | 9X10⁻⁴ | 2X10⁻¹¹ | 3X10⁻⁵ |
| | I | 1X10⁻¹⁰ | 9X10⁻⁴ | 4X10⁻¹² | 3X10⁻⁵ |
| | U 235 S | 5X10⁻¹⁰ | 8X10⁻⁴ | 2X10⁻¹¹ | 3X10⁻⁵ |
| | I | 1X10⁻¹⁰ | 8X10⁻⁴ | 4X10⁻¹² | 3X10⁻⁵ |
| | U 236 S | 6X10⁻¹⁰ | 1X10⁻³ | 2X10⁻¹¹ | 3X10⁻⁵ |
| | I | 1X10⁻¹⁰ | 1X10⁻³ | 4X10⁻¹² | 3X10⁻⁵ |
| | U 238 S | 7X10⁻¹¹ | 1X10⁻³ | 3X10⁻¹² | 4X10⁻⁵ |
| | I | 1X10⁻¹⁰ | 1X10⁻³ | 4X10⁻¹² | 4X10⁻⁵ |
| | U-natural S | 7X10⁻¹¹ | 4X10⁻⁴ | 3X10⁻¹² | 2X10⁻⁵ |
| | I | 6X10⁻¹¹ | 4X10⁻⁴ | 2X10⁻¹² | 2X10⁻⁵ |
| Vanadium (23) | V 48 S | 2X10⁻⁷ | 9X10⁻⁴ | 6X10⁻⁹ | 3X10⁻⁵ |
| | I | 2X10⁻⁷ | 8X10⁻⁴ | 6X10⁻⁹ | 3X10⁻⁵ |
| | | 6X10⁻⁸ | 8X10⁻⁴ | 2X10⁻⁹ | 3X10⁻⁵ |
| Xenon (54) | Xe 131m Sub | 2X10⁻⁵ | | 4X10⁻⁷ | |
| | Xe 133 Sub | 1X10⁻⁵ | | 3X10⁻⁷ | |
| | Xe 135 Sub | 4X10⁻⁶ | | 1X10⁻⁷ | |
| Ytterbium (70) | Yb 175 S | 7X10⁻⁷ | 3X10⁻³ | 2X10⁻⁸ | 1X10⁻⁴ |
| | I | 6X10⁻⁷ | 3X10⁻³ | 2X10⁻⁸ | 1X10⁻⁴ |
| Yttrium (39) | Y 90 S | 1X10⁻⁷ | 6X10⁻⁴ | 4X10⁻⁹ | 2X10⁻⁵ |
| | I | 1X10⁻⁷ | 6X10⁻⁴ | 3X10⁻⁹ | 2X10⁻⁵ |
| | Y 91m S | 2X10⁻⁵ | 1X10⁻¹ | 8X10⁻⁷ | 3X10⁻³ |
| | I | 2X10⁻⁵ | 1X10⁻¹ | 6X10⁻⁷ | 3X10⁻³ |
| | Y 91 S | 4X10⁻⁸ | 8X10⁻⁴ | 1X10⁻⁹ | 3X10⁻⁵ |
| | I | 3X10⁻⁸ | 8X10⁻⁴ | 1X10⁻⁹ | 3X10⁻⁵ |
| | Y 92 S | 4X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 6X10⁻⁵ |
| | I | 3X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 6X10⁻⁵ |
| | Y 93 S | 2X10⁻⁷ | 8X10⁻⁴ | 6X10⁻⁹ | 3X10⁻⁵ |
| | I | 2X10⁻⁷ | 8X10⁻⁴ | 6X10⁻⁹ | 3X10⁻⁵ |
| Zinc (30) | Zn 65 S | 1X10⁻⁷ | 3X10⁻³ | 4X10⁻⁹ | 1X10⁻⁴ |
| | I | 6X10⁻⁸ | 5X10⁻³ | 2X10⁻⁹ | 2X10⁻⁴ |
| | Zn 69m S | 4X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 7X10⁻⁵ |
| | I | 3X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 6X10⁻⁵ |
| | Zn 69 S | 7X10⁻⁶ | 5X10⁻² | 2X10⁻⁷ | 2X10⁻³ |
| | I | 9X10⁻⁶ | 5X10⁻² | 3X10⁻⁷ | 2X10⁻³ |
| Zirconium (40) | Zr 93 S | 1X10⁻⁷ | 2X10⁻³ | 4X10⁻⁹ | 8X10⁻⁵ |
| | I | 3X10⁻⁷ | 2X10⁻³ | 1X10⁻⁸ | 8X10⁻⁵ |
| | Zr 95 S | 1X10⁻⁷ | 2X10⁻³ | 4X10⁻⁹ | 6X10⁻⁵ |
| | I | 3X10⁻⁸ | 2X10⁻³ | 1X10⁻⁹ | 6X10⁻⁵ |
| | Zr 97 S | 1X10⁻⁷ | 5X10⁻³ | 4X10⁻⁹ | 2X10⁻³ |
| | I | 9X10⁻⁸ | 5X10⁻³ | 3X10⁻⁹ | 2X10⁻³ |

[1] Soluble (S); Insoluble (I).
[2] "Sub" means that values given are for submersion in an infinite cloud of gaseous material.

NOTE: In any case where there is a mixture in air or water of more than one radionuclide, the limiting values for purposes of this Annex should be determined as follows:

1. If the identity and concentration of each radionuclide in the mixture are known, the limiting values should be derived as follows: Determine, for each radionuclide in the mixture, the ratio between the quantity present in the mixture and the limit otherwise established in Annex 1 for the specific radionuclide when not in a mixture. The sum of such ratios for all the radionuclides in the mixture may not exceed "1" (i.e., "unity").

EXAMPLE: If radionuclides A, B, and C are present in concentrations $C_A$, $C_B$, and $C_C$, and if the applicable MPC's, are $MPC_A$, and $MPC_B$ and $MPC_C$ respectively, then the concentrations shall be limited so that the following relationship exists:

$$\frac{C_A}{MPC_A} + \frac{C_B}{MPC_B} + \frac{C_C}{MPC_C} \leq 1$$

2. If either the identity or the concentration of any radionuclide in the mixture is not known,

the limiting values for purposes of Annex 1 shall be:

a. For purposes of Table I, Col. 1–1 X 10⁻¹²

b. For purposes of Table I, Col. 2–3 X 10⁻⁷

c. For purposes of Table II, Col. 1–4 X 10⁻¹⁴

d. For purposes of Table II, Col. 2–1 X 10⁻⁸

3. If any of the conditions specified below are met, the corresponding values specified below may be used in lieu of those specified in paragraph 2 above.

a. If the identity of each radionuclide in the mixture is known but the concentration of one or more of the radionuclides in the mixture is not known, the concentration limit for the mixture is the limit specified in Annex 1 for the radionuclide in the mixture having the lowest concentration limit; or

b. If the identity of each radionuclide in the mixture is not known, but it is known that certain radionuclides specified in Annex 1 are not present in the mixture, the concentration limit for the mixture is the lowest concentration limit specified in Annex 1 for any radionuclide which is not known to be absent from the mixture; or

Approved: August 12, 1963        10

STANDARDS FOR RADIATION PROTECTION

AEC Appendix 0524
Annex 1

| e. Element (atomic number) and isotope | Table I | | Table II | |
| --- | --- | --- | --- | --- |
| | Column 1 | Column 2 | Column 1 | Column 2 |
| | Air ($\mu c/ml$) | Water ($\mu c/ml$) | Air ($\mu c/ml$) | Water ($\mu c/ml$) |
| If it is known that Sr 90, I 129, Pb 210, Po 210, At 211, Ra 223, Ra 224, Ra 226, Ac 227, Ra 228, Th 230, Pa 231, Th 232, and Th-nat are not present.......... | .......... | $9\times10^{-5}$ | .......... | $3\times10^{-6}$ |
| If it is known that Sr 90, I 129, Pb 210, Po 210, Ra 223, Ra 226, Ra 228, Pa 231, and Th-nat are not present....... | .......... | $6\times10^{-5}$ | .......... | $2\times10^{-6}$ |
| If it is known that Sr 90, Pb 210, Ra 226 and Ra 228 are not present.......... | .......... | $2\times10^{-5}$ | .......... | $6\times10^{-7}$ |
| If it is known that Ra 226 and Ra 228 are not present.... | .......... | $3\times10^{-6}$ | .......... | $1\times10^{-7}$ |
| If it is known that alpha-emitters and Sr 90, I 129, Pb 210, Ac 227, Ra 228, Pa 230, Pu 241 and Bk 249 are not present.......... | $3\times10^{-9}$ | .......... | $1\times10^{-10}$ | .......... |
| If it is known that alpha-emitters and Pb 210, Ac 227, Ra 228, and Pu 241 are not present.......... | $3\times10^{-10}$ | .......... | $1\times10^{-11}$ | .......... |
| If it is known that alpha-emitters and Ac 227 are not present.......... | $3\times10^{-11}$ | .......... | $1\times10^{-12}$ | .......... |
| If it is known that Ac 227, Th 230, Pa 231, Pu 238, Pu 239, Pu 240, Pu 242, and Cf 249 are not present.......... | $3\times10^{-12}$ | .......... | $1\times10^{-13}$ | .......... |
| If Pa 231, Pu 239, Pu 240, Pu 242 and Cf 249 are not present | $2\times10^{-12}$ | .......... | $7\times10^{-14}$ | .......... |

4. If the mixture of radionuclides consists of uranium and its daughter products in ore dust prior to chemical processing of the uranium ore, the values specified below may be used in lieu of those determined in accordance with paragraph 1 above or those specified in paragraphs 2 and 3 above.

a. For purposes of Table I, Col. 1-1 $\times 10^{-10} \mu c$) ml gross alpha activity; or 2.5 $\times 10^{-11} \mu c/ml$ natural uranium; or 75 micrograms per cubic meter of air natural uranium.

b. For purposes of Table II, Col. 1-3 $\times 10^{-11} \mu c/ml$ gross alpha activity; or 8 $\times 10^{-13} \mu c/ml$ natural uranium; or 3 micrograms per cubic meter of air natural uranium.

5. For purposes of this note, a radionuclide may be considered as not present in a mixture if (a) the ratio of the concentration of that radionuclide in the mixture ($C_A$) to the concentration limit for that radionuclide specified in Table II of Annex 1 ($MPC_A$) does not exceed 1/10,

$$\text{i.e.} \quad \frac{C_A}{MPC_A} \leq \frac{1}{10}$$

and (b) the sum of such ratios for all the radionuclides considered as not present in the mixture does not exceed 1/4.

$$\text{i.e.} \quad \frac{C_A}{MPC_A} + \frac{C_B}{MPC_B} + \cdots \leq \frac{1}{4}$$

11

Approved: August 12, 1963

**BEST AVAILABLE COPY**

Form AEC-489
(6-67)

## U.S. ATOMIC ENERGY COMMISSION
### AEC MANUAL

### TRANSMITTAL NOTICE

---

### Chapter 0524  STANDARDS FOR RADIATION PROTECTION

| SUPERSEDED: | | | TRANSMITTED: | |
|---|---|---|---|---|
| Number | Date | | Number | Date |
| | | | TN _0500-59_ | |
| Chapter _0524 (complete)_ | _8/12/63_ | | Chapter _0524 (complete)_ | _11/8/68_ |
| Page _____ | _____ | | Page _____ | _____ |
| _____ | _____ | | _____ | _____ |
| _____ | _____ | | _____ | _____ |
| Appendix _0524 (complete)_ | _8/12/63_ | | Appendix _0524 (complete)_ | _11/8/68_ |

REMARKS:  This chapter has been revised to:

1. update statements of policy, responsibility, definition, and requirements.

2. set forth all basic exposure standards in a single table, respectively, for restricted and unrestricted areas.

3. remove procedural requirements from the footnote status.

4. require the combining of external and internal whole-body exposure.

5. specify a requirement for monitoring for internal exposure.

6. clarify the status of air and water concentration levels as being guides rather than limits.

7. bring radioactivity concentration guides into agreement with the MPC's in 10 CFR Part 20.

8. clarify requirements for control of, and surveillance over, exposures in unrestricted areas.

9. permit the controlled release of radioactive materials to sanitary sewerage systems.

10. define a curie of natural uranium and natural thorium.

11. add a table of quality factors for neutrons and protons.

12. make changes of an editorial nature.

## PRELIMINARY TO REGULAR DISTRIBUTION

U.S. ATOMIC ENERGY COMMISSION
AEC MANUAL

Volume: 0000 General Administration
Part   : 0500 Health and Safety

AEC 0524-01
OS

## Chapter 0524 STANDARDS FOR RADIATION PROTECTION

### 0524-01  POLICY

011   Radiation protection standards applicable to AEC and AEC contractor operations not subject to AEC licensing, shall be established to protect the general public, AEC and AEC contractor personnel and property.

012   AEC and AEC contractor operations shall be conducted in such a manner as to assure that radiation exposures to individuals and population groups are limited to the lowest levels technically and economically practical.

### 0524-02  OBJECTIVE

To establish radiation protection standards for AEC and AEC contractor operations consistent with the Radiation Protection Guides recommended by the Federal Radiation Council and with the standards approved by the Commission for the regulation of licensee operations.

### 0524-03  RESPONSIBILITIES AND AUTHORITIES

031   The Director, Division of Operational Safety:

a. develops, or promotes the development of, radiation protection standards and policies relating to AEC and AEC contractor operations.

b. approves or disapproves each proposed exception to the radiation protection standards established by this chapter.

c. appraises the performance of AEC field offices and upon request, or when circumstances warrant, appraises AEC contractors as set forth in Chapter 0504, "Operational Safety Program Appraisals."

d. renders interpretations of the requirements of this chapter.

032   The Heads of Headquarters Divisions and Offices: assure that Headquarters employees, under their jurisdiction, comply with the provisions of this chapter.

033   Managers of Field Offices:*

a. assure that AEC and AEC contractor personnel and the general public are protected against radiation exposure in conformance with the provisions of this chapter.

b. assure that the necessary measurements are made to determine conformance with the requirements of this chapter.

c. request and justify specific exceptions for planned or anticipated deviations from the requirements of this chapter.

d. review and approve emergency plans for rescue and recovery operations.

e. act, where immediate decisions and actions are required, on requests for exceptions to the requirements of this chapter and immediately report and justify such action to the Division of Operational Safety, Headquarters. Contractors may be authorized to take all appropriate measures in emergency situations. See appendix 0524, IV, "Guidance for Emergency Exposure During Rescue and Recovery Activities."

### 0524-04  DEFINITIONS (as used in this chapter)

041   AEC contractor includes any AEC prime contractor or subcontractor exempt from, or not subject to, AEC licensing, except Part 115 Reactors, but subject to the contractual provisions of AECPR 9-7.5006-47 or modifications thereof.

042   Controlled area means any area, access to which is controlled for reasons of radiation safety.

043   Uncontrolled area means any area, access to which is not controlled for reasons of radiation safety.

---

*For purposes of this chapter, the Director, Division of Naval Reactors and the Director, Division of Space Nuclear Systems, will assume the same responsibilities as Managers of Field Offices, for their respective program activities.

Approved: November 8, 1968

## 0524-05   BASIC REQUIREMENTS

051   Applicability   The standards and instructions set forth in this chapter and appendix apply to, and shall be followed by, Headquarters Divisions and Offices, Field Offices, and AEC contractors, as defined in 041, above.

052   Coverage

a.   These standards shall govern ionizing radiation exposure to AEC and AEC contractor personnel and to other individuals who may be exposed to ionizing radiation resulting from AEC and AEC contractor operations.

b.   These standards do not apply to radiation exposures resulting from natural background, medical and dental procedures, nor do they apply to uncontrolled areas when activities involved are in the Plowshare Program[1] or are essential to national security such as the weapons testing program.

_____
[1] Safety criteria of each Plowshare event will be considered on a case-by-case basis.

053   Exceptions to Chapter Requirements.   Approval of the Division of Operational Safety must be obtained for any deviations from the requirements of this chapter or use of radiation protection standards different from those provided herein, except in emergency situations where immediate decisions and actions are required.

054   Appendix 0524 contains radiation protection standards which shall be applied in conformance with the requirements of this chapter. It also provides guidance for emergency exposure during rescue and recovery activities (IV).

055   References

a.   Chapter 0525, "Occupational Radiation Exposure Information."

b.   Chapter 0545, "Nuclear Accident Dosimetry Program."

## 0524-06   NATIONAL EMERGENCY APPLICATION

During a National Emergency, as defined in Chapter 0601-04, the provisions of this chapter and appendix are not mandatory.

Approved:  November 8, 1968

STANDARDS FOR RADIATION PROTECTION                                    AEC Appendix 0524

I.  INDIVIDUALS IN CONTROLLED AREAS

A.  Radiation Protection Standards for External and Internal Exposure:

| Type of Exposure | Condition | Dose (rem) or Dose Commitment |
|---|---|---|
| Whole body, head and trunk, active blood-forming organs, gonads, or lens of eye | Accumulated dose Calendar quarter | 5 (N-18)[1] 3 |
| Skin thyroid and bone[2] | Year Calendar quarter | 30 10 |
| Hands and forearms, feet and ankles | Year Calendar quarter | 75 25 |
| Other organs | Year Calendar quarter | 15 5 |

To meet the above dose commitment standards, operations must be conducted in a manner that it will be unlikely that an individual will assimilate in a critical organ, due to exposure received in any calendar quarter (year) by inhalation, ingestion, or absorption, a quantity of a radionuclide that would commit the individual to a lifetime dose greater than is specified for a calendar quarter (year). (See table, above.)

B.  Procedural Requirements

1.  Restrictions

a.  An individual employed at age 18, or an individual beyond age 18, who has received the maximum allowable radiation dose, shall not be exposed during the ensuing year to whole body doses exceeding:

(1)  1.25 rem for the first calendar quarter,

(2)  2.5 rem total for the first two calendar quarters,

(3)  3.75 rem total for the first three calendar quarters, and

(4)  5 rem for the year.

b.  An individual under age 18 shall not be employed in, or allowed to enter, controlled areas in such manner that he will receive doses of radiation in amounts exceeding one-tenth the standards in A., above.

2.  Combining Internal and External Dose. Whole-body internal dose from radionuclides for which the whole body is the critical organ must be combined with the external whole-body dose. Otherwise, the internal and external dose are not required to be added although reasonable effort should be made to minimize total organ dose.

3.  Emergency or Accidental Exposure. The determination as to whether radiation doses received in emergency actions or accidental situations will be chargeable to the radiation exposure status of the individual will be made on a case-by-case basis by plant management in accordance with the advice of the plant health physi and occupational medical departments.

4.  Monitoring Requirements. These requirements are applicable if the individual is likely to receive a dose or commitment in any calendar quarter in excess of 10 percent of the quarterly standards in A., above, due to:

a.  external radiation - personnel monitoring equipment for each individual.

b.  internal radiation - periodic (monthly, quarterly, annually, etc.) urinalyses and/or in vivo counting and/or evaluation of air concentrations to which the individual is exposed.

5.  Methods of Estimating Dose Commitment. Methods of estimating dose commitment to the organ of interest should be suitable to the existing conditions and consistent with assumptions and recommendations of the Federal Radiation Council (FRC) and International Commission on Radiological Protection (ICRP).

[1] N equals the age in years at next birthday.
[2] An acceptable alternate standard for bone is the ICRP standard of 0.1 μ gram of radium-226 or its biological equivalent.

Approved: November 8, 19

C. Concentration Guides (CG's)

1. Air

CG's in Annex A, Table I, Column 1, were derived for the most part from the yearly standards in A., above (assume a 40-hour workweek). They should be used in evaluating the adequacy of health protection measures against airborne radioactivity in occupied areas.

2. Water

The CG's in Annex A, Table I, Column 2, are applicable to the discharge of liquid effluents to sanitary sewerage systems (see II, E., below). Drinking water concentrations in restricted areas shall be maintained within the CG's specified in Table II, Column 2.

II. INDIVIDUALS AND POPULATION GROUPS IN UNCONTROLLED AREAS

A. Radiation Protection Standards for External and Internal Exposure:

| Type of Exposure | Annual Dose or Dose Commitment (rem) | |
|---|---|---|
| | Based on dose to critical individuals at points of maximum probable exposure | Based on an average dose to a suitable sample of the exposed population[1] |
| Whole body, gonads, or bone marrow | 0.5 | 0.17 |
| Other organs [2] | 1.5 | 0.5 |

B. Procedural Requirements

Except as specified in C. 2., below, environmental and food chain monitoring and urinalysis or in vivo counting data shall be developed and used, as appropriate, to demonstrate compliance with the above standards and/or their equivalents (body burden, intake by ingestion and inhalation, or air and water concentrations at the point of intake) according to FRC and/or ICRP principles. Where the standards for individuals are used, exposure estimates should be confirmed by direct measurements such as personal dosimetry, excreta analysis, and in vivo counting. Surveillance over individual exposures need not be by urinalysis and in vivo counting if environmental and food chain monitoring sufficient to establish the range of individual exposure is performed and these exposure levels are known with comparable certainty. This demonstration should include a prerelease evaluation of probable exposures based on:

1. the radiological, chemical, physical, and biological properties of the effluent.

2. the locations of exposed individuals relative to the point of release.

3. the meteorology, soil chemistry, geology, hydrology, and related factors pertinent to the fate of the effluent.

C. Concentration Guides (CG's)

1. CG's in Annex A, Table II, were derived for the most part from the dose standards for individuals in A., above (assume 168 hours of exposure per week). These guides shall be reduced by a factor of three when applied to a suitable sample of the exposed population.

2. In situations in which it is not feasible or desirable to evaluate the exposure of individuals and samples of an exposed population to effluents as necessary to demonstrate compliance with the standards in A., above, effluent releases to uncontrolled areas shall be such that average concentrations of radioactivity at the point of release will not exceed the CG's in Table II. The point of release shall be considered to be the point at which the effluents pass beyond the site boundary. Radioactivity concentrations may be averaged over periods up to 1 year.

[1] See Par. 5.4, FRC Report No. 1, for discussion on concept of suitable sample of exposed population.

[2] An acceptable alternate standard for bone for individuals is the ICRP standard of 0.003 µg of radium-226 or its biological equivalent. The alternate standard for populations would be one-third this ICRP standard.

Approved: November 8, 1968

STANDARDS FOR RADIATION PROTECTION                                    AEC Appendix 0524

D. Further Limitations on Effluent Discharges

In any situation in which the effluents discharged by one or more activities of AEC, AEC contractors, or others cause exposures to approach the standards specified in A., above, appropriate effluent discharge limits may be set for these operations. In such cases, the manager of the field office may take the necessary corrective action if all activities concerned are within his area of responsibility. Otherwise, each case will be referred to the Director, Division of Operational Safety, for appropriate action including, where appropriate, coordination with actions taken by the Director of Regulation under 10 CFR 20.106(e).

E. Discharge to Sanitary Sewerage Systems

1. Effluents may be discharged to public sanitary systems provided:

a. the quantity of radioactivity released in any 1 month, if diluted by the average monthly quantity of water released by the installation, will not result in an average concentration exceeding the CG in Annex A, Table I, Column 2., and

b. the radiation protection standards in A., above, are not exceeded.

2. Concentrations or quantities of radioactive materials greater than those specified in 1.a. and b., above, may be released to chemical or sanitary sewerage systems owned by the Federal Government provided the standards in A., above, are not exceeded in uncontrolled areas.

III. QUALITY FACTORS TO BE APPLIED IN DETERMINING REM EXPOSURE

The exposure standards specified in this appendix are expressed in terms of rem, which implies that the absorbed dose (expressed in rads) should be multiplied by an appropriate weighting factor (quality factor (QF)). The QF's to be used for determining neutron and/or proton exposures from known energies are provided in the following table:

| Energy of Neutrons or Protons | Quality Factors | |
|---|---|---|
| MeV | Neutrons | Protons |
| Thermal | 3 | |
| 0.0001 | 2 | |
| 0.005 | 2.5 | |
| 0.02 | 5 | |
| 0.1 | 8 | |
| 0.5 | 10 | |
| 1.0 | 10 | |
| 2.5 | 8 | |
| 5.0 | 7 | |
| 7.5 | 7 | |
| 10 | 7 | |
| 20 | 6 | |
| 30 | 6 | |
| 50 | 5 | 1 |
| 100 | 5 | 1.5 |
| 200 | 4 | 1.5 |
| 300 | 4 | 2 |
| 500 | 4 | 3 |
| 700 | 3 | 3 |
| 1000 | 3 | 3 |

IV. GUIDANCE FOR EMERGENCY EXPOSURE DURING RESCUE AND RECOVERY ACTIVITIES

A. Purpose

The emergency action guidance promulgated in this part provides instructions and background information for use in determining appropriate actions concerning the rescue and recovery of persons and the protection of health and property during periods of emergency.

B. General Considerations

1. The problem of controlling exposure to radiation during rescue and recovery actions is extremely complex.

Approved: November 8, 1968

Supplemental Appendix Page No. 455

AEC Appendix 0524

STANDARDS FOR RADIATION PROTECTION

Performing rescue and recovery operations requires the exercise of prompt judgment to take into account multiple hazards and alternate methods of accomplishment. Sound judgment and flexibility of action are crucial to the success of any type of emergency actions. Although the guiding principle is to minimize the risk of injury to those persons involved in the rescue and recovery activities, the control of radiation exposures should be consistent with the immediate objective of saving human life, the recovery of a deceased victim, and/or the protecting of health and saving of property.*

2. To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, these instructions do not establish a rigid upper limit of exposure but rather leave judgment up to persons in charge of emergency operations to determine the amount of exposures that should be permitted to perform the emergency mission.

3. The official in charge must carefully examine any proposed action involving further radiation exposure by weighing the risks of radiation insults, actual or potential, against the benefits to be gained. Exposure probability, biological consequences related to dose, and the number of people involved are the essential elements to be evaluated in making a risk determination.

4. These instructions recognize that accident situations involving the saving of lives will require separate criteria from that of actions required to recover deceased victims or saving of property. In the latter instances, the amount of exposure expected to be received by persons should be controlled as much as possible within occupational limits.

C. Emergency Situations

Specific dose criteria and judgment factors are set forth for the three categories of risk-benefit considerations, i.e., actions involving the saving of human life, the recovery of deceased victims, and the protection of health and property.

*The determination as to whether radiation dosage received in emergency actions will be chargeable to the radiation exposure status of the persons will be made on an individual case basis.

Approved:  November 8, 1968

1. Saving of Human Life

   a. To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, judgment shall be left to persons in charge of emergency operations to determine the amount of exposures that should be permitted to perform the emergency mission.

   b. Attempts to rescue victims of a nuclear incident should be regarded in the same context as any other emergency action involving the rescue of victims, regardless of the type of hazard involved.

   c. Where there is reasonable expectation that an individual is alive within the affected area, the course of action to be pursued should be determined by the person onsite having the emergency action responsibility.

   d. The amount of exposure for this type of emergency action shall be determined by the person onsite having the emergency action responsibility. He should immediately evaluate the situation and establish the exposure limit for the rescue mission accordingly. His judgment should be based upon:

      (1) evaluation of the inherent risks by considering:

         (a) the reliability of the prediction of radiation injury. This reliability cannot be any greater than reliability of the estimation of the dose. Therefore, consideration should be given to limits of error associated with the specific instruments and techniques used to estimate the dose rate. This is especially crucial when the estimated dose approximates 100 rems or more.

