ATTACHMENT 10


DOE Order 5480.1

May 5, 1980

Case No. 1:90-cv-00181-JLK  Document 2385-5  Filed 10/25/15  USDC Colorado  Pg 2 of 3

Basic Order — canceled by DOE 5480.1A, 8-13-81
No Chapters were canceled. ~~SES~~ wgt 3-6-85

# U.S. Department of Energy
## Washington, D.C.

# ORDER

Change 1: 12-18-80
Change 2: 4-29-81
Change 3: 5-1-81
Change 4: 5-22-81
Change 5: 8-13-81  Change 6: 8-13-81

| DOE 5480.1 |
| --- |

5-5-80

SUBJECT:  ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION PROGRAM FOR DOE OPERATIONS

---

1.  PURPOSE. This order establishes the Environmental Protection, Safety, and Health Protection Program for Department of Energy (DOE) operations.

2.  CANCELLATION. Interim Management Directive No. 5001, "SAFETY, HEALTH AND ENVIRONMENTAL PROTECTION," of 9-29-77.

3.  SCOPE. The policy and requirements outlined in this order apply to all DOE operations and all DOE contractor operations where, under the contractual arrangements for the work to be performed, DOE has established control over environmental protection, safety, and health protection program content. The extent to which requirements apply is specified in the various supplementary chapters of this order.

4.  REFERENCES.

    a.  DOE Procurement Regulations (DOE PRs), Part 9-50, which provide the clauses to be used in contracts where DOE elects to enforce environmental protection, safety, and health protection requirements.

    b.  E.O. 11807, "Occupational Safety and Health Program for Federal Employees," which establishes the requirement for Federal agencies to provide occupational safety and health programs for their employees.

    c.  29 CFR 1960, "Safety and Health Provisions for Federal Employees," which provides the regulations and guidelines for the implementation of E.O. 11807.

    d.  DOE 5482.1, "Environmental, Safety, and Health Appraisal Program," which outlines the Department's policy and program requirements for appraisal of environmental protection, safety, and health protection programs.

    e.  DOE 5481.1, "Safety Analysis and Review System," which establishes uniform rquirements for the preparation and review of safety analyses.

DOE
Office of Organization and Management Systems Office File

---

DISTRIBUTION
All Departmental Elements
Federal Energy Regulatory Commission (Info)

INITIATED BY:
Operational and Environmental
Safety Division

K&E/HAN 141 5

f.  DOE 1324.1, "Records Disposition," which prescribes
    requirements for the retention and disposition of records.

g.  DOE 6430., "Facilities General Design Criteria" (to be
    issued), which will establish safety criteria to be used
    in the design of facilities.

h.  DOE 5483.1, "Occupational Safety and Health Program for
    Government-Owned Contractor-Operated Facilities (GOCO),"
    which provides guidance and establishes procedures for
    the GOCO safety and health program.

i.  Pending the development and promulgation of supplemental
    chapters to this order, the references listed in Attachment I
    may be used as guideline procedures and standards in the
    discharge of the Department's environmental protection,
    safety, and health protection responsibilities under the
    Occupational Safety and Health Act of 1970; Executive
    Order 12085; the Atomic Energy Act of 1954, as amended;
    and the Energy Reorganization Act of 1974, as amended.

5.  DEFINITIONS.

a.  Environmental protection, safety, and health protection program
    refers to those DOE requirements, activities, and functions
    in the conduct of all DOE and DOE-controlled operations that
    are concerned with: controlling air, water, and soil pollution;
    limiting to acceptably low levels risks to the well-being of
    both operating personnel and the general public; and protecting
    property adequately against accidental loss and damage. Typical
    activities and functions related to this program include, but are
    not limited to, the following: environmental protection,
    occupational safety, fire protection, industrial hygiene, health
    physics, occupational medicine, process and facilities safety,
    and nuclear safety.

b.  Federal Employee Occupational Safety and Health program refers
    to that part of the environmental protection, safety and health
    protection program mandated by E.O. 11807 and 29 CFR 1960.

c.  DOE operations are those activities funded by DOE for
    which DOE has assumed responsibility for safety, health,
    or environmental protection.

d.  Line organization includes the assistant secretary or head
    of an office, the program office, or the field organization
    responsible for the management of a given DOE operation.

DOE 5480.1
5-5-80

3

e. <u>DOE contractor</u> includes any DOE prime contractor or sub-contractor subject to the contractual provisions of DOE PR-50.704-2 or other contractual provisions where DOE has elected to enforce environmental protection, safety and health protection requirements by specific negotiated contract provisions.

f. <u>Standard</u> means a specified set of rules or conditions concerned with the classification of components; delineation of procedures; definition of terms; specifications of materials, performance, design, or operations; or measurements of quality in describing materials, products, systems, services or practices. Standards may be specified by DOE as prescribed (i.e. required) or recommended.

g. <u>Prescribed standards</u> are those standards adopted by DOE that define the minimum requirements that DOE and its contractors must comply with to the extent they apply to the activities being conducted.

h. <u>Recommended standards</u> are those guides or standards adopted by DOE that DOE and its contractors shall consider for guidance, as applicable, in addition to the prescribed standards.

i. <u>An exemption</u> is a release from the requirements of this order that has been granted by the Director, Operational and Environmental Safety Division.

j. <u>An exception</u> is an interim release from a standard of the type specified under the Occupational Safety and Health Act.

k. <u>A temporary variance</u> is a short-term release from a standard of the type specified under the Occupational Safety and Health Act.

l. <u>A permanent variance</u> is a release from a standard of the type specified under the Occupational Safety and Health Act.

6. <u>POLICY</u>. It is the policy of the DOE to:

a. Assure protection of the environment, the safety and health of the public, and Government property against accidental loss and damage.

b. Provide safe and healthful workplaces and conditions of employment for all employees of DOE and DOE contractors.

c. Assure compliance with applicable statutory requirements affecting Federal facilities and operations.

4

7.  RESPONSIBILITIES AND AUTHORITIES.

   a.  Line organizations are assigned basic responsibility for
       implementing the DOE environmental protection, safety, and
       health protection program. This responsibility is imposed
       on DOE contractors, as appropriate, through the DOE Procurement
       Regulations and the directives system. This responsibility
       includes program implementation, execution, and assurance that
       DOE and Federal environmental protection, safety, and health
       protection policies, regulations, and requirements are adhered
       to continuously and vigorously in all DOE operations. They are
       also responsible for implementation of the Federal Employee
       Occupational Safety and Health program. Line officials shall:

       (1)  Provide clear and explicit delegations of authority
            and responsibilities.

       (2)  Assure that appropriate program elements, as identified in
            Attachment 2, are included in program plans and proposals
            for design, construction, operation, modification, and
            decommissioning of DOE Operations.

       (3)  Take necessary management actions, including the assurance
            that budget proposals for their assigned functions provide
            adequately for protection requirements.

       (4)  Assure that applicable requirements are included in
            appropriate contracts and that these requirements are
            implemented and enforced.

       (5)  Give due consideration in the selection of contractors to
            the ability of offerors to meet environmental protection,
            safety, and health protection requirements.

       (6)  Appraise the programs of subordinate field activities
            (operated either by Federal employees or by contractors) in
            accordance with DOE 5482.1 and initiate remedial actions
            as appropriate.

       (7)  Execute programs and assure that contractors and their
            subcontractors execute programs and policies in a manner
            that shall include compliance with prescribed requirements
            relating to environmental protection, safety and health
            protection.

       (8)  Establish procedures to assure that required information
            is recorded and reported as prescribed by this order.

(9)  Establish and maintain liaison with regional, state,
or local officials as appropriate, and advise the
Assistant Secretary for Environment of environmental
protection, safety, and health protection requirements
issued by these officials that will affect DOE operations.

(10) Grant exceptions to, and process requests for, variances
from occupational safety and health standards in accordance
with DOE 5483.1.

(11) Assure that safety analyses of DOE operations are prepared
and reviewed in accordance with DOE 5481.1.

b.  The Assistant Secretary for Environment is responsible for
providing an independent overview of the environmental
protection, safety, and health protection program as it
applies to the Department's operations and is directly
responsible to the Secretary for this function.  In carrying
out this function the Assistant Secretary for Environment:

(1)  Develops policies, standards, guides, requirements, and
procedures covering environmental protection, safety, and
health protection programs within DOE operations, including
those on notification, investigation, and reporting of
occurrences having environmental protection, safety, or
health protection significance.

(2)  Provides technical advice and assistance concerning
environmental protection, safety, and health protection
programs to line organizations.

(3)  Provides a central point for coordination within
DOE and with other agencies and other groups in the
development of environmental protection, safety, and
health protection standards and requirements and
resolution of operational issues applicable to DOE
operations, including review of proposed standards
and requirements for their application to and potential
impact on DOE activities, and participation in the
development and review of general design criteria.

6

    (4)  Reviews, and recommends appropriate actions on, reports
and documents either originating in Headquarters or
that are required to be reviewed in Headquarters
by pertinent DOE orders, when those items may have
environmental protection, safety, or health protection
implications.

    (5)  Conducts appraisals in accordance with DOE 5482.1.

    (6)  Identifies needs for research and development to support
environmental protection, safety, and health protection
programs and recommends appropriate actions.

    (7)  Provides a central point for the collection, retention,
evaluation and dissemination of information having
environmental protection, safety, and health protection
significance.

    (8)  Renders interpretations of this order and its chapters, and
grants exemptions from their requirements and standards.

    (9)  Provides assurance that safety analyses are prepared
and reviewed in accordance with DOE 5481.1.

  (10)  Approves requests for variances from occupational safety
and health standards in accordance with DOE 5483.1.

  (11)  Delegates to the Director, Operational and Environmental
Safety Division, the authority to carry out responsibilities
(1) through (9) above, except as set forth in paragraph 7c.

c.  The Director of Administration shall:

    (1)  Be responsible for developing policies and procedures
for, and providing overview of, the DOE Federal Employees
Occupational Safety and Health program (including the
provision of medical services). These efforts are to be
consistent with E.O. 11807, Department of Labor policies,
and applicable DOE requirements, standards, and guides.

    (2)  Act as the Department's designated safety and health
official for dealings with the Department of Labor
on Federal employee safety and health matters.

DOE 5480.1                                                                                          7
5-5-80

       (3)  Carry out all of the environmental protection, safety, and
            health protection responsibilies appropriate to line
            management responsibility for the operation of Headquarters
            facilities.

   d.  Headquarters staff organizations shall give due consideration
      to the program elements, as identified in Attachment 2, in
      carrying out their responsibilities, including obtaining reviews
      and advice from the Assistant Secretary for Environment and the
      Director of Administration as appropriate.

Charles W. Duncan, Jr.
Secretary

DOE 5480.1 Chg 4                                              Attachment 1
5-22-81                                                       Page 1 (and 2)

## REFERENCES

Pending the issuances of additional supplementary chapters to this Order, the following may be used as guideline procedures and standards in the discharge of the Department's environmental protection, safety, and health protection program.

1.   ERDAM 0511, RADIOACTIVE WASTE MANAGEMENT, of 9-19-73, which provides for minimizing radioactive exposure and associated risk to man and environment.

2.   ERDAM 0527, RESPONSE TO ACCIDENTS INVOLVING NUCLEAR WEAPONS IN THE CUSTODY OF THE DOD, of 2-15-72, which provides for compliance with the AEC-DOD Memorandum of Understanding, of 6-10-70.

Vertical line denotes change.

## ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION
## PROGRAM ELEMENTS

The following elements establish the general framework for the environmental protection, safety, and health protection program.

1. Statutory Basis.

 a. Assurance that applicable Federal, state, and local environmental protection, safety, and health protection statutes and regulations are met.

 b. Fulfillment of Federal requirements such as those of the Clean Water Act, the Endangered Species Act, the Toxic Substances Control Act, and the Energy Supply and Environmental Coordination Act.

2. Policy and Implementation.

 a. Establishment and interpretation of environmental protection, safety, and health protection program policy and requirements.

 b. Development, adoption, and application of codes, standards, and guides.

 c. Assignment of responsibilities to DOE elements.

 d. Execution of appropriate environmental protection, safety, and health protection contractual requirements in Government-owned, contractor-operated and other type contracts.

 e. Funding support by line organizations to support environmental protection, safety, and health protection needs.

 f. Provision of safety and health services for Federal employees.

 g. Establishment and maintenance of an emergency response capability.

 h. Support of training programs.

 i. Support of operational environmental protection, safety, and health protection research.

3. <u>Hazard and Risk Assessment and Systems Safety</u>.

    a.  Application of systems safety principles to DOE activities.

    b.  Implementation of quality and reliability assurance programs.

    c.  Analysis of activities to identify hazards and assess risks.

    d.  Analysis of the adequacy of risk-limiting mechanisms.

    e.  Documented acceptance of residual risks by the appropriate level of management.

    f.  Conduct of hazardous operations under written procedures appropriate for the level of hazard involved.

    g.  Investigation of accidents and incidents to determine causal factors and provide feedback to improve performance.

4. <u>Internal Audit and Appraisal</u>.

    a.  Implementation of an internal audit program at the first level of operations.

    b.  Implementation of an independent appraisal mechanism at the various levels of the DOE or contractor system.

5. <u>Information and Reporting</u>.

    a.  Collection, evaluation, and dissemination of environmental protection, safety, and health protection information.

    b.  Public reporting of DOE performance data.

DOE 5480.1 Chg 4                                                          1
5-22-81

## TABLE OF CONTENTS

CHAPTER I - ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION          Page
            STANDARDS

 1.  Purpose .......................................................  I-1
 2.  General Requirements ..........................................  I-1
 3.  Procedures for Granting Exemptions ............................  I-2
 4.  Emergency Preparedness ........................................  I-2
       a.  Prescribed Standards ....................................  I-2
       b.  Recommended Standards ...................................  I-2
 5.  Environmental Protection ......................................  I-3
       a.  Prescribed Standards ....................................  I-3
       b.  Recommended Standards ...................................  I-5
 6.  Fire Protection ...............................................  I-5
       a.  Prescribed Standards ....................................  I-5
       b.  Recommended Standards ...................................  I-6
 7.  Health Protection .............................................  I-6
       a.  Radiation Protection ....................................  I-6
       b.  Occupational Medicine ...................................  I-8
       c.  Industrial Hygiene ......................................  I-8
       d.  Public Health and Sanitation, Prescribed Standards .....  I-9
 8.  Occupational Safety ...........................................  I-10
       a.  General Safety ..........................................  I-10
       b.  Construction Safety .....................................  I-11
       c.  Crane Safety ............................................  I-12
       d.  Drilling Safety .........................................  I-12
       e.  Electrical Safety .......................................  I-12
       f.  Explosives Safety .......................................  I-13
       g.  Firearm Safety ..........................................  I-14
       h.  Mine and Tunnel Safety ..................................  I-14
 9.  Nuclear Safety ................................................  I-14
       a.  Reactor Safety ..........................................  I-14
       b.  Nuclear Criticality Safety ..............................  I-15
       c.  Facility Safety .........................................  I-16
10.  Transportation Safety .........................................  I-17
       a.  Aircraft Safety .........................................  I-17
       b.  Motor Vehicle and Traffic Safety ........................  I-17
       c.  Vessels (Marine) Safety Prescribed Standards ............  I-18
       d.  Transportation of Radioactive Material ..................  I-18
       e.  Railroad Safety .........................................  I-18
             Attachment I-1 - Sources of Supply for Standards ......  I-19

CHAPTER II - QUALITY ASSURANCE IN SUPPORT OF ENVIRONMENTAL PROTECTION,
             SAFETY, AND HEALTH PROTECTION (to be issued)

Vertical line denotes change.

ii

DOE 5480.1 Chg 4
5-22-81

# CHAPTER III - SAFETY REQUIREMENTS FOR THE PACKAGING OF FISSILE AND OTHER RADIOACTIVE MATERIALS

| | | |
|---|---|---|
| 1. | Purpose ........................................................ | III-1 |
| 2. | Scope ......................................................... | III-1 |
| 3. | References .................................................... | III-1 |
| 4. | Definitions ................................................... | III-1 |
| 5. | Responsibilities and Authorities .............................. | III-4 |
| | a. The Director, Operational and Environmental Safety Division | III-4 |
| | b. Heads of Offices and Divisions, Headquarters ............... | III-4 |
| | c. Heads of Field Organizations .............................. | III-4 |
| | d. The Deputy Assistant Secretary for Naval Reactors ......... | III-5 |
| 6. | Exempt Quantities of Fissile Materials ........................ | III-5 |
| 7. | Requirements .................................................. | III-6 |
| | a. Federal Regulations ....................................... | III-6 |
| | b. Special Plutonium Air Shipment Requirements ............... | III-6 |
| | c. Other Regulations ......................................... | III-7 |
| | d. Package Standards for Radioactive Materials in Amounts Greater Than Type A Quantities | III-7 |
| | e. Department of Energy Certificates of Compliance for Packages of Radioactive Materials in Excess of Type A Quantities | III-8 |
| | f. Department of Energy as Consignor ......................... | III-8 |
| | g. Waivers and Exemptions .................................... | III-8 |
| 8. | Package Standards ............................................. | III-8 |
| | a. General Standards for all Packaging ....................... | III-8 |
| | b. Structural Standards for Type B and Large Quantity Packaging | III-9 |
| | c. Criticality Standards for Fissile Material Packages ....... | III-9 |
| | d. Evaluation of a Single Package ............................ | III-10 |
| | e. Standards for Normal Conditions of Transport for a Single Package | III-10 |
| | f. Standards for Hypothetical Accident Conditions for a Single Package | III-12 |
| | g. Criticality Standards for Packaging Fissile Materials ..... | III-13 |
| 9. | Quality Assurance Procedures for the Fabrication, Assembly, and Testing of Offsite Shipping Containers | III-13 |
| | a. Establishment and Maintenance of Procedures ............... | III-13 |
| | b. Elements of a Quality Assurance Program ................... | III-13 |
| 10. | Operating Procedures ......................................... | III-14 |
| | a. Establishment and Maintenance of Procedures ............... | III-14 |
| | b. Assumptions as to Unknown Properties ...................... | III-14 |
| | c. Preliminary Determinations ................................ | III-14 |
| | d. Routine Determinations .................................... | III-15 |
| | e. Records ................................................... | III-15 |

rtical line denotes change.

DOE 5480.1 Chg 4                                           iii
5-22-81

    f.  Documentation of Technical Backup Support for
      Specification, Certified, and Exempt Packagings ................ III-16
    g.  Notification Procedures for Shipment and Nonreceipt
      of Radioactive Materials ................................... III-17
11.  Normal Conditions of Transport ................................ III-17
12.  Hypothetical Accident Conditions .............................. III-19
13.  Transport Grouping of Radionuclides ........................... III-19
14.  Tests for Special Form Material ............................... III-19

CHAPTER IV - NUCLEAR CRITICALITY SAFETY

1.  Purpose ....................................................... IV-1
2.  References .................................................... IV-1
3.  Definitions ................................................... IV-2
4.  Responsibilities and Authorities .............................. IV-3
    a.  The Director, Operational and Environmental
      Safety Division .......................................... IV-3
    b.  Heads of Divisions and Offices, Headquarters ............. IV-3
    c.  The Deputy Assistant Secretary for Naval Reactors ........ IV-3
    d.  Heads of Field Organizations ............................. IV-3
5.  Personnel Selection and Training .............................. IV-5
6.  Requirements .................................................. IV-8
    a.  Process Analysis ......................................... IV-8
    b.  Identification of the Parameters on Which Prevention
      of Accidental Nuclear Criticality Will Depend ............ IV-8
    c.  Written Plans and Procedures ............................. IV-9
    d.  Records .................................................. IV-12
7.  Contractor Independent Review and Appraisal System ............ IV-12
8.  Control Parameters ............................................ IV-13
    a.  Controlling Factors ...................................... IV-13
    b.  Double Contingency Principle ............................. IV-15
    c.  Geometry Control ......................................... IV-15
    d.  Nuclear Criticality Safety Limits ........................ IV-15
    e.  Margins of Safety ........................................ IV-16
    f.  Onsite Movement and Offsite Shipment of
      Fissionable Materials .................................... IV-16

Vertical line denotes change.

HAPTER V - SAFETY OF NONREACTOR NUCLEAR FACILITIES

1.  Purpose ........................................................ V-1
2.  Scope .......................................................... V-1
3.  References ..................................................... V-1
4.  Definitions .................................................... V-2
5.  Responsibilities and Authorities ............................... V-3
    a.  The Director, Operational and Environmental Safety Division .... V-3
    b.  The Deputy Assistant Secretary for Naval Reactors .............. V-3
    c.  Assistant Secretaries and Directors, Headquarters
        Program Offices ............................................ V-3
    d.  The Director, Office of Military Applications .................. V-4
    e.  Heads of Field Organizations .................................. V-4
6.  Requirements ................................................... V-5

CHAPTER VI - SAFETY OF DEPARTMENT OF ENERGY OWNED REACTORS

1.  Purpose ........................................................ VI-1
2.  Scope .......................................................... VI-1
3.  References ..................................................... VI-1
4.  Definitions .................................................... VI-1
5.  Responsibilities and Authorities ............................... VI-4
    a.  Assistant Secretaries ......................................... VI-4
    b.  Directors of Headquarters Divisions ........................... VI-4
    c.  The Director, Safety Engineering Division ..................... VI-5
    d.  The Directors, Office of Health and Environmental
        Research, Basic Energy Sciences, and Military Application ...... VI-6
    e.  The Deputy Assistant Secretary for Naval Reactors ............. VI-6
    f.  The Director, Operational and Environmental Safety Division .... VI-7
    g.  Heads of Field Organizations and the Deputy Assistant
        Secretary for Naval Reactors ................................. VI-7
6.  Program Requirements ........................................... VI-9
    a.  Siting ....................................................... VI-9
    b.  General Design Criteria ...................................... VI-9
    c.  Safety Analysis Reports ...................................... VI-9
    d.  Technical Specifications ..................................... VI-9
    e.  Reactor Personnel Training and Qualification Program .......... VI-10
        (1)  Reactor Operations Personnel ............................ VI-10
             (a)  Selection ......................................... VI-10
             (b)  Training .......................................... VI-10
             (c)  Examination ....................................... VI-11
             (d)  Certification ..................................... VI-11
             (e)  Retraining ........................................ VI-12
             (f)  Reexamination ..................................... VI-12
             (g)  Recertification ................................... VI-13
             (h)  Documentation ..................................... VI-14

:rtical line denotes change.

DOE 5480.1 Chg 4
5-22-81

v

            (2)  Maintenance Personnel ....................................... VI-14
            (3)  Fuel Handling Operations ................................... VI-15
        f.  Quality Assurance ............................................... VI-15
        g.  Contractor Independent Review and Appraisal System ............. VI-15
        h.  Standby and Decommissioning ..................................... VI-17
        i.  Reporting and Analysis of Occurrences ........................... VI-17
        j.  Emergency Planning .............................................. VI-17
        k.  Recordkeeping ................................................... VI-17
        l.  Tenant - Landlord Safety Responsibilities ....................... VI-17
    7.  Organizations Having Responsibility for Department of
        Energy Owned Reactors ............................................... VI-18
            Attachment VI-1 - Organizations Responsible for
                              Department of Energy Owned Reactors .... VI-19

CHAPTER VII - FIRE PROTECTION

1.  Purpose ............................................................. VII-1
2.  Definitions ......................................................... VII-1
3.  Responsibilities and Authorities .................................... VII-3
    a.  The Director, Operational and Environmental
        Safety Division ................................................. VII-3
    b.  Directors of Program Divisions .................................. VII-4
    c.  Heads of Field Organizations .................................... VII-4
4.  Delegation of "Authority Having Jurisdiction" ....................... VII-5
5.  Compliance with Improved Risk Objectives ............................ VII-5
    a.  Threats to the Public Health or Welfare and Hazards to Life .... VII-5
    b.  Unacceptable Program Delays ..................................... VII-6
    c.  Property Damage Limitation ...................................... VII-7
    d.  Higher Standard of Protection ................................... VII-7
6.  Essential Elements of an Improved Risk Facility ..................... VII-8
7.  Consultant Fire Protection Survey Program ........................... VII-11

CHAPTER VIII - CONTRACTOR OCCUPATIONAL MEDICAL PROGRAM

1.  Purpose ............................................................. VIII-1
2.  Applicability ....................................................... VIII-1
3.  Definitions ......................................................... VIII-1
4.  Program Requirements ................................................ VIII-2
    a.  Standards, Minimum Requirements, and Guides for Establish-
        ment and Operation of the Department of Energy Contractor
        Occupational Medical Program .................................... VIII-2
    b.  Diagnosis and Treatment of Injury or Disease--Minimum
        requirements .................................................... VIII-7
    c.  Employees Health Maintenance and Preventive Medical
        Activities--Minimum Requirements ................................ VIII-8
    d.  Medical Records--Minimum Requirements ........................... VIII-9
    e.  Emergency and Disaster Preparedness--Minimum Requirements ...... VIII-11

Vertical line denotes change.

f. Organization and Staffing for Department of Energy
   Contractor Occupational Medical Programs--Minimum
   Requirements and Guides ........................................ VIII-12
g. Facilities nd Equipment--Minimum Requirements .................. VIII-15

CHAPTER IX - CONSTRUCTION SAFETY AND HEALTH PROGRAM

1. Purpose ................................................................. IX-1
2. Definitions ............................................................ IX-1
3. Requirements ........................................................... IX-1
   a. Safety and Health Program for Project Construction
      Contractors ......................................................... IX-1
   b. Safety and Health Program for Resident Construction
      Contractors ......................................................... IX-2
   c. Program Compliance .................................................. IX-3
   d. Department of Energy Onsite Construction Inspections ........... IX-3
   e. Designated Department of Energy Point of Contact .............. IX-4
4. Federal Laws ........................................................... IX-4

CHAPTER X - INDUSTRIAL HYGIENE PROGRAM

1. Purpose ................................................................ X-1
2. Definitions ........................................................... X-1
3. Requirements .......................................................... X-1
   a. Management Responsibility .......................................... X-1
   b. Policy ............................................................... X-1
   c. Function ............................................................. X-1
   d. Industrial Hygiene Staff ........................................... X-3
   e. Facilities, Instrumentation, and Technical Support ............. X-3
   f. Organizational Responsibilities ................................... X-3
   g. Recordkeeping Requirements ......................................... X-5

CHAPTER XI - REQUIREMENTS FOR RADIATION PROTECTION

1. Purpose ................................................................ XI-1
2. Definitions ........................................................... XI-1
3. Responsibilities and Authorities .................................... XI-1
4. Requirements .......................................................... XI-2
   a. Occupationally-Related Exposure of Individuals in
      Controlled Areas .................................................... XI-2
   b. Exposure of Individuals and Population Groups in
      Controlled Areas .................................................... XI-4
   c. Nuclear Accident Dosimetry ......................................... XI-7
   d. Quality Factors to be Applied in Determining Rem Exposure ....... XI-9
   e. Guidance for Emergency Exposure During Rescue and
      Recovery Activities ................................................. XI-9
   f. Guidance on Maintaining Exposures to as Low as Reasonably
      Achievable .......................................................... XI-13
         Attachment XI-1 - Concentrations in Air and Water
                           Above Natural Background ................. XI-20

·rtical line denotes change.

