# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| MERILYN COOK, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 90-K-181 |
| v. | ) | |
| | ) | |
| ROCKWELL INTERNATIONAL | ) | |
| CORPORATION AND | ) | |
| | ) | |
| THE DOW CHEMICAL COMPANY | ) | AFFIDAVIT OF |
| | ) | DR. JOHN A. AUXIER |
| Defendants. | ) | |

1.  My name is John A. Auxier.

2.  My area of expertise is health physics. My academic degrees include an AB in physics, an MS in physics, and a Ph.D. in Nuclear Engineering with a major in health physics and a minor in radiobiology. I have over 40 years of experience in the field of health physics, in both research and applications. I have received Comprehensive Certification by the American Board of Health Physics and I am a member of the American Academy of Health Physics. I am a Past President of both the Academy and the Health Physics Society. I have assessed the performance of numerous facilities with respect to radiation protection standards and environmental radioactivity standards. I am familiar with, and have worked with, the applicable federal limits for environmental radioactivity at and near nuclear facilities. My further qualifications to provide this affidavit are detailed in my Curriculum Vitae (Attachment 1).

3.  The purpose of this affidavit is to describe the concentration standards for specific radionuclides in air and water in off-site locations in the vicinity of the Rocky Flats Plant from

1



PLAINTIFFS'
EXHIBIT
P-1561
90-CV-181

1953 through 1989, and to present a comparison of measured radionuclide concentrations in off-site locations with radionuclide concentration standards.

4.   The U.S. Atomic Energy Commission (AEC) and its successors, the Energy Research and Development Administration (ERDA) and the Department of Energy (DOE), have specified the levels of radiation and radioactive materials that may be present in the environment from operations of AEC/ERDA/DOE facilities.

5.   The standards for concentrations of radioactive materials in air and water at uncontrolled locations accessible by the general public have been issued by the AEC/ERDA/DOE through Instructions, Manual Chapters, Orders, and in a limited number of cases, through memoranda.  Permissible concentrations of most radionuclides (including isotopes of plutonium, cesium, strontium, uranium, and thorium) in air and water at uncontrolled locations accessible to the general public have been listed by the AEC/ERDA/DOE in tables of values contained in the Instructions, Manual Chapters, and Orders that were applicable at the time.

6.   I have reviewed  the expert reports submitted by the plaintiffs' experts, and have found that plutonium (specifically, $^{239+240}$Pu) is the only radionuclide for which plaintiffs' experts have calculated concentrations.   In addition, the definitions of the medical monitoring class and the property class are based on $^{239+240}$Pu.  Therefore, this affidavit focuses on $^{239+240}$Pu concentrations. (Plutonium-240 has essentially the same radiobiological properties as plutonium-239, and limits for the two radionuclides are identical. For the purposes of this affidavit, "$^{239}$Pu" shall mean plutonium-239 and plutonium-240, combined.)

7.   The standards presented are for $^{239}$Pu in air and water at off-site locations applicable to operations of the Rocky Flats Plant (RFP) from 1953 through 1989.  The standards for concentrations for other radionuclides associated with operations at RFP are also listed in the documents referenced herein.

8.   The standards used by the AEC and its successors for permissible concentrations of radioactive materials in air and water at uncontrolled locations accessible to the general public were (and are) based on recommendations of national and international organizations for radiation protection, the National Council on Radiation Protection and Measurements (NCRP) and International Commission on Radiological Protection (ICRP), respectively.  The recommendations of the NCRP and the ICRP were also incorporated in 10 CFR Part 20, "Standards for the Protection Against Radiation".  For example, during the interval 1963 - 1978,

the AEC/ERDA/DOE limits for concentrations of plutonium in air applicable to off-site individuals were identical to the 10 CFR Part 20 limits.

9.      The standards for radionuclide concentrations were determined by the NCRP and ICRP to be levels that are protective of human health, based on data available at the time.

