# Exhibit D

# Development of Standards for Plutonium

| | Air pCi/m³ | H₂0 pCi/L | Air pCi/m³ | H₂0 pCi/L | Air pCi/m³ | H₂0 pCi/L | Air pCi/m³ | H₂0 pCi/L |
|---|---|---|---|---|---|---|---|---|
| ICRP | 2.0 / 1951 | 1500 / 1951 | 0.2 / 1956 | 150 / 1956 | 0.33 / 1959 | 1667 / 1959 | | |
| NCRP | 2.0 / 1953 | 1500 / 1953 | 0.2 / 1957 | 150 / 1957 | | | 0.04 / 1984 | 30 / 1984 |
| AEC / DOE | 2.0 / 1951 | 1500 / 1951 | 0.2 / 1957 | 150 / 1957 | 0.33 / 1963 | 1667 / 1963 | 0.04 / 1985 | 30 / 1985 |

DEFENDANT'S EXHIBIT DX1638