# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
TRIAL TO JURY
VOLUME 60

_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, commencing at 1:12 p.m., on the 12th day of December, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Gwen Daniel, 901 19th Street, Room A259, Denver, Colorado, 80294, (303) 629-9285

Page 7645

1  that.
2  Q.  And you performed no analysis of your own, correct, of the
3  dose for exposure suffered by any person off-site of Rocky
4  Flats, correct?
5  A.  No, the RAC performed the dose calculations from the years
6  of operation, yes.  I did not do --
7  Q.  And, again, you performed no risk estimate or calculation
8  of your own having to do with the risks to the off-site
9  population near Rocky Flats arising from exposures to plutonium
10 and other substances from Rocky Flats, correct?
11 A.  I did not, that's correct.
12          MR. SORENSEN:  Your Honor, if I may just confer?
13          THE COURT:  Yes.
14          MR. SORENSEN:  Your Honor, I would just like to offer
15 the exhibits, other than demonstratives, shown the witness, the
16 DOE documents.  Can they be admitted at this time?
17          THE COURTROOM DEPUTY:  Exhibit numbers, please.
18          MR. SORENSEN:  I can go through them.  I'll go through
19 them.
20          MR. KURTENBACH:  I thought we handled this document by
21 document as we were going through the examination.
22          THE COURT:  If he hasn't offered them he wants to now,
23 so let's get it done.
24          MR. SORENSEN:  Correct.  That would be document 1563,
25 P1563, AEC letter; P1568 --

```
                                                         Page 7646
 1              THE COURT:  Wait a minute.  Let him read that.  Do you
 2   have an objection to that?
 3              MR. KURTENBACH:  I do.  I mean, he confronted the
 4   witness, which is I think the appropriate use of the document,
 5   but to have the document admitted I don't think is appropriate.
 6              THE COURT:  The objection is sustained.  Next.
 7              MR. SORENSEN:  P1568, AEC manual chapter.
 8              MR. KURTENBACH:  Same.  Same objection.
 9              THE COURT:  Sustained.
10              MR. SORENSEN:  The documents he relied upon --
11              THE COURT:  You examined him on it, but the document
12   itself doesn't come in under the rule.  It's fine if you
13   examine him on it.
14              MR. SORENSEN:  Just for the record, I'll finish up,
15   P1569, also an AEC manual, I assume your ruling would be the
16   same.
17              MR. KURTENBACH:  Same objection.
18              THE COURT:  Yes.
19              MR. SORENSEN:  P1570, the same type of document.
20              MR. KURTENBACH:  Same.
21              THE COURT:  Same ruling, sustained.
22              MR. SORENSEN:  P1571, DOE order, same type of
23   document.
24              MR. KURTENBACH:  Same objection.
25              THE COURT:  Sustained.
```