# Exhibit G

Page 7436

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
TRIAL TO JURY
VOLUME 59

_____

      Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, commencing at 8:10 a.m., on the 12th day of December, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Gwen Daniel, 901 19th Street, Room A259, Denver, Colorado, 80294, (303) 629-9285

Page 7464

1    with Dr. Frazier.
2             THE COURT:  I've got it right here, and I'm just going
3    to have to take those up as they come up, if they do.
4             MR. KURTENBACH:  I think as a general matter,
5    Mr. Sorensen and I discussed this a little bit this morning,
6    probably 80 percent of what's being objected to here is
7    material that's in his direct testimony that's responsive to
8    the issue we took up at the beginning of the day last Friday
9    for Dr. Raabe; that is to say, I tee up some issue that some
10   plaintiffs' witness raised, then ask him for his response to
11   it.  We worked through that with Dr. Raabe without any
12   objections.  I assume we'll be able to do it with Dr. Frazier
13   without any objections.
14            THE COURT:  We'll see what happens.
15            Please be seated.  I'm sorry I didn't say that
16   earlier.
17            The following exhibits were not objected to, and they
18   are admitted, and those are DX530, 533 and 534, and then
19   there's no objection to DX1633, 1636, 1637, 1638, 1639, 1640,
20   1642, 1643, 1644, 1645, 1646, 1647, 1649, 1650, 1651, 1652,
21   1654, 1655, 1656, 1663, 1664, 3426, 4004, and 4007.  So those
22   are admitted.
23            And we'll bring in the jury.  I am going to instruct
24   them before you proceed with this testimony.
25            MR. KURTENBACH:  Okay.  Two things.  One, I handed out