# Exhibit H

Page 10177

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

REPORTER'S TRANSCRIPT
Trial to Jury
VOLUME 83
_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 2:15 p.m., on the 17th day of January, 2006, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

Page 10192

1  representation.
2         THE COURT: I have looked at that issue myself.
3         MR. NORDBERG: In order to preserve the issue, I think
4  we have to ask the question because we need the answer if
5  plaintiffs turn out to be wrong about it.
6         THE COURT: The question of preemption on that issue,
7  go ahead and file it. I will rule. I am pretty much committed
8  to what I have done on it. I have looked at that issue before
9  I decided this.
10        MR. NORDBERG: We just need to preserve the record on
11 it.
12        MR. KURTENBACH: We broke this into parts, so for
13 counsel's benefit, we will begin with the part that I am
14 talking about with the Friday deal on demonstratives previously
15 admitted if that helps you find your place in your notes.
16        So Your Honor, we would offer the following exhibits
17 which have been admitted as demonstratives but which the
18 parties have now agreed will come in as summaries and/or
19 photos, that is as of substantive evidence. And they are DX1,
20 DX3, DX1043, 1137, 1138, 1152a, 1167, 1170, 1364a, 1382, 1638,
21 1639, 1640, 1654, 1655, 1942, 1963, 1663a, 1664a, and 2085.
22 Those are all DXs, and we would offer those, Your Honor.
23        THE COURT: And there is no objection so they are
24 admitted.
25        MS. ROSELLE: I believe that's correct. Mr. Sorensen

Page 10193

1  is going to check it.
2           MR. DAVIDOFF:  While Mr. Sorensen is doing that, I
3  just conferred with Mr. Nordberg about your rulings.  We are
4  not expecting you to reconsider or reargue the rulings.  There
5  are some things that we think we need to file to preserve our
6  record on this.
7           THE COURT:  That's fine.
8           MR. KURTENBACH:  Counsel, this is the so-called
9  ministerial cleanup regarding two exhibits.
10          MR. BERNICK:  I don't think we have an agreement.  I
11 don't think we have the documents received yet.  Mr. Sorensen
12 was checking something.
13          MR. SORENSEN:  Yes, Your Honor.
14          MR. KURTENBACH:  May they be received, Your Honor?
15          THE COURT:  Yes.
16          MR. KURTENBACH:  With respect to the ministerial
17 exhibits, these were documents that we believe came in during
18 the course of the trial both as substantive and as
19 demonstratives, and we want to be clear at this point that
20 DX2033 and DX2291 come in as summaries, and we offer them, Your
21 Honor.
22          MS. ROSELLE:  No objection.
23          THE COURT:  They are admitted as substantive exhibits
24 as summaries.
25          MR. KURTENBACH:  Next, Counsel, this is this morning's