# Exhibit C

THIS CERTIFIED COPY IS
A PERMANENT RECORD OF
THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLORADO

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO

2    Civil Action No. 90-K-181

3                                              FILED
                                        UNITED STATES DISTRICT COURT
     MERILYN COOK, et al.,                   DENVER, COLORADO

4
         Plaintiffs,                         JUL 2 3 2004

5
     vs.                              GREGORY C. LANGHAM
6                                                  CLERK

     ROCKWELL INTERNATIONAL CORPORATION, et al.,

7
         Defendants.

8    _____

9
                        REPORTER'S TRANSCRIPT
10        (Hearing on Jury Instructions and Pretrial Conference)

11   _____

12            Proceedings before the HONORABLE JOHN L. KANE, JR.,

13   Judge, United States District Court for the District of

14   Colorado, commencing at 1:10 p.m., on the 22d day of July,

15   2004, in Courtroom 11, United States Courthouse, Denver,

16   Colorado.

17

18

19

20

21

22

23

24   Proceeding Recorded by Mechanical Stenography, Transcription
     Produced via Computer by Paul Zuckerman, 1929 Stout Street,
25   P.O. Box 3563, Denver, Colorado, 80294, (303) 629-9285

1 | have an opportunity to object in writing to all of the final

2 | proposed instructions tendered to the Court by the defendants.

3 |     Neither side submitted replies to the other side's

4 | objections, as required by my directions for preparing and

5 | submitting jury instructions.

6 |     Defendants proposed a number of instructions that are

7 | premised on issues of law that have already been rejected in

8 | this case.  Defendants acknowledge my prior decisions on some

9 | but not all of these issues and state they tendered these

10 | instructions in order to preserve their arguments on these

11 | issues on appeal.

12 |     I would state this parenthetically:  Those issues and

13 | the objections are preserved on appeal, but I'm getting tired

14 | of hearing them.  And I think it has gotten to the point with

15 | the repetition of these same points that I've ruled on that it

16 | requires me to go back over my previous rulings and spend a lot

17 | of time doing that -- it has reached the point where it can,

18 | and hasn't yet, but it will seriously affect the persuasiveness

19 | of counsel's representation in this case if I have to continue

20 | to do that.  I may just quit listening.  Okay.

21 |     Now, having said this, the following trespass

22 | instructions are rejected in their entirety as being contrary

23 | to the law of this case:

24 |     Defendants' Trespass Instruction No. 2, definition of

25 | reasonable measures and reasonable costs, contrary to the