IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK
_____

**MERILYN COOK, WILLIAM SCHIERKOLK, JR.,
DELORES SCHIERKOLK, GERTRUDE BABB,
RICHARD BARTLETT, and SALLY BARTLETT,** *et al*,

      **Plaintiffs,**

v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

      **Defendants.**
_____

**REPLY TO DEFENDANTS' MOTION FOR LEAVE
RE PLAINTIFFS' RENEWED MOTION
FOR CLASS CERTIFICATION**
_____

      Plaintiffs respectfully submit that the renewed motion for class certification, part of plaintiffs' Motion for Entry of Judgment filed in August (Docket Nos. 2367 and 2371 (Corrected)) has been fully briefed and defendants' attempt to clutter the record with an unnecessary sur-reply should be denied.

      Plaintiffs also respectfully submit that whether, and when, to hold oral argument is in the discretion of the Court.

Dated: November 17, 2015　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　*/s/ Merrill G. Davidoff*
　　　　　　　　　　　　　　　　　　　　　　Merrill G. Davidoff
　　　　　　　　　　　　　　　　　　　　　　David F. Sorensen
　　　　　　　　　　　　　　　　　　　　　　BERGER & MONTAGUE, P.C.
　　　　　　　　　　　　　　　　　　　　　　1622 Locust Street
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　(215) 875-3000

　　　　　　　　　　　　　　　　　　　　　　Gary B. Blum
　　　　　　　　　　　　　　　　　　　　　　Steven W. Kelly
　　　　　　　　　　　　　　　　　　　　　　SILVER & DEBOSKEY, P.C.
　　　　　　　　　　　　　　　　　　　　　　1801 York Street
　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80206
　　　　　　　　　　　　　　　　　　　　　　(303) 399-3000

　　　　　　　　　　　　　　　　　　　　　　Louise Roselle
　　　　　　　　　　　　　　　　　　　　　　Paul De Marco
　　　　　　　　　　　　　　　　　　　　　　Markovits, Stock and De Marco, LLC
　　　　　　　　　　　　　　　　　　　　　　119 E. Court Street, Suite 510
　　　　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　　　　　(513) 651-3700

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of November, 2015, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                */s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3084