**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**MOTION BY CHRISTOPHER LANE TO WITHDRAW APPEARANCE**

Christopher Lane respectfully moves the court for an order approving the withdrawal of his appearance as counsel for Defendants in this matter. Consistent with D.C.Colo.LAttyR 5, he provides the following information.

1)    There is good cause for the withdrawal. Effective December 31, 2015, Christopher Lane is withdrawing from his law firm, Sherman & Howard L.L.C., and retiring from the active practice of law.

2)    This notice of withdrawal is being served electronically on all counsel of record.

3)    This motion has been served on the Defendants by via email.

4)    The notice to the clients of the motion for withdrawal does not contain warnings as to client responsibilities for meeting statutory and court obligations where an attorney's withdrawal would leave client without representation by counsel. Defendants are and will continue to be represented by other counsel who have appeared and continue to appear for them

LITIGATION/4630242.1

2

in this proceeding, including Kevin T. Van Wart, Esq. and Bradley H. Weidenhammer, Esq. of the firm of Kirkland & Ellis LLP and Joseph J. Bronesky, Esq., of Sherman & Howard L.L.C. Accordingly, no such notice should be required.

5) D.C.Colo.LCivR 7.1(a)(4) expressly exempts a motion to withdraw appearance from the general duty to confer on filed motions.

A form of proposed order granting this motion is submitted with it.

Respectfully submitted,

s/ *Christopher Lane*
Christopher Lane
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO  80202
Phone:  (303) 297-2900
Fax:  (303) 298-0940
Email: clane@shermanhoward.com

Counsel for Defendants

2

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of December, 2015, I served the foregoing Motion by Christopher Lane to Withdraw Appearance and proposed Order via the Court's ECF system on all participating counsel.

I also certify that on this 9th day of December, 2015, I served a copy of the foregoing Motion by Christopher Lane to Withdraw Appearance and proposed Order by sending a copy of the Motion and proposed Order to a representative of each client via electronic mail.

*s/ Diane M. Collier*
Diane M. Collier