IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**ORDER GRANTING WITHDRAWAL OF APPEARANCE OF CHRISTOPHER LANE AS COUNSEL FOR DEFENDANTS**

        This matter comes before the Court on the motion of Christopher Lane to withdraw his appearance as counsel for Defendants. The Court has reviewed the motion. The Court finds good cause for granting the motion. The motion complies with D.C. Colo. LAttyR 5. The Court grants the motion.

        Dated: _____

        _____
        U.S. District Court Judge

LITIGATION/4630243.1