**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**ORDER GRANTING WITHDRAWAL OF APPEARANCE OF CHRISTOPHER LANE**
**AS COUNSEL FOR DEFENDANTS**

This matter comes before the Court on the motion of Christopher Lane to withdraw his appearance as counsel for Defendants (Doc. 2389). The Court has reviewed the motion. The Court finds good cause for granting the motion. The motion complies with D.C. Colo. LAttyR 5. The Court grants the motion.

IT IS ORDERED that Christopher Lane is hereby withdrawn as counsel for the defendants.

IT IS FURTHER ORDERED that electronic mail notification to Christopher Lane of the law firm Sherman & Howard, L.L.C. is terminated in this case.

Dated: December 9, 2015

                                                              */s/ John L. Kane*
                                                              John L. Kane
                                                              Senior U.S. District Court Judge