# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 17, 2015

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:   The Dow Chemical Company, et al.
      v. Merilyn Cook, et al.
      No. 15-791
      (Your No. 14-1112)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 17, 2015 and placed on the docket December 17, 2015 as No. 15-791.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst