# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 19, 2016

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Merilyn Cook, et al.
           v. The Dow Chemical Company, et al.
           No. 15-911
           (Your No. 14-1112)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on January 15, 2016 and placed on the docket January 19, 2016 as No. 15-911.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Melissa Blalock
                              Case Analyst