IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS

For the reasons set forth in the accompanying memorandum in support of this motion, Plaintiffs respectfully request that the Court certify the following Class, which shall be denominated the "Settlement Class", the "Class", or the "Property Class", for settlement purposes pursuant to Rule 23(a) and 23(b)(3):

> The Property Class includes all persons and entities who have not previously opted out or who do not timely opt out of the class who owned, as of June 7, 1989, an interest (other than mortgagee and other security interests) in real property situated within the Property Class Area, exclusive of governmental entities, defendants, and defendants' affiliates, parents, and subsidiaries. The Property Class Area is a geographic area near the former Rocky Flats Nuclear Weapons Plant in Colorado; its boundary is portrayed in the map attached hereto as Appendix A.[1]

---

[1] The Court previously certified essentially this same class. *See, e.g.*, Final Judgment, Doc. No. 2264, at ¶ 2; *Cook IV*, 151 F.R.D. 378 (D. Colo. 1993). On May 18, 2005, this Court divided the Class into two subclasses. *See* Doc. No. 1336. The Prospective Damages Subclass included all members of the Property Class who still owned their properties as of January 30, 1990, and the Non-Prospective Damages Subclass included all members of the Property Class who did not own their properties as of January 30, 1990. *Id.* at 15-16. In connection with the

1

2

The "Property Class Area" is defined, as it was previously defined, with reference to geographical representations of the area bounded by the plutonium contour.  *See* Second Am. Compl. ¶ 85; *see also Cook IV*, 151 F.R.D. 378, 382 (D. Colo. 1993); Appendix A hereto (map of Property Class Area); Doc. No. 2264-1 (map of Property Class Area).

Plaintiffs respectfully request that the Court appoint Merilyn Cook, Richard and Sally Bartlett, and William and Delores[2] Schierkolk as representatives of the Class.

Plaintiffs respectfully request that the Court appoint the law firm of Berger & Montague, P.C. as Lead Counsel for the Class pursuant to Federal Rule of Civil Procedure 23(c)(1)(B) and 23(g), and permit Lead Counsel to continue to associate the law firms of Silver & DeBoskey, P.C. and Markovits, Stock & De Marco, LLC as co-counsel, and MoloLamken LLP as Supreme Court counsel.  Plaintiffs also respectfully request that the Court allow Lead Counsel to negotiate escrow or custody agreements with financial institutions, negotiate with administrators of class actions and supervise the performance of such administrators and associated providers of services, and otherwise lead settlement approval proceedings on behalf of the Plaintiffs and the Class.

Defendants do not oppose certification of the Class for purposes for settlement.  In addition, the parties are filing on this same date a Stipulation re Certification of Settlement Class.

Dated:  May 18, 2016                                Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street

---

proposed settlement, Plaintiffs are seeking, and Defendants have stipulated to and do not oppose, certification of one settlement class, with no subclasses.

[2] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.

2

Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. DeMarco
Markovits, Stock & De Marco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on this 18th day of May, 2016, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

               */s/ Merrill G. Davidoff*
               Merrill G. Davidoff
               BERGER & MONTAGUE, P.C.
               1622 Locust Street
               Philadelphia, PA 19103
               (215) 875-3000

# APPENDIX "A"

Broomfield
120th
Westminster
Arvada
Great Western Reservoir
Standley Lake
Indiana
0 0.25 0.5 1
Miles

