# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

May 19, 2016

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

Mr. Christopher Landau, P.C.
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005

Mr. Jeffrey A. Lamken
MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Ave., NW
Washington, DC 20037

Re: The Dow Chemical Company, et al., Petitioners
    v. Merilyn Cook, et al.,
    No. 15-791
        and
Re: Merilyn Cook, et al., Petitioners
    v. The Dow Chemical Company, et al.,
    No. 15-911

Dear Counsel:

Attached are certified copies of the stipulation to dismiss the petition for writ of certiorari, and the order of dismissal pursuant to Rule 46.1 of the Rules of this Court. The petition for a writ of certiorari in No. 15-791 was filed on December 17, 2015. The petition for a writ of certiorari in No. 15-911 was filed on January 15, 2016.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Herve' Bocage*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc: Clerk, USCA for the Tenth Circuit
    (Your docket No. 14-1112)

# Supreme Court of the United States

No.   15-791 & 15-911

THE DOW CHEMICAL COMPANY, ET AL.,

Petitioners

v.

MERILYN COOK, ET AL.

and

MERILYN COOK, ET AL.,

Petitioners

v.

THE DOW CHEMICAL COMPANY, ET AL.

(19 May 16). The foregoing stipulation to dismiss the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46.1 of the Rules of this Court.

(Seal)

SCOTT S. HARRIS
Clerk of the Supreme Court
  of the United States
By:
Jeffrey Atkins
Deputy Clerk

A true copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By:

Nos. 15-791 and 15-911

IN THE
# Supreme Court of the United States

THE DOW CHEMICAL COMPANY AND
ROCKWELL INTERNATIONAL CORPORATION,
*Petitioners,*
v.
MERILYN COOK, *et al.*,
*Respondents.*

MERILYN COOK, *et al.*,
*Cross-Petitioners,*
v.
THE DOW CHEMICAL COMPANY AND
ROCKWELL INTERNATIONAL CORPORATION,
*Cross-Respondents.*

On Petition and Cross-Petition for Writs of Certiorari
to the United States Court of Appeals
for the Tenth Circuit

**AGREED MOTION TO DISMISS THE CASES**

| | |
|---|---|
| CHRISTOPHER LANDAU, P.C. | JEFFREY A. LAMKEN |
| *Counsel of Record* | *Counsel of Record* |
| KIRKLAND & ELLIS LLP | ROBERT K. KRY |
| 655 Fifteenth Street, NW | SARAH J. NEWMAN |
| Washington, D.C. 20005 | MOLOLAMKEN LLP |
| (202) 879-5000 | The Watergate, Suite 660 |
| clandau@kirkland.com | 600 New Hampshire Ave., NW |
| *Counsel for Petitioners and Cross-Respondents Dow Chemical Company and Rockwell International Corporation* | Washington, D.C. 20037 |
| | (202) 556-2000 |
| | jlamken@mololamken.com |
| | *Counsel for Respondents and Cross-Petitioners Merilyn Cook, et al.* |

*(Additional Counsel Listed on Inside Cover)*

KEVIN T. VAN WART, P.C.
BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Counsel for Petitioners and Cross-Respondents Dow Chemical Company and Rockwell International Corporation*

MERRILL G. DAVIDOFF
DAVID F. SORENSEN
JENNIFER E. MACNAUGHTON
CAITLIN G. COSLETT
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

GARY B. BLUM
STEVEN W. KELLY
SILVER & DEBOSKEY, P.C.
The Smith Mansion
1801 York Street
Denver, CO 80206
(303) 399-3000

LOUISE M. ROSELLE
PAUL M. DE MARCO
MARKOVITS, STOCK & DE MARCO, LLC
119 East Court Street
Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Counsel for Respondents and Cross-Petitioners Merilyn Cook, et al.*

Pursuant to this Court's Rule 46, Dow Chemical Company and Rockwell International Corporation (Petitioners in No. 15-791, Cross-Respondents in No. 15-911), and Merilyn Cook, *et al.* (Cross-Petitioners in No. 15-911, Respondents in No. 15-791), respectfully request that these cases be dismissed. The parties agree that each party shall bear its own costs.

Christopher Landau, P.C.
*Counsel of Record*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
(202) 879-5000
clandau@kirkland.com

*Counsel for Petitioners and Cross-Respondents Dow Chemical Company and Rockwell International Corporation*

JEFFREY A. LAMKEN
*Counsel of Record*
MOLOLAMKEN LLP
The Watergate, Suite 660
600 New Hampshire Ave., NW
Washington, D.C. 20037
(202) 556-2000
jlamken@mololamken.com

*Counsel for Respondents and Cross-Petitioners Merilyn Cook, et al.*

A true copy    SCOTT S. HARRIS
        Test
Clerk of the Supreme Court of the United States
By: