# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT EXHIBIT D OF THE SETTLEMENT AGREEMENT WITH THE COURT (LEVEL 3)

---

Pursuant to Local Civil Rule 7.2(c), Plaintiffs Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk (collectively, "Plaintiffs") hereby move to restrict access to Exhibit D of the proposed Settlement Agreement. Plaintiffs request Level 3 restriction, which limits access to the Court.[1]

The Court stated on the telephonic conference on May 19, 2016 that Exhibit D could be filed at the most restrictive level, Level 3.

Defendants do not oppose this request.

---

[1] Courts routinely grant similar requests. *See, e.g.*, *In re: Healthsouth Corp. Secs. Litig.*, 334 Fed. Appx. 248, 254 n.11 (11th Cir. 2009); *In re Oca, Inc. Secs. and Derivative Litig.*, No. 05-cv-02165, 2008 WL 4681369, at *14 (E.D. La. Oct. 17, 2008); *In re Red Hat, Inc. Sec. Litig.*, No. 04-cv-00473, 2010 WL 2710517, at *5-6 (E.D.N.C. June 11, 2010); *Columbus Drywall & Insulation, Inc. v. Masco Corp.*, 258 F.R.D. 545, 560 (N.D. Ga. 2007).

Dated:  May 23, 2016	Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER &MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. De Marco
MARKOVITS, STOCK & DE MARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 23rd day of May, 2016, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                        */s/ Merrill G. Davidoff*
                                        Merrill G. Davidoff
                                        BERGER & MONTAGUE, P.C.
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        (215) 875-3000