IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion to File Exhibit D of the Settlement Agreement with the Court (Level 3), it is hereby ordered that Exhibit D to the proposed Settlement Agreement will be filed with the Court pursuant to Local Civil Rule 7.2(c), Level 3, access restricted to the Court.

BY THE COURT:

_____
John L. Kane, Senior District Judge
United States District Court

1