**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**ORDER**

_____

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Restrict Exhibit D of

the Settlement Agreement with the Court (Level 3) (Doc. 2398), it is hereby ordered that Exhibit

D to the proposed  Settlement Agreement will be filed with the Court pursuant to Local Civil

Rule 7.2(c), Level 3, access restricted to the Court.  The Motion (Doc. 2398) is GRANTED.


Dated this 23rd day of May, 2016.    BY THE COURT:


_____

John L. Kane
Senior United States District Court Judge


1