IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR AMENDMENT OR CORRECTION OF THE COURT'S ORDER CERTIFYING SETTLEMENT CLASS

For the reasons set forth in the accompanying Memorandum in Support of this Motion, Plaintiffs respectfully request that the Court pursuant to Federal Rule of Civil Procedure 23(c)(1)(C), or in the alternative pursuant to Federal Rule Civil Procedure 60, amend its Order Certifying Settlement Class, entered on May 19, 2016 (Doc. No. 2396) (the "Order") in two discrete respects:

1)     Plaintiffs request that the Court replace the map attached as Appendix A to the Order with the map attached hereto as Corrected Appendix A; and

2)     Plaintiffs request that the Court amend common question (f) on page 3 of the Order to read: "Whether Rockwell International Corporation ('Rockwell') interfered with Class members' use and enjoyment of their properties in the Class Area in one or both of these ways: (i) by causing Class members to be exposed to plutonium and placing them at some increased risk of health problems as a result of this exposure; and/or (ii) by causing objective conditions that pose a

demonstrable risk of future harm to the Class Area" instead of "Whether Rockwell International Corporation ('Rockwell') interfered with Class members' use and enjoyment of their properties in the Class Area by causing objective conditions that pose a demonstrable risk of future harm to the Class Area".

Plaintiffs have conferred with Defendants in accordance with the United States District Court for the District of Colorado Local Rule 7.1(a) and Defendants do not oppose this motion.

Dated:  July 15, 2016

        Respectfully submitted,

        */s/ Merrill G. Davidoff*
        Merrill G. Davidoff
        David F. Sorensen
        Caitlin G. Coslett
        BERGER &MONTAGUE, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        (215) 875-3000

        Gary B. Blum
        Steven W. Kelly
        SILVER & DeBOSKEY, P.C.
        1801 York Street
        Denver, CO 80206
        (303) 399-3000

        Louise M. Roselle
        Paul M. DeMarco
        Markovits, Stock & De Marco, LLC
        119 E. Court Street, Suite 530
        Cincinnati, OH 45202
        (513) 651-3700

        Attorneys for Plaintiffs and the Class

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of July, 2016, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

      */s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

# CORRECTED APPENDIX "A"

Case No. 1:90-cv-00181-JLK   Document 2403   filed 07/15/16   USDC Colorado   pg 5 of 5



Rocky Flats Property Class Area