IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR AMENDMENT OR CORRECTION OF THE COURT'S
ORDER CERTIFYING SETTLEMENT CLASS

Upon review of Plaintiffs' Unopposed Motion for Amendment or Correction of the Court's Order Certifying Settlement Class, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The Order Certifying Settlement Class, entered on May 19, 2016 (Doc. No. 2396) (the "Order") is hereby modified in the following two ways:

1)     The map attached as Appendix A to the Order will be replaced with the map attached hereto as Corrected Appendix A; and

2)     Common question (f) on page 3 of the Order is amended to read: "Whether Rockwell International Corporation ('Rockwell') interfered with Class members' use and enjoyment of their properties in the Class Area in one or both of these ways: (i) by causing Class members to be exposed to plutonium and placing them at some increased risk of health problems as a result of this exposure; and/or (ii)

2

by causing objective conditions that pose a demonstrable risk of future harm to the Class Area".

BY THE COURT:

_____
John L. Kane, Senior District Judge
United States District Court

# CORRECTED APPENDIX "A"

# Rocky Flats Property Class Area

