# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AMENDMENT OR CORRECTION OF THE COURT'S ORDER CERTIFYING SETTLEMENT CLASS

---

Upon review of Plaintiffs' Unopposed Motion for Amendment or Correction of the Court's Order Certifying Settlement Class (Doc. 2403), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The Order Certifying Settlement Class, entered on May 19, 2016 (Doc. No. 2396) (the "Order") is hereby modified in the following two ways:

1)     The map attached as Appendix A to the Order will be replaced with the map attached hereto as Corrected Appendix A; and

2)     Common question (f) on page 3 of the Order is amended to read: "Whether Rockwell International Corporation ('Rockwell') interfered with Class members' use and enjoyment of their properties in the Class Area in one or both of these ways: (i) by causing Class members to be exposed to plutonium and placing them at some increased risk of health problems as a result of this exposure; and/or (ii)

by causing objective conditions that pose a demonstrable risk of future harm to the Class Area".

Dated this 15th day of July, 2016.   BY THE COURT:

_____
John L. Kane, Senior District Judge
United States District Court

# CORRECTED APPENDIX "A"

## Rocky Flats Property Class Area

