**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, APPROVAL OF PROPOSED PLAN OF ALLOCATION OF THE SETTLEMENT FUND, APPROVAL OF PROPOSED FORMS AND MANNER OF NOTICE TO THE CLASS, APPROVAL OF PROPOSED CLAIM FORM, APPOINTMENT OF ESCROW AGENT, APPOINTMENT OF SETTLEMENT AND CLAIMS ADMINISTRATOR, AND APPROVAL OF PROPOSED SCHEDULE**

For the reasons set forth in the accompanying memorandum in support and related materials, Class Representatives Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] respectfully request that the Court enter the proposed Orders. The first proposed Order attached hereto provides for:

    1)    Preliminary approval by the Court of a proposed Settlement Agreement between Plaintiffs and Rockwell International Corporation ("Rockwell") and The Dow Chemical Company ("Dow") (collectively, "Defendants");

    2)    Preliminary approval of the proposed Plan of Allocation of the Settlement Fund;

---

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.

    3)    Approval of the proposed forms and manner of notice to the Class[2];

    4)    Approval of the proposed claim form; and

    5)    Approval of the proposed schedule leading up to and including the Fairness Hearing.

Also attached hereto are two additional proposed Orders providing for:

    6)    Appointment of The Huntington National Bank as Escrow Agent; and

    7)    Appointment of Heffler Claims Group as Settlement and Claims Administrator.

Nothing in this Motion and accompanying materials, nor any other Settlement-related document, nor any proceedings undertaken in accordance with the terms set forth in the Settlement Agreement shall constitute, be construed as or be deemed to be evidence of or an admission or concession by the Defendants as to whether any class, in this case or others, may be certified for purposes of litigation and trial, or as an admission or evidence of any violation of any statute or law or of any liability or wrongdoing by Defendants or of the truth of any of the claims or allegations made in this action.  Defendants expressly and fully reserve their rights to defend this action and oppose certification of a litigation class if for any reason this Settlement does not become final as provided in Paragraph 3(d) of the Settlement Agreement.  Nothing in this Motion and accompanying materials, any other Settlement-related document, or any proceedings undertaken in accordance with the terms set forth in the Settlement Agreement shall constitute, be construed as or be deemed to be evidence of or an admission or concession by the Class Representatives or Settlement Class Members of the absence of any liability or violation of any statute or law by the Defendants or the absence of any liability or wrongdoing by the Defendants or be used or deemed or construed to rebut any claims alleged by the Class Representatives or Settlement Class Members in either the District Court or the Court of Appeals

---

[2] The "Settlement Class" or "Class" is defined in Order Certifying Settlement Class, Doc. No. 2396, at ¶ 1.

or the Supreme Court.  The Class Representatives expressly and fully reserve all their rights to advance all their claims and seek class certification and entry of judgment if for any reason this Settlement does not become final as provided in Paragraph 3(d) of the Settlement Agreement.

Plaintiffs conferred with Defendants in accordance with the United States District Court for the District of Colorado Local Rule 7.1(a).  Plaintiffs have sent Defendants copies of the materials filed in connection with this motion, including most or all of the exhibits, and Defendants report that they will submit a written response to the Court next week.

Dated:  July 15, 2016                                             Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. DeMarco
Markovits, Stock & De Marco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 15th day of July, 2016, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                      */s/ Merrill G. Davidoff*
                                      Merrill G. Davidoff
                                      BERGER & MONTAGUE, P.C.
                                      1622 Locust Street
                                      Philadelphia, PA 19103
                                      (215) 875-3000