IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## [PROPOSED] ORDER APPOINTING THE HUNTINGTON NATIONAL BANK AS ESCROW AGENT

Upon review and consideration of Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement, Preliminary Approval of Proposed Plan of Allocation, Approval of Proposed Forms and Manner of Notice to the Class, Approval of Claim Form, Appointment of Escrow Agent, Appointment of Settlement Administrator, and Approval of Proposed Schedule, the memorandum in support, and related materials, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

### Jurisdiction

1.    This Order hereby incorporates by reference the definitions in the Settlement Agreement among the Named Plaintiffs, the Settlement Class, and Defendants, and all capitalized terms used and not otherwise defined herein shall have the meanings set forth in the Settlement Agreement.

2. This Court has jurisdiction over each of the named plaintiffs, Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] (collectively the "Named Plaintiffs" or "Class Plaintiffs") and Defendants Rockwell International Corporation ("Rockwell") and The Dow Chemical Company ("Dow") (collectively, "Defendants") and jurisdiction over the litigation to which Class Plaintiffs and Defendants are parties

### Appointment of The Huntington National Bank as Escrow Agent

3. The Court appoints The Huntington National Bank to serve as Escrow Agent for the purpose of administering the escrow account holding the Settlement Fund.  All expenses incurred by the Escrow Agent must be reasonable, are subject to Court approval, and shall be payable from the Settlement Fund, although Court approval shall not be required for disbursements or distributions of such expenses for amounts (in the aggregate) of less than $20,000.  A copy of the Escrow Agreement executed by The Huntington National Bank, Lead Class Counsel, and counsel for Defendants is attached as Exhibit 7 to Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Proposed Class Action Settlement, Preliminary Approval of Proposed Plan of Allocation, Approval of Proposed Forms and Manner of Notice to the Class, Approval of Proposed Claim Form, Appointment of Escrow Agent, Appointment of Settlement Administrator, and Approval of Proposed Schedule.

BY THE COURT:

_____
John L. Kane, Senior District Judge
United States District Court

---

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.