## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

### [PROPOSED] ORDER APPOINTING THE HEFFLER CLAIMS GROUP AS SETTLEMENT AND CLAIMS ADMINISTRATOR

Upon review and consideration of Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement, Preliminary Approval of Proposed Plan of Allocation, Approval of Proposed Forms and Manner of Notice to the Class, Approval of Claim Form, Appointment of Escrow Agent, Appointment of Settlement Administrator, and Approval of Proposed Schedule, the memorandum in support, and related materials, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

### Jurisdiction

1.     This Order hereby incorporates by reference the definitions in the Settlement Agreement among the Named Plaintiffs, the Settlement Class, and Defendants, and all capitalized terms used and not otherwise defined herein shall have the meanings set forth in the Settlement Agreement.

2

2. This Court has jurisdiction over each of the named plaintiffs, Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] (collectively the "Named Plaintiffs" or "Class Plaintiffs") and Defendants Rockwell International Corporation ("Rockwell") and The Dow Chemical Company ("Dow") (collectively, "Defendants") and jurisdiction over the litigation to which Class Plaintiffs and Defendants are parties

**Appointment of Heffler Claims Group as Settlement and Claims Administrator**

3. The Court appoints Heffler Claims Group to serve as Settlement and Claims Administrator and to assist Class Counsel in disseminating the Notice. All expenses incurred by the Settlement and Claims Administrator must be reasonable, are subject to Court approval, and shall be payable solely from the Settlement Fund.

BY THE COURT:

John L. Kane, Senior District Judge
United States District Court

---

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.