# Exhibit 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

---

**PROPOSED NOTICE PLAN**

---

## I. INTRODUCTION

Class Representatives Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] (collectively, "Plaintiffs" or "Class Representatives") submit this Proposed Notice Plan in connection with Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement, Approval of Proposed Forms and Manner of Notice to the Class, Approval of Claim Form, Appointment of Escrow Agent, and Approval of Proposed Schedule ("Plaintiffs' Motion for Preliminary Approval"). As set forth in Plaintiffs' Motion for Preliminary Approval and in the Declaration of Jeanne C. Finegan, APR Concerning Proposed Class Member Notification ("Finegan Declaration") submitted therewith, this Proposed Notice Plan provides the "best notice practicable" to the Class pursuant to Fed. Civ. P. 23(c)(2)(B).

On May 19, 2016, the Court certified the following "Class" or "Property Class" for

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.

purposes of settlement:

> The Property Class includes all persons and entities who have not previously opted out or who do not timely opt out of the class who owned, as of June 7, 1989, an interest (other than mortgagee and other security interests) in real property situated within the Property Class Area, exclusive of governmental entities, defendants, and defendants' affiliates, parents, and subsidiaries. The Property Class Area is a geographic area near the former Rocky Flats Nuclear Weapons Plant in Colorado; the boundary map is found as Appendix A to the Order Certifying Settlement Class and is also attached hereto as Appendix A.

*See* Order Certifying Settlement Class, Doc. No. 2396, at ¶ 1.[2]

This Proposed Notice Plan has been designed to reach members of the Class and their heirs or successor entities through direct mail and a comprehensive, multimedia publication program, including nationwide and local Denver advertisements.

## II. THE COMPONENTS OF THE PROPOSED NOTICE PLAN

The proposed Notice Plan includes the following components, which are described in more detail below:

1) Direct mail notice by First-Class U.S. mail to all reasonably identifiable Class Members;

2) An informational website (www.RockyFlatsSettlement.com) on which the Settlement Agreement, claim form, notices and other important Court documents are posted;

3) A toll-free information phone line for Class members to call 24 hours a day, 7 days a week for more information about the Settlement, including but not limited to requesting copies of the Notice and Claim Form;

4) Publication of the Court-approved short-form notice ("Summary Notice") in nationally circulated consumer magazines;

5) Publication of the Court-approved Summary Notice in Denver and Colorado newspapers;

6) Television commercials aired nationwide on cable networks;

[2] Plaintiffs have filed a motion to substitute the map attached as Appendix A to the Court's Order Certifying Settlement Class, Doc. No. 2396 with a clearer, more complete map; the map originally attached as Appendix A to the Order Certifying Settlement was inadvertently cut off.

7) Television and radio commercials aired on network affiliate and cable networks in the Denver DMA (see description below);

8) Online display banner advertising with a nationwide reach;

9) Online video advertising with a nationwide reach;

10) Advertising on mobile websites and applications specifically targeted to reach class members;

11) Social media advertising through Facebook and Twitter with a nationwide reach;

12) Native advertising (see description below) on premium internet properties with a nationwide reach;

13) Third party outreach to a community action group, Downwinders,[3] and medical providers asking them to share and distribute the Summary Notice; and

14) A multimedia press release issued nationwide.

**1) Direct mail notice by First-Class U.S. mail to reasonably identifiable Class members**

Plaintiffs propose that the proposed Settlement and Claims Administrator, Heffler Claims Group, send the Court-approved Notice via U.S. mail to all Class Members who can be identified through reasonable effort. Heffler Claims Group will send the Court-approved Notice to all reasonably identifiable Class members, including those who received mailed notice in 1999 and any additional potential Class members identified through review of the property records data obtained by Jefferson County and Broomfield County.

