# Exhibit 6

Class Member ID: 3028100000000
               3028100000000

| MUST BE POSTMARKED NO LATER THAN _____, 201X | In re: Rocky Flats Settlement<br>Civil Action No. 90-cv-00181-JLK<br>(District of Colorado) | FOR OFFICE USE ONLY |
|---|---|---|

# CLAIM FORM

To be in the Class, and in order to make a valid claim, you must have owned property in the Property Class Area (see map on the last page of this Claim Form) on June 7, 1989 (the day after the FBI raid of the Rocky Flats plant), or be the heir of someone, now deceased, who owned the property on June 7, 1989. For corporations or other entities, you must have owned the property on June 7, 1989 or be the successor to such an owner. Mortgagees (like banks) and owners of other security interests are not members of the Class.

TO PARTICIPATE IN THE SETTLEMENT AND HAVE AN OPPORTUNITY TO RECEIVE A SHARE OF THE NET SETTLEMENT FUND, YOU MUST FULLY AND ACCURATELY COMPLETE, SIGN AND SUBMIT THIS CLAIM FORM. THE CLAIM FORM MUST BE MAILED BY FIRST-CLASS MAIL, **OR** SENT BY OVERNIGHT DELIVERY SERVICE (FEDEX, UPS, ETC), **OR** SUBMITTED ELECTRONICALLY ON-LINE AT WWW.ROCKYFLATSSETTLEMENT.COM, **NO LATER THAN** _____, 201X.

**If sending by First-Class Mail, Use this Address:**
Rocky Flats Settlement
Settlement and Claims Administrator
c/o Heffler Claims Group
P.O. Box 58459
Philadelphia, PA 19102-8459

**If sending by Overnight Delivery, Use this Address:**
Rocky Flats Settlement
Settlement and Claims Administrator
c/o Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102

**FAILURE TO SUBMIT YOUR CLAIM FORM BY**_____**, 201X MAY SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS LITIGATION.**

**DO <u>NOT</u> MAIL OR DELIVER YOUR CLAIM FORM TO THE COURT, TO THE SETTLING PARTIES OR THEIR COUNSEL. ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM FORM <u>ONLY</u> TO THE SETTLEMENT AND CLAIMS ADMINISTRATOR EITHER ON-LINE AT WWW.ROCKYFLATSSETTLEMENT.COM OR BY MAILING IT TO ONE OF THE ADDRESSES LISTED ABOVE.**

Class Member ID: 3028100000000
3028100000000

# PART I - NAME OF INDIVIDUAL OR CORPORATION MAKING A CLAIM

## INDIVIDUAL

**Complete here if you are an individual(s) making the claim (whether on your own behalf or as an heir of someone who owned property in the Property Class Area on June 7, 1989).**

| Last Name (Claimant) | MI | First Name (Claimant) |
|---|---|---|
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | ☐ | ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |

☐☐☐ – ☐☐ – ☐☐☐☐
**Social Security Number**

| Last Name (Joint Owner, if applicable) | MI | First Name (Joint Owner, if applicable) |
|---|---|---|
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | ☐ | ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |

☐☐☐ – ☐☐ – ☐☐☐☐
**Social Security Number**

## CORPORATION OR OTHER ENTITY

**Complete here if you are making a claim on behalf of a corporation, trust, estate, or other type of entity.**

Entity Name ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Name of Representative (executor, administrator, trustee, corporate officer, etc.)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

☐☐ – ☐☐☐☐☐☐☐
**Employer Identification Number (for estates, trusts, corporations, etc.)**

## YOUR CONTACT INFORMATION

**Regardless of whether you are submitting this Claim Form on behalf of an individual or on behalf of a corporation or other entity, provide your current contact information:**

**Mailing Address Line 1:** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**Mailing Address Line 2 (e.g., Apt. No.):** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**City**: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ **State:** ☐☐ **Zip Code:** ☐☐☐☐☐

☐☐☐–☐☐☐–☐☐☐☐   ☐☐☐–☐☐☐–☐☐☐☐
**Telephone Number (day)**   **Telephone Number (evening)**

