raUNITED STATES DISTRICT COURT
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| MERILYN COOK, et al., | ) | Civil Action No 90-cv-00181-JLK |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | DECLARATION OF JEANNE C. FINEGAN, |
| ROCKWELL INTERNATIONAL | ) | APR CONCERNING PROPOSED CLASS |
| CORPORATION and THE DOW | ) | MEMBER NOTIFICATION |
| CHEMICAL COMPANY, | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I, JEANNE C. FINEGAN declare as follows:

## INTRODUCTION

1.     I am President and Chief Media Officer of HF Media, LLC, a division of Heffler Claims Group which specializes in the design and implementation of court approved legal notice plans.  This Declaration is based upon my personal knowledge as well as information provided to me by my associates and staff, including information reasonably relied upon in the fields of advertising media and communications.

2.     Heffler Claims Group LLC ("Heffler") and HF Media, LLC ("HF Media") have been engaged as the Settlement Administrator to develop and implement a proposed legal notice program ("Notice Plan") for the above-captioned case in connection with the Court's certification of a settlement class on May 19, 2016, and the settlement signed by the parties on May 18, 2016.  This program is designed with a contemporary approach to notice taking into consideration traditional, digital, social and mobile media.  The basis for the assumptions articulated below includes research from reasonably relied upon sources including well-respected media research data and U.S. Census data.

3.     This Declaration describes my experience in designing and implementing

Declaration of Jeanne C. Finegan, APR
Concerning Class Member Notification–
Civil Action No 90-cv-00181-JLK

notices and notice plans, as well as my credentials to opine on the overall adequacy of the notice effort.  This Declaration will also describe the proposed Notice Plan and address why this comprehensive proposed Notice Plan is consistent with, and indeed exceeds, other similar court-approved best notice practicable notice plans.  The Notice Plan, in my opinion, is not only consistent with, but indeed exceeds other similar notice plans approved by various courts as "best notice practicable" meeting the requirement of Fed. Civ. P. 23(c)(2)(B) and the Federal Judicial Center ("FJC") guidelines[1] for adequate notice.

4.     Importantly, the Declaration articulates the notice strategy, which provides heavy notice coverage in the Denver Designated Market Area[2] ("DMA"), regionally, covering the state of Colorado, and a comprehensive nationwide outreach to provide notice to class members and heirs who may have moved. Also, Heffler previously sent direct mail notice to 15,022 potential class members in this case in 1999, alerting them to the existence of this class action and the Court's prior class certification ruling issued in 1993. As discussed below, the database of class members developed in 1999 will be used as a starting point to develop an updated mailing list using skip tracing and other methods to find current addresses.

5.     However, given the passage of time, and considering that a number of class members are now deceased, we assume that direct mail notice will not reach all Class members.   Therefore, a comprehensive and multi-channel media program is necessary to provide notice to the class.  Accordingly, the combined reach of the direct mail and robust paid media program included in the Notice Plan is estimated to reach over 89 percent of the target audience in the Denver DMA, with an average frequency of

---

[1] Notice Checklist and Plain Language Guide (2010) ("Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide").

[2] Designated Market Area ("DMA") is a geographic area in the United States in which local television viewing is measured by Nielsen Co. The DMA data are essential for any [2] Designated Market Area ("DMA") is a geographic area in the United States in which local television viewing is measured by Nielsen Co. The DMA data are essential for any marketer, researcher, or organization seeking to utilize standardized geographic areas within their business. Here, the Denver DMA includes all counties in the state with the exception of those in the Grand Junction-Montrose and Colorado Springs-Pueblo DMAs.

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

seven times.  Statewide[3], in Colorado, the Notice Plan is estimated to reach over 79 percent of Adults 18+.  Nationwide, and this Notice Plan is estimated to reach over 77 percent of Adults 18+.

## QUALIFICATIONS

6.       My credentials that qualify me to provide an expert opinion include more than 30 years of communications and advertising experience. I am the only Notice Expert accredited in Public Relations (APR) by the Universal Accreditation Board, a program administered by the Public Relations Society of America. Further, I have provided testimony before Congress on issues of notice.  Also, I have lectured, published and been cited extensively on various aspects of legal noticing, product recall and crisis communications and have served the U.S. Consumer Product Safety Commission ("CPSC") as an expert to determine ways in which the CPSC can increase the effectiveness of its product recall campaigns.

7.       I have served as an expert directly responsible for the design and implementation of hundreds of class action notice plans, including some of the largest and most complex programs ever implemented in the United States and in Canada. My work includes a wide range of class actions and regulatory and consumer matters that include product liability, construction defect, antitrust, asbestos, medical pharmaceutical, human rights, civil rights, telecommunications, media, environmental, securities, banking, insurance and bankruptcy.

8.       I have particularly relevant experience in the design and implementation of class notice plans in similar property and toxic exposure matters including:

> *In re: Exxon Valdez Oil Spill Litigation,* Case No. A89-095-CV (HRH) Consolidated (D. Alaska 2002).

> *In re: Georgia-Pacific Toxic Explosion Litigation,* Case No. 98 CVC05-3535, Court of Common Pleas Franklin County, Ohio (2001).

> *In re: New Orleans Tank Car Leakage Fire Litig.,* Case No 87-16374 (Civil Dist. Ct., Parish of Orleans, LA) (2000).

---

[3] MRI measures Colorado as part of a state group, which includes Montana, Idaho, and Wyoming.

9.     Additionally, I have been at the forefront of designing modern notice programs, integrating new media and social media into court approved legal notice plans such as *In re: Blue Buffalo Marketing and Sales Practices Litigation*, No. 14-md-02562-RWS (ED Mo. 2016), *In re: TracFone Unlimited Service Plan Litigation*, No. C-13-3440 EMC (N.D.CA 2015)*, In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. MA.), and *In re: Skechers Toning Shoes Products Liability Litigation*, No. 3:11-MD-2308-TBR (W.D. Ky. 2012).

10.     In evaluating the adequacy and effectiveness of my notice plans, courts have repeatedly recognized my work as an expert, as set forth below.

