1622 LOCUST STREET   |   PHILADELPHIA, PA  19103-6305   |   PHONE: 215/875-3000   |   FAX: 215/875-4604   |   www.bergermontague.com



|  | MERRILL G. DAVIDOFF |
|---|---|
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

July 15, 2016

**VIA ECF**

Honorable Judge John L. Kane, SJ
United States District Court for the
    District of Colorado
Alfred A. Arraj United States Courthouse
Room A838
901 19th Street
Denver, CO 80294-3589

Re:   *Cook v. Rockwell Int'l Corp., No. 90-K-181 (D. Colo.)*

Dear Judge Kane:

Plaintiffs have filed a Motion for Preliminary Approval of the proposed class action settlement [Docket Nos. 2406, 2407, and 2408].  Defendants advised us this morning that they may oppose portions of the Motion for Preliminary Approval and will file a response next week.

With your Honor's leave, we will telephone your Honor's chambers on Monday to inquire as to whether your Honor wants a hearing on this motion and, if so, whether the hearing should be telephonic or in person.

Thank you for your attention to these matters.

Respectfully submitted,

*/s/ Merrill G. Davidoff*

Merrill G. Davidoff

MGD/sll

cc:   All Counsel of Record *(via ECF)*