**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT, APPROVAL OF PROPOSED PLAN OF
ALLOCATION OF THE SETTLEMENT FUND, APPROVAL OF PROPOSED
FORMS AND MANNER OF NOTICE TO THE CLASS, APPROVAL OF
PROPOSED CLAIM FORM, APPOINTMENT OF ESCROW AGENT,
APPOINTMENT OF SETTLEMENT AND CLAIMS ADMINISTRATOR,
AND APPROVAL OF PROPOSED SCHEDULE**

---

On July 15, 2016, plaintiffs filed a motion for preliminary approval of a proposed class action settlement, proposed plan of allocation of the settlement fund, proposed forms and manner of notice to the class, proposed claim form, appointment of escrow agent, appointment of settlement and claims administrator, and proposed schedule (ECF No. 2406). Defendants now respectfully respond.

Defendants support the settlement that the parties have executed and do not oppose plaintiffs' request for preliminary approval. However, defendants do not take any position on the specific statements that plaintiffs have made in support of that request or on the other requests and proposals that are subsumed within plaintiffs' motion for preliminary approval.

Given the importance of that motion and its complexity, defendants recommend that the Court schedule a telephonic conference so that plaintiffs have an opportunity to address any questions that the Court might have. Defendants will make themselves available for such a conference at any time convenient to the Court and plaintiffs' counsel.

| | |
|---|---|
| Date: July 25, 2016 | /s/ *Kevin T. Van Wart* <br> Kevin T. Van Wart, P.C. <br> Bradley H. Weidenhammer <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL  60654 <br> Phone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Email:  kvanwart@kirkland.com <br><br> Joseph Bronesky <br> SHERMAN & HOWARD LLC <br> 633 Seventeenth Street, Suite 3000 <br> Denver, CO  80202 <br> Phone: (303) 297-2900 <br><br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of July, 2016, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

/s/ *Kevin T. Van Wart*
Kevin T. Van Wart, P.C.