**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  August 4, 2016                   Courtroom Deputy: Bernique Abiakam
Civil Case No.: 90-cv-00181-JLK         Court Reporter: Julie Thomas

MERILYN COOK, et al.,                   Merrill G. Davidoff
                                        Caitlin G. Coslett
    Plaintiffs,      David F. Sorensen
                                        Louise M. Roselle
v.                                      Gary B. Blum
                                        Steve W. Kelly

ROCKWELL INTERNATIONAL                  Bradley H. Weidenhammer
CORPORATION, and
THE DOW CHEMICAL COMPANY,

    Defendants.

**COURTROOM MINUTES**

**Telephone Conference**

**1:05 p.m.**     **Court in session.**

Court calls case.  Appearance of Counsel via telephone.

Preliminary remarks by the Court.

1:09 p.m.     Statement by Mr. Davidoff.  Questions by the Court.

1:21 p.m.     Comments and findings by the Court.

**ORDERED:**   **Plaintiffs' Motion For Preliminary Approval Of Proposed Class Action Settlement, Approval Of Proposed Plan Of Allocation Of The Settlement Fund, Approval Of Proposed Forms And Manner Of Notice To The Class, Approval Of Proposed Claim Form, Appointment Of Escrow Agent, Appointment Of Settlement And Claims Administrator, And Approval Of Proposed Schedule (Filed 7/15/16; Doc. No. 2406) is GRANTED.**

**1:25 p.m.**     **Court in recess.**
Hearing concluded.
Total in-court time: 00:20