
EXHIBIT I

| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock St.<br>Denver, Colorado 80202 | DATE FILED: August 21, 2015 3:44 PM<br>CASE NUMBER: 2015CV32712 |
|---|---|
| **Plaintiffs:**<br>MILDRED ABBOTT, et al.<br>v.<br>**Defendant:**<br>STANLEY M. CHESLEY | ▲ COURT USE ONLY ▲<br><br>Case No:  2015CV32712<br>Courtroom: 259 |
| **ORDER GRANTING PETITION TO DOMESTICATE FOREIGN JUDGMENT** ||

Pursuant to C.R.S. § 13-53-101, *et seq.*, the judgment entered in the Boone Circuit Court, Division III, Commonwealth of Kentucky, on October 22, 2014 in Case No. 05-CI-00436 in the amount of **$42,000,000.00** in favor of Plaintiffs MILDRED ABBOTT, et al. and against Defendant STANLEY M. CHESLEY now has the same effect and is subject to the same procedures, defenses, and proceedings for reopening, vacating, or staying as a judgment from this Court and may be enforced or satisfied in like manner.

SO ORDERED.

Dated this 21st day of August, 2015, *nunc pro tunc* July 31, 2015.

BY THE COURT:

_____
MICHAEL A. MARTINEZ
District Court Chief Judge