

EXHIBIT J

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

ANTHONY WILLIAMS, et al.,

    Plaintiffs,

            CASE NO. 1:08-CV-00046
            CHIEF JUDGE EDMUND A. SARGUS, JR.
v.            MAGISTRATE JUDGE NORAH MCCANN KING

DUKE ENERGY
CORPORATION, et al.,

    Defendants.

## ORDER

On April 18, 2016, a Motion to Substitute as Real Party in Interest was filed in this case by Connie McGirr, et al, (Doc. 264). The movants alleged interest in this case is based solely upon attorney fees otherwise payable to Waite, Schneider, Bayless & Chesley. On April 19, 2016, the undersigned approved the payment of attorney fees to several law firms, including Waite, Schneider, Bayless & Chesley. During the hearing, counsel for the payor, Duke Energy International, Inc., assured the undersigned that no payment of attorney fees would be made before close of business on April 26, 2016.

The claims made in the motion involve the same issues raised in Case No. 1:16-cv-00464, *McGirr, et al. v. Rehme, et al.* All of the judges within this district have recused themselves from this case.

In view of these circumstances, the Motion to Substitute as Real Party in Interest is transferred for all further consideration to Judge Robert H. Cleland, who has been assigned to the *McGirr* case.

IT IS SO ORDERED.

_____4-20-2016_____  
DATE

_____  
EDMUND A. SARGUS, JR.  
CHIEF UNITED STATES DISTRICT JUDGE

DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN HIS CIRCUIT

---------------------------

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 291(b), I do hereby designate and assign the Honorable

Robert H. Cleland

United States Senior District Judge for the Eastern District of Michigan to hold a district court in the Southern District of Ohio to hear the case of *Connie McGirr, et al. v. Thomas F. Rehme, et al.*, Case No.1:16-cv-00464, and for such additional time in advance thereof to prepare for the trial of the case, or thereafter as may be required to complete unfinished business.

R. Guy Cole, Jr., Chief Judge
United States Court of Appeals
for the Sixth Circuit

Dated: April 13, 2016

Designation: 16-19