# LIST OF MOVANTS FOR MOTION TO SUBSTITUTE AS REAL PARTIES IN INTEREST

Estate of Mildred Abbott
Carol Barnes, on behalf of the Estate of Danny Abney
Lisa Abraham
Elizabeth Adams
Cathy Adams (f/k/a Kathy)
Phyllis Adams
Gloria Little, Administratrix for the Estate of Ruby Adams
Ruby Adamson
Susan Adkins
Clantha Akers
Effie Elizabeth Alsip
Juanita Alton
Chip Alvey, on behalf of the Estate of Jo Ann Alvey
George W. Applegate, Administrator for the Estate of Phyllis Applegate
Cindy Armstrong- Kemp
Susan Arvin
Clara Atkinson
Linda Back
Vicky Bailey
Mary Ann Bailey
Jamie Bailey
Charlotte Baker
Carla Baldwin
Marilyn Barnes
Lee Bartley, Jr.
Teresa Baumgardner
Debra Bays Plybon
Linda Beggs
Patricia Belcher
Leisa Belding
Eleanor Berry
Margie Berry
Margaret Bingham
John Black, on behalf of Estate of Emma Black
Sharon Blair
Janice Blair
Carol Boggs
Lori Boone
Joie Botkins
Kathy Bowling
Angie Lynn Bowman

Virginia Braden
LaDonna Brame
James Branham
Kathy Branham
Ruby Branham
Norma Brewer
Amy Maria Glodo, Administratrix for the Estate of Alma Brock
Brian Renner, Administrator for the Estate of Glenna Brock Powell Renner
Joyce A. Brown
Barbara Brown
Sharon Brown
Sarah Balenovich, Administratrix for Estate of Edith Browning
Trena Brumfield obo Nathaniel Brumfield, Administrator for Estate of Wathalee Brumfield
Linda Brumley
Billie Brumley-Bradford
Kimberly Brummett
Teresa Bruner
Patricia Bryant
Leslie Bullock-Pennington
Marilyn Burgess, Administratrix for Estate of Warren Burgess
Janice Burton
Tina Bush
Sherrie Butler
Donna S. Campbell
Loretta Canada
Buel Cantrell
Debbie Carman-Staton
Tonya Carter
Wallace Carter
Charlotte Cason-Custard
Lisa Caudill-Trusty
Connie Centers
Tony Childress
Gloria Clark
William Clark
Rosemary Click
Pamela S. Clift
Allen Coker
Shirley Coleman
Tara Coleman
Debra Collier
Margaret Collier
Linda Colvin
Phyllis Combs

Ronnie Cook
Mark Cornn
Sandra Cotton Gilley
Nadine Couch
Joseph Cowley
Jo Ann Cox
Barbara Crain
Doris Creech
Deloris Criswell
Pamela Crowe
Tracy Curtis
 Doris W. Dabney (now Christopherson)
Mary Daughtery
Ginger Davidson Gibson
Elizabeth Davis
Sandra Davis
Mae Biddle-Dawson
Karen Dean
Jan Delaney
Regina DeSpain-Kliessendorff
Judy Dile
Al Doser
Belva Dotson
Teresa Duff
Linda Dunaway
Tami Edwards Engle
Amanda Edwards Wood
Martha Elliot
Saundra Erp
Charlotte Estepp
Sarah Estes
Susan Ezell
Melissa Faye Beamon
Janet Fentress
Wendy Fitch, Administratrix for Estate of Sheila Fitch
Vickie D. Flannery
Bernita Flynn
Tara Foster-Gifford-McCutchen
Rhoda Franklin
Timothy Franklin
Freda Frizzell
Beulah Fugate
Naomi Lois Rushing, Administratrix for the Estate of Clara Fulks
Patricia Gaunce

Barbara Gay
Ken Gayheart
Joni Gibson
James Benjamin Gibson, Administrator for Estate of Jessie Gibson
Gladys Gilbert
Stephanie Gist
Estate of Ruby Godbey
Rosemary Godby
Joyce Goff Wells
Stephen F. Baker, Esq.
Estate of Debra Goode-Miranda
Joyce Gordon
Tammie Grant
Amy Gray
Sherry Green
Donna Green
Norma Hall
Allie Hall
Geraldine Hall
Barbara Hampton
Rhonda Hancock
Leona Gail Handley
Joyce Hanley
Rebecca Harris
Debra Harrison
Joy Hassler-Miller, Yolanda Hayden
Barbara Heizer
Barbara Hellmueller
Wanda Helton
Louise Duvall, Administratrix for Estate of Gary Hendrickson
Vickie Henry
Marcus Highley
Charlene Hill
Karen Hillard
Janice Hilton
Linda Hinkle
 Jacqueline Hocker
Myra Hood
Vicky Hood
Lora Hoover
Evelyn Hopkins
Charlene Horn
Mary Horning
Linda Hoskins

Cloyd Hoskins
Marilyn Howard
Louisa Moss Howard
Donna Marlene Howser-Nakagawa
Charlotte Hughes
Marcia Hughes-Harness
Alicia Roberts, Trustee for Estate of Marjorie Hulse
Sheila Humphreys
Margaret Hunt (n/k/a Mesaris)
Wanda Hunter
Brenda Hutchcraft
Lorene Hutcherson
Katherine Hutchison
Deborah Johnson, Administratrix for Estate of Emma Ison
Della Jackson
Mary Ann Jackson
Katina Jackson
Betty Davidson, Administratrix for the Estate of Evelyn Jackson
Linda James
Debbie Jeffrey
Garnet Johnson-Coleman
Ernestine Leslie Johnstone
Kathy Jones
Beulah Jones
Judy Jones
Linda Jones
Troy Jones
Gerry Jones
Betty Jordan
Tony B. Kelly, Administrator for the Estate of Betty Kelly
April Keltner Nuxoll
Patricia Kennedy –Stutz
Gerald King
Katherine King
Pattie Kitts
Betty Kluck
Lucille Krey
Linda Larkins
Emily Lewis
Joy Perry, Administratrix for the Estate of Milton Lewis
Angela Lewis-Mullinix
Sandra Dee Littleton
Sherry Long
Angela Shackleford, Administratrix for the Estate of Linda Long

