FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 17 2016
JEFFREY P. COLWELL
CLERK

Nov. 11, 2016
2064 E 1130 S
Spanish Fork, UT 84660

Clerk of the United States District Court
District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3549

RE: Cook at al. v. Rockwell International Corporation and The Dow Chemical Company, Civil Action No. 90-00181-JLK (D. Colo.)

Dear Sir,
In response to the proposed settlement as noted above, I am objecting to the settlement as proposed for the following reasons.

First, I am not sure why the specific date of June 7 of 1989 was chosen or negotiated as the only date for a person to own property in the select area and not a range of dates. The plant was there from 1952 to 1992, a total of 40 years, producing plutonium "triggers" for nuclear weapons.

I owned three properties in the proposed settlement area from 1978 until 2011, a total of 33 years. 1) I owned a property at 8840 Cody Street from August 1977 to November 1979. 2) I owned a property at 9074 Hoyt St. from November 1979 to November 1988. 3) I owned a property at 9940 Garland Drive from July 21, 1989 until July 2011. The only reason I did not own a property in the settlement area on the required date of June 7 of 1989 was that we had sold our property at 9074 Hoyt St., had put money down on the 9940 Garland Drive property but because it was a HUD property, it took a number of months to close and we were renting an apartment in Federal Heights during that time.

Second, the purpose of the settlement, I suspect, is to reimburse the property owners for the results of living downwind of the Rocky Flats nuclear weapons production facility. Unproven are the results of the plutonium that was possibly released in the air and into the soil at the time. Anecdotal evidence that the rate of various cancers was higher downwind of the plant includes my own prostate cancer, my 44-year-old son's colon cancer that killed him, and a number of my neighbors who also live or lived in the affected area. This perceived increased rate of various cancers in the area certainly resulted in a number of real estate purchasers hesitating to buy property in the area downwind of the plant.

For these two reasons, I don't feel the settlement is fair to anyone who spent significant time in the settlement area and who did not own property on the exact date shown on the settlement. I would like to see the settlement cover a range of dates on either side of the settlement date, not only on one specific date listed in the current settlement documents, especially if they spent significant time in the settlement area like my own 33 years.

Thank you for your consideration in this matter.

Sincerely,

*William D. Thomas*

William D. Thomas

303-809-8588



Mr. William Thomas
2064 E 1130 S
Spanish Fork UT 84660-5043

Clerk of the US District Court
District of Colorado
Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589