## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW COMPANY,

Defendants.

---

### ENTRY OF APPEARANCE FOR BRADLEY A. LEVIN

---

I, Bradley A. Levin of the law firm **LEVIN SITCOFF PC**, pursuant to D.C.COLO.LAttyR 5, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Eric W. Goering, Assignee of the assets of the Ohio law firm Waite, Schneider, Bayless, and Chesley, Co., L.P.A.

Dated this 22nd day of November 2016.

Respectfully submitted,

**LEVIN SITCOFF PC**

*s/ Bradley A. Levin*
Bradley A. Levin
Susan S. Minamizono
1512 Larimer Street, Suite 650
Denver, CO 80202
Telephone: (303) 575-9390
Fax: (303) 575-9385
bal@levinsitcoff.com
ssm@levinsitcoff.com

**Robbins, Kelly, Patterson & Tucker**

Jarrod M. Mohler
7 West 7th Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 721-3330
Fax: (513) 721-5001
JMohler@RKPT.com
**Attorneys for Eric W. Goering, Assignee of Waite, Schneider, Bayless & Chesley Co., L.P.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2016, a true and correct copy of the foregoing **ENTRY OF APPEARANCE FOR BRADLEY A. LEVIN** was electronically filed with the Clerk of the Court using the CM/ECF system and served on the following by the method indicated which will send notification of said filing to the following email addresses:

John S. Zakhem
Jackson Kelly
1099 18th Street, Suite 2150
Denver, CO 80202
Phone: (303) 390-0351
Fax: (303) 390-0177
jszakhem@jacksonkelly.com
*Attorney for Movants*

Eric W. Goering
Eric@goering-law.com

*s/ Nicole R. Peterson*
Nicole R. Peterson

2