IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW COMPANY,

Defendants.

---

**ERIC W. GOERING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION TO SUBSTITUTE AS REAL PARTIES IN INTEREST (DOC. NO. 2420)**

---

Eric W. Goering ("Mr. Goering"), Assignee of the assets of the Ohio law firm Waite, Schneider, Bayless, and Chesley, Co., L.P.A. ("WSBC"), by and through counsel, Bradley A. Levin and Susan S. Minamizono of the law firm LEVIN SITCOFF PC, and Jarrod M. Mohler of the law firm Robbins, Kelly, Patterson & Tucker, hereby moves the Court for an extension of time to file his opposition to *Abbott* Movants' Motion to Substitute as Real Parties in Interest (Doc. No. 2420). Specifically, Mr. Goering requests that this Court extend the deadline to file a response by 11 days, from November 28, 2016, to December 9, 2016.

**D.C.COLO.LCivR 7.1(a) CERTIFICATION**

On November 18, 2016, the undersigned counsel left a voice mail message with *Abbott* Movants' counsel, John S. Zakhem. On November 22, 2016, the undersigned counsel conferred

with Mr. Zakhem, and hereby certifies that the parties are in agreement with respect to Mr. Goering's request for a brief extension of time to file a response to the *Abbott* Movants' Motion.

## MOTION

1. WSBC was counsel for Plaintiffs in this Action from its inception until August 2012.

2. On September 12, 2016, WSBC exercised its statutory right under Ohio law pursuant to Ohio Revised Code Section 1301.01, *et seq*., to file a Deed of Assignment for the Benefit of Creditors by which WSBC transferred all rights, title, and interest to all of its assets to Mr. Goering.

3. Subsequently, the Hamilton County, Ohio Court of Common Pleas, Probate Division, entered a Letter of Authority and Order Acknowledging Acceptance by Mr. Goering of WSBC's Assignment for the Benefit of Creditors in *In re Waite, Schneider, Bayless & Chesley Co., L.P.A*., Case No. 2016003659 (Letter of Authority and Order, attached as **Exhibit 1**).

4. On November 2, 2016, the *Abbott* Movants filed and served a Motion to Substitute as Real Parties in Interest, requesting that this Court grant their substitution in place of WSBC and Stanley Chesley. A response to said Motion is due on November 28, 2016.

5. Mr. Goering, as the Assignee of the assets of WSBC, not the *Abbott* Movants, is entitled to payment of a portion of the available attorney's fees in this Action, which will be further explained in detail in his opposition to the *Abbott* Movants' Motion.

6. The undersigned local counsel was recently retained to assist in responding to the intricate legal issues raised in the *Abbott* Movants' Motion.

7. Although the undersigned local counsel and primary counsel in Ohio have been reviewing this action and related matters, additional time is needed to fully research and brief this

Court regarding same.

8. The *Abbott* Movants and parties to this Action will not be prejudiced by the requested extension, as the fairness hearing is not scheduled until April 2017.

9. This is Mr. Goering's first request for an extension to file a response to the *Abbott* Movants' Motion.

**WHEREFORE**, Eric W. Goering, Assignee of the assets of the law firm Waite, Schneider, Bayless, and Chesley, Co., L.P.A., requests that this Court grant this Unopposed Motion for Extension of Time to File a Response to Motion to Substitute as Real Parties in Interest, extending the deadline to file a response by 11 days, from November 28, 2016, to December 9, 2016.

Dated this 22nd day of November 2016.

Respectfully submitted,

**LEVIN SITCOFF PC**

*s/ Bradley A.Levin*
Bradley A. Levin
Susan S. Minamizono
1512 Larimer Street, Suite 650
Denver, CO 80202
Telephone: (303) 575-9390
Fax: (303) 575-9385
bal@levinsitcoff.com
ssm@levinsitcoff.com

**Robbins, Kelly, Patterson & Tucker**

Jarrod M. Mohler
7 West 7th Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 721-3330
Fax: (513) 721-5001
JMohler@RKPT.com
**Attorneys for Eric W. Goering, Assignee of Waite, Schneider, Bayless & Chesley Co., L.P.A.**

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 22nd day of November, 2016, a true and correct copy of the foregoing **ERIC W. GOERING'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION TO SUBSTITUTE AS REAL PARTIES IN INTEREST (DOC. NO. 2420)** was electronically filed with the Clerk of the Court using the CM/ECF system and served on the following by the method indicated which will send notification of said filing to the following email addresses:

John S. Zakhem
Jackson Kelly
1099 18th Street, Suite 2150
Denver, CO 80202
Phone: (303) 390-0351
Fax: (303) 390-0177
jszakhem@jacksonkelly.com
*Attorney for Movants*

Eric W. Goering
Eric@goering-law.com

                *s/ Nicole R. Peterson*
                Nicole R. Peterson