IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW COMPANY,

Defendants.

---

**PROPOSED ORDER GRANTING ERIC W. GOERING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION TO SUBSTITUTE AS REAL PARTIES IN INTEREST (DOC. NO. 2420)**

---

After reviewing the Unopposed Motion of Eric W. Goering, Assignee of the assets of the law firm Waite, Schneider, Bayless, and Chesley, Co., L.P.A., for Extension of Time to File a Response to Motion to Substitute as Real Parties in Interest, and for good cause showing, the Court hereby GRANTS the Motion.  Eric Goering's Response to the Motion to Substitute as Real Parties in Interest shall be filed on or before December 9, 2016.

DATED this _____day of _____ 2016.

                                                                                _____
                                                                                HON. JOHN L. KANE
                                                                                SENIOR U.S. DISTRICT JUDGE