IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181-JLK

MERILYN COOK, et al.

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW COMPANY,

    Defendants.

---

### ENTRY OF APPEARANCE OF JARROD M. MOHLER
---

    I, Jarrod M. Mohler of the law firm Robbins, Kelly, Patterson & Tucker, LPA, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Eric W. Goering, Assignee of the assets of the Ohio law firm Waite, Schneider, Bayless, and Chesley Co., L.P.A.

Dated this 23rd day of November, 2016.

    Respectfully submitted,

    /s/ *Jarrod M. Mohler*
    Jarrod M. Mohler (OH 0072519)
    Robbins, Kelly, Patterson & Tucker
    7 West Seventh Street, Suite 1400
    Cincinnati, Ohio  45202-2417
    (513) 721-3330 | (513) 721-5001 fax
    *mgalasso@rkpt.com*
    **Attorney for Eric W. Goering, Assignee of Waite, Schneider, Bayless & Chesley Co., L.P.A.**

02674877-1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 23rd day of November, 2016, a true and correct copy of the foregoing ENTRY OF APPEARANCE OF JARROD M. MOHLER was electronically filed with the Clerk of this Court using the CM/ECF system and served on the following by the method indicated which will send notification of said filing to the following email addresses:

John S. Zakhem
*jszakhem@jacksonkelly.com*
**Attorney for Movants**

Eric W. Goering
*Eric@goering-law.com*

                /s/ *Jarrod M. Mohler*
                Jarrod M. Mohler

02674877-1