1622 LOCUST STREET   |   PHILADELPHIA, PA  19103-6305   |   PHONE: 215/875-3000   |   FAX: 215/875-4604   |   www.bergermontague.com



MERRILL G. DAVIDOFF

WRITER'S DIRECT DIAL | 215/875-3084

WRITER'S DIRECT FAX | 215/875-4671

WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

November 30, 2016

**VIA ECF**

Honorable Judge John L. Kane, SJ
United States District Court for the
   District of Colorado
Alfred A. Arraj United States Courthouse
Room A838
901 19th Street
Denver, CO 80294-3589

      Re:   *Cook v. Rockwell Int'l Corp., No. 90-K-181 (D. Colo.)*
              **Response to Docket No. 2428**

Dear Judge Kane:

      In response to Docket No. 2428 (a handwritten letter from Ms. Elizabeth A. Gazda), Plaintiffs' counsel mailed a copy of the Court-approved notice and claim form to Ms. Gazda on November 29, 2016. Susan Leo of my firm also contacted the potential Class member to advise her of the mailing and to provide her contact information should Ms. Gazda have any follow up questions.

      We thank your Honor for your attention to these matters.

                                   Respectfully submitted,

                                   */s/ Merrill G. Davidoff*

                                   Merrill G. Davidoff

MGD/sll

    cc:    All Counsel of Record *(via ECF)*