DEC-07-2015  08:59                                                                                     P.02

DEC-07-2015  12:11           IRS                                        513 263 3137     P.01/01

| Form 668(Y) (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Small Business / Self Employed - Area: 2 | Serial Number 189388215 | | For Optional Use by Recording Office |
| As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue. | | | |
| Name of Taxpayer STANLEY M CHESLEY | | ************ COPY ************<br>Wayne Coates<br>Hamilton County Recorders Office<br>Doc #: 15-0129079 Type: FED<br>Filed: 12/07/15 11:07:50 AM $5.00<br>OFF.Rec.: 13056   01119   F 1    251 | |
| Residence 8005 CAMARGO RD CINCINNATI, OH 45243 | | | |
| IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). | | | |

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-3041 | 11/23/2015 | 12/23/2025 | 3425884.62 |

| Place of Filing COUNTY RECORDER HAMILTON COUNTY CINCINNATI, OH 45202 | Total | 3425884.62 |
|---|---|---|

This notice was prepared and signed at CINCINNATI, OH, on this, the 7th day of December, 2015.

Signature  *Michelle Eader*       Title REVENUE OFFICER,  22-11-1128
MICHELLE L EADER
(513)263-4491

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 2 - Taxpayer Copy                                                        Form 668(Y) (Rev. 10-1999)

12/07/2015  10:30AM (GMT-06:00)
TOTAL P.02

**Exhibit 3**