```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION

    CONNIE MCGIRR, et al.,

                 Plaintiff,          Case No. 16-464
      -v-

    THOMAS F. REHME, et al.,

                 Defendant.
    _____/

                   MOTION HEARING, VOLUME II

            BEFORE THE HONORABLE ROBERT H. CLELAND
                  United States District Judge
                         Columbus, Ohio
                         July 26, 2016


    APPEARANCES:

    FOR THE PLAINTIFF:    BRIAN SULLIVAN
                          CHRISTEN STEIMLE
                          ANGELA FORD

    FOR THE DEFENDANT:    DONALD J. RAFFERTY
                          (Waite Schneider; Rehme)

                          VINCENT E. MAUER
                          (Chesley)










           To Obtain a Certified Transcript Contact:
    Christin E. Russell, RMR, CRR, FCRR, CSR - (248) 420-2720
         Proceedings produced by mechanical stenography.
      Transcript produced by computer-aided Transcription.
```

EXHIBIT B

1       So we were trying to come up with a blueprint saying
2  you can do these, but don't do these other things.  If you do
3  the other things you're going to get in trouble.  If you stay
4  on the other side of the ledger, you'll be in trouble -- you'll
5  be okay.  Excuse me.
6  Q.  And did the okay side of the ledger include assisting in
7  advising Waite Schneider with respect to maximizing the value
8  of its assets or minimizing the amount of its liabilities?
9  A.  Of course.  Because the, the individual who had the
10 remainder interest under this agreement would have been Mr.
11 Chesley.  So one, he would have had a financial incentive to
12 assist the firm.  And two, it was necessary, given the fact the
13 other attorneys had left the firm, for him to participate in
14 order to assist in collecting the assets.
15 Q.  And then it's true, isn't it, that the Wind-Up Agreement,
16 the net economic benefit of the Wind-Up Agreement goes to Mr.
17 Chesley?
18 A.  That's correct.
19 Q.  Just as if he still owned it?
20 A.  Yes.  That is creditors are supposed to be paid, and then
21 after creditors, Mr. Chesley.
22         MR. MAUER:  I have nothing further for this witness.
23 Thank you, Judge.
24         THE COURT:  Mr. Rafferty, nothing?
25         MR. RAFFERTY:  Yes, I have.