Abbott, Mildred, et al. v. Chesley, Stanley M., et al.                              Thomas F. Rehme, Esq.

Page 1

COURT OF COMMON PLEAS

HAMILTON COUNTY, OHIO

\* \* \*

MILDRED ABBOTT, et al.,

    Plaintiffs,

vs.                              CASE NO.  M151179

STANLEY M. CHESLEY, et al.,

    Defendants.

\* \* \*

    Deposition of THOMAS F. REHME, ESQ., a witness herein, called by the plaintiffs for examination pursuant to the Rules of Civil Procedure, taken before me, Patti Stachler, RMR, CRR, CLR, CME, a Notary Public within and for the State of Ohio, at the Offices of Dinsmore & Shohl, LLP, 255 East Fifth Street, Suite 1900, Cincinnati, Ohio, on March 15, 2016, at 10:30 a.m.

\* \* \*

EXHIBIT C

Abbott, Mildred, et al. v. Chesley, Stanley M., et al.                    Thomas F. Rehme, Esq.

Page 6

1    Stan Chesley?

2         A.    Right.

3         Q.    What does Stan Chesley do for

4    Waite Schneider today?

5         A.    Not much.  He does mostly for

6    Jewish foundation and then that sort of thing.

7    I understand he's teaching a -- some kind of

8    class at UC now, too.

9         Q.    Does Stan --

10        A.    Not legal.  So self-improvement.

11        Q.    Does Stan regularly come to the

12   office?

13        A.    He's there every day just about.

14        Q.    And he takes phone calls at the

15   office, I assume?

16        A.    Yes.

17        Q.    And the secretary works for him at

18   the office, I assume?

19        A.    Yeah.  She does letters for him

20   primarily, yeah.

21        Q.    Okay.  Let me finish my question,

22   if you would.  I'm going to let you finish your

23   answer, and I'll do my best on that regard.

24   Okay?

25              Does Stan use the secretary for work

Abbott, Mildred, et al. v. Chesley, Stanley M., et al.                    Thomas F. Rehme, Esq.

Page 7

1   when he comes to the office?

2        A.   Yes.

3        Q.   Okay.  Is some of Stan's work that
4   he does right now for Waite Schneider, does it
5   involve collecting monies that are owed to the
6   law firm?

7        A.   No.

8        Q.   Okay.  Would you agree with me
9   that there is an income stream that comes in to
10  Waite Schneider today?

11       A.   Correct.

12       Q.   And that income stream relates to
13  cases that Waite Schneider has been involved in
14  over the years, correct?

15       A.   Correct.

16       Q.   Does Waite Schneider have any
17  current active cases where income is brought
18  into the law firm?

19            MR. RAFFERTY:  Objection.

20            Go ahead, if you know.

21            THE WITNESS:  Huh?

22            MR. RAFFERTY:  I said, objection.

23       A.   I'm sure, yes.

24  BY MR. SULLIVAN:

25       Q.   And is that current income stream

Abbott, Mildred, et al. v. Chesley, Stanley M., et al.                    Thomas F. Rehme, Esq.

Page 36

1           MR. RAFFERTY: Objection.
2      A.   He probably did at one point.
3  BY MR. SULLIVAN:
4      Q.   Has the auction actually taken
5  place?
6      A.   I understand that it has. Not all
7  of the cars, but a portion of the cars.
8      Q.   How many cars were sold at the
9  auction?
10     A.   Don't know that.
11     Q.   When was the auction?
12     A.   Don't know that.
13     Q.   How much money was made from the
14 sale of the cars?
15     A.   Don't know that.
16          MR. RAFFERTY: Objection.
17 BY MR. SULLIVAN:
18     Q.   Would Stan know the answer to
19 those questions, do you know?
20     A.   I would think.
21     Q.   Would Steve Horner know the answer
22 to those questions?
23     A.   Yes, he would.
24     Q.   Just so I have some idea, do you
25 know how many cars Waite Schneider has title to

Abbott, Mildred, et al. v. Chesley, Stanley M., et al.                    Thomas F. Rehme, Esq.

Page 37

1   before this auction, how many different cars?

2           A.   No, I don't know the number.

3           Q.   You don't know, then, how many

4   cars are left in Waite Schneider's inventory

5   after the auction?

6           A.   No, I do not.

7           Q.   And do you have an idea of what's

8   going to happen to the money that's generated

9   from the sale of the cars?

10          A.   Well, I hope it's going to be

11  deposited into Waite, Schneider, Bayless &

12  Chesley, and maybe it has.  I don't know.

13  Steve would know.

14          Q.   Okay.  Has Waite Schneider

15  recently, other than the cars, disposed of any

16  other assets belonging to it?

17          A.   Belonging to who?

18          Q.   To Waite Schneider.

19               MR. RAFFERTY:  Objection.  I'm not

20  even sure what that means.

21          A.   I don't understand the question.

22  BY MR. SULLIVAN:

23          Q.   Okay.  I'm interested in the

24  assets that Waite Schneider owns.

25          A.   Which?

Abbott, Mildred, et al. v. Chesley, Stanley M., et al.                    Thomas F. Rehme, Esq.

Page 63

1   1800s.  It had a different name.  And there's
2   plenty of stuff to go over, I'll tell you.  And
3   I'm trying to go over some of it.
4        Q.    All right.  And as -- you would
5   agree that one of your obligations in winding
6   up the affairs is to make sure all the debts
7   and obligations are paid?
8        A.    Right.
9        Q.    And I'm trying to figure out what
10  those are.  But other than lease, you're not
11  able to tell me any other obligation that's
12  part of the wind up of the affairs of the law
13  firm?
14       A.    No, I can't.
15       Q.    Okay.
16             MR. RAFFERTY:  You're talking about
17  as we sit here today?
18             MR. SULLIVAN:  Yeah.
19             MR. RAFFERTY:  Right?
20             MR. SULLIVAN:  Yeah.
21             Okay.  Tom, I'm going to take a break
22  for a second.  I'm going to look at these
23  documents.  Okay?
24             THE WITNESS:  Good luck.
25             (Recess taken from 11:32 to 11:57.)