

North Side Bank
AND TRUST COMPANY

LOOK TO THE NORTH™

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 5

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1014
Pay: One Thousand Four Hundred Forty Seven and 54/100 Dollars
Number 000001014 Date 10/09/2014 Amount *****1,447.54
To the order of: SECURITY STORAGE CO., P.O. BOX 6417, CINCINNATI, OH 45206-0000
⑈001014⑈ ⑆042000550⑆ [redacted]

10/15/2014 1014 $1,447.54

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1020
Pay: Twelve Thousand and 00/100 Dollars
Number 000001020 Date 10/09/2014 Amount *****12,000.00
To the order of: Business Intelligence, Inc., 6900 Murray Avenue, Cincinnati, OH 45227
⑈001020⑈ ⑆042000550⑆ [redacted]

10/15/2014 1020 $12,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1015
Pay: One Thousand and 00/100 Dollars
Number 000001015 Date 10/09/2014 Amount *****1,000.00
To the order of: Slater, Tenaglia, Fritz, & Hunt, P.A., Lock Box 2431, PO Box 8500, Philadelphia, PA 19178-2431
⑈001015⑈ ⑆042000550⑆ [redacted]

10/14/2014 1015 $1,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1021
Pay: Twelve Thousand Five Hundred and 00/100 Dollars
Number 000001021 Date 10/10/2014 Amount *****12,500.00
To the order of: American Bridge 21st Century Foundation, American Bridge, 455 Massachusetts Avenue, NW, Suite 600, Washington, DC 20001
⑈001021⑈ ⑆042000550⑆ [redacted]

10/22/2014 1021 $12,500.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1016
Pay: One Thousand Two Hundred Forty Nine and 80/100 Dollars
Number 000001016 Date 10/09/2014 Amount *****1,249.80
To the order of: Travelers, CL Remittance Center, PO Box 660317, Dallas, TX 75266
⑈001016⑈ ⑆042000550⑆ [redacted]

10/14/2014 1016 $1,249.80

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1022
Pay: Five Hundred and 00/100 Dollars
Number 000001022 Date 10/10/2014 Amount *****500.00
To the order of: Citizens For Micah Kamrass
⑈001022⑈ ⑆042000550⑆ [redacted]

10/20/2014 1022 $500.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1017
Pay: One Thousand Fifty One and 64/100 Dollars
Number 000001017 Date 10/09/2014 Amount *****1,051.64
To the order of: U.S. Bank, P.O. Box 790408, St. Louis, MO 63179-0408
⑈001017⑈ ⑆042000550⑆ [redacted] ⑈0000105164⑈

10/14/2014 1017 $1,051.64

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1023
Pay: Three Hundred and 00/100 Dollars
Number 000001023 Date 10/10/2014 Amount *********300.00
To the order of: Business Intelligence, Inc., 6900 Murray Avenue, Cincinnati, OH 45227
⑈001023⑈ ⑆042000550⑆ [redacted]

10/20/2014 1023 $300.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1018
Pay: One Thousand Seven Hundred Forty Five and 03/100 Dollars
Number 000001018 Date 10/09/2014 Amount *****1,745.03
To the order of: Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505
⑈001018⑈ ⑆042000550⑆ [redacted]

10/17/2014 1018 $1,745.03

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1024
Pay: Two Hundred Forty Nine and 22/100 Dollars
Number 000001024 Date 10/16/2014 Amount *********249.22
To the order of: AT&T Mobility, P.O. BOX 6463, Carol Stream, IL 60197-6463
⑈001024⑈ ⑆042000550⑆ [redacted]

10/20/2014 1024 $249.22

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1019
Pay: One Million Two Hundred Ninety Two Thousand Seven Hundred Ninety Three and 55/100 Dollars
Number 000001019 Date 10/09/2014 Amount **1,292,793.55
To the order of: Cory Kumler, LLC
⑈001019⑈ ⑆042000550⑆ [redacted]

10/10/2014 1019 $1,292,793.55

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1025
Pay: One Thousand Four Hundred Eighteen and 00/100 Dollars
Number 000001025 Date 10/16/2014 Amount *****1,418.00
To the order of: CIC Agency, Inc., 1060 Nimitzview Drive, Suite 120, CINCINNATI, OH 45230
⑈001025⑈ ⑆042000550⑆ [redacted]

10/22/2014 1025 $1,418.00

NSBT0022

EXHIBIT D



North Side Bank
AND TRUST COMPANY

LOOK TO THE NORTH™

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 7

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1039
PAY Two Hundred Two and 80/100 Dollars
NUMBER 000001039 DATE 10/23/2014 AMOUNT *********202.80
TO THE ORDER OF CINCINNATI BELL, P.O. Box 748003, CINCINNATI, OH 45274-8003
⑈001039⑈ ⑆042000550⑆ [redacted]

10/29/2014 1039 $202.80

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1046
PAY Seven Thousand Six Hundred and 00/100 Dollars
NUMBER 000001046 DATE 10/23/2014 AMOUNT ******7,600.00
TO THE ORDER OF SCHNEIDER, Maly & Strakowski, 4520 COOPER ROAD, SUITE 203, CINCINNATI, OH 45242-0000
⑈001046⑈ ⑆042000550⑆ [redacted]

