**Corporation Resolution/Signature Card**

**North Side Bank:**
The North Side Bank & Trust Company
4125 Hamilton Avenue
Cincinnati, Ohio 45223

Branch: Main Office

New ☐
Revised ☒

COPY

Date Opened   08/22/2014 SLB/1

Date Revised

Account #: ▇▇▇▇

Corporation: (as name is registered with Secretary of State in the state of incorporation)

Name:    WAITE SCHNEIDER BAYLESS & CHESLEY CO LPA
Address: 1 West 4th Street Suite 1513
         Cincinnati, OH 45202

EIN#: ▇▇▇▇
Bus Phone: (513) 621-0267

Number of Signatures Required to Sign Checks:

Acct Title:

Org ID #: ▇▇▇▇         Org ID Type: Corporation

**Agents:**

A    Stanley M Chesley

B    Steven C. Horner

C    Thomas F. Rehme

D

E

**Agent Signatures:**

Signature: _[signed]_  Stanley M Chesley, Authorized Signer

Signature: _[signed]_  Steven C Horner, Authorized Signer

Signature: _[signed]_  Thomas F. Rehme, Authorized Signer

Signature:

Signature:

..........I, Thomas F. Rehme.............., hereby certify that I am the duly elected and qualified Corporate Secretary......of the......... Corporation named above, that the Corporation is organized under the laws of the state of __OHIO_____,(the "Corporation")(Federal Employer I.D. Number ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇); that the following resolutions on this document are a true and complete copy of the resolutions adopted at a meeting of the Board of Directors of said Corporation held on __8/22/2014_____ in accordance with law and the By-Laws of said Corporation, and that such resolution has not been rescinded or modified.

**IT IS RESOLVED THAT,**

The North Side Bank & Trust Company ("North Side Bank") named above is hereby designated as a depository for the funds of the Corporation;

That the North Side is authorized to honor, receive, certify, or pay all checks, drafts or other orders for the payment of money drawn in the Corporation's name, signed in accordance with this resolution, including those drawn to the indvidual order of any person whose name appears on the checks, drafts or other orders, as signer or signers of the checks, drafts or other orders, when bearing or purporting to bear the signature of the authorized officers, employees, or agents ("Agents") whose signature appears above.

Any of the following names Agents of the corporation listed above, subject to any written limitations, are authorized to excercise the powers granted and follows:

| Description of Power | Agent (A,B,C,D,E) | No. of Necessary Signatures |
|---|---|---|
| Open a depository account of the Corporation. | A,B,C | 1 |
| Sign checks and other orders for payment of money withdrawing funds on deposit with North Side Bank. | A,B,C | 1 |
| Endorse and Deposit with North Side negotiable instruments or other orders for the payment of money. | A,B,C | 1 |
| Waive demand, protest and notice of protest, or dishonor any checks, draft or other order for the payment of money drawn or endorsed by the Corporation. | A,B,C | 1 |
| Other: | | |

**NSBT0004**

EXHIBIT E

## RESOLUTION OF CORPORATION (CONTINUED)
Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- Northside Bank and Trust Company ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

    **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

    **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

    **PROVIDE** INSTRUCTIONS WITH RESPECT TO THE ACCOUNT(S) OF THE Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

    **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsi8mile signature reasonable resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF,** this Resolution of the Corporation has been executed on 08/22/2014 (date).

_Thomas F Rehme_  8/22/2014
THOMAS F. REHME                               Date
(Secretary/Authorized Officer)

**NSBT0005**

I, THOMAS F. REHME, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary/Authorized Officer of the Corporation named WAITE SCHNEIDER BAYLESS & CHESLEY (Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 08/22/2014 (date) this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION
Additional individuals and their signatures may be noted on an attachment, if required.

| Name | Signature |
|---|---|
| THOMAS F. REHME<br>SIGNER | *[signed] Thomas F Rehme* |
| STANLEY M. CHESLEY<br>SIGNER | *[signed]* |
| STEVEN C. HORNER<br>SIGNER | *[signed]* |

**NSBT0006**