## RESOLUTIONS OF SOLE MEMBER OF BOARD OF DIRECTORS

The undersigned, the sole member of the board of directors of WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A., an Ohio professional corporation (the "Corporation"), hereby adopts, takes, authorizes, approves and consents to the following actions as of January 15, 2014 (the "Effective Date"):

RESOLVED, that it is in the best interest of the Corporation that it enter into a certain Third Amendment to Loan Documents with Fifth Third Bank (the "Lender"), to be dated as of the Effective Date (the "Third Amendment to Loan Documents"), which will extend the term of and make certain other amendments to that certain Credit Agreement, dated as of July 30, 2008, among the Corporation and Stanley M. Chesley ("Individual Borrower"), as co-borrowers, and the Lender, as lender (as amended by that certain First Amendment to Credit Agreement, dated to be effective as of July 15, 2009, among the Corporation, Individual Borrower and the Lender, as amended by that certain Second Amendment to Credit Agreement, dated to be effective as of July 16, 2010, among the Corporation, Individual Borrower and the Lender, as amended by that certain Third Amendment to Credit Agreement, dated to be effective as of March 31, 2011, among the Corporation, Individual Borrower and the Lender, as amended by that certain Amendment to Loan Documents, dated as of December 1, 2011, among the Corporation, Individual Borrower and the Lender, as amended by that certain Second Amendment to Loan Documents, dated as of January 12, 2012, among the Corporation, Individual Borrower and the Lender, as amended by the Third Amendment to Loan Documents, and as may be otherwise amended, restated or modified, the "Credit Agreement"), and other Loan Documents, pursuant to which the Corporation and Individual Borrower, as co-borrowers, maintain with Lender a term loan credit financing. Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Credit Agreement, a copy of which (as well as a copy of the Third Amendment to Loan Documents) has been reviewed by the undersigned.

FURTHER RESOLVED, that the President of the Corporation (the "Authorized Signer") be, and hereby is, authorized, directed and empowered to take, from time to time, all of the following actions on behalf of the Corporation: (i) to execute and deliver to the Lender the Third Amendment to Loan Documents and any other Loan Documents described therein to which the Corporation is a party, including all such other documents, agreements and instruments as are or may be necessary in order for the Corporation to extend the term of and otherwise amend the terms of the Credit Agreement and other Loan Documents; all of the same to have such additional, modified or revised terms as may be acceptable to the Authorized Signer executing the same pursuant to these resolutions, as conclusively evidenced by such Authorized Signer's execution thereof; (ii) to perform and carry out any arrangements or agreements at any time existing between the Corporation and the Lender with respect to the transactions described in these resolutions and contemplated by the Third Amendment to Loan Documents, the Credit Agreement and the other Loan Documents; and (iii) as may be permitted or not prohibited by the terms of the applicable Loan Documents, to modify, amend or terminate any arrangements or agreements at any time existing between the Corporation and the Lender with respect to the transactions described in these resolutions and contemplated by the Third Amendment to Loan Documents, the Credit Agreement and the other Loan Documents.

EXHIBIT F

...

FURTHER RESOLVED, that any arrangements, agreements, documents or instruments executed pursuant to these resolutions by the Authorized Signer or any other officer(s) of the Corporation, or by any employee(s) of the Corporation acting pursuant to delegation of authority, may contain such terms and provisions as such person shall, in such Authorized Signer's, officer's or authorized employee's sole discretion, determine to be appropriate for the Corporation.

FURTHER RESOLVED, that all acts and deeds heretofore done by any director(s) or officer(s) of the Corporation for and on behalf of the Corporation in entering into, executing, acknowledging or attesting to any arrangements, agreements, documents or instruments, in carrying out the terms and intentions of these resolutions, are hereby ratified, approved and confirmed in all respects.

FURTHER RESOLVED, that the Lender may rely on each of the foregoing resolutions remaining in full force and effect until otherwise notified in writing by the board of directors of the Corporation.

FURTHER RESOLVED, that the President or any other officer of the Corporation be and hereby is authorized to certify to the Lender a copy of these resolutions and the names and signatures of the Corporation's officers described in such certificate.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned, being the sole member of the board of directors of the Corporation, has adopted and executed these resolutions as of the Effective Date.

_____
Stanley M. Chesley