CSH Document Production #1000103

**FORM 1: BENEFICIARY INFORMATION SHEET - CASTANO DIRECTED DISTRIBUTION TRUST**

Note: The Trustee is unable to make distributions to you unless this form and IRS Form W-9 are completed, signed, and returned to the Trustee at least five days in advance of the first quarterly distribution to be made to you. (Please print or type all information).

**Part 1: Personal Information**

| First Name | Middle Name | Last Name | Date of Birth | Social Security or Taxpayer I.D. No. |
|---|---|---|---|---|
| Waite Schneider Bayless & Chesley LPA | | | | ▮▮▮▮▮ |

Please check one: ☐ Individual  ☒ Corporation  ☐ Partnership  ☐ LLC  ☐ Other

Please check one: ☐ U.S. Citizen  ☐ U.S. Resident Alien  ☐ Non-Resident Alien
(Non-Resident Alien must complete and attach the appropriate IRS Form W-8)

| Street | City | State | Zip | Telephone No. (Day Time) | Telephone No. (Evening) |
|---|---|---|---|---|---|
| 1513 Fourth + Vine Tower | Cinti OH | | 45202 | 513-621-0267 | |

If the Beneficiary is a minor, please provide the responsible individual's name, address and Social Security number in the space provided below.

**Part 2: Alternate Contact Information**

In case we lose contact with you, please provide an alternate contact who can help us locate you. (Do not list spouse or anyone at your address.)

| Name | Street | City | State | Zip | Telephone No. (Day Time) | Telephone No. (Evening) |
|---|---|---|---|---|---|---|
| | | | | | | |

**Part 3: Optional Electronic Funds Transfer**

Pursuant to Section 2(b) of the Trust, the Trustee will mail a check to you for each Quarterly Distribution. You have the option of receiving funds by electronic means. If you select this option, the Trustee will deduct actual bank charges incurred in connection with any electronic transfers to your account.

☐ I select the electronic funds transfer option. If, and only if you have selected this option, provide the following information:

| Name on Account | Name of Bank | Bank Address: Street | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

| Bank Routing Number | Your Account Number | Please enclose a pre-printed voided check. |
|---|---|---|

**Part 4: IRS Certification**

You must complete and return IRS Form W-9.

**Part 5: Your Signature**

By my signature below, I certify that I am of legal age (or I am acting as the responsible individual for the minor who is a beneficiary). I authorize the Trustee to act upon my instructions in transferring funds in accordance with this Form. I have read the Trust Declaration and understand all terms thereof. (Please sign below exactly as your name appears in the personal information section.)

Date: 2/4/14

Signature: _(signature)_

**Mailing Directions:**

To avoid fire or disaster loss, the Trustee keeps dual records.
1. Mail original to Castano Directed Distribution Trust, 3198 South Topaz Street, Las Vegas, Nevada 89121.
2. Mail copy to Document Depository Corporation, 823 Nashville Avenue, New Orleans, Louisiana 70115.

EXHIBIT G

CSH Document Production #1000104

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |

Name (as shown on your income tax return)

White Schneider Bayless + Chesley LPA

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☐ C Corporation   ☒ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)

1513 FOURTH + VINE TOWER

Requester's name and address (optional)

City, state, and ZIP code

Cincinnati Ohio 45202

List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: |__|__|__| - |__|__| - |__|__|__|__|

Employer identification number

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here   Signature of U.S. person ▶ _Stanley_   Date ▶ 12/4/14

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

Note. If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                Form **W-9** (Rev. 8-2013)