671113

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2013**

For calendar year 2013, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.** ▶ **See separate Instructions.**

| | Final K-1 | | Amended K-1 | OMB No. 1545-0130 |

**Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | | |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -3,188,084. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 9. | | | |
| 5a | Ordinary dividends | 304. | | | |
| 5b | Qualified dividends | 304. | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | 0. | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| | | | C* | | 49,436. |
| 12 | Other deductions | | | | |
| A | | 550. | | | |
| | | | 17 | Other information | |
| | | | A | | 313. |
| | | | K* | | STMT |
| | | | V* | | STMT |

**Part I** Information About the Corporation

**A** Corporation's employer identification number
▓▓▓▓▓▓▓▓

**B** Corporation's name, address, city, state, and ZIP code

WAITE, SCHNEIDER, BAYLESS & CHESLEY, L
1513 FOURTH & VINE TOWER
CINCINNATI, OH 45202

**C** IRS Center where corporation filed return
E-FILE

**Part II** Information About the Shareholder

**D** Shareholder's identifying number
▓▓▓▓▓▓▓▓

**E** Shareholder's name, address, city, state and ZIP code

STANLEY M. CHESLEY
9005 CAMARGO RD
CINCINNATI, OH 45243

**F** Shareholder's percentage of stock
ownership for tax year ................ 100.000000%

For IRS Use Only

*See attached statement for additional information.

311271
03-11-14   JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2013

09480912 758050 17086-000      2013.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                                                    SMC 01173
EXHIBIT H

671114

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax
year beginning _____
ending _____

□ Final K-1      □ Amended K-1      OMB No. 1545-0123

**Shareholder's Share of Income, Deductions,**
**Credits, etc.** ▶ See separate Instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 16,011,144. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends 346. | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) 0. | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C* 164,898. |
| 12 A | Other deductions 780. | | |
| | | 17 A | Other information 346. |
| | | K* | STMT |
| | | V* | STMT |

**Part I    Information About the Corporation**

A  Corporation's employer identification number
████████

B  Corporation's name, address, city, state, and ZIP code

WAITE, SCHNEIDER, BAYLESS & CHESLEY, L
1513 FOURTH & VINE TOWER
CINCINNATI, OH 45202

C  IRS Center where corporation filed return
E-FILE

**Part II    Information About the Shareholder**

D  Shareholder's identifying number
████████

E  Shareholder's name, address, city, state and ZIP code

STANLEY M. CHESLEY
9005 CAMARGO RD
CINCINNATI, OH 45243

F  Shareholder's percentage of stock
ownership for tax year .................    100.000000%

For IRS Use Only

*See attached statement for additional information.

411271
11-19-14    JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    IRS.gov/form1120s    Schedule K-1 (Form 1120S) 2014

16    1

L3500915 758050 17086-000    2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

SMC 06961

| Form **1120S** | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0123 | |
|---|---|---|---|---|
| | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. | | | **2014** |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | | | |

For calendar year 2014 or tax year beginning _____, and ending _____

| **A** S election effective date 01/01/1991 | **Name** WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA | **D** Employer identification number ▇▇▇▇▇▇ |
|---|---|---|
| **B** Business activity code number (see instructions) 541110 | Number, street, and room or suite no. If a P.O. box, see instructions. 1513 FOURTH & VINE TOWER | **E** Date incorporated 02/22/1982 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code CINCINNATI, OH 45202 | **F** Total assets (see instructions) $ 2,864,377. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 2

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | 1 a | Gross receipts or sales 14,936,523. | b Returns and allowances | c Bal. Subtract line 1b from line 1a | **1c** | 14,936,523. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | **2** | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | **3** | 14,936,523. |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | **4** | -410,356. |
| | 5 | Other income (loss) (attach statement)  STATEMENT 1  STATEMENT 2 | | | **5** | 6,192,924. |
| | 6 | **Total income (loss).** Add lines 3 through 5 | | ▶ | **6** | 20,719,091. |
| **Deductions (See instructions for limitations)** | 7 | Compensation of officers (see instrs. - attach Form 1125-E) | | | **7** | |
| | 8 | Salaries and wages (less employment credits) | | | **8** | 371,302. |
| | 9 | Repairs and maintenance | | | **9** | 12,068. |
| | 10 | Bad debts | | | **10** | |
| | 11 | Rents | | | **11** | 417,801. |
| | 12 | Taxes and licenses  STATEMENT 3 | | | **12** | 27,606. |
| | 13 | Interest | | | **13** | 586,620. |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | **14** | 19,072. |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | | | **15** | |
| | 16 | Advertising | | | **16** | 12,000. |
| | 17 | Pension, profit-sharing, etc., plans | | | **17** | 850,676. |
| | 18 | Employee benefit programs | | | **18** | 2,647. |
| | 19 | Other deductions (attach statement)  STATEMENT 4 | | | **19** | 2,408,155. |
| | 20 | **Total deductions.** Add lines 7 through 19 | | ▶ | **20** | 4,707,947. |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | | | **21** | 16,011,144. |
| **Tax and Payments** | 22 a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | | |
| | b | Tax from Schedule D (Form 1120S) | 22b | | | |
| | c | Add lines 22a and 22b | | | **22c** | |
| | 23 a | 2014 estimated tax payments and 2013 overpayment credited to 2014 | 23a | | | |
| | b | Tax deposited with Form 7004 | 23b | | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| | d | Add lines 23a through 23c | | | **23d** | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | **24** | |
| | 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | **25** | |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** | |
| | 27 | Enter amount from line 26 Credited to 2015 estimated tax ▶ _____ Refunded ▶ | | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title ▶ SHAREHOLDER

