Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

*   *   *

CONNIE MCGIRR, et al.,

    Plaintiffs,

        vs.            CASE NO. 1:16-cv-464

THOMAS F. REHME, et al.,     VOLUME I

    Defendants.

*   *   *

    Deposition of STEVE HORNER, CPA, Witness herein, called by the Plaintiffs for cross-examination pursuant to the Rules of Civil Procedure, taken before me, Vicky L. Marcon, a Notary Public within and for the State of Ohio, at the offices of Dinsmore, 255 East Fifth Street, Suite 1900, Cincinnati, Ohio, on Tuesday, May 24, 2016, at 10:05 a.m.

*   *   *

EXHIBIT I

McGirr, Connie, et al. v. Rehme, Thomas F., et al.                    Steve Horner, CPA

Page 55

1    maintenance and upkeep of that?

2         A.   Yes.

3         Q.   And Dickens and Crumpet is owned

4    by either Stan or his wife?

5         A.   Was owned by Stan.

6         Q.   All right.  And so the sale of

7    that condo recently, the amount realized from

8    the sale went to Dickens and Crumpet, which is

9    wholly owned by Stan?

10        A.   Yes.

11        Q.   All right.  And Stan's not

12   reimbursed the firm for all of those mortgage

13   payments its made for all of those years?

14        A.   No.

15        Q.   Okay.  Other than the Dickens and

16   Crumpet debt, which we, I believe we've

17   extinguished through the sale of that condo,

18   what other debt does the firm have in 2016?

19             MR. RAFFERTY:  Currently?  Are you --

20             MR. SULLIVAN:  Yeah.

21             THE WITNESS:  Current debt?  Not

22   accounts payable, debt?

23        Q.   Debt.

24        A.   None.

25        Q.   The Fifth Third debt, you're