

Corporation Details



   

| Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications |

**Business Search** | **UCC Search** | **Trade Mark / Service Mark Search** | **Prepayment** | **Accounts** | **Business Report Download** | **Help**

## Corporation Details

Business Name
Business Name - Exact
Detailed Business Search
Number Search
Agent/Contact Name
Agent/Contact Name - Exact
Prior Business Name

### Corporation Details

| Entity Number | 590174 |
|---|---|
| Business Name | WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A. |
| Filing Type | ATTORNEY |
| Status | Active |
| Original Filing Date | 02/22/1982 |
| Expiry Date | |
| Location: CINCINNATI | County: HAMILTON | State: OHIO |

### Agent / Registrant Information

STANLEY M CHESLEY
1318 CENTRAL TRUST TWR
CINCINNATI,OH 45202
Effective Date: 02/22/1982
Contact Status: Active

### Incorporator Information

STANLEY M CHESLEY

### Filings

| Filing Type | Date of Filing | Document Number/Image |
|---|---|---|
| DOMESTIC ARTICLES/PROFESSIONAL | 02/22/1982 | F038_0668 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 08/30/1982 | F132_0980 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/25/1983 | F304_1452 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 09/27/1984 | F538_1725 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/01/1985 | F679_1946 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/01/1986 | F944_0708 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/07/1987 | G193_1044 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/11/1988 | G419_0794 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/07/1989 | G659_1263 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/09/1990 | G907_1983 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/10/1991 | H163_1417 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 12/02/1992 | H494_1950 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/12/1993 | H658_1089 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/13/1994 | 4264_0564 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/13/1994 | 4272_0578 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/26/1995 | 5298_0791 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/31/1996 | 5827_1474 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 08/01/1997 | 6082_0430 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 07/30/1998 | 199829400888 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 12/22/1999 | 200002804632 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 08/09/2000 | 200025701696 |
| ANNUAL REPORT OF PROFESSIONAL CORP | 08/01/2001 | 200122102442 |
| BIENNIAL REPORT OF PROFESSIONAL CORP | 07/15/2002 | 200221804404 |
| BIENNIAL REPORT OF PROFESSIONAL CORP | 07/20/2004 | 200423201630 |
| BIENNIAL REPORT OF PROFESSIONAL CORP | 07/06/2006 | 200618804022 |
| BIENNIAL REPORT OF PROFESSIONAL CORP | 07/24/2008 | 200821202344 |
| BIENNIAL REPORT OF PROFESSIONAL CORP | 07/27/2010 | 201021600821 |
| DOMESTIC/AMENDMENT TO ARTICLES | 08/16/2011 | 201122800864 |
| BIENNIAL REPORT OF PROFESSIONAL CORP | 07/05/2012 | 201219200519 |
| BIENNIAL REPORT OF PROFESSIONAL CORP | 07/25/2014 | 201422001659 |
| BIENNIAL REPORT OF PROFESSIONAL CORP | 07/27/2016 | 201620901458 |

[ Return To Search Page ]  [ Return To Search List ]  [ Printer Friendly Report ]

EXHIBIT N