UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| MERILYN COOK, et al.,<br>    Plaintiffs,<br><br>v.<br><br>ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,<br>    Defendants | Civil Action No 90-cv-00181-JLK<br><br>DECLARATION OF JEANNE C. FINEGAN, APR CONCERNING IMPLEMENTATION AND ADEQUECY OF CLASS MEMBER NOTIFICATION |

I, JEANNE C. FINEGAN declare as follows:

## INTRODUCTION

1. I am President and Chief Media Officer of HF Media, LLC ("HF Media"), a division of Heffler Claims Group which specializes in the design and implementation of court approved legal notice plans. This Declaration is based upon my personal knowledge as well as information provided to me by my associates and staff, including information reasonably relied upon in the fields of advertising media and communications.

2. Pursuant to the *Order Appointing The Heffler Claims Group as Settlement and Claims Administrator*, dated August 5, 2016 (ECF No. 2417) and the *Order Granting Preliminary Approval of Proposed Class Action Settlement, Preliminary Approval of Proposed Plan of Allocation, Approval of Proposed Forms and Manner of Notice to the Class, Approval of Proposed Claim Form, and Approval of Proposed Schedule*, dated August 5, 2016 (ECF No. 2416) ("Order"), Heffler Claims Group LLC ("Heffler") was appointed as Settlement and Claims Administrator to implement the Court-approved legal

notice program ("Notice Plan") for the above-captioned case.  This robust program was designed with a contemporary approach to notice taking into consideration traditional, digital, social and mobile media.  The basis for the assumptions articulated below includes research from reasonably relied upon sources including well-respected media research data[1] and U.S. Census data.

3. I submit this Declaration in order to provide the Court with a report regarding the successful implementation of the Court-approved Notice Plan.

4. As described more fully below, the Notice Plan was successfully and timely implemented.  In compliance with the Court's Order, the Notice Plan was substantially completed by November 28, 2016.  In fact, according to our post analysis of the media delivery, (print, television, radio and internet banner ads), the Notice Plan exceeded our original projections, reaching more potential Class members than we originally expected, and we now estimate that the Notice Plan reached an estimated 96 percent of Denver area residents and 84 percent of the target audience nationwide.[2]

### MY QUALIFICATIONS

5. A comprehensive description of my credentials and experience that qualify me to provide expert opinions on the adequacy of class action notice programs was previously filed with this Court on July 15, 2016.  *See* ECF Nos. 2408 & 2408-1.

### COMPONENTS OF THE COMPLETED COURT-APPROVED NOTICE PLAN

6. In paragraphs 13-17 of the Order, the Court approved Plaintiffs' Proposed Notice Plan, which was filed on July 15, 2016 at ECF No. 2407-5.  As set forth more

---

[1] HF Media employed best practices advertising media research tools such as GfK Mediamark Research and Intelligence LLC, comScore, Telmar, Standard Rates and Data ("SRDS") Scarborough Research, Nielsen Research and Strata to create target audience to select and appropriately measure the most appropriate media and communication methods

[2] The first Finegan Declaration, dated July 15, 2016 articulated the notice strategy, which provided heavy notice coverage in the Denver Designated Market Area.  A DMA is a geographic area in the U.S. in which local television viewing is measured by Nielsen Co.

2

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

fully at ECF No. 2407-5, the Notice Plan included the following components:

1) Direct mail notice by first-class U.S. mail to reasonably identifiable Class members;

2) An informational settlement website (www.RockyFlatsSettlement.com) ("Settlement Website") on which the notices and other important Court documents are posted;

3) A toll-free information phone line for Class members to call 24 hours a day, 7 days a week for more information about the Settlement, including but not limited to requesting copies of the Notice and Claim Form;

4) Publication of the Court-approved short-form notice ("Summary Notice") in nationally circulated consumer magazines;

5) Publication of the Court-approved Summary Notice in Denver and Colorado newspapers;

6) Television commercials aired nationwide on cable networks;

7) Television and radio commercials aired on network affiliate and cable networks in the Denver DMA;

8) Online display banner advertising with a nationwide reach;

9) Online video advertising with a nationwide reach;

