# Exhibit B



promotion

# People SP TLIGHT


NEWS, PROMOTIONS, UPDATES & EVENTS

## Complete Salon Manicure

Get salon results at home with Sally Hansen's Complete Salon Manicure!

Sally Hansen's all-in-one formula features base and top coat, growth treatment and keratin complex for up to 10 days of wear and up to 64% stronger nails. SallyHansen.com



## Mrs. T's® Pierogies

Good friends and inside jokes, shared moments and passed plates. Some things just go together, like the savory garlic and creamy parmesan inside Mrs. T's® Garlic and Parmesan Pierogies. For meal inspiration, go to MrsTsPierogies.com.


Sally Hansen

## Don't Miss HOME

New from #1 New York Times bestselling author Harlan Coben. Ten years after the high-profile kidnapping of two young boys, only one returns home. Read an excerpt at HarlanCoben.com.


HARLAN COBEN HOME
Penguin Random House DUTTON

## Go Sweet with CAVIT Moscato This Halloween

Kids shouldn't be the only ones getting treats this Halloween. Visit livethecavitlife.com for a simply delicious CAVIT Moscato sorbet recipe that is seriously share-worthy. #loveitshareit


CAVIT

## Penne Pasta Has Met Its Match

Put flavor back in pasta night. Add Johnsonville Italian sausage to your penne pasta and you will have an easy, yet flavorful and delicious meal in no time. Johnsonville.com/recipes


MADE THE Johnsonville WAY.

## Savor the Simplicity of The Tuscan Way

One hundred and fifty years ago, Francesco Bertolli embraced The Tuscan Way using simple ingredients and elevating the flavors of each one. This inspired us today to create a bright and fresh-tasting sauce. Bring Bertolli sauce home tonight and try dinner The Tuscan Way. villabertolli.com/cooking-school


BERTOLLI

 @people    @people    @peoplemag     PEOPLE on Snapchat Discover

# Homework in backpack, backpack on kid, kid on bus. Gold star.

With everything you need in one shared place, Cozi schools the details of your day.

☑ Shared Family Calendar
☑ Shopping & To Do Lists
☑ Meals & Recipe Box

COZI
Life, simplified.
Get Cozi. The #1 family organizing app. available in the App Store.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com



## Community Table

**LIGHTEN UP**

## A BETTER BROWNIE

*B*rownies and cupcakes are perennial bake-sale best-sellers, but they're also calorie bombs. Nutrition and health expert Joy Bauer shares her slimmed-down versions in *From Junk Food to Joy Food*, the new cookbook based on her popular *Today* show segment. Her secret ingredient: pureed black beans. The fiber-rich legumes replace high-fat, high-calorie oil or butter, but all anyone will notice is the rich, fudgy taste. —*Alison Ashton*

### ••• Black Bean Brownies •••

Drain and rinse 1 (15-oz) can **black beans**. Return beans to can, adding enough water to cover. Place beans and water in a blender; puree. Combine bean puree and 1 (18.2-oz) box **brownie mix** in a mixing bowl. Add 1 large **egg** if you want a softer, spongier consistency. Mix thoroughly and bake according to box directions. **Serves 20.**

**Calories** 120; **Fat** 1 g (0 g sat); **Protein** 2 g; **Carbs** 27 g; **Fiber** 2 g; **Chol** 0 mg; **Sodium** 80 mg

### "Yes, you can have your cake and eat it too."

—*Joy Bauer*,
From Junk Food to Joy Food

LUCY SCHAEFFER

Visit *Parade.com/seeds* for Bauer's six top superfoods.

