# Exhibit C

Valley News

AMOSA — The Optimist b of Alamosa is sponsor- a swim night on Thursday, ptember 22 from 4-7 p.m. Splashland. The cost for ldren 18 and under is $3 s two canned goods. The t for adults 19 and over is plus two canned goods. For se adults attending but not mming, two cans of food

Forms are available online at www.slvwrc.org or in the office at 3211 Main St., Suite E, Alamosa. Call 719-589-6698 or email slvwrc.org@gmail.com

ALAMOSA—On Saturday, Sept. 24, the San Luis Valley Health Foundation is hosting its 13th annual Stephanie L. Miner 5k walk/run. Registration begins at 8:30 a.m. in Cole Park

tours. Tickets are available at www.slvlocal.eventbrite.com or at the event itself. Tickets are $5. Children under 4 get in free. Call 937-2319 or email to slvlocalfoods@gmail.com

**September 26-October 2**

ALAMOSA — Celebrate HOPE (Homeless Outreach & Prevention Education) Week

# Candidate Forum

## Tuesday Oct., 4th • 7 pm

## Society Hall – Alamosa

## 4th St. & Ross Ave.

## CANDIDATES EXPECTED:

### Alamosa County Commission

**DISTRICT 1**
Darius Allen (R)
Steve Atencio (D)

**District 3**
Helen Sigmund (D)
George Wilkinson (R)

### Colorado State Senate Dist. 35

Larry Crowder (R)
James Casias (D)

### Colorado House District 62

Donald Valdez (D)
Bob Mattive (R)

Moderated by Keith R. Cerny, Publisher of the Valley Courier

**SPONSORED BY:**

Valley Courier

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Case No. 1:90-cv-00181-JLK Document 2432-3 filed 01/03/17 USDC Colorado pg 3 of 9

gros Coffee House, at 529 Main St. in

writing."

Each reader will be welcome to read one of Jack's

For information call the English Department Office at 719-587-7800.

Phil Ray Jack — Courtesy photo

## ofessor Yeats will suggest w to challenge the status quo

OSA –There are ays to challenge tus quo through . During the Adte University Facture, Dr. Jeremy ssistant professor performance and education, will examples with his allenging the Sta-Through Research" . Wednesday, Oct. ter Hall room 130. resentation will ays to make rein, give insight on challenging the n system, and will nsformative work lusive excellence

cally, this talk will

rdisciplinary asresearch in sport ic.

cational structure rnance at the state

ic representations ty through critical phy.

J Faculty Lectures ries are free and he public. Complilight refreshments fered. For further ion on the series of contact Dr. Kristy ssociate professor , at 719-587-7767, ail: klduran@ador Dr. Courtney sistant professor lor education, at 7888 or courtneyams.edu.

Courtesy photo

Adams State Dr. Jeremy Yeats reaches audiences through his music with the Rippah Shreddahs.

AmeriGas®
www.amerigas.com
Call Your Local Office
719-589-2545
AmeriGas
Thank You to our customers for your business!
Providing safe, reliable and responsive service.
Competitive residential and commercial pricing
Flexible automatic, online and telephone payment options.
Automatic delivery, No-run-out guarantee!

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

# Furry Friends

ill is a beautiful little longhaired Chihuahua who loves people and is very friendly, out a year old found by a nice man in Center.

is a male Mini Pin mix found by Del orte Animal Control, very friendly and tremely cute.

Bronco is a Boxer/Shepard mix, very friendly but would do better with female dogs, is about 2 years old and was found by a nice man near Moffat.

histle is a Mini Pin who was owner relinquished because the owner was moving and ould not keep Thistle at the new apartment. Thistle is about 2 years old.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

# Valley News

ALAMOSA — Singer, songwriter Karla Bonoff will perform Society Hall in Alamosa on October 15 at 7 p.m. Ticket prices are $25 advance and $30 at the door. See mollydogproductions.org or purchase tickets at Alamosa Home, 630 Main St. Alamosa.

