**A18** | Wednesday, September 21, 2016 | The Aspen Times

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant.  The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property.  The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.).  The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses.  Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation.  Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration.  The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017.  Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989.  You may opt out of the Class and Settlement by March 1, 2017.  If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer.  Your own lawyer can advise you about whether your claims may be barred by the statute of limitations.  If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017.  If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.  The Court will consider whether the Settlement is fair, reasonable and adequate.  If there are objections, the Court will consider them.  If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com.  After the hearing, the Court will decide whether to approve the Settlement.  You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.**  For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com

## Shop Defiance Thrift Store

where proceeds have supported Lift Up and Family Visitor Program for 15 years and counting

Defiance your community thrift store

2412 So. Glen (next to Domino's Pizza) | Glenwood Springs | 970-945-0234 | Open 10am - 6pm Tues-Sat

# COMMENTARY

# Let's (really) debate

The presidential debates of the 2016 campaign are rapidly approaching, and I would like to offer an alternate format to the awkward (read: intellectually insulting) format that we, the American people, have suffered under for these many years.

Currently, these debates are moderated by a journalist or a cluster of them with questions they believe are either relevant to the prevailing issues or "gotcha." Sometimes they succeed in getting direct answers. Most of the time, they do not.

By and large, the answers that are given by the candidates are either hollow rhetoric or an annoying segue to the candidates' stump ideology. With no real follow-up from the questioner, the viewer gets little if any insight into the mindset and character of the interviewee, which is the primary object of the debate.

I propose a totally different, and more rational, format, like this:

**1.** The debate would be scheduled for two hours.

**2.** Each candidate would come prepared with their own series of questions for the other candidate relating to a topic previously agreed upon.

**3.** The candidates would take turns asking their questions.

**4.** Each questioner would be allotted up to 10 minutes, to permit constant follow-up till the questioner was satisfied the question was duly answered. (If after 10 minutes the questioner was unable to elicit a coherent answer, then we've already learned something about the responder.)

**5.** A true debate would evolve by default. This format should generate enthusiastic popular support because it is logical (although logic nowadays is often disparaged) and it is nonpartisan (clearly, neither party has any advantage). Certainly, it would reveal a great deal more about the candidates than we have been able to

**Donald Flaks**
*Guest column*

discern during their campaigns or previous debates, because:

■ The selection of questions would shed much light on the questioner's concern, knowledge and position of an issue.

■ The questioner would have the opportunity to challenge the responder on certain disparaging or untrue remarks made at some earlier date during the primaries.

■ We would see how tenacious the questioner can be and how evasive the responder may react.

■ From the answers we would know, how knowledgeable the responder is, how willing to agree or disagree, how rational are the answers and how willing the responder is to stay on point and not attempt to digress to more comfortable ground.

■ We would avoid having the audience, and the media blame third-party questioners for particularly "soft" or "hard" questions since there'll be no third-party questioners.

Although this is obviously a totally nonpartisan adventure, we may expect some pushback from the media since they see these debates as an opportunity for worldwide recognition for their leading pundits. This would be softened by including a handful of them at "ringside" acting as referees and/or instant fact-checker (each equipped with access to the internet). There will be unlimited challenges allowed. By not limiting challenges, it will behoove the responders to stay on track for the entire period. It also will put pressure on the questioner to be certain before he imposes a challenge.

The character, personality and intellect of each candidate will become significantly more transparent under this format, and undoubtedly, the entire dynamics of the debate will be changed for the better — at least for the American viewer.

*Donald Flaks lives in Carbondale.*

## LETTERS
From page A17

### Lower the pay for Basalt's next town manager

So, Mike Scanlon has resigned, and we're looking for a new town manager. First of all, I think Mike has been a good town manager, and I have no opinion on his reasons for resigning. But now, Basalt is looking for a new town manager. Fine.

Now we learn that the Town Council has hired not just one but two consultants to help search for a new town manager and "improve transparency." I find it very difficult to understand why our local government needs to hire two consultants to help it find a new town manager! Good grief! How much is this costing us?

On top of that, we know that Scanlon's compensation package has been a salary of $161,360 plus a monthly housing allowance of $2,000. That's a total of $185,360! Delegates to the U.S. House of Representatives have a salary of $174,000, according to Wikipedia.

Why in the world does the town manager of our small town of Basalt get paid more than a U.S. congressman?

This is totally absurd! Let's find a local, experienced individual and offer $100,000 (including housing allowance) to be our next town manager! We don't need to

compete with other towns and offer such a ridiculous compensation package. I'm sure there are dozens of well-qualified individuals in Basalt who would love to be Basalt town manager for a lot less than $184,360!

**Chuck Cory**
Basalt

### Basalt leaders show open minds

My husband and I moved to Basalt a few months ago after living in Aspen for over 30 years. We love living downvalley: the friendly people, good restaurants, great weather and the energy.

One of the only things that concerned us about the move was the lack of arts and culture as compared with what is available in Aspen. We spoke to several locals before we made our decision to move, and we were told about The Arts Center at Willits and the extensive programming that is contemplated.

So, when we heard a few weeks ago that the Town Council was balking at the plan, I can't tell you how upset we were. Now, based on recent articles in the papers, it seems that the council has gotten the message and is working on solutions. This letter is just to say "Thank you" for taking your jobs seriously and figuring out how to get this project underway.

**Sandy Iglehart**
Basalt

**A20** | Sunday, September 25, 2016 | The Aspen Times

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you may object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



## Shop Defiance Thrift Store

where proceeds have supported Lift Up and Family Visitor Program for 15 years and counting

*Defiance your community thrift store*

2412 So. Glen (next to Domino's Pizza) | Glenwood Springs | 970-945-0234 | Open 10am - 6pm Tues-Sat

## WORLD & NATION

# War crimes tribunal for IS detainees lacks support

**Desmond Butler and Lori Hinnant**
The Associated Press

WASHINGTON — War crimes investigators collecting evidence of the Islamic State group's elaborate operation to kidnap thousands of women as sex slaves say they have a case to try IS leaders with crimes against humanity but cannot get the global backing to bring current detainees before an international tribunal.

Two years after the IS onslaught in northern Iraq, the investigators, as well as U.S. diplomats, say the Obama administration has done little to pursue prosecution of the crimes that Secretary of State John Kerry has called genocide. Current and former State Department officials say that an attempt in late 2014 to have a legal finding of genocide was blocked by the Defense Department, setting back efforts to prosecute IS members suspected of committing war crimes.

"The West looks to the United States for leadership in the Middle East, and the focus of this administration has been elsewhere — in every respect," Bill Wiley, the head of the independent investigative group, the Commission for International Justice and Accountability, told The Associated Press.

Officials in Washington say the Defense Department and ultimately the administration were concerned that court trials would distract from the military campaign. But the diplomats say that justice is essential in a region whose religious minorities have been terrorized. The officials spoke on condition of anonymity because they were not authorized to discuss the issue.

The U.S. has no legal obligation to take on the genocide of the Yazidis, but President Barack Obama has said that "preventing mass atrocities and genocide is a core national security interest and a core moral responsibility of the United States of America."

Stephen Rapp, who stepped down as the administration's ambassador at large for war crimes last year, says the administration should have moved early to help secure evidence of IS atrocities and push for the creation of special Iraqi courts to try war crimes.

"The priority for the U.S. government is to win the war against the Islamic State and destroy them," Rapp said. "It's been profoundly disappointing, because the idea of accountability has been such a low priority."

Rapp is now the chairman of the advisory board of the commission, whose investigators in Iraq work with the Kurdish regional government to formally document the IS group's crimes, including those against the Yazidi minority group. They have built a case implicating the entire IS command structure in a plot to kidnap Yazidi women and girls and establish a sex-slave market.

The plan was executed by an organized bureaucracy at every step along the way, from the temporary sorting facilities — including a prison, schools and a curtained ballroom where the Yazidis were divided by age and willingness to convert to Islam — to the waiting buses that would haul them by the dozens across the border to Raqqa. The Islamic State group's Shariah courts soon stepped in, to settle contract disputes and ensure that its finance hierarchy got its cut of the sex slaves proceeds.

"You have members of IS who were engaged in ensuring that this system continued and that it functioned well," said Chris


AP FILE

**Islamic State group militants took this photo of Yazidi girl Nazdar Murat as part of a database the militants have put together of Yazidi girls and women they have enslaved, shown in this May 18 photo taken during an interview with her family at Kankhe Camp for the internally displaced in Dahuk, northern Iraq.**

Engels, the American lawyer who is leading the commission's legal investigation. Without a legal documentation of their identities from the top down, many could "slide into refugee streams" and disappear.

Though there are at least dozens of Islamic State extremists in custody in Iraq, there have been no prosecutions for the crimes against humanity that the U.S. — among many others — insist have taken place. On Tuesday, the Obama administration's envoy for the coalition to counter Islamic State, Brett McGurk, tweeted that he "pledged full accountability" for Islamic State crimes against the Yazidis, whom IS militants consider infidels because of their religion.

In 2012, Obama stood at the U.S. Holocaust Memorial Museum to announce what he called a comprehensive strategy to prevent and respond to war crimes with the establishment of an atrocities prevention board, noting that "as president I've done my utmost to back up those words with deeds."

But in fact, though the U.S. has backed limited efforts to secure evidence of Islamic State atrocities in Iraq, there have been few tangible steps toward prosecution. In a recent investigation the AP found that even in territories liberated from IS militants by Kurdish forces, dozens of mass graves have been left unsecured.

"It's a tragedy that we are not getting in there and securing these sites where we can and doing things like collecting DNA evidence," Rapp said.

A measure by the House that calls on the U.S. to fund precisely the kind of court envisioned by the investigators is unlikely to advance anytime soon in an election year. With full international backing, the war crimes commission says it would need about $6.6 million and about six months to get the trials going.

"If the administration was committed to criminal investigations of perpetrators, then it would be robustly funding criminal investigations of perpetrators. The failure to fund shows a failure to hold responsible parties accountable," said Rep. Chris Smith, a New Jersey Republican who sponsored the bill.

The State Department said the U.S. was promoting accountability, and spokesman Mark Toner specified that the administration is "supporting ongoing efforts to collect, document, preserve and analyze evidence of atrocities for transitional justice processes." He provided no specifics.

A22 | Wednesday, October 5, 2016 | The Aspen Times



**LuLu's THRIFT Shoppe!**
**50% OFF EVERYTHING!**
*Saturday Only*
922 Highway 133, Carbondale  970.963.1984

AUTHENTIC FRENCH ALPINE BISTRO

**WINE TASTING DINNER**
5 courses ♦ 5 pairings ♦ $125

Wednesday  10/5  7:30 PM
**A Taste of Winter**

LIMITED SEATS
Reservation Required

*Crêperie Du Village*

OPEN KITCHEN 11:30 AM - LATE NIGHT | 400 E HOPKINS ASPEN | 970 925 1566 | lacreperieduvillage.com

# SPORTS



AP FILE

Russia's Maria Sharapova serves the ball to Lucie Safarova of the Czech Republic during a fourth round match of the French Open at Roland Garros Stadium in Paris on June 1, 2015.

# Sharapova's doping ban is cut from two years to 15 months

**Stephen Wilson**
The Associated Press

LONDON — Maria Sharapova will be eligible to return to competitive tennis in April after her two-year doping ban was reduced to 15 months Tuesday by a sports court that found the Russian star did not bear "significant fault" for her positive drug test.

The Court of Arbitration for Sport cut nine months off the suspension imposed on Sharapova, who tested positive for the banned heart medication meldonium at the Australian Open in January.

Sharapova, a five-time Grand Slam champion and former No. 1-ranked player, appealed to the court in June seeking to overturn or reduce the two-year penalty imposed by the International Tennis Federation.

In a 28-page ruling, a Court for Arbitration of the Sport panel found Sharapova bore "some degree of fault" but "less than significant fault" in the case that has sidelined one of the world's most prominent and wealthy female athletes.

"The panel has determined, under the totality of the circumstances, that a sanction of 15 months is appropriate here given her degree of fault," the three-man arbitration body ruled.

While Sharapova did commit a doping violation, "under no circumstances ... can the player be considered to be an 'intentional doper,'" the panel said.

Sharapova's ban, which took effect Jan. 26, was originally due to run until Jan. 25, 2018. Now she can return April 26, a month ahead of the French Open, a Grand Slam tournament she has won twice.

"I've gone from one of the toughest days of my career last March when I learned about my suspension to now, one of my happiest days, as I found out I can return to tennis in April," Sharapova said in a statement.

"In so many ways, I feel like something I love was taken away from me, and it will feel really good to have it back," she added. "Tennis is my passion, and I have missed it. I am counting the days until I can return to the court."

The doping suspension kept the 29-year-old Sharapova out of this year's French Open, Wimbledon and U.S. Open, as well as the Olympics in Rio de Janeiro. She also will miss the Australian Open in January.

## TENNIS

Steve Simon, CEO of the WTA tour, welcomed Tuesday's ruling.

"We are pleased that the process is now at completion and can look forward to seeing Maria back on court in 2017," he said.

Sharapova acknowledged taking meldonium before each match at last year's Australian Open, where she lost in the quarterfinals to Serena Williams.

But Sharapova said she was not aware that meldonium, also known as mildronate, had been included on the World Anti-Doping Agency's list of banned substances from Jan. 1, 2016.

The ITF said she also tested positive for meldonium in an out-of-competition control in Moscow on Feb. 2.

Sharapova's lawyer, John Haggerty, called Tuesday's ruling a "stunning repudiation" of the ITF, which he said failed to properly notify players of the meldonium ban.

"The panel has determined it does not agree with many of the conclusions of the ITF," Haggerty said in a conference call. "As we demonstrated before CAS, not only did the tennis anti-doping authorities fail to properly warn Maria, if you compare what the ITF did with how other federations warned athletes of the rule change, it's a night and day difference."

Sharapova said she was first prescribed the Latvian-made drug, typically used for heart conditions, by her family doctor for various medical issues in 2006. She said she took the drug for regular bouts of the flu, possible onset of diabetes and a magnesium deficiency.

An independent ITF panel had found Sharapova did not intend to cheat but bore "sole responsibility" and "very significant fault" for the positive test. The ITF panel also said the case "inevitably led to the conclusion" that she took the substance "for the purpose of enhancing her performance."

Meldonium increases blood flow, which improves exercise capacity by carrying more oxygen to the muscles.

More than 100 athletes, including many Russians and other eastern Europeans, tested positive for meldonium early this year. Some escaped with no sanctions because they argued successfully that they stopped taking the drug before Jan. 1 and that traces had lingered in their system. Sharapova, however, acknowledged that she used meldonium after Jan. 1.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site).** If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the Alfred A. Arraj United States Courthouse, United States District Court for the District of Colorado, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Ad Number: 12411445R
Insertion Number:
Size: 3 x 8.75
Color Type: B&W

Client Name: Sync2Media/Rocky Flats - 5925403
Advertiser:
Section/Page/Zone: Sports/A022/
Description: ATD Rocky Flats 16095HR0


CMNM
Colorado Mountain News Media

Publication Date: 10/05/2016

The E-Sheet(R) is provided as conclusive evidence that the ad appeared in the Colorado Mountain News Media on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

## SPORTS

# Pitt edges Georgia Tech

**Will Graves**
The Associated Press

PITTSBURGH — Another fourth-quarter lead gone and another "what if" loss looming, Pittsburgh responded with a little bit of savvy, luck and a dash of redemption for its beleaguered defense thrown in for good measure to surge past struggling Georgia Tech.

