# Jaguars keep winning volleyball games

**Top-ranked Rock Canyon eyes final four regular season matches**

By Jim Benton
jbenton@colorado
communitymedia.com

Rock Canyon has been having fun this season and winning volleyball matches.

The Jaguars, Colorado's No. 1 Class 5A team according to the CHSAANow.com poll, notched a Continental League 3-0 (25-11, 25-14 and 25-17) over ThunderRidge

on Oct. 4 at the Rock Canyon gym.

Rock Canyon followed on Oct. 6 with a 3-1 (25-22, 25-21, 22-25, 25-20) triumph over Chaparral, which also entered the match unbeaten in the league.

With the two victories, Rock Canyon improved to 14-1 overall and 7-0 in the Continental League.

"What helps them click and play the best is when they have fun and don't take things too seriously," said Rock Canyon coach Angela Nylund-Hanson. "When we start games too nervous and freaked out, we kind of slow down. So we have to keep the fun on the court and support each other and

that's what makes us play the best.

"As a coach, how I do it, is that I can't get too intense," she continued. "I try to keep it light, I don't yell when I'm on the bench, I stay encouraging as much as I can."

Junior outside hitter Keeley Davis grins when asked about the team having fun.

"We're a very funny team" said Davis. "We all crack jokes, and whenever someone is down, we crack a joke and they usually smile. And that's when they get their hopes up."

*Volleyball continues on Page 28*



Rock Canyon players celebrate after winning a point in a Oct. 4 Continental League match against ThunderRidge. The Jaguars are the No. 1 Class 5A team in the state according to the CHSAANow.com poll with a 14-1 overall record and 7-0 in the Continental League. Photo by Jim Benton

# Mullen cracks Valor softball's winning streak

**Softball teams across state head into regional playoff action**

By Jim Benton
jbenton@coloradocommunitymedia.com

Valor Christian's softball team got a wake-up call a week before state playoffs begin.

Mullen, ranked third in the CSHAANow.com Class 4A poll, snapped the 33-game winning streak of the top-ranked Eagles with a 4-3 win in the regular-season finale Oct. 8 on the Mustangs' field.

Eight regional, four-team state playoff regional tournaments in Class 3A, 4A and 5A will take place Oct. 15 with two teams from each region advancing to the state tournament, which will be held Oct. 21-22 at the Aurora Sports Complex.

Valor, the two-time defending Class 4A state champions, has gone 65-3 over three seasons, and the Eagles feel comfortable taking one loss in the state tournament, which they have done the past two seasons

"Last year we lost one game in the regular season and came back," said Valor coach Dave Atencio. "Same thing two years ago. They will bounce back. This loss wakes us up a little bit and refocuses us. And, it was great timing with the state regional tournaments starting."

The top eight teams, according to the RPI standings, earned host roles for the regional tournaments.

In Class 5A, Douglas County, Legend and Arvada West earned the right to play host to a regional tournament. Douglas County will hold the Region 4 tournament at the Metzler complex in Castle Rock and the Region 6 tourney hosted by Legend will be the Salisbury fields in Parker.

In the opening pairings, 16th-seeded Legacy (13-6-0) will face No. 17 Castle View (11-7-1) in the Region 1 tournament at Broomfield High School. Cherry Creek, seeded 25th with a 9-10-0 record, will take on No. 8 and host Loveland (13-6-0) in the Region 2 tournament at the Barnes Softball Complex in Loveland.

No. 12 Ralston Valley (11-7-0) will meet

No. 21 Mountain Vista (12-7-0) in the Region 3 tourney hosted by Eaglecrest at the Aurora Sports Park. The Region 4 tournament has first-round games pitting No. 4 Douglas County (15-4-0) against No. 29 Horizon (8-11-0) and No. 20 Rock Canyon (10-9-0) going against No. 13 Prairie View (16-3-0).

Sixth-seeded Legend (14-4-1) will face No. 27 Smoky Hill (11-8-0) in the Region 6 tournament while the Region 7 tourney finds No. 28 and defending 5A champion Mountain Range (10-9-0) challenging No. 7 Arvada West (13-5-1) in an opening contest. No. 18 ThunderRidge (13-6-0) travels to Grand Junction and will play No. 16 Fort Collins (12-7-0) to begin Region 8 action.

Valor reserved Aurora Sports Park for the Region 5 Class 4A tournament. The Eagles, seeded third with an 18-1-0 record, will play No. 30 Pueblo East (7-12-0). No. 19 D'Evelyn will face No. 14 Pueblo Central (12-7-0) in the other opening game.

Fifth-seeded Wheat Ridge (13-6-0) faces No. 28 Pueblo Centennial (6-12-1) as host for Region 3 and No. 16 Golden (14-5-0) faces the challenge of playing No. 17 Berthoud (12-7-

0) in the Region 1, Class 4A tourney in Erie.

