# Petitioners believe recall would have failed

**Donahue's confirmation by voters spurs decision to drop Valentine effort**

By Jessica Gibbs
jgibbs@coloradocommunitymedia.com

Voters have spoken loud and clear, according to those who led the charge to recall District 5 Castle Rock Town Councilmember Renee Valentine.

Sid Brooks, one of the three primary petitioners, said the election results in the recall of Mayor Paul Donahue were a clear sign the effort against Valentine would fail. On Sept. 9, they chose to drop the recall effort.

Donahue, the District 1 councilmember, won his recall election in July, with more than 70 percent of those who cast ballots voting to retain him.

Valentine's recall was set to coincide with the Nov. 8 general election. She said she's ready to put the recall behind her.

"Obviously, I was relieved," she said.

"I'm ready to move forward and just get back to town business."

Brooks and his colleagues chose to withdraw their petition before ballots were printed, he said, rather than create unnecessary work and expense for the town.

"We did it with real reluctance," Brooks said. "We thought there was a very good cause, actually, to recall."

Amy Fienen, one of Brooks' fellow petitioners, agreed.

"In light of what happened with the Donahue recall, it was a bitter defeat on that front," she said. "We just didn't see how we were going to have any more success."

However, their reasons for recalling have never wavered, she said.

Fienen said they sought a recall based on their belief that Valentine was in favor of development, no matter how rapidly it came. She personally saw that as a conflict of interest because of Valentine's career as a real estate agent.

But, they mostly fear recent develop-



> "I'm just excited to get back and focus again."
> **Renee Valentine,**
> Castle Rock town councilmember

ment is harming Castle Rock's infrastructure.

"The problem is they're developing first and then figuring out the infrastructure later," she said.

Despite withdrawing, Fienen believes town council is paying closer attention to public opinion, and is now aware that some constituents are displeased with the growth of Castle Rock.

"I think we've accomplished that even though we're not going to go through with the recall," she said. "I don't think it's been a waste."

To Valentine, getting back to town business means developing more infrastructure and improving communication with her district. She said she plans to support the council's roads and infrastructure goals as a whole while also doing so within her own district.

Valentine specifically referenced installing a traffic light at the intersection of Founders Parkway and Black Pine Drive, and holding town halls to meet with constituents.

"I'm just excited to get back and focus again," she said.

# Castle Rock to consider impact fee increases

By Jessica Gibbs
jgibbs@coloradocommunitymedia.com

Impact fees fund Castle Rock's capital projects, such as transportation or parks improvements.

They also follow the theory that growth should pay for growth. The fees are collected when a building permit is issued for any structure that requires one.

But, according to Town Manager David Corliss, their current levels are not enough to support the town's future needs. Corliss presented plans at the Sept. 6 town council meeting to raise impact fees over the coming years in a stair-step fashion. Council directed staff to prepare an ordinance for their consideration at a later date.

If approved, it could mean impact fees increase by 9 percent in 2017, which includes increases for water-system fees as well. In 2018, the proposed increase is 8.5 percent. That's not including any utility-fee increases, which are assessed on an annual basis.

Town projects that were partially funded by impact fees include the Miller Activity Complex and the upcoming Fire Station 152 in Crystal Valley Ranch.

In addition to transportation, impact fees fund growth-related improvements, facilities or equipment for the fire department, the police department, parks and recreation and municipal facilities.

Multiple representatives from the development community voiced concerns during the Sept. 6 meeting. While they supported the 2017 and 2018 increases, they said any increases planned beyond those years will need more input from developers.

Cherie Talbert, senior vice president of the Home Builders Association of Metro Denver, spoke for her organization, stating it believes the study that helped Castle Rock staff determine the proposed increases was for too short a duration and was not done closely enough in conjunction with the HBA.

