# Jaguars keep winning volleyball games

### Top-ranked Rock Canyon eyes final four regular season matches

**By Jim Benton**
*jbenton@colorado
communitymedia.com*

Rock Canyon has been having fun this season and winning volleyball matches.

The Jaguars, Colorado's No. 1 Class 5A team according to the CHSAANow.com poll, notched a Continental League 3-0 (25-11, 25-14 and 25-17) over ThunderRidge on Oct. 4 at the Rock Canyon gym.

Rock Canyon followed on Oct. 6 with a 3-1 (25-22, 25-21, 22-25, 25-20) triumph over Chaparral, which also entered the match unbeaten in the league.

With the two victories, Rock Canyon improved to 14-1 overall and 7-0 in the Continental League.

"What helps them click and play the best is when they have fun and don't take things too seriously," said Rock Canyon coach Angela Nylund-Hanson. "When we start games too nervous and freaked out, we kind of slow down. So we have to keep the fun on the court and support each other and that's what makes us play the best.

"As a coach, how I do it, is that I can't get too intense," she continued. "I try to keep it light, I try to keep the huddles light, I don't yell when I'm on the bench, I stay encouraging as much as I can."

Junior outside hitter Keeley Davis grins when asked about the team having fun.

"We're a very funny team" said Davis. "We all crack jokes, and whenever someone is down, we crack a joke and they usually smile. And that's when they get their hopes up."

*Volleyball continues on Page 28*



Rock Canyon players celebrate after winning a point in a Oct. 4 Continental League match against ThunderRidge. The Jaguars are the No. 1 Class 5A team in the state according to the CHSAANow.com poll with a 14-1 overall record and 7-0 in the Continental League. *Photo by Jim Benton*

# Mullen cracks Valor softball's winning streak

### Softball teams across state head into regional playoff action

**By Jim Benton**
*jbenton@coloradocommunitymedia.com*

Valor Christian's softball team got a wake-up call a week before state playoffs begin.

Mullen, ranked third in the CSHAANow.com Class 4A poll, snapped the 33-game winning streak of the top-ranked Eagles with a 4-3 win in the regular-season finale Oct. 8 on the Mustangs' field.

Eight regional, four-team state playoff regional tournaments in Class 3A, 4A and 5A will take place Oct. 15 with two teams from each region advancing to the state tournament, which will be held Oct. 21-22 at the Aurora Sports Complex.

Valor, the two-time defending Class 4A state champions, has gone 65-3 over three seasons, and the Eagles feel comfortable taking one loss in the state tournament, which they have done the past two seasons

"Last year we lost one game in the regular season and came back," said Valor coach Dave Atencio. "Same thing two years ago. They will bounce back. This loss wakes us up a little bit and refocuses us. And, it was great timing with the state regional tournaments starting."

The top eight teams, according to the RPI standings, earned host roles for the regional tournaments.

In Class 5A, Douglas County, Legend and Arvada West earned the right to play host to a regional tournament. Douglas County will hold the Region 4 tournament at the Metzler complex in Castle Rock and the Region 6 tourney hosted by Legend will be the Salisbury fields in Parker.

In the opening pairings, 16th-seeded Legacy (13-6-0) will face No. 17 Castle View (11-7-1) in the Region 1 tournament at Broomfield High School. Cherry Creek, seeded 25th with a 9-10-0 record, will take on No. 8 and host Loveland (13-6-0) in the Region 2 tournament at the Barnes Softball Complex in Loveland.

No. 12 Ralston Valley (11-7-0) will meet No. 21 Mountain Vista (12-7-0) in the Region 3 tourney hosted by Eaglecrest at the Aurora Sports Park. The Region 4 tournament has first-round games pitting No. 4 Douglas County (15-4-0) against No. 29 Horizon (8-11-0) and No. 20 Rock Canyon (10-9-0) going against No. 13 Prairie View (16-3-0).

Sixth-seeded Legend (14-4-1) will face No. 27 Smoky Hill (11-8-0) in the Region 6 tournament while the Region 7 tourney finds No. 28 and defending 5A champion Mountain Range (10-9-0) challenging No. 7 Arvada West (13-5-1) in an opening contest. No. 18 ThunderRidge (13-6-0) travels to Grand Junction and will play No. 16 Fort Collins (12-7-0) to begin Region 8 action.

Valor reserved Aurora Sports Park for the Region 5 Class 4A tournament. The Eagles, seeded third with an 18-1-0 record, will play No. 30 Pueblo East (7-12-0). No. 19 D'Evelyn will face No. 14 Pueblo Central (12-7-0) in the other opening game.

