# Volleyball

*Continued from Page 26*

The opposite is true of the defensive digs, which is when players keep play going by diving to prevent the ball from hitting the floor. Arapahoe had 73 digs, with Abby Anderson the leader with 12 and teammate Jessica Girard with 13. Cherry Creek players made 53 digs with Kate Chapman the leader with 16.

Carly Killorm was Arapahoe's assist leader with 23 while Daisy Schultz and Kathryn Fish each made 18 assists for Cherry Creek.

**They said it**

Arapahoe Coach Jordan Wright said this is a veteran team with eight seniors on the roster.

"We are better team now than we were at this time last year when we had about a 500 record," she said before the match. "We are playing very well this season and this is a key game against a very good Cherry Creek team."

She said the team's strength is its way the athletes work together as a team. She said although this is a senior-dominated team, the future of Arapahoe volleyball looks good because the underclass teams, the junior varsity, sophomore and freshmen teams, all have winning records.

After the match, she hugged and congratulated her players. She told they had played solid volleyball and to celebrate a win over a very good Cherry Creek team.

When the match was over, Arapahoe players and coaches remained on the court to celebrate with fans, friends and families. Cherry Creek Coach Sally Moos and her players left the court and headed to the locker room. Moos said she did not want to talk about the match as she left for the locker room.

Joan Dalton, one of the Bruin assistant coaches, said it was a great match, both teams played very well, and it was fun to see some players step up to do their jobs to fill vacancies, including the loss of two starters to injuries.

"Our team played really well and I think I expected we would win the match in four sets," she said. "But they battled back, rallied very well, but Arapahoe played very well like they always do."



Tate Eppard, left, sends the ball over the net for Cherry Creek as Arapahoe's Kaylee Rogers and a teammate prepare to jump up to try to send the ball back on the Bruin side of the net during the Oct. 6 league volleyball match. *Photo by Tom Munds*

# Familiar look to state tennis tournament

## Cherry Creek again poised for a championship

**By Jim Benton**
jbenton@coloradocommunitymedia.com

Not much appears to have changed this fall.

Cherry Creek and Fairview head into the boys Class 5A state tennis tournament as the teams to beat.

The Class 5A tournament will be played Oct. 13-15 at the Gates Tennis Center in Denver, while the 4A tournament is set for the same days at Pueblo City Park.

Cherry Creek has won 41 state championships and the Bruins are the five-time defending champs. In each of the past five seasons, Fairview has finished second to the Bruins.

In the Region 1 qualifying tournament, Creek swept all the titles in the seven divisions and will have 11 players in the state brackets.

Fairview will send all 11 of its players to the Gates Tennis Center while Heritage, Ponderosa, Grand Junction and Mountain Vista qualified enough players to be contenders.

The following are the local qualifiers for the Class 5A and 4A state tennis tournaments:

**Cherry Creek:** No. 1 singles - Ethan Hillis, Sr. (12-5); No. 2 singles - Robby Hill, Sr., (14-3); No. 3 singles - Alex Gordon, Fr., (11-5); No. 1 doubles - Jacob Bendalin, Sr. and Ben Murray, Jr. (14-3); No. 2 doubles - Sam Angell, Jr. and Drew Hill, Soph. (16-2); No. 3 doubles - Stone Heyman, Jr. and Nick Eidler, Jr. (15-2); No. 4 doubles - Zach Smith, Jr. and Nick Svichar, Fr. (17-0).

**Legend:** No. 4 doubles - Luke Lyman, Sr. and Luke Grant, Jr. (5-8).

**Mountain Vista:** No. 1 singles - Ben Antonsen, Sr. (10-0); No. 2 singles - Max Probst, soph. (7-3); No. 1 doubles - Matt Szmyd, Sr. and Grant Smith, Sr. (8-2); No. 2 doubles - Collin Bean, soph. and Tommy Hipp, Jr. (8-2); No. 3 doubles - Chris Schauer, Sr. and Brian Benson, Jr. (10-0); No. 4 doubles - Cameron Mahoney, Sr. and Naman Kapasi, Fr. (6-4).

**Ralston Valley:** No. 2 singles - Jackson Johnstone, Jr. (5-4).

**Rock Canyon:** No. 2 doubles - Jack Wahlenmaier, Sr. and Wes Wainright, Sr. (12-2); No. 3 doubles - Gavin Burkholder, Sr. and Luke Smith, Soph. (10-3).

**ThunderRidge:** No. 2 singles - Zach Keith, Sr. (8-6); No. 3 singles - Benton Haensel, Jr. (12-2); No. 1 doubles - Daniel Auerbach, Sr. and Carson Sexton, Jr. (6-7)

**Valor Christian:** No. 1 singles - Carter Logan, soph. (6-4)



SARAH CANNON at Swedish Medical Center

NURSE NAVIGATORS
Sariet Burchfield, RN
Karen Cotter, RN,RT,CBPN

RADIOLOGISTS
Laura Barke, DO

# TEAMING UP AGAINST BREAST CANCER

As a team, we at Swedish Medical Center treat more than 200 patients a year. Our depth of experience, expertise, and collaboration means you will have the best team by your side, every step of the way.

SURGEONS
Laura Hafertepen, DO
Jan Kercher, MD
Jodi Widner, MD

MEDICAL ONCOLOGISTS
Robin Kovachy, MD

RADIATION ONCOLOGISTS
Marshall Davis, MD

Learn More at SwedishBreastCare.com



**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you _must file a claim_ by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, endorsement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Page 12 — Thursday, September 29, 2016 — The Chaffee County Times

# OPINION

## Your View

**Continued from page 7**

coming into our community.

Then, I heard the report, given at last week's county commissioner's meeting, stating 20 people were transported, within the festival, due to drug related issues, one only 12 years young.

We can only imagine – no, we can't really – how many others were selling, buying, using drugs and weren't transported or arrested at this event.

According to Teenrehabcenter.org, "statistics show that many – if not most – festival-goers use mind-altering substances at events..." The same article states, "Drugs have become so commonplace at music festivals that attendees do not bat an eyelash when they witness drug use taking place. In fact, those who do not use drugs are in the minority at many festivals.

"For parents, teen drug use at these events is a very real concern.

I work closely with children of all ages, in Buena Vista through church, the Arkansas Valley Mission, DPCA and teens at work.

I care deeply about the youth of this community and know how fragile and vulnerable they are to the temptation to drugs. We need events that encourage our youth to avoid drugs at all costs, not ones that teach them drugs are necessary to enjoy the beauty of the outdoors.

Finally, just as disturbing as the (as the drugs) is the way that Vertex has divided this town.

In geometry, a vertex is the point farthest from the base. The irony is that this festival has driven our little community far from its base.

This week, we had our Community Dinner and yet my Facebook is blowing up with some of my friends blasting those who want the festival and others bashing those who don't.

Before Vertex came, we were a community that came together to support each other when a family was killed in a rock slide, when our football team won state, when teenage kids battled cancer and the list goes on. We were community.

I hear people say, Vertex "put us on the map."

To me, our community mindedness is what put us on the map. When we held our first ever community dinner,

that put us on the map. People all over the country heard about it and said, "Wow! What a community!"

That is how I want BV to be known, a community that comes together to celebrate life, not for a drug infested music festival.

Let's bring Buena Vista back together again, make us the community we can be proud for the world to see, a community where our children will be safe and free of drugs.

**Debbie Martinez**
**Buena Vista**

### 'AARP couple' looks for 2017 Vertex festival

Deb and I attended this year's festival and would like to express our support for next year's festival.

We are a part of the AARP demographic and very much enjoyed this year's festival. We look forward to attending next year and in future years.

This was our first multi-day music festival and we were not sure what to expect.

One of the things that surprised us was the number of young families and their kids.

Nothing brightens your day like watching young families and their kids having fun.

As to the noise, we closed the windows to the BV and were in bed before 11 p.m. every night. We had no trouble getting a good night's rest.

**Jim and Deb Bosshart**
**Bow Mar**

### Establish a Vertex tradition in Buena Vista

I have visited Buena Vista several times over the past 10 years for both business and pleasure.

Each consecutive visit I am more and more impressed with what this small town has to offer. My last visit was with my wife and my 6-month-old son to attend the inaugural Vertex festival.

The festival was exceptionally well produced and took great care in creating a unique experience that is sure to garner international acclaim.

The beauty of the Meadows property, in large part, makes this festival so special.

Buena Vista has an opportunity to create and sustain a truly great addition to the modern culture of American music, much like the Telluride festival did in the 1970s.

In addition to the lasting effects on the music culture of Colorado and beyond, as I un-

derstand it, the ongoing production of the festival will help to preserve an exceptional piece of Buena Vista's agrarian landscape.

This is an innovative and thoughtful approach to land preservation, which I trust the commission will acknowledge as it reviews this coming year's application.

I do hope you continue to support the ongoing production of Vertex on the Meadows property. My family is looking forward to future visits to Buena Vista and have already begun to share our positive experience with friends about how they must visit the town and attend Vertex.

While we were there this summer for Vertex, we were able to walk the town's main street every day, eat in several of the restaurants for lunches and dinners, have coffee in the morning and an ice cream in the afternoon as well as attempt to stand-up paddle surf the wave at the Staircase.

These were all memorable

summer experiences that only a few years ago I would have not thought possible in Buena Vista.

