# WEATHER

## METRO FORECAST

| | High | Low |
|---|---|---|
| Aurora | 61 | 36 |
| Bailey | 46 | 33 |
| Bennett | 60 | 34 |
| Berthoud | 47 | 32 |
| Boulder | 57 | 37 |
| Castle Rock | 61 | 38 |
| Conifer | 50 | 36 |
| Denver | 55 | 30 |
| Elizabeth | 60 | 36 |
| Evergreen | 53 | 37 |
| Fairplay | 42 | 31 |
| Golden | 58 | 36 |
| Highlands Ranch | 61 | 37 |
| Lafayette | 49 | 36 |
| Northglenn | 57 | 35 |
| Parker | 59 | 37 |

## ALMANAC

**Denver extremes** (midnight through 5 p.m. Wednesday)
High 27°
Normal high 42°
Low 11°
Normal low 17°
Record high 70° (2010)
Record low -18° (2008)

**Denver climate**
Maximum humidity 80%
Minimum humidity 46%
Precipitation Wednesday 0.00"
Month to date 0.15"
Normal month to date 0.17"
Year to date 11.22"
Normal year to date 14.14"

**Air Quality Index**
Chatfield 29
Denver 52
Fort Collins 30
Grand Junction 65
Welby (south of Thornton) 30

0-50: good; 51 - 100: moderate; 101-150: unhealthy sens grps; 151-200: unhealthy; 201-300: very unhealthy; 300+: hazardous
Source: CO Dept of Public Health & Enviro.

## COSMOS

Sunrise 7:13 a.m. 4:35 p.m.
Moonrise 6:53 p.m. 8:35 a.m.

Last / New / First / Full
Dec 20 / Dec 28 / Jan 5 / Jan 12

Venus 10:17 a.m. 8:02 p.m.
Mars 11:02 a.m. 9:36 p.m.
Jupiter 1:51 a.m. 1:14 p.m.
Saturn 6:49 a.m. 4:20 p.m.

**Skywatch**
The moon is scarred by billions of years of impacts. They blasted out big craters and punched holes that filled with molten rock that bubbled up from below. Many of those scars are visible to the eye as the dark features on the lunar disk.
Source: McDonald Observatory

## ROAD CONDITIONS
Denver 303-639-1111
Statewide 877-315-7623


AccuWeather.com

## MIKE NELSON'S DENVER FORECAST

After the 20s Wednesday, Thursday will be a warm, breezy day with highs in the mid- to upper 50s. It will be mild again Friday and bitter cold Saturday.

| | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|---|---|---|
| | 55°/30° | 50°/0° | 10°/-5° | 22°/2° | 28°/10° | 40°/14° | 41°/15° |
| | Mostly sunny, breezy | Windy; periods of sun | Colder, light snow | Mostly sunny; not as cold | Sunny and turning colder | Mostly sunny; not as cold | Clouds and sun, flurries |

