# Helping heroes with cars and cash

**Vehicle Vault hosts fundraiser for veterans' organization**

By Tom Skelley
tskelley@coloradocommunitymedia.com

Ana Yelen sees the lack of mental health and medical services available to veterans and she wants to do what she can to help them get the care they deserve.

"Our service members are really hurting," she said. "If these things were available, we wouldn't be needed. Our goal is that eventually we won't be needed."

Yelen is the co-founder and executive director of the Healing Warriors Program, a nonprofit that provides alternative medical services to veterans to treat conditions such as PTSD and pain management.

On Sept. 17, the group held its third annual Hot Rods and Heroes fundraiser at the Vehicle Vault in Parker. The four-hour event featured celebrity speakers and an auction to raise money for the program.

"This year was definitely our largest event," Yelen said. "People really enjoyed themselves, and they were very happy to be here."

The group has a Fort Collins clinic, but Yelen said they hope to expand to Colorado Springs to meet increasing demand.

"During Vietnam, these guys were being deployed two times," Yelen said. "In Iraq and Afghanistan they're being deployed nine times… They're in dire need."

Treatments include acupuncture and craniosacral therapy, which uses gentle manipulations of the skull to relieve symptoms. The services are available for free to veterans as well as active-duty service members.

Yelen said the program focuses on alternative pain relief methods because of a correlation between reliance on painkillers and high rate of veteran suicides.



Former Major League Baseball player Goose Gossage shares a laugh with the crowd at the Vehicle Vault in Parker on Sept. 17 during a fundraiser for the Healing Warriors program. *Photo courtesy of Albert Aguirre*

"We need to provide more options for care," she said. "We need to give veterans these options to help restore their quality of life."

The event featured three speakers, Congressman Mike Coffman, sportscaster and "Voice of the Rockies" Wayne Hagin, and former Major League Baseball pitcher Goose Gossage.

Gossage won the crowd over with a story of meeting Mickey Mantle at Gossage's first All-Star Game and being too awe-struck to even introduce himself. Mantle later took the initiative to make the introduction.

Vehicle Vault was a natural fit for the fundraiser, Yelen said, because of an affinity many veterans have for classic cars.

"Our military is the best in the world and these are the best cars in the world," she said.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.
A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.
**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

---



**LONE TREE ARTS CENTER**

**GET YOUR TICKETS TODAY!**
LoneTreeArtsCenter.org | 720.509.1000

**Scott O'Neil and the Rosetta Music Society:**

Bach's *A Musical Offering*

Sunday, October 16 at 7:00pm

In this performance, Scott O'Neil and the Rosetta Music Society explore Bach's *A Musical Offering,* a fugue based on a theme from Frederick the Great. Other great fugues and canons by Bach will also be featured.

**Igor Butman and the Moscow Jazz Orchestra**

Wednesday, October 19 at 7:30pm

Internationally renowned saxophonist Igor Butman and his Moscow Jazz Orchestra are one of the best hardcore jazz units around. The *New York Times* calls their performance "a show of great competence and fluency."



LONE TREE ARTS CENTER
10075 Commons Street, Lone Tree, CO 80124

 

# Highlands Ranch named No. 1 Healthiest Place to Live

**Money Magazine recognizes community in its list of "Top Cities in America"**

By Alex DeWind
adewind@coloradocommunitymedia.com

Randy Dobo walks four miles around the Highlands Ranch Mansion property every morning and does yoga for his lower back.

Sandy Brown has lost about 35 pounds since February. She runs four or five days a week and lifts weights.

Jessica Katz does Pilates two to three times a week and cardio three to four times a week. She doesn't drink or smoke and she eats healthy foods — most of the time.

That focus on good health reflects Money Magazine's recent choice of Highlands Ranch as the No. 1 Healthiest Place to Live in America, noting the lowest adult obesity rate in the country and a relatively low rate of childhood obesity.

In its Sept. 18 list of top 10 healthiest cities in America, the well-known financial magazine also looked at the number of doctors and hospitals within a 30-mile radius of a community, the percentage of the population covered by health insurance and the number of residents who report that they feel healthy.

Highlands Ranch residents and officials point to the community's four recreation centers, its extensive trail system and backcountry area as the foundation that has helped build a health-centric population.

"We're proud of this recognition since we're an active community with a focus on wonderful recreation amenities, "said Sherry Eppers, community relations manager of Highlands Ranch Metro District.

According to Money Magazine, health and wealth are correlated. The finance publication looked at economic prosperity when determining its top 10 list. Highlands Ranch's median household income was listed as $110,221 in a 2010-2014 U.S. Census report, and 74.4 percent of the population, ages 16 and older, were employed.

Bob Costello, a real estate broker who has lived in Highlands Ranch for 10 years, said he thinks the community is thriving for a number of reasons, including a draw to the "nice population of educated people."

"In Highlands Ranch it's a real community," said Costello, "almost like a bubble."

### A healthy community

Dru Connolly, born and raised in Highlands Ranch, runs the fitness department of the Highlands Ranch Community Association. She was a competitive figure skater for 20 years and studied exercise physiology and human performance in college.

"Our goal is to help people maintain healthy, functional independence for as long as possible," Connolly, 35, said.



