# Littleton City Council holds budget hearings

**List of budget decisions includes new police officers, fire trucks, street maintenance**

By Kyle Harding
kharding@coloradocommunitymedia.com

The Littleton City Council had its first discussions about next year's budget during three study sessions last week.

Interim City Manager Mark Relph described the proposed budget as "fairly flat" and said several department budgets are actually down from 2016.

Relph said the city will need to make financial changes in coming years.

"As you look at the long-range financial stability of our organization, we are going to have to look at a different approach as we try to tackle some of our issues," he said.

Relph recommended that the city make strategic five-year plans for its general and capital projects funds.

City Finance Director Doug Farmen said the city's expected general fund revenue for 2017 is $62.9 million, an increase of about $2.7 million from 2016's estimated operating revenue, with nearly half of that coming from sales tax. The proposed general fund expenditure is $61.4 million, an increase of $3.5 million over 2016 estimated expenditures.

The council considered a variety of policy questions for the budget, including:

> "As you look at the long-range financial stability of our organization, we are going to have to look at a different approach as we try to tackle some of our issues."
>
> **Mark Relph,**
> interim city manager

### A $1.3 million increase for employee compensation

All councilmembers said they would agree to the increase, which Human Resources Director Erich Won Savage said is smaller than the 2016 increase by about $370,000 and is necessary for the city's wages and benefits to remain competitive in a tight labor market.

### Hiring of seven additional police officers

The council supported the phase-in hiring of seven police officers, four in 2017 and three in 2018. Police Chief Doug Stephens said that, based on a two-year staffing study, the department should have 80 sworn officers. Stephens said the department has had increased calls for service in the past year.

### Emergency manager, dispatchers, and a battalion chief position

Littleton Fire Rescue hired emergency manager Jackie Erwin earlier this year on a temporary basis. Fire Chief Chris Armstrong is asking for an additional $55,780 to make the position permanent, as well as $31,640 to hire 1.5 full-time equivalent emergency dispatchers, which he said would allow staffing of three dispatchers during the department's busiest hours. The department has roughly $60,000 on hand to pay for the remainder of the cost of the emergency managers, while the dispatchers, which cost roughly $113,000, would be split with the department's fire partners. Armstrong also wants to create an additional battalion chief position for the department. That would initially be filled by qualified department members serving on overtime in an acting chief position, which he said would cut the cost. He estimates the cost at $200,000. He said that cost savings in another area offsets $140,000 of that.

The council supported Armstrong's hiring requests.

### New fire trucks

Littleton Fire Rescue is also requesting nearly $447,225 from the city in capital projects funding for equipment replacement. The department's fire partners will share in the costs for the projects, which total nearly $2.5 million.

The biggest of the projects is a replacement ladder truck, at $1.4 million spread out over an eight-year lease term and split between the city, the Littleton Fire Protection District and the Highlands Ranch Metro District. Armstrong said the current 2006 Pierce ladder truck it will replace has cost $303,000 to maintain and repair since going into service in February 2007.

The department is also asking to replace a fire engine, at a cost of more than $700,000, split between the city and the fire protection district. Armstrong said the department's Engine 14 is now 10 years old and has cost more than $260,000 to repair in its lifetime. The truck's manufacturer is no longer in existence, which makes finding replacement parts a challenge.

The majority of the council said it supports funding for the vehicles, though Councilmember Doug Clark did not.

### Public works

Relph asked for an increase of $425,000 for public works capital projects, including $200,000 for street rehabilitation and maintenance, $125,000 for traffic signals and $50,000 each for downtown infrastructure maintenance and air duct cleaning at City Center.

The increase would bring funding to $2.1 million for street maintenance. Relph said that street projects would include crack filling, overlays and surface treatments.

The council supported Relph's requests.



**Don't be a pumpkin!**
Treat your skin to a great exfoliation vacation!

Buy one get one **FREE** on any microdermabrasion treatment (of equal or lessor value).

Offer good through October 31st.
Services must be received within 6 months of purchase.

Jill Schayda, MD

Essex Medspa offers the latest in skin care and anti-aging treatments, as well as hormone and nutritional therapies.

// **303-973-3683**  www.essexmedspa.com

8555 W. BELLEVIEW AVE, LITTLETON, CO 80123

**ESSEX MEDSPA**

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

---



**LASATER & MARTIN PC**
**ATTORNEYS AT LAW**

THE LARGEST LAW FIRM IN HIGHLANDS RANCH WITH 12 ATTORNEYS SERVING OUR COMMUNITY,



and one of the most successful civil litigation firms in the State, is proud to announce, that after 12 years of being located in the center of the business community in Highlands Ranch, the firm has extended its commitment to remain in Highlands Ranch at their Ridgeline Boulevard offices through at least 2024!

**JANET MARTIN
J. SCOTT LASATER**

**The firm and its staff of attorneys and para-professionals continue to represent:**

**Businesses | construction professionals | HOAs | individuals and families and those committed to the integrity of the insurance profession**

Lasater & Martin, P.C. has protected hundreds of millions of dollars of our client's assets in cases that include claims against construction professionals; businesses of all types; homeowners and individuals. We have also collected millions of dollars for the residents of Highlands Ranch in cases that include serious injury, discrimination and malpractice.

**If you would like more information, please contact
Tina at (303) 730-3900 or email at Office@LasaterandMartin.com**

**8822 S. RIDGELINE BLVD. SUITE 405, HIGHLANDS RANCH**
303-730-3900 | WWW.LASATERANDMARTIN.COM

FOLLOW US ON:  

## FACES AMONG US



Marsha Jones owns Woodlawn Floral. She has worked in the flower business for years and bought her own shop eight years ago. *Photo by Kyle Harding*



A glimpse of the people in our community

**MARSHA JONES**

### Small business owner

**About me**

I own Woodlawn Floral on Littleton Boulevard. I bought the shop eight years ago but I've worked within the floral industry forever. I was last at an event company that did the biggest events in Denver and I managed the floral shop at the Adams Mark Hotel.

We've lived here for 25 or 30 years. We brought our kids up here, they all graduated from Heritage High School. I like how close everything is.

**Growing up**

My dad worked for Boeing and we moved every few years. We were in Nebraska, where the Minuteman missile silos are. Denver was close, so we just hopped over here.

**Flowers are a passion**

Now it's a passion. For 20 years it wasn't a passion, it was a way to make a living. But now I enjoy it — it's an art form. You take everything you've learned throughout the years and put it all in a package.

**Away from work**

I haven't done anything for eight years. I did a lot of stuff for our church and for different community organizations, but not anymore, because I'm so busy with the shop. I go to Living Way Fellowship, it used to be just two blocks away, but they bought land out in Highlands Ranch.

*If you have suggestions for My Name is…contact Kyle Harding at kharding@coloradocommunitymedia.com*

## Library celebrates once-banned books

**By Kyle Harding**
*kharding@coloradocommunitymedia.com*

Since 1982, libraries have used Banned Books Week as an awareness campaign to alert the public to the realities of censorship.

It was started in response to a surge in the number of books being challenged or removed from schools and public libraries. The American Library Association says more than 11,000 books have been challenged since the program began.

From Sept. 25-Oct. 1 at Bemis Library in Littleton, readers could spin a wheel to select a category of books, authors or movies based on books, then identify a banned book from artwork to win a prize.

Claire Mattoon, library programming assistant for adult services said her favorite banned or challenged book is Ray Bradbury's "Fahrenheit 451," which in itself is a warning about the dangers of censorship.

"For sheer irony," Mattoon gave as the reason for the choice.

"Fahrenheit 451" has been challenged, ostensibly, for language and depictions of alcohol and tobacco use.

Books listed include:

**"T.E. Lawrence" by Daniel Wolfe**

"T.E. Lawrence" tells the story of British army officer Thomas Edward Lawrence, or Lawrence of Arabia. The book was challenged in Anaheim Union High School District in California, ostensibly because it was too difficult for middle-schoolers and could cause harassment against those seen with it. However, the American Civil Liberties Union said that was a pretext for viewpoint-based censorship due to homosexual themes.

**"The Hunger Games" by Suzanne Collins**

Popular young adult trilogy "The Hunger Games" has been one of the most-challenged books over the last five years. It has been cited as being too violent and containing offensive language and sexual content.

**"Tarzan" by Edgar Rice Burroughs**

"Tarzan" has been challenged in schools for a depiction of the title character living with a woman, Jane, out of wedlock, as well as for promoting the theory of evolution.

## NEWS IN A HURRY

**Calendar photos chosen**

Pictures by 13 photographers whose work will be featured in the 2017 Littleton Calendar have been chosen.

The cover photo is by Yoshiko Wooten, and 12 others will represent each month. The Littleton Fine Arts Board selected the winners from 190 submissions. The calendar will be available the first week of December at all city buildings as well as from sponsors.

