## LOCAL NEWS

Law enforcement

# Blotter: Morgan County Sheriff and Colorado State Patrol

*Editor's Note: The Fort Morgan Times relies on reports from law enforcement to create the blotter. All charges are alleged by law enforcement and may not reflect the charges filed by the court. All individuals are considered innocent until proven guilty by the law.*

**Morgan County Sheriff's Office**

**Sept. 10**

*10:59 a.m.* Deputies assisted the Brush Police Department with an investigation in the 500 block of Clifton Street.

**Oct. 3**

*8:30 a.m.* Deputies responded to a report of a dog at large, a white and tan Shih Tzu, near the intersection of Highway 71 and Morgan County Road W.

*11:14 a.m.* Deputies responded to a report of a dog at large, a white and tan English bulldog mix, in the 17000 block of Morgan County Road R.

*5:24 p.m.* A juvenile from Brush was arrested in the 400 block of Cameron Street on a warrant issued by Morgan County District Court for first-degree aggravated motor vehicle theft. The juvenile was held on $1,000 bond.

*8:42 p.m.* Deputies responded to a report of domestic violence, second-degree assault and child abuse in the 900 block of Custer Street. The case is still under investigation. Colorado State Patrol Troop 3B

**Sept. 30**

*2:20 p.m.* Troopers responded to a two-vehicle, no-injuries traffic accident near the intersection of Highway 6 and an eastbound I-76 off ramp. Richard Cadreau, 58, of Thompson, North Dakota, collided with the rear of a vehicle driven by Tori Madewell, 21, of New Hall, California, while the latter was making a right turn. Madewell's vehicle, a 2003 Honda Element, sustained moderate damage, while Cadreau's vehicle, a 2000 Chevy Blazer, sustained minor damage. Cadreau was cited for careless driving.



For a **MISSING PAPER** Please call 867-6064

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



**SHARE your KNOWLEDGE now!**

Are you an expert in a particular field or subject? Do you have what it takes to teach others?

Northeastern Junior College in Sterling, CO is currently seeking new, qualified part-time faculty for a variety of subject areas. Opportunities exist for daytime, evening, and online/hybrid instruction. You'll be teaching in a dynamic environment where students are eager to be engaged in the learning process. We are looking for instructors to teach the following subject areas. This is a great opportunity for graduate students.

Accounting* — Business* — Computer Applications — English*
Graphic Design (Adobe) — Management — Marketing — Nursing*

*For areas that include General Education or transfer courses, a Master's Degree in the teaching field is required.

To get more details, contact the appropriate department chair listed here

Scott Thompson (Liberal Arts)     Julie Brower (Nursing)
(970) 521-6705 — scott.thompson@njc.edu     (970) 521-6707 — julie.brower@njc.edu
François Jacobs (Business)     Human Resources
(970) 521-6716 — francois.jacobs@njc.edu     (970) 521-6661 — samantha.steb@njc.edu

Northeastern Junior College is an equal opportunity employer.

http://www.njc.edu/HR/jobs.html

---

**NJC Regional Art Exhibit**
September 19th through October 13th

**Opening Reception:** Sunday, September 25th, 2-4 p.m.
**Closing Reception:** Thursday, October 13th, 6:30—7:45 p.m.
These events are free and open to the public.
Refreshments will be served.
*E.S. French Hall, Peter L. Youngers Fine Arts Gallery*

NORTHEASTERN  www.njc.edu   Join us on our mission.

---

**October is Domestic Violence Awareness Month**

**and it's S.H.A.R.E., Inc.'s 35th Anniversary**

35 YEARS PROVIDING CONFIDENTIAL SERVICES
TO VICTIMS OF DOMESTIC VIOLENCE AND THEIR CHILDREN



TAKE A STAND AGAINST DOMESTIC VIOLENCE

| | |
|---|---|
| 24 Hour Crisis Intervention | Protection Orders |
| Emergency Shelter and Food | Safety Plans, Pro Se Paperwork, Parenting Plans |
| Individual & Group Advocacy - English & Spanish | Courtroom Accompaniment |
| Children's Program | Community Education |
| Assistance With Victim Compensation | Dating Violence Prevention Program |



SHARE INC 35th Anniversary

**S.H.A.R.E., INC. DOMESTIC VIOLENCE AGENCY**
**24 HOUR CRISIS LINE & OFFICE 970.867.4444**
**FORT MORGAN CO 80701**
www.sharemorgancounty.org

## LOCAL NEWS

## FYI from page 2

### Weeks-long Barlow Road/U.S. 34 closure underway

Barlow Road is fully closed to all traffic just north of U.S. Highway 34. This closure started Oct. 10 and is expected to continue for several weeks, according to the Colorado Department of Transportation, which is heading up the construction project. It is for work on the rebuilding of the intersection of these two major roads.

