# Blueberries: a super hero super food

This year marks the 100th anniversary of the first commercial harvest of domesticated blueberries. Little did we know this fruit, so tiny in stature, would gain worldwide popularity as the Super Hero of Super Foods, and even have a place in the White House kitchen garden.

Today, more than 1 billion pounds of blueberries are produced annually on five continents, with the United States leading the way with 35 states supplying the crop. Heralded for their brain and heart-boosting benefits, people of all ages toss them into salads, stir them into sauces, sprinkle them on ice cream and eat them by the handful. These little blue dynamos have reached such an elite super food status because they are:

• Low in fat – one cup serving has only 80 calories
• Full of dietary fiber – one serving provides about 14 percent of the daily fiber requirement
• High in vitamin C – one serving delivers 25 percent of the daily requirement of vitamin C
• Full of dietary fiber – one serving provides about 14 percent of the daily fiber requirement
• An excellent source of manganese – plays an important role in bone development

### The power of the blueberry

"Blueberries are one of the more potent foods in terms of protecting the brain," stated Martha Clare Morris, ScD, a nutritional epidemiologist who co-developed the MIND diet (blend of the Mediterranean and DASH diets).

According to a study from Chicago's Rush University Medical Center, which found adhering to the MIND diet helped reduce the risk of Alzheimer's disease and other cognitive degeneration, blueberries can also help prevent brain aging by 7 1/2 years. And take heart, blueberries, rich in antioxidants, can help reduce the buildup of "bad" LDL cholesterol in artery walls that contributes to cardiovascular disease and stroke. Studies conducted at the USDA Human Nutrition Center have found that blueberries rank No. 1 in antioxidant activity when compared with 40 other fresh fruits and vegetables.

### Picking the perfect blueberry

Blueberries should be deep purple-blue to blue-black and feel firm, dry, plump and smooth-skinned to the touch. Frozen, dried or fresh, blueberries' nutritional value remains the same. Rinse them just before snacking and eat them within 10 days and be sure to keep them refrigerated.

Blueberries have earned a well-deserved place in your daily diet for better health. For delicious recipes and tips for cooking, visit the U.S. Highbush Blueberry Council.

*Covenant Village of Colorado is a faith-based, not-for-profit continuing care retirement community located in Westminster and administered by Covenant Retirement Communities, the nation's fifth largest not-for-profit senior living provider. For more information, visit http://www.covenantcolorado.org or call 877-341-0295.*

## how to make a difference

Send volunteer opportunities to hharden@coloradocommunitymedia.com.

**Ongoing**
**Animal Rescue of the Rockies**
Rescues homeless dogs and cats from overcrowded shelters
**Need:** Foster-care families for death-row shelter dogs and cats
Contact: www.animalrescueoftherockies.org
**Arvada Visitors Center**
**Need:** Help assemble welcome bags for new Arvada residents. Specific dates and times are scheduled.
**Contact:** Jean Gordon, jean@visitarvada.org or 720-898-3380

**CASA of Jefferson & Gilpin County**
Court appointed special advocates work with abused and neglected children, speaking on behalf of them in court.
**Need:** Many volunteers needed; CASA Jeffco/Gilpin relies on more than 200 volunteers, but many more are needed (just 30 percent of cases typically are covered). CASA volunteers dedicate 3-4 hours per week.
**Requirements:** Training is provided; must be 21 or older and pass a full background check including driving record.
**Contact:** Tiffany Schlag, recruitment and training coordinator, at 303-271-6537, tiffanyschlag@casajeffcogilpin.com or www.casajeffcogilpin.com.

**Cat Care Society Nibbles `N Kibbles Food Bank**
Works to reduce number of abandoned and surrendered cats
**Need:** Donations of canned and bagged cat food and litter
**Contact:** 303-239-9680

**Colorado Refugee English as a Second Language Program**
Teaches English to recently arrived refugees, who have fled war or persecution in their home

*Volunteer continues on Page 22*

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com





## ECONOMY: Energy sector has reached bottom

▶ Continued from Page One

Mullis said. "The amount of uncertainty in the economy is rising," Mullis told the Legislature's Joint Budget Committee. "Business investment (could) rebound faster than we expect, and the economy (could) grow faster than what is in this forecast. However ... the opposite could be true."

Mullis said economic forecasting is an inexact science, saying that even when the economy is in a recession, economic indicators don't always show it.

That's why no forecast ever predicts a recession.

"Most economic forecasts do not acknowledge a recession in their official broadcast until after a recession is already underway," she said. "History tells us that economic data will show mixed signals for the potential of a recession well into the time period after which a recession has already happened."

The last two recessions in 2001 and 2008 were exactly like that, Mullis said, adding that such signs are difficult to read because economic indicators often can offset each other.

For example, while the private sector is "exercising restraint" in spending in order to cover an increase in labor costs, those pay raises to workers are helping to fuel a rise in consumer spending, which is helping to sustain economic growth.

Mullis and Henry Sobanet, director of the governor's Office of State Planning and Budgeting, agreed that while the state's oil and gas industry seems to have reached bottom, it isn't expected to get worse and likely will remain at subdued levels for some time to come.

In a way, that's good, at least as far as the rest of the state's economy goes, Sobanet said.

"Mining and logging employment growth has been, you know, bad, but overall the rest of the sectors are growing," Sobanet said. "We won't have a drop of similar magnitude in the oil and gas sector, and to the extent it stays low, it won't be dropping and dragging down other income, and other performance and spillover spending."

With the exception of the more fossil fuel-heavy counties of Garfield, Delta and Rio Blanco, the stabilization in the extraction industry has helped the Western Slope see some recovery because it has been buoyed by a "robust" tourism industry, the two said.

"Persistently low natural gas prices and a struggling coal industry have impeded economic growth in many parts of the (western) region," Mullis said in her forecast. "On the other hand, popular tourist destinations, such as Ouray and San Miguel counties, continue to show employment growth. The labor market is slowly improving in the region."

## INSURANCE: Gardner blames Affordable Care Act

▶ Continued from Page One

"Health care costs are increasing across the country and those costs push up premiums," Salazar said. "The recent EpiPen scandal is a prime example. The drug maker raised prices stating it did not expect consumers to pay the increases but rather their health insurance plans. However, when insurance plans must pay those increased costs, it will show up in consumers' health insurance premiums."

Salazar was referring to recent reports that the price of the EpiPen, which is used to treat severe allergic reactions, has risen about 500 percent since the rights for it were sold to the pharmaceutical company Mylan in 2007.

While Salazar said there is an ample number of carriers offering plans in Colorado, some major ones have opted out for next year, including UnitedHealthcare, Anthem and Humana.

Putting the blame squarely on President Barack Obama and his federal Affordable Health Care Act, U.S. Sen. Cory Gardner, R-Colo., said the increases will leave some 92,000 Coloradans searching for a new insurer.

