# Fundraiser helps people get fit for a cause

**Workout event benefits fitness program for at-risk young people**

**By Kyle Harding**
kharding@coloradocommunitymedia.com

Like every week, a gym tucked away in an industrial area between Santa Fe Drive and the South Platte River was the setting for an early Saturday morning workout.

Unlike the week before or the week after, getting fit wasn't the only purpose of the workout.

About 40 people came to FIT Littleton on Sept. 24 to take part in the final installment of Tour De Fit, a series of workout fundraisers that FIT Gyms held at its four locations beginning in June.

The Littleton event benefitted Steve's Club, a New Jersey-based non-profit organization that partners with Crossfit gyms across the country to offer fitness classes to at-risk youths.

"It gives the kids a chance to get out of their regular day," said Jason Kelly, who offers Steve's Club classes at his gym, Crossfit Broadway in Denver.

FIT Littleton manager Aaron Varcasio said he wanted Steve's Club to be the beneficiary of the workout because he wants to help at-risk youths. The first Tour de Fit, held in June at FIT Park Meadows in Lone Tree, benefitted gym member Kristin Hopkins of Highlands Ranch, a double amputee raising money for a new set of prosthetics. FIT Thornton held an event in July to raised money for Neverthirst, a charity that aims to provide fresh water in developing nations, In August, FIT Loveland held one to raise money for a local school lunch program.

FIT Gyms owner Nathan Lemon said about $16,000 was raised by all four events.

"It's surprisingly larger than I expected," Lemon said about the Littleton event.



**Above: Tour de Fit participants run along the Mary Carter Greenway Trail to warm up for the event.**

**Left: Shawn Maloy of Littleton does box jumps during one of the exercises for FIT Littleton's Tour de Fit.**
*Photos by Kyle Harding*





## FRONT RANGE KUBOTA
### 7983 Cherrywood Loop, Kiowa, CO 80117
### 303-625-9811

20% Down, 0% A.P.R. financing for up to 84 months on new Kubota BX, B (excluding B26), L (excluding L39/L45/L47), M (excluding M59/M62), MH/M7, RB, DMC, DM, RA & TE Series Equipment is available to qualified purchasers from participating dealers' in-stock inventory through 12/31/2016. Example: A 84-month monthly installment repayment term at 0% A.P.R. requires 84 payments of $11.90 per $1,000 financed. 0% A.P.R. interest is available to customers if no dealer documentation preparation fee is charged. Dealer charge for document preparation fee shall be in accordance with state laws. Inclusion of ineligible equipment may result in a higher blended A.P.R. 0% A.P.R. and low rate financing may not be available with customer instant rebate offers. Financing is available through Kubota Credit Corporation, U.S.A., 3401 Del Amo Blvd., Torrance, CA 90503; subject to credit approval. Some exceptions apply. Offer expires 12/31/2016. See us for details on these and other low-rate options or go to www.kubota.com for more information.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com

# Johnson makes first stop in Colorado

### Libertarian candidate draws capacity crowd at CU South Denver

**By Kyle Harding**
kharding@coloradocommunitymedia.com

In his first campaign stop in Colorado, Libertarian presidential candidate Gary Johnson tried to chart a course for libertarianism as a centrist position rather than one at the fringes of politics.

"I think my stance on the issues is actually reflective of most Americans," the former Republican governor of New Mexico repeated several times to reporters as well as to the crowd at his Oct. 3 rally at CU South Denver, just west of Parker.

"That being: fiscally conservative, socially inclusive, skeptical of wars, skeptical of military interventions, regime change and supporting free markets," he continued.

Johnson noted that he and his running mate, former Massachusetts Gov. Bill Weld, were both re-elected as Republican governors in Democratic-majority states.

Johnson has polled well in Colorado, the birthplace of the national Libertarian Party, where the leading presidential candidates, Democrat Hillary Clinton and Republican Donald Trump, are unpopular. He received 1.38 percent of the state's vote in 2012, and in a CNN poll conducted Sept. 20-25 he got 13 percent among likely voters.

