# A meditation on the beginning of autumn

Driving to and from work every day the past couple of weeks has been a daily demonstration of why autumn is Colorado's best season — blue skies, early dustings of snow on the higher mountains, and a rippling palette of green, yellow, orange and red.

With the right music, these sights just sing.

The transition from summer to autumn heralds some big stylistic changes for me. I trade all the brashness of summer sounds for bittersweet acoustic guitars, pianos and vocal harmonies. Whereas summer is about brightness — from big horn lines to danceable synths and rhythms — autumn is more introspective and quiet.

This embracing of melancholy seems fitting to me, since autumn is often such a swift season in our state. It has barely arrived before branches are bare and we're shoveling snow. I have so many memories of Halloweens spoiled by the year's first snowstorm.

Of course, one of the most common complaints about the summer-to-fall transition is the cooling temperatures. It means winter is just around the corner, and you can't go outside in anything less than jeans, boots and a sweater. But these cooler temperatures and gray days are why the warmth and intimacy of an acoustic guitar is so welcome.



**Clarke Reader**

**LINER NOTES**

Records made by a small group of people in a room, notes you can actually hear being plucked always sound more like home. I can't imagine a better soundtrack to the season than Nick Drake or Fleet Foxes' staggeringly pretty approaches to folk music. They're like warm musical blankets.

It's easy to get gloomy this time of year, especially with the aforementioned weather and the desolate-looking scenery. Add in longer nights, and it's understandable why some people get seasonal affective disorder around autumn.

Many of us spend much time and money trying to avoid sadness, which, let's be honest, is an impossible task. Autumn shows us the incredible beauty and regenerative nature of sorrow. The right soundtrack does the same thing.

I have always loved sad songs more than any other — I find solace in music that embraces life's somber moments. Put on songs like Bob Dylan's "If You See Her, Say Hello," or Zac Brown Band's "Cold Weather," and really snuggle into the sadness. There's a lot of beauty to be heard.

Music certainly won't cure you from any melancholy, but it's the best way I know to get through it — and even, maybe, benefit from those feelings.

> **CLARKE'S ALBUM OF THE WEEK**
>
> **Selection**: Beach Slang's "A Loud Bash of Teenage Feelings," released on Polyvinyl Records.
>
> **Review**: Less than a year after their raucous debut, Beach Slang is back with another album of fuzzy guitars and big-hearted feelings. This time the group turns its attention to the inspiring and lamentable travails of falling in and out of love, and succeed as only rock music can. You'll be crying and jumping along.
>
> **Favorite song:** "The Perfect High"
>
> **Favorite turn of phrase:** "I got a halo on my heart."
>
> — from "Spin the Dial"

So, as you're putting away your summer clothes, my advice is to do the same for your summer music. Pull out what makes you feel warm and comfortable — something that feels lived in and welcoming. It will have to last you through winter.

*Clarke Reader's column on how music connects to our lives appears every other week. A community editor with Colorado Community Media, he is more than ready for an autumn of sad songs. Check out his music blog at calmacil20.blogspot.com. And share your favorite autumn music at creader@coloradocommunitymedia.com.*

# Arvada Center begins Black Box season

### French classic 'Tartuffe' skewers power of frauds

**By Clarke Reader**
*creader@coloradocommunitymedia.com*

The Arvada Center is kicking off its Black Box season by tapping into two long-held theatrical traditions.

The first is hiring an ensemble company of actors, directors and designers who will put on all four of the season's Black Box productions. And the second is beginning the season with Molière's classic comedy, "Tartuffe."

"'Tartuffe' is a great play to start the season, because every character in it has a moment to shine," said director Lynne Collins. "It's a fabulous play that is both very timely and timeless."

The show runs at the center, 6901 Wadsworth Blvd., Sept. 30 through Nov. 6. Performances are 7:30 p.m. Thursday through Saturday, 1 p.m. Wednesday and 2 p.m. Sunday. Audience engagement events, including insiders' talkbacks and chats with the cast, are held through the run of the production.

