## FACES AMONG US



Marsha Jones owns Woodlawn Floral. She has worked in the flower business for years and bought her own shop eight years ago. *Photo by Kyle Harding*



A glimpse of the people in our community

**MARSHA JONES**

### Small business owner

**About me**

I own Woodlawn Floral on Littleton Boulevard. I bought the shop eight years ago but I've worked within the floral industry forever. I was last at an event company that did the biggest events in Denver and I managed the floral shop at the Adams Mark Hotel.

We've lived here for 25 or 30 years. We brought our kids up here, they all graduated from Heritage High School. I like how close everything is.

**Growing up**

My dad worked for Boeing and we moved every few years. We were in Nebraska, where the Minuteman missile silos are. Denver was close, so we just hopped over here.

**Flowers are a passion**

Now it's a passion. For 20 years it wasn't a passion, it was a way to make a living. But now I enjoy it — it's an art form. You take everything you've learned throughout the years and put it all in a package.

**Away from work**

I haven't done anything for eight years. I did a lot of stuff for our church and for different community organizations, but not anymore, because I'm so busy with the shop. I go to Living Way Fellowship, it used to be just two blocks away, but they bought land out in Highlands Ranch.

*If you have suggestions for My Name is…contact Kyle Harding at kharding@coloradocommunitymedia.com*

## Library celebrates once-banned books

By Kyle Harding
kharding@coloradocommunitymedia.com

Since 1982, libraries have used Banned Books Week as an awareness campaign to alert the public to the realities of censorship.

It was started in response to a surge in the number of books being challenged or removed from schools and public libraries. The American Library Association says more than 11,000 books have been challenged since the program began.

From Sept. 25-Oct. 1 at Bemis Library in Littleton, readers could spin a wheel to select a category of books, authors or movies based on books, then identify a banned book from artwork to win a prize.

Claire Mattoon, library programming assistant for adult services said her favorite banned or challenged book is Ray Bradbury's "Fahrenheit 451," which in itself is a warning about the dangers of censorship.

"For sheer irony," Mattoon gave as the reason for the choice.

"Fahrenheit 451" has been challenged, ostensibly, for language and depictions of alcohol and tobacco use.

Books listed include:

**"T.E. Lawrence" by Daniel Wolfe**

"T.E. Lawrence" tells the story of British army officer Thomas Edward Lawrence, or Lawrence of Arabia. The book was challenged in Anaheim Union High School District in California, ostensibly because it was too difficult for middle-schoolers and could cause harassment against those seen with it. However, the American Civil Liberties Union said that was a pretext for viewpoint-based censorship due to homosexual themes.

**"The Hunger Games" by Suzanne Collins**

Popular young adult trilogy "The Hunger Games" has been one of the most-challenged books over the last five years. It has been cited as being too violent and containing offensive language and sexual content.

**"Tarzan" by Edgar Rice Burroughs**

"Tarzan" has been challenged in schools for a depiction of the title character living with a woman, Jane, out of wedlock, as well as for promoting the theory of evolution.

### NEWS IN A HURRY

**Calendar photos chosen**

Pictures by 13 photographers whose work will be featured in the 2017 Littleton Calendar have been chosen.

The cover photo is by Yoshiko Wooten, and 12 others will represent each month. The Littleton Fine Arts Board selected the winners from 190 submissions. The calendar will be available the first week of December at all city buildings as well as from sponsors.

**Brews and Views raises $1,000 for Humane Society**

$1,000 was raised for the Humane Society of the South Platte Valley through the proceeds of designated driver tickets to the Brews and Views Beer Festival last month.

The second annual festival was held at Hudson Gardens & Event Center and featured beer from 40 Colorado breweries and saw nearly 2,000 attendees. Adoptable dogs from the Humane Society were at the event as well.

**Littleton Harvest Festival coming to museum**

Littleton's annual Harvest Festival takes place on Oct. 8. at the Littleton Museum's 1860s farm.

Attendees are invited to pick out their Halloween pumpkins and enjoy hayrides and other activities. There is no cost to attend but some activities require tickets that can be purchased by cash or check the day of the event. The festival will be from 10 a.m. to 3 p.m. The museum is at 6028 S. Gallup St.









