### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---





FRONT RANGE KUBOTA
7983 Cherrywood Loop, Kiowa, CO 80117
303-625-9811

20% Down, 0% A.P.R. financing for up to 84 months on new Kubota BX, B (excluding B26), L (excluding L39/L45/L47), M (excluding M59/M62), MH/M7, RB, DMC, DM, RA & TE Series Equipment is available to qualified purchasers from participating dealers' in-stock inventory through 12/31/2016. Example: A 84-month monthly installment repayment term at 0% A.P.R. requires 84 payments of $11.90 per $1,000 financed. 0% A.P.R. interest is available to customers if no dealer documentation preparation fee is charged. Dealer charge for document preparation fee shall be in accordance with state laws. Inclusion of ineligible equipment may result in a higher blended A.P.R. 0% A.P.R. and low rate financing may not be available with customer instant rebate offers. Financing is available through Kubota Credit Corporation, U.S.A., 3401 Del Amo Blvd., Torrance, CA 90503; subject to credit approval. Some exceptions apply. Offer expires 12/31/2016. See us for details on these and other low-rate options or go to www.kubota.com for more information.

---



**GET YOUR TICKETS TODAY!**
LoneTreeArtsCenter.org | 720.509.1000

### Scott O'Neil and the Rosetta Music Society:
Bach's *A Musical Offering*

Sunday, October 16
at 7:00pm

In this performance, Scott O'Neil and the Rosetta Music Society explore Bach's *A Musical Offering,* a fugue based on a theme from Frederick the Great. Other great fugues and canons by Bach will also be featured.

### Igor Butman and the Moscow Jazz Orchestra

Wednesday, October 19
at 7:30pm

Internationally renowned saxophonist Igor Butman and his Moscow Jazz Orchestra are one of the best hardcore jazz units around. The *New York Times* calls their performance "a show of great competence and fluency."



LONE TREE ARTS CENTER
10075 Commons Street, Lone Tree, CO 80124


---



### Feeling Hopeless, Helpless or Out of Control?

AllHealth NETWORK
Acute Care Campus

Acute Treatment Unit
Walk-in Crisis Center
24/7 Crisis Support

allhealthnetwork.org/services/walk-in-crisis-stabilization

## We Can Help.

**Walk-In Center:** Operates 24/7/365 and provides behavioral health crisis evaluation, will help ease situations and work with clients to determine the next level of care.

**Crisis Stabilization Unit:** Provides a safe, comfortable place to stay while receiving intensive crisis services. The typical stay is 2-3 days during which time clients receive a full evaluation, treatment plan, counseling, and peer support.

**Acute Treatment Unit:** The Denver Metro area's only Acute Treatment Unit provides a structured clinically focused treatment program for adults in need of short-term psychiatric stabilization.

Our Acute Care Campus is designed for individuals whose behaviors and/or symptoms of their mental illness are creating a crisis for themselves, their families or others.

Information & Appointments - 303-730-8858
24/7 Crisis Line - 303-730-3303
6507 S Santa Fe Dr, Littleton, CO 80120

# Fruits, vegetables of their labor

## Research orchard provides produce to Parker Task Force

By Tom Skelley | tskelley@coloradocommunitymedia.com



A fall breeze cut through the end-of-summer sun in Franktown, a cool signal to volunteers at the Hidden Mesa Research and Demonstration Orchard to bring in the last crops of the season.

Green thumbs from the Douglas County Master Gardener program gathered the remaining canary melons, lemon cucumbers, strawberries and other fruits and vegetables as roosters and chickens continued their patrol for freeloading grasshoppers.

"I thought it was a great year overall," said Andy Hough, environmental resources coordinator for Douglas County's Division of Open Space and Natural Resources, of the late September harvesting.

The orchard — which also shares its bounty with the Parker Task Force — is in its fifth year of trying out new cultivation methods and various crops that can thrive in Colorado's temperamental climate.

This season's above-average temperatures had some positive and negative outcomes on the orchard's output, Hough said. "We had the best fruit yield of any year we've ever had."

A warm spring, he said, kept damaging frosts at bay, benefiting the apples, elderberries, grapes and plums.

The spring warmth turned to summer heat, though, and Hough said that may have contributed to a decline in melons, squash and tomato production.

"Certain garden vegetables didn't perform as well as we would have hoped," Hough said. "Maybe it was the heat."

The ups and downs from season to season are all part of the orchard's mission to determine the region's heartiest crops.

"To us a failure is not a failure," Hough said. "If a certain crop doesn't do well in our climate, then that's valuable information."

Val Lovenstein harvests some of the last raspberries of the season at the Hidden Mesa Research and Demonstration Orchard in Franktown on Sept. 20. The orchard donated over 2,500 pounds of produce to the Parker Task Force this year, benefiting families who use the food bank there. *Photos by Tom Skelley*



Al Myers looks for a few fine strawberries at the Hidden Mesa Research and Demonstration Orchard in Franktown on Sept. 20. Andy Hough, Environmental Resources Coordinator for Douglas County's Divison of Open Space and Natural Resources, said this year's fruit yield was the orchard's best ever.

But Diane Roth, volunteer spokesperson for the Parker Task Force, has a purely positive take on the year's harvest.

"It's a great year," Roth said. "It's such a treat for the clients that come to the food bank to have fresh strawberries and raspberries. It's all organic, freshly picked high quality fruits and vegetables from the garden."

Low-income clients at the task force's food bank would normally have to spend between 40 and 70 percent of their food budget to get the high quality produce the orchard provides, Roth said.

"The support of the master gardeners just increases the amount of fruit and vegetables our clients have access to," she said. "It improves their diets tremendously."

Roth's husband, Jeff, is project coordinator for Hidden Mesa. It was his idea five years ago to do more than mere data collection with the crops.

The projects the master gardener program oversees often provide good information, he said, but the orchard is unique in its ability to help the needy as it provides valuable agricultural research.

"It's not just something that you can look at," Roth said. "It's something you can eat… We're excited to be able to put that bounty to good use."



Susan Kentroti, a four-year veteran of Douglas County's Master Gardener program, picks lemon cucumbers at Hidden Mesa.

---

**LONE TREE ARTS CENTER**
GET YOUR TICKETS TODAY!
LoneTreeArtsCenter.org | 720.509.1000

### Scott O'Neil and the Rosetta Music Society:
Bach's *A Musical Offering*

Sunday, October 16 at 7:00pm

In this performance, Scott O'Neil and the Rosetta Music Society explore Bach's *A Musical Offering*, a fugue based on a theme from Frederick the Great. Other great fugues and canons by Bach will also be featured.

### Igor Butman and the Moscow Jazz Orchestra

Wednesday, October 19 at 7:30pm

Internationally renowned saxophonist Igor Butman and his Moscow Jazz Orchestra are one of the best hardcore jazz units around. The *New York Times* calls their performance "a show of great competence and fluency."



