

Case No. 1:90-cv-00181-JLK   Document 2432-18   filed 01/03/17   USDC Colorado   pg 1 of 7

A2 WEDNESDAY, SEPTEMBER 21, 2016

# EVENTS CALENDAR

MONTROSE DAILY PRESS

## MONTROSE DAILY PRESS

www.montrosepress.com

**VOLUME 134, NO. 63**

**Publisher / Advertising Director**
Vincent Laboy
(970) 252-7099

**Business Manager**
Richard Seiferd
(970) 252-7090

**Pressroom Manager**
Denny Haulman
(970) 252-7094

The Montrose Daily Press (USPS 361-760) is published six days a week by Wick Communications at 3684 N. Townsend, Montrose, CO 81401. Business hours are Monday-Friday, 8 a.m. to 5 p.m. To reach the Advertising, Classifieds, News, or Sports Depts., dial 970-249-3444. Fax: 970-249-3331.

**Subscription payable in advance:**
- Home delivery: $187.20/year
- E-Edition: $64.95/year
- EZ pay E-Edition $7.49/month
- Out-of-county mail: $258.50/year
- In-county mail: $175.50/year

All editorial and advertising contents are ©2016 by Montrose Daily Press. Reproduction or use in any form of editorial, news, photo or advertising content in whole or part without permission of the Montrose Daily Press is prohibited.



coloradopress ASSOCIATION 2016 Member

**Missed paper? Call 252-7081**

### WEDNESDAY, SEPTEMBER 21

**7 a.m.** – Music & Memory Donation Drive. Buckhorn Coffee. Info: 970-249-9634.

**8 a.m.** – Forum presents Elevate Fiber. Heidi's Brooklyn Deli. Info: 877-687-3632.

**Noon** – Peace Prayer Gathering. Ute Indian Park. Info: 970-252-0908.

**6 p.m.** – National Park Service Centennial Speaker Series invites Dr. Richard West Sellers. Colorado Mesa University, Room 106. Montrose. Info: 970-249-7009.

**6:30 p.m.** – Sherb Nerds. Sherbino Theater, Ridgway. Info: 303-669-5615.

**7 p.m.** – "East of Salina" plays at Two Rascals Brewing Co., Montrose. Info: 970-275-1725.

**7 p.m.** – Ridgway-Ouray Housing Forum. Ridgway Town Hall.

**7 p.m.** – Chipeta Archaeology presents one aspect of nature and the life patterns of Native Americans. Info: 970-361-6813.

### THURSDAY, SEPTEMBER 22

**8:30 a.m.** – Colorado State University Tri-River Area Extension offers pickles and salsa class. Ouray County Fairgrounds. Preregistration required. Info: 970-249-3935.

**Noon** – League of Women Voters of Montrose County holds their November Ballot Issues Forum. Montrose Regional Library. Info: nancyball@montrose.net.

**5 p.m.** – Peace Meditation Labyrinth Walk. St. Paul Episcopal Church. Info: 970-252-0908.

**5:30 p.m.** – League of Women Voters of Montrose County holds November Ballot Issues Forum. Montrose Regional Library. Info: nancyball@montrose.net.

**7 p.m.** – "Mercury to Pluto and Beyond" presentation. Black Canyon Astronomical Society. Centennial Room, 24 S. Uncompahgre St. Info: 970-856-7716.

### FRIDAY, SEPTEMBER 23

**5 p.m. to 11 p.m.** – 16th Annual Mountain Harvest Festival. Paonia Town Park.

**7:30 p.m.** – "Moonlight & Magnolias" play. Magic Circle Theatre. Info: 970-249-7838.

**7:30 p.m.** – Jeneve Rose Mitchell performance. Montrose Pavilion. Info: 1-800-838-3006.

### SATURDAY, SEPTEMBER 24

**8:30 a.m.** – "Driving to End Homelessness" benefit golf tourney for Haven House Transitional Living Center. Cobble Creek Golf Course. Info: 970-626-5677.

**9 a.m.** – Shotgun Golf Scramble hosted by San Juan Health Care Foundation. The Bridges. Info: 970-209-9598.

**9 a.m. to 5 p.m.** – Ouray County Sneffels Fiber Art Festival. Ouray County 4-H Center. Ridgway. Info: 970-318-0150.

**1 p.m.** – Free basic knitting demonstration. Ouray County Fairgrounds 4-H Center. Info: 970-318-0150.

**2 p.m.** – Music begins for free Harvest Dinner Pig Roast hosted by Colona Community Church. Colona Stockyard. Info: 970-249-1494.

