## WHAT'S HAPPENING NEAR YOU?

Want to know what news is happening in your area and the areas around you? Visit our website at *Colorado-CommunityMedia.com*.

## ADAMS COUNTY NEWS IN A HURRY

### Check out snow removal fleet and equipment

To ensure residents' safety, the Adams County Transportation Department will host its annual Snow Inspection Event on Thursday, Oct. 13, from 7:30 a.m.-3 p.m. at the fleet facility, 4955 E. 74th Ave., Commerce City.

Attendees can view the fleet of trucks and snow removal equipment and talk with transportation personnel.

For more information, visit adcogov.org.

### CASA's Kaleidoscope of Hope set for Oct. 20

CASA (Court Appointed Special Advocates) of Adams & Broomfield Counties hosts its annual Kaleidoscope of Hope event on Thursday, Oct. 20, at Stonebrook Manor, 650 E. 124th Ave., Thornton.

There will be a breakfast from 7:30-8:30 a.m. as well as a luncheon from noon-1 p.m. Guests can choose to attend either program. There is no fee, but guests are encouraged to make a financial contribution to support CASA.

Proceeds help fund CASA's mission to provide specially selected and trained community volunteers, called CASAs, to advocate for abused and neglected children in the pursuit of safe and permanent homes. CASA Volunteer Advocates are appointed by judges to be a voice for these children in court.

To RSVP for the breakfast or luncheon or to make a financial contribution, contact Erin Kaminski, events and campaigns manager, at 303-655-3927 or at erin@casa17th.org. To learn more, visit casa17th.org.

### Drop off old and unused paint

Adams County residents and businesses can drop off their old and unused paint, stains and varnishes for free on Saturday, Oct. 15, from 9 a.m.-1 p.m. at Adams County Regional Park, 9755 Henderson Road.

They must be in five-gallon or smaller containers with original labels and secure lids. Leaking or empty containers and spray paint cans are not accepted. For detailed information about this event, items accepted and to pre-register, visit Paint Care's website at www.eventbrite.com/e/paint-drop-off-event-at-adams-county-regional-park-tickets-27158775629

### Free landfill day for Northglenn residents

Tower Road Landfill will allow Northglenn residents to dispose of large items for free on Oct. 15.

Residents who provide proof of residency can throw away items that are too large to fit into a trash cart. A current driver's license or utility bill are required for proof of residency.

Only one load per residence will be accepted. All disposed items must be covered, and any mattresses or box springs cost an additional $30.

Residents bringing a pole cage charge, plus taxes and fees if they bring more than 5 cubic yards of content.

Electronics, tires, car batteries, appliances with Freon, fluorescent light bulbs and hazardous liquids or materials are not accepted.

Tower Road will be closed between 88th and 96th avenues during that time. Watch for signs rerouting traffic.

Call 303-450-4004 for more information.



## LAST WEEK'S WINNER

### Cecil D.

Thank you to all the readers and advertisers that helped support our pink ribbon promotion.

## Colorado Community Media

## THORNTON NEWS IN A HURRY

### Snowbuster volunteers needed

The City of Thornton is looking for individuals, families, social groups and businesses to help remove snow for senior and disabled residents in the South Thornton area. All volunteers are background checked and qualifying residents screened. For more information, contact Krystle Codrey, at krystle.codrey@cityofthornton.net or go to volunteers.cityofthornton.net

### Get rid of unused, expired prescriptions

Drop off your unused and expired prescription and over-the-counter medications for free and safe disposal on Saturday, Oct. 22, from 10 a.m.-2 p.m. at the following locations:

• Thornton Police Department, 9551 Civic Center Drive

• Thornton Infrastructure Maintenance Center, 12450 Washington St.

• King Soopers, 136th Avenue and Colorado Boulevard

The following items will not be accepted: needles and sharps, mercury thermometers, oxygen containers, chemotherapy and radioactive substances, pressurized canisters and illicit drugs.

### Wanted: Artists for annual Thornton art sale

Thornton Arts & Culture Division is looking for artists to participate in its annual Art 4<$100 sale on Dec. 3 held at the Carpenter Recreation Center. All fine art media are welcome and all artwork must be priced at $100 or less.

Deadline to submit three to five images of artwork is 5 p.m. on Nov. 25. A committee will select participants.

For more information, contact Linda Lowe at 720-977-5881, linda.lowe@cityofthornton.net, or Krystle Codrey, 720-977-5882, krystle.codrey@cityofthornton.net

### Thornton firefighters continue to 'Fill the Boot'

September marked the Muscular Dystrophy Associations Fill the Boot Campaign. Thornton Firefighters and their families set up in front of local merchants to collect donations on behalf of children with Muscular Dystrophy.

Thornton Fire began their collection efforts on Friday, Sept. 2 at three King Soopers stores and two Wal-Mart stores throughout the city. Firefighters collected $19,284. With this amount, the Fire Department helped MDA in providing vital services for families right here in Colorado. These funds will be used to provide a barrier-free week for kids at MDA Summer Camp in Empire, Colorado.

Additionally, the money raised will support vital research efforts, clinic visits, support groups, equipment repairs and support groups for those struggling with muscular dystrophy.

Over the ensuing decades, the commitment of the professional firefighters to the cause of MDA has further elevated their status as extraordinary professionals who not only put their lives at stake to save citizens from ruthless flames, but also give their time to save the lives of the innocent from equally merciless neuromuscular diseases. The devotion of IAFF members has not only helped MDA, but also united firefighters in a community where they share their team strength and brotherhood to give better meaning to lives and hope for the future.



# VOTE

Yes ON 4B!

## SCFD
Scientific & Cultural Facilities District

Photo by DarbyH Photography, courtesy of Platte Valley Players

## Renew the SCFD ~ Culture for All

• 300 cultural gems in the metro region — including **Bluff Lake Nature Center, Butterfly Pavilion, Northglenn Arts and Humanities Foundation** and nearly 300 more

• Educational experiences for 4.25 million children

• More than 100 Free Days each year

• A $1.8 billion boost to our regional economy

**Endorsed by Adams County Commissioners; Aurora, Commerce City, Northglenn, Thornton and Westminster city councils; Metro North Chamber of Commerce; North Metro Arts Alliance and hundreds more**

*To "be 4" Culture – start at the bottom of your ballot and Vote Yes on 4B!*
Visit www.YesOnSCFD.com to Learn more.

Paid for by Citizens for Arts to Zoo

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

## 1-844-528-0187
## www.RockyFlatsSettlement.com

# Clubs

*Continued from Page 23*

**Arvada Rotary** meets from 6:30-8 p.m. Wednesdays at Indian Tree Golf Club, 7555 Wadsworth Blvd. The club engages in a variety of community service projects, with emphasis on assistance to and support of Arvada's youth. Visitors are always welcome. For additional information visit www.arvadarotary.org or call Dave Paul at 303-431-9657.

**Flatirons View Toastmasters** meets at 6:30 p.m. the first and third Wednesday of every month at The Depot at Five Parks, 13810 W. 85th Ave. in Arvada. Polish your speaking and presentation skills in a fun, instructional, nurturing environment. For more information visit http://9407.toastmastersclubs.org/.

**Music Teachers Association Suburban Northwest** meets 9:30 a.m. to noon the first Wednesday of the month at Community in Christ Church, 12229 W. 80th Ave., Arvada. Meetings are open to the public and include refreshments,

business meeting and program featuring music teaching professionals from around the state lecturing on the latest teaching developments.

**Northglenn Moose Lodge** 2166 hosts men's meeting nights at 8 p.m. the second and fourth Wednesday of each month at 11449 York St., Northglenn. Call 303-457-3391.

