tute testified Monday that he couldn't find a rational motive for 35-year-old Williams Amaya to kill Eliseo Lopez and his wife Mayra in their El Jebel home.

Amaya has pleaded not guilty by reason of insanity.

Hearn diagnosed Amaya with schizophrenia. He says Amaya knew he was legally wrong to shoot the couple but was willing to risk going to prison because he thought he was changing the course of human history and alleviating terrorism.

Prosecutor Joe Kirwan will get a chance to cross-examine Hearn before the defense calls another psychologist to testify.

## AA to continue Durango to Los Angeles flight service

**DURANGO**

American Airlines will again offer direct flights from Durango to Los Angeles next summer.

The Durango Herald reported that Durango-La Plata County Airport Interim Director Tony Vicari says that the airline will operate flights every Saturday from Durango to Los Angeles International Airport starting June 3 through Aug. 19, similar to what was provided with summer.

Roundtrip tickets will be sold for $1,161 per person, according to the American Airline's website. Vicari says that price is high and that it will likely drop.

Vicari says American Airlines could have canceled service from Durango to Los Angeles if they were unhappy with the passenger rates, but instead the airline is

## Documents: Teen admitted to attacking 71-year-old

**BOULDER**

The Boulder Daily Camera has released information contained in an arrest affidavit involving a minor in an attempted murder case after a judge initially prohibited the newspaper from publishing the details.

The Daily Camera reported Judge Maria Berkenkotter had reversed the decision in a ruling Wednesday but put her decision on hold for a week while defense lawyers considered an appeal. Berkenkotter allowed the newspaper to publish the information Monday, saying the defense had chosen not to appeal.

The 16-year-old boy has been charged as an adult for allegedly attacking a 71-year-old woman who picked him up while he was hitchhiking Sept. 19.

The newly released documents say he admitted to investigators that he used a stick to assault the woman. He says he had been drunk and "stoned" at the time.

## Denver adopts Indigenous Peoples' Day holiday

**DENVER**

Denver has joined several other U.S. cities in establishing an Indigenous Peoples Day to be celebrated on Columbus Day.

The Denver Post reportsed the City Council approved the proclamation recognizing the new holiday on Monday.

The council had passed a one-time proclamation for Indigenous Peoples' Day



E3 CHOPHOUSE
WE LOVE OUR LOCALS
FALL SPECIALS

**Wednesday**
3 COURSE PRIX-FIXE DINNER
$33
50% OFF SELECTED BOTTLES OF WINE

Happy Hour 4-6pm • Dinner Nightly 5pm
701 YAMPA • 970.879.7167
E3CHOPHOUSE.COM

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

tee, in tandem with the County Personnel Committee, were Human Resources Administrative Assistant Georgian Kalow, CSU Extension Administrative Assistant Jessica Quigley and County Purchasing Agent Marti Hamilton.

Those core values include traits such as trust, integrity, efficiency, fiscal responsibility, effectiveness and responsibility.

The core value labeled fiscal responsibility entails: "An obligation to be accountable to the fiscal policies of Routt County by balancing efficiency and flexibility with budgetary discipline, while seeking sustainable resources, practicing long-term planning an prudent use of debt."

Readers can learn more about all five core values at the county website.

"These are individuals who demonstrate one or more core values in their daily work," committee member and county purchasing administrative assistant Amber Delay told the commissioners during a presentation cer-

new heavy road equipment, for example, the Road and Bridge Department is seeking to purchase.

Kalow and Quigley both expressed surprise and pride in receiving the award.

"I had to read the e-mail about six times, before it sunk in," Kalow said. "We have the best employees of anywhere I've worked; working with them is gratifying. Our biggest push in human resources is to make sure they get all the benefits they are entitled to. That's what I love doing, working with all of our employees."

That involves 245 year-round, full-time equivalents, but the total number jumps to 320 every winter when the ski season flights are operating at Yampa Valley Regional Airport.

Quigley said the diversity of roles CSU Extension plays in the community — from the county fair to encouraging food safety to the master gardner's program and fielding questions from people seeking water testing — keeps her engaged in her job.

## THE RECORD
POLICE, FIRE AND AMBULANCE CALLS — SOME MINOR CALLS OMITTED

**SUNDAY, OCT. 9**
**3:04 a.m.** Steamboat Springs Police Department officers were called to a report of harassment in the 2900 of Columbine Drive. A person was receiving unwanted text messages from their roommate. Police took a report.
**3:35 a.m.** Officers were called to a report of a suspicious incident at a hotel in the 200 block of Lincoln Avenue. Two people were arguing, but they separated, and everything was fine.
**9:34 a.m.** Officers returned to the 2900 block of Columbine Drive. The person from the 3:04 a.m. call who had sent the unwanted text messages also wanted to talk to police.
**3:15 p.m.** Officers responded to a report of a drunken pedestrian sleeping in the grass near the 2200 block of Village Inn Court. The person walked off before police arrived, and officers were unable

### Crime Stoppers
If you have information about any unsolved crime, call Routt County Crime Stoppers at 970-870-6226. You will remain anonymous and could earn a cash reward.

to locate them.
**6:44 p.m.** Officers responded to a report of shoplifting in the 1800 block of Central Park Drive.
**7:50 p.m.** Officers responded to a disturbance in the 1000 block of Central Park Drive and assisted a security person with someone.
**11:48 p.m.** Officers were called to a report of a suspicious incident at a construction site in the 1800 block of Elk River Plaza. A person reported hearing music playing, but when officers arrived, they couldn't hear anything.

## Local groups support effort

**ReTree** continued from 4

meaningful for them."

Saturday's event was supported by funding and other contributions from CPW, Inquiring Systems, Inc., the Clif Bar Family Foundation, LDM Global, New Belgium Brewing Company, Snow Country Nursery, Rotary International, New Power Fund.com, Mount Werner Water, Ace Hardware, Wagner Rentals, Picking Construction, Duckels Construction and Colorado State Forest Service.

Mudgett and Jones also expressed appreciation for the artwork for this year's T-shirt, an original woodblock piece created by Steamboat artist Jill Bergman.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

VIEWS

# Developing a multi-tiered approach to saving money

Over the last month I have discussed the importance of planning and saving for your future. The necessity of an emergency fund for unexpected expenses was addressed in the last column, and today we will cover other critical tiers of savings. Clearly, one should first have enough cash in a checking account to cover a month's worth of all fixed and variable expenses as well as discretionary expenses.

The second tier is the emergency fund. These funds can be kept in the same account but are not touched unless there is a large, unexpected expense.

The next tier of savings is probably the hardest to establish in the early years, and that is having three to six months of living expenses tucked away in a savings account in the event you lose your job or are injured and cannot work. If you have a family that is depending solely on you as the breadwinner, it should definitely be six months or more.



**Nancy Gardner**
*Financial Pathways*

Many companies have long-term disability pay for their employees but no short-term coverage. Long-term coverage usually kicks in after 90 to 120 days but you are responsible for replacing your income during their defined short-term period if they do not continue your regular paycheck for some or all of that period. Usually they apply all your sick time first, then any vacation days you have accrued and then it is up to you. They may offer to make available to you the purchase of short-term disability insurance at a discounted rate. Find out what your employer's policy is, if you do not already know.

Also, determine what percentage of your income they cover. Understanding what your benefits are now will prevent possible unpleasant surprises later. One last note on disability: It is possible to receive disability payments from Social Security but the hurdle for qualifying is very high. It usually takes many months, is the most difficult to get and you most likely will not qualify. I suggest that you do not rely on it.

Now that we have covered the essentials, let's start looking at saving for your short-term and long-term goals. Short term is less complex so I will go over that first. Things that fall into this category are items such as a nice vacation, down payment on a car and the biggest one, a down payment on a home. Please note that I did not suggest that you automatically put the first two on a credit card. If you have enough disposable income to pay off your card when the bill comes in, that is one thing. If you do not, then for a few months routinely deposit cash into a savings account earmarked for your goal, and you will have the funds you need without creating credit card debt. By the way, the emergency fund is not for vacations although sometimes you may feel like you need one that much! Another car is a different situation if your current vehicle is no longer dependable.

If you are saving for a down payment on a home, determine how much you need for a 20 percent down payment and when you want to buy your home. Divide that up into a monthly amount to save and decide whether that is doable. If not, you will have to rethink the price of the home or extend the amount of time you are willing to wait.

It is important that you establish a time frame so you will feel like you are working towards that goal. Set up a savings account at your bank and make monthly contributions. If you get a bonus or raise, you can apply it to the fund. Watch the account grow and periodically pat yourself on the back for getting closer to your goal. You will not get discouraged if you have a target date rather than some undetermined future date that may never arrive.

Any money that is being saved for short-term goals (two years or under) should not be invested in mutual funds or the stock market. Money market and very short-term certificates of deposit are safer and more appropriate.

For longer-term goals — such as college education or retirement — investing in stocks, bonds and mutual funds makes sense. Your accounts will grow faster and they will have time to recover from cyclical down markets. Diversification and types of investments are important, but we will cover investments in a future column when we can dedicate more space. Two columns will also be devoted to college savings and retirement accounts.

*Nancy Gardner is a certified financial planner. Email me your questions at nancygardner2016@yahoo.com.*



**KAISER PERMANENTE**
**Pumpkin Fest 2016**
**Sunday, October 9th**
**11:00am to 2:00pm**
*New Location at Rainbow Park in Silverthorne!!*

FREE Pumpkin Patch
FREE Petting Zoo
FREE Face Painting
FREE Bounce Houses
FREE Games

*List of Activities:*
11:00am to 2:00pm
- Pumpkin Patch Open
- Bounce Houses Open
- Face Painting
- Petting Zoo
- Cave of Confusion
- 10 Car Barrel Train
- Hay Rides
- Sack Races
- Pumpkin Bowling
- Pumpkin Catapult

*For more information: 970.262.7370 | silverthorne.org*

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



**R & H MECHANICAL**
*"People & Products You Can Count On"*

**24 Hour Service**
Preventative Maintenance • New & Remodel Construction

Central Air • Heating • Humidification • Snowmelt • Sheetmetal • Engineering

1-800-543-9895 | www.randhmechanical.com

## SUMMIT LIFE

# Local boys arrested for destroying flags

**Compiled by Breckenridge Heritage Alliance**
*This Week in History*

This week in history as reported by the Summit County Journal 100 years ago, the week of Sept. 26-30, 1916.