         (b) the exposure expected in performing the action shall be weighed in terms of the effects of acute external whole-body exposure and entry of radioactive material into the body.

**Supplemental Appendix Page No. 456**

(2) current assessment of the degree and nature of the hazard, and the capability of reducing inherent risk from that hazard through appropriate mechanism such as the use of protective equipment, remote manipulation equipment, or similar means.

e. In the course of making a decision to perform the action, the risk to rescue personnel should be weighed against the probability of success of the rescue action.

f. Any rescue action that may involve substantial personal risk should be performed by volunteers, and each emergency worker shall be advised of the known or estimated extent of such risk prior to participation.

2. Recovery of Deceased Victims

a. Accident situations involving recovery of deceased victims require criteria separate from those for saving lives. Since the element of time is no longer a critical factor, the recovery of deceased victims should be well planned. The amount of radiation exposure received by persons in recovery operations shall be controlled within existing occupational exposure guides.

b. In those situations where the bodies are located in areas inaccessible because of high direct radiation fields, and where the recovery mission would result in exposure in excess of occupational exposure standards contained in this appendix, special remote recovery devices should be used to retrieve the bodies.

c. In special circumstances where it is impossible to recover bodies without the entry of emergency workers into the area, the individual in charge of the recovery mission may determine it necessary to exceed the occupational exposure standards contained in this appendix. The planned exposures of an individual participating in the recovery should not exceed 12 rem total for the year or 5 (N-18), whichever is the more limiting.

3. Protection of Health and Property

a. Where the risk (probability and magnitude) of the radiation hazard either bears significantly on the state of health of people or may result in loss of property, so that immediate remedial action is required, the following criteria should apply:

(1) When the person in charge of emergency action on site deems it essential to reduce a hazard potential to acceptable levels or to prevent a substantial loss of property, a planned exposure up to, but not to exceed, 12 rem for the year or 5 (N-18), whichever is more limiting, may be received by individuals participating in the operation.

However, the person in charge of emergency action at the incident scene may elect, under special circumstances, to waive these limits and permit volunteers to receive an exposure up to, but not to exceed, 25 rem.

(2) Where the potential risk of radiation hazard following the nuclear incident is such that life would be in jeopardy, or that there would be severe effects on health of the public or loss of property inimicable to the public safety, the criteria for the saving of human life shall apply.

Approved: November 8, 1968

**Supplemental Appendix Page No. 457**



STANDARDS FOR RADIATION PROTECTION         AEC Appendix 0524

## ANNEX A

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Actinium (89) ............... | Ac 227 | S | $2\times10^{-12}$ | $6\times10^{-5}$ | $8\times10^{-14}$ | $2\times10^{-6}$ |
| | | I | $3\times10^{-11}$ | $9\times10^{-3}$ | $9\times10^{-13}$ | $3\times10^{-4}$ |
| | Ac 228 | S | $8\times10^{-8}$ | $3\times10^{-3}$ | $3\times10^{-9}$ | $9\times10^{-5}$ |
| | | I | $2\times10^{-8}$ | $3\times10^{-3}$ | $6\times10^{-10}$ | $9\times10^{-5}$ |
| Americium (95) ............... | Am 241 | S | $6\times10^{-12}$ | $1\times10^{-4}$ | $2\times10^{-13}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $2\times10^{-5}$ |
| | Am 242m | S | $6\times10^{-12}$ | $1\times10^{-4}$ | $2\times10^{-13}$ | $4\times10^{-6}$ |
| | | I | $3\times10^{-10}$ | $3\times10^{-3}$ | $9\times10^{-12}$ | $9\times10^{-5}$ |
| | Am 242 | S | $4\times10^{-8}$ | $4\times10^{-3}$ | $1\times10^{-9}$ | $1\times10^{-4}$ |
| | | I | $5\times10^{-8}$ | $4\times10^{-3}$ | $2\times10^{-9}$ | $1\times10^{-4}$ |
| | Am 243 | S | $6\times10^{-12}$ | $1\times10^{-4}$ | $2\times10^{-13}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| | Am 244 | S | $4\times10^{-6}$ | $1\times10^{-1}$ | $1\times10^{-7}$ | $5\times10^{-3}$ |
| | | I | $2\times10^{-5}$ | $1\times10^{-1}$ | $8\times10^{-7}$ | $5\times10^{-3}$ |
| Antimony (51)................. | Sb 122 | S | $2\times10^{-7}$ | $6\times10^{-4}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $8\times10^{-4}$ | $5\times10^{-9}$ | $3\times10^{-5}$ |
| | Sb 124 | S | $2\times10^{-7}$ | $7\times10^{-4}$ | $5\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $2\times10^{-8}$ | $7\times10^{-4}$ | $7\times10^{-10}$ | $2\times10^{-5}$ |
| | Sb 125 | S | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $3\times10^{-8}$ | $3\times10^{-3}$ | $9\times10^{-10}$ | $1\times10^{-4}$ |
| Argon (18) ............... | A 37 | Sub[2] | $6\times10^{-3}$ | ......... | $1\times10^{-4}$ | ......... |
| | A 41 | Sub | $2\times10^{-6}$ | ......... | $4\times10^{-8}$ | ......... |
| Arsenic (33)................. | As 73 | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $7\times10^{-8}$ | $5\times10^{-4}$ |
| | | I | $4\times10^{-7}$ | $1\times10^{-2}$ | $1\times10^{-8}$ | $1\times10^{-4}$ |
| | As 74 | S | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $5\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $2\times10^{-3}$ | $4\times10^{-9}$ | $5\times10^{-5}$ |
| | As 76 | S | $1\times10^{-7}$ | $6\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $6\times10^{-4}$ | $3\times10^{-9}$ | $2\times10^{-5}$ |
| | As 77 | S | $5\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $8\times10^{-5}$ |
| | | I | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $8\times10^{-5}$ |
| Astatine (85) ............... | At 211 | S | $7\times10^{-9}$ | $5\times10^{-5}$ | $2\times10^{-10}$ | $2\times10^{-6}$ |
| | | I | $3\times10^{-8}$ | $2\times10^{-3}$ | $1\times10^{-9}$ | $7\times10^{-5}$ |
| Barium (56)................... | Ba 131 | S | $1\times10^{-6}$ | $5\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $4\times10^{-7}$ | $5\times10^{-3}$ | $1\times10^{-8}$ | $2\times10^{-4}$ |
| | Ba 140 | S | $1\times10^{-7}$ | $8\times10^{-4}$ | $4\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $4\times10^{-8}$ | $7\times10^{-4}$ | $1\times10^{-9}$ | $2\times10^{-5}$ |
| Berkelium (97)................. | Bk 249 | S | $9\times10^{-10}$ | $2\times10^{-3}$ | $3\times10^{-11}$ | $6\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $2\times10^{-3}$ | $4\times10^{-9}$ | $6\times10^{-5}$ |
| | Bk 250 | S | $1\times10^{-7}$ | $6\times10^{-3}$ | $5\times10^{-9}$ | $2\times10^{-4}$ |
| | | I | $1\times10^{-6}$ | $4\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| Beryllium (4) ............... | Be 7 | S | $6\times10^{-6}$ | $5\times10^{-2}$ | $2\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $1\times10^{-6}$ | $5\times10^{-2}$ | $4\times10^{-8}$ | $2\times10^{-3}$ |
| Bismuth (83) ............... | Bi 206 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $1\times10^{-3}$ | $5\times10^{-9}$ | $4\times10^{-5}$ |
| | Bi 207 | S | $2\times10^{-7}$ | $2\times10^{-3}$ | $6\times10^{-9}$ | $6\times10^{-5}$ |
| | | I | $1\times10^{-8}$ | $2\times10^{-3}$ | $5\times10^{-10}$ | $6\times10^{-5}$ |
| | Bi 210 | S | $6\times10^{-9}$ | $1\times10^{-3}$ | $2\times10^{-10}$ | $4\times10^{-5}$ |
| | | I | $6\times10^{-9}$ | $1\times10^{-3}$ | $2\times10^{-10}$ | $4\times10^{-5}$ |
| | Bi 212 | S | $1\times10^{-7}$ | $1\times10^{-2}$ | $3\times10^{-9}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-2}$ | $7\times10^{-9}$ | $4\times10^{-4}$ |
| Bromine (35) ............... | Br 82 | S | $1\times10^{-6}$ | $8\times10^{-3}$ | $4\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $4\times10^{-5}$ |
| Cadmium (48) ................. | Cd 109 | S | $5\times10^{-8}$ | $5\times10^{-3}$ | $2\times10^{-9}$ | $2\times10^{-4}$ |
| | | I | $7\times10^{-8}$ | $5\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |

[1] See footnotes at end of table.

Approved: November 8, 1968

AEC Appendix 0524
Annex A

STANDARDS FOR RADIATION PROTECTION

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column I Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Cadmium (48)—Continued ....... | Cd 115m | S | $4\times10^{-8}$ | $7\times10^{-4}$ | $1\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $4\times10^{-8}$ | $7\times10^{-4}$ | $1\times10^{-9}$ | $3\times10^{-5}$ |
| | Cd 115 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $4\times10^{-5}$ |
| Calcium (20) ................. | Ca 45 | S | $3\times10^{-8}$ | $3\times10^{-4}$ | $1\times10^{-9}$ | $9\times10^{-6}$ |
| | | I | $1\times10^{-7}$ | $5\times10^{-3}$ | $4\times10^{-9}$ | $2\times10^{-4}$ |
| | Ca 47 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $5\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| Californium (98) ............. | Cf 249 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $5\times10^{-14}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $7\times10^{-4}$ | $3\times10^{-12}$ | $2\times10^{-5}$ |
| | Cf 250 | S | $5\times10^{-12}$ | $4\times10^{-4}$ | $2\times10^{-13}$ | $1\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $7\times10^{-4}$ | $3\times10^{-12}$ | $3\times10^{-5}$ |
| | Cf 251 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $6\times10^{-14}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $3\times10^{-12}$ | $3\times10^{-5}$ |
| | Cf 252 | S | $2\times10^{-11}$ | $7\times10^{-4}$ | $7\times10^{-13}$ | $2\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $7\times10^{-4}$ | $4\times10^{-12}$ | $2\times10^{-5}$ |
| | Cf 253 | S | $8\times10^{-10}$ | $4\times10^{-3}$ | $3\times10^{-11}$ | $1\times10^{-4}$ |
| | | I | $8\times10^{-10}$ | $4\times10^{-3}$ | $3\times10^{-11}$ | $1\times10^{-4}$ |
| | Cf 254 | S | $5\times10^{-12}$ | $4\times10^{-6}$ | $2\times10^{-13}$ | $1\times10^{-7}$ |
| | | I | $5\times10^{-12}$ | $4\times10^{-6}$ | $2\times10^{-13}$ | $1\times10^{-7}$ |
| Carbon (6) ................. | C 14 | S | $4\times10^{-6}$ | $2\times10^{-2}$ | $1\times10^{-7}$ | $8\times10^{-4}$ |
| | (CO$_2$) | Sub | $5\times10^{-5}$ | ......... | $1\times10^{-6}$ | ......... |
| Cerium (58)................. | Ce 141 | S | $4\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $9\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $3\times10^{-3}$ | $5\times10^{-9}$ | $9\times10^{-5}$ |
| | Ce 143 | S | $3\times10^{-7}$ | $1\times10^{-3}$ | $9\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $7\times10^{-9}$ | $4\times10^{-5}$ |
| | Ce 144 | S | $1\times10^{-8}$ | $3\times10^{-4}$ | $3\times10^{-10}$ | $1\times10^{-5}$ |
| | | I | $6\times10^{-9}$ | $3\times10^{-4}$ | $2\times10^{-10}$ | $1\times10^{-5}$ |
| Cesium (55)................. | Cs 131 | S | $1\times10^{-5}$ | $7\times10^{-2}$ | $4\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $3\times10^{-5}$ | $3\times10^{-2}$ | $1\times10^{-7}$ | $9\times10^{-4}$ |
| | Cs 134m | S | $4\times10^{-5}$ | $2\times10^{-1}$ | $1\times10^{-6}$ | $6\times10^{-3}$ |
| | | I | $6\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $1\times10^{-3}$ |
| | Cs 134 | S | $4\times10^{-8}$ | $3\times10^{-4}$ | $1\times10^{-9}$ | $9\times10^{-6}$ |
| | | I | $1\times10^{-8}$ | $1\times10^{-3}$ | $4\times10^{-10}$ | $4\times10^{-5}$ |
| | Cs 135 | S | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $9\times10^{-8}$ | $7\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |
| | Cs 136 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $9\times10^{-5}$ |
| | | I. | $2\times10^{-7}$ | $2\times10^{-3}$ | $6\times10^{-9}$ | $6\times10^{-5}$ |
| | Cs 137 | S | $6\times10^{-8}$ | $4\times10^{-4}$ | $2\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $1\times10^{-8}$ | $1\times10^{-3}$ | $5\times10^{-10}$ | $4\times10^{-5}$ |
| Chlorine (17) ............... | Cl 36 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $8\times10^{-5}$ |
| | | I | $2\times10^{-8}$ | $2\times10^{-3}$ | $8\times10^{-10}$ | $6\times10^{-5}$ |
| | Cl 38 | S | $3\times10^{-6}$ | $1\times10^{-2}$ | $9\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-6}$ | $1\times10^{-2}$ | $7\times10^{-8}$ | $4\times10^{-4}$ |
| Chromium (24) ............... | Cr 51 | S | $1\times10^{-5}$ | $5\times10^{-2}$ | $4\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $2\times10^{-6}$ | $5\times10^{-2}$ | $8\times10^{-8}$ | $2\times10^{-3}$ |
| Cobalt (27) ................. | Co 57 | S | $3\times10^{-6}$ | $2\times10^{-2}$ | $1\times10^{-7}$ | $5\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-2}$ | $6\times10^{-9}$ | $4\times10^{-4}$ |
| | Co 58m | S | $2\times10^{-5}$ | $8\times10^{-2}$ | $6\times10^{-7}$ | $3\times10^{-3}$ |
| | | I | $9\times10^{-6}$ | $6\times10^{-2}$ | $3\times10^{-7}$ | $2\times10^{-3}$ |
| | Co 58 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $5\times10^{-8}$ | $3\times10^{-3}$ | $2\times10^{-9}$ | $9\times10^{-5}$ |
| | Co 60 | S | $3\times10^{-7}$ | $1\times10^{-3}$ | $1\times10^{-8}$ | $5\times10^{-5}$ |
| | | I | $9\times10^{-9}$ | $1\times10^{-3}$ | $3\times10^{-10}$ | $3\times10^{-5}$ |

[1] See footnotes at end of table.

Approved: November 8, 1968

**Supplemental Appendix Page No. 459**



### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu$c/ml) | Column 2 Water ($\mu$c/ml) | Column 1 Air ($\mu$c/ml) | Column 2 Water ($\mu$c/ml) |
| Copper (29) | Cu 64 | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $7\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $1\times10^{-6}$ | $6\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| Curium (96) | Cm 242 | S | $1\times10^{-10}$ | $7\times10^{-4}$ | $4\times10^{-12}$ | $2\times10^{-5}$ |
| | | I | $2\times10^{-10}$ | $7\times10^{-4}$ | $6\times10^{-12}$ | $3\times10^{-5}$ |
| | Cm 243 | S | $6\times10^{-12}$ | $2\times10^{-4}$ | $2\times10^{-13}$ | $5\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $7\times10^{-4}$ | $3\times10^{-12}$ | $2\times10^{-5}$ |
| | Cm 244a | S | $9\times10^{-12}$ | $2\times10^{-4}$ | $3\times10^{-13}$ | $7\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $3\times10^{-12}$ | $3\times10^{-5}$ |
| | Cm 245 | S | $5\times10^{-12}$ | $1\times10^{-4}$ | $2\times10^{-13}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| | Cm 246 | S | $5\times10^{-12}$ | $1\times10^{-4}$ | $2\times10^{-13}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| | Cm 247 | S | $5\times10^{-12}$ | $1\times10^{-4}$ | $2\times10^{-13}$ | $4\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $6\times10^{-4}$ | $4\times10^{-12}$ | $2\times10^{-5}$ |
| | Cm 248 | S | $6\times10^{-13}$ | $1\times10^{-5}$ | $2\times10^{-14}$ | $4\times10^{-7}$ |
| | | I | $1\times10^{-11}$ | $4\times10^{-4}$ | $4\times10^{-13}$ | $1\times10^{-5}$ |
| | Cm 249 | S | $1\times10^{-5}$ | $6\times10^{-2}$ | $4\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $1\times10^{-5}$ | $6\times10^{-2}$ | $4\times10^{-7}$ | $2\times10^{-3}$ |
| Dysprosium (66) | Dy 165 | S | $3\times10^{-6}$ | $1\times10^{-2}$ | $9\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-6}$ | $1\times10^{-2}$ | $7\times10^{-8}$ | $4\times10^{-4}$ |
| | Dy 166 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $7\times10^{-9}$ | $4\times10^{-5}$ |
| Einsteinium (99) | Es 253 | S | $8\times10^{-10}$ | $7\times10^{-4}$ | $3\times10^{-11}$ | $2\times10^{-5}$ |
| | | I | $6\times10^{-10}$ | $7\times10^{-4}$ | $2\times10^{-11}$ | $2\times10^{-5}$ |
| | Es 254m | S | $5\times10^{-9}$ | $8\times10^{-4}$ | $2\times10^{-10}$ | $2\times10^{-5}$ |
| | | I | $6\times10^{-9}$ | $5\times10^{-4}$ | $2\times10^{-10}$ | $2\times10^{-5}$ |
| | Es 254 | S | $2\times10^{-11}$ | $4\times10^{-4}$ | $6\times10^{-13}$ | $1\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $4\times10^{-4}$ | $4\times10^{-12}$ | $1\times10^{-5}$ |
| | Es 255 | S | $5\times10^{-10}$ | $5\times10^{-4}$ | $2\times10^{-11}$ | $3\times10^{-5}$ |
| | | I | $4\times10^{-10}$ | $8\times10^{-4}$ | $1\times10^{-11}$ | $3\times10^{-5}$ |
| Erbium (68) | Er 169 | S | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $9\times10^{-5}$ |
| | | I | $4\times10^{-7}$ | $3\times10^{-3}$ | $1\times10^{-8}$ | $9\times10^{-5}$ |
| | Er 171 | S | $7\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Europium (63) | Eu 152 (T/2=9.2 hrs) | S/I | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | | | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | Eu 152 (T/2=13 yrs) | S/I | $1\times10^{-8}$ | $2\times10^{-3}$ | $4\times10^{-10}$ | $8\times10^{-5}$ |
| | | | $2\times10^{-7}$ | $2\times10^{-3}$ | $6\times10^{-10}$ | $8\times10^{-5}$ |
| | Eu 154 | S | $4\times10^{-9}$ | $6\times10^{-4}$ | $2\times10^{-10}$ | $2\times10^{-5}$ |
| | | I | $7\times10^{-7}$ | $6\times10^{-4}$ | $2\times10^{-10}$ | $2\times10^{-5}$ |
| | Eu 155 | S | $9\times10^{-8}$ | $6\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |
| | | I | $7\times10^{-8}$ | $6\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |
| Fermium (100) | Fm 254 | S | $6\times10^{-8}$ | $4\times10^{-3}$ | $2\times10^{-9}$ | $1\times10^{-4}$ |
| | | I | $7\times10^{-8}$ | $4\times10^{-3}$ | $2\times10^{-9}$ | $1\times10^{-4}$ |
| | Fm 255 | S | $2\times10^{-8}$ | $1\times10^{-3}$ | $6\times10^{-10}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-8}$ | $1\times10^{-3}$ | $4\times10^{-10}$ | $3\times10^{-5}$ |
| | Fm 256 | S | $3\times10^{-9}$ | $3\times10^{-5}$ | $1\times10^{-10}$ | $9\times10^{-7}$ |
| | | I | $2\times10^{-9}$ | $3\times10^{-5}$ | $6\times10^{-11}$ | $9\times10^{-7}$ |
| Fluorine (9) | F 18 | S | $5\times10^{-6}$ | $2\times10^{-2}$ | $2\times10^{-7}$ | $8\times10^{-4}$ |
| | | I | $3\times10^{-6}$ | $1\times10^{-2}$ | $9\times10^{-8}$ | $5\times10^{-4}$ |
| Gadolinium (64) | Gd 153 | S | $2\times10^{-7}$ | $6\times10^{-3}$ | $8\times10^{-9}$ | $2\times10^{-4}$ |
| | | I | $9\times10^{-8}$ | $6\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |
| | Gd 159 | S | $5\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $8\times10^{-5}$ |
| | | I | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $8\times10^{-5}$ |

[1] See footnotes at end of table.

Approved: November 8, 1968



AEC Appendix 0524
Annex A                                    STANDARDS FOR RADIATION PROTECTION

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued
### (See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Gallium (31) | Ga 72 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $4\times10^{-5}$ |
| Germanium (32) | Ge 71 | S | $1\times10^{-6}$ | $5\times10^{-2}$ | $4\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $6\times10^{-6}$ | $5\times10^{-2}$ | $2\times10^{-7}$ | $2\times10^{-3}$ |
| Gold (79) | Au 196 | S | $1\times10^{-6}$ | $5\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $6\times10^{-7}$ | $4\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | Au 198 | S | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $5\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $5\times10^{-5}$ |
| | Au 199 | S | $1\times10^{-6}$ | $5\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| Hafnium (72) | Hf 181 | S | $4\times10^{-8}$ | $2\times10^{-3}$ | $1\times10^{-9}$ | $7\times10^{-5}$ |
| | | I | $7\times10^{-8}$ | $2\times10^{-3}$ | $3\times10^{-9}$ | $7\times10^{-5}$ |
| Holmium (67) | Ho 166 | S | $2\times10^{-7}$ | $9\times10^{-4}$ | $7\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $9\times10^{-4}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| Hydrogen (1) | H 3 | S | $5\times10^{-6}$ | $1\times10^{-1}$ | $2\times10^{-7}$ | $3\times10^{-3}$ |
| | | I | $5\times10^{-6}$ | $1\times10^{-1}$ | $2\times10^{-7}$ | $3\times10^{-3}$ |
| | | Sub | $2\times10^{-3}$ | ....... | $4\times10^{-5}$ | ....... |
| Indium (49) | In 113m | S | $8\times10^{-6}$ | $4\times10^{-2}$ | $3\times10^{-7}$ | $1\times10^{-3}$ |
| | | I | $7\times10^{-6}$ | $4\times10^{-2}$ | $2\times10^{-7}$ | $1\times10^{-3}$ |
| | In 114m | S | $1\times10^{-7}$ | $5\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $2\times10^{-8}$ | $5\times10^{-4}$ | $7\times10^{-10}$ | $2\times10^{-5}$ |
| | In 115m | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $8\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-6}$ | $1\times10^{-2}$ | $6\times10^{-8}$ | $4\times10^{-4}$ |
| | In 115 | S | $2\times10^{-7}$ | $3\times10^{-3}$ | $9\times10^{-9}$ | $9\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $3\times10^{-3}$ | $1\times10^{-9}$ | $9\times10^{-5}$ |
| Iodine (53)* | I 125 | S | $5\times10^{-9}$ | $4\times10^{-5}$ | $8\times10^{-11}$ | $2\times10^{-7}$ |
| | | I | $2\times10^{-7}$ | $6\times10^{-3}$ | $6\times10^{-9}$ | $2\times10^{-4}$ |
| | I 126 | S | $8\times10^{-9}$ | $5\times10^{-5}$ | $9\times10^{-11}$ | $3\times10^{-7}$ |
| | | I | $3\times10^{-7}$ | $3\times10^{-3}$ | $1\times10^{-8}$ | $9\times10^{-5}$ |
| | I 129 | S | $2\times10^{-7}$ | $1\times10^{-5}$ | $2\times10^{-11}$ | $6\times10^{-8}$ |
| | | I | $7\times10^{-8}$ | $6\times10^{-3}$ | $2\times10^{-9}$ | $2\times10^{-4}$ |
| | I 131 | S | $9\times10^{-9}$ | $6\times10^{-5}$ | $1\times10^{-10}$ | $3\times10^{-7}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | I 132 | S | $2\times10^{-7}$ | $2\times10^{-3}$ | $3\times10^{-9}$ | $8\times10^{-5}$ |
| | | I | $9\times10^{-7}$ | $5\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| | I 133 | S | $3\times10^{-8}$ | $2\times10^{-4}$ | $4\times10^{-10}$ | $1\times10^{-6}$ |
| | | I | $2\times10^{-7}$ | $7\times10^{-3}$ | $7\times10^{-9}$ | $4\times10^{-4}$ |
| | I 134 | S | $5\times10^{-7}$ | $4\times10^{-3}$ | $6\times10^{-9}$ | $2\times10^{-4}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | I 135 | S | $1\times10^{-7}$ | $7\times10^{-4}$ | $1\times10^{-9}$ | $4\times10^{-6}$ |
| | | I | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $7\times10^{-5}$ |
| Iridium (77) | Ir 190 | S | $1\times10^{-6}$ | $6\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $4\times10^{-7}$ | $5\times10^{-3}$ | $1\times10^{-8}$ | $2\times10^{-4}$ |
| | Ir 192 | S | $1\times10^{-7}$ | $1\times10^{-3}$ | $4\times10^{-9}$ | $4\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $1\times10^{-3}$ | $9\times10^{-10}$ | $4\times10^{-5}$ |
| | Ir 194 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $9\times10^{-4}$ | $5\times10^{-9}$ | $3\times10^{-5}$ |
| Iron (26) | Fe 55 | S | $9\times10^{-7}$ | $2\times10^{-2}$ | $3\times10^{-8}$ | $8\times10^{-4}$ |
| | | I | $1\times10^{-6}$ | $7\times10^{-2}$ | $3\times10^{-8}$ | $2\times10^{-3}$ |
| | Fe 59 | S | $1\times10^{-7}$ | $2\times10^{-3}$ | $5\times10^{-9}$ | $6\times10^{-5}$ |
| | | I | $5\times10^{-8}$ | $2\times10^{-3}$ | $2\times10^{-9}$ | $5\times10^{-5}$ |
| Krypton[2] (36) | Kr 85m | Sub | $6\times10^{-6}$ | ....... | $1\times10^{-7}$ | ....... |
| | Kr 85 | Sub | $1\times10^{-4}$ | ....... | $3\times10^{-7}$ | ....... |

*In the derivation of the concentration guides for soluble forms of iodine in table II, a 2 gram thyroid (infants) and daily intakes of $3\times10^4$ ml of air and $1\times10^3$ ml of water (fluid water plus water contents of foods) assumed.