Case No. 1:90-cv-00181-JLK   Document 2385-5   filed 10/23/15   USDC Colorado   pg 18 of 115

## CHAPTER XII - PREVENTION, CONTROL, AND ABATEMENT OF ENVIRONMENTAL POLLUTION

1. Purpose ............................................................... XII-1
2. References ............................................................ XII-1
3. Responsibilities and Authorities ..................................... XII-1
   a. The Director, Operational and Environmental
      Safety Division ................................................... XII-1
   b. Heads of Line Organizations ...................................... XII-2
4. Requirements ......................................................... XII-2
5. Pollution Abatement Projects ........................................ XII-3

## CHAPTER XIII - AVIATION SAFETY

1. Purpose .............................................................. XIII-1
2. References ........................................................... XIII-1
3. Definitions ......................................................... XIII-1
4. Responsibilities and Authorities .................................... XIII-2
   a. The Director, Operational and Environmental Safety Division .... XIII-2
   b. The Director of Administration ................................... XIII-2
   c. Directors of Headquarters Program Offices and Heads
      of Field Organizations ........................................... XIII-3
   d. Department of Energy Aviation Safety Consultants ................ XIII-3
5. Requirements ......................................................... XIII-3
   a. Aviation Operations Manuals ...................................... XIII-3
   b. Passenger and Classified or Hazardous Cargo
      Carrying Operations ............................................... XIII-4
   c. Private Aircraft Operations ...................................... XIII-5
   d. Charter Operations ............................................... XIII-5
   e. Aviation Contracts ............................................... XIII-6
   f. Department of Energy Airports .................................... XIII-6
   g. Surveillance ..................................................... XIII-6

Vertical line denotes change.

DOE 5480.1 Chg 4                                                        I-1
5-22-81

## CHAPTER I

### ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION STANDARDS

1. PURPOSE.  This chapter sets forth the environmental protection, safety, and health protection standards that have been adopted for use throughout the operations of the Department of Energy, hereafter referred to as the Department.

2. GENERAL REQUIREMENTS.

   a. Provisions of this chapter shall be followed during facility design, construction, operation, modification, and decommissioning.  Existing facilities need not be changed arbitrarily to comply with the specified standards except as required by law.

   b. This chapter covers the minimum prescribed standards to be used by the Department of Energy and Department contractors.  Where a Department contractor is also a Nuclear Regulatory Commission licensee, the contract relationship will not exempt him from compliance with Nuclear Regulatory Commission regulations and the terms of his license.  Where Department of Energy contractors are tenants on a military installation and a Host-Tenant Agreement has been executed, the standards established by the host shall be observed unless the Department prescribed standards provide for greater protection, in which case Department standards shall be observed.  Facilities covered by this chapter include those owned, leased or otherwise controlled by the Department of Energy or leased by contractors for use in work, and include those of either a permanent or temporary nature (e.g., trailers, rented spaces, field sites).  Ordnance operations shall observe Department of Defense Explosive Safety Board Standards as prescribed standards.  Naval Reactors Program applications shall observe Department of Navy Standards as prescribed standards.

   c. In addition to the prescribed and recommended standards set forth by this chapter, the user should also consult the other chapters of this order and for the Operational and Environmental Safety Division for any interim standards approved for use.  The sources of supply for the standards and a glossary of abbreviations are contained in Attachment 1. The latest edition of the listed standards shall be used.

   d. If there are conflicts between prescribed standards in this chapter, or between this chapter and other chapters of this order, the standards providing the greater protection shall govern.

Case No. 1:90-cv-00181-JLK   Document 2385-5   filed 10/23/15   USDC Colorado   pg 20 of 115

3. **PROCEDURES FOR GRANTING EXEMPTIONS.**

   a. Department of Energy contract administrators are permitted to grant
      exemptions, which are valid for a period of six months, from the
      standards of this chapter, except for the Federal regulations listed
      herein unless allowed by the procedures identified in paragraph 3c.
      Contract administrators are required to notify the Director, Occupa-
      tional and Environmental Safety Division of all such exemptions
      granted.  Exemptions for periods greater than 6 months must be
      approved by the Director, Occupational and Environmental Safety
      Division prior to being granted by the contract administrator.

   b. Exemptions are considered to be temporary, allowing time to take
      corrective action.  When requesting approval of exemptions greater
      than 6 months, Department of Energy contract administrators should
      include with their request plans to ameliorate the conditions
      requiring the exemptions.

   c. Those Department of Energy Operations subject to the Occupational
      Safety and Health Administration's regulations, directly or through
      Departmental Orders, must follow the procedures of 29 CFR 1960,
      Subpart C, 29 CFR 1905 or Departmental Order DOE 5483.1, as
      appropriate, to obtain relief from standards listed herein which are
      also listed in 29 CFR 1910, 1915-1918 and 1926.  Requests are to be
      forwarded to the appropriate Department of Energy official as
      defined in Departmental Orders DOE 3790.1 or DOE 5483.1.

4. **EMERGENCY PREPAREDNESS.**  The following standards, in addition to those
   listed in the other chapters, shall be used as minimum prescribed standards
   at such facilities as applicable.

   a. **Prescribed Standards.**

      (1) "Immediate Evacuation Signal for Use in Industrial Installations
          Where Radiation Exposure May Occur", ANSI N2.3-1979 (ANSI).

   b. **Recommended Standards.**

      (1) Exposure to Radiation in an Emergency, NCRP Report No 19.

      (2) Basic Radiation Protection Criteria, NCRP Report No. 39.

      (3) National Plan for Emergency Preparedness (FEMA).

      (4) Office of Emergency Preparedness Circulars (FEMA).

      (5) Federal Civil Defense Guide (FEMA).

Case No. 1:90-cv-00181-JLK   Document 2363-3   filed 10/28/16   USDC Colorado   pg 21 of
115

(6) "Planning for the Handling of Radiation Accidents," Safety
Series 32 (IAEA).

(7) "Emergency Plans for Production and Utilization Facilities,"
10 CFR 50, Appendix E and Associated Guide.

5.  ENVIRONMENTAL PROTECTION.

a.  Prescribed Standards.

(1) "Prevention, Control, and Abatement of Air and Water Pollution,"
Chapter XII of this Order.

(2) Federal Compliance with Pollution Control Standards (Executive
Order 12088) (OMB).

(3) The following standards, regulations, and guidelines promulgated
pursuant to Federal environmental legislation:

(a) Air

1  New Source Performance Standards (40 CFR 60).

2  National Hazardous Air Pollutant Standards (40 CFR 61).

3  Regulations Designating Air Quality Control Regions
(40 CFR 81).

4  Implementation of the National Environmental Policy
Act, DOE 5440.1.

5  Facilities General Design Criteria, DOE N 1321.96.

(b) Water

1  Discharge of Oil (40 CFR 110).

2  Oil Pollution Prevention (40 CFR 112).

3  National Oil and Hazardous Substances Contingency Plan
(40 CFR 1510).

4  Water Quality Standards Approved by the Federal
Government (40 CFR 120).

5  National Pollutant Discharge Elimination System (40 CFR  22).

6 Policies and Procedures for the National Pollutant Discharge Elimination System (40 CFR 125).

7 General Pretreatment Regulations for Existing and New Sources of Pollution (40 CFR 403).

8 Secondary Treatment Information (40 CFR 133).

9 Transportation for Dumping, and Dumping of Material into Ocean Waters (40 CFR 220-230).

10 Cooling Water Intake Structures (40 CFR 401.14) (General Provisions for Effluent Guidelines and Standards - 40 CFR 401).

11 Facilities General Design Criteria, DOE N 1321.96.

(c) Drinking Water

1 National Interim Primary Drinking Water Regulations (40 CFR 141).

2 National Interim Primary Drinking Water Regulations Implementation (40 CFR 142).

(d) Solid Waste

1 Guidelines for the Thermal Processing of Solid Wastes and for the Land Disposal of Solid Wastes (40 CFR 240 and 241).

2 Solid Waste Storage and Collection (40 CFR 243).

(e) Radiation

1 Requirements for Radiation Protection, Chapter XI of this Order.

2 "Performance Testing and Procedural Specifications for Thermoluminescense Dosimetry (Environmental Applications)" ANSI N 545-1975 (ANSI).

(f) Pesticides

1 Environmental Safeguards on Activities for Animal Damage Control on Federal Lands (Executive Order 11870) (OMB).

<u>2</u>  Regulations for Enforcement of the Federal Insecticide, Fungicide, and Rodenticide Act (40 CFR 162).

<u>3</u>  Regulations for the Acceptance of Certain Pesticides and Recommended Procedures for the Disposal and Storage of Pesticides and Pesticide Containers (40 CFR 165).

<u>4</u>  Exemption of Federal and State Agencies for Use of Pesticides Under Emergency Conditions (40 CFR 166).

<u>5</u>  Worker Protection Standards for Agricultural Pesticides (40 CFR 170)

<u>6</u>  Certification of Pesticide Applicators (40 CFR 171).

(4)  Environmental Protection, Safety and Health Protection Reporting Requirements, DOE 5484.1.

(5)  Requirements for Radiation Protection, Chapter XI, of this Order.

b.  <u>Recommended Standards</u>.

(1)  Standard Methods for the Examination of Water and Wastewater (AWWA).

(2)  Guide for Use of Insecticides, Handbook 290 (USDA).

(3)  Manual of Septic Tank Practice, Publication No. 526 (USPHS).

(4)  Sanitary Landfill Design and Operation Publication No. SW-65ts. (EPA).

(5)  Interim Guide of Good Practice for Incineration at Federal Facilities, Publication No. AP-46 (USPHS).

(6)  Incinerator Guidelines, Publication No. 2012 (USPHS).

(7)  Air Pollution Engineering Manual, Publication No. AP-40 (USPHS).

(8)  Compilation of Air Pollutant Emission Factors (EPA).

6.  <u>FIRE PROTECTION</u>.

a.  <u>Prescribed Standards</u>.

(1)  Fire Protection, Chapter VII of this Order.

      (2)  Facilities General Design Criteria, DOE N 1321.96.

      (3)  National Fire Codes (NFPA).

      (4)  Standard for Fire Protection of AEC Electronic Computer Data Processing Systems, WASH 1245-1. (Compliance with this standard satisfies the requirements for NFPA-75).

      (5)  Product Directories of Underwriters Laboratories together with the periodic supplements (UL).

      (6)  Factory Mutual Approval Guide (FM).

      (7)  TP20-11 General Fire Fighting Guidance for Nuclear Weapons.

   b.  Recommended Standards.

      (1)  Handbook of Fire Protection (NFPA).

      (2)  Loss Prevention Data Sheets (FM).

7.  HEALTH PROTECTION.

   a.  Radiation Protection.

      (1)  Prescribed Standards.

         (a)  Requirements for Radiation Protection, Chapter XI of this Order.

         (b)  Environmental Protection, Safety and Health Protection Reporting Requirements, DOE 5484.1.

         (c)  Performance Specifications for Direct Reading and Indirect Reading Pocket Dosimeters for X and Gamma Radiation, ANSI N13.5-1972 (ANSI).

         (d)  Radiation Symbol, ANSI N2.1-1969 (ANSI).

         (e)  Radiological Safety in the Design and Operation of Particle Accelerators, ANSI N43.1-1978 (ANSI).

         (f)  Specification and Performance of On-site Instrumentation for Continuously Monitoring Radioactivity in Effluents, ANSI N13.10-1974 (ANSI).

         (g)  Personnel Neutron Dosimeters (Neutron Energies Less Than 20 MeV), ANSI N319-1976 (ANSI).

(h) Performance Criteria for Instrumentation Used for Inplant Plutonium Monitoring, ANSI N317-1978 (ANSI).

(i) "Inspection and Test Specifications for Direct and Indirect Reading Quartz Fiber Pocket Dosimeters," ANSI N322-1975. (ANSI).

(2) Recommended Standards.

(a) Applicable (FRC) Reports (#1-1960, #2-1962, #5-1964, #7-1965, #8 (Revised) (EPA).

(b) Handbooks, NCRP Recommendations (NBS).

(c) Guide to Sampling Airborne Radioactive Materials in Nuclear Facilities, ANSI N13.1-1969 (ANSI).

(d) Criteria for Film Badge Performance, ANSI 13.7-1972 (ANSI).

(e) Radiation Protection Instrumentation Test and Calibration, ANSI N323-1978 (ANSI)

(f) Performance, Testing, and Procedural Specifications for Thermoluminescence Dosimetry:  Environmental  Applications, ANSI N545-1975 (ANSI).

(g) Standards for Protection Against Radiation (10 CFR 20).

(h) Radiation Protection Standards Reports (ICRP).

(i) Reports (ICRU)

(1) Report 20, 1971, Radiation Protection Instrumentation and Its Application.

(2) Report 19, 1968, Radiation Quantities and Units.

(3) Report 14, 1969, Radiation Dosimetry.

(j) Safety Series (IAEA).

(k) Electronic Product Radiation Control, Subpart 3 of P.L. 90-602, as amended on October 18, 1968.

(l) Technical Considerations in Emergency Instrumentation Preparedness, BNWL-1742, 1974. (DOE)

(1) Phase II-C - Emergency Radiological and Meteorological Instrumentation for Fuel Reprocessing Facilities, BNWL-1857, 1976.

(2) Phase II-D - Evaluation Testing and Calibration Methodology for Emergency Radiological Instrumentation, BNWL -1991, 1976.

(3) Phase II-B - Emergency Radiological and Meteorological Instrumentation for Mixed Fuel Fabrication Facilities, BNWL-1742, 1974.

(4) Phase II-A - Emergency Radiological and Meteorological Instrumentation Criteria for Reactors, BNWL-1635, 1972.

b. Occupational Medicine.

(1) Prescribed Standards.

(a) Department of Energy Contractor Occupational Medical Program, Chapter VIII of this Order.

(2) Recommended Standards.

(a) Scope, Objectives, and Functions of Occupational Health Programs, OOCH-213 (AMA).

(b) Occupational Health Services for Employees, U.S. Department of Health, Education, and Welfare. Public Health Service Publication No. 1041 (May 1963)(USPHS).

(c) An Administrative Guide for Federal Occupational Health Units, HEW, Public Health Service Publication No. 1325-A (March 1966), (USPHS).

(d) Epidemiology in Occupational Disease and Injury, OOCH-290 AMA).

(e) Medical Aspects of Radiation Accidents Handbook, Eugene Saenger, M.D., Editor (GPO).

c. Industrial Hygiene.

(1) Prescribed Standards.

(a) Current Threshold Limit Values (ACGIH).

    (b)  Practices for Respiratory Protection, ANSI Z88.2-1969 (ANSI).

  (2)  <u>Recommended Standards.</u>

    (a)  Hygienic Guide Series (AIHA).

    (b)  Heating and Cooling for Man in Industry (AIHA).

    (c)  Respirator Manual, LA-6370-M (DOE).

    (d)  Industrial Ventilation Manual (ACGIH).

    (e)  Industrial Noise Manual (AIHA).

    (f)  Guide for Conservation of Hearing and Noise (AAOO).

    (g)  NIOSH Criteria Documents (NIOSH).

d.  <u>Public Health and Sanitation, Prescribed Standards</u>

  (1)  <u>Food</u>

    (a)  Food Service Sanitation Manual, DHEW Publication No. 78-2081 (FDA).

    (b)  The Vending of Food and Beverages, USPHS Publication No. 546 (1965).

  (2)  <u>Water</u>

    (a)  National Interim Primary Drinking Water Regulations, Publication No. EPA-57019-76-003 (EPA).

    (b)  Manual for Evaluating Public Drinking Water Supplies, Publication No 1820 (EPA).

    (c)  Manual of Individual Water Supply Systems, Publication No. 430 9/73-003 (EPA).

    (d)  Quality Standards for Bottled Water (21 CFR 11).

    (e)  Sanitary Standard for Manufactured Ice, USPHS 1183 (1964).

    (f)  GSA Handbooks on Performance Standards for Cleaning Public Buildings (GSA).

8.  OCCUPATIONAL SAFETY.

   a.  General Safety.

     (1)  Prescribed Standards.

       (a)  Facilities General Design Criteria, DOE N 1321.96.

       (b)  Forest Service Safety Standards (USDA).

       (c)  Boiler and Pressure Vessel Code; Sections I-XI (ASME).

       (d)  ANSI Standards for Safety, as applicable.

       (e)  Occupational Safety and Health Program for Governemnt-Owned, Contractor-Operated Facilities, DOE 5483.1.

       (f)  Occupational Safety and Health Standards, 29 CFR 1910.

       (g)  Safety and Health Regulations for Construction, 29 CFR 1926.

       (h)  Safety and Health Regulations for Ship Repairing, 29 CFR 1915.

       (i)  Safety and Health Regulations for Shipbuilding, 29 CFR 1916.

       (j)  Safety and Health Regulations for Shipbreaking, 29 CFR 1917.

       (k)  Safety and Health Regulations for Longshoring, 29 CFR 1918.

       (l)  Department of Defense Explosive Safety Board Standards (Ordnance Operations).

       (m)  Department of Navy Standards (for Naval Reactors program applications) (NAV).

     (2)  Recommended Standards.

       (a)  Chemical Rocket Propellant Hazards, JANNAF Propulsion Committee, Volume I-General Safety Enineering Design Criteria, NTIS-AD 889763, May 1970.  Volume II-Solid Rocket Propellant Processing, Handling, Storage, and Transportation, NTIS-AD 870258, May 1970.  Volume III-Liquid Propellant Handling, Storage, and Transportation, N.T.I.S.-AD 870259, May 1970. (Quantity distance tables are expected-OSHA/NFPA QD tables apply where appropriate).

       (b)  Manual Sheets (MCA).

(c)  Chemical Safety Data Sheets (MCA).

(d)  Accident Prevention Manual for Industrial Operations (NSC).

(e)  Supervisor's Safety Manual (NSC).

(f)  Handbook of Laboratory Safety (CRC).

(g)  Handbook of Rigging, W.E. Rossnagel, McGraw-Hill Book Co., Inc., publishers. (McGraw).

(h)  Data Sheet Series (NSC).

(i)  Matheson Gas Data Book (MPD).

(j)  Handling Hazardous Materials, NASA SP-5032 (NASA).

(k)  Testing Materials Standards (those applicable to safety) (ASTM).

(1)  Handbook of Compressed Gases (CGA).

(m)  Service Station Safety, Accident Prevention Manual 5 (API).

b.  <u>Construction Safety</u>.

   (1)  <u>Prescribed Standards</u>.

      (a)  Construction Safety Programm, Chapter IX of this Order.

      (b)  Pipeline Safety Standards (49 CFR 192).

      (c)  Safety and Health Regulations for Construction (29 CFR 1926 Part A).

      (d)  Prevention, Control, and Abatement of Environmental Pollution, Chapter XII of this Order.

   (2)  <u>Recommended Standards</u>.

      (a)  Manual of Accident Prevention in Construction (AGCA).

      (b)  Guidelines for Minimizing Soil Erosion and Water and Air Pollution During Construction, Soil Conservation Service Engineering Memorandum 66, June 19, 1968 (USDA).

(

Case No. 1:90-cv-00181-JLK   Document 2385-5   filed 10/23/15   USDC Colorado   pg 30 of 115

c.  <u>Crane Safety</u>.

   (1)  <u>Prescribed Standards</u>.

      (a)  ANSI Series B 30.

      (b)  Crane Manufactures Association of America, Specification No. 70 (CMAA).

   (2)  <u>Recommended Standard:</u>  Requirements for Hoisting and Rigging of Special Components and Equipment, RDT F8-6 (DOE).

d.  <u>Drilling Safety</u>.

   (1)  <u>Prescribed Standards</u>.

      (a)  Petroleum Safety Orders, Administrative Code, Title 8, Chapter 4, Subchapter 14, State of California (except the requirement of paragraph (b) Section 6640, of article 41 of the 1959 orders is permanently waived-API PR 9B applies). (CALIF)

      (b)  Applicable Division of Production Specifications and Recommended Practices on Oil Field Equipment (API).

      (c)  Safe Practices in Drilling Operations, Third Edition, 1967, RP 2010 (API).

   (2)  <u>Recommended Standards</u>.

      (a)  Rotary Drilling Handbook on Accident Prevention and Safe Operating Practices (IAODC).

      (b)  Applicable Division of Production Bulletins (API).

e.  <u>Electrical Safety</u>.

   (1)  <u>Prescribed Standards</u>.

      (a)  National Electrical Code, ANSI/NFPA No. 70-1978.

      (b)  National Electrical Safety Code (ANSI-C2-1977).

   (2)  <u>Recommended Standards</u>.

      (a)  Electrical Engineering Regulations, CG-259, U.S. Coast Guard (DOT).

> (b) Miscellaneous Electrical Equipment List, CG-293, U.S. Coast Guard (DOT).
>
> (c) Safety Rules for the Installation and Maintenance of Electric Supply and Communication Lines, NBS No. 81.
>
> (d) Electrical Safety Guides for Research, Safety, and Fire Protection, Bulletin No. 13 (DOE).
>
> (e) Safety Guidelines for High Energy Accelerator Facilities, TID 23992 (DOE).
>
> (f) IEEE Standards for Safety (IEEE).

f. **Explosives Safety**.

  (1) **Prescribed Standards**.

> (a) Development and Readiness Command Safety Manual, DARCOM 385-100, U.S. Army Materiel Development and Readiness Command. (AMC)
>
> (b) DOD Ammunition and Explosives Safety Standards, DOD 5154.4S (DOD).
>
> (c) Blaster's Handbook (DuPont).
>
> (d) Facilities General Design Criteria, DOE 6430 (to be issued).

  (2) **Recommended Standards**.

> (a) Rules for Storing, Transporting, and Shipping Explosives, Pamphlet 5 (IME).
>
> (b) Safety in the Transportation, Storage, Handling, and Use of Explosives, Pamphlet 17 (IME).
>
> (c) Structures to Resist the Effects of Accidental Explosions, Department of the Army Technical Manual TM5-1300 (AMC).
>
> (d) Safety Guide for the Prevention of Radio Frequency Radiation Hazards, Pamphlet 20 (IME).
>
> (e) Evaluation of Explosive Storage Safety Criteria, May 1970, AD 871 194 (NTIS).

g. Firearm Safety.

   (1) Prescribed Standards.

      (a) GSA Handbook HB, Federal Protective Service Uniformed Force Operations, PBS P5930.17.

      (b) Pistols and Revolvers, FM 23-35, 7-60 (AMC).

      (c) Safety with Firearms Handbook (NRA).

   (2) Recommended Standards.

      (a) Education and Training Security Police, Training Course AMCP 621-1 (AMC).

      (b) Military Police Preservation of Order Activities, AMCR 190-3, 12-71 (AMC).

h. Mine and Tunnel Safety.

   (1) Prescribed Standards.

      (a) P.L. 91-173 88 Stat. 742-804 as amended by P.L. 95-164, Federal Mine Safety and Health Act of 1977.

      (b) Tunnel Safety Orders, Administrative Code, Title 8, Chapter 4, Subchapter 20, State of California (CALIF).

      (c) Mine Safety Orders, Administrative Code, Title 8, Chapter 4, Subchapter 12, State of California (CALIF).

   (2) Recommended Standard: Tunneling: Recommended Safety Rules, Bulletin 644, Bureau of Mines. (BUMINES)

9. NUCLEAR SAFETY.

a. Reactor Safety.

   (1) Prescribed Standard: Safety of Department of Energy Owned Reactors, Chapter VI of this Order.

   (2) Recommended Standards.

      (a) Applicable Nuclear Energy (RDT) Standards (See index of NE (RDT) Standards) (DOE).

Case No. 1:90-cv-00181-JLK  Document 2385-5  filed 10/23/15  USDC Colorado  pg 33 of 115

(b) Licensing of Production and Utilization Facilities, 10 CFR 50 and appendixes, including safety guides issued to described methods of implementing these regulations.

(c) Operators' Licenses, 10 CFR 55.

(d) Reactor Site Criteria, 10 CFR 100.

(e) Procedures for Review of Certain Nuclear Reactors Exempted from Licensing Requirements, 10 CFR 115.

(f) Safe Operation of Critical Assemblies and Research Reactors, 1971 Edition, Safety Series No. 35 (IAEA).

(g) Safe Operation of Nuclear Power Plants, Safety Series 31 (IAEA).

(h) IEEE Standards for Safety,(IEEE).

(i) ANSI Series 15 (ANSI).

b.  <u>Nuclear Criticality Safety.</u>

(1) <u>Prescribed Standard</u>:  Nuclear Criticality Safety, Chapter IV of this Order.

(2) <u>Recommended Standards.</u>

(a) Nuclear Safety Guide, TID-7016 (DOE)

(b) Criticality Accident Alarm System, ANSI/ANS-8.3-1979 (ANSI).