10.     The standards for protection for internally-deposited $^{239}$Pu were prescribed for personnel at AEC facilities in 1951. {D. F. Shaw, AEC Letter to Operations Contractors re: "Permissible Levels of Radiation and Concentrations of Radioactive Isotopes", January 3, 1951} (Attachment 2)

11.     These standards were based on data presented at the Tripartite Conferences beginning in 1949. {"The Tripartite Conferences on Radiation Protection - Canada, United Kingdom, United States (1949-1953)", U.S. Department of Energy, 1984.} The permissible activity of $^{239}$Pu in the body was derived by a direct comparison with the maximum permissible activity of $^{226}$Ra in the body, incorporating differences in physical and metabolic properties of $^{239}$Pu and $^{226}$Ra. Permissible concentrations of $^{239}$Pu in air and water were calculated from the permissible body content, using standard inhalation and ingestion rates.

12.     This method for determining the protection standards for $^{239}$Pu was adopted by the ICRP in "Recommendations of the International Commission on Radiological Protection", {National Bureau of Standards (NBS) Handbook 47, U.S. Department of Commerce, June 29, 1951} (Attachment 3), and in "Recommendations of the International Commission on Radiological Protection - Report of Committee II on Permissible Dose for Internal Radiation", {ICRP Publication 2, Pergamon Press, 1959.}

13.     The NCRP also adopted this method for determining permissible concentrations of $^{239}$Pu in air and water in "Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water" {NBS Handbook 52, U.S. Department of Commerce, March 20, 1953} (Attachment 4), and "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and Water for Occupational Exposure" {NBS Handbook 69, U.S. Department of Commerce, June 5, 1959} (Attachment 5). Changes in $^{239}$Pu protection standards derived with this method over time were due to changes (and improvements) in the knowledge of $^{239}$Pu and $^{226}$Ra metabolism parameters.

14.     The ICRP and NCRP protection standards for [239]Pu continued to be based on this method until the ICRP published the recommendations contained in "Limits for Intakes of Radionuclides by Workers" {ICRP Publication 30, Part 1, Pergamon Press, July 1978.}

15.     The protection standards for [239]Pu presented in ICRP Publication 30 were derived from internal radiation dose limits recommended in "Recommendations of the International Commission on Radiological Protection" {ICRP Publication 26, Pergamon Press, January 1977}, the internal dose calculation methods described in ICRP Publication 30, and the metabolic data for [239]Pu available as of 1978 and summarized in ICRP Publication 30.

16.     Although the protection standards presented in ICRP Publication 30 were derived for occupationally-exposed individuals, the calculation methods presented in ICRP Publication 30 were used by DOE with the radiation dose standards for the general public recommended by the NCRP in "Control of Air Emissions of Radionuclides" {NCRP Statement No. 6, September 18, 1984} to calculate protection standards for the general public. {W. A. Vaughan, DOE Memorandum to Distribution, U.S. Department of Energy, August 5, 1985}

17.     It is important to note that permissible concentrations are derived with the assumption that individuals are continuously exposed to the radionuclides at the specified concentrations.

18.     The NCRP recommended that: "[i]n the determination of the population dose in the vicinity of radiation sources, proper consideration should be given to occupancy factor and to workload. The exposure of individuals outside of controlled areas may be integrated over periods up to one year." {Maximum Permissible Radiation Exposures to Man, A Preliminary Statement of the National Committee on Radiation Protection and Measurement", Radiology, Vol. 68 , p. 261, 1957} (Attachment 6)

19.     The permissible concentration of [239]Pu in air was specified by the AEC on January 3, 1951, for "the guidance of AEC and AEC-installation personnel" to be 2 x 10$^{-12}$ microcuries per cubic centimeter ($\mu$Ci/cm$^3$), equal to 2 picocuries per cubic meter (pCi/m$^3$). {D. F. Shaw, AEC Letter  dated January 3, 1951} (Attachment 2) This limit was specifically agreed upon in the Tripartite Conferences {U.S. Department of Energy, 1984} and affirmed by the ICRP on June 29, 1951. NBS Handbook 47.