In 1999, individual notice was mailed to 15,022 potential Class members. *See* Finegan Declaration, at ¶¶ 4, 17. Heffler Claims Group mailed the individual notice in 1999 and still has a copy of the mailing list used in 1999. *Id.* To account for the passage of time since the mailing

[3] Heffler Claims Group intends to send letters and communicate with the Rocky Flats Community Action Group called the Downwinders. Rocky Flats Downwinders is a community organization founded in 2015 advocating on behalf of those impacted by living downwind from the former Rocky Flats Nuclear Weapons Plant. The organization came together through common concern about the high rate of illness suffered by former residents in the Arvada, Broomfield, Thornton and surrounding areas.

of the 1999 notice, Heffler Claims Group has conducted an analysis of the prior mailing list and has updated contact information for all Class Members by utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service ("the USPS"). *Id.* at ¶¶ 17-20. The NCOA standardizes mailing addresses and includes changes of address, which have been filed with the USPS. After this update was completed, the file was then submitted to Lexis/Nexis for additional updates. *Id.* As a result of the update, additional addresses were added to the mailing list. *Id.*

In addition, Plaintiffs obtained additional data property record data from Jefferson County and Broomfield County, and will also mail the Court-approved Notice to all potential Class members identified using the property records data, regardless of whether they previously received notice in 1999. *Id.*

Notices that are returned as non-deliverable will be re-mailed to any address indicated by the postal service in the case of an expired automatic forwarding order. A detailed report on the results of these efforts will be filed with this Court upon completion of the Notice Plan.

**2) An informational website (www.RockyFlatsSettlement.com) on which the Settlement Agreement, claim form, notices and other important Court documents are posted**

An informational, interactive website is a key component of this proposed Notice Plan. *See id.* at ¶¶ 62-63. Plaintiffs have directed Heffler Claims Group to establish and maintain www.RockyFlatsSettlement.com to enable potential Class members to get information about the Settlement and obtain and/or submit a Claim Form. The site will be optimized for mobile visitors so that information loads on their mobile device quickly.

The www.RockyFlatsSettlement.com website will include a copy of the proposed Settlement Agreement, the long-form Notice, claim form and filing instructions, and all pertinent

Court orders and Court filings made in connection with the proposed Settlement and in connection with requests for attorneys' fees, costs, and service awards for the Class Representatives. All materials posted on the website can be downloaded and printed, if Class members wish. In addition, the website will include a detailed map of the Property Class Area. The website will also include the toll-free phone number for Heffler Claims Group so that potential Class members can contact the Settlement and Claims Administrator.

The website address will be prominently displayed in the Notice and Summary Notice and the website will be accessible 24 hours a day, 7 days a week.

**3) <u>A toll-free information phone line for Class members to call 24 hours a day, 7 days a week for more information about the Settlement, including but not limited to requesting copies of the Notice and Claim Form</u>**

Heffler Claims Group will establish and will maintain a 24-hour toll-free telephone line (844) 528-0187 where callers may obtain information about the settlement and the case. *See id.* at ¶ 64. Heffler Claims Group's call center will have live agents available 9:00 a.m. to 8:00 p.m. eastern time Monday through Friday to answer class member inquiries. Callers will be able to leave voice mails if they call between 8:00 p.m. and 9:00 a.m., and Heffler Claims Group agents will retrieve all messages and return calls the next business day. *Id.* All live agent calls will be monitored and recorded for quality review. *Id.*

**4) <u>Publication of the Court-approved Summary Notice in nationally circulated consumer magazines</u>**

Plaintiffs propose to publish notice in the following national magazines:

- *Parade Magazine* is carried as a Sunday newspaper insert in more than 620 newspapers nationwide with an estimated combined circulation of 22,000,000 with 54 million readers. Plaintiffs plan to publish a 2/5-page, black and white advertisement once in *Parade Magazine*.

- *People Magazine* is a widely distributed weekly title with an estimated circulation of 3,537,318. Plaintiffs plan to publish the Summary Notice once as a half-page,

black and white advertisement.

- *Sports Illustrated* has a weekly circulation is 3,023,939. Plaintiffs plan to publish the Summary Notice once as a half-page, black and white advertisement.

- *National Geographic* is published monthly, with a circulation of 3,404,745. Plaintiffs plan to publish the Summary Notice once as a half-page, black and white advertisement.

- *Reader's Digest* is published ten times per year and has a circulation of 3,076,260. Plaintiffs plan to publish the Summary Notice once as a full-page, black and white advertisement.

These magazines have a combined circulation of over 35,042,000. *See id.* at ¶¶ 34-39.