**Email:** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Class Member ID: 3028100000000
3028100000000

## ADDRESS OF PROPERTY IN PROPERTY CLASS AREA

**Provide the Address of the Property for which you are making a claim and which you believe is in the Property Class Area (see map on the last page of this Claim Form for reference or go to www.RockyFlatsSettlement.com for a more detailed map or to type in an address and learn more about whether it is located in the Property Class Area). If the property does not have a legal address, provide the street and cross-street, block/lot/parcel number, tax identification number, and/or a brief legal description.**

**Street Address:** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**Or Street and Cross Street:** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**Or Brief Legal Description:** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
**(Block, Lot, Parcel Number or Tax Identification Number)**
**(Attach separate sheet if additional space is needed.)**

**City:** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ **State: CO  Zip Code:** ☐☐☐☐☐

**Property Type as of June 7, 1989:**   ☐ Residential    ☐ Commercial (Non-Residential)    ☐ Vacant Land

☐ Other (Describe)_____

Class Member ID: 3028100000000
3028100000000

# PART II - PROPERTY OWNERSHIP INFORMATION

1. If <u>you owned</u> the property in the Property Class Area you identified above on June 7, 1989, AND <u>you still own the property</u>, attach as proof of ownership a current real estate bill showing name, address and Block Lot or legal description. Go to Part III below, sign this claim form and submit it to the Settlement and Claims Administrator, with the appropriate documentation.

2. If <u>you owned</u> the property in the Property Class Area you identified above on June 7, 1989, but you <u>sold the property some time after June 7, 1989</u>, attach old real estate tax bills, settlement sheet on sale or original purchase, the first page of an old tax return, etc. that prove you owned the property <u>on June 7, 1989</u>. Go to Part III, sign this claim form and submit it to the Settlement and Claims Administrator, with the appropriate documentation.

3. If you are the HEIR or CORPORATE SUCCESSSOR to the person or entity who owned the property in the Property Class Area you identified above on June 7, 1989, AND you <u>currently own that property</u>, please attach as proof of ownership a current real estate bill showing your name and address, Block Lot, or legal description. Please also attach sufficient documentation to support the fact that you are entitled as an heir or corporate successor to make this claim and share in the settlement proceeds. This may include copies of wills, probate documents, liquidation or corporate dissolution documents, etc.

4. If you are the HEIR or CORPORATE SUCCESSOR to the person or entity who owned the property in the Property Class Area you identified above on June 7, 1989, but you <u>DO NOT currently own that property</u>, attach old real estate tax bills, settlement sheet on sale or original purchase, or the first page of an old tax return, etc. that prove who owned the property on June 7, 1989. Photocopies of deeds or other property ownership documents are available at the County Clerk and Recorder's Office of Jefferson County, Colorado, which is located at 100 Jefferson County Pkwy., Suite 2560, Admin and Courts Facility, Golden, CO 80419 (or online at http://jeffco.us/clerk-and-recorder/, or by calling 303-271-8186). Please also attach sufficient documentation to support the fact that you are entitled as an heir or corporate successor to make this claim and share in the settlement proceeds. This may include copies of wills, probate documents, liquidation or corporate dissolution documents, etc.

5. If you did not personally own the property on June 7, 1989, please list the reason you believe you are eligible to submit a claim as an heir or corporate successor:

    ☐ Person who owned property on June 7, 1989 is dead

    ☐ Company which owned property on June 7, 1989 was liquidated or no longer exists

    ☐ Other Reason (Please explain): _____

6. If you are an heir or corporate successor, are you the ONLY heir or corporate successor of a person or corporate entity that owned property in the Property Class Area on June 7, 1989?:

    ☐ YES    ☐ NO

    If you are NOT the only heir or corporate successor, please provide the names and addresses of ALL other heirs or corporate successors that you know of:

Class Member ID: 3028100000000
3028100000000

**Name #1 of other heirs or corporate successors to persons or entities who owned property in the Property Class Area on June 7, 1989:**

Last Name (Claimant)                                MI       First Name (Claimant)

Street Address 1:

Street Address 2:

City:                                          State:       Zip Code:

☐☐☐–☐☐☐–☐☐☐☐                    ☐☐☐–☐☐☐–☐☐☐☐

Telephone Number (day)                    Telephone Number (evening)

Email:

**Name #2 of other heirs or corporate successors to persons or entities who owned property in the Property Class Area on June 7, 1989:**

Last Name                                          MI       First Name

Street Address 1:

Street Address 2 (e.g., Apt. No.):

City:                                          State:       Zip Code:

☐☐☐–☐☐☐–☐☐☐☐                    ☐☐☐–☐☐☐–☐☐☐☐

Telephone Number (day)                    Telephone Number (evening)

Email:

**If you are aware of more than 2 persons or entities who also may be heirs or corporate successors, please attach additional sheets with the above information (name and contact information) and check here:** ☐

Go to Part III – Sign this Claim Form and submit it to the Settlement and Claims Administrator with the appropriate documentation.