(a)     ***In re: Skechers Toning Shoes Products Liability Litigation,*** No. 3:11-MD-2308-TBR (W.D. Ky. 2012). In his order granting the Motion for Settlement, the Honorable Thomas B. Russell stated*:*

> … The comprehensive nature of the class notice leaves little doubt that, upon receipt, class members will be able to make an informed and intelligent decision about participating in the settlement.

(b)     ***Brody v. Merck & Co., Inc., et al,*** No. 3:12-cv-04774-PGS-DEA (N.J.) (Jt Hearing for Prelim App, Sept. 27, 2012, transcript page 34).   During the Hearing on Joint Application for Preliminary Approval of Class Action, the Honorable Peter G. Sheridan praised Ms. Finegan, noting:

> Ms. Finegan did a great job in testifying as to what the class administrator will do. So, I'm certain that all the class members or as many that can be found, will be given some very adequate notice in which they can perfect their claim.

(c)     ***DeHoyos, et al. v. Allstate Ins. Co.***, No. 01-CA-1010 (W.D. Tex.). In the Amended Final Order and Judgment Approving Class Action Settlement, the Honorable Fred Biery stated:

> [T]he undisputed evidence shows the notice program in this case was developed and implemented by a nationally recognized expert in class action notice programs. … This program was vigorous and

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

specifically structured to reach the African-American and Hispanic class members. Additionally, the program was based on a scientific methodology which is used throughout the advertising industry and which has been routinely embraced [] by the Courts.

(d)     And in ***Stern v. AT&T Mobility Wireless***, No. 09-cv-1112 CAS-AGR (C.D.Cal.). In the Final Approval Order, the Honorable Christina A. Snyder stated:

> [T]he Court finds that the Parties have fully and adequately effectuated the Notice Plan, as required by the Preliminary Approval Order, and, in fact, have achieved better results than anticipated or required by the Preliminary Approval Order.

11.     Other examples include:

(a)     ***Gemelas v. The Dannon Company***, No. 1:08-cv-00236 (N.D. Ohio, E. Div.). In the Judgment, Final Order, and Decree, Judge Dan Aaron Polster approved the notice program, stating:

> In accordance with the Court's Preliminary Approval Order and the Court-approved notice program, the Class Action Settlement Administrator caused the Class Notice to be distributed on a nationwide basis in magazines and newspapers (with circulation numbers exceeding 81 million) specifically chosen to reach Class Members. In addition, the Settlement was widely publicized using Internet banner ads, press releases, audio news releases, via a Settlement Website, and through a toll-free number. … The Declaration of Jeanne C. Finegan [sic], attesting to the dissemination of the Class Notice, demonstrates compliance with this Court's Preliminary Approval Order. … The distribution of the Class Notice constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. 1715, and any other applicable law.

(b)     ***In re: Expedia Hotel Taxes and Fees Litigation,*** Case No. 05-2-02060-1 SEA, Superior Court of Washington in and for King

County (2009).   In the Order Granting Final Approval of Class Action Settlement, Judge Monica Benton stated:

> The Notice of the Settlement given to the Class … was the best notice practicable under the circumstances.  All of these forms of Notice directed Class Members to a Settlement Website providing key Settlement documents including instructions on how Class Members could exclude themselves from the Class, and how they could object to or comment upon the Settlement.  The Notice provided due and adequate notice of these proceedings and of the matters set forth in the Agreement to all persons entitled to such notice, and said notice fully satisfied the requirements of CR 23 and due process.

(c)   ***Stefanyshyn v. Consolidated Industries,*** Case No. 79 D 01-9712-CT-59, Tippecanoe County Sup. Ct. (Ind.) (May 28, 2009).  In the Order Granting Final Approval of Settlement, Judge Randy Williams stated**:**

> The long and short form notices provided a neutral, informative, and clear explanation of the Settlement… The proposed notice program was properly designed, recommended, and implemented … and constitutes the "best practicable" notice of the proposed Settlement. The form and content of the notice program satisfied all applicable legal requirements… The comprehensive class notice educated Settlement Class members about the defects in Consolidated furnaces and warned them that the continued use of their furnaces created a risk of fire and/or carbon monoxide.  This alone provided substantial value.

(d)   ***McGee v. Continental Tire North America, Inc. et al***, Civ. No. 06-6234-(GEB) (D.N.J.). The Court noted:

> The Class Notice, the Summary Settlement Notice, the website, the toll-free telephone number, and all other notices in the Agreement, and the notice methodology implemented pursuant to the Agreement: (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated to apprise Class Members of the pendency of the Action,

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

the terms of the Settlement and their rights under the Settlement, including, but not limited to, their right to object to or exclude themselves from the proposed Settlement and to appear at the Fairness Hearing; (c) were reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notification; and (d) met all applicable requirements of law, including, but not limited to, the Federal Rules of Civil Procedure, 20 U.S.C. Sec. 1715, and the Due Process Clause(s) of the United States Constitution, as well as complied with the Federal Judicial Center's illustrative class action notices.

(e)   ***In re: Canadian Air Cargo Shipping Class Actions*** (Ontario Superior Court of Justice, Court File No. 50389CP, Supreme Court of British Columbia, Quebec Superior Court).  In the Endorsement of Settlement, Ontario Superior Court of Justice Regional Senior Justice Lynne C. Leitch stated:

I am satisfied the proposed form of notice meets the requirements of s. 17(6) of the CPA and the proposed method of notice is appropriate.

(f)   ***Lucas v. KMART Corporation,*** Civil Action No 99-CV-01923 (JLK) (D. Colo. 2006).  The Court noted:

[T]he Court finds this extensive notice program to be more than adequate and approves it as the 'best notice practicable under the circumstances' and consistent with the requirements of F.R.C.P. 23 and due process.

(g)   ***Varacallo v. Massachusetts Mutual Life Insurance Company,*** Civil Action No. 04-2702 (JLL) (D.N.J. 2004).  The Court noted:

[A]ll of the notices are written in simple terminology, are readily understandable by Class Members, and comply with the Federal Judicial Center's illustrative class action notices.