Kathy Lovan-Day
Pam Sullivan/Sharon Stevens, on behalf of the Estate of Rebecca Lovell
Charlotte Lush
Linda Malone-McGowan
Paula Mann
Pamela Marlowe
Malanei Marro
Mary Martin
Bobbie Martin
 Linda Martin
Connie Mason
Joni McClanahan
Lavonna McDaniel
Connie McGirr
Roberta McGuire
Tammy McGuire-Robinson
Jacquelyn McMurtry
 Sheila Lynn Meece
Wanda Metzger
Linda L. Miller
Delores Miller
Marie Miller
Roberta Miller, Administratrix for the Estate of Michael Miller
Nellie Miller
Linda F. Miller
Leslie Minton
Shane Romines, Esq., Adminstrator for the Estate of Kathy Miracle
Beverly Mitchell
Eudora Montgomery
Rhonda Moore
Margaret Moore
April Morris
Donna Muddiman-Cornish
Mary Napier
Wanda Faye Neace
Elizabeth Neal
Linda Nevels
Diana Newlin Riddle
Wilma Noe
Kathy Nolan Dinsmore
Glenora Pace
Louverna Parks
Myrtle Parrish
Judith Peck

Lisa Peek
Recie Pennington
Jeff Perkins
Helen Perkins
JoeAnn Perkins-Spencer
Stacy Perkins
Doris Phelps
Sonja Pickett
Angela VanVlymen, Administratrix for the Estate of Norma Pickett
Brian Powell
Mary P'Pool-Holland
Trena Preston
Suzanne Price
Rita Profitt Norman, Lynne Pursel
Sharon Rainwater
Billie Reese
Brenda Rentas, on behalf of Anthony Rentas
Teena Nicholson/ Hope Smith, on behalf of the Estate of Arlie Rhodes
Evelyn Rhodes
Melissa Riley Meece, Administratrix for the Estate of Raymond Riley
Levetta Rivera
Odena Roaden
Billie June Roberts
Patricia Roberts
Renee Roberts
Fetina Robinson
Patricia N. Robinson
Carol Rogers
Vina Rose
Cathy Rose
Larry Roseberry, Jr., Administrator for the Estate of Larry Rosenberry, Sr.
Mary Sams
Kathy Sands
Thomas Sapp
Phillip E. King, Jr., Esq., Administrator for the Estate of Justus Scharold
Maxine Seals
Crystal Seals-Gibson
Margaret Branhan, Administratrix for the Estate of Lisa Sexton
Monica Sexton-Napier
Margaret Sharon
Michelle Sharpe-Roberts
Janet Short-Roberts
Linda Caudill, Administratrix for the Estate of Laureda Short
Loretta Sidwell (now Dishman)

P. Brian Couch, Esq., Administrator for the Estate of Ada Sizemore
April Slatten-Jones
Carole Slone
Elaine Smith
Barbara Smith
Freda Smith
James Wesley Smith, Administrator for the Estate of Sharon Smith
Darcy Snowden Talbert
Peggy Spears
Cora Stapleton
Robert S. Stauffer, Executor for the Estate of Paul Stauffer
Corina Stearns
Nancy Stephens
Kenneth Stephens, Administrator for the Estate of Connie Stephens
Leland Stevenson, Administrator for the Estate of Sharon Stevenson
Marlene Stewart
Marlene Jones, Administratrix for the Estate of Loretta Stidham
Betty Stone, Lesta Irene Stout, Donna Stromowsky, Fred Sturgill, Administrator for the Estate of Connie Sturgill
Craig Sudduth, Trustee, on behalf of Marjorie Sudduth
Lisa Swiger, Sharon Tackett, Executrix for the Estate of Ella Tackett
Marcella Hays, Administratrix for the Estate of Priscila Tafolla,
The Estate of Charles Tapley
Ella Taylor
Linda Taylor
Mary Taylor
Jeanne Thomas
Nancy Thompson
Karen Thompson-McClain
James G. Thurman
Marguerite Toler, Administratrix for the Estate of Roy Toler
Stephanie Carter, Administratrix for the Estate of Linda Toler
Elizabeth Trent
Jennifer Trimble
Joetta Tucker
Deborah Turner
Patricia Turner
Drucilla Turner
Valorie Turner
Linda Vance
Linda Vannarsdall-Collins
Debbie Vogt Schneider
Bobbie Walker
Charlotte Baker, Administratrix for the Estate of Lane Walker

Loraine Wallen
Cindy Walters
Betty Ward, Administratrix for the Estate of Martin Ward
Elizabeth Washburn
Wanda Watkins
Cheryl Watson
Judy Whitaker
Kim White
Patricia White
Mary White-Lynch
Catherine Whitlock
Joyce Whitt
Betty Jean Widner
Todd Williams, Administrator for the Estate of Gloria Williams
Bethany Willinger
Geneva Wilson
Melody Winer
Connie Wolfe
Bill Wombles
Edna Barrett & Nancy Harmon, on behalf of the Estate of Artie Woods,
Fern Wooten
Edwina Wright
Roger Dale Wright
Sandra Wright
Debora Wright-Mitsui
Tammy Wright
Sheila Yates, Karen Young- Coffield
Sandra Zeman, n/k/a Kasandra Kahli Zeman-Balentine