10/28/2014 1046 $7,600.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1040
PAY Two Thousand Two Hundred Ninety Nine and 29/100 Dollars
NUMBER 000001040 DATE 10/23/2014 AMOUNT ****2,299.29
TO THE ORDER OF Cintas Corp, P.O. Box 740855, Cincinnati, OH 45274-0855
⑈001040⑈ ⑆042000550⑆ [redacted]

10/28/2014 1040 $2,299.29

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1047
PAY One Thousand Eighty Seven and 67/100 Dollars
NUMBER 000001047 DATE 10/23/2014 AMOUNT ******1,087.67
OH94300823577022
TO THE ORDER OF Shell Credit Card Center, P.O. Box 183018, Columbus, OH 43218-3018
⑈001047⑈ ⑆042000550⑆ [redacted]

10/28/2014 1047 $1,087.67

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1042
PAY One Thousand Four Hundred Forty One and 38/100 Dollars
NUMBER 000001042 DATE 10/23/2014 AMOUNT *****1,441.38
TO THE ORDER OF SECURITY STORAGE CO., P.O. BOX 6417, CINCINNATI, OH 45206-0000
⑈001042⑈ ⑆042000550⑆ [redacted]

10/28/2014 1042 $1,441.38

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1048
PAY Fifteen Thousand and 00/100 Dollars
NUMBER 000001048 DATE 10/27/2014 AMOUNT *****15,000.00
TO THE ORDER OF STANLEY M. CHESLEY, 9005 CAMARGO RD., CINCINNATI, OH 45243-0000
⑈001048⑈ ⑆042000550⑆ [redacted]

10/27/2014 1048 $15,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1043
PAY Eighty Nine and 67/100 Dollars
NUMBER 000001043 DATE 10/23/2014 AMOUNT **********89.67
TO THE ORDER OF Terminix, P. O. Box 742592, Cincinnati, OH 45274-2592
⑈001043⑈ ⑆042000550⑆ [redacted] ⑇0000008967⑇

10/29/2014 1043 $89.67

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1050
PAY Twenty Thousand and 00/100 Dollars
NUMBER 000001050 DATE 10/29/2014 AMOUNT *****20,000.00
TO THE ORDER OF STANLEY M. CHESLEY, 9005 CAMARGO RD., CINCINNATI, OH 45243-0000
⑈001050⑈ ⑆042000550⑆ [redacted]

10/29/2014 1050 $20,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1044
PAY One Thousand Four Hundred Ninety Seven and 40/100 Dollars
NUMBER 000001044 DATE 10/23/2014 AMOUNT ******1,497.40
TO THE ORDER OF Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505
⑈001044⑈ ⑆042000550⑆ [redacted]

10/29/2014 1044 $1,497.40

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1051
PAY Two Million and 00/100 Dollars
NUMBER 000001051 DATE 10/30/2014 AMOUNT **2,000,000.00
TO THE ORDER OF STANLEY M. CHESLEY, 9005 CAMARGO RD., CINCINNATI, OH 45243-0000
⑈001051⑈ ⑆042000550⑆ [redacted]

10/30/2014 1051 $2,000,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1045
PAY One Hundred Six and 42/100 Dollars
NUMBER 000001045 DATE 10/23/2014 AMOUNT *********106.42
TO THE ORDER OF Cintas Corp, P.O. Box 740855, Cincinnati, OH 45274-0855
⑈001045⑈ ⑆042000550⑆ [redacted]

10/30/2014 1045 $106.42



North Side Bank
AND TRUST COMPANY

LOOK TO THE NORTH™

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 3

---

Deposit slip — North Side Bank — Date 11/4/14 — 155.00 — Total $155.00
⑆042000550⑆ [redacted] 151

11/05/2014 $155.00

---

Deposit slip — North Side Bank — Date 11/24/14 — 800.00 — 156.25 — 956.25
⑆042000550⑆ [redacted] 151

11/24/2014 $956.25

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
1012
PAY One Hundred Sixty and 13/100 Dollars
NUMBER 000001012 DATE 10/09/2014 AMOUNT ********160.13
TO THE ORDER OF M.J. WESSELS, INC.
1050 Meta Drive
Cincinnati, OH 45237
⑈001012⑈ ⑆042000550⑆ [redacted]

11/04/2014 1012 $160.13

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1031
PAY Fourteen Thousand Six Hundred Twenty Three and 20/100 Dollars
NUMBER 000001031 DATE 10/22/2014 AMOUNT *****14,623.20
TO THE ORDER OF United States Treasury
10#31-1035154 Plan 1 Form 5330 Section 4971
⑈001031⑈ ⑆042000550⑆ [redacted] ⑈0001462320⑈

11/05/2014 1031 $14,623.20

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1041
PAY One Thousand Nineteen and 00/100 Dollars
NUMBER 000001041 DATE 10/23/2014 AMOUNT ******1,019.00
TO THE ORDER OF Allpro Parking, LLC
321 Race Street
Cincinnati, OH 45202
⑈001041⑈ ⑆042000550⑆ [redacted]