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name ZACH GUBSER, CPA | Preparer's signature ZACH GUBSER, CPA | Date 09/15/15 | Check ☐ if self-employed | PTIN P01576456 |
|---|---|---|---|---|---|
| | Firm's name ▶ CLARK, SCHAEFER, HACKETT & CO. | | | Firm's EIN ▶ ▇▇▇▇ | |
| | Firm's address ▶ ONE EAST FOURTH ST, SUITE 1200  CINCINNATI, OH 45202 | | | Phone no. 513-241-3111 | |

JWA  For Paperwork Reduction Act Notice, see separate instructions.  Form **1120S** (2014)

411701 12-22-14

1

13500915 758050 17086-000     2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

Form **7004**

(Rev. December 2012)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File
## Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Information about Form 7004 and its separate instructions is at *www.irs.gov/form7004* ·

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA | ████████ |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 1513 FOURTH & VINE TOWER | |
| | City, town, state, and ZIP code (if a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). | |
| | CINCINNATI, OH 45202 | |

**Note.** *File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.*

### Part I   Automatic 5-Month Extension

**1a** Enter the form code for the return that this application is for (see below) .........................................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate other than a bankruptcy estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

### Part II   Automatic 6-Month Extension

**b** Enter the form code for the return that this application is for (see below) .........................................   | **25** |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

**2**  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ............ ▶ ☐

**3**  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ............ ▶ ☐
If checked, attach a statement, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

### Part III   All Filers Must Complete This Part

**4**  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ............................. ▶ ☐

**5a**  The application is for calendar year   2014  , or tax year beginning _____ , and ending _____

**b**  **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (see instructions-attach explanation)

| | | | | |
|---|---|---|---|---|
| **6** | Tentative total tax .................................................................. | | 6 | 0. |
| **7** | Total payments and credits (see instructions) .................................. | | 7 | 0. |
| **8** | Balance due. Subtract line 7 from line 6 (see instructions) .................. | | 8 | 0. |

LHA   For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

419741
05-01-14

Form **7004** (Rev. 12-2012)

3500915  758050  17086-000      2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

Form 1120S (2014)   WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA   ▬▬▬▬   Page **2**

| **Schedule B** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method: **(a)** ☐ Cash **(b)** ☐ Accrual **(c)** ☒ Other (specify) ▶ MODIFIED CASH | | | |
| 2 | See the instructions and enter the: | | | |
| | **(a)** Business activity ▶ LEGAL PROFESSION   **(b)** Product or service ▶ LEGAL SERVICE | | | |
| 3 | At any time during the tax year, was any shareholder in the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | X |
| 4 | At the end of the tax year, did the corporation: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Voting Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own directly or indirectly an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | | X |
| | If "yes" complete lines (i) and (ii) below | | | |
| | (i)  Total shares of restricted stock ▶ _____ | | | |
| | (ii) Total shares of non-restricted stock ▶ _____ | | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | | X |
| | If "yes" complete lines (i) and (ii) below | | | |
| | (i)  Total shares of stock outstanding at the end of the tax year ▶ _____ | | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ▶ _____ | | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? | | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 8 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ _____ | | | |
| 9 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ▶ $ _____ | | | |
| 10 | Does the corporation satisfy **both** of the following conditions? | | | |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000 | | | X |
| | If "Yes," the corporation is not required to complete Schedules L and M-1 | | | |
| 11 | During the tax year, did the corporation have any non-shareholder debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ _____ | | | |
| 12 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| 13a | Did the corporation make any payments in 2014 that would require it to file Form(s) 1099 (see instructions)? | | X | |
| b | If "Yes," did the corporation file or will it file all required Forms 1099? | | X | |

Form **1120S** (2014)

411711
12-22-14   JWA

2

13500915 758050 17086-000        2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

Form 1120S (2014)    WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA      ▮    Page 3

## Schedule K   Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 21) | 1 | 16,011,144. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) .......... 3a | | |
| | b Expenses from other rental activities (attach statement) .......... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends .......... STATEMENT 5 | 5a | 346. |
| | b Qualified dividends .......... 5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b Collectibles (28%) gain (loss) .......... 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) .......... 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions)   Type ▶ | 10 | |
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Charitable contributions .......... STATEMENT 6 | 12a | 780. |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures (1) Type ▶ | | |
| | (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions) Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e Other rental credits (see instructions) Type ▶ | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions) Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other (attach statement) | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses .......... STATEMENT 7 | 16c | 164,898. |
| | d Distributions (attach statement if required) | 16d | |
| | e Repayment of loans from shareholders | 16e | |

411721 12-22-14   JWA

3

Form **1120S** (2014)

CONFIDENTIAL

SMC 0694E

Form 1120S (2014)    WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA    ▮▮▮▮▮    Page 4

### Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | 17a | Investment Income | 17a | 346. |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) ........ STATEMENT 9 | | |
| **Reconciliation** | 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 16,010,710. |