10) Advertising on mobile websites and applications specifically targeted to reach potential Class members;

11) Social media advertising through Facebook and Twitter with a nationwide reach;

12) Native advertising on premium internet properties with a nationwide reach;

13) Third party outreach to a community action group, Downwinders,[3] and medical providers asking them to share and distribute the Summary Notice; and

---

[3] Heffler distributed the Court-approved Notice to the Rocky Flats Community Action Group called the Rocky Flats Downwinders. Rocky Flats Downwinders is a community organization founded in 2015 advocating on behalf of those impacted by living downwind from the Rocky Flats Nuclear Weapons Plant. The organization came together through common concern about

3

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

14) A multimedia press release issued nationwide.

These components are discussed more fully below.

## DIRECT MAIL NOTICE TO THE CLASS

7. Heffler has mailed the Court-approved Long Form Notice ("Notice") to all reasonably identifiable and locatable potential Class members.

8. Pursuant to this Court's Order, Heffler opened and uses the Post Office box address of: Rocky Flats Settlement; Settlement and Claims Administrator; c/o Heffler Claims Group; P.O. Box 58459; Philadelphia, PA 19102-8459 ("the Settlement P.O. Box") to receive submitted paper Claim Forms, Requests for Exclusion, Objections, undeliverable Notice/Claim Forms, inquiries, and other communications about the Settlement.

9. Heffler formatted the Court-approved Notice and Summary Notice. Exemplars of the Notices and Claim Form are attached hereto as Exhibit A, and are also available on the Settlement Website at www.rockyflatssettlement.com.

10. As described in my July 15, 2016 declaration (ECF No. 2408), in 1999 a list of names and addresses of potential Class members was provided to Heffler. To update that list, Heffler added names and addresses supplied by Lead Counsel for the Class, their expert, and our Call Center.[4] The Class List was processed, standardized[5] and updated utilizing: (i) the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service ("USPS"); and (ii) LexisNexis. The NCOA contains change of address notifications filed with the USPS. In the event that an individual or business had filed a USPS change of address notification or had an address update provided by LexisNexis, the address listed with NCOA or LexisNexis was used in

---

the high rate of illness suffered by former residents in the Arvada, Broomfield, Thornton and surrounding areas.

[4] Copies of the Notice and Claim form were mailed to interested parties and/or potential Class members who contacted Heffler and requested these documents.

[5] "Standardized" during NCOA processing includes re-formatting all addresses and ZIP codes into USPS standards, and is required for USPS pre-sorting and associated reduced postage rates.

4

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

connection with the mailing of the Notice/Claim Form. After NCOA and LexisNexis processing, records were removed as exact duplicates or for not containing an address sufficient for mailing, leaving a total of 28,179 for mailing. On September 14, 2016, Notice/Claim Forms were printed and mailed via postage prepaid, first-class U.S. Mail to 28,179 potential Class members with mailing addresses.

11. Through December 5, 2016, 436 additional Notice/Claim Forms were mailed via postage prepaid, First-Class U.S. Mail to additional potential Class members who contacted Heffler or Lead Counsel to request these materials.

12. Through December 5, 2016, a total of 4,399 Notice/Claim Forms have been returned by the USPS as undeliverable. Of these 4,399 Notice/Claim Forms: (a) a total of 137 were returned with forwarding addresses noted; and (b) a total of 4,262 were returned without a forwarding address. Heffler mailed Notice/Claim Forms to the 137 newly noted forwarding addresses. For the 4,262 Claim Forms that were returned without a forwarding address, Heffler is continuously researching the names and addresses through a third-party locator service, Donovan, Clark and Company ("DCC"). To date, 294 of the 4,262 Notice/Claim Forms have been re-mailed to potential Class members for which an updated address was provided by the DCC. Heffler continues to process undeliverable Notice/Claim Forms on a weekly basis, including using periodic updates from DCC. Potential Class members whose Notice/Claim Form were returned as undeliverable absent a forwarding address and for whom an updated address is not obtained through DCC (or is returned by the USPS as undeliverable after DCC research) will be deemed "unlocatable," and no further processing will be performed for these "unlocatable" potential Class members.