# Reader's digest

NOVEMBER 2016

## 21 True-Life Stories of
## KINDNESS
## &
## GENEROSITY
An **RD ORIGINAL** ... 87

**Simplify Your Holidays, Save Your Health**
By **KELSEY KLOSS** ... 70

**Tattoo Don'ts and *Really* Don'ts**
Humor from **BOB ODENKIRK** ... 17

**Trump and Clinton: 26 Points to Ponder**
By **TOP WRITERS** from Across the Political Spectrum ... 102

**"Abandon Ship! It's a Hurricane!"**
A **DRAMA IN REAL LIFE** ... 128

**My Mom's Dinner Parties: A 40-Year History**
By **ANDREW SEAN GREER** from **SAVEUR** ... 62

**Book Lovers' Bonus!**
A Sampler of **TWO EXCITING NEW NOVELS** ... 120

**An Evening Ride with My Teenage
Daughter**
By **JOE POSNANSKI** ... 24

**Successful People Start Their Day with ...**
An **RD ORIGINAL** ... 57



Removable bookmark brought to you by  **GEICO**

  
## WHO KNEW?

to start marketing WD-40 to everyone.

One thing's certain: When faced with a complex problem, we humans devise inventive solutions using whatever products we have on hand. During World War II, American soldiers were provided with packs of Wrigley's Spearmint gum in their ration kits, and they were said to have used the chewed-up gum to patch jeep tires, gas tanks, life rafts, and airplane parts. I know someone who, upon returning from the swamps of Vietnam, discovered that Vicks VapoRub cured his toe-nail fungus. When American troops were sent to help the United Nations distribute famine relief supplies in Somalia, battle-weary journalists and soldiers reportedly bartered for Huggies, which they used for sponge baths in the blistering-hot desert.

Let's face it: Does it really matter how we apply these products? What

difference does it make if we use Efferdent to clean dentures, diamond jewelry, or baked-on food from casserole dishes? More people have baked-on food stuck to a casserole dish than stuck to their dentures. The folks making Efferdent should jump for joy over this news because thanks to modern dentistry, the number of people with dentures is in the toilet (which, by the way, can be cleaned with two Effer-dent tablets—let sit for 15 minutes, then brush and flush).

It all comes down to this: Instead of hiding these unconventional uses for our favorite brand-name products, corporations should kiss the feet of us innovative, think-outside-the-ketchup-bottle customers and publicize them. And while they're at it, they can also shine our shoes with ChapStick—so when they kiss our feet, they won't get chapped lips. ℝ

> *Kleenex was created as a makeup remover. But more people blow their noses, so ...*

---

## THE MEANING OF LIFE IS ...

To be what we are, and to become what we are capable of becoming.

**ROBERT LOUIS STEVENSON**

To spread more smiles than tears.

**2PAC**

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Case No. 1:90-cv-00181-JLK   Document 2432-2   filed 01/03/17   U

**MARS** SIX-PART SERIES PREMIERES NOVEMBER 14 AT 9/8C ON NATIONAL GEOGRAPHIC

# NATIONAL GEOGRAPHIC

## RACE TO THE RED PLANET



NOVEMBER 2016

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**



# COLLEGE BASKETBALL PREVIEW

### 2016–17 • SI's TOP FOUR
### 1. *DUKE* 2. *KANSAS* 3. *KENTUCKY* 4. *OREGON*

# Sports Illustrated

SI.COM
**NOVEMBER 7, 2016**
@SINOW

**WHERE DID
CHRIS BOUCHER
COME FROM?**
*(YOU'LL NEVER GUESS)*

**WHERE IS
CHRIS BOUCHER
GOING?**
*(OREGON'S FIRST
FINAL FOUR SINCE 1939)*

# DUCK TALE

BY LUKE WINN
**P. 40**

**KELSEY (PLUM)** *vs.*
**KELSEY (MITCHELL)**
*ONE NAME, TWO WOMEN'S STARS*
**P. 48**

★ ★ ★

**SCOUTING REPORTS**
*BREAKING DOWN SI'S SWEET 16*
**P. 54**

$5.99US  $6.99CAN

4 5>

0  70989 10094  7

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

## Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

## What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

## What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**