EL NORTE—The Del Norte community yard sale, flea market, arts and craft fair and bake

ALAMOSA — Meet Alamosa County Commissioner Candidates Steve Atencio and Helen Sigmond at the Youth & Community Center of the Alamosa Christian Reformed Church at 1861 CR 10 S on Monday, October 17 at 7 p.m. Call (719) 580-2745.

**Tuesday, October 18**

ALAMOSA — Local genealo-

MONTE VISTA — A Rio Grande Roundtable tour of the Prairie Ditch will be held on Wed., Oct. 19. Meet at the Monte Vista Co-op parking lot at 2 p.m. RSVP to Helen Smith, 580-6157 or hssissy@gmail.com by Oct. 14.

ALAMOSA – Adams State University Associated Students & Faculty (AS&F) will host a free candidate forum

9 Reasons to Shop Local

1 Shopping Local Creates Jobs: The jobs created allow spending in the local economy and helps create more jobs.

2 Local independent businesses invest more in our community: They support local charities, schools and community events which financially impacts our community.

3 Local businesses sell a wide range of great products at affordable prices and cater to the needs and wants of the community.

4 Shopping Local saves you money and time! Travel expenses and personal time make the overall cost of items higher.

5 Shopping Local retains our community: Without the support in the local community, restaurants, shops and services are forced to close.

6 Shopping Local retains our distinctiveness: Local businesses respond quicker to the needs of the customers and stock products to meet the core community's needs.

7 Shopping Local encourages community growth. By choosing to do business locally you help maintain Alamosa's diversity, charm & appeal. Which in turn, attracts new community members.

8 Shopping Local invests in community services and city economy. Your dollars spent in locally-owned businesses have three times the impact on your community as dollars spent outside of Alamosa.

9 Local shops value you more: Local businesses survive by their reputation & repeat business which means you get a higher standard of service.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

# Ralston Valley slides past Wheat Ridge in softball

By Dennis Pleuss
*Jeffco Public Schools*

ARVADA — Ralston Valley junior Gianna Browdy helped herself immensely Sept. 13.

Browdy pitched a complete-game in a 2-1 non-league victory against Wheat Ridge at Ralston Valley High School. However, she was just as impressive at the plate going 3-for-3 with a pair of triples to give Ralston Valley a momentum-building win.

"We could probably bat her (Browdy) three, four or five, but she always does well in that lead-off position," Ralston Valley coach Wendy Davies said. "She always seems to make something happen. She is really helping us out."

Browdy's second triple led off the bottom of the fifth inning in a 1-1 tied ballgame. Freshman Shayla Erickson came in as a courtesy runner for Browdy. Erickson scored the eventual game-winning run when the freshman broke for home on senior Malory Eldredge's infield grounder.

The home plate umpire ruled that Erickson slid under the tag of Wheat Ridge catcher Gabby Loya to give the Mustangs the lead for good.

"I just was doing my best to get on base to score some runs because it was a tight game," said Browdy, who tripled and scored on a throwing error in the third inning.

Browdy took care of business in the top of the seventh inning. Despite giving up singles to Wheat Ridge's Gianna Welker and Brandy Trengove in the final frame, the Mustangs' defense was able to strand a pair of runners. Loya flew out to Ralston Valley centerfielder Sydney Harsh to end the game.

"We left some stranded runners and we just didn't hit today.

> "I just was doing my best to get on base to score some runs because it was a tight game."
> **Gianna Browdy,** Ralston Valley pitcher

When you don't hit you don't win games," Wheat Ridge's first-year coach Jamie Heflin said. "Ralston is a good solid team. Hats off to them. They played well."

The Farmers had their chances, included a bases-loaded situation with one out in the top of the second inning. Wheat Ridge wasn't able to push a run across the plate to take the lead and ended up stranding nine runners over seven innings.

Wheat Ridge's lone run came in the top of the fifth inning when Welker reached base on a bunt single and came home on an RBI single by Riley Wickman.