First, Scott Orndoff kept his head while hauling in a tipped pass from Nate Peterman that turned into a game-tying 74-yard touchdown with 3:50 to play. Then nose tackle Tyrique Jarrett stuffed Yellow Jackets running back Dedrick Mills on fourth down to give Pitt the ball back with 1:47 left to set up Chris Blewitt's bank shot 31-yard field goal as time expired.

Just another heart-stopping Saturday for the Panthers.

"I think it's just about believing and never getting down on yourself or on your team," Orndoff said. "Just hanging in there."

Something Pitt (4-2, 1-1 ACC) is getting used to under coach Pat Narduzzi. The outcome has hung in the balance in the final 2 minutes each of the past five weeks, including a last-second loss to North Carolina two weeks ago in which the Tar Heels converted four fourth-downs on the deciding drive.

That's what made Jarrett and linebacker Matt Galambos' stop so satisfying. The clock dwindling, Georgia Tech went for it on fourth-and-1 at its own 34 rather than kick it. Galombos — who Narduzzi describes as the defense's "computer" — sensed a dive play was coming and changed the call right before the snap, leading Jarrett to stand up Mills short of the first down.

"I happened to guess right," Jarrett said. "It was perfect."

Pitt drove to the Georgia Tech 12 to set



AP
Pittsburgh's Adam Bisnowaty (69) and Alex Bookser (78) celebrate as offensive lineman Brian O'Neill (70) scores a touchdown during the first half of an NCAA college football game against Georgia Tech in Pittsburgh on Saturday.

**FOOTBALL**

up Blewitt's winner, which smacked off the right upright and through as time expired. It's the second straight season Pitt topped the Yellow Jackets on a late kick by Blewitt, whose 52 career field goals are a school record.

"Called corner pocket," Blewitt joked.

Georgia Tech coach Paul Johnson defended the decision to go for it rather than kick it and give Pitt's offense — which punted just once all day — another shot. Instead the Yellow Jackets (3-3) dropped their third straight overall and their sixth straight true road game dating back to 2014.

"If I had to do it over again at the end of the game, I probably still would have gone for it but I would have called a different play," Johnson said. "I felt the way the game was going, I felt like we could make a half-yard and we didn't, so that's on me. That's my responsibility, and I'll take the blame for it."

# Iowa tops Minnesota late

**Dave Campbell**
The Associated Press

MINNEAPOLIS — Iowa was reeling from a pair of losses to teams the Hawkeyes were favored to beat, pushing that 12-0 regular season from 2015 to the back of the memory bank.

They got back on track with a gritty victory over rival Minnesota.

Akrum Wadley took off for a 54-yard touchdown run with 5:28 left and the Hawkeyes hung on to beat the Gophers, 14-7, on Saturday to hoist the Floyd of Rosedale trophy for the second straight year.

"We just kept grinding," said Wadley, who had 14 carries for 107 yards for Iowa (4-2, 2-1 Big Ten), who matched the program record with an eighth straight road win despite two interceptions thrown by C.J. Beathard.

Iowa has won four of the past five meetings and 12 of 16. Minnesota still leads the overall series, 62-46-2.

"I would like to say we wanted it more," said Beathard, whose streak with a touchdown pass in nine straight games was stopped.

Floyd, the 98-pound bronze pig first awarded in 1935 as a bet between the governors of the two states, must've felt unwanted for most of the game.

Mitch Leidner completed only 13 of 33

**FOOTBALL**

passes for 166 yards and was also picked off twice for the Gophers (3-2, 0-2), who were flagged eight times for 58 yards and lead the conference in penalties.

After one of Ryan Santoso's nine punts went only 30 yards, Wadley scored on the next play. Sophomore safety Jacob Huff, subbing for an injured Antoine Winfield Jr., went the wrong way at the snap and missed a futile diving attempt at the tackle. LeShun Daniels Jr. ran in the 2-point conversion.

"Sooner or later, they slip up and it will be a long one," Wadley said. "Either LeShun or me was going to hit it."

The Gophers overcame Leidner's second interception and regained the ball with no timeouts and 86 seconds remaining. Leidner moved the ball to the 13 with four completions, but his fourth-down fade throw to Brian Smith in the end zone fell short with 45 seconds left.

"This one really hurt," Gophers linebacker Jonathan Celestin said. "Especially losing at home."

Shannon Brooks gave Minnesota a 7-6 lead midway through the third quarter with a 9-yard run, but the Gophers didn't take full advantage of an Iowa defense that was leaking an average of 183 rushing yards per game. Brooks and Rodney Smith combined for only 21 carries.

"I think the holes were there," Brooks said. "Maybe try to break more tackles."

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A602 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



# OH NO!
## They got a BARN CAT!
## I'm leavin' town!

*FREE barn cats* available for adoption

*Please remember we offer spay/neuter financial assistance.*
**Now is the time to get your pet spayed or neutered.**

*Check out our other animals online at*
**www.coloradoanimalrescue.org**

Colorado Animal Rescue • 947-9173
2801 County Road 114 • Glenwood Springs, CO 81601



SEPTEMBER 22 – SEPTEMBER 28, 2016 | AURORASENTINEL.COM | **17**

## » FOOD TRUCKS, from 15

so he went with what he calls a "redneck fix" and slapped some epoxy on it.

After a few hiccups, the generator purrs and a puff of black smoke billows from under the truck. Other than a couple of hiccups throughout the day, Yoke's fix holds up as they serve more than 100 meals in Aurora before dishing up another 70 in Littleton that night.

It's about 20 minutes before the rodeo starts at 11 a.m. and Huszagh pulls a few paper sacks full of French fries from the truck's freezer. The fries are one of the few items Mile High Cajun opts not to make fresh, Yoke says as he slices a few dozen tomatoes. For the most part, they do things the hard way, including going with stone-ground hominy for their grits instead of an easier but less tasty instant option. At the Aurora event that dedication pays off. The chipotle-flavored grits sell out in only about an hour.

Yoke grew up in kitchens before opting for a mobile one of his own. His parents founded Colorado breakfast staple the Egg and I, and he worked at some high-end locales — including Old Major and the Broadmoor — before founding Mile High Cajun last year.

While the truck's menu is certainly different from the fine-dining spots where he learned, Yoke brings the same obsessive attention to detail to the truck as chefs in far-more-spacious kitchens. For three months he struggled to find the ideal bread for their po boys, for example. Eventually he came across a Mexican bakery in northwest Denver and to this day he makes the trek there a few times a week to get bread with just the right softness, eschewing a few dozen closer stops on the way.

With a huge pot of grits, the

jambalaya and a sauce pan full of braised short ribs squeezed onto three of the four burners in the truck, Yoke and Salvesen sharpen butcher knives just a few minutes before opening. Already, the line out front is about a half dozen people deep.

Huszagh flings the windows open a little after 11 a.m. and the line quickly swells to about 10 deep. It stays at least that long for the first hour or so, by far the longest line at the rodeo.

With Huszagh taking orders at the rear of the truck, Salvesen dishing them up and Yoke working the burners near the front, the trio cranks out meal after meal for about 90 minutes before there's a lull.

Yoke piles out a few times to tinker with that generator, but other than that the operation efficiently chugs ahead.

After about an hour the grits are gone, and the short ribs soon follow. Yoke says customers are sometimes bummed when the dish they want is gone, but they're usually understanding about the limits of a food truck. The trio tries to steer those folks toward another item and occasionally offers a free side if they seem especially disappointed.

"It's more just being a salesman at that point," Yoke says.

As the day motors along, Salvesen swaps lunch with the guys at Maine St. BBQ, a truck a few down that sells lobster rolls and other New England classics.

By about 2 p.m., Huszagh jumps out and breaks down the metal table and stacks the orange buckets. The windows on the door shut and Yoke soon jumps behind the wheel. From here, it's back to the commissary to wash some dishes and reload a few items — especially those uber-popular grits — before hitting the road again.

**BELOW:** A line of people wait Aug. 5 to order at the Mile High Cajun food truck.





**ABOVE:** William Huszagh grabs a handful of pickles out of a giant plastic bin Aug. 5. Many hours of food preparation take place before the Mile High Cajun food truck hits the streets.



**24/7 news**

In your hands & at your fingertips

AuroraSentinel | aurorasentinel.com



Aurora-South Metro SBDC
Helping new and existing businesses
**GROW and PROSPER**

Tax Savings Strategies for Small Businesses
**Wednesday, September 28th, 10AM – 12PM, Free**
Educate yourself on tax and accounting strategies to maximize your tax savings.

Building a Blog and Website with WordPress
**Thursday, September 29th, 9AM – 12PM, $45**
Harness the power of a WordPress blog, learn the basics of how to build and modify a WordPress site. Familiarity with a computer keyboard and Windows operating system required.

Marketing Your Business
**Friday, September 30th, 9AM – 12PM, $45**
Presents marketing principles, proven strategies and practical tactics, learn how to do market research through electronic databases.

Pre-registration is requested:
www.Aurora-SouthMetroSBDC.com
Questions? Call (303) 326-8690

**Business**

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-0181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must** file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you **will not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

22 | AURORASENTINEL.COM | SEPTEMBER 29 - OCTOBER 5, 2016



## WOW! NEW FURNACE $995*

Buy A New $3,295 LENNOX 80% Furnace For $995*
Or A New $5,995 LENNOX 95% Furnace For $1995*

*When You Purchase and Install Air Conditioning at our Regular Price

Amazing Low Price Lennox Furnace .............................................. SAVE UP TO $4000
Xcel Energy Furnace Rebate on Qualifying Furnaces ...................... SAVE UP TO $400
Xcel Energy Air Conditioner Rebates on Qualifying Equipment ........ SAVE UP TO $650
Xcel Energy Air Conditioner Trade-In Rebates on Qualifying Equipment ... SAVE UP TO $500
Lennox Rebates During Dates Offered on Qualifying Equipment ........ SAVE UP TO $500
Federal Energy Tax Credits On Qualifying Equipment Are Back For 2016 ... SAVE UP TO $500

NO MONEY DOWN
WAC. NO ANNUAL PAYMENT REQUIRED

"Always in your neighborhood"

LENNOX
HOME COMFORT SYSTEMS
Innovation never felt so good.™

CALL TODAY
(303)366-1112

HURRY THESE REBATES AND
INSTANT DISCOUNTS END SOON!

$100 OFF
ANY WATER
HEATER

www.coffmanco.com          Not good with any other offer. Offer expires 11/15/2016

---



David Daniel Ortiz FaceTimes Sept. 26 at Solid Grounds Coffee House with Bill Hanna, lead lobbyist with United Veterans Committee, about the next day's UVC meeting. Photos by Gabriel Christus/Aurora Sentinel

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com

---

» VETS, from 6

about a beauty queen were.

Vote Vets has already spent several million against Donald Trump, and Soltz, who served in the Army in Iraq, said he lays the blame for the dearth of specific proposals on vets issues at the GOP nominee's feet.

"It's worse right now because if had been Marco Rubio or Ted Cruz against (Hillary Clinton) they would have been trying to have a policy debate," he said.

This race is often dominated by reaction to some of Trump's more controversial statements and Soltz said that has a way of pushing veterans issues — especially reforming the VA — to the sidelines.

"Unless he wants to have a serious conversation about veterans we're not going to have one,"

he said.

Frank Crocker, Colorado director for the right-leaning vets group Concerned Veterans For America, said the lack of discussion about the VA has been frustrating.

While the agency has been plagued by controversies in recent years — including delays and cost over runs at the Aurora hospital and long delays for vets seeking care around the country — that string of headlines has not lead to many specifics from politicians, he said.

Crocker, who served in the Marine Corps and is now in the reserves, said that politicians occasionally mention the need to "reform the VA," but it's not followed by specifics about how to make the agency better.

"What does that mean specifically?" he said. "You cant just say 'we are gonna reform the VA.'"



David Daniel Ortiz works out Sept. 26 at CrossFit Watchtower. Ortiz chose this gym because it is owned by a wheelchair user and they also help run the Reveille Project, a nonprofit dedicated to helping veterans after they are out of the military.

12 | AURORASENTINEL.COM | OCTOBER 6 – OCTOBER 12 2016



**WOW!!**
**NEW FURNACE**
**FOR $995***

Buy A New $3,295 LENNOX 80% Furnace For $995*
Or A New $3,995 LENNOX 95% Furnace For $1995*

*When You Purchase and Install Air Conditioning at our Regular Price

$100 OFF ANY WATER HEATER

Amazing Low Price LENNOX Furnace...........................SAVE UP TO $4,000
Xcel Energy Furnace Rebate on Qualifying Furnaces....................SAVE UP TO $400
Xcel Energy Air Conditioner Rebates on Qualifying Equipment............SAVE UP TO $650
Xcel Energy Air Conditioner Trade-In Rebates on Qualifying Equipment......SAVE UP TO $500
Lennox Rebates During Sales Event on Qualifying Equipment..............SAVE UP TO $1,000
Federal Energy Tax Credits On Qualifying Furnaces Are Back For 2016.......SAVE UP TO $500

**HURRY!** These Rebates & instant discounts end soon!

CALL TODAY

**(303)366-1112**
www.collmanco.com

LENNOX

NO MONEY DOWN!
WAC, MINIMUM PAYMENT REQUIRED

Collman

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Start 'em young: Students get props for early voter registration

BY RACHEL SAPIN
Staff Writer

Josh Rasp can't vote yet — he's only 17 years old. But he's registered and ready, and so are 85 percent of his senior classmates at Eaglecrest High School in Arapahoe County.

At his school's homecoming rally in September, amid cheering for the school's varsity volleyball, golf and football teams, Rasp received the 2016 Eliza Pickrell Routt Award for Outstanding Voter Registration Efforts from the Colorado Secretary of State. Routt was the wife of Colorado's first governor, and the first registered woman voter in the state.

Rasp received the award as a result of his work with nonprofit Inspire Colorado — which focuses on get-out-the-vote efforts with high school students — in preregistering his peers.

Rasp said he became interested in helping out with the effort when a representative from Inspire Colorado visited his government class two years ago.

"A high percentage of young people aren't getting their voices heard," he said.

According to the Colorado Secretary of State, September preregistration figures show 33,345 Colorado teenagers participating in the program. Of that, 56 percent are unaffiliated, 22 percent are Republicans and 20 percent are Democrats. The rest belong to minor parties.

These preregistered voters leaning slightly Republican is ever-so-slightly in contrast to the rest of Colorado voters who will be casting a ballot this year: October data from the Secretary of State shows Colorado has 5,901 more active Democratic voters than Republicans this year. Young, preregistered voters are, however, like the majority of Colorado voters in that they largely identify as unaffiliated.

So far, Rasp said he's in the "undecided" category for how he would vote — if he could cast a ballot in this year's election.