Advancing to the state playoffs was an accomplishment for Arvada. The Bulldogs are 11-8-0 this season and the most wins Arvada managed in a single season over the previous seven years was six.

Arvada, seeded No. 29, plays No. 4 Pueblo West (15-3-0) in the Region 4 tourney at Ruyon Field in Pueblo and No. 22 Ponderosa (9-10-0) will open against No. 11 Frederick (12-7-0) in the Region 6 event hosted by Mountain View at the Barnes Softball Complex in Loveland. No. 23 Holy Family (11-8-0) meets No. 10 Air Academy (14-4-0) in the Region 7 meet at Garden Acres Park in Longmont.

Twenty-four teams qualifyied for the Class 3A playoffs and No. 14 Faith Christian (10-9-0) plays No. 19 St. Mary's (10-9-0) in the Region 3 tournament, while No. 7 The Academy (15-4-0) will be at home to play the winner of the Cedaredge-Akron game in the Region 7 tournament.

Two fields must be available for a school to host a regional tournament so all the sites have yet to be determined.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-01181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you *must file a claim* by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



AllHealth
NETWORK
Live Better.

**Helping Families for Over 60 Years**

**How do I know if my child is struggling?**

- Worries that impact daily activities
- Not wanting to go to school
- Not interested in taking part in activities
- Difficulty focusing on or completing tasks
- Frequent nightmares
- Aggressive behaviors
- Frequent temper tantrums
- Periods of sadness without a specific reason
- Change in sleeping pattern
- Fighting
- Poor or declining grades
- Isolation
- Drastic change in friends
- Talk of suicide
- Substance use

**When to seek professional help:**

As a parent or guardian you are the expert on your child and if you think there is reason to be concerned, you're probably right. Typically parents, guardians, teachers and other caregivers are the first to notice if a child is struggling with emotions and/or behavior. If you have questions, concerns or a problem is suspected, we are here to help.

**Call today to schedule an appointment.**

Information & Appointments - 303-730-8858
Emergency & Crisis Information - 303-730-3303

Arapahoe/Douglas Mental Health Network is now AllHealth Network.

# Petitioners believe recall would have failed

**Donahue's confirmation by voters spurs decision to drop Valentine effort**

By Jessica Gibbs
*jgibbs@coloradocommunitymedia.com*

Voters have spoken loud and clear, according to those who led the charge to recall District 5 Castle Rock Town Councilmember Renee Valentine.

Sid Brooks, one of the three primary petitioners, said the election results in the recall of Mayor Paul Donahue were a clear sign the effort against Valentine would fail. On Sept. 9, they chose to drop the recall effort.

Donahue, the District 1 councilmember, won his recall election in July, with more than 70 percent of those who cast ballots voting to retain him.

Valentine's recall was set to coincide with the Nov. 8 general election. She said she's ready to put the recall behind her.

"Obviously, I was relieved," she said.

"I'm ready to move forward and just get back to town business."

Brooks and his colleagues chose to withdraw their petition before ballots were printed, he said, rather than create unnecessary work and expense for the town.

"We did it with real reluctance," Brooks said. "We thought there was a very good cause, actually, to recall."

Amy Fienen, one of Brooks' fellow petitioners, agreed.

"In light of what happened with the Donahue recall, it was a bitter defeat on that front," she said. "We just didn't see how we were going to have any more success."

However, their reasons for recalling have never wavered, she said.

Fienen said they sought a recall based on their belief that Valentine was in favor of development, no matter how rapidly it came. She personally saw that as a conflict of interest because of Valentine's career as a real estate agent.

But, they mostly fear recent develop-

 

> "I'm just excited to get back and focus again."
>
> **Renee Valentine,**
> Castle Rock town councilmember

ment is harming Castle Rock's infrastructure.

"The problem is they're developing first and then figuring out the infrastructure later," she said.

Despite withdrawing, Fienen believes town council is paying closer attention to public opinion, and is now aware that some constituents are displeased with the growth of Castle Rock.

"I think we've accomplished that even though we're not going to go through with the recall," she said. "I don't think it's been a waste."

To Valentine, getting back to town business means developing more infrastructure and improving communication with her district. She said she plans to support the council's roads and infrastructure goals as a whole while also doing so within her own district.

Valentine specifically referenced installing a traffic light at the intersection of Founders Parkway and Black Pine Drive, and holding town halls to meet with constituents.

"I'm just excited to get back and focus again," she said.

# Castle Rock to consider impact fee increases

By Jessica Gibbs
*jgibbs@coloradocommunitymedia.com*

Impact fees fund Castle Rock's capital projects, such as transportation or parks improvements.

They also follow the theory that growth should pay for growth. The fees are collected when a building permit is issued for any structure that requires one.

But, according to Town Manager David Corliss, their current levels are not enough to support the town's future needs. Corliss presented plans at the

Sept. 6 town council meeting to raise impact fees over the coming years in a stair-step fashion. Council directed staff to prepare an ordinance for their consideration at a later date.