In a 7-0 vote, the town council directed staff to draft an ordinance for the 2017 and 2018 increases on the condition that later years' increases would be further discussed with the development community.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**



**The Holidays at CHEROKEE RANCH & CASTLE**

**THANKSGIVING TEAS**
NOVEMBER 19, 22 & 23

**HOLIDAY TEAS**
DECEMBER 3, 7-10, 13-17, 20-22 & 28-29

**THANKSGIVING BRUNCH**
NOVEMBER 20

**HOLIDAY BRUNCHES**
DECEMBER 3, 10 & 17

**HAVE A HOLLY JOLLY MURDER**
A MUSICAL MURDER MYSTERY DINNER
Presented by MO Productions
DECEMBER 4 & 11

303-688-5555 • cherokeeranch.org

# Helping heroes with cars and cash

**Vehicle Vault hosts fundraiser for veterans' organization**

By Tom Skelley
tskelley@coloradocommunitymedia.com

Ana Yelen sees the lack of mental health and medical services available to veterans and she wants to do what she can to help them get the care they deserve.

"Our service members are really hurting," she said. "If these things were available, we wouldn't be needed. Our goal is that eventually we won't be needed."

Yelen is the co-founder and executive director of the Healing Warriors Program, a nonprofit that provides alternative medical services to veterans to treat conditions such as PTSD and pain management.

On Sept. 17, the group held its third annual Hot Rods and Heroes fundraiser at the Vehicle Vault in Parker. The four-hour event featured celebrity speakers and an auction to raise money for the program.

"This year was definitely our largest event," Yelen said. "People really enjoyed themselves, and they were very happy to be here."

The group has a Fort Collins clinic, but Yelen said they hope to expand to Colorado Springs to meet increasing demand.

"During Vietnam, these guys were being deployed two times," Yelen said. "In Iraq and Afghanistan they're being deployed nine times… They're in dire need."

Treatments include acupuncture and craniosacral therapy, which uses gentle manipulations of the skull to relieve symptoms. The services are available for free to veterans as well as active-duty service members.

Yelen said the program focuses on alternative pain relief methods because of a correlation between reliance on painkillers and high rate of veteran suicides.



Former Major League Baseball player Goose Gossage shares a laugh with the crowd at the Vehicle Vault in Parker on Sept. 17 during a fundraiser for the Healing Warriors program. *Photo courtesy of Albert Aguirre*

"We need to provide more options for care," she said. "We need to give veterans these options to help restore their quality of life."

The event featured three speakers, Congressman Mike Coffman, sportscaster and "Voice of the Rockies" Wayne Hagin, and former Major League Baseball pitcher Goose Gossage.

Gossage won the crowd over with a story of meeting Mickey Mantle at Gossage's first All-Star Game and being too awe-struck to even introduce himself. Mantle later took the initiative to make the introduction.

Vehicle Vault was a natural fit for the fundraiser, Yelen said, because of an affinity many veterans have for classic cars.

"Our military is the best in the world and these are the best cars in the world," she said.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



**GET YOUR TICKETS TODAY!**
LoneTreeArtsCenter.org | 720.509.1000

## Scott O'Neil and the Rosetta Music Society:

**Bach's *A Musical Offering***

**Sunday, October 16 at 7:00pm**

In this performance, Scott O'Neil and the Rosetta Music Society explore Bach's *A Musical Offering*, a fugue based on a theme from Frederick the Great. Other great fugues and canons by Bach will also be featured.

## Igor Butman and the Moscow Jazz Orchestra

**Wednesday, October 19 at 7:30pm**

Internationally renowned saxophonist Igor Butman and his Moscow Jazz Orchestra are one of the best hardcore jazz units around. The *New York Times* calls their performance "a show of great competence and fluency."



**LONE TREE ARTS CENTER**
10075 Commons Street, Lone Tree, CO 80124

  

# Highlands Ranch named No. 1 Healthiest Place to Live

**Money Magazine recognizes community in its list of "Top Cities in America"**

By Alex DeWind
adewind@coloradocommunitymedia.com

Randy Dobo walks four miles around the Highlands Ranch Mansion property every morning and does yoga for his lower back.