Fifth-seed Wheat Ridge (13-6-0) faces No. 28 Pueblo Centennial (6-12-1) as host for Region 3 and No. 16 Golden (14-5-0) faces the challenge of playing No. 17 Berthoud (12-7-0) in the Region 1, Class 4A tourney in Erie.

Advancing to the state playoffs was an accomplishment for Arvada. The Bulldogs are 11-8-0 this season and the most wins Arvada managed in a single season over the previous seven years was six.

Arvada, seeded No. 29, plays No. 4 Pueblo West (15-3-0) in the Region 4 tourney at Runyon Field in Pueblo and No. 22 Ponderosa (9-10-0) will open against No. 11 Frederick (12-7-0) in the Region 6 event hosted by Mountain View at the Barnes Softball Complex in Loveland. No. 23 Holy Family (11-8-0) meets No. 10 Air Academy (14-4-0) in the Region 7 meet at Garden Acres Park in Longmont.

Twenty-four teams qualifyied for the Class 3A playoffs and No. 14 Faith Christian (10-9-0) plays No. 19 St. Mary's (10-9-0) in the Region 3 tournament, while No. 7 The Academy (15-4-0) will be at home to play the winner of the Cedaredge-Akron game in the Region 7 tournament.

Two fields must be available for a school to host a regional tournament so all the sites have yet to be determined.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**



**AllHealth NETWORK** Live Better.

**Helping Families for Over 60 Years**

**How do I know if my child is struggling?**

- Worries that impact daily activities
- Not wanting to go to school
- Not interested in taking part in activities
- Difficulty focusing on or completing tasks
- Frequent nightmares
- Aggressive behaviors
- Frequent temper tantrums
- Periods of sadness without a specific reason
- Change in sleeping pattern
- Fighting
- Poor or declining grades
- Isolation
- Drastic change in friends
- Talk of suicide
- Substance use

**When to seek professional help:**

As a parent or guardian you are the expert on your child and if you think there is reason to be concerned, you're probably right. Typically parents, guardians, teachers and other caregivers are the first to notice if a child is struggling with emotions and/or behavior. If you have questions, concerns or a problem is suspected, we are here to help.

**Call today to schedule an appointment.**

**Information & Appointments - 303-730-8858
Emergency & Crisis Information - 303-730-3303**

Arapahoe/Douglas Mental Health Network is now AllHealth Network.

# Highlands Ranch named No. 1 Healthiest Place to Live

**Money Magazine recognizes community in its list of "Top Cities in America"**

By Alex DeWind
adewind@coloradocommunitymedia.com

Randy Dobo walks four miles around the Highlands Ranch Mansion property every morning and does yoga for his lower back.

Sandy Brown has lost about 35 pounds since February. She runs four or five days a week and lifts weights.

Jessica Katz does Pilates two to three times a week and cardio three to four times a week. She doesn't drink or smoke and she eats healthy foods — most of the time.

That focus on good health reflects Money Magazine's recent choice of Highlands Ranch as the No. 1 Healthiest Place to Live in America, noting the lowest adult obesity rate in the country and a relatively low rate of childhood obesity.

In its Sept. 18 list of top 10 healthiest cities in America, the well-known financial magazine also looked at the number of doctors and hospitals within a 30-mile radius of a community, the percentage of the population covered by health insurance and the number of residents who report that they feel healthy.

Highlands Ranch residents and officials point to the community's four recreation centers, its extensive trail system and backcountry area as the foundation that has helped build a health-centric population.

"We're proud of this recognition since we're an active community with a focus on wonderful recreation amenities, "said Sherry Eppers, community relations manager of Highlands Ranch Metro District.

According to Money Magazine, health and wealth are correlated. The finance publication looked at economic prosperity when determining its top 10 list. Highlands Ranch's median household income was listed as $110,221 in a 2010-2014 U.S. Census report, and 74.4 percent of the population, ages 16 and older, were employed.

Bob Costello, a real estate broker who has lived in Highlands Ranch for 10 years, said he thinks the community is thriving for a number of reasons, including a draw to the "nice population of educated people."

"In Highlands Ranch it's a real community," said Costello, "almost like a bubble."

### A healthy community

Dru Connolly, born and raised in Highlands Ranch, runs the fitness department of the Highlands Ranch Community Association. She was a competitive figure skater for 20 years and studied exercise physiology and human performance in college.