Thank you in advance for considering my letter and support for Vertex as you review this coming year's festival plans.

I hope you establish a new tradition and an annual celebration by supporting the on-

going production of the event.

**Russell Preston**
**Boston, Mass.**

### Yes to Vertex 2017

Growth within our community and Vertex has a symbiotic relationship.

A beautiful place such as Buena Vista and the collection

SEE Your View, Page 13



MENTION THIS AD AND GET A 10% DISCOUNT!

**J.W. ASPHALT**
40 YEARS EXPERIENCE
RESIDENTIAL & COMMERCIAL DRIVES

PAVING • PATCHING • SEAL COATING
OIL BASED SEALER • HOT RUBBER CRACKFILLER

GUARANTEED WORK        John Wells, Owner
FREE ESTIMATES        719.563.0814

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out, you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary notice. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com



**The Town of Buena Vista Public Works Department is accepting bids for our annual Tree Pruning and Removal Project.**

Bids should include traffic control, clean-up, removal, and hauling to the Public Works yard at 755 Gregg Drive. Bid should be itemized per tree. List of trees selected for pruning/removal will be available at Town Hall (210 E. Main Street), on the Town website www.buenavistaco.gov, or at Rocky Mountain E-Purchase System at www.bidnetdirect.com on Wednesday, September 21, 2016.

Bids are required to be submitted to Town Hall 210 E. Main, P.O. Box 2002, Buena Vista, Co 81211 by Monday, October 10, 2016 for a bid opening at 2:00 PM. Bid opening will take place at the Public Works building located at 755 Gregg Drive. Bid should be labeled "2016 Pruning Project." Please call Public Works Department for further information at 395-6898 ext. 5#

Page 8 — Thursday, September 22, 2016 — The Chaffee County Times

# ARTS & ENTERTAINMENT

## Free writing session Sept. 24

The Chaffee County Writers Exchange is sponsoring a Fifth Monday free writing session on Saturday, Sept. 24, from 9:30 a.m. to 12 p.m. at the Buena Vista Library, 131 Linderman Ave.

Columnist, blogger and writing instructor Doris Dembowsky will teach the essential brass tacks of what makes a story come alive.

Bring writing materials, a snack to share and your own beverage. More information is at www.CCWritersExchange.org

RSVP to info@CCWritersExchange.org to reserve a seat as space is limited. Subscribe on our website www.CCWritersExchange.org to get early-bird notifications for CCWE events.

Please be kind to those with allergies and refrain from wearing perfumes or colognes.

## Poetry workshop to be Oct. 1

David Mason – Colorado's Poet Laureate from 2010 to 2014 – will present a workshop in Salida, from 9 a.m. to 4 p.m., with an hour break for lunch, at the Mt. Shavano Manor meeting room, 525 W. 16th St. "Muses and Masters" is the topic: "A Class about Sources of Inspiration and Ways of Revising."

The workshop will begin with a guided writing exercise in the morning. The afternoon begins with an examination of great opening and closing lines in poems, developing a "poetic" rather than a "prosaic" approach to language and addressing the question, "What is the role of dramatic voice even in lyric poetry?"

There will be opportunity for writing and revising your own work during this workshop.

Mason is currently professor and chair of the department of English at Colorado College, Colorado Springs. He has published many books of poetry, a verse novel, and has written libretti for opera.

The workshop is sponsored by The Shavano Poets Society and will be limited to 25 participants. The fee is $30 for members of Shavano Poets and $45 for non-members.

To pre-register, call Maria, 395-6013, or Jean, 539-6467, to verify available space. Send your check made out to Shavano Poets, PO Box 675, Salida, CO 81201.

## Shavano Poets win at state festival

Seven members of the Salida-based Shavano Poets attended the state poetry organization's annual Poets Fest in Aurora Sept. 10. Six members won prizes in the three poetry categories including all three first prizes. They accounted for seven of the 18 awards.

Doann Houghton-Alico won first prize in the prose poem category with "Ain't Gonna Die Til." Margery Dorfmeister took first in the traditional form contest with her ballad, "One-Eyed Jacqueline." In the free verse competition Lynda La Rocca won "Another Day."

Richard Cuyler and Maria Weber each finished third in two categories. Second honorable mentions went to Barbara Ford and Lynda La Rocca.

The Shavano Poets meet at the First Presbyterian Church in Salida from 1 to 3 p.m. the first Thursday of each month. New members are welcome.

For more information contact Maria Weber, secretary, at 395-6013, Jean Hanfelt, treasurer, at 539-6467 or Richard Cuyler at 539-3214, or rcuyler@sondryfolk.net.

> According to the 2014 *Chaffee County Times* Reader Survey
>
> **the most popular Buena Vista activity is walking**



**NEW FOR 2017!**

BUENA VISTA • LEADVILLE • SALIDA

**DISCOVER**

THE HEART ♥ OF COLORADO

Arkansas Valley Publishing is pleased to introduce its new regional magazine for 2017, DISCOVER THE HEART OF COLORADO.

This is the evolution of the proven Visitor Guide formula that we have used for more than 20 years to present our communities to both residents and visitors.

**DON'T MISS OUT! AD SPACE NEEDS TO BE RESERVED BY 9/26!**

Call Cristie at The Chaffee County Times - 719.395.8621

## Storytelling event is Oct. 1

### Concert for grownups

Professional storytellers Maureen Korte and Debra Olson-Tolar will present a lively storytelling concert for grown ups Saturday, Oct. 1, at the Congregational United Church of Christ, 217 Crossman Ave., in Buena Vista.

The program, titled "Fall Into Stories," will begin at 7 p.m. There is a suggested donation of $8, with proceeds going to the artists.

Irish-American storyteller, Maureen Korte writes, adapts, and tells stories of every genre, from every country for every kind of audience. She has traveled to Ireland to study and collect the ancient myths and legends of her heritage.

She has visited China where she studied storytelling in the Chinese school curriculum. Maureen collected stories along the Zambezi River in Africa and has traversed Europe in search of the perfect story. She has also gone to Malaysia, Thailand, and Hawaii to search for tales. See www.MaureenKorte.com.

Debra Olson-Tolar has shared her stories and taught workshops at the Los Angeles and Texas storytelling festivals, and the National Storytelling Conference, as well as at women's retreats, schools, churches, and libraries. As an actor, Debra has appeared on television, film, and stage, including a performance on Comedy Central's Key and Peele that went viral. Debra's background includes a Ph.D. in Communication and over 20 years teaching at the college level. See www.DebraOlsonTolar.com.

For those who would like to learn more about the art of storytelling, Maureen and Debra are presenting two workshops beginning at 10:30 a.m. on Oct. 1, in the community room of the Buena Vista Library, 131 Linderman Ave. The cost of each workshop is $15 or $25 for both.

Debra's workshop (10:30 a.m.-12 p.m.) will provide an introduction to the art of storytelling, including its historic roots and modern-day uses. You'll learn the basics of story structure and what makes a strong story.

Maureen's workshop (1-2:30 p.m.) will focus on how to write, create, and adapt stories by using patterns that are set up for you. Both workshops will be fun, active, and include handouts. All levels and ages of tellers are welcome. Bring a sack lunch if you sign up for both. Beverages and snacks provided.

Contact Debra Olson-Tolar at UAVStorytelling@gmail.com or 818-403-3331 (cell) with questions or to reserve tickets.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

A 8 | THE GAZETTE | WEDNESDAY, SEPTEMBER 21, 2016



## LOCAL & STATE
### BRIEFLY

### Health insurance hike expected

Coloradans shopping for health insurance will see double-digit rate hikes next year, a result of insurers leaving the market and cutting plans.

The state Division of Insurance announced Tuesday that the cost of individual plans is going up by an average of 20.4 percent. The rate hikes will affect about 450,000 people in Colorado who don't have insurance covered by an employer and also don't qualify for Medicaid or Medicare.

In the small group market, which is made of up small employers, rate increases are much more moderate, averaging 2.1 percent.

About 92,000 people must find new coverage in Colorado next year because their insurance companies have left

the market. UnitedHealthcare and Humana Insurance won't offer individual plans, and Rocky Mountain Health Plans will only offer them in Mesa County.

### Pence to visit Springs on Thursday

Indiana Gov. Mike Pence, Republican presidential nominee Donald Trump's running mate, will hold a town hall meeting in Colorado Springs on Thursday.

The event is at 2 p.m. at the Hillside Community Center, 925 S. Institute St. Doors open at noon. The appearance marks Pence's second public visit to Colorado Springs since he was announced as Trump's running mate in July. Tickets are free, but required for entry.

Tickets are available at www.donaldjtrump.com/schedule.

### Car smashes into 7-Eleven

A car crashed into a 7-Eleven in the Security-Widefield area Tuesday, the Colorado State Patrol said.

Troopers received a report of the crash at about 10:46 a.m. A 23-year-old man was behind the wheel, said Trooper Nate Reid. No injuries were reported.

The incident occurred at Main Street and Security Boulevard, according to Gazette news partner KKTV. The driver was ticketed, which a witness said happened after his foot became caught on the gas pedal, KKTV reported.