### THURSDAY'S STATEWIDE FORECAST



Wednesday's Colorado extremes: Alamosa and Cortez 55°; Holyoke 5°

## COLORADO FORECAST

| City | Wed. Hi/Lo/Precip | Thur. Hi/Lo/W | Fri. Hi/Lo/W |
|---|---|---|---|
| Alamosa | 55/13/-- | 55/26/pc | 50/22/r |
| Aspen | 37/27/0.01 | 44/28/sn | 41/21/sn |
| Buena Vista | 41/30/Tr | 49/38/c | 44/21/sn |
| Burlington | 25/12/-- | 44/30/pc | 52/-1/pc |
| Cañon City | 31/24/-- | 62/41/pc | 62/14/c |
| Co. Springs | 29/19/-- | 54/37/pc | 62/6/pc |
| Cortez | 55/29/-- | 55/37/c | 50/23/r |
| Craig | 33/15/0.04 | 45/34/c | 45/6/sn |
| Delta | 49/31/-- | 54/36/s | 50/26/sn |
| Dillon | 32/25/0.01 | 45/35/c | 42/14/sn |
| Durango | 50/31/-- | 51/32/c | 45/25/r |
| Eagle | 43/28/0.06 | 47/35/c | 43/23/sn |
| Estes Park | 26/21/0.03 | 43/33/c | 39/2/sn |
| Fort Collins | 29/17/0.02 | 47/31/c | 41/-3/sn |
| Fort Morgan | 28/14/0.01 | 49/28/pc | 40/-1/pc |
| Fraser | 30/19/-- | 42/34/c | 39/10/sn |
| Glenwood Sp. | 38/26/0.19 | 50/38/c | 45/21/r |
| Grand Junction | 41/25/-- | 50/37/c | 51/25/r |
| Greeley | 25/14/Tr | 42/24/c | 40/-8/s |
| Gunnison | 40/26/0.01 | 41/27/c | 43/18/sn |
| Hayden | 29/18/0.03 | 42/34/c | 41/6/sn |
| Kremmling | 36/30/0.12 | 47/36/c | 45/15/r |
| La Junta | 29/14/-- | 50/32/pc | 68/7/pc |
| Lamar | 29/6/-- | 48/30/pc | 68/6/pc |
| Leadville | 31/22/0.13 | 37/26/sn | 36/14/sn |
| Limon | 28/14/-- | 54/26/pc | 59/-10/pc |
| Longmont | 30/16/-- | 50/33/c | 45/-1/c |
| Loveland | 27/14/0.01 | 47/32/c | 42/-1/sn |
| Meeker | 38/24/Tr | 47/39/c | 44/8/sn |
| Montrose | 44/36/-- | 54/38/c | 50/26/r |
| Mt. Cr. Butte | 35/23/-- | 38/29/c | 36/15/sn |
| Pueblo | 28/14/-- | 54/33/pc | 67/8/pc |
| Rifle | 40/28/0.02 | 48/37/c | 44/20/r |
| Salida | 47/35/-- | 52/39/c | 49/22/r |
| Springfield | 26/20/-- | 58/41/pc | 69/5/pc |
| Steamboat Sp. | 26/12/0.07 | 41/33/c | 40/7/sn |
| Sterling | 24/5/Tr | 47/26/c | 33/-3/c |
| Telluride | 41/31/0.05 | 47/37/r | 40/19/sn |
| Trinidad | 32/20/-- | 56/24/pc | 64/9/pc |
| Vail | 36/26/0.02 | 44/36/c | 41/15/sn |
| Walden | 29/19/0.01 | 41/32/c | 36/1/sn |
| Wolf Creek Pass | 25/18/0.77 | 31/22/c | 24/15/sn |

## ROCKY MTN. EMPIRE

| City | Wed. Hi/Lo/Precip | Thur. Hi/Lo/W | Fri. Hi/Lo/W |
|---|---|---|---|
| **Kansas** | | | |
| Garden City | 30/11/-- | 39/25/pc | 62/7/pc |
| Goodland | 26/11/-- | 38/24/pc | 42/-2/pc |
| Salina | 31/15/-- | 34/25/pc | 48/16/c |
| Topeka | 30/13/-- | 30/24/c | 42/24/c |
| Wichita | 37/18/-- | 33/26/pc | 57/23/c |
| **Nebraska** | | | |
| Lincoln | 26/11/-- | 26/17/c | 34/10/sn |
| McCook | 27/11/-- | 36/14/c | 32/4/s |
| North Platte | 28/5/-- | 34/15/s | 29/-2/c |
| Scottsbluff | 23/7/-- | 40/21/c | 24/-9/sn |
| Sidney | 22/8/-- | 41/21/c | 27/-8/c |
| **New Mexico** | | | |
| Albuquerque | 60/37/-- | 63/41/pc | 62/42/c |
| Farmington | 57/34/-- | 56/38/c | 53/27/r |
| Las Cruces | 70/46/-- | 72/43/pc | 71/51/pc |
| Raton | 53/18/-- | 61/40/pc | 60/32/pc |
| Santa Fe | 59/30/-- | 60/36/pc | 56/30/r |
| Taos | 52/36/-- | 53/34/pc | 46/29/r |
| **Utah** | | | |
| Green River | 48/24/-- | 54/40/c | 57/23/r |
| Moab | 53/28/-- | 58/45/c | 56/27/r |
| Ogden | 36/29/0.32 | 48/42/r | 45/17/r |
| Price | 43/24/-- | 46/32/c | 44/18/r |
| Salt Lake City | 39/31/0.17 | 52/45/r | 49/21/r |
| St. George | 57/35/-- | 60/49/c | 59/32/r |
| Vernal | 36/20/-- | 43/32/c | 41/17/r |
| **Wyoming** | | | |
| Casper | 15/-1/0.01 | 46/23/c | 24/-27/sn |
| Cheyenne | 18/6/0.10 | 51/32/c | 38/-11/sn |
| Jackson | 21/6/0.10 | 39/33/r | 34/-15/sn |
| Kemmerer | 28/13/0.08 | 34/31/sn | 36/-7/sn |
| Laramie | 30/20/0.02 | 47/34/c | 40/-10/sn |
| Rock Springs | 30/19/0.05 | 41/33/c | 38/-4/sn |
| Sheridan | 16/5/0.05 | 21/5/sn | 7/-18/sn |
| Wheatland | 22/7/-- | 49/26/c | 30/-16/sn |
| Yellowstone | 18/-10/-- | 31/14/sn | 22/-26/sn |