Fitness classes offered by the Highlands Ranch Community Association, such as Zumba, a dance-themed workout, tailor to all "ages and stages of life," said Dru Connolly, HRCA Fitness Coordinator. "You really do feel here that you are keeping your community healthy," she said. *Photo courtesy Sarah Neumann/fitness instructor*

*Healthy continues on Page 9*



## What's happening with my County government?

Our commitment to open and transparent government includes our online posting of information about all public meetings at which the business of government is conducted. To view agendas for business meetings, land use meetings and public hearings, planning commission, the Board of County Commissioner's weekly schedule and more, please visit www.douglas.co.us and search for meetings and agendas.

## LEPC meeting on October 20

The Douglas County Local Emergency Planning Committee will meet at 2 p.m., Oct .20 at the Douglas County School District Offices, 701 Prairie Hawk Drive in Castle Rock. The County's LEPC provides a forum for emergency management agencies, first responders, industry members and the public to discuss and develop emergency plans. For more information, visit www.dcsheriff.net/LEPC

## General election ballots arriving by mail after Oct. 17

Ballots for the November 8 General Election will be in the mail to Douglas County registered voters beginning October 17. If you are a registered voter and have not received your ballot at the address associated with your voter registration by October 24, you may obtain a replacement ballot by contacting the Douglas County Elections staff at 303-660-7444. If you live in Douglas County, plan to vote in the General Election and are not registered to vote, Colorado election law allows voter registration on or before Election Day. For more information visit www.DouglasVotes.com



## Voting open for 2016 Art Encounters

This year, 27 sculptures are showcased in parks and near entrances of recreation centers, shopping centers, libraries and art centers throughout Castle Rock, Highlands Ranch, Lone Tree, Parker and Roxborough. Art Encounters is funded by the Scientific Cultural and Facilities District (SCFD) as well as the Philip S. Miller Trust for installations in Castle Rock. Visit www.douglas.co.us/artencounters to locate and plan a visit to all 27 sculptures, and then vote online using the Vote 4 Art button, selecting your favorite for the annual People's Choice Award, to be announced in June 2017.



For more information or to register for CodeRED please visit www.DouglasCountyCodeRed.com

www.douglas.co.us

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



# Jaguars keep winning volleyball games

**Top-ranked Rock Canyon eyes final four regular season matches**

By Jim Benton
jbenton@colorado
communitymedia.com

Rock Canyon has been having fun this season and winning volleyball matches.

The Jaguars, Colorado's No. 1 Class 5A team according to the CHSAANow.com poll, notched a Continental League 3-0 (25-11, 25-14 and 25-17) over ThunderRidge on Oct. 4 at the Rock Canyon gym.

Rock Canyon followed on Oct. 6 with a 3-1 (25-22, 25-21, 22-25, 25-20) triumph over Chaparral, which also entered the match unbeaten in the league.

With the two victories, Rock Canyon improved to 14-1 overall and 7-0 in the Continental League.

"What helps them click and play the best is when they have fun and don't take things too seriously," said Rock Canyon coach Angela Nylund-Hanson. "When we start games too nervous and freaked out, we kind of slow down. So we have to keep the fun on the court and support each other and that's what makes us play the best.

"As a coach, how I do it, is that I can't get too intense," she continued. "I try to keep it light, I try to keep the huddles light, I don't yell when I'm on the bench, I stay encouraging as much as I can."

Junior outside hitter Keeley Davis grins when asked about the team having fun.

"We're a very funny team" said Davis. "We all crack jokes, and whenever someone is down, we crack a joke and they usually smile. And that's when they get their hopes up."

Volleyball continues on Page 28



Rock Canyon players celebrate after winning a point in a Oct. 4 Continental League match against ThunderRidge. The Jaguars are the No. 1 Class 5A team in the state according to the CHSAANow.com poll with a 14-1 overall record and 7-0 in the Continental League. *Photo by Jim Benton*

# Mullen cracks Valor softball's winning streak

**Softball teams across state head into regional playoff action**

By Jim Benton
jbenton@coloradocommunitymedia.com

Valor Christian's softball team got a wake-up call a week before state playoffs begin.

Mullen, ranked third in the CSHAANow.com Class 4A poll, snapped the 33-game winning streak of the top-ranked Eagles with a 4-3 win in the regular-season finale Oct. 8 on the Mustangs' field.

Eight regional, four-team state playoff regional tournaments in Class 3A, 4A and 5A will take place Oct. 15 with two teams from each region advancing to the state tournament, which will be held Oct. 21-22 at the Aurora Sports Complex.

Valor, the two-time defending Class 4A state champions, has gone 65-3 over three seasons, and the Eagles feel comfortable taking one loss in the state tournament, which they have done the past two seasons.

"Last year we lost one game in the regular season and came back," said Valor coach Dave Atencio. "Same thing two years ago. They will bounce back. This loss wakes us up a little bit and refocuses us. And, it was great timing with the state regional tournaments starting."

The top eight teams, according to the RPI standings, earned host roles for the regional tournaments.

In Class 5A, Douglas County, Legend and Arvada West earned the right to play host to a regional tournament. Douglas County will hold the Region 4 tournament at the Metzler complex in Castle Rock and the Region 6 tourney hosted by Legend will be the Salisbury fields in Parker.