**Brews and Views raises $1,000 for Humane Society**

$1,000 was raised for the Humane Society of the South Platte Valley through the proceeds of designated driver tickets to the Brews and Views Beer Festival last month.

The second annual festival was held at Hudson Gardens & Event Center and featured beer from 40 Colorado breweries and saw nearly 2,000 attendees. Adoptable dogs from the Humane Society were at the event as well.

**Littleton Harvest Festival coming to museum**

Littleton's annual Harvest Festival takes place on Oct. 8. at the Littleton Museum's 1860s farm.

Attendees are invited to pick out their Halloween pumpkins and enjoy hayrides and other activities. There is no cost to attend but some activities require tickets that can be purchased by cash or check the day of the event. The festival will be from 10 a.m. to 3 p.m. The museum is at 6028 S. Gallup St.



Trust Steamatic to Keep Your Home at Its Best!

A healthy home begins with a healthy indoor environment.

As the weather turns crisper and we spend more time indoors, this is the perfect time to call Steamatic - we can remove dirt, allergens, pollen, and other contaminants to make sure your home is at its cleanest and healthiest.

**CARPET CLEANING $29 OFF** residential carpet cleaning

**AIR DUCT CLEANING $199** up to 10 vents

- Hot Water Extraction System
- Safe for kids and pets
- No soaps or harsh chemicals
- No residues to attract dirt
- IICRC trained and certified

- Removes pet hair and dander
- Removes contaminants
- Reduces dust & debris that triggers allergies
- Improves air quality

**STEAMATIC** Restoration & Cleaning

Coupons not valid with any other offer or on prior purchases. Residential only, minimum charges apply. Offers expire 11/30/16

Commercial and Office Cleaning Also Available!

**720.608.6932**
SteamaticSouthDenver.com

IICRC

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# AREA CLUBS

Editor's note: To add or update a club listing, e-mail calendar@coloradocommunitymedia.com.

### Political
**Arapahoe County Republican Breakfast Club** meets the first Wednesday of each month at Maggiano's DTC, 7401 S. Clinton St., Englewood. Breakfast buffet opens at 6:45 a.m. and program lasts from 7:15-8:30 a.m. Contact Myron Spanier, 303-877-2940; Mort Marks, 303-770-6147; Nathan Chambers, 303-804-0121; or Cliff Dodge, 303-909-7104.

### Professional
**AAUW, American Association of University Women**, Littleton-South Metro Branch, invites graduates who hold an associate or higher degree from an accredited institution to participate in activities that advance equity for women and girls through advocacy, education, philanthropy and research. Meetings are usually the second Monday of each month, September through May, at Southglenn Library, Vine and University in Centennial. Social time at 6:30 p.m. is followed by a short business meeting and informative programs. Contact membership chair Barb Pyle at barbpyle@yahoo.com.

**American Business Women's Association** meets on the second Wednesday each month at 6:30 p.m. welcoming women, working or not, to Success Chapter programs for success and positive living. Call Lori Smith at 303-688-3100 ext. 360 or e-mail loris@intermountain-rea.com for upcoming speakers and events at Marriott Denver South, 10345 Park Meadows Drive, Littleton.

**BNI Connections** (www.thebniconnections.com) invites business owners to attend its meeting held each Tuesday, 7:30 to 9:30 a.m. at the Lone Tree Recreation Center, 10249 Ridgegate Circle. There is no charge to attend a meeting as a guest. Please visit www.thebniconnections.com or contact Jack Rafferty, 303-414-2363 or jrafferty@hmbrown.com.

**CERTUS Professional Network** meets for its Littleton networking event from 9:30-11 a.m. the fourth Thursday of the month at Panera Bread, 3702 River Point Parkway, Littleton. Build your network, grow your business, network less. Our events are structured to connect professionals with the resources, power partners and leaders to expand their business and the business of others. Open to all industries, includes 30 minutes of open networking and organized introductions to the group. Cost: $12 non-CERTUS members at the door. First participants pay half price. RSVP not required. More info about CERTUS™ Professional Network at http://www.CertusNetwork.com.

**Contacts Unlimited** is a business and professional leads group that meets at Courtesy Ford, 8252 S. Broadway, Littleton in the meeting room on the first, second, and third Thursday of every month. Meeting time is 8-9:15 a.m. Visitors are welcome. Call Jenifer at 303-221-6550.

**Non-Practicing and Part Time Nurses Association** meets from 12:30-2:30 p.m. on the third Wednesday of each month at the Southglenn Library, 6972 S. Vine St., Centennial. All nurses are invited to attend for medical presentations. Contact: Barbara Karford, 303-794-0354.

**Women Investment Group Master Mind Group** meets to empower all women to build a real financial freedom through the power of real estate in any market condition. We network, share ideas, leads, resources and encourage each other. We meet once a month. For meeting information, call Lorena 303-981-6539 or e-mail WomenInvestmentGroup@comcast.net.

### Recreation
**Adventures in Dance** offers a number of dance classes for adults. Line Dance Aerobics is Mondays; West Coast swing is Tuesdays; Merengue and bachata is Wednesdays; Viennese waltz and slow waltz is Thursdays; and a social Latin dance sampler is offered over two Fridays. Adventures in Dance is at 1500 W. Littleton Blvd., Littleton. Go to www.adventuresindance.com for details and to sign up.

**Camping Singles** is a group of Colorado single adults who enjoy camping, fishing, hiking, swimming, biking, sightseeing, photography, the camaraderie of others, and starry nights around the camp fire. We usually camp in designated forest service or state park campgrounds within 2 to 5 hours of Denver. We welcome all single adults. Our membership ranges from the 40s to 60-plus. We usually meet at 7 p.m. the first Tuesday of the month. For specific meeting information, contact campingsingles@gmail.com

**Denver Walking Tours** Denver area residents and visitors are invited to experience downtown Denver through a free walking tour, a two-hour excursion that starts in Civic Center Park, winds through downtown past more than a dozen of Denver's distinctive landmarks and ends in front of Coors Field. Tours are offered every day. No reservations needed. Tours are free, and tips are encouraged. Go to http://www.denverfreewalkingtours.com/ for details.

**Draw from Life** sessions are offered from 6-8 p.m. the second Wednesday of each month at The Depot Art Gallery, 2069 W. Powers Ave., Littleton, just north of the Buck Recreation Center. Class offers a chance to work with a clothed model with a variety of pose times. Reserve space with Cheryl at mbadamsjr@msn.com. Cost is $5. Call 303-795-0781.

**Duplicate Bridge** If you enjoy duplicate bridge, come join us for an ACBL sanctioned open game at 12:30 p.m. every Monday at the Lone Tree Recreation Center. Please arrive by 12:15. All are welcome; it's a fragrance-free environment. A free question-and-answer session from 11 a.m. to noon covers bidding boxes, hand records, losing trick count, conventions, rules of duplicate bridge and more. Cost is $1.50 for South Suburban Park and Recreation District residents; $1.75 for non-residents. Reservations required. Call Sue Bauer at 303-641-3534.

**Friday Dance Night** Saint Patrick's Brewing Company offers First Friday Dance Nights. Dance floor complete with lights and DJ. Outdoor beer garden with fire pit right on the river at Santa Fe and Bowles. Call 720-366-9147.

**Front Range Woodturners Club** meets from 6-9 p.m. the first Tuesday of each month in the basement of the Rockler Woodworking store at 2553 S Colorado Blvd. Anyone interested in woodturning is welcome. Contact Jim Proud at cavaleon1956@gmail.com for more information.

**Ladies Golf League at Raccoon Creek Golf Course,** Littleton, is accepting new members. Call 303-973-4653.

**Meadows Women's Golf League** offers relaxing Tuesday mornings of friendly golf for ladies at the Meadows Golf Course, 6937 S. Simms St., near Ken-Caryl Ranch. The league plays 18 holes weekly from mid-April to mid-October. This fun group competes for prizes while playing from the red tees. Afterward, lunch can be ordered on the patio overlooking the course. Call Laura at 303-526-9598.

**Oil painting classes** are offered at The Depot Art Gallery from 1-4 p.m. Mondays at 2069 W. Powers Ave., Littleton, just north of the Buck Recreation Center. Class is taught by Jennifer Riefenberg. Join anytime; pay by the session or the month. Contact JenniferRief@comcast.net. Call 303-795-0781.

**Peer critique of art** offered at 9 a.m. the fourth Friday of every month, except November and December, at The Depot Art Gallery, 2069 W. Powers Ave., Littleton, just north of the Buck Recreation Center. Any medium welcome. In conjunction with The Colorado Watercolor Society. Free. Call 303-795-0781.

**Rocky Mountain Basketball Academy** club, expert training for youth basketball players grades fifth through 12th meets twice per week and operates all year. Play in leagues and tournaments. Send inquiries to ronkburgin@yahoo.com.