Traffic detour signage is in place for motorists to follow, and speed limits are reduced in the construction zone. Drivers are advised to plan for delays and detours and avoid the area if possible, and allow extra time to travel through the work area or along the detour routes.

No traffic will be permitted on Barlow from Highway 34 north to East Eighth Avenue, and only local traffic (no through traffic) will be allowed on Barlow south of Eighth Avenue.

The closure of Barlow is necessary to reconstruct the north side of the intersection with Highway 34, which includes removing existing concrete, widening of the intersection, installation of new curb and gutter and placement of new concrete paving. In order to complete the work most efficiently the closure will remain in place for several weeks.

Other closures may be expected in the area of this intersection over the next few months, as the entire intersection will be rebuilt including new traffic signals, acceleration lanes and other improvements.

Anyone with questions about the project can contact CDOT's public information team at 970-427-4227 or by e-mail at us34@PublicInfoTeam.com.

### Voter registration information for General Election

Morgan County Clerk Susan Bailey would like to inform all residents that Colorado is a mail ballot state, so you will receive your ballot in the mail the third week in October. In addition, Colorado is a same-day-registration state, which means voters can register or update their voter registration all the way through Election Day at 7 p.m.

This year's General Election is Tuesday, Nov. 8.

You can always register to vote or update your registration through election day online at www.govote-colorado.com or by visiting the Morgan County Election Department at 231 Ensign St., Fort Morgan, Colorado. This is also the place to vote in person or to replace a damaged or lost ballot.

If you have questions, please contact the Morgan County Elections Department at 970-542-3521, option 5. You can also text "Colorado" to "2vote" for more information about Colorado elections.

## ONGOING from page 2

District and the goal is to utilize the K-9 in public demonstrations and throughout the schools in an effort to increase public relations and get kids to approach officers. The idea is for the K-9 be a deterrent, as well the interdiction aspect as far as drugs being brought into schools.

The Brush Police Department should be able to financially support the associated equipment and additional training needed to sustain the program through normal budgetary processes. Donations for the K-9 start-up costs can be made directly to the Brush Police Department.

### FM Museum exhibit looks at one-room schoolhouse history

An ongoing exhibit at Fort Morgan Museum offers a glimpse of the important history of one-room schoolhouses in Morgan County. "The One Room Schoolhouse — Morgan County, CO" runs through Dec. 31 in the museum's Lower Level Gallery.

This exhibit preserves the one-room school story before it vanishes forever. Once there were more than 100 schools spread across the prairies of Morgan County; now few remain, and most of them are in advanced stages of disrepair.

The show was created by Thelma Downing (research, history and fieldwork) and David Roberts (research, fieldwork and photography). The exhibit includes photographs of schoolhouse sites, accompanied by Google Earth images of each location.

These schoolhouses were often products of the homesteading era, when federal lands were opened.


Fort Morgan Times file photo
An ongoing exhibit at Fort Morgan Museum offers a glimpse of the important history of one-room schoolhouses in Morgan County. "The One Room Schoolhouse — Morgan County, CO" runs through Dec. 31 in the museum's Lower Level Gallery. Above, the Hoyt School was built in 1918 and served as the education center for the community from the time of its construction until consolidation forced closure in 1946.

The farmers and ranchers who came to stake their claim all wanted their children to be educated. One-room schools, usually built by the community, were constructed every 2 to 4 miles. Generally, one teacher was hired to instruct grades one through eight. For over 75 years, these schools provided education to Morgan County's youth.

Using a mixture of past and present photographs, the exhibit is a comprehensive study of the one-room schoolhouse through the microcosm of Morgan County.

## PARKER from page 4

— and, yes, hurtful, too, as Michelle Obama so passionately said last week — a certain contingent of his supporters are reluctantly willing to overlook the nastiness for the sole reason that they dislike Clinton more.

Others aspire to loftier goals, such as preventing a liberal Supreme Court or reducing the tax burden with an eye toward economic growth. These are certainly legitimate reasons. But Trump's willingness to pave the way for a "revolution" were Clinton to win should be sufficient evidence that this man isn't fit for the office.

To what extent are Trump sympathizers willing to express their disappointment? Well, who knows? But many will have seen the interview with a woman at a Trump rally last week who said she and her comrades are prepared to take their country back, cheerfully reminding the interviewer that "you're in the South. We're all Second Amendment pros."

Is she talking about a well-regulated militia, perchance?

This is the mindset Trump has nurtured these past many months. These are the people he will summon at the end. These are the reasons the less-emotionally taut are so worried.

More worrisome still is the opposite result: What if Trump wins? We can presume that Russian President Vladimir Putin will be delighted, his possible WikiLeaks alliance having paid off. North Korea's Kim Jong Un, who has called Trump a "wise politician," will order extra platters of chicken wings to celebrate.