"Once again, Colorado will be faced with skyrocketing premium increases thanks to a law that was sold to them on the premise of affordability, choice and access to care," Gardner said. "President Obama repeatedly told the American people that, 'If you like your plan, you can keep it,' and stated the average family of four would pay $2,500 less annually by the end of this first term. Now, these broken promises are having a dramatic effect on hardworking families in Colorado and throughout the country."

Grand Junction-based Rocky Mountain Health Plans said earlier this year that it wouldn't participate in the statewide exchange outside of Mesa County in 2017. That decision was made months before it announced in July that it was being purchased by UnitedHealthcare.

Leanne Hart, spokeswoman for Rocky, said the insurer has no plans to reverse that decision. The insurer created a new tiered approach to its plan, called Monument Health, that has helped lower costs for private payers in the county, something it ultimately hopes to extend to others in the state.

The plan's withdrawal from the exchange left about 10,000 non-Mesa County residents looking for other plans, but it involved only its commercial individual and family markets and not its Medicare, employer group or Medicaid members, she said.

"It is our hope and expectation to work with policymakers and key stakeholders to develop sustainable models of care similar to Monument Health in other Colorado communities," Hart said. "(That) will enable us to offer new individual and family products in those markets in the coming years."

**What's holding you back from your life's greatest ADVENTURES?**

**WESTERN ROCKIES FEDERAL CREDIT UNION**

NCUA

Member Owned • Not-For-Profit • Federally Insured

| 858-7422 | 243-2434 | 625-0212 |
| 577 Kokopelli Blvd. | 2302 North Ave. | 142 W. 3rd St. |
| Fruita CO 81521 | Grand Junction CO 81501 | Rifle CO 81650 |

---

**FALL OPEN HOUSE!**
THURS. SEPT. 22, FRI. SEPT. 23 & SAT. SEPT 24

**CLEARANCE PRICING ON 2016 MODELS**

All in stock **R-pods** on sale!



Lowest prices ever on **Vengeance Toyhaulers**, priced to move!



Best prices of the year on other select in stock models!

**BOB SCOTT RV'S**

Serving Western Colorado & Easter Utah Since 1988

2324 Highway 6 & 50, Grand Junction • 970-245-2175
recvehicle.com

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com

# BUSINESS

# Zuckerberg, Chan pledge $3B to end disease

**By BARBARA ORTUTAY**
AP Technology Writer



THE ASSOCIATED PRESS
Facebook CEO Mark Zuckerberg, left, speaks with his wife, Priscilla Chan, as they rehearse for a speech in San Francisco. Zuckerberg and Chan have a new lofty goal: to cure, manage or eradicate all disease by the end of this century. To this end, the Chan Zuckerberg Initiative, the couple's philanthropic organization, is committing significant financial resources over the next decade to help accelerate basic science research.

SAN FRANCISCO — Facebook CEO Mark Zuckerberg has a goal that's even more ambitious than connecting the entire world to the internet: He and his wife want to help eradicate all disease by the end of this century.

Zuckerberg and Priscilla Chan are committing $3 billion over the next 10 years to accelerate basic scientific research. That includes creating research tools — from software to hardware to yet-undiscovered techniques — they hope will ultimately lead to scientific breakthroughs, the way the microscope and DNA sequencing have in generations past.

The goal is to "cure, prevent or manage all disease" in the next 80 or so years, a timeframe the 30-something couple are unlikely to live to see. They acknowledge that this might sound crazy, but point to how far medicine and science have come in the last century — with vaccines, statins for heart disease, chemotherapy, and so on — following millennia with little progress.

At current rates of progress, Zuckerberg reckons, it will be possible to solve most of these problems "by the end of this century." Zuckerberg and Chan have spent the past two years speaking to scientists and other experts to plan the endeavor. In an interview, Zuckerberg emphasized "that this isn't something where we just read a book and decided we're going to do."

Through their philanthropic organization, the Chan Zuckerberg Initiative, the commitment includes $600 million to fund a new research center in San Francisco where scientific and medical researchers will work alongside engineers on projects spanning years or even decades. The goal is not to focus narrowly on specific ailments, such as bone cancer or Parkinson's disease, but rather to do basic research. One example: a cell atlas that maps out all the different types of cells in the body, which could help researchers create various types of drugs.

Chan's work as a pediatrician seems to be a big driver in the couple's decision to take up this latest cause.

"I've been with families where we've hit the limit of what's possible through medicine and science," Chan said. "I've had to tell families devastating diagnoses of leukemia, or that we just weren't able to resuscitate their child."

The couple spoke with The Associated Press in their home in Palo Alto, California, where their infant daughter, Max, had just woken from a nap. Their dog, Beast, came by to sit briefly during the 25-minute interview.

Zuckerberg and Chan hope that their effort will inspire other far-reaching efforts and collaboration in science, medicine and engineering, so that basic research is no longer relegated to the margins.

"We spend 50 times more on health care treating people who are sick than we spend on science research (to cure) diseases so that people don't get sick in the first place," Zuckerberg said.

Eric Lander, a professor of biology at the Massachusetts Institute of Technology, said he's had some 20 conversations with Zuckerberg and Chan over the past year about the initiative and called it "the right kind of goal for thinking about that kind of timeframe." He is not involved with the project itself, but expressed confidence in it.

"Mark has brought new models to industry with Facebook," he said.

Zuckerberg said it has been difficult with today's scientific funding to build scientific teams of the scale "you would find at a world-class technology company."

Nobel laureate David Baltimore wrote in the journal Science that private efforts such as Zuckerberg and Chan's could help supplement government funding and "initiate research thrusts into unproven directions, which generally do not draw government funding."

Their new center, Biohub, will run as an independent research center at the University of California, San Francisco in collaboration with UC Berkeley and Stanford University.

The Chan Zuckerberg science initiative will be headed by Cori Bargmann, a neuroscientist who is best known in scientific circles for her research on the behavior of a tiny worm called C. elegans. Bargmann said the idea of bringing engineers and scientists together presents a "unique opportunity to take science in a new direction."

Zuckerberg and Chan, who have committed to donating 99 percent of their wealth, stressed that they believe that their goal can be accomplished, if not in their lifetime, then in their child's lifetime. It was Max's birth last November that inspired the billionaire couple to give away nearly all their money to help solve the world's problems.

At the time, this was valued at more than $45 billion worth of Facebook stock, which the couple transferred to the Chan Zuckerberg Initiative. The couple's philanthropy plan won't affect Zuckerberg's status as controlling shareholder of Facebook.

Zuckerberg and Chan often draw comparisons to Bill and Melinda Gates, whose philanthropic work also focuses on health and education. In an emailed statement, the Gates said investing "in basic science research is at the root of the world's most important innovations and achievements." Zuckerberg and Chan, the Gates added, "are making an incredible commitment to research and development that will lead to the breakthroughs to cure disease and lift millions out of poverty."