Johnson used the rally to hit Trump on two of his signature issues of restricting immigration and free trade, criticize Clinton on her record of supporting military interventions as a senator and the secretary of state, and praise Colorado for embracing personal freedom by legalizing marijuana.

Mentions of the Commission on Presidential Debates, which says candidates must poll an average of 15 percent in five pre-selected national polls, drew boos from the crowd, which Johnson joined.

"I am actually polling higher than Ross Perot was polling when he was allowed into the debates," he said, referencing the independent candidate who received nearly 19 percent of the nationwide popular vote in 1992.

He also pushed back against the idea that voting for third-party candidate is a wasted vote.

"A wasted vote is voting for somebody you don't believe in," he said.

Johnson addressed his recent gaffes — not recognizing the city of Aleppo in Syria or being able to name a foreign leader he admires — and the idea that he is an unserious candidate for voters concerned about foreign policy by saying that other politicians who can name foreign leaders or citizens have gotten the U.S. involved in military entanglements in the Middle East.

"We arm the Free Syrian Army, those arms end up in the hands of the Islamists," he said. "We support the Kurds against the Islamists but the Kurds are sideways with our Turkish allies, who aren't such good allies since we invaded Iraq," he said.

Johnson said it should be as easy as possible to immigrate to



Libertarian presidential candidate Gary Johnson drew a crowd of about 1,000 to CU South Denver on Oct. 3. The former governor of New Mexico made his pitch to disaffected Republicans and Democrats, saying he believes most Americans broadly agree with his ideas. *Photos by Kyle Harding*

find a better life.

"I recognized in 2012 that 30 percent of Republicans believe the scourge of the earth is Mexican immigration, and it is my voice in 2012 saying this is a political bogeyman," he said. "It doesn't exist. It's made up. Immigration is really a good thing."

"The main reason that there are 11 million undocumented workers in this country is because you can't get a work visa," he continued.

While Johnson made his pitch to defectors on both sides of the aisle by acknowledging a need for a social safety net, a national defense and a discussion of how to keep guns out of the hands of the mentally ill, he also threw out red meat for the Libertarian faithful with harsh criticism of the government's monetary policy, surveillance and criminal justice.

To cheers, he announced that, based on what he knows, he would pardon NSA whistleblower Edward Snowden and said that he believes drug prohibition drives violence.

People at the rally sported shirts or buttons with a wide variety of unofficial campaign slogans, including "Make America Sane Again."

Nolon Cochron, of Milliken, wearing a "Veterans for Johnson" T-shirt, said that he came to the Libertarian Party from the conservative side and the biggest issue for him is scandals within the Department of Veterans Affairs.

"I've heard both parties want to take care of veterans and when they say they want to take care of veterans, I haven't seen it," the Marine Corps veteran said.

Unlike many Johnson supporters, Cochron, 35, does not consider himself to be completely anti-war.

"I'm not a radical Libertarian," he said.

Coming from the other end of the political spectrum was Sam Short of Fountain, a former Bernie Sanders backer.

"I stand very much where (Johnson) stands with personal liberties," said Short, 23, who registered as a Democrat to support Sanders but said that he will switch his affiliation to the Libertarian Party.

Johnson knows the presidency isn't in the cards for a third-party candidate. But he described his end-game before the rally.

"To ruin the two-party system," he said.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



**The Littleton Symphony Orchestra**

*Jurgen de Lemos, Music Director and Conductor*
*Presents*

*Colossal Classics and Surprising Concertos:*

**The Planets**

*with Sean Hennessy, Trumpet*

**Friday, October 14, 2016 at 7:30 pm**

**Littleton United Methodist Church**
**5894 South Datura Street**

**Mozart:**
**Jupiter Symphony Finale**

**Arutiunian:**
**Trumpet Concerto**

**Holst:**
**The Planets**

LITTLETON SYMPHONY Orchestra

**$18 Adults • $15 Seniors**
**Youth 21 and under FREE**
**www.littletonsymphony.org or call 303-933-6824**



Rachael Goldstein and Morgan Miller, seniors at Mountain Vista High School, hope to pursue careers as teachers.
*Photos by Mike DiFerdinando*



Mark Newton, a journalism teacher at Mountain Vista High School in Highlands Ranch, created an innovative scholarship program for students who want to teach.