"Tartuffe," translated from French by Richard Wilbur, is a satire about frauds and the power they can manage to wield. It focuses on the wealthy family of Orgon (Sam Gregory), and what happens when fraudulent holy man Tartuffe (Michael Morgan) comes into their lives. Tartuffe professes he's there to show the pathway to salvation, but really he's out to wed Orgon's daughter Mariane (Emily Van Fleet), seduce his wife Elmire (Kate Gleason) and abscond with the family fortune. To counter this, Orgon's family launches a plan of their own.

"High jinks and hilarity ensues," Van Fleet said. "It's very farcical, and there are a lot of big, silly characters to laugh with."

The laughs will be coming at the audience fast and frequently, and many of the tropes and stereotypes will be familiar to modern audiences.

"It's been a very joyful room putting this together," Gregory said. "There are moments when we have to stop because we're laughing so hard."

*Tartuffe continues on Page 22*

> **IF YOU GO**
>
> **WHAT:** "Tartuffe"
>
> **WHERE:** Arvada Center
> 6901 Wadsworth Blvd., Arvada
>
> **WHEN:** Sept. 30 through Nov. 6
> Thursday - Saturday - 7:30 p.m.
> Wednesday - 1 p.m.
> Sunday - 2 p.m.
>
> **COST:** $45
>
> **INFORMATION:** 720-898-7200 or visit www.arvadacenter.org



**The Arvada Center starts its Black Box theater season with the French classic "Tartuffe." The play tells the hilarious story of Orgon (Sam Gregory, left), a wealthy man who falls under the spell of fake holy man Tartuffe (Michael Morgan).** *Courtesy of Arvada Center*

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com

**Youth advocacy workshop**

Youth are invited to join Breathe Easy Team students in a youth advocacy workshop from 9 a.m. to 1:30 p.m. Oct. 8 at the Jefferson County Courts and Administration Building, 100 Jefferson County Parkway, Golden.

Sponsored by Jefferson County Public Health, the annual workshop includes skill-building activities and leadership training to support the Breathe Easy Team in advocacy and outreach efforts throughout the school year. This year's workshop will also include lessons on policy change, social justice, professionalism and public speaking.

For more information, contact Zach Dunlop at zdunlop@jeffco.us or 303-239-7169.

**League of Women Voters' holiday show**

Deadline to purchase tickets for the League of Women Voters of Jefferson County's holiday show is Oct. 14.

The show to be presented is "I'll Be Home for Christmas," and it takes place at 2 p.m. Nov. 19 at the Arvada Center, 6901 Wadsworth Blvd.

Tickets cost $40 each. To purchase tickets, mail a check to the League of Women Voters Jeffco, 1425 Brentwood, Suite 7, Lakewood, CO, 80214. Make the check payable to LWV Jeffco. Also include your name, telephone number, email address and the number of tickets you want. Tickets will be picked up at the event.

The holiday show is a fundraiser for the League of Women Voters of Jefferson County. Seating is limited.

For more information, contact the event's chair, Chyrl Hofsetz, at 303-979-4162 or 303-238-0032.

**Beautiful Junk Sale**

The Action Center's Fall Beautiful Junk Sale takes place 8:30 a.m. to 7 p.m. Oct. 14 and 8 a.m. to 4 p.m. Oct. 15 at the Jefferson County Fairgrounds, 15200 W. 6th Ave., Golden.

The sale offers 10,500 square feet of jewelry, collectibles, vintage odds-and-ends, household items, sporting goods, holiday decor, kitchen gadgets and more.

General admission is $4 for people s16 and older. Anyone who brings two or more non-perishable food donations will receive $1 off of admission.

Early-bird shopping takes place at 7 a.m. Oct. 14. Admission is $30 and is valid for Saturday.

For more information, visit www.theactioncenterco.org.