**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

# AREA CLUBS

Editor's note: To add or update a club listing, e-mail calendar@coloradocommunitymedia.com.

### Political
**Arapahoe County Republican Breakfast Club** meets the first Wednesday of each month at Maggiano's DTC, 7401 S. Clinton St., Englewood. Breakfast buffet opens at 6:45 a.m. and program lasts from 7:15-8:30 a.m. Contact Myron Spanier, 303-877-2940; Mort Marks, 303-770-6147; Nathan Chambers, 303-804-0121; or Cliff Dodge, 303-909-7104.

### Professional
**AAUW, American Association of University Women**, Littleton-South Metro Branch, invites graduates who hold an associate or higher degree from an accredited institution to participate in activities that advance equity for women and girls through advocacy, education, philanthropy and research. Meetings are usually the second Monday of each month, September through May, at Southglenn Library, Vine and University in Centennial. Social time at 6:30 p.m. is followed by a short business meeting and informative programs. Contact membership chair Barb Pyle at barbpyle@yahoo.com.

**American Business Women's Association** meets on the second Wednesday each month at 6:30 p.m. welcoming women, working or not, to Success Chapter programs for success and positive living. Call Lori Smith at 303-688-3100 ext. 360 or e-mail loris@intermountain-rea.com for upcoming speakers and events at Marriott Denver South, 10345 Park Meadows Drive, Littleton.

**BNI Connections** (www.thebniconnections.com) invites business owners to attend its meeting held each Tuesday, 7:30 to 9:30 a.m. at the Lone Tree Recreation Center, 10249 Ridgegate Circle. There is no charge to attend a meeting as a guest. Please visit www.thebniconnections.com or contact Jack Rafferty, 303-414-2363 or jrafferty@hmbrown.com.

**CERTUS Professional Network** meets for its Littleton networking event from 9:30-11 a.m. the fourth Thursday of the month at Panera Bread, 3702 River Point Parkway, Littleton. Build your network, grow your business, network less. Our events are structured to connect professionals with the resources, power partners and leaders to expand their business and the business of others. Open to all industries, includes 30 minutes of open networking and organized introductions to the group. Cost: $12 non-CERTUS members at the door. First participants pay half price. RSVP not required. More info about CERTUS™ Professional Network at http://www.CertusNetwork.com.

**Contacts Unlimited** is a business and professional leads group that meets at Courtesy Ford, 8252 S. Broadway, Littleton in the meeting room on the first, second, and third Thursday of every month. Meeting time is 8-9:15 a.m. Visitors are welcome. Call Jenifer at 303-221-6550.

**Non-Practicing and Part Time Nurses Association** meets from 12:30-2:30 p.m. on the third Wednesday of each month at the Southglenn Library, 6972 S. Vine St., Centennial. All nurses are invited to attend for medical presentations. Contact: Barbara Karford, 303-794-0354.

**Women Investment Group Master Mind Group** meets to empower all women to build a real financial freedom through the power of real estate in any market condition. We network, share ideas, leads, resources and encourage each other. We meet once a month. For meeting information, call Lorena 303-981-6539 or e-mail WomenInvestmentGroup@comcast.net.

### Recreation
**Adventures in Dance** offers a number of dance classes for adults. Line Dance Aerobics is Mondays; West Coast swing is Tuesdays; Merengue and bachata is Wednesdays; Viennese waltz and slow waltz is Thursdays; and a social Latin dance sampler is offered over two Fridays. Adventures in Dance is at 1500 W. Littleton Blvd., Littleton. Go to www.adventuresindance.com for details and to sign up.