LONE TREE ARTS CENTER
10075 Commons Street, Lone Tree, CO 80124

   

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Members of the African Children's Choir will sing traditional African songs as well as gospel and spiritual music at the Good Shepherd Episcopal Church in Centennial on Oct. 19. Music for Life, which supports the choir, has operations in seven African nations, helping and educating children. *Courtesy photo*

# African Children's Choir to perform in Centennial

**Music for Life helps by providing education**

**By Sonya Ellingboe**
*sellingboe@coloradocommunitymedia.com*

When the African Children's Choir steps onstage at the Good Shepherd Episcopal Church in Centennial on Oct. 19, these children will bring a message of hope for many others in Africa. Music for Life, the parent organization, was formed over 30 years ago by Canadian Ray Barnett, who started in Uganda, where he was charmed and inspired by a little boy's singing.

The organization now works in seven countries in Africa, providing stable homes and education for many young children. A number of them have been orphaned by the ongoing wars, and others are from families who don't have enough food or money to pay for schooling.

That first tour raised enough money to build a home at Makere for choir members and others who needed care. Subsequent tours have provided six more homes and made it possible for these children to have an education, continued through secondary school. Many have gone on to higher education in Uganda, Kenya, Rwanda, Sudan, Nigeria, Ghana and South Africa. MFL has educated more than 52,000 children and affected the lives of over 100,000 people with its relief and development programs.

The children will sing favorite African songs as well as traditional spirituals and gospel favorites.

They recently appeared at the Diamond Jubilee celebration for Queen Elizabeth II of England and have sung with Paul McCartney, Annie Lennox, Mariah Carey, Keith Urban and other well known musicians.

### IF YOU GO

The African Children's Choir will sing at 7 p.m. on Oct. 19, at the Good Shepherd Episcopal Church, 8525 E. Dry Creek Road, Centennial. Admission is free, but a free will offering will be welcomed. 303-740-2688.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



## LOCAL

### K-12 EDUCATION

# Districts average on academic growth measure

## Scores designed to show progress over time

By AMY BOUNDS
STAFF WRITER

Academic growth results from state tests show students in Boulder County's two districts generally are learning at the same rate as their peers statewide in math and language arts, according to growth scores released Tuesday.

The growth scores are designed to show how much progress a student is making over time compared to other students statewide with similar achievement levels.

Earlier this month, the state released the overall proficiency scores on the second year of the language arts and math tests, developed by the Partnership for Assessment of Readiness for College and Careers. Those scores show whether students are proficient in state academic standards.

The math and language arts tests were given to students in grades three through nine in the spring.

The growth scores, calculated on a scale of 1 to 99, are used in the ratings the state assigns to districts. The state median growth percentile for each grade overall is about 50 — and is supposed to show a year's growth in a year's time.

A score higher than 50 means a school's or district's students are learning at a faster rate than others in the state that are scoring at a similar level, while a score below 50 means they're learning more slowly.

Boulder Valley scores were highest at the elementary level, with a growth score of 56 in elementary language arts and 51 in elementary math.

In St. Vrain Valley, the highest growth scores were in middle school, with a 53 in middle school math and a 52 in middle school language arts.

Boulder Valley and St. Vrain Valley officials say the new growth scores are helpful, but will be more useful after the tests have been given for several years.

"Growth data is really important to us," said Tori Teague, St. Vrain Valley assistant superintendent. "We do look at it and take it seriously, but it is only two years of the same test."

For Boulder Valley, Superintendent Bruce Messinger said, low participation rates at middle and high schools on the state tests also limit the usefulness of the growth scores.

In middle school in language arts, 71 percent of students took the tests. For ninth-graders, the district's language arts participation rate was just 36 percent. Participation was highest at the elementary level at about 90 percent.

Given the high opt-out rates, Messinger said, only the elementary growth scores are usable.

High growth schools in Boulder Valley, with a score of 65 or higher in language arts, were Ryan Elementary, Bear Creek Elementary, Aspen Creek K-8, Eisenhower Elementary, Summit Middle Charter, Pioneer Elementary, Nederland Middle-Senior, Monarch K-8 and Fireside Elementary.

In math, Boulder Valley's Ryan Elementary had a a growth score of 76.

St. Vrain schools with high growth in language arts were Twin Peaks Charter Academy, Lyons Middle/Senior, Black Rock Elementary, Imagine Charter and Mountain View Elementary.

In math, St. Vrain high growth schools were Imagine Charter, Altona Middle, Lyons Middle/Senior, Black Rock Elementary, Erie Elementary and Blue Mountain Elementary.

Officials in both districts emphasized the need for consistency with state tests, noting the state board's recent decision to have a discussion later this fall about dropping the PARCC tests.

Though the new tests have been criticized, Messinger said, the possibility of scrapping them so soon "creates notable angst."

Added Teague, "If we transition testing systems again, we can't tell what's working and what's not. It would be really disruptive."

The state board also recently added new rules designed to prevent districts from making it either too easy or too difficult for parents to opt students out of the state tests.

Districts found to be out of compliance with the rules after an investigation and a chance to remedy the issue could see their accreditation rating lowered or even removed entirely.

Though opt-out rates are high in Boulder Valley, Messinger said, the district has been careful to remain neutral on skipping the tests. To opt-out, families fill out an online form.

One of the trickier areas is how to handle ninth-graders who opt out, but are in a mixed grade class, he said. Students don't want to lose instruction time, especially in advanced classes, but allowing them to attend class could also be seen as an incentive to skip the test.

"There's not a good answer," he said. "We'll just continue to work on it."

## *Johnnie St. Vrain: Is Longmont full of lead foots?*

**D**ear Johnnie: I've noticed that most people in Longmont drive 10 miles per hour over all the posted speed limits, yet I hardly ever see anyone pulled over for it.

Is it Longmont's policy to allow this? Is it because the City Council wants people to move here? It seems dangerous to me. — BR

**Dear BR:** To be honest, I have not observed this. Rather, I'm more aware of problems such as motorists talking, and sometimes texting, on phones; not using turn signals; rolling through stop signs; and tailgating. And I've been here longer than most of the cars you see on the streets.

But maybe you're seeing speeding where I am not? I asked traffic Sgt. Mike Bell about it.

"Some people in our community elect to exceed the speed limit," Bell said in an email. "On the other hand, I often find myself behind motorists who elect to go 10 to 15 miles per hour under the speed limit."

Bell said that studies conducted by city traffic engineers show that generally, most motorists drive very close to the speed limit. And, as you probably have observed, motorists who otherwise speed will often slow to below the speed limit the second they see a patrol car.

"Considering that there are over 300 miles of streets in Longmont ... it may be possible that a motorist may not see a violator violating any speed (limit), being stopped by the police," Bell said. However, "in the time that it has taken me to write this response, three violators have been contacted by officers."

No, there is no Longmont Police Department policy on when, where or at what speed an officer should issue a summons or warning. "That is left solely up to the officer's discretion," Bell said.