**4 p.m.** – Music on the Green. Riverbottom Park. Info: 970-275-1220.

**6:30 p.m.** – Thin Air Band plays. Red Barn. Info: 970-249-9641.

**7:30 p.m.** – "Moonlight & Magnolias" play. Magic Circle Theatre. Info: 970-249-7838.

**7:30 p.m.** – Ric & Karen play at dance. Senior Center. Info: 970-249-3342.

**7:30 p.m.** – "The Ballad of Baby Doe" performance. Wright Opera House, Ouray. Info: 970-596-5862.

### SUNDAY, SEPTEMBER 25

**11 a.m. to 3 p.m.** – Ouray County Sneffels Fiber Art Festival. Ouray County 4-H Center. Ridgway. Info: 970-318-0150.

**1 p.m.** – Colona School Centennial. Refreshments. Info: 970-249-5024.

**1 p.m.** – Free basic knitting demonstration. Ouray County Fairgrounds 4-H Center. Info: 970-318-0150.

**3 p.m.** – "There and Back Again" free concert. Montrose Community Band. Info: 970-596-1188.

### MONDAY, SEPTEMBER 26

**10 a.m.** – Free basic knitting demonstration. Ouray County Fairgrounds 4-H Center. Info: 970-318-0150.

### THURSDAY, SEPTEMBER 29

**6:30 p.m.** – DMEA Member Forum: Let's Talk Internet. 2 Rascals Brewery. Info: 877-687-3632.

### SATURDAY, OCTOBER 1

**8 a.m.** – 15th Annual Black Canyon Sprint Triathlon begins and ends at Montrose Aquatic Center. Proudly presented by the Montrose Firefighters Assoc. and Montrose Recreation Foundation to benefit the Montrose community. Registration and info: www.bctri.com.

---

## Fox Theater / San Juan Cinema / Star Drive-In listings

27 S. Cascade, Montrose 249-8211
1869 E. Main, Montrose 252-9096

**Tues Sept 20 – Thurs Sept 22**

**Fox Theater 1**
MORRIS CHESTNUT
"WHEN THE BOUGH BREAKS" PG-13
7:05 Every Night

**Fox Theater 2**
CHRIS PINE
"HELL OR HIGH WATER" R
7:10 Every Night

**Penthouse**
RENEE ZELLWEGER
"BRIDGET JONES'S BABY" R
7:00 Every Night

**San Juan Cinema 1**
TOM HANKS
"SULLY" PG-13
7:05 Every Night

**San Juan Cinema 2**
CALLIE HERNANDEZ
"BLAIR WITCH" R
7:10 Every Night

**San Juan Cinema 3**
ALICIA VIKANDER
"THE LIGHT BETWEEN OCEANS" PG-13
7:15 Only Every Night

Call 249-8211 or 252-9096 or visit montrosemovies.com for information & show times

**STAR DRIVE-IN**
FRIDAY (9/23)-SATURDAY (9/24) & SUNDAY (9/25)
"GHOSTBUSTERS" PG-13
starring Melissa McCarthy, Kristen Wiig, & Kate McKinnon
– PLUS –
"STAR TREK BEYOND" PG-13
starring Chris Pine, Leonard Nimoy, & William Shatner
600 E. Miami • 249-6170
www.stardrivein.com

**News tip or story idea?**
email editor@montrosepress.com



JOIN THE MAGIC

**MOONLIGHT & Magnolias**

by Ron Hutchinson

Evening Performances - 7:30 PM
September 23 & 24

MAGIC CIRCLE PLAYERS 2016-2017

Moonlight and Magnolias is presented by special arrangement with Dramatists Play Service, Inc., New York

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



NAPA KNOW HOW

**MENTION OUR AD FOR EXTRA DISCOUNT!**

*We accept Fleet charge cards (Wright, Voyager, Express)*

**Your local family owned and operated parts & supplies store**

- Farming needs
- Auto repair
- Light & Heavy duty Trucks
- Lawn & Garden
- Vehicle accessories

**(970) 249-8074**  716 N TOWNSEND AVE., MONTROSE
Mon-Fri: 7:30am-5:30pm • Sat: 8:00am-5:00pm • Sun: 9:00am-3:00pm

**(970) 874-4483**  841 MAIN ST., DELTA
Mon-Fri: 7:30am-5:30pm • Sat: 8:00am-5:00pm • Sun: 9:00am-3:00pm

ASE certified personnel

## LABOR
FROM PAGE A1

supervisors.

"We would just have a skeleton crew maintaining the camp here," Green said.

The original prison was built in 1964, downhill from the current site, and in a floodplain. Inmates cannot now be housed there, but today there are a host of ancillary buildings, such as the library, program classrooms, and the labor program office where Ware works. The facility has its own water system and sewer lagoon, and is set up like an austere campus, tucked away in the desert above Roubideau Creek.

"It's like a little city," Lisak said.

"Now our emphasis is that we still have a focus on work crews. The whole concept takes us back to restorative justice," Green said.

"It's a way of having offenders give back to the community. They're paying it back to the people of the state of Colorado. Also, they're able to pick up viable job skills."

### A system within the system

Inmates placed in Delta are usually within three years of parole eligibility and within 10 years of their mandatory release dates, or they score at a low enough risk to be sent there directly after entering the prison system.

To be allowed on the work crew, they must be medically able to work.

"They have to work or go to school (onsite). You can't just lay around in your cell," Lisak said.

Inmates might work onsite, in food service, the laundry, grounds maintenance and other projects.

Fencing, right-of-way improvements, even recent enhancements to the Bureau of Land Management's Peach Valley recreation site were brought to the taxpayers in part by inmate labor.

"We've done extensive work at Ridway reservoir and Ouray County Roads," Lisak said.