**Rocky Mountain Submarine Veterans** meets at 7 p.m. the second Wednesday of the month at American Legion Wilmore-Richter Post 161, 6230 W. 60th Ave. in Arvada. Active duty, reserve, retired, veterans, interested public and their ladies are cordially invited. For more information, go online to www.rockymountainsubvets.com.

**Toastmasters-Westminster Communicators** meets 12:15-1:15 p.m. every Wednesday at DeVry University, 1870 W. 122nd Ave., Room 134. Toastmasters has helped thousands of people over the years and we can help you. Admission is free. Enter the southeast door to the first room, 134. Call Ray Hamilton at 303-284-4223.

**Westminster Rotary** 7:10 Club meets 7:10-8:30 a.m. Wednesdays at The Ranch Country Club, 11667 Tejon St., Westminster. For more information, call Angela Habben at 720-947-8080.

**Widowed Men and Women of America** meets at 5 p.m. the second Wednesday of every month at the Westminster Elks, 69th and Lowell, for happy hour, dinner and meeting. The club also has social events every month. Contact Pat Akers at 303-658-0449.

**Women of the Moose** Chapter 644 meet at 7:30 p.m. the first and second Wednesday of each month at 11449 York Street, Northglenn. Call 303-457-3391.

## Thursdays

**Adams County Triad** meets 1-2 p.m. the third Thursdays of the month at 3295 W. 72nd Ave. in Westminster. The Triad is formed of law enforcement officers, senior citizens, fire personnel and senior organizations. Triad volunteers develop and implement crime-prevention and education programs for older adults. Activities address crime from both a pre-victimization (preventive) standpoint and a post-victimization (victim/witness assistance) standpoint. All senior citizens or people who care about senior citizens of Adams County are welcome. Topic changes each month. For more information, contact Jenee Centeno at 303-854-7420. Fridays.

**Arvada Associated Modelers** hosts training night from 4-8 p.m. Thursdays from May to September (weather permitting) at the Arvada Airpark, 7608 Highway 93, Golden. (Pioneer entrance between Leyden Road and 64th Avenue). We welcome anyone interested in learning to fly radio control models to take an introductory flight with an instructor. No previous experience is needed and the club provides radios and airplanes. Training is free and open to everyone (it's fun for the entire family). Visit www.arvadamodelers.com/pilot-training/.

**Community Coffee** Join Rep. Tracy Kraft-Tharp on the fourth Thursday of each month to talk about issues that are important to you. Community Coffee will be 7-8 a.m. at La Dolce Vita, Ice Cream Room, 5756 Olde Wadsworth Blvd., Arvada; and from 6:30-7:30 p.m. at Panera Bread, 10450 Town Center Drive, Westminster.

**Food pantry** Agape Life Church distributes Jefferson County commodity foods from 10-11 a.m. Thursdays, at the church, 5970 W. 60th Ave. The church provides this service to all Jefferson County residents. If you have questions, call 303-431-6481.



• 2016 •
STARBURST AWARDS

LAMBERTSON LAKES (PHASE I)
City of Thornton



## FOR EXCELLENCE IN USE OF LOTTERY FUNDS

Congratulations on winning a 2016 Starburst Award! This year, we were proud to hand out 22 Starburst Awards across 21 different recipients throughout Colorado. For more information and to see the full list of winners please visit coloradolottery.com.

   

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary notice.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.



**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---


MAPLETON
Education Foundation

  

## 12th Annual Mapleton Education Foundation Gala
**Benefiting Scholarships, Leadership Programs and Athletics**

Presented By:


MOUNTAIN STATES
TOYOTA
Trusted. Transparent.
mountainstatestoyota.com

**Friday, October 21, 2016**
**Silent Auction begins at 5:30 p.m.**
**The Westin Westminster**
**10600 Westminster Blvd., Westminster, CO 80020**

### Featuring
Cocktails | Silent Auction | Dinner | Live Auction | Entertainment
Painting Contest | Games and Prizes

### Tickets
$125 - Individual ticket
Event sponsorship levels (includes a table for 8-10 guests)
$5,000 Lead | $3,000 Patron | $1,000 Table
RSVP by Thursday, October 13, 2016

Call 303.853.1008 or visit
**www.mapletonedfoundation.org** for event and ticket information.

Media Sponsor:


TELEMUNDO
DENVER

Sponsored By:


Crescent Point          COLORADO LIGHTING

Don Herman & Dwaine Schmidt  |  Charlotte Ciancio & Bill Anderson

Wednesday, September 21, 2016  Page 2A                    The Pueblo Chieftain ■ Pueblo, Colorado

## SUSPECT/from page 1A

concern at the prospect of being caught before being able to carry out a suicide attack and the desire to be a martyr, the complaint said.

It added that another part included a reference, on a page that is largely unintelligible, to pipe bombs and a pressure cooker bomb, and declared: In the streets they plan to run a mile.

There were also laudatory references to Osama bin Laden, Anwar al Awlaki the American born Muslim cleric who was killed in a 2011 drone strike and whose preaching has inspired other acts of violence and Nidal Hasan, the former Army officer who went on a deadly shooting rampage in 2009 at Fort Hood, Texas, the complaint said.

Before the federal charges were led, Rahma

ni, 28, was already being held on $5.2 million bail, charged with the attempted murder of police officers during the shootout that led to his capture Monday outside a bar in Linden, N.J.

It wasn t immediately clear whether Rahami had a lawyer who could comment on the charges. He remained hospitalized with gunshot wounds to the leg, forearm and shoulder.

The court complaint also describes Rahami buying bomb making equipment so openly that he ordered citric acid, ball bearings and electronic igniters on eBay and had them delivered to a New Jersey business where he worked until earlier this month.

Video recorded two days before the bombings and recovered from a family member s phone shows him igniting incendiary material in a cylindrical container, the complaint says. The video, reviewed by the FBI, depicts the lighting of the fuse, a loud noise and ames, followed by billowing smoke and laughter.

Federal agents have attempted to question Rahami in the hospital. But Rep. Tom MacArthur, R N.J., who received a classi ed brie ng from the FBI, said Rahami was not cooperating.

The FBI s 2014 inquiry began after his father expressed concerns his son might be a terrorist, law enforcement officials said Tuesday. During the inquiry, the father backed away from talk of terrorism and told investigators that he simply meant his son was hanging out with the wrong crowd, including gang members, and acting like a thug, the officials said.

In any case, the FBI checked its databases and other sources and closed

### COLORADO LOTTERY

**MEGA MILLIONS**
2  223  46  272
Megaball: 2
Megaplier: 5
Jackpot: $15 Million

**CASH 5**
15  7  9  29
Jackpot: $20,000

**PICK 3**
61  8

To verify of  cial results, go to www.coloradolottery.com or call 546-2400.

### FOR THE RECORD

The Pueblo Chieftain makes every effort to print all news stories accurately. If an error does occur, call the city desk 544 3520 immediately so a correction can be printed here in the next day s edition.

### The Pueblo Chieftain

Copyright© 2016
1868-2016

**COLORADO'S OLDEST DAILY NEWSPAPER/149TH YEAR**

The Pueblo Chieftain (ISSN 0745 3159), an independent newspaper, is published daily by the Star-Journal Publishing Corp., 825 W. Sixth St., Pueblo, Colo. 81003. Periodical Class postage paid at Pueblo, Colo., and additional mailing offices. POSTMASTER: send address change to The Pueblo Chieftain, P.O. Box 36, Pueblo, CO 81002.