Two well-known Breckenridge boys were arrested the first of the week because of the belief on the part of the authorities and others that they were responsible for the destruction of flags and other decorations used by the Pioneer society at the recent picnic. The failure of any one to prosecute on definite charges, resulted in the lads being liberated shortly after their arrest, though not until they had been cautioned concerning their conduct and ordered to report to Judge Fall, juvenile officer, occasionally.

### BOREAS SECTION FOREMAN IS SERIOUSLY INJURED

Lugl DeLeo, Colorado and Southern section foreman at Boreas, was painfully injured Saturday last when he was thrown from a hand car which was descending a steep grade. In some manner, a board fastened to the front of the car for the purpose of holding tools on the car came loose and falling under the wheels, threw the car from the track. DeLeo was thrown several feet, striking on his head and suffering numerous deep cuts in the scalp. He was brought to town by the Bacon section crew and taken to the county hospital, where his injuries were attended by Dr. Graham.

### BUILD PIPE LINE AND PREPARE FOR EARLY SPRING PLACERING

E.H. Crabtree and J.A. Spann, with whom others are associated, have devoted the past week to surveying and making preliminary arrangements for the construction of a pipe line from Indiana gulch, a distance of seven miles to the Washington and Pittsburg ground, on which they will conduct extensive placer operations next season.

### FOUND FLAW IN DEFENSE

When Police Captain Patrick Costello met a man on the main street of Dobbs Ferry loudly and joyfully disturbing the peace of the historic hamlet, he said: "My friend, you're drunk and I'll have to run you in."

The stranger drew a tattered Bible from his pocket and leading the captain to the nearest street lamp, read, with fervor: "First Timothy, five, twenty-three: 'Drink no longer water, but use a little wine for thy stomach's sake and thine often infirmities.'"

The captain scratched his head and thought. Finally he said: "What were you drinkin'?"

"Well," replied the stranger, "the last one was beer."

"Then," said the captain, "you lose on a technicality, and it's come with me."

### CLUB SHOULD BE SATISFIED

Twenty years ago an organization of women in New York began a fight to influence women to wear shorter skirts. The organization was known as the Rainy Day club, and branches of it were formed throughout the country. Mrs. A.M. Palmer, who has since its birth, just announced that the fight has been won with a vengeance, and that the organization may as well disband, unless it should decide to reverse its by-laws and begin a crusade for longer garments.

---

*The Breckenridge Heritage Alliance is a nonprofit organization founded to promote and protect Breckenridge's unique heritage. The organization offers year-round guided tours and hikes. Go to breckheritage.com or call (970) 453-9767.*



### 24 Hour Service
Preventative Maintenance • New & Remodel Construction



Central Air • Heating • Humidification • Snowmelt • Sheetmetal • Engineering

1-800-543-9895 | www.randhmechanical.com



**KENOSHA steakhouse**

**SUPER monday BINGO**

on these Monday nights!
OCT 10 & 24
NOV 14 & 28
DEC 12

Win **CASH & PRIZES**

NFL SUNDAY TICKET on 10 TVs
MONDAY 2-for-1 COLORADO CRAFT BEERS
$1 Off All Beers • $5 Tailgate Menu
Sunday Funday Pick'em & Squares
$4 Bloody Mary Bar

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant.  The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property.  The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.).  The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**.  If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses.  Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation.  Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration.  The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017.  Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989.  You may opt out of the Class and Settlement by March 1, 2017.  If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer.  Your own lawyer can advise you about whether your claims may be barred by the statute of limitations.  If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017.  If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.  The Court will consider whether the Settlement is fair, reasonable and adequate.  If there are objections, the Court will consider them.  If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com.  After the hearing, the Court will decide whether to approve the Settlement.  You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.**  For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# LAPD releases video showing suspect with gun before shooting

By Amanda Lee Myers and Christopher Weber
Associated Press

LOS ANGELES — Los Angeles police released surveillance video Tuesday showing an 18-year-old black suspect running from police while holding what appears to be a gun in his left hand just before he was fatally shot by officers in a death that has generated rowdy protests.

The footage shows a man crouching behind an SUV and pulling a handgun from the waistband of his sweatpants. He then tucks the gun back into his waistband and runs around the corner of a strip mall as officers run after him.

The footage posted to the police department's YouTube channel does not show officers shoot Carnell Snell because that location was not within the viewing range of the surveillance camera. But police said the video supports the account Chief Charlie Beck gave Monday justifying the shooting.

Beck said Snell had a fully loaded semi-automatic handgun in one hand and turned toward officers when they fired Saturday.

The video was made public just as Black Lives Matter organizers gathered Tuesday morning to protest Snell's killing at a meeting of the Los Angeles Police Commission. The board of civilian overseers convened at midmorning and was later closed to the public after demonstrators interrupted speakers and shouted for Beck's resignation.

One woman who said her son had been killed by police threatened to kill officers herself. No arrests were made.

Protester Melina Abdullah accused police of selectively releasing a portion of video to justify the shooting and "posthumously assassinate the character of our brother Carnell Snell."

"I don't care if he had a gun," she shouted. "His life

SHOOTING, 22



LOS ANGELES POLICE DEPARTMENT

**This Oct. 1 frame from security camera video, released by the Los Angeles Police Department and posted on its website on Oct. 4, shows a suspect holding what appears to be a gun in the moments before he was fatally shot by officers in a police killing that has generated widespread protests. Police said the video supports the account Chief Charlie Beck gave Monday justifying the fatal shooting of Carnell Snell.**

**ExploreSUMMIT CALENDAR**

TRYING TO FIGURE OUT WHAT TO DO THIS WEEKEND?
Go to www.summitdaily.com/Entertainment/Calendar/

---

**AMENDMENT 69**
"Colorado Care"... doesn't

Join Coloradans for Coloradans and local healthcare professionals for an informative discussion of what's wrong with proposed Amendment 69 and why they believe it should be opposed.

**Coloradans for Coloradans**
Dr. Karl Heggland
Dr. Erin Sain
Dr. Andrew Catron
Dr. Shelby Osborne

We will begin at 5:00 pm with a presentation of facts and frequently asked questions about the proposed Amendment 69 and have time for a question and answer session afterwards.

**Tuesday, October 11th
5:00 – 7:00 pm
Summit County Community and Senior Center
83 Nancy's Place
Frisco, CO 80443**

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant.  The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.).  The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**.  If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses.  Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation.  Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration.  The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017.  Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017.  If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer.  Your own lawyer can advise you about whether your claims may be barred by the statute of limitations.  If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017.  If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.  The Court will consider whether the Settlement is fair, reasonable and adequate.  If there are objections, the Court will consider them.  If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com.  After the hearing, the Court will decide whether to approve the Settlement.  You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.**  For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

## NATION

### RUSSIA
From page 19

disposing weapons-grade plutonium. On Wednesday, Putin suspended another agreement on research cooperation in the nuclear and energy sectors.

As for the hacking, federal officials are investigating cyberattacks at the Democratic National Committee and the Democratic Congressional Campaign Committee.

And election data systems in at least two states — Illinois and Arizona — also have been breached. Intelligence officials say some states have experienced scanning or probing of their election systems, which in most cases originated from servers operated by a Russian company.

The U.S. statement stopped short, though, in attributing the activity to the Russian government. And administration officials emphasized that it would be difficult for hackers to alter the results of the Nov. 8 election because each U.S. state runs its own election system.

Democratic Party officials learned in late April that their systems were attacked after discovering malicious software on their computers.

CrowdStrike, a cybersecurity firm that investigated, said one of the groups identified in the Democratic National Committee attack, dubbed Cozy Bear, had previously infiltrated unclassified networks at the White House, the State Department and the Joint Chiefs of Staff. Another group detected, called Fancy Bear, had targeted private and public sector networks around the world since the mid-2000s. Cozy Bear and Fancy Bear are linked to Russia.

Adam Meyers, CrowdStrike's vice president of intelligence, said not only did the hackers' programming code sometimes match code used in earlier hacks by Russia but the behavior matches the country's decades-long efforts to sow instability in Europe and Eastern Europe — both on the ground and in cyberspace.



AP

U.S. Secretary of State John Kerry pauses, during a speech at an event hosted by The German Marshall Fund (GMF) and the U.S. Mission to the EU at Concert Noble in Brussels on Oct. 4. Kerry called Friday for Russia and Syria to face a war crimes investigation for their attacks on Syrian civilians, further illustrating the downward spiral in relations between Washington and Moscow.

Meyers said Russian state-sponsored hackers — believed to be the military intelligence agency GRU — were not only targeting the DNC but also NATO and other governments, such as Romania, at the same time, pointing to a highly complex operation with many resources.

Caches of emails were also made public in recent weeks that detailed thousands of messages from Democratic operatives, as well as former Secretary of State Colin Powell. Those emails were published by a different source, called DC Leaks, which the cybersecurity firm ThreatConnect had linked to Fancy Bear.

Friday's official accusation of Russian involvement adds to campaign-year fodder stoked this summer by Donald Trump, who encouraged Russia to find — and make public — missing emails deleted by Democratic opponent Hillary Clinton.

"Russia, if you're listening, I hope you're able to find the 30,000 emails that are missing," Trump said in July. He referred to emails on Clinton's private server that she said she deleted — because they were private — before turning other messages over to the State Department.

*Associated Press writers Josh Lederman, Tami Abdollah, Jack Gillum and Eric Tucker in Washington and Jim Heintz in Moscow contributed to this report.*




**24 Hour Service**
Preventative Maintenance • New & Remodel Construction

Central Air • Heating • Humidification • Snowmelt • Sheetmetal • Engineering

1-800-543-9895 | www.randhmechanical.com



KENOSHA steakhouse

**SUPER monday BINGO**

on these Monday nights!
OCT 10 & 24
NOV 14 & 28
DEC 12

Win CASH & PRIZES

NFL SUNDAY TICKET on 10 TVS
MONDAY 2-for-1 COLORADO CRAFT BEERS
$1 Off All Beers • $5 Tailgate Menu
Sunday Funday PICK'em & Squares
$4 Bloody Mary Bar

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



Attorney Damario Solomon-Simmons, left, comforts Tiffany Crutcher, twin sister of Terence Crutcher who was shot and killed by Tulsa Police Friday night. At right is Rev. Joey Crutcher, her and Terence's father. (Mike Simons/Tulsa World via AP)

### NATION

## Attorney: Man ignored officer's commands before shooting

**By JUSTIN JUOZAPAVICIUS**
*Associated Press*

TULSA, Okla. (AP) — An attorney for a white Oklahoma police officer who fatally shot an unarmed black man has said the man ignored officers' commands and was reaching through a window of his SUV when he was killed.