[1] See footnotes at end of table.

Approved: November 8, 1968

 

STANDARDS FOR RADIATION PROTECTION

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Table II Uncontrolled Area Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
|---|---|---|---|---|---|---|
| Krypton[2] (36)--Continued | Kr 87 | Sub | $1\times10^{-6}$ | ...... | $2\times10^{-8}$ | ...... |
| | Kr 88 | Sub | $1\times10^{-6}$ | ...... | $2\times10^{-8}$ | ...... |
| Lanthanum (57) | La 140 | S | $2\times10^{-7}$ | $7\times10^{-4}$ | $5\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $7\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| Lead (82) | Pb 203 | S | $3\times10^{-6}$ | $1\times10^{-2}$ | $9\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-6}$ | $1\times10^{-2}$ | $6\times10^{-8}$ | $4\times10^{-4}$ |
| | Pb 210 | S | $1\times10^{-10}$ | $4\times10^{-6}$ | $4\times10^{-12}$ | $1\times10^{-7}$ |
| | | I | $2\times10^{-10}$ | $5\times10^{-3}$ | $8\times10^{-12}$ | $2\times10^{-4}$ |
| | Pb 212 | S | $2\times10^{-8}$ | $6\times10^{-5}$ | $6\times10^{-10}$ | $2\times10^{-6}$ |
| | | I | $2\times10^{-8}$ | $5\times10^{-5}$ | $7\times10^{-10}$ | $2\times10^{-6}$ |
| Lutetium (71) | Lu 177 | S | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Manganese (25) | Mn 52 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $7\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $9\times10^{-4}$ | $5\times10^{-9}$ | $3\times10^{-5}$ |
| | Mn 54 | S | $4\times10^{-7}$ | $4\times10^{-3}$ | $1\times10^{-9}$ | $1\times10^{-4}$ |
| | | I | $4\times10^{-8}$ | $3\times10^{-3}$ | $1\times10^{-9}$ | $1\times10^{-4}$ |
| | Mn 56 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Mercury (80) | Hg 197m | S | $7\times10^{-7}$ | $6\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $8\times10^{-7}$ | $5\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| | Hg 197 | S | $1\times10^{-6}$ | $9\times10^{-3}$ | $4\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $3\times10^{-6}$ | $1\times10^{-2}$ | $9\times10^{-8}$ | $5\times10^{-4}$ |
| | Hg 203 | S | $7\times10^{-7}$ | $5\times10^{-3}$ | $2\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $3\times10^{-3}$ | $4\times10^{-9}$ | $1\times10^{-4}$ |
| Molybdenum (42) | Mo 99 | S | $7\times10^{-7}$ | $5\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $7\times10^{-9}$ | $4\times10^{-5}$ |
| Neodymium (60) | Nd 144 | S | $8\times10^{-11}$ | $2\times10^{-3}$ | $3\times10^{-12}$ | $7\times10^{-5}$ |
| | | I | $3\times10^{-10}$ | $2\times10^{-3}$ | $1\times10^{-11}$ | $8\times10^{-5}$ |
| | Nd 147 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $2\times10^{-3}$ | $8\times10^{-9}$ | $6\times10^{-5}$ |
| | Nd 149 | S | $2\times10^{-6}$ | $8\times10^{-3}$ | $6\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $1\times10^{-6}$ | $8\times10^{-3}$ | $5\times10^{-8}$ | $3\times10^{-4}$ |
| Neptunium (93) | Np 237 | S | $4\times10^{-12}$ | $9\times10^{-5}$ | $1\times10^{-13}$ | $3\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $9\times10^{-4}$ | $4\times10^{-13}$ | $3\times10^{-5}$ |
| | Np 239 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $7\times10^{-7}$ | $4\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Nickel (28) | Ni 59 | S | $5\times10^{-7}$ | $6\times10^{-3}$ | $2\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $8\times10^{-7}$ | $6\times10^{-3}$ | $3\times10^{-8}$ | $2\times10^{-4}$ |
| | Ni 63 | S | $6\times10^{-7}$ | $8\times10^{-3}$ | $2\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $3\times10^{-7}$ | $4\times10^{-3}$ | $1\times10^{-8}$ | $7\times10^{-5}$ |
| | Ni 65 | S | $9\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Niobium (Columbium) (41) | Nb 93m | S | $1\times10^{-7}$ | $1\times10^{-2}$ | $4\times10^{-9}$ | $4\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-2}$ | $5\times10^{-9}$ | $4\times10^{-4}$ |
| | Nb 95 | S | $5\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $3\times10^{-3}$ | $3\times10^{-9}$ | $1\times10^{-4}$ |
| | Nb 97 | S | $6\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $9\times10^{-4}$ |
| | | I | $5\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $9\times10^{-4}$ |
| Osmium (76) | Os 185 | S | $5\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $7\times10^{-5}$ |
| | | I | $5\times10^{-8}$ | $2\times10^{-3}$ | $2\times10^{-9}$ | $7\times10^{-5}$ |
| | Os 191m | S | $2\times10^{-6}$ | $7\times10^{-2}$ | $6\times10^{-7}$ | $3\times10^{-3}$ |
| | | I | $9\times10^{-6}$ | $7\times10^{-2}$ | $3\times10^{-7}$ | $2\times10^{-3}$ |
| | Os 191 | S | $1\times10^{-6}$ | $5\times10^{-3}$ | $4\times10^{-8}$ | $2\times10^{-4}$ |
| | | I | $4\times10^{-7}$ | $5\times10^{-3}$ | $1\times10^{-8}$ | $2\times10^{-4}$ |
| | Os 193 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-3}$ | $9\times10^{-9}$ | $5\times10^{-5}$ |

[1] See footnotes at end of table.

Approved:  November 8, 1968

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (µc/ml) | Column 2 Water (µc/ml) | Column 1 Air (µc/ml) | Column 2 Water (µc/ml) |
| Palladium (46) ................. | Pd 103 | S | $1\times10^{-4}$ | $1\times10^{-3}$ | $5\times10^{-6}$ | $3\times10^{-4}$ |
| | | I | $7\times10^{-7}$ | $8\times10^{-3}$ | $3\times10^{-8}$ | $3\times10^{-4}$ |
| | Pd 109 | S | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $9\times10^{-5}$ |
| | | I | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $7\times10^{-5}$ |
| Phosphorus (15) ................ | P 32 | S | $7\times10^{-6}$ | $5\times10^{-4}$ | $2\times10^{-7}$ | $2\times10^{-5}$ |
| | | I | $8\times10^{-8}$ | $7\times10^{-4}$ | $3\times10^{-9}$ | $2\times10^{-5}$ |
| Platinum (78) ................. | Pt 191 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-3}$ |
| | Pt 193m | S | $7\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $1\times10^{-3}$ |
| | | I | $5\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $1\times10^{-3}$ |
| | Pt 197m | S | $6\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $9\times10^{-4}$ |
| | | I | $5\times10^{-6}$ | $3\times10^{-2}$ | $2\times10^{-7}$ | $9\times10^{-4}$ |
| | Pt 197 | S | $8\times10^{-7}$ | $4\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Plutonium (94)................. | Pu 238 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $7\times10^{-14}$ | $5\times10^{-6}$ |
| | | I | $3\times10^{-11}$ | $8\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| | Pu 239 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $6\times10^{-14}$ | $5\times10^{-6}$ |
| | | I | $4\times10^{-11}$ | $8\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| | Pu 240 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $6\times10^{-14}$ | $5\times10^{-6}$ |
| | | I | $4\times10^{-11}$ | $8\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| | Pu 241 | S | $9\times10^{-11}$ | $7\times10^{-3}$ | $3\times10^{-12}$ | $2\times10^{-4}$ |
| | | I | $4\times10^{-8}$ | $4\times10^{-3}$ | $1\times10^{-9}$ | $1\times10^{-3}$ |
| | Pu 242 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $6\times10^{-14}$ | $5\times10^{-6}$ |
| | | I | $4\times10^{-11}$ | $9\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| | Pu 243 | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $6\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $2\times10^{-6}$ | $1\times10^{-2}$ | $8\times10^{-8}$ | $3\times10^{-4}$ |
| | Pu 244 | S | $2\times10^{-12}$ | $1\times10^{-4}$ | $6\times10^{-14}$ | $4\times10^{-6}$ |
| | | I | $3\times10^{-11}$ | $3\times10^{-5}$ | $1\times10^{-12}$ | $1\times10^{-6}$ |
| Polonium (84) ................. | Po 210 | S | $5\times10^{-10}$ | $2\times10^{-5}$ | $2\times10^{-11}$ | $7\times10^{-7}$ |
| | | I | $2\times10^{-10}$ | $8\times10^{-4}$ | $7\times10^{-12}$ | $3\times10^{-5}$ |
| Potassium (19)................. | K 42 | S | $2\times10^{-6}$ | $9\times10^{-3}$ | $7\times10^{-8}$ | $3\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $6\times10^{-3}$ | $4\times10^{-9}$ | $2\times10^{-4}$ |
| Praseodymium (59) ............. | Pr 142 | S | $2\times10^{-7}$ | $9\times10^{-4}$ | $7\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $9\times10^{-4}$ | $5\times10^{-9}$ | $3\times10^{-5}$ |
| | Pr 143 | S | $3\times10^{-7}$ | $1\times10^{-3}$ | $1\times10^{-8}$ | $5\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $5\times10^{-5}$ |
| Promethium (61)............... | Pm 147 | S | $6\times10^{-8}$ | $6\times10^{-3}$ | $2\times10^{-9}$ | $2\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $6\times10^{-3}$ | $3\times10^{-9}$ | $2\times10^{-4}$ |
| | Pm 149 | S | $3\times10^{-7}$ | $1\times10^{-3}$ | $1\times10^{-8}$ | $4\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $4\times10^{-5}$ |
| Protoactinium (91) ............. | Pa 230 | S | $2\times10^{-9}$ | $7\times10^{-3}$ | $6\times10^{-11}$ | $2\times10^{-4}$ |
| | | I | $8\times10^{-10}$ | $7\times10^{-3}$ | $3\times10^{-11}$ | $2\times10^{-4}$ |
| | Pa 231 | S | $1\times10^{-12}$ | $3\times10^{-5}$ | $4\times10^{-14}$ | $9\times10^{-7}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $2\times10^{-5}$ |
| | Pa 233 | S | $6\times10^{-7}$ | $4\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $2\times10^{-7}$ | $3\times10^{-3}$ | $6\times10^{-9}$ | $1\times10^{-4}$ |
| *Radium (88) ................. | Ra 223 | S | $2\times10^{-9}$ | $2\times10^{-5}$ | $6\times10^{-11}$ | $7\times10^{-7}$ |
| | | I | $2\times10^{-10}$ | $1\times10^{-5}$ | $8\times10^{-12}$ | $4\times10^{-7}$ |
| | Ra 224 | S | $5\times10^{-9}$ | $5\times10^{-5}$ | $2\times10^{-10}$ | $2\times10^{-6}$ |
| | | I | $7\times10^{-10}$ | $2\times10^{-5}$ | $2\times10^{-11}$ | $5\times10^{-7}$ |
| | Ra 226 | S | $3\times10^{-11}$ | $4\times10^{-7}$ | $3\times10^{-12}$ | $3\times10^{-8}$ |
| | | I | $5\times10^{-11}$ | $9\times10^{-4}$ | $2\times10^{-12}$ | $3\times10^{-5}$ |
| | Ra 228 | S | $7\times10^{-11}$ | $8\times10^{-7}$ | $2\times10^{-12}$ | $3\times10^{-8}$ |
| | | I | $4\times10^{-11}$ | $7\times10^{-4}$ | $1\times10^{-12}$ | $3\times10^{-5}$ |
| Radon (86) ................... | Rn 220 | S | $3\times10^{-7}$ | .......... | $1\times10^{-8}$ | .......... |
| | | I | .......... | .......... | .......... | .......... |
| See footnotes at end of table. | Rn 222 | S | $1\times10^{-7}$ | .......... | $3\times10^{-8}$ | .......... |

Approved: November 8, 1968

STANDARDS FOR RADIATION PROTECTION

AEC Appendix 0524
Annex A

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued

### (See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Rhenium (75) | Re 183 | S | $3 \times 10^{-6}$ | $2 \times 10^{-3}$ | $9 \times 10^{-8}$ | $6 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $8 \times 10^{-3}$ | $5 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | Re 186 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Re 187 | S | $9 \times 10^{-6}$ | $7 \times 10^{-2}$ | $3 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $5 \times 10^{-7}$ | $4 \times 10^{-2}$ | $2 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Re 188 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Rhodium (45) | Rh 103m | S | $8 \times 10^{-5}$ | $4 \times 10^{-1}$ | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | | I | $6 \times 10^{-5}$ | $3 \times 10^{-1}$ | $1 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | Rh 105 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Rubidium (37) | Rb 86 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $7 \times 10^{-8}$ | $7 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Rb 87 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Ruthenium (44) | Ru 97 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Ru 103 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $8 \times 10^{-8}$ | $2 \times 10^{-3}$ | $3 \times 10^{-9}$ | $8 \times 10^{-5}$ |
| | Ru 105 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Ru 106 | S | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ | $3 \times 10^{-9}$ | $1 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| Samarium (62) | Sm 147 | S | $7 \times 10^{-11}$ | $2 \times 10^{-3}$ | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-10}$ | $2 \times 10^{-3}$ | $9 \times 10^{-12}$ | $7 \times 10^{-5}$ |
| | Sm 151 | S | $6 \times 10^{-8}$ | $1 \times 10^{-2}$ | $2 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $5 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Sm 153 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Scandium (21) | Sc 46 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $8 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Sc 47 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | Sc 48 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Selenium (34) | Se 75 | S | $1 \times 10^{-6}$ | $9 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-3}$ | $4 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| Silicon (14) | Si 31 | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Silver (47) | Ag 105 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Ag 110m | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Ag 111 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Sodium (11) | Na 22 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $9 \times 10^{-9}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Na 24 | S | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Strontium (38) | Sr 85m | S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ |
| | | I | $3 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ |
| | Sr 85 | S | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $8 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Sr 89 | S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-6}$ |

[1] See footnotes at end of table.

Approved:  November 8, 1968

EC Appendix 0524
Annex A                                         STANDARDS FOR RADIATION PROTECTION

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Column 1 Air (µc/ml) | Column 2 Water (µc/ml) | Column 1 Air (µc/ml) | Column 2 Water (µc/ml) |
| Strontium (38)—Continued | Sr 90 | I | $4×10^{-8}$ | $8×10^{-4}$ | $1×10^{-9}$ | $3×10^{-5}$ |
| | | S | $1×10^{-9}$ | $1×10^{-5}$ | $3×10^{-11}$ | $3×10^{-7}$ |
| | Sr 91 | I | $5×10^{-8}$ | $1×10^{-3}$ | $2×10^{-10}$ | $4×10^{-5}$ |
| | | S | $4×10^{-7}$ | $2×10^{-3}$ | $2×10^{-8}$ | $7×10^{-5}$ |
| | Sr 92 | I | $3×10^{-7}$ | $1×10^{-3}$ | $9×10^{-9}$ | $5×10^{-5}$ |
| | | S | $4×10^{-7}$ | $2×10^{-3}$ | $2×10^{-8}$ | $7×10^{-5}$ |
| Sulfur (16) | S 35 | S | $3×10^{-7}$ | $2×10^{-3}$ | $1×10^{-8}$ | $6×10^{-5}$ |
| | | I | $3×10^{-7}$ | $8×10^{-3}$ | $9×10^{-7}$ | $3×10^{-4}$ |
| Tantalum (73) | Ta 182 | S | $4×10^{-8}$ | $1×10^{-3}$ | $1×10^{-9}$ | $4×10^{-5}$ |
| | | I | $2×10^{-8}$ | $1×10^{-3}$ | $7×10^{-10}$ | $4×10^{-5}$ |
| Technetium (43) | Tc 96m | S | $8×10^{-5}$ | $4×10^{-1}$ | $3×10^{-6}$ | $1×10^{-2}$ |
| | | I | $3×10^{-5}$ | $1×10^{-1}$ | $1×10^{-6}$ | $1×10^{-2}$ |
| | Tc 96 | S | $6×10^{-7}$ | $3×10^{-3}$ | $2×10^{-8}$ | $1×10^{-4}$ |
| | | I | $2×10^{-7}$ | $1×10^{-3}$ | $8×10^{-9}$ | $5×10^{-5}$ |
| | Tc 97m | S | $2×10^{-6}$ | $1×10^{-2}$ | $8×10^{-8}$ | $4×10^{-4}$ |
| | | I | $2×10^{-6}$ | $5×10^{-3}$ | $5×10^{-9}$ | $2×10^{-4}$ |
| | Tc 97 | S | $1×10^{-5}$ | $5×10^{-2}$ | $4×10^{-7}$ | $2×10^{-3}$ |
| | | I | $3×10^{-7}$ | $2×10^{-2}$ | $1×10^{-8}$ | $8×10^{-4}$ |
| | Tc 99m | S | $4×10^{-5}$ | $2×10^{-1}$ | $1×10^{-6}$ | $6×10^{-3}$ |
| | | I | $1×10^{-5}$ | $8×10^{-2}$ | $5×10^{-7}$ | $3×10^{-3}$ |
| | Tc 99 | S | $2×10^{-6}$ | $1×10^{-2}$ | $7×10^{-8}$ | $3×10^{-4}$ |
| | | I | $6×10^{-8}$ | $5×10^{-3}$ | $2×10^{-9}$ | $2×10^{-4}$ |
| Tellurium (52) | Te 125m | S | $4×10^{-7}$ | $5×10^{-3}$ | $1×10^{-8}$ | $2×10^{-4}$ |
| | | I | $1×10^{-7}$ | $3×10^{-3}$ | $4×10^{-9}$ | $1×10^{-4}$ |
| | Te 127m | S | $1×10^{-7}$ | $2×10^{-3}$ | $5×10^{-9}$ | $6×10^{-5}$ |
| | | I | $4×10^{-8}$ | $2×10^{-3}$ | $1×10^{-9}$ | $5×10^{-5}$ |
| | Te 127 | S | $2×10^{-6}$ | $8×10^{-3}$ | $6×10^{-8}$ | $3×10^{-4}$ |
| | | I | $9×10^{-7}$ | $5×10^{-3}$ | $3×10^{-8}$ | $2×10^{-4}$ |
| | Te 129m | S | $8×10^{-8}$ | $1×10^{-3}$ | $3×10^{-9}$ | $3×10^{-5}$ |
| | | I | $3×10^{-8}$ | $6×10^{-4}$ | $1×10^{-9}$ | $2×10^{-5}$ |
| | Te 129 | S | $5×10^{-6}$ | $2×10^{-2}$ | $2×10^{-7}$ | $8×10^{-4}$ |
| | | I | $4×10^{-6}$ | $2×10^{-2}$ | $1×10^{-7}$ | $8×10^{-4}$ |
| | Te 131m | S | $4×10^{-7}$ | $2×10^{-3}$ | $1×10^{-8}$ | $6×10^{-5}$ |
| | | I | $2×10^{-7}$ | $2×10^{-3}$ | $6×10^{-9}$ | $4×10^{-5}$ |
| | Te 132 | S | $2×10^{-7}$ | $9×10^{-4}$ | $7×10^{-9}$ | $3×10^{-5}$ |
| | | I | $1×10^{-7}$ | $6×10^{-4}$ | $4×10^{-9}$ | $2×10^{-5}$ |
| Terbium (65) | Tb 160 | S | $1×10^{-7}$ | $1×10^{-3}$ | $3×10^{-9}$ | $4×10^{-5}$ |
| | | I | $3×10^{-8}$ | $1×10^{-3}$ | $1×10^{-9}$ | $4×10^{-5}$ |
| Thallium (81) | Tl 200 | S | $3×10^{-6}$ | $1×10^{-2}$ | $9×10^{-8}$ | $4×10^{-4}$ |
| | | I | $1×10^{-6}$ | $7×10^{-3}$ | $4×10^{-8}$ | $3×10^{-4}$ |
| | Tl 201 | S | $2×10^{-6}$ | $9×10^{-3}$ | $7×10^{-8}$ | $3×10^{-4}$ |
| | | I | $9×10^{-7}$ | $5×10^{-3}$ | $3×10^{-8}$ | $2×10^{-4}$ |
| | Tl 202 | S | $8×10^{-7}$ | $4×10^{-3}$ | $3×10^{-8}$ | $1×10^{-4}$ |
| | | I | $2×10^{-7}$ | $2×10^{-3}$ | $8×10^{-9}$ | $7×10^{-5}$ |
| | Tl 204 | S | $6×10^{-7}$ | $3×10^{-3}$ | $2×10^{-8}$ | $1×10^{-4}$ |
| | | I | $3×10^{-8}$ | $2×10^{-3}$ | $9×10^{-10}$ | $6×10^{-5}$ |
| Thorium (90) | Th 228 | S | $9×10^{-12}$ | $2×10^{-4}$ | $3×10^{-13}$ | $7×10^{-6}$ |
| | | I | $6×10^{-12}$ | $4×10^{-4}$ | $2×10^{-13}$ | $1×10^{-5}$ |
| | Th 230 | S | $2×10^{-12}$ | $5×10^{-5}$ | $8×10^{-14}$ | $2×10^{-6}$ |
| | | I | $1×10^{-11}$ | $9×10^{-4}$ | $3×10^{-13}$ | $3×10^{-5}$ |
| | Th 232 | S | $3×10^{-11}$ | $5×10^{-5}$ | $1×10^{-12}$ | $2×10^{-6}$ |
| | | I | $3×10^{-11}$ | $1×10^{-3}$ | $1×10^{-12}$ | $4×10^{-5}$ |

[1] See footnotes at end of table.

Approved: November 8, 1968

STANDARDS FOR RADIATION PROTECTION

AEC Appendix 0524
Annex A

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND--continued

(See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Thorium (90)—Continued | Th natural* | S | $3\times10^{-11}$ | $3\times10^{-6}$ | $1\times10^{-12}$ | $1\times10^{-5}$ |
| | | I | $3\times10^{-11}$ | $3\times10^{-4}$ | $1\times10^{-12}$ | $1\times10^{-5}$ |
| | Th 234 | S | $6\times10^{-8}$ | $5\times10^{-4}$ | $2\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $5\times10^{-4}$ | $1\times10^{-9}$ | $2\times10^{-5}$ |
| Thulium (69) | Tm 170 | S | $4\times10^{-8}$ | $1\times10^{-3}$ | $1\times10^{-9}$ | $5\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $1\times10^{-3}$ | $1\times10^{-9}$ | $5\times10^{-5}$ |
| | Tm 171 | S | $1\times10^{-7}$ | $1\times10^{-3}$ | $4\times10^{-9}$ | $5\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-2}$ | $8\times10^{-9}$ | $5\times10^{-4}$ |
| Tin (50) | Sn 113 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $9\times10^{-5}$ |
| | | I | $5\times10^{-8}$ | $2\times10^{-3}$ | $2\times10^{-9}$ | $8\times10^{-5}$ |
| | Sn 125 | S | $1\times10^{-7}$ | $5\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $8\times10^{-8}$ | $5\times10^{-4}$ | $3\times10^{-9}$ | $2\times10^{-5}$ |
| Tungsten (Wolfram) (74) | W 181 | S | $2\times10^{-6}$ | $1\times10^{-2}$ | $8\times10^{-8}$ | $4\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $1\times10^{-2}$ | $4\times10^{-9}$ | $3\times10^{-4}$ |
| | W 185 | S | $8\times10^{-7}$ | $1\times10^{-3}$ | $3\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $1\times10^{-7}$ | $3\times10^{-3}$ | $4\times10^{-9}$ | $1\times10^{-4}$ |
| | W 187 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-8}$ | $7\times10^{-5}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| Uranium (92) | U 230 | S | $3\times10^{-10}$ | $1\times10^{-4}$ | $1\times10^{-11}$ | $5\times10^{-6}$ |
| | | I | $1\times10^{-10}$ | $1\times10^{-4}$ | $4\times10^{-12}$ | $5\times10^{-6}$ |
| | U 232 | S | $1\times10^{-10}$ | $8\times10^{-4}$ | $3\times10^{-12}$ | $3\times10^{-5}$ |
| | | I | $3\times10^{-11}$ | $8\times10^{-4}$ | $9\times10^{-13}$ | $3\times10^{-5}$ |
| | U 233 | S | $5\times10^{-10}$ | $9\times10^{-4}$ | $2\times10^{-11}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $9\times10^{-4}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| | U 234 | S | $6\times10^{-10}$ | $9\times10^{-4}$ | $2\times10^{-11}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $9\times10^{-4}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| | U 235 | S | $5\times10^{-10}$ | $8\times10^{-4}$ | $2\times10^{-11}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $8\times10^{-4}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| | U 236 | S | $6\times10^{-10}$ | $1\times10^{-3}$ | $2\times10^{-11}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $1\times10^{-3}$ | $4\times10^{-12}$ | $3\times10^{-5}$ |
| | U 238 | S | $7\times10^{-11}$ | $1\times10^{-3}$ | $3\times10^{-12}$ | $4\times10^{-5}$ |
| | | I | $1\times10^{-10}$ | $1\times10^{-3}$ | $5\times10^{-12}$ | $4\times10^{-5}$ |
| | U 240 | S | $2\times10^{-7}$ | $1\times10^{-3}$ | $8\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $2\times10^{-7}$ | $1\times10^{-3}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| | U-natural** | S | $7\times10^{-11}$ | $5\times10^{-4}$ | $3\times10^{-12}$ | $2\times10^{-5}$ |
| | | I | $6\times10^{-11}$ | $5\times10^{-4}$ | $2\times10^{-12}$ | $2\times10^{-5}$ |
| Vanadium (23) | V 48 | S | $2\times10^{-7}$ | $9\times10^{-4}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $6\times10^{-8}$ | $8\times10^{-4}$ | $2\times10^{-9}$ | $3\times10^{-5}$ |
| Xenon (54) | Xe 131m | Sub | $2\times10^{-5}$ | ......... | $4\times10^{-7}$ | ......... |
| | Xe 133 | Sub | $1\times10^{-5}$ | ......... | $3\times10^{-7}$ | ......... |
| | Xe 133m | Sub | $1\times10^{-5}$ | ......... | $3\times10^{-7}$ | ......... |
| | Xe 135 | Sub | $4\times10^{-6}$ | ......... | $1\times10^{-7}$ | ......... |
| Ytterbium (70) | Yb 175 | S | $7\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| | | I | $6\times10^{-7}$ | $3\times10^{-3}$ | $2\times10^{-8}$ | $1\times10^{-4}$ |
| Yttrium (39) | Y 90 | S | $1\times10^{-7}$ | $6\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $6\times10^{-4}$ | $3\times10^{-9}$ | $2\times10^{-5}$ |
| | Y 91m | S | $2\times10^{-5}$ | $1\times10^{-1}$ | $8\times10^{-7}$ | $3\times10^{-3}$ |
| | | I | $2\times10^{-5}$ | $1\times10^{-1}$ | $6\times10^{-7}$ | $3\times10^{-3}$ |
| | Y 91 | S | $4\times10^{-8}$ | $8\times10^{-4}$ | $1\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $8\times10^{-4}$ | $1\times10^{-9}$ | $3\times10^{-5}$ |

*A curie of natural thorium means the sum of $3.7\times10^{10}$ dis/sec from Th 232 plus $3.7\times10^{10}$ dis/sec from Th 228. One curie of natural thorium is equivalent to 9,000 kilograms or 19,850 pounds of natural thorium.