(c) Safety Standards for Operations with Fissionable Materials Outside Reactors, ANSI N16.1-1975 (ANSI).

(d) Use of Borosilicate-Glass Raschig Rings as a Neutron Absorber in Solutions of Fissile Materials, (ANSI/ANS 8.5-1979) (ANSI).

(e) Critical Dimensions of Systems Containing Uranium-235, Plutonium-239, and Uranium-233, TID-7028 (DOE).

(f) Critical and Safe Masses and Dimensions of Lattices of U and UO2 in Water, DuPont-1014 (DUPONT).

(g) United Kingdom Atomic Energy Authority Handbook of Criticality Data, AHSB(S), Handbook 1 (1st Revision).

(h) Criticality Handbook, ARH-600, (2 volumes).

(i) ANSI Series 16.

(j) "Immediate Evacuation Signal for Use in Industrial Installations," ANSI/ANS-N2.3-1979 (ANSI).

c. <u>Facility Safety</u>.

(1) <u>Prescribed Standards</u>.

(a) Safety of Nonreactor Nuclear Facilities, Chapter V of this order.

(b) Part II, Section A, Unirradiated Enriched Uranium Storage Facilities, DOE 6430 (to be issued).

(c) Criteria for Plutonium Storage Facilities (AEC Deputy General Manager's Letter of March 18, 1971) (DOE).

(d) Part II, Section B, Facilities General Design Criteria, DOE N 1321.96.

(2) <u>Recommended Standards</u>.

(a) Licensing of Production and Utilization Facilities, (10 CFR 50).

(b) Special Nuclear Material (10 CFR 70).

(c) Rules of General Applicability to Licensing of Byproduct Material (10 CFR 30).

(d) Licensing of Source Material (10 CFR 40).

(e) Operators' Licenses (10 CFR 55).

(f) Appropriate Portions of Reactor Site Criteria (10 CFR 100).

(g) Nuclear Air Cleaning Handbook ERDA 76-21, (DOE).

10. <u>TRANSPORTATION SAFETY</u>.

   a. <u>Aircraft Safety</u>.

     (1) <u>Prescribed Standards</u>.

       (a) Federal Aviation Regulations (DOT).

       (b) Aviation Safety, Chapter XIII of this Order.

     (2) <u>Recommended Standard</u>:  Aviation Ground Operation Safety
        Handbook (NSC).

   b. <u>Motor Vehicle and Traffic Safety</u>.

     (1) <u>Prescribed Standards</u>.

       (a) Motor Carrier Safety Regulations, Federal Highway
          Administration (DOT).

       (b) Hazardous Materials Regulations (49 CFR 397) (DOT).

       (c) Manual on Uniform Traffic Control Devices for
          Streets and Highways, Bureau of Public Roads (DOT).

       (d) Inspection Requirements for Motor Vehicles, Trailers
          and Semi-trailers Operated on Public Highways,
          ANSI D7.1-1973 (ANSI).

       (e) Uniform Vehicle Code (NCUTLO).

       (f) A Policy on Geometric Design of Rural Highways
          (AASHTO).

     (2) <u>Recommended Standards</u>.

       (a) Traffic Engineer's Handbook (I E and NSC).

       (b) Traffic Engineering, Matson, Smith and Hurd.  McGraw-
          Hill Book Company, Inc., publishers (McGraw)

       (c) Motor Fleet Safety Manual (NSC).

       (d) Traffic Accident Investigator's Manual for Police,
          The Traffic Institute, Northwestern University (NWU).

   (e)  Handbook of Highway Safety Design and Operating Practices (DOT).

 c.  <u>Vessels (Marine) Safety Prescribed Standards</u>:

  (1)  Rules and Regulations for Uninspected Vessels, Booklet 258, U.S. Coast Guard (DOT).

  (2)  Rules and Regulations for Numbering of Undocumented Vessels and the Reporting of Boating Accidents, Booklet 267, U.S. Coast Guard (DOT).

  (3)  Equipment Lists, Booklet 190, U.S. Coast Guard (DOT).

  (4)  Marine Engineering Regulations and Material Specifications, Booklet 115, U.S. Coast Guard (DOT).

  (5)  Ventilation System for Small Craft, Booklet 395, U.S. Coast Guard (DOT).

 d.  <u>Transportation of Radioactive Material</u>

  (1)  <u>Prescribed Standards</u>.

   (a)  Safety Standards for the Packaging of Radioactive and Fissile Materials, Chapter III of this Order.

   (b)  Nuclear Criticality Safety, Chapter IV of this Order (applies for fissionable materials).

   (c)  Department of Transportation Hazardous Materials Regulations (49 CFR 100-179).

   (d)  Packaging of Radioactive Materials for Transport (10 CFR 71).

   (e)  Physical Protection of Special Nuclear Material, (DOE ORDER 5632.2).

  (2)  <u>Recommended Standards</u>.

   (a)  Cask Designers Guide ORNL-NSIC-68, 1970 (DOE)

   (b)  Structural Analysis of Shipping Casks, ORNL-TM-1312, Volumes I through X (DOE).

   (c)  Packaging of Uranium Hexafluoride for Transport, ANSI N14.1-1971 (ANSI).

 e.  <u>Railroad Safety</u> Prescribed Standard:  Federal Railroad Administration, (49 CFR 211-240.

Case No. 1:90-cv-00181-JLK   Document 2385-5   filed 10/23/15   USDC Colorado   pg 37 of 115

## SOURCES OF SUPPLY FOR STANDARDS

1. AAOO        American Academy of Ophthalmology and Otolaryngology
               15 Second Street, S.W.
               Rochester, Minnesota  55901

2. AASHTO      American Association of State Highway and Transportation
                  Officals
               444 North Capitol Street, N.W.
               Washington. D.C.  20001

3. ACGIH       American Conference of Governmental Industrial Hygienists
               2205 South Road
               Cincinnati, Ohio  45238

4. AGCA        Associated General Contractors of America, Inc.
               1957 E Street, N.W.
               Washington, D.C.  20006

5. AIHA        American Industrial Hygiene Association
               475 Wolf Ledges Parkway
               Akron, Ohio  44311

6. AMC         United States Department of the Army
               Headquarters, U.S. Army Material Development and
                  Readiness Command
               Pentagon
               Washington, D.C.  20310

7. ANSI        American National Standards Institute
               1430 Broadway
               New York, New York  10018

8. API         American Petroleum Institute
               2101 L Street N.W.
               Washington, D.C.  20037

9. ASME        American Society of Mechanical Engineers, Inc.
               345 East 47th Street
               New York, New York  10017

10. ASTM       American Society for Testing and Materials
               1916 Race Street
               Philadelphia, Pennsylvania  19103

Attachment I-1
Page 20

DOE 5480.1 Chg 4
5-22-81

11. AWWA         American Water Works Association, Inc.
                 666 Quincy Street
                 Denver, Colorado  80235

12. BUMINES      Publications Section
                 U.S. Bureau of Mines
                 4800 Forbes Avenue
                 Pittsburgh, Pennsylvania  15213

13. CALIF        State of California
                 General Services Publications
                 P.O. Box 1015
                 North Highland, California  95660

14. CGA          Compressed Gas Association, Inc.
                 500 Fifth Avenue
                 New York, New York  10036

 5. CMAA         Crane Manufacturers Association of America, Inc.
                 1326 Freeport Road
                 Pittsburgh, Pennsylvania  15238

16. CRC          C. R. C. Press, Inc.
                 2000 N.W. 24th Street
                 Boco Raton, Florida  33431

17. DOD          Department of Defense
                 The Pentagon
                 Washington, D.C.  20301

18. DNA          Field Command
                 Defense Nuclear Agency
                 Albuquerque, New Mexico

19. DOT          Department of Transportation
                 400 7th Street, S.W.
                 Washington, D.C.  20590

20. DOT          Coast Guard
                 Department of Transportation
                 400 7th Street, S.W.
                 Washington, D.C.  20590

21. DUPONT       E.I. duPont de Nemours and Company
                 Petrochemicals Department
                 Wilmington, Delaware  19898

DOE 5480.1  Chg 4
5-22-81

22. EPA     Environmental Protection Agency
            401 M Street, S.W.
            Washington, D.C.  20460

23. FDA     Food and Drug Administration
            5600 Fishers Lane
            Rockville, Maryland  20857

24. FEMA    Federal Emergency Management Agency
            Administrative Services Division
            Printing and Publications Branch
            Room 404
            Washington, D.C. 20472

25. FM      Factory Mutual Engineering Division
            1151 Boston-Providence Turnpike
            Norwood, Massachusetts  02062

26. GPO     Superintendent of Documents
            United States Government Printing Office
            Washington, D.C.  20402

27. GSA     General Services Administration
            General Services Building
            18 and F Street, N.W.
            Washington, D.C.  20405

28. IAEA    UNIPUB
            P.O. Box 433, Murray Hill Station
            New York, New York  10016

29. ICRP    International Committee on Radiation Protection
            4201 Lexington Avenue
            New York, New York  10017

30. ICRU    International Commission on Radiation Units
               and Measurements
            7910 Woodmont Avenue
            Washington, D.C.  20014

31. IEEE    Institute of Electrical and Electronic
               Engineers, Inc.
            345 East 47th Street
            New York, New York  10017

32. IME     Institute of Makers of Explosives
            420 Lexington Avenue
            New York, New York  10017

33. IRI     Industrial Risk Insurers
85 Woodland Street
Hartford, Connecticut  06102

34. ISO     International Standards Organization
c/o American National Standards Institute
1430 Broadway
New York, New York  10018

35. ITE     Institute of Transportation Engineers, Inc.
Suite 905, 1815 North Fort Myer Drive
Arlington, Virginia  22209

36. MCA     Chemical Manufacturers Association
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009

37. MCGRAW     McGraw-Hill Book Company, Inc.
1221 Avenue of Americas
New York, New York  10020

38. MPD     G. D. Searle and Company
Will Ross, Inc./Matties or Products Division
P.O. Box 85
East Rutherford, New Jersey  07073

39. NASA     National Aeronautics and Space Administration
400 Maryland Avenue, S.W.
Washington, D.C.  20546

40. NAV     Commanding Officer
(Code 512) Naval Publications and Forms Center
5801 Tabor Avenue
Philadelphia, Pennsylvania  19120

41. NBS     National Bureau of Standards
Department of Commerce
Washington, D.C.  20234

42. NCRP     National Council on Radiation Protection and
Measurement
7910 Woodmont Avenue, Suite 1016
Bethesda, Maryland  20014

43. NCUTLO     National Committee on Uniform Traffic Laws
and Ordinances
1776 Massachusetts Avenue, N.W.
Washington, D.C.  20036

DOE 5480.1 Chg 4
5-22-81

44. NFPA    National Fire Protection Association
470 Atlantic Avenue
Boston, Massachusetts 02210

45. NIOSH    Publications
NIOSH (MSR6)
4676 Columbia Parkway
Cincinnati, Ohio 45226

46. NRA    National Rifle Association
1600 Rhode Island Avenue, N.W.
Washington, D.C. 20036

47. NSC    National Safety Council
444 North Michigan Avenue
Chicago, Illinois 60611

48. NTIS    National Technical Information Service
Department of Commerce
Springfield, Virginia 22151

49. NWU    Traffic Institute
Northwestern University
405 Church Street
Evanston, Illinois 60201

50. OMB    Office of Management and Budget
Old Executive Office Building
17th and Pennsylvania Avenue, I.W.
Washington, D.C. 20503

51. OSHA    OSHA Publications Office
U.S. Department of Labor
Room S1212
3rd Street and Constitution Avenue, N.W.
Washington, D.C. 20210

52. UL    Underwriters' Laboratories, Inc
207 East Ohio Street
Chicago, Illinois 60611

53. USDA    Department of Agriculture
Washington, D.C. 20250

54. USPHS    Public Health Service
Office of Public Affairs
100 Independence Avenue, S.W.
Room 7406
Washington, D.C. 20201

8-13-81

# CHAPTER XI

## REQUIREMENTS FOR RADIATION PROTECTION

1. **PURPOSE.** This chapter establishes radiation protection standards and requirements for Department of Energy and Department of Energy contractor operations based upon the recommendations of the Environmental Protection Agency and the National Council on Radiation Protection and Measurement.

2. **DEFINITIONS.**

   a. **Controlled Area.** Any area to which access is controlled in order to protect individuals from exposure to radiation and radioactive materials.

   b. **Dose Commitment.** The dose equivalent (rem) received by specific organs during a period of one calendar year, that was the result of uptakes of radionuclides by a person occupationally exposed.

   c. **First Collision Dose.** A measure of radiation dose at a certain point, based on the incident energy transferred to secondary charged particles, per gram of absorbing materials, by primary particles that suffer only one collision in the medium.

   d. **Neutron Spectrum.** A description of a neutron radiation field in terms of the number of neutrons per unit energy interval.

   e. **Primary Unit.** A nuclear accident dosimetry unit placed in a position near a potential accident site.

   f. **Screening.** A method for rapidly selecting those individuals involved in a nuclear accident and subjected to acutely serious radiation exposure.

3. **RESPONSIBILITIES AND AUTHORITIES.**

   a. **Heads of Field Organizations shall:**

      (1) Review and approve emergency plans for rescue and recovery operations.

      (2) Act, where immediate decisions and actions are required, on requests for exemptions from the requirements of this chapter and immediately report and justify such action to the Deputy Assistant Secretary for Environmental Safety and Health (EP-30). Contractors may be authorized to take all appropriate measures in emergency situations. See page XI-9, paragraph 4e.

      (3) Assure that Department employees, Department contractor personnel, and the general public are protected against unnecessary radiation exposure and comply with the provisions of this chapter.

Vertical line denotes change.

b. The Deputy Assistant Secretary for Naval Reactors shall assume the same responsibilities as heads of Field Organizations for Naval Reactors activities.

REQUIREMENTS.

a. Occupationally Related Exposure of Individuals in Controlled Areas. Radiation exposures shall be limited to levels reasonably achievable within the standards prescribed below.

   (1) Radiation Protection Standards for External and Internal Exposures. (See Figure XI-1.)

   (2) Procedural Requirements.

      (a) Restrictions.

         1 An individual under age 18 shall neither be employed in, nor allowed to enter, controlled areas in such a manner that he or she will receive doses of radiation in amounts exceeding one-tenth the standards in paragraph 4a(1) above.

         2 Dose to students under age 18 exposed to radiation during educational activities shall not exceed 0.1 rem/year. This exposure shall be considered a part of the 0.5 rem/year limit for workers under age 18 and not supplemental to it.

      (b) Combining Internal and External Dose. Current year whole body internal dose commitment from radionuclides for which the whole body is the critical organ must be combined with the external whole body dose. Where both the external penetrating dose and internal dose to critical organ are known, they shall be combined for that organ.

      (c) Emergency or Accidental Exposure. Radiation doses received in emergency or accidental situations will be chargeable to the radiation exposure records of the exposed individuals. However, the decision as to whether an individual exposed to radiation in excess of the standards in subparagraph a(1) above will continue to work in a radiation area will be made on a case-by-case basis by operating contractor management in accordance with the advice of the contractor's health physics and occupational medical departments and subject to the approval of the Head of Field Organization. The operating contractor shall assure the head of the responsible field office that the unsafe conditions under which the emergency or accidental exposures were received

Vertical line denotes change.

DOE 5480.1 Chg 6
8-13-81

XI-3

| Type of Exposure | Exposure Period | Dose Equivalent (Dose or Dose Commitment[1]/rem) |
|---|---|---|
| Whole body, head and trunk, gonads, lens of the eye[2]/, red bone marrow, active blood-forming organs. | Year<br>Calendar Quarter | ≤5[3]/<br>3 |
| Unlimited areas of the skin (except hands and forearms). Other organs, tissues, and organ systems (except bone). | Year<br>Calendar Quarter | 15<br>5 |
| Bone. | Year<br>Calendar Quarter | 30<br>10 |
| Forearms[4]/ | Year<br>Calendar Quarter | 30<br>10 |
| Hands[4]/ and feet. | Year<br>Calendar Quarter | 75<br>25 |

1/ To meet the above dose commitment standards, operations must be conducted in such a manner that it would be unlikely that an individual would assimilate in a critical organ, by inhalation, ingestion, or absorption, a quantity of radio-nuclide or mixture of radionuclides that would commit the individual to an organ dose that exceeds the limits specified in the above table.

2/ A beta exposure below a maximum energy of 700 KeV will not penetrate the lens of the eye; therefore, the applicable limit for these energies would be that for the skin (15 rem/year).

3/ In special cases, with the approval of EP-30, a worker may exceed 5 rem/year, provided his or her average exposure per year since age 18 will not exceed 5 rem per year. This does not apply to emergency situations.

4/ All reasonable effort shall be made to keep exposures of forearms and hands to the general limit for the skin.

FIGURE XI-1
RADIATION PROTECTION STANDARDS FOR
OCCUPATIONALLY RELATED EXTERNAL AND INTERNAL EXPOSURES

Vertical line denotes change.

have been eliminated. The decision to resume operations following an emergency or accidental radiation exposure shall be subject to the approval of the head of the responsible field office.

(d) Monitoring Requirements. Monitoring is required where the potential exists for the individual to receive a dose or dose commitment in any calendar quarter in excess of 10 percent of the quarterly standards stated in paragraphs 4a(1) and 4a(2)(a)2 above. Monitoring requirements as specified for the following conditions shall include:

   1 External Radiation. Personnel monitoring equipment for each individual.

   2 Internal Radiation. Periodic (monthly, quarterly, annually, etc.) bioassay analysis or in vivo counting or evaluation of air concentration to which the individual is exposed, or a combination of all methods.

(e) Methods of Estimating Dose Commitment. Methods of estimating dose commitment to the organ of interest should be suitable to the existing conditions and consistent with assumptions and recommendations of the Environmental Protection Agency, the National Council on Radiation Protection and Measurement, and the International Commission on Radiological Protection.

(3) Concentration Guides.

   (a) Air. Concentration Guides in Attachment 1, Table I, Column 1, were derived for the most part from the yearly standards in paragraph 4a(1) above (assume a 40 hour workweek). They should be used in evaluating the adequacy of health protection measures against airborne radioactivity in occupied areas.

   (b) Water. The Concentration Guides in Attachment 1, Table I, Column 2, are applicable to the discharge of liquid effluents to sanitary sewage systems (see paragraph 4b(5) on page XI-6). Drinking water concentrations in controlled areas shall be maintained within the concentration guides specified in Table II, Column 2.

b. Exposure of Individuals and Population Groups in Uncontrolled Areas. Exposures to members of the public shall be as low as reasonably achievable levels within the standards prescribed below.

Vertical line denotes change.

DOE 5480.1 Chg 2
4-29-81

|  | Annual Dose Equivalent or Dose Commitment (rem) | |
| --- | --- | --- |
| Type of Exposure | Based on dose to individuals at points of maximum probable exposure (rem) | Based on average dose to a suitable sample of the exposed population[2]/ (rem) |
| Whole body, gonads, or bone marrow | 0.5 | 0.17 |
| Other organs | 1.5 | 0.5 |

---

1/  In keeping with Department of Energy policy on lowest practicable exposures, exposures to the public shall be limited to as small a fraction of the respective annual dose limits as is reasonably achievable.

2/  See Paragraph 5.4, Federal Radiation Council Report No. 1, for discussion on concept of suitable sample of exposed population.

FIGURE XI-2
RADIATION PROTECTION STANDARDS FOR EXTERNAL AND
INTERNAL EXPOSURE OF MEMBERS OF THE PUBLIC

(1) <u>Radiation Protection Standards for External and Internal Exposure.</u>
    (See Figure XI-2.)

(2) <u>Monitoring Requirements.</u> To assure that doses to the public are
    maintained as low as reasonably achievable consistent with dose
    standards set forth in paragraph 4b(1) above, effluents to the
    environment, and other parameters shall be monitored and docu-
    mented in accordance with DOE 5484.1.

(3) <u>Concentration Guides.</u>

    (a) Concentration Guides in Attachment XI-1, Table II, were derived
        for the most part from the dose standards for individuals in
        paragraph 4b(1) above (assume 168 hours of exposure per week).
        These guides shall be reduced by a factor of three when
        applied to a suitable sample of the population. Where
        transient exposures can be calculated, the concentration
        guides other than those in Attachment XI-1, Table II, may be
        used to evaluate compliance with the dose commitment standard.

    (b) There may be situations where it is not feasible or desirable
        to evaluate the exposure of individuals and samples of exposed
        populations to effluents to assure compliance with standards in
        paragraph 4b(1) above. In those cases, effluent releases to
        uncontrolled areas shall be such that average concentrations of
        radioactivity at the point of release are within the concentra-
        tion guides and are as low as reasonably achievable. The point
        of release shall be considered to be the point at which the
        effluents pass beyond the site boundary. Radioactivity concen-
        trations may be averaged over periods up to 1 year.

(4) <u>Further Limitations on Effluent Discharges.</u> In any situation in
    which the effluents discharged by one or more activities of the
    Department, Department contractors, or others cause exposure to
    approach the standards specified in subparagraph b(1) above, appro-
    priate effluent discharge limits may be set for these operations.
    In such cases, the manager of the field organization may take the
    necessary corrective action if all activities concerned are within
    his or her area of responsibility. Otherwise, each case will be
    referred to EP-30 for appropriate action including, where appropriate,
    coordination with actions taken by the Nuclear Regulatory Commission
    under the Code of Federal Regulations, Title 10, Part 20.106(e).

(5) <u>Discharge to Sanitary Sewage Systems.</u>

    (a) Effluents may be discharged to public sanitary sewage systems
        provided:

Vertical line denotes change.

DOE 5480.1 Chg 2                                                    XI-7
4-29-81

    1  The quantity of radioactivity released in any one month, if diluted by the average monthly quantity of water released by the installation, will not result in an average concentration exceeding the concentration guide in Attachment 1, Table I, Column 2.

    2  The radiation protection standards in paragraph (1), above, are not exceeded.

   (b)  Concentrations or quantities of radioactive materials greater than those specified in paragraphs 4(b) and (5)(a)1 and 2, above, may be released to chemical or sanitary sewage systems owned by the Federal Government provided the standards in paragraph 4b(1) above are not exceeded in uncontrolled areas.

c.  Nuclear Accident Dosimetry.  These requirements are applicable to Department of Energy contractor installations possessing sufficient quantities and kinds of fissile material to potentially constitute a critical mass and where a nuclear accident is possible and may result in the excessive exposure of personnel to radiation.

  (1)  Basic Elements.

    (a)  A method for initial "screening" of personnel involved in nuclear accidents.

    (b)  A system of fixed units (primary unit) capable of yielding first collision radiation dose and the approximate neutron spectrum at the locations.

    (c)  Personnel dosimeters capable of furnishing data sufficient to normalize data derived from the fixed system.

    (d)  Methods for analysis of biological materials (including sodium 2/ activity, and phosphorous 32 activity in hair).

  (2)  Nuclear Accident Dosimeter Units.

    (a)  The fixed unit should be capable of determining first collision fission neutron dose at its location within 25 percent.

    (b)  The gamma ray components for all units should permit measuring fission gamma radiation in the presence of neutrons at the location of the unit within approximately 20 percent.

    (c)  The exposure range of the gamma components should extend from 10 Roentgen to about $10^4$ Roentgen.

DOE 5480.1 Chg 2
4-29-81

(d)  The unit should measure the approximate neutron spectrum to permit converting rad to rem dose.

(e)  A system for counting to provide the dose data within the time necessary to achieve accuracy required by the above criteria (paragraphs 4c(2)(a) and (b)) should be available.

(f)  The units should be assembled in such a manner as to permit easy recovery.

(g)  Units using foils containing radioactive material shall be placed in fire-resistant containers.

(h)  Units should be shock resistant and they should also be protected against contamination to avoid false measurements.

(3)  <u>Number and Placement of Dosimeter Units</u>.  The number of units needed and the placement of units will depend on the nature of the operation, structural design of the facility, and accessibility of areas to personnel.  The following placement criteria are acceptable.

(a)  The number and distribution of units should be chosen such that each unit will be sufficiently near a work location as to permit increased accuracy in the extrapolation of dose to personnel.

(b)  The fixed units should be placed such that there is as little extraneous intervening shielding and obstruction as possible between the units and the potential accident area.

(c)  If there are unusual shielding situations affecting work areas near a potential accident location, additional fixed units should be provided.  Care should be exercised to assure that these units are distributed in close proximity to actual work locations.

(d)  Personnel dosimeters should be worn and should be capable of providing spectrum and flux information to aid in extrapolating dose from fixed units to location of personnel.

(e)  Ease of recovery after a nuclear accident should be considered in placement of the fixed units.  Careful consideration should be given to the need for remote retrieval mechanisms.

Case No. 1:90-cv-00181-JLK   Document 2385-5   filed 10/23/15   USDC Colorado   pg 50 of 115

(f)  Consideration should be given to the type and number of units procured in order to achieve economic and efficient use of the unit.

d.  <u>Quality Factors to be Applied in Determining Rem Exposure</u>.  The exposure standards specified in this chapter are expressed in terms of rem, which implies that the absorbed dose (expressed in rads) should be multiplied by an appropriate weight factor (quality factor).  The quality factors to be used for determining neutron exposures from known energies are provided in Figures XI-3 and XI-4.

e.  <u>Guidance for Emergency Exposure During Rescue and Recovery Activities</u>.

(1)  <u>Purpose</u>.  The emergency action guidance promulgated in this part provides instructions and background information for use in determining appropriate actions concerning the rescue and recovery of persons and the protection of health and property during periods of emergency.

(2)  <u>General Considerations</u>.

(a)  The problem of controlling exposure to radiation during rescue and recovery actions is extremely complex.  Performing rescue and recovery operations requires the exercise of prompt judgment to take into account multiple hazards and alternate methods of accomplishment.  Sound judgment and flexibility of action are crucial to the success of any type of emergency actions. Although the guiding principle is to minimize the risk of injury to those persons involved in the rescue and recovery activities, the control of radiation exposures should be consistent with the immediate objective of saving human life, the recovery of a deceased victim, and the protecting of health and saving of property.