20.     On February 26, 1954, the AEC issued Manual Chapter 0522 that specified the "codes and standards that may be used for guidance in questions pertaining to radiation

4

protection." {"Basic Guides for Radiation Protection", Manual Chapter 0522, U.S. Atomic Energy Commission, February 26, 1954} (Attachment 7)  Included in the list of standards was NBS Handbook 52 (published for the NCRP), which listed the applicable "maximum permissible concentration in air" of $^{239}$Pu as $2 \times 10^{-12}$ $\mu$Ci/cm$^3$ (equal to 2 pCi/m$^3$). {"Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water",  National Bureau of Standards Handbook 52, U.S. Department of Commerce, March 20, 1953} (Attachment 4)

21.    AEC Manual Chapter 0550 was issued on August 29, 1957, and included reference to the NCRP recommendations of January 8, 1957. {"Codes and Standards for Health, Safety, and Fire Protection", Manual Chapter 0550, U.S. Atomic Energy Commission, August 29, 1957} (Attachment 8).  Those recommendations of the NCRP pertaining to radionuclides that could give an internal dose included the statement "[f]or individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures." {"Maximum Permissible Radiation Exposures to Man, A Preliminary Statement of the National Committee on Radiation Protection and Measurement", Radiology, Vol. 68 , p. 261, 1957} (Attachment 6).  This additional requirement changed the applicable permissible concentration for $^{239}$Pu in air in uncontrolled areas to 0.2 pCi/m$^3$, effective August 29, 1957. {"Codes and Standards for Health, Safety, and Fire Protection", Manual Chapter 0550, U.S. Atomic Energy Commission, August 29, 1957} (Attachment 8).

22.    On August 12, 1963, the AEC issued Manual Chapter 0524, "Standards for Radiation Protection", that included a table of "Concentrations in Air and Water Above Natural Background", derived from the values in NBS Handbook 69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and in Water for Occupational Exposure." {NBS Handbook 69, June 5, 1959} (Attachment 5).  The applicable permissible concentration for $^{239}$Pu in air listed in Manual Chapter 0524 was $1 \times 10^{-12}$ $\mu$Ci/cm$^3$ (equal to 1 pCi/m$^3$).  {AEC Manual Chapter 0524, August 12, 1963} (Attachment 9).

23.    AEC Manual Chapter 0524 also included the provision that "the average exposure of a suitable sample of an exposed population group is not in excess of one-third of annex 1, table II standards."  Therefore, the applicable permissible concentration of $^{239}$Pu in air in uncontrolled areas for a population group became 0.33 pCi/m$^3$ on August 12, 1963 (Attachment 9).

24.     Subsequent versions of AEC and ERDA Manual Chapter 0524 continued in effect until May 5, 1980, when DOE issued DOE Order 5480.1, including "Chapter XI, Requirements for Radiation Protection". The applicable permissible concentration of $^{239}$Pu in air continued to be 0.33 pCi/m$^3$. (This included application of the three-fold reduction "when applied to a suitable sample of the population."). {"Environmental Protection, Safety, and Health Protection Program for DOE Operations", DOE Order 5480.1, U.S. Department of Energy, May 5, 1980} (Attachment 10)

25.     On August 13, 1981, DOE issued Order DOE 5480.1A, "Environmental Protection, Safety, and Health Protection Program for DOE Operations." The applicable permissible concentration of $^{239}$Pu in air continued to be 0.33 pCi/m$^3$. {"Environmental Protection, Safety, and Health Protection Program for DOE Operations", DOE Order 5480.1A, U.S. Department of Energy, August 13, 1981} (Attachment 11)