**5) <u>Publication of the Court-approved Summary Notice in Denver and Colorado newspapers</u>**

Plaintiffs propose to publish the Summary Notice in approximately 50 local newspapers in Colorado, including 19 newspapers in the Denver Designated Market Area[4] ("DMA"), and in additional newspapers in Colorado with total circulation of over 700,000. Plaintiffs plan to publish the Summary Notice four times in each in the following newspapers:

| Colorado Major Metros | Average Circulation |
|---|---|
| *Aspen Times* | 10,000 |
| *Boulder Daily Camera* | 19,397 |
| *Colorado Springs Gazette* | 50,003 |
| *Durango Herald* | 7,500 |
| *Fort Collins Coloradoan* | 18,000 |
| *Glenwood Springs Post Independent* | 10,000 |
| *Grand Junction Daily Sentinel* | 24,582 |
| *Greeley Tribune* | 29,872 |
| *Longmont Times Call* | 14,888 |
| *Loveland Reporter Herald* | 13,732 |
| *Pueblo Chieftain* | 35,530 |

[4] Designated Market Area ("DMA") is a geographic area in the United States in which local television viewing is measured by Nielsen Co. The DMA data are essential for any marketer, researcher, or organization seeking to utilize standardized geographic areas within their business. Here, the Denver DMA includes all counties in Colorado except those in the Grand Junction-Montrose and Colorado Springs-Pueblo DMAs.

| | |
|---|---|
| *Summit Daily News* | 11,000 |
| *Vail Daily* | 11,200 |
| **Denver Metro** | **Average Circulation** |
| *Arvada Press* | 35,400 |
| *Aurora Sentinel* | 35,838 |
| *Denver Post* | 214,000 |
| *Douglas County News Press*, *Castle Rock News-Press*, *Castle Pines News Press* - BUNDLE | 19,500 |
| *Golden, Lakewood*, *Wheat Ridge Transcript* – BUNDLE | 19,700 |
| *Highlands Ranch Herald &* *Lone Tree Voice* – BUNDLE | 33,250 |
| *Littleton Independent*, *Englewood Herald*, *Centennial Citizen* – BUNDLE | 18,000 |
| *North Denver Tribune* | 20,700 |
| *Northglenn Thornton-Sentinel &* *Westminster Window* – BUNDLE | 4,800 |
| *The Colorado Statesman* | 2,100 |
| *The Villager* | 6,000 |
| **Northeast Colorado** | **Average Circulation** |
| *Burlington Record* | 3,225 |
| *Fort Lupton Press* | 12,635 |
| *Fort Morgan Times* | 2,321 |
| *Limon Leader* | 1,887 |
| *Yuma Pioneer* | 2,624 |
| **Southeast Colorado** | **Average Circulation** |
| *Canon City Daily Record* | 3612 |
| *Huerfano World Journal* | 2810 |
| *Rocky Ford Daily Gazette* | 2000 |
| *Trinidad Chronicle News* | 2013 |
| **Southwest Colorado** | **Average Circulation** |
| *Alamosa Valley Courier* | 4,850 |
| *Delta County Independent* | 5,929 |
| *Gunnison County Times* | 3,353 |
| *Montrose Press* | 5,549 |
| *Telluride Daily Planet* | 3,500 |
| *The Journal* (Cortez, Mancos, Dolores) | 10,700 |
| **Northwest Colorado** | **Average Circulation** |
| *Leadville Herald Democrat* | 2,296 |
| *Steamboat Today* | 10,500 |

*Id.* at ¶ 57.

**6) Television commercials aired nationwide on cable networks**

Plaintiffs propose to air 30-second television commercials nationwide over cable news networks. The commercials are anticipated to air throughout the day, with emphasis on prime time. Possible stations and cable TV networks could include the following, although actual selections will be determined by current ratings at the time of media buy:

- The *Cable News Network (CNN)* is a 24-hour global multiplatform network providing breaking news and information about the U.S., world, weather, entertainment, politics, and health. CNN is available to over 92,000,000 households in the United States.

- *FoxNews* is an American basic cable and satellite news television channel featuring dynamic, real-time reporting and comprehensive coverage of the day's stories. Approximately 90,600,000 American households receive the Fox News Channel

- *Turner Network Television (TNT)* is an American basic cable and satellite television channel airing television series and feature films and professional sporting events, such as NBA basketball and PGA golf. *TNT* is available to over 91,000,000 U.S. households.

*Id.* at ¶¶ 40-43. By comparison, there are 124,991,000 households in the contiguous United States. *Id.*, at ¶ 41, n.14.