*PLEASE NOTE: If YOU owned property in the Property Class Area on June 7, 1989, it DOES NOT MATTER if you sold the property at some time AFTER June 7, 1989.  If you owned it on June 7, 1989, you may have a claim.  In other words, you do not have to currently own the property as long as you owned it on June 7, 1989.*

*If you are filing a claim as an heir or corporate successor, again, it DOES NOT MATTER if the person or entity who owned the property on June 7, 1989, may have later sold it.  As long as the person or entity owned the property on June 7, 1989, AND you are that person's heir (or if a corporation or other entity, the successor), you may have a claim.  By "heir" we mean that you were legally entitled to the property and assets of someone who owned property in the Property Class Area upon their death.*

Class Member ID: 3028100000000
3028100000000

## **PART III - CERTIFICATION AND SIGNATURE**

UNDER THE PENALTIES OF PERJURY, I (OR WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

PLEASE NOTE: You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  We cannot estimate when claims will be fully processed.  In addition, net settlement funds will not be paid unless and until the settlement receives final Court approval.  Please notify the Settlement and Claims Administrator of any name change, change of address, phone number or email.  Please also note that the Settlement and Claims Administrator and/or Class Counsel may contact you with questions, or with requests for more documentation and the like.  By signing below and submitting this claim, you agree to cooperate with such requests in a timely manner.  Failure to do so may result in the rejection of your claim.

_____
Signature of Claimant (or Person Authorized to Sign on behalf of claimant, if applicable.)

_____   \_\_\_          _____
Print Name of Claimant (or Person Authorized to Sign on behalf of claimant, if applicable.)        Date

_____
If not the Claimant, explain the reason why you are submitting this form on behalf of the Claimant and submit documentation showing you are authorized to sign on Claimant's behalf

_____          _____
Print Name of Joint Claimant                                                                                                  Date

THE CLAIM FORM MUST BE MAILED BY FIRST-CLASS MAIL, **OR** SENT BY OVERNIGHT DELIVERY SERVICE (FEDEX, UPS, ETC), **OR** SUBMITTED ELECTRONICALLY ON-LINE AT WWW.ROCKYFLATSSETTLEMENT.COM, **NO LATER THAN _____, 201X.**

**If sending by First-Class Mail, Use this Address:**      **If sending by Overnight Delivery, Use this Address:**
Rocky Flats Settlement                                                          Rocky Flats Settlement
Settlement and Claims Administrator                                  Settlement and Claims Administrator
c/o Heffler Claims Group                                                        c/o Heffler Claims Group
P.O. Box 58459                                                                         1515 Market Street, Suite 1700
Philadelphia, PA 19102-8459                                                 Philadelphia, PA 19102

Class Member ID: 3028100000000
3028100000000

**REMINDER CHECKLIST**

- Please be sure to sign the Claim Form, in PART III.  If the Claim Form is being submitted on behalf of joint owners of property in the Property Class Area as of June 7, 1989, then both must sign.

- Remember to attach only copies of acceptable supporting documentation showing ownership of property located in the Property Class Area on June 7, 1989.

- Do not send original deeds or other documentation.  These items cannot be returned to you by the Settlement and Claims Administrator.  Only send copies of your documentation.

- Please do not highlight any portion of the Claim Form or any supporting documents.

- Keep copies of the completed Claim Form, documentation submitted, and proof of mailing for your own records.

- If your name or contact information changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Settlement and Claims Administrator written notification of your current correct name or address.

- *If you have questions or concerns about how to complete the Claim Form, please contact the Settlement and Claims Administrator at the above address, through the 'Contact Us' section of the website www.RockyFlatsSettlement.com, or by calling: 1-844-528-0187.*