(h)   ***Wilson v. Massachusetts Mutual Life Insurance Company,*** Case No. D-101-CV 98-02814 (First Judicial District Court County of Santa Fe State of New Mexico 2002).  The Court stated:

7

> The Notice Plan was the best practicable and . . . the notice meets or exceeds all applicable requirements of law, including Rule 1-023(C)(2) and (3) and 1-023(E), NMRA 2001, and the requirements of federal and/or state constitutional due process and any other applicable law.

(i)     ***Thomas A. Foster and Linda E. Foster v. ABTco Siding***, Case No. 95-151-M (Circuit Court of Choctaw County, Alabama 2000). The Court stated:

> The notice program constitutes the best notice practicable under the circumstances of this Action. This finding is based on the overwhelming evidence of the adequacy of the notice program.

(j)     ***Sparks v. AT&T Corporation***, Case No. 96-LM-983 (Third Judicial Circuit Madison County, Illinois 2001). In granting final approval to the Settlement, the Court commented on the notification program as follows:

> The Court further finds that the notice of the proposed Settlement was sufficient and furnished Class Members with the information they needed to evaluate whether to participate in or opt out of the proposed Settlement. The Court therefore concludes that the notice of the proposed Settlement met all requirements required by law, including all Constitutional requirements.

(k)     ***In re: Louisiana-Pacific Inner-Seal Siding***, Civil Action Nos. 879-JE, and 1453-JE (D. Or. 1995, 1999). The Court stated:

> [T]he notice given to the members of the Class fully and accurately informed the Class members of all material elements of the Settlement…[through] a broad and extensive multi-media notice campaign. . . .

12.     Additionally, I have published extensively on various aspects of legal noticing, including the following publications and articles:

(a)     *Author, "Think All Internet Impressions are the Same? Think Again" – Law360.com, New York (March 16, 2016).*

(b)     *Author, "Why Class Members Should See An Online Ad More Than Once" – Law360.com, New York (December 3, 2015).*

(c)     *Author, 'Being 'Media-Relevant' — What It Means And Why It Matters - Law360.com, New York (September 11, 2013, 2:50 PM ET).*

(d)     *Co-Author, "New Media Creates New Expectations for Bankruptcy Notice Programs," ABI Journal, Vol. XXX, No 9, November 2011.*

(e)     *Quoted Expert, "Effective Class Action Notice Promotes Access to Justice: Insight from a New U.S. Federal Judicial Center Checklist," Canadian Supreme Court Law Review, (2011), 53 S.C.L.R. (2d).*

(f)     *Co-Author, with Hon. Dickran Tevrizian, "Expert Opinion: It's More Than Just a Report…Why Qualified Legal Experts Are Needed to Navigate the Changing Media Landscape," BNA Class Action Litigation Report, 12 CLASS 464, 5/27/11.*

(g)     *Co-Author, with Hon. Dickran Tevrizian, "Your Insight: It's More Than Just a Report…Why Qualified Legal Experts Are Needed to Navigate the Changing Media Landscape, TXLR, Vol. 26, No. 21, 5/26/2011.*

(h)     *Author, Five Key Considerations for a Successful International Notice Program, BNA Class Action Litigation Report, 4/9/10 Vol. 11, No. 7 p. 343.*

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

(i)     *Quoted: Technology Trends Pose Novel Notification Issues for Class Litigators, BNA Electronic Commerce and Law Report, 15, ECLR 109, 1/27/10.*

(j)     *Author, Legal Notice: R U ready 2 adapt?  BNA Class Action Litigation Report, Vol. 10, No. 14, 7/24/2009, pp. 702-703.*

(k)     *Author, On Demand Media Could Change the Future of Best Practicable Notice, BNA Class Action Litigation Report, Vol. 9, No. 7, 4/11/2008, pp. 307-310.*

(l)     *Quoted in, Warranty Conference: Globalization of Warranty and Legal Aspects of Extended Warranty, Warranty Week, February 28, 2007,                    available                    at www.warrantyweek.com/archive/ww20070228.html.*

(m)     *Co-Author, Approaches to Notice in State Court Class Actions, For The Defense, Vol. 45, No. 11, November, 2003.*

(n)     *Author, The Web Offers Near, Real-Time Cost Efficient Notice, American Bankruptcy Institute Journal, Vol. XXII, No. 5, 2003.*

(o)     *Author, Determining Adequate Notice in Rule 23 Actions, For The Defense, Vol. 44, No. 9, September, 2002.*

(p)     *Co-Author, The Electronic Nature of Legal Noticing, American Bankruptcy Institute Journal, Vol. XXI, No. 3, April, 2002.*

(q)     *Author, Three Important Mantras for CEO's and Risk Managers in 2002, International Risk Management Institute, irmi.com/, January, 2002.*

(r)     *Co-Author, Used the Bat Signal Lately, The National Law Journal, Special Litigation Section, February 19, 2001.*

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

(s)     *Author, How Much is Enough Notice, Dispute Resolution Alert, Vol. 1, No. 6, March, 2001.*

(t)     *Author, Monitoring the Internet Buzz, The Risk Report, Vol. XXIII, No. 5, January, 2001.*

(u)     *Author, High-Profile Product Recalls Need More Than the Bat Signal, International Risk Management Institute, irmi.com/, July 2001.*

(v)     *Author, The Great Debate - How Much is Enough Legal Notice? American Bar Association -- Class Actions and Derivatives Suits Newsletter, Winter 1999.*

(w)     *Author, What are the best practicable methods to give notice? Georgetown University Law Center Mass Tort Litigation Institute, CLE White Paper: Dispelling the communications myth -- A notice disseminated is a notice communicated, November 1, 2001.*

13.     In addition, I have lectured or presented extensively on various aspects of legal noticing.  A sample list includes the following:

(a)     *ABA National Symposium, Faculty Panelist, "Ethical Considerations in Settling Class Actions," New Orleans, LA March 2016.*