11/10/2014 1041 $1,019.00

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1053
PAY Twenty Five Thousand and 00/100 Dollars
NUMBER 000001053 DATE 11/04/2014 AMOUNT *****25,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001053⑈ ⑆042000550⑆ [redacted]

11/05/2014 1053 $25,000.00

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1054
PAY Two Thousand Five Hundred and 00/100 Dollars
NUMBER 000001054 DATE 11/04/2014 AMOUNT ******2,500.00
TO THE ORDER OF Democratic Voices
3867 West Market Street,
Ste. 289
Akron, OH 44333
⑈001054⑈ ⑆042000550⑆ [redacted]

11/21/2014 1054 $2,500.00

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1055
PAY One Hundred Thirty Four and 82/100 Dollars
NUMBER 000001055 DATE 11/04/2014 AMOUNT ********134.82
TO THE ORDER OF Duke Energy
P.O. Box 9001076
Louisville, KY 40290-1076
⑈001055⑈ ⑆042000550⑆ [redacted]

11/10/2014 1055 $134.82

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1056
PAY Five Thousand and 00/100 Dollars
NUMBER 000001056 DATE 11/04/2014 AMOUNT ******5,000.00
TO THE ORDER OF Senate Majority PAC
700 13th Street, NW
Suite 600
Washington, DC 20005
⑈001056⑈ ⑆042000550⑆ [redacted]

11/10/2014 1056 $5,000.00

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1057
PAY One Thousand Six Hundred Forty Three and 61/100 Dollars
NUMBER 000001057 DATE 11/04/2014 AMOUNT ******1,643.61
TO THE ORDER OF U.S. Bank
P.O. Box 790408
St. Louis, MO 63179-0408
⑈001057⑈ ⑆042000550⑆ [redacted] *1,643.61*

11/07/2014 1057 $1,643.61

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1058
PAY Seventeen Thousand Two Hundred and 74/100 Dollars
NUMBER 000001058 DATE 11/04/2014 AMOUNT *****17,200.74
TO THE ORDER OF AMERICAN EXPRESS
P.O. Box 650448
Dallas, TX 75265-0448
⑈001058⑈ ⑆042000550⑆ [redacted]

11/10/2014 1058 $17,200.74

---

Waite, Schneider, Bayless and Chesley Co., L.P.A.
1059
PAY Nine Thousand Seven Hundred Twenty Two and 29/100 Dollars
NUMBER 000001059 DATE 11/05/2014 AMOUNT ******9,722.29
TO THE ORDER OF AMERICAN EXPRESS
P.O. Box 650448
Dallas, TX 75265-0448
⑈001059⑈ ⑆042000550⑆ [redacted]

11/10/2014 1059 $9,722.29



North Side Bank
AND TRUST COMPANY

LOOK TO THE NORTH

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 5

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1073
PAY Forty One and 63/100 Dollars — NUMBER 000001073 DATE 11/12/2014 AMOUNT *********41.63
TO THE ORDER OF SECURITY STORAGE CO. P.O. BOX 6417 CINCINNATI, OH 45206-0000
⑈001073⑈ ⑆042000550⑆ [redacted]
11/18/2014 1073 $41.63

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1080
PAY Sixty Two and 33/100 Dollars — NUMBER 000001080 DATE 11/17/2014 AMOUNT ********62.33
TO THE ORDER OF CINCINNATI BELL P.O. Box 748003 CINCINNATI, OH 45274-8003
⑈001080⑈ ⑆042000550⑆ [redacted]
11/20/2014 1080 $62.33

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1074
PAY Nine Hundred One and 80/100 Dollars — NUMBER 000001074 DATE 11/12/2014 AMOUNT *******901.80
TO THE ORDER OF Travelers CL Remittance Center PO Box 660317 Dallas, TX 75266
⑈001074⑈ ⑆042000550⑆ [redacted]
11/21/2014 1074 $901.80

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1081
PAY One Thousand Seven Hundred Sixty Seven and 25/100 Dollars — NUMBER 000001081 DATE 11/17/2014 AMOUNT ******1,767.25
TO THE ORDER OF Cintas Corp P.O. Box 740855 Cincinnati, OH 45274-0855
⑈001081⑈ ⑆042000550⑆ [redacted]
11/26/2014 1081 $1,767.25

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1076
PAY Three Thousand Five Hundred and 00/100 Dollars — NUMBER 000001076 DATE 11/12/2014 AMOUNT *****3,500.00
TO THE ORDER OF Benton, Benton & Luedeke 528 Overton Street P.O. Box 72218 Newport, KY 41072-0218
⑈001076⑈ ⑆042000550⑆ [redacted]
11/17/2014 1076 $3,500.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1083
PAY Three Thousand Nine Hundred Six and 45/100 Dollars — NUMBER 000001083 DATE 11/17/2014 AMOUNT ******3,906.45
TO THE ORDER OF PROTECTIVE LIFE INSURANCE P.O. Box 2224 BIRMINGHAM, AL 35246-0030
⑈001083⑈ ⑆042000550⑆ [redacted]
11/25/2014 1083 $3,906.45