### Schedule L | Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 147,315. | | 1,035,363. |
| 2 a | Trade notes and accounts receivable | 21,014. | | 6,014. | |
| b | Less allowance for bad debts | | 21,014. | | 6,014. |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 10 | 1,280,000. | | 1,280,000. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | STATEMENT 11 | 0. | | 543,000. |
| 10 a | Buildings and other depreciable assets | 2,257,255. | | 1,552,759. | |
| b | Less accumulated depreciation | 1,793,106. | 464,149. | 1,552,759. | 0. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 1,912,478. | | 2,864,377. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 10,238,041. | | 0. |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 12 | 131,686. | | 131,783. |
| 19 | Loans from shareholders | | 32,659,530. | | 0. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 14,000. | | 14,000. |
| 23 | Additional paid-in capital | | | | 28,146,562. |
| 24 | Retained earnings | STATEMENT 13 | -41,130,779. | | -25,427,968. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 1,912,478. | | 2,864,377. |

JWA

Form **1120S** (2014)

411731
12-22-14

13500915 758050 17086-000      2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                                                    SMC 0694▮

Form 1120S (2014)   WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA   ██████████   Page 5

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Net income (loss) per books | | 15,858,498. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | a Tax-exempt interest $ _____ | | | |
| STMT 14 | | 43,635. | | | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | | 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | | | |
| a Depreciation $ _____ | | | a Depreciation $ | 16,449. | | |
| b Travel and entertainment $ | 14. | | STMT 16 | 39,872. | | 56,321. |
| STMT 15 | 164,884. | 164,898. | 7 Add lines 5 and 6 | | | 56,321. |
| 4 Add lines 1 through 3 | | 16,067,031. | 8 Income (loss) (Schedule K, line 18). Line 4 less line 7 | | | 16,010,710. |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -33,169,806. | | |
| 2 Ordinary income from page 1, line 21 | 16,011,144. | | |
| 3 Other additions STATEMENT 17 | 346. | | |
| 4 Loss from page 1, line 21 | ( ) | | |
| 5 Other reductions STATEMENT 18 | ( 165,678 ) | ( ) | |
| 6 Combine lines 1 through 5 | -17,323,994. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -17,323,994. | | |

JWA                                                                                          Form **1120S** (2014)

CONFIDENTIAL                                                   SMC 06947

| Form **1125-E** | **Compensation of Officers** | | | | | |
|---|---|---|---|---|---|---|
| (Rev. December 2013) | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S. | | | | OMB No. 1545-2225 | |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e. | | | | | |

Name

WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA

Employer Identification number ███████

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See Instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 STANLEY M. CHESLEY | ██████ | | 100.00% | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2  Total compensation of officers ................................................... | | **2** | |
| 3  Compensation of officers claimed on Form 1125-A or elsewhere on return ................................ | | **3** | |
| 4  Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ................................ | | **4** | 0. |

For Paperwork Reduction Act Notice, see separate instructions.                     Form **1125-E** (Rev. 12-2013)

424451 05-01-14

13500915 758050 17086-000     2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                     SMC 06948

**2014 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                        OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Deprecia |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PERSIAN RUG | 01/31/98 | SL | 7.00 | | 16 | 19,080. | | | | 19,080. | 19,0 |
| 3 | PAIR ENGLISH MAH TABLES | 04/30/98 | SL | 7.00 | | 16 | 7,685. | | | | 7,685. | 7,6 |
| 5 | FILING CABINETS | 08/31/98 | SL | 7.00 | | 16 | 6,676. | | | | 6,676. | 6,6 |
| 6 | CHIPPENDALE MIRROR | 08/31/98 | SL | 7.00 | | 16 | 1,378. | | | | 1,378. | 1,3 |
| 7 | NEW ZEALAND WOOL RUGS | 09/30/98 | SL | 7.00 | | 16 | 26,606. | | | | 26,606. | 26,6 |
| 8 | OFFICE FURNITURE | 02/26/99 | SL | 7.00 | | 16 | 8,594. | | | 8,594. | | |
| 9 | (D)CHANDELIER | 12/21/99 | SL | 7.00 | | 16 | 5,101. | | | 5,101. | | |
| 13 | (D)15TH LEVEL CONFERENCE ROOM | 06/11/04 | SL | 7.00 | | 16 | 4,062. | | | 2,031. | 2,031. | 2,0 |
| 14 | (D)LHI HGC | 03/31/98 | | 39.00 | MM | 16 | 330,115. | | | | 330,115. | 133,6 |
| 15 | (D)MARBLE WALLS | 02/22/99 | SL | 39.00 | MM | 16 | 13,590. | | | | 13,590. | 5,1 |
| 16 | (D)REMODELING | 10/15/02 | SL | 39.00 | MM | 16 | 25,000. | | | | 25,000. | 7,1 |
| 17 | (D)REDECORATING | 06/30/03 | SL | 39.00 | MM | 16 | 173,130. | | | | 173,130. | 46,7 |
| 20 | (D)OFFICE RENEWEL | 10/01/04 | SL | 39.00 | MM | 16 | 92,736. | | | | 92,736. | 21,8 |
| 22 | PHONE SYSTEM | 11/05/04 | SL | 5.00 | | 16 | 47,749. | | | 23,875. | 23,874. | 23,8 |
| 26 | (D)DEPOSIT ON OFFICE | 08/08/05 | SL | 39.00 | MM | 16 | 8,969. | | | | 8,969. | 1,9 |
| 79 | FURNITURE | 01/01/09 | 200DB | 7.00 | HY | 17 | 23,158. | | | 11,579. | 11,579. | 8,9 |
| 80 | SERVER REPLACEMENT | 03/12/09 | 200DB | 5.00 | HY | 17 | 53,393. | | | 26,697. | 26,696. | 25,1 |
| | * TOTAL OTHER DEPRECIATION | | | | | | 847,022. | | | 77,877. | 769,145. | 338,1 |