## THE SETTLEMENT WEBSITE

13. On August 5, 2016, Heffler established and activated the Settlement Website (www.RockyFlatsSettlement.com) that: (i) provides an explanation of the Settlement and important dates and deadlines; (ii) allows for online Claim Form submission and ability to contact Heffler; and (iii) posts copies of: (a) the Preliminarily

5

Approval Order; (b) the Settlement Agreement; (c) the Notice; (d) the Preliminary Approval of Settlement Papers; (e) the Proposed Plan of Allocation of the Settlement Fund; and (f) the Claim Form, in PDF format. Potential Class members can use the Settlement Website to obtain information and/or copies of these documents through the Settlement Website, 24-hours per day, even if they have not previously received a Notice/Claim Form by mail. The Settlement Website continues to be fully operational and fully functional. Through December 5, 2016, 232,163 users (people) visited the Settlement Website with 298,214 sessions; over 19 percent of these users (55,200) visited the site on multiple occasions. Nearly 70 percent of the website traffic originated from mobile devices, nearly 24 percent from desktop computers, and 7 percent from a tablet. Users have downloaded 3,508 Claim Forms and 2,800 copies of the Notice through the Settlement Website.

## TOLL-FREE INFORMATION PHONE LINE

14. On August 5, 2016, Heffler established and, activated the toll-free telephone number (1-844-528-0187) for the purpose of allowing Class members to call this information number, and/or to leave a message after business hours. Through December 5, 2016, the toll-free telephone system, which Heffler continues to maintain, has logged a total of 3,789 incoming calls.

## PUBLICATION OF THE COURT-APPROVED SUMMARY NOTICE IN NATIONALLY CIRCULATED CONSUMER MAGAZINES

15. In accordance with the Court-approved Notice Plan, the Court-approved Summary Notice was published in the following magazines. Attached as Exhibit B are proofs of publication.

| Title | Circulation | On Sale Date |
|---|---|---|
| *Parade* | 22,000,000 | 9/25/16 |
| *People* | 3,537,318 | 9/23/16 |
| *Reader's Digest* | 3,076,260 | 10/18/16 |

6

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

| | Circulation | Date |
|---|---|---|
| *Sports Illustrated* | 3,023,939 | 10/19/16 |
| *National Geographic* | 3,404,745 | 11/2/16 |

## PUBLICATION OF THE COURT-APPROVED SUMMARY NOTICE IN DENVER AND COLORADO NEWSPAPERS

16. In accordance with the Court-approved Notice Plan, HF Media caused the Summary Notice to be published in 48 local newspapers in Colorado, including 19 newspapers in the Denver DMA, with a total circulation of over 700,000.[6] The Summary Notice was published in the following newspapers on these dates. Attached, as Exhibit C are copies of the newspaper insertions.

| Colorado Metro Publications | Circulation | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|---|
| *Aspen Times* | 10,000 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Boulder Daily Camera* | 19,397 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Colorado Springs Gazette* | 50,003 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Durango Herald* | 7,500 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Fort Collins Coloradoan* | 18,000 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Glenwood Springs Post Independent* | 10,000 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Grand Junction Daily Sentinel* | 24,582 | 9/21/16 | 9/25/16 | 10/5/16 | 12/14/16 |

---

[6] It is not uncommon in the course of implementing a notice program of this scope and complexity that certain publication production discrepancies will occur. As shown in the chart of publication dates, two publications of the Summary Notice occurred late due to production errors. Also, one newspaper changed from publishing on a weekly basis to publishing only once a month, and as a result the Summary Notice was published in this publication only once instead of four times. The Denver Post published only once, on September 25, 2016. The Canon City Daily Record published only three times, and did not publish notice on October 15, 2016. The Grand Junction Daily Sentinel published three times, and did not publish on October 9, 2016. HF Media has received letters from the paper's production team, which describe the discrepancies and these letters are included in the attached exhibit. Further, the Leadville Herald Democrat production department added published notice (at no extra charge) in its sister newspaper, the Chaffee County Times, on September 22, 2016 and September 29, 2016. All papers have agreed to make-good all missed insertions.