"Wheat Ridge is always a good team and tough competition," Ralston Valley senior Alexa Samuels said. "We struggled in the beginning of the year, but we are working hard to get back on track and work as a team. We have put in so much practice time. It's good to have that pay off in games."

The Mustangs went through a six-game losing streak, but have back-to-back wins under their belts with 5A Jeffco League starting up this week.

MUSTANGS

Ralston Valley senior Alexa Samuels, right, pops up after stealing second base before Wheat Ridge shortstop Aniesa Abeyta can apply a tag. *Photos by Dennis Pleuss/ Jeffco Public Schools*

"Hopefully, the confidence, and the confidence in each other, will carry through the league season," Davies said. "You always have pride in your school and want to represent that. We start with Arvada West and they are good."

Wheat Ridge, last year's 4A state runner-up, also begins its conference play in 4A Jeffco this week.

"We are very battled tested with the schedule we had," Heflin said. "I think we are up to the test."

*Dennis Pleuss is a communications specialist with Jeffco Public Schools with a focus on athletics and activities. For more Jeffco stories and photos, go online at CHSAANow.com/Jeffco.*

Ralston Valley freshman Shayla Erickson is called safe at a play at the plate as Wheat Ridge catcher Gabby Loya holds the ball Sept. 13 at Ralston Valley High School. Erickson's run was the game-winning run in the 2-1 victory for the Mustangs.

DESIGNER'S CHOICE
• Cabinets
• Countertops
• Kitchens
• Bathrooms
GRAND OPENING SPECIAL SAVINGS
10% OFF
Entire Purchase
Not valid with other discounts. Expires 10/29/16
Your home is an extension of your personality, so why not make it with the style that say it's all you!
Your kitchen is where family & friends spend so much time sharing a meal and time together... Make those memories have a lasting impression! We can help you do just that.... Give us a call or come in to our showroom, we will help you all the way.
www.designourspace.com
303.422.0442
Visit Our Showroom • 8770 Wadsworth Blvd • Unit O
(SE corner of 88th & Wadsworth) • Arvada, 80003

Brand New Senior Community
Reach FOR THE Stars
A PLACE OF LIGHT & LOVE
$200 OFF /mo
ALL MEMORY CARE SUITES
• Caring, Responsive Staff
• Executive Chef-prepared Meals
• Licensed Nurse, 7 Days a Week
• Short-term Respite Stays
MorningStar
ASSISTED LIVING & MEMORY CARE of WHEAT RIDGE
720.250.9405
38th & Kipling
MorningStarSeniorLiving.com

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Apex Center celebrates sweet 16

## Facility holds customer appreciation week to celebrate

By Shanna Fortier
sfortier@coloradocommunitymedia.com

Randi Thomas takes his daughter Ellery to the Apex Center twice a week. It's a place where she can play and run free and he can sit nearby and work. This has been their tradition since moving to Arvada in January.

Their visits are among the 1 million that are made to the Apex Center each year, which celebrated its 16th birthday the week of Sept. 22.

"It means so much to myself and my staff," Apex Center Manager Terry Goldwater said of the birthday. "We've now been a fixture in the community for 16 years and able to enhance so many lives — provide fun and health opportunities to people."

In 1998, a $25 million bond issue was passed for construction of the Apex Center, which opened in 2000. The center, located at 13150 W. 72nd Ave., houses two ice rinks; a rock climbing wall; and indoor water park with a water playground, vortex pool, activity pool, lap pool, adult and family hot tubs; three full-sized gymnasiums; an indoor track; an indoor playground; group exercise classes; and a cafe.

Isaac Cummings watches as people skate at the Apex Center Ice Rink. The Apex Center is celebrating its 16th birthday last week. *Photo by Shanna Fortier*

The Apex Center is one of 11 facilities managed by the Apex Parks and Recreation District — a special district founded in 1956, not part of the City of Arvada or Jefferson County. With a few exceptions, the boundaries of the district run between Sheridan Boulevard on the east, Clear Creek and 52nd Avenue on the south, Highway 93 on the west and the Boulder/Broomfield county line on the north.