"It's an interesting election for sure. We have two of the most interesting candidates. Two very different candidates, different from what I've ever seen in my lifetime," he said.

Since 2013, young people who turn 16 but will not be 18 by the date of the next election have been allowed to preregister to vote under the state's election laws.

Colorado is seeing a record number of voters this year, with the highest percentage of voter registration in the country at 87 percent of the eligible population, according to the Pew Center on the States.

Yuma High School, on Colorado's eastern plains, also received an award from the Secretary of State's office for registering 85 percent of its senior class to vote.



**TANNER GUN SHOW**

**COLORADO'S LARGEST GUN SHOW WITH 700 TABLES!**

**PUEBLO SHOW**
**OCTOBER 8TH & 9TH**
Colorado State Fairgrounds

**DENVER SHOW**
**OCTOBER 15TH & 16TH**
Denver Mart, 58th & I-25

**SATURDAY 9AM - 5PM • SUNDAY 9AM - 4PM**

**$1.00 OFF ADMISSION WITH THIS AD!**
(One coupon per person. Cannot be combined with any other offers or discounts.)

**PLENTY OF FREE PARKING**
CONCEALED CARRY PERMIT CLASSES AVAILABLE
303.756.3467 | WWW.TANNERGUNSHOW.COM

## LOOKING FOR A HOME



**MACY (ID# A183858)** Macy is a 11-month-old Rhodesian Ridgeback mix who was brought to the Aurora Animal Shelter when her owner could no longer provide the attention she needed. Macy is a young, active girl that would love to be part of a family that will help her with basic training and lots of energy release! Macy loves to ride in the car, is housebroken and knows some basic commands. She is eager to please people and wants nothing more than to be a part of the family! Please come visit Macy today at the Aurora Animal Shelter where you can receive $50 off a dog adoption fee through the end of October!

 Aurora Animal Shelter 303-326-8280 | www.auroragov.org/animal
15750 E. 32nd Ave | Monday - Friday, 11:00 to 6:00 | Saturday 10:00 to 4:00

### 24/7 news

**In your hands & at your fingertips**

Aurora Sentinel | aurorasentinel.com




Gateway's John Patterson (3) heads a ball away from Aurora Central's Alexis Zavala (10) during the Olys' 1-0 EMAC boys soccer win over the Trojans Oct. 11 at APS Stadium. (Courtney Oakes/Aurora Sentinel)

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com

# Week Past: EMAC has title tilt coming

**BY COURTNEY OAKES**
Sports Editor

The Gateway and Rangeview boys soccer teams both prevailed with 1-0 decision on Oct. 11 to set up a showdown for the EMAC championship.

At Aurora Public Schools Stadium, senior Miguel Zambrano notched the only goal of the game for the Olys in a tight victory over a Trojans team that also had a share of the EMAC lead coming into the game. Zambrano arrived at the same time as a long ball from the back landed between a Trojans defender and outcoming goalkeeper and when the ball careened to him, he controlled it took a few touches and put it into the open net.

Coach Olaf Siverson's team (11-1-1 overall, 7-0-1 EMAC) couldn't add goal another despite several prime chances and had to withstand a desperate surge of pressure in the closing minutes from the Trojans.

Rangeview, meanwhile, won a 1-0 contest at Westminster in much more dramatic fashion with a Luis Cisneros free kick goal in overtime. The Raiders won their second straight game in overtime, including a 2-1 victory at Vista PEAK Oct. 6 on a goal by senior Joey Carlson.

Gateway and Rangeview meet to decide the EMAC title at 4:30 p.m. Oct. 13 at APS Stadium.

• The Aurora Central football team fell from the ranks of the unbeaten on Oct. 8 with an 18-7 loss to previously winless Westminster at Aurora Public Schools Stadium. The Trojans (5-1 overall, 0-1 Mount Antero League) led briefly at 7-6 on a touchdown run by senior Jalil Grimes in the second quarter, but got out gained 329-177 in total offense, turned the ball over twice and committed 11 penalties for 88 yards that hindered their ability to come back against the Wolves.

• Jalen Mergerson threw two touchdown passes and rushed for a score and Corey Corbin tallied three touchdowns as well as the Eaglecrest football team rolled past Rocky Mountain Oct. 6. The Raptors remain 5A's only unbeaten team at 6-0.

• The A-Town Game of the Week on Oct. 6 saw Overland take on Arapahoe on a frigid night for football at Stutler Bowl and fall 35-14 in the Mount Massive League opener for both teams. Junior Donavan Carver ran for a long touchdown and junior Javon Thermidor snared a fumble forced by teammate DJ Reid and took it back for the other score for the Trailblazers, who remain looking for their first win of the season. Carver rushed for 128 yards and a score and junior Jaion Colbert racked up nearly 200 all-purpose yards for Overland, which allowed 269 yards and four touchdowns to the Warriors' rushing attack.

• The Grandview volleyball team kept alive its hopes to contend for the Centennial League championship with an epic five-set comeback victory over visiting Cherry Creek Oct. 5. The Wolves dropped the first two sets to the Bruins, but won an extended third set, forced a fifth and prevailed by three points in the decider for a 17-25, 23-25, 27-25, 25-22, 15-12 win. Senior Marina Schlaepfer racked up 24 skills in the victory, while junior Kylee Harr (14), senior Brennah Gaston (12) and senior Alexis Gregson (10) also got into double digits, senior Anjelica Juan dished out 59 assists and senior Raychel Riesd made 30 of 86 digs for Grandview, which won its third straight after a 6-6 start.

• The Cherokee Trail softball team capped its regular season with a strong 8-1 victory at Eaglecrest Oct. 5 to claim second place overall in the Centennial League and take the top 5A postseason qualifying spot out of the league. The Cougars (16-3 overall, 6-1 Centennial League) pounded out 14 hits — including four for junior Alyssa Pinto — and got three RBI apiece from senior Chloe Knapp and sophomore Delanie Cox, while senior Audrey Plekett scattered six hits and allowed a single run on the mound. Sophomore Rachel Sabourin's RBI triple knocked home sophomore Brandi Morris for the only run for the Raptors (15-4, 5-2), who closed out their season with a 6-3 win at Fossil Ridge.

## HEALTH & FITNESS

### Study: Men with anxiety more likely to die of cancer

**By Melissa Healy**
Los Angeles Times (TNS)

Men over 40 who are plagued with the omnipresent of generalized anxiety disorder are more than twice as likely to die of cancer than are men who do not have the mental affliction, new research finds. But for women who suffer from severe anxiety, the research found no increased risk of cancer death.

That finding, presented Tuesday at the European College of Neuropsychopharmacology's Congress in Vienna, emerges from the largest study ever to explore a link between anxiety and cancer. It tracked 15,938 Britons over 40 for 15 years.

Even after researchers took account of factors that boost the risk of cancer, including age, alcohol consumption, smoking and chronic diseases, men with a diagnosis of generalized anxiety disorder were 2.15 times as likely to die of cancer than were those with no such diagnosis.

Generalized anxiety disorder, a condition marked by excessive, uncontrollable worry about many areas of life, affected women more commonly than it did men. Among women in the large cohort studied, 2.4 percent suffered from the disorder. Among men in the cohort, 1.8 percent did.

The authors of the new research acknowledge that the findings do not reveal how cancer and anxiety are related, and do not show that anxiety causes cancer. Men with anxiety may engage in behaviors that increase cancer risk. But the two diseases may also spring from common origins, including, possibly, higher rates of systemic inflammation.

Whatever the relationship, says the study's lead author, the new findings identify extremely anxious men as a population whose mental and physical health should be closely tracked.

"Society may need to consider anxiety as a warning signal for poor health," said study lead author Olivia Remes of Cambridge University's Institute of Public Health.

### Did you know there are health benefits in black pepper?

Black pepper is the fruit of the black pepper plant from the Piperaceae family and is used both a spice and a medicine. The chemical piperine, which is present in black pepper, causes the spiciness. It is native to Kerala, the southern state of India. Since ancient times, black pepper is one of the most widely traded spices in the world.

Black pepper is good for the stomach. Pepper increases the hydrochloric acid secretion in the stomach, thereby facilitating digestion. Proper digestion is essential to avoid diarrhea, constipation and colic. Pepper also helps to prevent the formation of intestinal gas, and when added to a person's diet, it can promote sweating and urination, which remove toxins from the body. Sweating removes toxins and cleans out the pores of any foreign bodies that may have lodged there, and it can also remove excess water or accumulation, also known as edema. In terms of urination, you can remove uric acid, urea, excess water, and, since 4% of urine is made of fat. For digestion, inducing digestion can help you lose weight and increase the overall functioning of your body and prevent various gastrointestinal conditions and colorectal cancer. Its ability to expel gas is because black pepper is a carminative, which forces gas out of the body in a healthy, downward motion, rather than pressing upwards in a dangerous way and straining the upper chest cavity and vital organs. It also inhibits more gas from forming in the body.

Black pepper can aid in weight loss. The outer layer of peppercorn assists in the breakdown of fat cells. Therefore, peppery foods are a good way to help you shed weight naturally.

Pepper and skin health. Pepper helps to cure Vitiligo, which is a skin disease that causes some areas of skin to lose its normal pigmentation and turn white. According to researchers in London, the piperine content of pepper can stimulate the skin to produce pigment. Topical treatment of peperine combined with ultra violet light therapy is much better than the other harsher, more chemically-based treatments for vitiligo. It also reduces the chances of skin cancer due to excessive ultraviolet radiation.



SANDI ASHLOCK

In Ayurvedic practices, pepper is added to tonics for colds and coughs. Pepper also provides relief from sinusitis and nasal congestion. It has an expectorant property that help to break up the mucus and phlegm depositions in the respiratory tract, and its natural irritant quality helps you to expel those loosened material through the act of sneezing or coughing, which eliminates the material from the body and helps you to heal from whatever infection of illness caused the deposition in the first place.

An antioxidant like pepper can prevent or repair the damage caused by the free radicals and thus help to prevent cancer, cardiovascular diseases and liver problems. Free radicals are the byproducts of cellular metabolism and attack healthy cells and cause their DNA to mutate into cancerous cells. Antioxidants like black pepper neutralize these harmful compounds and protect your system from many conditions, even premature aging symptoms like wrinkles, age spots, macular degeneration and memory loss.

Peperine, one of the key components of black pepper has been shown in numerous studies to reduce memory impairment and cognitive malfunction. Chemical pathways in the brain appear to be stimulated by this organic compound, so early research demonstrates the possibility for pepper to benefit Alzheimer's patients and those that are suffering from dementia and other age-related or free radical-related malfunctions in cognition.

According to Ayurvedic medicine, black pepper also helps to prevent ear-aches and gangrene, hernia, hoarseness and insect bites, tooth decay and toothache. In ancient times, pepper was also administered to treat vision problems.

A word of warning! Pepper may cause sneezing. Patients who have undergone abdominal surgery should not add excessive pepper to their diet because it can have an irritating effect on the intestines. Black pepper should not be taken in high concentrations, and if you show signs of an allergic reaction, discontinue its use and consult a doctor.

If you have any questions you would like to see answered right here in this column, please feel free to contact me at (719) 429-1605, www.healthandwellness@questofice.net, or visit www.sandiashlock. juiceplus.com. Thank you for your interest. If you need help feeling and keeping a healthier you, please call.

*Sandi Ashlock is a Certified Psychology of Eating Coach with Health and Wellness Plain and Simple. For more information, email healthandwellness@questofice.com or call (719) 429-1605.*

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on **June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will <u>not receive any money</u> if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

**Honey Crisp Have Arrived!**

**Colon Orchards**
www.colonorchards.com
3175 Grandview • Cañon City • 275-6359

**COLORADO REBELS RIDING CLUB**

**CONGRATULATIONS 2016 CRRC FALL SERIES WINNERS**

(Pictured from left to right)
Brylee Wellborn & Fallyn Mallette (tie) Reserve Champion 8 & Under Kristin Knifong-Reserve Champion Senior Isabella Dalton- Reserve Champion 9-13 Lexi Draper- 8 & Under Champion Chad Draper- Champion Senior Macy French- Champion 14-18 Kaylee Jennings- Reserve Champion 14-18 NOT PICTURED: Lyndsey French 9-13 Champion

Questions? Contact Karyn at 719-375-9027 or Kristin 719-252-0778
coloradorebelsridingclub.com Or  📷 @coloradoRebelsRidingClub

8A | SUNDAY, SEPTEMBER 25, 2016   DAILY CAMERA

# Experts: May be hard to convict Tulsa officer of manslaughter

**By Michael Tarm**
Associated Press

CHICAGO — Prosecutors moved quickly to charge a white Tulsa, Okla., police officer with manslaughter in the fatal shooting of an unarmed black man whose vehicle broke down in the middle of a street. Now, they have to prove it.

The Tulsa County District Attorney's Office offered just a glimpse of the existing evidence when it charged Officer Betty Shelby with first-degree manslaughter in the death of Terence Crutcher.

A video from a police helicopter and another from a dashboard camera show the incident, but they are partly obscured and neither shows unambiguously that Shelby had acted criminally. Crutcher can be seen walking with his hands in the air toward his SUV, stopping by the driver's window and then falling as a shot is fired.

Based on what's been made public thus far, some legal experts say prosecutors may have the tougher task of proving the officer's guilt beyond a reasonable doubt at a trial. Said Lee F.



Tulsa Police Department
This undated photo shows Tulsa police officer Betty Shelby.

Berlin, a former assistant district attorney-turned-defense lawyer in Tulsa: "I would much rather defend this case than prosecute it."

**Q: What's required to prove the charge?**

**A:** Prosecutors aren't saying they think Shelby planned to kill Crutcher on the evening of Sept. 16. If they believed there was premeditation, she could have faced a murder charge.

What they would have to prove to jurors is that Shelby fired the fatal shot by succumbing to an irrational fear that the 40-year-old Crutcher was about to harm or kill her. If convicted, Shelby would face anywhere from four years to life in prison.

**Q: does the case hinge on one question?**

**A:** If so, it's this, said former federal prosecutor Jeff Cramer: "We know she was afraid. But was that fear a reasonable fear? Everything rises or falls on the answer."

Fear of a rhino charging at you might well be reasonable; a fear of an ant crossing your path almost certainly isn't. Assessing reasonable fear in police shootings is rarely straightforward. A 1989 U.S. Supreme Court ruling provided some guidance. Noting that officers "are often forced to make split-second judgments," it found that the reasonableness of an officer's use of force should be judged "from the perspective of a reasonable officer on the scene, rather than with the 20/20 vision of hindsight."

At any trial, prosecutors are likely to call a lot of witnesses, including police officers, to try and show that other officers in Shelby's position wouldn't have acted as she did. Cramer says the defense will almost certainly have to call one particular witness to counter that testimony: Shelby herself. "She has to take the stand," said Cramer, now a Chicago-based managing director of investigations at Berkeley Research Group. "She is the only one that can testify to what she was thinking."