If approved, it could mean impact fees increase by 9 percent in 2017, which includes increases for water-system fees as well. In 2018, the proposed increase is 8.5 percent. That's not including any utility-fee increases, which are assessed on an annual basis.

Town projects that were partially funded by impact fees include the Miller Activity Complex and the upcoming

Fire Station 152 in Crystal Valley Ranch.

In addition to transportation, impact fees fund growth-related improvements, facilities or equipment for the fire department, the police department, parks and recreation and municipal facilities.

Multiple representatives from the development community voiced concerns during the Sept. 6 meeting. While they supported the 2017 and 2018 increases, they said any increases planned beyond those years will need more input from developers.

Cherie Talbert, senior vice president

of the Home Builders Association of Metro Denver, spoke for her organization, stating it believes the study that helped Castle Rock staff determine the proposed increases was for too short a duration and was not done closely enough in conjunction with the HBA.

In a 7-0 vote, the town council directed staff to draft an ordinance for the 2017 and 2018 increases on the condition that later years' increases would be further discussed with the development community.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site).** If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



The Holidays at
CHEROKEE RANCH & CASTLE

THANKSGIVING TEAS
NOVEMBER 19, 22 & 23

HOLIDAY TEAS
DECEMBER 3, 7-10, 13-17, 20-22 & 28-29

THANKSGIVING BRUNCH
NOVEMBER 20

HOLIDAY BRUNCHES
DECEMBER 3, 10 & 17

HAVE A HOLLY JOLLY MURDER
A MUSICAL MURDER MYSTERY DINNER
Presented by MO Productions
DECEMBER 4 & 11

303-688-5555 • cherokeeranch.org

# Helping heroes with cars and cash

**Vehicle Vault hosts fundraiser for veterans' organization**

By Tom Skelley
tskelley@coloradocommunitymedia.com

Ana Yelen sees the lack of mental health and medical services available to veterans and she wants to do what she can to help them get the care they deserve.

"Our service members are really hurting," she said. "If these things were available, we wouldn't be needed. Our goal is that eventually we won't be needed."

Yelen is the co-founder and executive director of the Healing Warriors Program, a nonprofit that provides alternative medical services to veterans to treat conditions such as PTSD and pain management.

On Sept. 17, the group held its third annual Hot Rods and Heroes fundraiser at the Vehicle Vault in Parker. The four-hour event featured celebrity speakers and an auction to raise money for the program.

"This year was definitely our largest event," Yelen said. "People really enjoyed themselves, and they were very happy to be here."

The group has a Fort Collins clinic, but Yelen said they hope to expand to Colorado Springs to meet increasing demand.

"During Vietnam, these guys were being deployed two times," Yelen said. "In Iraq and Afghanistan they're being deployed nine times… They're in dire need."

Treatments include acupuncture and craniosacral therapy, which uses gentle manipulations of the skull to relieve symptoms. The services are available for free to veterans as well as active-duty service members.

Yelen said the program focuses on alternative pain relief methods because of a correlation between reliance on painkillers and high rate of veteran suicides.



Former Major League Baseball player Goose Gossage shares a laugh with the crowd at the Vehicle Vault in Parker on Sept. 17 during a fundraiser for the Healing Warriors program. *Photo courtesy of Albert Aguirre*

"We need to provide more options for care," she said. "We need to give veterans these options to help restore their quality of life."

The event featured three speakers, Congressman Mike Coffman, sportscaster and "Voice of the Rockies" Wayne Hagin, and former Major League Baseball pitcher Goose Gossage.

Gossage won the crowd over with a story of meeting Mickey Mantle at Gossage's first All-Star Game and being too awe-struck to even introduce himself. Mantle later took the initiative to make the introduction.

Vehicle Vault was a natural fit for the fundraiser, Yelen said, because of an affinity many veterans have for classic cars.

"Our military is the best in the world and these are the best cars in the world," she said.

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-0181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site).** If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during our 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.
A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.
**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

## LONE TREE ARTS CENTER

GET YOUR TICKETS TODAY!
LoneTreeArtsCenter.org | 720.509.1000



### Scott O'Neil and the Rosetta Music Society:

Bach's *A Musical Offering*

Sunday, October 16 at 7:00pm

In this performance, Scott O'Neil and the Rosetta Music Society explore Bach's *A Musical Offering*, a fugue based on a theme from Frederick the Great. Other great fugues and canons by Bach will also be featured.

### Igor Butman and the Moscow Jazz Orchestra

Wednesday, October 19 at 7:30pm

Internationally renowned saxophonist Igor Butman and his Moscow Jazz Orchestra are one of the best hardcore jazz units around. The *New York Times* calls their performance "a show of great competence and fluency."



LONE TREE ARTS CENTER
10075 Commons Street, Lone Tree, CO 80124