Sandy Brown has lost about 35 pounds since February. She runs four or five days a week and lifts weights.

Jessica Katz does Pilates two to three times a week and cardio three to four times a week. She doesn't drink or smoke and she eats healthy foods — most of the time.

That focus on good health reflects Money Magazine's recent choice of Highlands Ranch as the No. 1 Healthiest Place to Live in America, noting the lowest adult obesity rate in the country and a relatively low rate of childhood obesity.

In its Sept. 18 list of top 10 healthiest cities in America, the well-known financial magazine also looked at the number of doctors and hospitals within a 30-mile radius of a community, the percentage of the population covered by health insurance and the number of residents who report that they feel healthy.

Highlands Ranch residents and officials point to the community's four recreation centers, its extensive trail system and backcountry area as the foundation that has helped build a health-centric population.

"We're proud of this recognition since we're an active community with a focus on wonderful recreation amenities," said Sherry Eppers, community relations manager of Highlands Ranch Metro District.

According to Money Magazine, health and wealth are correlated. The finance publication looked at economic prosperity when determining its top 10 list. Highlands Ranch's median household income was listed as $110,221 in a 2010-2014 U.S. Census report, and 74.4 percent of the population, ages 16 and older, were employed.

Bob Costello, a real estate broker who has lived in Highlands Ranch for 10 years, said he thinks the community is thriving for a number of reasons, including a draw to the "nice population of educated people."

"In Highlands Ranch it's a real community," said Costello, "almost like a bubble."

### A healthy community

Dru Connolly, born and raised in Highlands Ranch, runs the fitness department of the Highlands Ranch Community Association. She was a competitive figure skater for 20 years and studied exercise physiology and human performance in college.

"Our goal is to help people maintain healthy, functional independence for as long as possible," Connolly, 35, said.

*Healthy continues on Page 9*



Fitness classes offered by the Highlands Ranch Community Association, such as Zumba, a dance-themed workout, tailor to all "ages and stages of life," said Dru Connolly, HRCA Fitness Coordinator. "You really do feel here that you are keeping your community healthy," she said. *Photo courtesy Sarah Neumann/fitness instructor*



## What's happening with my County government?

Our commitment to open and transparent government includes our online posting of information about all public meetings at which the business of government is conducted. To view agendas for business meetings, land use meetings and public hearings, planning commission, the Board of County Commissioner's weekly schedule and more, please visit www.douglas.co.us and search for meetings and agendas.

## LEPC meeting on October 20



The Douglas County Local Emergency Planning Committee will meet at 2 p.m., Oct .20 at the Douglas County School District Offices, 701 Prairie Hawk Drive in Castle Rock. The County's LEPC provides a forum for emergency management agencies, first responders, industry members and the public to discuss and develop emergency plans. For more information, visit www.dcsheriff.net/LEPC

## General election ballots arriving by mail after Oct. 17

Ballots for the November 8 General Election will be in the mail to Douglas County registered voters beginning October 17. If you are a registered voter and have not received your ballot at the address associated with your voter registration by October 24, you may obtain a replacement ballot by contacting the Douglas County Elections staff at 303-660-7444. If you live in Douglas County, plan to vote in the General Election and are not registered to vote, Colorado election law allows voter registration on or before Election Day. For more information visit www.DouglasVotes.com

## Voting open for 2016 Art Encounters



This year, 27 sculptures are showcased in parks and near entrances of recreation centers, shopping centers, libraries and art centers throughout Castle Rock, Highlands Ranch, Lone Tree, Parker and Roxborough. Art Encounters is funded by the Scientific Cultural and Facilities District (SCFD) as well as the Philip S. Miller Trust for installations in Castle Rock. Visit www.douglas.co.us/artencounters to locate and plan a visit to all 27 sculptures, and then vote online using the Vote 4 Art button, selecting your favorite for the annual People's Choice Award, to be announced in June 2017.

www.douglas.co.us



For more information or to register for CodeRED please visit www.DouglasCountyCodeRed.com

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com