"Our goal is to help people maintain healthy, functional independence for as long as possible," Connolly, 35, said.

*Healthy continues on Page 9*


Fitness classes offered by the Highlands Ranch Community Association, such as Zumba, a dance-themed workout, tailor to all "ages and stages of life," said Dru Connolly, HRCA Fitness Coordinator. "You really do feel here that you are keeping your community healthy," she said. *Photo courtesy Sarah Neumann/fitness instructor*

---



## What's happening with my County government?

Our commitment to open and transparent government includes our online posting of information about all public meetings at which the business of government is conducted. To view agendas for business meetings, land use meetings and public hearings, planning commission, the Board of County Commissioner's weekly schedule and more, please visit www.douglas.co.us and search for meetings and agendas.

## LEPC meeting on October 20



The Douglas County Local Emergency Planning Committee will meet at 2 p.m., Oct .20 at the Douglas County School District Offices, 701 Prairie Hawk Drive in Castle Rock. The County's LEPC provides a forum for emergency management agencies, first responders, industry members and the public to discuss and develop emergency plans. For more information, visit www.dcsheriff.net/LEPC

## General election ballots arriving by mail after Oct. 17

Ballots for the November 8 General Election will be in the mail to Douglas County registered voters beginning October 17. If you are a registered voter and have not received your ballot at the address associated with your voter registration by October 24, you may obtain a replacement ballot by contacting the Douglas County Elections staff at 303-660-7444. If you live in Douglas County, plan to vote in the General Election and are not registered to vote, Colorado election law allows voter registration on or before Election Day. For more information visit www.DouglasVotes.com

## Voting open for 2016 Art Encounters



This year, 27 sculptures are showcased in parks and near entrances of recreation centers, shopping centers, libraries and art centers throughout Castle Rock, Highlands Ranch, Lone Tree, Parker and Roxborough. Art Encounters is funded by the Scientific Cultural and Facilities District (SCFD) as well as the Philip S. Miller Trust for installations in Castle Rock. Visit www.douglas.co.us/artencounters to locate and plan a visit to all 27 sculptures, and then vote online using the Vote 4 Art button, selecting your favorite for the annual People's Choice Award, to be announced in June 2017.

www.douglas.co.us



For more information or to register for CodeRED please visit www.DouglasCountyCodeRed.com

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

# Outdoor goods chain opens in Parker

## Gander MTN opens Parker store with outdoors theme

By Tom Skelley
tskelley@coloradocommunitymedia.com

Mike and Rachael Sundeen have driven past the new Gander MTN store before, but the evening of Sept. 13 was the first time they saw people going in. Though they didn't have an invitation for the exclusive pre-opening event, they said the store's staff was welcoming.

"We just saw people walking in, and they were very nice," Mike said. "The staff said, 'We're not going to turn anybody away, come on in.'"

Both Sundeens said they look forward to shopping for camping gear at the new store.

"Obviously, they have a big inventory, big store, it offers a lot," Mike said. "It's nice to have it here in Parker."

The couple were among the first customers to see the new store's interior at a "friends and family" sale. A ribbon-cutting ceremony preceded the official grand opening on the morning of Sept. 15, and the grand opening weekend continued through Sept. 18 with celebrity appearances and giveaways.

Store manager Jeff Long said all of the store's employees are outdoor enthusiasts who look forward to sharing their expertise with customers. Long grew up on the western slope as an avid camper and hunter.

"We're all about matching the individual with the appropriate gear," Long said. "We're a group that's excited about the outdoors and we look forward to sharing that passion with customers."

Gander MTN was founded in 1960 as a catalog retailer in Wilmot, Wisconsin, and has become a major national supplier of outdoor recreational goods. The store has 160 locations in 27 states, but the new location in the Crown Point development is one of only two stores in Colorado.

The new outlet is a massive 57,600 square feet, requiring a staff of 87 to cover the area. Most of the store's employees transferred from its previous location in Aurora, a store known as a leader in the chain.

"I think it's fortunate that we're getting their best team," said Dennis Houston, president of the Parker Chamber of Commerce. Houston referred to the Aurora store's rating as the number one store for customer service in the Gander MTN network.

The timing of the opening couldn't be better, according to Houston and Long.

Long said the store has "micro-seasons" throughout the year as customers focus on shopping for camping, fishing and hiking supplies, but fall is especially busy.

"We're about halfway through archery season," Long said, "and we're opening right before rifle and big game seasons."