THE GAZETTE AND NEWS SERVICES

## LAWSUIT
### FROM PAGE 1

was sued by the U.S. military and departments of defense around the world because it saves lives — which likely explains why this product remains in use approximately a decade after 3M exited the sale of it," said William A. Brewer III, a partner at Brewer, Attorneys & Counselor and counsel for 3M, in a statement emailed to The Gazette. "In any event, we believe these claims against 3M in connection with AFFF lack merit. 3M sold these products with instructions regarding their safe use and disposal."

The Hannon Law Firm of Denver, which filed the suit, declined to comment Tuesday.

The Air Force has banned use of the foam except in emergencies and has awarded a contract for a replacement

that officials say is less toxic.

Across the nation, hundreds of sites have been identified where the military used the foam.

Class-action suits have been used in recent years against chemical manufacturers that made perfluorinated compounds alleging contamination around their plants.

The new suit blames the Air Force for contaminating the wells, but blames the manufacturers for knowingly building a toxic product. The suit also claims manufacturers didn't warn the military about the dangers of the foam.

"Upon information and belief, defendants had known of these health and environmental hazards for years," the lawsuit maintains. "For example, by the mid-1980s, 3M began a major program to review personnel handling of fluorochemicals and determined that fluorochemicals could bioaccumulate," meaning that

they could build up in human blood over time.

In 2000, 3M reached an agreement with the EPA to phase out the foam, stopping manufacture in 2002.

The military is largely immune from lawsuits for actions taken on behalf of national defense.

"In general, the concept is that the government, as sovereign, is immune to suit by private parties — that's the basic principal," said Kevin Lynch, an assistant law professor at the University of Denver.

The chemical companies remain unregulated, and the EPA has only issued health advisories — as opposed to hard limits — on the chemical in drinking water.

The McDivitt Law Firm in the Springs has run TV ads seeking toxic water plaintiffs.

A judge will later rule on whether the lawsuit can move forward and whether it will be allowed as a class action.



## successful AGING EXPO

## Saturday, October 1, 8:30 a.m. – 4 p.m.

## DoubleTree by Hilton Hotel
### 1775 Cheyenne E. Mountain Blvd.

Free Admission | Free Parking | 80+ Exhibitors | Prize Giveaways
Food Samples & Vendors | 20+ Expert Speakers

## Visit SuccessfulAgingCS.com for more information!

## SEMINARS & SPEAKERS



### MOST COMMON ESTATE PLANNING MISTAKES
RABEA TAYLOR, JD



### JOINTS AND STAYING ACTIVE
DR. ERIC JEPSON, DO

### DEALING WITH THE CONSEQUENCES OF CHANGE
JANE W. BARTON, MTS, MASM, CSA

## MORE SPEAKERS TO BE ANNOUNCED.

Premier Sponsor


LEGACY BANK
www.LegacyIB.com

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claim may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com

SUNDAY, SEPTEMBER 25, 2016 | THE GAZETTE | **A 17**

## STATE & WEST

# Navajo Nation lawmakers seek fracking effects study

The Associated Press

FARMINGTON, N.M. • The Navajo Nation is seeking more investigation into the potential environmental fallout of hydraulic fracturing as it looks to update its energy policies.

Tribal legislators are pushing for a better understanding of energy industry practices as well as any necessary revisions of rules surrounding oil and gas production, the Farmington (N.M.) Daily Times reported.

The issue of hydraulic frac-

turing, or fracking, has taken a greater precedence in recent months.

Council Delegate Jonathan Hale introduced legislation in April opposing oil and gas drilling on the Navajo Nation.

"I'm just trying to make that conversation for the better welfare and health of our people," Hale said. "What standards as a Navajo people are we going to set for the future?"

Navajo Nation Oil and Gas Co. CEO Louis Denetsosie, however, has said the bill is "not based in sound science."

The conflict fueled a tribal committee's request for a scientific study.

The tribal council has issued a Dec. 31 deadline for the study.

Council Delegate Davis Filfred said in August that an extension to plan funding was likely.

"The question is, who is going to foot the bill for the study," he said. "... I want facts. I want data.

"I want to know if the water is harmed. I want to know if somebody died from fracking."


THE GIANT SAYS
NO HAIL HERE!
SUSS SUPERSTORE


2004 BMW 645Ci
$12,800
Convertible, Faster, Loaded, SG1146


2002 Jaguar XKR
$14,900
Convertible, V8, 80K, SG1135

2009 Infinity G37 Coupe
$15,900
V6, Leather, Sunroof, 91K, SG1075


2007 Audi S4 Quattro
$16,400
V8, Leather, Sunroof, 93K, SG1104


2015 Ford Mustang
$17,900
Auto, A/C, Great Deal! SG1163

2014 Mercedes C250 Luxury
$21,100
Leather, Loaded! SF1305


2004 Chevy Corvette
$21,300
Leather, Glass Roof, 33K, SG1093


2015 Dodge Challenger SXT
$21,800
Auto, Air, SG1063

2015 Ford Mustang Convertible
$21,900
Auto, Air, Great Deal! SG1107


2004 Chevy SSR Truck
$21,900
V8, Leather, Convertible, 71K, SG6355

2015 Chevy Camaro LT
$23,500
Convertible, 23K, SG1268

2015 Ford Mustang Convertible
$23,900
Loaded, 19K, SF1335


2015 Cadillac ATS 2.0T
$23,900
Leather, Luxury, Loaded, SG1091

1999 Porsche 911 Carrera C4
$25,800
Convertible, 6 Speed, 33K, SG1121



2013 BMW 535i Xdrive
$26,900
Leather, Loaded, SG1084


2011 BMW 335i Msport
$27,500
Hardtop Convertible, 51K, SG1150


2016 Nissan Maxima
$28,900
Navigation, 11K, SG1084


2007 Chevy Corvette
$31,500
6 Speed, Convertible, 29K, SG1087


2015 BMW 328i
$32,900
Leather, Loaded, 18K, SG1157


2013 Mercedes S350 4Matic
$35,700
Blue Tec, Diesel, Loaded! SG6224-1

2014 BMW 535i Xdrive Msport
$41,900
Loaded, 30K, SG1265*



SUSS
SUPERSTORE
(719) 900-3904
www.SussSuperstore.com

YOUR USED CAR HEADQUARTERS!
Family owned and operated.

945 MOTOR CITY DRIVE, COLORADO SPRINGS 80905

Ad good today only + tax. *Photo for illustration. ®SUSS 2016



## Selling? Downsizing?
### We can help.

Join the Inn at Garden Plaza as we present "**Selling Your Home and Downsizing,**" a workshop on where to begin selling your home and downsizing along with all the resources available to help you. *Tours of our community will be available after the workshop. Lunch will be provided.*

**TUESDAY, SEPTEMBER 27, 11 A.M.**

11 A.M. – Lunch • 11:30 A.M. – Seminar

12 P.M. – Meet local realtors, stagers, moving companies, auctioneers and more!

**RESERVATIONS REQUIRED.**

For more information or to reserve your space, please call 719.630.1155.

**Exceptional Experiences Every Day**
719.630.1155
2520 International Circle
Colorado Springs, CO 80910
InnAtGardenPlaza.com


THE INN AT
**GARDEN PLAZA**
A SENIOR LIVING COMMUNITY

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old, but before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will <u>not receive any money</u> if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

The Colorado Statesman *September 22, 2016*

# Stockham challenges Degette in CD 1

**STOCKHAM** *from page 3*

with the stickers and people see that all night, and sometimes they'll strike up a conversation."

On a recent night driving in central Denver, not all of Stockham's passengers wanted to talk politics — "Animal-wise, I like elephants, but that doesn't have anything to do with my political affiliation," said a woman who was part of a group riding from one nightclub to another on Capitol Hill — but several did.

At least a few said he might have won their votes, although three Texans heading from Lar-

imer Square to the Grizzly Rose admitted that their support didn't mean a lot, since they live in Fort Worth.

"You're gonna get it," said one, tipping his cowboy hat. "Have faith."

Stockham is facing an uphill battle in his run against DeGette. Not one of her opponents has surpassed 30 percent of the vote in her nine runs for reelection — former Lt. Gov. Joe Rogers received just a hair over 40 percent in 1996 in DeGette's first successful run for the seat that had been held by Democrat Pat Schroeder for 12 terms before that — and

she's outraised Stockham by a wide margin, reporting just over $1 million in campaign contributions to his roughly $25,000, according to the most recent campaign finance reports.

He's pressing DeGette to add an earlier debate to the one the campaigns have scheduled for Oct. 12 at the University of Denver, charging that her "white privilege elite status is showing" in an open letter to DeGette posted on Facebook. "The people of CD-1 are being robbed from hearing both sides of this race. Now, time is running out and it is obvious you are playing polit-

ical games and I say ENOUGH is ENOUGH." (The candidates had agreed on a debate the night of Oct. 4 but had to reschedule after realizing that was the same night as the vice presidential debate.)

Last month, Stockham staged a sit-in outside DeGette's office to encourage her to schedule debates. He says he isn't planning on letting up anytime soon, although her campaign says the congressional schedule makes it challenging to schedule debates. "Congresswoman DeGette takes every election seriously," said her campaign manager, Michael Whitehorn, in an email.

Stockham says he's serious about his run, too, although he acknowledges he's taking a highly unconventional approach.