**WEATHER (W): s** Sunny; **pc** Partly cloudy; **c** Cloudy; **sh** Showers; **t** Thunderstorms; **r** Rain; **sf** Snow flurries; **sn** Snow; **i** Ice; **Precip** Precipitation

Send questions to: Weather, The Denver Post, 101 W. Colfax Ave., Suite 800, Denver, CO 80202
E-mail: weather@denverpost.com
Forecasts and graphics, with the exception of 7NEWS' forecasts, provided by AccuWeather, Inc. ©2016
**Weatherline™** - A 24-hour service of The Denver Post. 303-337-2500. Updated by KOSI 101 Continuous Lite Rock

## NATION AND WORLD

| City | Wed. Hi/Lo/Precip | Thur. Hi/Lo/W | Fri. Hi/Lo/W |
|---|---|---|---|
| Albany, N.Y. | 31/26/0.05 | 20/-1/sf | 17/12/pc |
| Amarillo | 42/24/-- | 55/43/c | 74/41/pc |
| Anchorage | 14/10/-- | 22/20/pc | 33/30/i |
| Asheville | 44/38/-- | 33/17/s | 34/27/pc |
| Atlanta | 59/44/0.02 | 43/27/s | 46/37/s |
| Atlantic City | 45/38/0.02 | 30/19/sf | 29/23/s |
| Austin | 58/40/-- | 59/47/c | 74/61/c |
| Baltimore | 45/30/-- | 26/13/s | 30/23/s |
| Billings | 11/1/0.07 | 16/2/sn | 4/-22/sn |
| Birmingham | 60/42/0.01 | 42/25/s | 54/48/pc |
| Bismarck | 1/-3/0.11 | 10/9/c | 3/-13/sn |
| Boise | 34/25/0.21 | 43/28/r | 29/6/c |
| Boston | 42/35/-- | 28/7/pc | 19/16/s |
| Brownsville | 75/67/-- | 76/64/c | 81/68/c |
| Buffalo | 26/15/0.28 | 18/7/c | 23/18/sf |
| Burlington, Vt. | 31/26/0.04 | 18/0/sf | 12/10/pc |
| Charleston, S.C. | 61/58/0.10 | 56/27/s | 50/43/s |
| Charleston, W.Va. | 37/28/-- | 21/7/c | 33/30/pc |
| Charlotte, N.C. | 52/46/0.01 | 43/19/s | 38/28/s |
| Chicago | 19/2/Tr | 8/2/s | 21/19/sn |
| Cincinnati | 28/17/-- | 17/8/s | 31/29/c |
| Cleveland | 25/15/0.03 | 16/7/sf | 23/21/sn |
| Columbus, Ohio | 21/13/0.02 | 12/1/s | 24/22/c |
| Concord, N.H. | 38/28/0.05 | 23/-1/pc | 16/7/s |
| Dallas | 53/37/-- | 49/42/c | 72/58/c |
| Des Moines | 23/11/-- | 19/15/pc | 27/11/sn |
| Detroit | 19/8/0.04 | 15/4/sf | 21/18/sn |
| Duluth | 0/-4/0.05 | 2/-5/s | 11/0/sn |
| El Paso | 72/48/-- | 73/50/pc | 74/57/pc |
| Fairbanks | 14/-26/-- | 15/4/pc | 4/0/pc |
| Fargo | 5/-16/-- | 5/1/pc | 9/-7/sn |
| Flagstaff | 57/27/-- | 56/39/pc | 42/23/r |
| Grand Rapids | 22/16/0.15 | 15/6/sf | 17/15/sn |
| Great Falls | 5/-16/-- | 10/-7/sn | -6/-22/sn |
| Hartford | 40/28/0.03 | 25/3/sf | 21/18/sn |
| Helena | -4/-14/-- | -2/-23/sn | |
| Honolulu | 78/64/0.04 | 77/63/sh | 78/67/c |
| Houston | 63/58/Tr | 59/47/pc | 74/69/c |