In the opening pairings, 16th-seeded Legacy (13-6-0) will face No. 17 Castle View (11-7-1) in the Region 1 tournament at Broomfield High School. Cherry Creek, seeded 25th with a 9-10-0 record, will take on No. 8 and host Loveland (13-6-0) in the Region 2 tournament at the Barnes Softball Complex in Loveland.

No. 12 Ralston Valley (11-7-0) will meet No. 21 Mountain Vista (12-7-0) in the Region 3 tourney hosted by Eaglecrest at the Aurora Sports Park. The Region 4 tournament has first-round games pitting No. 4 Douglas County (15-4-0) against No. 29 Horizon (8-11-0) and No. 20 Rock Canyon (10-9-0) going against No. 13 Prairie View (16-3-0).

Sixth-seeded Legend (14-4-1) will face No. 27 Smoky Hill (11-8-0) in the Region 6 tournament while the Region 7 tourney finds No. 28 and defending 5A champion Mountain Range (10-9-0) challenging No. 7 Arvada West (13-5-1) in an opening contest. No. 18 ThunderRidge (13-6-0) travels to Grand Junction and will play No. 16 Fort Collins (12-7-0) to begin Region 8 action.

Valor reserved Aurora Sports Park for the Region 5 Class 4A tournament. The Eagles, seeded third with an 18-1-0 record, will play No. 30 Pueblo East (7-12-0). No. 19 D'Evelyn will face No. 14 Pueblo Central (12-7-0) in the other opening game.

Fifth-seed Wheat Ridge (13-6-0) faces No. 28 Pueblo Centennial (6-12-1) as host for Region 3 and No. 16 Golden (14-5-0) faces the challenge of playing No. 17 Berthoud (12-7-0) in the Region 1, Class 4A tourney in Erie.

Advancing to the state playoffs was an accomplishment for Arvada. The Bulldogs are 11-8-0 this season and the most wins Arvada managed in a single season over the previous seven years was six.

Arvada, seeded No. 29, plays No. 4 Pueblo West (15-3-0) in the Region 4 tourney at Runyon Field in Pueblo and No. 22 Ponderosa (9-10-0) will open against No. 11 Frederick (12-7-0) in the Region 6 event hosted by Mountain View at the Barnes Softball Complex in Loveland. No. 23 Holy Family (11-8-0) meets No. 10 Air Academy (14-4-0) in the Region 7 meet at Garden Acres Park in Longmont.

Twenty-four teams qualifyied for the Class 3A playoffs and No. 14 Faith Christian (10-9-0) plays No. 19 St. Mary's (10-9-0) in the Region 3 tournament, while No. 7 The Academy (15-4-0) will be at home to play the winner of the Cedaredge-Akron game in the Region 7 tournament.

Two fields must be available for a school to host a regional tournament so all the sites have yet to be determined.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**



**AllHealth NETWORK** Live Better.

**Helping Families for Over 60 Years**

**How do I know if my child is struggling?**

- Worries that impact daily activities
- Not wanting to go to school
- Not interested in taking part in activities
- Difficulty focusing on or completing tasks
- Frequent nightmares
- Aggressive behaviors
- Frequent temper tantrums
- Periods of sadness without a specific reason
- Change in sleeping pattern
- Fighting
- Poor or declining grades
- Isolation
- Drastic change in friends
- Talk of suicide
- Substance use

**When to seek professional help:**

As a parent or guardian you are the expert on your child and if you think there is reason to be concerned, you're probably right. Typically parents, guardians, teachers and other caregivers are the first to notice if a child is struggling with emotions and/or behavior. If you have questions, concerns or a problem is suspected, we are here to help.

**Call today to schedule an appointment.**

**Information & Appointments - 303-730-8858
Emergency & Crisis Information - 303-730-3303**

Arapahoe/Douglas Mental Health Network is now AllHealth Network.

# Soup

Continued from 1C

ingredients with which to make them.

Within a year, the soups began to reflect a far more adventurous spirit: Thai red curry noodle soup; Scottish smoked haddock and leek chowder; Indian mulligatawny; corn and sweet potato chowder.

Had we all turned into master soupmakers? Or was it that as we got to know one another better, we wanted to challenge and please everyone with ever-more-interesting soups?

What the soup swap parties taught us is that the simple act of making soup and sharing it with others is a great way to build a community. You don't need to live in a small town. Soup swaps work just as well in urban neighborhoods, and with relatives, parent-teacher organizations, yoga classes, book clubs — you name it. The key is to start with a small group of people who love food and enjoy cooking. You'll be amazed at how relationships deepen and grow, one pot of soup at a time.

*Gunst, who lives in southern Maine, is the author of 15 cookbooks, including "Soup Swap: Comforting Recipes to Make and Share" (Chronicle, 2016), and is resident chef on NPR's "Here and Now."*



DEB LINDSEY/The Washington Post
Lamb and Lentil Soup with Lamb Meatballs.

## Lamb and Lentil Soup with Lamb Meatballs

**SERVINGS:** 8 main-course servings or 12 appetizer servings; makes 8 cups total

**NOTES:** The author uses the bone left over from a roasted leg of lamb or lamb chops to help flavor this soup; we tested it with her Roasted Chicken Stock and were pleased with the results.

If you're packing this soup to go, stash the parsley and cheese toppings and the meatballs in separate containers.