**Rocky Mountain Woodturning Club** meets at 6 p.m. the first Tuesday of every month in the basement of Rockler Woodworking Store, 2553 S. Colorado Blvd.

**Saint Patrick's Brewing Company** offers bocce ball and ping pong tournaments. Bocce ball tournaments are at 2 p.m. Sundays, and ping pong is from 7 p.m. to close Thursdays. Play is first-come, free play. Saint Patrick's is at Santa Fe and Bowles, right on the river. Call 303-718-7575.

*Clubs continues on Page 21*



---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com



## September 21 – October 11
# Fall Clearance Sale!

**Mulch** Buy 2 Get 1 Free!

**Trees, Shrubs and Perennials** up to 75% off!

**Select Garden Décor** up to 50% off!

**Pottery** up to 25% off!

**Houseplants** up to 25% off!

We have all of your fall decorating needs: mums, pumpkins, and gourds!

Hours: Through October 30, 2016
10:00am - 5:00pm

**GULLEY** Greenhouse & Garden Center
6029 S. Shields St. • Fort Collins, CO • 223-GROW (4769)
www.gulleygreenhouse.com

---

**SEO. PPC. Mobile. Email.** That's the **NEW** Coloradoan Media Group.

Every day, thousands of Northern Coloradans look at the Coloradoan in some form. Whether it's in print or on the web, your customers are checking us out. Let us help you create a strategy that will get customers through your door.
Call 1-970-224-7714 to schedule a consultation today.

**COLORADOAN MEDIA GROUP**
*Together, we get results.*

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

**IMPORTANT! Social Security Seminar for Baby Boomers:**

**WHEN:** Thursday, September 22nd, 2016 at 6:30 pm
**WHERE:** The Fort Collins Senior Center
Sand Lily Room
1200 Raintree Dr, Fort Collins

THE BUDGET ACT OF 2015 RECENTLY CHANGED SOCIAL SECURITY FOREVER
THIS ACT IS EFFECTIVE ON APRIL 29th 2016
IT IS ESSENTIAL FOR ALL BABY BOOMERS TO UNDERSTAND THESE CHANGES IN ORDER TO KNOW HOW TO FILE IN A WAY THAT MAXIMIZES THEIR BENEFITS

After being told for years that Social Security is "going broke," Baby Boomers are realizing it will soon be their turn to collect. The decisions you make now will have a tremendous impact on your life after retirement. Don't be one of the thousands of Baby Boomers who are left in the dark.

**The Seminar will Cover Topics Such as:**
- When it makes sense to delay benefits
- Why you should always check your earnings record
- How to estimate your benefits
- How to coordinate benefits with your spouse
- How to minimize taxes on Social Security
- How to coordinate Social Security with your retirement



**RICK MEEHLEIS,** CFP® CERTIFIED FINANCIAL PLANNER™ Master of Science in Financial Planning

**Retirement SOLUTIONS**

Securities and investment advisory services offered through NEXT Financial Group, Inc. MEMBER FINRA/ SIPC. Retirement Solutions is not an affiliate of NEXT Financial Group, Inc.

**CALL NOW as seating is limited!**

Seminar Reservation Line
(970) 889-0924
rmeeheis@nextfinancial.com
Retirement Solutions
5112 S. College Ave. Fort Collins, CO 80525

---

## SATURDAY, SEPTEMBER 24, 2016
### ——— ROMER ESTATE AUCTION ———

**1736 WEST TRILBY FT. COLLINS, CO**
**SALE TIME: 9:30 a.m. | Lunch Available**

*Join us for this outstanding estate auction. Most items are new or like new. This is a large auction with two rings selling part of the day. Come prepared to haul your purchases away.*
*Preview: Friday, Sept. 23 from 2 to 6 p.m.*

**VEHICLES:** 1959 Ford Fairlane retractable Skyliner, 2 door; 1978 Ford F150 Ranger pickup, 136,000 miles, very clean; 1989 Ford F250 club cab 4wd, 49,000 miles.

**SHOP TOOLS:** Charge Air 5 horse upright air compressor; heavy duty vises; Milwaukee 9: grinder; Dewalt ½" hd elec impact; tabletop drill press; Senco air nailer; Senco nail guns; Bosch circ saw; Craftsman rolling toolbox; lg amt assorted hammers; oxyacetylene welder; 16' Werner alum ladder; Craftsman stacking multi drawer toolbox; 2 ton chain hoist; shop vac; Ingersoll brand upright commercial air compressor; Forney mega 160 portable arc welder; Miller Thunderbolt AC/DC welder; rolling shop cart; Honda 5000S generator; Honda 1600 generator; Honda 3500 generator; MQ pump; 312 volt fuel pumps; Dayton 15,000 BTU heater; Craftsman Riplatch rolling toolbox; 7 Proto socket sets; sev Craftsman ¼-3/8 socket sets; metric & SAE sockets; Craftsman metric & SAE open-box end wrenches; several sets metal shelving.

**UP CABOOSE:** To be moved by buyer.

**WOODWORKING TOOLS:** Delta stock feeder shaper; Delta belt end drum sander; Performax Supermax 37 x 2 commercial planer; Delta 20" industrial band saw; Northwood dble drum commercial sawdust vac; Jet 12" planer; 20 pipe clamps up to 4'; Delta unisaw 10" tilting Arbor saw; approx. 25 wood clamps; 3 Craftsman routers; 7 ¼" Skill saws; palm sanders; belt sanders; Craftsman 2 hp Skill saw; Birutex biscuit cutter; Milwaukee 144 volt cordless drill; 4 cable air stapler; variable speed belt sander; boaring jig; jig saws; several sets of router bits; wood planes; sandpaper; chisels; portable ¼" Omni jig.

**MACHINISTS TOOLS:** Blacksmith's mandrel cone; compact bender; welding tables; Peter's anvil; 200 lb anvil; anvil tools; forge blowers & tools; metal break; machinist shaping tools; lg amt new iron – all sizes; 2 swage blocks; Hardie tools.

**BOBCAT & ATTACHMENTS:** 500 hrs, cab, heat; Bobcat Brushcat mower; blade.

**LUMBER:** Lg amt 2x6; 4x4; lg amt pine flooring; wood fence posts.

**EQUIPMENT:** Everest manure spreader; Maxey 16' trailer w/ramps; York concrete block maker; 3 pt cement mixer; 3 pt 5' roto tiller; 3 pt post auger.

**SILVER:** Several 1 oz silver bars; several ounces raw silver.

**BACKHOE:** JD 3100 4 x 4 payloader backhoe, less than 1,000 hrs, nice unit.

**100+ MICHAEL RICKER PEWTER FIGURINES:** This is an extensive collection.

**ANTIQUES & COLLECTIBLES:** 10 brass fire ext; pitcher pump; miner's lamp; barn lanterns; 2 short globe Burlington RR lanterns; 3 horse collar mirrors; 4 crock jugs; George Straight Bud Light neon; lg amt iron decorative art; cast iron skillets; copper stills; Budweiser neons; Liberty lg capacity gun safe; 8 antique wall phones & candlestick; 2 knotty pine bar stools; Matilda Bay neon; oak fireplace mantle; 2 pot belly stoves; 3 perfection heaters; #18 caboose stove; regulation size Olhausen pool table; 5 hard carved wood trucks; 3 cream cans; Nat'l brass cash register; Nat'l Security gun safe; oak file cabinet; Browning prosteel safe; lg oak roll top desk; Superman & Lone Ranger lunch boxes; several steins; Nikon underwater camera; Nikon NOSB103 camera; round oak pot belly stove; 4 post splices; RR tongs; ice tongs; stop light; signal light; Metronome accordion; 4 oak dressers; round oak table w/2 chairs; oak table; ore cart.

**ARTWORK:** (orig) Aldrich oil on canvas incl - Big Horn Sheep, Fox, Bald Eagle, Owls; Aldrich Lone Wolf; Aldrich cougar & elk.

**FURNITURE:** 6 leather sofas; 3 wingback chairs; 2 leather recliners; oak roll top desk; oak file; oak TV stand.

**BRONZE:** 3 eagle bronzes by Stan Bentail.

**TACK & SADDLES:** Rusty May fully tooled saddle & leather saddle bags; breast collars; head stalls; bridles; buffalo robe; buffalo skull.

**MICHAEL AUCTION SERVICE**
**LLOYD MICHAEL JR.**
**JULESBURG, CO.**
**970-474- 3693**

**RANDY ROMER ESTATE, OWNER**
**– Kevin Romer, P.R.**
For more info contact:
**Bill Seaworth @ 970-215-2884**

## Arts tax
Continued from Page 1A

Aside from providing financial stability for nonprofits chosen to receive funding, supporters say the tax would help organizations offer more free services and provide diversified, collaborative programming to the public.

"It has been such a boon to the cultural landscape in Denver," Freestone said. "It has a dramatic impact for the overall economy and you, know, I'm a firm believer that a strong quality of life is what makes for a strong economy. They're all tied together."