As the Japanese proverb goes: When the character of a man is not clear to you, look at his friends.

Remember, too, that Trump has vowed as president to make it easier for people to sue the media, which, constitutionally, he can't. But as all authoritarian figures tend to do, Trump has to blame someone else for his failures. The media are handy bait for the credulous and misinformed.

Don't be afraid, but be worried.

---

### WIGGINS RE-50J
**Strong Schools = Strong Community**

**The Problem:**
- The K-12 enrollment has increased 15% in five years resulting in severe overcrowding
- Our schools lack a safe and secure learning environment
- The high school, built in 1949, no longer meets updated structural codes and is out of compliance with the Americans with Disabilities Act
- A remodel of the high school would include a costly asbestos abatement and would not solve overcrowding and safety issues

**Your YES vote will make a difference:**
- Constructing a new middle/ high school will make our school safer, healthier and provide a better learning environment
- Improve security in the Elementary School
- Greatly improve accessibility for persons with disabilities
- Improve access to Event Center walking track and fill in sloped floor in Cafetorium
- New Ag Shop, Performing Arts Hall, and replacement of gravel track with synthetic surface

**YES! for 3W — Building for Our Future**
Paid for By Building for Our Future

---



Cynthia Hayes
An Exclusive Expression of Indian Mythology
Exhibit open October 21 through November 17
CACE Gallery of Fine Art, 300 Main Street, Fort Morgan
Fridays 4:00 - 6:00 p.m.
Opening Reception: October 21, 5 – 7 p.m.
The Gallery is free and open to the public.

MORGAN COMMUNITY COLLEGE
CENTER FOR ARTS AND COMMUNITY ENRICHMENT

---

Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site).** If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# CO investigates votes cast with names of dead people

Associated Press

DENVER — Colorado Secretary of State Wayne Williams is investigating reports that votes have been cast for people months or years after their deaths.

A review of databases by KCNC-TV of voting histories in Colorado compared with federal death records turned up dozens of discrepancies.

The discrepancies involve mail ballot votes that were cast and possible errors by election judges.

Williams says Colorado's election system is not perfect and there are gaps that allow situations like this to occur.

"We do believe there were several instances of potential vote fraud that occurred," Williams said.

According to KCNC-TV, a woman from Colorado Springs died on Oct. 14, 2009. Colorado voting records showed ballots cast for the woman in 2010, 2011, 2012 and 2013. Her husband died on Sept. 26, 2008, and votes were cast in his name the following year.

In Denver, a World War II veteran who died Dec. 13, 2004, had votes cast in his name at a polling place two years later.

Voting for another person is illegal and district attorneys are also investigating.

El Paso County Clerk and Recorder Chuck Broerman said he was shocked by the findings.

"This cannot happen," he said. "We cannot have this here or anyplace in our country. Our democracy depends on it. People have spilled their blood for the values and underpinnings and beliefs of this country."

Broerman said the man and woman remained on active voter rolls and mail ballots were still sent to their home because there was no way to delete their names from eligible voter rolls.

State voting officials say they can only delete names from voting rolls if death databases have the correct name, dates of birth and addresses. Even minor errors require further scrutiny, which can lead to potential fraud and mistaken votes.

Officials say about 2 million votes were cast in Colorado's last election cycle and 8,000 ballots were rejected because signatures did not match.

# Lawmakers want study on impact of fracking

Associated Press

FARMINGTON, N.M. — The Navajo Nation is seeking further investigation into the potential environmental fallout of hydraulic fracturing as it looks to update its energy policies.

The Farmington Daily Times reports that tribal legislators are pushing for a better understanding of energy industry practices as well as any necessary revisions of rules surrounding oil and gas production.

The issue of hydraulic fracturing, or fracking, has taken a greater precedence in recent months.

The tribal council has issued a Dec. 31 deadline for the study.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



*Got a news tip? Have a great idea for a feature story? How about a photo op?*

**WE WANT TO HEAR FROM YOU!**



POST INDEPENDENT
POSTINDEPENDENT.COM

Contact the Post Independent at
**945-8515 x16619**
news@postindependent.com



NOW OPEN

ArcticSpas

timberline pool and spa

970.920.5251 | 2206 Mustang, Silt CO | www.timberlinepools.com

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant.  The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property.  The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.).  The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**.  If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses.  Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation.  Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration.  The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017.  Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989.  You may opt out of the Class and Settlement by March 1, 2017.  If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer.  Your own lawyer can advise you about whether your claims may be barred by the statute of limitations.  If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017.  If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.  The Court will consider whether the Settlement is fair, reasonable and adequate.  If there are objections, the Court will consider them.  If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com.  After the hearing, the Court will decide whether to approve the Settlement.  You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.**  For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

---

## WORLD



DIEU NALIO CHERY / AP

**People watch from the other side of the La Digue river as water roars past the destroyed Petit Goave bridge, as Hurricane Matthew passes over, in Petit Goave, Haiti, on Tuesday. Hurricane Matthew slammed into Haiti's southwestern tip with howling, 145 mph winds destroying the bridge and cutting off road communication with the worst hit areas.**

# Bahamas next up for Matthew after Haiti destruction

**David McFadden**
Associated Press

PETIT-GOAVE, Haiti — Hurricane Matthew headed into the southern Bahamas with its dangerous winds early Wednesday, leaving behind widespread damage and human suffering in Haiti's poor, rural southwestern peninsula where the hardest-hit area was cut off by flooding.