> "We spend 50 times more on health care treating people who are sick than we spend on science research (to cure) diseases so that people don't get sick in the first place."
> **MARK ZUCKERBERG**
> Facebook CEO



HAPPYLITTLEBANK.COM



**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-CV-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

63271

---

# BIG O TIRES
www.BigOTires.com

## Be Winter-Wise
## And Weather-Ready!

Proud Partner With CDOT / OPERATION TIRESAFE

Ensure your tires meet Colorado's Traction Law! Stop by for a free air pressure check & tread depth inspection.

| BIG O TIRES | BIG O TIRES | BIG O TIRES |
|---|---|---|
| **$20 OFF** Any Oil Change | **$20 OFF** One-Year Alignment Package | **$20 OFF** Transmission and/or Radiator Fluid Exchange |
| Expires 10/15/16 OIL20 | Expires 10/15/16 ALIGN20 | Save $20 on one or $40 on both. Expires 10/15/16 FLUID20 |

In Addition to $20 OFF — **Get FREE Wiper Blades or a $15 Reward Card...** When you purchase a Valvoline Full Synthetic or Synthetic Blend Oil Change. Expires 10/15/16

## Grand Junction
2894 North Ave.  2462 Hwy. 6 & 50  215 N. 3rd St.
(970) 243-2440  (970) 243-4040  (970) 243-6242

Delta • Montrose • Glenwood Springs
Basalt • Eagle-Vail • Frisco

All Locations Open at 7am Mon - Sat

ASE CERTIFIED

**THE TEAM YOU TRUST**

## BEARS EARS: Vast area rich in widely overlooked, rare paleontological resources

➤ Continued from **Page One**

discovered dinosaur, amphibian and plant fossils concentrated in the area.

He cited multiple examples of paleontological finds, some of which are the first of their kind to be found in Utah and the U.S. And, new species of dinosaur fossils that haven't yet been identified and need further study have been found in the area, he said.

Gay said some areas are prone to looting and people have partially dug fossils from the earth. Off-road all-terrain vehicle tracks trace across fossil beds and, as people use the hills for target practice, bullets are being found in fossils. For example, a bullet was found in the jawbone of an ancient crocodile fossil, he said.

"The cultural and historical resources are absolutely important, but we shouldn't overlook the paleontological resources," he said.

According to a website for the Inter-Tribal Coalition, the Bears Ears National Monument proposal aims to protect the more than 100,000 archaeological sites and continue to allow religious practices.

"The Bears Ears land is a unique cultural place where we visit and practice our traditional religions for the purpose of attaining or resuming health for ourselves, human communities, and our natural world as an interconnected and inextricable whole," the Coalition states on its website.

"Our relationship and visits to Bears Ears are essential for this process. Ruining the integrity of these lands forever compromises our ability to heal. The traditional knowledge related to Bears Ears is important and irreplaceable in itself. The continuity of indigenous traditional medicine is in peril, as long as lands like the Bears Ears are not protected."

Two bills based on the Public Lands Initiative introduced by Utah lawmakers this summer aim to halt a monument designation and allow mining and other resource development in seven counties in Utah, including in an area that is part of the Bears Ears.



1.9 million acres targeted for federal protection

Source: The Bears Ears Intertribal Coalition — ROBERT GARCÍA/Daily Sentinel

Visit **GJSentinel.com** to view photo galleries from Sentinel photographers **Christopher Tomlinson, Dean Humphrey,** and **Gretel Daugherty**

HAPPYLITTLEBANK.COM

## WITNESS: Suspect tried for 1st-degree murder

➤ Continued from **Page One**

and Holzer heard from his friends he was "looking pretty awesome" in the photo that was taken from Facebook.

Holzer seemed similarly elated when he heard that a memorial set up in Geer's honor had been vandalized, Romero said.

"(He said), 'My homies got my back, they just destroyed the memorial set up for Geer,'" Romero recounted in court.

Holzer's behavior was problematic at the center, Romero said.

"Other youth feed off of that …," Romero said. "Other youth were talking about, 'I would have done the same thing, I hate officers.'"

When confronted about his behavior, Holzer appeared insincere, Romero said.

"He would (reply) with, 'Oh, my bad,'" Romero said.

Holzer is charged with first-degree murder in the shooting that killed Geer, which occurred after a scuffle in which the deputy opted to use his Taser but apparently not his handgun. If convicted, Holzer would face life in prison without the possibility of parole.

Geer, 40, was a married father of two, a 15-year veteran of the Mesa County Sheriff's Office and a U.S. Navy veteran.

Prosecutors are seeking in hearings this week to convince District Judge Richard Gurley to continue to hold Holzer without bond. Colorado law says no-bond holds are allowed in capital cases if "proof is evident" and "presumption is great" that a defendant is guilty of crimes charged.

Although Holzer reportedly confessed to the shooting after his arrest, the defense has asked for the hearing, where prosecutors will be presenting a summary of the evidence against him.

The hearings, which are scheduled to begin again today at 9 a.m., will be followed in coming weeks by more hearings where Holzer's attorneys will attempt to show why his prosecution should be moved to juvenile court.

Gurley heard more about Holzer's apparently erratic moods and relationships in Tuesday's testimony; the night before the Feb. 8 shooting, Holzer, who was homeless and trying to avoid several warrants for his arrest, had spent the afternoon smoking methamphetamine with a girl he was "in love with" and an older man, according to testimony from Grand Junction Police Detective Charles Rojo, who interviewed the friend. The older man described Holzer as "very quiet" and "introverted." The next morning, the teen told a friend that he was hurt and angry after the girl "rejected" him.

After he left the building where the three of them had spent the night, Geer approached Holzer following a 911 call of a suspicious man matching Holzer's description and carrying a gun. Geer tried to detain Holzer, who resisted, according to earlier reports. Geer used his Taser against the teen, who allegedly grabbed a gun from his pants and shot four times, hitting Geer in the face, neck and hands before fleeing.

While earlier reports described Holzer as distraught and possibly suicidal following his arrest, Romero said the teen was "upbeat" and "laughing, joking, just having a great time" in his first week at the youth facility. Other staff members heard from other youth inmates that Holzer had been heard singing the song, "I Shot the Sheriff," and Romero himself saw Holzer mime a shooting action at a sheriff character on the television one day.

Defense attorney Sheryl Uhlmann pointed out during cross-examination that Holzer was hardly the first youth inmate at Grand Mesa DYC to "glorify" his alleged crimes. She also asked Romero whether he ever heard Holzer say, "I hate cops," himself. Romero said no.