# Scholarship program helps future teachers

**Educators at Mountain Vista will donate $1 for each year they have taught**

By Mike DiFerdinando
mdiferdinando@coloradocommunitymedia.com

Morgan Miller, a senior at Mountain Vista High School, has hopes of becoming a special education teacher one day.

"Since I was about 10 years old, I have been volunteering and working in classrooms with students who have disabilities," Miller said. "So it's been a passion of mine."

Mountain Vista journalism teacher Mark Newton has come up with a way to help students like Miller, who want to be teachers, achieve those goals.

Under Newton's plan, each teacher at the school would contribute $1 to the scholarship for each year they have taught.

"It really came from this discussion I've been having with my students about why we do what we do," Newton said. "The idea became 'If it's so important, why aren't we personally articulating what we really believe in?' Let's really walk the walk and talk the talk."

The idea has already spread quickly, and even former teachers and community members are asking to donate, Newton said. Dozens of teachers at the school have already contributed.

The guidelines to apply and specific scholarship amounts are still to be determined, but Newton said the first scholarships would be given to seniors at the end of this school year.

Principal Mike Weaver, who spent 17 years as a classroom teacher, said he has also heard interest from other schools in the district that want to emulate the program.

"Mark came to me with the idea and I immediately thought it was great," Weaver said. "It's going to compound pretty quickly based on a few of us who have been around for a while."

When teachers see students who show an interest in the profession, Newton said they have an obligation to encourage them to pursue the path.

"When your see someone really good with kids, and you see someone with a really good heart who wants to do what you're doing, it's awesome," Newton said. "It makes you feel like your job is worthy of everything that sometimes makes it hard."

Since 2010, the number of teachers, principals and education service providers completing programs at Colorado colleges and universities has declined 23 percent, according to a 2016 report by the Colorado Department of Higher Education.

The number of students enrolling in education programs at colleges and universities also has dropped by 24 percent, according to the report.

Rachael Goldstein, a Mountain Vista senior, wants to teach elementary school one day.

"I just have a passion for children," Goldstein said. "Through babysitting and some teaching internships, I just know that I have a passion for kids. I love them a lot, so why not make it a career? I've had teachers that have inspired me and I want to be as good as them (and) inspire other people."

Goldstein and Miller are excited about the new scholarship and plan to apply.

"It's amazing," Goldstein said. "Teaching isn't looked at the same way as being a doctor or a lawyer. I think teaching is really undervalued in our society, and for them to acknowledge that and make a scholarship for it, is a really great idea."



**VOTE Yes on 4B!**

**SCFD**
Scientific & Cultural Facilities District

*Photo courtesy of Parker Arts*

**Renew the SCFD ~ Culture for All**

• 300 cultural gems in the metro region — including **Cherokee Ranch and Castle Foundation, Highlands Ranch Cultural Affairs, Lone Tree Arts Center, Parker Arts Council** and nearly 300 more
• Educational experiences for 4.25 million children
• More than 100 Free Days each year
• A $1.8 billion boost to our regional economy

**Endorsed by** Lone Tree City Council and former Mayor Jim Gunning, Parker Town Council and Mayor Mike Waid, Douglas County Commissioners, South Metro Denver Chamber of Commerce and hundreds more

*To "be 4" Culture – start at the bottom of your ballot and Vote Yes on 4B!*
*Visit www.YesOnSCFD.com to learn more.*
Paid for by Citizens for Arts to Zoo