**Pet first aid and CPR class**

The Foothills Animal Shelter is putting on a pet first aid and CPR class from 8:30 a.m. to 1:30 p.m. Oct.15 at the shelter, 580 McIntyre St., Golden.

Attendees will learn canine and feline CPR; rescue breathing; injury and wellness assessment; seizure, choking and injury management; emergency preparedness; and much more.

Cost is $99 per person and includes classroom instruction, a pet first aid handbook and a certificate of completion. Pre-registration is required.

Certified veterinary technicians can receive 3.5 CE supportive credit hours through CACVT for attendance.

To learn more or register, visit www.foothillsanimalshelter.org.

**Exploring the Roundhouse at railroad museum**

The Colorado Railroad Museum's Exploring the Roundhouse will be offered from 10:30 a.m. to noon Oct. 15 at the museum, 17155 W. 44th Ave., Golden.

The event is limited to 20 openings. A reservation must be made by Oct. 12. Cost is $20 for members and $25 for non-members.

Attendees will get a unique, behind-the-scenes experience of the museum. The museum's master mechanic Mike Speara will show current projects the museum is working on and discuss the intricacies of train restoration.

To reserve a space or to learn more, visit www.coloradorailroadmuseum.org.

**West Side Live! show Oct. 15**

West Side Live! presents pianist Jacqueline Schwab and storyteller Susan Marie Frontczak at 7 p.m. Oct. 15 at the Jefferson Unitarian Church, 14350 W. 32nd Ave., Golden.

Schwab is pianist with a musical style that is a crossover between folk, traditional, classical and new-age. For her own improvisation work she pulls inspiration from the traditional music of England, Scotland, Ireland and America.

Frontczak is a speaker, writer, actor and storyteller who focuses on creating meaningful impact through story and metaphor.

Tickets cost $17 per person. They can be purchased at the Jefferson Unitarian Church's office, in the church's commons area on Sundays or online at www.westsidelivepresents.org.

**Rock United 5**

The Rock United 5 concert will take place at 2 p.m. Oct. 16 at the Buffalo Rose Events Center, 1119 Washington Ave., Golden.

Performing are The Duke Street Kings, The Fabulous Parker Brothers Band, The Faint Hearts and Counter Fit.

A suggested donation is $5, which can be made at the door on the day of the event. All ages are welcome.

Rock United 5 is a fundraiser to benefit Pilots for Kids Charity, www.pilotsforkids.org, and The Cause Foundation, www.thecausefoundation.org.

For more information on the concert, contact the Buffalo Rose at 303-278-6800 or visit www.buffalorose.net.

**WHAT'S HAPPENING THIS WEEK?**
Want to know what clubs, art exhibits, meetings and cultural events are happening in your area and the areas around you? Visit our website at *www.coloradocommunitymedia.com/calendar*.



Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



# Workout studio hosts class for breast cancer awareness

**Proceeds benefit Stamped with Love, a glamsquad to help women feel beautiful again**

By Alex DeWind
adewind@coloradocommunity



Valerie Franklin lost her cousin to breast cancer in 2008. A year later, she lost her aunt to the disease.

To honor her family members, the Highlands Ranch resident started Stamped With Love, a group of photographers and makeup artists who provide their services for free to those battling breast cancer and breast cancer survivors.

"It's our celebration day — that's what we call it," Franklin said. "It's an opportunity for them to forget about everything they are going through."

Franklin, a Realtor and former wedding photographer, hosts the special event in her basement, where she has a photography studio. She invites three to four women at a time so they can share their experiences while getting pampered for a photo shoot.

"Not only is it makeup and hair," she said, "it's something that these women can take with them to remember that day."

Her goal, her website says, is to make women affected by breast cancer feel beautiful again.

Stephanie Foster, a five-year survivor, had a photo shoot about a year ago with three other women, who are also longtime friends of hers. They went to Franklin's house, had breakfast, drank champagne and talked. Foster, who has straight hair, had her hair curled and her makeup done.

"It was a way to get our mind off the things we had been through," said Foster, a Highlands Ranch resident. "It's a time when you don't have to worry about breast cancer."