**Camping Singles** is a group of Colorado single adults who enjoy camping, fishing, hiking, swimming, biking, sightseeing, photography, the camaraderie of others, and starry nights around the camp fire. We usually camp in designated forest service or state park campgrounds within 2 to 5 hours of Denver. We welcome all single adults.  Our membership ranges from the 40s to 60-plus. We usually meet at 7 p.m. the first Tuesday of the month. For specific meeting information, contact campingsingles@gmail.com

**Denver Walking Tours** Denver area residents and visitors are invited to experience downtown Denver through a free walking tour, a two-hour excursion that starts in Civic Center Park, winds through downtown past more than a dozen of Denver's distinctive landmarks and ends in front of Coors Field. Tours are offered every day. No reservations needed. Tours are free, and tips are encouraged. Go to http://www.denverfreewalkingtours.com/ for details.

**Draw from Life** sessions are offered from 6-8 p.m. the second Wednesday of each month at The Depot Art Gallery, 2069 W. Powers Ave., Littleton, just north of the Buck Recreation Center. Class offers a chance to work with a clothed model with a variety of pose times. Reserve space with Cheryl at mbadamsjr@msn.com. Cost is $5. Call 303-795-0781.

**Duplicate Bridge** If you enjoy duplicate bridge, come join us for an ACBL sanctioned open game at 12:30 p.m. every Monday at the Lone Tree Recreation Center. Please arrive by 12:15. All are welcome; it's a fragrance-free environment. A free question-and-answer session from 11 a.m. to noon covers bidding boxes, hand records, losing trick count, conventions, rules of duplicate bridge and more. Cost is $1.50 for South Suburban Park and Recreation District residents; $1.75 for non-residents. Reservations required. Call Sue Bauer at 303-641-3534.

**Friday Dance Night** Saint Patrick's Brewing Company offers First Friday Dance Nights. Dance floor complete with lights and DJ. Outdoor beer garden with fire pit right on the river at Santa Fe and Bowles. Call 720-366-9147.

**Front Range Woodturners Club** meets from 6-9 p.m. the first Tuesday of each month in the basement of the Rockler Woodworking store at 2553 S Colorado Blvd.  Anyone interested in woodturning is welcome.  Contact Jim Proud at cavaleon1956@gmail.com for more information.

**Ladies Golf League at Raccoon Creek Golf Course,** Littleton, is accepting new members. Call 303-973-4653.

**Meadows Women's Golf League** offers relaxing Tuesday mornings of friendly golf for ladies at the Meadows Golf Course, 6937 S. Simms St., near Ken-Caryl Ranch. The league plays 18 holes weekly from mid-April to mid-October. This fun group competes for prizes while playing from the red tees. Afterward, lunch can be ordered on the patio overlooking the course. Call Laura at 303-526-9598.

**Oil painting classes** are offered at The Depot Art Gallery from 1-4 p.m. Mondays at 2069 W. Powers Ave., Littleton, just north of the Buck Recreation Center. Class is taught by Jennifer Riefenberg. Join anytime; pay by the session or the month. Contact JenniferRief@comcast.net. Call 303-795-0781.

**Peer critique of art** offered at 9 a.m. the fourth Friday of every month, except November and December, at The Depot Art Gallery, 2069 W. Powers Ave., Littleton, just north of the Buck Recreation Center. Any medium welcome. In conjunction with The Colorado Watercolor Society. Free. Call 303-795-0781.

**Rocky Mountain Basketball Academy** club, expert training for youth basketball players grades fifth through 12th meets twice per week and operates all year. Play in leagues and tournaments. Send inquiries to ronkburgin@yahoo.com.

**Rocky Mountain Woodturning Club** meets at 6 p.m. the first Tuesday of every month in the basement of Rockler Woodworking Store, 2553 S. Colorado Blvd.

**Saint Patrick's Brewing Company** offers bocce ball and ping pong tournaments. Bocce ball tournaments are at 2 p.m. Sundays, and ping pong is from 7 p.m. to close Thursdays. Play is first-come, free play. Saint Patrick's is at Santa Fe and Bowles, right on the river. Call 303-718-7575.