Nor does the City Council set policy pertaining to the day-to-day operation of the department.

All that said, speeding does make driving more dangerous, increasing stopping distances and increasing the energy in an impact.

Therefore, it would seem unlikely to me for the city to successfully attract new residents by advertising: Come to Longmont, where we drive dangerously!

*Send questions and observations about local drivers to johnnie@times-call.com.*



Johnne St. Vrain / Longmont Times-Call
Motorists obeying the speed limit make their way along Ken Pratt Boulevard in Longmont on Tuesday afternoon. Just as they do when they spot a patrol car, drivers slow when they spot someone taking photos.



AltaVita Respite Care

**Caregivers**

Take time this fall to rest and refuel

Recharge • Relax • Rest • Revitalize • Restore

Our dedicated team of professionals is ready, willing and well able to serve seniors diagnosed with memory-related illnesses and associated behaviors.

You can best take care of your loved ones when you are rested and recharged! We are here to help.

303-300-3700
800 S. Fordham St., Longmont, CO 80503
www.altavitaliving.com

Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com



BuffZone.com — All Buffs, all the time

# NATION

## CHARLOTTE
## New details emerge in shooting

### Police release dramatic video

BY MEG KINNARD, JONATHAN DREW AND EMERY P. DALESIO
ASSOCIATED PRESS

CHARLOTTE, N.C. — Charlotte police released dramatic video footage Saturday that shows officers surrounding a black man with his hands at his side before shots are fired and he buckles to the ground. It's unclear if there was anything in the man's hands.

The footage of the police shooting of Keith Lamont Scott was released after several days of demonstrations that coalesced around demands that the public see the video. Police said Scott had a gun, though residents have said he was unarmed.

In the police dashboard camera video released Saturday night, Scott could be seen backing away from his SUV with his hands down, and it's unclear if there's anything in his hands. Four shots are heard, and he falls to the ground.

Police also released photos of a gun that they said was retrieved at the scene, adding that it contained Scott's DNA and fingerprints. They said the gun was loaded and Scott was wearing an ankle holster. They also said Scott also had marijuana.

Videos from the dashboard camera and the body camera also show events leading up to the shooting.


Charlotte-Mecklenburg Police Department
This image made from video on Saturday shows Keith Scott on the ground as police approach him in Charlotte, N.C., on Tuesday.

The dashboard camera footage starts with two officers pointing their guns at Scott, who is inside the SUV with the doors closed and windows rolled up. Scott gets out and starts walking backward before shots are fired.

From a different angle, police body camera footage shows an officer approach with his gun drawn and another officer already pointing his gun at Scott. When Scott comes into view, he has his hands at his side and is standing outside of his SUV. The body camera footage doesn't show the moment the shots are fired, and Scott next comes into view already on the ground.

Before releasing the footage, Chief Kerr Putney said at a news conference that he received assurances from the State Bureau of Investigation that letting the public see the video would not impact the state's independent probe of the shooting.

Asked whether he expected the footage to calm protesters, Putney responded: "The footage itself will not create in anyone's mind absolute certainty as to what this case represents and what the outcome should be. The footage only supports all of the other information" such as physical evidence and statements from witnesses and officers.

At his news conference, Putney said that his officers didn't break the law but noted that the state is continuing its investigation.

"Officers are absolutely not being charged by me at this point, but again, there's another investigation ongoing," he said.

Putney said that Scott was "absolutely in possession of a handgun," and that officers also saw marijuana in his car — prompting them to act.

Amid anxiety and unease over the shooting of Scott, demonstrations in Charlotte have gone from violent to peaceful, although demands to see the police video remained a chief concern of protesters.

Before the release of the video, hundreds massed outside at the Charlotte police department building on Saturday afternoon chanting the name "Keith Scott." They also chanted, "No tapes, no peace" and raised signs including one reading "Stop Killing The Black People."

## Black community sees Charlotte as glimmering, fake Oz

BY TOM FOREMAN JR.
AND SEANNA ADCOX
ASSOCIATED PRESS

CHARLOTTE, N.C. — To much of the world, Charlotte is the Queen City — a gleaming downtown, state-of-the-art stadiums, sparkling new mass transit, the nation's banking capital.

But a very different Charlotte came into the spotlight in the past few days.

Move outside the city's core and there are neighborhoods such as the one where a black police officer shot and killed a black man, Keith Scott, setting off violent protests. Places where residents tire of seeing police only when teams of officers sweep in to make arrests, and remember well other blacks killed by police officers who did not face punishment.

Their anger at Scott's death made its way downtown. Rioting in Charlotte's center killed one protester, shattered windows and rattled finance executives whose salaries boost the city's median income to $10,000 above the national average. They told their workers in the skyscrapers to stay home.

To the protesters, home is a world away from those skyscrapers.

"For the people we serve, the Queen City is only the Queen City if you get on the train and ride into the glimmering, crystal core," said the Rev. Peter Wherry of Mayfield Memorial Missionary Baptist Church, about 5 miles from downtown.

Nearly all of Charlotte lies in Mecklenburg County, which the U.S. Census Bureau estimated had the largest increase in the country in the percentage of people living in distressed neighborhoods during the first 15 years of this century — an index that combines unemployment, poverty rates and other items, like how many businesses close.

Those pockets of poverty aren't immediately evident. Charlotte doesn't have many stereotypical slums. Instead, lower-rent housing is in apartment complexes or condominiums nestled behind tree-lined roads or off the main thoroughfares.

That's the kind of place where Scott lived. Tracy McLean lived in the condominium complex just down the road; she said teams of police frequently come to the neighborhoods full of black and Latino families in a show of force, looking for suspects they often don't find, instead of talking to residents and getting to know them.

"The fear needs to be dispelled," Tracy McLean said. "It's fear, and it's ridiculous fear."

In the mid-1990s, as Charlotte pushed to become a world-class city, its leaders cracked down on crime with a heavy-handed police force. Longtime African-American residents remember James Cooper, a 19-year-old black man killed by a white officer in 1996 as he reached back in his car window during a traffic stop to check on his 4-year-old daughter. The officer said he thought he had a gun.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

## LEARN ABOUT TODAY'S SOLUTIONS
## FOR JOINT PAIN



### FREE Seminar

**HIP Pain Seminar:**
Thursday, September 29, 2016
6:00 p.m. – 7:00 p.m.
Reservation Code: 6084ND

**Knee Pain Seminar:**
Tuesday, October 04, 2016
6:00 p.m. – 7:00 p.m.
Reservation Code: 6090ND

**RSVP today!**
Call **800-256-1146** and mention the reservation code above or visit **events.jointreplacement.com**

Event Speaker:
John Xenos, MD

Skyridge Medical Center
10101 Ridgegate Parkway
Auditorium
Lone Tree, CO 80124

Hors d'oeuvres provided by DePuy Synthes Companies


All attendees receive a free first aid kit!