Inmates have in some cases assisted nonprofits with repair work, or event set-up and take down. This allows the offenders to reconnect in a small way with society.

"These guys get to see somebody besides us dressed in blue," Ware said. "They're coming back to our community. It's kind of our responsibility to instill some things in life that maybe they never had."

Under certain circumstances, for-profit entities can utilize inmate labor, but among requirements, they must be able to demonstrate that they are unable to recruit other workers to perform the project in question.

If approved to receive inmate labor, the entity pays Colorado Corrections Industries on a per-inmate basis, but such arrangements are rare, Lisak said.

The prison also operates a so-called intensive labor program. Those who have just arrived at Delta, who have had internal disciplinary sanctions imposed, or who have been terminated from a job have to complete at least 30 days in the program.

All inmates perform some kind of task, as inmate labor also helps with such facility operations as laundry and food service.

"This, by definition, is a work camp. Every offender has to have a job," Ware said.

Delta Correctional Center's labor program is a separate department under the general maintenance umbrella. Crew work is prioritized in terms of facility need, CCI work and agency work.

The program coordinator has to balance those needs and get as many crews out, with as many offenders as possible, each day. The labor program exists because of outside agencies, and the program is the reason Delta and surrounding areas are supportive of the correctional facility, according to the program's written philosophy.

Inmates meeting a variety of criteria are assigned to work crews that leave the prison with a uniformed work crew supervisor. Inmates with the highest security clearance — gate levels — can be assigned to a crew that assists on civilian-supervised crews.

Inmates are already classified by the state before intake. Upon intake, there is case management review of each inmate; this is used to determine whether he will work on- or off-site, Lt. John Cressler, who serves as a case manager, said.

The review includes case details, criminal history, whether the inmate has violated facility rules before, and even his list of approved visitors.

Whether an inmate has local ties is "a huge factor" in whether he goes off-site, Cressler explained. Ties to civilians in the area create potential escape incentives and put the prison, the inmate and the civilians in question at risk.

A classification committee discusses all relevant factors and assesses the gate clearance for each inmate.

"We get a little insight of what they're about," Cressler said.

There is typically a hold period between an inmate's arrival and the assigning of gate clearance.

The most restrictive is "gate 5," while the least is "gate 1." Work crew members have gate level 3 or higher clearance. Level 2 inmates are allowed to leave with a non-uniformed staff member, such as the chaplain.

Level 1 inmates can work on a civilian-supervised crew.

"It's a pretty structured process," Cressler said.

It is not perfect. On Sept. 12, inmate Ray Butler was working on a City of Delta-supervised crew at the municipal cemetery, when he walked away from the job site, then tried to evade capture.

Butler had a gate 1 clearance, based on how he had been progressing and the other review factors, Cressler said. Butler's was the first escape since 2005.

"Whenever we allow offenders to go out into work crews, there's always a risk they could walk away," Green said.

"We do our best to offset that. The dividends it pays make it worthwhile."

### A matter of trust

Building trust is necessary, along with demanding — and giving — respect, said Ware.

She and crew bosses (prison staffers who supervise the work crews) do not carry weapons. Each crew boss is supervising up to nine inmates for 10 hours a day, sometimes at remote locations. The crew leaders have to establish rapport with the inmates, but also have to maintain a professional distance and safety.

"It's a lot of communication. I talk to them like I like to be spoken to," Ware said.

"I demand it in return. You can't be disrespectful. We have to be able to communicate with these guys."

The work crew involves manual labor, in all kinds of conditions, though of course safety training and appropriate work gear is provided. The trade-off is the learning experience, the chance to be outside, or even just to get away from other inmates.

Castillo, however, appeared to relish the experience.

"You have to earn it. You have to meet certain criteria. There has to have been trust," he said.

"We trust them. They trust us. They keep us busy."

Castillo also said he respects Ware. "She won't put us to do a job she would do herself."

Castillo recently finished a program that paired Colorado Mesa University criminal justice students with Delta inmates.

"It's pretty neat. A lot of theories they hear isn't true about inmates," Castillo said. But the speculation and stereotypes gave way to a degree of mutual trust, he said.

"We have an opportunity here to instill … some life skills. I think that's what's unique about the work crew," Ware said.

Inmates see the work crew as a chance to do something, and those whose release date is close are able to get back in step with daily routine on the outside — something many non-offenders probably take for granted, Lisak said.

"It's an experience for us to be able to get that kind of trust," Castillo said.

"It builds a certain security and bond. We take care of each other out there, too. … It allows me to get that feeling back, that it's going to be OK."