Robert H. Rawlings – Publisher & Editor
Jane Rawlings – Assistant Publisher /
Vice President
Brad Slater – General Manager
Steve Henson – Managing Editor
Douglas Brooks – IT Director
Russ Davies – Circulation Director
Kim Fowler – Advertising Director
Paul Hunting – Production Director
Bill Major – Packaging / Facilities Director
Jayson Peters – Digital Editor
Amanda Taggitt – Controller
Cisco Arellano – Press Manager
Maya Galeas – HR Director
Mike McDowell – Composing Manager

**Business hours:**
Monday – 8 a.m. to 5 p.m.
Classified Advertising, open until 5:30 p.m. daily. Closed Saturday and Sunday.

**Circulation Customer Service:**
Mon. – Fri. 5:00 a.m. to 1:30 p.m.
Sat. & Sun. 5:00 a.m. to 9:00 a.m.

**Subscription rates:**
By carrier or distributor. $14.16 for four weeks.
Rates by carrier or distributor may vary in select areas.
By mail in Colorado: $331.20 for 48 weeks.
By mail outside Colorado: $373.20 for 48 weeks.

**Where to write:**
P.O. Box 36
Pueblo, CO 81002

**Where to call:**
Circulation – 719-544-0166
Classified – 719-542-0000
All other departments – 719-544-3520
Online – www.chieftain.com

**Missed your paper?**
Call 719-544-0166
Mon. – Fri. – 5:00 a.m. to 1:30 p.m.
Saturday – 5:00 a.m. to 9:00 a.m.
Sunday – 5:00 a.m. to 9:00 a.m.
To start home delivery – 719-544-0166

the inquiry in a matter of weeks after seeing nothing tying Rahami to terrorism, three law enforcement officials said.

Investigators are looking into Rahami s overseas travel, including a visit to Pakistan a few years ago, and want to know whether he received any money or training from extremist organizations.

Rahami s father, Mohammad Rahami, spoke with the FBI after the younger Rahami was charged in 2014 with stabbing his brother, according to the officials, who were not authorized to discuss the investigation and spoke to The Associated Press on condition of anonymity. Rahami was not prosecuted in the stabbing; a grand jury declined to indict him.

Rahami s father told reporters Tuesday outside the family s fried chicken restaurant in Elizabeth, N.J., that he called the FBI at the time because Raha mi was doing real bad, having stabbed the brother

and hit his mother.

But they checked, almost two months, and they say, He s OK, he s clear, he s not terrorist. Now they say he s a terrorist, the father said. Asked whether he thought his son was a terrorist, he said: No. And the FBI, they know that.

The disclosure of the father s contacts with the FBI raises questions about whether there was anything more law enforcement could have done at the time to determine whether Rahami had terrorist aspirations.

That issue arose after the Orlando massacre in June, when FBI Director James

Comey said agents a few years earlier had looked into the gunman, Omar Mateen, but did not nd enough information to pursue charges or keep him under investigation.

In Rahami s case, the law



AP PHOTO/MARK LENNIHAN
New Yorkers pass a shattered storefront window Tuesday in Manhattan. The window was hit by shrapnel from the bomb that exploded across the street Saturday evening.

enforcement official said the FBI had opened up an assessment, the least intrusive form of an FBI inquiry. Justice Department guidelines restrict the types of actions agents may take; they cannot, for instance, record phone calls without obtaining a higher level of approval or developing more grounds for suspicion.

In August 2014, the FBI initiated an assessment of Ahmad Rahami based upon comments made by his father after a domestic dispute that were subsequently reported to authorities, the bureau said in a statement. The FBI conducted internal database reviews, interagency checks and multiple interviews, none of which revealed ties to terrorism.

It was not clear from the FBI s statement how the contact between the elder Rahami and the FBI began. Nor was it clear exactly what he suppos edly said about his son having terrorist inclinations.



**GARDENING TIPS**
**Fox's Garden**
by Gary Waye
542-1872

**WE ARE CLOSED SUNDAYS & MONDAYS**

• Do plant grass seed now. There is plenty of time to re-seed spots or start a new lawn.
• Don't prune roses now. They can be closed up a little, but don't prune way back until the spring of next year
• Do plan on setting your poinsettia in the closet on Thursday the 23rd at 5:00 PM and bring it out in the morning at 7:00 AM. Do this until October 10th.
• Do clean up any perennial weeds this time of year such as dandelions. Use "Weed Free Zone" for very good results.
• Do use "Actinate" now to help rid your lawn of thatch that accumulated during the growing season.
• Do spray your plants before you bring them in for the winter months. Indoor/Outdoor works very on some of the pesky insects.
• Don't shut off the sprinkler systems yet. It's important to keep the yards irrigated.
• Do come in and see our pretty mums in stock. Enjoy them in their containers now and plant them in the yard when they start to fade.
• Don't wait another year to plant the tree or shrub you've been wanting. Fall is a great time to get them planted.

**OUR REMAINING INVENTORY is 20% OFF!**

**329 S. Santa Fe Ave.**
www.foxsgardensupply.com
**WE ARE CLOSED SUNDAYS & MONDAYS**

**PRECISE ELECTROLYSIS**
*Enjoy the Beauty of One Eyebrow*



720-985-8998
www.electrolysisbyasia.com
located inside All the Angles Salon and Day Spa

Eyebrow Shaping, Permanent Hair
Removal Electrolysis. Safe on Any Type of
Hair Color & Skin Type.

**FALL SAVINGS**
**Agnes Tile**
Custom Walk In Showers
Bath/Kitchen Floors-Free estimates.
1310 W 4th St    545-8453

## Outsmarting Knee Arthritis
### Scientists Discover "Joint Oil?"

If you suffer with painful knee arthritis – science may have finally found the answer you've been looking for.

Here is why: Researchers have discovered an all-natural gel that is like "joint oil." This cushioning gel is one of the naturally occurring lubricating substances in your knee joint.

When doctors precisely put this lubricating gel into your knee joint – it is like putting oil on a rusty door hinge. **It lubricates the joint and can decrease pain and stiffness.** For some results can be dramatic and last for months or years. Often times knee replacement surgery can be avoided.

**Know this:** This is NOT a supplement you can buy over the counter or on the internet. This is an FDA cleared REAL medical treatment that must be given by a health care professional. **It**



**even has enough research to be covered by most insurance – even Medicare.**

**And the great news is:** The cutting-edge medical clinic is located right here in Colorado Springs, CO.

To schedule your risk free knee pain screening call 719-299-3443 today. This 15 minute doctor administered cushioning and lubricat-ing injection is covered by Medicare and most major insurance if you qualify.


osteo relief



WE EMPLOY **21 PUEBLO LOCALS** AND SUPPORT OVER **50** SPOUSES, FAMILY MEMBERS & CHILDREN OF OUR EMPLOYEES

WINNER

*The closest dispensary to the city!*

**STARBUDS**

Now Open

4305 THATCHER AVE.
PUEBLO CO | 719 565 8279

428 S. McCULLOCH BLVD.
PUEBLO WEST | 719 547 1009

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. (the "Defendants") caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is more than 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

The Pueblo Chieftain ■ Pueblo, Colorado                                    Sunday, September 25, 2016  Page 5A

## CRIME

## Citizens being rewarded for info

Crime Stoppers has given over $1K for tips leading to arrests

**BY RYAN SEVERANCE**
THE PUEBLO CHIEFTAIN

Since the program began in early April, Pueblo Crime Stoppers has given out over $1,000 in cash to citizens whose information has led to the arrest of wanted Safe Streets suspects.