But police video from the incident Friday shows 40-year-old Terence Crutcher walking away from the officers and toward his SUV with his hands up when one officer shocks him with a stun gun and he falls to the ground. He is then shot and killed. Police were called to the scene to respond to a report of a stalled vehicle.

Police Chief Chuck Jordan announced Monday, before the video and audio recordings were released, that Crutcher had no weapon on him or in his SUV when he was shot. It's not clear from the footage what led Betty Shelby, the officer who fired the fatal shot, to draw her gun or what orders officers gave Crutcher. Shelby's attorney, Scott Wood, said Crutcher was not following the officers' commands.

"He has his hands up and is facing the car and looks at Shelby, and his left hand goes through the car window, and that's when she fired her shot," Wood told the Tulsa World for a report Tuesday.

Local and federal investigations are underway to determine whether criminal charges are warranted in the shooting or if Crutcher's civil rights were violated.

Tulsa police helicopter footage was among several clips showing the shooting of Crutcher and its aftermath. In that video, a man in the helicopter that arrives above the scene as Crutcher walks to the vehicle can be heard saying "time for a Taser." He then says: "That looks like a bad dude, too. Probably on something."

Crutcher's twin sister, Tiffany Crutcher, called for charges Monday.

"The big bad dude was my twin brother. That big bad dude was a father," she said. "That big bad dude was a son. That big bad dude was enrolled at Tulsa Community College, just wanting to make us proud. That big bad dude loved God. That big bad dude was at church singing with all of his flaws, every week. That big bad dude, that's who he was."

Police video shows Crutcher walking toward his SUV that is stopped in the middle of the road. His hands are up and a female officer is following him. As Crutcher approaches the driver's side of the SUV, three male officers walk up and Crutcher appears to lower his hands and place them on the vehicle. The officers surround him, making it harder to see his actions from the dashboard camera's angle.

Crutcher can be seen dropping to the ground. Someone on the police radio says, "I think he may have just been tasered." One of the officers near Crutcher backs up slightly.

Then almost immediately, someone can be heard yelling, "Shots fired!" Crutcher's head then drops, leaving him completely lying out in the street.

After that, someone on the police radio can be heard saying, "Shots fired. We have one suspect down."

Officer Tyler Turnbough, who is also white, used a stun gun on Crutcher, police said. Shelby's attorney, Wood, said Turnbough fired the stun gun at the same time Shelby opened fire because both perceived a threat.

The shooting comes just four months after former Tulsa County volunteer deputy Robert Bates was sentenced to four years in prison on a second-degree manslaughter conviction in the 2015 death of an unarmed black man. Bates said he mistakenly grabbed his gun instead of his Taser. Shelby worked as a Tulsa County sheriff's deputy for four years before joining the Tulsa Police Department in December 2011, officials said. She has been placed on paid leave.

The initial moments of Crutcher's encounter with police are not shown in the footage, and Wood said the situation unfolded for about 2 minutes before the videos began. Shelby did not activate her patrol car's dashcam, said police spokeswoman Jeanne MacKenzie, and the ground-level video released Monday came from the car of a second officer who arrived at the scene.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area <u>on June 7, 1989 (one day after a famous FBI raid of the plant site)</u>. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will <u>not receive any money</u> if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



{ BECOME A REGISTERED ELECTOR
VOTE NOVEMBER 8

**QUALIFICATIONS**
Visit www.townofmountainvillage.com/election to learn how to become a qualified elector.

**FORM**
To vote in the November 8 San Miguel County Election, become a registered elector by completing a Voter Registration Form at www.sanmiguelcounty.org/164/Elections or www.townofmountainvillage.com/election.

**SUBMISSION**
Voter registration forms may be submitted by email, fax, regular mail if received by deadline, or in person. San Miguel County registration forms must be submitted to the County Clerk. mvclerk@mtnvillage.com • 970.728.4342 • Mountain Village Town Hall

**DEADLINE**
The deadline to become a Mountain Village registered elector is October 10 by 5 p.m.



Case No. 1:90-cv-00181-JLK   Document 2432-20   filed 01/03/17   USDC Colorado   pg 8 of 20

## THE WEST
# Authorities: Death of treasure hunter remains a mystery

By SUSAN MONTOYA BRYAN
*Associated Press*

ALBUQUERQUE, N.M. (AP) — The death of a man who moved out West to follow his dream of searching for a $2 million hidden treasure remains a mystery as medical investigators have been unable to shed more light on his final moments in the backcountry of New Mexico.

The skeletal remains of Randy Bilyeu were discovered this summer by a crew with the Army Corps of Engineers that had been working along the Rio Grande just north of Cochiti Lake.

Autopsy results obtained by *The Associated Press* show there wasn't enough evidence left for the Office of the Medical Investigator to determine what caused Bilyeu's death. There were no broken bones or other skeletal injuries, leaving only room for speculation.

"It is possible that Mr. Bilyeu was caught in a remote location in the winter, either because of the weather or because of an injury not involving a fracture of the bones and succumbed to hypothermia or the effects of dehydration," the investigators wrote.

They also said it's possible the 55-year-old father and grandfather could have died from a natural event, such as a heart attack. Bilyeu had high blood pressure.

"There are multiple plausible scenarios in which Mr. Bilyeu's death may have occurred, all of which cannot be disproven given the advanced state of decomposition," the report states.

Bilyeu's family said Thursday they're not ready to give up on tracking down more details about what might have happened to him after he bought a raft and set out on the Rio Grande on Jan. 5 to search for a buried treasure. Thousands of people have tried to find the alleged treasure of gold and jewelry.

Bilyeu had scouted the area — a desolate, rocky stretch of the river not far from the border of Bandelier National Monument — for two weeks. He had a GPS device and waders and brought along his little white dog, Leo.

More than a week passed before a worried friend reached out to his ex-wife in Florida, Linda Bilyeu, who filed a missing person's report Jan. 14. His raft and dog were found the next day.

Found in his car, were maps with markings that fellow treasure hunters used to narrow their search for him. He also left food, suggesting he didn't plan to be gone long.

An intense search by authorities began, but hope slipped as the days passed. Linda Bilyeu began organizing volunteers who used everything from canoe trips, high-powered cameras and drones to search the rugged canyons along the river.

Linda Bilyeu acknowledged



This June 2015 photo provided by Linda Bilyeu shows her ex-husband Randy Bilyeu during a visit to northern New Mexico. (Courtesy Linda Bilyeu via AP)

that Randy's death remains a mystery.

"He was brave enough to face the odds in an endeavor that he felt so confident about but due to an unfortunate event, his plan cost him his life," she told *The Associated Press.*

Antiquities dealer and author Forrest Fenn of Santa Fe ignited the treasure hunt several years ago when he announced that he stashed a small bronze chest containing nearly $2 million in gold, jewelry and artifacts somewhere in the Rockies. He dropped clues to its whereabouts in a cryptic poem in his self-published memoir, "The Thrill of the Chase."

The hidden treasure has inspired thousands to search in vain through remote corners of New Mexico, Yellowstone National Park and elsewhere in the mountains. Treasure hunters share their experiences on blogs and brainstorm about the clues.

The search has come with risks: Some have forded swollen creeks in Yellowstone and were rescued by rangers. A Texas woman spent a worrisome night in the New Mexico woods after being caught in the dark. Others have been cited for digging on public land, and federal managers have warned treasure hunters not to damage archaeological or biological resources.

During the months spent searching for Bilyeu, his family urged Fenn to call off the treasure hunt. Fenn refused, saying that would be unfair to those who have spent their time and money looking for the 40-pound chest.

Linda Bilyeu said Randy's mishap should serve as a reminder that accidents can happen no matter how many preparations one makes.

"I believe he didn't die in vain," she said. "Answers are slowly trickling in and one day this mystery will be solved."

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



{ BECOME A REGISTERED ELECTOR
VOTE NOVEMBER 8

**QUALIFICATIONS**
Visit www.townofmountainvillage.com/election to learn how to become a qualified elector.

**FORM**
To vote in the November 8 San Miguel County Election, become a registered elector by completing a Voter Registration Form at www.sanmiguelcounty.org/164/Elections or www.townofmountainvillage.com/election.

**SUBMISSION**
Voter registration forms may be submitted by email, fax, regular mail if received by deadline, or in person. San Miguel County registration forms must be submitted to the County Clerk. mvclerk@mtnvillage.org • 970.728.4342 • Mountain Village Town Hall

**DEADLINE**
The deadline to become a Mountain Village registered elector is October 10 by 5 p.m.





## MISSISSIPPI
# Eight admit sham marriages and crime reports in immigration scam

**By JEFF AMY**
*Associated Press*

JACKSON, Miss. (AP) — Tarunkumar and Sachin Patel wanted to find a way so that more of their friends and business associates from India could get permanent legal status to remain in the United States. But they admitted Monday their plans were federal crimes.

Now they and up to 17 others face prison time.

The men said that in 2011 they arranged four sham marriages between their friends and American women the two Patels had met. The two are business acquaintances. Then in 2014, Tarunkumar Patel said he began bribing a Mississippi police officer to create false crime reports in an effort to get immigration authorities to grant them special visas for victims of certain types of crimes.

The Patels, former Jackson officer Ivory Harris and lawyer Simpson Goodman pleaded guilty Monday in federal court in Jackson to conspiracy charges, as did two of the men who benefited from the fake police reports. The Patels and Goodman face up to 10 years in prison, having pleaded guilty to both marriage fraud and the police report fraud.

A seventh defendant pleaded guilty Friday, and more guilty pleas from others in the scheme are scheduled this month. Nineteen people were indicted in two linked cases in April.

The 50-year-old Tarunkumar Patel, who operates a store in a poor area of Jackson, said he arranged the first marriage when a friend came down from Massachusetts. That friend, Virenda Rajput, met a woman who was a frequent customer of the store.

"My friend told me, 'I want to marry her,'" Tarunkumar Patel told U.S. District Judge Henry T. Wingate.

And they did. The woman took Rajput's name, becoming Javona Shanice Rajput. But Virenda Rajput returned to his own job in Massachusetts, coming back to Jackson only once every two or three months.