**A curie of natural uranium means the sum of $3.7\times10^{10}$ disintegrations per second from U 238 plus $3.7\times10^{10}$ dis/sec from U 234 plus $9\times10^{8}$ dis/sec from U 235. One curie of natural uranium is equivalent to 3,000 kilograms or 6,615 pounds of natural uranium.

[1] See footnotes at end of table.

Approved:  November 8, 1968

AEC Appendix 0524
Annex A

STANDARDS FOR RADIATION PROTECTION

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—continued

### (See notes at end of annex)

| Element (atomic number) | Isotope[1] | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) | Column 1 Air ($\mu c/ml$) | Column 2 Water ($\mu c/ml$) |
| Yttrium (39)—Continued | Y 92 | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | Y 93 | S | $2\times10^{-7}$ | $8\times10^{-4}$ | $6\times10^{-9}$ | $3\times10^{-5}$ |
| | | I | $1\times10^{-7}$ | $8\times10^{-4}$ | $5\times10^{-9}$ | $3\times10^{-5}$ |
| Zinc (30) | Zn 65 | S | $1\times10^{-7}$ | $3\times10^{-3}$ | $4\times10^{-9}$ | $1\times10^{-4}$ |
| | | I | $6\times10^{-8}$ | $5\times10^{-3}$ | $2\times10^{-9}$ | $2\times10^{-4}$ |
| | Zn 69m | S | $4\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $7\times10^{-5}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-3}$ | $1\times10^{-8}$ | $6\times10^{-5}$ |
| | Zn 69 | S | $7\times10^{-6}$ | $5\times10^{-2}$ | $2\times10^{-7}$ | $2\times10^{-3}$ |
| | | I | $9\times10^{-6}$ | $5\times10^{-2}$ | $3\times10^{-7}$ | $2\times10^{-3}$ |
| Zirconium (40) | Zr 93 | S | $1\times10^{-7}$ | $2\times10^{-2}$ | $4\times10^{-9}$ | $8\times10^{-4}$ |
| | | I | $3\times10^{-7}$ | $2\times10^{-2}$ | $1\times10^{-8}$ | $8\times10^{-4}$ |
| | Zr 95 | S | $1\times10^{-7}$ | $2\times10^{-2}$ | $4\times10^{-9}$ | $6\times10^{-5}$ |
| | | I | $3\times10^{-8}$ | $2\times10^{-2}$ | $1\times10^{-9}$ | $6\times10^{-5}$ |
| | Zr 97 | S | $1\times10^{-7}$ | $5\times10^{-4}$ | $4\times10^{-9}$ | $2\times10^{-5}$ |
| | | I | $9\times10^{-8}$ | $5\times10^{-4}$ | $3\times10^{-9}$ | $2\times10^{-5}$ |
| Any single radionuclide not listed above with decay mode other than alpha emission or spontaneous fission and with radioactive half-life less than 2 hours. | Sub | | $1\times10^{-6}$ | ........ | $3\times10^{-8}$ | ........ |
| Any single radionuclide, not listed above with decay mode other than alpha emission or spontaneous fission and with radioactive half-life greater than 2 hours. | | | $3\times10^{-9}$ | $9\times10^{-5}$ | $1\times10^{-10}$ | $3\times10^{-6}$ |
| Any single radionuclide, not listed above, which decays by alpha emission or spontaneous fission. | | | $6\times10^{-13}$ | $4\times10^{-7}$ | $2\times10^{-14}$ | $3\times10^{-8}$ |

[1] Soluble (S); Insoluble (I).
[2] "Sub" means that values given are for submersion in a semispherical infinite cloud of airborne material.

NOTE: In any case where there is a mixture in air or water of more than one radionuclide, the guide values, for purposes of this annex, should be determined as follows:

1. If the identity and concentration of each radionuclide in the mixture are known, the limiting values should be derived as follows: Determine, for each radionuclide in the mixture, the ratio between the quantity present in the mixture and the guide otherwise established in this annex for the specific radionuclide when not in a mixture. The sum of such ratios for all the radionuclides in the mixture shall not exceed "1" (i.e., "unity").

Approved: November 8, 1968

EXAMPLE: If radionuclides A, B, and C are present in concentrations $C_A$, $C_B$, and $C_C$, and if the applicable CG's are $CG_A$, $CG_B$ and $CG_C$ respectively, then the concentrations should be limited so that the following relationship exists:

$$\frac{C_A}{CG_A} + \frac{C_B}{CG_B} + \frac{C_C}{CG_C} \leqq 1$$

2. If either the identity or the concentration of any radionuclide in the mixture is not known, the guide values for purposes of this annex shall be:

  a. for purposes of Table I, Col. 1 – $6 \times 10^{-12}$

b. for purposes of Table I, Col. 2 -
$4 \times 10^{-7}$

c. for purposes of Table II, Col. 1 -
$2 \times 10^{-14}$

d. for purposes of Table II, Col. 2 -
$3 \times 10^{-8}$

3. If any of the conditions specified below are met, the corresponding values specified below may be used in lieu of those specified in 2., above.

a. If the identity of each radionuclide in the mixture is known but the concentration of one or more of the radionuclides in the mixture is not known, the concentration guide for the mixture is the guide specified in this annex for the radionuclide in the mixture having the lowest concentration guide, or

b. If the identity of each radionuclide in the mixture is not known, but it is known that certain radionuclides specified in this annex are not present in the mixture, the concentration guide for the mixture is the lowest concentration guide specified in this annex for any radionuclide which is not known to be absent from the mixture; or

c.

| Element (atomic number) and isotope | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|
| | Column 1 Air (μc/ml) | Column 2 Water (μc/ml) | Column 1 Air (μc/ml) | Column 2 Water (μc/ml) |
| If it is known that Sr 90, I 125, I 126, I 129, I 131, (I 133, table II only), Pb 210, Po 210, At 211, Ra 223, Ra 224, Ra 226, Ac 227, Ra 228, Th 230, Pa 231, Th 232, Th-nat, Cm 248, Cf 254, and Fm 256 are not present --- | ------- | $9 \times 10^{-5}$ | ------- | $3 \times 10^{-6}$ |
| If it is known that Sr 90, I 125, I 126, I 129, (I 131, I 133, table II only), Pb 210, Po 210, Ra 223, Ra 226, Ra 228, Pa 231, Th-nat, Cm 248, Cf 254, and Fm 256 are not present -------------------- | ------- | $6 \times 10^{-5}$ | ------- | $2 \times 10^{-6}$ |
| If it is known that Sr 90, I 129, (I 125, I 126, I 131, table II only), Pb 210, Ra 226, Ra 228, Cm 248, and Cf 254 are not present ------------------ | ------- | $2 \times 10^{-5}$ | ------- | $6 \times 10^{-7}$ |
| If it is known that (I 129, table II only), Ra 226, and Ra 228 are not present ------------------- | ------- | $3 \times 10^{-6}$ | ------- | $1 \times 10^{-7}$ |
| If it is known that alpha-emitters and Sr 90, I 129, Pb 210, Ac 227, Ra 228, Pa 230, Pu 241, and Bk 249 are not present ------------------- | $3 \times 10^{-9}$ | ------ | $1 \times 10^{-10}$ | ------ |
| If it is known that alpha-emitters and Pb 210, Ac 227, Ra 228, and Pu 241 are not present----------- | $3 \times 10^{-10}$ | ------ | $1 \times 10^{-11}$ | ------ |
| If it is known that alpha-emitters and Ac 227 are not present ---------------------------- | $3 \times 10^{-11}$ | ------ | $1 \times 10^{-12}$ | ------ |
| If it is known that Ac 227, Th 230, Pa 231, Pu 238, Pu 239, Pu 240, Pu 242, Pu 244, Cm 248, Cf 249 and Cf 251 are not present ------------------- | $3 \times 10^{-12}$ | ------ | $1 \times 10^{-13}$ | ------ |

4. If the mixture of radionuclides consists of uranium and its daughter products in ore dust prior to chemical processing of the uranium ore, the values specified below may be used in lieu of those determined in accordance with 1., above, or those specified in 2. and 3., above.

a. For purposes of Table I, Col. 1-1 X $10^{-10}$ μc / ml gross alpha activity; or 2.5 X $10^{-11}$ μc / ml natural uranium; or 75 micrograms per cubic meter of air natural uranium.

b. For purposes of Table II, Col. 1-3 X $10^{-12}$ μc / ml gross alpha activity; or 8 X $10^{-13}$ μc / ml natural uranium; or 3 micrograms per cubic meter of air natural uranium.

5. For purposes of this note, a radionuclide may be considered as not present in a mixture if (a) the ratio of the concentration of that radionuclide

Approved: November 8, 1968



STANDARDS FOR RADIATION PROTECTION

in the mixture $(C_A)$ to the concentration guide for that radionuclide specified in Table II of this annex $(CG_A)$ does not exceed 1/10,

i.e.,
$$\frac{C_A}{CG_A} \leq \frac{1}{10}$$

and (b) the sum of such ratios for all the radionuclides considered as not present in the mixture does not exceed 1/4,

i.e.,
$$\frac{C_A}{CG_A} + \frac{C_B}{CG_B} + \ldots \leq \frac{1}{4}$$

6. Conversion from $\mu$ Ci/cc to p Ci/m³ for air and p Ci/l for water are as follows:

   a. Air - $\mu$ Ci/cc X $10^{12}$ = p Ci/m³

   b. Water - $\mu$ Ci/cc X $10^9$ = p Ci/l

7. Concentrations may be derived for unlisted radionuclides provided yearly dose limits in I, A. and II, A. are used and the methods are consistent with those recommended by the FRC and ICRP.

Approved: November 8, 1968



ATTACHMENT 10

DOE Order 5480.1
May 5, 1980

Case No. 1:90-cv-00181-JLK   Document 2385-2   filed 10/23/15   USDC Colorado   pg 91 of 166

*Basic Order — canceled by DOE 5480.1A, 8-13-81*
*No Chapters were canceled.* ~~SES~~ *wgt 3-6-85*

# U.S. Department of Energy

## Washington, D.C.

# ORDER

| | |
|---|---|
| Change 1: 12-18-80 | |
| Change 2: 4-29-81 | DOE 5480.1 |
| Change 3: 5-1-81 | **5-5-80** |
| Change 4: 5-22-81 | |
| Change 5: 8-13-81   Change 6: 8-13-81 | |

SUBJECT:    ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION
PROGRAM FOR DOE OPERATIONS

1.  PURPOSE. This order establishes the Environmental Protection,
Safety, and Health Protection Program for Department of
Energy (DOE) operations.

2.  CANCELLATION. Interim Management Directive No. 5001, "SAFETY,
HEALTH AND ENVIRONMENTAL PROTECTION," of 9-29-77.

3.  SCOPE. The policy and requirements outlined in this order apply
to all DOE operations and all DOE contractor operations where,
under the contractual arrangements for the work to be performed,
DOE has established control over environmental protection,
safety, and health protection program content. The extent
to which requirements apply is specified in the various
supplementary chapters of this order.

4.  REFERENCES.

    a.  DOE Procurement Regulations (DOE PRs), Part 9-50, which
    provide the clauses to be used in contracts where DOE
    elects to enforce environmental protection, safety, and
    health protection requirements.

    b.  E.O. 11807, "Occupational Safety and Health Program for
    Federal Employees," which establishes the requirement
    for Federal agencies to provide occupational safety
    and health programs for their employees.

    c.  29 CFR 1960, "Safety and Health Provisions for Federal
    Employees," which provides the regulations and guidelines
    for the implementation of E.O. 11807.

    d.  DOE 5482.1, "Environmental, Safety, and Health Appraisal
    Program," which outlines the Department's policy and program
    requirements for appraisal of environmental protection,
    safety, and health protection programs.

    e.  DOE 5481.1, "Safety Analysis and Review System," which
    establishes uniform requirements for the preparation and
    review of safety analyses.

*DOE*
*Office of Organization and Management Systems Office File*

---

DISTRIBUTION
All Departmental Elements
Federal Energy Regulatory Commission (Info)

INITIATED BY:
Operational and Environmental
Safety Division

K&E/HAN 141 $\mathbf{5}$

2                                                                    DOE 5480.1
                                                                     5-5-80

    f.  DOE 1324.1, "Records Disposition," which prescribes
       requirements for the retention and disposition of records.

    g.  DOE 6430., "Facilities General Design Criteria" (to be
       issued), which will establish safety criteria to be used
       in the design of facilities.

    h.  DOE 5483.1, "Occupational Safety and Health Program for
       Government-Owned Contractor-Operated Facilities (GOCO),"
       which provides guidance and establishes procedures for
       the GOCO safety and health program.

    i.  Pending the development and promulgation of supplemental
       chapters to this order, the references listed in Attachment I
       may be used as guideline procedures and standards in the
       discharge of the Department's environmental protection,
       safety, and health protection responsibilities under the
       Occupational Safety and Health Act of 1970; Executive
       Order 12085; the Atomic Energy Act of 1954, as amended;
       and the Energy Reorganization Act of 1974, as amended.

5.  DEFINITIONS.

    a.  Environmental protection, safety, and health protection program
       refers to those DOE requirements, activities, and functions
       in the conduct of all DOE and DOE-controlled operations that
       are concerned with: controlling air, water, and soil pollution;
       limiting to acceptably low levels risks to the well-being of
       both operating personnel and the general public; and protecting
       property adequately against accidental loss and damage.  Typical
       activities and functions related to this program include, but are
       not limited to, the following:  environmental protection,
       occupational safety, fire protection, industrial hygiene, health
       physics, occupational medicine, process and facilities safety,
       and nuclear safety.

    b.  Federal Employee Occupational Safety and Health program refers
       to that part of the environmental protection, safety and health
       protection program mandated by E.O. 11807 and 29 CFR 1960.

    c.  DOE operations are those activities funded by DOE for
       which DOE has assumed responsibility for safety, health,
       or environmental protection.

    d.  Line organization includes the assistant secretary or head
       of an office, the program office, or the field organization
       responsible for the management of a given DOE operation.

DOE 5480.1
5-5-80

3

e. DOE contractor Includes any DOE prime contractor or sub-contractor subject to the contractual provisions of DOE PR-50.704-2 or other contractual provisions where DOE has elected to enforce environmental protection, safety and health protection requirements by specific negotiated contract provisions.

f. Standard means a specified set of rules or conditions concerned with the classification of components; delineation of procedures; definition of terms; specifications of materials, performance, design, or operations; or measurements of quality in describing materials, products, systems, services or practices. Standards may be specified by DOE as prescribed (i.e. required) or recommended.

g. Prescribed standards are those standards adopted by DOE that define the minimum requirements that DOE and its contractors must comply with to the extent they apply to the activities being conducted.

h. Recommended standards are those guides or standards adopted by DOE that DOE and its contractors shall consider for guidance, as applicable, in addition to the prescribed standards.

i. An exemption Is a release from the requirements of this order that has been granted by the Director, Operational and Environmental Safety Division.

j. An exception Is an interim release from a standard of the type specified under the Occupational Safety and Health Act.

k. A temporary variance Is a short-term release from a standard of the type specified under the Occupational Safety and Health Act.

l. A permanent variance Is a release from a standard of the type specified under the Occupational Safety and Health Act.

6. POLICY. It Is the policy of the DOE to:

a. Assure protection of the environment, the safety and health of the public, and Government property against accidental loss and damage.

b. Provide safe and healthful workplaces and conditions of employment for all employees of DOE and DOE contractors.

c. Assure compliance with applicable statutory requirements affecting Federal facilities and operations.

4

7. RESPONSIBILITIES AND AUTHORITIES.

    a. Line organizations are assigned basic responsibility for implementing the DOE environmental protection, safety, and health protection program. This responsibility is imposed on DOE contractors, as appropriate, through the DOE Procurement Regulations and the directives system. This responsibility includes program implementation, execution, and assurance that DOE and Federal environmental protection, safety, and health protection policies, regulations, and requirements are adhered to continuously and vigorously in all DOE operations. They are also responsible for implementation of the Federal Employee Occupational Safety and Health program. Line officials shall:

        (1) Provide clear and explicit delegations of authority and responsibilities.

        (2) Assure that appropriate program elements, as identified in Attachment 2, are included in program plans and proposals for design, construction, operation, modification, and decommissioning of DOE Operations.

        (3) Take necessary management actions, including the assurance that budget proposals for their assigned functions provide adequately for protection requirements.

        (4) Assure that applicable requirements are included in appropriate contracts and that these requirements are implemented and enforced.

        (5) Give due consideration in the selection of contractors to the ability of offerors to meet environmental protection, safety, and health protection requirements.

        (6) Appraise the programs of subordinate field activities (operated either by Federal employees or by contractors) in accordance with DOE 5482.1 and initiate remedial actions as appropriate.

        (7) Execute programs and assure that contractors and their subcontractors execute programs and policies in a manner that shall include compliance with prescribed requirements relating to environmental protection, safety and health protection.

        (8) Establish procedures to assure that required information is recorded and reported as prescribed by this order.

DOE 5480.1                                                         5
5-5-80

(9) Establish and maintain liaison with regional, state, or local officials as appropriate, and advise the Assistant Secretary for Environment of environmental protection, safety, and health protection requirements issued by these officials that will affect DOE operations.

(10) Grant exceptions to, and process requests for, variances from occupational safety and health standards in accordance with DOE 5483.1.

(11) Assure that safety analyses of DOE operations are prepared and reviewed in accordance with DOE 5481.1.

b. The Assistant Secretary for Environment is responsible for providing an independent overview of the environmental protection, safety, and health protection program as it applies to the Department's operations and is directly responsible to the Secretary for this function. In carrying out this function the Assistant Secretary for Environment:

(1) Develops policies, standards, guides, requirements, and procedures covering environmental protection, safety, and health protection programs within DOE operations, including those on notification, investigation, and reporting of occurrences having environmental protection, safety, or health protection significance.

(2) Provides technical advice and assistance concerning environmental protection, safety, and health protection programs to line organizations.

(3) Provides a central point for coordination within DOE and with other agencies and other groups in the development of environmental protection, safety, and health protection standards and requirements and resolution of operational issues applicable to DOE operations, including review of proposed standards and requirements for their application to and potential impact on DOE activities, and participation in the development and review of general design criteria.

6

(4) Reviews, and recommends appropriate actions on, reports and documents either originating in Headquarters or that are required to be reviewed in Headquarters by pertinent DOE orders, when those items may have environmental protection, safety, or health protection implications.

(5) Conducts appraisals in accordance with DOE 5482.1.

(6) Identifies needs for research and development to support environmental protection, safety, and health protection programs and recommends appropriate actions.

(7) Provides a central point for the collection, retention, evaluation and dissemination of information having environmental protection, safety, and health protection significance.

(8) Renders interpretations of this order and its chapters, and grants exemptions from their requirements and standards.

(9) Provides assurance that safety analyses are prepared and reviewed in accordance with DOE 5481.1.

(10) Approves requests for variances from occupational safety and health standards in accordance with DOE 5483.1.

(11) Delegates to the Director, Operational and Environmental Safety Division, the authority to carry out responsibilities (1) through (9) above, except as set forth in paragraph 7c.

c. The Director of Administration shall:

(1) Be responsible for developing policies and procedures for, and providing overview of, the DOE Federal Employees Occupational Safety and Health program (including the provision of medical services). These efforts are to be consistent with E.O. 11807, Department of Labor policies, and applicable DOE requirements, standards, and guides.

(2) Act as the Department's designated safety and health official for dealings with the Department of Labor on Federal employee safety and health matters.

DOE 5480.1
5-5-80

7

(3)  Carry out all of the environmental protection, safety, and
health protection responsibilites appropriate to line
management responsibility for the operation of Headquarters
facilities.

d.  Headquarters staff organizations shall give due consideration
to the program elements, as identified in Attachment 2, in
carrying out their responsibilities, including obtaining reviews
and advice from the Assistant Secretary for Environment and the
Director of Administration as appropriate.

Charles W. Duncan, Jr.
Secretary

DOE 5480.1 Chg 4                                         Attachment 1
5-22-81                                                  Page 1 (and 2)

## REFERENCES

Pending the issuances of additional supplementary chapters to this Order, the following may be used as guideline procedures and standards in the discharge of the Department's environmental protection, safety, and health protection program.

1.  ERDAM 0511, RADIOACTIVE WASTE MANAGEMENT, of 9-19-73, which provides for minimizing radioactive exposure and associated risk to man and environment.

2.  ERDAM 0527, RESPONSE TO ACCIDENTS INVOLVING NUCLEAR WEAPONS IN THE CUSTODY OF THE DOD, of 2-15-72, which provides for compliance with the AEC-DOD Memorandum of Understanding, of 6-10-70.

Vertical line denotes change.

DOE 5480.1                                                  Attachment 2
5-5-80                                                     Page 1

## ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION PROGRAM ELEMENTS

The following elements establish the general framework for the environmental protection, safety, and health protection program.

1.  Statutory Basis.

    a.  Assurance that applicable Federal, state, and local environmental protection, safety, and health protection statutes and regulations are met.

    b.  Fulfillment of Federal requirements such as those of the Clean Water Act, the Endangered Species Act, the Toxic Substances Control Act, and the Energy Supply and Environmental Coordination Act.

2.  Policy and Implementation.

    a.  Establishment and interpretation of environmental protection, safety, and health protection program policy and requirements.

    b.  Development, adoption, and application of codes, standards, and guides.

    c.  Assignment of responsibilities to DOE elements.

    d.  Execution of appropriate environmental protection, safety, and health protection contractual requirements in Government-owned, contractor-operated and other type contracts.

    e.  Funding support by line organizations to support environmental protection, safety, and health protection needs.

    f.  Provision of safety and health services for Federal employees.

    g.  Establishment and maintenance of an emergency response capability.

    h.  Support of training programs.

    i.  Support of operational environmental protection, safety, and health protection research.

3. Hazard and Risk Assessment and Systems Safety.

   a. Application of systems safety principles to DOE activities.

   b. Implementation of quality and reliability assurance programs.

   c. Analysis of activities to identify hazards and assess risks.

   d. Analysis of the adequacy of risk-limiting mechanisms.

   e. Documented acceptance of residual risks by the appropriate
   level of management.

   f. Conduct of hazardous operations under written procedures
   appropriate for the level of hazard involved.

   g. Investigation of accidents and incidents to determine causal
   factors and provide feedback to improve performance.

4. Internal Audit and Appraisal.

   a. Implementation of an internal audit program at the first level
   of operations.

   b. Implementation of an independent appraisal mechanism at the
   various levels of the DOE or contractor system.

5. Information and Reporting.

   a. Collection, evaluation, and dissemination of environmental
   protection, safety, and health protection information.

   b. Public reporting of DOE performance data.

DOE 5480.1 Chg 4
5-22-81

1

## TABLE OF CONTENTS

CHAPTER I - ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION         Page
            STANDARDS

1.   Purpose ........................................................ I-1
2.   General Requirements ........................................... I-1
3.   Procedures for Granting Exemptions ............................. I-2
4.   Emergency Preparedness ......................................... I-2
     a.  Prescribed Standards ...................................... I-2
     b.  Recommended Standards ..................................... I-2
5.   Environmental Protection ....................................... I-3
     a.  Prescribed Standards ...................................... I-3
     b.  Recommended Standards ..................................... I-5
6.   Fire Protection ................................................ I-5
     a.  Prescribed Standards ...................................... I-5
     b.  Recommended Standards ..................................... I-6
7.   Health Protection .............................................. I-6
     a.  Radiation Protection ...................................... I-6
     b.  Occupational Medicine ..................................... I-8
     c.  Industrial Hygiene ........................................ I-8
     d.  Public Health and Sanitation, Prescribed Standards ........ I-9
8.   Occupational Safety ............................................ I-10
     a.  General Safety ............................................ I-10
     b.  Construction Safety ....................................... I-11
     c.  Crane Safety .............................................. I-12
     d.  Drilling Safety ........................................... I-12
     e.  Electrical Safety ......................................... I-12
     f.  Explosives Safety ......................................... I-13
     g.  Firearm Safety ............................................ I-14
     h.  Mine and Tunnel Safety .................................... I-14
9.   Nuclear Safety ................................................. I-14
     a.  Reactor Safety ............................................ I-14
     b.  Nuclear Criticality Safety ................................ I-15
     c.  Facility Safety ........................................... I-16
10.  Transportation Safety .......................................... I-17
     a.  Aircraft Safety ........................................... I-17
     b.  Motor Vehicle and Traffic Safety .......................... I-17
     c.  Vessels (Marine) Safety Prescribed Standards .............. I-18
     d.  Transportation of Radioactive Material .................... I-18
     e.  Railroad Safety ........................................... I-18
         Attachment I-1 - Sources of Supply for Standards ......... I-19

CHAPTER II - QUALITY ASSURANCE IN SUPPORT OF ENVIRONMENTAL PROTECTION,
             SAFETY, AND HEALTH PROTECTION (to be issued)

Vertical line denotes change.