(b)  To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, these instructions do not establish a rigid upper limit of exposure but rather leave judgment up to persons in charge of emergency operations to determine the amount of exposure that should be permitted to perform the emergency mission.

(c)  The official in charge must carefully examine any proposed action involving further radiation exposure by weighing the risks of radiation insults, actual or potential, against the benefits to be gained.  Exposure probability, biological consequences related to dose, and the number of people involved are the essential elements to be evaluated in making a risk determination.

DOE 5480.1 Chg 2
4-29-81

| Neutron Energy | $\overline{QF}$ | Neutron Flux Density |
|---|---|---|
| MeV | | $cm^{-2}\ s^{-1}$ |
| $2.5 \times 10^{-8}$ (thermal) | 2 | 520 |
| $1 \times 10^{-7}$ | 2 | 680 |
| $1 \times 10^{-6}$ | 2 | 560 |
| $1 \times 10^{-5}$ | 2 | 560 |
| $1 \times 10^{-4}$ | 2 | 560 |
| $1 \times 10^{-3}$ | 2 | 520 |
| $1 \times 10^{-2}$ | 2 | 680 |
| $1 \times 10^{-1}$ | 2.5 | 700 |
| $5 \times 10^{-1}$ | 7.5 | 115 |
| 1 | 11 | 27 |
| 2.5 | 11 | 19 |
| 5 | 9 | 20 |
| 7 | 8 | 16 |
| 10 | 7 | 17 |
| 14 | 6.5 | 17 |
| 20 | 7.5 | 12 |
| 40 | 8 | 11 |
| 60 | 7 | 10 |
| 80 | 5.5 | 11 |
| $1 \times 10^{2}$ | 4 | 14 |
| $2 \times 10^{2}$ | 3.5 | 13 |
| $3 \times 10^{2}$ | 3.5 | 11 |
| $4 \times 10^{2}$ | 3.5 | 10 |

FIGURE XI-3

Mean quality factors, $\overline{QF}$*, and values of neutron flux density which in a period of 40 hours results in a maximum dose equivalent of 100 mrem.

*Maximum value of QF in a 30-cm phantom.

| Radiation Type | Rounded QF |
|---|---|
| X rays, gamma rays, electrons or positrons, Energy >0.03 MeV | 1 |
| Electrons or positrons, Energy <0.03 MeV | 1 |
| Neutrons, Energy <10 keV | 3 |
| Neutrons, Energy >10 keV | 10 |
| Protons | 1-10* |
| Alpha particles | 1-20 |
| Fission fragments, recoil nuclei | 20 |

*Use the higher value for round-off or calculate by the methods of ICRP Publication 4.

FIGURE XI-4
PRACTICAL QUALITY FACTORS

Case No. 1:90-cv-00181-JLK   Document 2385-5   filed 10/23/15   USDC Colorado   pg 52 of 115

(d) These instructions recognize that accident situations involving the saving of lives will require separate criteria from those of actions required to recover deceased victims or to save property. In the latter instances, the amount of exposure expected to be received by persons should be controlled as much as possible within occupational limits.

(3) <u>Emergency Situations</u>. Specific dose criteria and judgment factors are set forth for the three categories of risk-benefit considerations, i.e., actions involving the saving of human life, the recovery of deceased victims, and the protection of health and property.

(a) <u>Saving of Human Life</u>.

<u>1</u> Attempts to rescue victims of a nuclear incident should be regarded in the same context as any other emergency action involving the rescue of victims, regardless of the type of hazard involved.

<u>2</u> If it is determined that an individual may be alive within the affected area, the course of action to be pursued should be determined by the person onsite having the emergency action responsibility.

<u>3</u> Exposure projections shall be determined by the person onsite having the emergency action responsibility. Exposure guidance should be based on an immediate evaluation of the situation. The decision making process should consider:

<u>a</u> Evaluation of the inherent risks:

i The reliability of the prediction of radiation injury cannot be greater than the reliability of the estimation dose. Therefore, consideration should be given to limits of error associated with the specific instruments and techniques used to estimate the dose rate. This is especially crucial when the estimated dose approximates 100 rems or more.

ii The exposure expected in performing the action shall be weighed in terms of the effects of acute whole-body exposure and entry of radioactive material into the body.

iii Current assessment of the degree and nature of the hazard, and the capability of reducing inherent risk

from that hazard through appropriate mechanism such as the use of protective equipment, remote manipulation equipment, or similar means.

<u>4</u>  In the course of making a decision to perform the action, the risk to rescue personnel should be weighed against the probability of success of the rescue action.

<u>5</u>  Any rescue action that may involve substantial personal risk should be performed by volunteers, and each emergency worker shall be advised of the known or estimated extent of such risk prior to participation.

(b)  <u>Recovery of Deceased Victims.</u>

<u>1</u>  Accident situations involving recovery of deceased victims require criteria separate from those for saving lives.  Since the element of time is no longer a critical factor, the recovery of deceased victims should be well planned.  The amount of radiation exposure received by persons in recovery operations shall be controlled within existing occupational exposure guides.

<u>2</u>  In those situations where victims are located in areas inaccessible because of high direct radiation fields, and where the recovery mission would result in exposure in excess of occupational exposure standards, special remote recovery devices should be used to retrieve the bodies.

<u>3</u>  In special circumstances where it is impossible to recover bodies without the entry of emergency workers into the area, the occupation exposure standards contained in this chapter may be exceeded.  However, the planned exposures of an individual participating in the recovery should not exceed 12 rem total for the year or 5 (N-18), whichever is the more limiting.

(c)  <u>Protection of Health and Property.</u>  Where the risk of the radiation hazard either bears significantly on the state of health of people or may result in loss of property, and immediate remedial action is required, the following criteria apply:

    1  When the person in charge of emergency action onsite deems it essential to reduce a hazard potential to acceptable levels or to prevent a substantial loss of property, a planned exposure up to, but not to exceed, 12 rem for the year may be received by the individuals participating in the operation. The person in charge of emergency action under special circumstances could waive these limits and permit volunteers to receive an exposure up to, but not to exceed, 25 rem.

    2  Where the potential risk of radiation hazard is such that life would be in jeopardy, or that there would be severe effects on health of the public or loss of property inimical to the public safety, the criteria for saving human life shall apply.

f.  Guidance on Maintaining Exposures to As Low As Reasonably Achievable.

    (1)  Introduction.  Exposures to radiation shall be maintained as low as reasonably achievable and within the guidelines provided in paragraphs 4a and b. Assurance that worker and public exposures do not exceed the exposure guidelines (e.g., 3 rem per quarter, 5 rem per year for radiation workers) is, in itself, insufficient in that Department policy is that operations shall be conducted in a manner to assure that radiation exposure to individuals and population groups is limited to the lowest levels reasonably achievable. The guidelines contained herein suggest several factors to consider in each operation to assure compliance with Department policy. They are by no means exhaustive. The DOE publication, "A Guide to Reducing Radiation Exposures to As Low As Reasonably Achievable (ALARA)," DOE/EV/1830-T5, represents a more complete guidance on useful practices and potential areas of concern in satisfying this policy. To the extent feasible, the considerations outlined in this document shall be implemented to insure a comprehensive approach toward assuring that radiation exposure is maintained as low as reasonably achievable. Basic to following these guidelines is the premise that exposures can be maintained as low as reasonably achievable through considerations in the design or modification to a facility and equipment, reducing the errors in radiation exposure assessments through the application of state-of-the-art instrumentation maintenance and calibration, and by the institution of appropriate procedures and training.

    (2)  Considerations Toward Maintaining Radiation Exposures As Low As Reasonably Achievable.  When applying the following guidelines, changes in processes or modifications to existing facilities should be considered on the merits of the specific case.

Vertical line denotes change.

(a) Facility Considerations.

1 Design.

a Exposure rates in work areas should be reduced as low as reasonably achievable by proper facility design and equipment layout. Design factors to consider are: occupancy time, source terms, spacing, processes, equipment, and shielding. Onsite personnel exposure levels less than one-fifth of the permissible dose equivalent limits prescribed in this chapter should be used as a design objective.

b Primary means for assuring protection should be through physical safeguards, e.g., remote handling, equipment, shielding, etc. Administrative controls should be regarded as secondary means.

c The general concept in the design facility for purposes of high level contamination confinement should be primary, secondary, and tertiary confinement. Primary confinement would be the process enclosures and their ventilation and air cleaning systems, secondary confinement would be the operating area compartments and their ventilation and air cleaning systems, and the tertiary confinement would be the structure and its ventilation and air cleaning systems.

d Compartmentalization should be provided to isolate high risk areas.

e Decommissioning requirements should be considered in the design of a facility. The avoidance of rough surfaces, cracks, and crevices in potential contamination areas should be considered in this context.

f The use of protective coating in radiation areas should comply with the specifications contained in American National Standards Institute Standard N512-1974, "Protective Coating for Nuclear Industry."

g Interior surfaces, as well as layout of ducts and pipes, should be designed to minimize buildup of contamination and exposure to personnel, and to facilitate cleanup.

h  Equipment and components requiring frequent servicing should be located in areas free of radiation or in the lowest practicable radiation field.

i  Ventilation systems should be designed to assure control of air contaminants. Redundant equipment should be provided in all exhaust systems servicing contaminated and potentially contaminated areas. The system should permit easy safe access for servicing.

j  Air cleaning systems should be designed to reduce plant releases and minimize vulnerability to adverse conditions such as fire or explosion. The design should also permit in-place testing of both online and standby filter installations. These tests should be performed as recommended in American National Standards Institute Standard N510-1980, "Testing of Nuclear Air Cleaning Systems."

k  Liquid waste systems should be designed to confine or reduce releases to the environment offsite and onsite.

l  Personnel and equipment traffic patterns should be well defined so as to minimize the potential spread of contamination. Entrances and exits should be designed, posted, and controlled to minimize transient or casual exposure.

2  Operating Equipment.

a  All operating equipment including enclosures, glove boxes, conveyors, hoods, ventilation, and air cleaning systems should be routinely inspected to assure optimum performance from the safety viewpoint.

b  For those facilities involving glove box operations, the following guidance applies:

   i  Double ring ports should be required for all glove box gloves.

   ii  Equipment located in glove boxes should be designed for in-place maintenance.

iii  The inner surface of a glove box should be designed to permit easy, efficient decontamination.  Since contamination buildup in a glove box is a large contributor to worker exposure, a routine schedule for inspection and decontamination of glove boxes should be established.

iv  Air cleaning should be provided at the glove box exhaust port.

c  Valve packing and gaskets should be selected on the basis of achieving optimum performance in order to minimize leakage and spillage of radioactive materials.

3  Monitoring and Protective Equipment.

a  Ambient air and exhaust monitoring systems including readout and preset alarms should be located to permit rapid monitoring of airborne releases.  Monitors should be selected, tested, and calibrated in accordance with the general guidance contained in American National Standards Institute Standard N13.1, "Guide to Sampling Airborne Radioactive Materials in a Nuclear Facility."

b  Portable instrumentation should be available as appropriate.  Scheduled tests and calibration should comply with the specifications contained in American National Standards Institute Standard N13/42 WG4, "Radiation Protection Instrumentation and Calibration-Final."

c  Inhalation and ingestion should be minimized by proper use of state-of-the-art respiratory protection.  The respiratory program shall comply with guidance contained in American National Standards Institute Standard Z88.2, "Respiratory Protection."

d  To achieve optimum accuracy, personnel dosimeters should comply with the performance parameters contained in American National Standards Institute Standard N13.5, "Performance Specifications for Direct Reading and Indirect Reading Pocket Dosimeters for X and Gamma Radiation," American National Standards Institute Standard N13.7, "Film Badge Performance, " and

DOE 5480.1 Chg 2

XI-17

4-29-81

American National Standards Institute Standard N13/42 WG 1 Final Draft 1979, "TLD - A Standard for Performance."

e  Radiation monitoring systems (e.g., area monitors, effluent monitors, etc.) should be appropriately selected, installed, tested, and calibrated following the recommendations contained in American National Standards Institute Standard N13.10-1974, "Specification and Performance of Onsite Instrumentation for Continuously Monitoring Radioactivity in Effluents."

f  Protection systems should be reliable and capable of being tested in situ. The design of critical systems such as alarm systems shall provide for redundancy and independence to assure (1) that no single failure results in the loss of the protection function, and (2) that removal from service of any component does not result in loss of the redundancy.

g  The emergency warning systems should be designed to comply with the performance specifications contained in American National Standards Institute Standard N16.2, "Criticality Accident Alarm," and American National Standards Institute Standard N2.3, "Immediate Evacuation Signal for Use in Industrial Facilities Where Radiation Exposure May Occur."

4  Procedures.

a  Records of exposure data, contamination surveys, airborne and internal exposure data should be evaluated to determine whether exposures are being maintained as low as reasonably achievable. Where appropriate, procedures should be used to maintain exposures as low as reasonably achievable.

b  Total man-rems should be estimated for large tasks and a total man-rem dose established before initiating the job.

c  Approximate radiation levels should be posted in work areas.

d  Contamination control procedures should be established for all jobs where contamination may be present. Supervision should assure that workers follow proper procedures in order to maintain their exposures as low as reasonably achievable.

e  Special tools and temporary shielding should be used where practicable to reduce radiation exposures.

f  Tasks should be completed with the fewest people in the radiation field consistent with safe operations. Procedures should be established to assure there is effective use of personnel and that personnel are not idle in the radiation area.

g  Where appropriate, time and motion studies should be conducted to assure that workers in radiation fields complete assigned tasks with the minimum time consistent with safe operations.

h  Objectives should include reducing exposure rates in worker locations rather than instituting a system of worker rotation to minimize exposure to individuals. Emphasis should be placed on worker efficiency.

i  Worker locations should be properly evaluated on a routine basis to determine whether sufficient effort has been expended to assure that exposures are maintained as low as reasonably achievable. In the case of glove box operations, this would include a determination that box contamination buildup is minimized, shielding is optimum, and workers complete their tasks within a reasonable time.

j  Buffer area control points should be clearly established and contain appropriate equipment and clothing to permit proper contamination control. Maintaining proper supervision in the area is essential to maintaining exposure as low as reasonably achievable.

k  Procedures should be instituted to review periodically the potential for and actual release of radioactivity to the environment in gaseous and liquid effluents.

(b)  Radiation Safety Management.

1  Training.

a  Worker safety training programs should be established and conducted at a sufficient frequency to familiarize the worker with the fundamentals of health physics and the proper procedures for maintaining exposures and

plant releases as low as reasonably achievable. Training
programs should be on a continuing basis to enable
training of replacement personnel as well as retraining
to assure that personnel remain proficient, and should
include a means to determine that the trainees have
attained the necessary qualification status. A radiation
safety training program should include but not be limited
to:

   i  Principles of design operation and maintenance
     of the plant, project equipment, or experiment.

  ii  Potential problem areas from the radiological
     viewpoint.

 iii  Basic characteristics of radiation and contamination.

  iv  Methods (procedures, equipment) for exposure and
     contamination control.

   v  Basic understanding of biological dose and methods
     of assessment.

  vi  Emergency procedures and systems.

<u>b</u>  Operations supervision should have a good understanding
   of the radiological characteristics and potential safety
   problem areas associated with their program including all
   the training elements covered under paragraph 4f(2)(b)<u>1</u> <u>a</u>
   above. This would permit a proper assessment of the
   adequacy of controls instituted to maintain exposures as
   low as reasonably achievable.

<u>Internal Audits</u>

1) Internal audits shall be conducted of the radiation control program.

2) In conducting such audits, the guidelines set forth in DOE 5482.1
   shall be used.

Case No. 1:90-cv-00181-JLK   Document 2385-5   Filed 10/23/15   USDC Colorado   pg 61 of 115

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of attachment)

| Element (atomic number) | Isotope,* soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area† | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Actinium (89) | Ac 227 | S | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $9 \times 10^{-11}$ | $9 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| | Ac 228 | S | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $3 \times 10^{-3}$ | $6 \times 10^{-10}$ | $9 \times 10^{-5}$ |
| Americium (95) | Am 241 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am 242m | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $3 \times 10^{-10}$ | $3 \times 10^{-4}$ | $9 \times 10^{-12}$ | $9 \times 10^{-5}$ |
| | Am 242 | S | $4 \times 10^{-8}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Am 243 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am 244 | S | $4 \times 10^{-6}$ | $1 \times 10^{-1}$ | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| Antimony (51) | Sb 122 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sb 124 | S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $7 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Sb 125 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $9 \times 10^{-10}$ | $1 \times 10^{-4}$ |
| Argon (18) | A 37 | Sub | $3 \times 10^{-3}$ | | $1 \times 10^{-4}$ | |
| | A 41 | Sub | $2 \times 10^{-6}$ | | $4 \times 10^{-8}$ | |
| Arsenic (33) | As 73 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $1 \times 10^{-2}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | As 74 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | As 76 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | As 77 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Astatine (85) | At 211 | S | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-8}$ | $2 \times 10^{-5}$ | $1 \times 10^{-9}$ | $7 \times 10^{-7}$ |
| Barium (56) | Ba 131 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ba 140 | S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $3 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |

*"Sub" means that values given are for submersion in a semispherical infinite cloud of airborne material.

†These values apply to individuals in uncontrolled areas. One-third of these values will be used for a suitable sample of the population.

NOTE: $\mu Ci/ml \times 10^{9} = pCi/m^{3}$; $\mu Ci/ml \times 10^{3} = Ci/l$.

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Berkelium (97) | Bk 249 | S | $9 \times 10^{-10}$ | $2 \times 10^{-2}$ | $3 \times 10^{-11}$ | $6 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $2 \times 10^{-2}$ | $4 \times 10^{-9}$ | $6 \times 10^{-4}$ |
| | Bk 250 | S | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $5 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Beryllium (4) | Be 7 | S | $6 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $1 \times 10^{-6}$ | $5 \times 10^{-2}$ | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| Bismuth (83) | Bi 206 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $5 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Bi 207 | S | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ | $5 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| | Bi 210 | S | $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-12}$ | $4 \times 10^{-5}$ |
| | Bi 212 | S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $3 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $7 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| Bromine (35) | Br 82 | S | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $6 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| Cadmium (48) | Cd 109 | S | $5 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Cd 115m | S | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Cd 115 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Calcium (20) | Ca 45 | S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $1 \times 10^{-9}$ | $9 \times 10^{-6}$ |
| | | I | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Ca 47 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Californium (98) | Cf 249 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $5 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cf 250 | S | $5 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cf 251 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cf 252 | S | $6 \times 10^{-12}$ | $2 \times 10^{-4}$ | $2 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ | $1 \times 10^{-12}$ | $7 \times 10^{-6}$ |
| | Cf 253 | S | $8 \times 10^{-10}$ | $4 \times 10^{-3}$ | $3 \times 10^{-11}$ | $1 \times 10^{-4}$ |
| | | I | $8 \times 10^{-10}$ | $4 \times 10^{-3}$ | $3 \times 10^{-11}$ | $1 \times 10^{-4}$ |
| | Cf 254 | S | $5 \times 10^{-12}$ | $4 \times 10^{-6}$ | $2 \times 10^{-13}$ | $1 \times 10^{-7}$ |
| | | I | $5 \times 10^{-12}$ | $4 \times 10^{-6}$ | $2 \times 10^{-13}$ | $1 \times 10^{-7}$ |
| Carbon (6) | C 14 | S | $4 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | (CO₂) | Sub | $5 \times 10^{-5}$ | | $1 \times 10^{-6}$ | |
| Cerium (58) | Ce 141 | S | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $5 \times 10^{-9}$ | $9 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope | | soluble (S); insoluble (I) | Table I Controlled Area Column 1 Air ($\mu Ci/ml$) | Table I Controlled Area Column 2 Water ($\mu Ci/ml$) | Table II Uncontrolled Area Column 1 Air ($\mu Ci/ml$) | Table II Uncontrolled Area Column 2 Water ($\mu Ci/ml$) |
|---|---|---|---|---|---|---|---|
| Cerium (58) Cont'd. | Ce | 143 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $9 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Ce | 144 | S | $1 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| | | | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| Cesium (55) | Cs | 131 | S | $1 \times 10^{-5}$ | $7 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | | I | $3 \times 10^{-6}$ | $3 \times 10^{-2}$ | $1 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Cs | 134m | S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ |
| | | | I | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | Cs | 134 | S | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ | $1 \times 10^{-9}$ | $9 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $4 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Cs | 135 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $9 \times 10^{-8}$ | $7 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Cs | 136 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Cs | 137 | S | $6 \times 10^{-8}$ | $4 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $5 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| Chlorine (17) | Cl | 36 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $2 \times 10^{-3}$ | $8 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| | Cl | 38 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| Chromium (24) | Cr | 51 | S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | | I | $2 \times 10^{-6}$ | $5 \times 10^{-2}$ | $8 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| Cobalt (27) | Co | 57 | S | $3 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $6 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Co | 58m | S | $2 \times 10^{-5}$ | $8 \times 10^{-2}$ | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | | I | $9 \times 10^{-6}$ | $6 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | Co | 58 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-8}$ | $3 \times 10^{-3}$ | $2 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | Co | 60 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $9 \times 10^{-9}$ | $1 \times 10^{-3}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| Copper (29) | Cu | 64 | S | $2 \times 10^{-6}$ | $1 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Curium (96) | Cm | 242 | S | $1 \times 10^{-10}$ | $7 \times 10^{-5}$ | $4 \times 10^{-12}$ | $2 \times 10^{-6}$ |
| | | | I | $2 \times 10^{-10}$ | $7 \times 10^{-4}$ | $6 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm | 243 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $5 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm | 244a | S | $9 \times 10^{-12}$ | $2 \times 10^{-4}$ | $3 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cm | 245 | S | $5 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cm | 246 | S | $5 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Curium (96) Cont'd. | Cm 247 | S | $5 \times 10^{-13}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $6 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm 248 | S | $6 \times 10^{-13}$ | $1 \times 10^{-5}$ | $2 \times 10^{-14}$ | $4 \times 10^{-7}$ |
| | | I | $1 \times 10^{-11}$ | $4 \times 10^{-5}$ | $4 \times 10^{-13}$ | $1 \times 10^{-6}$ |
| | Cm 249 | S | $1 \times 10^{-4}$ | $6 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $1 \times 10^{-4}$ | $6 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Dysprosium (66) | Dy 165 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | Dy 166 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Einsteinium (99) | Es 253 | S | $8 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | | I | $6 \times 10^{-10}$ | $7 \times 10^{-4}$ | $2 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | Es 254m | S | $5 \times 10^{-9}$ | $8 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $5 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Es 254 | S | $2 \times 10^{-11}$ | $4 \times 10^{-4}$ | $6 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $4 \times 10^{-4}$ | $4 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| | Es 255 | S | $5 \times 10^{-10}$ | $5 \times 10^{-4}$ | $2 \times 10^{-11}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-10}$ | $8 \times 10^{-4}$ | $1 \times 10^{-11}$ | $3 \times 10^{-5}$ |
| Erbium (68) | Er 169 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | Er 171 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Europium (63) | Eu 152 (T/2=9.2 hrs) | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-6}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Eu 152 (T/2=13 yrs) | S | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ | $4 \times 10^{-10}$ | $8 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $2 \times 10^{-3}$ | $6 \times 10^{-10}$ | $8 \times 10^{-5}$ |
| | Eu 154 | S | $4 \times 10^{-9}$ | $6 \times 10^{-4}$ | $1 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | I | $7 \times 10^{-9}$ | $6 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Eu 155 | S | $9 \times 10^{-8}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Fermium (100) | Fm 254 | S | $6 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Fm 255 | S | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $6 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $4 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Fm 256 | S | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ | $1 \times 10^{-11}$ | $9 \times 10^{-7}$ |
| | | I | $2 \times 10^{-10}$ | $3 \times 10^{-5}$ | $6 \times 10^{-11}$ | $9 \times 10^{-7}$ |
| Fluorine (9) | F 18 | S | $5 \times 10^{-6}$ | $2 \times 10^{-2}$ | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | | I | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| Gadolinium (64) | Gd 153 | S | $2 \times 10^{-7}$ | $6 \times 10^{-3}$ | $8 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $9 \times 10^{-8}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Gd 159 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |

DOE 5480.1 Chg 2
4-29-81

Attachment XI-1
Page 5

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S), insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Gallium (31) | Ga 72 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Germanium (32) | Ge 71 | S | $1 \times 10^{-4}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $6 \times 10^{-5}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Gold (79) | Au 196 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Au 198 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Au 199 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Hafnium (72) | Hf 181 | S | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | | I | $7 \times 10^{-8}$ | $2 \times 10^{-3}$ | $3 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Holmium (67) | Ho 166 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Hydrogen (1) | H 3 | S | $5 \times 10^{-6}$ | $1 \times 10^{-1}$ | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $5 \times 10^{-6}$ | $1 \times 10^{-1}$ | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | Sub | $2 \times 10^{-3}$ | | $4 \times 10^{-5}$ | |
| Indium (49) | In 113m | S | $8 \times 10^{-7}$ | $4 \times 10^{-2}$ | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ |
| | | I | $7 \times 10^{-7}$ | $4 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | In 114m | S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $5 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | In 115m | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | In 115 | S | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $9 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $1 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| Iodine (53)* | I 125 | S | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ | $8 \times 10^{-11}$ | $2 \times 10^{-7}$ |
| | | I | $2 \times 10^{-7}$ | $6 \times 10^{-3}$ | $6 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | I 126 | S | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ | $9 \times 10^{-11}$ | $3 \times 10^{-7}$ |
| | | I | $3 \times 10^{-7}$ | $3 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | I 129 | S | $8 \times 10^{-10}$ | $5 \times 10^{-6}$ | $2 \times 10^{-11}$ | $6 \times 10^{-8}$ |
| | | I | $7 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | I 131 | S | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ | $1 \times 10^{-10}$ | $3 \times 10^{-7}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | I 132 | S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $3 \times 10^{-9}$ | $8 \times 10^{-6}$ |
| | | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | I 133 | S | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ | $4 \times 10^{-10}$ | $1 \times 10^{-6}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |

*In the derivation of the concentration guides for soluble forms of iodine in Table II, a 2 gram thyroid (infants) and daily intakes of $3 \times 10^6$ ml of air and $1 \times 10^3$ ml of water (fluid water plus water contents of foods) assumed.