26.     DOE Order 5480.1A was superseded by DOE Order 5400.5 on February 8, 1990. { "Radiation Protection of the Public and the Environment", DOE Order 5400.5, U.S. Department of Energy, February, 1990}

27.     On August 5, 1985, DOE adopted "an interim standard for DOE environmental activities for all exposure pathways", and the applicable concentration for air after August 5, 1985, was 0.04 pCi/m$^3$. {W. A. Vaughan, DOE Memorandum to Distribution, U.S. Department of Energy, August 5, 1985} (Attachment 12)

28.     The applicable permissible concentrations of $^{239}$Pu in air in uncontrolled areas accessible to members of the public for the period from 1953 through 1989 are summarized below in Table 1:

### Table 1

### Permissible $^{239}$Pu Concentration in Air

| Dates | (pCi/m$^3$) |
|---|---|
| January 3, 1951 - August 28, 1957 | 2.0 |
| August 29, 1957 - August 11, 1963 | 0.2 |
| August 12, 1963 - August 4, 1985 | 0.33 |
| August 5, 1985 - December 31, 1989 | 0.04 |

29.     Measured concentrations of radioactive materials in air at a specific location averaged over periods of up to one year, i.e., annual average concentrations, may be used when

comparing environmental concentrations with the applicable permissible concentration standards. {AEC Manual Chapter 0524, August 12, 1963} (Attachment 9)

30.     The applicable permissible concentration of $^{239}$Pu in water specified by the AEC on January 3, 1951, for "the guidance of AEC and AEC-installation personnel", was $1.5 \times 10^{-6}$ $\mu$Ci/cm$^3$, equal to 1,500 picocuries per liter (pCi/L). {D. F. Shaw, AEC Letter to Operations Contractors, January 3, 1951} (Attachment 2)

31.     This limit was specifically agreed upon in the Tripartite Conferences {U.S. Department of Energy, 1984} and affirmed by the ICRP on June 29, 1951. {NBS Handbook 47} (Attachment 3)

32.     On February 26, 1954, the AEC issued Manual Chapter 0522 that specified the "codes and standards that may be used for guidance in questions pertaining to radiation protection." {AEC Manual Chapter 0522, 1954} (Attachment 7) Included in the list of standards was NBS Handbook 52, which listed the applicable "maximum permissible concentration in water" of $^{239}$Pu as $1.5 \times 10^{-6}$ $\mu$Ci/cm$^3$ (1,500 pCi/L). {NBS Handbook 52, March 20, 1953} (Attachment 4)

33.     AEC Manual Chapter 0550 was issued on August 29, 1957, and included reference to the NCRP recommendations of January 8, 1957. Those recommendations of the NCRP for radionuclides that could give an internal dose included the statement, "[f]or individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures." {Radiology Vol. 68, 1957}. This additional requirement changed the applicable permissible concentration for $^{239}$Pu in water in uncontrolled areas to 150 pCi/L, effective August 29, 1957. {AEC Manual Chapter 0550, 1957} (Attachment 8)

34.     On August 12, 1963, the AEC issued Manual Chapter 0524, "Standards for Radiation Protection", that included a table of "Concentrations in Air and Water Above Natural Background", derived from the values in NBS Handbook 69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and in Water for Occupational Exposure." {NBS Handbook 69, June 5, 1959} (Attachment 5) The applicable permissible concentration of $^{239}$Pu in water listed in Manual Chapter 0524 was $5 \times 10^{-6}$ $\mu$Ci/cm$^3$ (5,000 pCi/L). {AEC Manual Chapter 0524, 1963} (Attachment 9)

35.     AEC Manual Chapter 0524 (August 12, 1963) also included the provision, "the average exposure of a suitable sample of an exposed population group is not in excess of one-third of annex 1, table II standards." Therefore, the applicable permissible concentration of $^{239}$Pu in water in uncontrolled areas became 1,667 pCi/L on August 12, 1963. {AEC Manual Chapter 0524, 1963} (Attachment 9)