**7) Television and radio commercials aired on network affiliate and cable networks in the Denver DMA**

The proposed Notice Plan will include broadcast of a 30-second television commercial and 60-second radio commercial in the local Denver area. Possible stations and cable TV networks could include the following, although actual selections will be determined by current ratings at the time of the purchase of commercial time:

| Type | Format | Networks | Approximate Number of Commercials |
|---|---|---|---|
| Broadcast TV | 30 second commercial | KCNC-TV (CBS) KUSA-TV (NBC) KDRV-TV (FOX) KMGH-TV (ABC) | Approximately 50 commercials airing over a two-week period |
| Cable TV Interconnect, Direct TV and Dish | 30 second commercial | DISC, ESPN, FOXNC, HIST, Food Network, CNN, FX, Lifetime, NG, TWC, A&E, TBS | Approximately 300 commercials airing over a two-week period |
| Radio Stations | 60 second commercial | KOA-AM News/Talk; KOSI-FM Adult Contemporary, KQMT-FM Classic Rock; KYGO-FM Country | Approximately 100 commercials airing over a two-week period |

*See id.* at ¶ 55.

**8) <u>Online display banner advertising with a nationwide reach</u>**

Plaintiffs propose to use online banner advertisements, advertisements on the top or sides of websites, on a variety of internet properties in a tiered approach that will include heavy targeting to adults 35 years or older in the Denver DMA as well as to all adults nationwide. This program will employ online display inventory from the following networks: *AOL, Conversant, Yahoo!, the Google Display Network and AppNexus*. The display banner advertisements will provide information for visitors to self-identify themselves as potential Class Members, where they may "click" on the banner and then link directly to the official website for more information and where they may register online, file a claim, or seek additional information including frequently asked questions and important court deadlines and documents. *See id.* at ¶¶ 44-45.

In addition, Plaintiffs propose to use Google AdWords and key search terms for this proposed Notice Plan. When these target phrases and keywords are used in a user's search on Google's search engine, text based banner advertisement with a link to the settlement website will appear on the search result's first page. *See id.* at ¶ 49.

**9) Online video advertising with a nationwide reach**

Plaintiffs propose to place online video advertisements on the Xaxis network[5] across various web properties as pre-roll.[6] Online Video has become an increasingly effective tool for notice. *See id.* at ¶ 46. The video can take the form of a 15-30-second graphical commercial adaptation of the Summary Notice, served to a visitor prior to viewing an online video. *Id.* Online video allows a more informed narrative that speaks to the target audience with detailed information to help users more easily identify themselves as eligible under the proposed settlement. *Id.*

**10) Advertising on mobile websites and applications specifically targeted to reach class members**

Plaintiffs propose to use banner advertising on mobile websites and applications ("apps"). Banner advertisements will be sent to and viewable on mobile devices. This approach uses contextual targeting. Similar to the online banners, class members may "click" on the mobile banner and then link directly to the official website, where they may file a claim, view a detailed map of the Property Class Area, or seek additional information, including important court deadlines and documents. *See id.* at ¶¶ 53-54.

---

[5] Xaxis is an online network of over 2,000 individual web partner properties. (www.xaxis.com).

[6] Online "pre-roll" advertisements or commercials appear prior to an online video being presented. Once you click on a certain desired online video link, you must first watch a short commercial (here, about the settlement) before the video content.

Mobile advertisements will be geographically targeted to the zip codes surrounding the Rocky Flats area as well as top apps and mobile websites including news/weather/sports throughout the Denver DMA. *See id.* at ¶ 56.

**11) Social Media advertising through Facebook and Twitter with a nationwide reach**

Plaintiffs propose to do social media outreach using Facebook and Twitter. Facebook advertisements will be served to adults across the United States, and also more specifically to those who also have friends and family in living in Colorado and those who live near Rocky Flats and in surrounding areas. Banner advertisements will appear across desktop newsfeeds, right hand rail, and over the Facebook Mobile app to those who have Facebook pages. *See id.* at ¶¶ 50-52.