(b)     *Bridgeport Continuing Ed., Speaker, Webinar "Media Relevant in the Class Notice Context." July 2014.*

(c)     *SF Banking Attorney Association, Speaker, "How a Class Action Notice can Make or Break your Client's Settlement," San Francisco, CA May 2015.*

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

(d)     *Perrin Class Action Conference, Faculty Panelist, "Being Media Relevant, What it Means and Why It Maters – The Social Media Evolution: Trends Challenges and Opportunities," Chicago, IL May 2015*

(e)     *Bridgeport Continuing Ed.  Faculty Panelist, "Media Relevant in the Class Notice Context," April 2014.*

(f)     *CASD 5th Annual Speaker, "The Impact of Social Media on Class Action Notice." Consumer Attorneys of San Diego Class Action Symposium, San Diego, California, September 2012.*

(g)     *Law Seminars International, Speaker, "Class Action Notice: Rules and Statutes Governing FRCP (b)(3) Best Practicable… What constitutes a best practicable notice? What practitioners and courts should expect in the new era of online and social media." Chicago, IL, October 2011.*

(h)     *CLE International, Faculty Panelist, Building a Workable Settlement Structure, CLE International, San Francisco, California May, 2011.*

(i)     *Consumer Attorneys of San Diego (CASD), Faculty     Panelist, "21st Century Class Notice and Outreach," 2nd Annual Class Action Symposium CASD Symposium, San Diego, California, October 2010.*

(j)     *Consumer Attorneys of San Diego (CASD), Faculty     Panelist, "The Future of Notice," 2nd Annual Class Action Symposium CASD Symposium, San Diego, California, October 2009.*

(k)     *American Bar Association, Speaker, 2008 Annual Meeting, "Practical Advice for Class Action Settlements:  The Future of*

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

*Notice In the United States and Internationally – Meeting the Best Practicable Standard."*

(l)     *American Bar Association, Section of Business Law Business and Corporate Litigation Committee – Class and Derivative Actions Subcommittee, New York, NY, August 2008.*

(m)     *Faculty Panelist, Women Lawyers Association of Los Angeles (WLALA) CLE Presentation, "The Anatomy of a Class Action." Los Angeles, CA, February 2008.*

(n)     *Faculty Panelist, Practicing Law Institute (PLI) CLE Presentation, 11th Annual Consumer Financial Services Litigation. Presentation: Class Action Settlement Structures -- "Evolving Notice Standards in the Internet Age."  New York/Boston (simulcast) March, 2006; Chicago, April, 2006; and San Francisco, May 2006.*

(o)     *Expert Panelist, U.S. Consumer Product Safety Commission.  I was the only legal notice expert invited to participate as an expert to the Consumer Product Safety Commission to discuss ways in which the CPSC could enhance and measure the recall process. As an expert panelist, I discussed how the CPSC could better motivate consumers to take action on recalls and how companies could scientifically measure and defend their outreach efforts. Bethesda, MD, September 2003.*

(p)     *Expert Speaker, American Bar Association.  Presentation: "How to Bullet-Proof Notice Programs and What Communication Barriers Present Due Process Concerns in Legal Notice," ABA Litigation Section Committee on Class Actions & Derivative Suits, Chicago, August 6, 2001.*

14.    A comprehensive description of my credentials and experience that qualify me to provide expert opinions on the adequacy of class action notice plans is attached as **Exhibit A**.

## NOTICE PLAN SUMMARY

15.    Pursuant to the Court's Order Certifying Settlement Class, dated May 19, 2016 (the "May 19 Order"), and the Settlement Agreement itself dated May 18, 2016, the Class is defined as follows:

> The Property Class includes all persons and entities who have not previously opted out or who do not timely opt out of the class who owned, as of June 7, 1989, an interest (other than mortgagee and other security interests) in real property situated within the Property Class Area, exclusive of governmental entities, defendants, and defendants' affiliates, parents, and subsidiaries. The Property Class Area is a geographic area near the former Rocky Flats Nuclear Weapons Plant in Colorado; the boundary map is found as Appendix A to the May 19 Order.

16.    The objective of the Notice Plan is to provide the "best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort."   *See* Fed. R. Civ. P. 23(c)(2)(B).   The Notice Plan described and detailed below has been designed to reach Class Members through direct mail and a comprehensive paid media program.   Specifically, the proposed Notice Plan includes the following components:

- Direct mail notice by first-class U.S. mail to all reasonably identifiable Class Members;

- Publication of a short-form notice ("Summary Notice") in nationally circulated consumer magazines;

- Publication of the Summary Notice in local Denver newspapers and newspapers throughout the state of Colorado and in "*Parade Magazine*" which is included in many Sunday newspapers (the day of highest circulation) nationwide;

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

- Local television commercials on both network affiliate and cable network in the Denver DMA;

- National television commercials on cable networks;

- Online display banner advertising that has a nationwide reach;

- Online video advertising that has a nationwide reach;

- Mobile and App advertising specifically targeted to reach class members;

- Social Media through Facebook and Twitter with a nationwide reach;

- Native Advertising on premium internet properties with a nationwide reach;

- Third party outreach to a community action group[4] and medical providers asking to share and distribute the Summary notice;

- A multimedia press release issued nationwide;

- An informational website (www.RockyFlatsSettlement.com) on which the notices and other important Court documents are posted; and

- A toll-free information line where class members can call 24/7 for more information about the Settlement, including but not limited to requesting copies of the claim packet.

## NOTICE TO CLASS

17.     In 1999, an original list of 20,437 name and address records of potential Class members was provided to Heffler.  After 5,415 duplicate records were removed, individual notice was mailed to 15,022 potential class members.  Heffler mailed the individual notice in 1999 and still has a copy of the original list supplied to us in 1999.