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1077
PAY Twelve Thousand Five Hundred and 00/100 Dollars — NUMBER 000001077 DATE 11/12/2014 AMOUNT ****12,500.00
TO THE ORDER OF Democratic Party of Virginia 1710 E Franklin St., 3rd Floor Richmond, VA 23223
⑈001077⑈ ⑆042000550⑆ [redacted]
11/19/2014 1077 $12,500.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1084
PAY Five Hundred Forty Three Thousand and 00/100 Dollars — NUMBER 000001084 DATE 11/18/2014 AMOUNT ****543,000.00
TO THE ORDER OF Susan J. Dlott 9005 Camargo Road Cincinnati, OH 45243
⑈001084⑈ ⑆042000550⑆ [redacted]
11/19/2014 1084 $543,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1078
PAY One Hundred Sixty Five and 94/100 Dollars — NUMBER 000001078 DATE 11/17/2014 AMOUNT ********165.94
TO THE ORDER OF AT&T Mobility P.O. BOX 6463 Carol Stream, IL 60197-6463
⑈001078⑈ ⑆042000550⑆ [redacted]
11/21/2014 1078 $165.94

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1085
PAY One Hundred Fifty Three and 99/100 Dollars — NUMBER 000001085 DATE 11/19/2014 AMOUNT ********153.99
TO THE ORDER OF AMERICAN EXPRESS P.O. Box 650448 Dallas, TX 75265-0448
⑈001085⑈ ⑆042000550⑆ [redacted]
11/24/2014 1085 $153.99

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1079
PAY Fifty Thousand and 00/100 Dollars — NUMBER 000001079 DATE 11/17/2014 AMOUNT *****50,000.00
TO THE ORDER OF STANLEY M. CHESLEY 9005 CAMARGO RD. CINCINNATI, OH 45243-0000
⑈001079⑈ ⑆042000550⑆ [redacted]
11/17/2014 1079 $50,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — 1086
PAY Forty Three and 77/100 Dollars — NUMBER 000001086 DATE 11/19/2014 AMOUNT *********43.77
TO THE ORDER OF Aramark Refreshment Services 8435 Georgetown Road Suite 100 Indianapolis, IN 46268
⑈001086⑈ ⑆042000550⑆ [redacted]
11/28/2014 1086 $43.77



North Side Bank
AND TRUST COMPANY

LOOK TO THE NORTH™

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 4

North Side Bank deposit ticket — Waite Schneider Bayless & Chesley Co LPA, 1 West 4th Street Suite 1513, Cincinnati, OH 45202
DATE 12/3/14 — 155.00 — TOTAL $ 155.00
⑆042000550⑆ [redacted] 151
12/03/2014 $155.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — ATTORNEYS AND COUNSELORS AT LAW — 1513 FOURTH AND VINE TOWER — CINCINNATI, OHIO 45202 — NORTH SIDE BANK & TRUST — 1093
PAY Four Thousand Three Hundred Fifty and 00/100 Dollars — NUMBER 000001093 — DATE 11/24/2014 — AMOUNT ******4,350.00
TO THE ORDER OF CENTRAL TRUST TOWER ASSOC, L.P., LOCKBOX 771501, 1501 SOLUTIONS CENTER, CHICAGO, IL 60677-1005
⑈001093⑈ ⑆042000550⑆ [redacted]
12/01/2014 1093 $4,350.00

North Side Bank deposit ticket — DATE 12/11/14 — 16.84 — TOTAL $ 16.84
⑆042000550⑆ [redacted] 151
12/11/2014 $16.84

Waite, Schneider, Bayless and Chesley Co., L.P.A. — NORTH SIDE BANK & TRUST — 1096
PAY Ninety Three and 73/100 Dollars — NUMBER 000001096 — DATE 11/24/2014 — AMOUNT ********93.73
TO THE ORDER OF Duke Energy, P.O. Box 9001076, Louisville, KY 40290-1076
⑈001096⑈ ⑆042000550⑆ [redacted]
12/03/2014 1096 $93.73

North Side Bank deposit ticket — DATE 12/15/14 — 345.80 — TOTAL $ 345.80
⑆042000550⑆ [redacted] 151
12/15/2014 $345.80

Waite, Schneider, Bayless and Chesley Co., L.P.A. — NORTH SIDE BANK & TRUST — 1097
PAY Three Thousand Nine Hundred Forty Eight and 92/100 Dollars — NUMBER 000001097 — DATE 11/24/2014 — AMOUNT ******3,948.92
TO THE ORDER OF U.S. Bank, P.O. Box 790408, St. Louis, MO 63179-0408
⑈001097⑈ ⑆042000550⑆ [redacted] $3,948.92
12/02/2014 1097 $3,948.92

North Side Bank deposit ticket — DATE 12/18/14 — 1,288.68 — TOTAL $ 1288.68
⑆042000550⑆ [redacted] 151
12/18/2014 $1,288.68