428111
05-01-14

(D) - Asset disposed

* ITC, Salvage, Bonus, (

6.1

CONFIDENTIAL                                                    SMC 06949

**2014 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                                          OTHER

| Asset No. | Description | Date Acquired | Method | Life | C o n v | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginni Accumul Deprecia |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 847,022. | | 0. | 77,877. | 769,145. | 338,1 |
| | ACQUISITIONS | | | | | | 0. | | 0. | 0. | 0. | |
| | DISPOSITIONS | | | | | | 652,703. | | 0. | 7,132. | 645,571. | 218,7 |
| | ENDING BALANCE | | | | | | 194,319. | | 0. | 70,745. | 123,574. | 119,4 |

428111
05-01-14

(D) - Asset disposed                    * ITC, Salvage, Bonus, (

6.2

| Form **4797** | | **Sales of Business Property** | | | | OMB No. 1545-0184 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) ► **Attach to your tax return.** ► **Information about Form 4797 and its separate instructions is at www.irs.gov/form4797.** | | | | **2014** Attachment Sequence No. **27** |

Name(s) shown on return: WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA

Identifying number: ████████

1 Enter the gross proceeds from sales or exchanges reported to you for 2014 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ........ **1**

**Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year**

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39 ............................................ | **3** | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 ........ | **4** | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ............ | **5** | |
| 6 Gain, if any, from line 32, from other than casualty or theft ................ | **6** | |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | **7** | |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions) ........ | **8** | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) ................ | **9** | |

**Part II  Ordinary Gains and Losses**

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| STATEMENT 19 | | | 233,184. | 643,540. | -410,356. |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7 ............................................ | **11** ( | ) |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable ................ | **12** | |
| 13 Gain, if any, from line 31 .......................................... | **13** | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a .......................... | **14** | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 ............ | **15** | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 .............. | **16** | |
| 17 Combine lines 10 through 16 ........................................ | **17** | -410,356. |

18 For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

a If the loss on line 17 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a."
See instructions ................................................................ **18a**

b Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 .................................................................... **18b**

JWA  For Paperwork Reduction Act Notice, see separate instructions.                                    Form **4797** (2014)

418001
12-19-14

13500915 758050 17086-000        2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                                                    SMC 06951

Form 4797 (2014)

Page **2**

## Part III  Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |

| | These columns relate to the properties on lines 19A through 19D. | ▶ | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | 20 | | | | |
| 21 | Cost or other basis plus expense of sale ............... | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable ..... | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 .......... | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 ............ | 24 | | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 ....... | 25a | | | | |
| b | Enter the smaller of line 24 or 25a | 25b | | | | |
| 26 | **If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291.** | | | | | |
| a | Additional depreciation after 1975 ............ | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller of** line 24 or line 26a | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e ........................ | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 ... | 26d | | | | |
| e | Enter the smaller of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) ........... | 26f | | | | |
| g | Add lines 26b, 26e, and 26f ..................... | 26g | | | | |
| 27 | **If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership).** | | | | | |
| a | Soil, water, and land clearing expenses ............ | 27a | | | | |
| b | Line 27a multiplied by applicable percentage ....... | 27b | | | | |
| c | Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion ........... | 28a | | | | |
| b | Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 ................... | 29a | | | | |
| b | Enter the **smaller of** line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 ............................ | 30 | |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 ............ | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 ........................ | 32 | |

## Part IV  Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions.)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years ............ | 33 | | |
| 34 | Recomputed depreciation (see instructions) ..................... | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report ......... | 35 | | |

418002
12-19-14   JWA

8

Form **4797** (2014)

13500915 758050 17086-000          2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

SMC 06952

| Form **8275** | | **Disclosure Statement** | | | OMB No. 1545-0889 |
|---|---|---|---|---|---|
| (Rev. August 2013) Department of the Treasury Internal Revenue Service | | Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement. ▶ Information about Form 8275 and its separate instructions is at *www.irs.gov/form8275.* ▶ Attach to your tax return. | | | Attachment Sequence No. **92** |

| Name(s) shown on return | Identifying number shown on return |
|---|---|
| WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA | ███████ |

If Form 8275 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity ▶

Employer identification number, if any ▶

Reference ID number (see instructions) ▶

**Part I**  General Information (see instructions)

| (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|
| 1 | ADV. COST | EXPENSES OF ONGOING LITIGATION | 1120S | 19 | 1,063,761. |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

**Part II**  Detailed Explanation (see instructions)

1  THIS RETURN HAS BEEN PREPARED AND FILED USING THE ACCOUNTING METHOD FOR LITIGATION EXPENSES CONSISTENT WITH PRIOR YEARS. HOWEVER, THIS ACCOUNTING METHOD IS CURRENTLY UNDER REVIEW BY THE IRS.