However, due to the robust, overlapping saturation advertising through print, online, radio, and TV, the overall adequacy of the notice program was not affected by these discrepancies. Indeed, as noted above, according to our post analysis of the media delivery, the Notice Plan exceeded our original projections, reaching more potential Class members than we originally expected, and we now estimate that the Notice Plan reached an estimated 96 percent of Denver area residents and 84 percent of the target audience nationwide.

7

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

| | | | | | |
|---|---|---|---|---|---|
| *Greeley Tribune* | 29,872 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Longmont Times Call* | 14,888 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Loveland Reporter Herald* | 13,732 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Pueblo Chieftain* | 35,530 | 9/21/16 | 9/29/16 | 10/5/16 | 10/9/16 |
| *Summit Daily News* | 11,000 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Vail Daily* | 11,200 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| **Denver Metro Publications** | **Circulation** | | | | |
| *Arvada Press* | 35,400 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Aurora Sentinel* | 35,838 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Denver Post* *Published in Parade Insert 9/25/16 | 214,000 | 12/11/16 | 12/14/16 | 12/15/16 | 12/18/16 |
| *Douglas County News Press, Castle Rock News-Press, Castle Pines News Press* - BUNDLE | 19,500 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Golden, Lakewood, Wheat Ridge Transcript* – BUNDLE | 19,700 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Highlands Ranch Herald & Lone Tree Voice* – BUNDLE | 33,250 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Littleton Independent, Englewood Herald, Centennial Citizen* – BUNDLE | 18,000 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *North Denver Tribune* | 20,700 | 10/6/16 | | | |
| *Northglenn Thornton-Sentinel & Westminster Window* – BUNDLE | 4,800 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *The Colorado Statesman* | 2,100 | 9/22/16 | 9/29/16 | 10/7/16 | 10/13/16 |
| *The Villager* | 6,000 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| **Northeast Colorado** | **Circulation** | | | | |
| *Burlington Record* | 3,225 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Fort Lupton Press* | 12,635 | 9/21/16 | 9/28/16 | 10/5/16 | 10/12/16 |
| *Fort Morgan Times* | 2,321 | 9/21/16 | 10/1/16 | 10/5/16 | 10/15/16 |
| *Limon Leader* | 1,887 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Yuma Pioneer* | 2,624 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| **Southeast Colorado** | **Circulation** | | | | |
| *Canon City Daily Record* | 3,612 | 9/21/16 | 10/1/16 | 10/5/16 | 12/14/16 |
| *Huerfano World Journal* | 2,810 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Rocky Ford Daily Gazette* | 2,000 | 9/21/16 | 10/5/16 | 10/10/16 | 10/14/16 |

8

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

| | | | | | |
|---|---|---|---|---|---|
| *Trinidad Chronicle News* | 2,013 | 9/21/16 | 9/30/16 | 10/5/16 | 10/14/16 |
| **Southwest Colorado** | **Circulation** | | | | |
| *Alamosa Valley Courier* | 4,850 | 9/21/16 | 10/1/16 | 10/5/16 | 10/15/16 |
| *Delta County Independent* | 5,929 | 9/21/16 | 9/28/16 | 10/5/16 | 10/12/16 |
| *Gunnison County Times* | 3,353 | 9/22/16 | 9/29/16 | 10/6/16 | 10/13/16 |
| *Montrose Press* | 5,549 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *Telluride Daily Planet* | 3,500 | 9/21/16 | 9/25/16 | 10/5/16 | 10/9/16 |
| *The Journal* (Cortez, Mancos, Dolores) | 10,700 | 9/23/16 | 9/27/16 | 10/7/16 | 10/11/16 |
| **Northwest Colorado** | **Circulation** | | | | |
| *Leadville Herald Democrat* | 2,296 | 10/6/16 | 10/13/16 | 10/20/16 | 10/27/16 |
| *Steamboat Today* | 10,500 | 9/21/16 | 9/27/16 | 10/5/16 | 10/11/16 |