In May, a $25 million bond issue for the district was passed for construction of six projects: Secrest Center replacement; construction of the Fitzmorris Site Center/Pool; Arvada Tennis Center renovation of outdoor courts and creation of four new indoor courts; Lutz Sports Complex improvements; Apex Center renovation and splash pad addition; and Long Lake Ranch Regional Park improvements.

"A center like this brings the community together in so many ways," said Goldwater, who has been with the center 13 of its 16 years. "To socialize, to recreate, to get healthy, to improve fitness and reach new goals — it's really a bright spot in this community."

# Apex Parks and Recreation District bond project update

Staff report

In May, a $25 million bond issue for the Apex Parks and Recreation District was passed for construction of six projects.

Those include replacement of the Secrest Center, construction of the Fitzmorris Site Center/Pool, renovation of outdoor and indoor courts at Arvada Tennis Center, Lutz Sports Complex improvements, renovation of the Apex Center and a splash pad addition, and Long Lake Ranch Regional Park improvements.

Four months after the voter's approved them, here is an update on how those projects are progressing.

**Arvada Tennis Center**

Scope: Renovate eight outdoor courts with post tension surfaces, new lights and fence; also an indoor tennis facility with four courts and a controlled access to the tennis complex.

Status: A request for proposals has been posted for the design team.

Estimated completion date: Fourth quarter 2017

**Apex Center Renovation and Addition**

Scope: Construct 7,800-square-foot outdoor splash pad, renovate aquatics area center pool, renovate indoor playground.

Status: In mid-September consultants reported on early design, options and concepts in response to the first workshop.

**Long Lake Ranch and Lutz Ball fields**

Scope: Construct two new baseball/softball fields including backstops to complete the first five-field complex, lighting for all five baseball/softball fields; construct a restroom /concession building.

At Long Lake Ranch, Apex will construct two new synthetic multi-sport turf fields with parking and lights.

Estimated completion date: Fourth quarter 2017

**Secrest Recreation and Teen Center**

Scope: Construct 21,521-square-foot replacement recreation center to include small weight room, community/aerobics area, teen center, small gym, locker rooms, therapy pool. Current swimming pool and inline hockey rink will remain.

Status: Selected architect firm and contract.

Estimated completion date: Second quarter 2018

**Fitzmorris Recreation Center**

Scope: Construct 8,500-square-foot recreation center with a six-lane pool to include small weight room, community/aerobics area.

Status: Provided draft of agreement with the city and the Jefferson County School Distrcit. The project will still need city funding of $3.1 million.

Estimated completion date: Second quarter 2018

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

MileHigh
WorshipGuide
Colorado Community Media

CATHOLIC

ST. JOAN OF ARC
CATHOLIC CHURCH
Proclaiming Christ to the Mountains & Plains
www.StJoanArvada.org
12735 W 58th Ave • 80002 • 303-420-1232
Daily Masses: 8:30am, Mon-Sat
Confessions: 8am Mon; Wed – Fri 7:30am & 4:00pm Sat
Saturday Vigil Mass: 5:00 PM
Sunday Masses: 7:30, 9:00, 11:30 am, 5:30pm

PRESBYTERIAN

Arvada Presbyterian Church
Pastor: Bill Sanders
Living and Sharing the Love of Christ
Worship: 10:00am every Sunday
Sunday School: 9:00am Sept – May (nursery provided)
5592 Independence St. 80002
Tel. 303-422-3463
www.Arvadapc.org
Now enrolling for All Precious Children Learning Center

Golden First Presbyterian Church
On the round-about at South Golden Rd. and West 16th Ave.
Sunday Praise & Worship.................. 9:00 am
Fellowship Time................................ 10:00 am
Church School.................................. 10:30 am
Pastor: Rev. Dr. Miriam M. Dixon
Nursery provided 303-279-5591

To advertise your place of worship Call 303-566-4100

G/W/L/A

NON-DENOMINATIONAL

Arvada Christian Church
8010 West 62nd Avenue
303-422-5412
www.arvadachristian.org
Sunday Worship......9:30 am
Nursery Available