**Q: What might support the charge?**

**A:** A two-page affidavit filed with the charging document offers a concise account of how events unfolded but only hints at what prosecutors could argue at trial. It says, for instance, that Shelby had already checked the driver's side of Crutcher's SUV and saw no weapons minutes before she opened fire. That would seem to cast doubt on statements that she perceived an imminent threat and fired because Crutcher started reaching through the driver's side window and she thought he might be going for a weapon.







## UPDATE YOUR BATH & SHOWER
WE REPAIR & REFINISH IN 2 DAYS OR LESS!

BEFORE   AFTER!
We provide a permanently sealed

THOUSANDS less than replacement

CALL NOW TO SAVE $50 ON YOUR SHOWER DOOR PURCHASE!

WE SELL AND INSTALL QUALITY SHOWER DOORS!

**Miracle Method®** SURFACE REFINISHING
www.miraclemethod.com/boulder

1822 Sunset Place, Suite A, Longmont CO
**303-776-3449**

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802, at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing schedule changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

SEPTEMBER CLOG SALE $10 - $50 OFF
Colorado's Largest Clog Selection!
All Clog Styles Included

**PEDESTRIAN SHOPS**
comfortableshoes.com
ON THE DOWNTOWN MALL
1425 Pearl St. · 303-449-5260
· IN THE VILLAGE ·
1738 U. Megabucks · 303-449-5360

Perfect for accenting any outfit, this scarf will make you look good and feel great. Made from ultra-soft, eco-friendly viscose from bamboo.

## BAMBOO SCARVES
**Buy 2 Get 1 Free**
Through September

*Carlolina Boulder 1466 Pearl Street Boulder, CO 80302*
Cannot be combined with any other discount or offer. Limit one per purchase.

Global performance. World-class entertainment. **You have**

CU PERFORMING ARTS Theatre

## 44 Plays for 44 Presidents
By Andy Bayiates, Sean Benjamin, Genevra Gallo-Bayiates, Chloe Johnston, and Karen Weinberg

**Sept. 23-Oct. 2**
University Theatre, tickets $20 and up

In this entertaining and thought-provoking production, the story of America unfolds in a series of two-minute vignettes each focused on a different U.S. president. Time travel through our country's dramatic ups and downs, from its idealistic beginnings to the Civil War to modern times.

colorado.edu/theatredance · 303-492-8008

**CU PRESENTS** University of Colorado Boulder



Global performance. World-class entertainment. **You have to be here.**

ARTIST SERIES

## MOMIX: Opus Cactus

**Sunday, Oct. 2 at 7:30 p.m.**
Macky Auditorium, tickets $20 and up

Back by popular demand! Through daring movement, optical illusions and astounding inventiveness, the dancers of MOMIX create a dreamlike fantasy world. "Opus Cactus" brings the landscape of the Sonoran desert to life with slithering lizards, fire dancers and more.

cupresents.org · 303-492-8008

**CU PRESENTS** University of Colorado Boulder



DAILY CAMERA | WEDNESDAY, OCTOBER 5, 2016 | **3A**

# WORLD VIEW

*More reports at dailycamera.com*

# Clinton seeks support from women

**Trump takes campaign to Arizona**

By Kathleen Hennessey and Ken Thomas
Associated Press

HAVERFORD, Pa. — Hillary Clinton appealed to voting mothers Tuesday at a Family Town Hall, outlining ways she hopes to curb gun violence as president and provide paid family leave and sick days for struggling working moms.

"It should not be so hard to be a young parent. And it should not be so hard on the other end of the age spectrum to take care of your loved one," Democrat Clinton said in a question-and-answer session with supporters, making the case to female voters who have periodically backed Republicans in past presidential races.

Donald Trump, meanwhile, sought to shore up support in Arizona after finding himself on the defensive with revelations that his massive financial losses could have allowed him to avoid paying federal income taxes for years. He was also grappling with new allegations of boorish treatment of women and criticism of his comments about veterans' health.

The issues were certain to take the spotlight Tuesday night at the first vice presidential debate between Republican nominee Indiana Gov. Mike Pence and Democratic nominee Virginia Sen. Tim Kaine.

First lady Michelle Obama joined in, assailing Trump at a rally in Charlotte, N.C. She said, "The

presidency doesn't change who you are, it reveals who you are."

Trump has not said whether he has paid federal income taxes in recent years and has refused to release his tax returns. On the stump Monday night, he told supporters he used taxes law "brilliantly" to his benefit, but pointed to "unfairness" in the system.

"But I'm working for you now. I'm not working for Trump," he said at a rally in Colorado, part of a Western campaign swing due to take him to Prescott Valley, Ariz., later in the day.

Trump's tax-reform proposals do not call for changing the provision that would have allowed him to avoid paying taxes.

There were signs Trump's troubles were trickling down to other Republicans on the ballot.

New Hampshire Sen. Kelly Ayotte, a Republican running for re-election, stumbled on Monday night when she was asked whether she considers her party's nominee to be a role model for children. Ayotte, who is in a close race with Democratic Gov. Maggie Hassan, initially answered "absolutely," but then back-tracked in a statement afterward saying she had changed her mind.

"I misspoke tonight," the statement said. "While I would hope all of our children would aspire to be president, neither Donald Trump nor Hillary Clinton have set a good example,

and I wouldn't hold up either of them as role models for my kids."

Ayotte's trouble answering the question underscores Trump's trouble with independent, moderate and college-educated women who are turned off by Trump.

Those were precisely the type of voters Clinton was seeking to connect with in suburban Philadelphia's Delaware County, where President Barack Obama earned 60 percent of the vote in both the 2008 and 2012 election but has often served as a swing area in the battleground state.

During the town hall, 15-

year-old Brennan Leach, the daughter of Democratic state Sen. Daylin Leach, told Clinton that "body image" was a major issue for girls her age at school, adding, "I see with my own eyes the damage Donald Trump does when he talks about women and how they look."

Responding to how she would "undo some of that damage," Clinton thanked Leach as the crowd cheered, saying she was "so proud of you for asking that question." She said her "opponent had taken this concern to a new level of difficulty and meanness. And you know, it's shocking when women are called names."

"Think about it, my opponent insulted Miss Universe. I mean how do you get more acclaimed than that? But it wasn't good enough." She added, "we need to laugh at it. We need to refute it. We need to ignore it. We need to stand up to it."

Chelsea Clinton, the mother of two young children and a top surrogate for elusive young voters who have yet to fully embrace the Democrat, said her mother was committed to helping families. "I wish that people really understood that stronger together, that putting families and children first, isn't rhetorical for my mom," she said.

Clinton was also campaigning later in the day in Harrisburg.

Trump faced new questions over his treatment of

women Monday as former cast and crew members from the reality TV show "The Apprentice" described for the first time his treatment of women on the set. Show insiders told the Associated Press that Trump rated female contestants by the size of their breasts and talked about which ones he'd like to have sex with.

The campaign issued a broad denial, calling the claims "totally false."

Trump was also taking heat over remarks suggesting that soldiers who suffer from mental health issues might not be as strong as those who don't.

"When you talk about the mental health problems — when people come back from war and combat, and they see things that maybe a lot of the folks in this room have seen many times over, and you're strong and you can handle it. But a lot of people can't handle it," Trump told a veterans group Monday.

Trump made the comments as he discussed his commitment to improving mental health services for veterans.

Vice President Joe Biden, whose late son was in the national guard and served in Iraq, called Trump "out of touch."

In an interview that aired Tuesday on CNN, the vice president also said Trump is "not a bad man." But he added: "His ignorance is profound, so profound."

Trump's campaign said Monday the comment was being misconstrued.



Democratic presidential candidate Hillary Clinton takes a photograph with members of the audience at a town hall Tuesday at the Haverford Community Recreation and Environmental Center in Haverford, Pa.

Andrew Harnik / Associated Press



**MAKING CARS SPARKLE SINCE 1973**

PUDDLE CAR WASH
1978

Thank you!

**PUDDLE CAR WASH**
3100 28th Street in Boulder
303-447-9274
www.puddlecarwash.com

---

**GET IT DONE RIGHT THE FIRST TIME!**

With fully stocked trucks... we have a toolbox on wheels.

**$99 Heating System Safety Check.**
Expires 10/31/2016. Must present coupon. not valid with other offers.

**PRECISION**
PLUMBING • HEATING
COOLING • ELECTRIC
303-442-0154
www.PrecisionAirConditioning.com

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities (but not those that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claim may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

6A | SUNDAY, OCTOBER 9, 2016 | DAILY CAMERA

2016 election

# Emails show 'moderate' side of Clinton

## Leaked comments at odds with fiery message

**By Lisa Lerer**
Associated Press

WHITE PLAINS, N.Y. — Hillary Clinton took nearly every precaution to ensure voters would never know what she told investment bankers, lobbyists and corporate executives in dozens of closed-door paid speeches before running for president.

Turns out, the Democratic presidential nominee had good reason to do so.

The private comments strike a tone starkly at odds with the fiery message she's pushed throughout her campaign, particularly during the hard-fought Democratic primary. Some of her remarks give fresh fuel to liberals' worst fears about Clinton, namely that she is a political moderate, happy to cut backroom deals with corporate interests and curry favor with Wall Street for campaign dollars.

The WikiLeaks organization on Friday posted what it said were thousands of emails obtained in a hack of the Clinton campaign chairman's personal email account. Among the documents posted online was an internal review of the speeches conducted by campaign aides to survey the political damage her remarks could cause if they ever became public.

In what aides calculated were the most damaging passages, she reflects on the necessity of "unsavory" political dealing, telling real estate investors that "you need both a public and private position." To investment bankers from Goldman Sachs and BlackRock, Clinton admits that she's "kind of far removed" from the middle-class upbringing that she frequently touts on the campaign trail. She tells Xerox CEO Ursula Burns that both political parties should be "sensible, moderate, pragmatic."

And in speeches to some of the country's biggest banks, she highlighted her long ties to Wall Street, bantering with top executives and saying that she views the financial industry as a partner in government regulation.

"Part of the problem with the political situation, too, is that there is such a bias against people who have led successful and/or complicated lives," she said, according to an excerpt from an October 2013 discussion with Goldman Sachs CEO Lloyd Blankfein.

Clinton goes on to appears to question the importance of the divestment of assets that financial executives often undertake to avoid the appearance of conflicts of interest when they enter government service.

"You know, the divestment of assets, the stripping of all kinds of positions, the sale of stocks. It just becomes very onerous and unnecessary," she said.

Clinton's campaign has refused to confirm — or deny — the authenticity of the thousands of emails, suggesting they were part of a Russian effort to influence the outcome of the presidential race. "I'm not happy about being hacked by the Russians in their quest to throw the election to Donald Trump," campaign chairman John Podesta tweeted. "Don't have time to figure out which docs are real and which are faked."

In an effort to keep those speeches private, strongly worded contracts prohibited unauthorized recordings, reporters were banned and, in some cases, blog posts about her remarks pulled off websites. Throughout her campaign, she has staunchly refused to release transcripts, resisting pressure from primary rival Bernie Sanders and the media to do so.

The WikiLeaks disclosures should be the kind of "October surprise" that would thrill Clinton's opponents, who've spent years attacking her as untrustworthy and willing to say anything for personal gain.

Yet Republicans have found themselves largely unable to capitalize on the moment, consumed instead by the latest scandal of their nominee, a video showing Trump admitting to making predatory and lewd advances on women.

This isn't the first time Trump has saved Clinton from damaging political fallout. The memory of Clinton staggering and stumbling after leaving a 9/11 memorial event last month was largely erased by Trump's destructive performance in the first presidential debate.

But Clinton's private comments, now public, aren't going away. If she wins the White House, they'll trail her into the Oval Office, planting seeds of distrust among some of her liberal allies.

A January 2016 email from the Clinton campaign's research director to top communications staffers includes excerpts from 15 of the more than 100 speeches she gave after leaving the State Department, appearances that netted her $21.7 million.

One passage puts Clinton squarely in the free-trade camp, a position she has struggled with repeatedly during the 2016 election. During the first general election debate, Clinton said she supports "smart and fair trade."

But nearly three years earlier, in a talk to a Brazilian bank, she said her "dream" is a "hemispheric common market, with open trade and open borders" and asked her audience to think about doubling American trade with Latin America "would mean for everybody in this room."

In another speech that year, Clinton conceded that presidential candidates need the financial backing of Wall Street to mount a competitive national campaign. That's a position that plays right into political attacks leveled by both Sanders and Trump, who've accused Clinton of being bought and paid for by Wall Street.

"New York is probably the leading site for contributions for fundraising for candidates on both sides of the aisle," she said at the October 2013 investor conference, sponsored by Goldman Sachs. "There are a lot of people here who should ask some tough questions before handing over campaign contributions to people who were really playing chicken with our whole economy."

Three years after her speech, her campaign and pro-Clinton super PACs have raised nearly $59 million from financial investors, according to data collected by the Center for Responsive Politics.



Andrew Harnik / Associated Press
Democratic presidential candidate Hillary Clinton speaks Oct. 5 at a Women for Hillary fundraiser at the Hyatt Regency in Washington.



RE-ELECT
**DEB GARDNER**
BOULDER COUNTY COMMISSIONER • DIST. 2

*It's been a privilege to serve the people of Boulder County for the last four years — but there's a lot left to do!*

■ Continuing flood recovery efforts.

■ Addressing the need for affordable housing.

■ Reducing and preparing for the effects of climate change.

■ Increasing inclusivity and diversity on County Boards and in elected offices.

■ Reducing overcrowding at the Boulder County Jail.

**www.debgardner.net**

PAID FOR BY DEB GARDNER FOR BOULDER COUNTY COMMISSIONER

---

**GET THE SCORE.**

Knights, Eagles, Panthers, Trojans, Coyotes, Warriors — no matter which high school team you follow, you'll find its scores and more at BoCoPreps.com.

**BOCOPREPS.COM**

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claim may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by its terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

The Burlington Record, Burlington, Colorado
Thursday, September 22, 2016

**5D**



# School Menus

## Burlington school district breakfast menus

Following is the breakfast menu for the Burlington School District for the week of Sept. 26 to Sept. 30:
Monday, Sept. 26: Frudel, apple
Tuesday, Sept. 27: Nutri Grain bar, juice
Wednesday, Sept. 28: Cereal, banana
Thursday, Sept. 29: Bagels, cream cheese
Friday, Sept. 30: No school
All meals include milk.

## Burlington school district lunch menus

Following is the lunch menu for the Burlington School District for the week of Sept. 26 to Sept. 30:
Monday, Sept. 26: Nachos, corn, pears
Tuesday, Sept. 27: Chicken fajita, salsa, sour cream, Spanish rice, fruit cocktail
Wednesday, Sept. 28: Chili dogs, corn, applesauce
Thursday, Sept. 29: Goulash, biscuit, jelly, orange
Friday, Sept. 30: No school
Elementary school has veggie and fruit bar daily.
High school and middle school have salad bar with fruit daily.
Variety of milk offered daily.