The opening will also help fill the vacuum recently created by the closing of Sports Authority.

"I think this will fill a void for some of those retail opportunities," Houston said.

Houston added that so far the store, the town and the chain are a good match.

"They think they'll be a good fit," Houston said. "We do as well."

> " We're all about matching the individual with the appropriate gear."
>
> Jeff Long,
> Gander MTN store manager in Parker



Beckett Munsey, 3, steers through the aisles as his parents, Chad and Ashleigh, check out the goods at Gander MTN's "friends and family" pre-opening sale on Sept. 13 in Parker. *Photo by Tom Skelley*



Frisco or San Francisco. Denver or Dallas.

It doesn't matter where you're from. Because if you've skied here you've been raised on some of the best Colorado has to offer.

For generations, people have valued a down-to-earth ski experience that puts friends, family and a relaxed mountain atmosphere above all else.

Wherever your home address may be, you've been raised on Colorado.

Welcome home.

888 219 2441   RAISED ON COLORADO   COPPERCOLORADO.COM

COPPER MOUNTAIN

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**



Maria Isa Vasquez and more than 30 of her family members participate in the Denver Metro Out of Darkness Community Walk at Coors Field to remember her daughter, who died of suicide last year. The family from Aurora sports T-shirts that say, "You can not be replaced." *Photo by Alex DeWind*



Hundreds of people flood the inside of Coors Field for the second annual Denver Metro Out of the Darkness Community Walk on Sept. 24. The fundraising event to support suicide prevention started in Highlands Ranch in 2010 and grew to expand to the downtown Denver location. *Photo courtesy JK Photography*

# Rain or shine, the walk goes on

## 2,000 men, women and children walk to support suicide prevention

**By Alex DeWind**
*adewind@coloradocommunitymedia.com*

Coors Field in Denver radiated energy with about 2,000 people in attendance for the second annual Denver Metro Out of the Darkness Community Walk.

Among the crowd was a group of 30 people, of all ages, wearing matching red T-shirts that read, "You cannot be replaced."

They were for Maria Isa Vasquez's daughter, who lost her life to suicide last year.

"It's good to have support," the Aurora resident with tears in her eyes as family members patted her back.

The walk to raise awareness about suicide started at Highlands Ranch High School in 2010 and grew to expand to Coors Field in 2015.

The fundraising event, hosted by the American Foundation for Suicide Prevention, features various speakers, a silent auction, a butterfly-release ceremony and workshops. There's also a poster with hope notes for people to sign and a memory tree for photos of lost loved ones.

To date, the 2016 Denver Metro Out of Darkness Community Walk has raised $182,663 toward a goal of $240,000. Donations will be accepted until Dec. 31.

Funds go toward creating a culture that's smart about mental health through education and community programs, developing suicide prevention through research and advocacy, and providing support for those affected by suicide, according to the American Foundation for Suicide Prevention webpage.

Maria Reed, a sophomore at Highlands Ranch High School, volunteered at this year's walk to make a difference in others' lives, she said. She and about 40 other students from the school helped out.

"I just like to make a difference and get involved," she said, "and try to make people happier."

Although the weather forecast called for an overcast morning, the day ended up being gorgeous, said Laurie Freeman, chair of the 2016 Denver Metro Out Of The Darkness Walk.

"These go on," she said, "no matter what."



### THE LARGEST LAW FIRM IN HIGHLANDS RANCH WITH 12 ATTORNEYS SERVING OUR COMMUNITY,



**Janet Martin**
**J. Scott Lasater**

and one of the most successful civil litigation firms in the State, is proud to announce, that after 12 years of being located in the center of the business community in Highlands Ranch, the firm has extended its commitment to remain in Highlands Ranch at their Ridgeline Boulevard offices through at least 2024!

**The firm and its staff of attorneys and para-professionals continue to represent:**

**Businesses | construction professionals | HOAs | individuals and families and those committed to the integrity of the insurance profession**

Lasater & Martin, P.C. has protected hundreds of millions of dollars of our client's assets in cases that include claims against construction professionals; businesses of all types; homeowners and individuals. We have also collected millions of dollars for the residents of Highlands Ranch in cases that include serious injury, discrimination and malpractice.

**If you would like more information, please contact Tina at (303) 730-3900 or email at Office@LasaterandMartin.com**

**8822 S. Ridgeline Blvd. Suite 405, Highlands Ranch**

**303-730-3900 | www.LasaterandMartin.com**

Follow us on:

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**





**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**