"Because I'm not a politician, I'm not interested in doing what everyone else has done," he says while driving through downtown toward Union Station in search of a fare. "Obviously, what they're doing isn't working. From Day One, I'm like, 'I've got to do something different.' I've been thinking of ways to reach people that's outside the box, and I think I've done that."

Last week, Stockham, who is African American, gathered Republican officials and candidates for a news conference in Five Points to call attention to the plight of Selman's Record Shop, which is in danger of closing due to the area's gentrification, he charges. He outlined plans to pursue historic designation for the iconic store and locate his congressional office there as a way to help "bring prosperity back to the Five Points area for black-owned businesses," he said in a statement announcing the event.

"When I do get in conversations with people, whether it's on the street or in the Uber or at the Young Democrats' social, we can talk to each other and, at the end of it, we're not killing each other," Stockham says. "Most of the stuff, we're agreeing on. I agree with you,' they say. 'I know!' It's not Republican or Democrat, it makes sense. They try to pin me into this box, they try to put me into this Republican box that's racist, bigoted, homophobic, everything else. I say, 'I drive all manner of people all night all around.'"

One of his favorite stories, he adds, is the night he pulled up outside Charlie's, a gay country-and-western bar on Capitol Hill, and his fare turned out to be a drag queen.

"And he's tall — all these drag queens are always tall — and he gets in the car and he starts to un-drag, he takes off his wig," Stockham says, chuckling. "He does lip-synching, so he's tired. We're just talking about stuff. It's like a 20-minute ride, and I get halfway to his house and he says, 'I'm probably the first drag queen you've given a ride home to,' and I say, 'Sorry to bust your bubble, my friend, but no. In fact, I've lost track of how many drag queens I've given a ride home to.' He said, 'Really?' I said, 'I know you thought you were special, but you're not.'" Stockham erupts in laughter and then turns his attention to the Uber app as it chimes, announcing a fare.

Pulling into traffic and signaling a turn, he says he's tallied politics with close to 2,500 passengers since he started campaigning and driving, out of close to 4,000 passengers he's driven around.

*See STOCKHAM page 13*

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of The Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

The Colorado Statesman  *September 29, 2016*

**11**

# SECRETARY OF STATE DOWNPLAYS ELECTION CONCERNS

**ELECTION** *from page 4*

them if they want to affiliate with a party. Schler said the driver's license office staff will also try to weed out duplicate voter registrations by asking people if they have changed their name.

**Returned mail:** State legislation addressed some "glitches" in the system and clarified what notices counties send to registered voters, Schler said.

"We had some poor definitions of what mail bounce-back messages meant, so now we have every clerk's office who receives one

make that voter inactive and they will fall off the list eventually," he said. "I think we'll see a big chunk of that after the 2016 election and again after the 2020 election."

**New programs:** A future source called the Electronic Registration Information Center, or ERIC, includes 21 states and the District of Columbia, Schler noted. The program will allow participating states to share voter registration and driver's license information and includes the national death list.

"None of these lists are perfect," Schler said, "but I think we'll be

capturing a whole bunch of people who die and can potentially remove them from the rolls," he said.

State Election Director Judd Choate said another new program, based in Kansas, includes 30 states sharing voter registration lists after each general election to help find voters who may have cast ballots in more than one state. The program found several people had voted in Arizona, Kansas and Colorado.

"That resulted in FBI agents going to their house and warning them that if it happens again, they could be prosecuted for voter fraud," Choate said.

**Report raises questions**

Behind the scenes, making sure Colorado voter registration information is safe and secure from online prying eyes involves ongoing measures, said Trevor Timmons, chief information officer in the secretary of state's office.

"After those other breaches, we scanned our logs to see if we had any activity from the same sources and we didn't find any sign that had occurred" with SCORE, Timmons said.

Online security was further enhanced with more computer blocks put in place, so known hackers have even more barriers in their way, he added.

"We also reached out to state and federal homeland security officials, the City and County of Denver to set up what we call a 'fusion center' for real-time monitoring and response," Timmons noted.

Timmons said in Colorado, registration and ballot counting systems are separate; the voting tabulation system is not on the internet.

If a registration system breach did occur on Election Day, Timmons said provisional ballots would be a last-ditch method to allow voters to cast ballots. But he remains confident SCORE is safe and secure.

"We did some significant load testing on SCORE and did about 150,000 voter registration transactions that occurred in 15 days during the 2014 election," Timmons said. "We had it going at a rate of about 10 transactions a second for two hours, which is way more than what could really happen, and we saw no errors."

Online issues that surfaced during this year's presidential caucus led to code changes before the June primary, which did not have any problems, Timmons said.

However, Boulder County Republican Party Chairwoman Peg Cage noted a 40-page report from a local election watcher found two state reports could not ensure that all ballots sent out and returned were accepted or rejected in the county. Cage said the report claimed some Green Party members received primary ballots that should have been limited to either Democratic or Republican voters.

Timmons responded that since people can change their party affiliation to vote in the primary, then change it back after the election, it makes tracking voting results and ballots extremely difficult.

"So really for a period of 30 to 60 days, you can't reconcile the information from those reports with what you get when you canvass returned ballots," he said. "It's very, very difficult to account for every person and their ballot and the status of it at any one time."

"I think we're getting mired down in a lot of muck about data and what clerks and officials are to do about it," Cage said. "We're forgetting this is a primary election where people have gone to their caucuses and sent officials up to the next level, they've selected candidates to be on the ballot. This is for the parties to choose who will represent them, not for you guys to be able to play with numbers and big machines and stuff like that."

Cage said the state should not be involved in primary elections, they should be run by the political parties.

**C5**

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you may object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

A 4 | THE GAZETTE | WEDNESDAY, OCTOBER 5, 2016

## LOCAL & STATE

# Fire chief sworn in

BY ELLIE MULDER
ellie.mulder@gazette.com



Ted Collas

The Colorado Springs Fire Department's new fire chief was sworn in Tuesday alongside five other employees during a promotion ceremony. Ted Collas, a 31-year firefighter, is the department's 17th fire chief.

"We've got a great organization — all kind of men and women, both civilian and sworn, that do all kinds of great work for this community every day of the year — and to be recognized as the head of an organization like this is just humbling beyond words," Collas said shortly after being sworn in.

The 54-year-old became acting fire chief in March when Christopher P. Riley retired, and his appointment was approved by City Council on Sept. 27. Collas was one of 45 candidates to apply for the position during a nationwide search, and he will earn $160,235 annually as he oversees a department of 482 sworn and civilian positions and 22 fire stations, according to a city release.

During the Tuesday ceremony, Mayor John Suthers led those being promoted through the swearing-in oath.

"You don't come out to the fire department thinking that this is going to be your goal someday," Collas said, "but along the way, you just get new challenges, new adventures, and before you know it, this was an opportunity I couldn't pass up — I had to try for it."

# Public opposed to 911 fee increase

BY MATT STEINER
matt.steiner@gazette.com

Those who sounded off against a proposed increase in 911 fees in the Pikes Peak region said the move would be excessive and leave low-er-income households and retirees even more strapped than they already are.

The public-comment period administered by the Colorado Public Utilities Commission during much of September ended Saturday with all but one commenter weighing in against the change proposed by the El Paso-Teller County 911 Authority. The Authority applied in August for an increase from 70 cents per month to $1.90 monthly. If the PUC approves, every registered wired telephone, cellular/wireless phone or internet phone would see their monthly charges bumped more than 170 percent.

"The proposed increase is an unacceptable burden on a population that is already facing numerous tax and cost increases," said Dawn Leverington on PUC's website.

"I am retired and on a fixed budget," commented David Blessinger. "The government needs to learn to live on a fixed budget also, instead of thinking of our pocketbook as a bottomless well."

The Public Utilities Commission will once again discuss the matter Wednesday at its regular meeting. PUC spokesman Terry Bote said via email that, "The application likely will be referred to a PUC administrative law judge for a hearing."

Bote said the judge will determine a schedule moving forward.

Among the other comments were three that expressed disgust in the size of the proposed increase, but said they would be able to support a more modest hike.

"A slight increase in 911 service would be much more acceptable," said Gail Baldwin of Colorado Springs in a handwritten letter.

One commenter, Don Nelson of Colorado Springs, said he supported the proposed 170 percent increase, noting that the 911 service in the Pikes Peak region "needs significant improvements."

Elizabeth Brown, who said she is a retired El Paso County Sheriff's Office communications/911 manager, said any money from a fee increase should go toward bolstering personnel to better handle call volume.

Dave Rose, a 911 Authority board member, said the change increase could generate $11 million annually for the emergency service provider.



Largest carpet & flooring showroom!

From our door to your floor.

fityourstyle

Whole house carpet special!

$1249

Cannot be combined with any other offers. Some restrictions may apply. Based on 900 sq.ft. Includes carpet pad and base. Offer expires 10/31/16.

FALL CLEARANCE EVENT!

0% apr financing for up to 2 years
With approved credit. Cannot be combined with any other offers.

"At Your Style!"

719.493.9132
Take advantage of our in-home estimates.
AcademyCarpetCompany.com

ACADEMY CARPET

# DRUNK

FROM PAGE 1

crash on Nov. 6 at Colorado Highway 94 and Ellicott Highway. It happened at 6:20 a.m., as Dunbar, co-owner of Dunbar Welding, was driving to Fort Carson for a job.