| Indianapolis | 20/4/-- | 13/8/s | 27/25/sn |
| Jackson, Miss. | 50/49/-- | 47/31/pc | 62/57/pc |
| Jacksonville | 77/61/-- | 65/42/pc | 67/55/pc |
| Juneau | 19/13/-- | 19/10/s | 26/22/sn |
| Kansas City, Mo. | 28/14/-- | 26/21/c | 39/35/c |
| Las Vegas | 69/46/-- | 67/58/c | 66/41/sh |
| Little Rock | 46/35/-- | 34/22/pc | 49/46/c |
| Los Angeles | 71/52/-- | 65/55/r | 61/45/sh |
| Louisville | 34/20/-- | 24/15/pc | 37/34/c |
| Memphis | 43/36/-- | 36/25/pc | 50/48/c |
| Miami | 87/72/-- | 80/67/pc | 79/71/pc |
| Milwaukee | 20/3/-- | 5/5/s | 25/21/sn |
| Minneapolis | 5/4/-- | 5/2/pc | 15/5/sn |
| Nashville | 41/36/-- | 30/19/pc | 47/42/c |
| New Orleans | 62/61/0.17 | 56/45/pc | 69/63/pc |
| New York City | 42/37/0.01 | 27/17/sf | 26/24/s |
| Norfolk, Va. | 47/45/0.02 | 39/19/s | 34/30/s |
| Oklahoma City | 40/24/-- | 37/33/c | 68/34/c |
| Omaha | 25/12/-- | 21/16/sn | 32/12/sn |
| Orlando | 84/62/-- | 75/54/pc | 76/60/pc |
| Palm Springs | 76/53/-- | 71/54/c | 67/44/pc |
| Philadelphia | 43/35/0.02 | 27/18/pc | 29/26/s |
| Phoenix | 76/53/-- | 78/58/pc | 72/47/c |
| Pittsburgh | 26/13/0.05 | 14/6/sf | 24/23/pc |
| Portland, Maine | 39/27/0.02 | 26/0/pc | 15/9/s |
| Portland, Ore. | 36/33/0.05 | 35/26/pc | 34/21/s |
| Providence | 44/34/0.01 | 28/6/pc | 20/14/s |
| Raleigh, N.C. | 52/43/-- | 43/14/s | 37/27/s |
| Rapid City | 23/2/-- | 21/5/sn | 8/-14/sn |
| Reno | 31/16/-- | 25/18/sn | 35/34/sh |
| Richmond | 50/37/-- | 32/14/s | 31/26/s |
| Sacramento | 62/48/0.03 | 58/41/r | 52/32/c |
| St. Louis | 31/16/-- | 23/18/pc | 36/34/c |
| Salt Lake City | 39/31/0.17 | 52/45/r | 49/21/r |
| San Antonio | 67/48/-- | 58/51/c | 70/60/c |
| San Diego | 71/51/-- | 66/59/c | 64/48/r |
| San Francisco | 64/52/0.07 | 59/49/r | 53/41/pc |
| San Juan | 88/77/0.05 | 86/74/s | 85/77/pc |
| St. Ste. Marie | 10/6/0.07 | 14/1/sn | 19/16/sn |
| Seattle | 39/37/-- | 36/26/sn | 32/17/pc |
| Shreveport | 51/48/-- | 49/35/pc | 64/63/c |
| **Europe** | | | |
| Amsterdam | 49/45/-- | 47/35/c | 44/35/c |
| Athens | 48/39/-- | 56/45/s | 51/41/pc |
| Barcelona | 59/46/-- | 59/48/sh | 59/49/sh |
| Belgrade | 39/19/0.06 | 38/24/s | 35/20/pc |
| Berlin | 41/36/0.08 | 38/28/pc | 37/27/c |
| Brussels | 52/41/-- | 49/38/c | 48/36/c |
| Budapest | 37/28/-- | 31/28/sn | 30/24/pc |
| Dublin | 47/46/0.67 | 50/44/r | 48/35/c |