**MAKE AHEAD:** The stock can be refrigerated for up to 5 days or frozen for up to 4 months.

**FOR THE SOUP:**
- 1 large leek
- 1½ tablespoons olive oil
- 1 large clove garlic, chopped
- 1½ tablespoons chopped fresh rosemary
- 1½ tablespoons chopped fresh thyme
- Sea salt
- Freshly ground black pepper
- 2 medium carrots, scrubbed well and cut crosswise into 1/2-inch pieces
- 1 cup brown lentils, rinsed and picked over
- 1 cup canned no-salt-added crushed tomatoes, with their juice
- 6 cups Roasted Chicken Stock (see recipe at www.washingtonpost.com/pb/recipes/roasted-chicken-stock/15460/)
- ½ cup packed chopped fresh parsley

**FOR THE MEATBALLS:**
- 12 ounces ground lamb
- 1 clove garlic, finely chopped
- 1½ tablespoons chopped fresh rosemary
- 1 tablespoon chopped fresh thyme
- 1 large egg
- ½ cup freshly grated Parmigiano-Reggiano or pecorino Romano cheese
- ½ cup plain dried panko (Japanese bread crumbs)
- Sea salt
- Freshly ground black pepper
- 1 tablespoon olive oil
- 1½ teaspoons canola oil

**FOR SERVING:**
- ½ cup packed finely chopped fresh parsley
- ½ cup freshly grated Parmigiano-Reggiano cheese

**FOR THE SOUP:**
Trim off the dark-green section from the leek; reserve for making vegetable broth, if you like. Halve the pale-green-and-white section lengthwise. Rinse under cold running water, pat dry and cut crosswise into thin pieces.

Warm the olive oil in a large stockpot over low heat. Add the leek and garlic; cook, stirring, for 5 minutes, then add half the rosemary and half the thyme, season lightly with salt and pepper, and cook for 1 minute. Add the carrots and cook, stirring, for 2 minutes. Add the lentils and the tomatoes with their juices, stirring until all the ingredients in the pot are coated. Increase the heat to high, add the Roasted Chicken Stock and bring to a boil, then reduce the heat to low and add the remaining rosemary and remaining thyme and the parsley. Partially cover and cook for 45 minutes.

**FOR THE MEATBALLS:**
Meanwhile, line a plate with paper towels.

Combine the ground lamb, garlic, rosemary, thyme, egg, cheese, panko and a generous sprinkling of salt and pepper in a medium bowl. Use your clean hands to mix the ingredients and form them into about 30 small meatballs.

Heat the olive oil with the canola oil in a large skillet over medium-high heat. Once the oils are shimmering, add the meatballs in batches and cook for about 5 minutes each time, rolling them around in the hot skillet, until evenly browned. (They will not be cooked through.) Use a slotted spoon to transfer them to the plate.

After the soup has cooked for 45 minutes, add the browned meatballs. Cover and cook for 30 to 45 minutes or until the lentils and carrots are tender and the meatballs are cooked through. Taste, and add more salt and/or pepper as needed. If the soup tastes weak, uncover and cook over medium heat for 10 more minutes.

Ladle the soup into mugs or bowls, sprinkle with the parsley and/or the Parmigiano-Reggiano, and serve.

**NUTRITION INFORMATION PER SERVING (BASED ON 8):** 330 calories, 19 g protein, 23 g carbohydrates, 18 g fat, 6 g saturated fat, 60 mg cholesterol, 560 mg sodium, 9 g dietary fiber, 4 g sugar.

*Adapted from "Soup Swap: Comforting Recipes to Make and Share," by Kathy Gunst (Chronicle Books, 2016).*

## Corn and Sweet Potato Chowder with Saffron Cream

**SERVINGS:** 6 main-course servings or 10 appetizer servings; makes 11½ cups

**NOTES:** Here, fresh corn and sweet potatoes make a good team. Together with the saffron, they turn the broth in this chowder a gorgeous sunflower yellow. Now – late summer/early fall – is the best time to make it; you'll have fresh, sweet corn and can use the husks to help flavor the broth.

**INGREDIENTS:**
- 6 large ears fresh corn or 5 cups frozen corn kernels
- 2 tablespoons olive oil
- 1 large onion, finely chopped
- 1 large yellow bell pepper, stemmed, seeded and cut into ½-inch squares
- 1 tablespoon flour
- 1 small red bell pepper, stemmed, seeded and cut into ½-inch squares
- 1 large sweet potato, peeled and cut into ½-inch squares
- Sea salt
- Freshly ground black pepper
- 4 cups no-salt-added vegetable broth
- ¾ cup heavy cream
- 1 teaspoon crumbled saffron threads
- 2 scallions (trimmed), white and green parts very thinly sliced
- 1 tablespoon minced fresh chives

**METHOD:**
If you're using fresh corn, shuck the ears, discard the silks and trim off the ends so you can stand the cob flat. Working with one at a time, stand each cob on its end inside a large bowl; use a sharp knife to remove the kernels by working the blade straight down against the cob. Use the blunt side of the knife to then scrape down the cob; this will help release any milky corn liquid. Stir that liquid and the corn together. Reserve the spent cobs.