### At a glance

» Ballot measure 200 would increase Larimer County taxes by an estimated $6.6 million annually via a 0.1 percent sales and use tax (1 penny on every $10 spent).

» The tax would not include the sale of gas, groceries, pharmaceuticals, machinery, sales by charitable organizations, farm equipment, low-emitting motor vehicles or pesticides.

» Revenue would go toward nonprofits in Larimer County that have the primary purpose of enlightening and entertaining the public through the production, presentation, exhibition, advancement or preservation of natural history or natural sciences, visual arts, performing arts or cultural history.

» The tax cannot fund an agency of the state, a capital construction project, educational institution, school district, radio or television network or station, a cable communications system, newspaper, magazine or library program.

» The funds will be distributed by a board of directors appointed by Larimer County commissioners.

### PRO/CON
**Arguments in favor:**

» Increased revenue would keep admission prices low for arts, science, nature, history and cultural organizations.

» Revenue would allow selected nonprofits to increase programming and provide more free offerings.

» The tax would provide financial stability for arts, science and cultural organizations, helping them better tolerate economic uncertainty.

» Campaign website: visit larimerscfd.org.

**Arguments against:**

» If passed, the measure would increase sales and use tax in Larimer County by 0.1 percent for the next 10 years.

» Unlike an individual donation to a nonprofit, voters would have indirect influence over where tax revenues are directed.

## Duggan
Continued from Page 3A

In 2002, the council passed a resolution supporting the board of education's opposition to a proposed amendment to the state constitution that would have required all public school students to be taught in English with few exceptions.

The resolution encouraged city residents to vote against Amendment 31. The anti-bilingual education measure was defeated in the statewide general election.

I found no examples of a council taking a stance on a PSD bond issue. So, don't expect it this time around.

The council also has not indicated it wants to take a position on the proposed Larimer Scientific & Cultural District and its 0.1 percent sales tax.

However, the council is scheduled to consider a resolution encouraging voters to support the city's ballot issue aimed at clearing up a Taxpayer Bill of Rights, or TABOR, issue with the Keep Fort Collins Great tax voters approved six years ago.

Council members are all for that passing. Apparently, they have less agreement on other matters.

*Kevin Duggan is a senior reporter. Follow him at Coloradoan Kevin Duggan on Facebook or @coloradoan_dugg on Twitter.*



PRESIDENT'S **Community** LECTURE SERIES

Colorado State University

presents
**Dr. Robin Reid**
Professor, Ecosystem Science and Sustainability; Director, Center for Collaborative Conservation; Co-founder, Colorado Conservation Exchange; Warner College of Natural Resources, Colorado State University

**Walking with Herders (and Others): Bringing Different People Together to Work with Nature**
Tuesday, Sept. 27, 2016 • 6:30 p.m. • Lory Student Center Theatre

Whether working with Colorado brewers, walking the steppes with Mongolian yak herders or tracking Serengeti wildebeest with Maasai, Dr. Robin Reid has found ways to bring together businesses, government, citizens and scientists to work out solutions for complicated conservation problems. Professor of ecosystem science and sustainability and director of the Center for Collaborative Conservation, she and her colleagues have turned CSU into a global leader in helping diverse people work as one with nature.

This lecture is free and open to the public, however, tickets are required as space is limited. Tickets will be distributed on a first-come, first-served basis and available at https://advancing.colostate.edu/PresLectureSeriesSept2016.

STATE YOUR PURPOSE  An equal-access and equal-opportunity University.



*release your inner glow*

halo HYBRID FRACTIONAL LASER
SCITON

**Radiant Skin without the Downtime!**

Over time, your skin can lose its youthful glow due to sun exposure and your body's natural aging process. Previous lasers couldn't effectively remove this damage because they were either too shallow or too deep. Halo, the world's first hybrid fractional laser, eliminates years of damage by precisely targeting the right depth to restore the luminous glow you used to have.

PREMIER SKIN CLINIC

**Halo Laser Treatments**
**Buy 1, Get 1 Half Off**
(Valid When Purchased in September 2016)

Call today for your consultation. 970.221.1285

Timo Quickert, MD • Julie Quickert, NP • Shayna Leone, CLT
Fort Collins | 1603 Oakridge Dr., Ste 200, Fort Collins, CO 80525
Johnstown | 4848 Thompson Parkway, Ste. 300 | Johnstown, CO 80534
www.PremierSkinClinic.com

**Dentures can be comfortable, functional and they can look natural while doing it.**

If you have had it with dentures or partials that don't work, are painful, or make you feel older than you are, come in for a free consultation with John H. Wheeler DDS and ask about the ComfortSoft Denture Technique.

**This denture is so successful that satisfaction is guaranteed.**

Call Dr. Wheeler today and have ALL of your dental needs managed at one location by the dentist himself. **(970) 206-9806**.

Dr. Shepard's recommended provider of his renowned ComfortSoft Dentures.

363 West Drake Rd., Fort Collins, CO 80526.
www.fort-collins-dentures.com
www.johnwheelerdds.com

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# POLICE REPORT

Fort Lupton Police report for Sept. 11 to 18

Reports reflect calls to the Fort Lupton Police Department. The reports do not indicate whether or not arrests were made. Not every call made to the police is necessarily listed.

**Sept. 18**
Disturbance, 916 Elm Court
Traffic accident, hit and run, 1300 Dexter St.
Unwanted person, 1401 Ninth St.

**Sept. 17**
Barking dog, 346 Third St.
Vandalism, 120 McKinley Ave.
Assault, Main Street and Fourth Street

**Sept. 16**
Suspicious vehicle, 1840 Silverado Lane
Disturbance, 25 South Grand Ave.

**Sept. 15**
Assault, 1010 Pacific Way
Disturbance, 136 W. Fourth St,
Vehicle noise complaint, 1840 Silverado Lane

**Sept. 14**
Unwanted party, 735 Denver Ave.
Shots fired, 1392 Denver Ave.

**Sept. 13**
Unwanted party, 289 Bighorn Terrace
Suspicious activity, 602 Harrison Ave.

**Sept. 12**
Traffic accident with injuries, Denver Avenue and First Street
Suspicious activity, 1600 Ninth St.

**Sept. 11**
Person with a weapon, 902 Lancaster Ave.
Suspicious activity, 515 Columbine Ave.
Vandalism, 811 McKinley Ave.

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

## BIRTHS

Bianca Prieto and Benjamin West are excited to announce the arrival of their second son, Isaiah Hestoxehne Arkeketa West. Isaiah was born June 11 at Morristown Medical Center in Morristown, N.J. He weighed 7 pounds, 7 ounces, measuring 21 inches.

Isaiah is welcomed by his big brother Benjamin and big sister Akira.

Isaiah's grandparents are Salvador Prieto of Fort Lupton, Susan and Manny Justiniano of Carrolton, G.A.; Annette Arkeketa Rendon and Al Rendon of Elgin, O.K., Jon West of Calumet, O.K., and great-grandparents Nash Hernandez of Fort Lupton and Mary Arkeketa of Sand Springs, O.K.

Amanda Lea Buesgens and Carl Steven Mitchell welcomed a daughter, McKenzie Charlie Mitchell, into the world on Dec. 23 at Platte Valley Medical Center in Brighton. She was 6 pounds, 6 ounces and 19.5 inches in length.

Her brother Miles David Mitchell welcomed her home.

Her grandparents are David and Lisa Buesgens, and Cheryl McCown and Thomas Mitchell. Her great-grandmother is Florence McCown.

Naomi Perez Santibanez and Juan Jose Perez Pantoja of Hudson welcomed a son, Israel Perez Santibanez, into the world on Aug. 15 at Platte Valley Medical Center in Brighton. He was 7 pounds, 14 ounces and 20 inches in length.

His siblings Jose Juan Perez, Esmeralda Perez and Katey Perez welcomed him home.

His grandparents are Jose Santibanez Zuvala of Fort Lupton, Magda Guerra Lopez of Fort Lupton, Juan Perez Rojas of Fort Lupton, and Maria Pantoja Rocha of Fort Lupton.

His great-grandparents are Manuel y Vicenta Guerra, deceased.

---

**LAMBERT REALTY LLC**
155 E. Bridge St. (303) 659-1216
lambertrealty.com

**FOR SALE**
**BRIGHTON**
7,710 sq. ft. building on the corner of Bridge and Main. Call Barbara

14560 Brighton Road.
1.26 acres, home and outbuildings. Call Barbara

**KEENESBURG**

Commercial Building/Shop.
$150,000.00

FOR LEASE: BRIGHTON/FT. LUPTON

COMMERCIAL AND RESIDENTAL PROPERTIES AVAILABLE FOR RENT.

| SINCE 1974 | |
|---|---|
| Ellyn Cope | (303) 659-3653 |
| Natalie Coulter | (303) 659-1216 |
| Barbara Lambert | (303) 324-1216 |
| Jessie Laubsch | (303) 888-9160 |
| Kellie Schulist | (720) 270-9083 |
| Krissy Venegas | (303) 659-1216 |


RECYCLE THIS NEWSPAPER

# Weld County Council looks to fill vacant seat

**METROWEST REPORT**

The Weld County Council oversight board is looking for a new District 3 representative after Marjorie Klein resigned Aug. 31.