At least 11 deaths had been blamed on the powerful storm during its weeklong march across the Caribbean, five of them in Haiti. But with a key bridge washed out, roads impassable and phone communications down, the western tip of Haiti was isolated and there was no word on dead and injured.

Hours after Matthew swept onto the remote area with 145 mph winds, government leaders said they weren't close to fully gauging the impact in the vulnerable,

**MATTHEW,** A13

---



simply massage

Now Hiring

voted best massage since 2006

do something great for you!

$65  60 minute session
Or $10 off Any Massage

ask about our package deal - buy 5 get 1 free

970.547.0900 • simplymassage.com

glenwood springs | avon | vail | breckenridge

now open in glenwood meadows!

---



ROARING FORK SCHOOLS

**REQUEST FOR QUALIFICATIONS & PROPOSALS
Roaring Fork School District RE-1
FURNITURE, FIXTURES AND EQUIPMENT**



Roaring Fork School District RE-1 is soliciting qualified candidates interested in providing Furniture, Fixtures, and Equipment services for the phase II and III school projects.  Interested applicants may obtain the RFQP by contacting the owner's representative, NV5, via email at:
Nate.Torres@NV5.com

**Deadline for responses is
October 21, 2016 at 4PM MST**

## SPORTS

### COLORADO
From page A8

ruined by turnovers, the Trojans finally made their own breaks.

Adoree Jackson made a jaw-dropping, one-footed interception, but the game turned on Rogers' unbelievable effort.

"I thought Ahkello had a pick," Colorado coach Mike MacIntyre said. "It was right in front of us. He goes over and pulls it out of his hands, and it was a great play by their receiver. When the kid threw it, I thought, 'I'm glad he threw it. I think we got us another pick.' And then all of a sudden, what a great play."

Helton also was sure Darnold's pass would be intercepted by Witherspoon.

"He had two hands on it, and I had one hand," Rogers said. "I felt like if I tucked it in faster, I could take it off of his hands. I wanted it more."

After Petite's tiebreaking score, Colorado (4-2, 2-1) kicked a field goal with 4:49 left, but the Trojans coolly ran out the clock. JuJu Smith-Schuster slid to the turf with a clear lane to the end zone and 1:15 to play, allowing USC to kneel it out.

In the Buffaloes' first game as a ranked team since Nov. 7, 2005, receiver Bryce Bobo threw a 67-yard touchdown pass in the third quarter and caught a tying TD pass with 10:20 to play.

### WINLESS WOES
Colorado fell to 0-11 in school history against USC in a rivalry dating to 1927.

### DAVIS DOWN
Justin Davis rushed for 83 yards before leaving with a high ankle sprain early in the second half for USC. Davis left the stadium on crutches.

### QB MOVES
Steven Montez passed for 197 yards in the freshman's third straight start.

Colorado career passing leader Sefo Liufau also played briefly, but he can't run much on his injured ankle, MacIntyre said.

"Today was just a testament to how much work we have left," Montez said. "It's a humbling experience to show that we weren't what we thought we are, and have so much work to do. I think it will help us in the long run. It will keep us hungry and get us focused."

### POLL IMPLICATIONS
Colorado: The Buffaloes' return to the AP Top 25 after an 11-year absence could be over after one week after losing to a .500 opponent, but they'll have a chance to return quickly.

### THE TAKEAWAY
Colorado: The Buffaloes have plenty of work to do if they want to stay on top of the Pac-12 South standings. USC exposed deficiencies on both sides of the ball, but the Buffs' opportunistic defense kept it close and suggested that this long-downtrodden program can hang with anybody.

USC: After going 1-3 in a brutal September schedule, USC has been largely outstanding against two Pac-12 opponents in October. Helton surely will emphasize ball security in the upcoming week, because it's the only thing that kept this win from being a second straight blowout of a division foe.

### UP NEXT
Colorado: The Buffs are back in Boulder to host Arizona State in another key Pac-12 South showdown.

USC: The Trojans head out for their only road game of October, traveling to Arizona.



JAE C. HONG / ASSOCIATED PRESS
Southern California's Tyler Petite dives into the end zone for a touchdown during the first half against Colorado, in Los Angeles.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

# Allen leads Wyoming past Air Force 35-26

**Bob Moen**
Associated Press

LARAMIE, Wyo. — Beating its second Colorado opponent in as many weeks is big in more ways than one for a young Wyoming program that won just two games last season.