Romero described overhearing one end of a phone conversation where Holzer was speaking to his father on Feb. 9, the day after the shooting. Holzer asked his father several times whether he would bring money for the commissary, the snack shop that is available to youth inmates only once each month.

"All he cared about that day was commissary," Romero said.

Attorneys on both sides drew out testimony that would point to Holzer's state of mind leading up to the shooting. Grand Junction Police Detective Michael Struwe testified that a friend of Holzer's told him that Holzer was upset about the upcoming anniversary of a friend's death. The friend had apparently died violently, Struwe said.

Holzer told his friend he "wanted to go out that way," Struwe said. The friend told Struwe he interpreted Holzer's comments as wanting to "do something violent, perhaps shoot someone or rob a store."



Bird Seed SALE

**SAVE NOW**
On ALL Bird Food*

The temperature is falling, and so are our seed prices! Shop now and save on the best WBU Seed, Seed Blends, and Suet.

*Valid only at the participating store listed. Bird Seed Sale ends 10/31/16.

Wild Birds Unlimited Nature Shop

2454 Hwy. 6 & 50
Grand Junction, CO 81505
(970) 242-2843
www.wbu.com/grandjunction

BIRD FOOD • FEEDERS • GARDEN ACCENTS • UNIQUE GIFTS

## DEALS: Both companies see potential benefits

➤ Continued from **Page One**

Encana and Nucor have ended a drilling agreement reached in 2010 and a larger one that came two years later. They involved sharing in the upfront cost of drilling wells in exchange for Nucor gaining a working interest in the wells that are drilled.

The 2012 agreement held the potential for Encana to drill more than 4,000 wells over 20 years on some 50,000 acres of federal leases stretching from Garfield County into Rio Blanco County. Nucor said at the time that it expected to invest $542 million over the following three years and about $3.64 billion over the estimated 13- to 22-year term of the agreement.

Nucor, based in North Carolina, is a heavy consumer of natural gas and got involved with Encana as a hedge against the possibility of rising natural gas prices. The joint venture wasn't designed to ship the gas produced to its factories, but rather was intended to ensure that if gas prices go up, Nucor also is invested on the gas supply side.

Encana and Nucor eventually suspended drilling under the joint venture under terms allowing for that if prices fell too low. By late 2013 Encana decided to stop drilling altogether in the Piceance, and it hasn't drilled locally since. A Nucor official later told The Daily Sentinel that as many as 300 wells probably had been drilled under the joint venture before work was suspended. Nucor said Tuesday it is keeping all producing wells it owns.

Hock said Nucor's new lease ownership covers the same acreage that was involved in the 2012 agreement. Encana, as majority owner, would decide if and when to drill on the acreage, and Hock said Nucor would have a 49 percent ownership of proceeds from any drilling.

Nucor said in its release that the new ownership structure "provides Nucor full discretion on its participation in all future drilling capital investment."

Nucor also sold its half-interest in Hunter Ridge Energy Services LLC to Encana. Hunter Ridge was formed by the two companies to provide gas gathering and water services.

Nucor didn't disclose in its news release the dollar amounts involved in the lease and Hunter Ridge transactions.

## DEBATE: Abortion, foreign policy and justice

➤ Continued from **Page One**

part of the conversation than in the first presidential showdown, reflecting both candidates' religious faith.

Kaine, a Catholic who personally opposes abortion but has consistently voted in favor of abortion rights, said the Republican nominee, "Why doesn't Donald Trump trust women to make this choice for themselves?" He also pointed to Trump's assertion that women should face some kind of "punishment" for abortion, a comment Trump later walked back.

Pence stressed his opposition to abortion and said he was "proud to be standing with Donald Trump" on the issue.

On national security, Kaine revived Trump's frequently flattering comments about Russian President Vladimir Putin.

"He loves dictators," Kaine said. "He's got like a personal Mount Rushmore: Vladimir Putin, Kim Jong Un, Moammar Gadhafi and Saddam Hussein."

Pence tried to flip the tables by accusing Kaine's running mate of stoking Russia's belligerence.

"The weak and feckless foreign policy of Hillary Clinton and Barack Obama has awaked an aggression in Russia that first appeared in Russia a few years ago," Pence said. "All the while, all we do is fold our arms and say we're not having talks anymore."

On criminal justice, Kaine argued that Trump's embrace of "stop and frisk" style policing was a mistake. Pence argued that Clinton has used police shootings to argue that there is "implicit bias" in police departments, and he said the Democrats should "stop seizing on these moments of tragedy."

Kaine quickly shot back: "I can't believe you are defending the position that there's no bias."

Tuesday's contest was the only time Kaine and Pence will face off in this election, while Trump and Clinton tangle in three contests.

Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

64450

# WORLD
SENTINEL WIRE SERVICES

## Syrian rebels defeated in fight for Aleppo

BEIRUT — Russia declared on Tuesday that the four-year battle over Aleppo, Syria's largest city, was over, as the last remaining rebel fighters agreed to turn over their territory to the Syrian government. While pro-government forces were moving in, United Nations officials said they were receiving multiple reports of execution-style killings.

The deal was announced just as civilians inside the rebel enclave said they had lost hope. They had spent days huddled in abandoned apartments under heavy shelling, as those with a record of opposing the government said they were bracing for arrest or death.

Under the deal, evacuations are set to begin at 5 a.m. Wednesday. Earlier on Tuesday, fears had mounted as the U.N. said it had reports that Syrian troops or allied Iraqi militiamen were gunning down families in apartments and on the streets, with the toll reaching 82 civilians.

Several residents said they had lost contact with relatives in those same areas, and a monitoring group, the Syrian Observatory for Human Rights, said the number of men forced to join the army upon fleeing to government areas had reached 6,000. And with no way to treat the wounded, bodies were piling up on the streets.

But then came the deal, and the shelling quieted down. Russia, Turkey and Syrian rebel groups announced that they had agreed to evacuate all of the remaining fighters to rebel-held territory, with civilians free to join them or move to government-held areas, leaving the whole city of Aleppo in government hands.

## Dems to GOP: Run fair hacking probe

**By ALAN FRAM**
Associated Press

WASHINGTON — Congressional Democrats prodded Republicans on Tuesday to be aggressive and even-handed as lawmakers prepared to run investigations into U.S. intelligence assertions that Russia intruded into last month's elections to help Donald Trump win the White House.

In a written statement, No. 2 House Democrat Steny Hoyer of Maryland and the top Democrats on six House committees said they wanted a congressional probe of Moscow's interference "that is truly bipartisan, that is comprehensive, that will not be restricted by jurisdictional lines."

The Democrats said the analyses should produce "a complete and full accounting of what happened consistent with safeguarding our national security."

The statement seemed to suggest that Democrats are wary that the planned investigations — by intelligence committees headed by GOP chairmen in both chambers — might not be as tough as needed, for fear of weakening or offending the Republican president-elect.