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.
A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.
**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

tinue to work hard for rural Colorado, which too often is overshadowed by the more populous Eastern Slope cities. She pointed out her opponent, Scott Tipton, Congress.com. Schwartz and Tipton had their first debate on September 10 in Grand Junction, and on October 20 they will debate each other in Pueblo.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

**COMBINED NOTICE - PUBLICATION**
CRS §38-38-103 FORECLOSURE SALE NO. 2016-12

(Foreclosure notice regarding Deed of Trust — Original Grantor: Dale Lucero; Original Beneficiary: United States of America, acting through the Farmers Home Administration, United States Department of Agriculture; Current Holder of Evidence of Debt: United States of America, acting through the Rural Housing Service, as successor in interest to The Farmers Home Administration, United States Department of Agriculture. Date of Deed of Trust: January 24, 1991. County of Recording: Huerfano. Recording Date: January 28, 1991. Reception No. 312214, Book 391, Page 652. Original Principal Amount: $44,500.00. Outstanding Principal Balance: $34,391.59.)

LOTS 9 AND 10, BLOCK 3, WELSBY ADDITION TO THE CITY OF WALSENBURG, HUERFANO COUNTY, COLORADO.
Also known by street and number as: 321 ELDER, WALSENBURG, CO 81089.

First Publication: 9/1/2016
Last Publication: 9/29/2016
Name of Publication: Huerfano World Journal

DATE: 06/29/2016
Debra J. Reynolds, Public Trustee in and for the County of Huerfano, State of Colorado
/s/ Debra J. Reynolds
By: Debra J. Reynolds, Public Trustee

Attorney: Douglas W. Brown #10429; Neal K. Dunning #10181
Brown, Berardini, Dunning & Walker, PC 7000 South Colorado Blvd., Tower Two, Suite 700, Denver, CO 80222 (303) 329-3363
Attorney File # 3629-006



(A similar prior foreclosure notice for William J. Ballas / Wells Fargo, Attorney File # TOWNER, appears above with First Publication 9/1/2016, Last Publication 9/29/2016, DATE: 06/27/2016.)

---

### Seeking Bids:
Huerfano School District RE-1 is seeking bids for the following three items: a disc/plow, a 1990 Geo Metro, and a tractor blade. Bids will be taken until noon on September 29, 2016. Please contact Gary Vigil at the Bus Garage (719)738-1330 for details.

### Huerfano County – Excess Property Auction
The Huerfano County Board of County Commissioners has identified the following parcels of property in Rio Cucharas Subdivision as excess property and is offering the parcels to the highest bidder over the minimum bid of $500.00 per parcel. Anyone interested in any of the parcels are invited to submit a sealed bid for each individual parcel. Each envelope must contain only one bid. Sealed Bids will be accepted until 2:00 pm on Friday, October 28, 2016 at 401 Main Street, Suite 201, Walsenburg, CO 81089. Bids must be sealed with the Parcel Identification number, Lot number and Filing number typed or hand printed on the outside of the envelope. It is the bidder's responsibility to confirm that the parcel listed is actually owned by Huerfano County. Transfer of ownership will be by Tax Deed. Successful bidder will be responsible for all transfer fees.
The Huerfano County Commissioners reserve the right to refuse any and all bids.

| PARCEL NUMBER | LOT NUMBER | FILING NUMBER |
|---|---|---|
| 3676535 | 89 | 1 |
| 239345 | 200 | 1 |
| 473689 | 174 | 1 |

Pictured is one of the cars that was shown during the Labor Day Parade in Trinidad, one of many featured at this year's demolition derby. Follow the link on Eventbrite to buy your pre-sale tickets online: https://www.eventbrite.com *Photo David J. Santistevan Jr.*

members at the budget work-shop agreed a full or part number of hours the visitor center is open and including a director of tourism. *Photo by Edie Flanagin.*

by David J. Santistevan, Jr.
TRINIDAD — Trinidad & Las Animas County, get ready to hear some loud engines roar, and some cars and trucks bang'n and smash'n as the Kiwanis Club of Trinidad gets set to host its 2nd Annual Demolition Derby in Trinidad, at the Las Animas County Fairgrounds. The fun starts at 2 pm Saturday October 1.