A Highlands Ranch workout studio is raising money so more people, like Foster, can have a carefree day of pampering.

April Norris owns the women's fitness studio called Xtend Barre. Every October — National Breast Cancer Awareness Month — she holds a fundraising event called Plié for Pink. Plié is a ballet movement, which is fitting for the ballet- and Pilates-based studio.

Each year, funds from Plié for Pink go to a person or organization touched by the disease. Last year, Norris raised about $400 for a Highlands Ranch woman whose mother needed a double mastectomy, a procedure in which a doctor removes both breasts to remove as much of the cancer as possible.

When she was choosing a person or organization to donate to this year, Norris thought of Franklin. The two have been friends for a couple of years. Norris will donate all funds from her Oct. 15 Plié for Pink event to Stamped With Love.

"We want to be able to touch a personal life," said Norris, who lost her aunt to breast cancer.

Plié for Pink will be at 9:45 a.m. Oct. 15 at the Xtend Barre studio, 3620 E. Highlands Ranch Parkway. Norris asks that guests register before the class online at www.xtendbarre.com/studio/highlands-ranch or by phone at 303-791-2100. The cost is $20 per person.

Ladies show off their ballet moves in a previous Plie for Pink class, hosted annually to raise funds for a breast cancer organization. Funds from this year's event, at 9:45 a.m. on Oct. 15, will go towards a local breast cancer awareness organization, Stamped With Love. *Courtesy photo*

### MORE ON STAMPED WITH LOVE

Valerie Franklin, executive director and photographer of Stamped With Love, usually hosts about 15 to 20 photo shoots per year. Services last up to two hours and include professional makeup and hairstyling and a photo shoot with three to five wardrobe changes. Guests leave with a personal collage of up to 10 photos and a CD with 75-100 photos. She accepts referrals from those who know someone with breast cancer or a breast cancer survivor.

*Email valerie@stampedwithlove.org for more information.*

Norris will be accepting donations, from members and nonmembers, through the month of October. She also encourages guests to sport the color pink to the class.

Her studio, she said, is a positive environment for women.

"This is a place of friendship, challenge and change," Norris said. "We challenge people to do things they don't normally do — physically and in the community."

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**





# Chamber hopes to set up film commission here

**by Ryan Fitzmaurice**
**Herald Staff Writer**

The Leadville/Lake County Visitor Center wants in on the film business.

Doug Smith, ambassador for the visitor center, spoke to City Council on Monday, Oct. 3, requesting support to develop a film commission.

The commission, if established, would serve as a liaison between potential film crews and local government and businesses.

Smith said Colorado film growth has been 3.4 percent annually from 2013 to 2015. With that number being twice the national average, Leadville could see a legitimate economic boost in encouraging filming in Lake County.

According to visitor center estimates, a film crew of 10 would bring $10,000 to the local economy in a single week.

"Opening up this community will bring a lot of benefits and versatility to the film industry," Smith said. "We're unique in what we offer."

The commission would run on a budget of $3,000 yearly and would not bring in a profit.

The visitor center is already working closely with a film crew that plans to shoot the independent film "Starfish" in the area in December.

Leadville Mayor Greg Labbe expressed concern about the plan not requiring contracts between film crews and local entities, but in the end said he supported the overall idea.

"This is quite the ambitious undertaking," Labbe said. "I'm glad the visitor center is looking into it."

## Ballot issues disrupt normal newspaper layout

The *Herald* this week is publishing the state ballot issues, which must appear in a newspaper of record in each county.

They can be found on Pages 6 through 14. Because there are specific requirements regarding the way these have to be printed, the normal order of the newspaper has been slightly interrupted.

The opinion pages can be found starting on Page 23.