*Clubs continues on Page 21*



### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant.  The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.).  The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses.  Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation.  Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration.  The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017.  Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989.  You may opt out of the Class and Settlement by March 1, 2017.  If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer.  Your own lawyer can advise you about whether your claims may be barred by the statute of limitations.  If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017.  If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.  The Court will consider whether the Settlement is fair, reasonable and adequate.  If there are objections, the Court will consider them.  If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com.  After the hearing, the Court will decide whether to approve the Settlement.  You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.**  For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com



### The Holidays at
### CHEROKEE RANCH & CASTLE

THANKSGIVING TEAS
NOVEMBER 19, 22 & 23

HOLIDAY TEAS
DECEMBER 3, 7-10, 13-17, 20-22 & 28-29

THANKSGIVING BRUNCH
NOVEMBER 20

HOLIDAY BRUNCHES
DECEMBER 3, 10 & 17

Have a Holly Jolly Murder
A Musical Murder Mystery Dinner
Presented by MO Productions
DECEMBER 4 & 11

**303-688-5555 • cherokeeranch.org**

# 'Literary Magic' is theme as orchestra opens season

**Lone Tree Symphony show salutes city's new library**

By Sonya Ellingboe
sellingboe@coloradocommunitymedia.com

"Literary Magic" is the theme as the Lone Tree Symphony tunes up for its first concert of the 2016-2017 season at 7:30 p.m. on Sept. 30 at Lone Tree Arts Center.

The theme celebrates the opening of the new Lone Tree Library just across the street from the Arts Center, where the orchestra usually performs. The program should appeal to all but the littlest, wiggliest family members.

Conductor Jacinda Bouton will raise her baton first to lead the orchestra in Leonard Bernstein's "Overture to Candide," followed by Arthur Sullivan's "The Tempest." The "Banquet Dance" and "Dance of Nymphs and Reapers" will be selected from the Sullivan work.

Selections from John Williams' fanciful soundtrack for the film "Harry Potter and The Sorcerer's Stone" are next, recalling the 2001 movie. It has a part about "The Quidditch Match" and another about the "Face of Voldemort."

Saint Saens' "Cello Concerto" and "Romeo and Juliet Fantasy" complete this program.

All but one of the orchestra's programs will be performed at the Lone Tree Arts Center. The Feb. 18 Family Concert, "A Musical Petting Zoo," will be presented at a location to be announced. The orchestra's executive director, Rich Duston, said it will focus on the process of starting out to play and instrument and will be accessible to families. "It's OK for kids to make noise," Duston said, recalling concerts he'd done with the Aurora Symphony in the past.

The first weekend in December, Dec. 2-3, will bring "Nutcracker and More" with James Beckel's "A Christmas Fanfare," followed by Bryan George Kelly's "Improvisations on Christmas Carols." Vocalist Heidi Schmidt will lead the audience in a Christmas sing-along.

The Feb. 18 Family Concert, the show with the location still to be determined, will include "Peter and the Wolf," the first movement from Beethoven's "Fifth Symphony," John Williams' rousing "Imperial March" and the finale from the "William Tell Overture." This is the first time in five years that the LTSO has performed a children's concert, Duston said.

March will bring Dvorak's "Eighth Symphony" in a "Masterworks Concert" that will bring some of the greatest music from a number of composers. Dvorak wrote it just before coming to America and incorporated Bohemian folk songs.

On May 19, the program will focus on "Dances" with a program to be announced by the Music Committee — perhaps with a guest artist. Stay tuned.

Orchestra musicians audition for available chairs or a spot as substitute. See the orchestra's website for application form and instructions on who to contact. lonetreesymphony.org.

### IF YOU GO
Four of five concerts by the Lone Tree Symphony Orchestra will be performed at the Lone Tree Arts Center, 10075 Commons Street, Lone Tree (A fifth location will be announced.). Tickets cost $10 to $22 and are available at the symphony website, or lonetreeartscenter.org

---

## PARK MEADOWS
COLORADO'S ONLY RETAIL RESORT

# HIRING FAIR

**Friday, September 23**
2pm - 6pm

**Saturday, September 24**
9:30am - 12:30pm

**Macy's Court & Dillard's Court**

Work where you love to shop and dine!
Stop by the Park Meadows Hiring Fair to connect with retailers and restaurants who are hiring for seasonal, part-time and full-time positions ranging from sales associates to assistant managers.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**