### Sky Ridge Medical Center

Come to the leader in spine and joint care…
Sky Ridge Medical Center.
We offer:
- Spine & Total Joint Center with state-of-the-art operating suites
- Minimally invasive anterior hip surgery
- MAKOplasty partial knee replacement
- Total hip and total knee replacement by fellowship trained surgeons
- Shoulder, foot and ankle specialists

- Complex and minimally invasive spine procedures
- Dedicated Spine & Ortho team
- Superior clinical outcomes and ranked #1 in safety by Consumer Reports
- Joint Commission accredited programs for spine, hip and knees
- High patient satisfaction ratings

Sponsored by:
**DePuy Synthes**

Photo above is not of actual joint replacement patients
The RED CROSS design and words are registered trademarks of JOHNSON & JOHNSON. Products bearing these trademarks have no connection with The American National Red Cross.
© DePuy Synthes 2016. All rights reserved.   08/16

# MORE FROM PAGE 1A

**STATION** from page 1A

end of December.

Bair said there has been progress in accordance with the milestone deadlines the developer and the city agreed on in June.

"The site plan was submitted on time," Bair said, noting that the developer had two deadlines to meet — the end of August and then Sept. 15. "We also submitted by Sept. 15 plans for three of the buildings."

Additionally, they received a letter from the state noting that the soil was clear of possible coal ash and arsenic contamination. Bair said in November that crews had to truck the soil off-site and bring in new soil.

Bair said he hoped to get all the submitted planning documentation that is submitted to the city approved by late November.

What has changed over the last 60 days, however, is the capital markets, Bair said.

"It's pretty simple. We hear about a perceived over-building of multi-family (projects). It is happening and as a lot of units are brought on, in the Denver metro area and Colorado and across the country, federal regulators are tightening up on lenders more," Bair said. "That's making it more difficult to get financing."

Bair asked that the council extend the deadline to start construction by about a month — from Dec. 1 to Dec. 31.

After Bair spoke during the public-comment portion of the meeting, the City Council had a chance to request items be added to future agendas.

The chance to add items to future agendas early in the meetings was added in earlier this year after some council members expressed a distaste for motions at the end of meetings in the council comments section that sometimes tacked on extra hours to council meetings.

After Bair spoke, Mayor Dennis Coombs asked if any of the council members wanted to add his request to a future meeting.

Council member Jeff Moore made a point of order and noted the new future agenda section of the meeting was not on the council agenda distributed to the public on the city's website.

City Secretary Valeria Skitt clarified that the official posting place for the official agenda is in the Civic Center window, and that piece of paper did note the section for future agenda items after public comment.

Skitt said she would work on changing the agendas for future City Council meetings online to note the change.

With that cleared up, the council voted 6-0 — with Councilman Brian Bagley — absent to put Bair's request on a future meeting agenda.

Councilwoman Joan Peck said she would not be able to attend the meeting next week and asked staff not to bring it back on Tuesday because she would like to be a part of the South Main Station discussions.

*Karen Antonacci: 303-684-5226, antonaccik@times-call.com or twitter.com/ktonacci*



Matthew Jonas / Staff Photographer
A lot where the former Butterball turkey processing plant once stood is seen in Longmont on July 7. The land is slated for a mixed-use development called South Main Station.



## NLDS

# Dodgers-Nats rained out in Game 2

### Game gets pushed back to this afternoon

**ASSOCIATED PRESS**

WASHINGTON — Long after the concourses emptied, the sky cleared up as the tarp still covered the field. Game 2 of the NL Division Series between the Washington Nationals and Los Angeles Dodgers still had to wait.

Major League Baseball postponed the Dodgers-Nationals game until Sunday at 1:08 p.m. because it expected the rain that fell throughout the morning and afternoon to continue well into the night.

The teams were scheduled for a 4:08 p.m. first pitch Saturday. But rain that intensified as Hurricane Matthew moved up the coast and a forecast of "100 percent certainty" for precipitation until at least 8 p.m. forced the decision, Commissioner Rob Manfred said.

"We hate to cancel," said Manfred, who arrived Saturday afternoon after a flight from New York. "We hate to make travel worse on the players than it was originally intended to be. But it just doesn't look like we're going to have a situation that would be safe for the players to play."

Rain stopped falling at Nationals Park around 4 p.m., about an hour after the decision was made to postpone the game. Rain was scheduled to resume in the early evening.

LA leads the best-of-five series 1-0 after a 4-3 victory Friday night.

Manfred said he expected the weather to be better Sunday at Nationals Park and hopes to be "in a sunny period." It's supposed to be 61 degrees and windy around game time.

Left-hander Rich Hill (12-5, 2.12 ERA) will start for the Dodgers against right-hander Tanner Roark (16-10, 2.83). Manfred said the rest of the series will proceed as scheduled with Game 3 Monday afternoon at Dodger Stadium, as the rain wiped out the travel day to the West Coast.

Nationals second baseman Daniel Murphy said players came in prepared to play but was glad the decision was made quickly.

"Hats off to Major League Baseball for canceling this early," Murphy said. "I'm sure they didn't want either pitcher to get out there and get caught in a situation where you lose one of them, especially in a short series like this."

The postponement means the teams will have to play and fly Sunday.

"We do East-West travel like this during the regular season," Manfred said. "It's not ideal but doable."

It's expected to be Dodgers righty Kenta Maeda against Nationals lefty Gio Gonzalez in Game 3. LA manager Dave Roberts said lefty Julio Urias would start Game 4, if necessary, which would leave ace Clayton Kershaw available for a possible Game 5.

### Sticking with Espinosa

Nationals manager Dusty Baker stuck with Danny Espinosa on his initial Game 2 lineup despite the shortstop going 0 for 3 with three strikeouts in Game 1. Asked why he continues to play Espinosa, Baker was blunt.

"Well, who else do I have?" Baker said. If "you can give me somebody better, then I can play somebody instead of him. Certain times you have certain people on your team and that's what you've got. Now, my job is to hopefully get the most out of them and make them better."

### Blisters in the sun

The blister issues Hill has been dealing with make it unlikely he'd be able to come back for a potential Game 5 on short rest, Roberts said. That means the Dodgers won't try to push Kershaw to pitch on short rest in Game 4.

"We've been very cautious up to this point," Roberts said. "That's a variable that is kind of start to start, and we'll see how he is."

Hill wasn't worried about the blisters in wet weather, either, which now won't be a concern.

### Gonzalez goes west

Gonzalez will fly to Los Angeles before the rest of his teammates Sunday to get some extra rest. He struggled during the regular season but hopes to be able to take advantage of the Dodgers' lefty-heavy lineup and wants to go deep into Game 4.

"It's never easy facing that lineup," Gonzalez said. "I would never say, 'Hey, just go out there and pitch.' You definitely have to some have common sense to throw some of these guys. You can't just groove a fastball right down the middle."