Members of one of the work crews perform their duties on one of the firing ranges at the Delta Correctional Center. The men were weeding, landscaping and repairing the range facilities. (Paul Hurschmann/Montrose Daily Press)



Maj. Mark Lisak, operations director, discusses the Workcrews/ILP (Intensive Labor Program) at the Delta Correctional Center Wednesday. (Paul Hurschmann/Montrose Daily Press)



Lt. John Cressler, case manager, explains the evaluation processes for offenders at the Delta Correctional Center. (Paul Hurschmann/Montrose Daily Press)

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**



"In Trees We Please"
CERTIFIED ARBORISTS
RELIABLE & PROFESSIONAL
Serving the local community for 13+ years!
Tree Tamers inc
Planting • Pruning • Tree Removal • Stump Grinding
Tree Health Consulting • DeepRoot Watering & Fertilization
Disease/Insect Management & Prevention
FULLY INSURED & LICENSED | FREE Competitive Quote!
"Your guys are polite and work hard, every service your company has provided has been excellent." - Elizabeth Robbins
970-209-3916 | 970-707-4067 | www.treetamersinc.com



FALL IN LOVE WITH OUR SPECIALS
Fall Sale Starting Now!
SAN JUAN GARDENS
Don't forget to Mulch for Winter!
Nutri-Mulch ONLY $8
Ornamental Grasses 20% OFF
Roses 30% OFF
Turn North off of San Juan Ave. Bypass on 6530 Rd.
Go 2 miles & look for our sign on the left.
Mon-Fri: 8:00am - 5:30pm
Saturday: 9:00am-5:00pm
Sunday: 10:00am-4:00pm
(970) 249-2052

A2



# MONTROSE DAILY PRESS

www.montrosepress.com

**VOLUME 134, NO. 75**

**Publisher**
Advertising Director
Vincent Laboy
(970) 252-7099

**Editor**
Matt Lindberg
(970) 252-7035

**Business Manager**
Richard Seiferd
(970) 252-7090

**Pressroom Manager**
Denny Hardman
(970) 252-7094

The Montrose Daily Press (USPS 361-760) is published six days a week by Wick Communications at 3684 N. Townsend, Montrose, CO 81401. Business hours are Monday-Friday, 8 a.m. to 5 p.m. To reach the Advertising, Classifieds, News, or Sports Depts., dial 970-249-3444. Fax: 970-249-3131.

Subscription payable in advance:
• Home delivery: $187.20/year
• E-Edition: $64.95/year
• EZ pay E-Edition $7.49/month
• Out-of-county mail: $250.50/year
• In-county mail: $175.50/year

All editorial and advertising contents are ©2016 by Montrose Daily Press. Reproduction of use in any form of editorial, news, photo or advertising content in whole or part without permission of the Montrose Daily Press is prohibited.

coloradopress
2016 Member

Missed paper? Call 252-7081


Business & Office Systems
• Copiers • Printers
• Fax Machines
• Shredders
• Office Supplies
• Cash Registers

BOSS in Montrose
130 N. Townsend Montrose (970) 249-5064
Fax: 249-0512 bossinmontrose.com
Monday-Friday: 8 a.m. to 5 p.m.


**Local Support for Your Business**


FARMERS INSURANCE

HOWARD DAVIDSON AGENCY
• Business Owners / General Liability
• Homeowners Property & Auto
• Commercial / Business Comp

CALL US TODAY!
970-249-6623

Brenda Somsett
Agent Assistant

COME SEE US!
1800 Oxbow Road • Montrose CO 81401

www.farmersagent.com/hdavidson



BREW & BOGEY CLUB
BLACK CANYON GOLF COURSE

DRINK SPECIALS

SUNDAY NFL TICKET
**8 NFL GAMES SHOWN**
EVERY SUNDAY

**$8 ALL YOU CAN EAT TACOS**

**$3 BEERS**

**BLOODY MARY BAR**

BREW & BOGEY - 1350 BIRCH STREET

---

# EVENTS CALENDAR



Run for the Cure fundraiser for San Juan Cancer Center. Sunday, Oct. 9, 9 a.m. Rose Bowl, Montrose. For more information call 970-318-6944. (Submitted photo/MCC)

## TODAY, OCTOBER 5

**8 a.m.** – The Forum meeting focuses on results of 2016 City of Montrose Community Survey. David Spear, City of Montrose operations manager, Bill Bell, manager of the City of Montrose, and a company survey expert via telephone will report on survey findings. Heidi's Brooklyn Deli, Oxbow Center. Info: kheavers@gmail.com

**10 a.m.** – Montrose Newcomers and Neighbors welcome Robin Lewis talking about BLM, its Visitor Center and public lands. Montrose Regional Library. Info: 520-603-5278.

**7 p.m.** – "A History of Magic Circle Players," by Lisa Redigers presented by The Montrose County Historical Society. Friendship Hall. Info: 970-323-6466

## FRIDAY, OCTOBER 7

**9 a.m. to 3 p.m.** – Montrose Area Woodturners feature a demonstration by Trent Bosch. Info: 970-986-2550.

**9 a.m. to 5 p.m.** – Montrose Visual Arts Guild Annual Show. Camelot Gardens, 16612 U.S. Hwy 550. Info: 425-246-7166.

**5 p.m.** – Art Walk. Good Vibrations, 326 Main St., Delta. Info: 970-209-5293.

**6 p.m.** – Auditions for comedy "Never Too Late." Magic Circle Theatre. Info: 970-249-7838.

**7 p.m.** – An Evening with Gabrielle Louise. Sherbino Theater, Ridgway. Info: 303-649-5615.



## SATURDAY, OCTOBER 8

**8:30 a.m. to 1 p.m.** – Farmers Market. Centennial Plaza, Montrose.

**9 a.m. to 5 p.m.** – Montrose Visual Arts Guild Annual Show. Camelot Gardens, 16612 U.S. Hwy 550. Info: 425-246-7166.

**9:30 a.m.** – Auditions for comedy "Never Too Late." Magic Circle Theatre. Info: 970-249-7838.

**10 a.m.** – Indigenous Peoples Day. Placerville Park. Info: arig@saworguelcounty.org.

**11 a.m.** – Blessings of the Animals. Lions Park, 602 N. Nevada. Info: 970-252-0908.

**6 p.m.** – Ballet Folklore Tonantzin featured. Latino Heritage Celebration. 1521 Hillcrest Dr., Montrose. Info: joesydest@gmail.com