Crime Stoppers has handed out a total of $1,270 to community members who have provided information that has led to the arrests of some of the 30 Safe Streets suspects police have taken into custody thus far, according to Jeff Shay, a police detective and Crime Stoppers coordinator.

Every Friday since the beginning of April, police have released photo

graphs and information highlighting two wanted persons with known gang affiliations.

The information about the suspects is released to media outlets and put on the Pueblo Police Department's Facebook page and Twitter account, reaching thousands of community members who police hope can help them track down the suspects.

Officials could not say how many of the 30 arrests have been made due to citizen tips; they only provided a dollar g ure for the amount of money that has been dished out thus far.

Police have highlighted a total of 52 wanted Safe Streets suspects as of Friday.

The amount of money given to citizens for their information varies.

Cash rewards start out at $100 and can go up from there depending on a number of factors, including what the suspect s warrant is for, if any new charges are involved or if any seizures of drugs, money or guns come into play.

The Safe Streets program has kept the Crime Stoppers phone number ringing. The number of calls has doubled from just two years ago, of ci als estimate.

Citizens can contact Crime Stoppers regarding wanted suspects and ongoing investigations by calling 719 542 7867.

*ryans@chieftain.com*

## COURTS

## Ordway prison officials prevail

Warden, officers allegedly denied inmates request for medical treatment

**BY ROBERT BOCZKIEWICZ**
THE PUEBLO CHIEFTAIN

DENVER   A judge has ruled against an Ordway inmate who claimed he sustained serious health damage because prison officers allegedly ignored his pleas to help get proper treatment.

U.S. District Judge William J. Martinez ruled against Christopher Tantlinger and, instead, granted judgment in favor of two prison officers and the warden of the Arkansas Valley Correctional Facility.

This case would have been a much closer call if Tantlinger had pursued his claims against mem

bers of the prison medical staff, the judge wrote in a 20p age decision.

There likely would have been a serious question regarding whether Tantlinger s treatment rose above the level of simple malpractice.

The judge pointed out, however, that the inmate had dropped nurse Lisa Hanks as one of the defendants he originally sued.

Regrettably, Martinez wrote, Tantlinger received treatment far the prison) only for his symptoms, not for the underlying infection.

The incident, in 2012, began when the inmate developed an infec

tion after a tooth was pulled. When his condition worsened, he was taken to St. Mary Corwin Medical Center. Later, he was airlifted and hospitalized in Denver for six weeks.

Tantlinger asserted in his 2014 lawsuit that he sustained permanent damage: near paralysis of his tongue and severely impaired speech.

The judge concluded that the inmate s evidence did not show that the damage he sustained was caused by the alleged inaction of officers Louis Duchaine and Burleigh Castello and Warden Steve Hartley.

*rebzden@aol.com*

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



Let the Bragging Rights Begin!

BEST OF PUEBLO '16

Bash!

The Annual Best of Pueblo Bash Returns
WEDNESDAY - OCTOBER 5TH - 2016

Gold, Silver and Bronze winners will be announced at this special preview event, the night before winners are announced to the public.

Party from 5:30 – 7:30 at the Pueblo Convention Center, 320 Central Main St.
Come check out some of the local Best of Pueblo winners offering free samples, in addition to live music performed by one of our Best Band finalists!

Tickets are available NOW online at
www.BestofPueblo.com

Tickets purchased online will be available for pick up at will call the night of the bash.

Best of Pueblo 2016 winners will be announced in The Pueblo Chieftain on Thursday, October 6th.

## BOOK REVIEW

# Book chronicles chef's hunger for success

**BY LAURIE HERTZEL**
TRIBUNE NEWS

I am not a foodie. I seldom dine out, and I have never worked in a restaurant. With the ne exception of The Great British Baking Show, I never watch food television and would be hardpressed to name a famous chef.

But I absolutely devoured Generation Chef, journalist Karen Stabiner's book of narrative nonfiction about a young man opening his r st restaurant in Manhattan.

Stabiner followed 25 years ld Jonah Miller as he conceived of, raised money for and nal ly (18 months later) opened Huertas, a Basque-inspired restaurant in the East Village.

Opening a restaurant in New York is beyond challenging: The cost is as tronomical; the stakes are incredibly high; the need for buzz and press and social media is extreme. Talent and hard work are not enough to succeed.

Stabiner did her reporting the old-ashioned way: She was at Huertas almost constantly, for



**Generation Chef**
*by Karen Stabiner,*
*Avery, $26*

months, in the kitchen during service, and in the hours that preceded and followed it, attended line and partners meetings, and observed everything from recipe prep to the tense moments before a big review hit.

She also conducted hours of interviews.

When I describe how they were feeling ... it s not because I can read minds, she writes. It s because I asked and they told me.

The result is a fast-paced, detailed book with

plenty of drama not just the big drama of whether the restaurant will succeed (although that is the question that drives the story), but also smaller dramas: frustrations over the ridiculous New York bureaucracy involved in getting a li quor license; the anxiety over getting reviewed, or getting passed by; the disagreement over the menu between Miller and his partner; the terrible moneys ucking summer slump that drags on into fall.

In contrast to Miller s frenetic experience, Stabiner folds in bits of stories of other restaurateurs, including Gavin Kaysen, who had an epiphany, standing on the street with his dog: He didn t have to open a restaurant in New York.

... He could go anywhere; in fact he could go home and have a restaurant in Minneapolis, where he grew up.

In Stabiner s hands, Kaysen s Spoon and Stable in Minneapolis North Loop becomes a calm counterpoint to Miller s frantic, nailbi ting experiences.

(Some migh dis agree with how easy she makes it sound, or how podunk the Minneapolis food scene, with people standing passively in the snow, hoping for a seat.)

The book has a large cast of characters, but Stabiner is skillful at introducing them one at a time, when you need to meet them, not before. She doesn t make the mistake of trying to esh out each person, but keeps everyone within the tight context of the story. Even with Miller, you never see his home life, never meet his wife and you don t need to: By keeping the focus on the restaurant, Stabiner keeps the pac ing breathless and the drama high.

I might never eat at Huertas or at Spoon and Stable, for that matter. But Genera tion Chef has given me an appreciation for what has gone into these restaurants and others. This book is as much about dreams and passion as it is about food.

CRUNCH/from page 7A

the corn from kernels, something that s easy to do. Just heat up a quarter cup of oil at the bottom of a big pot, then add enough kernels to cover the bottom. Move the pot around on the burner until the popping slows.

All of the ve recipes included here were made using just one lov ounce bag of kernels, and we had about eight cups left over.

You also can use microwave popcorn or bagged popcorn, but the calories

and cost both go up if you do.



**Want to see more photos?**
Visit the Chieftain photo gallery
Imagescathchieftain.com

## BUFFALO RANCH POPCORN

*Makes 12 cups*

12 cups popped popcorn
1 teaspoon granulated garlic or garlic powder
½ teaspoon dill
¼ teaspoon cumin
½ teaspoon sea salt
4 tablespoons butter
2 teaspoons hot sauce, like Franks RedHot

In a small bowl combine granulated garlic, dill, cumin and sea salt. Set aside. In another bowl, melt butter and add sauce. Mix until combined. Toss butter with popcorn in a large bowl. Then toss with seasoning.
s erenabakessimplyfrom-scratch.com

## BACON AND CHEESE POPCORN

*Makes 16 cups popcorn*

4 quarts popped popcorn
⅓ cup butter or margarine
¼ teaspoon hickory liquid smoke seasoning
⅓ cup bacon bits or soy b acon bits
⅓ cup grated Parmesan cheese
1 teaspoon seasoned salt or kosher salt

Place popcorn in a large serving bowl. Place butter in a small bowl and melt in microwave, about 20 seconds. Stir liquid smoke into butter. Pour butter mixture over popcorn and toss to distribute evenly. Sprinkle bacon bits, Parmesan cheese and salt over popcorn. Toss and serve immediately.
popcorn .org

## PUMPKIN CARAMEL POPCORN RECIPE

*Makes 15 cups*

15 cups plain popped popcorn
1½ sticks butter, cubed
¼ cup sugar
¼ cup light corn syrup
¼ cup molasses
1 teaspoons pumpkin pie spice
¼ teaspoon salt

Preheat the oven to 225 degrees. Line a sheet pan with parchment paper or a Silpat. Place the popcorn in a large bowl and set aside. In a medium saucepan over medium-high heat, bring the butter, sugar, corn syrup, molasses, pumpkin pie spice and salt to a boil. Stir brie ly to combine the ingredients and then allow them to boil for three minutes without stirring.