"They were married just for the convenience of getting the citizenship," said Patel's lawyer, Ross Barnett Jr. "That was the No. 1 purpose."

Sachin Patel persuaded another woman with whom he had worked at an Indian restaurant to marry a friend in 2013, and two more marriages were arranged in 2014.

The Patels said they paid the women money on behalf of their friends, although not very large sums. Tarunkumar Patel said the most he ever gave Javona Rajput at one time was $300.

Tarunkumar Patel was also the prime mover in the fake police reports, approaching Harris, who visited the store often as part of his beat.

Harris said Patel paid him $500 per report at first. "Then one time, when I had questions about it, he told me, 'Don't worry about it,' and gave me $1,000," Harris said. He the reports usually claimed the people had been assaulted or robbed at gunpoint.

"In fact, these noncitizen Indians were not victims of crime in Jackson, Mississippi," Assistant U.S. Attorney David Fulcher said.

Doing the paperwork with U.S. Citizenship and Immigration Services was Goodman, an acquaintance of Sachin Patel. A 2012 law school graduate, Goodman said he was spiraling into abuse of the stimulant Adderall and marijuana. More recently, Goodman said he has been treated for drug abuse, hospitalized once for suicidal thoughts and a second time after attempting suicide.

Goodman said he stopped representing Virenda Rajput in his immigration application, but continued representing two others. The Patels provided him with documents meant to bolster the claim, such as joint bank account statements, life insurance statements and apartment leases. He said the applications were never completed, with the efforts essentially abandoned before Citizenship and Immigration Services would have interviewed the people.

"I continued to represent these clients before USCIS once I understood the marriages were not 100 percent for love," Goodman said.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Case No. 1:90-cv-00181-JLK   Document 2432-20   filed 01/03/17   USDC Colorado   pg 10 of 20



### QUALIFICATIONS
Visit www.townofmountainvillage.com/election to learn how to become a qualified elector.

### FORM
To vote in the November 8 San Miguel County Election, become a registered elector by completing a Voter Registration Form at www.sanmiguelcounty.org/164/Elections or www.townofmountainvillage.com/election.

### SUBMISSION
Voter registration forms may be submitted by email, fax, regular mail if received by deadline, or in person. San Miguel County registration forms must be submitted to the County Clerk. mvclerk@mtnvillage.org • 970.728.4342 • Mountain Village Town Hall

### DEADLINE
The deadline to become a Mountain Village registered elector is October 10 by 5 p.m.

**BECOME A REGISTERED ELECTOR — VOTE NOVEMBER 8**

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---



President Juan Manuel Santos of Colombia, left, presents a copy of a peace agreement that was forged in his country to United Nations Secretary-General Ban Ki-moon during a meeting at the United Nations headquarters. Colombian President Juan Manuel Santos has won the Nobel Peace Prize, it was announced on Friday. (AP Photo/Craig Ruttle)

## WORLD
# Nobel Peace Prize goes to Colombian President Santos

**By THE ASSOCIATED PRESS**

The Nobel Peace Prize has been awarded to Colombian President Juan Manuel Santos for his ongoing efforts to end a five-decade-long civil war that has killed more than 200,000 people.

The prize came to Santos just days after Colombian voters by a slight margin rejected a landmark peace agreement that Santos had negotiated with rebel leaders, a significant blow to hopes for a lasting peace.

Here's a look at why Santos won the prize and the impact of his achievements.

### SIGNIFICANCE OF THE PRIZE
The 65-year-old Colombian president was recognized for tireless efforts to end the chronic violence that has gripped his South American country for decades. The deal he helped negotiate would have given the rebel forces substantial inducements to join the political process. Those willing to hand over their weapons and admit to war crimes would not have received prison sentences, and the Revolutionary Armed Forces of Colombia would have been granted 10 seats in congress for the next decade to give the group known as FARC a foothold in national politics.

The Norwegian Nobel Committee said the peace process is still ongoing and that the public did not reject peace but simply the specifics of this deal. It also said the award is intended to honor the Colombian people, who have not given up their hopes for peace. The committee did not choose to honor Rodrigo Londono, the leader of the FARC rebels, or to mention him in the citation.

The violent civil war has long held back economic and social progress in Colombia, a country known for its beauty and natural resources.

### REACTION
Santos said he dedicated the prize to the people of Colombia, particularly those who "have suffered in this war that we are on the verge of ending."

He said in an interview posted on the Nobel Foundation's Facebook page that the end of the conflict is near.

"We are very, very close. We just need to push a bit further to persevere," he said.

Many had believed the country's rejection of the peace deal in a referendum had quashed his chances of being recognized by the Nobel committee.

### COLOMBIA'S LITERARY LAUREATE
Colombian novelist and journalist Gabriel García Márquez was awarded the Nobel Prize in Literature in 1982. Many of his works dealt with the political violence and instability that has long gripped Colombia — the plague Santos is seeking to end through negotiations. When García Márquez died in 2014, Santos praised him as "the greatest Colombian of all time."

# Hunt

Continued from 1B

rounding the ethical practices of hunting.

"He's been the sole voice for ethical hunting and how it needs to be done right," said longtime friend and BearSmart activist Bryan Petersen (no relation). "He rails against any advantages that makes hunting more than pure sport. No gadgets, no gizmos, no drones."

Each fall, almost like a religious mecca, Petersen roams the San Juan Mountains, armed only with a long bow, which requires him to be within a 20-foot range of his prey.

"I want the hard way," he said. "It makes you have to be more dedicated. You have to actually hunt. All these new devices take the hunt out of hunting."

Citing a stronger connection to nature with a pure hunt, Petersen thrust his views into the hunting world, openly criticizing over-the-top tactics in an attempt to bring a self-awareness to the community.

"It's a real easy group to be critical of," Petersen said. "I realized if I wanted to be a hunter, I'd have to be the anti-hunter."

Like many hunters or anglers who depend on a healthy environment, Petersen became a prominent voice in conservation efforts, playing a huge role in Trout Unlimited and Backcountry Hunters and Anglers.

"He is unwavering, and he comes from a place of knowledge more so than a lot of people who work in this industry," Trout Unlimited's Ty Churchwell said. "He is the consummate hunter, and as such, his opinion on these matters carries a huge amount of weight."

Petersen retired from writing a few years ago, having "said all I need to say about hunting and hunting ethics." But in the early 2010s, he was approached by Christopher Daley, a European filmmaker who wanted to make a documentary about hunting.

Petersen, if begrudgingly, agreed, hoping to educate a wider audience.

"I live in a big city, so it's not really something I had ever been exposed to," Daley said "Anyone who lives in a big city has a fantasy of getting away by living a simple life, living closer to nature, being able to provide for yourself, and he and Carolyn managed to build a very independent life for themselves."

Yet tragedy struck in 2014 when Carolyn suddenly died. Daley said the focus of the movie then shifted to their life together, rather than solely about hunting.

"She gave me a good life," Petersen said of his wife of 33 years. "It felt like the end of my life in a lot of ways."

The past few years have been hard as Petersen adjusts to life without Carolyn, but slowly, the wounds have begun to heal. One day, he said, he woke up and thought he heard Carolyn talk to him.

"She said: get your (expletive) together. You're alive. You're still here."

Since then, Petersen has been going out more, listening to live music, dancing and enjoying Durango's breweries. And of course, looking forward to September's hunt.

"At some point after her death, I felt I didn't want to kill an elk, that I was done with hunting," he continued. "But this year, I'm really feeling it. And I really miss the meat."

*jromeo@durangoherald.com*

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, Colorado, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you *must file a claim* by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**





## Paths: Site selected for proposed trail is mix of state, federal and private property

Continued from 1A

### Environmental reviews, easements needed

A lot of work lies ahead for the ambitious plan, officials said, and phased construction would not start before 2018.

The area proposed for trail is a mix of state, federal and private land, including private lands with conservation easements.

Once a route is agreed upon, the real work begins, including detailed surveys, construction plans, fundraising, and negotiating easements across private land, federal land, and CDOT rights of way.

In addition, environmental studies and cultural surveys are needed where the trail crosses Mesa Verde National Park and Bureau of Land Management land.

"It is tied to federal lands and federal dollars, so is subject to the National Environmental Policy Act," Clementson said. "The area has high density of cultural resources, so we want to work with the county on the alignment to make sure the trail avoids those, and riparian and wetland areas."

Park Superintendent Cliff Spencer added that the new trail is included in a visitor distribution plan being formulated at Mesa Verde that includes new trails and shuttle services to trailheads.

A $400,000 planing grant, awarded for the project in 2014 from federal transportation funds, is being administered through the Colorado Department of Transportation.

### Concrete ideal for longevity, ADA

CDOT and the county are taking the lead on the trail, and it would be maintained by the county, likely in partnership with other stakeholders. Because it is a designated state transportation trail connecting communities, it is required to be plowed in winter for year-round access.

The trail project must meet CDOT engineering rules and federal easement specifications. And because federal funding is involved, it must be compliant with the Americans with Disabilities Act.

The trail would be 10 feet wide, and depending on the width of the easement, room could be provided for a separate equestrian trail. To accommodate horse use, planners said they will try and identify areas where the trail could lead horses users to public lands with open meadows for riding.

CDOT representatives said a paved path is the best option for longevity and for ADA compliance, but it's possible a soft path could meet requirements in certain situations.

"The goal is to be ADA-compliant, and we may also need rest areas," said CDOT engineer Robert Shanks.

Engineers recommended a concrete trail because it is long-lasting – 50-60 years versus 10-20 years for asphalt.

Although in certain soils, it was noted that asphalt could withstand freezing and thawing better than concrete.

County permitting is expected to be minimal because no major buildings are involved, said county planning director LeeAnn Milligan. But the planners would help oversee bridge development, culverts and negotiating easements.

"We will be a liaison for landowners," Milligan said.

### State support

County, Cortez and Mancos officials support the new trail and said it's important to connect it to the existing trails systems. For example, using way signs along roads and sidewalks to direct hotel visitors to the new trail and to current trail heads at Carpenter, Geer, and Denny Lake, said Cortez planner Tracie Hughes.

Paths to Mesa Verde is a priority for Colorado Gov. John Hickenlooper under his Colorado the Beautiful trail program.