CHAPTER III - SAFETY REQUIREMENTS FOR THE PACKAGING OF FISSILE AND OTHER
            RADIOACTIVE MATERIALS

1.  Purpose .................................................... III-1
2.  Scope ...................................................... III-1
3.  References ................................................. III-1
4.  Definitions ................................................ III-1
5.  Responsibilities and Authorities ........................... III-4
    a.  The Director, Operational and Environmental
        Safety Division ........................................ III-4
    b.  Heads of Offices and Divisions, Headquarters .......... III-4
    c.  Heads of Field Organizations .......................... III-4
    d.  The Deputy Assistant Secretary for Naval Reactors ..... III-5
6.  Exempt Quantities of Fissile Materials ..................... III-5
7.  Requirements ............................................... III-6
    a.  Federal Regulations ................................... III-6
    b.  Special Plutonium Air Shipment Requirements ........... III-6
    c.  Other Regulations ..................................... III-7
    d.  Package Standards for Radioactive Materials
        in Amounts Greater Than Type A Quantities ............. III-7
    e.  Department of Energy Certificates of Compliance
        for Packages of Radioactive Materials in Excess
        of Type A Quantities .................................. III-8
    f.  Department of Energy as Consignor ..................... III-8
    g.  Waivers and Exemptions ................................ III-8
8.  Package Standards .......................................... III-8
    a.  General Standards for all Packaging ................... III-8
    b.  Structural Standards for Type B and
        Large Quantity Packaging .............................. III-9
    c.  Criticality Standards for Fissile Material Packages ... III-9
    d.  Evaluation of a Single Package ........................ III-10
    e.  Standards for Normal Conditions of Transport
        for a Single Package .................................. III-10
    f.  Standards for Hypothetical Accident
        Conditions for a Single Package ....................... III-12
    g.  Criticality Standards for Packaging Fissile Materials . III-13
9.  Quality Assurance Procedures for the Fabrication, Assembly,
    and Testing of Offsite Shipping Containers ................. III-13
    a.  Establishment and Maintenance of Procedures ........... III-13
    b.  Elements of a Quality Assurance Program ............... III-13
10. Operating Procedures ....................................... III-14
    a.  Establishment and Maintenance of Procedures ........... III-14
    b.  Assumptions as to Unknown Properties .................. III-14
    c.  Preliminary Determinations ............................ III-14
    d.  Routine Determinations ................................ III-15
    e.  Records ............................................... III-15

rtical line denotes change.

f. Documentation of Technical Backup Support for
Specification, Certified, and Exempt Packagings ................. III-16
g. Notification Procedures for Shipment and Nonreceipt
of Radioactive Materials ................................. III-17
11. Normal Conditions of Transport ................................. III-17
12. Hypothetical Accident Conditions ................................. III-19
13. Transport Grouping of Radionuclides ................................. III-19
14. Tests for Special Form Material ................................. III-19

CHAPTER IV - NUCLEAR CRITICALITY SAFETY

1. Purpose ................................................. IV-1
2. References ................................................. IV-1
3. Definitions ................................................. IV-2
4. Responsibilities and Authorities ................................. IV-3
a. The Director, Operational and Environmental
Safety Division ................................. IV-3
b. Heads of Divisions and Offices, Headquarters ................. IV-3
c. The Deputy Assistant Secretary for Naval Reactors ................. IV-3
d. Heads of Field Organizations ................................. IV-3
5. Personnel Selection and Training ................................. IV-5
6. Requirements ................................................. IV-8
a. Process Analysis ................................. IV-8
b. Identification of the Parameters on Which Prevention
of Accidental Nuclear Criticality Will Depend ................. IV-8
c. Written Plans and Procedures ................................. IV-9
d. Records ................................................. IV-12
7. Contractor Independent Review and Appraisal System ................. IV-12
8. Control Parameters ................................................. IV-13
a. Controlling Factors ................................. IV-13
b. Double Contingency Principle ................................. IV-15
c. Geometry Control ................................. IV-15
d. Nuclear Criticality Safety Limits ................................. IV-15
e. Margins of Safety ................................. IV-16
f. Onsite Movement and Offsite Shipment of
Fissionable Materials ................................. IV-16

Vertical line denotes change.

HAPTER V - SAFETY OF NONREACTOR NUCLEAR FACILITIES

1. Purpose ............................................................ V-1
2. Scope .............................................................. V-1
3. References ......................................................... V-1
4. Definitions ........................................................ V-2
5. Responsibilities and Authorities ................................... V-3
   a. The Director, Operational and Environmental Safety Division .... V-3
   b. The Deputy Assistant Secretary for Naval Reactors ............. V-3
   c. Assistant Secretaries and Directors, Headquarters
      Program Offices ............................................... V-3
   d. The Director, Office of Military Applications ................. V-4
   e. Heads of Field Organizations ................................. V-4
6. Requirements ....................................................... V-5

CHAPTER VI - SAFETY OF DEPARTMENT OF ENERGY OWNED REACTORS

1. Purpose ............................................................ VI-1
2. Scope .............................................................. VI-1
3. References ......................................................... VI-1
4. Definitions ........................................................ VI-1
5. Responsibilities and Authorities ................................... VI-4
   a. Assistant Secretaries ......................................... VI-4
   b. Directors of Headquarters Divisions .......................... VI-4
   c. The Director, Safety Engineering Division .................... VI-5
   d. The Directors, Office of Health and Environmental
      Research, Basic Energy Sciences, and Military Application ...... VI-6
   e. The Deputy Assistant Secretary for Naval Reactors ............. VI-6
   f. The Director, Operational and Environmental Safety Division .... VI-7
   g. Heads of Field Organizations and the Deputy Assistant
      Secretary for Naval Reactors .................................. VI-7
6. Program Requirements ............................................... VI-9
   a. Siting ........................................................ VI-9
   b. General Design Criteria ....................................... VI-9
   c. Safety Analysis Reports ....................................... VI-9
   d. Technical Specifications ...................................... VI-9
   e. Reactor Personnel Training and Qualification Program .......... VI-10
      (1) Reactor Operations Personnel ............................. VI-10
          (a) Selection ............................................ VI-10
          (b) Training ............................................. VI-10
          (c) Examination .......................................... VI-11
          (d) Certification ........................................ VI-11
          (e) Retraining ........................................... VI-12
          (f) Reexamination ........................................ VI-12
          (g) Recertification ...................................... VI-13
          (h) Documentation ........................................ VI-14

:rtical line denotes change.

DOE 5480.1 Chg 4
5-22-81                                                                                    v

                    (2)  Maintenance Personnel ........................... VI-14
                    (3)  Fuel Handling Operations ...................... VI-15
         f.  Quality Assurance ................................... VI-15
         g.  Contractor Independent Review and Appraisal System ........... VI-15
         h.  Standby and Decommissioning ......................... VI-17
         i.  Reporting and Analysis of Occurrences ............... VI-17
         j.  Emergency Planning .................................. VI-17
         k.  Recordkeeping ....................................... VI-17
         l.  Tenant - Landlord Safety Responsibilities ........... VI-17
    7.  Organizations Having Responsibility for Department of
         Energy Owned Reactors ................................... VI-18
              Attachment VI-1 - Organizations Responsible for
                                Department of Energy Owned Reactors .... VI-19


CHAPTER VII - FIRE PROTECTION

    1.  Purpose ..................................................... VII-1
    2.  Definitions ................................................. VII-1
    3.  Responsibilities and Authorities ............................ VII-3
         a.  The Director, Operational and Environmental
              Safety Division ....................................... VII-3
         b.  Directors of Program Divisions ........................ VII-4
         c.  Heads of Field Organizations .......................... VII-4
    4.  Delegation of "Authority Having Jurisdiction" ............... VII-5
    5.  Compliance with Improved Risk Objectives .................... VII-5
         a.  Threats to the Public Health or Welfare and Hazards to Life .... VII-5
         b.  Unacceptable Program Delays ........................... VII-6
         c.  Property Damage Limitation ............................ VII-7
         d.  Higher Standard of Protection ......................... VII-7
    6.  Essential Elements of an Improved Risk Facility ............. VII-8
    7.  Consultant Fire Protection Survey Program ................... VII-11


CHAPTER VIII - CONTRACTOR OCCUPATIONAL MEDICAL PROGRAM

    1.  Purpose ..................................................... VIII-1
    2.  Applicability ............................................... VIII-1
    3.  Definitions ................................................. VIII-1
    4.  Program Requirements ........................................ VIII-2
         a.  Standards, Minimum Requirements, and Guides for Establish-
              ment and Operation of the Department of Energy Contractor
              Occupational Medical Program .......................... VIII-2
         b.  Diagnosis and Treatment of Injury or Disease--Minimum
              requirements .......................................... VIII-7
         c.  Employees Health Maintenance and Preventive Medical
              Activities--Minimum Requirements ...................... VIII-8
         d.  Medical Records--Minimum Requirements ................. VIII-9
         e.  Emergency and Disaster Preparedness--Minimum Requirements ...... VIII-11

Vertical line denotes change.

vi

DOE 548U.1 Chg 4
5-22-81

   f.  Organization and Staffing for Department of Energy
       Contractor Occupational Medical Programs--Minimum
       Requirements and Guides ......................................... VIII-12
   g.  Facilities nd Equipment--Minimum Requirements .................. VIII-15

## CHAPTER IX - CONSTRUCTION SAFETY AND HEALTH PROGRAM

1.  Purpose ............................................................. IX-1
2.  Definitions ......................................................... IX-1
3.  Requirements ........................................................ IX-1
   a.  Safety and Health Program for Project Construction
      Contractors ..................................................... IX-1
   b.  Safety and Health Program for Resident Construction
      Contractors ..................................................... IX-2
   c.  Program Compliance .............................................. IX-3
   d.  Department of Energy Onsite Construction Inspections ............ IX-3
   e.  Designated Department of Energy Point of Contact ............... IX-4
4.  Federal Laws ........................................................ IX-4

## CHAPTER X - INDUSTRIAL HYGIENE PROGRAM

1.  Purpose ............................................................. X-1
2.  Definitions ......................................................... X-1
3.  Requirements ........................................................ X-1
   a.  Management Responsibility ....................................... X-1
   b.  Policy .......................................................... X-1
   c.  Function ........................................................ X-1
   d.  Industrial Hygiene Staff ........................................ X-3
   e.  Facilities, Instrumentation, and Technical Support ............. X-3
   f.  Organizational Responsibilities ................................. X-3
   g.  Recordkeeping Requirements ...................................... X-5

## CHAPTER XI - REQUIREMENTS FOR RADIATION PROTECTION

1.  Purpose ............................................................. XI-1
2.  Definitions ......................................................... XI-1
3.  Responsibilities and Authorities .................................... XI-1
4.  Requirements ........................................................ XI-2
   a.  Occupationally-Related Exposure of Individuals in
      Controlled Areas ................................................ XI-2
   b.  Exposure of Individuals and Population Groups in
      Controlled Areas ................................................ XI-4
   c.  Nuclear Accident Dosimetry ...................................... XI-7
   d.  Quality Factors to be Applied in Determining Rem Exposure ....... XI-9
   e.  Guidance for Emergency Exposure During Rescue and
      Recovery Activities ............................................. XI-9
   f.  Guidance on Maintaining Exposures to as Low as Reasonably
      Achievable ...................................................... XI-13
           Attachment XI-1 - Concentrations in Air and Water
                   Above Natural Background ................. XI-2U

·rtical line denotes change.

CHAPTER XII - PREVENTION, CONTROL, AND ABATEMENT OF ENVIRONMENTAL POLLUTION

1. Purpose ........................................................ XII-1
2. References ..................................................... XII-1
3. Responsibilities and Authorities .............................. XII-1
   a. The Director, Operational and Environmental
      Safety Division ............................................ XII-1
   b. Heads of Line Organizations ............................... XII-2
4. Requirements .................................................. XII-2
5. Pollution Abatement Projects .................................. XII-3

CHAPTER XIII - AVIATION SAFETY

1. Purpose ........................................................ XIII-1
2. References ..................................................... XIII-1
3. Definitions ................................................... XIII-1
4. Responsibilities and Authorities .............................. XIII-2
   a. The Director, Operational and Environmental Safety Division .... XIII-2
   b. The Director of Administration ............................ XIII-2
   c. Directors of Headquarters Program Offices and Heads
      of Field Organizations .................................... XIII-3
   d. Department of Energy Aviation Safety Consultants .......... XIII-3
5. Requirements .................................................. XIII-3
   a. Aviation Operations Manuals ............................... XIII-3
   b. Passenger and Classified or Hazardous Cargo
      Carrying Operations ....................................... XIII-4
   c. Private Aircraft Operations ............................... XIII-5
   d. Charter Operations ........................................ XIII-5
   e. Aviation Contracts ........................................ XIII-6
   f. Department of Energy Airports ............................. XIII-6
   g. Surveillance .............................................. XIII-6

Vertical line denotes change.

DOE 5480.1 Chg 4                                                                    I-1
5-22-81

## CHAPTER I

### ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION STANDARDS

1. <u>PURPOSE</u>.  This chapter sets forth the environmental protection, safety, and health protection standards that have been adopted for use throughout the operations of the Department of Energy, hereafter referred to as the Department.

2. <u>GENERAL REQUIREMENTS</u>.

   a.  Provisions of this chapter shall be followed during facility design, construction, operation, modification, and decommissioning.  Existing facilities need not be changed arbitrarily to comply with the specified standards except as required by law.

   b.  This chapter covers the minimum prescribed standards to be used by the Department of Energy and Department contractors.  Where a Department contractor is also a Nuclear Regulatory Commission licensee, the contract relationship will not exempt him from compliance with Nuclear Regulatory Commission regulations and the terms of his license.  Where Department of Energy contractors are tenants on a military installation and a Host-Tenant Agreement has been executed, the standards established by the host shall be observed unless the Department prescribed standards provide for greater protection, in which case Department standards shall be observed.  Facilities covered by this chapter include those owned, leased or otherwise controlled by the Department of Energy or leased by contractors for use in work, and include those of either a permanent or temporary nature (e.g., trailers, rented spaces, field sites).  Ordnance operations shall observe Department of Defense Explosive Safety Board Standards as prescribed standards.  Naval Reactors Program applications shall observe Department of Navy Standards as prescribed standards.

   c.  In addition to the prescribed and recommended standards set forth by this chapter, the user should also consult the other chapters of this order and for the Operational and Environmental Safety Division for any interim standards approved for use.  The sources of supply for the standards and a glossary of abbreviations are contained in Attachment 1. The latest edition of the listed standards shall be used.

   d.  If there are conflicts between prescribed standards in this chapter, or between this chapter and other chapters of this order, the standards providing the greater protection shall govern.

3. <u>PROCEDURES FOR GRANTING EXEMPTIONS</u>.

    a. Department of Energy contract administrators are permitted to grant exemptions, which are valid for a period of six months, from the standards of this chapter, except for the Federal regulations listed herein unless allowed by the procedures identified in paragraph 3c. Contract administrators are required to notify the Director, Occupational and Environmental Safety Division of all such exemptions granted. Exemptions for periods greater than 6 months must be approved by the Director, Occupational and Environmental Safety Division prior to being granted by the contract administrator.

    b. Exemptions are considered to be temporary, allowing time to take corrective action. When requesting approval of exemptions greater than 6 months, Department of Energy contract administrators should include with their request plans to ameliorate the conditions requiring the exemptions.

    c. Those Department of Energy Operations subject to the Occupational Safety and Health Administration's regulations, directly or through Departmental Orders, must follow the procedures of 29 CFR 1960, Subpart C, 29 CFR 1905 or Departmental Order DOE 5483.1, as appropriate, to obtain relief from standards listed herein which are also listed in 29 CFR 1910, 1915-1918 and 1926. Requests are to be forwarded to the appropriate Department of Energy official as defined in Departmental Orders DOE 3790.1 or DOE 5483.1.

4. <u>EMERGENCY PREPAREDNESS</u>. The following standards, in addition to those listed in the other chapters, shall be used as minimum prescribed standards at such facilities as applicable.

    a. <u>Prescribed Standards</u>.

        (1) "Immediate Evacuation Signal for Use in Industrial Installations Where Radiation Exposure May Occur", ANSI N2.3-1979 (ANSI).

    b. <u>Recommended Standards</u>.

        (1) Exposure to Radiation in an Emergency, NCRP Report No 19.

        (2) Basic Radiation Protection Criteria, NCRP Report No. 39.

        (3) National Plan for Emergency Preparedness (FEMA).

        (4) Office of Emergency Preparedness Circulars (FEMA).

        (5) Federal Civil Defense Guide (FEMA).

Case No. 1:90-cv-00181-JLK   Document 2385-2   filed 10/23/15   USDC Colorado   pg 110 of 165

      (6)  "Planning for the Handling of Radiation Accidents," Safety Series 32 (IAEA).

      (7)  "Emergency Plans for Production and Utilization Facilities," 10 CFR 50, Appendix E and Associated Guide.

5.  <u>ENVIRONMENTAL PROTECTION.</u>

    a.  <u>Prescribed Standards.</u>

      (1)  "Prevention, Control, and Abatement of Air and Water Pollution," Chapter XII of this Order.

      (2)  Federal Compliance with Pollution Control Standards (Executive Order 12088) (OMB).

      (3)  The following standards, regulations, and guidelines promulgated pursuant to Federal environmental legislation:

         (a)  <u>Air</u>

            <u>1</u>  New Source Performance Standards (40 CFR 60).

            <u>2</u>  National Hazardous Air Pollutant Standards (40 CFR 61).

            <u>3</u>  Regulations Designating Air Quality Control Regions (40 CFR 81).

            <u>4</u>  Implementation of the National Environmental Policy Act, DOE 5440.1.

            <u>5</u>  Facilities General Design Criteria, DOE N 1321.96.

         (b)  <u>Water</u>

            <u>1</u>  Discharge of Oil (40 CFR 110).

            <u>2</u>  Oil Pollution Prevention (40 CFR 112).

            <u>3</u>  National Oil and Hazardous Substances Contingency Plan (40 CFR 1510).

            <u>4</u>  Water Quality Standards Approved by the Federal Government (40 CFR 120).

            <u>5</u>  National Pollutant Discharge Elimination System (40 CFR 22).

I-4

6  Policies and Procedures for the National Pollutant Discharge Elimination System (40 CFR 125).

7  General Pretreatment Regulations for Existing and New Sources of Pollution (40 CFR 403).

8  Secondary Treatment Information (40 CFR 133).

9  Transportation for Dumping, and Dumping of Material into Ocean Waters (40 CFR 220-230).

10  Cooling Water Intake Structures (40 CFR 401.14) (General Provisions for Effluent Guidelines and Standards - 40 CFR 401).

11  Facilities General Design Criteria, DOE N 1321.96.

(c)  Drinking Water

1  National Interim Primary Drinking Water Regulations (40 CFR 141).

2  National Interim Primary Drinking Water Regulations Implementation (40 CFR 142).

(d)  Solid Waste

1  Guidelines for the Thermal Processing of Solid Wastes and for the Land Disposal of Solid Wastes (40 CFR 240 and 241).

2  Solid Waste Storage and Collection (40 CFR 243).

(e)  Radiation

1  Requirements for Radiation Protection, Chapter XI of this Order.

2  "Performance Testing and Procedural Specifications for Thermoluminescense Dosimetry (Environmental Applications)" ANSI N 545-1975 (ANSI).

(f)  Pesticides

1  Environmental Safeguards on Activities for Animal Damage Control on Federal Lands (Executive Order 11870) (OMB).

$\underline{2}$  Regulations for Enforcement of the Federal Insecticide, Fungicide, and Rodenticide Act (40 CFR 162).

$\underline{3}$  Regulations for the Acceptance of Certain Pesticides and Recommended Procedures for the Disposal and Storage of Pesticides and Pesticide Containers (40 CFR 165).

$\underline{4}$  Exemption of Federal and State Agencies for Use of Pesticides Under Emergency Conditions (40 CFR 166).

$\underline{5}$  Worker Protection Standards for Agricultural Pesticides (40 CFR 170)

$\underline{6}$  Certification of Pesticide Applicators (40 CFR 171).

(4)  Environmental Protection, Safety and Health Protection Reporting Requirements, DOE 5484.1.

(5)  Requirements for Radiation Protection, Chapter XI, of this Order.

b.  Recommended Standards.

(1)  Standard Methods for the Examination of Water and Wastewater (AWWA).

(2)  Guide for Use of Insecticides, Handbook 290 (USDA).

(3)  Manual of Septic Tank Practice, Publication No. 526 (USPHS).

(4)  Sanitary Landfill Design and Operation Publication No. SW-65ts. (EPA).

(5)  Interim Guide of Good Practice for Incineration at Federal Facilities, Publication No. AP-46 (USPHS).

(6)  Incinerator Guidelines, Publication No. 2012 (USPHS).

(7)  Air Pollution Engineering Manual, Publication No. AP-40 (USPHS).

(8)  Compilation of Air Pollutant Emission Factors (EPA).

6.  FIRE PROTECTION.

a.  Prescribed Standards.

(1)  Fire Protection, Chapter VII of this Order.

(2)  Facilities General Design Criteria, DOE N 1321.96.

(3)  National Fire Codes (NFPA).

(4)  Standard for Fire Protection of AEC Electronic Computer Data Processing Systems, WASH 1245-1.  (Compliance with this standard satisfies the requirements for NFPA-75).

(5)  Product Directories of Underwriters Laboratories together with the periodic supplements (UL).

(6)  Factory Mutual Approval Guide (FM).

(7)  TP20-11 General Fire Fighting Guidance for Nuclear Weapons.

b.  Recommended Standards.

(1)  Handbook of Fire Protection (NFPA).

(2)  Loss Prevention Data Sheets (FM).

7.  HEALTH PROTECTION.

a.  Radiation Protection.

(1)  Prescribed Standards.

(a)  Requirements for Radiation Protection, Chapter XI of this Order.

(b)  Environmental Protection, Safety and Health Protection Reporting Requirements, DOE 5484.1.

(c)  Performance Specifications for Direct Reading and Indirect Reading Pocket Dosimeters for X and Gamma Radiation, ANSI N13.5-1972 (ANSI).

(d)  Radiation Symbol, ANSI N2.1-1969 (ANSI).

(e)  Radiological Safety in the Design and Operation of Particle Accelerators, ANSI N43.1-1978 (ANSI).

(f)  Specification and Performance of On-site Instrumentation for Continuously Monitoring Radioactivity in Effluents, ANSI N13.10-1974 (ANSI).

(g)  Personnel Neutron Dosimeters (Neutron Energies Less Than 20 MeV), ANSI N319-1976 (ANSI).

(h) Performance Criteria for Instrumentation Used for Inplant Plutonium Monitoring, ANSI N317-1978 (ANSI).

(i) "Inspection and Test Specifications for Direct and Indirect Reading Quartz Fiber Pocket Dosimeters," ANSI N322-1975. (ANSI).

(2) Recommended Standards.

(a) Applicable (FRC) Reports (#1-1960, #2-1962, #5-1964, #7-1965, #8 (Revised) (EPA).

(b) Handbooks, NCRP Recommendations (NBS).

(c) Guide to Sampling Airborne Radioactive Materials in Nuclear Facilities, ANSI N13.1-1969 (ANSI).

(d) Criteria for Film Badge Performance, ANSI 13.7-1972 (ANSI).

(e) Radiation Protection Instrumentation Test and Calibration, ANSI N323-1978 (ANSI)

(f) Performance, Testing, and Procedural Specifications for Thermoluminescence Dosimetry: Environmental Applications, ANSI N545-1975 (ANSI).

(g) Standards for Protection Against Radiation (10 CFR 20).

(h) Radiation Protection Standards Reports (ICRP).

(i) Reports (ICRU)

(1) Report 20, 1971, Radiation Protection Instrumentation and Its Application.

(2) Report 19, 1968, Radiation Quantities and Units.

(3) Report 14, 1969, Radiation Dosimetry.

(j) Safety Series (IAEA).

(k) Electronic Product Radiation Control, Subpart 3 of P.L. 90-602, as amended on October 18, 1968.

(1) Technical Considerations in Emergency Instrumentation Preparedness, BNWL-1742, 1974. (DOE)

    (1)  Phase II-C – Emergency Radiological and Meteorological Instrumentation for Fuel Reprocessing Facilities, BNWL-1857, 1976.

    (2)  Phase II-D – Evaluation Testing and Calibration Methodology for Emergency Radiological Instrumentation, BNWL -1991, 1976.

    (3)  Phase II-B – Emergency Radiological and Meteorological Instrumentation for Mixed Fuel Fabrication Facilities, BNWL-1742, 1974.

    (4)  Phase II-A – Emergency Radiological and Meteorological Instrumentation Criteria for Reactors, BNWL-1635, 1972.

b.  Occupational Medicine.

    (1)  Prescribed Standards.

        (a)  Department of Energy Contractor Occupational Medical Program, Chapter VIII of this Order.

    (2)  Recommended Standards.

        (a)  Scope, Objectives, and Functions of Occupational Health Programs, OOCH-213 (AMA).

        (b)  Occupational Health Services for Employees, U.S. Department of Health, Education, and Welfare.  Public Health Service Publication No. 1041 (May 1963)(USPHS).

        (c)  An Administrative Guide for Federal Occupational Health Units, HEW, Public Health Service Publication No. 1325-A (March 1966), (USPHS).

        (d)  Epidemiology in Occupational Disease and Injury, OOCH-290 AMA).

        (e)  Medical Aspects of Radiation Accidents Handbook, Eugene Saenger, M.D., Editor (GPO).

c.  Industrial Hygiene.

    (1)  Prescribed Standards.

        (a)  Current Threshold Limit Values (ACGIH).

        (b)  Practices for Respiratory Protection, ANSI Z88.2-1969
           (ANSI).

    (2)  Recommended Standards.

        (a)  Hygienic Guide Series (AIHA).

        (b)  Heating and Cooling for Man in Industry (AIHA).

        (c)  Respirator Manual, LA-6370-M (DOE).

        (d)  Industrial Ventilation Manual (ACGIH).

        (e)  Industrial Noise Manual (AIHA).

        (f)  Guide for Conservation of Hearing and Noise (AAOO).

        (g)  NIOSH Criteria Documents (NIOSH).

  d.  Public Health and Sanitation, Prescribed Standards

    (1)  Food

        (a)  Food Service Sanitation Manual, DHEW Publication No.
           78-2081 (FDA).

        (b)  The Vending of Food and Beverages, USPHS Publication
           No. 546 (1965).

    (2)  Water

        (a)  National Interim Primary Drinking Water Regulations,
           Publication No. EPA-57019-76-003 (EPA).

        (b)  Manual for Evaluating Public Drinking Water Supplies,
           Publication No 1820 (EPA).

        (c)  Manual of Individual Water Supply Systems, Publication
           No. 430 9/73-003 (EPA).

        (d)  Quality Standards for Bottled Water (21 CFR 11).

        (e)  Sanitary Standard for Manufactured Ice, USPHS 1183
           (1964).

        (f)  GSA Handbooks on Performance Standards for Cleaning
           Public Buildings (GSA).

Case No. 1:90-cv-00181-JLK   Document 2385-2   filed 10/23/15   USDC Colorado   pg 117 of 165

8. <u>OCCUPATIONAL SAFETY</u>.

   a.  <u>General Safety</u>.

      (1)  <u>Prescribed Standards</u>.

         (a)  Facilities General Design Criteria, DOE N 1321.96.

         (b)  Forest Service Safety Standards (USDA).

         (c)  Boiler and Pressure Vessel Code; Sections I-XI (ASME).

         (d)  ANSI Standards for Safety, as applicable.

         (e)  Occupational Safety and Health Program for Governemnt-Owned, Contractor-Operated Facilities, DOE 5483.1.

         (f)  Occupational Safety and Health Standards, 29 CFR 1910.

         (g)  Safety and Health Regulations for Construction, 29 CFR 1926.

         (h)  Safety and Health Regulations for Ship Repairing, 29 CFR 1915.

         (i)  Safety and Health Regulations for Shipbuilding, 29 CFR 1916.

         (j)  Safety and Health Regulations for Shipbreaking, 29 CFR 1917.

         (k)  Safety and Health Regulations for Longshoring, 29 CFR 1918.

         (l)  Department of Defense Explosive Safety Board Standards (Ordnance Operations).