Attachment XI-1
Page 6

DOE 5480.1 Chg 2
4-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND —Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope. soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Iodine (53) Cont'd. | I 134 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ |
| | I 135 | S | $5 \times 10^{-8}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| Iridium (77) | Ir 190 | S | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ir 192 | S | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $4 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $9 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Ir 194 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Iron (26) | Fe 55 | S | $9 \times 10^{-7}$ | $2 \times 10^{-2}$ | $3 \times 10^{-8}$ | $8 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $7 \times 10^{-2}$ | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Fe 59 | S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $5 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Krypton (36) | Kr 85m | Sub | $6 \times 10^{-6}$ | | $1 \times 10^{-7}$ | |
| | Kr 85 | Sub | $1 \times 10^{-5}$ | | $3 \times 10^{-7}$ | |
| | Kr 87 | Sub | $1 \times 10^{-6}$ | | $2 \times 10^{-8}$ | |
| | Kr 88 | Sub | $1 \times 10^{-6}$ | | $2 \times 10^{-8}$ | |
| Lanthanum (57) | La 140 | S | $2 \times 10^{-6}$ | $7 \times 10^{-3}$ | $5 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $7 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Lead (82) | Pb 203 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $6 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Pb 210 | S | $1 \times 10^{-10}$ | $4 \times 10^{-6}$ | $4 \times 10^{-12}$ | $1 \times 10^{-7}$ |
| | | I | $2 \times 10^{-10}$ | $5 \times 10^{-3}$ | $8 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | Pb 212 | S | $2 \times 10^{-8}$ | $6 \times 10^{-4}$ | $6 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $5 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| Lutetium (71) | Lu 177 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Manganese (25) | Mn 52 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Mn 54 | S | $4 \times 10^{-7}$ | $4 \times 10^{-3}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $4 \times 10^{-8}$ | $3 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Mn 56 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Mercury (80) | Hg 197m | S | $7 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Hg 197 | S | $1 \times 10^{-6}$ | $9 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | Hg 203 | S | $7 \times 10^{-7}$ | $5 \times 10^{-3}$ | $2 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $3 \times 10^{-3}$ | $4 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Molybdenum (42) | Mo 99 | S | $7 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope | soluble (S): insoluble (I) | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Neodymium (60) | Nd 144 | S | $8 \times 10^{-11}$ | $2 \times 10^{-3}$ | $3 \times 10^{-12}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-10}$ | $2 \times 10^{-3}$ | $1 \times 10^{-11}$ | $8 \times 10^{-5}$ |
| | Nd 147 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $8 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Nd 149 | S | $2 \times 10^{-6}$ | $8 \times 10^{-3}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $5 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| Neptunium (93) | Np 237 | S | $4 \times 10^{-12}$ | $9 \times 10^{-5}$ | $1 \times 10^{-13}$ | $3 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Np 239 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $7 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Nickel (28) | Ni 59 | S | $5 \times 10^{-7}$ | $6 \times 10^{-3}$ | $2 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-7}$ | $6 \times 10^{-2}$ | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Ni 63 | S | $6 \times 10^{-8}$ | $8 \times 10^{-4}$ | $2 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-8}$ | $7 \times 10^{-4}$ |
| | Ni 65 | S | $9 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Niobium (Columbium) (41) | Nb 93m | S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $5 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Nb 95 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Nb 97 | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| Osmium (76) | Os 185 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | Os 191m | S | $2 \times 10^{-5}$ | $7 \times 10^{-2}$ | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $9 \times 10^{-6}$ | $7 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | Os 191 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Os 193 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $9 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Palladium (46) | Pd 103 | S | $1 \times 10^{-6}$ | $1 \times 10^{-2}$ | $5 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $7 \times 10^{-7}$ | $8 \times 10^{-3}$ | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pd 109 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| Phosphorus (15) | P 32 | S | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $8 \times 10^{-8}$ | $7 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Platinum (78) | Pt 191 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Pt 193 | S | $1 \times 10^{-6}$ | $3 \times 10^{-2}$ | $9 \times 10^{-8}$ | $9 \times 10^{-4}$ |
| | | I | $3 \times 10^{-7}$ | $5 \times 10^{-2}$ | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Pt 193m | S | $7 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Platinum (78) Cont'd. | Pt | 197m | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Pt | 197 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Plutonium (94) | Pu | 238 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $7 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 239 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 240 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 241 | S | $9 \times 10^{-11}$ | $7 \times 10^{-3}$ | $2 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | | | I | $4 \times 10^{-8}$ | $4 \times 10^{-2}$ | $1 \times 10^{-9}$ | $1 \times 10^{-3}$ |
| | Pu | 242 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | | I | $4 \times 10^{-11}$ | $9 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 243 | S | $2 \times 10^{-6}$ | $1 \times 10^{-3}$ | $6 \times 10^{-8}$ | $3 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pu | 244 | S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| Polonium (84) | Po | 210 | S | $5 \times 10^{-10}$ | $2 \times 10^{-5}$ | $2 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $8 \times 10^{-4}$ | $7 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Potassium (19) | K | 42 | S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Praseodymium (59) | Pr | 142 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Pr | 143 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Promethium (61) | Pm | 147 | S | $6 \times 10^{-6}$ | $6 \times 10^{-3}$ | $2 \times 10^{-7}$ | $2 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Pm | 149 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Protactinium (91) | Pa | 230 | S | $2 \times 10^{-9}$ | $7 \times 10^{-3}$ | $6 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | | | I | $8 \times 10^{-10}$ | $7 \times 10^{-3}$ | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | Pa | 231 | S | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ | $4 \times 10^{-14}$ | $9 \times 10^{-7}$ |
| | | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Pa | 233 | S | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $6 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Radium (88) | Ra | 223 | S | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ | $6 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | | I | $2 \times 10^{-10}$ | $1 \times 10^{-4}$ | $8 \times 10^{-12}$ | $4 \times 10^{-6}$ |
| | Ra | 224 | S | $5 \times 10^{-9}$ | $7 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | | I | $7 \times 10^{-10}$ | $2 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | Ra | 226 | S | $3 \times 10^{-11}$ | $4 \times 10^{-7}$ | $3 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | | I | $5 \times 10^{-11}$ | $9 \times 10^{-4}$ | $2 \times 10^{-12}$ | $3 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Radium (88) Cont'd. | Ra | 228 | S | $7 \times 10^{-11}$ | $8 \times 10^{-7}$ | $2 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | | I | $4 \times 10^{-11}$ | $7 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-4}$ |
| Radon (86) | Rn | 220 | S | $3 \times 10^{-7}$ | | $1 \times 10^{-8}$ | |
| | Rn | 222 | S | $1 \times 10^{-7}$ | | $3 \times 10^{-9}$ | |
| Rhenium (75) | Re | 183 | S | $3 \times 10^{-6}$ | $2 \times 10^{-2}$ | $4 \times 10^{-8}$ | $6 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $8 \times 10^{-3}$ | $5 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | Re | 186 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Re | 187 | S | $4 \times 10^{-6}$ | $4 \times 10^{-2}$ | $3 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | | I | $5 \times 10^{-6}$ | $4 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | Re | 188 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Rhodium (45) | Rh | 103m | S | $8 \times 10^{-6}$ | $4 \times 10^{-2}$ | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ |
| | | | I | $6 \times 10^{-5}$ | $3 \times 10^{-1}$ | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | Rh | 105 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Rubidium (37) | Rb | 86 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | | I | $7 \times 10^{-8}$ | $7 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Rb | 87 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Ruthenium (44) | Ru | 97 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Ru | 103 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $8 \times 10^{-8}$ | $2 \times 10^{-3}$ | $3 \times 10^{-9}$ | $8 \times 10^{-5}$ |
| | Ru | 105 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Ru | 106 | S | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ | $3 \times 10^{-9}$ | $1 \times 10^{-5}$ |
| | | | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| Samarium (62) | Sm | 147 | S | $7 \times 10^{-11}$ | $2 \times 10^{-3}$ | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-10}$ | $2 \times 10^{-3}$ | $9 \times 10^{-12}$ | $7 \times 10^{-5}$ |
| | Sm | 151 | S | $6 \times 10^{-7}$ | $1 \times 10^{-2}$ | $2 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $5 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Sm | 153 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Scandium (21) | Sc | 46 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $8 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Sc | 47 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | Sc | 48 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Selenium (34) | Se | 75 | S | $1 \times 10^{-6}$ | $9 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-3}$ | $4 \times 10^{-9}$ | $3 \times 10^{-4}$ |

Case No. 1:90-cv-00181-JLK   Document 2385-5   filed 10/23/15   USDC Colorado   pg 69 of 115

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope. soluble (S); insoluble (I) | | Table I Controlled Area Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) | Table II Uncontrolled Area Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) |
|---|---|---|---|---|---|---|
| Silicon (14) | Si 31 | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Silver (47) | Ag 105 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Ag 110m | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Ag 111 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Sodium (11) | Na 22 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $9 \times 10^{-9}$ | $9 \times 10^{-3}$ | $3 \times 10^{-10}$ | $3 \times 10^{-4}$ |
| | Na 24 | S | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-3}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Strontium (38) | Sr 85m | S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ |
| | | I | $3 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ |
| | Sr 85 | S | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $8 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Sr 89 | S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-6}$ |
| | | I | $4 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sr 90 | S | $1 \times 10^{-9}$ | $1 \times 10^{-5}$ | $3 \times 10^{-11}$ | $3 \times 10^{-7}$ |
| | | I | $5 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Sr 91 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $9 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Sr 92 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| Sulfur (16) | S 35 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $9 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $8 \times 10^{-2}$ | $9 \times 10^{-9}$ | $3 \times 10^{-3}$ |
| Tantalum (73) | Ta 182 | S | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $7 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| Technetium (43) | Tc 96m | S | $8 \times 10^{-6}$ | $4 \times 10^{-2}$ | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ |
| | | I | $3 \times 10^{-5}$ | $3 \times 10^{-1}$ | $1 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | Tc 96 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Tc 97m | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $5 \times 10^{-3}$ | $5 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Tc 97 | S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | Tc 99m | S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ |
| | | I | $1 \times 10^{-5}$ | $8 \times 10^{-2}$ | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | Tc 99 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $6 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Tellurium (52) | Te 125m | S | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Tellurium (52) Cont'd. | Te 127m | S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $5 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Te 127 | S | $2 \times 10^{-5}$ | $8 \times 10^{-3}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Te 129m | S | $8 \times 10^{-8}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $6 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Te 129 | S | $5 \times 10^{-6}$ | $2 \times 10^{-2}$ | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | | I | $4 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | Te 131m | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Te 132 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Terbium (65) | Tb 160 | S | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Thallium (81) | Tl 200 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Tl 201 | S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Tl 202 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $8 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | Tl 204 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $9 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| Thorium (90) | Th 227 | S | $3 \times 10^{-10}$ | $5 \times 10^{-4}$ | $1 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-10}$ | $5 \times 10^{-4}$ | $6 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Th 228 | S | $9 \times 10^{-12}$ | $2 \times 10^{-4}$ | $3 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | I | $6 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | Th 230 | S | $2 \times 10^{-12}$ | $5 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | I | $1 \times 10^{-11}$ | $9 \times 10^{-4}$ | $3 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| | Th 231 | S | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $5 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Th 232 | S | $3 \times 10^{-11}$ | $5 \times 10^{-5}$ | $1 \times 10^{-12}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $1 \times 10^{-3}$ | $1 \times 10^{-12}$ | $4 \times 10^{-5}$ |
| | Th-natural* | S | $3 \times 10^{-11}$ | $3 \times 10^{-5}$ | $1 \times 10^{-12}$ | $1 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $3 \times 10^{-5}$ | $1 \times 10^{-12}$ | $1 \times 10^{-6}$ |
| | Th 234 | S | $6 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $5 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Thulium (69) | Tm 170 | S | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-6}$ |

*A curie of natural thorium means the sum of $3.7 \times 10^{10}$ dis/sec from Th 232 plus $3.7 \times 10^{10}$ dis/sec from Th 228. One curie of natural thorium is equivalent to 9,000 kilograms or 19,850 pounds of natural thorium.

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Thulium (69) Cont'd. | Tm | 171 S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $5 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $8 \times 10^{-9}$ | $5 \times 10^{-4}$ |
| Tin (50) | Sn | 113 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $8 \times 10^{-5}$ |
| | Sn | 125 S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $8 \times 10^{-8}$ | $5 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Tungsten (Wolfram) (74) | W | 181 S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | W | 185 S | $8 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | W | 187 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| Uranium (92) | U | 230 S | $3 \times 10^{-10}$ | $7 \times 10^{-5}$ | $1 \times 10^{-11}$ | $2 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-4}$ | $4 \times 10^{-12}$ | $5 \times 10^{-6}$ |
| | U | 232 S | $1 \times 10^{-10}$ | $2 \times 10^{-5}$ | $3 \times 10^{-12}$ | $8 \times 10^{-7}$ |
| | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $9 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| | U | 233 S | $5 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U | 234 S | $6 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U | 235 S | $5 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U | 236 S | $6 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-3}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U | 238 S | $7 \times 10^{-11}$ | $2 \times 10^{-5}$ | $3 \times 10^{-11}$ | $6 \times 10^{-7}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-3}$ | $5 \times 10^{-12}$ | $4 \times 10^{-5}$ |
| | U | 240 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | U-natural* | S | $7 \times 10^{-11}$ | $2 \times 10^{-5}$ | $3 \times 10^{-12}$ | $6 \times 10^{-7}$ |
| | | I | $6 \times 10^{-11}$ | $5 \times 10^{-4}$ | $2 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| Vanadium (23) | V | 48 S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $6 \times 10^{-8}$ | $8 \times 10^{-4}$ | $2 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Xenon (54) | Xe | 131m Sub | $2 \times 10^{-4}$ | | $4 \times 10^{-7}$ | |
| | Xe | 133 Sub | $1 \times 10^{-4}$ | | $3 \times 10^{-7}$ | |
| | Xe | 133m Sub | $1 \times 10^{-4}$ | | $3 \times 10^{-7}$ | |
| | Xe | 135 Sub | $4 \times 10^{-4}$ | | $1 \times 10^{-7}$ | |
| Ytterbium (70) | Yb | 175 S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |

*A curie of natural uranium means the sum of $1.7 \times 10^{4}$ disintegrations per second from U 238 plus $1.7 \times 10^{4}$ dis/sec from U 234 plus $1.7 \times 10^{4}$ dis/sec from U 235. One curie of natural uranium is equivalent to 3,000 kilograms or 6.615 pounds of natural uranium.

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND —Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope. | soluble (S); insoluble (I) | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Yttrium (39) | Y 90 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Y 91m | S | $2 \times 10^{-3}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $2 \times 10^{-3}$ | $1 \times 10^{-1}$ | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | Y 91 | S | $4 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Y 92 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Y 93 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Zinc (30) | Zn 65 | S | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Zn 69m | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Zn 69 | S | $7 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $9 \times 10^{-6}$ | $5 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Zirconium (40) | Zr 93 | S | $1 \times 10^{-7}$ | $2 \times 10^{-2}$ | $4 \times 10^{-9}$ | $8 \times 10^{-4}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-8}$ | $8 \times 10^{-4}$ |
| | Zr 95 | S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Zr 97 | S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Any single radionuclide not listed above with decay mode other than alpha emission or spontaneous fission and with radioactive half-life less than 2 hours. | | Sub | $1 \times 10^{-6}$ | | $3 \times 10^{-8}$ | |
| Any single radionuclide not listed above with decay mode other than alpha emission or spontaneous fission and with radioactive half-life greater than 2 hours | | | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ | $1 \times 10^{-10}$ | $3 \times 10^{-6}$ |
| Any single radionuclide not listed above which decays by alpha emission or spontaneous fission. | | | $6 \times 10^{-13}$ | $4 \times 10^{-7}$ | $2 \times 10^{-14}$ | $3 \times 10^{-8}$ |

**NOTE:** In any case where there is a mixture in air or water of more than one radionuclide, the guide values, for purposes of this attachment, should be determined as follows:

1.  If the identity and concentration of each radionuclide in the mixture
    are known, the limiting values should be derived as follows:  Determine,
    for each radionuclide in the mixture, the ratio between the quantity
    present in the mixture and the guide otherwise established in this
    attachment for the specific radionuclide when not in a mixture.  The sum
    of such ratios for all the radionuclides in the mixture will not exceed
    "1" (i.e., "unity").

    EXAMPLE:  If radionuclides A, B, and C are present in concentrations $C_A$,
    $C_B$, and $C_C$, and if the applicable CGs are $CG_A$, $CG_B$, and $CG_C$, respectively,
    then the concentrations should be limited so that the following relation-
    ship exists:

    $$\frac{C_A}{CG_A} + \frac{C_B}{CG_B} + \frac{C_C}{CG_C} \leq 1$$

2.  If either the identity or the concentration of any radionuclide in the
    mixture is not known, the guide values for purposes of this attachment
    will be:

    a.  For purposes of Table I, Col. 1, $6 \times 10^{-13}$

    b.  For purposes of Table I, Col. 2, $4 \times 10^{-7}$

    c.  For purposes of Table II, Col. 1, $2 \times 10^{-14}$

    d.  For purposes of Table II, Col. 2, $3 \times 10^{-8}$

3.  If any of the conditions specified below are met, the corresponding values
    specified below may be used in lieu of those specified in 2., above.

    a.  If the identity of each radionuclide in the mixture is known but the
        concentration of one or more of the radionuclides in the mixture is
        not known, the concentration guide for the mixture is the guide
        specified in this attachment for the radionuclide in the mixture having
        the lowest concentration guide, or

    b.  If the identity of each radionuclide in the mixture is not known, but
        it is known that certain radionuclides specified in this attachment are
        not present in the mixture, the concentration guide for the mixture is
        the lowest concentration guide specified in this attachment for any
        radionuclide which is not known to be absent from the mixture, or

| Element (atomic number and isotope) | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|
| | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) |
| If it is known that Sr 90, I 125, I 126, I 129, I 131 (I 133, Table II only); Pb 210, Po 210, Ac 211, Ra 223, Ra 224, Ra 226, Ac 227, Ra 228, Th 230, Pa 231, Th 232, Th-nat, Cm 248, Cf 254, and I-m 256 are not present | | $9 \times 10^{-5}$ | | $3 \times 10^{-6}$ |
| If it is known that Sr 90, I 125, I 126, I 129 (I 131, I 133, Table II only); Pb 210, Po 210, Ra 223, Ra 226, Ra 228, Pa 231, Th-nat, Cm 248, Cf 254, and I-m 256 are not present | | $6 \times 10^{-5}$ | | $2 \times 10^{-6}$ |
| If it is known that Sr 90, I 129 (I 125, I 126, I 131, Table II only); Pb 210, Ra 226, Ra 228, Cm 248, and Cf 254 are not present | | $2 \times 10^{-6}$ | | $6 \times 10^{-7}$ |
| If it is known that I 129, Table II only; Ra 226 and Ra 228 are not present | | $3 \times 10^{-6}$ | | $1 \times 10^{-7}$ |
| If it is known that alpha-emitters and Sr 90, I 129, Pb 210, Ac 227, Ra 228, Pu 230, Pu 241, and Bk 249 are not present | $3 \times 10^{-9}$ | | $1 \times 10^{-10}$ | |
| If it is known that alpha-emitters and Pb 210, Ac 227, Ra 228, and Pu 241 are not present | $3 \times 10^{-10}$ | | $1 \times 10^{-11}$ | |
| If it is known that alpha-emitters and Ac 227 are not present | $3 \times 10^{-11}$ | | $1 \times 10^{-12}$ | |
| If it is known that Ac 227, Th 230, Pa 231, Pu 238, Pu 239, Pu 240, Pu 242, Pu 244, Cm 248, Cf 249, and Cf 251 are not present | $3 \times 10^{-12}$ | | $1 \times 10^{-13}$ | |

4.  If the mixture of radionuclides consists of uranium and its daughter products in ore dust prior to chemical processing of the uranium ore, the values specified below may be used in lieu of those determined in accordance with 1., above, or those specified in 2. and 3., above.

   a.  For purposes of Table I, Col. 1, $1 \times 10^{-10}$ $\mu$Ci/ml gross alpha activity; or $2.5 \times 10^{-11}$ $\mu$Ci/ml natural uranium; or 75 micrograms per cubic meter of natural uranium in air.

   b.  For purposes of Table II, Col. 1, $3 \times 10^{-12}$ $\mu$Ci/ml gross alpha activity; or $8 \times 10^{-13}$ $\mu$Ci/ml natural uranium; or 3 micrograms per cubic meter of natural uranium in air.

5. For purposes of this note, a radionuclide may be considered as not present in a mixture if (a) the ratio of the concentration of that radionuclide in the mixture $(C_A)$ to the concentration guide for that radionuclide specified in Table II of this annex $(CG_A)$ does not exceed 1/10, i.e.,

$$\frac{C_A}{CG_A} \leq \frac{1}{10}$$

and (b) the sum of such ratios for all the radionuclides considered as not present in the mixture does not exceed 1/4, i.e.,

$$\frac{C_A}{CG_A} + \frac{C_B}{CG_B} + \ldots \leq \frac{1}{4}$$

6. Conversion from uCi/cc to pCi/m$^3$ for air and pCi/l for water are as follows:

   a. Air—uCi/cc x $10^{12}$ = pCi/m$^3$

   b. Water—uCi/cc x $10^9$ = pCi/l

7. Concentrations may be derived for unlisted radionuclides provided yearly dose limits in paragraph 6b(1) of this chapter and paragraph 6a(1) are used and the methods are consistent with those recommended by the Federal Radiation Council, National Council on Radiological Protection, and International Commission on Radiological Protection.

ATTACHMENT 11

DOE Order 5480.1A
August 13, 1981

# U.S. Department of Energy

Washington, D.C.

# ORDER

| DOE 5480.1A |
|---|
| 8-13-81 |

SUBJECT: ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH
PROTECTION PROGRAM FOR DOE OPERATIONS

1. PURPOSE. This Order establishes the Environmental Protection, Safety, and
Health Protection Program for Department of Energy (DOE) operations.

2. CANCELLATION. DOE 5480.1, ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH
PROTECTION PROGRAM FOR DOE OPERATIONS, of 5-5-80. Its chapters are not
cancelled; see Table of Contents.

3. SCOPE. The policy and requirements outlined in this Order apply to all DOE
operations including all DOE contractor operations where, under the con-
tractual arrangements for the work to be performed, DOE has authority to
establish and enforce environmental protection, safety, and health protection
program requirements. The extent to which requirements apply is specified in
the various supplementary chapters of this Order.

4. REFERENCES.

   a. DOE Procurement Regulations (DOE PRs), Part 9-50, which provide the
   clauses to be used in contracts where DOE elects to enforce environmental
   protection, safety, and health protection requirements.

   b. E.O. 12196, "Occupational Safety and Health Programs for Federal
   Employees," which establishes the requirement for Federal agencies to
   provide occupational safety and health programs for their employees.

   c. 29 CFR 1960, SAFETY AND HEALTH PROVISIONS FOR FEDERAL EMPLOYEES, which
   provides the regulations and guidelines for the implementation of
   E.O. 12196.

   d. DOE 5482.1A, ENVIRONMENTAL, SAFETY, AND HEALTH APPRAISAL PROGRAM,
   which presents the Department's policy and requirements for appraisal
   of environmental protection, safety, and health protection programs.

   e. DOE 5481.1A, SAFETY ANALYSIS AND REVIEW SYSTEM, which establishes uniform
   requirements for the preparation and review of safety analyses.

   f. DOE 5700.6A, QUALITY ASSURANCE, which sets forth principles and assigns
   responsibilities for establishing, implementing, and maintaining programs
   of plans and actions to assure quality achievement in DOE programs.

---

DISTRIBUTION:
All Departmental Elements
Federal Energy Regulatory Commission (info)

INITIATED BY:
Assistant Secretary, Environ-
mental Protection, Safety,
and Emergency Preparedness

g.  DOE 1324.2, RECORDS DISPOSITION, which prescribes requirements for the retention and disposition of records.

h.  DOE 5483.1, OCCUPATIONAL SAFETY AND HEALTH PROGRAM FOR GOVERNMENT-OWNED CONTRACTOR-OPERATED (GOCO) FACILITIES, which provides guidance and establishes procedures for the GOCO safety and health program.

i.  DOE 5484.1, ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION REPORTING REQUIREMENTS, which establishes the requirements and procedures for reporting and investigating matters of environmental protection, safety, and health protection significance to DOE operations.

j.  DOE 5484.2, UNUSUAL OCCURRENCE REPORTING SYSTEM, which establishes a system for reporting unusual occurrences having programmatic significance.

k.  DOE 6430. , FACILITIES GENERAL DESIGN CRITERIA, implemented while in coordination by Assistant Secretary, Management and Administration memorandum of 6-10-81.

l.  DOE 3790.1, OCCUPATIONAL SAFETY AND HEALTH PROGRAM FOR FEDERAL EMPLOYEES, which establishes the policy for the implementation and administration of the occupational, safety, and health program for Federal Employees.

m.  DOE 5610.3, PROGRAM TO PREVENT ACCIDENTAL OR UNAUTHORIZED NUCLEAR EXPLOSIVE DETONATIONS, which establishes safety policies and procedures applicable to activities involving nuclear explosives.

n.  Pending the development and promulgation of supplemental chapters to this Order, the references listed in Attachment 2 may be used as guideline procedures and standards in the discharge of the Department's environmental protection, safety, and health protection responsibilities under the Occupational Safety and Health Act of 1970; Executive Order 12088; the Atomic Energy Act of 1954, as amended; and the Energy Reorganization Act of 1974, as amended.