36.     Subsequent versions of AEC and ERDA Manual Chapter 0524 continued in effect until May 5, 1980, when DOE issued Order DOE 5480.1, including Chapter XI, "Requirements for Radiation Protection". The applicable permissible concentration of $^{239}$Pu in water continued to be 1,667 pCi/L. (This included application of the three-fold reduction "when applied to a suitable sample of the population.") {U.S. DOE Order 5480.1, 1980} (Attachment 10)

37.     On August 13, 1981, DOE issued Order DOE 5480.1A, "Environmental Protection, Safety, and Health Protection Program for DOE Operations." The applicable permissible concentration of $^{239}$Pu in water in uncontrolled areas continued to be 1,667 pCi/L. {U.S. DOE Order 5480.1A} (Attachment 11)

38.     DOE Order 5480.1A was superseded by DOE Order 5400.5 on February 8, 1990. {"Radiation Protection of the Public and the Environment", DOE Order 5400.5, U.S. Department of Energy, February, 1990}

39.      On August 5, 1985, DOE adopted "an interim standard for DOE environmental activities for all exposure pathways", and the applicable concentration for water after August 5, 1985, was 30 pCi/L. {W. A. Vaughan, DOE Memorandum to Distribution, U.S. Department of Energy, August 5, 1985} (Attachment 12)

40.     The applicable permissible concentrations of $^{239}$Pu in water in uncontrolled areas accessible to members of the public for the period from 1953 to 1989 are summarized below in Table 2:

### Table 2

### Permissible $^{239}$Pu Concentration in Water

| Dates | (pCi/L) |
|---|---|
| January 3, 1951 - August 28, 1957 | 1,500 |
| August 29, 1957 - August 11, 1963 | 150 |
| August 12, 1963 - August 4, 1985 | 1,667 |
| August 5, 1985 - December 31, 1989 | 30 |

8

41.     Measured concentrations of radioactive materials in water at a specific location averaged over periods of up to one year, i.e., annual average concentrations, may be used for the purpose of comparing environmental concentrations with the permissible concentration standards. AEC Manual Chapter 0524, August 12, 1963.

42.     Concentrations of radioactive materials in air in the vicinity of RFP have been measured since 1953. The air monitoring programs used at RFP, as well as the locations of air monitors/samplers, are described in RFP environmental monitoring reports and in other documents and reports.

43.     The operators of the RFP monitored concentrations of radionuclides in air at on-site locations and at off-site locations from 1953 through 1989 using a number of different monitors. These monitors collected over 200,000 air samples during this time.

44.     From 1953 to 1970, measurements were made of total long-lived, alpha particle-emitting radioactive material (TLL$\alpha$) in air in the vicinity of RFP. Plutonium-239 is a long-lived alpha particle emitter, and, as such, the concentrations of $^{239}$Pu in air in the vicinity of RFP from 1953 to 1970 contributed to the measured TLL$\alpha$ concentrations. Concentrations of naturally-occurring alpha emitters in air also contributed to these TLL$\alpha$ measurements.

45.     The annual average concentrations of TLL$\alpha$ in air (in units of pCi/m$^3$) measured at off-site air monitoring locations from 1953 to 1970 and the applicable permissible concentrations of $^{239}$Pu in air for the same period are shown in Figure 1. Each bar represents the annual average concentration at single monitoring station.

46.     The data shown in Figure 1 are difficult to see because the measured concentrations are extremely low when compared with the applicable permissible concentrations.

47.     After 1970, direct measurements were made of concentrations of $^{239}$Pu in air in the vicinity of RFP. The annual average concentrations of $^{239}$Pu in air measured at each perimeter location and at each community air monitoring location from 1971 to 1989 and the applicable permissible concentrations of $^{239}$Pu in air for the same period are shown in Figure 2 and Figure 3, respectively. The combined number of perimeter and community monitoring locations ranged from 21 to 28 during this interval, including a number of locations between the RFP production areas and residences in the class areas. Once again, the air monitoring data are shown as vertical bars, but are so far below the applicable permissible concentrations that they are difficult to see.