**12) Native advertising on premium internet properties with a nationwide reach**

Plaintiffs propose to use "native advertisements," which are banner advertisements that are served to function and fit the surrounding editorial on a page. *See id.* at ¶47. A number of years ago, this type of advertising was called "advertorial," which is a type of media placement that is over 100 years old. Advertorial was adapted (2012) as Native Advertising for the digital environment to fit the form and function of surrounding editorial wherever it was placed. The word "native" refers to this coherence of the content with the other media that appears on the platform. *See id.* at ¶ 47, n.18.

**13) Third party outreach to a community action group, Downwinders, and medical providers asking them to share and distribute the Summary notice**

The proposed Notice Plan includes planned outreach to the Rocky Flats "Downwinders" community organization. Downwinders was founded in 2015 to address common concerns about the high rate of illness suffered by former residents in the Arvada, Broomfield, Thornton,

and surrounding areas, and advocates on behalf of those impacted by living downwind from the Rocky Flats Nuclear Weapons Plant. *See id.* at ¶ 58.

Plaintiffs also propose to have the Settlement and Claims Administrator do outreach to local universities who are sponsoring a health survey for the Rocky Flats area, such as the Metropolitan State University's Integrative Health Program. The Settlement and Claims Administrator may also contact Colorado State University and University of Colorado at Boulder, as well as health care professionals, members of the scientific community and local community groups. Due to Health Insurance Portability and Accountability Act ("HIPAA") privacy regulations, letters and information packets will be sent to appropriate contacts at these organizations asking them to distribute the Court-approved Notice to potential Class members. *See id.* at ¶ 59.

**14) A multimedia press release issued nationwide**

A multimedia news release ("MNR") will be released over PR Newswire's US1 newslines. The MNR is a blend of a traditional press release with multimedia elements such as a video or audio commercial, photos, related court documents, up to 5 hyperlinks and social media tools combined into a dynamic HTML platform. The MNR features a prominent call to action button to drive engagement to the official website or claim form. *See id.* at ¶ 60.

**15) Media Monitoring**

In addition, HF Media will monitor various media channels for subsequent news articles and various social mentions as a result of the press release efforts. A complete report on the results will be filed with the Court upon completion of the proposed Notice Plan. *See id.* at ¶ 61.

## III. THE SCHEDULE FOR THE NOTICE PLAN

If and when the Court grants preliminary approval of the settlement and approves this

Notice Plan, Plaintiffs will implement the components of the Notice Plan described above in accordance with the following schedule, as approved by the Court:

- The Notice will be mailed to all reasonably identifiable Class members within 30 days of Court approval of the proposed Notice Plan (see Section II.1 above), or by such later date as set by the Court.

- The official website for the Rocky Flats settlement (www.RockyFlatsSettlement.com), as described above in Section II.2, will be live and functional no later than the date on which the Notice is mailed to all reasonably identifiable Class members.

- The toll-free information phone line for Class members to call 24 hours a day, 7 days a week (as described above in Section II.3), will be open and live no later than the date on which the Notice is mailed to all reasonably identifiable Class members.

- Publication of the Summary Notice in nationally circulated consumer magazines (as described above in Section II.4) will occur within approximately 105 days following Court approval of the proposed Notice Plan, or by such later date as set by the Court.

- Publication of the Court-approved Summary Notice in Denver and Colorado newspapers (as described above in Section II.5) will occur within approximately 105 days following Court approval of the proposed Notice Plan, or by such later date as set by the Court.

- The television and radio commercials described above in Sections II.6, 7 will be aired approximately between 60 and 105 days following Court approval of the proposed Notice Plan, or by such later date as set by the Court.

- The online advertising described above in Sections II.8-12 will begin running approximately 30 to 45 days following Court approval of the proposed Notice Plan and will complete within approximately 105 days following Court approval of the proposed Notice Plan, or by such later date as set by the Court.

- The Settlement and Claims Administrator will conduct the third party outreach described in Section II.13 above approximately 30-45 days after Court approval of the proposed Notice Plan, and may continue this outreach until 80 days following Court approval.

- The press release described above in Section II.14 will be issued within 30 days of Court approval of the proposed Notice Plan or by such later date as set by the Court.

- The Notice Plan will be complete and finished approximately 105 days following

Court approval of the proposed Notice Plan, or by such later date as set by the Court.

Dated: July 15, 2016

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. DeMarco
Markovits, Stock & De Marco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of July, 2016, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

*/s/ Merrill G. Davidoff*

Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000