18.     Due to the passage of time since the original mailing, Heffler has conducted a new evaluation of the data, which employs the most advanced address updating and reporting technology.  The contact information for all Class members was

---

[4] Heffler intends to send letters and communicate with the Rocky Flats Community Action Group called the Downwinders.  Rocky Flats Downwinders is a community organization founded in 2015 advocating on behalf of those impacted by living downwind from the Rocky Flats Nuclear Weapons Plant.  The organization came together through common concern about the high rate of illness suffered by former residents in the Arvada, Broomfield, Thornton and surrounding areas.

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

submitted for processing through the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service ("the USPS").  The NCOA standardizes mailing addresses and includes changes of address ("COA"), which have been filed with the USPS.  After this update was completed, the file was then submitted to Lexis/Nexis for additional updates.  After updating the list with new addresses and removing exact duplicates, the mailing database included approximately 17,000 records.

19.   In addition, in connection with the proposed Plan of Allocation, Plaintiffs purchased 1989 property record data from Jefferson County, Colorado and Broomfield County, Colorado.  This data was used to identify additional potential Class members, and to supplement the 1999 mailing list.  After updating the mailing database with the 1989 property record data, the current total mailing database includes approximately 18,000 records.

20.   Heffler Claims will send direct notice via U.S. mail to all Class Members who can be identified through reasonable effort, as described above.

21.   Notices that are returned as non-deliverable will be re-mailed to any address indicated by the postal service in the case of an expired automatic forwarding order.  A detailed report on the results of these efforts will be filed with this Court upon completion of the Notice Plan.

## NOTICE PLAN METHODOLOGY

22.   To appropriately design and target the publication component of the Notice Plan, HF Media utilized a methodology accepted by the advertising industry and embraced by courts in the United States.

23.   Accordingly, we are guided by well-established principles of communication and utilize best-in-class nationally syndicated media research data provided by GfK Mediamark Research and Intelligence, LLC,[5] ("MRI") and online

---

[5] GfK MRI's *Survey of the American Consumer*® is the industry standard for magazine audience ratings in the U.S. and is used in the majority of media and marketing agencies in the country. MRI provides comprehensive reports on demographic, lifestyle, product usage and media exposure. http://www.mri.gfk.com/

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

measurement currency comScore[6], and Nielsen[7] among others, to provide media consumption habits and audience delivery verification of the potentially affected population. These data resources are used by advertising agencies nationwide as the basis to select the most appropriate media to reach specific target audiences. These research reports are instrumental in our selection of media channels and outlets for determining the estimated net audience reached through this Notice Plan. Specifically, this research identifies which media channels are favored by the target audience (i.e., the potential class members) by considering browsing behaviors on the internet, social media channels that are used, and which magazines class members are reading and which television programs people are watching.

24.    While traditional media[8]is typically purchased based on both demographic (i.e., age, gender, ethnicity, income, education) and psychographic (i.e., lifestyle, product and brand preference, media usage, and media definition) characteristics, online media, including internet and mobile, may be purchased through more granular target audience characteristics. As a result, we are applying the most sophisticated and modern media relevant approach to audience targeting, similar to that which is used by large brands to select the most appropriate digital and social media platforms to communicate with customers and market products.

25.    By utilizing the best-in-class media research tools such a MRI, comScore, Standard Rates and Data ("SRDS") Scarborough Research, Nielsen Research and Strata, we can create target audience characteristics or segments, and then select the most

---

[6] comScore is a global Internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and Internet usage data. comScore maintains a proprietary database of more than 2 million consumers who have given comScore permission to monitor their browsing and transaction behavior, including online and offline purchasing. This data includes and fuses 1st party, (website data), second party (data shared by websites for marketing purposes) and 3rd party data, tied to offline purchasing behavior. www.comscore.com/.

[7] Nielsen measures and monitors television and the No audiences and media delivery. The company measures programming and advertising across all distribution points: network television, and radio among others. Nielsen's ratings are used by advertisers and networks to shape the buying and selling of advertising. www.nielsen.com/.

[8] Traditional media is a reference to pre-internet media: magazine, newspaper, terrestrial radio, and broadcast and cable television.

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

appropriate media and communication methods to best reach them.

26.     Based on these tools, we are able to measure and report to the Court the percentage of the target Class that will be reached by the notice component and how many times the target audience had the opportunity to see the message.  In advertising, this is commonly referred to as a "Reach and Frequency" analysis, where "Reach" refers to the estimated percentage of the unduplicated audience exposed to the campaign, and "Frequency" refers to how many times, on average, the target audience had the opportunity to see the message.   The calculations are used by advertising and communications firms worldwide, and have become a critical element to help provide the basis for determining adequacy of notice in class actions.

## SECONDARY POPULATION RESEARCH

27.     Importantly, in addition to the media research data, my staff and I also studied secondary sources including the U.S. Census data and Jefferson County Tax Assessor data for population and migration statistics specifically related to Jefferson County and surrounding areas as well as for the state of Colorado.

28.     While these Census data are not a specific study of class members in this case, they do reveal instructive migration patterns, which provided additional guidance for the outreach program in this case.  Most notably we see from a study of 2000 Census data, *"Householders Living in the Same Home"*,[9] that over a period of 30 years, only 5.9 to 12.9 percent of the homeowners in the counties studied remained in the same home over that time.  We also note from the Census report below, that between 1985 and 1990, the state of Colorado had a net outmigration from the state of between 50,000 to 100,000 people.[10]  While this data also reveals migration trends at the time from Colorado to California and Texas, we cannot specifically identify where these individuals moved, or if these individuals may have been class members.  Also, given that class members may

---

[9]                                                                                                    See: https://www.census.gov/population/www/cen2000/censusatlas/pdf/7_Migration.pdf/.    p. 120.

[10] During the 5-year period from 1985 to 1990, more people moved out of the state than moved in.  During that same period an average of 20,000 deaths occurred each year and over 55,000 births, which resulted in a total net population growth rate.

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

now be deceased and have heirs whose name and address may not be identifiable with reasonable effort, as a conservative measure, we are employing a robust nationwide outreach program.