Waite, Schneider, Bayless and Chesley Co., L.P.A. — NORTH SIDE BANK & TRUST — 1098
PAY One Thousand Five Hundred Four and 46/100 Dollars — NUMBER 000001098 — DATE 11/24/2014 — AMOUNT ******1,504.46
TO THE ORDER OF Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505
⑈001098⑈ ⑆042000550⑆ [redacted]
12/03/2014 1098 $1,504.46

North Side Bank deposit ticket — DATE 12/22/14 — 398.50 — TOTAL $ 398.50
⑆042000550⑆ [redacted] 151
12/22/2014 $398.50

Waite, Schneider, Bayless and Chesley Co., L.P.A. — NORTH SIDE BANK & TRUST — 1099
PAY Thirty Thousand and 00/100 Dollars — NUMBER 000001099 — DATE 12/01/2014 — AMOUNT *****30,000.00
TO THE ORDER OF STANLEY M. CHESLEY, 9005 CAMARGO RD., CINCINNATI, OH 45243-0000
⑈001099⑈ ⑆042000550⑆ [redacted]
12/03/2014 1099 $30,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. — NORTH SIDE BANK & TRUST — 1065
PAY Five Hundred Forty Five and 50/100 Dollars — NUMBER 000001065 — DATE 11/12/2014 — AMOUNT ********545.50
TO THE ORDER OF Anchor Storage, LLC, P. O. Box 645, Union, KY 41090
⑈001065⑈ ⑆042000550⑆ [redacted]
12/01/2014 1065 $545.50

Waite, Schneider, Bayless and Chesley Co., L.P.A. — NORTH SIDE BANK & TRUST — 1100
PAY Twenty Three and 99/100 Dollars — NUMBER 000001100 — DATE 12/01/2014 — AMOUNT ********23.99
TO THE ORDER OF AMERICAN EXPRESS, P.O. Box 650448, Dallas, TX 75265-0448
⑈001100⑈ ⑆042000550⑆ [redacted]
12/04/2014 1100 $23.99



North Side Bank
AND TRUST COMPANY

LOOK TO THE NORTH

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 7

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST 13-66/420
1126
PAY Three Thousand Four Hundred and 00/100 Dollars
NUMBER 000001126 DATE 12/18/2014 AMOUNT *****3,400.00
TO THE ORDER OF Dickens & Crumpet, LLC
1 West 4th Street
Suite 1513
Cincinnati, OH 45202
⑈001126⑈ ⑆042000550⑆ [redacted]

12/23/2014 1126 $3,400.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST 13-66/420
1127
PAY Twenty Five Thousand and 00/100 Dollars
NUMBER 000001127 DATE 12/18/2014 AMOUNT *****25,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001127⑈ ⑆042000550⑆ [redacted]

12/18/2014 1127 $25,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST 13-66/420
1128
PAY Twenty Two Thousand Seven Hundred Eighty Five and 00/100 Dollars
NUMBER 000001128 DATE 12/18/2014 AMOUNT *****22,785.00
TO THE ORDER OF COHEN, TODD, KITE AND STANFORD, LLC
250 East Fifth Street
Suite 2350
CINCINNATI, OH 45202-4139
⑈001128⑈ ⑆042000550⑆ [redacted]

12/23/2014 1128 $22,785.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST 13-66/420
1129
PAY Seventeen Thousand Five Hundred and 00/100 Dollars
NUMBER 000001129 DATE 12/22/2014 AMOUNT *****17,500.00
TO THE ORDER OF Forensic Economics, Inc.
95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
⑈001129⑈ ⑆042000550⑆ [redacted]

12/31/2014 1129 $17,500.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST 13-66/420
1131
PAY Twenty Thousand and 00/100 Dollars
NUMBER 000001131 DATE 12/22/2014 AMOUNT *****20,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001131⑈ ⑆042000550⑆ [redacted]

12/22/2014 1131 $20,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST 13-66/420
1132
PAY Eight Hundred Thirty Eight Thousand Eight Hundred Twenty Nine and 00/100 Dollars
NUMBER 000001132 DATE 12/22/2014 AMOUNT *****838,829.00
TO THE ORDER OF Johnson Trust Company - Acct# 19-10976
3777 West Fork Rd.
Cincinnati, OH 45247
⑈001132⑈ ⑆042000550⑆ [redacted]

12/26/2014 1132 $838,829.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST 13-66/420
1134
PAY Fifteen Thousand and 00/100 Dollars
NUMBER 000001134 DATE 12/23/2014 AMOUNT *****15,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001134⑈ ⑆042000550⑆ [redacted]

12/23/2014 1134 $15,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST 13-66/420
1135
PAY Five Hundred Thousand and 00/100 Dollars
NUMBER 000001135 DATE 12/29/2014 AMOUNT *****500,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001135⑈ ⑆042000550⑆ [redacted]