2

3

4

5

6

**Part III**  Information About Pass-Through Entity. To be completed by partners, shareholders, beneficiaries, or residual interest holders.

Complete this part only if you are making adequate disclosure for a pass-through item.

Note: *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).*

| 1 Name, address, and ZIP code of pass-through entity | 2 Identifying number of pass-through entity |
|---|---|
| | 3 Tax year of pass-through entity to |
| | 4 Internal Revenue Service Center where the pass-through entity filed its return |

LHA      For Paperwork Reduction Act Notice, see separate instructions.                                       Form **8275** (Rev. 8-2013)

413581 05-01-14

9

13500915 758050 17086-000       2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                                       SMC 0695█

Form 8275 (Rev. 8-2013)                                                                                    Page **2**

| Part IV | Explanations *(continued from Parts I and/or II)* |
|---|---|

CONTINUED FROM PART II...
THE TAXPAYER HAS CONSITENTLY USED AN ACCOUNTING METHOD WHERE IT DEDUCTS
EXPENSES PAID IN CONNECTION WITH ONGOING COURT CASES AS THE EXPENSES ARE
PAID RATHER THAN TREATING THOSE EXPENSES AS LOANS TO CLIENTS ON ITS BOOKS.
WHEN THE CASES TO WHICH THE EXPENSES RELATE WOULD SETTLE, THE TAXPAYER
WOULD INCLUDE THE AMOUNTS RECOVERED IN INCOME.
UNDER THE IRS' PROPOSED METHOD, THE TAXPAYER WOULD TREAT ALL AMOUNTS
EXPENDED ON CASES AS LOANS TO CLIENTS.  THE TAXPAYER WOULD THEN TREAT
AMOUNTS RECOVERED ON CASES FIRST AS REPAYMENT OF LOANS, AND AS INCOME TO
THE EXTENT THE RECOVERY EXCEEDED THE "LOAN" AMOUNTS.  THE AMOUNT OF
THE DEDUCTIONS IS NOT IN QUESTION, ONLY THE TIMING.
THE IRS PROPOSED ADJUSTMENTS TO THE TAXPAYER'S 2009 AND 2010 TAX
RETURNS ALONG WITH AN ACCOUNTING METHOD ADJUSTMENT.  THE TAXPAYER
APPEALED THE IRS ADJUSTMENTS AND THE CASE HAS BEEN SENT FROM APPEALS
BACK TO EXAMINATION IN ORDER FOR THE TAXPAYER AND THE SERVICE TO NEGOTIATE
A SETTLEMENT.
THE TAXPAYER BELIEVES SUBSTANTIAL AUTHORITY EXISTED FOR THE ACCOUNTING
METHOD USED ON THE RETURNS AS ORIGINALLY FILED.  HOWEVER, A CASE PUBLISHED
IN JANUARY 2013 (HUMPHREY, FARRINGTON & MCCLAIN, P.C., V. COMMISSIONER,
T.C. MEMO 2013-23) IS CONTRARY TO THE TAXPAYER'S POSITION.  WE BELIEVE THE
CASE INCORRECTLY APPLIES THE LAW, BUT DUE TO CIRCUMSTANCES UNRELATED TO THE
IRS EXAMINATION, IT MAY NOW BE IN THE TAXPAYER'S BEST INTEREST TO FOREGO
THE TIME AND EXPENSE INVOLVED IN APPEALING THE ISSUE ANY FURTHER.
AFTER SPEAKING WITH THE MANAGER OF THE EXAMINATION OFFICE,
WE AGREED THE BEST WAY TO PROCEED WOULD BE TO FILE THE RETURN USING
THE ACCOUNTING METHOD CONSITENT WITH FULL DISCLOSURE AS NO POSITION HAS
BEEN AGREED TO AT THIS TIME.

Form **8275** (Rev. 8-2013)

413582
05-01-14

13500915  758050  17086-000      2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                                            SMC 06954

WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA                    ███████████

| FORM 1120S | ORDINARY INCOME (LOSS) OTHER PARTNERSHIPS ETC. | STATEMENT | 1 |

| NAME AND ADDRESS | EMPLOYER ID | AMOUNT |
|---|---|---|
| BROWN LITIGATION GROUP<br>1100 POYDRAS ST, 30TH FLOOR<br>NEW ORLEANS, LA 70163-3000 | ██████████ | -39,872. |
| TOTAL INCLUDED IN FORM 1120S, PAGE 1, LINE 5 | | -39,872. |

| FORM 1120S | OTHER INCOME | STATEMENT | 2 |

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) FROM PASSTHROUGH ENTITIES | -39,872. |
| REIMBURSEMENT OF CLIENT COSTS | 6,232,796. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 6,192,924. |

| FORM 1120S | TAXES AND LICENSES | STATEMENT | 3 |

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 25,860. |
| TAXES - CORP FRANCHISE | 1,746. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 27,606. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT | 4 |

| DESCRIPTION | AMOUNT |
|---|---|
| ADVANCED COSTS | 1,063,761. |
| AUTOMATED PAYROLL EXPENSE | 3,262. |
| BANK CHARGES | 1,310. |
| CONVENTIOINS, SEMINARS, AND MTGS. | 1,265. |
| DUES AND MAGAZINE SUBSCRIPTIONS | 3,264. |
| EQUIPMENT LEASE/RENTAL | 2,624. |
| FEDERAL EXPRESS, ETC. | 194. |
| INSURANCE | 35,478. |
| LIBRARY BOOKS AND NEWSPAPERS | 714. |
| LICENSES AND FEES | 5,791. |
| MEALS AND ENTERTAINMENT | 14. |

WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA                    ████████

| | |
|---|---:|
| OFFICE MAINTENANCE | 2,081. |
| OFFICE SUPPLIES | 44,087. |
| POSTAGE | 1,818. |
| PROFESSIONAL FEES | 1,214,094. |
| TELEPHONE | 28,043. |
| UTILITIES | 355. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 2,408,155. |

| SCHEDULE K | DIVIDEND INCOME | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | ORDINARY | QUALIFIED |
|---|---:|---:|
| DIVIDENDS | 346. | |
| TOTALS TO SCHEDULE K, LINES 5A AND 5B | 346. | |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | | STATEMENT 6 |
|---|---|---|---|

| DESCRIPTION | NO LIMIT | 50% / 100% LIMIT | 30% LIMIT | 20% LIMIT |
|---|---|---:|---|---|
| CONTRIBUTIONS | | 780. | | |
| TOTALS TO SCHEDULE K, LINE 12A | | 780. | | |

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---:|
| AUTO EXPENSE | 72,610. |
| PENALTIES & FINES | 14,623. |
| POLITICAL CONTRIBUTIONS | 33,000. |
| UNSUBSTANTIATED T&E | 44,651. |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 14. |
| TOTAL TO SCHEDULE K, LINE 16C | 164,898. |

CONFIDENTIAL                                        SMC 06956

WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA

| SCHEDULE K | | | | DISPOSITIONS OF PROPERTY WITH SECTION 179 DEDUCTIONS | | | STATEMENT | 8 |

### DESCRIPTION OF PROPERTY

| DATE ACQUIRED | DATE SOLD | YEAR OF PASSTHRU | SALES PRICE | COST OR BASIS PLUS EXP. | DEPR. ALLOWED | SEC. 179 EXPENSE | AMT DEPR. |
|---|---|---|---|---|---|---|---|
| CHANDELIER | | | | | | | |
| 12/21/99 | 12/31/14 | 1999 | 0. | 5,101. | 0. | 5,101. | |
| 15TH LEVEL CONFERENCE ROOM | | | | | | | |
| 06/11/04 | 12/31/14 | 2004 | 0. | 4,062. | 2,031. | 2,031. | 2,031. |
| TOTALS | | | 0. | 9,163. | 2,031. | 7,132. | 2,031. |

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT 9 |

| DESCRIPTION | AMOUNT |
|---|---|
| INSURANCE BENEFITS PAID BY FIRM | |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 10 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| NOTES RECEIVABLE | 1,280,000. | 1,280,000. |
| TOTAL TO SCHEDULE L, LINE 6 | 1,280,000. | 1,280,000. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 11 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| AUTOMOBILES | 0. | 543,000. |
| TOTAL TO SCHEDULE L, LINE 9 | 0. | 543,000. |

13                STATEMENT(S) 8, 9, 10, 11

CONFIDENTIAL                                       SMC 06957

WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA                    ▆▆▆▆▆▆▆

SCHEDULE L              OTHER CURRENT LIABILITIES              STATEMENT   12

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CLIENT ESCROW | 131,686. | 131,783. |
| TOTAL TO SCHEDULE L, LINE 18 | 131,686. | 131,783. |

SCHEDULE L        ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS    STATEMENT   13

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | -41,130,779. |
| NET INCOME PER BOOKS | 15,858,498. |
| DISTRIBUTIONS | |
| OTHER INCREASES (DECREASES) | 0. |
| PRIOR PERIOD ADJUSTMENT | -155,687. |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | -25,427,968. |

SCHEDULE M-1                INCOME INCLUDED ON SCHEDULE K        STATEMENT   14
                          NOT RECORDED ON BOOKS THIS YEAR

| DESCRIPTION | AMOUNT |
|---|---|
| TAX GAIN/LOSS ON SALE OF ASSETS IN EXCESS OF BOOK | 43,635. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 43,635. |

SCHEDULE M-1              EXPENSES RECORDED ON BOOKS THIS YEAR    STATEMENT   15
                          NOT INCLUDED ON SCHEDULE K

| DESCRIPTION | AMOUNT |
|---|---|
| AUTO EXPENSE | 72,610. |
| PENALTIES & FINES | 14,623. |
| POLITICAL CONTRIBUTIONS | 33,000. |
| UNSUBSTANTIATED T&E | 44,651. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 164,884. |