## TELEVISION COMMERCIALS AIRED NATIONWIDE ON CABLE NETWORKS

17. As part of the Notice Plan, 85 television commercials aired nationwide over cable TV networks for two weeks beginning September 19, 2016 through October 2, 2016. The 30-second commercials aired throughout the day, with emphasis on prime time, in programing such as *The Situation Room, Anderson Cooper 360, The O'Reilly Factor, Hannity, Fox & Friends*, among many others. Commercials aired on the following stations and cable TV networks:

| Network | Format | Total Commercials |
|---|---|---|
| CNN | :30-second | 24 |
| FOX News Channel | :30-second | 36 |
| TNT | :30-second | 25 |

Confirmation of airtimes are attached as Exhibit D.

9

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

## TELEVISION AND RADIO COMMERCIALS AIRED ON NETWORK AFFILIATE AND CABLE NETWORKS IN THE DENVER DMA

18.     The Denver DMA includes the Class Area, Denver, and virtually all counties in the state, with the exception of those in the Grand Junction-Montrose and Colorado Springs-Pueblo DMAs.  Over 1,100 local commercials saturated the following local broadcast TV and radio stations and cable TV networks:

| Type | Format | Networks | Number of Commercials |
|---|---|---|---|
| Broadcast TV | :30-second | KCNC-TV (CBS) KUSA-TV (NBC) KDRV-TV (FOX) KMGH-TV (ABC) | 228 |
| Cable TV Interconnect, Direct TV and Dish | :30-second | DISC, ESPN, FOXNC, HIST, Food Network, CNN, FX, Lifetime, NG, TWC, A&E, TBS | 773 |
| Radio Stations | :60-second | KOA-AM News/Talk; KOSI-FM Adult Contemporary, KQMT-FM Classic Rock; KYGO-FM Country | 178 |

Attached, as Exhibit E are confirmations of airtimes.

## ONLINE DISPLAY BANNER ADVERTISING WITH A NATIONWIDE REACH

19.     In accordance with the Court-approved Notice Plan, over 195,000,000 impressions were served across a variety of web properties in a tiered approach that included heavy targeting to Adults 35+ in the Denver Designated Market Area ("DMA") as well as to all adults nationwide.  This program utilized banner advertising inventory from: *AOL, Conversant, Yahoo!, Xaxis, the Google Display Network, AppNexus,* and

10

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

Social Media Networks; Facebook and Twitter. In total, banner ads were served nationwide to over 3,100 web properties. Screenshots from the various properties are attached as Exhibit F.

20. Importantly, the banner ads provided information for visitors to self-identify as potential Class members, where they could "click" on the banner and then link directly to the Rocky Flats Settlement Website for more information.

21. In addition, banners ads were targeted to Adults 35+ in the Denver market through the AOL Network, Facebook, and on local newspaper, radio and television websites through AppNexus. Mobile ads were geo targeted to the zip codes surrounding the Rocky Flats area as well as top apps and mobile websites including news/weather/sports throughout the Denver DMA.

## ONLINE VIDEO AND NATIVE ADVERTISING WITH A NATIONWIDE REACH

22. Additionally, online pre-roll video ads and Native ads were used as part of the online effort.[7] Ads were served nationwide on the *Xaxis* network across various web properties as pre-roll ads.[8] Native ads were developed with formats that match and fit the surrounding editorial on a page. Each ad linked to the Settlement Website. Attached as Exhibit G as screen shots as they appeared on various web pages.

## ADVERTISING ON MOBILE WEBSITES AND APPLICATIONS SPECIFICALLY TARGETED TO REACH CLASS MEMBERS

23. Given the enormous popularity and penetration of smartphones, coupled with the fact that over 67 percent of adults use a Smartphone and/or tablet to go online, this robust outreach effort included mobile banner advertising on mobile websites and

---

[7] This paragraph describes components (9) Online video advertising with a nationwide reach; and (12) Native advertising on premium internet properties with a nationwide reach from paragraph 6 above.

[8] Online "pre-roll" ads appear prior to an online video being presented. Once you click on a certain online video link you must watch a short commercial (here, about the Rocky Flats Settlement) before the video content.