UNITED METHODIST

Arvada United Methodist Church

Room at the table for all
SERVICES 8 & 10 am
Church School 9 & 10 am
6750 Carr St. Arvada, CO 80004
303.421.5135 • www.arvadaumc.org
Nursery Available

Applewood Valley
United Methodist Church
Share the life, love, and laughter of Jesus Christ!
8:30 AM - Worship in Chapel
9:00 AM -Sunday School
10:00 AM - Worship in Sanctuary
www.applewoodvalleychurch.org
303-279-2162
2035 Ellis Street, Golden CO 80401

# Tighe

*Continued from Page 4*

position, along with being "an easy-going communicator."

"He knocks on doors, attends public events and connects with constituents," Sloan said.

No matter if the issue involves a citizen, business, jurisdiction or neighborhood group, Tighe says it is important to find a common ground with all the stakeholders. Then "move forward to a solution."

If re-elected, he says he will continue to work toward developing a good plan for the county as it grows, he said.

"Jefferson County is so diverse in the people that live here," Tighe said. "That's what makes it so great."

# Teunissen

*Continued from Page 4*

Chamber's Leadership Jefferson County program and teaches its city government day.

Representing the Republican Party, he was first an area coordinator about six years ago, then became district captain for HD 23, which is the northern Lakewood area, for three years. For about 2 1/2 years, he was treasurer for the Jefferson County Republican Party, but recently stepped down so he could run for county commissioner.

Two of Teunissen's strongest attributes are delegating in a positive manner and taking the advice of others, said Andy Inhelder, a mortgage broker who has known Teunissen since 1999 when the two met in the banking industry.

"He's very open-minded," Inhelder said. And "he's got a passion for seeing the county grow, and how to make it better."

# Forum

*Continued from Page 1*

districts seeking bond or mill levy money this fall. "I don't want to think about the difficult decisions we're going to have to make if the mill and bond does not pass."

Charter schools, which make up 10 percent of the school district, would also receive 10 percent of the funding for projects including renovations, additional parking, library additions and roof repair.

Ongoing district needs addressed by the potential mill levy override include making up for reduced state funding, employee recruitment and retention, mental health support for schools, and security and emergency management.

One-third of the mill levy override money will go toward attracting and retaining great teachers, Lasell said. "On average, our teachers are making about 19 percent less than teachers in our surrounding districts."

The reason for that, Lasell said, is because when the recession hit, teachers opted for a pay cut instead of reducing programming at the schools or creating larger class sizes.

"Those teachers decided they were not going to let the schools feel the pain," Lasell said. "And the idea was that when times got better, we were going to make things right."

But teacher salary has not increased in Jeffco and the school district is seeing increasing turnover rates, Lasell said.

In 2015, the teacher turnover rate for Jeffco Schools rose 6 percent over the past two years.

"Our awesome veterans who are the people that trained our newbies and made them excellent teachers are leaving," Lasell said. "But a lot of our teachers stayed because they are Jeffco-proud. There is something about Jeffco."

## MORE INFORMATION

Detailed information on 3A and 3B can be found online at jeffcopublicschools.org.

## WHAT WOULD THE ADDITIONAL FUNDING SUPPORT?

**Bond**

- Improvements and repairs to 110 schools
- Major renovations and additions of 45 schools and facilities
- Four replacement schools and three new elementary schools
- Security updates
- Portion to public charter schools

**Mill levy override**

- Compensation to attract and retain good teachers
- Funding for STEM and technology and prep for workforce or college
- Mental health
- Cover any funding gaps if state reduces funding
- Portion to public charter schools

Source: Jeffco Schools

*— Source: Jefferson County Public Schools*

## QUESTIONS FROM THE CROWD

**Q: How will the passing of the mill and bond affect sixth-grade shifts?**

A: If it doesn't pass, the board will still be implementing the sixth-grade shift, but it will take a lot longer, Board of Education member Ali Lasell said, adding that the plan is for a two-year transition period.