## Stratton Schools breakfast menus

Stratton Schools breakfast menus for Sept. 26 to Sept. 30:
Monday, Sept. 26: French toast
Tuesday, Sept. 27: Biscuits and gravy
Wednesday, Sept. 28: Egg, hash browns, toast
Thursday, Sept. 29: Bacon and cheese rounds
Friday, Sept. 30: Sausage muffins
Breakfast served with fruit, juice and milk

## Stratton Schools lunch menus

Stratton Schools lunch menus for Sept. 26 to Sept. 30:
Monday, Sept. 26: Corn dogs
Tuesday, Sept. 27: Lasagna
Wednesday, Sept. 28: Turkey sandwich
Thursday, Sept. 29: Chili burgers
Friday, Sept. 30: Hamburgers
All lunches are served with fruit, vegetable, and milk. Salad bar offered each day at the high school.

## Hi-Plains breakfast menus

Following is the elementary and high school breakfast menus for Sept. 26 to Sept. 30:
Monday, Sept. 26: No school
Tuesday, Sept. 27: Bacon and cheese rounds
Wednesday, Sept. 28: Pancakes, syrup, sausage patties, margarine
Thursday, Sept. 29: Bacon and eggs, toast
Friday, Sept. 30: Breakfast bar
All breakfasts served with fruit, juice and milk.

## Hi-Plains lunch menus

Hi-Plains elementary and high school lunch menus for Sept. 27 to Sept. 30:
Tuesday, Sept. 27: Chicken patties, bun
Wednesday, Sept. 28: Pulled pork, bun
Thursday, Sept. 29: Chicken fajitas, toppings
Friday, Sept. 30: Spaghetti, meat or plain sauce
All lunches served with vegetable, salad bar, fruit, milk.

## Bethune breakfast menus

Bethune School breakfast menus for Sept. 26 to Sept. 30:
Monday, Sept. 26: Grilled cheese
Tuesday, Sept. 27: Biscuit with sausage
Wednesday, Sept. 28: Waffles, sausage
Thursday, Sept. 29: Muffin, hard boiled eggs
Friday, Sept. 30: No school
All meals include milk.

## Bethune lunch menus

Bethune School lunch menus for Sept. 26 to Sept. 30:
Monday, Sept. 26: Meatballs with gravy
Tuesday, Sept. 27: Cheeseburger pocket
Wednesday, Sept. 28: Taco salad
Thursday, Sept. 29: Roast pork
Friday, Sept. 30: No school
All menus served with vegetables, fruit, milk.

## Idalia breakfast menus

Following is the breakfast menus for Idalia School for Sept. 26 to Sept. 30:
Monday, Sept. 26: Muffins, scrambled eggs, yogurt
Tuesday, Sept. 27: Toast, scrambled eggs
Wednesday, Sept. 28: Bagels, scrambled eggs
Thursday, Sept. 29: Breakfast burrito, yogurt
Friday, Sept. 30: Breakfast round, scrambled eggs
All meals served with milk or juice.
Cereal will be served every day if student chooses not to take main course.

## Idalia lunch menus

Following is the lunch menus for Idalia School for Sept. 26 to Sept. 30:
Monday, Sept. 26: Lasagna, garlic bread
Tuesday, Sept. 27: Chicken teriyaki, veggie fried rice
Wednesday, Sept. 28: Parmesan chicken sandwich
Thursday, Sept. 29: Beef burrito with green chili, refried beans
Friday, Sept. 30: Cheesy nachos with ground beef option, spicy bean salad, dessert
All meals served with salad bar and milk.



NATIONAL CHILDHOOD OBESITY AWARENESS MONTH

---

# PUBLIC NOTICE

00100
WATER QUALITY IMPROVEMENTS –
SCHEDULES A, B, AND C
CITY OF BURLINGTON

**ADVERTISEMENT FOR BIDS**

1. Sealed Proposals for construction of the Water Quality Improvements will be received at the City of Burlington – City Hall, 415 15th Street, Burlington, Colorado 80807, on or before 11:00 a.m., Monday, October 17, 2016 at which time the proposals will be publicly opened and read. Any proposal received after the above specified time will be immediately returned to the Bidder unopened.

2. The work generally consists of the following major items:

Schedule A
•Installation of approximately 27,087 l.f. of HDPE raw water transmission main, 4-inch to 12-in size.
•Jack and Bore approximately 418 l.f. of water mains with steel casing pipe under XYZ Railroad, three locations.
•Installation of approximately 6,819 l.f. of PVC water main, 4-inch to 12-inch size.
•Installation of approximately 1,524 l.f. of 8-inch PVC sanitary sewer with manholes.

Schedule B
•Drill and develop one new well (South Haldei into Ogallala formation.
•Construction of two well houses with associated pumps, interior piping, on-site chlorination and, controls (North and South Halde well sites).
•Upgrade seven existing well houses with various modifications including new pumps and motors, VFDs, chlorination, piping, and/or controls.

Schedule C
•Construction of a Central Blending Plant with supplementary chlorine disinfection and pumping station.
•Program a central station computer to communicate with well and control houses.
•Associated site restoration, including seeding, paving, and items necessary to complete the project.

It is not required that a Contractor bid on all Schedules. Contractors may bid on one, two, or all Schedules.

3. The Contract Documents, containing the detailed Drawings and Specifications for the construction work, together with the proposed construction Contract, may be seen at the office of Merrick & Company, 2480 W. 26th Avenue, Suite B225, Denver, Colorado, 80211 and at the City of Burlington, 415 15th Street, Burlington, Colorado, 80807. Hard copies thereof may be obtained from Merrick and Company for a cost of $50.00, or may be obtained electronically in pdf format free of charge by sending a request to plansrequest@merrick.com.

4. Bid security in the amount of 5 percent (%), unqualified, of the total Proposal price, will be required with each Proposal. Character and disposition of such bid security are stated in "Instructions to Bidders" of the Contract Documents. Included with the Contract Documents is a Bid Bond form to be used by Bidders not submitting a cashier's check or a certified check.

5. Further information will be found in "Instructions to Bidders" of the Contract Documents. Each Bidder will be assumed to be familiar with all Contract Documents, including all Drawings and Specifications.

First publication: Sept. 22, 2016
Last publication: Oct. 6, 2016

City of Burlington
By James Bradley
City Manager

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgages and other security interests) in real property within the Property Class Area on **June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my rights?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



**CONTACT INFORMATION**

## Colorado U.S. Congressional Delegation

**Senator Cory Gardner (R)**
United States Senator
B40B Dirksen Senate Office Building
Washington, D.C. 20510-0608
DC Phone: 202-224-5941
DC Fax: 202-224-6471
Electronic Correspondence:
Homepage:
Twitter:
District Office:
529 North Albany St., Suite 1220
Yuma, CO 80759-1500
Voice: 970-848-2665

**Senator Michael F. Bennet (D)**
United States Senator
261 Russell Senate Office Building
Washington, DC 20510
DC Phone: 202-224-5852
DC Fax: 202-228-5097
Electronic Correspondence:
http://www.bennet.gov/contact/
Homepage: http://www.bennet.gov
Twitter: http://twitter.com/#!/senbennetco
Facebook: http://www.facebook.com/senatorbennet
District Office: 129 West "B" Street
Pueblo, CO 81003
Voice: 719-542-7550
Fax: 719-542-7555

### District 1
**Rep. Diana Degette (D)**
United States House of Representatives
2368 Rayburn House Office Building
Washington, D.C. 20515-0601
DC Phone: 202-225-4431
DC Fax: 202-225-5657
Electronic Correspondence: https://
degette.house.gov/contact/
send-me-an-email/email-me
Homepage: http://degette.house.gov/
Twitter: @repdianadegette
District Office:
600 Grant Street, Suite 202
Denver, CO 80203
Voice: 303-844-4988
Fax: 303-844-4996

### District 2
**Rep. Jared Polis (D)**
United States House of Representatives
1433 Longworth House Office Building
Washington, D.C. 20515-0602
DC Phone: 202-225-2161
DC Fax: 202-226-7840
Electronic Correspondence:
https://polis.house.gov/forms/
writeyourrep/default.aspx
Twitter: @jaredpolis
Homepage: http://polis.house.gov/
District Office:
4770 Baseline Road, Suite 220
Boulder, CO 80303
Voice: 303-484-9596
Fax: 303-568-9007

### District 3
**Rep. Scott R. Tipton (R)**
United States House of Representatives
218 Cannon House Office Building
Washington, D.C. 20515-0603
DC Phone: 202-225-4761
DC Fax: 202-226-9669
Electronic Correspondence: https://
tipton.house.gov/contact/email-me
Homepage: http://tipton.house.gov/
Twitter: @reptipton
District Office:
503 North Main Street, Suite 658
Pueblo, CO 81003
Voice: 719-542-1073
Fax: 719-542-1127

### District 4
**Rep. Ken Buck (R)**
United States House of Representatives
416 Cannon House Office Building
Washington, D.C. 20515-0604
DC Phone: 202-225-4676
DC Fax: 202-225-5870
Electronic Correspondence:
https://buck.house.gov/contact/email
Homepage: https://buck.house.gov/
District Office:
7505 Village Square Drive, Suite 207
Castle Rock, CO 80108
Voice: 720-639-9165
Fax: 720-583-0873

### District 5
**Rep. Doug Lamborn (R)**
United States House of Representatives
2402 Rayburn House Office Building
Washington, D.C. 20515-0605
DC Phone: 202-225-4422
DC Fax: 202-226-2638
Electronic Correspondence: https://
lamborn.house.gov/index.
cfm?Sectionid=168
Homepage: http://lamborn.house.gov/
index.html
Twitter: @RepDLamborn
District Office:
1125 Kelly Johnson Blvd., Suite 330
Colorado Springs, CO 80920
Voice: 719/520/0055
Fax: 719-520-0840

### District 6
**Rep. Mike Coffman (R)**
United States House of Representatives
2443 Rayburn House Office Building
Washington, D.C. 20515-0606
DC Phone: 202-225-7882
DC Fax: 202-226-4623
Electronic correspondence: https://
coffman.house.gov/contact/email-me
Homepage: http://coffman.house.gov/
Twitter: @repmikecoffman
District Office:
Cherry Creek Place IV, Suite 305
3300 South Parker Road
Aurora, CO 80014
Voice: 720-748-7514
Fax: 720-748-7680

### District 7
**Rep. Ed Perlmutter (D)**
United States House of Representatives
1410 Longworth House Office Building
Washington, D.C. 20515-0607
DC Phone: 202-225-2645
DC Fax: 202-225-5278
Electronic Correspondence: https://
forms.house.gov/perlmutter/web-
forms/contact.shtml
Homepage: http://perlmutter.house.gov/
Twitter: @RepPerlmutter
District Office:
12600 West Colfax Ave., Suite B400
Lakewood, CO 80215
Voice: 303-274-7944
Fax: 303-274-6455

---



**State Senator and Representative**

**State Senator**
**Jerry Sonnenberg (R)**
District 1
Office Location: 200 E. Colfax
Denver, CO 80203
Capitol Phone: 303-866-6360
E-mail: SenatorSonnenberg@gmail.com

**State Representative**
**Sen. Jon Becker (R)**
District 65
Office Location: 200 E. Colfax
Denver, CO 80203
Capitol Phone: 303-866-6360
E-mail: jon.becker.house@state.co.us

STATE OF COLORADO
1876

## Colorado State Government

**Governor**
**John Hickenlooper**
200 E. Colfax Ave., Ste. 136
Denver, CO 80203-1792
Phone: 303-866-2471
Fax: 303-866-2003
E-mail: www.Colorado.gov/governor

**Lt. Governor**
**Joseph Garcia**
200 E. Colfax Ave., Ste. 130
Denver, CO 80203-1792
Phone: 303-866-2087
E-mail: ltgovernor.garcia@state.co.us

**Attorney General**
**Cynthia Coffman**
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: 720-508-6000
Fax: 720-508-6030
E-mail: attorney.general@state.co.us

**State Treasurer**
**Walker Stapleton**
200 East Colfax Ave., Ste. 140
Denver, CO 80203-1722
Phone: 303-866-2441
Fax: 303-866-2123
E-mail: treasurer.stapleton@state.co.us

**Secretary of State**
**Wayne Williams**
1700 Broadway, Ste. 250
Denver, CO 80290
Phone: 303-894-2200
Fax: 303-896-4860
E-mail: secretary@sos.state.co.us

---

**Kit Carson County Commissioners**

**District #1:** Gary Koop (719) 340-2308
**District #2:** Cory Wall (719) 346-8133 x304
**District #3:** Dave Hornung (719) 349-5655

**Office Phone:** (719) 346-8133
**Fax:** (719) 346-8139
Office Fax - (719) 346-7242
E-mail: kccadmin@kitcarsoncounty.org

**6C**

The Burlington Record, Burlington, Colorado
Thursday, September 29, 2016



# School Menus

## Burlington school district breakfast menus

Following is the breakfast menu for the Burlington School District for the week of Oct. 3 to Oct. 7:
Monday, Oct. 3: Maple pancakes, apple
Tuesday, Oct. 4: Muffin, juice
Wednesday, Oct. 5: Cereal, banana
Thursday, Oct. 6: Pop Tarts, yogurt
Friday, Oct. 7: No school
All meals include milk.

## Burlington school district lunch menus

Following is the lunch menu for the Burlington School District for the week of Oct. 3 to Oct. 7:
Monday, Oct. 3: Pigs in the blanket, baked beans, chocolate pudding
Tuesday, Oct. 4: Burritos, salsa, sour cream, corn, pineapple and oranges
Wednesday, Oct. 5: Vegetable beef, Kraft cheese, crackers, cowboy bread, applesauce
Thursday, Oct. 6: Macaroni and cheese, green beans, hot rolls, fruit cocktail.
Friday, Oct. 7: No school
Elementary school has veggie and fruit bar daily.
High school and middle school have salad bar with fruit daily.
Variety of milk offered daily.

## Stratton Elementary School breakfast menu

Stratton Elementary School breakfast menus for Oct. 3 to Oct. 7:
Monday, Oct. 3: Pancakes
Tuesday, Oct. 4: Sausage, hash browns, toast
Wednesday, Oct. 5: Ham and cheese muffin
Thursday, Oct. 6: Sausage pockets
Friday, Oct. 7: No school
Breakfast served with fruit, juice and milk

## Stratton Elementary School lunch menu

Stratton Elementary School lunch menus for Oct. 3 to Oct. 7:
Monday, Oct. 3: Barbecue rib sandwich
Tuesday, Oct. 4: Tacos
Wednesday, Oct. 5: Chicken patty sandwich

Thursday, Oct. 6: Macaroni and cheese
Friday, Oct. 7: No school
All lunches are served with fruit, vegetable, and milk. Salad bar offered each day at the high school.

## Stratton MS/HS breakfast menu

Stratton Middle and High School breakfast menus for Oct. 3 to Oct. 7:
Monday, Oct. 3: Pancakes
Tuesday, Oct. 4: Sausage, hash browns, toast
Wednesday, Oct. 5: Breakfast burrito
Thursday, Oct. 6: Brunch 10 a.m.
Friday, Oct. 7: No school
Breakfast served with fruit, juice and milk

## Stratton MS/HS lunch menu

Stratton Middle and High School lunch menus for Oct. 3 to Oct. 7:
Monday, Oct. 3: Broccoli soup
Tuesday, Oct. 4: Chicken nuggets
Wednesday, Oct. 5: Barbecue pork sandwich
Thursday, Oct. 6: No lunch
Friday, Oct. 7: No school
All lunches are served with fruit, vegetable, and milk. Salad bar offered each day at the high school.