Authorities say Griffin was driving between 60-67 mph when her Jeep Cherokee ran a stop sign on northbound 94 and T-boned Dunbar's Dodge Ram 2500, rolling the pickup into a building. Dunbar, a 26-year-old father of a 7-year-old boy, was killed in the crash.

Blood tests determined Griffin's blood-alcohol level was .22 percent an hour after the crash — far above the legal limit of .08 percent.

Family members remembered Dunbar as smart, ambitious, hard-working and funny. At his memorial service, an estimated 400 people packed the gymnasium at Miami-Yoder High School, where Dunbar, a 2007 graduate, played basketball, baseball and football.

Her voice choked with emotion, Sifford compared the loss of her son to a "knife to the heart."

"I would be lying if I said I haven't contemplated suicide so I could be with Kyle," she said after the hearing. "But (my grandson) keeps me going. My husband keeps me going."

In a letter read to the court, Jennifer Clouse of Mothers Against Drunk Driving asked for a sentence "on par with the devastation she caused."

In another letter, Dunbar's 88-year-old grandmother, Mary Young of Cañon City, recounted how Dunbar called her once a week and regularly made the two-hour round trip to help with household repairs.

Griffin's attorney, public defender Michele Newell, pointed out that her client had no prior criminal offenses and pushed back against the family's complaints that Griffin lacked remorse for her actions.

In pleading guilty, Griffin told the court she helped several other people polish off a bottle of vodka before leaving a party with her boyfriend. Both suffered minor injuries.

"I have never met with her without her breaking down into tears over what she has done," Newell said.

Griffin addressed the court against Newell's advice, saying she was "deeply sorry."

"He was a lot of things to a lot of amazing people," she said. "I can't imagine what they're going through."

Sifford called her son a doting father who kept a close eye on his son, Carson.

"Kyle told me he worried about Carson all the time," she told the court. "I told him, 'Welcome to the world of parenting.'"

The family's civil attorney, Jeremy Loew, said Griffin had no insurance and neither did the owner of the Cherokee she drove that morning, raising the prospect that Dunbar's son will be unable to recover damages to help with expenses.

Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than a mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com



GIANT WINDOW SALE

Dozens of styles available! Sliders, Casement, Double-hung and more!!!

1 year same as CASH no interest! Financing options available!

FREE no-obligation estimates.

Bows and Bays    Double Hung

Casement

The MOST ENERGY EFFICIENT window on the market!

CALL TODAY for a FREE NO-OBLIGATION Quote
719-377-3799

INSTANT $79 REBATE FOR WINDOW
No Mail In Required

REBATE EXAMPLES BELOW IF you act NOW!!!
REPLACE 5 WINDOWS - SAVE $395
REPLACE 10 WINDOWS - SAVE $790
REPLACE 15 WINDOWS - SAVE $1185

BEST PRICES OF THE YEAR

COLORADO LIVING
WINDOWS SIDING SUNROOMS BATH

WE ACCEPT VISA DEBIT & CREDIT

A 10 | THE GAZETTE | SUNDAY, OCTOBER 9, 2016



**THE GIANT SAYS**
**NO HAIL HERE!**

**SUSS SUPERSTORE**

## LOCAL & STATE

# Sex ed may not comply with law

Craig Daily Press

CRAIG • Sex education within the Moffat County schools may not comply with a 2013 Colorado state law.

"The last time the school board discussed this policy — IHAM, family life/sex education — was in April 25, 2013," said Charity Neal, school board secretary, member of the policy review committee and Director of Public Health for Northwest Colorado Health.

That same year Colorado state legislators passed House Bill 1081-13, reported the Craig Daily Press. It was signed into law on May 28 and mandates that, when taught, information about human sexuality

must be comprehensive and factual.

The law states that "Colorado youth have a right to receive medically and scientifically accurate information to empower them to make informed decisions that promote their individual physical and mental health and well-being" and then clearly spells out content including "all methods to prevent unintended pregnancy and sexually transmitted diseases and infections."

What schools are and are not allowed to teach is also "governed by federal law (NCLB and others), Colorado Academic Standards, Colorado State Statute and MCSD corresponding board of educa-

tion policy govern the choices the district makes regarding sex education," said School Superintendent Dave Ulrich.

The current district policy still includes references to clauses in the 1990 Comprehensive Health Act that were removed by House Bill 1081-13.

Last year, 39 of the 436 girls living in Moffat County who were between the ages of 15 and 19 became pregnant, according to information presented by Dr. Eileen Joyce, a women's health provider and ob/gyn with The Memorial Hospital at Craig, at the parents preview night of a new course on reproductive health being offered for area parents and teens.

### Do you have any of the following?

Arm **Weakness** or **Numbness**
**Tingling** Down the Arm into the Hands?
**Loss of Feeling** in the Arms and Hands?

## YOU MAY BE SUFFERING FROM A HERNIATED CERVICAL DISC

**If you're tired of the pain, we invite you to a FREE SEMINAR:**

**DATE** Wednesday, October 19th
**TIME** 5:30pm—6:30pm
**PRESENTER** Dr. James Bee, Spine Surgeon at CSOG
**LOCATION** CSOG North Campus; 4110 Briargate Parkway, Suite 200, Colorado Springs, 80920
**RSVP** (719) 622-4546

**Seating is limited. Please call to RSVP.**

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** of the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.
A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.
**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**





2004 Nissan 350z Touring
**$10,500**
Convertible, 6 Spd, SG1181

2015 Nissan Versa Note SV
**$11,128**

2007 Toyota Camry XLE
**$11,400**
V6, Leather, Sunroof, SG1136





2015 Hyundai Accent
**$11,600**
4 Door, Auto, Air, SG1164*

2004 BMW 645ci
**$12,800**
Convertible, Navigation, Leather, SG1145

2012 Chevy Impala LT
**$12,900**
V6, Loaded, Moonroof, 79K, SG1083-1*





2016 Dodge Dart SXT
**$13,426**
Auto, Air, SG1162

2015 Chevy Impala Limited
**$13,800**
Auto, Air, SG1116

2015 VW Jetta SE
**$13,900**
4 Door, Auto, Air, SG1083





2015 Chevy Cruze LT
**$13,900**
Auto, Air, SG1559

2015 Nissan Sentra SV
**$13,900**
Auto, Air, SG1139

2015 Hyundai Sonata SE
**$14,200**
4 Door, Loaded, SG1172





2015 Nissan Altima 2.5
**$14,200**
Auto, Air, SG1119

2015 Ford Focus SE
**$14,500**
4 Door, Sunroof, Auto, Air, SG1126

2015 VW Beetle 1.8T
**$14,500**
Auto, Air, SG1146





2002 Jaguar XKR
**$14,900**
Convertible, V8, Loaded, 80K, SG1155

2010 Chevy Express 3500
**$14,900**
12 Passenger Van, SG6014-1

2015 Chrysler 200 Limited
**$14,900**
Auto, Air, SG1152

2009 Infinity G37
**$14,966**
V6, Coupe, Leather, Sunroof, SG1075

2010 Ford Econoline E350
**$15,900**
Raised Roof Cargo Van, Diesel, SG6335

2015 Dodge Grand Caravan
**$19,620**
V6, 7 Passenger, Stow & Go, 12K, SG6288

## SUSS
### SUPERSTORE

**(719) 900-3904**
www.SussSuperstore.com

**YOUR USED CAR HEADQUARTERS!**
Family owned and operated.

**945 MOTOR CITY DRIVE, COLORADO SPRINGS 80905**

Ad good today only – tax. *Photo for illustration. ©SUSS 2016

# Richard Geisse Hamilton
# 9/4/1941 - 9/15/2016

ichard Geisse Hamilton was born on September 4, 1941 in Pittsburgh, Pennsylvania to Dr. John L. and Helen Wells Hamilton. He passed away on September 15, 2016 after being hospitalized in Colorado Springs. At the time of his death, Richard was an employee of the Hand Hotel in Fairplay, Colorado.

Richard is survived by his daughter, Brooke Hamilton Mullenix (Michael); granddaughters Morgan Ann, Lauren McNeill and Caitlin Louise Mullenix; his son, Thomas Wells Hamilton; and two brothers Herbert and Lewis Hamilton.

Richard served in the United States Marine Corps as an Aerial Photographer from 1960-1962. He received undergraduate and graduate degrees from the University of Colorado Boulder in aquatic microbiology. Richard worked for the State of Colorado as a water specialist before moving to Park County in the early 1970's where he was first



employed as Health Officer and later County Planner. He subsequently owned and published *The Park County Republican and Fairplay Flume*. Most recently Richard was a senior environmental lobbyist at the Colorado State Legislature. He contributed his time, energy and talent towards the conservation and preservation of water resources in the State of Colorado.

His long time passion will forever remain in the land, air and water of South Park. For

those wishing to make charitable contributions in memory of Richard G. Hamilton, send donations to American Heart Association Denver – 1777 S. Harrison St. Suite 500 Denver, CO 80210.

Memorial Service/Celebration of Life: 11:00 am Saturday, October 22, 2016 at the "Beach" in Fairplay, Colorado. A reception will be held at the Hand Hotel immediately following the service.                    **CS**

---

## *Denver workers can't afford to live in city*

**DENVER** *from page 5*

ing tools to fill any gaps," Reynolds said. "So some level of local funds is key to filling those gaps."