| Frankfurt | 45/37/-- | 46/32/pc | 38/28/c |
| Geneva | 41/32/-- | 41/29/s | 42/29/pc |
| Helsinki | 30/27/0.04 | 32/27/sf | 33/28/c |
| Kiev | 28/18/0.27 | 28/12/sf | 22/19/pc |
| Lisbon | 59/54/0.35 | 58/46/r | 54/46/sh |
| London | 57/45/-- | 52/45/c | 52/39/c |
| Madrid | 50/39/0.14 | 51/42/pc | 48/43/sh |
| Moscow | 18/0/0.37 | 15/0/c | 10/8/c |
| Oslo | 33/21/-- | 29/25/pc | 12/3/s |
| Paris | 48/36/-- | 47/36/pc | 51/35/pc |
| Rome | 59/39/-- | 59/38/c | 56/37/s |
| Stockholm | 32/30/-- | 32/30/sn | 36/29/c |
| Vienna | 34/27/0.30 | 37/23/s | 36/23/pc |
| Warsaw | 37/25/0.28 | 35/23/pc | 32/24/pc |
| **Asia/Pacific** | | | |
| Auckland | 66/59/-- | 73/57/pc | 67/56/c |
| Fiji | 82/75/0.91 | 80/74/r | 79/74/sh |
| Sydney | 88/78/0.36 | 68/66/sh | 76/67/t |
| Bangkok | 73/63/-- | 78/64/pc | 79/60/c |
| Beijing | 38/17/-- | 40/16/s | 43/19/pc |
| Hong Kong | 74/63/-- | 69/56/pc | 66/59/c |
| Manila | 86/77/0.17 | 86/76/c | 82/74/pc |
| New Delhi | 73/52/-- | 75/46/c | 75/48/c |
| Seoul | 34/25/-- | 31/14/s | 34/24/s |
| Shanghai | 45/37/-- | 45/30/pc | 47/35/s |
| Singapore | 91/77/0.02 | 88/76/c | 88/77/pc |
| Tokyo | 52/45/-- | 49/36/pc | 49/38/pc |
| **Africa/Middle East** | | | |
| Baghdad | 68/43/-- | 55/32/s | 57/37/c |
| Cairo | 63/59/-- | 64/50/pc | 66/51/s |
| Cape Town | 82/63/-- | 82/62/s | 82/63/s |
| Doha | 73/57/-- | 76/64/pc | 73/58/pc |
| Jerusalem | 47/45/0.32 | 51/43/pc | 52/44/pc |
| Nairobi | 77/58/0.02 | 79/54/s | 81/57/s |
| **Canada** | | | |
| Calgary | 14/-3/-- | 4/-10/pc | -1/-12/pc |
| Montreal | 25/20/0.19 | 15/-9/pc | 7/4/pc |
| Quebec | 23/19/0.14 | 14/-10/pc | 1/-4/s |
| Toronto | 23/13/0.05 | 19/1/sn | 20/17/pc |
| Vancouver | 30/19/-- | 32/17/s | 29/15/s |
| **Mexico** | | | |
| Acapulco | 91/76/-- | 88/76/pc | 88/76/pc |
| Chihuahua | 78/40/-- | 79/46/s | 79/49/s |
| Guadalajara | 82/46/-- | 80/49/pc | 81/49/pc |
| Mazatlan | 84/65/-- | 84/67/pc | 84/68/pc |
| Mexico City | 76/50/-- | 71/51/pc | 73/51/pc |
| **Latin America/Caribbean** | | | |
| Bermuda | 73/63/0.18 | 73/59/r | 62/59/sh |
| Bogota | 70/38/0.01 | 68/45/pc | 66/48/c |
| Buenos Aires | 73/45/-- | 83/63/s | 85/66/pc |
| Caracas | 89/75/-- | 89/76/pc | 88/72/c |
| Havana | 84/66/-- | 82/64/s | 84/65/pc |
| Lima | 76/64/-- | 76/64/r | 77/65/pc |
| Nassau | 84/75/-- | 82/70/pc | 81/70/pc |
| Rio de Janeiro | 88/75/0.27 | 77/70/t | 79/72/sh |