Warm the oil in a large stockpot over medium-low heat. Stir in the onion and cook, stirring occasionally, for 8 minutes or until translucent. Add half the yellow bell pepper and half the red bell pepper, and cook for 3 minutes. Add the sweet potato, season lightly with salt and pepper, and cook for 5 minutes. Stir in the flour and cook, stirring well to coat all the vegetables, for 2 minutes. Increase the heat to high; gently whisk in the broth and bring to a boil. Add the corncobs (not the corn kernels). Reduce the heat to low, cover and cook for 5 to 8 minutes or until the potato is almost tender.

Combine the cream and saffron in a small saucepan over low heat; once the mixture is warmed through, stir it and let it steep (off the heat) for 5 minutes.

Add the saffron cream, corn kernels and corn milk to the stockpot; cook for 5 minutes. Taste, and add salt and pepper as needed. Use tongs to remove the cobs from the pot; holding each one over the pot, use a knife to scrape off any bits of chowder or corn clinging to the cob.

Ladle the chowder into mugs or bowls; sprinkle with the scallions, chives and the remaining red and yellow bell peppers, then serve.

**NUTRITION INFORMATION PER SERVING (BASED ON 6):** 310 calories, 6 g protein, 39 g carbohydrates, 17 g fat, 8 g saturated fat, 40 mg cholesterol, 110 mg sodium, 5 g dietary fiber, 10 g sugar.

*Adapted from "Soup Swap: Comforting Recipes to Make and Share," by Kathy Gunst (Chronicle Books, 2016).*

## Parsnip and Cauliflower 'Vichyssoise' with Gremolata

**SERVINGS:** 8 main-course servings or 12 appetizer servings; makes 10 cups; Healthy

**NOTES:** You'll be surprised how little dairy is used in this creamy cold soup. The topping provides a bright, crunchy counterpoint.

Be sure to use a light-colored vegetable broth, so the soup remains pale.

**MAKE AHEAD:** The soup must chill in the refrigerator for about 4 hours before serving. The gremolata can be refrigerated in an airtight container for up to 2 days.

**FOR THE GREMOLATA:**
- 1 tablespoon unsalted butter
- 1 tablespoon olive oil
- 1/2 cup plain panko (Japanese bread crumbs)
- Sea salt
- Freshly ground black pepper
- 1 teaspoon finely grated lemon zest
- 1 tablespoon finely chopped fresh flat-leaf parsley
- 1 tablespoon minced fresh chives

**FOR THE SOUP:**
- 2 medium leeks
- 1 tablespoon unsalted butter
- 1 tablespoon olive oil
- 1 medium-to-large parsnip, peeled and coarsely chopped
- 1 medium head cauliflower, cored and cut into medium florets
- 1 teaspoon chopped fresh thyme
- Sea salt
- Freshly ground black pepper
- 7 cups no-salt-added vegetable broth (see headnote)
- 1/4 cup heavy cream

**FOR THE GREMOLATA:**
Melt the butter in a small saucepan over low heat. Stir in the oil, then add the panko and toss until the crumbs are completely coated. Toast the crumbs, stirring constantly, for 3 to 5 minutes, until golden brown. Season lightly with salt and pepper. Let cool for at least 10 minutes, then add the lemon zest, parsley and chives, tossing to incorporate. The yield is 1/2 to 3/4 cup.

**FOR THE SOUP:**
Trim the dark green sections from the leeks and reserve for making vegetable broth, if desired. Halve the pale green and white sections lengthwise. Rinse under cold running water, pat dry and cut crosswise into 1/2-inch pieces.

Melt the butter in a large stockpot over low heat. Stir in the oil and leeks; cover and cook for 10 minutes or until the leeks are tender. Add the parsnip, cauliflower and thyme. Season lightly with salt and pepper.

Add the broth, stirring to incorporate. Increase the heat to medium-high and bring to a boil, then reduce the heat to low, cover and cook for 30 minutes or until the parsnip and cauliflower are tender. Remove from the heat, uncover and let cool for about 5 minutes.

Use an immersion (stick) blender, or work in batches using a food processor, to puree the mixture into a smooth soup.

Return it all to the pot over low heat. Stir in the cream. Taste, and add salt and pepper as needed.

Ladle the soup into mugs or bowls; top each portion with a small spoonful of the gremolata.

**NUTRITION INFORMATION PER SERVING (BASED ON 8):** 140 calories, 3 g protein, 13 g carbohydrates, 9 g fat, 4 g saturated fat, 20 mg cholesterol, 120 mg sodium, 3 g dietary fiber, 7 g sugar.

*Adapted from "Soup Swap: Comforting Recipes to Make and Share," by Kathy Gunst (Chronicle Books, 2016).*

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their properties. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Shooter at mall remains on the loose

## A fifth victim from the rampage died on Saturday

BY PHUONG LE AND GILLIAN FLACCUS
ASSOCIATED PRESS

BURLINGTON, Wash. – The first 911 call came in just before 7 p.m. on a busy Friday night at the Cascade Mall: A man with a rifle was shooting at people in the Macy's Department Store.

By the time police arrived moments later, the carnage at the Macy's makeup counter was complete. Four people were dead and the shooter was gone, last seen walking toward Interstate 5. A fifth victim, a man, died in the early morning hours Saturday as police finished sweeping the 434,000-square-foot building.