Klein, a Fort Lupton resident, owns a business involved in campaign finance. Weld County Clerk Carly Koppes and three commissioners are her clients. She has had to recuse herself from several votes based on these relationships, and she said she felt it was inhibiting her job as a county council member.

"I felt like I was really stymying the council by not providing that fifth vote," Klein said.

In a letter to the board, Klein said she would resign her seat to focus on her health and her business. The five-member council reviews all aspects of county government, including doing audits of various departments.

District 3 represents Fort Lupton, Gilcrest, Keenesburg, Kersey, Gilcrest and sections of Dacono, Evans and Greeley. The incoming council member is expected to complete the remainder of the current term through Dec. 31, 2018. The newly appointed council member would run for re-election, should he or she wish to remain on the board. For more information, contact countycouncil@co.weld.co.us.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

---

# POLICE REPORT

**Fort Lupton police report – Sept. 19 to 21**

**Sept. 21**
Theft, 1111 First St.
Suspicious vehicle, 12281 State Highway 52

**Sept. 20**
Suspicious vehicle, McKinley and Sixth streets
Suspicious person, 225 Grand Ave.

**Sept. 19**
Disturbance, 1119 Lancaster Ave.
Suspicious vehicle, 714 Fourth St.
Suspicious activity, 150 First St.

**Frederick police report – Sept. 19-24**

**Sept. 24**
Shots fired, 3652 Reliance Drive, Unit A
(Police found two partial bullet fragments and two impact points in an investigation of shots fired at Glacier Business Park.)
Driving under the influence of alcohol, Fifth Street at Oak Street
Driving under the influence of alcohol, State Highway 52 at Silver Birch Boulevard

**Sept. 23**
Stolen vehicle, 200 block of Fifth Street

**Sept. 22**
Driving under the influence of alcohol, Elm Street and Fifth Street
Burglary, 539 Oak St.
Second-degree criminal trespass, carrying a concealed firearm, possession of a defaced firearm, 400 block of Third St.
(Officers responded to a burglary in progress. A 20-year-old male was taken into custody.)

**Sept. 21**
Vehicle vandalism, 5400 block of Fox Run Boulevard

**Sept. 20**
Narcotics violation, 127 Laura Way

**Sept. 19**
Aggravated motor vehicle theft, driving with revoked license, Tipple Parkway at Colorado Boulevard
(An officer stopped a motorcycle with two passengers riding without safety glasses. The motorcycle was reported stolen in Denver. An investigation led to an arrest.)

## MURDER
From Page 5

detectives he got a gun from his room, went to another room to get the ammunition, then went to a downstairs room where Naimoli was.

Budler opened the door and shot Naimoli twice, the affidavit said. Budler told other deputies he wanted to shoot other people but was scared after he shot the victim, according to the affidavit. Budler also told deputies that he wanted to shoot himself but was scared, the affidavit said.

Budler described the events in detail, "including where he placed the weapon used after the homicide and including details of where the ammunition was … including the colors of boxes … and the location of the boxes," the affidavit said. Deputies found the ammunition and the gun after obtaining a search warrant, according to the affidavit.

As of Sept. 26, Budler was in the Weld County Jail without bond.

**BUDLER**



The St. Vrain Historical Society's 47th Annual:
**Pumpkin Pie Days**
Antique & Collectibles Show
*Exhibit Building, Boulder County Fairground*
9595 Nelson Rd, Longmont, CO 80501
Benefitting Historic Preservation & Education
(303) 776-1870
**October 8-9, 2016**
Saturday 10 am-5 pm & Sunday 11am-4 pm
Admission $5.00 (Children Under 12 free)
80+ Antique & Collectinles Dealers   Cafe Service   Glass Grinder   Free Parking

## COMMUNITY NEWS BRIEFS

### Resume workshop today in FM

Fort Morgan Workforce Center will host a resume workshop from 9 to 10 a.m. Wednesday, Sept. 21, as part of the statewide celebration of Workforce Development Month.

The workshop will be held at the Fort Morgan Workforce Center, 426 Ensign Street. It is free of charge, but workshop participants will be asked to register in the www.ConnectingColorado.com website.

### FMHS Homecoming Carnival tonight

Fort Morgan High School will host the annual Homecoming Carnival from 5 to 9 tonight at Legion Field, with a bonfire to follow as long as weather permits. The event will feature carnival games and prizes, cotton candy and other treats, a dunk tank, chances to smash up a car or throw shaving cream pies at teachers and administrators and more. It is organized by the FMHS Student Senate class.

Between 15 and 20 students clubs likely will host booths and games, and there could be community clubs and organizations offering up information and contests, as well. The whole event is a combination of fundraisers, with the FMHS Student Senate and its activities and projects benefiting from the $3 admission fees and then individual clubs and organizations benefiting from the 50-cent tickets people fork over to play their games or get chances at contests. Other clubs and groups will sell carnival food as their fundraiser.

One of the popular events is the car smash, where people can pay to take a sledge hammer to a vehicle. This year, Akron Auto in Fort Morgan donated that vehicle. (Transwest previously had planned to be the vehicle donor, but a last-minute change was made, according to the students from the FMHS Student Sentate class.) The whole community is welcome to come to the carnival tonight, with fun games and activities for all ages, according to the organizers.

### CDOT construction/maintenance through Sept. 24

The Colorado Department of Transportation has the following area road closures and projects ongoing through Sept. 24:

• Interstate 76 eastbound/westbound between Fort Morgan and Brush, milemarkers 85 to 108, through September. 6 a.m. to 6 p.m. Monday through Friday, with various single-lane closures from Brush toward Merino and from Hillrose toward Brush for shouldering. 12-foot width restriction for project duration during lane closures. Speeds reduced as low as 35 miles per hour. Flaggers and crews working in close proximity to traffic flow. Also, 6:30 a.m. to 5 p.m. Monday through Thursday in this area with various lane closures and reduced speeds for general maintenance work. Info: 970-840-8949.

• I-76 eastbound/westbound from Atwood to Hillrose, milemarkers 102 to 115, through October. 6 a.m. to 6 p.m. Monday through Friday, with various lane closures for final seeding. Also: 12-foot vehicle width restrictions, speeds reduced, flagger operations. Info: 970-520-0720.

• I-76 eastbound/westbound between Brush and Proctor, milemarkers 108 to 145, through September. 6:30 a.m. to 5 p.m. Monday through Friday, with various single-lane closures and speed reduction for pothole patching.

• U.S. Highway 6 eastbound/westbound from Sterling to Merino, milemarkers 389 to 403, though September. Work is from 6:30 a.m. to 5 p.m. Monday through Thursday, with single-lane closures for pothole patching as needed.

• U.S. Highway 6J from Sterling to Galien, milemarkers 406 to 445.6, through September. Work is from 6:30 a.m. to 5 p.m. Monday through Thursday for patching and hand-patching with alternating lane closures. Info: Jerold.wagoner@state.co.us.

• State Highway 71 northbound/southbound at 71F near Snyder, milemarkers 181.87 to 201.63, through September. 6:30 a.m. to 5 p.m. Monday through Thursday with single-lane closures between state Highway 14 and County Road 102 for hand patching.

### Alzheimer's seminar Thursday in FM

The Alzheimer's Association will offer a free seminar about the disease at 11:30 a.m. Thursday, Sept. 22, at Fort Morgan Library & Museum, 414 Main St., in Fort Morgan. Called "Healthy Living for Your Brain and Body: Tips from the Latest Research," the seminar will go over what scientists have learned about the memory-affecting disease.

Over 5 million Americans and 65,000 Coloradans are living with Alzheimer's disease, according to the Alzheimer's Association. As many as 16 million will have the disease in 2050. The Alzheimer's Association is one of the largest funders of Alzheimer's research and from this research, scientists and medical professionals are learning that there are lifestyle changes people can make now to possibly prevent dementia or Alzheimer's. While there is no cure or definite preventative measure for this disease, the Alzheimer's research is telling us powerful information about brain health, according to a news release.

The Sept. 22 seminar in Fort Morgan is free, but registration is required. Call 970-392-9202 to register.

For more information about this and other programs and services offered, contact the Alzheimer's Association Northeast Colorado Regional Director Kelly Osthoff at 970-392-9202.

### After School Lounge Tuesday, Thursdays at EMCL

Every Tuesday and Thursday, East Morgan County Library will open its Activity Room at 3 p.m. for the After School Lounge.