Wyoming quarterback Josh Allen said wins against Air Force on Saturday and against Colorado State the previous week are important not only to the Cowboys program as a whole but to the many players on the Wyoming roster who hail from neighboring Colorado and may have not been recruited by the Colorado teams.

Allen completed 15 of 27 passes for 173 yards for Wyoming (4-2, 2-0 Mountain West). He had TD passes of 17 yards to Tanner Gentry, 20 yards to Jake Maulhardt and 32 yards to Jacob Hollister.

After the game, Allen lamented a couple of missed throws to wide-open receivers that would have resulted in big gains.

"We played good enough to win even with those few mistakes that I made," he said.

Allen also rushed for 74 yards, including a 34-yard run to set up a TD that iced the win in the final two minutes.

Falcons safety Weston Steelhammer said Allen is a "very dynamic quarterback both on the ground and through the air."

"He made something out of nothing more than once," he said.

Brian Hill contributed 92 yards and a touchdown on the ground for the Cowboys, who more than tripled the 53 rushing yards Air Force had held its opponents on average in the previous four games.

Air Force (4-1, 1-1) was led by quarterback Nate Romine, who passed for 188 yards and two touchdowns.

Romine was also intercepted three times after entering the game without having thrown an interception on the season.



Shop Defiance Thrift Store
where proceeds have supported Lift Up and Family Visitor Program for 15 years and counting

defiance your community thrift store

2412 So. Glen (next to Domino's Pizza) | Glenwood Springs | 970-945-0187 | Open 10am – 6pm Tues-Sat

# A few tips for a tech-driven world

**Tech experts weigh in on teens and internet use**

By Alex DeWind
adewind@coloradocommunitymedia.com

Teenagers are more digitally connected than ever: Three-quarters own or have access to a smartphone, 24 percent go online almost constantly, and 92 percent go online daily, Pew Research Center reports.

The digital world is used for a number of activities — from building relationships to accessing schoolwork to online shopping.

But it can also be a vulnerable space for teenagers.

"You have to think about what information kids have access to," said Jackie Burhans, managing partner of CMIT Solutions of Denver Tech Center, which specializes in information technology. "They still need to be aware of some of the dangers and risks of using technology."

Burhans and her husband, James Howald, also a managing partner of CMIT Solutions, have extensive experience with internet technology. The duo helps clients recover files, prevent malware and protect servers.

They also have a son in high school.

"When your dealing with adults, it's slightly different than when you're dealing with kids," Burhans said, "but it's all about security."

As the school year kicks off, the couple has a few tips for parents and teens immersed in the world of technology.

### Tips for cyberspace

If a hacker gets ahold of an internet user's credit card number or banking information, it can be reversed and oftentimes resolved, Howald said.

That's not the case with cyberbullying.

"The area in technology where I see a lasting, permanent impact on kids is when they get into a cyberbullying situation on social media," he said. "Unfortunately, there isn't a straightforward way to fix this."

Burhans and Howald recommend that parents have an open discussion with teens on what social media sites are active.

Some are mainstream, such as Facebook and Instagram. But others are new to the digital sphere, such as Whisper, YikYak and Afterschool — three apps that allow anonymous posting.

Anonymous apps are positive in that they let users express themselves, but they are often filled with inappropriate content and can encourage bullying, according to Common Sense Media, a website that provides information on media and technology.

If a teenager is being bullied in cyberspace, he or she should keep a record of every detail and talk to an adult, said Douglas County Deputy Jason Blanchard.

Blanchard, who also does community outreach, said teenagers know social media sites better than any other generation.

"I'm not going to say that one is better or worse than the other," he said. "Every single one needs to be approached with caution because you can't guarantee anyone's identity."

### Tips for surfing the web

"Think before you click the link" is a term Burhans uses at work and at home.

An internet user should always consider where an online link is redirecting him or her to avoid scams or phishing — fraud that involves stealing personal information by posing as a legitimate company.

Anti-malware software adds protection by blocking spam, viruses and popup pages on a laptop or desktop.

The couple also advises teens to be mindful when online shopping. They say stick to nationally known online vendors, such as Amazon.

"Teenagers on a budget may find discounted retail on an unknown site," Burhans said. "They might not receive the product but then someone has their credit card info."

### Tips for tech devices

Burhans caught herself browsing Amazon when she had other priorities, so she downloaded an extension that prevents access to distracting websites during work hours. An extension is an add-on program that modifies or enhances the Chrome web browser.

"I actually learned it from my son," Burhans said. "It's handy when I need to focus."

There are several tweaks in the tech world that can benefit users of all ages.