Senate Majority Leader Mitch McConnell, R-Ky., and House Speaker Paul Ryan, R-Wis., said Monday they backed investigations by each chamber's intelligence committee into the CIA's finding that Russia interfered with the election.

McConnell declined to say whether he agreed with the CIA assertion that Russian hacking and public release of Democrats' emails during the presidential campaign were designed to aid Trump. But in a noteworthy departure from Trump's rejection of that conclusion, McConnell said the Senate Intelligence Committee would study the issue.

"It's an important subject, and we intend to review it on a bipartisan basis," McConnell said.

Ryan endorsed an ongoing investigation by the House Intelligence Committee into cyberthreats from other countries and extremist groups and condemned "any state-sponsored cyberattacks on our democratic process." He said that examination would continue, with his support.

"Any intervention by Russia is especially problematic because under President (Vladimir) Putin, Russia has been an aggressor that consistently undermines American interests," Ryan said in a written statement.

McConnell said he has "the highest confidence" in U.S. intelligence agencies. He recounted Russia's annexation of Crimea from Ukraine in 2014, said Baltic nation leaders are nervous about Moscow and pointedly praised NATO, the alliance that Trump criticized repeatedly during his campaign.

"I think we ought to approach all of these issues on the assumption that the Russians do not wish us well," McConnell said.

Besides embracing an investigation by the Senate's intelligence panel, led by Richard Burr, R-N.C., McConnell also expressed support for a related probe by the Armed Services Committee, chaired by Sen. John McCain, R-Ariz.

## Perry is Trump's pick for energy chief

**CORAL DAVENPORT**
New York Times

WASHINGTON — President-elect Donald Trump plans to name Rick Perry, the former governor of Texas, to lead the Energy Department, an agency far more devoted to national security and basic science than to the extraction of fossil fuels that is Perry's expertise.

In choosing him to be secretary of energy, the president-elect is elevating him to a Cabinet post that Perry once said he wanted to eliminate, a proposal that led to one of the most famous gaffes in recent presidential politics.

Texas is rich in energy resources, and Perry is an enthusiastic supporter of extracting them. But it is not clear how that experience would translate into leading the Energy Department.

Despite its name, the department plays the leading role in designing nuclear weapons, thwarting their proliferation, and ensuring the safety and reliability of the nation's aging nuclear arsenal through a constellation of laboratories considered the crown jewels of government science.

Still, former energy secretaries Spencer Abraham, a Republican, and Bill Richardson, a Democrat, said they could envision Perry adapting.

The last two energy secretaries, Ernest J. Moniz of MIT and Steven Chu of Stanford, brought to the office their doctorates in physics, academic credentials and, in Chu's case, a Nobel Prize.

Perry, 66, would bring a different set of credentials. He is the longest-serving governor of Texas — in office from 2000 to 2015 — and before that was the Texas agriculture commissioner. He holds a bachelor's degree in animal science from Texas A&M University.

In his 2010 book, "Fed Up! Our Fight to Save America From Washington," Perry called the established science of human-caused climate change a "contrived, phony mess."

His views align with those of Trump, who has called climate change a hoax perpetuated by the Chinese.

He was briefly a front-runner for the 2012 Republican presidential nomination, but his Energy Department "oops moment," as he called it, is widely seen as having sunk his candidacy.

His run for the 2016 nomination ended in late 2015, but not before he called Trump a "barking carnival act" and a "cancer on conservatism."

Perry did campaign energetically for Trump later.

**RICK PERRY**
Former governor of Texas for 15 years



Page-Parsons JEWELERS

# GOING OUT OF BUSINESS

## ABSOLUTELY FREE
Page-Parsons Jewelers will give away 25 WATCHES to the first 25 adults 18 and older at noon On Friday December 16th and Saturday December 17th of this week

## ALL MERCHANDISE UP TO 70% OFF!!

444 Main St. ~ Grand Junction ~ (970)242-3420

## GOING OUT OF BUSINESS

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**            71596



# Hilltop's Senior Life Options

*presents their annual*

## Holiday OPEN HOUSE

### Thursday, December 22, 2016 from 10:00 am to 2:00 pm at The Commons of Hilltop
**(625 27 1/2 Road • Grand Junction)**

- Tour the area's premier assisted and independent living communities including The Commons, The Fountains and The Cottages of Hilltop
- Learn about Hilltop Home Care's unique medical and non-medical services for seniors who want to remain safe and secure in their own homes
- Talk to a dementia and Alzheimer's care specialist
- Learn about Senior Daybreak, a day program for those affected by memory loss


HILLTOP
Senior Life Options

**For more information call (970) 434-2111**

But Ban blamed the Syrian government for the most deaths. He said it and apparently deliberate attack. Ban called the bombers "cowards." to resolving Syria's civil war and other conflicts. sociation of Latino Elected and Appointed Officials' an- ida as an alternative to the DREAM Act.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com




of accounting and financial reporting.
He oversees the accounting and management reporting, external audits and financial reviews, tax planning and reporting, investor reporting, budgets and cash flow forecasts and overall activities and outputs of the accounting and financial reporting departments. He monitors internal control processes and directs the application of GAAP policies and is responsible

Gonzalez served as director of portfolio management for Rialto Capital, a subsidiary of Lennar Homes. Gonzalez also served as CFO of River-walk Development, an enterprise that owns and manages a portfolio of commercial and residential real estate, several construction projects and a finance company, along with hospitality investments in Latin America. Gonzalez earned a BBA in accounting from the University of Miami, and he is

and also has offices in Denver.

### CHORALE GAINS NEW MEMBERS, OFFICERS
» The Greeley Chorale Board of Directors announces four new members: Lola Fehr, Nancy Gray, Patricia Streeter and Deanna Terry. These new board members join continuing members Joyce Best, Jim DeMersseman, Susanne Miller, Beth Richards and



**SPECIAL OFFER**
—— CERTIFICATES OF DEPOSIT ——

**12 months at 1.05% APY***
**18 months at 1.10% APY***

**TBK✦BANK**

Colorado East Bank & Trust is now TBK Bank.

tbkbank.com
Severance    | (970) 674-9444
Keenesburg  | (303) 732-0100
La Salle       | (970) 284-0211

Member FDIC  *The Annual Percentage Yield (APY) is accurate as of the publication date. Penalty may be assessed for early withdrawal and will reduce earnings. Minimum balance of $500 to earn the advertised APY. TBK Bank, SSB requires a minimum opening deposit of $500 on CDs.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com

Case No. 1:90-cv-00181-JLK Document 2432-13 filed 01/03/17 USDC Colorado pg 7 of 14

## « In the Region

« THE TRIBUNE  « WEDNESDAY, OCTOBER, 2016  « **A5**  « Business

13-March 31, at the The na Circle in Loveland and ional Park, 501 14th Ave. cations are due by Oct. 28. : the program should want out plants and gardening participate in a practical followed by the complete hours. Master gardeners to the local community ring gardening questions, t clinics, working with rly, developing demonnunity gardens and ommunity, according to a

**GREELEY**
Adamson's Life After Loss program will host a "Living History Cemetery Tour" of Linn Grove Cemetery from 9-11 a.m. Oct. 15 at Linn Grove, 1700 Cedar Ave. in Greeley.