"I really thought something like this might work in Trinidad after I went to a demolition derby in Pueblo," event organizer Brian Blasi of the Kiwanis Club of Trinidad said. "The event was cool and I thought it was a great was to raise money for our Trinidad Kiwanis Club; it gives our community a family event and something to go see."

Blasi pitched this crazy idea at the local Kiwanis Club about two years ago, hoping to use a fun event like a demo day to raise money for Kiwanis Kids Sponsored and Run Programs. Blasi first wanted to do a Fourth of July fundraiser fireworks event, but that was already in works, so he thought about the next best thing.

"I was talking to my cousins out in Kansas and found out their uncle put on demolition derbies, so I contacted him, and he gave me all the info on how to run one. Then I asked the Kiwanis Club to support it, and they did." About 1,000 watched last year's derby.

The event hires a contractor who puts on demo derbies in the area. All cars in the event are inspected and judged to make sure they're safe for all competitors and spectators. There are four divisions: the mini-car division, the regular car division, the truck and SUV division, and the Powder Puff division, a women's race." Last year there were 44 cars, and Blasi expects a lot more to participate in this year's event.

Blasi added, "Along with the four divisions from last year we are going to add a mini truck division this year. Also, drivers didn't know what to expect, being that it was our first derby, but this year the drivers will bring two or three cars helping make the event bigger and better to watch."

Kiwanis Club organizers will partner with local fire departments and the Trinidad Ambulance District to make sure they're on site for the whole event. Blasi noted, "We have about 25 Kiwanis volunteers, community volunteers, and numbers sponsors who are helping put the track together and removing the cars."

Blasi added, "Our Kiwanis Club has been so supportive. The members have done a great job of organizing, getting sponsors, and promoting the event both years. They all have worked hard to put this on for the community and I thank them for their dedication and hard work. People in town told us they didn't know what this was or what to expect, but the feedback was great and we expect a lot more tickets to be sold. What a great way to bring people here to our community and promote our community."

Tickets on pre-sale are $10, or get them the day of the event for $15. Parking is $2. For more information, go to The Kiwanis Club of Trinidad Event Facebook page www.facebook.com/trinidadkiwanis/?fref=nf or e-mail Brian Blasi at blasi.brian@mail.com. Call Brian at 719-253-2163.

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

---

## INSURANCE CONCERNS?
If you have questions, we have answers.
If you have concerns, we have solutions.
•Retirement Planning •Life •Health
•Long Term Care

DAICO
Insurance Consulting
www.davidtesitor.com

**David Tesitor, CLU**
Call 719-738-6830 or 1-877-TESITOR for an appointment at 505 Main St in Walsenburg and now in Trinidad at 136 W. Main St.

---



## Vote YES on ballot issue 3A

**True or false? Homeschooling families don't need to support Huerfano Ballot Initiative 3A.**

FALSE. Homeschooled children are welcome to participate in RE-1 schools' extracurricular activities like art, concert band, marching band, rock band, choir, drum line, sports teams, and outdoors club.
It is a great way to supplement your children's educations, but the district needs money to keep these programs going. The Huerfano RE-1 Schools Foundation is organizing canvassing efforts for ballot initiative 3A.
Vote YES on 3A. It's for our children

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

# Commissioners show support for regional tourism

by Eric Mullens
WALSENBURG — During the regular meeting of the Huerfano County Commissioners Tuesday, the board heard from Debra Malone representing Southern Rockies Crossroads to Culture.

Malone explained the tourism group's south central district covers Trinidad (Las Animas), Huerfano, Custer, Pueblo and Fremont counties and are looking to expand services via a Colorado Tourism Office 50/50 matching grant. "Tourism is important to us, to Huerfano County's economy," Malone said. She said over the past couple of years the number of people going to tourism websites and looking up information on Huerfano County has grown. She said the multiple county group has plans to put the grant funds to good use over the next three years with a new updated and interactive website; a regional tourism summit and informative signage project that is already underway.