A part of *Leadville's* **History**

**Herald Democrat**

---

**In loving memory of Lee Quintana**
OCTOBER 19, 1946 - MAY 23, 2015

"As I sit in heaven and watch you every day,
I try to let you know with signs I never went away.
I hear you when you're laughing, and watch you as you sleep.
I even place my arms around you to calm you as you weep.
I see you wish the days away, begging to have me home.
So I try to send you signs so you know you are not alone.
Don't feel guilty that you have life that was denied to me.
Heaven is truly beautiful, just you wait and see.
So live your life, laugh again, enjoy yourself, be free.
Then I know with every breath you take
You'll be taking one for me."

*Happy 70th birthday to our brother and Uncle Lee!
We love you always and will forever miss you!
Your sisters - Carmen, LouAnna and Lesley
& your nieces and nephews*

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

## ⬅ What's happening at your local business?

**PUMPHOUSE**
**CARWASH & LUBE**
**Full-service Tire Shop**
• tires • brakes
• oil & lube
2504 N. Poplar St.
(719) 486-1200
Hours: Mon. - Fri. 8 - 5 • Sat. 8 - 3

**Slifka Consulting Service**
Mine planning, reclamation & closure
Environmental compliance: local, state & federal
Land research, zoning & boundaries
Industrial water treatment, operation & maintenance
Gary Slifka
P.O. Box 586 • Leadville, CO 80461
(719) 293-3417
gslifka@gmail.com


Made in Leadville   Since 2006
**ALPINE FURNITURE CO**
Handcrafted furniture, Rowe sofas & chairs, new mattresses and gently used furniture.


OLD SCHOOL CANNABIS CULTIVATION
**Earl's HERBS**
RECREATIONAL SALES - 21+
EDIBLES & CONCENTRATES
RIGS & GLASS
ON THE CORNER OF HARRISON & W. 2ND ST.
115 Harrison Avenue, Leadville, CO 80461
719-493-2770 • EARLSLEADVILLE.COM

Would you like to see your business featured here? Call Stephanie at the *Herald*, (719) 486-0641

# Community calendar

To announce a nonprofit event or recurring meeting in the calendar, contact the *Herald* at 486-0641, 486-0611 (fax) or allnews@leadvilleherald.com.

## Thursday, Oct. 27

*7 to 9 a.m.* - **Coffee with the Mayor** at City on a Hill Coffee & Espresso. Bring your ideas, concerns and hopes for the city to an informal chat with Mayor Greg Labbe. 508 Harrison Ave.

*9 to 10 a.m.* - **Storytime for preschoolers** ages 3 to 5 at Lake County Public Library, west Harrison Ave. "Bats in My Belfry!" Halloween party; wear a costume if you'd like. Free. 486-the S...

Training - **Chair yoga** for in Vern... in the Leadville Senior ...asement. 421 W. Sixth

Prior All abilities welcome; Long seeded. Alison Kehl, 970-vice and ...

for the L... noon - **"Access To In that ... workshop** on financ-form re... ns, local resources and running a successful Free. RSVP by Oct. 24 ...3-2316 or admin@lake-...t.com. Elks Lodge, 123 ....n St.

...m. - **Tai chi** at St. George ...opal Church, 200 W. Fourth ...ll abilities welcome. Free; ...ations for the church accepted. 719-486-4600 or 719-293-sp...41.

*11 to 11:30 a.m.* - **Storytime for toddlers** at Lake County Public Library, 1115 Harrison Ave. "Bats in My Belfry!" Halloween party; wear a costume if you'd like. Free. 486-0569.

*11:30 a.m.* - **Free community meal** at St. George Episcopal Church, 200 W. Fourth St. 486-4731.

*1 p.m.* - **St. Vincent Hospital Board of Directors** meeting. SVH conference room, 822 W. Fourth St.

*3:30 to 5 p.m.* - **After-School Program** at Lake County Public Library, Amax Room, 115 Harrison Ave. "Bats." Free. Registration required. 486-0569.

*4 to 6 p.m.* - **Halloween party** at the Leadville Senior Center, 421 W. Sixth St.