*Pablo Martinez Monsivais / Associated Press*
A puddle forms in front of the entrance to the Los Angeles Dodgers' dugout Saturday at Nationals Park in Washington. Game 2 of the National League Division Series between the Dodgers and Washington Nationals was postponed due to rain, commissioner Rob Manfred told reporters Saturday afternoon.

## CUBS from page 1B

hander, who spent his first 6 1/2 seasons with the Cubs, was pinch hit for in the third after allowing four runs and six hits.

Hendricks, the major league ERA leader, gave up two runs and four hits in 3 2/3 innings.

Down 4-0, San Francisco closed in the third when Gregor Blanco doubled in a run and scored on Brandon Belt's sacrifice fly.

### Seen

Actor and comedian Bill Murray was back cheering on the Cubs for the second night in a row. He was wearing a jacket when he was shown on the videoboard before the second inning, so it was not clear if he was wearing an "I Ain't Afraid of No Goat" shirt as he did on Friday.

Former Cubs closer Lee Smith threw out the first pitch, and Chicago native and former WWE star CM Punk delivered the "Play Ball!" call before the game.

Actor Jeff Garlin sang "Take Me Out To The Ball Game" during the seventh-inning stretch.

### Up next

**Giants:** Bumgarner has pitched 23 consecutive postseason innings and is 8-3 with a 1.94 ERA in 13 postseason starts and 15 appearances.

**Cubs:** Arrieta won 18 games but had a 4.60 ERA in five starts last month. He gave up seven runs in a loss to Pittsburgh on Sept. 28.



*Nam Y. Huh / Associated Press*
The Cubs' Travis Wood reacts as he hits a home run in the fourth inning of Game 2 of the National League Division Series against the San Francisco Giants on Saturday in Chicago.

Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com



HEADQUARTERS CANNABIS CO
SPECIALS AVAILABLE DAILY!
4497 UTE HIGHWAY
LONGMONT, CO 80503
10AM - 9:45 PM MON TO SAT & 10 AM - 7PM SUN
303.823.5143

KINSCO PUBLIC SAFETY EQUIPMENT
WE'VE MOVED!
COME CHECK OUT OUR NEW SHOWROOM, JUST EAST OF WALMART ON HWY 119!

5.11
15% OFF Your Purchase!
*Bring in this coupon or mention this ad!*
Expires: 10/31/2016

Outdoor Gear • Apparel • Accessories • Backpacks
Tactical • Gear • Boots & More!
1456 Skyway Dr., Longmont | 303-772-7720 • www.Kinsco.com

## EARLY BALLOTS

# Clinton sees strength in N.C. but lags in Iowa

**BY HOPE YEN**
Associated Press

WASHINGTON — Seven weeks before Election Day, the earliest numbers from advance voting for president show initial strength for Hillary Clinton in swing state North Carolina, good news for Donald Trump in battleground Iowa and a record number of requests for ballots in Ohio.

The first early voting figures Tuesday are too preliminary to serve as clear indicators about how the election will go. Still, they are of interest because, unlike polls, they deal with actual voters either casting ballots or taking their first steps to do so. Campaigns are scrutinizing these figures to help guide their strategies.

Among those requesting an early ballot in Iowa was Josh Hughes, a 19-year-old sophomore at Drake University in Des Moines.

"I'm so ready for the election to be over," he said, citing negative campaign rhetoric.

He plans to vote for Clinton, the Democratic nominee. Many of his classmates — once Bernie Sanders supporters — are opting to wait for now. "The engagement is a little bit lower," he said.

Democrats historically do well in attracting early voters, and Republicans acknowledge their main goal is to avoid deep deficits before Nov. 8. With absentee balloting underway in North Carolina, voting kicks off this week in Georgia, Wisconsin, and Virginia as well as Iowa next week.

Four years ago, about 45.6 million people or 35 percent of the electorate, voted early.

In North Carolina, a must-win state for Trump, more than 53,000 voters had requested ballots, and 2,939 had been returned, according to data compiled by The Associated Press. That's up from 47,313 ballots requested during a similar time frame in 2012.

Broken down by party, Democrats made up 40 percent of the ballots returned so far compared to 33 percent for Republicans. At this point in 2012, Republicans were running slightly ahead, 43 percent to 38 percent, in ballots submitted. Republican Mitt Romney narrowly won the state that year and it's difficult to see how Trump could accumulate the 270 electoral votes needed to capture the White House without winning North Carolina.

Clinton has sought to energize state Democrats by pointing to a voter ID law passed by a Republican-led legislature that was later struck down by a federal court as racially discriminatory. On Tuesday, the campaign also announced a new radio ad in North Carolina and other battlegrounds aimed at African-American young adults. Trump, meanwhile, was visiting rural parts of the state Tuesday to gin up support among working-class whites.

"More than half of North Carolina voters will cast their ballots ahead of Election Day, which is why we have been working tirelessly to give voters all the information they need to make their voices heard," said Dan Kanninen, the Clinton campaign's senior adviser for North Carolina.



JOHN LOCHER / Associated Press
A sign with an Elvis impersonator reminds people to vote in May at an early primary election polling site in Las Vegas.

# Less energy cash, rebates could mean budget cuts

## State could produce $63 million in shortfall funding

**BY JAMES ANDERSON**
Associated Press

DENVER — Diminished revenues from Colorado's depressed energy sector and court-ordered tax rebates to oil companies mean lawmakers will tackle spending cuts to avert a general fund shortfall next fiscal year, according to revenue forecasts released Tuesday by legislative and administration analysts.

The price-driven downturn in Colorado's energy sector has leveled off, meaning lost jobs and stalled investment won't be more of a drag on an economy whose growth is being led by consumer spending, analysts told the Joint Budget Committee.

That spending, however, has been dampened by high housing costs in the Denver metropolitan area, said Natalie Mullis, chief legislative economist. Uncertainty surrounding future U.S. interest rates, export demand and the November elections could curb corporate investment in Colorado, Mullis said.

That, coupled with new obligations such as nearly $100 million in the severance tax rebates, could produce an estimated $63 million shortfall in funding for education, prisons and other obligations, she said.

Henry Sobanet, director of the governor's Office of State Planning and Budget, said Colorado's technology-driven economic growth will persist despite revenue losses from energy, but at a lesser pace than earlier in the economic expansion that's followed the Great Recession.

Lawmakers and the governor's office use the quarterly economic forecasts to plan their budget work for the fiscal years that start July 1. Gov. John Hickenlooper must present his next budget proposal by Nov. 1.

The general fund — currently $10.7 billion, out of a total $27 billion budget — must be maintained above a level set by law or trigger budget cuts. It's above that limit this year, but next year is projected to be $226.5 million short, according to the administration's forecast.

One culprit: The refunds that became necessary after Colorado's Supreme Court ruled the state improperly calculated deductions to severance taxes paid by energy companies. Municipalities impacted by drilling usually rely on the revenues, which have dropped from $262 million to $18.9 million, in part because of slow industry activity. Revenues also go to the Natural Resources and Local Affairs departments.