**6:30 p.m.** – Thin Air Band plays. Horsefly Brewing Company. Info: 970-417-6308.

**7 p.m.** – Foxfeather and John C. Abney. Sherbino Theater,

Ridgway. Info: 303-649-5615.

**7:30 p.m.** – Country Plus plays at the dance. Pavilion Senior Center. Info: 970-249-3342.

**7:30 p.m.** – Comedy eight features John Burton and Claude Stuart. Remington's At The Bridges. Info: 970-249-2886.

## SUNDAY, OCTOBER 9

**9 a.m.** – Bowl for the Cure fundraiser for San Juan Cancer Center. Rose Bowl, Montrose. Info: 970-318-6944.

**11 a.m. to 2 p.m.** – Montrose Visual Arts Guild Annual Show. Camelot Gardens, 16612 U.S. Hwy 550. Info: 425-246-7166.

**Noon** – Second Sunday Cinema film "Cafe Society." Fox Theater. Info: 970-626-5568.

**6 p.m.** – The Living Room Lounge with Jill Cohn. Sherbino Theater. Info: 970-318-0892

## MONDAY, OCTOBER 10

**5 p.m.** – Ouray Hot Springs Pool Ground Breaking Ceremony at its Pool and Fitness Center. Info: 970-325-7073

**7:30 p.m.** – The Black Canyon Twirlers square dance club will dance. Caller is Naaman Moorhouse. Lions Park clubhouse. Info: 970-249-9880.

## TUESDAY, OCTOBER 11

**6 p.m.** – Beatrice Lucero speaks on increasing opportunities for our youth. Montrose Regional Library Community Room. 970-901-3281

**7 p.m.** – Black Canyon Macintosh User Group meets to elect officers and discuss iCloud. Proximity Space. Info: macdoctor@gmail.com

## WEDNESDAY, OCTOBER 12

**7:30 a.m.** – CLUB 20 Montrose County Caucus. The Coffee Trader, Main St. Info: 970-242-3264

## THURSDAY, OCTOBER 13

**6:30 p.m.** – Sherbino Open Mic Night. Sherbino Theater, Ridgway. Info: 303-649-5615

**7 p.m.** – Black Canyon Astronomical Society review and planning session. Centennial Room, Montrose. Info: 970-856-7716

**7 p.m.** – The League of Women Voters Forum for county commissioner candidates in District 1 and District 3. Montrose Pavilion. Info: nancybell@montrose.net.

## FRIDAY, OCTOBER 14

**7 p.m.** – Bow Wow Film Fest Tour. Sherbino Theater. Info: 970-626-2273

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com

## HOME
FROM PAGE A1

offense, Randall had stalked the woman from Virginia to Colorado.

The Randall case is one of many domestic violence cases Hotsenpiller and other officials see, although the majority of their caseloads involve misdemeanor offenses.

Numbers vary depending on the agency to which incidents are reported, and also in terms of what state statistics categorize as domestic violence.

At the Montrose Police Department, domestic violence cases have "rocketed," Cmdr. Gene Lillard said. Year-to-date, the MPD had 384 reports of domestic violence; by the same time last year, it had received 146.

"They're up 163 percent in the City of Montrose," Lillard said.

"It's a major concern. When officers go to the scene, we investigate the incident and we also talk to as many witnesses as we possibly can, and weigh the evidence to see who was the primary aggressor."

Domestic violence is a mandatory arrest in Colorado.

"We do not give warnings for domestic violence," Lillard said.

Domestic violence incidents reported to the Montrose County Sheriff's Office are lower — 49 this year, compared to 62 reports by this time last year, Sheriff Rick Dunlap said.

"I think it's unnecessary," he said of the crime.

"People need to have an avenue that they can release their anger and anxiety before it turns into something that is going to cause a serious problem."

For state Fiscal Year 2015 (July 2015 – June 2016), there were 330 misdemeanor cases filed in the 7th Judicial District that were categorized as domestic violence.

"That's not a small number for this judicial district," Hotsenpiller said.

The 7th Judicial District encompasses Montrose, Delta, Hinsdale, Gunnison, San Miguel and Ouray counties.

Again, state categorization of offenses differs from the way other agencies categorize domestic violence. If underlying issues point to domestic violence, but there is no charge of domestic violence, the state does not count it in that category.

The state figures are based on fiscal year data, but Hotsenpiller's in-house counts are by calendar year. According to these, in 2015, the DA's office handled 432 domestic violence cases — these numbers include felony cases. Since January of this year, it has received 305.