Remove the saucepan from the heat and immediately pour onto the popcorn. Stir until evenly coated. Spread the popcorn evenly on the prepared sheet pan and place in the oven. Allow to cook for one hour, stirring every 20 minutes. Remove from the oven and break into pieces (or enjoy as clusters). Serve popcorn warm or at room temperature.
s heknows.com

## PEGGY S HALLOWEEN DELIGHT POPCORN

*Makes 16 cups*

16 cups popped corn
12-16 ounces white chocolate chips, melted
¾ cup candy corn
¾ cup peanuts
1½ cup pretzel sticks
1½ cups Reeses pieces

Make sure unpopped kernels are removed from popcorn. Place it in a large bowl. Melt white chocolate in a microwave-

save bowl in the microwave. Pour chocolate over popcorn in bowl and stir to coat. Spread the mixture onto two large cookie sheets lines with wax paper. Distribute candy corn, pretzel sticks and Reeses Pieces over the popcorn. Allow chocolate to set up and break mixture into pieces.
P eggy Smith

## PEANUT BUTTER POPCORN

*Makes about 8 cups*

½ cup popcorn kernels
Vegetable oil
Fine salt
½ cup honey
¼ cup sugar
½ cup peanut butter (should be free of added sugar)
½ teaspoon vanilla

Have a clean paper shopping bag or oversized mixing bowl ready.

Heat a 4-quart heavy pan over medium heat and lm the bottom with vegetable oil. When the oil is hot but not smoking, add the popcorn, shake to distribute, then put a lid on the pan, leaving a small crack for steam to escape. When the rst kernel pops, put the lid on all the way. As the popcorn keeps popping, shake vigorously to make sure the kernels are distributed evenly. When the popping slows to a few seconds between pops, take the pan off the heat.

Pour the popcorn into the paper bag or bowl to cool, and attempt to leave any unpopped kernels behind in the pan. (Coated

with peanut butter caramel, the unpopped kernels are a serious tooth hazard). Lightly salt the popcorn to taste.

Mix the honey and sugar in a small saucepan and bring to a boil. Let it simmer for about 2 minutes, then remove from the heat and add the peanut butter. Stir vigorously until all the peanut butter is melted, then mix in the vanilla.

Immediately pour the peanut butter caramel over the popcorn and stir with a long-handled wooden spoon until its all coated. Let cool for at least 10 minutes before serving.

Note: This recipe will also cover one standard bag of microwave popcorn, so you can substitute that for the stovetop popcorn, if you wish. This keeps well overnight. If you want the gooey-ness of freshly made popcorn, though, warm a bowl of leftover popcorn in 15-second bursts in the microwave until slightly warm and soft.
th ekitchn.com

**COLORADO'S LARGEST HALLOWEEN SELECTION!**
Build Your Costume Today
Every Saturday 50% OFF

**arc** THRIFT STORE
arcthrift.org
24 Locations

## ACES ON BRIDGE

*"We was out of out of the land of the living."*
— Isaiah 53:8

In three no-trump after a spade lead, East won with the ace and returned the nine, won by South with the king. As it happened, that false card fooled nobody, except perhaps demnay — since both defenders, from the carding, knew exactly who held the spade queen.

Declarer continued with the club king in case of a possible singleton queen, then played a second club to the jack and queen. Noting that South was now cut off from his own hand, East returned his last club — a great choice over the more superficially attractive option of a diamond. Stuck on the table, declarer cashed the rest of his clubs, but then was forced to lead hearts, losing three tricks in the suit and ending up one light.

Can you see where South went wrong? It was in cashing the club king at trick three. The best play here is to take a first-round finesse by leading the four to dummy's jack. If East wins with the queen, no return can harm declarer. He still has the club king in place as an entry to his diamond ace and spade queen. After that, a heart to dummy will allow him to be reunited with his established clubs.

Ducking the first round of clubs will not help the defense; it makes it easier for South to come to 10 tricks. Just for the record, though, it might be a different story if West held queen-fourth of clubs. But that would be somewhat against the odds, of course.

### The bidding:

| South | West | North | East |
|-------|------|-------|------|
| 1♦ | Pass | 1♥ | Pass |
| 2♣ | Pass | 2♦ | Pass |
| 3NT | All pass | | |

Opening Lead: Spade jack

### BID WITH THE ACES

South holds:
♠ J 10 6 4 2
♥ 6 3
♦ K J 10 8 5
♣ 5 3

| South | West | North | East |
|-------|------|-------|------|
| 1♠ | Pass | 1NT | Pass |
| ? | | | |

ANSWER: This hand shows one of the downsides of playing New Minor Forcing. You cannot sign off in two diamonds — that call has been subverted to becoming a forcing relay. Pass one no-trump, hoping partner can run the diamonds and rebound it would be much more attractive to bid ten spades. Here, though, your weak spots argue against that action.

*For details of Bobby Wolff's autobiography, "The Lone Wolff," contact sbwolff555@sbcglobal.net. If you would like to contact Bobby Wolff, e-mail him at bobbywolff@mindspring.com.*
*Copyright 2016, Distributed by Universal Uclick for UFS*

## FOR BETTER OR FOR WORSE          BY LYNN JOHNSTON



**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989?** Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been reached in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

The Pueblo Chieftain • Pueblo, Colorado                                        Sunday, October 9, 2016  Page 7A

## SOUTH HIGH SCHOOL

# Four to be inducted into Hall of Fame

Banquet on Oct. 22; reservations taken through Oct. 17

BY JON POMPIA
THE PUEBLO CHIEFTAIN

Three esteemed graduates and a longtime teacher will be inducted into the South High Hall of Fame Oct. 22 at the Sangre de Cristo Arts and Conference Center.

Janis DiCiacco (1965), Sandra (Trujillo) Gallegos (1972) and Susan (Avery) Harvey (1971) will join social studies teacher Raymond Miller in the hall, which is sponsored by the South High School Alumni Foundation.

DiCiacco, a licensed clinical psychologist and a certi ed school psy chologist has, for the past 30 years, worked with children and their families around issues of attachment and loss, death and dying, foster placement and adoption.

In addition to facili tating support groups for children and ado lescents with a termi nally ill parent, DiCiacco has lectured on behalf of Chinese Adoption International, served on the steering committee for fetal drug/alcohol conferences, and was instrumental in helping design and coordinate several educational con ferences on traumatic brain injuries.

In addition to co founding Mindful Moods, a company that creates emotional tools for children and adults, DiCiacco and her as sociates are currently completing a profession al manual centered on attachment and loss.

After graduating from what was then known as Southern Colorado State College, Gallegos be came a registered nurse in 1974. She then joined the Air Force Nurse Corps and earned a com mission.