"It is ideal for the state because it connects two major communities and a national park," said Chris Kehmeier, a trail project manager for the program. "A main trunk trail like this acts as a stimulus for connecting trails that branch off to other communities and trails such as to the nearby Colorado Trail."

Lt. Gov. Donna Lynne agrees. She was in Cortez this week checking out Phil's World, promoting the new trail, and meeting with stakeholders.

"I appreciate the hard work and enthusiasm for trails in this community," Lynne said during a meeting in Cortez Thursday. "Trails support tourism and promote a healthy lifestyle for our kids, saving money on health care costs. We look forward to coming down here when the trail opens."

Community meetings on Paths to Mesa Verde are planned for November, January, and March, with dates and times to be announced.



Lt. Gov. Donna Lynne chats with Montezuma County commissioners Keenan Ertel and Larry Don Suckla after a meeting about proposed trails for Montezuma County.
SAM GREEN/The Journal



Lt. Gov. Donna Lynne rides Phil's World Thursday with local dignitaries as part of a planning session for the Paths to Mesa Verde trail. Montezuma County commissioner Larry Don Suckla, a big proponent of trail expansion in the county, follows.
JIM MIMIAGA/The Journal

### Lieutenant governor rides Phil's World

**BY JIM MIMIAGA**
THE JOURNAL

"Look ahead, and 'ride like you did as a kid,' were good tips," Colorado Lt. Gov. Donna Lynne said during a mountain bike tour of Phil's World with local dignitaries Thursday.

The advice from local mountain biking enthusiast Dani Gregory was key for Lynne, who has a lot of road biking experience, but was only on a mountain bike for the second time.

"It was fun and pretty challenging," Lynne said after the ride. "Your trail system is a great community resource for recreation."

Along with Gregory and this reporter, Lynne was joined on the ride by Montezuma County Commissioner Larry Don Suckla, Cortez City Manager Shane Hale, Executive Director for Colorado Commissioner Affairs Ernest House, BLM staffer Jennifer Jardine, and Colorado the Beautiful Project Manager Chris Kehmeier.

The tour of the local trail was part of a promotional event and strategy session for the planned Paths of Mesa Verde, a 20-mile nonmotorized trail that would connect Cortez and Mancos with Mesa Verde National Park.

"We are so pleased to have you experience first hand the great trails we have to offer," said Montezuma County commissioner Larry Don Suckla. "We're planning for a lot more."

In January, Paths to Mesa Verde made Colorado Gov. John Hickenlooper's "16 most important trails," part of the Colorado the Beautiful project.

While the designation does not come with guaranteed funding, "It gives the trail project more priority, and more facilitation at the next level up," said Kehmeier. "Trails that link communities are part of a long-term plan for Colorado."

Although it will take years for the trail to be funded developed, Lynne said she could sense the enthusiasm for Paths to Mesa Verde and plans to report that back to Hickenlooper.

"I'm going to tell him lets get this trail done, there is a lot of steam behind it," she said.



Southwest Cowboy Church presents **Beth Williams**, Nashville star, in concert.
Cowboy message from pastor **Mark Baker**
*Flanked and Branded by God!*
**Monday, October 3rd**
at Lewis/Arriola Community Center
1 mile west on CR S off Hwy 491
Potluck: 6 pm
Cowboy Church: 7 pm
Big craft bazaar
Call 565-4191 for more information.

Hometown HAPPENINGS — Find them in THE JOURNAL

### Colors

Continued from 1A

The area from Durango to Purgatory is at about 20 percent changed and Molas pass is at 25 percent. Near Pagosa Springs, 20 percent has changed, mostly in the higher elevations.

Near Silverton and Red Mountain Pass, 45 percent was starting to show, and on the San Juan Skyway near Ouray about 35 percent has changed.

A cold front moved into Southwest Colorado on Friday, and snow was coming down in the mountains. Chain laws were in affect Friday afternoon for Coal Bank, Molas and Red Mountain passes.

For more information, call the San Juan Public Lands Center at 247-4874 or the forest district office in Dolores at 970-882-7296.



**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines; visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Wildfire

Continued from 1A

There is a Boeing 747 supertanker based in Colorado Springs, but the incident team did not believe it was needed, a spokesman said. Taylor said about 75 residents are being allowed back into two areas — Twin Buttes and Shadow Mountain Estates. Residents need to go the Colorado State Fairgrounds and the 4-H Building to get a permit to go back into the controlled area. That building will open at 10 a.m. Thursday.

Taylor said officials will notify the rest of the Beulah residents as more areas become safe to re-enter. He said he understood they all want to go home. Anyone wanting an update on what areas are open can call 583-1640, he said.

The good news that the fire was quickly being contained even prompted the crowd to sing "Happy Birthday" to Beulah Fire Chief Bryan Ware, who confessed it had been a long three days.

But it wasn't all good news.

The fast-moving fire exploded Monday afternoon and it burned down eight houses before firefighters could slow it down.

One of those homes belonged to Frankie Petkosek, a ranch manager who lives along 3R Road. His father, Frank Sr., was at the Rancalli meeting.

"My son lost his house and everything in it because he was working to save the cattle," the senior Petkosek said.

Another woman asked Ware if he'd seen any sign of her dogs at her burned house. The crowd listened with her.

"I was just up there," Ware told her, trying to be reassuring. "I saw no sign of any animals at the house so maybe they got out of the fire."

Beulah is a mountain community, so its residents had those kinds of questions. Like what to do with spoiled food?

"We don't want to just put it in a dumpster and attract bears," one woman asked. Health officials said to double bag the food, put it back in the freezer and it would be picked up.

Some residents had to do a "cut and run" meaning they cut their property fences so their cattle and horses could escape a fire.

Taylor said anyone looking for missing animals should first check at the Fairgrounds, where many large animals were taken.

Incident Commander Shane Greer didn't make any predictions on how quickly the rest of the fire area would be secured. Fire crews still are working on Signal Mountain and had cut in a fire line near North Creek to make sure the fire didn't spread west toward the town.

But the message was clear — the Beulah Hill Fire was under control.

People returning to their homes need to be cautious of several things:

► Extended power outages will likely have resulted in spoiled food.

► First responder traffic is and remains heavy on the roadways inside the evacuation area and it will continue.

► Drive slow and stay aware.

► Anyone with known respiratory illnesses, should consider that heavy smoke will remain in the area and could cause breathing difficulties.

Taylor said that his office is handing the investigation into the cause of the fire and that he expects it to be completed quickly.

# Gold Butte

Continued from 1B

and red sandstone, signs have been removed, and the area is marred by off-road tire tracks and trash. Twenty-two miles of illegal irrigation have been trenched through the desert, and a chopped down Joshua tree was left to rot. The BLM is continuing to assess the situation, and so far staffers can't say how much the illegal irrigation trenching and vehicle incursions have affected local wildlife populations. "Once this happens, it persists through time," Mann says of the graffiti and general disregard for the area by visitors.

The damage has given advocates even more reason to fight for a national monument designation, something Friends of Gold Butte and the nearby Moapa Band of Paiutes have been advocating for years. The area is currently designated as an area of critical environmental concern because it provides habitat for the threatened Mojave desert tortoise and for desert bighorn sheep. It's also of cultural significance to the Moapa Band of Paiutes, whose ancestors created the ancient petroglyphs. The area was included within their reservation boundaries in 1873, and then cut out years later. Making Gold Butte a national monument would secure the Moapa's heritage sites from further destruction, former tribal chairman William Anderson says.

But the window of opportunity is starting to narrow. President Barack Obama, who has created 25 national monuments during his tenure, has just a few months left in office to designate Gold Butte, and the proposal's most prominent congressional ally, Sen. Reid, is retiring amid a heated race for his seat.

William Anderson links the fight to protect Gold Butte with a national monument to other struggles over tribal sovereignty. He sees the Bears Ears national monument struggle in Utah, Oak Flats mining of Apache heritage sites in Arizona and the current protests at Standing Rock by Sioux in North Dakota as similar examples of tribes fighting to preserve their culture.

"For us, we know that what we're doing here is something that needs to be done across the country," Anderson says. "To protect public lands."

# Remains

Continued from 1B

dead, Keuning said. The witness had left the pool, but came back when he heard sirens.

Keuning said the cause of death was ruled an accidental drowning influenced by alcohol intoxication. Keuning said Kochen's blood tests have not been completed, but hot water (the pool is about 105 degrees) and alcohol is a dangerous combination.

"Being very relaxed with alcohol, hot water causes a reaction to actually make you pass out," he said. "He knew how to swim, but you can't swim if you're not conscious."

According to The Pagosa Sun, the Colorado State Patrol, Pagosa EMS and Pagosa Fire Protection district worked to revive Kochen, but he was pronounced dead at 2:15 p.m.

Kochen was living and working in Pagosa Springs, Keuning said.

*jromeo@durangoherald.com*

---

## UTAH

# Attorneys general cast doubt on land push

**A $14 million lawsuit likely would lose in Supreme Court**

BY MICHELLE L. PRICE
ASSOCIATED PRESS



Republican Reps. Rob Bishop, left, and Jason Chaffetz, of Utah, are pitching a plan to manage 18 million acres of the state's land in a more locally driven way to protect Native American sites.

SALT LAKE CITY — A new legal analysis from a group of Western attorneys general casts doubt on many of the arguments Utah has put forward in its push to gain control of millions of acres of federal land.

The report, based on two years of work, doesn't address every argument Utah has floated, but it points out decisions by the Supreme Court and other federal courts that could put Utah on shaky ground if it sues the U.S. government for control. The analysis was drafted by lawyers from seven Republican attorneys general, three Democrats and one independent.

It was obtained by The Associated Press through a public records request.

The Conference of Western Attorneys General, made up of the top law officers in 15 western states and three U.S. territories, voted 11-1 to approve the report at their annual meeting in Idaho this summer.

Critics say it's one more sign that a lawsuit, which could cost up to $14 million, has little chance of succeeding.

The findings align with legal experts but contrast with the opinion of a team of outside lawyers hired by Utah who concluded last year that the state has some legitimate arguments to make and recommended Utah sue. Utah lawmakers have so far agreed to pay the team up to $2 million for their work.

Politicians can try to make a case before the public and Congress that their state has been treated unfairly, but the attorneys general group seems to be signaling that a court battle isn't the way to go, said John Leshy, a professor at University of California Hastings College of Law who was the Interior Department's top lawyer during the Clinton administration.