         (m)  Department of Navy Standards (for Naval Reactors program applications) (NAV).

      (2)  <u>Recommended Standards</u>.

         (a)  Chemical Rocket Propellant Hazards, JANNAF Propulsion Committee, Volume I-General Safety Enineering Design Criteria, NTIS-AD 889763, May 1970.  Volume II-Solid Rocket Propellant Processing, Handling, Storage, and Transportation, NTIS-AD 870258, May 1970.  Volume III-Liquid Propellant Handling, Storage, and Transportation, N.T.I.S.-AD 870259, May 1970. (Quantity distance tables are expected-OSHA/NFPA QD tables apply where appropriate).

         (b)  Manual Sheets (MCA).

DOE 5480.1 Chg 4
5-22-81

I-11

(c)  Chemical Safety Data Sheets (MCA).

(d)  Accident Prevention Manual for Industrial Operations (NSC).

(e)  Supervisor's Safety Manual (NSC).

(f)  Handbook of Laboratory Safety (CRC).

(g)  Handbook of Rigging, W.E. Rossnagel, McGraw-Hill Book Co., Inc., publishers. (McGraw).

(h)  Data Sheet Series (NSC).

(i)  Matheson Gas Data Book (MPD).

(j)  Handling Hazardous Materials, NASA SP-5032 (NASA).

(k)  Testing Materials Standards (those applicable to safety) (ASTM).

(l)  Handbook of Compressed Gases (CGA).

(m)  Service Station Safety, Accident Prevention Manual 5 (API).

b.  Construction Safety.

(1)  Prescribed Standards.

(a)  Construction Safety Programm, Chapter IX of this Order.

(b)  Pipeline Safety Standards (49 CFR 192).

(c)  Safety and Health Regulations for Construction (29 CFR 1926 Part A).

(d)  Prevention, Control, and Abatement of Environmental Pollution, Chapter XII of this Order.

(2)  Recommended Standards.

(a)  Manual of Accident Prevention in Construction (AGCA).

(b)  Guidelines for Minimizing Soil Erosion and Water and Air Pollution During Construction, Soil Conservation Service Engineering Memorandum 66, June 19, 1968 (USDA).

c. Crane Safety.

    (1) Prescribed Standards.

        (a) ANSI Series B 30.

        (b) Crane Manufactures Association of America, Specification No. 70 (CMAA).

    (2) Recommended Standard:  Requirements for Hoisting and Rigging of Special Components and Equipment, RDT F8-6 (DOE).

d. Drilling Safety.

    (1) Prescribed Standards.

        (a) Petroleum Safety Orders, Administrative Code, Title 8, Chapter 4, Subchapter 14, State of California (except the requirement of paragraph (b) Section 6640, of article 41 of the 1959 orders is permanently waived-API PR 9B applies). (CALIF)

        (b) Applicable Division of Production Specifications and Recommended Practices on Oil Field Equipment (API).

        (c) Safe Practices in Drilling Operations, Third Edition, 1967, RP 2010 (API).

    (2) Recommended Standards.

        (a) Rotary Drilling Handbook on Accident Prevention and Safe Operating Practices (IAODC).

        (b) Applicable Division of Production Bulletins (API).

e. Electrical Safety.

    (1) Prescribed Standards.

        (a) National Electrical Code, ANSI/NFPA No. 70-1978.

        (b) National Electrical Safety Code (ANSI-C2-1977).

    (2) Recommended Standards.

        (a) Electrical Engineering Regulations, CG-259, U.S. Coast Guard (DOT).

(b) Miscellaneous Electrical Equipment List, CG-293,
U.S. Coast Guard (DOT).

(c) Safety Rules for the Installation and Maintenance of
Electric Supply and Communication Lines, NBS No. 81.

(d) Electrical Safety Guides for Research, Safety, and
Fire Protection, Bulletin No. 13 (DOE).

(e) Safety Guidelines for High Energy Accelerator
Facilities, TID 23992 (DOE).

(f) IEEE Standards for Safety (IEEE).

f. Explosives Safety.

(1) Prescribed Standards.

(a) Development and Readiness Command Safety Manual,
DARCOM 385-100, U.S. Army Material Development
and Readiness Command. (AMC)

(b) DOD Ammunition and Explosives Safety Standards,
DOD 5154.4S (DOD).

(c) Blaster's Handbook (DuPont).

(d) Facilities General Design Criteria, DOE 6430
(to be issued).

(2) Recommended Standards.

(a) Rules for Storing, Transporting, and Shipping Explosives,
Pamphlet 5 (IME).

(b) Safety in the Transportation, Storage, Handling, and Use
of Explosives, Pamphlet 17 (IME).

(c) Structures to Resist the Effects of Accidental Explosions,
Department of the Army Technical Manual TM5-1300 (AMC).

(d) Safety Guide for the Prevention of Radio Frequency
Radiation Hazards, Pamphlet 20 (IME).

(e) Evaluation of Explosive Storage Safety Criteria,
May 1970, AD 871 194 (NTIS).

I-14

g.  Firearm Safety.

    (1)  Prescribed Standards.

        (a)  GSA Handbook HB, Federal Protective Service Uniformed Force Operations, PBS P5930.17.

        (b)  Pistols and Revolvers, FM 23-35, 7-60 (AMC).

        (c)  Safety with Firearms Handbook (NRA).

    (2)  Recommended Standards.

        (a)  Education and Training Security Police, Training Course AMCP 621-1 (AMC).

        (b)  Military Police Preservation of Order Activities, AMCR 190-3, 12-71 (AMC).

h.  Mine and Tunnel Safety.

    (1)  Prescribed Standards.

        (a)  P.L. 91-173 88 Stat. 742-804 as amended by P.L. 95-164, Federal Mine Safety and Health Act of 1977.

        (b)  Tunnel Safety Orders, Administrative Code, Title 8, Chapter 4, Subchapter 20, State of California (CALIF).

        (c)  Mine Safety Orders, Administrative Code, Title 8, Chapter 4, Subchapter 12, State of California (CALIF).

    (2)  Recommended Standard:  Tunneling:  Recommended Safety Rules, Bulletin 644, Bureau of Mines. (BUMINES)

9.  NUCLEAR SAFETY.

a.  Reactor Safety.

    (1)  Prescribed Standard:  Safety of Department of Energy Owned Reactors, Chapter VI of this Order.

    (2)  Recommended Standards.

        (a)  Applicable Nuclear Energy (RDT) Standards (See index of NE (RDT) Standards) (DOE).

DOE 5480.1 Chg 4
5-22-81

I-15

(b) Licensing of Production and Utilization Facilities, 10 CFR 50 and appendixes, including safety guides issued to described methods of implementing these regulations.

(c) Operators' Licenses, 10 CFR 55.

(d) Reactor Site Criteria, 10 CFR 100.

(e) Procedures for Review of Certain Nuclear Reactors Exempted from Licensing Requirements, 10 CFR 115.

(f) Safe Operation of Critical Assemblies and Research Reactors, 1971 Edition, Safety Series No. 35 (IAEA).

(g) Safe Operation of Nuclear Power Plants, Safety Series 31 (IAEA).

(h) IEEE Standards for Safety,(IEEE).

(i) ANSI Series 15 (ANSI).

b. **Nuclear Criticality Safety.**

(1) **Prescribed Standard:** Nuclear Criticality Safety, Chapter IV of this Order.

(2) **Recommended Standards.**

(a) Nuclear Safety Guide, TID-7015 (DOE)

(b) Criticality Accident Alarm System, ANSI/ANS-8.3-1979 (ANSI).

(c) Safety Standards for Operations with Fissionable Materials Outside Reactors, ANSI N16.1-1975 (ANSI).

(d) Use of Borosilicate-Glass Raschig Rings as a Neutron Absorber in Solutions of Fissile Materials, (ANSI/ANS 8.5-1979) (ANSI).

(e) Critical Dimensions of Systems Containing Uranium-235, Plutonium-239, and Uranium-233, TID-7028 (DOE).

(f) Critical and Safe Masses and Dimensions of Lattices of U and UO2 in Water, DuPont-1014 (DUPONT).

**Supplemental Appendix Page No. 502**

     (g)  United Kingdom Atomic Energy Authority Handbook of Criticality Data, AHS3(S), Handbook 1 (1st Revision).

     (h)  Criticality Handbook, ARH-600, (2 volumes).

     (i)  ANSI Series 16.

     (j)  "Immediate Evacuation Signal for Use in Industrial Installations," ANSI/ANS-N2.3-1979 (ANSI).

c.  <u>Facility Safety</u>.

    (1)  <u>Prescribed Standards</u>.

       (a)  Safety of Nonreactor Nuclear Facilities, Chapter V of this order.

       (b)  Part II, Section A, Unirradiated Enriched Uranium Storage Facilities, DOE 6430 (to be issued).

       (c)  Criteria for Plutonium Storage Facilities (AEC Deputy General Manager's Letter of March 18, 1971) (DOE).

       (d)  Part II, Section B, Facilities General Design Criteria, DOE N 1321.96.

    (2)  <u>Recommended Standards</u>.

       (a)  Licensing of Production and Utilization Facilities, (10 CFR 50).

       (b)  Special Nuclear Material (10 CFR 70).

       (c)  Rules of General Applicability to Licensing of Byproduct Material (10 CFR 30).

       (d)  Licensing of Source Material (10 CFR 40).

       (e)  Operators' Licenses (10 CFR 55).

       (f)  Appropriate Portions of Reactor Site Criteria (10 CFR 100).

       (g)  Nuclear Air Cleaning Handbook ERDA 76-21, (DOE).

Case No. 1:90-cv-00181-JLK   Document 2385-2   filed 10/23/15   USDC Colorado   pg 124 of 165

10. TRANSPORTATION SAFETY.

    a.  Aircraft Safety.

        (1)  Prescribed Standards.

            (a)  Federal Aviation Regulations (DOT).

            (b)  Aviation Safety, Chapter XIII of this Order.

        (2)  Recommended Standard:  Aviation Ground Operation Safety Handbook (NSC).

    b.  Motor Vehicle and Traffic Safety.

        (1)  Prescribed Standards.

            (a)  Motor Carrier Safety Regulations, Federal Highway Administration (DOT).

            (b)  Hazardous Materials Regulations (49 CFR 397) (DOT).

            (c)  Manual on Uniform Traffic Control Devices for Streets and Highways, Bureau of Public Roads (DOT).

            (d)  Inspection Requirements for Motor Vehicles, Trailers and Semi-trailers Operated on Public Highways, ANSI D7.1-1973 (ANSI).

            (e)  Uniform Vehicle Code (NCUTLO).

            (f)  A Policy on Geometric Design of Rural Highways (AASHTO).

        (2)  Recommended Standards.

            (a)  Traffic Engineer's Handbook (I E and NSC).

            (b)  Traffic Engineering, Matson, Smith and Hurd.  McGraw-Hill Book Company, Inc., publishers (McGraw)

            (c)  Motor Fleet Safety Manual (NSC).

            (d)  Traffic Accident Investigator's Manual for Police, The Traffic Institute, Northwestern University (NWU).

Case No. 1:90-cv-00181-JLK   Document 2385-2   filed 10/23/15   USDC Colorado   pg 125 of 165

(e)  Handbook of Highway Safety Design and Operating Practices (DOT).

c.  <u>Vessels (Marine) Safety Prescribed Standards</u>:

   (1)  Rules and Regulations for Uninspected Vessels, Booklet
        258, U.S. Coast Guard (DOT).

   (2)  Rules and Regulations for Numbering of Undocumented Vessels and
        the Reporting of Boating Accidents, Booklet 267, U.S. Coast
        Guard (DOT).

   (3)  Equipment Lists, Booklet 190, U.S. Coast Guard (DOT).

   (4)  Marine Engineering Regulations and Material Specifications,
        Booklet 115, U.S. Coast Guard (DOT).

   (5)  Ventilation System for Small Craft, Booklet 395, U.S.
        Coast Guard (DOT).

d.  <u>Transportation of Radioactive Material</u>

   (1)  <u>Prescribed Standards</u>.

        (a)  Safety Standards for the Packaging of Radioactive and
             Fissile Materials, Chapter III of this Order.

        (b)  Nuclear Criticality Safety, Chapter IV of this Order
             (applies for fissionable materials).

        (c)  Department of Transportation Hazardous Materials
             Regulations (49 CFR 100-179).

        (d)  Packaging of Radioactive Materials for Transport (10 CFR 71).

        (e)  Physical Protection of Special Nuclear Material,
             (DOE ORDER 5632.2).

   (2)  <u>Recommended Standards</u>.

        (a)  Cask Designers Guide ORNL-NSIC-68, 1970 (DOE)

        (b)  Structural Analysis of Shipping Casks, ORNL-TM-1312,
             Volumes I through X (DOE).

        (c)  Packaging of Uranium Hexafluoride for Transport,
             ANSI N14.1-1971 (ANSI).

e.  <u>Railroad Safety</u> Prescribed Standard:  Federal Railroad Administration,
    (49 CFR 211-240.

DOE 5480.1  Chg 4
5-22-81

Attachment I-1
Page 19

## SOURCES OF SUPPLY FOR STANDARDS

1.  AAOO     American Academy o' Ophthalmology and Otolaryngology
    15 Second Street, N.W.
    Rochester, Minnesota  55901

2.  AASHTO     American Association of State Highway and Transportation
    Officals
    444 North Capitol Street, N.W.
    Washington. D.C.  20001

3.  ACGIH     American Conference of Governmental Industrial Hygienists
    2205 South Road
    Cincinnati, Ohio  45238

4.  AGCA     Associated General Contractors of America, Inc.
    1957 E Street, N.W.
    Washington, D.C.  20006

5.  AIHA     American Industrial Hygiene Association
    475 Wolf Ledges Parkway
    Akron, Ohio  44311

6.  AMC     United States Department of the Army
    Headquarters, U.S. Army Material Development and
    Readiness Command
    Pentagon
    Washington, D.C.  20310

7.  ANSI     American National Standards Institute
    1430 Broadway
    New York, New York  10018

8.  API     American Petroleum Institute
    2101 L Street N.W.
    Washington, D.C.  20037

9.  ASME     American Society of Mechanical Engineers, Inc.
    345 East 47th Street
    New York, New York  10017

10. ASTM     American Society for Testing and Materials
    1916 Race Street
    Philadelphia, Pennsylvania  19103

Attachment I-1
Page 20

DOE 5480.1 Chg 4
5-22-81

11. AWWA
American Water Works Association, Inc.
666 Quincy Street
Denver, Colorado  80235

12. BUMINES
Publications Section
U.S. Bureau of Mines
4800 Forbes Avenue
Pittsburgh, Pennsylvania  15213

13. CALIF
State of California
General Services Publications
P.O. Box 1015
North Highland, California  95660

14. CGA
Compressed Gas Association, Inc.
500 Fifth Avenue
New York, New York  10036

5. CMAA
Crane Manufacturers Association of America, Inc.
1326 Freeport Road
Pittsburgh, Pennsylvania  15238

16. CRC
C. R. C. Press, Inc.
2000 N.W. 24th Street
Boco Raton, Florida   33431

17. DOD
Department of Defense
The Pentagon
Washington, D.C.  20301

18. DNA
Field Command
Defense Nuclear Agency
Albuquerque, New Mexico

19. DOT
Department of Transportation
400 7th Street, S.W.
Washington, D.C.  20590

20. DOT
Coast Guard
Department of Transportation
400 7th Street, S.W.
Washington, D.C.  20590

21. DUPONT
E.I. duPont de Nemours and Company
Petrochemicals Department
Wilmington, Delaware  19898

**Supplemental Appendix Page No. 507**

DOE 5480.1  Chg 4                                    Attachment I-1
5-22-81                                              Page 21

22.  EPA        Environmental Protection Agency
                401 M Street, S.W.
                Washington, D.C.  20460

23.  FDA        Food and Drug Administration
                5600 Fishers Lane
                Rockville, Maryland  20857

24.  FEMA       Federal Emergency Management Agency
                Administrative Services Division
                Printing and Publications Branch
                Room 404
                Washington, D.C. 20472

25.  FM         Factory Mutual Engineering Division
                1151 Boston-Providence Turnpike
                Norwood, Massachusetts  02062

26.  GPO        Superintendent of Documents
                United States Government Printing Office
                Washington, D.C.  20402

27.  GSA        General Services Administration
                General Services Building
                18 and F Street, N.W.
                Washington, D.C.  20405

28.  IAEA       UNIPUB
                P.O. Box 433, Murray Hill Station
                New York, New York  10016

29.  ICRP       International Committee on Radiation Protection
                4201 Lexington Avenue
                New York, New York  10017

30.  ICRU       International Commission on Radiation Units
                  and Measurements
                7910 Woodmont Avenue
                Washington, D.C.  20014

31.  IEEE       Institute of Electrical and Electronic
                  Engineers, Inc.
                345 East 47th Street
                New York, New York  10017

32.  IME        Institute of Makers of Explosives
                420 Lexington Avenue
                New York, New York  10017

33. IRI      Industrial Risk Insurers
85 Woodland Street
Hartford, Connecticut   06102

34. ISO      International Standards Organization
c/o American National Standards Institute
1430 Broadway
New York, New York   10018

35. ITE      Institute of Transportation Engineers, Inc.
Suite 905, 1815 North Fort Myer Drive
Arlington, Virginia   22209

36. MCA      Chemical Manufacturers Association
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009

37. MCGRAW      McGraw-Hill Book Company, Inc.
1221 Avenue of Americas
New York, New York   10020

38. MPD      G. D. Searle and Company
Will Ross, Inc./Matties or Products Division
P.O. Box 85
East Rutherford, New Jersey   07073

39. NASA      National Aeronautics and Space Administration
400 Maryland Avenue, S.W.
Washington, D.C.   20546

40. NAV      Commanding Officer
(Code 512) Naval Publications and Forms Center
5801 Tabor Avenue
Philadelphia, Pennsylvania   19120

41. NBS      National Bureau of Standards
Department of Commerce
Washington, D.C.   20234

42. NCRP      National Council on Radiation Protection and
Measurement
7910 Woodmont Avenue, Suite 1016
Bethesda, Maryland   20014

43. NCUTLO      National Committee on Uniform Traffic Laws
and Ordinances
1776 Massachusetts Avenue, N.W.
Washington, D.C.   20036

DOE 5480.1 Chg 4
5-22-81

44. NFPA        National Fire Protection Association
                470 Atlantic Avenue
                Boston, Massachusetts 02210

45. NIOSH       Publications
                NIOSH (MSR6)
                4676 Columbia Parkway
                Cincinnati, Ohio  45226

46. NRA         National Rifle Association
                1600 Rhode Island Avenue, N.W.
                Washington, D.C.  20036

47. NSC         National Safety Council
                444 North Michigan Avenue
                Chicago, Illinois  60611

48. NTIS        National Technical Information Service
                Department of Commerce
                Springfield, Virginia  22151

49. NWU         Traffic Institute
                Northwestern University
                405 Church Street
                Evanston, Illinois  60201

50. OMB         Office of Management and Budget
                Old Executive Office Building
                17th and Pennsylvania Avenue, I.W.
                Washington, D.C.  20503

51  OSHA        OSHA Publications Office
                U.S. Department of Labor
                Room S1212
                3rd Street and Constitution Avenue, N.W.
                Washington, D.C.  20210

52. UL          Underwriters' Laboratories, Inc
                207 East Ohio Street
                Chicago, Illinois  60611

53. USDA        Department of Agriculture
                Washington, D.C.  20250

54. USPHS       Public Health Service
                Office of Public Affairs
                100 Independence Avenue, S.W.
                Room 7406
                Washington, D.C.  20201

8-13-81

# CHAPTER XI

## REQUIREMENTS FOR RADIATION PROTECTION

1.  PURPOSE.  This chapter establishes radiation protection standards and requirements for Department of Energy and Department of Energy contractor operations based upon the recommendations of the Environmental Protection Agency and the National Council on Radiation Protection and Measurement.

2.  DEFINITIONS.

    a.  Controlled Area.  Any area to which access is controlled in order to protect individuals from exposure to radiation and radioactive materials.

    b.  Dose Commitment.  The dose equivalent (rem) received by specific organs during a period of one calendar year, that was the result of uptakes of radionuclides by a person occupationally exposed.

    c.  First Collision Dose.  A measure of radiation dose at a certain point, based on the incident energy transferred to secondary charged particles, per gram of absorbing materials, by primary particles that suffer only one collision in the medium.

    d.  Neutron Spectrum.  A description of a neutron radiation field in terms of the number of neutrons per unit energy interval.

    e.  Primary Unit.  A nuclear accident dosimetry unit placed in a position near a potential accident site.

    f.  Screening.  A method for rapidly selecting those individuals involved in a nuclear accident and subjected to acutely serious radiation exposure.

3.  RESPONSIBILITIES AND AUTHORITIES.

    a.  Heads of Field Organizations shall:

        (1)  Review and approve emergency plans for rescue and recovery operations.

        (2)  Act, where immediate decisions and actions are required, on requests for exemptions from the requirements of this chapter and immediately report and justify such action to the Deputy Assistant Secretary for Environmental Safety and Health (EP-30).  Contractors may be authorized to take all appropriate measures in emergency situations.  See page XI-9, paragraph 4e.

        (3)  Assure that Department employees, Department contractor personnel, and the general public are protected against unnecessary radiation exposure and comply with the provisions of this chapter.

Vertical line denotes change.

2

b. The Deputy Assistant Secretary for Naval Reactors shall assume the same responsibilities as Heads of Field Organizations for Naval Reactors activities.

REQUIREMENTS.

a. Occupationally Related Exposure of Individuals in Controlled Areas. Radiation exposures shall be limited to levels reasonably achievable within the standards prescribed below.

(1) Radiation Protection Standards for External and Internal Exposures. (See Figure XI-1.)

(2) Procedural Requirements.

(a) Restrictions.

1 An individual under age 18 shall neither be employed in, nor allowed to enter, controlled areas in such a manner that he or she will receive doses of radiation in amounts exceeding one-tenth the standards in paragraph 4a(1) above.

2 Dose to students under age 18 exposed to radiation during educational activities shall not exceed 0.1 rem/year. This exposure shall be considered a part of the 0.5 rem/year limit for workers under age 18 and not supplemental to it.

(b) Combining Internal and External Dose. Current year whole body internal dose commitment from radionuclides for which the whole body is the critical organ must be combined with the external whole body dose. Where both the external penetrating dose and internal dose to critical organ are known, they shall be combined for that organ.

(c) Emergency or Accidental Exposure. Radiation doses received in emergency or accidental situations will be chargeable to the radiation exposure records of the exposed individuals. However, the decision as to whether an individual exposed to radiation in excess of the standards in subparagraph a(1) above will continue to work in a radiation area will be made on a case-by-case basis by operating contractor management in accordance with the advice of the contractor's health physics and occupational medical departments and subject to the approval of the Head of Field Organization. The operating contractor shall assure the head of the responsible field office that the unsafe conditions under which the emergency or accidental exposures were received

Vertical line denotes change.

DOE 5480.1 Chg 6
8-13-81

XI-3

| Type of Exposure | Exposure Period | Dose Equivalent (Dose or Dose Commitment[1]/ rem) |
|---|---|---|
| Whole body, head and trunk, gonads, lens of the eye[2]/, red bone marrow, active blood-forming organs. | Year<br>Calendar Quarter | 5[3]/<br>3 |
| Unlimited areas of the skin (except hands and forearms). Other organs, tissues, and organ systems (except bone). | Year<br>Calendar Quarter | 15<br>5 |
| Bone. | Year<br>Calendar Quarter | 30<br>10 |
| Forearms[4]/ | Year<br>Calendar Quarter | 30<br>10 |
| Hands[4]/ and feet. | Year<br>Calendar Quarter | 75<br>25 |

1/  To meet the above dose commitment standards, operations must be conducted in such a manner that it would be unlikely that an individual would assimilate in a critical organ, by inhalation, ingestion, or absorption, a quantity of radio-nuclide or mixture of radionuclides that would commit the individual to an organ dose that exceeds the limits specified in the above table.

2/  A beta exposure below a maximum energy of 700 KeV will not penetrate the lens of the eye; therefore, the applicable limit for these energies would be that for the skin (15 rem/year).

3/  In special cases, with the approval of EP-30, a worker may exceed 5 rem/year, provided his or her average exposure per year since age 18 will not exceed 5 rem per year. This does not apply to emergency situations.

4/  All reasonable effort shall be made to keep exposures of forearms and hands to the general limit for the skin.

FIGURE XI-1
RADIATION PROTECTION STANDARDS FOR
OCCUPATIONALLY RELATED EXTERNAL AND INTERNAL EXPOSURES

Vertical line denotes change.

Supplemental Appendix Page No. 513

XI-4

have been eliminated. The decision to resume operations following an emergency or accidental radiation exposure shall be subject to the approval of the head of the responsible field office.

(d) Monitoring Requirements. Monitoring is required where the potential exists for the individual to receive a dose or dose commitment in any calendar quarter in excess of 10 percent of the quarterly standards stated in paragraphs 4a(1) and 4a(2)(a)2 above. Monitoring requirements as specified for the following conditions shall include:

1 External Radiation. Personnel monitoring equipment for each individual.

2 Internal Radiation. Periodic (monthly, quarterly, annually, etc.) bioassay analysis or in vivo counting or evaluation of air concentration to which the individual is exposed, or a combination of all methods.

(e) Methods of Estimating Dose Commitment. Methods of estimating dose commitment to the organ of interest should be suitable to the existing conditions and consistent with assumptions and recommendations of the Environmental Protection Agency, the National Council on Radiation Protection and Masurement, and the International Commission on Radiological Protection.

(3) Concentration Guides.

(a) Air. Concentration Guides in Attachment 1, Table I, Column 1, were derived for the most part from the yearly standards in paragraph 4a(1) above (assume a 40 hour workweek). They should be used in evaluating the adequacy of health protection measures against airborne radioactivity in occupied areas.

(b) Water. The Concentration Guides in Attachment 1, Table I, Column 2, are applicable to the discharge of liquid effluents to sanitary sewage systems (see paragraph 4b(5) on page XI-6). Drinking water concentrations in controlled areas shall be maintained within the concentration guides specified in Table II, Column 2.

b. Exposure of Individuals and Population Groups in Uncontrolled Areas. Exposures to members of the public shall be as low as reasonably achievable levels within the standards prescribed below.

Vertical line denotes change.

DOE 5480.1 Chg 2
4-29-81

XI-6

| Type of Exposure | Annual Dose Equivalent or Dose Commitment (rem) | |
| --- | --- | --- |
| | Based on dose to individuals at points of maximum probable exposure (rem) | Based on average dose to a suitable sample of the exposed population[2] (rem) |
| Whole body, gonads, or bone marrow | 0.5 | 0.17 |
| Other organs | 1.5 | 0.5 |

1/  In keeping with Department of Energy policy on lowest practicable exposures, exposures to the public shall be limited to as small a fraction of the respective annual dose limits as is reasonably achievable.