5.  DEFINITIONS.

a.  Environmental Protection, Safety, and Health Protection Program refers to those DOE requirements, activities, and functions in the conduct of all DOE and DOE-controlled operations that are concerned with:  controlling air, water, and soil pollution; limiting to acceptably low levels risks to the well-being of both operating personnel and the general public; and protecting property adequately against accidental loss and damage. Typical activities and functions related to this program include, but are not limited to, the following:  environmental protection, occupational safety, fire protection, industrial hygiene, health physics, occupational medicine, process and facilities safety, nuclear safety, and quality assurance.

DOE 5480.1A
8-13-81

i

## TABLE OF CONTENTS

CHAPTER I - ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION   Page
          STANDARDS

1. Purpose ................................................................. I-1
2. General Requirements .................................................... I-1
3. Responsibilities and Authorities ....................................... I-2
   a. Program Secretarial Officer ......................................... I-2
   b. Heads of Field Organizations and Assistant Secretary,
      Management and Administration ....................................... I-2
   c. The Assistant Secretary, Environmental Protection, Safety
      and Emergency Preparedness .......................................... I-2
4. Procedures for Granting Exemptions ..................................... I-3
5. Emergency Preparedness ................................................. I-3
   a. Prescribed Standards ................................................ I-3
   b. Recommended Standards ............................................... I-3
6. Environmental Protection ............................................... I-4
   a. Prescribed Standards ................................................ I-4
   b. Recommended Standards ............................................... I-6
7. Fire Protection ........................................................ I-6
   a. Prescribed Standards ................................................ I-6
   b. Recommended Standards ............................................... I-6
8. Health Protection ...................................................... I-7
   a. Radiation Protection ................................................ I-7
   b. Occupational Medicine ............................................... I-8
   c. Industrial Hygiene .................................................. I-9
   d. Public Health and Sanitation, Prescribed Standards ................. I-9
9. Occupational Safety .................................................... I-10
   a. General Safety ...................................................... I-10
   b. Construction Safety ................................................. I-12
   c. Crane Safety ........................................................ I-12
   d. Drilling Safety ..................................................... I-12
   e. Electrical Safety ................................................... I-13
   f. Explosives Safety ................................................... I-13
   g. Firearm Safety ...................................................... I-14
   h. Mine and Tunnel Safety .............................................. I-14
10. Nuclear Safety ........................................................ I-15
   a. Reactor Safety ...................................................... I-15
   b. Nuclear Facility Safety ............................................. I-16
11. Transportation Safety ................................................. I-17
   a. Aircraft Safety ..................................................... I-17
   b. Motor Vehicle and Traffic Safety ................................... I-17
   c. Vessels (Marine) Safety Prescribed Standards ....................... I-18
   d. Transportation of Radioactive Material ............................. I-18
   e. Railroad Safety ..................................................... I-18
          Attachment I-1 - Supply for Standards ........................... I-19

Vertical line denotes change.

  b. Safety and Health Program for Resident Construction
    Contractors ......................................................... IX-2
  c. Program Compliance .............................................. IX-3
  d. Department of Energy Onsite Construction Inspections .......... IX-3
  e. Designated Department of Energy Point of Contact .............. IX-4
 4. Federal Laws .......................................................... IX-4


CHAPTER X - <u>INDUSTRIAL HYGIENE PROGRAM</u> (of 5-22-81)

 1. Purpose ............................................................... X-1
 2. Definitions ........................................................... X-1
 3. Requirements .......................................................... X-1
  a. Management Responsibility ....................................... X-1
  b. Policy .......................................................... X-1
  c. Function ........................................................ X-1
  d. Industrial Hygiene Staff ........................................ X-3
  e. Facilities, Instrumentation, and Technical Support ............ X-3
  f. Organizational Responsibilities ................................ X-3
  g. Recordkeeping Requirements ...................................... X-5


CHAPTER XI - <u>REQUIREMENTS FOR RADIATION PROTECTION</u> (of 4-29-81)

 1. Purpose ............................................................... XI-1
 2. Definitions ........................................................... XI-1
 3. Responsibilities and Authorities ...................................... XI-1
 4. Requirements .......................................................... XI-2
  a. Occupationally-Related Exposure of Individuals in
    Controlled Areas ............................................... XI-2
  b. Exposure of Individuals and Population Groups in
    Controlled Areas ............................................... XI-4
  c. Nuclear Accident Dosimetry ..................................... XI-7
  d. Quality Factors to be Applied in Determining Rem Exposure ..... XI-9
  e. Guidance for Emergency Exposure During Rescue and
    Recovery Activities ............................................ XI-9
  f. Guidance on Maintaining Exposures to as Low as Reasonably
    Achievable ..................................................... XI-13
     Attachment XI-1 - Concentrations in Air and Water
      Above Natural Background ......................... XI-20


CHAPTER XII - <u>PREVENTION, CONTROL, AND ABATEMENT OF ENVIRONMENTAL</u>
      <u>POLLUTION</u> (of 12-18-80)

 1. Purpose ............................................................... XII-1

## CHAPTER I

### ENVIRONMENTAL PROTECTION, SAFETY, AND HEALTH PROTECTION STANDARDS

1. PURPOSE.  This chapter sets forth the environmental protection, safety, and health protection standards applicable to all operations of the Department of Energy, hereafter referred to as the Department.

2. GENERAL REQUIREMENTS.

   a. Provisions of this chapter shall be followed during facility design, construction, operation, modification, and decommissioning.  Existing facilities need not be changed arbitrarily to comply with the specified standards except as required by law.  As part of the normal facility design effort for each new facility the applicable codes, standards, and guides to be used in the design and operation are to be identified and documented.

   b. This chapter covers the prescribed standards to be used by the Department and its contractors.  In addition, DOE and its contractors shall comply with all legally applicable Federal and State standards.  Where a Department contractor is also a Nuclear Regulatory Commission licensee, the contract relationship will not exempt the contractor from compliance with Nuclear Regulatory Commission regulations and the terms of the license. Where Department of Energy contractors are tenants on a military installation and a Host-Tenant Agreement has been executed, the standards established by the host shall be observed unless the Department prescribed standards provide for greater protection, in which case Department standards shall be observed.  Facilities covered by this chapter include those owned, leased or otherwise controlled by the Department or leased by contractors for use in work, and include those of either a permanent or temporary nature (e.g., trailers, rented spaces, field sites).

   c. In addition to the prescribed and recommended standards set forth by this chapter, the user should also consult the other chapters of this Order.  The sources for the standards and a glossary of abbreviations are contained in Attachment 1.

   d. If there are conflicts between prescribed standards in this chapter, or between this chapter and other chapters of this Order, the standards providing the greater protection shall govern.

   e. Those DOE-owned reactor plants which are prototype reactor plants for design and development of Naval reactor plants, and which are concommitantly used for training of operators for Naval nuclear propulsion plants, have certain unique requirements because of their military application.  All of these plants and supporting laboratory facilities are under the cognizance of the Deputy Assistant Secretary for Naval

Reactors who jointly serves as the Director of the Naval Nuclear Program.
Accordingly, the Deputy Assistant Secretary for Naval Reactors is
responsible for assuring that adequate standards are applied for emergency
preparedness, environmental protection, nuclear safety, and health pro-
tection for Naval reactor prototype plants and supporting laboratory
facilities owned by DOE."

3.   RESPONSIBILITIES AND AUTHORITIES.

   a.  Program Secretarial Officers shall:

      (1)  Assure compliance with the standards of this chapter on a site-
           wide basis by organizations under their jurisdiction by review
           and approval of the summary type implementation plans for DOE Orders
           submitted by field organizations.

      (2)  Prescribe, as appropriate, additional or more stringent standards
           for individual facilities after appropriate consultation with field
           organization management and other affected Program Secretarial
           Offices.

   b.  Heads of Field Organizations and the Assistant Secretary, Management
       and Administration shall:

      (1)  Apply the prescribed standards contained herein.

      (2)  Assure that the level of performance of health and safety are
           maintained consistent with the intent of these standards, for those
           activities under their direction.

      (3)  Prescribe, as appropriate, additional or more stringent standards,
           based on the determination that such standards are essential to
           safety and proper performance of their function.

      (4)  Grant exemptions as set forth in paragraph 4, where such action
           will best serve the interest of DOE, providing that the safety of
           employees, the public, and Government and private property can be
           maintained.

      (5)  Identify needs to Deputy Assistant Secretary for Environmental Safety
           and Health (EP-30) for new standards to address environment, safety,
           and health concerns.

   c.  Assistant Secretary, Environmental Protection, Safety, and Emergency
       Preparedness (EP-1) shall:

      (1)  Review nationally recognized health and safety requirements, guides,
           codes, and standards and prescribe those applicable to DOE activities,

Case No. 1:90-cv-00181-JLK   Document 2385-5   filed 10/23/15   USDC Colorado   pg 84 of 115

6.  <u>ENVIRONMENTAL PROTECTION</u>.  The following standards, in addition to those listed in the other chapters, shall be used as applicable.

   a.  <u>Prescribed Standards</u>.

      (1)  Executive Order 12088 "Federal Compliance with Pollution Control Standards."

      (2)  The following standards, regulations, and guidelines promulgated pursuant to Federal environmental legislation:

         (a)  <u>Air</u>.

            <u>1</u>  New Source Performance Standards (40 CFR 60).

            <u>2</u>  National Hazardous Air Pollutant Standards (40 CFR 61).

            <u>3</u>  Regulations Designating Air Quality Control Regions (40 CFR 81).

         (b)  <u>Water</u>.

            <u>1</u>  Discharge of Oil (40 CFR 110).

            <u>2</u>  Oil Pollution Prevention (40 CFR 112).

            <u>3</u>  National Oil and Hazardous Substances Contingency Plan (40 CFR 1510).

            <u>4</u>  Water Quality Standards Approved by the Federal Government (40 CFR 120).

            <u>5</u>  National Pollutant Discharge Elimination System (40 CFR 122).

            <u>6</u>  Policies and Procedures for the National Pollutant Discharge Elimination System (40 CFR 125).

            <u>7</u>  General Pretreatment Regulations for Existing and New Sources of Pollution (40 CFR 403).

            <u>8</u>  Secondary Treatment Information (40 CFR 133).

            <u>9</u>  Transportation for Dumping, and Dumping of Material into Ocean Waters (40 CFR 220-230).

            <u>10</u>  Cooling Water Intake Structures (40 CFR 401.14) (General Provisions for Effluent Guidelines and Standards - 40 CFR 401).

a.  Radiation Protection.

   (1)  Prescribed Standards.

      (a)  Performance Specifications for Direct Reading and Indirect
           Reading Pocket Dosimeters for X and Gamma Radiation,
           ANSI N13.5-1972 (ANSI).

      (b)  Radiation Symbol, ANSI N2.1-1969 (ANSI).

      (c)  Radiological Safety in the Design and Operation of Particle
           Accelerators, ANSI N43.1-1978 (ANSI).

      (d)  Specification and Performance of On-site Instrumentation for
           Continuously Monitoring Radioactivity in Effluents,
           ANSI N13.10-1974 (ANSI).

      (e)  Personnel Neutron Dosimeters (Neutron Energies Less Than
           20 MeV), ANSI N319-1976 (ANSI).

      (f)  Performance Criteria for Instrumentation Used for Inplant
           Plutonium Monitoring, ANSI N317-1978 (ANSI).

      (g)  "Inspection and Test Specifications for Direct and Indirect
           Reading Quartz Fiber Pocket Dosimeters," ANSI N322-1975. (ANSI).

      (h)  A Guide to Reducing Radiation Exposure to As Low As Reasonably
           Achievable (ALARA), DOE/EV/1830-TS, April 1980 (to be used
           until issued as formal standard).

   (2)  Recommended Standards.

      (a)  Applicable (FRC) Reports (#1-1960, #2-1962, #5-1964, #7-1965,
           #8 (Revised) (EPA).

      (b)  Handbooks, NCRP Recommendations (NBS).

      (c)  Guide to Sampling Airborne Radioactive Materials in Nuclear
           Facilities, ANSI N13.1-1969 (ANSI).

      (d)  Criteria for Film Badge Performance, ANSI 13.7-1972 (ANSI).

      (e)  Radiation Protection Instrumentation Test and Calibration,
           ANSI N323-1978 (ANSI).

      (f)  Performance, Testing, and Procedural Specifications for
           Thermoluminescence Dosimetry:  Environmental Applications.
           ANSI N545-1975 (ANSI).

(g)  Standards for Protection Against Radiation (10 CFR 20).

(h)  Radiation Protection Standards Reports (ICRP).

(i)  Reports (ICRU)

  1  Report 20, 1971, Radiation Protection Instrumentation and
     Its Application.

  2  Report 19, 1968, Radiation Quantities and Units.

  3  Report 14, 1969, Radiation Dosimetry.

(j)  Safety Series (IAEA).

(k)  Electronic Product Radiation Control, Subpart 3 of P.L. 90-602,
     as amended on 10-18-68.

(l)  Technical Considerations in Emergency Instrumentation
     Preparedness, BNWL-1742, 1974 (DOE).

  1  Phase II-C - Emergency Radiological and Meteorological
     Instrumentation for Fuel Reprocessing Facilities, BNWL-1857,
     1976.

  2  Phase II-D - Evaluation Testing and Calibration Methodology
     for Emergency Radiological Instrumentation, BNWL-1991, 1976.

  3  Phase II-B - Emergency Radiological and Meteorological
     Instrumentation for Mixed Fuel Fabrication Facilities,
     BNWL-1742, 1974.

  4  Phase II-A - Emergency Radiological and Meteorological
     Instrumentation Criteria for Reactors, BNWL-1635, 1972.

b.  Occupational Medicine.

  (1)  Prescribed Standards.  To be identified.

  (2)  Recommended Standards.

    (a)  Scope, Objectives, and Functions of Occupational Health
         Programs, OOCH-213 (AMA).

    (b)  Occupational Health Services for Employees, U.S. Department
         of Health, Education, and Welfare.  Public Health Service
         Publication No. 1041 (May 1963)(USPHS).

DOE 5480.1 Chg. 6.
8-13-81

XI-1

# CHAPTER XI

## REQUIREMENTS FOR RADIATION PROTECTION

1.  PURPOSE.  This chapter establishes radiation protection standards and require-ments for Department of Energy and Department of Energy contractor operations based upon the recommendations of the Environmental Protection Agency and the National Council on Radiation Protection and Measurement.

2.  DEFINITIONS.

    a.  Controlled Area.  Any area to which access is controlled in order to protect individuals from exposure to radiation and radioactive materials.

    b.  Dose Commitment.  The dose equivalent (rem) received by specific organs during a period of one calendar year, that was the result of uptakes of radionuclides by a person occupationally exposed.

    c.  First Collision Dose.  A measure of radiation dose at a certain point, based on the incident energy transferred to secondary charged particles, per gram of absorbing materials, by primary particles that suffer only one collision in the medium.

    d.  Neutron Spectrum.  A description of a neutron radiation field in terms of the number of neutrons per unit energy interval.

    e.  Primary Unit.  A nuclear accident dosimetry unit placed in a position near a potential accident site.

    f.  Screening.  A method for rapidly selecting those individuals involved in a nuclear accident and subjected to acutely serious radiation exposure.

3.  RESPONSIBILITIES AND AUTHORITIES.

    a.  Heads of Field Organizations shall:

        (1)  Review and approve emergency plans for rescue and recovery operations.

        (2)  Act, where immediate decisions and actions are required, on requests for exemptions from the requirements of this chapter and immediately report and justify such action to the Deputy Assistant Secretary for Environmental Safety and Health (EP-30).  Contractors may be authorized to take all appropriate measures in emergency situations. See page XI-9, paragraph 4e.

        (3)  Assure that Department employees, Department contractor personnel, and the general public are protected against unnecessary radiation exposure and comply with the provisions of this chapter.

Vertical line denotes change.

b. The Deputy Assistant Secretary for Naval Reactors shall assume the same responsibilities as Heads of Field Organizations for Naval Reactors activities.

4. REQUIREMENTS.

a. Occupationally Related Exposure of Individuals in Controlled Areas. Radiation exposures shall be limited to levels reasonably achievable within the standards prescribed below.

(1) Radiation Protection Standards for External and Internal Exposures. (See Figure XI-1.)

(2) Procedural Requirements.

(a) Restrictions.

1 An individual under age 18 shall neither be employed in, nor allowed to enter, controlled areas in such a manner that he or she will receive doses of radiation in amounts exceeding one-tenth the standards in paragraph 4a(1) above.

2 Dose to students under age 18 exposed to radiation during educational activities shall not exceed 0.1 rem/year. This exposure shall be considered a part of the 0.5 rem/year limit for workers under age 18 and not supplemental to it.

(b) Combining Internal and External Dose. Current year whole body internal dose commitment from radionuclides for which the whole body is the critical organ must be combined with the external whole body dose. Where both the external penetrating dose and internal dose to critical organ are known, they shall be combined for that organ.

(c) Emergency or Accidental Exposure. Radiation doses received in emergency or accidental situations will be chargeable to the radiation exposure records of the exposed individuals. However, the decision as to whether an individual exposed to radiation in excess of the standards in subparagraph a(1) above will continue to work in a radiation area will be made on a case-by-case basis by operating contractor management in accordance with the advice of the contractor's health physics and occupational medical departments and subject to the approval of the Head of Field Organization. The operating contractor shall assure the head of the responsible field office that the unsafe conditions under which the emergency or accidental exposures were received

Vertical line denotes change.

| Type of Exposure | Exposure Period | Dose Equivalent (Dose or Dose Commitment[1]/rem) |
|---|---|---|
| Whole body, head and trunk, gonads, lens of the eye[2]/, red bone marrow, active blood-forming organs. | Year<br>Calendar Quarter | 5[3]/<br>3 |
| Unlimited areas of the skin (except hands and forearms). Other organs, tissues, and organ systems (except bone). | Year<br>Calendar Quarter | 15<br>5 |
| Bone. | Year<br>Calendar Quarter | 30<br>10 |
| Forearms[4]/ | Year<br>Calendar Quarter | 30<br>10 |
| Hands[4]/and feet. | Year<br>Calendar Quarter | 75<br>25 |

1/ To meet the above dose commitment standards, operations must be conducted in such a manner that it would be unlikely that an individual would assimilate in a critical organ, by inhalation, ingestion, or absorption, a quantity of radio-nuclide or mixture of radionuclides that would commit the individual to an organ dose that exceeds the limits specified in the above table.

2/ A beta exposure below a maximum energy of 700 KeV will not penetrate the lens of the eye; therefore, the applicable limit for these energies would be that for the skin (15 rem/year).

3/ In special cases, with the approval of EP-30, a worker may exceed 5 rem/year, provided his or her average exposure per year since age 18 will not exceed 5 rem per year. This does not apply to emergency situations.

4/ All reasonable effort shall be made to keep exposures of forearms and hands to the general limit for the skin.

FIGURE XI-1
RADIATION PROTECTION STANDARDS FOR
OCCUPATIONALLY RELATED EXTERNAL AND INTERNAL EXPOSURES

Vertical line denotes change.

have been eliminated. The decision to resume operations following an emergency or accidental radiation exposure shall be subject to the approval of the head of the responsible field office.

(d) Monitoring Requirements. Monitoring is required where the potential exists for the individual to receive a dose or dose commitment in any calendar quarter in excess of 10 percent of the quarterly standards stated in paragraphs 4a(1) and 4a(2)(a)2 above. Monitoring requirements as specified for the following conditions shall include:

   1 External Radiation. Personnel monitoring equipment for each individual.

   2 Internal Radiation. Periodic (monthly, quarterly, annually, etc.) bioassay analysis or in vivo counting or evaluation of air concentration to which the individual is exposed, or a combination of all methods.

(e) Methods of Estimating Dose Commitment. Methods of estimating dose commitment to the organ of interest should be suitable to the existing conditions and consistent with assumptions and recommendations of the Environmental Protection Agency, the National Council on Radiation Protection and Masurement, and the International Commission on Radiological Protection.

(3) Concentration Guides.

   (a) Air. Concentration Guides in Attachment 1, Table I, Column 1, were derived for the most part from the yearly standards in paragraph 4a(1) above (assume a 40 hour workweek). They should be used in evaluating the adequacy of health protection measures against airborne radioactivity in occupied areas.

   (b) Water. The Concentration Guides in Attachment 1, Table I, Column 2, are applicable to the discharge of liquid effluents to sanitary sewage systems (see paragraph 4b(5) on page XI-6). Drinking water concentrations in controlled areas shall be maintained within the concentration guides specified in Table II, Column 2.

b. Exposure of Individuals and Population Groups in Uncontrolled Areas. Exposures to members of the public shall be as low as reasonably achievable levels within the standards prescribed below.

Vertical line denotes change.

DOE 5480.1 Chg 2                                                          XI-5
4-29-81

|  | Annual Dose Equivalent or Dose Commitment (rem)[1] | |
| Type of Exposure | Based on dose to individuals at points of maximum probable exposure (rem) | Based on average dose to a suitable sample of the exposed population[2] (rem) |
|---|---|---|
| Whole body, gonads, or bone marrow | 0.5 | 0.17 |
| Other organs | 1.5 | 0.5 |

[1]  In keeping with Department of Energy policy on lowest practicable
     exposures, exposures to the public shall be limited to as small a fraction
     of the respective annual dose limits as is reasonably achievable.

[2]  See Paragraph 5.4, Federal Radiation Council Report No. 1, for discussion
     on concept of suitable sample of exposed population.

FIGURE XI-2
RADIATION PROTECTION STANDARDS FOR EXTERNAL AND
INTERNAL EXPOSURE OF MEMBERS OF THE PUBLIC

(1) Radiation Protection Standards for External and Internal Exposure. (See Figure XI-2.)

(2) Monitoring Requirements. To assure that doses to the public are maintained as low as reasonably achievable consistent with dose standards set forth in paragraph 4b(1) above, effluents to the environment, and other parameters shall be monitored and documented in accordance with DOE 5484.1.

(3) Concentration Guides.

(a) Concentration Guides in Attachment XI-1, Table II, were derived for the most part from the dose standards for individuals in paragraph 4b(1) above (assume 168 hours of exposure per week). These guides shall be reduced by a factor of three when applied to a suitable sample of the population. Where transient exposures can be calculated, the concentration guides other than those in Attachment XI-1, Table II, may be used to evaluate compliance with the dose commitment standard.

(b) There may be situations where it is not feasible or desirable to evaluate the exposure of individuals and samples of exposed populations to effluents to assure compliance with standards in paragraph 4b(1) above. In those cases, effluent releases to uncontrolled areas shall be such that average concentrations of radioactivity at the point of release are within the concentration guides and are as low as reasonably achievable. The point of release shall be considered to be the point at which the effluents pass beyond the site boundary. Radioactivity concentrations may be averaged over periods up to 1 year.

(4) Further Limitations on Effluent Discharges. In any situation in which the effluents discharged by one or more activities of the Department, Department contractors, or others cause exposure to approach the standards specified in subparagraph b(1) above, appropriate effluent discharge limits may be set for these operations. In such cases, the manager of the field organization may take the necessary corrective action if all activities concerned are within his or her area of responsibility. Otherwise, each case will be referred to EP-30 for appropriate action including, where appropriate, coordination with actions taken by the Nuclear Regulatory Commission under the Code of Federal Regulations, Title 10, Part 20.106(e).

(5) Discharge to Sanitary Sewage Systems.

(a) Effluents may be discharged to public sanitary sewage systems provided:

Vertical line denotes change.

<u>1</u>  The quantity of radioactivity released in any one month, if diluted by the average monthly quantity of water released by the installation, will not result in an average concentration exceeding the concentration guide in Attachment 1, Table I, Column 2.

<u>2</u>  The radiation protection standards in paragraph (1), above, are not exceeded.

(b) Concentrations or quantities of radioactive materials greater than those specified in paragraphs 4(b) and (5)(a)<u>1</u> and <u>2</u>, above, may be released to chemical or sanitary sewage systems owned by the Federal Government provided the standards in paragraph 4b(1) above are not exceeded in uncontrolled areas.

c. <u>Nuclear Accident Dosimetry</u>.  These requirements are applicable to Department of Energy contractor installations possessing sufficient quantities and kinds of fissile material to potentially constitute a critical mass and where a nuclear accident is possible and may result in the excessive exposure of personnel to radiation.

(1) <u>Basic Elements</u>.

(a) A method for initial "screening" of personnel involved in nuclear accidents.

(b) A system of fixed units (primary unit) capable of yielding first collision radiation dose and the approximate neutron spectrum at the locations.

(c) Personnel dosimeters capable of furnishing data sufficient to normalize data derived from the fixed system.

(d) Methods for analysis of biological materials (including sodium 24 activity, and phosphorous 32 activity in hair).

(2) <u>Nuclear Accident Dosimeter Units</u>.

(a) The fixed unit should be capable of determining first collision fission neutron dose at its location within 25 percent.

(b) The gamma ray components for all units should permit measuring fission gamma radiation in the presence of neutrons at the location of the unit within approximately 20 percent.

(c) The exposure range of the gamma components should extend from 10 Roentgen to about $10^4$ Roentgen.

(d)  The unit should measure the approximate neutron spectrum to permit converting rad to rem dose.

(e)  A system for counting to provide the dose data within the time necessary to achieve accuracy required by the above criteria (paragraphs 4c(2)(a) and (b)) should be available.

(f)  The units should be assembled in such a manner as to permit easy recovery.

(g)  Units using foils containing radioactive material shall be placed in fire-resistant containers.

(h)  Units should be shock resistant and they should also be protected against contamination to avoid false measurements.

(3)  <u>Number and Placement of Dosimeter Units</u>.  The number of units needed and the placement of units will depend on the nature of the operation, structural design of the facility, and accessibility of areas to personnel.  The following placement criteria are acceptable.