48.     A comparison of the applicable permissible concentrations for [239]Pu in air and the air monitoring data for off-site areas in the vicinity of the RFP show that the applicable permissible concentrations of [239]Pu in air at those locations were not exceeded from 1953 through 1989.

49.     The surface water monitoring programs used at RFP, as well as the locations of surface water sampling are described in RFP environmental monitoring reports and in other documents and reports.  The operators of the RFP monitored concentrations of radionuclides in water at a number off off-site locations from 1953 through 1989.  Samples were taken from Standley Lake, Great Western Reservoir, and Base Line Reservoir from the early 1950's.  Municipal water samples were subsequently obtained from Arvada, Boulder, Broomfield, Denver, Golden, Lafayette, Louisville, Thornton, and Westminster.

50.     The annual average concentrations of plutonium plus uranium in water measured in reservoirs and at tap water sampling locations from 1953 to 1970 and the applicable permissible concentrations of [239]Pu in water for the same period are shown in Figure 4 and Figure 5, respectively.  Data are shown but are difficult to see because measured concentrations are extremely low when compared with the applicable permissible concentrations.

51.     The annual average concentrations of plutonium in water (in units of pCi/L) measured in reservoirs and in tap water from 1971 to 1989 and the applicable permissible concentrations of [239]Pu in water for the same period are shown in Figure 6 and Figure 7, respectively.

52.     A comparison of the applicable permissible concentrations for [239]Pu in water and the surface water monitoring data for off-site areas in the vicinity of the RFP, show that the applicable permissible concentrations of [239]Pu in water at those locations were not exceeded from 1953 through 1989.

53.     Concentrations of radionuclides other than [239]Pu have been measured in air and water in the vicinity of RFP since 1953.  The concentrations of these radionuclides have been reported in the numerous monitoring reports.

54.     As with [239]Pu , a comparison of the applicable permissible concentrations for other radionuclides associated with operations of RFP and the environmental monitoring data for those radionuclides, show that the applicable permissible concentrations of those radionuclides in air and water were not exceeded from 1953 through 1989.

55.     I have studied the plaintiffs' experts' reports. The plaintiffs' expert who calculated exposures to radioactive material for off-site areas was Dr. Robert Goble. I have studied carefully and intensively Dr. Goble's lengthy report, and have submitted a rebuttal report in response to it. I do not believe that Dr. Goble's methodology for calculating air concentrations of plutonium for off-site areas is valid, for many reasons. In addition, as noted in my rebuttal report, Dr. Goble's methodology estimates air concentrations that are incompatible with those measured in the off-site area for which Goble was attempting to calculate air concentrations. As a result, Goble's estimates of plutonium-in-air concentrations do not pass even a basic "reality check".

56.     Goble's estimates can be compared to the applicable federal limits for radionuclides in off-site air. Goble estimated annual plutonium-in-air concentrations for the period 1965-1970, for three off-site locations called 4B, 8B, and 12B. He then used the following so-called "multipliers" (shown in parentheses) which he applied to these 1965-1970 estimates to pro-rate annual plutonium-in-air concentrations for the periods of 1953-57 (0.001), 1958-64 (0.1), and 1971-89 (0.003). All of Goble's estimated air concentrations for the periods other than 1965-1970 are far less than his 1965-1970 estimates. Goble's 4B estimates, in all time periods, are a little more than three times greater than his 8B estimates for all time periods, and his 12B estimates are always exactly ten times lower than his 4B estimates. Consequently, Goble's 4B estimates for 1965-70 are his highest estimates.