## TARGET AUDIENCE DEFINITION AND REACH

29.     Given that the Class is defined as owners (or their heirs) of property as of June 7, 1989, it is imperative to cast a broad net of outreach.  Therefore, the Notice Plan will be national in scope as well as a heavy emphasis on Denver and the state of Colorado.

## NOTICE PLAN DEVELOPMENT - KEY MEDIA INSIGHTS

30.     While we are measuring the media delivery against U.S. adults who are over the age of 18, we have given specific consideration to media use within certain age

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

clusters[11].

| Medium | Age 18 – 24 | Age 25 - 34 | Age 35 - 54 | Age 55+ |
|---|---|---|---|---|
| Cable TV Viewing | | | √ | √√ |
| Read any Magazine | √ | √ | √ | |
| Read any Newspaper | | | | √√√ |
| Listen to any Radio | √ | √√ | √√ | |
| Internet Used | √√√ | √√√ | √√ | |
| Used mobile device | √√√ | √√√ | √√ | |
| Social Networking | √√√ | √√√ | √√ | |
| Watch online Video | √√√ | √√√ | √ | |
| Used a Mobile App | √√√ | √√√ | √√ | |

*Index[12]* √ *100-105*      √ √ *Index 105-115*      √ √ √ *Index 115+*

31.     Based on media use data above, we are appropriately employing a mix of traditional, online, social and mobile media channels, combined with earned media outreach through a press release.

32.     This Notice Plan will include an appropriate mix of media channels:

---

[11] GfK Mediamark Research and Intelligence LLC ("MRI") MRI's *Survey of the American Consumer*® (MRI Doublebase 2015) is the industry standard for magazine audience ratings in the U.S. and is used in the majority of media and marketing agencies in the country. MRI provides comprehensive reports on demographics, lifestyle, product usages, and media exposure.

[12] Index is a media metric that describes a target audience's inclination to use a given outlet. An index over 100 suggests a target population's inclination to use a medium to a greater degree than the rest of the population.  For example, an index of 157 would mean that the target is 57 percent more likely than the rest of the population to use a medium.

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification



## PUBLICATION NOTICE – NATIONWIDE MEDIA

33.     Based on the key insight data from MRI, summarized above, the magazines below were selected based on the highest coverage against the target audience characteristics.

## MAGAZINE



34.     *Parade Magazine* is published weekly and provides information concerning entertainment news, decorating, food, family health, personal style, and entertaining. Parade Magazine is carried as a Sunday newspaper insert in more than 620 newspapers nationwide with an estimated combined circulation of 22,000,000 with 54 million readers.  *Parade Magazine* reaches an estimated 20.8 percent, or over 49,500,000 U.S. adults over the age of 18.[13]  A 2/5-page, black and white ad will be published once in *Parade Magazine*.



35.     *People Magazine* is a widely distributed weekly title with an estimated circulation of 3,537,318.  The summary notice will be published once as a half-page,

---

[13] MRI Doublebase 2015.  Total U.S. population 18+ 238,155,000.

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

black and white ad.   *People*'s editorial covers contemporary personalities in entertainment, politics, business, and other current events.



36.     *Sports Illustrated* reports on the world of sports through in-depth articles, photography and stories. The summary notice will be published once as a half-page, black and white ad. *Sports Illustrated's* weekly circulation is 3,023,939.



37.     *National Geographic* is published monthly, with a circulation of 3,404,745. As part of the world's largest non-profit scientific, education, and entertainment organizations, *National Geographic* reaches a national audience.   The summary notice will be published once as a half-page, black and white ad.



38.     *Reader's Digest* is published ten times per year and has a circulation of 3,076,260. Reader's editorial serves an audience of interested consumers seeking information to enhance their lifestyles. The summary notice will be published once as a full-page, black and white ad.

39.     Combined, these magazines (*Parade Magazine*, *People Magazine*, *Sports Illustrated*, *National Geographic*, and *Reader's Digest*) have a circulation of over 35,042,000.

## CABLE TELEVISION

40.     In order to extend this outreach effort, 30-second television commercials will be aired nationwide over cable news networks.  The commercials are anticipated to air throughout the day, with emphasis on prime time.  Possible stations and cable TV networks could include the following.  However, *actual selections will be determined by current ratings at the time of media buy.*

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification



41.     The *Cable News Network (CNN)* is a 24-hour global multiplatform network providing breaking news and information about the U.S., world, weather, entertainment, politics, and health.  CNN is available to over 92,000,000 households[14] in the United States.



42.     *FoxNews* is an American basic cable and satellite news television channel featuring dynamic, real-time reporting and comprehensive coverage of the day's hottest stories.  Approximately 90,600,000 American households receive the Fox News Channel



43.     *Turner Network Television (TNT)* is an American basic cable and satellite television channel airing television series and feature films, with a focus on dramatic programming, along with some professional sporting events, such as NBA basketball and PGA golf.  *TNT* is available to over 91,000,000 U.S. households.

## INTERNET

44.     Banner ads will be served across a variety of web properties in a tiered approach that will include heavy targeting to Adults 35+ in the Denver DMA as well as to all adults nationwide. This program will employ online display inventory from the following networks including: *AOL, Conversant, Yahoo!, the Google Display Network, and AppNexus*.  HF Media further intends to utilize the most cutting edge validation software to ensure that ads are delivered in-view, in the right geography, and without fraudulent or non-human traffic or on websites with unsuitable content.

---

[14] MRI (Spring 2016) reports that there are 124,991,000 households in the contiguous United States.  MRI only reports on contiguous states.  The household penetration for this notice plan schedule will be a percentage of the total reported household penetration for each of the cable networks.

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

45.     The display banner ads will provide information for visitors to self-identify themselves as potential Class Members, where they may "click" on the banner and then link directly to the Rocky Flats Settlement official website for more information and where they may register online, file a claim, or seek additional information including frequently asked questions and important court deadlines and documents.