12/29/2014 1135 $500,000.00




North Side Bank
AND TRUST COMPANY

LOOK TO THE NORTH

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 4

Deposit slip – North Side Bank – Waite Schneider Bayless & Chesley Co LPA – Date 12/3/14 – 155.00 – Total $155.00
⑆042000550⑆ [redacted] 151
12/03/2014 $155.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. – Attorneys and Counselors at Law – 1513 Fourth and Vine Tower, Cincinnati, Ohio 45202 – North Side Bank & Trust – 1093
Pay: Four Thousand Three Hundred Fifty and 00/100 Dollars – Number 000001093 – Date 11/24/2014 – Amount *****4,350.00
To the order of: CENTRAL TRUST TOWER ASSOC, L.P., LOCKBOX 771501, 1501 SOLUTIONS CENTER, CHICAGO, IL 60677-1005
⑈001093⑈ ⑆042000550⑆ [redacted]
12/01/2014 1093 $4,350.00

Deposit slip – Date 12/11/14 – 16.84 – Total $16.84
⑆042000550⑆ [redacted] 151
12/11/2014 $16.84

Waite, Schneider, Bayless and Chesley Co., L.P.A. – 1096
Pay: Ninety Three and 73/100 Dollars – Number 000001096 – Date 11/24/2014 – Amount *********93.73
To the order of: Duke Energy, P.O. Box 9001076, Louisville, KY 40290-1076
⑈001096⑈ ⑆042000550⑆ [redacted]
12/03/2014 1096 $93.73

Deposit slip – Date 12/15/14 – 345.80 – Total $345.80
⑆042000550⑆ [redacted] 151
12/15/2014 $345.80

Waite, Schneider, Bayless and Chesley Co., L.P.A. – 1097
Pay: Three Thousand Nine Hundred Forty Eight and 92/100 Dollars – Number 000001097 – Date 11/24/2014 – Amount *****3,948.92
To the order of: U.S. Bank, P.O. Box 790408, St. Louis, MO 63179-0408
⑈001097⑈ ⑆042000550⑆ [redacted] $3,948.92
12/02/2014 1097 $3,948.92

Deposit slip – Date 12/18/14 – 1,288.68 – Total $1,288.68
⑆042000550⑆ [redacted] 151
12/18/2014 $1,288.68

Waite, Schneider, Bayless and Chesley Co., L.P.A. – 1098
Pay: One Thousand Five Hundred Four and 46/100 Dollars – Number 000001098 – Date 11/24/2014 – Amount *****1,504.46
To the order of: Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505
⑈001098⑈ ⑆042000550⑆ [redacted]
12/03/2014 1098 $1,504.46

Deposit slip – Date 12/22/14 – 250.00, 148.50 – Total $398.50
⑆042000550⑆ [redacted] 151
12/22/2014 $398.50

Waite, Schneider, Bayless and Chesley Co., L.P.A. – 1099
Pay: Thirty Thousand and 00/100 Dollars – Number 000001099 – Date 12/01/2014 – Amount *****30,000.00
To the order of: STANLEY M. CHESLEY, 9005 CAMARGO RD., CINCINNATI, OH 45243-0000
⑈001099⑈ ⑆042000550⑆ [redacted]
12/03/2014 1099 $30,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A. – 1065
Pay: Five Hundred Forty Five and 50/100 Dollars – Number 000001065 – Date 11/12/2014 – Amount ********545.50
To the order of: Anchor Storage, LLC, P. O. Box 648, Union, KY 41090
⑈001065⑈ ⑆042000550⑆ [redacted]
12/01/2014 1065 $545.50

Waite, Schneider, Bayless and Chesley Co., L.P.A. – 1100
Pay: Twenty Three and 99/100 Dollars – Number 000001100 – Date 12/01/2014 – Amount *********23.99
To the order of: AMERICAN EXPRESS, P.O. Box 650448, Dallas, TX 75265-0448
⑈001100⑈ ⑆042000550⑆ [redacted]
12/04/2014 1100 $23.99

NSBT0059




North Side Bank
AND TRUST COMPANY

LOOK TO THE NORTH™

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 7

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1126
PAY Three Thousand Four Hundred and 00/100 Dollars
NUMBER 000001126 DATE 12/18/2014 AMOUNT ******3,400.00
TO THE ORDER OF Dickens & Crumpet, LLC
1 West 4th Street
Suite 1513
Cincinnati, OH 45202
⑈001126⑈ ⑆042000550⑆ [redacted]

12/23/2014 1126 $3,400.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1127
PAY Twenty Five Thousand and 00/100 Dollars
NUMBER 000001127 DATE 12/18/2014 AMOUNT *****25,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001127⑈ ⑆042000550⑆ [redacted]

12/18/2014 1127 $25,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1128
PAY Twenty Two Thousand Seven Hundred Eighty Five and 00/100 Dollars
NUMBER 000001128 DATE 12/18/2014 AMOUNT *****22,785.00
TO THE ORDER OF COHEN, TODD, KITE AND STANFORD, LLC
250 East Fifth Street
Suite 2350
CINCINNATI, OH 45202-4139
⑈001128⑈ ⑆042000550⑆ [redacted]