CONFIDENTIAL                                    SMC 0695B

WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA

| SCHEDULE M-1 | DEDUCTIONS ON SCHEDULE K NOT CHARGED AGAINST BOOK INCOME THIS YEAR | STATEMENT 16 |

| DESCRIPTION | AMOUNT |
|---|---|
| LOSS FROM PTE'S | 39,872. |
| TOTAL TO SCHEDULE M-1, LINE 6 | 39,872. |

| SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS | STATEMENT 17 |

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO DIVIDEND INCOME | 346. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 346. |

| SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS | STATEMENT 18 |

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | 780. |
| NONDEDUCTIBLE EXPENSES | 164,898. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 165,678. |

| FORM 4797 | ORDINARY GAINS AND LOSSES | STATEMENT 19 |

| DESCRIPTION OF PROPERTY | DATE ACQUIRED | DATE SOLD | SALES PRICE | DEPR ALLOWED | COST OR BASIS | GAIN OR LOSS |
|---|---|---|---|---|---|---|
| LHI HGC | 03/31/98 | 12/31/14 | 0. | 142,135. | 330,115. | -187,980. |
| MARBLE WALLS | 02/22/99 | 12/31/14 | 0. | 5,525. | 13,590. | -8,065. |
| REMODELING | 10/15/02 | 12/31/14 | 0. | 7,826. | 25,000. | -17,174. |
| REDECORATING | 06/30/03 | 12/31/14 | 0. | 51,237. | 173,130. | -121,893. |
| OFFICE RENEWEL | 10/01/04 | 12/31/14 | 0. | 24,276. | 92,736. | -68,460. |
| DEPOSIT ON OFFICE | 08/08/05 | 12/31/14 | 0. | 2,185. | 8,969. | -6,784. |
| TOTALS TO FORM 4797, LINE 10 | | | 0. | 233,184. | 643,540. | -410,356. |

CONFIDENTIAL

SMC 0695

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciatio |
|---|---|---|---|---|---|---|---|
| 14 | LHI HGC | 033198 | | 39.00 | 330,115. | 131,195. | 8,4 |
| 15 | MARBLE WALLS | 022299 | | 39.00 | 13,590. | 5,049. | 3 |
| 16 | REMODELING | 101502 | | 39.00 | 25,000. | 4,007. | 6 |
| 17 | REDECORATING | 063003 | | 39.00 | 173,130. | 25,525. | 4,4 |
| 20 | OFFICE RENEWEL | 100104 | | 39.00 | 92,736. | 21,916. | 2,3 |
| 26 | DEPOSIT ON OFFICE | 080805 | | 39.00 | 8,969. | 1,955. | 2 |
| 79 | FURNITURE | 010109 | 200DB | 7.00 | 23,158. | 8,995. | 1,0 |
| 80 | SERVER REPLACEMENT | 031209 | 200DB | 5.00 | 53,393. | 25,158. | 1,5 |
| | TOTALS | | | | 720,091. | 223,800. | 19,0 |

428104
05-01-14

15.1

SMC 0696c

671114

| Schedule K-1<br>(Form 1120S)<br>Department of the Treasury<br>Internal Revenue Service | **2014** | | | |
|---|---|---|---|---|

For calendar year 2014, or tax
year beginning _____
ending _____

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123

**Shareholder's Share of Income, Deductions,
Credits, etc.**   ► See separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| 1 | Ordinary business income (loss) 16,011,144. | 13 Credits |
| 2 | Net rental real estate inc (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends 346. | |
| 5b | Qualified dividends | 14 Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9 | Net section 1231 gain (loss) 0. | |
| 10 | Other income (loss) | 15 Alternative min tax (AMT) items |

**Part I   Information About the Corporation**

A   Corporation's employer identification number
███████

B   Corporation's name, address, city, state, and ZIP code

WAITE, SCHNEIDER, BAYLESS & CHESLEY, L
1513 FOURTH & VINE TOWER
CINCINNATI, OH  45202

C   IRS Center where corporation filed return
E-FILE

**Part II   Information About the Shareholder**

D   Shareholder's identifying number
███████

E   Shareholder's name, address, city, state and ZIP code

STANLEY M. CHESLEY
9005 CAMARGO RD
CINCINNATI, OH 45243

F   Shareholder's percentage of stock
ownership for tax year ............ __100.000000%__

| 11 | Section 179 deduction | 16 Items affecting shareholder basis<br>C*  164,898. |
|---|---|---|
| 12<br>A | Other deductions 780. | |
| | | 17 Other information<br>A  346. |
| | | K*  STMT |
| | | V*  STMT |

For IRS Use Only

*See attached statement for additional information.

| 411271<br>11-19-14   JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S. | IRS.gov/form1120s | Schedule K-1 (Form 1120S) 2014 |
|---|---|---|

16                                                                        1

L3500915  758050 17086-000     2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                                                      SMC 0696

WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA      ██████████

---

| SCHEDULE K-1 | FOOTNOTES |
| --- | --- |

NET OHIO DEPRECIATION SUBTRACTION
FOR SECTION 168(K) & 179            6,379.