11

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
 of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

apps. Consistent with the outreach strategy approved by this Court, mobile banners were served across a nationwide premium network of mobile apps and websites. Banner ads allowed users to "click" on the banner and then linked directly to the Settlement Website for more information.

## SOCIAL MEDIA ADVERTISING THROUGH FACEBOOK AND TWITTER WITH A NATIONWIDE REACH

24. In accordance with the Court-approved Notice Plan, Heffler used the social platform Facebook to serve banner ads to adults across the United States, with a particularly targeted focus on those who also have friends and family in living in Colorado and those who live near Rocky Flats and surrounding areas. Banner ads were served across multiple platforms including desktop newsfeeds, right hand rail and the Facebook Mobile app to those who have Facebook pages.

25. In addition, ads were served on Twitter, appearing as sponsored tweets targeting adults nationwide with information about the proposed settlement and links to the Settlement Website. Attached as Exhibit H are screen shots of the social media advertisements.

## THIRD PARTY OUTREACH

26. In accordance with the Court-approved Notice Plan, HF Media distributed settlement information packets to the Rocky Flats "Downwinders" community organization. Founded in 2015, the Downwinders is advocating on behalf of those impacted by living downwind from the former Rocky Flats Nuclear Weapons Plant. The organization was founded through common concerns about the high rate of illness suffered by former residents in the Arvada, Broomfield, Thornton and surrounding areas. Packets containing an informative cover letter, the Summary Notice and Long Form Notice were mailed on October 5, 2016. I have been informed by Carol Jensen, co-chairperson of the Downwinders that numerous packets were distributed at the Arvada Library and at the October 5, 2016 Downwinders meeting. Attached at Exhibit I is a

12

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK

copy of the packet.

27. In addition, HF Media conducted outreach to local universities who are sponsoring a health survey for the Rocky Flats area. One such survey is the Metropolitan State University's Integrative Health Program. Others outreach contacts included members of the scientific community and local community groups at Colorado State University, University of Colorado at Boulder, The Colorado Department of Public Health and Environment, and The Rocky Flats Stewardship Council. HF Media sent information packets to appropriate contacts at these organizations asking them to distribute the Notice to interested parties and/or potential Class members. Attached at Exhibit J is a copy of the Third Party Outreach packet.

## PRESS RELEASE

28. In accordance with the Court-approved Notice Plan, a multimedia news release ("MNR") was issued over PR Newswire's US1 newslines on September 19, 2016 at 9:17 a.m. EST. Attached, as Exhibit K is a copy of the MNR.

## MEDIA MONITORING

29. HF Media monitored various media channels for subsequent news articles and various social mentions as a result of the press release efforts. Over 138 news articles, social mentions, hard copy articles and broadcast clips have been recorded. Attached, as Exhibit L is a copy of the media monitoring report.

## CONCLUSION

30. In my opinion, the robust outreach efforts taken pursuant to the Court-approved Notice Plan and described above reflect a particularly appropriate, highly targeted and contemporary way to provide notice to potential Class members. Indeed, I estimate that the robust multi-channel Notice Plan, which combined direct mail and a paid media program, exceeded our original estimated projections, and reached over 96 percent of potential Class members (or their heirs or successors) living in the Denver

13

DMA (reaching more potential Class Members than we originally expected); reached over 96 percent of potential Class members (or their heirs or successors) living in Colorado; and reached over 84 percent of potential Class members (or their heirs or successors) nationwide.

31. In my opinion, the successfully implemented Court-approved Notice Plan reflected and incorporated the highest modern communication standards and was reasonably calculated to provide notice that is not only consistent with, but indeed, exceeds best practicable court-approved notice plans in similar matters and is consistent with the Federal Judicial Center's guidelines concerning appropriate reach.

32. At the Court's direction, I would be happy to provide additional information about the Notice Plan.

33. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 22, 2016 in Tigard, Oregon.

*[signature: Jeanne C. Finegan]*

Jeanne C. Finegan, APR

14

Declaration of Jeanne C. Finegan, APR
Concerning Implementation and Adequacy
  of the Court-Approved Notice Plan
Civil Action No 90-cv-00181-JLK