**Q: How will the Board of Education measure the impact of the fudn recieved from the mill levy override?**

A: "One of the things I would look at is competitive compensation," said Board of Education member Brad Rupert. "One of the things I want to look for is a reduction in the loss of the more experienced teachers we have. Turnover is extremely expensive, especially when you're looking at the most trained, most experienced people leaving."

Rupert also suggested measuring the impact by the conversion to the middle school model. "I'd like to see actual changes with what happens with the kids in the school," Rupert said.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

VOTE
Yes ON 4B!
SCFD
Scientific & Cultural Facilities District
Photo courtesy of Morrison Museum of Natural History

## Renew the SCFD ~ Culture for All

- 300 cultural gems in the metro region – including **Arvada Center for the Arts and Humanities, Evergreen Players, Foothills Art Center** and nearly 300 more
- Educational experiences for 4.25 million children
- More than 100 Free Days each year
- A $1.8 billion boost to our regional economy

**Endorsed** by Arvada, Golden, Lakewood and Westminster city councils, Jefferson County Board of County Commissioners, Metro Mayors Caucus, Metro Denver Economic Development Council and hundreds more

***To "be 4" Culture – start at the bottom of your ballot and Vote Yes on 4B!***
Visit www.YesOnSCFD.com to learn more.
*Paid for by Citizens for Arts to Zoo*

# How to find beauty inside contradiction

Michael Alcorn

**HITTING HOME**

My father was a complicated man, with simple tastes. And he loved to teach. One of his great lessons — a lesson he never articulated, but lived every day — was that there is a beauty in contradictions. Like being complicated and simple.

For instance, my father was a man of deep thought and conviction, who would go from complex philosophical conversation one instant, and then, the next, be talking in a loud Irish brogue with a twinkle in his eye. From that, I learned that seriousness and whimsy can, and do, co-exist in the best minds. In fact, one of my favorite posters of all time is of Albert Einstein, sticking his head out the window of a cab, sticking his tongue out.

My father was the guy who could get up early on Sunday mornings to go set up the Sacristy before lectering at Mass and serving Communion, and could then come home and be perfectly entertained by professional wrestling. You see, deep Faith does not preclude the ability to enjoy the simplest amusements.

He was also the guy who would scream and cheer at the top of his lungs for the Denver Broncos, and, as soon as the game was over, would flip over to PBS and abide in the beauty of an Italian opera.

As long as it wasn't Pavarotti. But … another story for another day.

My father understood that there are no simple definitions of man, that this wonderful piece of work known as man was capable of a wide range of interests and passions, and, sometimes even, able to balance two seemingly contradictory beliefs at the same time.

We, however, in this latter day, seem to almost despise the ability to balance contradictory thoughts. It is impossible to respect and admire the police, it would seem, without implicitly being a racist. It is impossible to recognize regimes in Iran and North Korea as evil, it would seem, without implicitly being a war-monger.

We've even gone so far as to codify this attitude in our schools: at some point, we seem to tell students that they have to be either athletes, or artists, or musicians, or scholars. We make it very difficult for students to pursue their own beautiful contradictions.

And don't even get me started on this election season, in which our real contradictions are between the candidates we've elevated and the hopes and intentions of the founding fathers.

I think we would all be better off if we just came to grips with the fact that there are contradictions all around us, and being able to embrace those makes the world a much more interesting place. Indeed, recognizing the complexity of the human animal and giving others the space to balance their own contradictions makes the world a more peaceful place, filled with humor, intimacy and community.

And I don't believe anyone would try to contradict the assertion that the world could use a lot more of those things.

*Michael Alcorn is a teacher and writer who lives in Arvada with his wife and three children. His novels are available at MichaelJAlcorn.com*

# Letters

*Continued from Page 10*

**Let's raise the bar for the constitution**

I support the "Raise the Bar" Amendment 71 and here's why. Imagine a well-funded special-interest group spending millions of dollars to amend the Colorado Constitution to benefit an out-of-state corporation. Ridiculous? Well, this is exactly what happened in 2014 when a Rhode Island gaming corporation spent millions trying to pass Amendment 68, which would have permitted casino gambling at horse racetracks in three Colorado counties. It would have benefited one out-of-state corporation, but hurt Colorado's home-grown gaming industry.