## Bethune breakfast menus

Bethune School breakfast menus for Oct. 3 to Oct. 7:
Monday, Oct. 3: Bagel with protein choice
Tuesday, Oct. 4: Breakfast burrito
Wednesday, Oct. 5: Pancakes with sausage
Thursday, Oct. 6: Breakfast pizza
Friday, Oct. 7: Late start
All meals include milk.

## Bethune lunch menus

Bethune lunch menus for Oct. 3 to Oct. 7:
Monday, Oct. 3: Chicken noodle casserole
Tuesday, Oct. 4: Pepperoni sticks
Wednesday, Oct. 5: Nacho bar
Thursday, Oct. 6: Cavatini
Friday, Oct. 7: Grilled ham and cheese
All menus served with vegetables, fruit, milk.

## Idalia breakfast menus

Following is the breakfast menus for Idalia School for Oct. 3 to Oct. 7:
Monday, Oct. 3: Muffins, scrambled eggs, yogurt
Tuesday, Oct. 4: Toast, scrambled eggs
Wednesday, Oct. 5: Bagels, scrambled eggs
Thursday, Oct. 6: Breakfast burrito, yogurt
Friday, Oct. 7: No school
All meals served with milk or juice.
Cereal will be served every day if student chooses not to take main course.

## Idalia lunch menus

Following is the lunch menus for Idalia School for Oct. 3 to Oct. 7:
Monday, Oct. 3: Salisbury steak, mashed potatoes, dinner roll
Tuesday, Oct. 4: Chipotle barbecue chicken, garlic bread
Wednesday, Oct. 5: Hamburger or cheeseburger, steak fries
Thursday, Oct. 6: Chicken enchiladas, rice
Friday, Oct. 7: No school
All meals served with salad bar and milk.

# PUBLIC NOTICE

**NOTICE TO CREDITORS**
Estate of
Donna R. Eberhart,
Deceased
Case Number:
2016PR30027
All persons having claims against the above-named estate are required to present them to the Co-Personal Representatives or to District Court of Kit Carson County, Colorado on or before January 15, 2017 or the claims may be forever barred.
Jill County
Co-Personal Representative
215 17th St.
Burlington, CO 80807
(719) 346-5203

Jeff Eberhart
Co-Personal
Representative
P.O. Box 133
Burlington, CO 80807
(719) 340-5541
First Publication: Sept. 15, 2016
Last Publication: Sept. 29, 2016

**NOTICE OF BUDGET:**
Notice is hereby given that a proposed budget has been submitted to Kit Carson County for the ensuing year of 2017; such proposed budget will be considered during public hearing on October 12, 2016 at 3:30 pm in the Commissioner's Room, 251 16th St. Suite 101, Burlington. Any interested elector of Kit Carson County may inspect the proposed budget beginning on October 17th and file or register any objections to the Board of County Commissioners at any time prior to the final adoption of the budget on December 14th.
First Publication: Sept. 29, 2016

**Call for Bids**
The Town of Stratton is currently accepting bids for erecting a 100X 60 curvet metal building to be built at the Stratton Town Shop. The building will sit on a 5 foot stem wall already on-site. Please mail bids to Town of Stratton, 918 Colorado Ave, Stratton, CO 80836, or e-mail them to townofstratton@gmail.com. If you have questions please call 719-348-5612, between 8 a.m. and 4 p.m.
First publication: Sept. 29, 2016
Last publication: Oct. 13, 2016

September
**BABY SAFETY**
Month

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



# SUPER'S
Shur Shine

Anton • Seibert • Kirk

Monday-Saturday 7:30 a.m. to 6:30 p.m.
Sunday 11 a.m. to 4 p.m.

Prices Effective:
Thursday-Wednesday
Sept. 29 - Oct. 5

**Shurfine Classic Roast Coffee**
30.5 oz.
$4⁹⁹

**Shurfine Grade A Large Eggs**
doz.
89¢

**Doritos**
9.5-10.5 oz.
2/$5

**Shurfine Vegetables**
14.25-15.25 oz.
2/$1

## Produce

**Harvest Club US #1 Russet Potatoes**
10 lb.
2/$4

**Harvest Club Baby Carrots**
1 lb.
99¢

**Dole Celery**
ea.
99¢

## Meat

**USDA Choice Boneless Stew Meat**
lb.
$5¹⁹

**Buckley Farms Chicken Breast Strips**
6 oz.
2/$5

**Shurfine Imitation Flake Style Crab Meat**
12 oz.
2/$5
*Double Coupons Every Day At Super's!*

## Grocery

**Shurfine Soda**
12 pk.
5/$10

**Shurfine Beans**
15-15.6 oz.
4/$3

**Shurfine Saltines**
16 oz.
2/$3

**Shurfine Sloppy Joe Sauce**
15 oz.
89¢

**Shurfine Flour**
5 lb.
$1²⁹

**Shurfine Sugar**
4 lb.
$1⁶⁹

**Shurfine Brownie Mix**
18.3 oz.
2/$5

**Sweet P's Bake Shop Danish Coffee Cake**
14 oz.
2/$5

## Dairy

**Shurfine Biscuits**
7.5 oz.
2/$1

**Shurfine Margarine Bowl**
15 oz.
99¢

## Frozen

**Banquet Meals**
3.2-8 oz.
99¢

**Shurfine Frozen Vegetables**
16 oz.
99¢

*Not responsible for any illustration errors that may occur in this advertisement.*

The Burlington Record, Burlington, Colorado
Thursday, October 6, 2016

**7C**

# Election 2016 - Voters face ballot issues

(cont. from page 6C)

Some advocates for the disabled community also are opposed, saying such a law could lead insurance companies to determine it is more cost-effective to provide medical aid in dying than lifelong medical care.

Opponents say the proposal lacks safeguards — it does not require that a doctor is present at time of death, does not prevent "doctor shopping," and does not prevent an heir from plotting the death of a relative to gain inheritance, said Jeff Hunt, director of the Centennial Institute at Colorado Christian University.

The initiative is "an abdication of the state's duty to protect the old, the weak and the poor," he said. "It starts out as a 'right-to-die' and morphs into a 'duty-to-die.'"

## Proposition 107
### Presidential Primary Election

Presidential primary elections would return to Colorado — and unaffiliated voters would be able to participate — if voters approve Proposition 107.

Presidential primaries were conducted in Colorado from 1992 to 2000, but the state moved to a party-run presidential caucus for the 2004 election to save money.

This year, a chaotic caucus process for the Republicans, who cancelled their traditional presidential straw poll, and Democrats prompted heightened calls for a return to the primaries.

A legislative effort failed, and Proposition 107 was born.

The measure would allow the 1 million unaffiliated voters to vote in the mail-in presidential primary along with those registered with a political party.

Under the current system, Colorado's unaffiliated only can participate in choosing the presidential nominees by affiliating with a political party.

The presidential primary would be held beginning in 2020.

Under proposition 107, the winner of a party's presidential primary would receive all delegates to the national convention, and the delegates would be bound to support the winner at the convention.

Caucuses still could be held in Colorado, but state political parties would no longer use them for choosing the presidential nominees.

A companion initiative also on the ballot, Proposition 108, deals with non-presidential primary elections.

Supporters of Proposition 107, including high-profile political and business leaders, say that allowing the 1 million active Colorado voters registered as unaffiliated to vote in presidential primaries will encourage moderation in the political process as opposed to extremism.

Candidates will have to appeal to the center of the unaffiliated have a greater say, the backers say.

The participation of unaffiliated voters is a source of contention for opponents, who fear it will dilute the clout of political parties.

Both Rick Palacio, chairman of the Colorado Democratic Party, and Steve House, chairman of the Colorado Republican Party, are opposed.

Detractors say the projected $5 million cost taxpayers will have to pay every four years to hold presidential primaries in the state will be too costly.

## Proposition 108
### Primary Elections

Colorado's 1 million unaffiliated voters would no longer have to register with a political party to participate in non-presidential primary elections under a proposal voters will consider this November.

Supporters of Proposition 108 predict that passage would force elected officials to do a better job of appealing to moderates.

"What changes is how they behave," predicted Kent Thiry, chief executive officer of the kidney care giant DaVita Healthcare Partners Inc., of the impact of passage would have on elected officials.

"They can do a little governing. The only reason they don't do that now is because they're worried about getting past their primaries."

Joining Thiry in pushing for the change are Gov. John Hickenlooper and former governors Bill Ritter, Bill Owens, Roy Romer, Dick Lamm and former U.S. senators Dick Lamm, Mark Udall and Hank Brown.

The proposition also has attracted the support of business leaders, including Kelly Brough, president and CEO of the Denver Metro Chamber of Commerce.

Proposition 108 deals with non-presidential primary elections, unlike its companion measure Proposition 107, which would require primaries for presidential races in Colorado if approved.

Proposition 108 would allow the political parties to opt out of holding a primary election and instead choose to nominate candidates by assembly or convention.

Despite the opt-out clause, opponents fear passage of Proposition 108 will erode the clout of political parties.

The proposition has drawn the opposition of Steve House, chairman of the Colorado Republican Party, and Rick Palacio, chairman of the

Colorado Democratic Party.

"We're a membership organization," House said of the party he chairs. "If we allow non-members to choose our candidate then what's the purpose of having a membership organization."

Penfield Tate, a former state legislator and former aide in the administrations of former Mayor Federico Peña and former Gov. Roy Romer, said he does not want unaffiliated voters, who may not share his values, choosing the nominees he would have to vote for in the general election.

## Amendment T
### No Exception to Involuntary Servitude Prohibition

A lingering reference to slavery in the state constitution would be removed if voters pass Amendment T, which was referred to the ballot by unanimous vote of both chambers of the state legislature.

The language, written in 1876, says: "There shall never be in this state either slavery or involuntary servitude, except as a punishment for crime." The amendment would remove that exception.

Courts have permitted work requirements associated with conviction of a crime, and it has taken forms such as work assignments in prison, which aren't mandatory but can carry loss of privileges or delay parole eligibility if inmates refuse.

Additionally, provisions such as sentencing offenders to community service or requiring employment or training as a condition of probation also have been acceptable.

Generally, the argument in favor of Amendment T centers on removing language that unnecessarily references slavery — an important though largely symbolic gesture to reflect our values of freedom and equality.

Proponents point out that many other state constitutions have no language referring to slavery and still have prison work and community service programs.

Any concerns would center on whether removing the exception would create legal uncertainty surrounding those work programs for people convicted of crimes.

## Amendment U
### Exempt Certain Possessory Interests From Property Taxes

Currently, businesses that use government-owned property for private benefit pay a property tax based on the market value of what is known as their "possessory interest."

Amendment U, which was referred to voters by the state legislature, would eliminate that tax in instances where the market value of the property is less than $6,000, and adjust that figure for inflation every two years.

There are about 7,000 such interests in Colorado that represent a tiny fraction of the state's taxable property and generate about $7 million in taxes each year. The amendment's exemptions would cover about 5,100 of those interests that produce an estimated $125,000 in annual tax revenue statewide.

The argument in favor of the amendment focuses on cutting the cost of an administrative burden that in many cases exceeds the tax — particularly in the instance of agricultural leases that often generate less than $10 in taxes against costs of things like mailing notices and tax enforcement.

Weighing against that is the contention that Amendment U would provide an unfair tax break for those businesses that use government land for private benefit, even though the amount of the tax may be relatively small.

Reported by Denver Post staff writers Kevin Simpson, Christopher N. Osher, Jennifer Brown, Aldo Svaldi and John Wenzel.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area <u>on June 7, 1989</u> <u>(one day after a famous FBI raid of the plant site)</u>. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will <u>not receive any money</u> if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

# Seibert news

Lila Taylor

**Week of 9-29**

Bev Cowen was among those who attended the memorial service Friday morning for Patsy Hatfield.

Wednesday Kelly and Sheena Burr made a business trip to Colorado Springs.

Zeta Deiser came Friday and attended the memorial service for Patsy Hatfield with Jacque Levin, and afterwards visited with Jacque at her home.

Eddy Perkens and Bev Cowen went to Burlington on Friday.

Kelly and Sheena Burr went to Idalia Friday evening to see the ball game.

Granddaughter, Joie Chamberlain, came home with them to stay overnight.

Cary and Lynda Hatfield and Michelle Bailey called on Lawrence and Rogene Colby Sunday evening.

Bev Cowen and Dorothy Turner took a long drive around the country Sunday afternoon enjoying the fall scenery.

Friday afternoon Mr. and Mrs. Vince Brekeo of Silverthorne came to spend the weekend with Mr. and Mrs. Kelly Burr. On Saturday both couples went to Burlington to visit Delpha Burr at The Legacy.

Lawrence and Rogene Colby and Connie Stegman went to Pueblo Wednesday. On the way back they stopped in Limon to see the beautiful new home of Troy and Kelbi Ford and little sons.

Mike and Wanda Short Rolow of Silverthorne spent Saturday and overnight with Lawrence and Rogene Colby. On Saturday evening all attended the football game at Otis.

Lawrence and Rogene Colby attended the memorial service for Patsy Hatfield on Friday.



HOME ENERGY EVALUATIONS

**WE'VE GOT YOU COVERED**

As your energy provider and partner, Black Hills Energy offers free home energy evaluations that can make your home and budget more comfortable.

An expert will show you easy energy efficiency measures and tips. Your evaluator could install up to $50 in energy efficiency measures free of charge, and identify appliances that can be upgraded that qualify for Black Hills Energy rebates.

**Save Money Save Energy**

Call us or visit us online to set up your free home energy evaluation — and start saving today!

888-567-0799
bheSaveMoney.com



**Black Hills Energy**
*Improving life with energy*

**8C**   The Burlington Record, Burlington, Colorado
Thursday, October 13, 2016

# Obituaries



### Lee Richard Schlichenmayer

Lee Richard Schlichenmayer was born on Sept. 11, 1939.

He was born at home to Reinhart Otto (Sport) and Anna Louise Schlichenmayer, north of Bethune.

Lee was welcomed home by his two older sisters, Geraldine and Phyllis. His younger siblings, Ray, Dale and Linda were welcomed to the family over the following years. Lee departed his family on Oct. 6, 2016.

Lee married his wife Jacqueline Rosamie Fisher on Nov. 28, 1960.

Together, they enjoyed 55 years of marriage and had four children.

Lee is survived by his wife Jacque of Wray, and children, Mark Schlichenmayer and wife Kelsey of North Platte, Neb., Connie Wills of Westminster, Valerie Fahrnow of Bucyrus, Kan. and Justin Schlichenmayer and wife Staci of Burlington; 10 grandchildren and 9 great-grandchildren.

He is also survived by his sister Geraldine Carter of Lometa, Texas, and his brother Dale Schlichenmayer and wife Roxanne of Evans and numerous nieces and nephews.

He is preceded in death by his parents; Sport and Anna, his brother Ray Schlichenmayer and his sisters, Phyllis Hall and Linda Coles.