### Study details fragile housing situation

In a research note, Brian Stromberg, the National Housing Conference's housing research specialist, wrote that home prices in Denver are 48 percent more expensive than the national median. Denver's rental rates are also higher than the national median of $1,056 a month. The study found many hardworking Coloradans can only afford a home by a very slim margin.

One unexpected expense like a car repair or a medical bill can mean cutbacks on essentials like food, heat, and child care," Stromberg noted. "Or can even result in losing their home. Tens of thousands of people are one event away from a housing crisis."

While housing affordability may not seem to be at a crisis point in Colorado compared to notoriously high-cost places such as California or New York, Stromberg wrote, "the cost of housing in metro areas around the state is at the edge of affordability for essential service workers like janitors, nurses, and police officers, while the high-cost markets of Boulder and Denver are challenging for workers across the earnings spectrum."

Stromberg also noted a lack of affordable housing has impacts that reverberate throughout a community, as workers are forced to move to more affordable areas, spend more time on longer commutes, or spend less on essential household costs like health care and food.

"This can make qualified workers difficult to come by, impacting the ability of local businesses to survive and presenting longer term economic development consequences when industries feel they are priced out of the Colorado market," he wrote. **CS**

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

# DC GUN LAWSUIT RECEIVES ATTENTION FROM COLORADO

**GUN RIGHTS** *from page 4*

normally refers to security guards or law-abiding citizens who can prove they face an imminent threat of injury or death.

The appeals court heard oral arguments from attorneys in the case late last month. The three-judge panel's decision is expected within weeks.

Kopel's friend-of-the-court brief argued that the Second Amendment's right to bear arms should not include extensive requirements to prove the need for a gun permit.

Fewer than 100 of the permits have been granted by the District of Columbia since the law took effect in 2013. The city has more than 600,000 residents.

Before state lawmakers changed their law in 2003, anyone in Colorado who wanted to carry a concealed gun needed a permit from a local police chief or sheriff, who had broad discretion on whether to grant them.

The law resulted in a patchwork of gun permits, Kopel said. In Denver, very few permits were granted. In most other counties, residents experienced little diffi-

culty in convincing a sheriff they should get a gun permit.

> **"** I don't think citizens should have to apply to the government for permission to exercise their Second Amendment rights."

The 2003 reforms meant nearly anyone with a clean record, safety training and a background check showing they represent no danger to themselves or other persons could win a concealed gun permit.

Gun rights are close to emerging as a political issue once again in Colorado.

Kopel was the attorney for a group of sheriffs who sued the state unsuccessfully to overturn a law restricting the size of ammu-

"It's not subject to arbitrary denial," Kopel said.

nition magazines and expanding background checks for gun purchases. The sheriffs from 54 of Colorado's 64 counties sought an injunction against the law.

State lawmakers imposed the new restrictions after a 2012 shooting rampage at a Denver-area movie theater in which a gunman killed 12 people and injured dozens.

The 10th Circuit Court of Appeals in Denver ruled in March that the sheriffs failed to prove they would suffer any harm by the new gun law, meaning they lacked standing to sue.

The sheriffs argued that the Second Amendment and the Americans with Disabilities Act should take precedence over the state law restrictions. They also said the law could subject them to unnecessary liability if they loan a gun to someone.

The 10th Circuit ruling called the sheriffs' concerns too speculative to give them a right to sue.

"Such 'some day' speculations are insufficient to establish an injury-in-fact for purposes of … standing," the court's ruling said.

But Kopel said the ruling in March will not be the end of the legal remedies sought by the sheriffs.

He is planning a new lawsuit that he said addresses the court's ruling on "standing."

"We have plans to come back," Kopel said. "We are working on a new case."

He declined to give details until the lawsuit is filed.

Several members of Colorado's congressional delegation weighed in on gun permit laws in response to questions from The Colorado Statesman.

Rep. Ken Buck (R-Windsor) showed the strongest support for gun laws favored by the sheriffs.

"I don't think citizens should have to apply to the government for permission to exercise their Second Amendment rights any more than they should have to apply to exercise any other constitutional right," he said. "Furthermore, Colorado's magazine limits don't actually improve public safety, especially because the vast majority of gun deaths are caused by handguns. More gun deaths each year are caused by fists and knives than by rifles."

Rep. Ed Perlmutter (D-Golden) said he seeks "common sense gun violence prevention measures" to reduce the risk guns might fall into the hands of dangerous persons.

"I support background checks for those who wish to purchase a firearm and I support permits for carrying a concealed weapon," he said.

Rep. Diana DeGette (D-Denver) supported similar ideas when she said, "I've been advocating for bipartisan measures on the national level to strengthen and expand background checks and eliminate assault weapons." **CS**

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

nomic Development requesting an increase in the town's annual contri-

tin Road is threatening to fail in a certain location. And, trustees held a

City Park to Cedaredge High School which has requested them.

I attended the National Narrow Gauge Conven-

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

about 10 miles west southwest of Crawford, Colorado. Fire officials do not expect significant fire growth potential because of the forecasted weather, but smoke will be visible in the North Fork Valley at times.

The Lime Kiln Fire is burning in an area that is difficult to access within the wilderness. Due to the current and expected fire behavior, weather and challenges of accessing the fire in the wilderness, firefighters will manage the fire using a monitor

reducing wildfire risk is everyone's responsibility. Homeowners and communities can help firefighters by creating defensible space around homes and structures. Taking individual responsibility to reduce flammable materials around homes and communities before a fire occurs can help keep the public and firefighters safe. For more information on reducing your wildfire risk, contact the West Region Wildfire Council (www.COwildfire.org).

## Showcase ag through pictures

It's time to capture the "spirit" of Colorado agriculture through photographs. The 19th annual "Colorado...it's AgriCultural" photography contest is seeking entries as a way to celebrate the state's agricultural heritage.

Entries must be submitted to the Colorado Department of Agriculture via email with an official entry form by Dec. 31. All photographs must be taken in the 2016 calendar year and must relate to Colorado agriculture in some way. Prizes will be awarded in six subject areas: Colorado cuisine, crops, livestock, people, open professional and wildlife in agriculture. Amateur and professional photographers are encouraged to enter; however, professionals may only enter agriculture-related photographs in the "open professional" category.

Judging will be based on theme, creativity and technical quality. The photographer whose picture best depicts the "spirit" of Colorado agriculture will receive $150 and category winners will receive a "Colorado... it's AgriCultural" prize pack.

Visit www.coloradoagriculture.com/aginsights for complete contest rules and an entry form. The contest is sponsored by the Colorado Department of Agriculture, the AgInsights Committee and Northeastern Junior College.

## Comment on winter park entrance fee

The National Park Service is seeking comment on a proposal to collect entrance fees during the winter season at Black Canyon of the Gunnison National Park. Fees would be the same as summer months, $15 per vehicle, $7 for pedestrians, bicyclists and motorcycles. Black Canyon annual passes remain $30 and are valid year round. Fees have not previously been collected during winter months.

The comment period for this proposal to collect fees during the winter season is open from Sept. 1-30. Please send comments to Superintendent, 102 Elk Creek, Gunnison, CO 81230 or email to cure_info@nps.gov.

Delta County Independent — **SURFACE CREEK NEWS** — Wednesday, September 28, 2016 **C3**

ties throughout the week.

Payton Donahue and Wade Barnard; and freshmen
Alayna Edwards and Fabian Barron.

# Good News Club is every Tuesday

The "Good News Club" is an exciting fun-filled hour held once a week starting Sept. 27 in the community room in the old elementary school from 3:15 to 4:45.

There are no minutes wasted in this hour of fun and learning.

Mary Meehan, Jan Peterson, and Mary John have been mentoring these children ages kindergarten through fifth grade for several years. New this year are Donna Weisbro and Marilyn Menapace.

There is no charge for the club. It is sponsored by CEF, an international organization that has been in existence for more than 60 years. They have clubs in South America

and Africa and even a mailbox club where the child receives a free Bible with their name on it and correspondence from a club.

Each club day starts with a snack, followed by action songs, a flag ceremony including the American flag and the club flag.

There is always a Bible story and a missionary story. A memory verse is explained and games are played to help each child remember that verse. A prize is awarded when the verse is memorized.

If interested in your child becoming involved in this program, contact Mary Meehan at 856-6123 or Mary John at 856-7603.

# AWANA begins in Cedaredge

The First Baptist Church of Cedaredge began AWANA on Wednesday, Sept. 14, for kids between the age of 4-13. It will meet every Wednesday evening from 6:30 to 8 p.m. during the school year, except for school breaks and holidays.

The acronym, AWANA, comes from the Bible verse that says that Approved Workmen Are Not Ashamed. Founded in 1960, the AWANA ministry is an international, nondenominational Bible-centered ministry committed to the evangelism and discipleship of children and youth. The content of AWANA curriculum is God's word, the Bible. The goal of AWANA is to reach boys and girls with the Gospel of Jesus Christ and train them to serve Him.

Most of the AWANA activities will be held in Wick Hall, on the alley behind the sanctuary at 370 W. Main Street in Cedaredge. The staff of more than 20 adult volunteers comes excited about working with the kids every week. For ages 4-13, kids have fun playing games, memorizing Bible verses and participating in large group singing and teaching.