**National forecast:** Arctic air will extend from the northern Plains to the mid-Atlantic and New England coasts. Bands of heavy snow will occur downwind of the Great Lakes. Snow will extend from the northern Rockies to the northern Plains with drenching rain forecast to expand over much of California. Showers are in the offing for parts of Texas and Florida.

Wednesday's extremes for the 48 contiguous states: Opa Locka, Fla. 87°; Dunkirk, Mont. -21°



---





**HOLIDAY SALES EVENT**

Substantial Store-Wide Savings And Instant In-Store Rebates

DELIVERY ON OR BEFORE CHRISTMAS EVE IS AVAILABLE!

We've tagged every piano at the lowest possible prices including:
- Grands & Baby Grands
- Studio & Pro Models
- Newest Clavinova Digitals

PLUS Disklavier wireless player pianos, Silent pianos & Hybrids

YAMAHA PIANOS • AvantGrand • SILENT Piano • disklavier • Clavinova

Bösendorfer • Schimmel • Estonia • Mason & Hamlin • Hailun • Ritmüller

For Information Call:
**303.777.2636**
Financing & Immediate Delivery   Credit Cards Accepted

**CLASSIC PIANOS**
A PASSION FOR PIANOS
1332 S. Broadway Denver, CO 80210
Mon–Fri 11-5:30 | Sat 10-5

classicpianosdenver.com

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

### CHURCH MASSACRE IN CHARLESTON
# Events testing calls for forgiveness

**By Errin Haines Whack**
*The Associated Press*

The victims' families spoke words of forgiveness in Charleston, S.C., after nine black people were massacred in a historic church by Dylann Roof, a white man who harbored dreams of launching a race war. The relatives were held up as examples of grace amid horror, and the city stayed calm.

Now, Roof has been convicted in a federal trial, bringing relief tempered by uncertainty over whether he will get the death penalty for his crimes — and whether wanting to see Roof pay with his life is at odds with the call to forgive.

Roof's guilty verdict came less than two weeks after a jury deadlocked in the case of Michael Slager, a white ex-police officer charged with fatally shooting Walter Scott, a black man, as Scott tried to flee an April 2015 traffic stop. The sentencing phase of his trial is scheduled for next month.

The proximity of the cases — tried in courthouses across the street from each other — left Charleston minister Kylon Middleton unsure about where justice actually dwells.

Middleton counted the slain pastor of Emanuel African Methodist Episcopal Church, Clementa Pinckney, as his closest friend. Middleton sat in the courtroom daily, from the start of jury selection until Roof's verdict was rendered, mourning his friend and wrestling with forgiveness as he watched a trial with an outcome that felt especially uncertain.

"You can't assume people are going to do the right thing," said Middleton, pastor of Mount Zion African Methodist Episcopal Church. "Some people, based on race or bias, ... will never go against someone of the same race."

After the Slager mistrial, nothing is a foregone conclusion — even with an abundance of evidence, said Herb Frazier, co-author of a book about the June 2015 Emanuel church shootings that left nine worshipers dead. They were shot by Roof after he was welcomed into their weekly Bible study.

"A lot of this is unsettling emotionally, and there seems to be no resolution to anything," Frazier said.

Roof was convicted Thursday after more than a week of often emotional testimony that included survivors' accounts of the killings. At his bond hearing last year, several relatives of Roof's victims said they forgave him and asked for God's grace on his soul. The gestures of compassion were praised as a remarkable response to overwhelming grief and tragedy, and held forth as a model for the country.

Felicia Sanders, whose son Tywanza was killed by Roof as he attempted to shield a church elder, has been forced to grapple personally with the question. She told Roof at his bond hearing last summer, "May God have mercy on you."

One of two adult survivors of the shooting, Sanders was the first prosecution witness in Roof's trial. During the trial, Sanders called him "evil, evil, evil" and said he "should rot in hell."

Middleton said the families' impulse to forgive may have been more knee-jerk than genuine emotion resulting from a process of contemplation.

"I don't think they had time to absorb the fact that their loved ones were heinously murdered," Middleton said. "The country automatically expected us to be forgiving, causing the national perception of the wonderful people of Charleston."