"There are people waking up this morning and their world has changed forever. The city of Burlington has probably changed forever, but I don't think our way life needs to change," Burlington Mayor Steve Sexton said Saturday at a news conference. "This was a senseless act. It was the world knocking on our doorstep and it came into our little community."

As the small city absorbed the news, critical questions remained, including the identity of the shooter, his motive and his whereabouts. A massive manhunt continued and police broadcast a plea for tips. The FBI said terrorism was not suspected.

The gunman was described by witnesses to police as a young Hispanic man dressed in black. Surveillance video captured him entering the mall unarmed and then recorded him about 10 minutes later entering the Macy's with a "hunting type" rifle in his hand, Mount Vernon Police Lt. Chris Cammock said.

Authorities did not say how the suspect may have obtained the weapon – whether he retrieved it from outside or picked it up in the mall – but they believe he acted alone. The weapon was recovered at the scene.

The identities of the victims – four women who ranged in age from a teenager to a senior citizen – were withheld pending autopsies and notification of family. The identity of the man who was fatally shot was also withheld.

"Probably one of the most difficult moments for us last night was knowing that there were family members wondering about their loved ones in there," Cammock said.

As police scrambled to find the shooter, this small city about 60 miles north of Seattle settled into a new and nerve-wracking reality.

The community of 8,600 people is too far from Seattle to be a commuter town, but its population swells to 55,000 during the day because of a popular outlet mall, retail stores and other businesses. Burlington is the only major retail center within 30 miles in a region where agriculture is king, said Linda Jones, the president of the Burlington Chamber of Commerce.


Washington State Patrol via AP

This frame from surveillance video provided by the Washington State Patrol shows the suspect in a shooting rampage at the Cascade Mall in Burlington, Wash., as authorities seek the public's help in identifying and locating him.

Surrounding Skagit County has deep agricultural roots and is home to families that have worked the land for generations. Farmers produce about $300 million worth of more than 90 different crops a year – a heritage that's celebrated each October with tours of family farms that attract thousands, according to Washington State University's agricultural extension.

Residents, rattled by the fact that the shooter was still on the loose, relied on those bonds Saturday to comfort each other at a community gathering in a city park.

"It's too scary. It's too close to home," said Maria Elena Vasquez, who attended the gathering with her husband and two young children.

"I'm a little nervous even taking her to her soccer game today with this person still on the loose. But I want to keep it normal for her," she said of her 7-year-old daughter.

Those who survived were still trying to process what happened as their community became the latest entry on a list of places known by the rest of world for mass shootings.

As the shots rang out, shoppers hid in dressing rooms and bathrooms and made hushed, terrified phone calls to relatives. One woman started running with her 4-year-old son and 7-year-old daughter only to slip and fall – and then watch as the shooter strode past her terrified children, KIRO-TV reported on its Twitter feed.

"We have never been so scared in our lives," the woman texted the station.

Joanne Burkholder, 19, of nearby Mount Vernon, was watching the movie "The Magnificent Seven" in the mall's theater when security guards came in and told them to evacuate immediately. Dozens of panicked moviegoers gathered in the hallway, and Burkholder heard screaming as the officers escorted them to safety in a parking lot.


Syrian Civil Defense White Helmets via AP

Syrian government forces captured a rebel-held area on the edge of Aleppo, Syria, Saturday, tightening their siege on opposition-held neighborhoods as an ongoing wave of airstrikes destroyed more buildings.

# 'Aleppo is being wiped out'

## Syrian troops advance amid war's heaviest bombing

BY BASSEM MROUE
ASSOCIATED PRESS

BEIRUT – Syrian troops captured a rebel-held area on the edge of Aleppo on Saturday, tightening their siege on opposition-held neighborhoods in the northern city after what residents described as the heaviest air bombardment of the 5½-year civil war.

The U.N. said nearly 2 million people in Aleppo, Syria's largest city and onetime commercial center, are without running water following the escalation in fighting over the past few days.

Government forces captured the rebel-held Palestinian refugee camp of Handarat as airstrikes pounded rebel-held eastern neighborhoods of Aleppo, killing 52 people, including 11 children and six women, according to the Britain-based Syrian Observatory for Human Rights. The Local Coordination Committees, another monitoring group, said 49 were killed on Saturday alone.

The Observatory said the death toll in Aleppo is expected to rise since many people are in critical condition and rescue workers are still digging through the rubble.

Residents say the latest bombardment is the worst they've seen since rebels captured parts of the city in 2012. Activists reported dozens of airstrikes on Friday alone.

"Since the beginning of the crisis, Aleppo has not been subjected to such a vicious campaign," said Mohammed Abu Jaafar, a forensics expert based in the city. "Aleppo is being wiped out."

For days, videos and photographs from eastern Aleppo have shown flattened buildings and paramedics pulling bodies from the rubble. Wounded people have flooded into clinics, where many are being treated on the floor because of a lack of stretchers.

"People in Aleppo already suffocating under the effects of the siege, have yet again come under horrific attack," said Carlos Francisco of Doctors Without Borders, which supports a number of area clinics. "No aid, including urgent medical supplies, is allowed to enter."

"We are deeply worried by the high numbers of wounded reported by the hospitals we support, and also know that in many areas the wounded and sick have nowhere to go at all – they are simply left to die."