Teens and kids will be able to get on laptops, bring their own devices and use Wi-Fi, do homework, play games or just hang out. Snacks may also be brought and eaten in the activity room or outside.

### Community Resource Showcase set for Thursday at MCC

The Eastern Region/Morgan County Youth Council will host a Community Resource Showcase from 4 to 6 p.m. Thursday, Sept. 22, in Fort Morgan at Morgan Community College in the Founder's Room.

The event will be a chance for people to find out what free or low-cost services are available to Morgan County youth and their families. Stop by, visit a table and get information from dozens of local resources from agencies that assist with a variety of needs from mental health services to subsidized day care services, immigrant worker services, sexual assault, cultural integration, job seeking help, special education services and many more.

Among those agencies and organizations likely to be there are: Morgan County Early Childhood Council; BabyBearHugs; Morgan County Family Center; S.A.R.A., Inc. Domestic Violence Program; *One*Morgan County; S.H.A.R.E., Inc.; Colorado Workforce Center; Morgan Community College; Colorado State University Extension; Centennial Mental Health Center; Center for Healing Trauma and Attachment; Blue Horizons, Inc.; Morgan County Interagency Oversight Group; and Northeast Colorado Health Department.

### Brush People's Market is Wednesday nights

The new and improved Brush People's Market (formerly Brush Chamber Farmers Market) is ongoing Wednesday nights in East Morgan County Library Park.

From 4 to 7 p.m. on Wednesdays through Oct. 12, vendors will set up tables and booths in the park and offer their produce, homemade goods, home-based business products and other wares. There will be plenty of shade and grassy areas, and maybe even some live music.

To find out more about being a vendor at the People's Market, contact the Brush Chamber of Commerce at 970-842-2666, email brush@brushchamber.org or visit www.brushchamber.org.

### Mr. Mustang competition Thursday night at FMHS

The annual Mr. Mustang competition will be held from 5 to 9 p.m. Thursday at Fort Morgan High School.

This all-male pageant event

See NEWS BRIEFS, pg. 8



Jenni Grubbs / Fort Morgan Times file photo

Jackson Barron, then 10, prepares himself to get wet, as a ball is coming toward the target that might send him down into the dunk tank at the 2015 Fort Morgan High School Homecoming Carnival. This year's carnival will take place from 5 to 9 tonight at Legion Field, with a bonfire to follow as long as the weather holds out.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

### Keep your home loan close to home.



While we proudly offer a complete line of consumer banking products, including Mobile Banking, our specialty is home-grown home loans.

We say "home-grown" because at Equitable Savings your loan application is reviewed and approved **locally**, not 1,000 miles away. And once your loan is made, your loan **stays** here, and is serviced here, by people you know and trust – your neighbors, not some faceless organization out of state.

For quick, competent, **personal** service, no other lender even comes close.

**EQUITABLE**
SAVINGS & LOAN ASSOCIATION

Since 1954, the same local ownership, the same commitment to our communities.

| 331 Main St., Ft. Morgan | 300 Clayton St., Brush |
|---|---|
| Branch Mgr: Connie L. Canfield | Branch Mgr: Kimberly Dykes |
| **867-8258** | **842-5196** |

Equitable-Savings.com        FDIC

### Morgan County Rural Electric Association

**New Headquarters Dedication & Open House**

Friday October 7, 2016 • 9:00 am to 2:00 pm

734 Barlow Road, Fort Morgan, CO 80701
Refreshments will be provided
No RSVP necessary

We are looking forward to seeing everyone on October 7th!





## Homeless
Continued from Page 1A

have performed more than 170 bike repairs.

No matter how simple or complicated the repair, Brewer said the bikes moving on and off the repair racks each week are life-changing for the people who now have free, reliable transportation.

For Clay Taylor, 55, "any little thing can be a big thing." Because he doesn't know much about bike repair, Taylor said it's extremely helpful to have knowledgeable mechanics to turn to when something doesn't seem right.

Friday, he said his Trek bike wasn't shifting into higher gears. Within a few minutes, Brewer helped Taylor fix the problem and the man was on his way.

"(My bike) lets me do everything," said Taylor, who is homeless. "I can get around pretty quick to multiple places in town not too much slower than a car. It makes things a lot easier."

Brewer said he and volunteers average about 12 bikes per week. Word has spread quickly about the free repairs, which are funded by Brewer, other volunteers and through donations and discounts from area cycling shops.

The donations the program receives through the Coloradoan's Oct. 22 bike drive will help individuals like Taylor find mobility, Brewer said. The Coloradoan hopes to collect more than 70 gently used adult and children's bikes for the Murphy Center, Catholic Charities, Fort Collins Rescue Mission, Harvest Farm and The Matthews House. Extra children's bikes will be donated to Realities for Children's Bikes for Tykes drive.

Have a bike that's beyond repair? The Coloradoan will donate it to Brewer's program for parts to help someone at the Murphy Center get back on the road.

"We're kind of scroungers," Brewer laughed. "We get what we can get, and we ask people for help."

Catholic Charities Regional Director Guy Mendt said last year's drive, which collected approximately 50 bikes for Catholic Charities, Fort Collins Rescue Mission, Redtail Ponds and the Sister Mary Alice Murphy Center for Hope, "made a huge difference ... often times making the difference in keeping a job" for bike recipients.

*Follow Sarah Jane Kyle on Twitter @sarahjanekyle or on Facebook at www.facebook.com/reportersarahjane. Keep up with social issues in Northern Colorado by subscribing to the Life Connected newsletter.*



PHOTOS BY VALERIE MOSLEY/THE COLORADOAN
**Above:** Matthew Carlson works on a bike at the Murphy Center on Friday.

**Top left:** Mark Brewer, right, and Ricky Glaum work on Glaum's bike at the Murphy Center on Friday. Volunteers help the homeless overcome transportation issues.

### How to help
The Coloradoan hopes to collect at least 15 gently used children's bikes and 56 gently used adult bikes for area nonprofits at this year's Make A Difference Day Bike Drive.

Donations will be accepted at the Fort Collins Coloradoan, 1300 Riverside Ave., 8 a.m. to noon Oct. 22. Email sarahkyle@coloradoan.com to set up an alternate drop-off time if you can't make it to the drive.

Your bike will be tuned up and donated to Catholic Charities, Fort Collins Rescue Mission, Harvest Farm, Sister Mary Alice Murphy Center for Hope and The Matthews House to benefit adults experiencing or at risk of homelessness and at-risk youth. Extra children's bikes will be donated to Realities for Children's Bikes for Tykes drive.

Have a bike that's beyond repair? We'll take those, too. Bikes beyond repair will be donated to the Murphy Center's bike repair program or to the Fort Collins Bike Co-op for parts.

Other accepted items include new adult and children's bike helmets, new or gently used bike lights and locks (with key or combination, please) and bike trailers, which will be renovated by the Murphy Center's bike repair program and turned into mobile storage units for homeless individuals.

## CROWDSOURCING
# Funding effort takes aim at breast cancer

LINDSEY TANNER   ASSOCIATED PRESS

CHICAGO - Forget the pink ribbons. Spitting in a tube for science is what unites a growing group of breast cancer patients taking part in a unique project to advance treatment for the deadliest form of the disease.

For many of the 150,000-plus patients nationwide whose tumors have spread to bones, brains, lungs or other distant organs, the hue heralding breast cancer awareness and survival each October is a little too rosy. They know cancer will likely kill them. And they've often felt neglected by mainstream advocacy and medical research.

But now they have a way to get involved, with a big new project that aims to gather enormous troves of information about their diseases in hopes of finding new and better ways of treating patients like them — women whose cancer has spread, or metastasized, and left them nearly out of options.

"Patients want to live, and we know that research is the way that we're going to be able to live," said Beth Caldwell, a former civil rights attorney in Seattle diagnosed with metastatic disease in 2014.

The idea is to gather molecular and genetic clues from as broad a group of metastatic breast cancer patients as possible. With data from thousands of people, researchers think they will be better able to target treatments or come up with new ones by answering important questions about the disease. For example: Is there something unique about tumors that spread to the brain or recur many years after diagnosis? What allows a very few women to outlive others by many years despite the same prognosis?

Most breast cancer patients are treated at centers that don't do research on tumors, so participating in studies at academic medical centers far from home is cumbersome at best. Patients sick or dying from their disease face additional hurdles.

This project is different. Patients sign up online, mail in saliva kits for genetic testing, and allow use of their tumor tissue samples and medical records. Researchers use social media to keep them posted about progress and periodically invite participants to visit the Cambridge, Massachusetts, lab where their specimens are being analyzed.