StayFocusd is an extension that restricts the amount of time a user spends on certain websites. The f.lux extension changes the computer's display color to adapt to the time of day. Web Timer is an extension that tracks web activity and presents the data to the user in a pie chart.

Thousands of extensions serve different purposes, from parental controls to work productivity to online protection.

Common Sense Media recommends that parents explore online tools — such as extensions — with their kids.

"Learning how to use technology appropriately and discovering how to make it work for your needs are key to getting the best out of technology — while minimizing risks," the site says.

# A NEW UNDERSHERIFF IN TOWN



Patsy Mundell, right, takes her oath of office as the new undersheriff of Jefferson County on Sept. 7. She was appointed to the position by Sheriff Jeff Shrader, left, upon the retirement of former undersheriff Ray Fleer. Mundell, promoted from division chief, was hired with the Jeffco sheriff's office for patrol duty in 1986 and has served in every division of the department, as a deputy and supervisor. She is up for the challenge, Mundell said in an interview at Fleer's retirement celebration, "to lead the mission and vision the sheriff has." *Courtesy photo*

**WHAT'S HAPPENING NEAR YOU?**
Want to know what news is happening in your area and the areas around you? Visit our website at *ColoradoCommunityMedia.com.*

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.
A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.
**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

# RTD PUBLIC MEETINGS
Proposed Winter 2016/2017 Service Changes

## We want your input
Please plan to attend a public meeting.

**Stapleton**
Stapleton Development Corp
Community Hub
8230 Northfield Boulevard, #1350
(Next to Cowboys Saloon)
Monday, September 26, 2016
6:00 p.m.

**Lakewood**
Clements Center
1580 Yarrow Street
Monday, September 26, 2016
6:00 p.m.

**Ken Caryl Ranch**
Ken Caryl Ranch House
7676 S. Continental Divide Rd,
Bradford Room
Thursday, September 29, 2016
6:00 p.m.

**Brighton**
Brighton Recreation Center
555 North 11th Avenue,
Room 101
Thursday, September 29, 2016
6:00 p.m.

**Aurora**
Aurora Central Library
Large Community Room
14949 E. Alameda Parkway
Monday, October 3, 2016
6:00 p.m.

**Highlands Ranch**
Recreation Center at Southridge
4800 McArthur Ranch Road
Wednesday, October 5, 2016
6:00 p.m.

**Denver**
RTD Administrative Offices
1600 Blake Street, Rooms T&D
Thursday, October 6, 2016
Noon and 6:00 p.m.

RTD has scheduled public meetings to discuss service changes proposed for Winter 2016/2017. For upcoming details on these changes visit rtd-denver.com
***
Para información en español, llame al 303.299.6000 y pida hablar con un operador en español.

**Access-a-Ride**
Routes with service improvements or reductions may impact ADA Access-a-Ride service availability.


Regional Transportation District
303.299.6000 | rtd-denver.com



## FACES AMONG US



Dr. Rosanne Dektor Parimuha, left, and her husband Lee Parimuha have been nonforce chiropractors since 1988. They have lived in Golden since 2005, and opened their practice in downtown Golden two years ago. *Courtesy photo*



HELLO My Name Is... A glimpse of the people in our community

### DR. ROSANNE DEKTOR PARIMUHA

Nonforce chiropractor, Golden resident

### In Golden to stay

My husband, Lee Parimuha, and I have been nonforce chiropractors since 1988. We had a practice in California for 17 years, then Lakewood for eight and now in Golden for two — and we're going to stay here.

Our practice is called Nonforce Chiropractic Functional Medicine, and we're located in downtown Golden at 10th and Ford streets.

I've lived in Golden since 2005. I'm grateful to be living here. I love Golden — it's a great town. The quality of life is remarkable. You have access to so much here.

### The health triad

When I was 45 years old, I suffered from a very bad back injury — I tore two disks in my back. I was in a lot of pain, and nobody could figure out what was wrong because the MRI was wrong.

It was a very stressful time in my life. My husband and my mentor kept me from surgery and restored my abilities. The functional medicine really helped me. I started to come back structurally, but I also needed that. Functional medicine is personalized and it focuses on diet, nutrition and lifestyle. It's a piece of the health triad — chemical, structural and mental and emotional.

### No snapping, cracking or popping

Nonforce means there's no snapping, cracking or popping. The main thing is that adjustments last longer and require less visits.

Sometimes, soft tissue work is needed and that's when I step in.

In 2007, I started doing a new method taught to me by my mentor Dr. H.J. Kimura — who is now 92 years old. I use muscle testing to determine the cause of a problem — it's finding and releasing adhesions, which is a fancy word for scar tissue. It's different than massage in that it can go deeper than the surface.

We help people with resistant problems feel better. I've seen phenomenal results in different cases.

I love seeing the body's miracles.