The tour will be a free, guided walking tour that includes an overview of the historic, ethnic and cultural backgrounds of the Greeley and Weld County community, according to a news release. Many different tombs of well-known people in the area will be visited.

Call Cherry Smith for more information and RSVP at (970) 353-1212.

— Staff reports

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com

---

# HANK YOU

## TO THE ENGAGED FUTURE HOMEOWNERS
## THAT JOINED US SEPT 15, 2016

### Home
**First Time Homebuyers Seminar**
September 27, 2016 Seminar • Farr Library, Community Room



a kind expertise, accessibility & insights as you prepare for your homebuying experience.


BAKER TEAM
& the World of Real Estate


Legacy
The Home Inspection Experience


FMS Bank
Common Sense Banking
anting Your First Home


WINDMILL HOMES
New Construction & Contractors

**BROUGHT TO YOU BY**
ribune    WindsorNow!    TribuneExtra

November 17th 5:30pm at Farr Library where we will
**Welcome You HOME**

the beers the same week of Great American Beer Festival, which brings about 60,000 beer slurping travelers to the city of Denver.

What's surprising is how many people were willing to make the more than 55-mile trip north for the releases. Now, Wiley Roots and WeldWerks have received their fair share of local and national up. He said, "Stay cool, Greeley. Drink good beer.") — for the creation of their key lime gose earlier this year. It was one of my favorite beers of the year and I'm petitioning them to bring it back.

But I digress into the black hole of beer obsession.

Of course, I love hearing about it as a craft beer snob, but more important, chance to grow is a whole quality of life issue. If people want to live here, we can convince businesses to move here because they see the existing workforce in the region, and they see opportunities for employees they need to relocate.

So cheers to the breweries in Greeley helping to put our town on the map. And cheers to those of you



We're still the same smiles, the same locations, and the same customer-centered values that you've come to expect. As TBK Bank, we can offer even better, top-of-the line products and services. Colorado East is now TBK Bank, but we're still the bank you know.

Stop in today for more information.



Colorado East Bank & Trust is now TBK Bank, SSB.

tbkbank.com

| Keenesburg | (303) 732-0100 |
| La Salle | (970) 284-0211 |
| Severance | (970) 674-9444 |

  Member FDIC

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



**THAT MOMENT WHEN** **YOU REALIZE IT'S MONDAY**


Monday Morning Sports Recap

**Catch all the local sports highlights from over the weekend!**


GUNNISON COUNTRY TIMES

**www.gunnisontimes.com**
or visit our Facebook page

---


*Courtesy*
Carrie Jordan (center) receives here PAEMST award during a ceremony Sept. 8. She's pictured with (left) John Paul Holdren, senior advisor to President Barack Obama on science and technology issues, and Joan Ferrini-Mundy, assistant director of the National Science Foundation for Education and Human Resources.

## *Jordans journey to D.C.*

Gunnison's John and Rose Jordan traveled to Washington, D.C., Sept. 7 to see their daughter-in-law receive a prestigious Presidential Award for Excellence in Mathematics and Science Teaching (PAEMST). Carolyn "Carrie" Jordan from Normandy Elementary School in Jefferson County School District was one of two Colorado teachers to receive the award of 213 nationwide. The award recognizes those teachers who develop and implement a high-quality instructional program that is informed by content knowledge and enhances student learning. Carrie Jordan currently teaches fourth grade, including an accelerated math class. Her lessons include "active math," where students act-out math processes, draw pictures and use "cheerleader" moves to show geometry. While in D.C., John and Rose toured numerous national sites and monuments with their grandkids.


Rose Jordan is pictured in front of the Eisenhower Executive Office Building.

## Coloring for adults part of library events

### Financial literacy and backpacking on tap as well

The following events are scheduled during this month at the Gunnison Library.

**Financial Literacy Workshop**
Gunnison Library will continue its grant-funded five-part financial literacy workshop series, Common Cents for Colorado, in September. There will be five one-hour classes on financial information. Attend these free and informative classes and you'll be on your way with clear direction for a successful financial future.

Attend the fourth class, "Common Investment Types," scheduled for Tuesday, Sept. 27 at 6 p.m. This class centers on a thorough, but easily understood, discussion of cash, stocks, and bonds, the core investment types that most people include in their investment portfolio.

**Coloring and Conversation**
Coloring isn't just for kids. Reduce stress and anxiety and experience the calming benefits of adult coloring at the Gunnison Library. Join your neighbors and meet new friends at the Gunnison Library's monthly program, Coloring and Conversation on Thursday, Sept. 22 at 6 p.m. We'll provide everything you need for a relaxing and creative evening.

**A Backpacker's Photo Journal**
Explore Great Basin National Park and the Ancient Bristlecone pine trees with backpacker Joe Zappile on Monday, Sept. 26 at 7 p.m. at the Gunnison Library, 307 N. Wisconsin. Join the library for "A Backpacker's Photo Journal" highlighting the rugged trails leading to the 5,000 year-old ancient bristlecone pine trees and learn about the contemplative art of solo-hiking.

This event is free and open to the public.

For more program information, visit gunnisoncountylibraries.org.



**LEADERSHIP INCLUDES COMMUNITY CONNECTION**

Jonathan and Roanne, along with their children are active in recreational, cultural, educational and volunteer activities throughout Gunnison County.

JONATHAN **HOUCK** 4 COMMISSIONER
vote4houck.com

RE-ELECT HOUCK　　　EXPERIENCE MATTERS

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



*Will Shoemaker*

## Countering claims of support for ColoradoCare

Linda Gorman, director of the Health Care Policy Center at the Independence Institute, spoke at Western State Colorado University Tuesday in opposition to Colorado's Amendment 69. Independence Institute is a free-market think tank based in Denver. If passed by Colorado voters this coming November, Amendment 69 would enact ColoradoCare, a single-payer healthcare system that would replace most health insurance plans in the state. Gorman, seen here, highlighted aspects of Amendment 69 that often are overlooked by proponents — for example, that the measure does not guarantee specific coverage, as is the case with health insurance plans.

## Healthcare
from **A1**

age — local participants in the marketplace will pay about 35 percent more in health insurance premiums and have only one carrier option. The DORA figures show that based on the level of a plan, premiums will increase between 28 and 43 percent from this year.