The commissioners voted unanimously to support the group's efforts with a $2,500 commitment in 2017 and a letter of support that will reflect the county's financial participation that will be included in the tourism group's grant application.

The commissioners tabled, for one week, a conditional use permit application by Thomas MacLeod, who lives in Rio Cuchara Phase II, for a private medical marijuana grow. While both the planning commission and the county land use office recommended approval, with nearly identical routine conditions, they differed on an approved plant count. MacLeod has all of the necessary state medical marijuana registry already in place, which allows for 99 plants. The land use office recommended the CUP only allow 36 plants, while the planning commission recommended 99. The commissioners put off a decision for one week so they may consult with staff over the plant count recommendation discrepancy.

The applicant said his modular home is 'off grid' utilizing generators and solar for power and a cistern for water. Water may also be an issue, with the commissioners asking what his source was. He said he is currently buying it from Walsenburg 'off the wall'. He was asked if that source became unavailable what he would do. He said if that happened he would probably buy the water from the Gardner facility. He was reminded by the commissioners that water is not allowed for marijuana cultivation.

MacLeod told the commissioners he plans to make an edible product for his own personal use.

In other business:
The commissioners heard from CSU Extension Agent Carl Beeman that the county fair in Huerfano was a success with approximately $100,000 raised from the livestock sale. Beeman took part helping out the Beulah wildfire situation in Pueblo County Monday, until the early hours Tuesday morning, working at the state fairgrounds to assist with any large animal relocations that were necessary.

The commissioners passed Resolution 16-103 which marks Sunday, October 9, 2016 as Mario P. Amidei Day in Huerfano County in recognition of his service as a Gunner's Mate III in the U.S. Navy. Amidei served on the USS Pine Island AV12, a Navy tender ship.



Mario P. Amidei (second from right) was honored by the Huerfano County Commissioners Tuesday for his U.S. Navy service as a Gunner's Mate aboard the USS Pine Island. Also pictured from left; Commissioners Gerald Cisneros, Ray Garcia and Max Vezzani.

**Pieces of My Heart**
Mountain and Lodge Décor, Handcrafted and Upcycled Items, and Event Planning

620-355-8168
Located in the
Country Store
on the Boardwalk
in downtown Cuchara

34 Cuchara Ave. East
OPEN for the Season

**SPANISH PEAKS INN**
TAVERN * GRILL * RV PARK

Saturday, Oct. 6- Turning Point
Dance 8pm - Midnight $5 cover

GULNARE
719-941-4288


than as non-participants. The breakdown was 29 at class, including P.E. crude reading in every include more cameras, motion detectors, and sen-

# When did you buy your home?

If it was more than 8 years ago, and you haven't refinanced your mortgage...



# it's time.

Reduce your interest rate. Lower your payment.

**Mike McMillan,** President, C.E.O.

## 719-846-2257
**Call or stop in and apply, today!**

*Local people helping local people...*



*...since 1903*  FDIC

**CENTURY**  233 E. Main, Trinidad, CO
719-846-2257
NMLS #407983
**SAVINGS & LOAN ASSOCIATION**

# FETCH THE NEWS.



We bring it to you every week, rain or shine.
Or, read it daily, at www.huerfanoworldjournal.com

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

# Mall

*Continued from Page 1*

of the chamber's 820 members are in the Colorado Mills and Denver West area, including the Stevenson auto dealerships and Yard House.

"The area is a very big economic driver," she said. "From the chamber's standpoint, we love having them there."

Colorado Mills will continue to work with local businesses to ensure the mall retains that hometown feel," Cleary said. "We want customers to have a unique experience with shops besides the national brands."

Colorado Community Media visited three of Colorado Mills' local businesses to see what they bring to the mall and how they fit into the culture.