*4:30 p.m.* - **Mining video project wrapup** meeting. High Mountain Institute students will present brief videos of miners they interviewed in connection with HMI's Human Ecology Project. Leadville City Hall; free.

*5:30 p.m.* - **Business After Hours** hosted by Centennial Real Estate at the Pastime Bar, 120 W. Second St. $7 for chamber members. Leadville/Lake County Chamber of Commerce, 486-3900.

*6:15 p.m.* - **TOPS (Take Off Pounds Sensibly)** meets in the Amax Room at Lake County Public Library, 1115 Harrison Ave. Use the back door. Carol Lucero, 486-0672.

*6:30 p.m.* - **"Private Violence" Screening** meets in the Amax Room at Lake County Public Library, 1115 Harrison Ave. Use the back door. Carol Lucero, 486-0672.

*7 p.m.* - **Lake County Civic Center Association** meeting at the Heritage Museum, 102 E. Ninth St.

## Friday, Oct. 28

*11:30 a.m.* - **Free community meal** at St. George Episcopal Church, 200 W. Fourth St. 486-4731.

*7 p.m.* - **Alcoholics Anonymous** open meeting, St. George Episcopal Church, 200 W. Fourth St. 719-221-4364.

## Saturday, Oct. 29

*10 a.m.* - **Alcoholics Anonymous** open meeting, St. George Episcopal Church, 200 W. Fourth St. 719-221-4364.

*10 a.m. to 1 p.m.* - **American Federation of State, County and Municipal Employees No. 547** union meeting at the Lake County Public Library, 1115 Harrison Ave. Barbara, 486-3053.

*4 to 8 p.m.* - **Meet the artist** Justin Talbot, of High Mountain Institute, who will display his photo book featuring images taken in Leadville and around Lake County. Free; refreshments included. Harperrose Studios, 601 Harrison Ave.

*5 p.m.* - **Free community meal** at St. George Episcopal Church, 200 W. Fourth St. 486-4731.

*6 to 9 p.m.* - **Stapleton Manor Haunted House** at 118 W. Seventh St. $5 entry. Benefits Full Circle of Lake County.

## Sunday, Oct. 30

*1 p.m.* - **Historical ceremony** marking the alignment of the 1st Battalion, 157th Infantry with the 86th Infantry Brigade Combat Team. World War II veterans of the 10th Mountain Division will be present, and there will be reenactments and displays. Camp Hale, past Ski Cooper on U.S. 24.

*4 to 6:30 p.m.* - **Cooking 80461** class on making delicious, healthy and affordable meals with products from the local grocery store. The topic for this class is Healthy Fall Desserts. Free; child care provided. Downstairs at the Elks Lodge, 123 W. Fifth St. RSVP to Kendra, 719-293-5334.

*6:30 to 8:30 p.m.* - **Celebrate Recovery** meets at Cornerstone Church, 117 E. Sixth St. Based on the Beatitudes, this weekly program supports recovery from hurts, habits and hang-ups. Refreshments and child care provided. Travis or Susan Farmer, 240-640-9165.

*7 p.m.* - **Alcoholics Anonymous** open meeting and big book study, at Bastante, 201 W. Sixth St. 719-221-4364.

## Monday, Oct. 31

*11:30 a.m.* - **Free community meal** at St. George Episcopal Church, 200 W. Fourth St. 486-4731.

*5 to 7 p.m.* - **Open Pottery** at Bastante, 201 W. Sixth St. No experience necessary. 486-4731.

*5 to 8 p.m.* - **Trick-or-Treat Street** on the first two blocks of West Seventh Street. The event will go until 8 p.m. or as long as candy supplies last. Community members can help out by purchasing candy and dropping it off at Safeway, Shopko, City Hall or the *Herald Democrat* office, 717 Harrison Ave.

*5 to 8 p.m.* - **Trick-or-treat** at Silver City Conoco, 2009 N. Poplar St.

*6 to 9 p.m.* - **Stapleton Manor Haunted House** at 118 W. Seventh St. $5 entry. Benefits Full Circle of Lake County.