Budget committee members agreed Tuesday to re-examine the severance tax system after Barb Brohl, executive director of the Department of Revenue, said state, industry and local officials were continuing talks on future tax policy. An interim tax policy that complies with the court decision should be issued within two months, said John Vecchiarelli, the department's senior director of taxation.

"The department has to be less stringent and perhaps more generous in the deductions we allow," he said.











Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

**The Right Fit!**
**Spirit Girls' Night Out with a Twist!**

**BACK BY POPULAR DEMAND!**
Join us and laugh hysterically as the actresses of
**Girls Only-**
**The Secret Comedy of Women**
grace our stage again!

**Date:** Tuesday, October 4
**Admission Fee:** $25
**Location:** The Ranch, First National Bank Building North Hall
5280 Arena Circle, Loveland
**Time:** Doors open at 5pm for "warm up" activities
Luscious food, beer & wine tasting and exhibits
Program begins at 6:45pm
**To purchase tickets:** Call 800-230-CARE (2273) or
online at www.bannerhealth.com/230CARE Search: SPIRIT,
or at the Fort Collins Medical Center, Loveland McKee Medical Center
and Greeley North Colorado Medical Center Gift Shops.
**Web:** www.bannerhealth.com/COspirit
**More:** Find the right leisure activity to fit your lifestyle.
Check out fitness demos, discover the right clothing, best shoes,
right accessories, right bra fit and much more!
Enjoy activities and conversation with our Banner Health experts!
**Dress:** Exercise Casual Attire

TOYOTA 47th
*Spirit of Women*

**Banner Health**
Fort Collins Medical Center
McKee Medical Center
North Colorado Medical Center

# REGION

## In Brief

### Warnings issued after infections linked to drinking raw milk

COLORADO SPRINGS, — Public health agencies in southern Colorado have issued warnings while they investigate an outbreak of infections linked to raw milk.

Health officials said as many as 20 people have reported becoming sick after drinking raw milk supplied by Larga Vista Ranch in Pueblo County. The ranch has not been cited by health officials.

Phone calls to the ranch were not answered on Saturday, and they did not respond immediately to an email seeking comment.

The infection causes fever, diarrhea, abdominal cramps, nausea and vomiting, and it can be fatal, officials said.

The El Paso and Pueblo county health departments say the milk was supplied to members of a herd-share program, which allows people to purchase stakes in livestock and to receive a portion of each animal's milk or meat.

Selling raw milk is usually illegal in Colorado, but herd-share programs offer an exception.

Dr. Christine Nevin-Woods, El Paso County Public Health's medical director, said the infections focus attention on the dangers of drinking raw, unpasteurized milk.

### Navajo Nation lawmakers want study on impact of fracking

FARMINGTON, N.M. — The Navajo Nation is seeking more investigation into the potential environmental fallout of hydraulic fracturing as it looks to update its energy policies.

Tribal legislators are pushing for a better understanding of energy industry practices as well as any necessary revisions of rules surrounding oil and gas production, the Farmington Daily Times reported.

The issue of hydraulic fracturing, or fracking, has taken a greater precedence in recent months.

Council Delegate Jonathan Hale introduced legislation in April opposing oil and gas drilling on the Navajo Nation.

"I'm just trying to make that conversation for the better welfare and health of our people," Hale said. "What standards as a Navajo people are we going to set for the future?"

Navajo Nation Oil and Gas Company CEO Louis Denetsosie, however, has said the bill is "not based in sound science."

The conflict fueled a tribal committee's request for a scientific study.

The tribal council has issued a Dec. 31 deadline for the study.

Council Delegate Davis Filfred said in August that an extension to plan funding was likely.

### Detective awake, communicating as he recovers from gunshot

DENVER — A detective who was shot in the chest during a confrontation with a suspect is awake and communicating with family.

The Denver Post reports the Douglas County Sheriff's Office provided the update on Det. Dan Brite on Friday.

Sheriff's office spokeswoman Lauren Lekander says Brite is recovering slowly and is still in critical condition.

Douglas County Sheriff Tony Spurlock said 40-year-old Randall Rodick was firing at officers and bystanders on Sept. 2.

Rodick was shot and killed by another officer.

Brite faces months of recovery.

**Wire services**

## FORUMS from page 1A

FORUMS from page 1A

against Republican Donna Walter. Both candidates ran unopposed in their respective primaries. House District 52 encompasses the Fort Collins area.

For Colorado House District 53, incumbent Democrat Jeni Arndt is running for the seat unopposed. Arndt was also unopposed in the Democratic primary. House District 53 also encompasses the Fort Collins area.

Attendees can submit questions to the candidates at the forum but must arrive by 6:45 p.m.

For more information on the forum, go to lwv-larimer-county.org.

### Oct. 5 FORUM

The League of Women Voters will host a second forum 7-9 p.m. Oct. 5 at the Loveland City Council Chambers, 500 E. Third St., Loveland.

Candidates participating in this forum are Larimer County commissioner candidates for Districts 2 and 3 as well as candidates for Colorado House District 49 and House District 51.

The first half of the event will be focused on the Board of Larimer County Commissioners candidates.

Larimer County Republican Commissioner Steve Johnson is the incumbent for District 2 and is being challenged by Democrat Bill Wright. While both candidates ran unopposed in the Democratic primary, Johnson beat challenger Eric Mokler at the Larimer County GOP Assembly, receiving more than 86 percent of the vote. District 2 seat represents the middle third of the county.

For the Larimer County commissioner District 3 seat, incumbent Republican Tom Donnelly is running against Democrat Karen Stockley. Donnelly beat Stockley for the same seat in 2012 by 2,500 votes, about 1.5 percentage points. Both Stockley and Donnelly ran unopposed in their respective primaries this year. The District 3 seat represents the southern end of the county, including Loveland, Berthoud, Estes Park and surrounding areas.

The second half of the event will include candidates for the legislative seats.

In Colorado House District 49, incumbent Republican Perry Buck and Democrat Buzz Sweeney are running for the seat. Both ran unopposed in their respective primaries. Colorado House District 49 includes parts of Larimer and Weld counties, including Fort Collins, Loveland and Greeley.

The Colorado House District 51 seat is up for election between two new candidates, Loveland City Councilman Republican Hugh McKean and Democrat schools advocate Jody Shadduck-McNally. While Shadduck-McNally ran unopposed for the seat in the Democratic primary, McKean faced challenger former CU Regent Tom Lucero. House District 51 encompasses Loveland and surrounding areas.

Attendees can submit questions to the candidates at the forum but must arrive by 6:45 p.m.

For more information on the forum, go to lwv-larimer-county.org.

### Oct. 6 FORUM

The Partnership for Age-Friendly Communities is hosting its forum at 4 p.m. Oct. 6 at the Fort Collins Senior Center, 1200 Raintree Drive, Fort Collins.