Not every report made to law enforcement necessarily leads to prosecution — and domestic violence is underreported, said Chip Meneley, the domestic violence program supervisor for Hilltop Community Resources.

"(Nationally), the stats tell us that it's about 20 percent of all domestic violence gets reported," he said.

"It's a pretty prevalent problem in our service area. It's really underreported. A lot of people either don't realize services are available or they're kind of embarrassed or ashamed to come forward. For some folks, it's not safe, or they feel it is not safe."

Hilltop serves Montrose, Delta, Ouray and Mesa counties, providing services for domestic violence. Since January, it has provided emergency safe house shelter to 68 women, men and children; responded to 832 crisis calls on its 24 hour domestic violence and sexual assault hotline, and assisted 89 people through support services provided by trained volunteers.

"We've always got somebody on that line people can reach out to. There's help. We just need to get them to reach out," Meneley said.

The services are available regardless whether the victim makes a police report.

### Tackling relationship violence

Domestic violence involves control and coercion between intimate partners or former intimate partners, whether of the opposite sex or the same sex.

"It is where one partner engages in behavior to intimidate, threaten, coerce or physically hurt the other person for the purpose of power and control," Meneley said.

Many factors drive domestic violence among them, economic straits, alcohol abuse and substance abuse.

"Ultimately, I wish I had an answer to that," Meneley said

"What drives domestic violence is, it's a choice for the offender. I believe they do it because they get what they want, whether it's a sense of power, their way, or they just want to make all the decisions.

"There's a lot of different reasons, but that's kind of it in a nutshell."

Offenders may have anger management deficiencies, but not necessarily because that problem tends to show up in their dealings with other people, Meneley said. Domestic violence is largely reserved for the intimate partner, and perpetrators are usually functioning members of society, he said.

"They're very manipulative. They don't generally engage in this behavior in front of other people. It's sort of a premeditated, planned out behavior."

Domestic violence doesn't always result in injury. It can entail shoving, kicking, property damage and phone obstruction, when an abuser interferes with telecommunication services in an attempt to prevent the victim from calling for help.

Violence in the home harms children, even when they are not subjected to abuse, Hotsenpiller said.

Prosecutors and victim advocates try to communicate with victims early on to see how best to help and what to focus on in the case, especially to protect children, he said.

"We know kids in domestic violence households are aware of the violence and experience trauma due to the presence of that violence in their family," Hotsenpiller said.

"They're often witnesses, which is sad," said Lane Thomasson, one of Hotsenpiller's deputy prosecutors.

Childhood trauma is the No. 1 common experience of adults who become entangled in the criminal justice system, the prosecutors said.

"If we can make a difference in childhood trauma, we can really make a difference," Hotsenpiller said.

### Reframing the perceptions

Hotsenpiller's office takes all criminal cases seriously and, when prosecuting a case involving domestic violence, acts early to determine which need extra focus.

The DA's Office is also providing an updated reporting form for officers who respond to domestic violence calls. The revamp is the result of task force recommendations to replace the previous "archaic" form, victim advocate Aimee English said.

The form is designed to incorporate risk factor assessments, though it still depends on a victim volunteering the information, and a lot of times, they are fearful to do so, she said.

"It's a very good form and it will be very useful for the police department and for the prosecution," Lillard said.

"It's more in-depth."

The MCSO has also begun using the updated form, Dunlap said.

Like English, he sees reluctance among some victims. Initially, the man or woman who has been abused might be cooperative, but then recant.

"That creates a problem for prosecution of these cases," the sheriff said.

Domestic violence impacts the entire family and outside pressures can cause a victim to back off his or her complaint.

"A lot of victims will look at that and say they're not willing at this time to put the family through it," Dunlap said.

"The perpetrator may be the only person who is an income source. When you take that away, that creates more problems financially, but at the same time, you have to look at the whole thing. If somebody's being abused in the home, is that really good for the children?" he said.

Hilltop through its free and confidential services works with domestic violence victims to help them understand the power dynamics at play, the cycle of violence and how it differs from mere situational violence, Meneley said.

While people do still wonder why an abuse victim "stays" with her or his abuser, that is the wrong thing on which to focus, he said.

"We're trying to reframe it as a community. The focus needs to be on the offender. The question needs to be 'Why doesn't he stop'? That needs to be the focus," Meneley said.

"We want to support the survivors, but turn the focus onto the offender and say, you need to stop. We're not going to tolerate this."