Janis DiCiacco



Sandra Gallegos



Raymond Miller

Susan Harvey

In 1985, Gallegos began a career as a public health nurse, special izing in communicable diseases. In addition to becoming an HIV counselor, her resume includes stints at clinics for tuberculosis, sexually transmitted diseases and u immunization.

During the nationally known Hudson Beef Re call of 1997, Gallegos was instrumental in helping root out the cause of the E. coli tainting the meat. For her work, she was recognized by both Gov. Roy Romer and the Colo rado Medical Society.

Gallegos work also earned her appearances in Newsweek magazine and Good Morning America as a resource in the book Fast Food Nation.

In 2000, Harvey became infection control nurse at St. Mary Corwin Medical Center and later became a certi ed infec tion control practitioner.

As a licensed profes sional and national certi ed counselor, Harvey has held positions at nu merous Colorado mental health centers.

Her private practice specialty is dialectic be havioral therapy, which treats post traumatic stress disorder, depres sion, anxiety, bipolar disorder and borderline personality disorder.

In her 24 years as a psychotherapist, Avery has been instrumental in preventing the suicides of both clients and non clients.

Her vast commu nity service includes

## EDUCATION

# D70, library district launch ConnectED

Initiative uses technology to enhance K 12 education

BY JON POMPIA
THE PUEBLO CHIEFTAIN

ConnectED, a presi dential initiative de signed to digitally enrich K 12 education throughout the nation, launches locally Satur day through a collabora tion between the Pueblo City County Library District and Pueblo County School District 70.

Pueblo is one of more than 50 cities and coun ties taking part in the challenge. The focal points of the endeavor include a commitment to support student learning through pro gramming that develops language, reading and critical thinking; pro viding digital resources such as ebooks and online collections of traditional media; and making available broad band connectivity and wireless access within library facilities.

To ful ll this partner ship, the library dis trict is providing every District to student with a public library account using each student s school identi cation numbers instead of separate library cards, said Jill Deulen, direc tor of technical services and collection devel opment for the library district and D70 school board member.

With their student ID/library card, D70 students will be able to check out tradi tional materials, such as books, audiobooks,

the board of directors of the Colorado University Parents Association, CU/ Community Alcohol Coalition, the Boulder based Addressing Alco hol Concerns Together and the Boulder County Mental Health Task Force.

And through her own company, TurtleMoon Inc., she has designed, produced and distributed therapeutic games.

At South, Miller taught American history and economics for 40 years, beginning with the school s opening in 1959.

During his tenure, Miller was chair of the social studies depart ment as well as an associate professor of Adams State College and Western State College, teaching history and eco nomics classes in Pueblo.

From 1967 68, Miller was assistant director of the Institute for Ad vanced Study of His tory and Social Studies, a project of Southern Colorado State College.

He welcomed many student teachers into his classroom during his years at South.

Always an avid Col supporter, Miller re mains a xture at ath letic and school related events.

The Oct. 22 evening will begin with appeti ers and a viewing of silent auction items at 5 p.m. Dinner is at 6 p.m., and the program, hosted by radio personality Nick Donovan, will follow.

Reservations can be made by calling 242 5620 or by visiting SHSAF.org. Deadline for reservations is Oct. 17.

jpompia@chieftain.com

music discs and videos, as well as access to the library s vast array of online subscription da tabases and ebooks.

While items may be checked out at any li brary location, students may also use online resources through the li brary district s website. Available to teachers are library instruction, organizational library cards, school visits and eld trips, and class room copies.

Many district schools have already taken ad vantage of the program by getting classroom copies of Out of the Dust, the companion book to this year s All Pueblo Reads selection Water for Elephants.

Library staff have also been working with principals and teach ers to train them on using library resources and helping students use their cards, said Deulen.

While students who hold a regular library card will now have two cards, The student card will not accrue late fees, only lost nes if an item is not returned at all, Deulen explained.

Parents wanting to opt out of the program may do so through the Powerschool account on the D70 website or via a yer that was sent electronically.

For more information, call 562 5629 or write jill.deulen@puebloli brary.org.

jpompia@chieftain.com

---

## THE WEEK IN REVIEW

### Preliminary cause of re

Preliminary results from an investigation into the cause of the Beulah Hill Fire re vealed that it appears a Colorado Department of Transportation excavator created the initial spark that started the blaze last Monday afternoon that has now burned 5,232 acres of land.

The excavator was out doing routine mainte nance work on the side of Colorado 78 Monday when the re broke out around 12:30 p.m., accord ing to Pueblo County Sheriff Kirk Taylor.

It s unknown what hap pened with the excavator to start the blaze.

Some residents were allowed back into their homes as the re was 50 percent contained on Wednesday.

Fourteen structures were destroyed in the re, eight of them were homes and six outbuild ings.

### Suspects sought in home invasion

Two females were shot during a home invasion last Sunday night on the 2800 block of High Street on Pueblo s North Side.

According to Capt. Eric Bravo of the Pueblo Po lice Department, one of the victims was headed into surgery at a local hospital with serious injuries late last Sunday. The other victim suf fered nonlife threatening minor injuries and was being treated at a local hospital.

The approximate ages of the female victims were unknown, Bravo said. He said that three people were in the resi dence at the time of the home invasion.

According to police Sgt. James Olonia, the

### THIS WEEK S MEETINGS

**Tuesday**
City Council work ses sion, 5:30 p.m., council chambers, 1 City Hall Place
City Council, 7 p.m., council chambers, 1 City Hall Place
Pueblo County Alcohol council managers Licens ing Board, 6 p.m., county courthouse, 215 W. 10th

suspects are two males who were both wearing masks during the home invasion. Both suspects ed on foot.

No one is in custody and the incident is under active and ongoing inves tigation.

### Trump visits Steel City

The Deplorables about 2,000 of them rallied lively last Monday at the Pueblo Convention Center as their candidate Donald J. Trump made a stop in the Steel City for the r st time.

The un attering moni ker has been embraced by some Trump support ers who said they now use it as a slap in the face to Democratic presiden tial candidate Hillary Clinton, who said that half of his supporters belonged in a basket of deplorables, in a speech last month.

A large group of pro testers stood across the street from the conven tion center, holding up signs and chanting negative things as Trump supporters headed into the convention center for a rally to support their candidate.

The protests got animated at times, with demonstrators verbally jabbing back and forth with Trump support ers, but things remained peaceful as there were no physical altercations.

**Tuesday**
Pueblo West Metro politan District Board, 6 p.m., district of ce, 109 E. Industrial Blvd.

**Wednesday**
County commission ers work session, 9 a.m., county courthouse, 215 W. 10th St.

### D60 on upward path

In the 11th hour, Pueblo City Schools (D60) removed itself from the state accountability clock, but school officials say more work needs to be done.

Officials said last week that the district s accredi tation rating has moved up from priority im provement to improve ment.

According to the state accountability law, no district or school may remain in the two lowest rating categories pri ority improvement and turnaround for more than ve years.

D60 is in the f th year of priority improvement accreditation. Of D60 s 32 schools, seven were in priority improvement and eight in turnaround.

### Best of Pueblo winners named

Every city has its best, and the best of the Home of Heroes were honored last week during a party attended by hundreds at the Pueblo Convention Center.

The gold, silver and bronze winners in an assortment of catego ries were named for the r st time publicly at the 2016 Best of Pueblo Bash presented by The Pueblo Chieftain.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary notice. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Rocky Ford Daily Gazette, Wednesday, September 21, 2016, Rocky Ford CO — Page 4

**THE PEACOCKS SINCE 1886**

Peacock - Larsen Funeral Home
410 Raton • La Junta • (719) 384-8777

A memorial service for Timothy Wayne Kirkpatrick, 51, will be 11 a.m. Thursday at Peacock Memorial Chapel. Peacock-Larsen Funeral Home & Arkansas Valley Crematory is in charge of arrangements.