The group is "basically saying this is a loser," Leshy said. "I think you read this thing if you're a practicing lawyer and go, 'God, do they have a case?'"

Messages left with defenders of Utah's lands push were not returned Friday.

---



Are you in the wedding business?
So are we!

Showcase your business to local brides and grooms at the Two Hearts Wedding Expo!
Saturday, Nov 5 • Farmington, NM
Saturday, Jan 7 • Durango, CO

Reserve your space or become a sponsor!
Call Sharon at (970) 375-4511 or sharon/sdurangoherald.com

Produced by: FOUR CORNERS EXPOS  Sponsored by: 

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Tipton focused on economy as he seeks 4th term

**Coal should be in the mix, congressman says**

BY PETER MARCUS
JOURNAL DENVER BUREAU



Republican U.S. Rep. Scott Tipton is hoping for a fourth term in Congress.

What was expected to be a sleepy 3rd Congressional District race has blossomed into a competitive contest, with Democrat Gail Schwartz hoping to unseat Tipton.

He also faces Libertarian Gaylon Kent at a time when frustration with party politics has reached a new high.

Tipton has been hit especially hard by Schwartz and outside interests on the issue of public lands, with claims made through advertising and remarks that Tipton wants to privatize those lands in an effort to sell them off.

"She's not telling the truth and she knows it," Tipton said of Schwartz's claims. "Not once have I said sell off public lands, or sponsored or written legislation to sell off public lands."

The Tipton campaign, meanwhile, has hit Schwartz for being a foe to coal, pointing to measures she supported in the Legislature as a state senator that mandated a renewable energy standard and required some Front Range coal-fired plants to burn natural gas.

If Tipton wins re-election, he would head back to a Congress that most Americans believes is gridlocked and dysfunctional.

But Tipton, a 59-year-old small businessman from Cortez, says he has risen above Congressional blockades, passing 11 bills through the House with bipartisan support.

"We've been able to reach across the aisle and garner bipartisan support for legislation that is good for the 3rd Congressional District and Colorado," Tipton said.

As for not all of his bills making it through the process, "We are not the sole determinant of legislation," Tipton explained, placing blame on the Senate.

Tipton said he is seeking re-election so he can focus on jobs and the economy. Having grown up on the Western Slope, he believes the sprawling congressional district is seeing some of its worst struggles in years.

Tipton's solutions to solve a stagnant economy include expanding access to capital and reducing regulations — which includes protecting water rights — so that businesses can flourish.

"Businesses are at a loss with the avalanche of regulations that are coming down. It's hitting our small businesses, it's increasing their costs," Tipton said.

As for Schwartz, his Democratic opponent, Tipton said, "I never try to tear down anybody else to build myself up."

### Scott Tipton

**AGE:** 59
**RESIDENCE:** Cortez
**EDUCATION:** Fort Lewis College
**POLITICAL BACKGROUND:** Incumbent representative for the 3rd Congressional District; former state representative
**OCCUPATION:** Started Mesa Verde Indian Pottery in Cortez
**FAMILY:** Wife, Jean; two daughters; granddaughter
**TOP ISSUE:** Jobs and the economy
**RURAL COLORADO:** Holding the EPA accountable, reducing regulations
**ABORTION:** Opposes abortion except in cases of rape, incest and risk to the mother's life
**DEMOGRAPHICS:** Secure the border
**HEALTH CARE REFORM:** Increase competition to lower spiking premiums in rural Colorado
**MARIJUANA:** Protect Colorado's right to legalization
**GUN CONTROL:** Ardent supporter of Second Amendment
**GOLD KING MINE FALLOUT:** Hold EPA to water monitoring, pass Good Samaritan legislation
**IRAN:** Opposes nuclear deal and payments
**EDUCATION:** Offer greater local control and fewer nationalized standards

# Schwartz says she has skills to make a difference in D.C.

**Candidate looks to unseat three-term congressman**

BY PETER MARCUS
HERALD DENVER BUREAU

Democrat Gail Schwartz couldn't sit on the sideline this election.

In weighing her run to unseat Republican Scott Tipton in the 3rd Congressional District, Schwartz said she felt like the district deserved better representation. Her candidacy was announced in April, just over a week before the April 15 district assembly, where she garnered 70 percent of delegate votes.

Despite her late entry, the 67-year-old former state senator, who lives in Crested Butte, was able to knock out her Democratic opponent and force a third candidate to drop out of the primary race. It was a sign of Schwartz's recognition.

The Tipton camp was expecting a lackluster race in the sprawling district, which leans Republican but has been influenced by unaffiliated voters.

The dynamics changed with the emergence of Schwartz, who has since attacked Tipton for a lack of commitment to protecting public lands and being in the pockets of oil and gas lobbyists, accusations that the Republican vehemently denies.

"We really need to have a different conversation," Schwartz said. "People, including myself, are talking about how dysfunctional government is, and how broken Congress is."

On the other side, Tipton has hit Schwartz on coal, pointing to legislation she passed in the Legislature that mandated a renewable energy standard and required some Front Range coal-fired plants to burn natural gas.

Schwartz, however, says Tipton is full of the same tired talking points.

"We're just very different," she said. "He is in lockstep with the most conservative wing of his party, and I am one that has a record of standing up to my party, standing up to the governor, standing up for my constituents, and listening in a very moderate way."

In addition to public lands, Schwartz said she wants to focus on economic stagnancy in rural Colorado as compared to the booming Front Range, pointing to spiking health insurance rates and a need for immigration reform.

Broadband, she believes, is a major part of the conversation. She said access to broad band will help businesses in rural areas stay competitive in a global marketplace.

Schwartz wants to reform the temporary work visa program to help immigrants and industries that rely on their labor, while also creating a path to citizenship.

"When we have an underclass living in the shadows that are underpinning our hospitality industry, our construction industry, our agriculture industry, it is time to move on immigration," Schwartz said.

As for rising health insurance costs in rural Colorado, Schwartz suggests a public option to compete with private health insurance companies, as well as exploring options to control health care and prescription costs.

She also believes renewable energy can be a part of the solution for rural Colorado, pointing to the multi-billion dollar industry.

### Gail Schwartz

**AGE:** 67
**RESIDENCE:** Crested Butte
**EDUCATION:** Bachelor of Science, University of Colorado, Business
**POLITICAL BACKGROUND:** Former state senator; appointed to Colorado Commission on Higher Education, 1995; elected to CU Board of Regents representing the 3rd Congressional District, 2000; vice chairwoman for last two years of six-year term
**OCCUPATION:** Market analyst
**FAMILY:** Husband, Alan Schwartz; three daughters, two grandchildren
**TOP ISSUE:** Health care reform, public lands, immigration
**RURAL COLORADO:** Address stagnant economy, fix increasing health insurance costs; expand broadband development
**ABORTION:** Defends a woman's right to choose
**IMMIGRATION:** Supports a path to citizenship and reforming temporary work visa program
**HEALTH CARE REFORM:** Supports a public health insurance option
**MARIJUANA:** Supports recreational legalization and hemp expansion
**GUN CONTROL:** Supports expanded background checks

# Amendment favors ranchers, rafters

BY PETER MARCUS
JOURNAL DENVER BUREAU

State lawmakers this year referred a ballot question to voters that would eliminate property taxes for individuals or businesses that use government-owned property for a private benefit.

The effort would exempt a "possessory interest," which is created when an individual or business uses government-owned land or equipment for private purposes.

Examples include ranchers who lease land from the government for cattle grazing or a rafting company that leases public land.

The benefit that a business or individual obtains from using that land or equipment is not tax-exempt.

The ballot question reads: "Shall there be an amendment to the Colorado Constitution concerning an exemption from property taxation for a possessory interest in real property if the actual value of the interest is less than or equal to six thousand dollars or such amount adjusted for inflation?"

Beginning in tax year 2018, the ballot question would eliminate property taxes worth $6,000 or less in market value. In tax year 2019, it would also adjust the $6,000 exemption threshold to account for inflation.

The proposal would exempt approximately 5,100 of the 7,000 possessory interests in the state. In total, the interests pay about $125,000 in property taxes annually, or about $24 each on average.

# Amendment aims at slavery language

BY PETER MARCUS
HERALD DENVER BUREAU

State lawmakers this year referred a ballot question to voters that would eliminate archaic language in the state constitution that allows for slavery in some cases.

The question reads: "Shall there be an amendment to the Colorado Constitution concerning the removal of the exception to the prohibition of slavery and involuntary servitude when used as punishment for persons duly convicted of a crime?"

The Legislature unanimously referred the question to voters. It is Amendment T on the ballot.

While the 140-year-old language was never used, it carries symbolism, which proponents — many who are African American — say is not a Colorado value.

A "Yes" vote for the measure would strike the language, which allows for slavery as punishment for crimes.

A "No" vote would keep the language in the constitution.

No group has been established to oppose the measure.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will not receive any money if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**





Trayc Walker, Kelsey Casias, Anthony Garcia, volunteer Joseph Le and Adrian Walker



The Fairway at the Lakewood Heritage Center



Lakewood Heritage Center Museum's vintage 1919 Rumley Oil Pull Farm Tractor, driven by Jerry Pfannenstiel



Extra pressed apples will be used for livestock feed and compost.

Marking the beginning of the fall season, the annual 2016 Cider Days at Lakewood Heritage Center celebrated, Oct. 1-2, by pressing apples for cider and hosting a friendly tractor-pulling competition, attracting competitors and spectators from across Colorado. The weekend's events offered plenty of apple cider, including the harder variety for adults.

*Photos by Stefan Krusze*

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# cal candidates make pitch South Metro Chamber

**TER JONES**
DITOR

Colorado's business climate was a major top of discussion Oct. 6 when many of Arapahoe County's candidates for state and office made their way to ate meet-and-greet at the etro Denver Chamber in ial.

is what some of the canin *The Villager's* highaces said to the small business leaders.

## SENATE ICT 26

### Kagan, Democrat

is really important, o the business environt we can contribute to ment is providing good ation infrastructure, prood educational estab-. ... What we have got revenues without tax in1 this state, which if we lose revenues to get our ation infrastructure in to get our schools wellnd to get college more e—then without any in taxes whatsoever, if y that right, instead of nd tax cuts, we will all off.

### oty, Republican

all the regulations and requirements, the govs bleeding us to death. hy I'm running. There things that the govdoes well—the courts, ial security, our police. unning because I don't government to tell you soda drinks you should the kind of light bulbs ld have in your house, type of education you for your kids. ... I want ep your money because u know how to spend your money more than the government does.