2/  See Paragraph 5.4, Federal Radiation Council Report No. 1, for discussion on concept of suitable sample of exposed population.

FIGURE XI-2
RADIATION PROTECTION STANDARDS FOR EXTERNAL AND
INTERNAL EXPOSURE OF MEMBERS OF THE PUBLIC

(1) <u>Radiation Protection Standards for External and Internal Exposure.</u>
(See Figure XI-2.)

(2) <u>Monitoring Requirements.</u>  To assure that doses to the public are maintained as low as reasonably achievable consistent with dose standards set forth in paragraph 4b(1) above, effluents to the environment, and other parameters shall be monitored and documented in accordance with DOE 5484.1.

(3) <u>Concentration Guides.</u>

(a) Concentration Guides in Attachment XI-1, Table II, were derived for the most part from the dose standards for individuals in paragraph 4b(1) above (assume 168 hours of exposure per week). These guides shall be reduced by a factor of three when applied to a suitable sample of the population.  Where transient exposures can be calculated, the concentration guides other than those in Attachment XI-1, Table II, may be used to evaluate compliance with the dose commitment standard.

(b) There may be situations where it is not feasible or desirable to evaluate the exposure of individuals and samples of exposed populations to effluents to assure compliance with standards in paragraph 4b(1) above. In those cases, effluent releases to uncontrolled areas shall be such that average concentrations of radioactivity at the point of release are within the concentration guides and are as low as reasonably achievable.  The point of release shall be considered to be the point at which the effluents pass beyond the site boundary.  Radioactivity concentrations may be averaged over periods up to 1 year.

(4) <u>Further Limitations on Effluent Discharges.</u>  In any situation in which the effluents discharged by one or more activities of the Department, Department contractors, or others cause exposure to approach the standards specified in subparagraph b(1) above, appropriate effluent discharge limits may be set for these operations. In such cases, the manager of the field organization may take the necessary corrective action if all activities concerned are within his or her area of responsibility.  Otherwise, each case will be referred to EP-30 for appropriate action including, where appropriate, coordination with actions taken by the Nuclear Regulatory Commission under the Code of Federal Regulations, Title 10, Part 20.106(e).

(5) <u>Discharge to Sanitary Sewage Systems.</u>

(a) Effluents may be discharged to public sanitary sewage systems provided:

Vertical line denotes change.

$\underline{1}$  The quantity of radioactivity released in any one month, if diluted by the average monthly quantity of water released by the installation, will not result in an average concentration exceeding the concentration guide in Attachment 1, Table I, Column 2.

$\underline{2}$  The radiation protection standards in paragraph (1), above, are not exceeded.

(b)  Concentrations or quantities of radioactive materials greater than those specified in paragraphs 4(b) and (5)(a)$\underline{1}$ and $\underline{2}$, above, may be released to chemical or sanitary sewage systems owned by the Federal Government provided the standards in paragraph 4b(1) above are not exceeded in uncontrolled areas.

c.  <u>Nuclear Accident Dosimetry</u>.  These requirements are applicable to Department of Energy contractor installations possessing sufficient quantities and kinds of fissile material to potentially constitute a critical mass and where a nuclear accident is possible and may result in the excessive exposure of personnel to radiation.

(1)  <u>Basic Elements</u>.

(a)  A method for initial "screening" of personnel involved in nuclear accidents.

(b)  A system of fixed units (primary unit) capable of yielding first collision radiation dose and the approximate neutron spectrum at the locations.

(c)  Personnel dosimeters capable of furnishing data sufficient to normalize data derived from the fixed system.

(d)  Methods for analysis of biological materials (including sodium 2/ activity, and phosphorous 32 activity in hair).

(2)  <u>Nuclear Accident Dosimeter Units</u>.

(a)  The fixed unit should be capable of determining first collision fission neutron dose at its location within 25 percent.

(b)  The gamma ray components for all units should permit measuring fission gamma radiation in the presence of neutrons at the location of the unit within approximately 20 percent.

(c)  The exposure range of the gamma components should extend from 10 Roentgen to about $10^4$ Roentgen.

(d) The unit should measure the approximate neutron spectrum to permit converting rad to rem dose.

(e) A system for counting to provide the dose data within the time necessary to achieve accuracy required by the above criteria (paragraphs 4c(2)(a) and (b)) should be available.

(f) The units should be assembled in such a manner as to permit easy recovery.

(g) Units using foils containing radioactive material shall be placed in fire-resistant containers.

(h) Units should be shock resistant and they should also be protected against contamination to avoid false measurements.

(3) Number and Placement of Dosimeter Units. The number of units needed and the placement of units will depend on the nature of the operation, structural design of the facility, and accessibility of areas to personnel. The following placement criteria are acceptable.

(a) The number and distribution of units should be chosen such that each unit will be sufficiently near a work location as to permit increased accuracy in the extrapolation of dose to personnel.

(b) The fixed units should be placed such that there is as little extraneous intervening shielding and obstruction as possible between the units and the potential accident area.

(c) If there are unusual shielding situations affecting work areas near a potential accident location, additional fixed units should be provided. Care should be exercised to assure that these units are distributed in close proximity to actual work locations.

(d) Personnel dosimeters should be worn and should be capable of providing spectrum and flux information to aid in extrapolating dose from fixed units to location of personnel.

(e) Ease of recovery after a nuclear accident should be considered in placement of the fixed units. Careful consideration should be given to the need for remote retrieval mechanisms.

    (f)  Consideration should be given to the type and number of units procured in order to achieve economic and efficient use of the unit.

d.  <u>Quality Factors to be Applied in Determining Rem Exposure</u>.  The exposure standards specified in this chapter are expressed in terms of rem, which implies that the absorbed dose (expressed in rads) should be multiplied by an appropriate weight factor (quality factor).  The quality factors to be used for determining neutron exposures from known energies are provided in Figures XI-3 and XI-4.

e.  <u>Guidance for Emergency Exposure During Rescue and Recovery Activities</u>.

  (1)  <u>Purpose</u>.  The emergency action guidance promulgated in this part provides instructions and background information for use in determining appropriate actions concerning the rescue and recovery of persons and the protection of health and property during periods of emergency.

  (2)  <u>General Considerations</u>.

    (a)  The problem of controlling exposure to radiation during rescue and recovery actions is extremely complex.  Performing rescue and recovery operations requires the exercise of prompt judgment to take into account multiple hazards and alternate methods of accomplishment.  Sound judgment and flexibility of action are crucial to the success of any type of emergency actions.  Although the guiding principle is to minimize the risk of injury to those persons involved in the rescue and recovery activities, the control of radiation exposures should be consistent with the immediate objective of saving human life, the recovery of a deceased victim, and the protecting of health and saving of property.

    (b)  To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, these instructions do not establish a rigid upper limit of exposure but rather leave judgment up to persons in charge of emergency operations to determine the amount of exposure that should be permitted to perform the emergency mission.

    (c)  The official in charge must carefully examine any proposed action involving further radiation exposure by weighing the risks of radiation insults, actual or potential, against the benefits to be gained.  Exposure probability, biological consequences related to dose, and the number of people involved are the essential elements to be evaluated in making a risk determination.

XI-10

DOE 5480.1 Chg 2
4-29-81

| Neutron Energy | $\overline{QF}$ | Neutron Flux Density |
|---|---|---|
| MeV | | $cm^{-2}$ $s^{-1}$ |
| $2.5 \times 10^{-8}$ (thermal) | 2 | 520 |
| $1 \times 10^{-7}$ | 2 | 680 |
| $1 \times 10^{-6}$ | 2 | 560 |
| $1 \times 10^{-5}$ | 2 | 560 |
| $1 \times 10^{-4}$ | 2 | 580 |
| $1 \times 10^{-3}$ | 2 | 680 |
| $1 \times 10^{-2}$ | 2.5 | 700 |
| $1 \times 10^{-1}$ | 7.5 | 115 |
| $5 \times 10^{-1}$ | 11 | 27 |
| 1 | 11 | 19 |
| 2.5 | 9 | 20 |
| 5 | 8 | 16 |
| 7 | 7 | 17 |
| 10 | 6.5 | 17 |
| 14 | 7.5 | 12 |
| 20 | 8 | 11 |
| 40 | 7 | 10 |
| 60 | 5.5 | 11 |
| $1 \times 10^{2}$ | 4 | 14 |
| $2 \times 10^{2}$ | 3.5 | 13 |
| $3 \times 10^{2}$ | 3.5 | 11 |
| $4 \times 10^{2}$ | 3.5 | 10 |

FIGURE XI-3

Mean quality factors, $\overline{QF}$*, and values of neutron flux density which in a period of 40 hours results in a maximum dose equivalent of 100 mrem.

*Maximum value of QF in a 30-cm phantom.

| Radiation Type | Rounded QF |
|---|---|
| X rays, gamma rays, electrons or positrons, Energy >0.03 MeV | 1 |
| Electrons or positrons, Energy <0.03 MeV | 1 |
| Neutrons, Energy <10keV | 3 |
| Neutrons, Energy >10keV | 10 |
| Protons | 1-10* |
| Alpha particles | 1-20 |
| Fission fragments, recoil nuclei | 20 |

*Use the higher value for round-off or calculate by the methods of ICRP Publication 4.

FIGURE XI-4
PRACTICAL QUALITY FACTORS

(d) These instructions recognize that accident situations involving the saving of lives will require separate criteria from those of actions required to recover deceased victims or to save property. In the latter instances, the amount of exposure expected to be received by persons should be controlled as much as possible within occupational limits.

(3) <u>Emergency Situations</u>. Specific dose criteria and judgment factors are set forth for the three categories of risk-benefit considerations, i.e., actions involving the saving of human life, the recovery of deceased victims, and the protection of health and property.

(a) <u>Saving of Human Life</u>.

<u>1</u> Attempts to rescue victims of a nuclear incident should be regarded in the same context as any other emergency action involving the rescue of victims, regardless of the type of hazard involved.

<u>2</u> If it is determined that an individual may be alive within the affected area, the course of action to be pursued should be determined by the person onsite having the emergency action responsibility.

<u>3</u> Exposure projections shall be determined by the person onsite having the emergency action responsibility. Exposure guidance should be based on an immediate evaluation of the situation. The decision making process should consider:

<u>a</u> Evaluation of the inherent risks:

i The reliability of the prediction of radiation injury cannot be greater than the reliability of the estimation dose. Therefore, consideration should be given to limits of error associated with the specific instruments and techniques used to estimate the dose rate. This is especially crucial when the estimated dose approximates 100 rems or more.

ii The exposure expected in performing the action shall be weighed in terms of the effects of acute whole-body exposure and entry of radioactive material into the body.

iii Current assessment of the degree and nature of the hazard, and the capability of reducing inherent risk

**Supplemental Appendix Page No. 521**

from that hazard through appropriate mechanism
such as the use of protective equipment, remote
manipulation equipment, or similar means.

_4_  In the course of making a decision to perform the
action, the risk to rescue personnel should be weighed
against the probability of success of the rescue action.

_5_  Any rescue action that may involve substantial personal
risk should be performed by volunteers, and each
emergency worker shall be advised of the known or
estimated extent of such risk prior to participation.

(b)  Recovery of Deceased Victims.

_1_  Accident situations involving recovery of deceased
victims require criteria separate from those for saving
lives.  Since the element of time is no longer a
critical factor, the recovery of deceased victims
should be well planned.  The amount of radiation
exposure received by persons in recovery operations
shall be controlled within existing occupational
exposure guides.

_2_  In those situations where victims are located in areas
inaccessible because of high direct radiation fields,
and where the recovery mission would result in exposure
in excess of occupational exposure standards, special
remote recovery devices should be used to retrieve the
bodies.

_3_  In special circumstances where it is impossible to
recover bodies without the entry of emergency workers
into the area, the occupation exposure standards
contained in this chapter may be exceeded.  However,
the planned exposures of an individual participating
in the recovery should not exceed 12 rem total for the
year or 5 (N-18), whichever is the more limiting.

(c)  Protection of Health and Property.  Where the risk of the
radiation hazard either bears significantly on the state
of health of people or may result in loss of property, and
immediate remedial action is required, the following
criteria apply:

DOE 5480.1 Chg 6
8-13-81

XI-13

> <u>1</u>  When the person in charge of emergency action onsite deems it essential to reduce a hazard potential to acceptable levels or to prevent a substantial loss of property, a planned exposure up to, but not to exceed, 12 rem for the year may be received by the individuals participating in the operation. The person in charge of emergency action under special circumstances could waive these limits and permit volunteers to receive an exposure up to, but not to exceed, 25 rem.
>
> <u>2</u>  Where the potential risk of radiation hazard is such that life would be in jeopardy, or that there would be severe effects on health of the public or loss of property inimical to the public safety, the criteria for saving human life shall apply.

f.  <u>Guidance on Maintaining Exposures to As Low As Reasonably Achievable.</u>

   (1)  <u>Introduction.</u>  Exposures to radiation shall be maintained as low as reasonably achievable and within the guidelines provided in paragraphs 4a and b.  Assurance that worker and public exposures do not exceed the exposure guidelines (e.g., 3 rem per quarter, 5 rem per year for radiation workers) is, in itself, insufficient in that Department policy is that operations shall be conducted in a manner to assure that radiation exposure to individuals and population groups is limited to the lowest levels reasonably achievable.  The guidelines contained herein suggest several factors to consider in each operation to assure compliance with Department policy.  They are by no means exhaustive.  The DOE publication, "A Guide to Reducing Radiation Exposures to As Low As Reasonably Achievable (ALARA)," DOE/EV/1830-T5, represents a more complete guidance on useful practices and potential areas of concern in satisfying this policy.  To the extent feasible, the considerations outlined in this document shall be implemented to insure a comprehensive approach toward assuring that radiation exposure is maintained as low as reasonably achievable.  Basic to following these guidelines is the premise that exposures can be maintained as low as reasonably achievable through considerations in the design or modification to a facility and equipment, reducing the errors in radiation exposure assessments through the application of state-of-the-art instrumentation maintenance and calibration, and by the institution of appropriate procedures and training.

   (2)  <u>Considerations Toward Maintaining Radiation Exposures As Low As Reasonably Achievable.</u>  When applying the following guidelines, changes in processes or modifications to existing facilities should be considered on the merits of the specific case.

Vertical line denotes change.

(a) Facility Considerations.

1 Design.

a Exposure rates in work areas should be reduced as low as reasonably achievable by proper facility design and equipment layout. Design factors to consider are: occupancy time, source terms, spacing, processes, equipment, and shielding. Onsite personnel exposure levels less than one-fifth of the permissible dose equivalent limits prescribed in this chapter should be used as a design objective.

b Primary means for assuring protection should be through physical safeguards, e.g., remote handling, equipment, shielding, etc. Administrative controls should be regarded as secondary means.

c The general concept in the design facility for purposes of high level contamination confinement should be primary, secondary, and tertiary confinement. Primary confinement would be the process enclosures and their ventilation and air cleaning systems, secondary confinement would be the operating area compartments and their ventilation and air cleaning systems, and the tertiary confinement would be the structure and its ventilation and air cleaning systems.

d Compartmentalization should be provided to isolate high risk areas.

e Decommissioning requirements should be considered in the design of a facility. The avoidance of rough surfaces, cracks, and crevices in potential contamination areas should be considered in this context.

f The use of protective coating in radiation areas should comply with the specifications contained in American National Standards Institute Standard N512-1974, "Protective Coating for Nuclear Industry."

g Interior surfaces, as well as layout of ducts and pipes, should be designed to minimize buildup of contamination and exposure to personnel, and to facilitate cleanup.

h  Equipment and components requiring frequent servicing should be located in areas free of radiation or in the lowest practicable radiation field.

i  Ventilation systems should be designed to assure control of air contaminants.  Redundant equipment should be provided in all exhaust systems servicing contaminated and potentially contaminated areas.  The system should permit easy safe access for servicing.

j  Air cleaning systems should be designed to reduce plant releases and minimize vulnerability to adverse conditions such as fire or explosion.  The design should also permit in-place testing of both online and standby filter installations.  These tests should be performed as recommended in American National Standards Institute Standard N510-1980, "Testing of Nuclear Air Cleaning Systems."

k  Liquid waste systems should be designed to confine or reduce releases to the environment offsite and onsite.

l  Personnel and equipment traffic patterns should be well defined so as to minimize the potential spread of contamination.  Entrances and exits should be designed, posted, and controlled to minimize transient or casual exposure.

2  Operating Equipment.

a  All operating equipment including enclosures, glove boxes, conveyors, hoods, ventilation, and air cleaning systems should be routinely inspected to assure optimum performance from the safety viewpoint.

b  For those facilities involving glove box operations, the following guidance applies:

   i  Double ring ports should be required for all glove box gloves.

   ii  Equipment located in glove boxes should be designed for in-place maintenance.

iii  The inner surface of a glove box should be designed to permit easy, efficient decontamination. Since contamination buildup in a glove box is a large contributor to worker exposure, a routine schedule for inspection and decontamination of glove boxes should be established.

iv  Air cleaning should be provided at the glove box exhaust port.

c  Valve packing and gaskets should be selected on the basis of achieving optimum performance in order to minimize leakage and spillage of radioactive materials.

3  Monitoring and Protective Equipment.

a  Ambient air and exhaust monitoring systems including readout and preset alarms should be located to permit rapid monitoring of airborne releases. Monitors should be selected, tested, and calibrated in accordance with the general guidance contained in American National Standards Institute Standard N13.1, "Guide to Sampling Airborne Radioactive Materials in a Nuclear Facility."

b  Portable instrumentation should be available as appropriate. Scheduled tests and calibration should comply with the specifications contained in American National Standards Institute Standard N13/42 WG4, "Radiation Protection Instrumentation and Calibration-Final."

c  Inhalation and ingestion should be minimized by proper use of state-of-the-art respiratory protection. The respiratory program shall comply with guidance contained in American National Standards Institute Standard Z88.2, "Respiratory Protection."

d  To achieve optimum accuracy, personnel dosimeters should comply with the performance parameters contained in American National Standards Institute Standard N13.5, "Performance Specifications for Direct Reading and Indirect Reading Pocket Dosimeters for X and Gamma Radiation," American National Standards Institute Standard N13.7, "Film Badge Performance, " and

American National Standards Institute Standard N13/42 WG 1 Final Draft 1979, "TLD - A Standard for Performance."

_e_  Radiation monitoring systems (e.g., area monitors, effluent monitors, etc.) should be appropriately selected, installed, tested, and calibrated following the recommendations contained in American National Standards Institute Standard N13.10-1974, "Specification and Performance of Onsite Instrumentation for Continuously Monitoring Radioactivity in Effluents."

_f_  Protection systems should be reliable and capable of being tested in situ.  The design of critical systems such as alarm systems shall provide for redundancy and independence to assure (1) that no single failure results in the loss of the protection function, and (2) that removal from service of any component does not result in loss of the redundancy.

_g_  The emergency warning systems should be designed to comply with the performance specifications contained in American National Standards Institute Standard N16.2, "Criticality Accident Alarm," and American National Standards Institute Standard N2.3, "Immediate Evacuation Signal for Use in Industrial Facilities Where Radiation Exposure May Occur."

_4_  Procedures.

_a_  Records of exposure data, contamination surveys, airborne and internal exposure data should be evaluated to determine whether exposures are being maintained as low as reasonably achievable.  Where appropriate, procedures should be used to maintain exposures as low as reasonably achievable.

_b_  Total man-rems should be estimated for large tasks and a total man-rem dose established before initiating the job.

_c_  Approximate radiation levels should be posted in work areas.

_d_  Contamination control procedures should be established for all jobs where contamination may be present.  Supervision should assure that workers follow proper procedures in order to maintain their exposures as low as reasonably achievable.

e Special tools and temporary shielding should be used where practicable to reduce radiation exposures.

f Tasks should be completed with the fewest people in the radiation field consistent with safe operations. Procedures should be established to assure there is effective use of personnel and that personnel are not idle in the radiation area.

g Where appropriate, time and motion studies should be conducted to assure that workers in radiation fields complete assigned tasks with the minimum time consistent with safe operations.

h Objectives should include reducing exposure rates in worker locations rather than instituting a system of worker rotation to minimize exposure to individuals. Emphasis should be placed on worker efficiency.

i Worker locations should be properly evaluated on a routine basis to determine whether sufficient effort has been expended to assure that exposures are maintained as low as reasonably achievable. In the case of glove box operations, this would include a determination that box contamination buildup is minimized, shielding is optimum, and workers complete their tasks within a reasonable time.

j Buffer area control points should be clearly established and contain appropriate equipment and clothing to permit proper contamination control. Maintaining proper supervision in the area is essential to maintaining exposure as low as reasonably achievable.

k Procedures should be instituted to review periodically the potential for and actual release of radioactivity to the environment in gaseous and liquid effluents.

(b) Radiation Safety Management.

1 Training.

a Worker safety training programs should be established and conducted at a sufficient frequency to familiarize the worker with the fundamentals of health physics and the proper procedures for maintaining exposures and

plant releases as low as reasonably achievable.  Training programs should be on a continuing basis to enable training of replacement personnel as well as retraining to assure that personnel remain proficient, and should include a means to determine that the trainees have attained the necessary qualification status.  A radiation safety training program should include but not be limited to:

   i  Principles of design operation and maintenance of the plant, project equipment, or experiment.

  ii  Potential problem areas from the radiological viewpoint.

 iii  Basic characteristics of radiation and contamination.

  iv  Methods (procedures, equipment) for exposure and contamination control.

   v  Basic understanding of biological dose and methods of assessment.

  vi  Emergency procedures and systems.

  <u>b</u>  Operations supervision should have a good understanding of the radiological characteristics and potential safety problem areas associated with their program including all the training elements covered under paragraph 4f(2)(b)<u>1 a</u> above.  This would permit a proper assessment of the adequacy of controls instituted to maintain exposures as low as reasonably achievable.

<u>Internal Audits</u>

1) Internal audits shall be conducted of the radiation control program.

2) In conducting such audits, the guidelines set forth in DOE 5482.1 shall be used.

DOE 5480.1 Chg 2
4-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of attachment)

| Element (atomic number) | Isotope,* soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area† | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Actinium (89) | Ac | 227 S | $2 \times 10^{-13}$ | $6 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $9 \times 10^{-3}$ | $9 \times 10^{-13}$ | $3 \times 10^{-4}$ |
| | Ac | 228 S | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $3 \times 10^{-3}$ | $6 \times 10^{-10}$ | $9 \times 10^{-5}$ |
| Americium (95) | Am | 241 S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 242m S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $3 \times 10^{-10}$ | $3 \times 10^{-3}$ | $9 \times 10^{-12}$ | $9 \times 10^{-5}$ |
| | Am | 242 S | $4 \times 10^{-8}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Am | 243 S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am | 244 S | $4 \times 10^{-6}$ | $1 \times 10^{-1}$ | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| | | I | $2 \times 10^{-5}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| Antimony (51) | Sb | 122 S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sb | 124 S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $7 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Sb | 125 S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $9 \times 10^{-10}$ | $1 \times 10^{-4}$ |
| Argon (18) | A | 37 Sub | $3 \times 10^{-3}$ | | $1 \times 10^{-4}$ | |
| | A | 41 Sub | $2 \times 10^{-6}$ | | $4 \times 10^{-8}$ | |
| Arsenic (33) | As | 73 S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $1 \times 10^{-2}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | As | 74 S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | As | 76 S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | As | 77 S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Astatine (85) | At | 211 S | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Barium (56) | Ba | 131 S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ba | 140 S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |

*"Sub" means that values given are for submersion in a semispherical infinite cloud of airborne material.

†These values apply to individuals in uncontrolled areas. One-third of these values will be used for a suitable sample of the population.

NOTE: uCi/ml x $10^9$ = pCi/m$^3$; uCi/ml x $10^3$ = Ci/l.