(a)  The number and distribution of units should be chosen such that each unit will be sufficiently near a work location as to permit increased accuracy in the extrapolation of dose to personnel.

(b)  The fixed units should be placed such that there is as little extraneous intervening shielding and obstruction as possible between the units and the potential accident area.

(c)  If there are unusual shielding situations affecting work areas near a potential accident location, additional fixed units should be provided.  Care should be exercised to assure that these units are distributed in close proximity to actual work locations.

(d)  Personnel dosimeters should be worn and should be capable of providing spectrum and flux information to aid in extrapolating dose from fixed units to location of personnel.

(e)  Ease of recovery after a nuclear accident should be considered in placement of the fixed units.  Careful consideration should be given to the need for remote retrieval mechanisms.

DOE 5480.1 Chg 2                                                                    XI-9
4-29-81

    (f)  Consideration should be given to the type and number of units procured in order to achieve economic and efficient use of the unit.

d.  <u>Quality Factors to be Applied in Determining Rem Exposure.</u>  The exposure standards specified in this chapter are expressed in terms of rem, which implies that the absorbed dose (expressed in rads) should be multiplied by an appropriate weight factor (quality factor).  The quality factors to be used for determining neutron exposures from known energies are provided in Figures XI-3 and XI-4.

e.  <u>Guidance for Emergency Exposure During Rescue and Recovery Activities.</u>

    (1)  <u>Purpose.</u>  The emergency action guidance promulgated in this part provides instructions and background information for use in determining appropriate actions concerning the rescue and recovery of persons and the protection of health and property during periods of emergency.

    (2)  <u>General Considerations.</u>

        (a)  The problem of controlling exposure to radiation during rescue and recovery actions is extremely complex.  Performing rescue and recovery operations requires the exercise of prompt judgment to take into account multiple hazards and alternate methods of accomplishment.  Sound judgment and flexibility of action are crucial to the success of any type of emergency actions. Although the guiding principle is to minimize the risk of injury to those persons involved in the rescue and recovery activities, the control of radiation exposures should be consistent with the immediate objective of saving human life, the recovery of a deceased victim, and the protecting of health and saving of property.

        (b)  To preclude the possibility of unnecessarily restricting action that may be necessary to save lives, these instructions do not establish a rigid upper limit of exposure but rather leave judgment up to persons in charge of emergency operations to determine the amount of exposure that should be permitted to perform the emergency mission.

        (c)  The official in charge must carefully examine any proposed action involving further radiation exposure by weighing the risks of radiation insults, actual or potential, against the benefits to be gained.  Exposure probability, biological consequences related to dose, and the number of people involved are the essential elements to be evaluated in making a risk determination.

XI-10

DOE 5480.1   Ch
4-29-81

| Neutron Energy | $\overline{QF}$ | Neutron Flux Density |
|---|---|---|
| MeV | | $cm^{-2}\ s^{-1}$ |
| $2.5 \times 10^{-8}$(thermal) | 2 | 680 |
| $1 \times 10^{-7}$ | 2 | 680 |
| $1 \times 10^{-6}$ | 2 | 560 |
| $1 \times 10^{-5}$ | 2 | 560 |
| $1 \times 10^{-4}$ | 2 | 580 |
| $1 \times 10^{-3}$ | 2 | 630 |
| $1 \times 10^{-2}$ | 2.5 | 700 |
| $1 \times 10^{-1}$ | 7.5 | 115 |
| $5 \times 10^{-1}$ | 11 | 27 |
| 1 | 11 | 19 |
| 2.5 | 9 | 20 |
| 5 | 8 | 16 |
| 7 | 7 | 17 |
| 10 | 6.5 | 17 |
| 14 | 7.5 | 12 |
| 20 | 8 | 11 |
| 40 | 7 | 10 |
| 60 | 5.5 | 11 |
| $1 \times 10^{2}$ | 4 | 14 |
| $2 \times 10^{2}$ | 3.5 | 13 |
| $3 \times 10^{2}$ | 3.5 | 11 |
| $4 \times 10^{2}$ | 3.5 | 10 |

FIGURE XI-3

Mean quality factors, $\overline{QF}$*, and values of neutron flux density which in
period of 40 hours results in a maximum dose equivalent of 100 mrem.

*Maximum value of QF in a 30-cm phantom.

| Radiation Type | Rounded QF |
|---|---|
| X rays, gamma rays, electrons or positrons, Energy >0.03 MeV | 1 |
| Electrons or positrons, Energy <0.03 MeV | 1 |
| Neutrons, Energy <10keV | 3 |
| Neutrons, Energy >10keV | 10 |
| Protons | 1-10* |
| Alpha particles | 1-20 |
| Fission fragments, recoil nuclei | 20 |

*Use the higher value for round-off or calculate by the methods of ICRP
Publication 4.

FIGURE XI-4
PRACTICAL QUALITY FACTORS

DOE 5480.1 Chg 2
4-29-81

Attachment XI-1
Page 1

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND

(See notes at end of attachment)

| Element (atomic number) | Isotope,* soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area† | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Actinium (89) | Ac 227 | S | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $9 \times 10^{-3}$ | $9 \times 10^{-13}$ | $3 \times 10^{-4}$ |
| | Ac 228 | S | $8 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $3 \times 10^{-3}$ | $6 \times 10^{-10}$ | $9 \times 10^{-5}$ |
| Americium (95) | Am 241 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am 242m | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $3 \times 10^{-10}$ | $3 \times 10^{-3}$ | $9 \times 10^{-12}$ | $9 \times 10^{-5}$ |
| | Am 242 | S | $4 \times 10^{-8}$ | $4 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Am 243 | S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Am 244 | S | $4 \times 10^{-6}$ | $1 \times 10^{-1}$ | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| | | I | $2 \times 10^{-5}$ | $1 \times 10^{-1}$ | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ |
| Antimony (51) | Sb 122 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sb 124 | S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $7 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Sb 125 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $9 \times 10^{-10}$ | $1 \times 10^{-4}$ |
| Argon (18) | A 37 | Sub | $3 \times 10^{-3}$ | | $1 \times 10^{-4}$ | |
| | A 41 | Sub | $2 \times 10^{-6}$ | | $4 \times 10^{-8}$ | |
| Arsenic (33) | As 73 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $1 \times 10^{-2}$ | $1 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | As 74 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | As 76 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | As 77 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Astatine (85) | At 211 | S | $4 \times 10^{-9}$ | $2 \times 10^{-3}$ | $2 \times 10^{-10}$ | $2 \times 10^{-4}$ |
| | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Barium (56) | Ba 131 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ba 140 | S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |

*"Sub" means that values given are for submersion in a semispherical infinite cloud of airborne material.

†These values apply to individuals in uncontrolled areas. One-third of these values will be used for a suitable sample of the population.

NOTE: $\mu Ci/ml \times 10^{3} = pCi/m^{3}$; $\mu Ci/ml \times 10^{3} = Ci/L$.

DOE 5480.1 Chg
4-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) |
| Berkelium (97) | Bk | 249 | | | | |
| | | S | $9 \times 10^{-10}$ | $2 \times 10^{-2}$ | $3 \times 10^{-11}$ | $6 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $2 \times 10^{-2}$ | $4 \times 10^{-9}$ | $6 \times 10^{-4}$ |
| | Bk | 250 S | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $5 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Beryllium (4) | Be | 7 S | $6 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $1 \times 10^{-6}$ | $5 \times 10^{-2}$ | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| Bismuth (83) | Bi | 206 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $5 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Bi | 207 S | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ | $5 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| | Bi | 210 S | $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Bi | 212 S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $3 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $7 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| Bromine (35) | Br | 82 S | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Cadmium (48) | Cd | 109 S | $5 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Cd | 115m S | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $7 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Cd | 115 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Calcium (20) | Ca | 45 S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $1 \times 10^{-9}$ | $9 \times 10^{-6}$ |
| | | I | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Ca | 47 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Californium (98) | Cf | 249 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $5 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cf | 250 S | $5 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cf | 251 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cf | 252 S | $6 \times 10^{-12}$ | $2 \times 10^{-4}$ | $2 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ | $1 \times 10^{-12}$ | $7 \times 10^{-6}$ |
| | Cf | 253 S | $8 \times 10^{-10}$ | $4 \times 10^{-3}$ | $3 \times 10^{-11}$ | $1 \times 10^{-4}$ |
| | | I | $8 \times 10^{-10}$ | $4 \times 10^{-3}$ | $3 \times 10^{-11}$ | $1 \times 10^{-4}$ |
| | Cf | 254 S | $5 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-7}$ |
| | | I | $5 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-7}$ |
| Carbon (6) | C | 14 S | $4 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | (CO$_2$) | Sub | $5 \times 10^{-5}$ | | $1 \times 10^{-6}$ | |
| Cerium (58) | Ce | 141 S | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $5 \times 10^{-9}$ | $9 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) |
| Cerium (58) Cont'd. | Ce | 143 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $9 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Ce | 144 S | $1 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| Cesium (55) | Cs | 131 S | $1 \times 10^{-5}$ | $7 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $3 \times 10^{-6}$ | $3 \times 10^{-2}$ | $1 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Cs | 134m S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ |
| | | I | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | Cs | 134 S | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ | $1 \times 10^{-9}$ | $9 \times 10^{-6}$ |
| | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $4 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Cs | 135 S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $9 \times 10^{-8}$ | $7 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Cs | 136 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Cs | 137 S | $6 \times 10^{-8}$ | $4 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $5 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| Chlorine (17) | Cl | 36 S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $2 \times 10^{-6}$ | $2 \times 10^{-3}$ | $8 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| | Cl | 38 S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| Chromium (24) | Cr | 51 S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $2 \times 10^{-6}$ | $5 \times 10^{-2}$ | $8 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| Cobalt (27) | Co | 57 S | $3 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $6 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Co | 58m S | $2 \times 10^{-5}$ | $8 \times 10^{-2}$ | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $9 \times 10^{-6}$ | $6 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | Co | 58 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | Co | 60 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $9 \times 10^{-9}$ | $1 \times 10^{-3}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| Copper (29) | Cu | 64 S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Curium (96) | Cm | 242 S | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-10}$ | $7 \times 10^{-4}$ | $6 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm | 243 S | $6 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $5 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm | 244a S | $9 \times 10^{-12}$ | $2 \times 10^{-4}$ | $3 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $3 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cm | 245 S | $5 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Cm | 246 S | $5 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |

DOE 5480.1 Chg 2
4-29-81

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Curium (96) Cont'd. | Cm 247 | S | $5 \times 10^{-12}$ | $1 \times 10^{-4}$ | $2 \times 10^{-13}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $6 \times 10^{-5}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Cm 248 | S | $6 \times 10^{-13}$ | $1 \times 10^{-5}$ | $2 \times 10^{-14}$ | $4 \times 10^{-7}$ |
| | | I | $1 \times 10^{-11}$ | $4 \times 10^{-5}$ | $4 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | Cm 249 | S | $1 \times 10^{-3}$ | $6 \times 10^{-2}$ | $4 \times 10^{-5}$ | $2 \times 10^{-3}$ |
| | | I | $1 \times 10^{-3}$ | $6 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Dysprosium (66) | Dy 165 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | Dy 166 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Einsteinium (99) | Es 253 | S | $8 \times 10^{-10}$ | $7 \times 10^{-4}$ | $3 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | | I | $6 \times 10^{-10}$ | $7 \times 10^{-4}$ | $2 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | Es 254m | S | $5 \times 10^{-9}$ | $8 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | I | $6 \times 10^{-9}$ | $5 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Es 254 | S | $2 \times 10^{-11}$ | $4 \times 10^{-4}$ | $6 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $4 \times 10^{-4}$ | $4 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| | Es 255 | S | $5 \times 10^{-10}$ | $5 \times 10^{-4}$ | $2 \times 10^{-11}$ | $3 \times 10^{-5}$ |
| | | I | $4 \times 10^{-10}$ | $8 \times 10^{-4}$ | $1 \times 10^{-11}$ | $3 \times 10^{-5}$ |
| Erbium (68) | Er 169 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $3 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | Er 171 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Europium (63) | Eu 152 (T/2=9.2 hrs) | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Eu 152 (T/2=13 yrs) | S | $1 \times 10^{-8}$ | $2 \times 10^{-3}$ | $4 \times 10^{-10}$ | $8 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $2 \times 10^{-3}$ | $6 \times 10^{-10}$ | $8 \times 10^{-5}$ |
| | Eu 154 | S | $4 \times 10^{-9}$ | $6 \times 10^{-4}$ | $1 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | I | $7 \times 10^{-9}$ | $6 \times 10^{-4}$ | $2 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | Eu 155 | S | $9 \times 10^{-8}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Fermium (100) | Fm 254 | S | $6 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $7 \times 10^{-8}$ | $4 \times 10^{-3}$ | $2 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Fm 255 | S | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $6 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $1 \times 10^{-3}$ | $4 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Fm 256 | S | $3 \times 10^{-9}$ | $3 \times 10^{-5}$ | $1 \times 10^{-10}$ | $9 \times 10^{-7}$ |
| | | I | $2 \times 10^{-9}$ | $3 \times 10^{-5}$ | $6 \times 10^{-11}$ | $9 \times 10^{-7}$ |
| Fluorine (9) | F 18 | S | $5 \times 10^{-6}$ | $2 \times 10^{-2}$ | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | | I | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| Gadolinium (64) | Gd 153 | S | $2 \times 10^{-7}$ | $6 \times 10^{-3}$ | $8 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $9 \times 10^{-8}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Gd 159 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |

DOE 5480.1 Chg 2
4-29-81

Attachment XI-1
Page 5

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Gallium (31) | Ga | 72 S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | 72 I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Germanium (32) | Ge | 71 S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | 71 I | $6 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Gold (79) | Au | 196 S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | 196 I | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Au | 198 S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | 198 I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Au | 199 S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | 199 I | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| Hafnium (72) | Hf | 181 S | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | | 181 I | $7 \times 10^{-8}$ | $2 \times 10^{-3}$ | $3 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| Holmium (67) | Ho | 166 S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | 166 I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Hydrogen (1) | H | 3 S | $5 \times 10^{-6}$ | $1 \times 10^{-1}$ | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | 3 I | $5 \times 10^{-6}$ | $1 \times 10^{-1}$ | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | Sub | $2 \times 10^{-3}$ | | $4 \times 10^{-5}$ | |
| Indium (49) | In | 113m S | $8 \times 10^{-6}$ | $4 \times 10^{-2}$ | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | 113m I | $7 \times 10^{-6}$ | $4 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | In | 114m S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | 114m I | $2 \times 10^{-8}$ | $5 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | In | 115m S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | 115m I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | In | 115 S | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $9 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| | | 115 I | $3 \times 10^{-8}$ | $3 \times 10^{-3}$ | $1 \times 10^{-9}$ | $9 \times 10^{-5}$ |
| Iodine (53)* | I | 125 S | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ | $8 \times 10^{-11}$ | $2 \times 10^{-7}$ |
| | | 125 I | $2 \times 10^{-7}$ | $6 \times 10^{-3}$ | $6 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | I | 126 S | $4 \times 10^{-9}$ | $3 \times 10^{-5}$ | $9 \times 10^{-11}$ | $3 \times 10^{-7}$ |
| | | 126 I | $3 \times 10^{-7}$ | $3 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | I | 129 S | $8 \times 10^{-10}$ | $5 \times 10^{-6}$ | $2 \times 10^{-11}$ | $6 \times 10^{-8}$ |
| | | 129 I | $7 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | I | 131 S | $4 \times 10^{-9}$ | $3 \times 10^{-3}$ | $1 \times 10^{-10}$ | $3 \times 10^{-7}$ |
| | | 131 I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | I | 132 S | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $3 \times 10^{-9}$ | $8 \times 10^{-6}$ |
| | | 132 I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | I | 133 S | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ | $4 \times 10^{-10}$ | $1 \times 10^{-6}$ |
| | | 133 I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |

*In the derivation of the concentration guides for soluble forms of iodine in Table II, a 2 gram thyroid (infants) and daily intakes of $3 \times 10^4$ ml of air and $1 \times 10^3$ ml of water (fluid water plus water contents of foods) assumed.

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Iodine (53) Cont'd. | I 134 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $6 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $3 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $6 \times 10^{-5}$ |
| | I 135 | S | $5 \times 10^{-8}$ | $4 \times 10^{-4}$ | $1 \times 10^{-9}$ | $4 \times 10^{-6}$ |
| | | I | $4 \times 10^{-6}$ | $2 \times 10^{-3}$ | $1 \times 10^{-7}$ | $7 \times 10^{-5}$ |
| Iridium (77) | Ir 190 | S | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Ir 192 | S | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $4 \times 10^{-9}$ | $4 \times 10^{-6}$ |
| | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $9 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Ir 194 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Iron (26) | Fe 55 | S | $9 \times 10^{-7}$ | $2 \times 10^{-2}$ | $3 \times 10^{-8}$ | $8 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $7 \times 10^{-2}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Fe 59 | S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $5 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Krypton (36) | Kr 85m | Sub | $6 \times 10^{-6}$ | | $1 \times 10^{-7}$ | |
| | Kr 85 | Sub | $1 \times 10^{-5}$ | | $3 \times 10^{-7}$ | |
| | Kr 87 | Sub | $1 \times 10^{-6}$ | | $2 \times 10^{-8}$ | |
| | Kr 88 | Sub | $1 \times 10^{-6}$ | | $2 \times 10^{-8}$ | |
| Lanthanum (57) | La 140 | S | $2 \times 10^{-7}$ | $7 \times 10^{-4}$ | $5 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $7 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Lead (82) | Pb 203 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | Pb 210 | S | $1 \times 10^{-10}$ | $4 \times 10^{-6}$ | $4 \times 10^{-12}$ | $1 \times 10^{-7}$ |
| | | I | $2 \times 10^{-10}$ | $5 \times 10^{-3}$ | $8 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | Pb 212 | S | $2 \times 10^{-8}$ | $6 \times 10^{-4}$ | $6 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $5 \times 10^{-4}$ | $7 \times 10^{-10}$ | $2 \times 10^{-5}$ |
| Lutetium (71) | Lu 177 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Manganese (25) | Mn 52 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Mn 54 | S | $4 \times 10^{-7}$ | $4 \times 10^{-3}$ | $1 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $4 \times 10^{-8}$ | $3 \times 10^{-3}$ | $1 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Mn 56 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Mercury (80) | Hg 197m | S | $7 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Hg 197 | S | $1 \times 10^{-6}$ | $9 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ |
| | Hg 203 | S | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Molybdenum (42) | Mo 99 | S | $7 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $7 \times 10^{-9}$ | $4 \times 10^{-5}$ |

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

### (See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Neodymium (60) | Nd 144 | S | $8 \times 10^{-11}$ | $2 \times 10^{-3}$ | $3 \times 10^{-12}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-10}$ | $2 \times 10^{-3}$ | $1 \times 10^{-11}$ | $8 \times 10^{-5}$ |
| | Nd 147 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $8 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Nd 149 | S | $2 \times 10^{-6}$ | $8 \times 10^{-3}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $5 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| Neptunium (93) | Np 237 | S | $4 \times 10^{-12}$ | $9 \times 10^{-5}$ | $1 \times 10^{-13}$ | $3 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Np 239 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $7 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Nickel (28) | Ni 59 | S | $5 \times 10^{-7}$ | $6 \times 10^{-3}$ | $2 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-7}$ | $6 \times 10^{-2}$ | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Ni 63 | S | $6 \times 10^{-8}$ | $8 \times 10^{-4}$ | $2 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-8}$ | $7 \times 10^{-4}$ |
| | Ni 65 | S | $9 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Niobium (Columbium) (41) | Nb 93m | S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $5 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Nb 95 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $5 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Nb 97 | S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| Osmium (76) | Os 185 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | Os 191m | S | $2 \times 10^{-5}$ | $7 \times 10^{-2}$ | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | I | $9 \times 10^{-6}$ | $7 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | Os 191 | S | $1 \times 10^{-6}$ | $5 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Os 193 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $9 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Palladium (46) | Pd 103 | S | $1 \times 10^{-6}$ | $1 \times 10^{-2}$ | $5 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $7 \times 10^{-7}$ | $8 \times 10^{-3}$ | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pd 109 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| Phosphorus (15) | P 32 | S | $7 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $8 \times 10^{-8}$ | $7 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Platinum (78) | Pt 191 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Pt 193 | S | $1 \times 10^{-6}$ | $3 \times 10^{-2}$ | $9 \times 10^{-8}$ | $9 \times 10^{-4}$ |
| | | I | $3 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Pt 193m | S | $7 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |

DOE 5480.1 Chg 2
4-29-81

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Platinum (78) Cont'd. | Pt | 197m S | $6 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ |
| | | I | $5 \times 10^{-6}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | Pt | 197 S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Plutonium (94) | Pu | 238 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $7 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 239 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 240 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | I | $4 \times 10^{-11}$ | $8 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 241 S | $9 \times 10^{-11}$ | $7 \times 10^{-3}$ | $3 \times 10^{-12}$ | $2 \times 10^{-4}$ |
| | | I | $4 \times 10^{-8}$ | $4 \times 10^{-2}$ | $1 \times 10^{-9}$ | $1 \times 10^{-3}$ |
| | Pu | 242 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $5 \times 10^{-6}$ |
| | | I | $4 \times 10^{-11}$ | $9 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | Pu | 243 S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Pu | 244 S | $2 \times 10^{-12}$ | $1 \times 10^{-4}$ | $6 \times 10^{-14}$ | $4 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| Polonium (84) | Po | 210 S | $5 \times 10^{-10}$ | $2 \times 10^{-5}$ | $2 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | I | $2 \times 10^{-10}$ | $8 \times 10^{-4}$ | $7 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| Potassium (19) | K | 42 S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Praseodymium (59) | Pr | 142 S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Pr | 143 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $5 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| Promethium (61) | Pm | 147 S | $6 \times 10^{-8}$ | $6 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-3}$ | $3 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Pm | 149 S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Protactinium (91) | Pa | 230 S | $2 \times 10^{-9}$ | $7 \times 10^{-3}$ | $6 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | | I | $8 \times 10^{-10}$ | $7 \times 10^{-3}$ | $3 \times 10^{-11}$ | $2 \times 10^{-4}$ |
| | Pa | 231 S | $1 \times 10^{-12}$ | $3 \times 10^{-5}$ | $4 \times 10^{-14}$ | $9 \times 10^{-7}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Pa | 233 S | $6 \times 10^{-7}$ | $4 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $6 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| Radium (88) | Ra | 223 S | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ | $6 \times 10^{-11}$ | $7 \times 10^{-7}$ |
| | | I | $2 \times 10^{-10}$ | $1 \times 10^{-4}$ | $8 \times 10^{-12}$ | $4 \times 10^{-6}$ |
| | Ra | 224 S | $5 \times 10^{-9}$ | $7 \times 10^{-5}$ | $2 \times 10^{-10}$ | $2 \times 10^{-6}$ |
| | | I | $7 \times 10^{-10}$ | $2 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | Ra | 226 S | $3 \times 10^{-11}$ | $4 \times 10^{-7}$ | $3 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | I | $5 \times 10^{-11}$ | $9 \times 10^{-4}$ | $2 \times 10^{-12}$ | $3 \times 10^{-5}$ |

DOE 5480.1 Chg 2
4-29-81

Attachment XI-
Page 9

## CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Radium (88) Cont'd. | Ra | 228 | S | $7 \times 10^{-11}$ | $8 \times 10^{-7}$ | $2 \times 10^{-12}$ | $3 \times 10^{-8}$ |
| | | | I | $4 \times 10^{-11}$ | $7 \times 10^{-4}$ | $1 \times 10^{-12}$ | $3 \times 10^{-6}$ |
| Radon (86) | Rn | 220 | S | $3 \times 10^{-7}$ | | $1 \times 10^{-4}$ | |
| | Rn | 222 | S | $1 \times 10^{-7}$ | | $3 \times 10^{-9}$ | |
| Rhenium (75) | Re | 183 | S | $3 \times 10^{-6}$ | $2 \times 10^{-2}$ | $9 \times 10^{-8}$ | $6 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-7}$ | $8 \times 10^{-3}$ | $5 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | Re | 186 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Re | 187 | S | $4 \times 10^{-6}$ | $4 \times 10^{-2}$ | $3 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | | | I | $5 \times 10^{-7}$ | $4 \times 10^{-2}$ | $2 \times 10^{-8}$ | $2 \times 10^{-3}$ |
| | Re | 188 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Rhodium (45) | Rh | 103m | S | $8 \times 10^{-6}$ | $4 \times 10^{-1}$ | $3 \times 10^{-7}$ | $1 \times 10^{-2}$ |
| | | | I | $6 \times 10^{-6}$ | $3 \times 10^{-1}$ | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ |
| | Rh | 105 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| Rubidium (37) | Rb | 86 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | | I | $7 \times 10^{-8}$ | $7 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Rb | 87 | S | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $7 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Ruthenium (44) | Ru | 97 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | | I | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $6 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | Ru | 103 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $8 \times 10^{-8}$ | $2 \times 10^{-3}$ | $3 \times 10^{-9}$ | $8 \times 10^{-5}$ |
| | Ru | 105 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | Ru | 106 | S | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ | $3 \times 10^{-9}$ | $1 \times 10^{-5}$ |
| | | | I | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ | $2 \times 10^{-10}$ | $1 \times 10^{-5}$ |
| Samarium (62) | Sm | 147 | S | $7 \times 10^{-11}$ | $2 \times 10^{-3}$ | $2 \times 10^{-12}$ | $6 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-10}$ | $2 \times 10^{-3}$ | $9 \times 10^{-12}$ | $7 \times 10^{-5}$ |
| | Sm | 151 | S | $6 \times 10^{-8}$ | $1 \times 10^{-2}$ | $2 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $5 \times 10^{-9}$ | $4 \times 10^{-4}$ |
| | Sm | 153 | S | $5 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| | | | I | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $8 \times 10^{-5}$ |
| Scandium (21) | Sc | 46 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $8 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Sc | 47 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | | I | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | Sc | 48 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Selenium (34) | Se | 75 | S | $1 \times 10^{-6}$ | $9 \times 10^{-3}$ | $4 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-3}$ | $4 \times 10^{-9}$ | $3 \times 10^{-4}$ |

**CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued**

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Silicon (14) | Si 31 | S | $6 \times 10^{-4}$ | $3 \times 10^{-2}$ | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ |
| | | I | $1 \times 10^{-4}$ | $6 \times 10^{-3}$ | $3 \times 10^{-6}$ | $2 \times 10^{-4}$ |
| Silver (47) | Ag 105 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $8 \times 10^{-8}$ | $3 \times 10^{-3}$ | $3 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | Ag 110m | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-8}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Ag 111 | S | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $1 \times 10^{-8}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Sodium (11) | Na 22 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $9 \times 10^{-9}$ | $9 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-5}$ |
| | Na 24 | S | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $8 \times 10^{-3}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Strontium (38) | Sr 85m | S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ |
| | | I | $3 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ |
| | Sr 85 | S | $2 \times 10^{-7}$ | $3 \times 10^{-3}$ | $8 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $5 \times 10^{-3}$ | $4 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Sr 89 | S | $3 \times 10^{-8}$ | $3 \times 10^{-4}$ | $3 \times 10^{-10}$ | $3 \times 10^{-6}$ |
| | | I | $4 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Sr 90 | S | $1 \times 10^{-9}$ | $1 \times 10^{-5}$ | $3 \times 10^{-11}$ | $3 \times 10^{-7}$ |
| | | I | $5 \times 10^{-9}$ | $1 \times 10^{-3}$ | $2 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| | Sr 91 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $1 \times 10^{-3}$ | $9 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Sr 92 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| Sulfur (16) | S 35 | S | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $9 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $8 \times 10^{-3}$ | $9 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| Tantalum (73) | Ta 182 | S | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $2 \times 10^{-8}$ | $1 \times 10^{-3}$ | $7 \times 10^{-10}$ | $4 \times 10^{-5}$ |
| Technetium (43) | Tc 96m | S | $8 \times 10^{-5}$ | $4 \times 10^{-1}$ | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | | I | $3 \times 10^{-5}$ | $3 \times 10^{-1}$ | $1 \times 10^{-6}$ | $1 \times 10^{-2}$ |
| | Tc 96 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | Tc 97m | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $5 \times 10^{-3}$ | $5 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Tc 97 | S | $1 \times 10^{-5}$ | $5 \times 10^{-2}$ | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-8}$ | $8 \times 10^{-4}$ |
| | Tc 99m | S | $4 \times 10^{-5}$ | $2 \times 10^{-1}$ | $1 \times 10^{-6}$ | $6 \times 10^{-3}$ |
| | | I | $1 \times 10^{-5}$ | $8 \times 10^{-2}$ | $5 \times 10^{-7}$ | $3 \times 10^{-3}$ |
| | Tc 99 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $6 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| Tellurium (52) | Te 125m | S | $4 \times 10^{-7}$ | $5 \times 10^{-3}$ | $1 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |

**CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued**

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S); insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) |
| Tellurium (52) Cont'd. | Te 127m | S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $5 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | I | $4 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-7}$ | $5 \times 10^{-5}$ |
| | Te 127 | S | $2 \times 10^{-7}$ | $8 \times 10^{-3}$ | $6 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Te 129m | S | $8 \times 10^{-8}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $6 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Te 129 | S | $5 \times 10^{-6}$ | $2 \times 10^{-2}$ | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | | I | $4 \times 10^{-6}$ | $2 \times 10^{-2}$ | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ |
| | Te 131m | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | Te 132 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $7 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Terbium (65) | Tb 160 | S | $1 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $4 \times 10^{-5}$ |
| Thallium (81) | Tl 200 | S | $3 \times 10^{-6}$ | $1 \times 10^{-2}$ | $9 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Tl 201 | S | $2 \times 10^{-6}$ | $9 \times 10^{-3}$ | $7 \times 10^{-8}$ | $3 \times 10^{-4}$ |
| | | I | $9 \times 10^{-7}$ | $5 \times 10^{-3}$ | $3 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Tl 202 | S | $8 \times 10^{-7}$ | $4 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ | $8 \times 10^{-9}$ | $7 \times 10^{-5}$ |
| | Tl 204 | S | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $9 \times 10^{-10}$ | $6 \times 10^{-5}$ |
| Thorium (90) | Th 227 | S | $3 \times 10^{-10}$ | $5 \times 10^{-4}$ | $1 \times 10^{-11}$ | $2 \times 10^{-5}$ |
| | | I | $2 \times 10^{-10}$ | $5 \times 10^{-4}$ | $6 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| | Th 228 | S | $9 \times 10^{-12}$ | $2 \times 10^{-4}$ | $3 \times 10^{-13}$ | $7 \times 10^{-6}$ |
| | | I | $6 \times 10^{-12}$ | $4 \times 10^{-4}$ | $2 \times 10^{-13}$ | $1 \times 10^{-5}$ |
| | Th 230 | S | $2 \times 10^{-12}$ | $5 \times 10^{-5}$ | $8 \times 10^{-14}$ | $2 \times 10^{-6}$ |
| | | I | $1 \times 10^{-11}$ | $9 \times 10^{-4}$ | $3 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| | Th 231 | S | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $5 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | | I | $1 \times 10^{-6}$ | $7 \times 10^{-3}$ | $4 \times 10^{-8}$ | $2 \times 10^{-4}$ |
| | Th 232 | S | $3 \times 10^{-11}$ | $5 \times 10^{-5}$ | $1 \times 10^{-12}$ | $2 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $1 \times 10^{-3}$ | $1 \times 10^{-12}$ | $4 \times 10^{-5}$ |
| | Th-natural* | S | $3 \times 10^{-11}$ | $3 \times 10^{-5}$ | $1 \times 10^{-12}$ | $1 \times 10^{-6}$ |
| | | I | $3 \times 10^{-11}$ | $3 \times 10^{-4}$ | $1 \times 10^{-12}$ | $1 \times 10^{-5}$ |
| | Th 234 | S | $6 \times 10^{-8}$ | $5 \times 10^{-4}$ | $2 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $5 \times 10^{-4}$ | $1 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Thulium (69) | Tm 170 | S | $4 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |
| | | I | $3 \times 10^{-8}$ | $1 \times 10^{-3}$ | $1 \times 10^{-9}$ | $5 \times 10^{-5}$ |

*A curie of natural thorium means the sum of 3.7 x 10¹⁰ dis/sec from Th 232 plus 3.7 x 10¹⁰ dis/sec from Th 228. One curie of natural thorium is equivalent to 9,000 kilograms or 19,850 pounds of natural thorium.

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND—Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope, soluble (S): insoluble (I) | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|
| | | | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) | Column 1 Air (uCi/ml) | Column 2 Water (uCi/ml) |
| Thulium (69) Cont'd. | Tm 171 | S | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $5 \times 10^{-4}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-2}$ | $8 \times 10^{-9}$ | $5 \times 10^{-4}$ |
| Tin (50) | Sn 113 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $9 \times 10^{-5}$ |
| | | I | $5 \times 10^{-8}$ | $2 \times 10^{-3}$ | $2 \times 10^{-9}$ | $8 \times 10^{-5}$ |
| | Sn 125 | S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | I | $8 \times 10^{-8}$ | $5 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Tungsten (Wolfram) (74) | W 181 | S | $2 \times 10^{-6}$ | $1 \times 10^{-2}$ | $8 \times 10^{-8}$ | $4 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $1 \times 10^{-2}$ | $4 \times 10^{-9}$ | $3 \times 10^{-4}$ |
| | W 185 | S | $8 \times 10^{-7}$ | $1 \times 10^{-3}$ | $3 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | W 187 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $2 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| Uranium (92) | U 230 | S | $3 \times 10^{-10}$ | $7 \times 10^{-5}$ | $1 \times 10^{-11}$ | $2 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-4}$ | $4 \times 10^{-12}$ | $5 \times 10^{-6}$ |
| | U 232 | S | $1 \times 10^{-10}$ | $2 \times 10^{-5}$ | $3 \times 10^{-12}$ | $8 \times 10^{-7}$ |
| | | I | $3 \times 10^{-11}$ | $8 \times 10^{-4}$ | $9 \times 10^{-13}$ | $3 \times 10^{-5}$ |
| | U 233 | S | $5 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U 234 | S | $6 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $9 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U 235 | S | $5 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $4 \times 10^{-5}$ |
| | | I | $1 \times 10^{-10}$ | $8 \times 10^{-4}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U 236 | S | $6 \times 10^{-10}$ | $1 \times 10^{-4}$ | $2 \times 10^{-11}$ | $5 \times 10^{-6}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-3}$ | $4 \times 10^{-12}$ | $3 \times 10^{-5}$ |
| | U 238 | S | $7 \times 10^{-11}$ | $2 \times 10^{-5}$ | $3 \times 10^{-11}$ | $6 \times 10^{-7}$ |
| | | I | $1 \times 10^{-10}$ | $1 \times 10^{-3}$ | $5 \times 10^{-12}$ | $4 \times 10^{-5}$ |
| | U 240 | S | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $8 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $2 \times 10^{-7}$ | $1 \times 10^{-3}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | U-natural* | S | $7 \times 10^{-11}$ | $2 \times 10^{-5}$ | $3 \times 10^{-12}$ | $6 \times 10^{-7}$ |
| | | I | $6 \times 10^{-11}$ | $5 \times 10^{-4}$ | $2 \times 10^{-12}$ | $2 \times 10^{-5}$ |
| Vanadium (23) | V 48 | S | $2 \times 10^{-7}$ | $9 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | I | $6 \times 10^{-8}$ | $8 \times 10^{-4}$ | $2 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Xenon (54) | Xe 131m | Sub | $2 \times 10^{-5}$ | | $4 \times 10^{-7}$ | |
| | Xe 133 | Sub | $1 \times 10^{-5}$ | | $3 \times 10^{-7}$ | |
| | Xe 133m | Sub | $1 \times 10^{-5}$ | | $3 \times 10^{-7}$ | |
| | Xe 135 | Sub | $4 \times 10^{-6}$ | | $1 \times 10^{-7}$ | |
| Ytterbium (70) | Yb 175 | S | $7 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |
| | | I | $6 \times 10^{-7}$ | $3 \times 10^{-3}$ | $2 \times 10^{-8}$ | $1 \times 10^{-4}$ |

*A curie of natural uranium means the sum of $3.7 \times 10^{10}$ disintegrations per second from U 238 plus $3.7 \times 10^{10}$ dis/sec from U 234 plus $1.7 \times 10^{9}$ dis/sec from U 235. One curie of natural uranium is equivalent to 3,000 kilograms or 6,615 pounds of natural uranium.

DOE 5480.1 Chg 2
4-29-81

### CONCENTRATIONS IN AIR AND WATER ABOVE NATURAL BACKGROUND —Continued

(See notes at end of attachment)

| Element (atomic number) | Isotope. soluble (S): insoluble (I) | | | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|---|---|---|
| | | | | Column 1 Air $(uCi/ml)$ | Column 2 Water $(uCi/ml)$ | Column 1 Air $(uCi/ml)$ | Column 2 Water $(uCi/ml)$ |
| Yttrium (39) | Y | 90 | S | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $6 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | Y | 91m | S | $2 \times 10^{-5}$ | $1 \times 10^{1}$ | $8 \times 10^{-7}$ | $3 \times 10^{-1}$ |
| | | | I | $2 \times 10^{-5}$ | $1 \times 10^{1}$ | $6 \times 10^{-7}$ | $3 \times 10^{-1}$ |
| | Y | 91 | S | $4 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-8}$ | $8 \times 10^{-4}$ | $1 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | Y | 92 | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Y | 93 | S | $2 \times 10^{-7}$ | $8 \times 10^{-4}$ | $6 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| | | | I | $1 \times 10^{-7}$ | $8 \times 10^{-4}$ | $5 \times 10^{-9}$ | $3 \times 10^{-5}$ |
| Zinc (30) | Zn | 65 | S | $1 \times 10^{-7}$ | $3 \times 10^{-3}$ | $4 \times 10^{-9}$ | $1 \times 10^{-4}$ |
| | | | I | $6 \times 10^{-8}$ | $5 \times 10^{-3}$ | $2 \times 10^{-9}$ | $2 \times 10^{-4}$ |
| | Zn | 69m | S | $4 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $7 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ | $1 \times 10^{-8}$ | $6 \times 10^{-5}$ |
| | Zn | 69 | S | $7 \times 10^{-6}$ | $5 \times 10^{-2}$ | $2 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| | | | I | $9 \times 10^{-6}$ | $5 \times 10^{-2}$ | $3 \times 10^{-7}$ | $2 \times 10^{-3}$ |
| Zirconium (40) | Zr | 93 | S | $1 \times 10^{-7}$ | $2 \times 10^{-2}$ | $4 \times 10^{-9}$ | $8 \times 10^{-4}$ |
| | | | I | $3 \times 10^{-7}$ | $2 \times 10^{-2}$ | $1 \times 10^{-8}$ | $8 \times 10^{-4}$ |
| | Zr | 95 | S | $1 \times 10^{-7}$ | $2 \times 10^{-3}$ | $4 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | | | I | $3 \times 10^{-8}$ | $2 \times 10^{-3}$ | $1 \times 10^{-9}$ | $6 \times 10^{-5}$ |
| | Zr | 97 | S | $1 \times 10^{-7}$ | $5 \times 10^{-4}$ | $4 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| | | | I | $9 \times 10^{-8}$ | $5 \times 10^{-4}$ | $3 \times 10^{-9}$ | $2 \times 10^{-5}$ |
| Any single radionuclide not listed above with decay mode other than alpha emission or spontaneous fission and with radioactive half-life less than 2 hours. | | | Sub | $1 \times 10^{-6}$ | | $3 \times 10^{-8}$ | |
| Any single radionuclide not listed above with decay mode other than alpha emission or spontaneous fission and with radioactive half-life greater than 2 hours. | | | | $3 \times 10^{-9}$ | $9 \times 10^{-5}$ | $1 \times 10^{-10}$ | $3 \times 10^{-6}$ |
| Any single radionuclide not listed above which decays by alpha emission or spontaneous fission. | | | | $6 \times 10^{-13}$ | $4 \times 10^{-7}$ | $2 \times 10^{-14}$ | $3 \times 10^{-8}$ |

NOTE: In any case where there is a mixture in air or water of more than one radionuclide, the guide values. for purposes of this attachment, should be determined as follows:

1. If the identity and concentration of each radionuclide in the mixture are known, the limiting values should be derived as follows:  Determine, for each radionuclide in the mixture, the ratio between the quantity present in the mixture and the guide otherwise established in this attachment for the specific radionuclide when not in a mixture.  The sum of such ratios for all the radionuclides in the mixture will not exceed "1" (i.e., "unity").

EXAMPLE:  If radionuclides A, B, and C are present in concentrations $C_A$, $C_B$, and $C_C$, and if the applicable CGs are $CG_A$, $CG_B$, and $CG_C$, respectively, then the concentrations should be limited so that the following relationship exists:

$$\frac{C_A}{CG_A} + \frac{C_B}{CG_B} + \frac{C_C}{CG_C} \leq 1$$

2. If either the identiy or the concentration of any radionuclide in the mixture is not known, the guide values for purposes of this attachment will be:

   a. For purposes of Table I, Col. 1, $6 \times 10^{-13}$

   b. For purposes of Table I, Col. 2, $4 \times 10^{-7}$

   c. For purposes of Table II, Col. 1, $2 \times 10^{-14}$

   d. For purposes of Table II, Col. 2, $3 \times 10^{-8}$

3. If any of the conditions specified below are met, the corresponding values specified below may be used in lieu of those specified in 2., above.

   a. If the identity of each radionuclide in the mixture is known but the concentration of one or more of the radionuclides in the mixture is not known, the concentration guide for the mixture is the guide specified in this attachment for the radionuclide in the mixture having the lowest concentration guide, or

   b. If the identity of each radionuclide in the mixture is not known, but it is known that certain radionuclides specified in this attachment are not present in the mixture, the concentration guide for the mixture is the lowest concentration guide specified in this attachment for any radionuclide which is not known to be absent from the mixture, or

DOE 5480.1 Chg 2
4-29-81

Attachment XI-1
Page 15

c.

| Element (atomic number) and isotope | Table I Controlled Area | | Table II Uncontrolled Area | |
|---|---|---|---|---|
| | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) | Column 1 Air ($\mu$Ci/ml) | Column 2 Water ($\mu$Ci/ml) |
| If it is known that Sr 90, I 125, I 126, I 129, I 131 (I 133, Table II only) Pb 210, Po 210, At 211, Ra 223, Ra 224, Ra 226, Ac 227, Ra 228, Th 230, Pa 231, Th 232, Th-nat, Cm 248, Cf 254, and Fm 254 are not present | | $9 \times 10^{-8}$ | | $3 \times 10^{-9}$ |
| If it is known that Sr 90, I 125, I 126, I 129 (I 131, I 133, Table II only) Pb 210, Po 210, Ra 223, Ra 226, Ra 228, Pa 231, Th-nat, Cm 248, Cf 254, and Fm 256 are not present | | $6 \times 10^{-8}$ | | $2 \times 10^{-9}$ |
| If it is known that Sr 90, I 129 (I 125, I 126, I 131, Table II only) Pb 210, Ra 226, Ra 228, Cm 248, and Cf 254 are not present | | $2 \times 10^{-7}$ | | $6 \times 10^{-9}$ |
| If it is known that (I 129, Table II only) Ra 226 and Ra 228 are not present | | $3 \times 10^{-6}$ | | $1 \times 10^{-7}$ |
| If it is known that alpha-emitters and Sr 90, I 129, Pb 210, Ac 227, Ra 228, Pa 230, Pu 241, and Bk 249 are not present | $3 \times 10^{-9}$ | | $1 \times 10^{-10}$ | |
| If it is known that alpha-emitters and Pb 210, Ac 227, Ra 228, and Pu 241 are not present | $3 \times 10^{-10}$ | | $1 \times 10^{-11}$ | |
| If it is known that alpha-emitters and Ac 227 are not present | $3 \times 10^{-11}$ | | $1 \times 10^{-12}$ | |
| If it is known that Ac 227, Th 230, Pa 231, Pu 238, Pu 239, Pu 240, Pu 242, Pu 244, Cm 248, Cf 249, and Cf 251 are not present | $3 \times 10^{-12}$ | | $1 \times 10^{-13}$ | |

4. If the mixture of radionuclides consists of uranium and its daughter products in ore dust prior to chemical processing of the uranium ore, the values specified below may be used in lieu of those determined in accordance with 1., above, or those specified in 2. and 3., above.

   a. For purposes of Table I, Col. 1, $1 \times 10^{-10}$ $\mu$Ci/ml gross alpha activity; or $2.5 \times 10^{-11}$ $\mu$Ci/ml natural uranium; or 75 micrograms per cubic meter of natural uranium in air.

   b. For purposes of Table II, Col. 1, $3 \times 10^{-12}$ $\mu$Ci/ml gross alpha activity; or $8 \times 10^{-13}$ $\mu$Ci/ml natural uranium; or 3 micrograms per cubic meter of natural uranium in air.

ATTACHMENT 12

DOE Memorandum - W. A. Vaughn to Distribution
August 5, 1985

*Does not include*
*attachments 2 and 3*

DOE F 1325.8
(4-84)

**United States Government**                                     **Department of Energy**

# memorandum

DATE: **AUG 5 1985**

REPLY TO
ATTN OF:   EH-24

SUBJECT:   Radiation Standards for Protection of the Public in the
           Vicinity of DOE Facilities

TO:
           See Attached List

It is DOE policy to follow the guidance of the National Council
on Radiation Protection and Measurements (NCRP) to the fullest
extent practicable with respect to radiation protection
standards.  A comprehensive revision of previous NCRP
recommendations on a basic radiation protection system is still
under development.  However, current NCRP guidance is available
regarding protection of the public in its September 18, 1984,
advice to the Environmental Protection Agency published under
the title "Control of Air Emissions of Radionuclides" (Attachment
1).  In this document the NCRP endorses the recommendation of the
International Commission on Radiological Protection (ICRP) to
limit the continuous exposure of any member of the public from
other than medical sources and natural background to 100 mrem
per year whole body dose-equivalent.  The previously
recommended limit of 500 mrem per year is retained for non-
continuous exposures.  This recommendation is now adopted as an
interim standard for DOE environmental activities for all
exposure pathways (see Attachment 2).

The NCRP, unlike the ICRP, has not as yet finalized its
recommendations for limiting risk from radiation exposures on a
basis of equivalent total body exposure, as opposed to previous
recommendations aimed at controlling exposure to a critical
organ. Pending such guidance from the NCRP, it is deemed
appropriate at this time to implement this newer concept, as
embodied in ICRP Publications No. 26 et seq., for DOE
environmental programs.

By memorandum dated September 17, 1984, R. E. Tiller
distributed a proposed amendment to DOE Order 5480.1A for
informal review by HQ and Field Offices.  The amendment
incorporated the radiation standards now being adopted.
Headquarters and field comments generally supported the
proposed standards, but did not support proposed procedures for
implementing ALARA (As Low as Reasonably Achievable).
Attachment 2 to this memorandum is now effective.  It
adopts the radiation standards proposed in the September 17

memorandum, the air emission standards of 40 CFR 61, Subpart H, and establishes a review threshold and reporting requirements to provide assurance that the limits will be met.  Revision of associated procedural requirements in DOE Order 5480.1A, including ALARA implementing procedures, will be accomplished later.

In concert with this action, EH is preparing to publish tables of intake to dose conversion factors based on ICRP Publication 30 models and parameters to be used by DOE environmental programs in calculating dose to members of the public in CY 1985 and future years.  A copy of the final draft of these tables is attached for your information and use (Attachment 3).  The dose conversion factors are to be used unless computerized dose models already incorporate the ICRP Publication 30 models and parameters or, in the case of air pathways, the facility uses EPA's AIRDOS/RADRISK models or other EPA approved model.  In view of the possibility of conflicting parameter selections, particularly the use of 70 years rather than 50 years as the period for calculating committed doses, the use of such alternative site-specific models should be brought to the attention of the Office of Operational Safety for approval.

Based on comments in response to the September 17, 1984, memorandum and our extensive coordination with program offices at Headquarters, we believe that all substantive problems relating to these standards have been resolved.  Any questions concerning this matter should be directed to Carl G. Welty, Office of Operational Safety (FTS 233-6642).

William A. Vaughan
Assistant Secretary
Environment, Safety, and Health

3 Attachments

cc:  W. W. Hoover, DP-1
     A. W. Trivelpiece, ER-1
     J. W. Vaughan, Jr., NE-1
     EH Office Directors

**|N|C|R|P|**   NATIONAL COUNCIL ON RADIATION
PROTECTION AND MEASUREMENTS
7910 WOODMONT AVENUE / BETHESDA, MD 20814

# CONTROL OF AIR EMISSIONS
# OF RADIONUCLIDES

The National Council on Radiation Protection and Measurements (NCRP) has considered the problems raised by the Congressional requirement that the Environmental Protection Agency (EPA) develop standards for radionuclides as part of the National Emission Standards for Hazardous Air Pollutants. The EPA has proposed rules under 40 CFR Part 61 and the NCRP President, with the advice of an ad hoc group of Council members, has commented on these proposals by correspondence and during EPA and Congressional Hearings. The Council considers it desirable at this time to present positive recommendations based on published Council Reports and current work in progress.

The NCRP Scientific Committee 1 on Basic Radiation Protection Criteria has drafted a report defining the relevant recommendations of the Council. While this draft is still unpublished, some of the pertinent numerical values are included in NCRP Report No. 77, *Exposures from the Uranium Series with Emphasis on Radon and its Daughters*.

These are detailed here.

1. The limit of 500 mrem whole body dose equivalent in a year, not including medical and natural background radiation, is still recommended for individuals in the population when the exposure is not continuous. As a corollary, the NCRP advises remedial action, where possible, when the external whole body dose equivalent exceeds 500 mrem/year from all environmental sources, including natural background.

2. The recommended limit for continuous exposure of an individual in the population to external radiation is 100 mrem/year whole body dose equivalent, not including ex-

posure from natural background and medical procedures. A dose equivalent rate of 100 mrem/year is considered to be associated with a lifetime risk of developing cancer of about one in a thousand.

3. These recommendations on limits are only part of a total system of dose limitation which must also include justification and considerations of ALARA (As Low As Reasonably Achievable).

While the NCRP has in the past specifically declined to introduce a sub-set of limits, it is sympathetic to the needs of regulatory bodies who must control individual sources of radiation exposure. In particular, it is necessary to consider the situation where a member of the public may be exposed to radiation from more than one of the controlled sources.

In looking at the possibility of multiple exposures, it seems that large installations which could cause exposures that are a significant fraction of the 100 mrem/year limit are unlikely to be geographically located in such a manner that the sum of the exposures from two sources would outweigh the exposures to individuals closer to either of the separate sources. At the other end of the scale, small installations that may be more closely spaced should produce only relatively small exposures, so that even the sum of their exposures would not approach the 100 mrem/year limit for continued exposure.

The Council (NCRP) appreciates, however, that a regulatory agency charged with protection of the public may consider it necessary to regulate individual sources in order to assure that no individual receives a continuous radiation dose above the 100 mrem/year recommended limit. Thus, whenever the potential exists for an individual to exceed 25% of the limit, for whole-body dose equivalent from any single site, the site operator should be required to assure that the exposure of the maximally exposed individual from all sources would not exceed 100 mrem/year on a continuous basis.

This recommendation of the NCRP concerns whole-body irradiation but the Council has also considered the situation for the exposure of individual organs, such as lung or bone. Dose limits for individual organs will necessarily be higher than that for the whole body in the inverse ratio of the risk for a particular organ to the total risk for whole body exposure.

Attachment 1