57.     Goble does not report explicit air concentration estimates for any radioactive material other than $^{239}$Pu. Goble did not estimate plutonium concentrations in water or produce independent estimates of plutonium in soil; he limited his concentration estimates to $^{239}$Pu-in-air.

58.     All of Goble's $^{239}$Pu-in-air concentration estimates are less than the applicable federal limits. Goble's "50th percentile" estimate for the $^{239}$Pu-in-air concentration for 1965-70 in location 4B is 0.041 pCi/m$^3$, which is less than the 0.333 pCi/m$^3$ applicable federal limit for that period, as discussed above. Goble's "mean" estimate for 4B between 1965 and 1970 is 0.284 pCi/m$^3$, which is also less than the applicable federal limit.

59.     Goble did not report air concentrations for particular individuals. However, even the highest estimated air concentration that he reports (0.95 pCi/m$^3$ for his "95th percentile" estimate at location 4B during 1965-70), was less than the applicable federal limit for individuals, which was 1.0 pCi/m$^3$ at the time. (The distinction between individual doses and average doses for populations is discussed in paragraph 23, above.)

11

60. Even if one accepts Goble's methodology (which I do not), his "95th percentile" estimate for location 4B during 1965-70 is no more likely to be correct than his "5th percentile" estimate for the same place and time. His "5th percentile" estimate is 0.0014 pCi/m$^3$, less than one seven-hundredth of the applicable federal limit for individuals.

61. Because all of Goble's other estimates for 1965-70 were either three or ten times less than the above-discussed estimates, all of Goble's 1965-70 estimates fall below the applicable federal limits.

62. For no other time period did Goble estimate off-site plutonium-in-air levels that exceeded applicable federal limits for plutonium. His estimates for 1953-57 were only one thousandth of his 1965-70 estimates, and, as discussed above, during that early period, the federal limits were higher than those applicable during 1965-70. In 1971-1985, the federal limit remained the same as during 1965-70, yet Goble's estimates for that period were only 0.003 times his 1965-70 estimates. Similarly, between 1985-89, while the applicable federal limit dropped to 0.04 pCi/m$^3$, Goble's highest reported off-site concentration estimate was less than 0.003 pCi/m$^3$, far below that limit. Finally, between 1958 and 1964, the federal limit was 0.2 pCi/m$^3$, and Goble's estimates were one tenth of his 1965-1970 estimates discussed above, and consequently were less than the applicable federal limits.

Case 1:90-cv-00181-JLK   Document 1787-6   Filed 12/12/05   USDC Colorado   Page 13 of 20



pCi/m³

SOURCE: Air Sample Records and Calculation Sheets

Figure 1

**Comparison of RFP Annual Average Air Concentrations**
**with ²³⁹Pu Standards, 1953 - 1970**



(a) Concentrations reflect long-lived alpha data for 1971 & 1972

Source: Annual Environmental Monitoring Reports

Figure 2

Comparison of RFP Perimeter Annual Average Air Concentrations
with $^{239}$Pu Standards, 1971 - 1989

14



(a)  Concentrations Reflect Long Lived Alpha for 1971 & 1972          Source: Annual Environmental Monitoring Reports

**Figure 3**

**Comparison of RFP Annual Average Air Monitoring Data from Community Monitors
with $^{239}$Pu Standards, 1971 - 1989**



**Figure 4**

**Comparison of Annual Average Data from Reservoirs
with $^{239}$Pu Standards, 1953 - 1970**



**Figure 5**

**Comparison of Annual Average Data from Tap Water with $^{239}$Pu Standards, 1953 - 1970**



**Figure 6**

Comparison of Annual Average Data from Reservoirs with $^{239}$Pu Standards, 1971 – 1989



**Figure 7**

**Comparison of Annual Average Data from Tap Water with $^{239}$Pu Standards, 1971 - 1989**

FURTHER AFFIANT SAYETH NOT

NOTARIZED:

My commission expires August 2, 1997.

John. A. Auxier
July 29, 1997