## ONLINE VIDEO AND NATIVE ADVERTISING

46.     Approximately one-third of adults 18+ watch online video.[15]  For this program, online video ads will be served on the Xaxis network[16] across various web properties as pre-roll.[17]  Online Video has become an increasingly effective tool for notice. The video can take the form of a 15-30-second graphical commercial adaptation of the summary notice, served to a visitor prior to viewing an online video. Online video allows a more informed narrative that speaks to the target audience with detailed information to help users more easily identify themselves as eligible under the proposed action.

47.     Additionally, the campaign will include Native Ads, banner ads that are served to function and fit the surrounding editorial on a page.  A number of years ago, this type of advertising was called "advertorial[18]."

48.     Further, HF Media ads all carry the *AdChoices[19]*  icon, where available,

---

[15] Over half of 25-54 year olds share video online (eMarketer). In an increasingly digital world, the value of duplicated, diverse ad experience is likely to increase effectiveness.

[16] Xaxis is an online network of over 2,000 individual web partner properties. (www.xaxis.com)

[17] Online "pre-roll" ads appear prior to an online video being presented.  Once you click on a certain online video link you must watch a short commercial (here, about the Rocky Flats Settlement) before the video content.

[18] Advertorial as a type of media placement is over 100 years old. Advertorial was adapted (2012) as Native Advertising for the digital environment to fit the form and function of surrounding editorial wherever it was placed.  The word "native" refers to this coherence of the content with the other media that appears on the platform.

[19] The *AdChoices* Icon is a sign for consumer information and control for interest-based advertising (which is also referred to as "online behavioral advertising."  The *AdChoices*

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

as an additional layer of choice and privacy.

## GOOGLE AD WORDS

49.     To further enhance this Notice Plan, HF Media will employ Google AdWords and key search terms.  When these target phrases and keywords are used in a user's search on Google's search engine, text based banner advertisement with a link to the settlement website will appear on the search results first page.

## SOCIAL MEDIA

50.     This outreach effort will utilize Facebook and Twitter, two social media platforms.

51.     **facebook.**   Here, we intend to reach the broad target of all adults across the United States, but will specifically target those who also have friends and family in living in Colorado and those who live near Rocky Flats and surrounding areas.  Banner ads with information about the proposed settlement will appear across desktop newsfeeds, right hand rail and over the Facebook Mobile app to those who have Facebook pages.

52.     **twitter**   Twitter is an online social networking service that enables users to send and read short 140-character messages called "tweets."  It has over 400 million users, and 200+ million active users monthly.   Banner ads with information about the proposed settlement will appear on Twitter, similar to those served on Facebook.

## MOBILE MEDIA

53.     Given the enormous popularity and penetration of smartphones, coupled with the fact that over 67 percent of adults use a Smartphone and/or tablet to go online, this outreach effort will include mobile banner advertising on mobile websites and apps.

---

Icon gives browsers the ability to control whether they receive interest-based advertising and from which companies.

Consistent with our outreach strategy, we intend to serve banner ads with information about the proposed settlement across a premium network of mobile websites and apps.

54.     Banner ads with information about the proposed settlement will be served to mobile devices using audience segment targeting and contextual targeting. Similar to the online banners, class members may "click" on the banner and then link directly to the official website for more information and where they may register online, file a claim, or seek additional information including frequently asked questions and important court deadlines and documents.

## LOCAL DENVER DMA

55.     As noted above the Denver DMA includes virtually all counties in the state with the exception of those in the Grand Junction-Montrose and Colorado Springs-Pueblo DMAs. Possible stations and cable TV networks could include the following. *Actual selections will be determined by current ratings at the time of media buy.*

| Type | Format | Networks | Approximate Number of Commercials |
|------|--------|----------|-----------------------------------|
| Broadcast TV | :30 Second | KCNC-TV (CBS) KUSA-TV (NBC) KDRV-TV (FOX) KMGH-TV (ABC) | Approximately 50 commercials airing over a two-week period |
| Cable TV Interconnect, Direct TV and Dish | :30 Second | DISC, ESPN, FOXNC, HIST, Food Network, CNN, FX, Lifetime, NG, TWC, A&E, TBS | Approximately 300 commercials airing over a two-week period |
| Radio Stations | :60 Second | KOA-AM News/Talk; KOSI-FM Adult Contemporary, KQMT-FM Classic Rock; KYGO-FM Country | Approximately 100 commercials airing over a two-week period |

## GEO-TARGETED ONLINE BANNER ADVERTISING IN DENVER AND COLORADO

56.     Online banners ads will be targeted to Adults 35+ in the Denver market

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

through the AOL Network, Facebook, and on local newspaper, radio and television websites.  Mobile ads will be geo targeted to the zip codes surrounding the Rocky Flats area as well as top apps and mobile websites including news/weather/sports throughout the Denver DMA.

## DAILY AND WEEKLY LOCAL NEWSPAPER

57.     HF will publish the Summary Notice in approximately 50 local newspapers in Colorado, including 19 newspapers in the Denver DMA, with a total circulation of over 700,000.  The Summary Notice will be published four times in each of the following newspapers:

| Colorado Major Metros | Ave. Circulation |
|---|---|
| Aspen Times | 10,000 |
| Boulder Daily Camera | 19,397 |
| Colorado Springs Gazette | 50,003 |
| Durango Herald | 7,500 |
| Fort Collins Coloradoan | 18,000 |
| Glenwood Springs Post Independent | 10,000 |
| Grand Junction Daily Sentinel | 24,582 |
| Greeley Tribune | 29,872 |
| Longmont Times Call | 14,888 |
| Loveland Reporter Herald | 13,732 |
| Pueblo Chieftain | 35,530 |
| Summit Daily News | 11,000 |
| Vail Daily | 11,200 |
| Denver Metro | Ave. Circulation |
| Arvada Press | 35,400 |
| Aurora Sentinel | 35,838 |
| Denver Post | 214,000 |
| Douglas County News Press, Castle Rock News-Press, Castle Pines News Press - BUNDLE | 19,500 |
| Golden, Lakewood, Wheat Ridge Transcript – BUNDLE | 19,700 |
| Highlands Ranch Herald & Lone Tree Voice – BUNDLE | 33,250 |
| Littleton Independent, Englewood Herald, Centennial Citizen – BUNDLE | 18,000 |