12/23/2014 1128 $22,785.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1129
PAY Seventeen Thousand Five Hundred and 00/100 Dollars
NUMBER 000001129 DATE 12/22/2014 AMOUNT *****17,500.00
TO THE ORDER OF Forensic Economics, Inc.
95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
⑈001129⑈ ⑆042000550⑆ [redacted]

12/31/2014 1129 $17,500.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1131
PAY Twenty Thousand and 00/100 Dollars
NUMBER 000001131 DATE 12/22/2014 AMOUNT *****20,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001131⑈ ⑆042000550⑆ [redacted]

12/22/2014 1131 $20,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1132
PAY Eight Hundred Thirty Eight Thousand Eight Hundred Twenty Nine and 00/100 Dollars
NUMBER 000001132 DATE 12/22/2014 AMOUNT ****838,829.00
TO THE ORDER OF Johnson Trust Company - Acct# 19-J0976
3777 West Fork Rd.
Cincinnati, OH 45247
⑈001132⑈ ⑆042000550⑆ [redacted]

12/26/2014 1132 $838,829.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1134
PAY Fifteen Thousand and 00/100 Dollars
NUMBER 000001134 DATE 12/23/2014 AMOUNT *****15,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001134⑈ ⑆042000550⑆ [redacted]

12/23/2014 1134 $15,000.00

Waite, Schneider, Bayless and Chesley Co., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
1513 FOURTH AND VINE TOWER
CINCINNATI, OHIO 45202
(513) 621-0267
NORTH SIDE BANK & TRUST
1135
PAY Five Hundred Thousand and 00/100 Dollars
NUMBER 000001135 DATE 12/29/2014 AMOUNT ****500,000.00
TO THE ORDER OF STANLEY M. CHESLEY
9005 CAMARGO RD.
CINCINNATI, OH 45243-0000
⑈001135⑈ ⑆042000550⑆ [redacted]

12/29/2014 1135 $500,000.00



# North Side Bank
## AND TRUST COMPANY

**LOOK TO THE NORTH**™

Page: 2 of 7
Account Number: ▮
Statement Date: January 31, 2015
Images: 38

Waite Schneider Bayless & Chesley Co LPA

## Other Debits

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 01/02/2015 | ACH Payment | PAYCOR INC. | tax fund | 2,207.45 |
| 01/02/2015 | ACH Payment PAYCOR INC. | SVC-PAYCOR | | 49.48 |
| 01/05/2015 | ACH Payment | MG Trust ▮ | | 275.09 |
| 01/06/2015 | Miscellaneous Fee<br>Domestic Incoming Wire Fee | | | 11.00 |
| 01/08/2015 | ACH Payment PAYCOR INC. | DD - Fund | | 3,274.13 |
| 01/08/2015 | ACH Payment | PAYCOR INC. | tax fund | 2,207.45 |
| 01/08/2015 | ACH Payment PAYCOR INC. | SVC-PAYCOR | | 90.58 |
| 01/09/2015 | Transfer Withdrawal<br>Transfer to 20037716 per Stanley Chesley/bjr | | | 1,175,781.25 |
| 01/09/2015 | ACH Payment | MG Trust ▮ | | 275.09 |
| 01/13/2015 | Miscellaneous Fee<br>Domestic Outgoing Wire Fee | | | 40.00 |
| 01/13/2015 | Domestic Wire W/D<br>OUTGOING WIRE TO THE ROBERT T BENNETT LIVING | | | 50,000.00 |
| 01/13/2015 | Domestic Wire W/D<br>OUTGOING WIRE TO CRABBE BROWN JAMES | | | 50,000.00 |
| 01/15/2015 | ACH Payment PAYCOR INC. | DD - Fund | | 3,652.98 |
| 01/15/2015 | ACH Payment | PAYCOR INC. | tax fund | 2,578.74 |
| 01/15/2015 | ACH Payment PAYCOR INC. | SVC-PAYCOR | | 53.21 |
| 01/16/2015 | ACH Payment | MG Trust ▮ | | 320.97 |
| 01/20/2015 | ACH Payment PAYCOR INC. | SVC-PAYCOR | | 116.89 |
| 01/22/2015 | ACH Payment PAYCOR INC. | DD - Fund | | 3,274.13 |
| 01/22/2015 | ACH Payment | PAYCOR INC. | tax fund | 1,981.31 |
| 01/22/2015 | ACH Payment PAYCOR INC. | SVC-PAYCOR | | 49.48 |
| 01/26/2015 | ACH Payment | MG Trust ▮ | | 275.09 |
| 01/29/2015 | ACH Payment PAYCOR INC. | DD - Fund | | 3,652.98 |
| 01/29/2015 | ACH Payment | PAYCOR INC. | tax fund | 2,290.61 |
| 01/29/2015 | ACH Payment PAYCOR INC. | SVC-PAYCOR | | 49.48 |
| 01/30/2015 | ACH Payment | MG Trust ▮ | | 320.97 |