---

SCHEDULE K-1      NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| --- | --- | --- |
| AUTO EXPENSE | 72,610. | |
| EXCLUDED MEALS AND ENTERTAINMENT | | |
| EXPENSES | 14. | SEE SHAREHOLDERS INSTRUCTIONS |
| PENALTIES & FINES | 14,623. | |
| POLITICAL CONTRIBUTIONS | 33,000. | |
| UNSUBSTANTIATED T&E | 44,651. | |
| TOTAL | 164,898. | |

---

SCHEDULE K-1      DISPOSITIONS OF PROPERTY
WITH SECTION 179 DEDUCTIONS, BOX 17, CODE K

DESCRIPTION OF PROPERTY

| DATE ACQUIRED | DATE SOLD | YEAR OF PASSTHRU | SALES PRICE | COST OR BASIS PLUS EXP. | DEPR. ALLOWED | SEC. 179 EXPENSE | AMT DEPR. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CHANDELIER | | | | | | | |
| 12/21/99 12/31/14 | | 1999 | 0. | 5,101. | 0. | 5,101. | |
| 15TH LEVEL CONFERENCE ROOM | | | | | | | |
| 06/11/04 12/31/14 | | 2004 | 0. | 4,062. | 2,031. | 2,031. | 2,031. |
| TOTAL | | | 0. | 9,163. | 2,031. | 7,132. | 2,031. |

---

SCHEDULE K-1      OTHER INFORMATION, BOX 17, CODE V

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| --- | --- | --- |
| INSURANCE BENEFITS PAID BY FIRM | | SEE FORM 1040 FOR INSTRUCTIONS |

CONFIDENTIAL          SMC 0698

# Schedule of Activities

For calendar year 2014, or tax year beginning _____, 2014, and ending _____, _____.

Name: **WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA**          I.D. Number: ▮▮▮▮▮▮▮

For: **STANLEY M. CHESLEY**

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code * | Description |
|---|---|---|---|---|---|
| | 1 | | | | PLAINTIFFS' LEGAL COMMITTEE CASTANO TOB |
| | 2 | | | | BROWN LITIGATION GROUP |
| | 4 | | | | DICEBURG LLC |

| | Activity - 1 | Activity - 2 | Activity - 4 |
|---|---|---|---|
| Ordinary business income (loss) | | -39,872. | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends  - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

* 1 - Single Family Residence      5 - Land
  2 - Multi-Family Residence       6 - Royalties
  3 - Vacation or Short-Term Rental  7 - Self-Rental
  4 - Commercial                   8 - Other

426001 05-01-14

18

13500915 758050 17086-000     2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL

SMC 06963

671114

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax
year beginning _____
ending _____

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

**Part I      Information About the Corporation**

**A** Corporation's employer identification number

▮▮▮▮▮▮▮

**B** Corporation's name, address, city, state, and ZIP code

WAITE, SCHNEIDER, BAYLESS & CHESLEY, L
1513 FOURTH & VINE TOWER
CINCINNATI, OH  45202

**C** IRS Center where corporation filed return
E-FILE

**Part II      Information About the Shareholder**

**D** Shareholder's identifying number

▮▮▮▮▮

**E** Shareholder's name, address, city, state and ZIP code

THOMAS REHME
2401 INGLESIDE AVE STE. 6D
CINCINNATI, OH 45206

**F** Shareholder's percentage of stock
ownership for tax year ................  _____ %

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| 2 | Net rental real estate inc (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | |
| | | 17 | Other information |
| | | K* | STMT |

*See attached statement for additional information.

411271
11-19-14      JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.      IRS.gov/form1120s      Schedule K-1 (Form 1120S) 2014

19      7

L3500915 758050 17086-000      2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA

SCHEDULE K-1           DISPOSITIONS OF PROPERTY
                WITH SECTION 179 DEDUCTIONS, BOX 17, CODE K

DESCRIPTION OF PROPERTY

| DATE ACQUIRED | DATE SOLD | YEAR OF PASSTHRU | SALES PRICE | COST OR BASIS PLUS EXP. | DEPR. ALLOWED | SEC. 179 EXPENSE | AMT DEPR. |
|---|---|---|---|---|---|---|---|
| CHANDELIER | | | | | | | |
| 12/21/99 | 12/31/14 | 1999 | 0. | 0. | 0. | 0. | |
| 15TH LEVEL CONFERENCE ROOM | | | | | | | |
| 06/11/04 | 12/31/14 | 2004 | 0. | 0. | 0. | 0. | |
| TOTAL | | | 0. | 0. | 0. | 0. | |

SHAREHOLDER 7
13500915 758050 17086-000   2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                                        SMC 0696

# Schedule of Activities

For calendar year 2014, or tax year beginning _____ , 2014, and ending _____ , _____ .

Name: **WAITE, SCHNEIDER, BAYLESS & CHESLEY, LPA**          I.D. Number: ▮▮▮▮▮▮▮▮
For: **THOMAS REHME**

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code * | Description |
|---|---|---|---|---|---|
| | 1 | | | | PLAINTIFFS' LEGAL COMMITTEE CASTANO TOB |
| | 2 | | | | BROWN LITIGATION GROUP |
| | 4 | | | | DICEBURG LLC |

| | Activity - 1 | Activity - 2 | Activity - 4 |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

* 1 - Single Family Residence     5 - Land
  2 - Multi-Family Residence      6 - Royalties
  3 - Vacation or Short-Term Rental  7 - Self-Rental
  4 - Commercial                  8 - Other

425001 05-01-14

21                                                                7

L3500915 758050 17086-000    2014.04020 WAITE, SCHNEIDER, BAYLESS & 17086-01

CONFIDENTIAL                                    SMC 0696