The amendment failed, but the issue remains. Do we want our state constitution to be easy to manipulate by deep-pocket, out of state special interests?

Colorado's Constitution is among the easiest state constitutions to amend. In 140 years of statehood, our state constitution has been amended more than 150 times. That is because Colorado requires fewer signatures than any other state to get on the statewide ballot. The 98,492 threshold reflecting 5 percent of those casting ballots. Also, there is no requirement that petition signatures be gathered throughout the state. Currently, the majority of petition signatures are gathered in the Denver and Boulder areas, leaving rural Coloradans without a voice. Once on the statewide ballot, it requires only a simple majority to amend our state constitution. Many other states require a 60 percent popular majority.

Amendment 71 would require petition signatures to reflect 2 percent of the registered voters in each of the state's 35 Senate districts and would require a 55 percent popular vote to pass. These changes would protect Coloradans from special interest groups who use citizen's initiatives to advance their causes. Once cemented into our constitution, these policies are difficult to update or remove because of the permanence enshrined in our state's foundational document.

Vote "yes" on Amendment 71.

*Jayson VanShura,*
*Lakewood*

**Quite taxing**

Can the long suffering taxpayers of Jeffco really afford:

- The new 10 percent tax burden stemming from the open-ended pie-in-the-sky Amendment 69 (aka ColoradoCare)?
- Plus the 3A, 3B taxes resulting from our school board's mill and bond levies, which have balloon payment features after 10 years (costing an additional $200 million, yes $200 million, in interest)?
- Plus increased future property taxes mandated by rising property value assessments buoyed by our current 'housing price' bubble?
- Plus the rising price of food?
- And, if they are Arvada residents, plus a proposed road maintenance tax?

Will those deemed "cash cows" by their elected officials, here and in many other counties across the state, recognize the ultimate "'straw..." and accept the consequences?

Or will they prove to be as obstinate as camels and have the courage to vote NO on every bloated issue on their November ballots?

*Russell W Haas,*
*Golden*

**Support Jeffco's 3A and 3B measures**

Our students are Jeffco's future, and that's why I support Jeffco Schools 3A and 3B. We need to equip our students with the skills needed for 21st-century jobs, and 3A will provide additional support for STEM programming, project-based learning and more. It will also help Jeffco attract and retain top-notch teachers for our students.

The mill levy override will also benefit all students, whether they attend a neighborhood, charter or option school, because all of our students need to be prepared for career and college. Jeffco's ability to expand educational programming in the district has been constrained by years of budget cuts at the state level and, thus, Jeffco is joined by

*Letters continues on Page 20*

COLORADO JAZZ
REPERTORY ORCHESTRA
Ella and Sarah,
The Great Ladies of Jazz
The best songs by these legends,
along with Anita O'Day and Rosemary Clooney
SAT, OCT 15
7:30 PM, MAIN STAGE THEATRE
arvadacenter
720-898-7200
arvadacenter.org
6901 Wadsworth Blvd., Arvada, CO 80003-3499
Sponsored in part by

DESIGNER'S CHOICE
GRAND OPENING
SPECIAL SAVINGS
10% OFF
Entire Purchase
Not valid with other discounts.
Expires 10/29/16
• Cabinets
• Countertops
• Kitchens
• Bathrooms
Your home is an extension of your personality, so why not make it with the style that say it's all you!
Your kitchen is where family & friends spend so much time sharing a meal and time together... Make those memories have a lasting impression! We can help you do just that.... Give us a call or come in to our showroom, we will help you all the way.
www.designourspace.com
303.422.0442
Visit Our Showroom • 8770 Wadsworth Blvd • Unit O
(SE corner of 88th & Wadsworth) • Arvada, 80003

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**