Lee was raised on the family farm north of Bethune in the "Settlement".

Lee worked the family farm with his father and brothers.

He acquired an enjoyment and appreciation for farming and developed a fascination for tractors.

All young farm boys find ways to entertain themselves in the form of mischief.

Lee fondly told stories of his boyhood. One of his favorites was the time he and his little brother Ray cut their hair. They took the clippers and shaved a strip from ear to ear over the tops of each other's heads.

To avoid trouble, they planted their hats firmly on their heads and proceeded to repair a fence without being asked too, all the time pondering their fate.

Needless to say, his father, understanding mischievous boys, observed them fixing the fence and knew they were up to no good.

Their secret was revealed at dinner time when they would not remove their hats....what happened then? Well . . .use your imagination.

Lee worked for several farmers in the communities of Idalia, and Burlington and around Kanorado, Kan.

Lee also helped build and worked in the sugar factory in Goodland, Kan. and later closed the sugar factory in Greeley.

Lee grew up with music in his life. He taught himself how to play the guitar by ear, and bought his first guitar from the Sears and Roebuck's mail order catalogue for just $12.

Music was a large part of his life as a young man. Many weekends were spent with his neighbors, playing and singing till all hours of the night.

Lee's love of music carried into his family. He and his children would perform in church and many local events in Kanorado, Kan.

Lee also had a love for growing plants which continued throughout his life. While living in Greeley Lee became a farmer of roses.

He had 100 different varieties of roses which he kept pruned, fertilized and would talk to nightly.

Later in life, he immortalized his passion for roses through creating metal roses.

Lee and Jacque lived in Greeley from 1965 until 2006.

While living in Greeley, Lee and Jacque spent many weekends camping and hiking in the Colorado and Wyoming mountains.

Many times, Lee would have been seen with a grandchild being carried on his back. Otherwise, he was teaching them about an animal or wildflower that caught his eye.

Lee's greatest passion in life was his wife, Jacque. She was the love of his life and best friend, who he loved until the day he departed this earth.

From his oldest son to his youngest granddaughter, his family has always been a source of joy and sunshine.

Lee was also a father and friend to many in the communities where he lived. He would give the shirt off his back to anyone in need regardless of the situation.

Many young people viewed Lee as a father and a mentor. They would lean on him for guidance and leadership and still call him friend today.

Lee and Jacque relocated to Wray on two acres of land.

There, Lee built a shop and soon thereafter took up the hobby of restoring old tractors, growing a garden of metal flowers and tinkering the only way he knew how.

He and Jacque also grew a small patch of land into a highly producing garden, which was shared with all who visited.

Lee will be missed by all.

Memorials may be made to Mountain Blue Cancer Care Center in Lee's memory and may be sent to 400 Indiana St., Golden, CO 80401 or to Jacque Schlichenmayer, 34900 Rd AA, Wray, CO 80758.

Funeral services for Lee were held on Wednesday, Oct. 11, 2016 at 11 a.m. at the Immanuel Lutheran Church, north of Bethune with Pastor Bryce Fellbaum officiating.

Burial followed in the Immanuel Lutheran Cemetery, north of Bethune.

Visitation was held on Wednesday, Oct. 11, 2016 one hour prior to the service at the church.

Friends may go to www. lovefuneralhomes.com to leave a message of condolence for the family and to sign their online register book.

Funeral arrangements entrusted to Love Funeral Home, Burlington.



### Adam Nicolas May

Adam Nicolas May, age 29, formerly of Stratton, passed away Monday, Oct. 3, 2016, in Denver where he was currently residing.

Adam was born March 19, 1987 in Stratton to Steve and Valerie (Wiedman) May. He was one of three siblings.

Adam grew up in Stratton, graduating from Stratton High School in 2005. He then went on to graduate from the University of Denver with a Bachelor of Arts Degree in 2012.

Adam was a part of the LaMont Men's Choir while attending DU.

On April 15, 2015, Adam married Zach Dillon in Denver. Making their home in Denver, Adam loved music and singing, and will be remembered for being a great cook.

Adam and Zach also enjoyed spending time with their dogs; Obi, Zoe and Zephyr.

Adam was a member of the Catholic faith.

Preceding Adam in death were his paternal grandparents, James and Carmelita May and his maternal grandfather, Garvin Wiedman.

He is survived by his husband, Zach Dillon of Denver; nephew Nico Armijo of Denver; parents, Steve and Valerie May of Stratton; brother, Phillip (Leah) May and niece Orriah May of Denver; sister, Samantha May of Burlington, and grandmother, Sherry Weidman of Burlington; as well as numerous uncles, aunts, cousins, and extended family members.

He also leaves behind many, many friends who are like family.

He will be greatly missed and forever remembered by his mile of a smile, his infectious laugh, and his heart of gold.

Visitation was held on Monday, Oct. 10, 2016 from 6 to 8 p.m. with a Parish Rosary recited at 7 p.m. at St. Charles Catholic Church in Stratton.

Mass of Christian Burial was held on Tuesday, Oct. 11, 2016, 10:30 a.m. at St. Charles Catholic Church in Stratton.

Burial followed in Calvary Cemetery, Stratton.

Memorial contributions are suggested to the Denver Dumb Friends League, 2080 S Quebec St, Denver, CO 80231 or St. Charles Catholic Church Choir Fund in Adam's Memory and may be sent to P.O. Box 286, Stratton, CO 80836.

Friends may go to www. lovefuneralhomes.com to leave a message of condolence for the family and to sign their online register book.

Funeral arrangements were entrusted to Love Funeral Home, Burlington.



# LOVE
FUNERAL HOMES AND MONUMENTS

"Where dignity, quality, family and caring is still important"

377 15th St. • Burlington • 719-346-8826

*Serving all of Kit Carson and Cheyenne Counties*

www.lovefuneralhomes.com

# Randy Knox
### Artisan

*Quality craftsmanship and the finest materials make every project a masterpiece for your home.*

19892 Highway 385
Located on the southeast corner of north Highway 385 and County Road 8

Eric Richardson CONSTRUCTION

Call Randy about your woodworking project today!
719-340-2453

Personally Pick Your Halloween Pumpkin At

# JP PATCH   OPEN
**Saturdays**
9 a.m. -5 p.m.
Oct. 8, 15, 22, 29

**Sundays**
Noon to 5 p.m.
Oct. 9, 16, 23, 30

# Pumpkins
## 56¢
pound

### Decoratives
## 4 for $2

Look for JP Patch Signs

Check us out on facebook
jp patch

New this year:
• Bucket Train Rides
• Pumpkin Tic-Tac-Toe

Special group rates by appointment. Any questions or for other available times to pick pumpkins call Jamie at 719-342-0042.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com


Domestic Violence Awareness Month

PAGE 6A • WEDNESDAY, SEPTEMBER 21, 2016 • DAILY RECORD

## HEALTH & FITNESS

### Study: Men with anxiety more likely to die of cancer

By Melissa Healy
Los Angeles Times (TNS)

Men over 40 who are plagued with the omnipresent of generalized anxiety disorder are more than twice as likely to die of cancer than are men who do not have the mental affliction, new research finds. But for women who suffer from severe anxiety, the research found no increased risk of cancer death.

That finding, presented Tuesday at the European College of Neuropsychopharmacology's Congress in Vienna, emerges from the largest study ever to explore a link between anxiety and cancer. It tracked 15,938 Britons over 40 for 15 years.

Even after researchers took account of factors that boost the risk of cancer, including age, alcohol consumption, smoking and chronic diseases, men with a diagnosis of generalized anxiety disorder were 2.15 times as likely to die of cancer than were those with no such diagnosis.

Generalized anxiety disorder, a condition marked by excessive, uncontrollable worry about many areas of life, affected women more commonly than it did men. Among women in the large cohort studied, 2.4 percent suffered from the disorder. Among men in the cohort, 1.8 percent did.

The authors of the new research acknowledge that the findings do not reveal how cancer and anxiety are related, and do not show that anxiety causes cancer. Men with anxiety may engage in behaviors that increase cancer risk. But the two diseases may also spring from common origins, including, possibly, higher rates of systemic inflammation.

Whatever the relationship, says the study's lead author, the new findings identify extremely anxious men as a population whose mental and physical health should be closely tracked.

"Society may need to consider anxiety as a warning signal for poor health," said study lead author Olivia Remes of Cambridge University's Institute of Public Health.

### Did you know there are health benefits in black pepper?



Black pepper is the fruit of the black pepper plant from the Piperaceae family and is used both a spice and a medicine. The chemical piperine, which is present in black pepper, causes the spiciness. It is native to Kerala, the southern state of India. Since ancient times, black pepper is one of the most widely traded spices in the world.

Black pepper is good for the stomach. Pepper increases the hydrochloric acid secretion in the stomach, thereby facilitating digestion. Proper digestion is essential to avoid diarrhea, constipation and colic. Pepper also helps to prevent the formation of intestinal gas, and when added to a person's diet, it can promote sweating and urination, which remove toxins from the body. Sweating removes toxins and cleans out the pores of any foreign bodies that may have lodged there, and it can also remove excess water or accumulation, also known as edema. In terms of urination, you can remove uric acid, urea,

excess water, and since 4% of urine is made of fat. For digestion, inducing digestion can help you lose weight and increase the overall functioning of your body and prevent various gastrointestinal conditions and colorectal cancer. Its ability to expel gas is because black pepper is a carminative, which forces gas out of the body in a healthy, downward motion, rather than pressing upwards in a dangerous way and straining the upper chest cavity and vital organs. It also inhibits more gas from forming in the body.

Black pepper can aid in weight loss. The outer layer of peppercorn assists in the breakdown of fat cells. Therefore, peppery foods are a good way to help you shed weight naturally.

Pepper and skin health. Pepper helps to cure Vitiligo, which is a skin disease that causes some areas of skin to lose its normal pigmentation and turn white. According to researchers in London, the piperine content of pepper can stimulate the skin to produce pigment. Topical treatment of peperine combined with ultra violet light therapy is much better than the other harsher, more chemically-based treatments for vitiligo. It also reduces the chances of skin cancer due

to excessive ultraviolet radiation.

In Ayurvedic practices, pepper is added to tonics for colds and coughs. Pepper also provides relief from sinusitis and nasal congestion. It has an expectorant property that help to break up the mucus and phlegm depositions in the respiratory tract, and its natural irritant quality helps you to expel those loosened material through the act of sneezing or coughing, which eliminates the material from the body and helps you to heal from whatever infection of illness caused the deposition in the first place.

An antioxidant like pepper can prevent or repair the damage caused by the free radicals and thus help to prevent cancer, cardiovascular diseases and liver problems. Free radicals are the byproducts of cellular metabolism and attack healthy cells and cause their DNA to mutate into cancerous cells. Antioxidants like black pepper neutralize these harmful compounds and protect your system from many conditions, even premature aging symptoms like wrinkles, age spots, macular degeneration and memory loss.

Peperine, one of the key components of black pepper has been shown in numerous studies to reduce memory impairment and cognitive malfunction. Chemical pathways in the brain appear to be stimulated by this organic compound, so early research demonstrates the possibility for pepper to benefit Alzheimer's patients and those that are suffering from dementia and other age-related or free radical-related malfunctions in cognition.

According to Ayurvedic medicine, black pepper also helps to prevent ear-aches and gangrene, hernia, hoarseness and insect bites, tooth decay and toothache. In ancient times, pepper was also administered to treat vision problems.

A word of warning! Pepper may cause sneezing. Patients who have undergone abdominal surgery should not add excessive pepper to their diet because it can have an irritating effect on the intestines. Black pepper should not be taken in high concentrations, and if you show signs of an allergic reaction, discontinue its use and consult a doctor.

If you have any questions you would like to see answered right here in this column, please feel free to contact me at (719) 429-1605, www.healthandwellness@questofice.net, or visit www.sandiashlock.juiceplus.com. Thank you for your interest. If you need help feeling and keeping a healthier you, please call.

*Sandi Ashlock is a Certified Psychology of Eating Coach with Health and Wellness Plain and Simple. For more information, email healthandwellness@questofice.com or call (719) 429-1605.*

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site).** If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will <u>not receive any money</u> if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

**Honey Crisp Have Arrived!**

**Colon Orchards**
www.colonorchards.com
3175 Grandview • Cañon City • 275-6359

**COLORADO REBELS RIDING CLUB**

**CONGRATULATIONS 2016 CRRC FALL SERIES WINNERS**

(Pictured from left to right)
Brylee Welborn & Fallyn Mallette (tie) Reserve Champion 8 & Under Kristin Knifong-Reserve Champion Senior Isabella Dalton- Reserve Champion 9-13 Lexi Draper- 8 & Under Champion Chad Draper- Champion Senior Macy French- Champion 14-18 Kaylee Jennings- Reserve Champion 14-18 NOT PICTURED: Lyndsey French 9-13 Champion

Questions? Contact Karyn at 719-375-9027 or Kristin 719-252-0778
coloradorebelsridingclub.com Or  @coloradoRebelsRidingClub

# CAÑON & COLORADO

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

Pueblo

# Monitor to oversee center for developmentally disabled

**By Christopher N. Osher**
*The Denver Post*

An independent monitor will make sure the state is fixing issues at a troubled center in Pueblo where federal officials have found systemic abuse of individuals with severe intellectual disabilities.

Gov. John Hickenlooper said the monitor will be in place within the next few weeks to "ensure that the reforms we are doing are up to best practices." Federal officials requested the monitor in an August report, but the state already had plans to hire one, among making other reforms, he said.

"The well-being of residents entrusted in our care remains our priority," he said. When state officials learned of the 2014-2015 abuses, "it was beyond disturbing," Hickenlooper said in an interview with The Denver Post. "Everyone in this office was upset. We acted swiftly. Fired people. Brought in new people," and notified local law enforcement and federal authorities.

State Medicaid officials say they still are working on coming up with a streamlined approach for identifying and preventing abuse, neglect and exploitation of those living in in the Pueblo Regional Center and similar facilities. More than a year and a half has passed since allegations of physical and sexual abuse prompted state officials to conduct "body audits" on 62 residents of the Pueblo center.

The state will not finish overhauling systems that alert the state of occurrences and critical incidents at centers for individuals with developmental disabilities until September 2017, according to a corrective plan the state filed with a federal agency this week.

The Colorado Department of Health Care Financing and Policy "has processes underway to identify the multiple cross system issues in order to develop a plan," they said in the plan. Work on fixing the issue is still "in process," the document states.

Fixing state monitoring of critical incidents and occurrences at the center is crucial, according to a blistering report from federal officials who were so concerned they enacted a moratorium on new residents at the Pueblo Regional Center and ordered Colorado to repay millions of dollars in Medicaid funding.

Hickenlooper said he expects Colorado will have a robust system to monitor and prevent abuses in place well before September 2017, the target date listed by state officials in their response to the federal request for action. And the governor said he will continue discussions with state human services director Reggie Bicha and other officials to improve the entire system that serves Coloradans with disabilities, including the 20 community-centered boards that manage Medicaid funds for the disabled and link them to homes and services.