There is no enrollment fee, but a small fee is charged to cover the costs of books, uniforms and materials. However, no one is turned away for lack of funds. There are some scholarship funds available.

For information, call the church office at 856-3830, Pastor Richard Abbot at 856-3005, or the AWANA commander, Kevin, at 835-8490.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

B6  Wednesday, October 5, 2016

# SPORTS

Delta County Independent

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

Brandon O'Hern moved the ball from Bruins' 47-yard line to the Eagles' 18 setting up Isaac Swoffer's 18-yard run with 1:47 left in the opening half. Brendon Klaseen's point after kick gave the Bruins a 14-6 lead at the break.

Paonia had the ball at the Bruins' 18-yard line where its offense stalled and turned the ball over on downs in the waning seconds of the first half. Cedaredge ran the clock out to keep its 14-6 lead.

Once the score was tied in the third quarter (14-14), the two teams traded turnovers with Swoffer picking off a Rienks aerial to stop a drive and Rienks returning the favor with his swipe of a Pedro Madaleno pass setting up the Eagles at the Cedaredge 38-yard line.

Rienks found wide receiver Colby Simpeon down the middle for a 33-yard scoring strike with 32.3 seconds left in the third quarter. Simpeon's PAT kick pushed Paonia's lead to 21-14.

The Bruins carried their next possession into the fourth quarter but were forced to punt the ball away after a three-and-out.

Paonia's next drive began on its own 37. Burns and Miller combined for 14 and 23 yards rushing helping set up Sackett Chesnik's 19-yard touchdown run with 7:36 left in the game. Simpeon's kick made it 28-14.

An interception by Alex Lozano was returned for a touchdown and a 35-14 score with 1:13 left to play.

Cedaredge had the ball on Paonia's 26 to begin its final drive. An 8-yard run by Swoffer, and Klaseen's PAT, made the final score 35-21.

Rienks was 10 of 19 in the passing game for 131 yards and two touchdowns. Trevor Smith was Rienks' favorite target

163 yards or 17 carries paced the rushing attack. Burns finished with 66 yards on nine carries and Chesnik had 21 yards on six carries.

Paonia had 45 tackles in the game and was led by Miller and Smith who finished with eight stops each.

Miller, Felice and Levi Peterson recorded sacks for the Eagles totaling a loss of 26 yards.

Cedaredge's leading rusher was Swoffer who finished with just 42 yards on 13 carries. Swoffer scored all three of Cedaredge's touchdowns. The Bruins finished with 85 yards on the ground and another 120 through the air for a total of 205 yards of offense.

Defensively, the Bruins had 33 tackles and were paced by Jared Reynolds and Tre' Labossiere with five tackles each. O'Hern, Swoffer and Christian Reynolds had four tackles each.

Cedaredge coach Brandon Milholland was still scratching his head after the game had ended. "Man, I still don't know how we lost that one." The Bruins' big first half did not move on to the second half and Paonia's execution and will took over.

Milholland doesn't have the word 'quit' in his vocabulary and the learning process will continue as his Bruins prepare for next week's game against Olathe. As Cedaredge works on fixing its mistakes this week, Milholland is thankful for the opportunity to coach his team. "I'm still so proud of these guys. That's a great group of kids."

The Bruins (0-1, 4-1) will host Olathe's Pirates (0-1, 3-2) this Friday, Oct. 7, with the game set to start at 7 p.m.

Paonia will be hosting the Hotchkiss Bulldogs on Friday as well with that contest also set to begin at 7 p.m.

**B2** Wednesday, October 12, 2016

## NORTH FORK TIMES

Delta County Independent

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

such as this trip with the BLM.

The Youth Outdoor Network is established at local area high schools

field trip was also made possible by Great Outdoors Colorado (GOCO), the Bureau of Land Management and Colorado Canyons Association.



Photo by Tamie Meck

### *Picking a winner*

Paonia volleyball coach Krissey Allen assists Delia Collins in drawing the winning raffle ticket for the quilt Collins made for the annual Pink Night volleyball event to benefit HopeWest at Paonia High School. Team members Sophie Anderson, left, and McKenna Hartigan hold up the quilt, which was won by Lee Hartigan. The annual raffle drawing for $500 in beef from Homestead Meats in Delta, which benefits the PHS volleyball program, was won by Steve Leighton of Paonia.

## Make the MOST DANGEROUS room in the house SAFER!



Bath Boards
Tub Bars
Toilet Risers
Grab Bars
Transfer Bench
Shower Stools
Hand-held Showers

### Grand Mesa Medical Supply
*"Where Your Quality of Life Comes First"*
1708 North Avenue • Grand Junction, CO

**241-0833     800-262-0833**
www.grandmesamedical.com
All Insurance Companies Billed     Joint Commission Accredited

## World Briefs

### CHURCH ROOF FALLS; 60 DEAD

**LAGOS, NIGERIA•** Witnesses and an official say the roof of a church collapsed onto worshipers in southern Nigeria on Saturday, killing at least 60 people.

Congregants say the Reigners Bible Church in Uyo was still under construction when it was used for a ceremony to ordain a bishop.

They say hundreds of people were inside when metal girders crashed and the corrugated iron roof caved in.

A rescue official says at least 60 people died, but the toll could mount as a crane removes debris. He spoke on condition of anonymity because he is not authorized to speak to reporters.

The state government says it will investigate if anyone compromised building standards.

In 2014, 116 people died when a multistory building of the Synagogue Church of All Nations collapsed in Lagos.

### 45 killed in Yemen suicide blast • SANAA, YEMEN•

A suicide bomber on Saturday blew himself up inside an army base in the southern city of Aden, killing 45 soldiers and wounding another 50, security officials said.

They said the bomber detonated a belt of explosives he was wearing amid hundreds of soldiers lining up to collect their salaries in the city's Solban army base.

Waleed Rashed, a soldier in the base, arrived at the scene shortly after the attack to find the area littered with bodies and blood.

### Kerry receives Legion of Honor • PARIS•

U.S. Secretary of State John Kerry is now an officer in France's Legion of Honor.

French Foreign Minister Jean-Marc Ayrault bestowed the award on Kerry on Saturday after the two held talks on Syria's war.

Calling him a "friend to France," the Foreign Ministry said he earned the distinction for "his indefatigable efforts in favor of peace."

### Uproar over remarks in Israel • JERUSALEM•

The coalition chairman of Benjamin Netanyahu's government angered Israel's Arab minority on Saturday by saying he would rather they didn't vote, in comments reminiscent of those made by the prime minister last year.

David Bitan said the Arab Joint List in parliament doesn't "represent the Arabs, they represent Gaza, Qatar and other countries."

He said he would "prefer" if Arabs didn't go to the polls to vote in elections.

### Law would expand Erdogan's powers

**• ISTANBUL•** Turkey's ruling party on Saturday submitted proposed constitutional amendments that could greatly expand the powers and extend the mandate of the country's president, Recep Tayyip Erdogan.

Private news channel NTV broadcast images of the parliament speaker receiving the proposal, which garnered 316 supporting signatures from the 550-seat assembly. If cleared by a constitutional committee and approved by parliament, the reforms would pave the way for a referendum on granting the largely ceremonial presidency full executive powers.

Critics feared the proposed reforms would allow Erdogan, who has retained outsized influence over his party and the levers of government, to rule unchecked.

*Denver Post wire reports*

---

**OPEC SEEKS HIGHER PRICES**

# Nonmembers join oil cuts

**By Kiyoko Metzler and Philipp-Moritz Jenne**
*The Associated Press*

**VIENNA•** OPEC has persuaded 11 non-members to cut oil production, a move aimed at draining a worldwide oil glut and boosting low prices that have squeezed government finances in Russia and Saudi Arabia.

Officials said Saturday that nonmembers agreed to cut 558,000 barrels per day for six months starting Jan. 1, and that the deal was renewable for another six months after that. The figure was less than the 600,000 barrels a day that OPEC had hoped for.

Those nonmembers will come on top of an OPEC decision Nov. 30 to reduce member output by 1.2 million barrels a day.

Saudi oil minister Khalid Al-Falih called Saturday's deal "historic" and said it would stabilize the market through next year and encourage industry investment. The announcement came after OPEC member states met with Russia and other non-OPEC countries in Vienna for talks.

Al-Falih said the deal "is meant to accelerate the natural process of rebalancing" the oil market.

The 11 non-OPEC countries taking part in the agreement are: Azerbaijan, Bahrain, Brunei, Equatorial Guinea, Kazakhstan, Malaysia, Mexico, Oman, Russia, Sudan and South Sudan.

OPEC Secretary General Mohammed Barkindo said much of the production cuts were expected to come from Russia, which co-chaired Saturday's meeting.

Major oil producers such as nonmember Russia and cartel leader Saudi Arabia have seen a worldwide oversupply send prices lower and reduce revenues to government budgets. It remains to be seen whether the cutbacks will do much to raise prices, given OPEC members' track record of exceeding agreed-upon production quotas, and due to weak uptake from a sluggish global economy.