The Rev. Mark Tyler, pastor of Mother Bethel AME Church in Philadelphia, is still trying to process the Charleston shootings and the notion of forgiveness. After the Slager decision, Tyler was discouraged that "400 years later, we're still in the same place, with many people feeling like black people don't belong here."

"Repeatedly, black people in America have shown the willingness to forgive, but too many refuse to meet us there," Tyler said. "The rest of the country looked at that moment and said, 'This is wonderful,' thinking (blacks) have forgiven white people for all of the wrongs that have happened in America."

Activist Bree Newsome — who made headlines last year when she scaled a flagpole at South Carolina's capitol and pulled down the Confederate flag after the Emanuel shootings — placed the Slager case on a continuum of injustices against black people. Newsome said her faith was moved by the families of the shooting victims, but she doesn't necessarily subscribe to the notion of forgiveness around black death.

## Roof doesn't want mental health mulled

*By The Associated Press*

COLUMBIA, S.C. » Dylann Roof doesn't want jurors to consider his mental health when they decide next month whether he should face the death penalty for killing nine black Charleston church worshippers, according to a handwritten motion he filed late Friday.

Roof's decision to not call mental health experts to testify isn't too much of a surprise. In his hate-filled, racist journal read to the jury during his trial, Roof said he doesn't believe in psychology.

"It is a Jewish invention and does nothing but invent diseases and tell people they have problems when they don't," Roof wrote.

Roof, 22, is acting as his own lawyer during the penalty phase of his trial, which starts Jan. 3.

The same jury that convicted him Thursday on 33 charges, including hate crime and obstruction of religion, will decide if Roof is sentenced to life in prison without parole or death.

In his handwritten note, he said: "I will not be calling mental health experts or presenting mental health evidence."

Roof's lawyers unsuccessfully tried to stop him from being his own lawyer, saying he was a high school dropout and that they feared Roof fired them because he was afraid the attorneys would present evidence that would embarrass him and his family when trying to save his life.



**DONATE YOUR CAR**
*Wheels For Wishes* Benefiting
**Make-A-Wish® Colorado**

100% Tax Deductible

* Free Vehicle Pickup ANYWHERE
* We Accept All Vehicles Running or Not
* We Also Accept Boats, Motorcycles & RVs
* Fully Tax Deductible

WheelsForWishes.org  Call: (720) 907-3825
*Wheels For Wishes is a DBA of Car Donation Foundation.*



**EUROPTICS**
**2nd Pair 1/2 Price Sale**

**SAVE 50%**

Colorado's own Europtics has over 10,000 designer eyewear frames & sunglasses to choose from. Purchase two pair for yourself, or one for you and another for a friend!

**FLEX DOLLARS & VISION INSURANCE WELCOME**

| | | |
|---|---|---|
| **Aspen Grove** | Santa Fe Drive & Mineral Ave. | 303.706.9900 |
| **Cherry Creek North** | 100 Fillmore Street | 303.321.3000 |
| **Greenwood Village** | Holly & Orchard - 1 mile W of I-25 | 303.721.9666 |
| **Flatiron Marketplace** | East of Mall next to Best Buy | 720.566.0300 |
| **Colorado Springs** | Promenade at Briargate next to Ted's | 719.473.2020 |

*Eye Exams Available 7 Days A Week in Denver • europtics.net*

Purchase any pair of complete eyeglasses at the regular price and get the 2nd pair of equal or lesser value for 1/2 price. Sale prices valid on in-stock frames only. Some exclusions apply including Oakley, Maui Jim, and Chanel. Sale prices may not be combined with any other coupons, discount offers, insurance discounts, or previous purchases. Sale ends 12/31/16.



**YOU'RE JUST** *Our* **TYPE**

*Karen.*
BLOOD TYPE: A+

*Jake T.*
BLOOD TYPE: O+

*GIVE BLOOD. SAVE LIVES.*

Be entered to win a trip for two to Mexico when you donate between Dec. 21 and Jan. 7, 2016.

**JOIN OUR LIFESAVING CAUSE.**

Visit **bonfils.org/holidays** or call 303.363.2300 for details.

**BONFILS BLOOD CENTER**

Proudly supported by  THE DENVER POST COMMUNITY

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Petitioners believe recall would have failed

**Donahue's confirmation by voters spurs decision to drop Valentine effort**

By Jessica Gibbs
jgibbs@coloradocommunitymedia.com

Voters have spoken loud and clear, according to those who led the charge to recall District 5 Castle Rock Town Councilmember Renee Valentine.