U.N. chief Ban Ki-moon condemned the "chilling" escalation in Aleppo, which he said marked the "most sustained and intense bombardment since the start of the Syrian conflict." The statement issued by his spokesman said the reported use of "indiscriminate" weapons in densely populated areas "may amount to war crimes."

U.S. Secretary of State John Kerry, speaking at Tufts University in Boston, said what was happening in Aleppo was "beyond the pale."

"If people are serious about wanting a peaceful outcome to this war, then they should cease and desist bombing innocent women and children, cease cutting off water and laying siege in medieval terms to an entire community," he said.

**SEPTEMBER IS SUICIDE AWARENESS MONTH**

**Everybody hurts sometimes. You're not alone.**

**24/7 Crisis Care – 970.247.5245**

We're here to help.

AXIS Health System

Axis Health System has been providing quality care across the lifespan in Southwest Colorado for more than 50 years. **axishealthsystem.org**

---

In a community of plenty, no one should go hungry.

**Manna Soup Kitchen**

■ Volunteers needed for Manna Soup Kitchen.
■ Donations are always accepted.
■ For information, call : 385-5095.

Herald SUPPORT



Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary notice.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Case No. 1:90-cv-00181-JLK   Document 2432-10   filed 01/03/17   USDC Colorado   pg 6 of 8

# Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

## Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

## What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

## What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---


Gallaway


Hotter

Cooperative in the four-year apprentice lineman program. He worked as a lineman for Sulphur Springs Valley Electric Cooperative in Arizona for four years, before moving to Oregon and joining Pacific Power.

Hailing from a multi-generational Durango family, Dalton Hotter was born and raised in Durango. Launching his career initially in construction, he sought to tackle a new discipline.

As storekeeper for LPEA, Hotter works with the warehouse and purchasing, as well as the line crews, to ensure needed equipment and tools are stocked and available.

## Lunches With Leaders will be Tuesday

The Durango Chamber of Commerce will present Lunches With Leaders from 11:30 a.m. to 1 p.m. Tuesday at the Ore House restaurant, 147 East College Drive, with Jerry Martinez, owner of CJ Diner.

The event is part of the chamber's Young Professionals of Durango.

Register at www.durangobusiness.org.

## Business workshops offered in October

Southwest Colorado Small Business Development Center will offer a one-hour workshop for new and existing businesses.

Adviser Rich Lindblad will present "The 10 Fatal Mistakes Small Businesses Make and How to Avoid Them."

gosa Springs from noon to 1 p.m. at First Southwest Bank, 249 Navajo Trail Drive. Bring your lunch. Cost is $10. Visit https://clients.coloradosbdc.org/reg.asp to register.

The workshop will be in Cortez from noon to 1 p.m. Tuesday at First National Bank, 2258 East Main Street. Fee is $10 and bring your own lunch. Visit https://clients.coloradosbdc.org/workshop.aspx?ekey=170360146 to register.

The workshop will be in Durango from noon to 1 p.m. Oct. 21 at First National Bank, 259 W. Ninth Street. Cost is $10. Bring your own lunch. Register online at https://clients.coloradosbdc.org/workshop.aspx?ekey=170360138 or pay at the door with cash or a check made payable to Fort Lewis College.

## Teachers seek extra help for students

The Durango Education Foundation announces the new DEF Fellows program, a directory service to connect volunteers with educators needing help with classroom or program enrichment within Durango School District 9-R.

The DEF Fellows directory provides searchable information that will allow teachers to find individuals with skills and special knowledge to assist with instruction or projects, mentor or tutor students, or serve as expert advisers on focused topics.

Interested individuals can submit a directory listing at: www.def-fellows.org. For more information, contact the DEF Fellows Program administrator at admin@def-fellows.org or call D.E.F. at 385-1491.

— HERALD STAFF

SUNDAY, OCTOBER 9, 2016 ★ THE DURANGO HERALD ★ PAGE 7C

periencing a pregnancy and in need of help. For more information, call 247-5559.

**Entre Nosotras,** a support group for Latina women in the community, meets weekly to discuss the community and available resources. Call Loida or Darlene at 247-4374.

**Family Center,** 129 E. 32nd St., offers play groups for a variety of ages, family activities, parenting and family workshops, classes and a community playroom and family support. Hours are 8:30 a.m. - 4:30 p.m. Monday-Thursday, 8:30 a.m. - noon Friday. Bright Beginnings is a home-visitation program for parents with newborns. Call 385-4747.

**Four Corners Alliance for Diversity** provides information, support and community outreach. Contact 385-7202 or www.4calliancefordiversity.org.

**Four Corners Lesbian Network** works to unify the lesbian community by supporting one another. Email fourcornersln@yahoo.com.

**4STAR – Four Corners Support for Transgender people, Allies, and Relatives** meets the first Sunday and third Thursday evenings in Durango. Email 4sturdurango@gmail.com or call 247-3229.

**Grief support groups** are offered throughout the year. Call Julie Madden at 749-7547 or Norm Gottlieb at 749-1357.

**Heartbeat Suicide Survivors Support Group** will meet from 6 to 8 p.m. every second Wednesday at the Durango Fire and Rescue Authority Operations Building, 142 Sheppard Drive, located across from the social security administration building. Heartbeat provides mutual support for people who have suffered loss through suicide. For more information, call 749-1673.