The Metastatic Breast Cancer Project is run by scientists at Harvard and Dana-Farber Cancer Institute and was launched last October with funding from the Broad Institute of MIT and Harvard, an independent nonprofit group.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area <u>on June 7, 1989 (one day after a famous FBI raid of the plant site)</u>. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**
FC-0000440979

# HAIRBALL
## THUNDER MOUNTAIN AMPHITHEATRE
• FRI, OCT 7, 2016 GATES OPEN AT 5:00PM SHOW AT 6:00PM
GET TICKETS NOW AT ALL KING SOOPERS LOCATIONS AND TICKETSWEST.COM

**RAPIDS 3, DYNAMO 2**



TROY TAORMINA/USA TODAY SPORTS
**Colorado Rapids forward Dominique Badji, left, scores a goal as Houston Dynamo defender Jalil Anibaba misses the block.**

# Badji scores pair, Rapids clinch bye

ASSOCIATED PRESS

HOUSTON - Dominique Badji scored goals in each half and the Colorado Rapids beat the Houston Dynamo 3-1 on Saturday night to clinch a top-two seed and first-round bye in the MLS Cup playoffs.

The Rapids (14-5-12) also gained ground in the Supporters' Shield race, closing within two points of league-leading FC Dallas. Colorado has three games left to play and FC Dallas has two. Houston (7-13-11) was eliminated from playoff contention.

Dillon Powers assisted Badji's goals in the 12th and 54th minutes.

Shkelzen Gashi gave Colorado a 3-1 lead in the 79th minute with a low skidder from beyond the area. Two minutes later, Houston pulled back within one as Mauro Manotas' free kick skidded through off two Rapids defenders.

Manotas, who also tied it at 1-all in the 45th minute, took the team lead with six goals this season.



CINEMARK
CINEMARK MOVIE BISTRO AND XD
LUXURY LOUNGERS
Luxury Loungers Available in All Auditoriums
At Foothills

THE GIRL ON THE TRAIN 11:00 1:45 4:30 7:30 10:30
THE GIRL ON THE TRAIN 9:15 12:15 3:15 6:15 9:15
MISS PEREGRINE'S HOME FOR PECULIAR CHILDREN 12:00 4:00 6:00 7:00 9:00
MISS PEREGRINE'S HOME FOR PECULIAR CHILDREN 3D 9:00 10:00 1:00 3:00 10:00
DEEPWATER HORIZON 11:30 2:15 5:00 7:45 10:45
THE MAGNIFICENT SEVEN 9:30 12:45 4:15 8:00 11:05
STORKS 10:30 1:15 6:45
STORKS 3D 3:45 9:30
MIDDLE SCHOOL: THE WORST YEARS OF MY LIFE 9:05 11:45 2:30 5:15 7:50 10:15
MASTERMINDS 10:15 4:45 10:15
SULLY 1:30 7:15

$5.50* DISCOUNT TUESDAY

CINEMARK FT. COLLINS
Timberline Road & Harmony

LEGEND: [CC]- Closed Caption [DN]- Descriptive Narration [LD]- Assisted -Listening Device

MISS PEREGRINE'S HOME FOR PECULIAR CHILDREN 10:30 12:05 1:30 4:30 6:05 7:30 10:30
MISS PEREGRINE'S HOME FOR PECULIAR CHILDREN 3D 3:05 9:05
THE GIRL ON THE TRAIN 10:35 11:55 1:20 2:45 4:10 5:35 7:00 8:25 9:50
DEEPWATER HORIZON 11:45 2:25 5:05 7:45 10:25
STORKS 11:00 1:40 4:05 6:50 9:20
THE MAGNIFICENT SEVEN 11:25 12:55 2:35 4:05 5:45 7:20 8:55 10:35
MIDDLE SCHOOL: THE WORST YEARS OF MY LIFE 11:15 1:45 4:15 6:45 9:15
THE BIRTH OF A NATION 10:30 1:25 4:20 7:15 10:10
MASTERMINDS 11:50 2:30 5:00 7:40 10:15
SULLY 11:40 2:15 4:50 7:25 10:00
QUEEN OF KATWE 10:40 1:35 4:35 7:35 10:35
SAUSAGE PARTY 7:50 10:20
SNOWDEN 10:45 10:05
KUBO AND THE TWO STRINGS 11:10 1:50 4:25 7:10 9:55
PETE'S DRAGON 11:35 2:20 5:10
AMERICAN GRAFFITI 2:00 7:00

*Visit cinemark.com for restrictions that apply.
Assistive Listening & Captioning Sys Avail

FC-0000424248 TIMES VALID TODAY ONLY

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

FC-0000440979



blue FEDERAL CREDIT UNION

We're with you every step of the way

Here at Blue, we inspire the spirit of our members as we invest in their pursuit of life. Take the next step in your financial future by visiting **bluefcu.com.**

FOR YOU. FOR LIFE.

bluefcu.com | 800.368.9328 | Membership is easy, just ask | Federally Insured by NCUA

date to: bpotter@metrowestnewspapers.com.

## WEDNESDAY

Learn how to play pickleball, a paddle sport that combines tennis with ping pong, 9:30 to 11 a.m., Carbon Valley Recreation Center, 701 Fifth St., Frederick. Cost: $25 for residents.

Learn how to create and edit a Word document at 2 p.m. at Fort Lupton Public and School Library, 425 S. Denver Ave., Call 303-857-7180 for more information.

Young children and parents enjoy stories, rhymes, music, movement and a craft at 2 p.m. at Fort Lupton Public and School Library, 425 S. Denver Ave., Call 303-857-7180 for more information.

Hear a presentation about the paranormal from the Rocky Mountain Paranormal Group at 3:30 p.m. at Fort Lupton Public and School Library, 425 S. Denver Ave. Registration required at 303-857-7180. Presentation geared toward teens 11 to 18.

School Library, 425 S. Denver Ave., Call Norma at 303-857-7180 for more information.

## FRIDAY

Learn how to use the computer or browse the internet by signing up for a 90-minute slot from 8 a.m. to noon at the Fort Lupton Public and School Library, 425 S. Denver Ave. Call 303-857-7180 for more information.

## SATURDAY

Spot birds along the South Platte River in a walk guided by area birder Raymond Davis at 9 a.m. at the Fort, 2001 Historic Park Way. Visitor Center phone number: 303-857-1710.

Enjoy a chuckwagon dinner and entertainment to support the South Platte Valley Historic Society, 4 p.m. at the Fort Lupton Historic Park, 2001 Historic Park Way. Ticket information at: www.spvhs.org.

Go to "Boot Scoot," a fundraiser event with dinner, dancing and live and silent auctions to benefit the Boys and Girls Club, 6 to 11 p.m.,



## Congratulations

### Kimi Most

for being nominated for the
*Female Vocalist of the Year* and *Songwriter of the Year*
at the 2016 Rocky Mountain Country Music Awards.

Kimi is a 2008 graduate of Ft. Lupton High School and now lives in Nashville. The RMCMA's will be held on October 8 at the Rialto Theatre in Loveland.
*Photo Courtesy of Jeremiah Corder Photography*

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area <u>on June 7, 1989 (one day after a famous FBI raid of the plant site)</u>. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

---

## LAMBERT REALTY LLC

155 E. Bridge St. (303) 659-1216
lambertrealty.com

### FOR SALE

**BRIGHTON**
Telluride Land, 11.44 acres. Zoned R-3.
1/3 acre building site on S. Main. Zoned DT.



846 S. 12th
Spacious 4 level home in HKS.
Call Barbara Lambert
303-659-1216

**KEENESBURG**
Commercial Building/Shop.
$150,000.00

FOR LEASE: BRIGHTON/FT. LUPTON

COMMERCIAL AND RESIDENTIAL PROPERTIES AVAILABLE FOR RENT.

**SINCE 1974**

| | |
|---|---|
| Ellyn Cope | (303) 659-3653 |
| Natalie Coulter | (303) 659-1216 |
| Barbara Lambert | (303) 324-1216 |
| Jessie Laubsch | (303) 888-9160 |
| Kellie Schulist | (720) 270-9083 |
| Krissy Venegas | (303) 659-1216 |

---

the Latin American Education KRangel@LLAEF.org for more information.

### Trunk Or Treat to occur at Crossroads Church

The sixth annual Trunk-R-Treat event kicks off at 5 p.m., Monday, Oct. 31, at the Fort Lupton campus of Crossroads Church, 1115 First St.

Organizers are billing the event as a "fun-filled, one-stop alternative to trick or treating." It comes with games, a bounce house, crafts and a chili supper.

The event is free. Call 303-452-5332.

### CDOT breathalyzer program participants approve of smartphone devices

The Colorado Department of Transportation recently selected 225 random metro area residents to participate in a study where each was given a smartphone breathalyzer to use. According to a news release, 84 percent of the participants agreed that owning the device lowered their risk of a DUI.

Prior to the survey, 79 percent of participants said they had likely driven while impaired at some point. During the study, only 12 percent of participants did so.

---

## CHIROPRACTIC OUTLOOK

### CHIROPRACTIC AT THE OLYMPICS

When Team USA competed at the Rio de Janeiro Olympics last summer, these elite athletes had support from an equally elite medical staff, including volunteer chiropractors from around the country.