*If you have suggestions for My Name Is..., contact Christy Steadman at csteadman@coloradocommunitymedia.com.*

## NEWS IN A HURRY

### Jeffco Sheriff's Office presents motorcycle safety seminar

The Jefferson County Sheriff's Office is holding a free motorcycle safety seminar from 9-11 a.m. Oct. 1 at the South Precinct, 11139 Bradford, in Littleton.

Members of the motorcycle traffic unit will discuss challenges riders face, and offer tips for safely negotiating hazards such as curves, gravel and slick roads.

The seminar is a result of recent accidents and this year's motorcycle-related fatalities. It is meant to inform people that the motorcycle traffic unit is increasing its efforts to reduce motorcycle accidents.

The seminar is free and open to the public. Motorists and all riders, novice and seasoned, are welcome. No registration is necessary. For more information, contact the sheriff's office at sheriff@jeffco.us or 303-277-0211.

### FirstBank hosts '90 Seconds to Success' video contest

Lakewood-based FirstBank announces the return of its business video competition. Renamed "90 Seconds to Success," the contest will award one Colorado company $20,000. Runners-up will receive $2,500.

Business owners can enter from Oct. 3-21 by submitting a 90-second video (MOV, WMV or MP4 format) explaining how the money will be used to accelerate their business.

Five finalists in Colorado will be selected by Nov. 11. The winners will be determined by popular vote on FirstBank's Facebook page from Nov. 7 through 13 and announced on Nov. 14.

In 2015, Fox Hollow Animal Hospital in Lakewood was selected as the winner out of more than 500 submissions. The family-owned business used the $20,000 prize to buy new, state-of-the-art equipment and help expand its facility to improve quality of care.

For more information, including submission guidelines, official rules and deadlines, visit efirstbank.com.

### Jefferson Symphony Orchestra's season opener

The Jefferson Symphony Orchestra's season-opening concert takes place 3-6 p.m. Oct. 2 at the Green Center at Colorado School of Mines, 924 16th St., in Golden.

The concert presented will be Gustav Mahler's "Symphony no.5 in C# Minor."

Tickets cost $25 for adults, $20 for seniors age 62 and older, $10 for students ages 11-21, and $5 for children age 10 and under.

For more information or tickets, visit www.jeffersonsymphonyorchestra.org or call 303-278-4237.

### Colorado School of Mines homecoming

Students at the Colorado School of Mines will be celebrating homecoming Oct. 6-8. The public is welcome to attend the homecoming parade and football game. The parade takes place at 9 a.m. Oct. 8 on Illinois Street between 18th and Clear Creek.

The football game is at noon at Marv Kay Stadium, 1250 12th St. The Orediggers take on Azusa Pacific University.

Homecoming is also alumni weekend. Classes to be celebrated are those of 1965 and earlier as Golden Miners, 1966 for 50th reunion, 1976 for 40th reunion, 1991 for 25th reunion, 2006 for 10th reunion and ROTC alumni for the 100th anniversary of national ROTC. For more information about class reunion celebrations and dinners, visit www.minesalumni.com.

For more information on the homecoming game and parade, visit www.minesactivitiescouncil.com.

### Girl Scout Day at Dinosaur Ridge

Girl Scout Day at Dinosaur Ridge takes place from 9 a.m. to 2 p.m. Oct. 8 at Dinosaur Ridge, 16831 West Alameda Parkway, in Morrison.

Girl Scouts of all levels are welcome. However, they must pre-register through the Girl Scouts of Colorado.

With assistance from volunteers and partners at stations and booths, Girls Scouts will have opportunities to fulfill many requirements for nature, history, careers and household patches. The following groups will have booths for the day with activities to help meet badge requirements: Women in Mining, Legendary Ladies, National Park Service, USGS, Lookout Mountain Nature Center, Butterfly Pavilion, Society of Women Engineers and Mr. Bones.

For more information, visit www.dinoridge.org.

---

## Golden Farmers Market

*Presented by the Golden Chamber of Commerce*

### Final Weekend of the Season

Saturday, October 1st

8 a.m.—1 p.m.

1019 10th St., Golden





Free Pumpkins

Kids can stop by the Farmers Market this weekend and decorate a pumpkin for free



Thank you to all of our of our wonderful local, nonprofit, and downtown merchant vendors for making this season great.

A special thank you to our exhibitors Centura Health, Costco, Adio Chiropractic, and Renewal by Anderson.

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

18  The Transcript                                                                                                             October 13, 2016

# Golden's 'Buffalo Bill' dies

**Entertainer Al Huffman remembered fondly**

By Christy Steadman
csteadman@coloradocommunitymedia.com

According to his brother Clayton, Al Huffman would have been happy being outdoors, chasing buffalo and interacting with Native Americans.

Just like Buffalo Bill did.

"I like to say he was born 100 years too late," Clayton Huffman of Conifer said.