Individuals who seek the top tier of plans for western Colorado, or the "gold" level, will increase the most — 43 percent. The average increase for locals insured through a small group plan is about 16 percent.

Statewide, the average increase in individual premiums is about 20 percent.

However DORA's Division of Insurance — which approved the 2017 individual and small group plans and their rates — said low-income residents who currently receive tax credits for their plan may see an 11 percent decrease in premiums.

Gunnison broker Gary Shondeck explained premiums are based on factors such as age and plan design, and not everyone will experience a 35 percent increase. He said those who were insured by Rocky Mountain Health Plans (RMHP) this year — an option that will not be available next year — may not have as big of an increase as they move to an

**GUNNISON COUNTY AVERAGE RATE CHANGE - INDIVIDUAL MEDICAL**

| Plan | # of plans | Percent increase |
|---|---|---|
| Gold | 1 | 43 |
| Silver | 5 | 30 |
| Bronze | 6 | 37 |
| Catastrophic | 2 | 28 |
| Grand total | 14 | 35 |

Anthem Blue Cross Blue Shield plan.

RMHP offered a more expensive plan than Anthem, he said, therefore changing carriers likely will result in less of an increase. But he admitted people may be paying more and getting less.

Part of the increase may be due to the lack of competition among carriers on the Western Slope.

In June, the state's Division of Insurance reported four insurance companies will either not offer or significantly cut back individual plans purchased through the state's network next year. They include RMHP, Anthem, United Healthcare and Humana Insurance.

RMHP eliminated its individual plans in all 14 Western

Healthcare **A11**

# First Fridays artists and entertainers

## Fabulous art venues this Friday, Oct. 7

**RED FOX FRAMING & ART SUPPLIES**
Art supply store and custom frame shop. Exhibiting local and emerging artists.
237 N. Main St. — 970.618.4278

**OPEN YOUR EYES GALLERY**
Featuring new fall photographs printed on metal and some splendid art pieces by 11 other local artists. Enjoy local art, live music by Eli and Willa Emmitt as well as tasty homemade appetizers because art gives hope.
229 N. Main St. — 970.707.5021

**GUNNISON COUNTY PUBLIC LIBRARIES**
Strengthening our communities by creating opportunities to connect, discover, imagine and learn. Open daily.
307 N. Wisconsin St. — 970.641.3485

**GALLERY 126**
Gallery 126 features the art of 14 Gunnison Valley artists along with a few other Colorado artists. Join us for an evening of art and meeting the artists.
100 N. Main St. — 970.642.4223

**CASTLE CREEK GUITARS**
An incredible selection of stringed instruments featuring our own custom resophonic guitar design, the Dobrato.
132 N. Main St. — 970.641.2747

**THE LOCAL MARKET & HANGOUT**
Local groceries and other local goods. Delicious food from our kitchen. Live music and local artists. Hydroponic garden.
213 N. Main St. — 970.641.3624

**CIRCUS TRAIN**
Open seven days a week: Games, StemToys and clothing. Fun is for everyone.
125 N. Main St. — 970.641.0635

**GUNNISON GALLERY**
Featuring "Retrospective Paintings" by Michael Bain, hand-blown glass by Chris Bain Design and photography by Ben Bain. Live Music by Drew Murdza and appetizers by Gunnison Vitamin.
124 N. Main St. — 970.641.6111

**INTO THE WOODS**
Unique gift emporium. It's autumn, try out our Flavor Burst ice cream.
135 N. Main — 970.641.7456

**THE TURQUOISE JUNCTION**
Specializing in Native American jewelry, pottery and artifacts.
125 N. Main St. — 970.641.3588

**DOUBLE SHOT CYCLERY**
Art, beer, coffee and bikes. Also featuring artwork by Dave Koz, David Scheefer and Devon Carrillo.
222 N. Main St. — 970.642.5411

**TANGO**
Tango strives to offer clothing with style, quality and beauty. Wear it — you are the art.
144 N. Main St. — 970.641.1488

**ROCKY MOUNTAIN FRAMES TROPHIES**
Featuring over 15 artists including: Dave Wingo (photography), Bill Folowell (oil paintings), Dave Kozlowski (photography), John Dyes (photo emulsion), Laurel Becker (jewelry). Music by Ron Kibler and friends, desserts from Mario's.
228 N. Main St. — 970.641.5033

**GUNNISON ARTS CENTER**
The Six Points Superstarz Fall Fest Art Show and Silent Auction beginning at 5 p.m and ending at 8 p.m. in the Main Gallery. Open Community Exhibition "Glow Show" in the Upper Gallery.
102 S. Main St. — 970.641.4029

**LUCILLE LUCAS GALLERY**
Featuring charcoals by Lucille Lucas, new works by pastelist Julie Miller and paintings by local Colorado artist Bren Corn, Happy Fowler, Dino Farnese and Horses by Katie Maher. Special one-time sale on Salvador Dali original lithographs, live music by Chris Coady and refreshments.
126 N. Main St. — 970.641.4100

**THE BEAN COFFEEHOUSE & EATERY**
Serving organic fair trade coffees, espresso, breakfast and lunch, crepes, smoothies, fresh juices and more.
120 N. Main St. — 970.641.2408

**THE TWISTED FORK**
Specializing in Asian fusion dining, local, organic ingredients and a great wine and cocktail selection.
206 N. Main St. — 970.641.1488

**BLACKSTOCK BISTRO**
American bistro style cuisine, speciality cocktails, full bar and wine list. Live music. Artists: Renata Sieck and Robert Cushman.
122 W. Tomichi Ave. — 970.641.4394

**MARIO'S PIZZA**
Join us during the Art Walk at Mario's Pizza and enjoy a complimentary glass of wine or beer with the FFAW brochure.
213 W. Tomichi Ave. — 970.641.1374

**SHERPA CAFE**
The Sherpa Cafe offers the unique flavors of Nepali and Indian foods with fresh ingredients, healthy portions and rich flavors.
323 E Tomichi Ave. — 970.641.7480

**HIGH ALPINE BREWERY**
Enjoy any of our house-made beers & live music by Alan and Issa beginning at 9 p.m. Local artwork is also on display.
228 N. Main St. — 970.541.5033




www.gunnisontimes.com
ONLINE ALL THE TIME!
GUNNISON COUNTRY TIMES



**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

**ARTIST PROFILE**



*Kate Gienapp*

Teresa Ely holds one of her art quilt creations.

# Love of art quilting takes root

## Ely's work portrays journey battling cancer

**Kate Gienapp**
*Special to the Times*

Teresa Ely has been sewing all her life, but she just recently finished crafting one of her first "art quilts."

The quilt has long, winding stitches on top of small strips of irregularly sized fabric to capture the essence of the receding forest floor. There are fabric trees too, sparse with leaves, and if you look closely, a silhouette of a woman can be seen striding into the patchwork forest floor.