### A Borgata

A Borgata specializes in products and crafts from local artisans — everything from candles to clothing and artwork to Colorado-themed gifts. Store owner Pennie Gaudi worked in the corporate arena for years before deciding to sell everything and start her own business.

"We started with the work of 50 artisans, and now work with more than 300 between Colorado Mills, Conifer and Cañon City," she said. "I did a lot of recruiting with artists and going to galleries to see who the best people to work with would be."

A Borgata is all about the artisans and the customers, Gaudi said. At the Mills shop, Gaudi works with 130 artists and said it feels like she's helped start 130 businesses in one.

"The biggest selling point for us is that the items are local," she said. "Here at the mall, we've seen a two to five percent sales increase per month."

### Cleveland Creek

Cleveland Creek is owned by Geoff Cleveland and brings home-built wood furniture and rustic décor to the mall. All the furniture is made by Cleveland (with the help of his wife and children) from standing dead aspen, juniper and pine, and reclaimed wood.

"We harvest our own wood and do all the building ourselves," Cleveland said. "From cutting down the wood to the final product, it's all us. And if we can't build it, we find it local."

Cleveland Creek started as a wholesale retailer about 15 years ago, before switching to primarily retail. The business has been in the mall for about nine years. Cleveland said the biggest challenge is also the biggest benefit — location.

"We've had to move to five different spots in the mall, which can make it hard for customers to find us," Cleveland said. "At the same time, we get a lot of walk-by traffic, and being right off I-70 is great because we have a lot of customers who are on the way to the mountains."

### Kataluma Chai

Kataluma Chai's specialty is right there in the name. The café sells coffee and some baked goods, but the chai is where it shines, said 24-year-old owner Mailie Medina. She started out as a barista at Kataluma, and worked there for 12 years before taking over ownership a year ago.



Mailie Medina, owner of Kataluma Chai in the Colorado Mills mall, makes one of the company's chai specialties for a customer. *Photo by Clarke Reader*

"We have hundreds of chai flavors here that we make ourselves," she said. "We can do it any way the customer — hot, iced, blended and even milkshakes."

Kataluma has been in the mall since the year after it opened in 2002, and has built up a loyal customer base who like the taste and supporting a local business.

"I think Colorado is one of the best places to be an independent business," Medina said. "People are so eager to support local that getting support for your business isn't too difficult."

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

## RTD PUBLIC MEETINGS
Proposed Winter 2016/2017 Service Changes

### We want your input
Please plan to attend a public meeting.

**Stapleton**
Stapleton Development Corp
Community Hub
8230 Northfield Boulevard, #1350
(Next to Cowboys Saloon)
**Monday, September 26, 2016**
**6:00 p.m.**

**Lakewood**
Clements Center
1580 Yarrow Street
**Monday, September 26, 2016**
**6:00 p.m.**

**Ken Caryl Ranch**
Ken Caryl Ranch House
7676 S. Continental Divide Rd,
Bradford Room
**Thursday, September 29, 2016**
**6:00 p.m.**

**Brighton**
Brighton Recreation Center
555 North 11th Avenue,
Room 101
**Thursday, September 29, 2016**
**6:00 p.m.**

**Aurora**
Aurora Central Library
Large Community Room
14949 E. Alameda Parkway
**Monday, October 3, 2016**
**6:00 p.m.**

**Highlands Ranch**
Recreation Center at Southridge
4800 McArthur Ranch Road
**Wednesday, October 5, 2016**
**6:00 p.m.**

**Denver**
RTD Administrative Offices
1600 Blake Street, Rooms T&D
**Thursday, October 6, 2016**
**Noon and 6:00 p.m.**

RTD has scheduled public meetings to discuss service changes proposed for Winter 2016/2017. For upcoming details on these changes visit rtd-denver.com

***

Para información en español, llame al 303.299.6000 y pida hablar con un operador en español.

**Access-a-Ride**
Routes with service improvements or reductions may impact ADA Access-a-Ride service availability.



Regional Transportation District
303.299.6000 | rtd-denver.com