*7 p.m.* - **Alcoholics Anonymous** open/step meeting, St. George Episcopal Church, 200 W. Fourth St. 719-221-4364.

## Tuesday, Nov. 1

*11:30 a.m.* - **Free community meal** at St. George Episcopal Church, 200 W. Fourth St. 486-4731.

*1 to 3 p.m.* - **Lake County Early Childhood Council** meeting at CMC New Discovery Building Tier I IVS room. lcsmallsteps@yahoo.com or 486-4029.

*6:30 p.m.* - **Free community coed bike ride** with Cycles of

*Continued on page 20*

---



**Cooper Hill Ski Area, Inc. is seeking to fill an open seat on the Ski Cooper Board of Directors.**

Please send a letter of interest to:
SKI COOPER, ATTENTION: BOARD OF DIRECTORS,
P.O. BOX 896, LEADVILLE, CO 80461

\*\*\* LETTERS MUST BE RECEIVED ON OR BEFORE MONDAY, NOV. 14 \*\*\*

---

Need to make a copy?
Need to send or receive a fax?

# THE HERALD DEMOCRAT CAN HELP!

**FAXES:**
$1.50 for first page sent
$1.00 for each add'l page sent
$1.00 per page to receive

**COPIES:** 25¢ each

HERALD DEMOCRAT
717 Harrison Ave. • Leadville
phone 719.486.0641 • fax 719.486.0611
allnews@leadvilleherald.com

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com



# LEADVILLE LIFE

...ors in the Leadville Senior enter basement. 421 W. Sixth t. Free. All abilities welcome; o mat needed. Alison Kehl, 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.

9:30 a.m. - **Tai chi** at St. George piscopal Church, 200 W. Fourth t. All abilities welcome. Free; onations for the church accepted. 719-486-4600 or 719-293-141.

1 to 11:30 a.m. - **Storytime** or toddlers at Lake County

### Friday, Oct. 7
*11:30 a.m.* - **Free community meal** at St. George Episcopal Church, 200 W. Fourth St. 486-4731.

*7 p.m.* - **Alcoholics Anonymous** open meeting, St. George Episcopal Church, 200 W. Fourth St. 719-221-4364.

### Saturday, Oct. 8
*8 a.m. to 1:30 p.m.* - **Storage**

---

## Herald Democrat - political campaign guidelines

Attention candidates and political campaigns:
The *Herald Democrat* has compiled a list of important rules to help guide you through your election season.

### Letters to the editor

Candidates may write one letter announcing their candidacy or may submit a news release. A candidate may also respond by letter to allegations about himself that he deems incorrect. No letters will be published the week before an election.

**Deadline is 4 p.m. Monday of the week of publication.**
- Letters are limited to 500 words in length.
- All letters are subject to editing for length, style (Associated Press), spelling and grammar.
- The *Herald* will contact candidates regarding letters that contain libelous statements or incorrect allegations that need to be changed more substantially.
- The editor reserves the right to reject any letter.

Send letters to editor@leadvilleherald.com or P.O. Box 980, Leadville, CO 80461.

### Political advertising

The *Herald* appreciates your business and works diligently to provide you with quality advertising for your campaign.

**Deadlines:**
- Space reservations and prepayment for all political ads are due by noon Monday of the week of publication.
- Ad copy is due Monday at 2 p.m.
- Camera ready ads are due Monday at 3 p.m.
- Ad purchaser will receive ad proofs by Tuesday at 10 a.m.; ad modifications are due by noon Tuesday.

**Guidelines**
- Advertisements will be checked for spelling errors, but will not be edited for style or grammar.
- All political advertisements must state the individual(s) or registered committee that paid for the advertisement.
- The *Herald* will contact ad purchaser regarding incorrect facts, libelous statements or incorrect allegations that need to be changed.
- The *Herald* reserves the right to refuse service.
- Political ad payments can not be refunded.