This forum will focus on senior issues and is expected to last until 7 p.m.

Attendees of the event can speak one-on-one to the candidates from 4-5 p.m., according to organizers, and the candidates will then participate in a question-and-answer session from 5-7 p.m.

Light refreshments will be available.

Candidates participating in the event include state legislative and Larimer County commissioner candidates.

For more information, call 970-498-7751.

### ELECTION INFORMATION

To find out more about the election process, voter registration, polling locations and how to vote, go to larimer.org/elections/.

*Saja Hindi: 970-699-5404, hindis@reporter-herald.com, twitter.com/BySajaHindi.*

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# 1.10% APY[1]
### 15 month Certificate of Deposit

# 0.40% APY[2]
### Money Market Account

## Two great ways to save!

Lock in a special promo rate for 15 months with our CD or enjoy check writing ability plus a competitive interest rate with our Money Market. Visit any of our three Northern Colorado locations to learn more and open your account!

**Loveland Branch**
1475 N. Denver Ave.
Loveland, CO 80538
970-613-1982

**Greeley Branch**
1801 59th Ave.
Greeley, CO 80634
970-353-0047

**Fort Collins Branch**
4532 McMurry Ave. Ste. 100
Fort Collins, CO 80525
970-204-0450



**Advantage Bank**
advantagebanks.com

(1) $1,000 minimum CD balance required to earn the advertised Annual Percentage Yield (APY). Interest penalty for early withdrawal. Fees could reduce earnings on account. CD rate accurate as of 9/15/16 and is subject to change. (2) $100,000 minimum Money Market balance required to earn the advertised Annual Percentage Yield (APY). Six free withdrawals per statement cycle; each additional withdrawal is $5. Transaction limitations apply. Fees could reduce earnings on account. Money Market rate accurate as of 9/15/16 and is subject to change. Money Market tiered rates as of 9/15/16 are as follows: $0-$9,999.99 (0.20% APY); $10,000-$24,999.99 (0.25% APY); $25,000-$49,999.99 (0.30% APY); $50,000-$99,999.99 (0.35%); $100,000 and up (0.40% APY). For more information, please visit us at any of our three locations. MEMBER FDIC

## In Brief

**Colorado wildfire destroys 8 homes, forces evacuations**

BEULAH — A wildfire that has forced hundreds of evacuations in southern Colorado destroyed at least eight homes, but firefighters took advantage of calmer weather Tuesday to get a handle on the blaze.

Three helicopters and three air tankers, along with about 400 firefighters on the ground, battled the wildfire near Beulah on Tuesday, preventing additional evacuations.

The fire, which has scorched about 8 square miles, was reported near the small town Monday and quickly spread in winds that gusted up to 50 mph. All people living in the town and the surrounding valley southwest of Pueblo — about 1,950 residents — were ultimately ordered to leave the area after the flames spread in various directions.

They have not yet been allowed to return home.

Winds were not quite as strong Tuesday, allowing helicopters to drop water on the fire, which is burning on terrain ranging from grassy plains and steep canyons. The area has a mix of both permanent homes and vacation properties.

"We got some air support in here today and we're going to kill this thing," Pueblo County Sheriff Kirk Taylor said.

**Wire services**

## WYOMING

# Debate simmers over name of Devils Tower monument

By Bob Moen
Associated Press

CHEYENNE, Wyo. — When President Theodore Roosevelt designated the country's first national monument 110 years ago, the proclamation inadvertently left out a punctuation mark, and what was supposed to be Devil's Tower became Devils Tower instead.

Some say that's not all it got wrong.

According to local American Indians and others, the landmark's name was based on an incorrect translation and is offensive given the tower's religious significance.

"It hurts us to think about such a beautiful, sacred place called Devils Tower," said Chief Arvol Looking Horse, spiritual leader of the Great Sioux Nation.

Looking Horse has petitioned the U.S. Board on Geographic Names to change the name of the huge rock butte to Bear Lodge, and has asked the Obama administration to rename the site Bear Lodge National Monument.

Other locals oppose changing the name, saying it's unnecessary and would cause confusion and hurt tourism.

"The truth is, the vast majority of all of the public worldwide recognize it as a landmark, as Devils Tower; they don't see it as an evil thing, as a bad thing," local rancher Ogden Driskill said.

Supporters hope President Barack Obama will change the name during his administration's final months. Obama has used his administration's executive authority to unilaterally rename other geologic features — most notably changing Mount McKinley to Denali in Alaska — and create new national monuments.

Opponents are relying on the state's Republican congressional delegation to continue at least blocking Congress from renaming the monument and the Board on Geographic Names from moving to rename the tower and the nearby community of Devils Tower, which consists of a post office, tourist shops and a campground.



DAN CEPEDA / The Casper Star-Tribune

Chief Arvol Looking Horse, spiritual leader of the Great Sioux Nation, is pictured in front of Devils Tower National Monument on July 9, 2015, in Devils Tower, Wyo. As the nation's first national monument approaches its 110th anniversary in 2016, Arvol Looking Horse has petitioned to change the name of the geologic feature to Bear Lodge and the name of the monument to Bear Lodge National Monument.

**DON'T DELAY!
PURCHASE YOUR GALA TICKETS TODAY!**
*Tickets are Limited!*



**Rockin' the House 50's Gala**
Thursday October 13
6-10pm

**House of Neighborly Service invites you to Rock the House at our FIRST EVER Gala!**

**Embassy Suites
4705 Clydesdale Pkwy.**

**Thursday, October 13
6pm to 10pm**



Custom HAMBURGER Bar

$75.00 individual - $125 couple
50's Attire Encouraged!
Dancing, Auctions, and Nostalgia!

*100% of the proceeds raised at the gala will allow HNS to continue providing basic needs to those in our community who need a hand up.*

Purchase tickets online at www.hnsgala.com
or
call House of Neighborly Service at 970-342-2291

**House of Neighborly Service**
1511 E. 11th Street, Suite 100, Loveland, CO 80537 • 970.667.4939
www.honservice.org

---

*Providing Quality Hearing Instruments & Service Since 1989*



**The Hearing Place**
Better Hearing • Better Life

**COMPETITIVE PRICING
HIGHEST QUALITY OF CARE!**


Connie Patton, BC-HIS


Mike Walker, B.S., BC-HIS


Margot Steffenhagen, MS, CCC-A

**MONDAY • WEDNESDAY • THURSDAY & FRIDAY
9AM-4PM  LOCALLY OWNED**

All Manufacturer Warranties Honored & All Hearing Aid Users Welcome
We fit all styles of hearing instruments including the 24/7 Lyric.
Price Matching and Financing Available


FREE HEARING SCREENING!

**2243 W. Eisenhower Blvd., (Safeway plaza) Loveland • 970-669-1639
3100 Remington St., Fort Collins • 970-266-8380
www.thehearingplaceco.com**

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

# Business

## In Brief

### LOVELAND

**Promenade Shops' Aeropostale slashing prices for closing sale**

The teen-targeted Aeropostale clothing store in The Promenade Shops at Centerra is in the middle of a store-closing sale, offering almost all of its merchandise at 50 percent to 70 percent off.