Defense attorney Scott Johnson speaks during opening statements in the double-murder trial of Prudencio Juan Fragoa-Ramirez, Friday, Oct. 7, 2016, at the Franklin County Courthouse in Pasco, Wash. Fragoa-Ramirez is accused of killing his 18-year-old girlfriend Maria Cruiz-Calvillo and her 3-year-old son. (Sarah Gordon/The Tri-City Herald via AP)

### Abused? Suspect abuse?

- Hilltop Community Resources/Tri-County Resources provides free, confidential assistance to domestic violence victims, in the form of emergency shelter, advocacy, support groups, case management, children's services and transitional housing. Its 24-hour crisis line can be reached toll free at 844-990-5500, 970-249-2486 (Montrose), 970-874-4941 (Delta) or 970-626-3777 (Ouray).
- Contact law enforcement or call 911

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
www.RockyFlatsSettlement.com



Tree Tamers — "In Trees We Prune" — CERTIFIED ARBORISTS. Planting • Pruning • Tree Removal • Stump Grinding. Tree Health Consulting • Deepfeed Watering & Fertilization. Disease/Insect Management & Prevention. FULLY INSURED & LICENSED | FREE Competitive Quotes

FALL IN LOVE WITH OUR SPECIALS — SAN JUAN GARDENS. Don't forget to Mulch for Winter. Nutri-Mulch ONLY $8. Fruit Trees 25% OFF Only $30 Each! Russian Sage 40% OFF Only $20 Each!

(970) 249-2052

# Good news from North

**Rebecca Caldwell**
Rebecca_caldwell@dpsk12.org

NORTH DENVER — The fall semester is well underway and we have lots of good news to share from the hallowed halls of North High School. Thank you to everyone in the community who came out to support North High at the powder puff game, homecoming parade, chili and chile cook-off, bonfire and the Homecoming football game! North's varsity football team is currently undefeated at 4-0. Come out and catch a game.

On the enrollment side, we have the largest freshman class in many years with 340 students, a 31% increase over last year. The entire student body is nearly 1,100 representing a 21% increase in the last two years.

We know that the success of a high school is demonstrated through multiple measures. While CMAS state testing is not the only measure, it is one that allows us to see how we are doing compared to other schools in Colorado.

This year, North's English/Language Arts scores went up 9%, which was the second highest increase of all traditional high schools. We had an MGP (Median Growth Percentile) of 65, which is also the second highest of all traditional high schools and falls in the state category of "More Than Expected" growth from our students. According to Principal Scott Wolf, "East was the only school who outperformed us by one point."

By way of comparison the Language Arts Median Growth Percentile for a mix of traditional, innovation and charter high school's was: East-66, North-65, South-53, West Leadership-45.5, West Generations -41, and Strive Excel-37.

In Math, we gained 9.5%, which also was the second highest increase of all traditional high schools. We are especially excited that we increased the percentage of students passing the Geometry portion of the assessment by 41.8%. Our MGP in Math was 59 and again the second highest of all traditional high schools. (Thomas Jefferson led the pack at 65.)

In Math comparative MGP results show: West Leadership-62.5, Strive Excel-62, West Generations-59.5, North-59, East-55, and South-54.

Thank you for the collective investment in North. It is paying off for our students and our community! Please join us on October 27 from 6-8PM for our annual Trick or Treat Street costume party. It's a wonderful way to connect with and support your future, neighborhood high school and our North Denver community. It is a free event.

# Mariachi music connects

CONTINUED FROM PAGE 6

"Our general music program exposes kids to many languages, cultures and styles," said Liñan. "Along with American pop music, they get Mexican, Hebrew and African music. Our instrumental program is mariachi."

Parents are involved at Bryant-Webster through the parents' dance group, new last year. "Many of them have danced before, so they are excited to be part of the celebration of mariachi culture," Liñan said. "We'll have an assembly during Hispanic Heritage Month."

Trujillo said some of his students have what it takes to go professional. He said there are about 14 professional mariachi groups in Colorado, including his own Lorenzo A. Trujillo and the Southwest Musicians. "The kids can get work and earn money if they're good," he said. "Mariachi is versatile because it's not limited to the concert hall and groups are small, about seven to 12 players instead of 60 or 80. Mariachi bands with various skill sets play for weddings and quinceañeras, or churches, or restaurants. Some groups tour."

About half of Trujillo's students are music education majors who plan to teach after they graduate. Four students volunteer as mariachi teachers at Denver schools; two of them are at Bryant-Webster. "We are short of teachers in Denver who can teach mariachi," Trujillo said. "Only about five schools here offer it. It's important because mariachi helps keep kids in school and achieving better. It gives them a connection between school and their interests."

"Programs have started that didn't last," said Liñan. "Mariachi is hard to teach if you don't understand it."

Trujillo hopes to grow the Metro program. "About 40 colleges nationwide teach mariachi, but degree programs are rare. I'd like to provide more teachers to advance the understanding across cultures."

El Mariachi Juvenile de Bryant Webster will perform at the Highland Haunt, 32nd and Clay Streets, Oct. 29. For more information see www.highlandhaunt.com. Mariachi Los Correcaminos de MSU will give a concert on Dec. 3 at the King Center on the Auraria campus. For more information see their Facebook page.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Pow Wow to take place this weekend

**Staff report**

The second annual Healing Hoop Pow Wow is set for 11 a.m. on Sept. 24-25 at 10960 Fox Run Parkway in Northglenn.

The outdoor event is rain or shine and will include contest dancing and drum circles. There will also be gourd dancing and free raffle drawings every hour. Lakota Way Healing Center will serve as vendor at the event.

All proceeds will fund veteran and integration programs, suicide prevention, Native American homeless programs, youth education and addiction prevention programs at Lakota Way Healing Center.