## Funeral Notices



**GRAND THEATER**

TOM HANKS

**SULLY**

7:30 p.m., Fri., Sat. & Sun.
1:30 p.m., Sunday
$5 adults $3 under 18
405 S. Main, Rocky Ford, Ph. 254-6008

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you may object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

---

in Rocky Ford is now accepting applications for dependable C.N.A. Apply in person at the office. EOE/M/F/D/V.

**REGIONAL HEALTH CONNECTOR** – The field of medicine is changing and improving, and you can be a part of that! THE OTERO COUNTY HEALTH DEPARTMENT is seeking a qualified candidate to fill the position of Regional Health Connector (RHC). This new and exciting job will serve 8 counties in Southeast Colorado, and will act as a resource and liaison to and between physicians' offices, local public health agencies, and numerous community organizations. A Bachelor's Degree in nursing, human services, public health, health care administration, or similar field is highly desirous. This position offers a competitive salary and a generous fringe benefit package. The job description and application are available at the Colorado Workforce Center, please call 383-3191 to begin the application process. If you need more information please call Rick Ritter at 719-383-3045. The position will remain open until filled. E.O.E.

**MANZANOLA SCHOOL DISTRICT** is taking applications for:
• Activity Bus Driver
Applications can be requested by calling 719-462-5527 or by emailing r.bohlander@manzanola.k12.co.us. Positions are open until filled. EOE.

**MANZANOLA SCHOOL DISTRICT** opening:
• Business Manager - School finance experience preferred
Applications can be requested by calling 719-462-5527 or by emailing r.bohlander@manzanola.k12.co.us. Position is open until filled. EOE.

**PIONEER HEALTH CARE CENTER** in Rocky Ford is now accepting applications for responsible LPN's, RN's. $3,000 Sign-On Bonus. Shift differential offered. Apply in person at the office. EOE/M/F/D/V.

**Wanted To Buy**

BUYING OLD CHEVY CARS, trucks, and vans... Ph. 720-404-7442, 719-469-5428.

CLEANING OUT THE GARAGE? Turn that stuff into cash. Stop at the ROCKY FORD DAILY GAZETTE office located at 912 Elm Avenue or call Ph. 254-3351 and sell those items today in a classified ad.

**Lost & Found**

LOST SOMETHING? Call and place your ad in the Classifieds today. FOUND something that needs to be returned to its owner? Found ads run FREE for 3 days. To place your lost and found ad stop by the office or call the ROCKY FORD DAILY GAZETTE at Ph. 254-3351.

**Fax & Copy Service**
Rocky Ford Daily Gazette
912 Elm Ave . Rocky Ford

French toast or cereal & cheese stick, milk **Lunch:** Chicken in gravy, mashed potatoes, corn, & whole wheat roll, apples, pork riblet sandwich, Italian sub & chips, chef salad & whole wheat roll, milk

**THURSDAY: Breakfast:** Chocolate chip ultimate breakfast round or cereal & cheese stick, milk **Lunch:** Cheesy breadsticks & Italian sauce, bananas, chicken & cheese tornado & beans & rice, chicken bacon ranch wrap & chips, chicken Caesar salad & whole wheat roll, milk

**FRIDAY: Breakfast:** Pancake wrap or cereal & cheese stick, milk **Lunch:** Mushroom pizza, peaches, macaroni & cheese, chicken nuggets, ham & cheese sandwich & chips, spinach salad & egg & whole wheat roll, milk
**Additional healthy choices offered daily:** Salad bar, vegetables, juice, and fruit.

**FOWLER SCHOOL MENU**
**Sept. 26 – Sept. 30**
**MONDAY: Breakfast:** Cereal bar, cold cereal, juice, fruit, milk **Lunch:** Taco bowl & meat, black beans, peaches, milk

corn, pineapple, milk



THE PEACOCKS
SERVING FAMILIES
SINCE 1886

Peacock - Larsen Funeral Home
410 Raton • La Junta • (719) 384-8777

Funeral services for Florence Poulignot, 87, will be 10 a.m. Friday at the River of Life Fellowship in Ordway with Pastor Jeb Brown officiating. Interment will follow at the Mountainview Cemetery in Manzanola. Peacock-Larsen Funeral Home & Arkansas Valley Crematory is in charge of arrangements.

A memorial service for Roger Roath, 60, will be 1 p.m. Saturday in the lower level at Tyme Square at Third and Colorado in La Junta. Peacock-Larsen Funeral Home & Arkansas Valley Crematory is in charge of arrangements.

## PUBLIC NOTICES

NOTICE FOR DEMAND TO DUPLICATE
CORPORATE STOCK CERTIFICATE
HIGH LINE CANAL COMPANY
408 N MAIN, PO BOX 800
ROCKY FORD, CO 81067
Notice is hereby given that the following Stock of the High Line Canal Company is lost and demand for issuance of a duplicate has been made in accordance with the Corporate By-Laws Article IV Section 4.
STOCKHOLDER: Robert & Cindy McClain
MORTGAGEE: None
CERT.#: A2482
SHARES: 2.35
You are further notified that the Directors of said Company have declared that a duplicate certificate be issued. If any contrary claim of interest or ownership other than that made by the representative, you must file a claim with the secretary of the Corporation prior to the date stated in this notice at the Company office, 202 N. Main St., Rocky Ford, CO.
Steve Rein – Secretary/Treasurer
1st Publication – September 21, 2016
4th Publication – October 19, 2016
Published in the Rocky Ford Daily Gazette



GRAND THEATER

STORKS
FIND YOUR FLOCK

7:30 p.m., Fri., Sat. & Sun.
1:30 p.m., Sunday
$5 adults $3 under 18
405 S. Main, Rocky Ford, Ph. 254-8006

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

Rocky Ford Daily Gazette, Monday, October 10, 2016, Rocky Ford CO — Page 3

**rmacy**

81067• 254-3337
.com



# Save Money
# Save Energy

Call us or visit us online
to set up your free home
energy evaluation — and
*start saving today!*



**Black Hills Energy**
*Improving life with energy*

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

# Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

## Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

## What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

## What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

Market Swine - Break 2, AVF; 2nd,
Market Swine - Break 3, AVF; 2nd,
Market Swine - Break 4, AVF; 6th,
Market Swine - Break 7, AVF
  **Morgan Foxhoven — Fort Bent:** 3rd, Intro to Rocketry Jr., Model Rocketry, AVF
  **—Randi Foxhoven—Fort Bent:** 1st, Cooking 401 Unit 4 Double Crust Pie Sr. Food and Nutrition, AVF; Grand Champion Senior Foods & Nutrition, AVF
  **Cameron Frantz — Sand and Sage:** 2nd, From Airedales to Zebras Sr., Veterinary Science, AVF; 3rd, Commercial Rabbits, Junior Doe, AVF; 5th, Commercial Rabbits, Junior Doe, AVF; 5th, Commercial Rabbits, Senior Doe, AVF; 9th, Commercial Rabbits, Senior Doe, AVF; 1st, Commercial Rabbits, Junior Buck, AVF; 2nd, Commercial Rabbits, Junior Buck, AVF; 1st and Reserve Grand Champion, Commercial Rabbits, Senior Buck, AVF; 3rd, Com-



## Natural Resources Champion

Always the innovator, DC Huff, won grand champion in the sportfishing division and Grand Champion Natural Resources at Otero County 4-H exhibit day with this insulated creel that will keep the catch fresh with the addition of oxygen and a little agitation. Huff, 11, is the son of Darwin and Donna Huff of La Junta and a member of Dams and Sires 4-H Club.
(Photo by Laura Thompson)

STEAMBOAT TODAY

# SPORTS

WEDNESDAY, SEPTEMBER 21, 2016 | **19A**

# Resilient Rams fight back for 3-set win

## Soroco volleyball beats North Park

**Joel Reichenberger**
STEAMBOAT TODAY

**STEAMBOAT SPRINGS**

They were down — way down — but the Soroco High School girls volleyball team wasn't out Tuesday, playing at home against North Park. The Rams lost the first two sets of the match before bouncing back to win in five 20-25, 22-25, 25-21, 25-23, 15-6.