## STATE SENATE DISTRICT 27

### Jack Tate, Republican

[A constituent I met] has one employee. He works out of his house. ... Eight years ago, he leveraged his house, so he took all the equity out of his house, took out about $100,000 in credit card debt. Since then, he's been trying to get all that paid off and make a living. ... His success today doesn't really account to some degree with what he risked. ... [The small businessman] is now having to manage reports and documents and whatnot that we as legislators now ask them to do for various benefits, some good, some speculative.

### Tom Sullivan, Democrat

My life changed drastically four years ago when my son Alex was murdered in the Aurora theater massacre. From that day forward, I made it a goal of mine to make sure no other Coloradans have to go through a day or a life that I have had to go through since then. I've been across the country speaking out. I've been to Washington, D.C. walking the halls of Congress, talking to congressmen and senators. ... I've been down at the state Capital testifying each of the last four years, first to pass some common-sense gun-violence prevention laws.

## STATE HOUSE DISTRICT 3

### Katy Brown, Republican

My priorities for Colorado include education. ... Obviously, a strong economy—as business owners and people in the business industry—is very important to me. What that means to me is strong infrastructure—transportation, water, sewer. It means an informed workforce and a skilled workforce, and it means affordable housing. ... I'm also concerned about keeping our communities safe. ... What I really mean when I talk about that is opioid addiction, marijuana regulation, elder abuse and protecting our citizens and our families in safe communities.

*Democrat Jeff Bridges did not attend.*

## STATE HOUSE DISTRICT 37

### Cole Wist, Republican incumbent

We are the boss. The government is the employee. We pay the taxes. The government has to spend those resources wisely. ... One of the bills that I was most proud of was the Workforce Development Bill, which talked about providing ways for our young people to develop meaningful skills.

### Carol Barrett, Democrat

I'm running because I want my kids and my grandkids to have a nice place to live that will make their lives a lot easier. ... What I want to bring to the capital is common-sense laws. ... Don't be an individual that thinks your way is the right way. Do things together.

## STATE HOUSE DISTRICT 38

### Susan Beckman, Republican

We have 500 pieces of legislation every year, even more than that. So the burden on school districts, small communities, counties and small businesses is significant. ... I want to focus in on transportation infrastructure. ... [The state] has a lot of people on

Continued on page 14

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area <u>on June 7, 1989 (one day after a famous FBI raid of the plant site)</u>. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will <u>not receive any money</u> if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



## ART

### ONE MAN SHOW
*Recycled beauty: Library hosts artist Columbo's* **The Waste Stream School**

… Continued from Page 1

"They're imaginary and derived from how a fish might look, but taking the artistic license to create my vision," he said. "There are 10 assemblages. I used parts from a ceiling fan, a set of false teeth, some bottle caps and other items I have found."

The show was intended to shine a spotlight on the important issue of recycling. Columbo works with the folks at Terra Firma Recycling on recycling efforts.

"Ideally, it brings attention to the recycling issue, using the imagination to create whimsical pieces of art, and draw people in to the possibilities of recycling in an alternative way. Hopefully, it brings out the need for recycling. That's my whole thing. I integrate art and recycling, and I have that interaction with Terra Firma. A lot of the materials came from them, from their waste stream.

"The whole school is one title, but there's one piece that stands out that has several fish in it that are created from trash and the title is 'Gulf Catch.' It has what appears to be oil but is actually paint on these fish. It makes a statement about what happened with the oil spill in the Gulf of Mexico. Hopefully it brings attention to recycling and that whole idea of the endeavor is designed to help raise consciousness."

Columbo also put a splashy paint job on one the cars running in this weekend's Second Annual Kiwanis Demolition Derby at the County Fairgrounds.

"This vehicle was already kind of crushed up, so I made a creature in the back of it with four eyes and tentacles, and in the front of it I did flames and put all of their sponsors names and their numbers, too, in an artistic fashion. That car will be driven by Clint Adams of J & K Delivery, one of our recycling partners. It's one of the few local entries in the derby."

Recycling bins can be kind of dull to look at, so the artist gave 10 of the bins colorful paint jobs as yet another way to bring prominence to the recycling issues he cares so much about. If a tall, lean figure is seen prowling through the local landfill, it might just be Rich Columbo out looking for more found objects that he can combine into creative pieces of art.

The Waste Stream Art Show can be seen on Saturday between the hours of 9 a.m. until 3 p.m.





*Photos by Steve Block / The Chronicle-News*

Artist Rich Columbo will have 10 aquatic-themed artworks created from found objects on display in his "The Waste Stream School" art show" on Saturday, October 1, at the Carnegie Public Library. Columbo holds one of the fishy artworks made from found objects that will be included in the display.



### EDWARD JONES FINANCIAL FOCUS
## Vote for Smart Investment Moves

The presidential election is little more than a month away. Like all elections, this one has generated considerable interest, and, as a citizen, you may well be following it closely. But as an investor, how much should you be concerned about the outcome?

Probably not as much as you might think. Historically, the financial markets have done well – and done poorly – under both Democratic and Republican administrations. Also, many factors affecting investment performance have little or nothing to do with the occupant of the White House. Consequently, no one can claim, with any certainty, that one candidate is going to be "better for the markets" than another one.

Still, this isn't to say that any given presidential administration will have no effect at all on investors. For example, a president could propose changes to the laws governing investments, and if Congress passes those laws, investors could be affected.

But in looking at the broader picture, there's not much evidence that a particular president is going to affect the overall return of your investment portfolio. As mentioned above, many factors – corporate earnings, interest rates, foreign affairs, even natural disasters – can and will influence the financial markets. But in evaluating a president's potential effect on your investments, you also need to consider something else: Our political system does not readily accommodate radical restructuring of any kind. So it's difficult for any president to implement huge policy shifts – and that's actually good for the financial markets, which, by their nature, dislike uncertainty, chaos and big changes.

The bottom line? From your viewpoint as an investor, don't worry too much about what happens in November. Instead, follow these investment strategies:

• Stay invested. If you stop investing when the market is down in an effort to cut your losses, you may miss the opportunity to participate in the next rally – and the early stages of a rally are typically when the biggest gains occur.

• Diversify. By spreading your dollars among an array of investments, such as stocks, bonds and other investments, you can help reduce the possibility of your portfolio taking a big hit if a market downturn primarily affected just one type of financial asset. Keep in mind though, that diversification can't guarantee profits or protect against all losses.

• Stay within your risk tolerance. Investing always involves risk, but you'll probably be more successful (and less stressed out) if you don't stray beyond your individual risk tolerance. At the same time, if you invest too conservatively, you might not achieve the growth potential you need to reach your goals. So you will need to strike an appropriate balance.

• Forget about chasing "hot" stocks. Many so-called "experts" encourage people to invest in today's "hot" stocks. But by the time you hear about them, these stocks – if they were ever "hot" to begin with – have probably already cooled off. More importantly, they might not have been suitable for your needs, anyway. In any case, there's really no "short cut" to investment success.

Elections – and even presidents – come and go. But when you "vote" for solid investment moves, you can help yourself make progress toward your financial goals.

*This article was written by Edward Jones for use by your local Edward Jones Financial Advisor.*



**Lori M. Hoffman**
Financial Advisor
134 W. Main St. Suite 31
Trinidad, CO 81082
719-846-6301

www.edwardjones.com
Member SIPC

**Edward Jones**
MAKING SENSE OF INVESTING

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

# SPORTS



*Photos by Breelyn Craig / TSJC*

The Lady Trojans Softball team (above) after winning both their All Pink games this past Sunday, October 2, against Lamar Community College. The ladies managed to raise $400 for the Breast Cancer Awareness Foundation. Alex Medina (below right) congratulates Amber Baca (left) on her homerun in the win against Lamar CC.



## BRONCOS
# Kubiak plans to go with Siemian as long as he's healthy

**ARNIE STAPLETON**
*AP Pro Football Writer*

ENGLEWOOD, Colo. (AP) — Gary Kubiak always had a definitive answer last season when he gathered his players every Monday to let them know whether Peyton Manning or Brock Osweiler would start that week.

He tried to exude the same certainty a day after Trevor Siemian suffered a sprained left shoulder and rookie Paxton Lynch closed out Denver's 27-7 rout of Tampa Bay with an impressive NFL debut.

"Trevor is our starting quarterback," Kubiak said, "and hopefully he is going to be OK. I'm really proud of Paxton and how he



Denver Broncos quarterback Trevor Siemian (13) looks to pass during an NFL football game against the Tampa Bay Buccaneers Sunday, Oct. 2, 2016, in Tampa, Fla. (AP Photo/Jason Behnken)

came in and played yesterday."

A week after becoming the first player in league history with 300 passing yards, four TD passes and zero interceptions in his first career road start, Siemian was off to another solid start Sunday. But he was sacked by Bucs defensive tackle Clinton McDonald, who slung the Broncos quarterback to the turf on his left shoulder for an 8-yard loss late in the second quarter.

Siemian left the field on his own following his third sack and later received a ride to the locker room on a cart. He donned a baseball cap after halftime, finishing 5 for 7 for 68 yards, including an 11-yard TD pass to Demaryius Thomas on Denver's first offensive play.

Lynch completed 14 of 24 passes for 170 yards and a TD to Emmanuel Sanders and engineered a 16-play scoring drive coming out of the break that chewed up more than half of the third quarter.

Impressive as Lynch was in relief, Siemian, the 250th overall draft pick in 2015, has now outdueled three overall No. 1 picks in his first month as a starter: Cam Newton, Andrew Luck and Jameis Winston.

Kubiak said Siemian was day to day with a sprained left shoulder, and the quarterback appeared to be in his usual high spirits as he zipped through the locker room Monday without stopping to take questions.

"Obviously, it's his non-throwing shoulder, so it's about getting him to where he feels like he can go through the motion again," Kubiak said, noting it would be a matter both of pain tolerance and mechanics. "Throwing the ball is not going to be a problem, it's how does it feel when he moves his whole trunk. We'll have to see."

Kubiak said he won't make a definitive decision on his starter until week's end but noted the cerebral Siemian could miss much of the week's practice and still get the starting nod Sunday.

If Siemian is a no-go, however, Lynch, the 26th overall pick out of Memphis in the NFL draft this spring, would make his first start when the Broncos (4-0) host the Atlanta Falcons (3-1) in the biggest showdown of the young NFL season.