DOE 5480.1 Chg 2
4-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Berkelium (97) | Bk | 249 S | $9 \times 10^{-10}$ | $2 \times 10^{-3}$ | $3 \times 10^{-11}$ | $6 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $2 \times 10^{-2}$ | $4 \times 10^{-9}$ | $6 \times 10^{-4}$ |
| | Bk | 250 S | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $5 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Beryllium (4) | Be | 7 S | $6 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $1 \times 10^{-6}$ | $5 \times 10^{-2}$ | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| Bismuth (83) | Bi | 206 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $5 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Bi | 207 S | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ | $5 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| | Bi | 210 S | $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Bi | 212 S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $3 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $7 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| Bromine (35) | Br | 82 S | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Cadmium (48) | Cd | 109 S | $5 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Cd | 115m S | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Cd | 115 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Calcium (20) | Ca | 45 S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $1 \times 10^{-9}$ | $9 \times 10^{-6}$ |
| | | I | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Ca | 47 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Californium (98) | Cf | 249 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $5 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cf | 250 S | $5 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cf | 251 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cf | 252 S | $6 \times 10^{-12}$ | $2 \times 10^{-4}$ | $2 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ | $1 \times 10^{-12}$ | $7 \times 10^{-6}$ |
| | Cf | 253 S | $8 \times 10^{-10}$ | $4 \times 10^{-3}$ | $3 \times 10^{-11}$ | $1 \times 10^{-4}$ |
| | | I | $8 \times 10^{-10}$ | $4 \times 10^{-3}$ | $3 \times 10^{-11}$ | $1 \times 10^{-4}$ |
| | Cf | 254 S | $5 \times 10^{-12}$ | $4 \times 10^{-6}$ | $2 \times 10^{-13}$ | $1 \times 10^{-7}$ |
| | | I | $5 \times 10^{-12}$ | $4 \times 10^{-6}$ | $2 \times 10^{-13}$ | $1 \times 10^{-7}$ |
| Carbon (6) | C | 14 S | $4 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | (CO_2) | Sub | $5 \times 10^{-5}$ | | $1 \times 10^{-6}$ | |
| Cerium (58) | Ce | 141 S | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $5 \times 10^{-9}$ | $9 \times 10^{-5}$ |

DOE 5480.1 Chg 2
4-29-81

Attachment XI-1
Page 2

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air $(\mu Ci/ml)$ | Column 2 Water $(\mu Ci/ml)$ | Column 1 Air $(\mu Ci/ml)$ | Column 2 Water $(\mu Ci/ml)$ |
| Cerium (58) Cont'd. | Ce | 143 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $9 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Ce | 144 S | $1 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| Cesium (55) | Cs | 131 S | $1 \times 10^{-5}$ | $7 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $3 \times 10^{-6}$ | $3 \times 10^{-2}$ | $1 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Cs | 134m S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ |
| | | I | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | Cs | 134 S | $4 \times 10^{-6}$ | $3 \times 10^{-4}$ | $1 \times 10^{-8}$ | $9 \times 10^{-4}$ |
| | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $4 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Cs | 135 S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $9 \times 10^{-8}$ | $7 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Cs | 136 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Cs | 137 S | $6 \times 10^{-8}$ | $4 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $5 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| Chlorine (17) | Cl | 36 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $2 \times 10^{-3}$ | $8 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| | Cl | 38 S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| Chromium (24) | Cr | 51 S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $2 \times 10^{-6}$ | $5 \times 10^{-2}$ | $8 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| Cobalt (27) | Co | 57 S | $3 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $6 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Co | 58m S | $2 \times 10^{-5}$ | $8 \times 10^{-2}$ | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $9 \times 10^{-6}$ | $6 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | Co | 58 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-8}$ | $3 \times 10^{-3}$ | $2 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | Co | 60 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $9 \times 10^{-9}$ | $1 \times 10^{-3}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| Copper (29) | Cu | 64 S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Curium (96) | Cm | 242 S | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-10}$ | $7 \times 10^{-4}$ | $6 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm | 243 S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $5 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm | 244a S | $9 \times 10^{-12}$ | $2 \times 10^{-4}$ | $3 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cm | 245 S | $5 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cm | 246 S | $5 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Curium (96) Cont'd. | Cm 247 | S | $5 \times 10^{-13}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm 248 | S | $6 \times 10^{-13}$ | $1 \times 10^{-5}$ | $2 \times 10^{-14}$ | $4 \times 10^{-7}$ |
| | | I | $1 \times 10^{-11}$ | $4 \times 10^{-5}$ | $4 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | Cm 249 | S | $1 \times 10^{-5}$ | $6 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $1 \times 10^{-5}$ | $6 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Dysprosium (66) | Dy 165 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | Dy 166 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Einsteinium (99) | Es 253 | S | $8 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | | I | $6 \times 10^{-10}$ | $7 \times 10^{-4}$ | $2 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | Es 254m | S | $5 \times 10^{-10}$ | $8 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | I | $6 \times 10^{-10}$ | $5 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Es 254 | S | $2 \times 10^{-11}$ | $4 \times 10^{-4}$ | $6 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $4 \times 10^{-4}$ | $4 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| | Es 255 | S | $5 \times 10^{-10}$ | $5 \times 10^{-4}$ | $2 \times 10^{-11}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-10}$ | $8 \times 10^{-4}$ | $1 \times 10^{-11}$ | $3 \times 10^{-5}$ |
| Erbium (68) | Er 169 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | Er 171 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Europium (63) | Eu 152 (T/2=9.2 hrs) | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Eu 152 (T/2=13 yrs) | S | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ | $4 \times 10^{-10}$ | $8 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $2 \times 10^{-3}$ | $6 \times 10^{-10}$ | $8 \times 10^{-5}$ |
| | Eu 154 | S | $4 \times 10^{-8}$ | $6 \times 10^{-4}$ | $1 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | I | $7 \times 10^{-8}$ | $6 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Eu 155 | S | $9 \times 10^{-8}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $7 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Fermium (100) | Fm 254 | S | $6 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Fm 255 | S | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $6 \times 10^{-10}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $4 \times 10^{-10}$ | $3 \times 10^{-4}$ |
| | Fm 256 | S | $3 \times 10^{-9}$ | $3 \times 10^{-5}$ | $1 \times 10^{-10}$ | $9 \times 10^{-7}$ |
| | | I | $2 \times 10^{-9}$ | $3 \times 10^{-5}$ | $6 \times 10^{-11}$ | $9 \times 10^{-7}$ |
| Fluorine (9) | F 18 | S | $5 \times 10^{-6}$ | $2 \times 10^{-2}$ | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | | I | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| Gadolinium (64) | Gd 153 | S | $2 \times 10^{-7}$ | $6 \times 10^{-3}$ | $8 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $9 \times 10^{-8}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Gd 159 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |

DOE 5480.1 Chg 2
4-29-81

Attachment XI-1
Page 5

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S), insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Gallium (31) | Ga 72 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Germanium (32) | Ge 71 | S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $6 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Gold (79) | Au 196 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Au 198 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Au 199 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Hafnium (72) | Hf 181 | S | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | | I | $7 \times 10^{-8}$ | $2 \times 10^{-3}$ | $3 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Holmium (67) | Ho 166 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Hydrogen (1) | H 3 | S | $5 \times 10^{-6}$ | $1 \times 10^{-1}$ | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $5 \times 10^{-6}$ | $1 \times 10^{-1}$ | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | Sub | $2 \times 10^{-3}$ | | $4 \times 10^{-5}$ | |
| Indium (49) | In 113m | S | $8 \times 10^{-6}$ | $4 \times 10^{-2}$ | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | I | $7 \times 10^{-6}$ | $4 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | In 114m | S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $5 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | In 115m | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | In 115 | S | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $9 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $1 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| Iodine (53)* | I 125 | S | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ | $8 \times 10^{-11}$ | $2 \times 10^{-7}$ |
| | | I | $2 \times 10^{-7}$ | $6 \times 10^{-3}$ | $6 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | I 126 | S | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ | $9 \times 10^{-11}$ | $3 \times 10^{-7}$ |
| | | I | $3 \times 10^{-7}$ | $3 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | I 129 | S | $8 \times 10^{-10}$ | $5 \times 10^{-6}$ | $2 \times 10^{-11}$ | $6 \times 10^{-8}$ |
| | | I | $7 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | I 131 | S | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ | $1 \times 10^{-10}$ | $3 \times 10^{-7}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | I 132 | S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $3 \times 10^{-9}$ | $8 \times 10^{-6}$ |
| | | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | I 133 | S | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ | $4 \times 10^{-10}$ | $1 \times 10^{-6}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |

*In the derivation of the concentration guides for soluble forms of iodine in Table II, a 2 gram thyroid (infants) and daily intakes of $3 \times 10^4$ ml of air and $1 \times 10^3$ ml of water (fluid water plus water contents of foods) assumed.

Attachment XI-1
Page 6

DOE 5480.1 Chg 2
4-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND —Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope | | soluble (S); insoluble (I) | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Iodine (53) Cont'd. | I | 134 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-7}$ | $6 \times 10^{-5}$ |
| | I | 135 | S | $5 \times 10^{-8}$ | $4 \times 10^{-4}$ | $1 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-7}$ | $7 \times 10^{-5}$ |
| Iridium (77) | Ir | 190 | S | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ir | 192 | S | $1 \times 10^{-6}$ | $1 \times 10^{-3}$ | $4 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $9 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Ir | 194 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Iron (26) | Fe | 55 | S | $9 \times 10^{-7}$ | $2 \times 10^{-2}$ | $3 \times 10^{-8}$ | $8 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-6}$ | $7 \times 10^{-2}$ | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Fe | 59 | S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $5 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Krypton (36) | Kr | 85m | Sub | $6 \times 10^{-6}$ | | $1 \times 10^{-7}$ | |
| | Kr | 85 | Sub | $1 \times 10^{-5}$ | | $3 \times 10^{-7}$ | |
| | Kr | 87 | Sub | $1 \times 10^{-6}$ | | $2 \times 10^{-8}$ | |
| | Kr | 88 | Sub | $1 \times 10^{-6}$ | | $2 \times 10^{-8}$ | |
| Lanthanum (57) | La | 140 | S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $7 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Lead (82) | Pb | 203 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | Pb | 210 | S | $1 \times 10^{-10}$ | $4 \times 10^{-6}$ | $4 \times 10^{-12}$ | $1 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $5 \times 10^{-3}$ | $8 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | Pb | 212 | S | $2 \times 10^{-8}$ | $6 \times 10^{-4}$ | $6 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $5 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| Lutetium (71) | Lu | 177 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Manganese (25) | Mn | 52 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Mn | 54 | S | $4 \times 10^{-7}$ | $4 \times 10^{-3}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-8}$ | $3 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Mn | 56 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Mercury (80) | Hg | 197m | S | $7 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Hg | 197 | S | $1 \times 10^{-6}$ | $9 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | Hg | 203 | S | $7 \times 10^{-6}$ | $5 \times 10^{-4}$ | $2 \times 10^{-8}$ | $2 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Molybdenum (42) | Mo | 99 | S | $7 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | | Isotope, soluble (S); insoluble (I) | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Neodymium (60) | Nd 144 | S | $8 \times 10^{-11}$ | $2 \times 10^{-3}$ | $3 \times 10^{-12}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-10}$ | $2 \times 10^{-3}$ | $1 \times 10^{-11}$ | $8 \times 10^{-5}$ |
| | Nd 147 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $8 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Nd 149 | S | $2 \times 10^{-6}$ | $8 \times 10^{-3}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $5 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| Neptunium (93) | Np 237 | S | $4 \times 10^{-12}$ | $9 \times 10^{-5}$ | $1 \times 10^{-13}$ | $3 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Np 239 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $7 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Nickel (28) | Ni 59 | S | $5 \times 10^{-7}$ | $6 \times 10^{-3}$ | $2 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ni 63 | S | $6 \times 10^{-8}$ | $8 \times 10^{-4}$ | $2 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-8}$ | $7 \times 10^{-4}$ |
| | Ni 65 | S | $9 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Niobium (Columbium) (41) | Nb 93m | S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $5 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Nb 95 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Nb 97 | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| Osmium (76) | Os 185 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | Os 191m | S | $2 \times 10^{-5}$ | $7 \times 10^{-2}$ | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $9 \times 10^{-6}$ | $7 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | Os 191 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Os 193 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $9 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Palladium (46) | Pd 103 | S | $1 \times 10^{-6}$ | $1 \times 10^{-2}$ | $5 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $7 \times 10^{-7}$ | $8 \times 10^{-3}$ | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pd 109 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| Phosphorus (15) | P 32 | S | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $8 \times 10^{-8}$ | $7 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Platinum (78) | Pt 191 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Pt 193 | S | $1 \times 10^{-4}$ | $3 \times 10^{-2}$ | $9 \times 10^{-3}$ | $9 \times 10^{-4}$ |
| | | I | $3 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Pt 193m | S | $7 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope | | Isotope, soluble (S); insoluble (I) | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Platinum (78) Cont'd. | Pt | 197m | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Pt | 197 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Plutonium (94) | Pu | 238 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $7 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 239 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 240 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 241 | S | $9 \times 10^{-11}$ | $7 \times 10^{-3}$ | $3 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-8}$ | $4 \times 10^{-2}$ | $1 \times 10^{-9}$ | $1 \times 10^{-3}$ |
| | Pu | 242 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $9 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 243 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pu | 244 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| Polonium (84) | Po | 210 | S | $5 \times 10^{-10}$ | $2 \times 10^{-5}$ | $2 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $8 \times 10^{-4}$ | $7 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Potassium (19) | K | 42 | S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Praseodymium (59) | Pr | 142 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Pr | 143 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Promethium (61) | Pm | 147 | S | $6 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Pm | 149 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Protactinium (91) | Pa | 230 | S | $2 \times 10^{-9}$ | $7 \times 10^{-3}$ | $6 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | | | I | $8 \times 10^{-10}$ | $7 \times 10^{-3}$ | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | Pa | 231 | S | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ | $4 \times 10^{-14}$ | $9 \times 10^{-7}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Pa | 233 | S | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $6 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Radium (88) | Ra | 223 | S | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ | $6 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $1 \times 10^{-4}$ | $8 \times 10^{-12}$ | $4 \times 10^{-6}$ |
| | Ra | 224 | S | $5 \times 10^{-9}$ | $7 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I | $7 \times 10^{-10}$ | $2 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | Ra | 226 | S | $3 \times 10^{-11}$ | $4 \times 10^{-7}$ | $3 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | | I | $5 \times 10^{-11}$ | $9 \times 10^{-4}$ | $2 \times 10^{-12}$ | $3 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Radium (88) Cont'd. | Ra | 228 | S | $7 \times 10^{-11}$ | $8 \times 10^{-7}$ | $2 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | | I | $4 \times 10^{-11}$ | $7 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-4}$ |
| Radon (86) | Rn | 220 | S | $3 \times 10^{-7}$ | | $1 \times 10^{-8}$ | |
| | Rn | 222 | S | $1 \times 10^{-7}$ | | $3 \times 10^{-9}$ | |
| Rhenium (75) | Re | 183 | S | $3 \times 10^{-6}$ | $2 \times 10^{-2}$ | $9 \times 10^{-8}$ | $6 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $8 \times 10^{-3}$ | $5 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | Re | 186 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Re | 187 | S | $4 \times 10^{-6}$ | $4 \times 10^{-2}$ | $3 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | | I | $5 \times 10^{-7}$ | $4 \times 10^{-2}$ | $2 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Re | 188 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Rhodium (45) | Rh | 103m | S | $8 \times 10^{-6}$ | $4 \times 10^{-1}$ | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | | | I | $6 \times 10^{-5}$ | $3 \times 10^{-1}$ | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | Rh | 105 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Rubidium (37) | Rb | 86 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | | I | $7 \times 10^{-8}$ | $7 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Rb | 87 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Ruthenium (44) | Ru | 97 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Ru | 103 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $8 \times 10^{-8}$ | $2 \times 10^{-3}$ | $3 \times 10^{-9}$ | $8 \times 10^{-5}$ |
| | Ru | 105 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Ru | 106 | S | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ | $3 \times 10^{-9}$ | $1 \times 10^{-5}$ |
| | | | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| Samarium (62) | Sm | 147 | S | $7 \times 10^{-11}$ | $2 \times 10^{-3}$ | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-10}$ | $2 \times 10^{-3}$ | $9 \times 10^{-12}$ | $7 \times 10^{-5}$ |
| | Sm | 151 | S | $6 \times 10^{-8}$ | $1 \times 10^{-2}$ | $2 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $5 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Sm | 153 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Scandium (21) | Sc | 46 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $8 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Sc | 47 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | Sc | 48 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Selenium (34) | Se | 75 | S | $1 \times 10^{-6}$ | $9 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-3}$ | $4 \times 10^{-9}$ | $3 \times 10^{-4}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope | | soluble (S); insoluble (I) | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Silicon (14) | Si | 31 | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Silver (47) | Ag | 105 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Ag | 110m | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-8}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Ag | 111 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Sodium (11) | Na | 22 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I | $9 \times 10^{-9}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Na | 24 | S | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Strontium (38) | Sr | 85m | S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ |
| | | | I | $3 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ |
| | Sr | 85 | S | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $8 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Sr | 89 | S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sr | 90 | S | $1 \times 10^{-9}$ | $1 \times 10^{-5}$ | $3 \times 10^{-11}$ | $3 \times 10^{-7}$ |
| | | | I | $5 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-6}$ |
| | Sr | 91 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $9 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Sr | 92 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| Sulfur (16) | S | 35 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $9 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-7}$ | $8 \times 10^{-3}$ | $9 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| Tantalum (73) | Ta | 182 | S | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $7 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| Technetium (43) | Tc | 96m | S | $8 \times 10^{-6}$ | $4 \times 10^{-1}$ | $3 \times 10^{-8}$ | $1 \times 10^{-2}$ |
| | | | I | $3 \times 10^{-5}$ | $3 \times 10^{-1}$ | $1 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | Tc | 96 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Tc | 97m | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $5 \times 10^{-3}$ | $5 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Tc | 97 | S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-8}$ | $8 \times 10^{-4}$ |
| | Tc | 99m | S | $4 \times 10^{-5}$ | $2 \times 10^{-2}$ | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ |
| | | | I | $1 \times 10^{-5}$ | $8 \times 10^{-2}$ | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | Tc | 99 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $6 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Tellurium (52) | Te | 125m | S | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |

DOE 5480.1 Chg 2
1-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) |
| Tellurium (52) Cont'd. | Te | 127m S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $5 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Te | 127 S | $2 \times 10^{-6}$ | $8 \times 10^{-3}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Te | 129m S | $8 \times 10^{-8}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $6 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Te | 129 S | $5 \times 10^{-6}$ | $2 \times 10^{-2}$ | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | | I | $4 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | Te | 131m S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Te | 132 S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Terbium (65) | Tb | 160 S | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Thallium (81) | Tl | 200 S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Tl | 201 S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Tl | 202 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | Tl | 204 S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $3 \times 10^{-6}$ | $2 \times 10^{-3}$ | $9 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| Thorium (90) | Th | 227 S | $3 \times 10^{-10}$ | $5 \times 10^{-4}$ | $1 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-10}$ | $5 \times 10^{-4}$ | $6 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Th | 228 S | $9 \times 10^{-13}$ | $2 \times 10^{-4}$ | $3 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | I | $6 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | Th | 230 S | $2 \times 10^{-12}$ | $5 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | I | $1 \times 10^{-11}$ | $9 \times 10^{-4}$ | $3 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| | Th | 231 S | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $5 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Th | 232 S | $3 \times 10^{-11}$ | $5 \times 10^{-5}$ | $1 \times 10^{-12}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $1 \times 10^{-3}$ | $1 \times 10^{-12}$ | $4 \times 10^{-5}$ |
| | Th-natural* | S | $3 \times 10^{-11}$ | $3 \times 10^{-5}$ | $1 \times 10^{-12}$ | $1 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| | Th | 234 S | $6 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $5 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Thulium (69) | Tm | 170 S | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |

*A curie of natural thorium means the sum of $3.7 \times 10^{10}$ dis/sec from Th 232 plus $3.7 \times 10^{10}$ dis/sec from Th 228. One curie of natural thorium is equivalent to 9,000 kilograms or 19,850 pounds of natural thorium.

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope. soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Thulium (69) Cont'd. | Tm 171 | S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $5 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $8 \times 10^{-9}$ | $5 \times 10^{-4}$ |
| Tin (50) | Sn 113 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $8 \times 10^{-5}$ |
| | Sn 125 | S | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-8}$ | $5 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Tungsten (Wolfram) (74) | W 181 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | W 185 | S | $8 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | W 187 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| Uranium (92) | U 230 | S | $3 \times 10^{-10}$ | $7 \times 10^{-5}$ | $1 \times 10^{-11}$ | $2 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-4}$ | $4 \times 10^{-12}$ | $5 \times 10^{-6}$ |
| | U 232 | S | $1 \times 10^{-10}$ | $2 \times 10^{-5}$ | $3 \times 10^{-12}$ | $8 \times 10^{-7}$ |
| | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $9 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| | U 233 | S | $5 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U 234 | S | $6 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U 235 | S | $5 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U 236 | S | $6 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-3}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U 238 | S | $7 \times 10^{-11}$ | $2 \times 10^{-5}$ | $3 \times 10^{-11}$ | $6 \times 10^{-7}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-3}$ | $5 \times 10^{-13}$ | $4 \times 10^{-5}$ |
| | U 240 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | U-natural* | S | $7 \times 10^{-11}$ | $2 \times 10^{-5}$ | $3 \times 10^{-12}$ | $6 \times 10^{-7}$ |
| | | I | $6 \times 10^{-11}$ | $5 \times 10^{-4}$ | $2 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| Vanadium (23) | V 48 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $6 \times 10^{-8}$ | $8 \times 10^{-4}$ | $2 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Xenon (54) | Xe 131m | Sub | $2 \times 10^{-6}$ | | $4 \times 10^{-7}$ | |
| | Xe 133 | Sub | $1 \times 10^{-6}$ | | $3 \times 10^{-7}$ | |
| | Xe 133m | Sub | $1 \times 10^{-6}$ | | $3 \times 10^{-7}$ | |
| | Xe 135 | Sub | $4 \times 10^{-6}$ | | $1 \times 10^{-7}$ | |
| Ytterbium (70) | Yb 175 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |

*A curie of natural uranium means the sum of $1.7 \times 10^4$ disintegrations per second from U 238 plus $1 \times 10^4$ dis/sec from U 234 plus $1.7 \times 10^4$ dis/sec from U 235. One curie of natural uranium is equivalent to 3,000 kilograms or 6,615 pounds of natural uranium.

DOE 5480.1 Chg 2
4-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND —Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Yttrium (39) | Y | 90 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Y | 91m | S | $2 \times 10^{-5}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | | I | $2 \times 10^{-5}$ | $1 \times 10^{-1}$ | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | Y | 91 | S | $4 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Y | 92 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Y | 93 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Zinc (30) | Zn | 65 | S | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | | I | $6 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Zn | 69m | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Zn | 69 | S | $7 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | | I | $9 \times 10^{-6}$ | $5 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Zirconium (40) | Zr | 93 | S | $1 \times 10^{-7}$ | $2 \times 10^{-2}$ | $4 \times 10^{-9}$ | $8 \times 10^{-4}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-8}$ | $8 \times 10^{-4}$ |
| | Zr | 95 | S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Zr | 97 | S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Any single radionuclide not listed above with decay mode other than alpha emission or spontaneous fission and with radioactive half-life less than 2 hours. | | | Sub | $1 \times 10^{-6}$ | | $3 \times 10^{-8}$ | |
| Any single radionuclide not listed above with decay mode other than alpha emission or spontaneous fission and with radioactive half-life greater than 2 hours | | | | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ | $1 \times 10^{-10}$ | $3 \times 10^{-6}$ |
| Any single radionuclide not listed above which decays by alpha emission or spontaneous fission. | | | | $6 \times 10^{-13}$ | $4 \times 10^{-7}$ | $2 \times 10^{-14}$ | $3 \times 10^{-8}$ |

NOTE: In any case where there is a mixture in air or water of more than one radionuclide, the guide values, for purposes of this attachment, should be determined as follows:

1. If the identity and concentration of each radionuclide in the mixture are known, the limiting values should be derived as follows: Determine, for each radionuclide in the mixture, the ratio between the quantity present in the mixture and the guide otherwise established in this attachment for the specific radionuclide when not in a mixture. The sum of such ratios for all the radionuclides in the mixture will not exceed "1" (i.e., "unity").

EXAMPLE: If radionuclides A, B, and C are present in concentrations $C_A$, $C_B$, and $C_C$, and if the applicable CGs are $CG_A$, $CG_B$, and $CG_C$, respectively, then the concentrations should be limited so that the following relationship exists:

$$\frac{C_A}{CG_A} + \frac{C_B}{CG_B} + \frac{C_C}{CG_C} \leq 1$$

2. If either the identity or the concentration of any radionuclide in the mixture is not known, the guide values for purposes of this attachment will be:

    a. For purposes of Table I, Col. 1, $6 \times 10^{-13}$

    b. For purposes of Table I, Col. 2, $4 \times 10^{-7}$

    c. For purposes of Table II, Col. 1, $2 \times 10^{-14}$

    d. For purposes of Table II, Col. 2, $3 \times 10^{-8}$

3. If any of the conditions specified below are met, the corresponding values specified below may be used in lieu of those specified in 2., above.

    a. If the identity of each radionuclide in the mixture is known but the concentration of one or more of the radionuclides in the mixture is not known, the concentration guide for the mixture is the guide specified in this attachment for the radionuclide in the mixture having the lowest concentration guide, or

    b. If the identity of each radionuclide in the mixture is not known, but it is known that certain radionuclides specified in this attachment are not present in the mixture, the concentration guide for the mixture is the lowest concentration guide specified in this attachment for any radionuclide which is not known to be absent from the mixture, or

Case No. 1:90-cv-00181-JLK   Document 2385-2   filed 10/23/15   USDC Colorado   pg 164 of 165

| Element (atomic number) and isotope | Table I Controlled Area | | Table II Uncontrolled Area | |
| --- | --- | --- | --- | --- |
| | Column 1 Air (µCi/ml) | Column 2 Water (µCi/ml) | Column 1 Air (µCi/ml) | Column 2 Water (µCi/ml) |
| If it is known that Sr 90, I 125, I 126, I 129, I 131 (I 133, Table II only); Pb 210, Po 210, At 211, Ra 223, Ra 224, Ra 226, Ac 227, Ra 228, Th 230, Pa 231, Th 232, Th-nat, Cm 248, Cf 254, and I-m 256 are not present | | $9 \times 10^{-8}$ | | $3 \times 10^{-9}$ |
| If it is known that Sr 90, I 125, I 126, I 129 (I 131, I 133, Table II only) Pb 210, Po 210, Ra 223, Ra 226, Ra 228, Pa 231, Th-nat, Cm 248, Cf 254, and I m 256 are not present | | $6 \times 10^{-8}$ | | $2 \times 10^{-8}$ |
| If it is known that Sr 90, I 129 (I 125, I 126, I 131, Table II only) Pb 210, Ra 226, Ra 228, Cm 248, and Cf 254 are not present | | $2 \times 10^{-6}$ | | $6 \times 10^{-7}$ |
| If it is known that (I 129, Table II only) Ra 226 and Ra 228 are not present | | $3 \times 10^{-6}$ | | $1 \times 10^{-7}$ |
| If it is known that alpha-emitters and Sr 90, I 129, Pb 210, Ac 227, Ra 228, Pu 230, Pu 241, and Bk 249 are not present | $3 \times 10^{-9}$ | | $1 \times 10^{-10}$ | |
| If it is known that alpha-emitters and Pb-210, Ac 227, Ra 228, and Pu 241 are not present | $3 \times 10^{-10}$ | | $1 \times 10^{-11}$ | |
| If it is known that alpha-emitters and Ac 227 are not present | $3 \times 10^{-11}$ | | $1 \times 10^{-12}$ | |
| If it is known that Ac 227, Th 230, Pa 231, Pu 238, Pu 239, Pu 240, Pu 242, Pu 244, Cm 248, Cf 249, and Cf 251 are not present | $3 \times 10^{-12}$ | | $1 \times 10^{-13}$ | |

4.  If the mixture of radionuclides consists of uranium and its daughter products in ore dust prior to chemical processing of the uranium ore, the values specified below may be used in lieu of those determined in accordance with 1., above, or those specified in 2. and 3., above.

   a.  For purposes of Table I, Col. 1, 1 x 10⁻¹⁰ µCi/ml gross alpha activity; or 2.5 x 10⁻¹¹ µCi/ml natural uranium; or 75 micrograms per cubic meter of natural uranium in air.

   b.  For purposes of Table II, Col. 1, 3 x 10⁻¹² µCi/ml gross alpha activity; or 8 x 10⁻¹³ µCi/ml natural uranium; or 3 micrograms per cubic meter of natural uranium in air.

5. For purposes of this note, a radionuclide may be considered as not present in a mixture if (a) the ratio of the concentration of that radionuclide in the mixture ($C_A$) to the concentration guide for that radionuclide specified in Table II of this annex ($CG_A$) does not exceed 1/10, i.e.,

$$\frac{C_A}{CG_A} \leq \frac{1}{10}$$

and (b) the sum of such ratios for all the radionuclides considered as not present in the mixture does not exceed 1/4, i.e.,

$$\frac{C_A}{CG_A} + \frac{C_B}{CG_B} + \ldots \leq \frac{1}{4}$$

6. Conversion from uCi/cc to pCi/m³ for air and pCi/l for water are as follows:

   a. Air-uCi/cc x $10^{12}$ = pCi/m$^3$

   b. Water-uCi/cc x $10^{9}$ = pCi/l

7. Concentrations may be derived for unlisted radionuclides provided yearly dose limits in paragraph 6b(1) of this chapter and paragraph 5a(1) are used and the methods are consistent with those recommended by the Federal Radiation Council, National Council on Radiological Protection, and International Commission on Radiological Protection.