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

| | |
|---|---|
| North Denver Tribune | 20,700 |
| Northglenn Thornton-Sentinel & Westminster Window – BUNDLE | 4,800 |
| The Colorado Statesman | 2,100 |
| The Villager | 6,000 |
| **Northeast Colorado** | **Ave. Circulation** |
| Burlington Record | 3,225 |
| Fort Lupton Press | 12,635 |
| Fort Morgan Times | 2,321 |
| Limon Leader | 1,887 |
| Yuma Pioneer | 2,624 |
| **Southeast Colorado** | **Ave. Circulation** |
| Canon City Daily Record | 3612 |
| Huerfano World Journal | 2810 |
| Rocky Ford Daily Gazette | 2000 |
| Trinidad Chronicle News | 2013 |
| **Southwest Colorado** | **Ave. Circulation** |
| Alamosa Valley Courier | 4,850 |
| Delta County Independent | 5,929 |
| Gunnison County Times | 3,353 |
| Montrose Press | 5,549 |
| Telluride Daily Planet | 3,500 |
| The Journal (Cortez, Mancos, Dolores) | 10,700 |
| **Northwest Colorado** | **Ave. Circulation** |
| Leadville Herald Democrat | 2,296 |
| Steamboat Today | 10,500 |

## THIRD PARTY OUTREACH

58.     We intend to reach out to the Rocky Flats "Downwinders" community organization. Founded in 2015, the Downwinders is advocating on behalf of those impacted by living downwind from the former Rocky Flats Nuclear Weapons Plant. The organization was founded through common concerns about the high rate of illness suffered by former residents in the Arvada, Broomfield, Thornton and surrounding areas.

59.     We further intend to extend the outreach to local universities who are sponsoring a health survey for the Rocky Flats area. One such survey is the Metropolitan State University's Integrative Health Program. Others outreach contacts may include

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

Colorado State University, and University of Colorado at Boulder as well as health care professionals, members of the scientific community and local community groups.   Due to HIPAA privacy regulations, HF Media will send letters and information packets to appropriate contacts at these organizations asking them to distribute the summary notice and/or long form notices to interested parties.

## PRESS RELEASE

60.     A multimedia news release ("MNR") will be released over PR Newswire's US1 newslines.   The MNR is a blend of a traditional press release with multi-media elements such as a fully produced video or audio commercial, photos, related court documents, up to 5 hyperlinks and social media tools into a dynamic HTML platform. The MNR features a prominent call to action button to drive engagement to the official website or claim form.

## MEDIA MONITORING

61.     HF Media intends to monitor various media channels for subsequent news articles and various social mentions as a result of the press release efforts.   A complete report on the results will be filed with the Court upon completion of the Notice Plan.

## OFFICIAL SETTLEMENT WEBSITE

62.     An informational, interactive website is an important component of this Notice Plan.   www.RockyFlatsSettlement.com will be established and maintained by Heffler to enable potential Class Members to get information about the Settlement and obtain and/or submit a Claim Form.

63.     The site will be optimized for mobile visitors so that information loads on their mobile device quickly.   The website will serve as a "landing page for the banner advertising," where potential Class Members may obtain further information about the class action, their rights, download claim forms and related information, learn more about whether a specific property is located in the Class area, and view and/or download relevant documents and pleadings, including the Settlement Agreement, Court Orders, and (when filed) Plaintiffs' Motion for Approval of Fees, Expenses, and Incentive

Awards.  The website address will be prominently displayed in the publication notice and is accessible 24-hours a day, 7-days a week.

## TOLL FREE INFORMATION LINE

64.    Heffler Claims Group will establish and will maintain a 24-hour toll-free telephone line (844) 528-0187 where callers may obtain information about the class action.  Callers will be able to leave voice mails if they call between 8:00 p.m. and 9:00 a.m., and Heffler Claims Group agents will retrieve all messages and return calls the next business day.  All live agent calls will be monitored and recorded for quality review.

## NOTICE FORM AND CONTENT

65.    Attached as **Exhibit B** is a copy of the proposed Long Form Notice.

66.    Attached as **Exhibit C** is a copy of the proposed Summary Notice.

67.    The Notices effectively communicate information about the Settlement.

68.    Rule 23(c)(2) of the Federal Rules of Civil Procedure requires class action notices to be written in "plain, easily understood language."   HF applies the plain language requirement in drafting notices in federal and state class actions.

69.    The Long Form Notice will be mailed to all identified Class Members.  It will also be available on the website for downloading, by calling the toll-free number, or by mailing a request to the Settlement Administrator.  The Long Form Notice provides substantial information, including all specific instructions Class Members need to follow to properly exercise their rights and key deadlines, and background on the issues in the case.  It is designed to encourage readership and understanding in a well-organized and reader-friendly format.

70.    The Summary Notice will be published in nationally circulated consumer magazines and local newspapers.

## CONCLUSION

71.    In my opinion, the robust outreach efforts described above reflect a particularly appropriate, highly targeted and contemporary way to provide notice to this class. Through a multi-channel approach to notice, which combines direct mail and a

30

Declaration of Jeanne C. Finegan, APR
Concerning Proposed Class Member Notification

robust paid media program, over 89 percent of targeted class members (or their heirs or successors) living in the Denver DMA are estimated to be reached; in the state of Colorado over 79 percent of potential Class members (or their heirs or successors) are estimated to be reached; and, nationwide, this program is estimated to reach over 77 percent of potential Class members (or their heirs or successors).

72.     In my opinion, the proposed Notice Plan reflects and incorporates the highest modern communication standards and is reasonably calculated to provide notice that is not only consistent with, but indeed, exceeds best practicable court-approved notice plans in similar matters and is consistent with the Federal Judicial Center's guidelines concerning appropriate reach.

73.     I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 14, 2016 in Tigard, Oregon.

Jeanne C. Finegan, APR