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 01/01 | 936,873.82 | 01/08 | 1,518,181.84 | 01/16 | 204,963.04 |
| 01/02 | 914,493.63 | 01/09 | 326,350.50 | 01/20 | 163,061.92 |
| 01/05 | 1,537,620.02 | 01/12 | 312,950.91 | 01/21 | 157,146.29 |
| 01/06 | 1,532,932.24 | 01/13 | 212,750.78 | 01/22 | 150,360.46 |
| 01/07 | 1,530,843.85 | 01/15 | 205,332.05 | 01/26 | 149,940.37 |


LENDER

4125 Hamilton Avenue, P.O. Box 23128, Cincinnati, Ohio 45223  **NSBT0075**  Member FDIC

**North Side Bank**
AND TRUST COMPANY

LOOK TO THE NORTH™

Waite Schneider Bayless & Chesley Co LPA
Account: [redacted]
Page: 4

Deposit slip — North Side Bank — Waite Schneider Bayless & Chesley Co LPA — Date 1/5/15 — 155.00 — ⑆042000550⑆ [redacted] 151
01/05/2015 $155.00

Check 1130 — Waite, Schneider, Bayless and Chesley Co. L.P.A., Attorneys and Counselors at Law, 1513 Fourth and Vine Tower, Cincinnati, Ohio 45202 — Pay: Seven Thousand Eighty Nine and 85/100 Dollars — Number 000001130 — Date 12/22/2014 — Amount ******7,089.85 — To the order of: Benton, Benton & Luedeke, 528 Overton Street, P.O. Box 72218, Newport, KY 41072-0218 — ⑈001130⑈ ⑆042000550⑆ [redacted]
01/08/2015 1130 $7,089.85

Deposit slip — North Side Bank — Waite Schneider Bayless & Chesley Co LPA — Date 1/5/15 — 4826.56 — ⑆042000550⑆ [redacted] 151
01/05/2015 $4,826.56

Check 1133 — Waite, Schneider, Bayless and Chesley Co. L.P.A. — Pay: Three Hundred Ninety Seven and 18/100 Dollars — Number 000001133 — Date 12/22/2014 — Amount ********397.18 — To the order of: MELISSA MASON, 373 Zion Drive, Powell, OH 43065 — ⑈001133⑈ ⑆042000550⑆ [redacted]
01/12/2015 1133 $397.18

Deposit slip — North Side Bank — Waite Schneider Bayless & Chesley Co LPA — Date 1/21/15 — 810.92 — ⑆042000550⑆ [redacted] 151
01/21/2015 $810.92

Check 1136 — Waite, Schneider, Bayless and Chesley Co. L.P.A. — Pay: Fifteen Thousand One Hundred Ninety Six and 00/100 Dollars — Number 000001136 — Date 12/30/2014 — Amount *****15,196.00 — To the order of: CLARK, SCHAEFER, HACKETT & CO., 105 E. FOURTH STREET, SUITE 1616, CINCINNATI, OH 45202 — ⑈001136⑈ ⑆042000550⑆ [redacted]
01/02/2015 1136 $15,196.00

Deposit slip — North Side Bank — Waite Schneider Bayless & Chesley Co LPA — Date 1/26/15 — 155.00 — ⑆042000550⑆ [redacted] 151
01/26/2015 $155.00

Check 1137 — Waite, Schneider, Bayless and Chesley Co. L.P.A. — Pay: Twenty Three and 99/100 Dollars — Number 000001137 — Date 12/31/2014 — Amount *********23.99 — To the order of: AMERICAN EXPRESS, P.O. Box 650448, Dallas, TX 75265-0448 — ⑈001137⑈ ⑆042000550⑆ [redacted]
01/05/2015 1137 $23.99

Deposit slip — North Side Bank — Waite Schneider Bayless & Chesley Co LPA — Date 1/27/15 — 6296.88 — ⑆042000550⑆ [redacted] 151
01/27/2015 $6,296.88

Check 1138 — Waite, Schneider, Bayless and Chesley Co. L.P.A. — Pay: Thirty Three and 99/100 Dollars — Number 000001138 — Date 12/31/2014 — Amount *********33.99 — To the order of: AMERICAN EXPRESS, P.O. Box 650448, Dallas, TX 75265-0448 — ⑈001138⑈ ⑆042000550⑆ [redacted]
01/06/2015 1138 $33.99

Check 1122 — Waite, Schneider, Bayless and Chesley Co. L.P.A. — 22978 — Pay: Seven Hundred Seventy Five and 00/100 Dollars — Number 000001122 — Date 12/18/2014 — Amount *******775.00 — To the order of: Allpro Parking, LLC, 321 Race Street, Cincinnati, OH 45202 — ⑈001122⑈ ⑆042000550⑆ [redacted]
01/09/2015 1122 $775.00

Check 1139 — Waite, Schneider, Bayless and Chesley Co. L.P.A. — Pay: One Hundred Forty Seven and 00/100 Dollars — Number 000001139 — Date 12/31/2014 — Amount ********147.00 — To the order of: Anchor Storage, LLC, P. O. Box 648, Union, KY 41090 — ⑈001139⑈ ⑆042000550⑆ [redacted]
01/05/2015 1139 $147.00