"This whole process of evaluating our systems doesn't just stop at the boundary of the Pueblo Regional Center," he said.

As for how much money Colorado will have to return to the federal government, Hickenlooper said that remains under negotiation.

The federal report blasted state oversight, saying state officials did not properly investigate allegations at the Pueblo center despite "numerous severe incidents reported," and that the center "has a history of not properly reporting or responding to incidents."

Federal investigators found residents at the center had been repeatedly abused. A group of men, some sourced-bal, had violent words etched into their skin by staffers, who told investigators the etchings were the result of "paranormal activity." Another staffer physically abused and threatened residents and threatened to slash the throat of another resident. One employee there extorted a sexual act from a resident in exchange for a soda. At least three residents have died, two due to bowel obstructions and a third after a collapse. An intoxicated staffer drove another resident to a doctor's appointment.

Federal investigators reviewed how officials responded to abuse that occurred before November 2015 and substantiated many of the allegations. Also, their on-site review in April "revealed that a number of serious incidents have continued to occur."

The Pueblo Sheriff's Office said it had investigated 19 claims about staffers at the Pueblo center and had referred eight cases to the District Attorney's Office in Pueblo for prosecution. Officials with the District Attorney's Office did not return numerous telephone calls seeking clarification on the status of those criminal cases.

While the state's corrective plan said state Medicaid officials still are trying to determine the best way to track critical incidents and occurrences at the Pueblo center and similar facilities, that plan stressed that the state is making strides elsewhere to ensure residents are safe. The Colorado Department of Human Services has put in place a new reporting system that automatically notifies that agency's executive management up to and including Bicha of serious incidents, according to the corrective plan.

The human services department is responsible for overseeing the daily operations at the center. The Colorado Department of Health Care Policy and Financing also plays a role since it is the state's ultimate manager of Medicaid funds that finance the housing of residents at the center. As fiscal agent, HCPF is in charge of ensuring the state is providing proper oversight of the daily operations. A third state agency, the health department, is in charge of licensing the center.

---



**KEEP DREAMING. WE'LL BE THERE.**

Whether you're buying your first car or your retirement home, I'm here for every step of the way. Let's talk about how I can help.

**Let's talk today.**



**Pamela Haines Agency**
American Star Excellence
In Customer Experience
1421 S. 9th St. Cañon City, CO
(719) 269-1117


**AMERICAN FAMILY INSURANCE**

American Family Mutual Insurance Company, American Family Insurance Company, American Standard Insurance Company of Wisconsin, American Standard Insurance Company of Ohio, 6000 American Parkway, Madison, WI 53783 ©2015 011785 – Rev. 2/16 – 4716

---



DAILY RECORD · WEDNESDAY, OCTOBER 5, 2016 · **PAGE 5A**

## HEALTH & FITNESS

# Eat More of These Foods for Brainpower

I am so excited to bring this updated list of food you can eat to protect your brain against degeneration. If you could nourish your neurons and boost the production of neurotransmitters just by eating more delicious whole foods would you do it? If you are wondering which foods are best for your brain, check out the foods listed below.

**1. Curry.** Curry contains turmeric, a spice that in turn contains the anti-inflammatory antioxidant curcumin. Curcumin is capable of crossing the blood-brain barrier, which is one reason why it holds promise as a neuroprotective agent in a wide range of neurological disorders. Research has shown that curcumin may help inhibit the accumulation of destructive beta amyloids in the brain of Alzheimer's patients, as well as break up existing plaques. Curcumin



**SANDI ASHLOCK**

has even been shown to boost memory and stimulate the production of new brain cells, a process known as neurogenesis. A word to the wise…some curry powders may contain very little curcumin compared to straight turmeric powder, so choose the latter for the for the best health benefits.

**2. Celery.** Celery is a rich source of luteolin, a plant compound that may calm inflammation in your brain, which is a primary cause of neurodegeneration. Luteolin has also been linked with lower rates of age-related memory loss in mice. In addition to celery, peppers and carrots are also good sources of luteolin.

**3. Broccoli and Cauliflower.**

Broccoli and cauliflower are good sources of choline, a B vitamin known for its role in brain development. Choline intake during pregnancy supercharged the brain activities of animals in utero, indicating that it may boost cognitive function, improve learning and memory. It may even diminish age related memory decline and your brain's vulnerability to toxins during childhood, as well as conferring protection later in life. Eggs and meat are among the best food sources of choline.

**4. Walnuts.** Walnuts are good sources of plant-based omega-3 fats, natural phytosterols and antioxidants, and have been shown to reverse brain aging in older rats. DHA, in particular, is a type of omega-3 fat that's been found to boost brain function and even promote brain healing,

although it is more plentiful in animal-based omega-3 sources, like krill, as opposed to walnuts.

**5. Blueberries.** The antioxidants and other phytochemicals in blueberries have been linked to improvements in learning, thinking and memory, along with reductions in neurodegenerative oxidative stress. They are also relatively low in fructose compared to other fruits, making them one of the healthier fruits available.

**6. Healthy Fats.** Beneficial health promoting fats that your body and your brain in particular needs for optimal function include organic butter from raw milk, clarified butter called organic grass fed raw butter, olives, organic virgin olive oil and coconut oil, nuts like pecans and macadamias, free range eggs, wild Alaskan salmon, and avocado, for example.

We have now covered some of the best foods for your brain, but equally important is what foods to avoid. According to Dr. David Permutter a leading natural medicine neurologist in the U.S., lists his insights into how to protect your brain health and even prevent Alzheimer's disease using a key dietary strategy, avoid sugar and carbohydrates, including gluten.

Gluten sensitivity is involved in most chronic disease, including those affecting the brain, because of how gluten affects your immune system. Unfortunately, many people, physicians included, still believe that if you don't have celiac disease, gluten is fair game and you can eat as much of it as you like. However, virtually all of us are affected to some degree. Once gluten upregulates permeability in your gut, it then becomes "leaky" and all manner of previously excluded proteins including casein and other dairy proteins have direct access to your bloodstream thereby challenging your immune system and contributing to the loss of self tolerance, the very definition of autoimmunity.

According to Dr. Permutter, much of our current disease burden, including brain disease, stems from the fact that we're contaminating our immune systems with proteins to which the human immune system has never, in the history of humankind, been previously exposed to. Lifestyle strategies that promote neurogenesis and regrowth of brain cells include the following. All of these strategies target a specific gene pathway called BDNF or brain-derived neurotrophic

factor, which promotes brain cell growth and connectivity as demonstrated on MRI scans.

• **Exercise.** Physical activity produces biochemical changes that strengthen and renew not only your body but also your brain-particularly areas associated with memory loss.

• Reduce overall calorie consumption.

• Reduce carbohydrate consumption, including sugars and grains.

• Increase healthy fat consumption.

• Increase your omega-3 intake and reduce consumption of damaged omega-6 fats like processed vegetable oils in order to balance your omega-3 to omega-6 ratio.

I really appreciate the question this week of how to better protect our brains and memories! If you have a question you would like answered right here in this column, or any other healthy lifestyle questions, call me at (719) 429-1605, healthandwellness@questoffice.net, or visit www.sandiashlock.juiceplus.com.

*Sandi Ashlock is a Certified Psychology of Eating Coach with Health and Wellness Plain and Simple. For more information, email healthandwellness@questoffice.net or call (719) 429-1605.*

---

# CDC: Sick leave cuts illness at work up to 10%

Business Management Daily (TNS)

Here's a solid reason to encourage employees to take time off when they don't feel well: Not only will it help them recover faster, but chances are there will be a real, verifiable decrease in the level of illness in the workplace.

And that means potential savings of both payroll dollars not spent on temps or overtime for fill-in workers,

and also potentially lower health insurance premium costs.

The federal Centers for Disease Control and Prevention keeps careful track of annual influenza outbreaks. Lately, the CDC has been able to conduct a real-life experiment using that data, mapping it against locations where local laws require employers to provide some amount of paid time off for workers who become ill.

The correlation between available time off and lower flu rates in locations that mandate sick leave are dramatic.

The decrease in the flu rate in those cities is about 5 percent to 10 percent.

Since flu is a costly illness, employers just may see an equally dramatic drop in their health care costs.

While the flu itself may not be a driver of big health care bills, its complications are.

---

**They're your dreams. Start building them.**

You've already dreamed up the blueprints. We may be able to help bring them to life. The U.S. Bank Home Equity Line of Credit offers competitive rates, flexible payment options and trusted service to help you finance the lasting home improvements you've always wanted.



| HOME EQUITY LINE OF CREDIT | Introductory rate for 6 months Rates as low as | Variable rate after introductory period |
|---|---|---|
| | **1.50%** APR* | **4.00%** APR* |

Call 800.209.BANK (2265),
visit a local branch,
or go to usbank.com/dreambig

**usbank**
the **POWER OF POSSIBLE.**

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will <u>not receive any money</u> if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. At the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com

---

# MORE FROM PAGE 1B

## BRONCOS from page 1B

personal changes, has yet to be resuscitated. The passing game, now the most reliable part of the offense, has afforded the quarterback little protection. And the offense as a whole has been consistently inconsistent, riddled with mistakes.

The Broncos' offensive woes are laid bare in the numbers: They've produced a league-low 23 points in the first quarter but a league-high 143 points in the fourth.

The lagging run game that has frustrated Kubiak for much of the season has averaged only 2.9 yards per carry in the past six games, down from 4.1 through seven games. Sunday, the Broncos ran the ball only nine times for 18 yards, tied for the third-fewest in Broncos history.

Siemian, as a first-year starter, is a convenient target to blame, but his play has proved he's not the problem. In the last five games, he has averaged 303.8 yards passing, the second-most of any quarterback in that span

behind Washington's Kirk Cousins — while getting sacked at the fifth-highest rate (7.8 percent of pass plays) behind the Broncos' line.

The Broncos failed to muster much of any offense in the first half Sunday against the Titans, and, as both as a cause and effect, ran only 24 offensive plays. They punted four times, recorded only 12 yards rushing, went 0-for-5 on third downs and had only five first downs.

## POLICY from page 1B

this is the game I play. And I don't know whether you can make football, football if there's not some pretty significant risk factors."

Obama's most extensive remarks on concussions were in May 2014, when the White House played host to the Healthy Kids and Safe Sports Concussion Summit. At that meeting, he confessed that he likely had experienced concussions as a young football player.

"Before the awareness was out there, when I was young and played football briefly,

there were a couple times where I'm sure that that ringing sensation in my head and the need to sit down for a while might have been a mild concussion, and at the time you didn't think anything of it," he said. "The awareness is improved today, but not by much. So the total number of young people who are impacted by this early on is probably bigger than we know."

Still, he emphasized that concussions are not just a football problem, and said it is critical for kids to keep playing sports even as he advocated for heightened awareness

around brain injuries.

"We have to change a culture that says you suck it up," he said. "Identifying a concussion and being able to self-diagnose that this is something that I need to take care of doesn't make you weak — it means you're strong."

It is on that latter point that Obama and Trump most disagree. In October, a woman at a Trump campaign rally in Lakeland, Fla., fainted. But she soon returned to the event, prompting Trump to compare her response, rather favorably, with the NFL's concussion protocol.

## ROCKIES from page 1B

team to have a good first baseman."

Bridich touted Desmond as an unselfish ballplayer who'll be an excellent fit in the Colorado clubhouse. Desmond certainly sounded like he's ready to play that part.

"Over pretty much my whole career, I didn't label myself as a shortstop, and last year I didn't label myself as an outfielder," Desmond said. "I want to be a ballplayer and someone who can help the team. I'm willing to do that. I think that's obvious

over the last couple of years.

"I want to be an asset. I want to be somebody the manager can look to and say, 'Hey, this provides me with the best opportunity to have the best lineup I can have today.' So I am going to be the best first baseman I can be, but keep the other tools fresh."

Desmond has a .267 career batting average, along with a .316 on-base percentage and .427 slugging percentage and earned three consecutive National League Silver

Slugger awards at shortstop from 2012-2014.

Desmond said the Rockies were a team he's targeted ever since he left the Washington Nationals as a free agent after the 2015 season.

"From the outside looking in, this is an unbelievable group of guys with a ton of talent, and I wanted to be part of the opportunity to do something special here in Denver," he said. "We understand it is not going to be easy, but we're excited for the challenge."

---

### THE BUFFS ARE GOING TO THE ALAMO BOWL!

CELEBRATE A HISTORY-MAKING SEASON WITH OUR NEW

# BUFFALOES HARDCOVER BOOK



# THE RISE

THE UNIVERSITY OF COLORADO BUFFALOES' HISTORIC TURNAROUND SEASON



$15 discount

BUY NOW!
expires 01/04/17

### KEY FEATURES OF THE BOOK

Hardcover, 160 pages, archival quality.
Stories and columns from our writers.
Limited edition, collector's item.

Coverage includes the regular season,
Pac-12 Championship and the Alamo Bowl
against Oklahoma State.

— ORDER NOW! —

**BOOK DETAILS:** Get the book that captures the Buffaloes' historic season. From the opening game against Colorado State in September to the matchup with Oklahoma State in the Alamo Bowl, this beautiful, hard-bound book takes you through every step of the Buffaloes' amazing rise to national prominence. Only a limited number of books will be printed and made available. Pre-order your commemorative book now and **save $15** off the $39.95 retail price.

### ORDER ONLINE SECURELY AT
## Buffaloes.PictorialBook.com
AND SAVE WITH FLAT-RATE SHIPPING

$24.95 $39.95
offer expires Jan. 04, 2017

Pre-order by mail now (discount expires 01/04/17). Select an option:

☐ **Order Online**
Buffaloes.PictorialBook.com
**$24.95** $39.95
(Offer expires Jan. 04, 2017)

or

☐ **Ship my order to me**
$24.95 plus $2.05 tax per book and $6.95 shipping and handling per book. Order will be shipped to the address below after 02/03/17.
Quantity: ___ x $33.95 = $ _____ total

Payment method: ☐ Check/Money Order ☐ Visa ☐ MasterCard ☐ AmEx ☐ Discover

Name _____
Address _____
City _____ State _____ Zip _____
Phone _____
E-mail _____
Card # _____  Expiration _____
Signature _____  Verification Code _____

Send form and payment to:
Prairie Mountain Media
c/o Buffaloes Book
P.O. Box 591
Boulder, CO 80301

— PRESENTED BY PRAIRIE MOUNTAIN MEDIA —

---

## 1st United Methodist Church Christmas Calendar

- **December 11:** Choir Christmas Cantata at 11:00 AM in the Sanctuary
- **December 14:** Evening Performance of "O Night Diving" free concert at 7:00 PM in the Sanctuary
- **December 18:** Mexican Fiesta & Silent Auction hosted by the Music Ministry at 12:00 PM in Fellowship Hall
- **December 24:** Christmas Eve Candlelight Service at 6:00 PM in the Sanctuary
- **December 25:** Christmas Day Service at 8:30 AM and 11:00 AM

801 Main St., Cañon City.
719-275-0681
www.canonumc.org.
Canon City First United Methodist Church



Willow Tree

# Classic FURNITURE

510 Main Street • 719-275-1428
Mon-Sat 10:00 am - 5:30 pm