---

## Forced to Auction

Deceased International Developer/Builder (Name withheld upon attorney's request)

Upon instructions of Trustee of Estate, the art collection of the deceased International Developer/builder liquidating assets due to previous declaration of bankruptcy & financial restructuring of assets. Plus a majority of additional prominent collections to be auctioned at the

### SHERATON

A Major Auction of Notable Importance including:



*All Diamond Rolex Watch*   *Picasso*

Rolls Royce Ghost, only 5,500 miles, mint condition, Factory Warranty - Car will be at auction

### US CUSTOMS SEIZURES

**PLUS WHITEY BULGER ESTATE BOOK SEIZURES ALSO**

   

World Renowned Artist: Oils and Graphics. Pablo Picasso, Andy Warhol, Henri Matisse, Salvador Dali, Keith Haring, Pino, Joan Miro, Isaac Maimon, Zamy Steynovitz, Vincent Van Gogh, & many others. **Fine Jewelry:** Diamonds, Rubies, Emeralds and Sapphires set in rings, bracelets, pendants and necklaces. | 3ct Solitaire GIA cert. Diamond Wedding Band | 5ct Natural Fancy Brilliant Rings. 2-4ct Solitaire Diamond Earrings. 8ct Diamond Tennis Bracelet, 56ct Ruby & Diamond Necklace. 28ct Ruby & Diamond Necklace, 44ct Sapphire & Diamond Bracelet. 9ct Morganite & Diamond Necklace. White & Black Tahian Pearls and many more. **Exceptional Collection of 1ct Yellow & Pink Diamond Rings, Earrings.** | Fine Collection of rare Watches: Baume & Mercier, Rolex, Patek Philippe, Breitling, Omega, Maurice Lacroix, Cartier & more. | Men's and Lady's all gold and diamond Rolex President watches, & more. There will be rare Fine Handmade Oriental & Persian Rugs: Heriz, Aralista, Master Persian, Hamadadan, Fine Handmade Persian Fine Tabriz, Fine Agra, Oushak, Exceptional 12' x 20' masterpiece Kashan Carpet & many other oriental rugs.

**PUBLIC AUCTION: SUN. DEC. 11 AT 2 PM - VIEWING 1 PM**
**At The Sheraton**

*7007 South Clinton St. • For directions please call hotel at 303-799-6200.*

Terms: Cash, Visa/MC, Amex, Certified Checks. 15% Buyers Premium & Sales Tax applicable. Some items subject to prior sale/removal/omissions. Profile security on premises. All sales final. For car bidders, there is a $5,000.00 deposit required. Photo ID required for admission and registration. * Jewelry and art certified. For more information, please call 720-366-6118 OR GO TO CONSIGNEE WEBSITE AT www.kensingtonauctions.com

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

# JOHN ATENCIO.



## FASHION BRACELETS

### DESIGNER DIAMOND RINGS



## INTRIGUE



*Introducing*
## PINNACLE

**ARTISTRY FORGED IN GOLD AND SILVER**

Boulder · 303-996-2933
Cherry Creek Mall · 303-830-7733
Park Meadows Mall · 303-799-0910
Flatiron Crossing Mall · 720-887-6226
Cherry Creek North · 303-377-2007
Larimer Square · 303-534-4277
Fort Collins · 970-221-4477

johnatencio.com

# PREDATOR

**«FROM 1A**

oil and gas drilling and rendered inhospitable for wildlife by other development.

"We do not understand why compelling scientific findings based on research conducted in Colorado by CPW researchers is not being used to better inform management actions to benefit mule deer," they wrote. "This seems both illogical and a waste of public funds. The scientific consensus is clear and compelling – predator control is a costly and ineffective management tool to increase mule deer populations."

Colorado wildlife commissioners are scheduled to vote Wednesday on predator-control tests in the Arkansas River Basin near Salida and in the Piceance Basin near Rifle that would entail killing up to 15 more mountain lions and 25 more bears a year.

If the commissioners vote yes, state wildlife crews would use cage traps, culvert traps, foot snares and hunting dogs to immobilize mountain lions and bears. Those caught would be shot.

The state's proposal says killings would carefully target bears and lions in areas where predators may be the primary problem for deer. Colorado's deer population has fallen 110,000 short of the 560,000 deer that wildlife managers deem optimal.

CPW officials declined to comment on the CSU letter. They also declined to discuss their proposal. An agency spokeswoman referred to a 19-page Friday memo, sent by four agency researchers to wildlife commissioners, in response to a previous letter of opposition from scholars and scientists.

"CPW is well-aware of the importance of predators in ecological systems ... and our track record demonstrates our appreciation for the value and role of these species (e.g., the reintroductions of Canada lynx and black-footed ferrets). We are proposing brief manipulations of thriving predator populations in order to gather valuable information for the future management of both predator and prey," the memo says. "CPW recognizes the public's interest in wildlife and its responsibility to manage wildlife for the use and enjoyment of all the people of this state and its visitors. CPW believes these research projects are entirely consistent with that responsibility. ... CPW simply seeks additional information regarding the interaction of predator and prey species in Colorado, which it believes will be of value for consideration as part of future science-based management decisions."

State wildlife officials this year did not oppose plans to allow up to 15,000 new oil and gas wells in the heart of critical deer habitat in northwestern Colorado, even though agency researchers have acknowledged oil and gas development hurts deer. A regional

CPW manager recommended restricted winter activity. But national conservation and hunting groups did raise concerns about the impact on deer of those federal Bureau of Land Management oil and gas plans, which cover areas where lions and bears may be euthanized.

The Humane Society has led opposition to Colorado's push for predator control.

"Colorado's mountain lions and black bears are being threatened by the very agency we trust to protect these iconic native carnivores," Humane Society state director Aubyn Royall said. "We want CPW to spend time and money on repairing mule deer habitat, addressing the primary cause of mule deer population decline — rather than spend millions on predator management."

On Thursday, state commissioners received another letter of opposition from a coalition of wildlife conservation groups including the Cougar Fund, the Boulder Bear Coalition, the Center for Biological Diversity, the Endangered Species Coalition, the Audubon Society, WildEarth Guardians and the Sierra Club.

Faced with declining deer, CPW managers in recent years cut the number

of deer hunting licenses they issue to fewer than 7,000 for the two areas where bears and lions would be killed. That's down from more than 28,350 a decade ago.

CPW officials did not respond to questions about the revenue impact of dwindling deer.

The agency faces a fundamental problem because it relies heavily on revenues from fishing and hunting licenses to survive within state government, said CSU's Noon, who with Crooks has collaborated with CPW researchers on past projects.

"CPW's management objective should be to sustain all of the native wildlife species of Colorado. The species most at-risk are large-bodied mammalian predators," Noon said. "I understand why CPW views their constituency as

fishermen and hunters because most of their revenue comes from licenses. They should receive much more significant state funding. Today, they're too dependent on the sale of licenses in order to carry out their operations. It's something that should be taken up by the state legislature."

Killing lions and bears to try to help deer is expected to alter the ecological balance across the 3,971 square miles where this predator control would be tested, but the killing probably would not have a significant statewide population impact.

Yet Colorado wildlife managers lack solid estimates for the statewide mountain lion and bear populations. They've said there is no way to know whether bear and lion populations are stable or declining because their efforts to count animals are hard to count

and surveys are costly. CPW officials have estimated Colorado has 17,000 bears, based mostly on extrapolations, with the lion population at around 4,500.

Hunters play a role, killing up to 1,364 bears and 467 mountain lions a year — more than in other Western states and twice as many as a decade ago. Colorado ranked third, behind Idaho and Montana, with hunters killing 3,414 mountain lions between 2005 and 2014.

If commissioners approve predator control after agency research in 2004 and 2009 found that predators are not the main problem, they could trigger a public backlash, Crooks said.

"It will lessen the credibility of our state wildlife agency if they're pursuing actions that don't have a strong scientific basis," he said.



Watch **DPtv**

DenverPost.com/DPTV

| VALID ONLY | LIMITED TIME |
|---|---|
| WITH COUPON | OFFER |
| | EXPIRES DECEMBER 16TH, 2016 |



# 4.65%

**FDIC INSURED - 6 MONTH TERM**

**Safe & Secure 5 star Rated Banks Available**

## Sun Cities *Financial Group*

4600 S. Syracuse Suite 900
Denver, CO 80237
**(720) 449-2835**

Monday-Friday 9am to 4pm

www.suncitiesfinancialgroup.com

Advertised yield consists of a 0.85% annual percentage yield plus 3.80% interest bonus which equals the above advertised yield. $15,000 deposit required and certain restrictions may apply. Penalty for early withdrawal. FDIC Insured to $250,000 per institution. New customers only. Rates available for returning customers. Sun Cities is not a bank and checks are not made payable to Sun Cities, only the FDIC Insured bank you select. Sun Cities is a leader in locating superior insurance and banking products.

Member for 16 years

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



# McDonald Hyundai

## Hyundai Holiday Sales Event!

**3 NEW 2017 HYUNDAI SONATA SE**

$155 DUE AT SIGNING
$155 PER MO.
$16,998 LEASE SALE PRICE

**3 NEW 2017 HYUNDAI TUCSON SE AWD**

$229 DUE AT SIGNING
$229 PER MO.
$21,579 LEASE SALE PRICE

**4 NEW 2017 HYUNDAI SANTA FE SPORT AWD**

$239 DUE AT SIGNING
$239 PER MO.
$21,848 LEASE SALE PRICE

## McDonald Hyundai
6500 S. Broadway, Littleton, CO 80121
McDonaldHyundaiDenver.com

# 303-376-4731