Sid Brooks, one of the three primary petitioners, said the election results in the recall of Mayor Paul Donahue were a clear sign the effort against Valentine would fail. On Sept. 9, they chose to drop the recall effort.

Donahue, the District 1 councilmember, won his recall election in July, with more than 70 percent of those who cast ballots voting to retain him.

Valentine's recall was set to coincide with the Nov. 8 general election. She said she's ready to put the recall behind her.

"Obviously, I was relieved," she said.

"I'm ready to move forward and just get back to town business."

Brooks and his colleagues chose to withdraw their petition before ballots were printed, he said, rather than create unnecessary work and expense for the town.

"We did it with real reluctance," Brooks said. "We thought there was a very good cause, actually, to recall."

Amy Fienen, one of Brooks' fellow petitioners, agreed.

"In light of what happened with the Donahue recall, it was a bitter defeat on that front," she said. "We just didn't see how we were going to have any more success."

However, their reasons for recalling have never wavered, she said.

Fienen said they sought a recall based on their belief that Valentine was in favor of development, no matter how rapidly it came. She personally saw that as a conflict of interest because of Valentine's career as a real estate agent.

But, they mostly fear recent develop-



> "I'm just excited to get back and focus again."
>
> **Renee Valentine,**
> Castle Rock town councilmember

ment is harming Castle Rock's infrastructure.

"The problem is they're developing first and then figuring out the infrastructure later," she said.

Despite withdrawing, Fienen believes town council is paying closer attention to public opinion, and is now aware that some constituents are displeased with the growth of Castle Rock.

"I think we've accomplished that even though we're not going to go through with the recall," she said. "I don't think it's been a waste."

To Valentine, getting back to town business means developing more infrastructure and improving communication with her district. She said she plans to support the council's roads and infrastructure goals as a whole while also doing so within her own district.

Valentine specifically referenced installing a traffic light at the intersection of Founders Parkway and Black Pine Drive, and holding town halls to meet with constituents.

"I'm just excited to get back and focus again," she said.

# Castle Rock to consider impact fee increases

By Jessica Gibbs
jgibbs@coloradocommunitymedia.com

Impact fees fund Castle Rock's capital projects, such as transportation or parks improvements.

They also follow the theory that growth should pay for growth. The fees are collected when a building permit is issued for any structure that requires one.

But, according to Town Manager David Corliss, their current levels are not enough to support the town's future needs. Corliss presented plans at the Sept. 6 town council meeting to raise impact fees over the coming years in a stair-step fashion. Council directed staff to prepare an ordinance for their consideration at a later date.

If approved, it could mean impact fees increase by 9 percent in 2017, which includes increases for water-system fees as well. In 2018, the proposed increase is 8.5 percent. That's not including any utility-fee increases, which are assessed on an annual basis.

Town projects that were partially funded by impact fees include the Miller Activity Complex and the upcoming Fire Station 152 in Crystal Valley Ranch.

In addition to transportation, impact fees fund growth-related improvements, facilities or equipment for the fire department, the police department, parks and recreation and municipal facilities.

Multiple representatives from the development community voiced concerns during the Sept. 6 meeting. While they supported the 2017 and 2018 increases, they said any increases planned beyond those years will need more input from developers.

Cherie Talbert, senior vice president of the Home Builders Association of Metro Denver, spoke for her organization, stating it believes the study that helped Castle Rock staff determine the proposed increases was for too short a duration and was not done closely enough in conjunction with the HBA.

In a 7-0 vote, the town council directed staff to draft an ordinance for the 2017 and 2018 increases on the condition that later years' increases would be further discussed with the development community.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



The Holidays at CHEROKEE RANCH & CASTLE

THANKSGIVING TEAS
NOVEMBER 19, 22 & 23

HOLIDAY TEAS
DECEMBER 3, 7-10, 13-17, 20-22 & 28-29

THANKSGIVING BRUNCH
NOVEMBER 20

HOLIDAY BRUNCHES
DECEMBER 3, 10 & 17

HAVE A HOLLY JOLLY MURDER
A MUSICAL MURDER MYSTERY DINNER
Presented by MO Productions
DECEMBER 4 & 11

303-688-5555 • cherokeeranch.org