**La Plata Youth Services,** 2301 Main Ave., helps youths in the juvenile-justice system and their families find treatment to reduce out-of-home or community placement. Call Katy Pepinsky at 385-4440, ext. 10.

**Le Leche League of Durango** meets at 10 a.m. the first Monday of the month at the Family Center, 129 E. 32nd St., to provide information, support and to discuss

sored by the Epilepsy Foundation of Colorado. Call Liza at 749-9607.

**Parents of youth with high-functioning autism** meets once a month to share information and ideas. For more information, call Liza at 749-9607.

**Parkinson's Support Group** meets at 1-2 p.m. the third Thursday of each month at First United Methodist Church, 2917 Aspen Drive. The emphasis of the group is to provide support and education to people with Parkinson's disease. For more information, call 259-0566.

**Prostate Cancer Support Group "Man to Man"** meets at 6:30 p.m. the first Tuesday of each month in Program Room 3 at the Durango Public Library, 1900 East Third Ave. Call Jim Duresky at 247-9743.

**Sexual Assault Services Organization** offers free therapeutic support groups for survivors of sexual assault. Topics include the aspects of trauma, understanding the dynamics of sexual assault, skills to manage emotions, etc. All groups are contracted with licensed therapists with trauma-specific focus. Call 259-3074 for more information and to register. SASO offers a 24-hour confidential crisis hotline support services for survivors of sexual assault at 247-5400, or visit www.durangosaso.org.

**Southwest Center for Independence** offers a variety of support groups, classes and other activities intended for people with disabilities who want to live well in the community. 3473 Main Ave., No. 23 in Durango (259-1672) or 2409 East Empire St. in Cortez (570-8001).

**TOPS (Take Off Pounds Sensibly)** is for those carrying extra pounds they can't seem to lose by themselves. The group gathers from 8-8:45 a.m. for weigh-in before their 9 a.m. meetings on Wednesdays in the Durango/La Plata Senior Center, 2424 Main Ave. next to Durango High School. All ages welcome. Call Lorraine at 259-2630.

*Submit your support group listing by email at herald@durangoherald.com or in person at 1275 Main Ave.*

---

# Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

## Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

## What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

## What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Waste roundup is time well spent for residents

**Drop-off numbers set record for annual event**

By Tom Munds
tmunds@coloradocommunitymedia.com



Jerry Musgrave uses a forklift to put a very large television in place during the Sept. 17 Household Hazardous Waste Roundup. *Photos by Tom Munds*

Cars waited in line to drop off materials and electronics at the Sept. 17 Household Hazardous Waste Roundup at the Englewood ServiCenter.

The two-weekend event provided Englewood, Littleton and Sheridan residents an opportunity to properly get rid of hard-to-properly-dispose-of household materials like car batteries, lawn chemicals and oil-based paint.

The roundup also offered the opportunity to recycle items like computers, printers, fax machines, desktop copiers, inkjet and toner cartridges and cell phones free of charge. Computer monitors and TV sets were also accepted for a $20 fee per television or computer monitor.

Harold Stitt, Englewood senior planner, was helping with check-in.

"This is the second Saturday for the event and we had 180 vehicles check in last week," he said. "The traffic today has been pretty steady so I expect we will have as many or more vehicles check in today."

Stitt explained vehicles were classified as those just dropping off electronics and those dropping off electronics and household hazardous waste.

"The count for Sept. 10 was 84 vehicles dropping off just electronics and 81 vehicles dropping off both types of waste for a total of 175 vehicles total that day," he said. "On Sept. 17, we had 123 vehicles dropping off electronics and 171 dropping off both types of waste for a total of 294 vehicles served."

Littleton resident Kathy Hunter dropped off electronics and some chemicals.

"I had a lot of big, awful stuff in the garage and, until now, no way to get rid of it because it couldn't be put in the trash," she said. "It is a wonderful service to resident and it is good for our environment."

Englewood resident Dan Rogers agreed.

"I really appreciate the city providing this service to our community," he said.

Englewood, Littleton and Sheridan work together to put on the event. Stitt and volunteers from Littleton and the Keep Englewood Beautiful Commission staffed the event.



Clean Harbor staff members separate items dropped off during the Sept. 17 Household Hazardous Waste Roundup in Englewood.

---



**EXCELLENT LITTLETON LOCATION!**

# FIRST MONTH FREE*

**SUPER-ADVANCED STORAGE MADE SUPER EASY**

When you want to store your belongings in an ultra-friendly, worry-free environment, Extra Space Storage® is the industry leader.

Come see why more and more customers are picking us as the safe and easy choice.

Your experience includes:
• New state-of-the-art facility
• Climate control
• 24 hour video surveillance
• Wide drive aisles

**Reserve online at
extraspace.com or call
1-888-STORAGE**



**1** **Littleton – Southpark Way
8000 Southpark Way
Littleton, CO 80120**

New Customer: (877) 889-7520
Current Customer: (303) 519-4435



*Some restrictions may apply. Offer is based on unit availability on new rentals by new customers only. This offer is only valid with presentation of this coupon upon rental. Offer is available at participating locations. Offer excludes applicable administration and insurance fees. Not valid with any discount offers. Offer has no cash value. Features vary by location. Void where prohibited. See manager for details.

©2016 Extra Space Storage LLC. Offer expires 12/31/16.

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**