According to the U.S. Olympics website, the USOC sports medicine staff is comprised of chiropractors, physical therapists and athletic trainers who are responsible for the delivery of health care to athletes participating in U.S. Olympic Training Center programs. Care includes multi-disciplinary approaches to prevention, evaluation, mangement, treatment and rehabilitation of athletic injuries and illnesses.

Whatever the sport, competitors – both amateur and professional – know that when their bodies are at peak operational level, their performance will be the best it can be. Keeping joints, muscles and, of course, the spine healthy helps the athletes stay both physically and mentally prepared, greatly reducing the risk of injury and speeding recovery.

If these elite athletes know the benefit of chiropractic care, think what it might be able to do for you. Make an appointment with a chiropractor to learn more.



**Dr. Terry W. Williams, D.C.**
331 Park Ave., Ft. Lupton
**(303) 857-6633**

Morgan Community College

# Small Business Partnership Program nominees revealed

Special to the Times

Morgan Community College announces the participants chosen by the nominating committee for this year's Small Business Partnership Program. The program's courses instruct students on how to develop a business plan, project costs, and figure returns on investment.

Congratulations to: David Adams (Fort Morgan), Timothy Brasby (Log Lane Village), Charles Dabbs (Fort Morgan), Roseanne Evans (Fort Morgan), Kelly Frye (Fort Morgan), Russell Kauk (Brush), Douglas L'Heureux (Fort Morgan), Susan Myers (Fort Morgan), and Debra Schehrer (Brush).

MCC's Small Business Partnership Program is limited by size, and concludes with a competition for creating the best business plan—which is evaluated by members of the business community. The top three plans are financially rewarded.

The program is made possible through a grant from the El Pomar Foundation; their mission is to enhance, encourage and promote the current and future well-being of the people of Colorado. Since 2012, the El Pomar Foundation has donated $40,000 towards the business partnership plan. "We witnessed the great impact of the program and committed to additional funding on a decreasing basis over six years," states Bill Ward, Vice Chairman of the El Pomar Foundation.

In 2015, FMS Bank donated $10,000 to help fund the Business Partnership Program. "These funds have gone to help sustain the popular Entrepreneurship Business Plan class, which contributes to the economic development in northeastern Colorado, shares Kari Linker, Director of Development for the College."

"This class has led to the creation of 35 jobs and contributed over $1 million to the economy in eastern Colorado since it began," adds MCC President Dr. Kerry Hart.

For more information about the program, visit MorganCC.edu/businessplan or contact Jaylene Evens, MCC Associate Dean for Business & Applied Technologies, at (970) 542-3168.



**Not Provided** / Fort Morgan Times
Small Business Partnership Program participants include (front l-r) Kelly Frye, Roseanne Evans, Debra Schehrer, Andrea L'Heureux, Instructor Jon Becker, (back l-r) Timothy Brasby, Russell Kauk, and Douglas L'Heureux. Not pictured are David Adams, Charles Dabbs, and Susan Myers.

## NEWS BRIEFS from page 2

**Wednesday**

As part of its annual Utility Week celebrations, the City of Fort Morgan will host a free barbecue and open house for utility customers on Wednesday, Oct. 5, from 11 a.m. to 1:30 p.m. at the Electric Department building at 710 E. Railroad Ave. The event will feature exhibits on city utility services, chances to win utility gift certificates and other useful information.

A number of local companies have donated to make this free barbecue possible: Cargill Meat Solutions, Leprino Foods, Edwards Right Price Market, Wal-Mart, Safeway, Pepsi-Cola, Hill Petroleum and Sailsbery Supply. City utility employees help set up the event, cook and serve the food and staff the various informational displays. City officials estimate that about 600 people attended last year's free barbecue and open house, and 960 hamburgers, 500 bratwursts and 130 hot dogs were served.

**Next Free Legal Clinic is Wednesday in FM**

The next monthly Free Legal Clinic is set for 3:30 to 5 p.m. Wednesday, Oct. 5, at Fort Morgan Public Library. It is open to parties with no attorney.

Volunteer attorneys, by computer, will answer questions, help fill out forms and explain the process and procedure for all areas of civil litigation, including family law, property law, probate law, collections, appeals, landlord-tenant law, small claims, veteran's issues and civil protection orders.

Call 970-542-4000 to sign up for a time during the clinic.

**Next Brush People's Market is Wednesday**

The new and improved Brush People's Market (formerly Brush Chamber Farmers Market) is ongoing Wednesday nights in East Morgan County Library Park.

From 4 to 7 p.m. on Wednesdays through Oct. 12, vendors will set up tables and booths in the park and offer their produce, homemade goods, home-based business products and other wares. There will be plenty of shade and grassy areas, and maybe even some live music.

To find out more about being a vendor at the People's Market, contact the Brush Chamber of Commerce at 970-842-2666, email brush@brushchamber.org or visit www.brushchamber.org.

**Learn about online culture Thursday in FM**

For those interested in learning more about how businesses can use social media, create online content and get a return on their online investment, the Fort Morgan Area Chamber of Commerce will host "Embracing the Online Culture" from 12 to 1 p.m. Thursday, Oct. 6, in the Founders Room at Morgan Community College.

This event will be held as a brown bag lunch, with people welcome to bring a sack lunch and enjoy the free presentation from Cathy Shull, owner of Sage Strategies. Water and cookies will be provided. RSVP to 970-867-6702.

**Finding scholarships presentation Thursday in FM**

The public is invited to a free presentation, "Finding Scholarships Like a Pro," to be held from 6:30 to 7:30 p.m. Oct. 6 in the Howard Rollin Memorial Community Room at Fort Morgan Library & Museum, 414 Main St., Fort Morgan.

The scholarship overview is intended for middle school and high school students and adults interested in scholarships for higher education, including vocational or trade school. Guest presenters will include school administrators with advanced degrees, members of scholarship-granting organizations and foundations and current students with full-ride scholarships.

Participants will receive a complimentary copy of "150 Scholarships Almost Anyone Can Win," by Gen and Kelly Tanabe, authors of Get Free Cash for College. For more information, contact juvenalcervantes@gmail.com or 970-396-3676.

**MCREA holding open house Friday at new headquarters**

Morgan County Rural Electric Association will hold an open house at its new headquarters building at 734 Barlow Road from 9 a.m. to 2 p.m. Friday, Oct. 7, and the public is welcome.

Refreshments will be provided, and no RSVP is necessary to attend.

**Genealogy on tap at Friday Brush Museum Sack Lunch**

Karen Chabot will present on "The branches and twigs of your family tree" at the Friday, Oct. 7, Brush Museum Sack Lunch program to be held at noon at East Morgan County Library, 500 Clayton St., in Brush.

The program is free, and people are welcome to bring a sack lunch. Info: Wayne Carlson at 970-842-3119

**Prairie Chic Primitive Market is Oct. 7-8 in Wiggins**

The first Prairie Chic Primitive Market will be held from 5 to 8 p.m. Friday, Oct. 7, and from 9 a.m. to 5 p.m. Saturday, Oct. 8, in at the American Legion Hall in Wiggins.

This event will feature creative finds, such as painted windows and refinished antique furniture, as well as primitive finds to add character to a home. Rusty old milk cans, a farmhouse table, painted furniture and lots more will be available.

Vendors will include Prairie Chics Collection, She's Crafty, Cradle & Bliss, Buy It Now Antiques & Collectibles and Sunset Sweets. There also will be a drawing sponsored by the Prairie Chics Collection girls during the market.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

**Peppy Pups Dog Walking**
Your Dog Comes First! Treats Provided!

| One Walk Per Week. | Two Walks Per Week. | Three Walks Per Week. | More Options Available! |
|---|---|---|---|
| $15. | $25. | $30. | |

Call (720) 415-2553 for More Info and to Schedule an In-Home Interview. Serving Yuma, Otis, Akron, Brush, Fort Morgan, and most places in between!

**KNIEVEL'S**
**Certified Winter Wheat Seed**

| AP503 CL2 - | Excellent winterhardiness; two-gene Clearfield variety |
| Denali - | Long coleoptile length; medium late maturity |
| Platte - | Excellent irrigated yields; white wheat premium |
| SY Monument - | Resistant to leaf and stripe rust; good drought tolerance |
| SY Sunrise - | Excellent test weight; resistance to current strains of stripe rust |
| SY Wolf - | Good for high residue conditions; good drought tolerance |

**970-483-6166 • Wiggins, CO**



Armando Saucedo Jr

"I liked how helpful and caring everybody is here!"

**The "Smile Specialist"**
Gary J. Kloberdanz DDS/MS



**FORT MORGAN ORTHODONTIC CENTER**
DAMON SYSTEM
*More than straight teeth*

970-542-2500 • www.DoctorK.com
531 W. Platte Ave. • Fort Morgan, CO