Earl `Al' Albert Huffman of Evergreen, known for being a Buffalo Bill impersonator, died on Sept. 20 at age 84.

"He knew everybody," Clayton Huffman said. And "he brought a lot of attention to the Evergreen community — he was recognized all over the world."

He shook hands with presidents and befriended many famous movie stars, said Cathy Elliot who plays Annie Oakley with Monarch Productions. He knew Roy Rogers, actor, and his wife Dale Evans, 1912-2001, also an American singer-songwriter and actress, pretty well, Clayton Huffman added. In fact, Clayton Huffman got to accompany his brother to the 1998 Tournament of Roses parade in Pasadena, California, when Al Huffman rode in the parade with the Roy Rogers and Dale Evans Museum's Congress of Fancy Range Riders.

"He was quite the guy," Elliot said, who noted she met Al Huffman in 1989 or 1990. "He had a gift about him that allowed him to spread out his love to everybody."

The Buffalo Bill impersonating started about 40 years ago, Clayton Huffman said, when Al Huffman entered a Buffalo Bill look-alike contest and won.

And that turned into him travelling all over the world as Buffalo Bill, Elliot said. He even became the brand promoter for Buffalo Bill Tortilla Chips, Clayton Huffman added.

Locally, Al Huffman entertained regularly at the Buffalo Bill Museum on Lookout Mountain, for the Golden Chamber of Commerce and functions at the Rock Rest Lodge



Longtime friends Cathy Elliot and Al Huffman share a dance, which will be one of Elliot's favorite memories of him. Huffman, most known for his Buffalo Bill impersonating, passed away on Sept. 20 at age 84. *Courtesy of Cathy Elliot*

in Golden. He participated in Evergreen Rodeo parades and at least 10 or 12 annual Buffalo Bill Days parades in Golden, Clayton Huffman said.

At about 75 years old, because of two or three back surgeries over the years, Clayton Huffman said, Al Huffman was no longer able to ride a horse. But that didn't stop him from participating in community events. This past July, Clayton Huffman added, he rode in a buggy in the Evergreen parade.

Al Huffman probably enjoyed the children the most, Elliot said.

"He gave his heart and listened to every kid," she said. "He could make any kid feel so special."

One piece of advice he would always pass along to other Buffalo Bill impersonators, Clayton Huffman said, was "don't let the kids see you do anything outside of the Buffalo Bill character."

"He wanted to pass on the Buffalo Bill legacy as best he could," Clayton Huffman added.

Al Huffman had a love for the Old West, but also a love for his community, Clayton Huffman said. He had a hand in developing the Evergreen Rodeo Grounds and starting the Buffalo Bill Saddle Club. He was a charter member of the Evergreen Elks Lodge, which will be celebrating 50 years this April, Clayton Huffman said.

Al Huffman was born and raised in Grand Island, Nebraska. He moved to Colorado when he was 25, and lived in Denver for a little while, but eventually settled in Evergreen where he lived for about 50 years, Clayton Huffman said.

He and his wife Sherrie, who preceded him in death at age 65 on Sept. 15, 2001, raised two daughters.

"Al leaves behind a world he touched in kindness and through the life he lived," said Leslie Klane the Golden Chamber of Commerce's CEO/president. "He brought joy to those around the world who knew him as Buffalo Bill."

But Klane mentioned her father was a childhood friend of his, and fondly referred to him as Huffy. His memory will live "on in our hearts, in moments treasured and through lovely photos," she added.

Al Huffman always had a story to tell, Elliot said, but added among her favorite memories are the dances they shared and his whistles.

"It was the happiest whistle you'd ever heard," she said.

And she, along with many others who knew him, will now say farewell with a "happy trails," she said, which was Al Huffman's signature way of saying goodbye.

911-1998, an American singer and cowboy


**UNDER CONTRACT**

6046 Gilbert Way

**3 Bdrms. + Office, 2 1/2 Baths, 4532 Total Sq. Ft.**
**$575,000**

A beautiful, almost new Lennar home that is move in ready. It backs to a greenbelt area and is near North Table Mountain hiking and biking trails. It features wood floors, an open floor plan that is perfect for entertaining, gas range and appliances are included. Move in ready.

**Joy Brandt**   **(303) 378-7800**
RE/MAX Alliance      www.JoyBrandt.com
Each Office Independently Owned and Operated

# DANGEROUS CHOICES

heat or food?

electricity or medical care?

hot water or diapers?

Dangerous choices. That's what families and seniors are faced with when they can't afford to pay their home energy bill.

Nearly one in four Colorado households can't afford home energy. Give them a safer choice.

**donate today at energyoutreach.org/choices**



ENERGY OUTREACH Colorado
Helping Coloradans afford home energy

95¢ out of every dollar we raise goes directly to needy Coloradans, earning top ratings and recognition from:

 

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**