"I was thinking how perfect it is for Breast Cancer Awareness Month," says Ely, reminding that October is Breast Cancer Awareness Month.

The woman walking through the woods represents Ely and her journey battling breast cancer. Ely was diagnosed with Stage 2B breast cancer in fall 2007 and received treatment including a lumpectomy, chemotherapy and radiation.

Ely's first art quilt depicts herself walking through the woods to represent her journey of fighting the disease. Her cancer diagnosis occurred in autumn, and the hues of her art quilt are made to match the fall colors at the beginning of her journey. Now, as a "thriving survivor" Ely hopes to make a companion piece to match her initial art quilt.

The companion quilt, already in the works, will show a clothed figure leaving the forest and entering a blooming meadow — a beautiful metaphor which Ely is making as a reminder for how lucky she is to be alive.

While working to complete one of her quilts, Ely also faced the difficulty of watching a close friend fight ocular cancer..

"I was going through that anxiety and that frustration and all that," explains Ely. "Here you are sort of reliving this journey, and your friend is going through it at the same time."

Despite the struggles, Ely finished her cancer treatment in spring 2008 and continues to make arts and crafts here in the Gunnison Valley — including wine charms, fun textured scarves and other fiber art creations.

"I realized how blessed my husband and I were," she explains. "And the fact that we did have health insurance, the fact that we had very supportive family and friends to help us through the process."

After Ely and her husband moved to Gunnison from the Denver area last fall, she quickly joined the Tuesday Night Quilters Group in Gunnison, she says.

Ely even participated in and produced one of the art tree quilts that were shown at the Gunnison Arts Center as a part of the "Branching Out" exhibit this past summer which featured quilts with trees.

"It's kind of interesting because I moved here and just had gotten to meet those gals (of Tuesday Night Quilters) and my nickname since I was a kid is 'Tree,'" she laughs.

Aside from creating quilts, Ely also makes and sells other crafts and volunteers at the nursing home making paper crafts, she says.

Ely, or Tree, sees satisfaction in sowing the seeds of artistic works and looks forward to other creative endeavors such as finally conquering water colors and making her own fabric prints.

"It brings things home to root," she smiles.



Ely shuffles through fabric that she uses to make her quilts.



**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Falcons

Continued from Page 24

the end zone from a taller receiver in the second overtime, preventing the Wolverines from scoring.

Highlands Ranch ran two plays and then Henning, a junior, booted the winning field goal on third down.

### Key players/statistics

Eller carried the ball 30 times for 277 yards and four touchdowns, including a 92-yard scoring scamper. Eller's second quarter, 30-yard touchdown capped a 99-yard drive and he scored the Falcons' touchdown in the first overtime on a 3-yard run.

Chaparral senior quarterback Taden Blaise hooked up twice with junior wide receiver Peyton Ross on fourth quarter touchdown passes to boost the Wolverines to a 21-21 tie. Blaise's 13-yard TD pass to Ross tied the game with 1:03 left in regulation on a fourth-and-eight play.

In the first overtime, Blaise threw a fourth-down 2-yard scoring pass to tight end Jacob Hawkins.

### They said it

"The delay was kind of a weird thing," Eller said. "We sat in the locker room for a while and made sure our bodies were ready when we came back out. When you go into overtime, you have to go in with a clear head. You have to stay positive and fight to win the game."

Chaparral coach Rod Dobbs thought the Wolverines had a touchdown in the second overtime that was knocked away by Bettini.

"I thought we had it," Dobbs said. "We played a lot better in the second half. We never gave up. We have to learn how to play better in situations."

Highlands Ranch coach Mark Robinson was confident going into overtime.

"I felt comfortable going into overtime that we could move the ball 10 yards," he said. "But I was worried because they had taller receivers going against our shorter corners. I was worried about that matchup. He (Bettini) made a really good athletic play in that second overtime.

"Once we got down there, I just knew that Henning kicks so many field goals and that's all he does for us is kick. I didn't want to risk it. The reason why we did that on third down was just in case we had a bad snap. We could down it and still be safe and kick it again."

Robinson hinted that the Wildcat will be an occasional formation.

"It gives us one more gap on the line and hopefully gets the defense out of position so he can run the ball. It's one of those things that we're probably not going to be able to live off of but it's something we can use periodically."

### Going forward

Highlands Ranch (2-1) goes to Regis Jesuit for a Sept. 23 non-conference game, while Chaparral (1-2) faces Parker rival Legend in a Sept. 22 contest at Echo Park Automotive Stadium.



Chaparral's KJ Phillips breaks through for some daylight as numerous Highlands Ranch defenders are closing in. *Photo by Paul DiSalvo*

# Benton

Continued from Page 24

Major club, which won the Regis Twisted Wrister tournament on Sept. 17.

The Castle View/Arapahoe team, made up of players 18 and under, was coached by Tim Walsh and notched a 2-1 title victory over Westminster Hyland Hills.

### Valor softball to face tests

Thomas Jefferson and Valor Christian, two undefeated softball teams, played Sept. 17 in Highlands Ranch.

Valor improved to 11-0 with another mercy-rule win and downed the Spartans (12-1) in a 12-2 non-league victory.

In 11 games, the Eagles have outscored opponents 122-5 and coach Dave Atencio isn't concerned that Valor hasn't been tested yet.

With Jeffco 4A league play starting, the Eagles play Wheat Ridge Sept. 22 and the Farmers were the only team to beat state champion Valor last season.

"Our kids continue to play with poise and with determination," Atencio said. "We start league play against rival Wheat Ridge. They are a formidable program and will give us all we can handle. D'Evelyn and Mullen will also be tough for us."

### Nance goes out on top

Coach Ralph Nance, who helped Faith Christian win the Class 3A baseball championship last spring, announced his retirement as baseball coach but will remain as the Eagles' football coach.

Jim Polson was hired to replace Nance as baseball coach. Polson has coached as an assistant at Pomona, Ralston Valley, Fairview and Mountain Range.

*Jim Benton is a sports writer for Colorado Community Media. He has been covering sports in the Denver area since 1968. He can be reached at jbenton@coloradocommunitymedia.com or at 303-566-4083.*



# Harvest Day

**Celebrate Fall Harvest Traditions**

Saturday, September 24th 10 am to 3 pm



**FREE PARKING AND ADMISSIONS SPONSORED BY** MURDOCH'S



Loads of Family Fun!
Pumpkins, Pumpkins, Pumpkins!
Livestock
Honey Harvest
Bake Sale
Agricultural Exhibits and Vendors
Concessions
And more!

**Thank you Top Hand Sponsors**

   

**CALF's Lowell Ranch**
Three miles south of Castle Rock • EAST frontage Road
2330 S. I-25, Castle Rock, CO 80104
www.thecalf.org • 303-688-1026

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**