Contact Stephanie at 719-486-0641 ext. 11 or advertise@leadvilleherald.com to reserve your ad space.

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site).** If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com

# EDUCATION

being offered this school year during teacher professional development days, thanks to a number of youth-serving agencies (including the LCSD Pre-Collegiate Program, the COBS, the Lake County Recreation Department, Project Dream and Full Circle of Lake County) who have stepped up to the plate to offer programming. The LCSD has provided support for the project by way of transportation, breakfast and lunch for all students.

The next "Fun Friday" will be on Friday, Oct. 28. To sign

"Fun Fridays" is a pilot program of the Youth Master Plan Coalition's Out-of-School Time Action Team, coordinated by Lake County Build a Generation. After a retreat this past spring, this action team is working to develop a new level of coordination among youth-serving agencies to provide youth programming. The action team hopes that lessons learned during the "Fun Fridays" pilot can ultimately be applied to better coordinate summer and after-school programming as well.



**Contributed photo**
Miguel Rivera indulges in a veggie muffin after learning to cook in Blanca Rodriguez's cooking class at Lake County Intermediate School. The students learned the importance of nutrition, how to follow a recipe and the responsibility of cleaning up after yourself.



## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com

*and his wife Shirley live in Phoenix.*

# Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

## Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

## What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

## What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

---

other knife company that offers this service. I thought that was pretty cool and personalizes your knife.

They offer both fixed blades and folders. They make some high tech folders. In fact, their knife the "Zenaida" won the "Most Innovated Knife of the Year 2015" at the Blade Show in Atlanta which is the largest knife show in America, and I guess the world. They make one folder that actually has seals so water, dirt and mud do not even affect it.

One last cool thing. They're starting to get into graphic designing. He showed me some of the cool options that they're offering.

Up until now they made knives behind the scenes for other people but are just starting to branch out and produce some under their own brand. Be looking for what's to come!

Millit Knives can be found at:
www.millitknives.com,
or instagram @millitknives,
#millitmade



**MARK HAYES**
Insurance Broker • 719-763-2208
Medicare, Supplement
Life, Health, Nursing Home

---

over Rye.

Varsity volleyball is standing on a 1-3 recor
The softball girls are 5-5 for the year.
Board member Craig Bailey thanked Mark
County EMS Services for the delivery of two new
Superintendent Dave Marx reported that Da
trees near the playground to see if there was an
are all dying.
Installation issues including being buried
issue. They are working on a plan for replaceme
Zeb Baylie began work last week and was
week.
Marx concluded his report by thanking the
Badger that now hangs in the cafeteria. T&I Me
building it.
The action item portion of the meeting beg
Stacie Loutzenhiser to a four-year term on the Ag
The $1,214,000 contract with gkkworks was
funded locker room remodel was also approved.
Three new coaches were approved. LaRae
will be assistant volleyball coaches, and Casey
assistant dance coach.
A block of 11 new policies recommended
for a first reading. Most of the policies deal
"transgender" to existing policies as well as the m
The board approved out-of-state travel for fiv
the National Convention in Indiana.
There will be a CASB regional meeting in L
The next meeting of the Limon School Boar
school library on Oct. 17.

*Do you know someone you think*
*Neighbor of the Wee*
*If so please call us at 719-7*

### Keep your home loan close to hor

While we proudly offer a c
consumer banking produc
Banking, our specialty is h
loans.

We say "home-grown" bec
Savings your loan applicat
approved locally, not 1,00
once your loan is made, y
and is serviced here, by p
and trust – your neighbors
organization out of state.

For quick, competent, per
other lender even comes c


**EQUITABLE**
SAVINGS & LOAN ASSOCIATION
Since 1954, the same local ownership,
the same commitment to our communities.

888 Main Street, Limon
Branch Manager: Leta K. Tarver
775-2842

Equitable-Savings.com














Case No. 1:90-cv-00181-JLK Document 2432-15 filed 01/03/17 USDC Colorado pg 11 of 11