According to store manager Lacy Wallman, the closing is the result of the parent company's filing of Chapter 11 bankruptcy protection in May. The company's website, aeropostale.com, is offering the same clearance prices.

Wallman said she believes the store will reopen in January under a new name.

For more information, call 970-667-2088.

**Upcycle Furnishings opens in Loveland**

A new unique furniture company, Upcycle Furnishings, has opened in Loveland to serve Northern Colorado.

Upcycle Furnishings will offer furniture repair, repurposing and refinishing, with the mission to reduce business and consumer waste by "upcycling" any useful material to create unique pieces of furniture.

Operated by Ben Egly, the company will offer products that often vary in both type and style at any given time.

The company will be showcasing its inventory 9-3 p.m. Oct. 15 at the French Nest Open Air Market, at Civic Center Park in Fort Collins.

On the web: upcyclefurnishings.com and on Facebook.

Email: benegly@upcyclefurnishings.com; Phone: (970) 663-5925.



CRAIG YOUNG / Loveland Reporter-Herald

The Aeropostale store in Loveland's Promenade Shops at Centerra, shown here Thursday, is clearing out its inventory and will reopen, possibly as a new brand, early next year, according to the store's manager.

### FORT COLLINS

**Tourism listening session set in Fort Collins**

The Colorado Tourism office is including Fort Collins in its round of listening sessions next week about a statewide strategic plan for Colorado tourism.

The Fort Collins session will start at 9 a.m. Tuesday at the Drake Centre, 802 W. Drake Road.

Anyone with a stake in the future of Colorado tourism, including community leaders and elected officials, is invited to participate in the 90-minute facilitated discussion, according to a press release.

Next week's schedule includes listening sessions in Denver, Limon, Pueblo and the Western Slope, from Tuesday through Friday.

People who want to participate should contact stephanie@ftcollins.com by Monday.

Findings from the sessions will be used to craft the plan, which the Colorado Tourism Board is scheduled to vote on in January 2017.

### IN BRIEF

• The **Human Bean** donated $1,000 to **Open Stage Theater and Company** through its underwriting of the production of "The Three Musketeers." The company also donated $320 to the Kayla Foundation through its September Guest Barista program.

• **M.M. Packaging Products Inc.** of Loveland has won a $3 million federal contract from the U.S. Naval Sea Systems Command for wooden containers and shipping arrangements.

• **Gracon LLC** of Loveland has won an $819,600 federal contract set aside for small business from the U.S. Army Corps of Engineers for the maintenance and repair of service gates at the El Dorado Dam in Kansas, and a $519,000 federal contract from the U.S. Army Corps of Engineers for the maintenance of the Tainter gate at the John Redmond Dam in Burlington, Kan.

• The Interior Design program at **Front Range Community College** has been named one of 10 accredited programs nationally to receive an Excellence in Education Award from the **National Kitchen & Bath Design Association**.

• **Regal Air Inc.,** of Fort Collins has won a $115,500 federal contract from the Defense Logistics Agency for aircraft components and accessories.

• **DaVinci Sign Systems Inc.** of Windsor recently received two national awards during the 2016 World Sign Association Design Competition in Memphis. DaVinci took first place in the "Freestanding Sign" category as well as a "Best in Show" award for a display that is part of a group marking the corners of the Pearl Street Mall in Boulder.

### PEOPLE

• **Lauren Hansen**, CEO of Information and Real Estate Services LLC, was installed as president of The Council of Multiple Listing Services at its annual conference in Las Vegas.

• **Janna Lee Thomas** and **Paul Roger Thomas** of Loveland developed a patent assigned to Usaus holdings of Loveland.

• **Steven J. Simske** of Fort Collins was part of a team that developed a patent assigned to Hewlett-Packard Development of Houston.

• **Jeffrey S. Lewis** and **Robert J. Fiesthumel** of Fort Collins were part of a team that developed a patent assigned to Edupresent of Fort Collins.

### CALENDAR

**Oct. 10**

• **Colorado Women of Influence** will host author Teresa Funke at its SAVI Salon, 11 a.m.-1 p.m. at Sandler Training, 200 E. Seventh St., Suite 200. $10 for members, $15 nonmembers. Phone: 817-5315.

**Oct. 11**

• The **Loveland Chamber of Commerce** will host a ribbon-cutting for **Integrative Health**, 1491 N. Denver Ave., Suite 101, at 4:30 p.m. Free.

**Oct. 13**

• The city of **Loveland Business Appreciation Breakfast** will be held 7-9 a.m. at the Embassy Suites. Free registrations were due by Oct. 5. For more information, contact Annette Gilbert at 970-962-2561 or Annette.Gilbert@cityofloveland.org.

• The **NoCo HBA** will present its 2016 Parade of Homes awards at its annual general dinner, 5-8 p.m. at the Budweiser Events Center Bar and Grill. $35 for members, $45 nonmembers. Register at nocohba.com.

**Oct. 14**

• The **Northern Colorado Human Resource Association's** 2016 biennial conference. Presenters include Morag Barrett, Gary Vansuch, Annette Matthies and Andre van Hall. Early-bird rates before Sept. 30 were $100 for members, $125 for non-members. 7:30 a.m-5 p.m., Embassy Suites Loveland, 4705 Clydesdale Parkway, with happy hour and networking 5-6 p.m. For more information and to register, go to nchra.shrm.org/2016-biennial-conference.

**Oct. 17**

• **NoCoNet** will be host to a job fair, 10:30 a.m.-12:30 p.m., at Faith Evangelical Church, 3920 S. Shields St., Fort Collins. Free. Veterans with ID may attend 9:30-10:30 a.m.

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



### At Columbine, you're family.

We Welcome Your Family to Join Ours.

The Wexford – independent living
Lakeview Commons – assisted living
North Shore Health & Rehab Facility

45th Anniversary

www.columbinehealth.com

---

Providing Quality Hearing Instruments & Service Since 1989



## The Hearing Place
### Better Hearing • Better Life

## COMPETITIVE PRICING HIGHEST QUALITY OF CARE!

   

Connie Patton, BC-HIS    Mike Walker, B.S., BC-HIS    Margot Steffenhagen, MS, CCC-A

**MONDAY • WEDNESDAY • THURSDAY & FRIDAY**
**9AM-4PM** LOCALLY OWNED

All Manufacturer Warranties Honored & All Hearing Aid Users Welcome
We fit all styles of hearing instruments including the 24/7 Lyric.
Price Matching and Financing Available

**FREE HEARING SCREENING!**

2243 W. Eisenhower Blvd., (Safeway plaza) Loveland • 970-669-1639
3100 Remington St., Fort Collins • 970-266-8380
www.thehearingplaceco.com