For more information, contact Doug Good Feather at 720-276-7558 or Scott Gloyd at 720-841-1703.







### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com

## NORTHGLENN NEWS IN A HURRY

**African Children's Choir to perform at Immaculate Heart of Mary**

Immaculate Heart of Mary Church, 11385 Grant Drive, Northglenn, will welcome the African Children's Choir as part of its U.S. tour on Wednesday, Oct. 26, at 7 p.m.

Admission is free, and a free-will offering will follow the concert.

The free-will offering will help support the Music for Life Institute. The African Children's Choir has been Music for Life's major international program during its 30-year history. The organization provides relief and development program in seven African countries. It has educated more than 52,000 children as part of its initiative.

**Northglenn Police Department presents Safe Street Halloween**

The Northglenn Police Department and Northglenn High School are teaming up again for Safe Street Halloween, from 5:30 to 8:30 p.m. on Saturday, Oct. 22.

The event will feature a "Goosebumps" theme, based on the movie and books by R.L. Stine. Now in its 18th year, the event provides residents with a free, safe and spooky environment for kids to trick or treat.

Northglenn High School students will entertain the kids with decorated classrooms and Halloween music. The students, as well as local groups and businesses, will pass out more than 5,000 pounds of candy.

Trunk or Treat will be held outside, providing an extra opportunity for kids to trick or treat. Once inside the school, trick-or-treaters are welcome to walk through the Haunted Gym, visit the Arachnophobia Corner or the new Scary Hallway.

There will also be cookie decorating and costume contests.

Community groups and local businesses are invited to participate by donating candy at City Hall on either the first or second floor.

For more information, contact Scott McNeilly at 303-450-8893, ext. 8430, or visit www.northglenn.org/safestreehalloween.

## WESTMINSTER NEWS IN A HURRY

**Tree Climbing Adventures coming to Standley Lake**

Come hear the voices of the wind as you climb into Standley Lake's cottonwood tree canopy as part of Tree Climbing Adventures from 10 a.m. to noon on Saturday, Oct. 1.

Discover the importance of trees and enjoy the views of the surrounding landscape, nature and wildlife. A certified instructor from Westminster's forestry crew will help you climb trees safely by using ropes and equipment.

This event is for kids ages 8 to 12. Fee is $15. Contact Sully Tunake at 303-658-2790 for more information.

**Westminster Fire Station 6 to hold open house**

Join the Westminster Fire Department on Saturday, Oct. 1, from noon to 3 p.m. to meet firefighters, and enjoy some food and fun, during an open house at Fire Station 6.

Bring the family to see the fire engines and ambulances, visit with firefighters, play some games, grab some grub and take a ride on the vintage 1958 Seagraves fire engine.

The station will also be hosting Hero's Day, geared towards individuals with special needs and their families. Fire Station 6 is located at 999 W. 124th Ave. in Westminster. This event is free. Call 303-658-4500 for more information.

**Westminster wants feedback on trash and recycling services**

Westminster residents are being encouraged to give their feedback on a variety of options the city is weighing regarding the city's trash and recycling services.

The survey is online at www.surveymonkey.com/r/WestminsterRecycling, and will be available for feedback until Oct. 25. Residents may also call 303-494-1178 to complete the survey.

The city is also looking for volunteers to form a pair of focus groups that will give opinions and feedback on the options. Those interested may call 303-494-1178.

An open house will be held from 6 to 8 p.m. on Tuesday, Oct. 18, in the Community Room at the City Park Recreation Center, 10455 Sheridan Blvd., to further discuss the options. There will be a presentation on increasing recycling, reducing emissions, as well as the city's efforts to reduce costs for residents.

## THORNTON NEWS IN A HURRY

**Brantner Elementary Safe Routes to School Trail completed**

Thornton's Infrastructure Department recently completed the construction of the federally funded Brantner Elementary Safe Routes to School Trail. The project consists of 1,300 linear feet of 8-foot-wide concrete trail completing a safe bicycle/pedestrian connection to Brantner Elementary School and provides access to the trail for the general public.

The trail originates at Spruce Place and East 131st Place in the Villages at Riverdale neighborhood, and runs north along the west side of the Brantner Elementary School property ending at East 133rd Avenue. The trail also ties into the west side of the Brantner Elementary School aligning with School District 27J's recently completed expansion.

This project was coordinated with CDOT and School District 27J. School District 27J has scheduled a ribbon-cutting ceremony for the new trail at Brantner Elementary on Monday, Oct. 3, at 3 p.m.

### WHAT'S HAPPENING NEAR YOU?
Want to know what news is happening in your area and the areas around you? Visit our website at *ColoradoCommunityMedia.com.*

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant.  The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property.  The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.).  The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**.  If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses.  Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation.  Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration.  The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017.  Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989.  You may opt out of the Class and Settlement by March 1, 2017.  If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer.  Your own lawyer can advise you about whether your claims may be barred by the statute of limitations.  If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017.  If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.  The Court will consider whether the Settlement is fair, reasonable and adequate.  If there are objections, the Court will consider them.  If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com.  After the hearing, the Court will decide whether to approve the Settlement.  You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.**  For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