"I am super proud of the girls for fighting through the end of that last game," coach Jeannie Jo Logan said in an email. "It was some crazy volleyball. We really roller coaster-ed throughout all of the games, except the last set."

They key was rather obvi-

@**SteamboatPilot**

Follow us at twitter.com/ steamboatpilot for more news

ous in Logan's eyes. Her team didn't quit.

"There were moments we felt pinched and the girls would shrink away from the challenge and make mental errors, but then turn around and fight for that win," she said. "My girls are fighters."

The Rams are 6-3 on the season and next play this weekend in a tournament at Simla.

To reach Joel Reichenberger, call 970-871-4253, email jreichenberger@SteamboatToday.com or follow him on Twitter @JReich9



### Permanent Make-Up!

Semi-permanent eyeliner/brows can make your eyes "pop" and frame your face! Won't rub off during sports. No pain! Always look "put together". Clients say it's the "best thing they've ever done"!

*A full service salon*

## The SPA/SALON

www.thespasalon.net • 970-871-0202
24 5th Street, Downtown Steamboat
Open Monday - Saturday
Evenings by appointment

### Wild Mushroom Frittata

An open-faced omelette with spinach, roasted onions, Swiss and our house-roasted crimini and shitake mushrooms. Topped with our signature house-roasted tomato hollandaise. Served with a side of dressed greens and ciabatta toast. $9.99

**The EGG&I**
BREAKFAST BRUNCH LUNCH

Locally Owned & Operated
325 Anglers Drive • 970-871-4633
www.theeggandirestaurants.com
*The Egg & I - Steamboat Springs*



## What in Steamboat are you searching for?

[Search] Businesses
News & Information
Events

# explore
STEAMBOAT.COM



---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

---

**Steamboat Digital**
A division of Steamboat Today™

Web Design + Maintenance | Social Media Strategy | Video Production | Email Marketing | Online Promotions | and more!

Steamboat Digital is a full-service digital agency helping your business succeed in the online marketing game.

We help you tap the power of mobile responsive web design, social media marketing, and video production designed to enhance your business image.

Steamboat Digital will walk you through how to deploy direct email marketing, retargeted banner advertising, and create excitement through online contests, giveaways, quizzes, and other promotions.

*Contact us to learn more today!*   970-871-4249   info@SteamboatDigital.com   SteamboatDigital.com

STEAMBOAT TODAY — LOCAL — TUESDAY, SEPTEMBER 27, 2016 — **5**

# THE RECORD

POLICE, FIRE AND AMBULANCE CALLS — SOME MINOR CALLS OMITTED

### SUNDAY, SEPT. 25

**12:03 a.m.** Steamboat Springs Police Department officers responded to a noise complaint in the 2000 block of Walton Creek Road.

**1:40 a.m.** Officers responded to a report of a suspicious vehicle near the intersection of East Maple Street and Amethyst Drive.

**8:07 a.m.** Routt County Sheriff's Office deputies responded to a report of harassment in the 400 block of Main Street in Yampa.

**9:57 a.m.** Deputies responded to a report of a theft in the 7300 block of Routt County Road 65 in Hayden.

**9:18 a.m.** Officers took a report of a stolen watch at a hotel in the 2200 block of Village Inn Court.

**1:50 p.m.** Officers responded to a report of harassment in the 700 block of Walton Pond Circle. Someone was receiving unwanted text messages, and officers took a report.

**2:00 p.m.** Routt County Search and Rescue and North Routt Fire Department

conducted a search in the Three Islands Lake Trail area.

**2:16 p.m.** Officers received a call about an intoxicated person in the first block of Park Place. The person was contacted and given a ride home.

**7:28 p.m.** Steamboat Springs Fire Rescue conducted a smoke investigation near the intersection of Routt County Road 42 and U.S. Highway 40.

**7:50 p.m.** Officers were called to a report of an intoxicated person at a restaurant in the 600 block of Lincoln Avenue. The person was given a courtesy ride home.

**8:20 p.m.** Officers responded to the intersection of Shield Drive and 13th Street, where a person had hit a deer with their car. A report was taken.

## Crime Stoppers

If you have information about any unsolved crime, call Routt County Crime Stoppers at 970-870-6226. You will remain anonymous and could earn a cash reward.

# Wiggins: Staffing top priority

**Budget** continued from 1

The acquisitions, training and care of a second K9 unit, about $38,000 including costly training, is part of the sheriff's proposed 2017 public safety budget of $3 million (above revenues). The draft budget also does not include health benefit costs, which are yet unknown.

The proposed public safety budget is $186,425 more than the 2016 approved budget of $2.82 million. Those figures do not include the budget for the detention center.

The board of commissioners will spend the next four weeks massaging the proposed budgets from all of the county departments in time to come up with a final draft in mid-October that will be adopted in mid-December.

As much as he values a second K9 unit, the sheriff told the commissioners his highest priorities are adding a new patrol deputy and a new criminal investigator. Wiggins said there are periods in every week when just one patrol deputy is available to respond to calls across the 2,400-square-mile county, and there are even brief periods in a 24-hour cycle when there is no deputy on duty.

"These two positions are something I cannot in good conscience come in here and ask for," Wiggins said.

The sheriff said it's virtually impossible to have two deputies on duty at all times, even with his staff staggering four 10-hour shifts each day. He said adding one more deputy alone won't get his department all the way there.

"We have adjusted our schedules numerous times to try to keep two deputies on at any time, but currently, there are times when only one deputy is on

"These two positions are something I cannot in good conscience come in here and not ask for. We have adjusted our schedules numerous times to try to keep two deputies on at any time, but currently, there are times when only one deputy is on duty. We don't like doing that."

**Garrett Wiggins**
*Routt County sheriff*

duty," Wiggins said. "We don't like doing that," from a safety standpoint.

The sheriff's patrol department comprises 15 officers including a lieutenant, a corporal and a deputy/corporal. There are 12 full-time patrol deputies, each of whom earns between about $53,000 and $67,800 annually.

Complicating the situation are vacations, sick days and court appearances that disrupt the schedule.

The sheriff is equally concerned that his two-person investigative staff, bolstered by pulling over a patrol deputy with relevant experience in times of high volume, is showing the strain.

County Commissioner Doug Monger reminded the sheriff that the board is searching for room in the budget to participate in the construction of a new shared law enforcement facility with the city of Steamboat Springs.

"We're trying to do all we can for the facility, and these (new employees) would come with a car and benefits," Monger said.

To reach Tom Ross, call 970-871-4205, email tross@SteamboatToday.com or follow him on Twitter @ThomasSRoss1

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



Home  Events  Movies  Activities  News  Dining  Shopping  Lodging  Weddings  Photos  Videos  Contact Us

What in STEAMBOAT are you searching for?

explore STEAMBOAT.COM