Kubiak deftly handled his quarterback quandary with two veterans last season as he guided the Broncos to the Super Bowl title and now he faces a similar task with a pair of novices.

While Kubiak's three-way QB competition between Siemian, Lynch and veteran Mark Sanchez during training camp raised lots of eyebrows, the setup is paying off.

"We saw it work yesterday with Paxton," wide receiver Bennie Fowler said. "He comes in, we don't miss a beat."

After losing Manning to retirement and Osweiler to free agency, Kubiak had no qualms about going with Siemian and Lynch even though neither had ever thrown a pass in an NFL game. So, the Broncos released Sanchez and signed journeyman Austin Davis as the third QB.

Kubiak sees his pair of young QBs not as a liability but as an embarrassment of riches.

"We're probably going to need them both. It's just kind of the nature of the business nowadays," Kubiak said. "Here we are, four weeks into the season, and we've used them both to get to where we're at. It's exciting to watch both of them grow and both of them prepare each week. I think they both have bright futures. That's great for our organization."

## TRINIDAD STATE
# Lady Trojans play All Pink games for Breast Cancer Awareness, come out on top over Lamar CC

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

Fixtures: All materials, supplies, equipment, systems, apparatus, and other items now owned or hereafter acquired by Grantor and now or hereafter attached to, installed in, or used in connection with (temporarily or permanently) any of the Improvements or the Land, which are now owned or hereafter acquired by Grantor and are now or hereafter attached to the Land or the Improvements, and including but not limited to any and all partitions, dynamos, window screens and shades, draperies, rugs and other floor coverings, awnings, motors, engines, boilers, furnaces, pipes, cleaning, call and sprinkler systems, fire extinguishing apparatus and equipment, water tanks, swimming pools, heating, ventilating, refrigeration, plumbing, laundry, lighting, generating, cleaning, waste disposal, transportation (of people or things, including but not limited to, stairways, elevators, escalators, and conveyors), incinerating, air conditioning and air cooling equipment and systems, gas and electric machinery, appurtenances and equipment, disposals, dishwashers, refrigerators and ranges, recreational equipment and facilities of all kinds, and lighting, traffic control, waste disposal, raw and potable water, gas, electrical, storm and sanitary sewer, telephone and cable television facilities, and all other utilities whether or not situated in easements, together with all accessions, appurtenances, replacements, betterments, and substitutions for any of the foregoing and the proceeds thereof.
Improvements: Any and all buildings, covered garages, air conditioning towers, open parking areas, structures and other improvements of any kind or nature, and any and all additions, alterations, betterments or appurtenances thereto, now or at any time hereafter situated, placed or constructed upon the Land or any part thereof.
Personalty: All of the right, title, and interest of Grantor in and to (i) furniture, furnishings, equipment, machinery,

EXHIBIT "A"
DESCRIPTION OF THE PROPERTY
PARCEL A:
HOTEL TRACT, "PHASE 3" COUGAR CANYON ADDITION TO THE CITY OF TRINIDAD, COUNTY OF LAS ANIMAS, STATE OF COLORADO, AS SHOWN ON THE PLAT RECORDED JUNE 20, 2007 IN BOOK 1068 AT PAGE 1400 OF THE LAS ANIMAS COUNTY RECORDS, COUNTY OF LAS ANIMAS, STATE OF COLORADO.

PARCEL B:
GOLF COURSE TRACT, COUGAR CANYON ADDITION SUBDIVISION, A REPLAT OF GOLF COURSE AND LOT 1, COUGAR CANYON ADDITION TO THE CITY OF TRINIDAD, COUNTY OF LAS ANIMAS, STATE OF COLORADO, ACCORDING TO THE PLAT RECORDED APRIL 3, 2007 IN BOOK 1066 AT PAGE 1296 OF THE LAS ANIMAS COUNTY RECORDS, COUNTY OF LAS ANIMAS, STATE OF COLORADO

AND

PARCEL C:
THOSE EASEMENT RIGHTS CREATED BY INSTRUMENT RECORDED NOVEMBER 26, 2007 IN BOOK 1073 AT PAGE 244 OF THE LAS ANIMAS COUNTY RECORDS, COUNTY OF LAS ANIMAS, STATE OF COLORADO.

Published: September 7, 14, 21, 28, October 5, 2016         63699

## What is Domestic Violence?

Domestic or family violence can be defined as a pattern of behavior in any relationship that is used to gain or maintain power and control over an intimate partner.

If you are a victim of domestic violence or sexual assault, *THERE IS HELP*.

**Advocates Against Domestic Assault** can help by offering:

- Crisis Intervention
- Referrals
- Support Group for women and children
- Community Education
- Domestic Violence Counseling
- Sexual Assault Advocacy
- Legal Advocacy/Help with restraining orders
- Confidential Services
- TTY Available
- Emergency Shelter
- Transitional Housing
- 24-hour Crisis Line
- Accessible to persons with disabilities

Everyone has a right to be safe from threats and violence! YOU must take the first step. We are here to help.
Advocates Against Domestic Assault Crisis Line 719-846-6665
Serving Trinidad, Walsenburg and surrounding communities
For emergencies call 911



Screening Day to help families support the bodies and brains of young children!

**What exactly is a Screening Day?**
- A Screening Day is an opportunity for children to test their skills in vision, hearing, behavior, language, and movement to see if they could benefit from extra support and are on track for kindergarten success. Children do activities while parents answer simple questions.
- Professionals will be available to answer questions about children's behavior, language, and movement.
- Dental education and lead screening kits also available for free!

**What is the benefit of attending Screening Day?**
- Families will have a better understanding of their child's development as well as resources to support their child's success.
- Even if you've come before, learn about new resources in your community and make sure your child's development is still on track.

A parent or guardian must be present for children to complete the screenings. If a parent or guardian is unable to attend please call (719) 846-0463 for more information.

**Who can attend?**
- Screening is provided for children birth through age 5 (with a parent or guardian).
- Children should be screened 3 times by age 3!
- If you have other children FREE childcare is available.

**When and where is this taking place?**
Friday, September 23
SCCOG Early Learning Center (1225 Rosita Ave), Trinidad from 10 a.m to 2 p.m

Saturday, September 24
Peakview Elementary School (375 W Pine St), Walsenburg from 10 a.m to 2 p.m.

Cost: FREE

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

# SPORTS

## TSJC SPORTS

It's playoff time for Trinidad State athletics. Volleyball continues Region IX play this Saturday, men's soccer is wrapping up the regular season this weekend and women's soccer has a pair of games with playoff seeding on the line. Meanwhile, as those sports draw near the end of their seasons, the Trojan women's basketball team is getting started with a scrimmage at 12:30 p.m. Friday (today) at Trinidad High against Northern New Mexico.

*Here's a preview of the action this weekend:*

### Volleyball



TSJC travels to Lamar for a Region IX match with the Lopes on Saturday afternoon. Pictured: Nicole Carr.

*Photo by Mike Salbato*

### Men's Soccer



Trinidad will wrap up regular season play this weekend with games against Northwest and Sheridan on Friday and Saturday. Kick-off is set for 3 p.m. each day. Pictured: Ato Williams.

*Photo by Mike Salbato*

### Women's Soccer



The Lady Trojans have a pair of crucial games against Northwest and Sheridan this weekend with playoff seeding on the line. Kickoff is set for 1 p.m. each day. Pictured: Alejandra Mendez.

*Photo by Mike Salbato*

### Softball

 

The Trojans scrimmage in Colorado Springs against UCCS and in Las Vegas against UNMH this weekend. Pictured: Breelyn Craig.

*Photo by Mike Salbato*



*Photos by Kim Pelham / The Chronicle-News*

### Wildcats earn homecoming victory, 45-31



Aguilar played the Mountain Valley Indians in their Homecoming tilt on Sept. 30. The Wildcats would earn their first victory of the season winning 45-31. Above, Wildcat Averion Ortivez (No. 5) runs the ball down the field. He would rush for 30 yards on the day, but was a perfect 3-for-3 passing with two touchdowns, one a 40-yard bomb. At left, Aguilar Wildcat Anthony Booth (No. 49) catches a pass. He would end the day with 70 receiving yards, 37 rushing yards and two touchdowns.

---



The Elvira Martin Diabetic Committee would like to give a special **THANK YOU** to San Isabel Electric, Wilklow & Associates, Mt Carmel Health and Wellness Center, Las Animas-Huerfano County Health Department, Trinidad Tourism Board, State Farm, Pioneer Natural Resources, J & J Motors, Trinidad's Higher Calling U, Trinidad School District #1, Bob & Earl's Café, Sears, Farmers Insurance, Sunshine Donuts, Rightway Disposal, Curves, Scissors Edge, Wendy's, Bealls, Lincare, Digicare, The Trails End, Sonic, The Sub Shop, Lee's Barbeque, Mountain Creek Home Health, H.U.L.A Early Childhood Council, TSJC Cosmetology, Power Credit Union, Shirley Compton(Mary Kay), Bob & Earls, Griego Insurance, and Mount San Rafael Hospital for all of your generous donations to the Elvira Martin Diabetes Scholarship.

We would also like to thank the teams that participated in the walk; Cool Chicks, LAHCDHD (Las Animas-Huerfano Counties District Health Department), Griego Insurance, Team Romero, Curves, Technocrats and Ho Lotta Lovin with Mount San Rafael Hospital, The Sugar Squad, Vera's Stompers (The Martin Family), Team Averie (Hometown Pharmacy) and also all individual participants.

Generous gifts from donors like you provide the financial and moral support needed to continue our mission.

### The Benefits of Diabetes Education:

Diabetes education pays off. But fewer than 60 percent of people with diabetes have had any formal diabetes education. Research shows people who have received diabetes education are more likely to:

• Use primary care and preventive services •
• Take medications as prescribed •
• Control their blood glucose, blood pressure and cholesterol levels •
• Have lower health costs •

Carol a participant and recipient of funds for The Diabetes Prevention Program stated "I would not have stuck with it if it wasn't for the classes." She has experienced weight loss, improvement in her diet and an increase in her activity.

For more information on Diabetes Education contact Yvonne Romero CDE, RN at 719-845-3117 or if you would like to donate please contact Danielle Armijo at the Las Animas Huerfano Counties District Health Department at 719-846-2213.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**