

# AWESOME
# Eisbar Knit Beanies

SUPER COMFY, SUPER WARM,
NO ITCH!

## FALL SPECIAL

Retail $75.00   **$29.00**

**Available at the Vail Daily Building!**
Monday - Friday 8:30 - 4:30 | I-70, Exit 169, 40780 U.S. Highway 6, EagleVail

---

**20% OFF ALL WINE BOTTLES** — SUMMER WINE SPECIALS

# TWO NEW $20 DINNER ENTREES

TONIGHT WE ARE PROUD TO ANNOUNCE TWO NEW
PASTA DINNERS AT NORTHSIDE KITCHEN PRICED AT $20.

**SHRIMP SCAMPI**
With Angel Hair Pasta
(Enjoy five large shrimp and Chef Bates'
famous scampi recipe)

**CHICKEN ALFREDO**
With Linguini
(It's delicious and make with all-natural,
cage free chicken breasts)

As usual, we will be serving our delicious, hearty portions to make sure
no one leaves hungry!

AND DON'T FORGET, WE STILL HAVE THE
BEST FULL-SERVICE DINNER VALUE IN COLORADO
ACCORDING TO OPENTABLE REVIEWERS...



## 3-Course Dinner

**APPETIZER**
Choose Tuna Tartare, Filet Mignon Egg Roll, or Caesar Salad.

**ENTREE**
Choose from Double-Cut Bone-In Pork Chop, Fresh Salmon,
Fresh Angus Filet Mignon, Fresh Organic Chicken, Chicken Fried
Filet Mignon, Fresh Angus Prime Rib, Fresh Rocky Mountain Trout,
Artichoke Vegetarian Extravaganza, or Fresh Homemade
Meatballs and Spaghetti. Choose our large-cut Prime Rib or
Filet Mignon, Braised Lamb Shank or Homemade Lobster Ravioli
for an additional $5.

**DESSERT**
Your choice of our homemade dessert of the day
or our all-natural homemade ice cream.

# $34.95

We serve dinner until
10pm every night

**NorthSide Kitchen**

We're here to feed you,
not to tease you.

Reservations: 949-1423 | On the north side of I-70 in north Avon

# Parenting program Thursday

### Free session also includes dinner, child care

**Daily staff report**
newsroom@vaildaily.com

EDWARDS — Parenting is one of the hardest jobs — and it's unpaid. Every time a parent thinks they have it figured out, their child(ren) enter a new phase which leaves parents scratching their heads.

Coalition executive director Michelle Stecher said there are two programs this year to help parents. Eat Chat Parent is a free, bilingual opportunity taking place once a month this school year. Active Parenting is a paid program underway at Battle Mountain High School.

The free Eat Chat Parent programs offer childcare, dinner and live Spanish interpretation.

ECO TV, the Eagle County Community Television station, will broadcast these sessions, which will enable an expanded reach beyond parents able to attend in person.

The first Eat Chat Parent panel kicks off Thursday and includes more than 75 years of experience working with youth: Catherine Jarnot, principal of Eagle Valley Middle School; Bob Bandoni, executive director of Shoulder to Shoulder; and Elizabeth Cooney, a fourth- and fifth-grade teacher at Edwards Elementary School.

Visit www.eagleyouth.org to learn more about parenting programs. To sign up for Active Parenting for Teens in Spanish or to RSVP for an Eat Chat Parent session, contact Carol Johnson, cjohnson@eagleyouth.org or 970-949-9250.

Eagle River Youth Coalition programs are sponsored by: Active Parenting: Town of Avon, town of Gypsum, town of Eagle, Vail Valley Cares, Colorado's Office of Behavioral Health and SAMHSA.

Eat Chat Parent: YouthPower365, town of Avon, Vail Valley Cares, Homestake Peak and Eagle Valley Middle Schools, town of Gypsum, Eagle County ECO TV, Colorado's Office of Behavioral Health and SAMHSA.

### IF YOU GO ...
**What:** Eat, Chat, Parent.
**When:** Thursday, 5:30 to 7:30 p.m.
**Where:** Eagle Valley Middle School.
**Cost:** Free admission, dinner and child care.
**More information:** Email jpeck@eagleyouth.org.

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Protecting land protects rivers

*Jessica Foulis*
*Land Trust*

The Eagle and Colorado rivers are the heart of our community — they run through each community, connecting us together. We depend on the Eagle River, the Colorado River and their tributaries for clean drinking water and for the tourism that drives our economy. The Eagle River, Colorado River and their tributaries contribute to the scenic beauty and the habitat for wildlife that lives here or migrates through on its way to other places.

Eagle County is a wonderful place to live. We have abundant natural beauty and bountiful natural resources and we are lucky to have a community that cares deeply about preserving this natural heritage.

Gore Creek has been listed by Colorado Department of Public Health and Environment as an impaired stream. The factors impacting Gore Creek are limited land and urban runoff. According to Holly Loff, with the Eagle River Watershed Council, "We think it's only a matter of time before the entire watershed is dealing with these same issues." The Eagle River Watershed Council and town of Vail have teamed up on an intense Restore the Gore project to return Gore Creek to its gold medal status.

Intact natural systems provide many services to humans, including clean water and air as well as food. If we protect these natural systems and allow them to function, then they will provide us with the necessities for life. Natural systems are resilient, meaning they can bounce back from disturbances. In fact, in the mid-1980s, high levels of heavy metals from the Eagle Mine south of Minturn prompted the Environmental Protection Agency to declare the zone a superfund site — an area requiring emergency cleanup of hazardous substances. This resulted in a very successful cleanup effort, restoring the river to a healthy fishery.

Both the Restore the Gore and the superfund cleanup efforts were costly and time consuming. We have an opportunity to learn from past events and protect our Eagle River. Now is the time to focus on preserving and protecting our rivers. One of the best ways to protect rivers is to preserve the land around them.

### ESSENTIAL BUFFER ZONES

Preserving riverside land is one way to protect riparian buffer zones. Riparian buffer zones are areas of native plants, such as willows and cottonwood, along rivers that work to protect the river bank and filter out pollutants before the reach the river. These buffer zones also provide important wildlife habitat and are the main line of defense for rivers. Ideally, riparian buffer zones are between 20 and 100 feet wide.

Although 80 percent of Eagle County is public land, the land along the valley floors is critical for humans and the ecosystems on which we depend and is vulnerable to development. There is much competition for the flat, accessible land along the valley floor. The valley floor was the first place to be settled by people as they began to migrate here. As urban uses in the valley floor continue to intensify, impacts on our watershed are compounded. Fertilizers, pesticides, oil and gas from vehicles and pet waste contribute to the degradation of our rivers. Protecting riparian buffer zones allows the pollutants to be filtered out naturally before they reach the river. We can balance our community needs with the needs of our natural systems by strategically protecting important places, such as riverside lands.

### BALANCING NEEDS

As the population of Eagle County continues to grow, we need to be mindful of the balance between development and conservation. It's important to protect the resources we value while welcoming newcomers. Those lifestyle values include clean air and water, recreation opportunities, scenic views and open space, local food options and abundant wildlife. Eagle Valley Land Trust is working with our partners throughout Eagle County to protect the important places, especially the sensitive habitat along our rivers and streams.

Eagle Valley Land Trust works with local partners to secure conservation easements on high value lands throughout Eagle County. A conservation easement is a legal agreement to protect land forever in order to preserve open space, wildlife habitat, scenic vistas, agriculture and historical values. Eagle Valley Land Trust holds conservation easements on several important riverside parcels, including Miller Ranch Open Space, Duck Pond Open Space and Eagle River Preserve. With your help, the Land Trust will be able to preserve more land adjacent to rivers, stream and creeks to create and maintain healthy waterways for the future.

*Jessica Foulis is the stewardship manager at Eagle Valley Land Trust. She works closely with landowners who have conservation easements to protect the important conservation value on their properties.*



**AWESOME Eisbar Knit Beanies**
Super comfy, super warm, No itch!

Retail $75.00
~~$75.00~~
SUMMER SPECIAL
$29.00

**Available at the Vail Daily Building!**
Monday - Friday 8:30 - 4:30
I-70, Exit 169, 40780 U.S. Highway 6, EagleVail

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



**September's Special**

Raspberry Body Wrap
Back, Neck and Shoulder Massage
Private Natural Mineral Bath
Pass to our Historic Vapor Caves
*It's a Day at the Spa* for $125.00

Complete Aveda Salon
Manicure, Pedicure,
Facials, Waxing and more
Open 7 days a week!

**Yampah Spa**
THE HOT SPRINGS VAPOR CAVES
709 E. Sixth St. Glenwood Springs, CO 81601

For Information & Reservations call 970-945-0667 • yampahspa.com
Spa Open 9-9 Salon Open 9-7 • One Block East of the Hot Springs Pool



**vail daily WEEKLY**
Your Weekender for the entire week!
Look for it EVERYWHERE!

**Mountain Massage**
Open 7 days 10am-9pm
**$50** 1 Hour (60 mins) Foot Special
Includes head, arms, foot & back massage
*limited time offer
$65 1 hour Full Body Massage
Call 970-949-7749 for appointment
Out Call, Walk-ins Welcome
240 Chapel Place, Unit B-111 Avon, CO 81620
(East of the Sports Authority Avon)
Restore, Relax, Refresh



You don't need to
# FEAR
THE DENTIST

If the word "dentist" sends shivers down your spine, you can finally relax, Dr. David Maloley offers oral sedation, a safe and effective way to completely relax during dental treatment.

Your health is continually monitored while you are under the effects of oral sedation and you are never left alone. Your dental treatment is completed quickly and you will awaken refreshed and with little memory of the procedure.

Call today for your FREE, no obligation consultation.
**970-279-4408**
www.vailvalleysedation.com
**Vail Valley DENTAL CARE**



# BUSINESS

## Considering protection orders

Something I encounter all too often in my practice is protection orders.

A protection order—or restraining order—sounds like precisely what it is. It is an order issued by the court to protect one person from another. Or, considered inversely, it is an order of the court restraining a party from contact with another. Commonly — but not always — protection orders crop up in either one of two venues; in criminal proceedings or family and domestic settings.

In the civil setting (that is, in non-criminal proceedings), the standard for obtaining a protection order is that the party seeking the order must attest that he or she is in "reasonable apprehension of imminent physical or emotional harm" at the hands


**Rohn K. Robbins**
*Vail Law*

VAIL LAW, A13

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

**NORTHSIDE KITCHEN DINNERS WERE RECENTLY RATED**

# NUMBER 1
**BY OPEN TABLE REVIEWERS**
FOR THE ENTIRE STATE OF COLORADO FOR VALUE.

To celebrate, we are offering
ALL ENTREES* FOR ONLY
# $20.95

WE ARE SERVING THE SAME MENU THAT WON THIS RATING WHICH INCLUDES

6-ounce Fresh Certified Angus Filet Mignon
Fresh Rocky Mountain Trout
Fresh Salmon
Fresh Organic Mary's Chicken
Double-Cut Bone-In Pork Chop
10-ounce Fresh Certified Angus Prime Rib
Fresh Filet Mignon Chicken Fried Steak (Certified Angus)
Shrimp Scampi with Angel Hair Pasta
Fresh Organic Chicken Alfredo
Fresh Certified Angus Filet Mignon Alfredo

*All entrees served with fresh vegetables and starch.*

***FOR AN ADDITIONAL $5 WE ALSO OFFER OUR**

Lobster Ravioli
Braised Lamb Shank
10 Ounce Fresh Certified Angus Filet Mignon
14 Ounce Fresh Certified Angus Prime Rib

WE ARE NOW OFFERING OUR DELICIOUS
3-COURSE DINNER MENU FOR
# $29.95

**ALL WINE BOTTLES ARE 20% OFF**

Serving dinner nightly until 9 p.m. during the fall.


**North Side Kitchen**

We're here to feed you, not to tease you.

Reservations: 949-1423 | On the north side of I-70 in north Avon

### Northside Kitchen Dinners Were Recently Rated
# Number 1
### By OpenTable Reviewers

We are now offering our delicious
**3-COURSE DINNER MENU FOR**
## $29.95

**APPETIZERS**
CHOOSE FROM
Ahi Tuna Tartare
Filet Mignon Egg Roll
Caesar Salad

**FOR AN ADDITIONAL $5 WE ALSO OFFER OUR**
Lobster Ravioli
Braised Lamb Shank
10 Ounce Fresh Certified Angus Filet Mignon
14 Ounce Fresh Certified Angus Prime Rib

**ENTRÉES**
6-ounce Fresh Certified Angus Filet Mignon
Fresh Rocky Mountain Trout
Fresh Salmon
Fresh Organic Mary's Chicken
Double-Cut Bone-In Pork Chop
10-ounce Fresh Certified Angus Prime Rib
Fresh Filet Mignon Chicken Fried Steak (Certified Angus)
Shrimp Scampi with Angel Hair Pasta
Fresh Organic Chicken Alfredo
Fresh Certified Angus Filet Mignon Alfredo
All entrees served with fresh vegetables and starch.

**DESSERTS**
Three choices nightly.

FOR A LIMITED TIME WE ARE OFFERING THE ABOVE ENTREES FOR ONLY
## $20.95
Items above left also available as entrees for $25.95
**ALL WINE BOTTLES ARE 20% OFF**
Serving dinner nightly until 9 p.m. during the fall.

**NorthSide Kitchen**

Reservations: 949-1423 | On the north side of I-70 in north Avon

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

---

## TOWN TALK

### ENJOYING A DAY AT THE PARK



**Homestake Peak School kindergartens enjoy their Crew Day at Pavilion Park in Eagle-Vail.**

### SEE 'PETER PAN, THE BALLET'



**Vail Youth Ballet Company dancers are hard at work rehearsing six days a week for "Peter Pan, The Ballet", which will take place on Friday, Dec. 9, and Saturday, Dec. 10, at the Vilar Performing Arts Center. Grace Anderson will star in the show as Mrs. Darling and a pirate wench. Ava Lypps will play a pirate, an Indian and a fairy. Katie Deck is a lost boy. Remmington Olle is a fairy soloist, a pirate and a Indian maiden. Under the artistic direction of Anne Powell, a cast of 80 students from Vail Valley Academy of Dance will bring this beloved children's classic to the stage. Vail Friends of the Dance is solely responsible for funding and producing this ballet debut for our community. Tickets go on sale on Nov. 8 at www.vilarpac.org or call 970-845-8497.**

### VAIL VALLEY REUNION



**Vail Valley reunion in San Diego with Matt and Marie Owsley. Great to see you guys.**



Commissioner Nancy Doty.
*Photos by Peter Jones*

LEFT: A new built-in bike-repair station.

BELOW: The new playground.

# Littleton and partners rededicate Reynolds Landing

*Park along bike path gets significant revamp*

**BY PETER JONES**
NEWS EDITOR

In reaccepting the honor of having a park area named for him, former Littleton Mayor Dennis Reynolds paid tribute to another open-space booster whose name has become well known to walkers, joggers or bicyclists who frequent the trail system adjacent South Platte River.

"I remember, as a few of you will, Mary Carter coming to City Council every year pounding on the podium wanting more money to do another stretch of the trail—and she got that done," Reynolds told a group of local government leaders and citizens on Sept. 15 during a rededication for Reynolds Landing, a 7-year-old park area that now bridges the Mary Carter Greenway Trail to the expansive Breckenridge Brewery and restaurant.

Reynolds, a longtime civic activist who also served board stints with South Suburban Parks and Recreation and Urban Drainage and Flood Control District, was back on the Landing, along with members of all three partnering government organizations, to celebrate recent improvements that have turned this 10-acre park into a flagship stop along the lengthy trail.

Arapahoe County Open Space Fund contributed $1.6 million to the project.

Highlighted renovations include new landscaping, a large ADA-compliant picnic shelter, a nature-themed playground, an expanded parking lot, a built-in bike-repair station and full-fledged heated/air-conditioned restrooms that have replaced the previous outhouses.

"I think we can all agree this is going to be a wonderful addition to the South Platte Park-Mary Carter Greenway complex," Mayor Bruce Beckman told the group.

Reynolds echoed the sentiment.

"I'm so glad we're keeping up with the vision that was created some time ago and enhancing that," he said. "… Parks are very important to the life of the community and I think Littleton has demonstrated that. I think there are a lot of people in different parts of the metro area who really look to Littleton as a leader."

The former mayor, who had been a passionate advocate for open space, thanked the community again for honoring his contributions.

"But as I said when this park was dedicated in '09, this is the people's park. The money came from their pockets," he added.

John Ostermiller, South Suburban's board chair, took the opportunity to playfully rib Reynolds about the namesake park.

"In case you haven't noticed, South Suburban likes to name parks after those who are still very much living," he said before turning to the former mayor with a smile. "Dennis, if you don't keep your nose clean, your name's coming down."

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will <u>not receive any money</u> if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

September 29, 2016 • THE VILLAGER | PAGE 25

INSET: Harvey Guerra

Photo by Tom Barry

# Three-time DUI offender plows into three parked cars

*Perilous curve has history of accidents*

**BY TOM BARRY**
STAFF WRITER

Just before noon on Sept. 21, the driver of a Cadillac Escalade turned from South Holly Street onto the 5900 block of East Iliff Avenue, heading eastbound, exceeding the 15 mph speed limit for the dicey curve.

Harvey Ascension Guerra, 28, then plowed into three parked vehicles, causing a chain-reaction impact that generated significant damage. Fortunately, none of the parked vehicles were occupied.

"I was just getting my baby out of the car when I heard the brakes screech, and all of a sudden you hear the big thump of the cars," said Kiana Schaffer, 21, a nearby resident who took a photo of the suspect from a distance. "He just seemed so out of it, like he was really impaired."

Michelle Segan, 29, said, "He was driving crazy on Holly. He cut me off two times … five to 10 seconds later, then he slammed into the car[s]. He was probably going 30-35, maybe faster. I really don't know."

According to a witness, the suspect sat in his car for a couple of moments before walking away from the scene barefoot. Guerra then wondered into Jasmine condominiums across the street.

A delivery driver from Apria Healthcare followed the suspect on foot as Guerra meandered around. Two Denver police vehicles quickly responded and apprehended the suspect, who was taken to Denver Health.

Guerra faces four charges, including two felonies related to driving under the influence. He had three prior DUI convictions, said Doug Schepman, a police spokesman. He was also charged with leaving the scene of an accident without providing proper information. The hit-and-run suspect was driving with a suspended license.

Lynn Kimbrough, a spokeswoman with the Denver District Attorney's Office said Guerra was released from custody on a $5,000 bond and was scheduled to appear in court this week.

Guerra has previously been convicted on DUI-related charges in Thornton, Brighton and Denver. A fourth charge of DUI, becomes a felony and punishable by two to six years in prison.

This stretch of road has had a history of accidents from people speeding around the perilous curve. Workers from nearby businesses say numerous parked cars have been struck by hit-and-run drivers.



### SERVICES

Handyman who can do it all right the first time. Local repairman. Call Doug at 303-756-5655. (tfn)

Fall Yard Cleanup. Cut back flowers, prepare for winter. Good long-time local references. 720-404-8032. (tfn)

**SYNC2 media**
Colorado Statewide Classified Advertising Network

**HELP WANTED - SALES**

EARN $500 A DAY:
Lincoln Heritage Life Insurance Wants Insurance Agents • Leads, No Cold Calls
• Commissions Paid Daily • Agency Training • Life License Required.
Call 1-888-713-6020

**SYNC2 MEDIA**

Buy a 25-word statewide classified line ad in newspapers across the state of Colorado for just ~~$350~~ $275 per week. Ask about our Frequency Discounts. Contact this newspaper or 303-773-8313 ext 301.



**DOING WHAT WE SAY SINCE 1935.**
**SEE FOR YOURSELF.**

**SIGN-ON BONUSES — UP TO $7,500 — AVAILABLE IN YOUR AREA!**

Opportunities available in these divisions
**DEDICATED | VAN DEDICATED**
*Team and Solo | Regional*
*ASK ABOUT OUR CDL TRAINING PROGRAM!*

**COMPANY DRIVER BENEFITS**
$6,000 tuition reimbursement | Paid orientation and ongoing training
Medical, dental and vision insurance and 401(k) plan

**SCHNEIDER**  schneiderjobs.com
800-44-PRIDE

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed, in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Pow Wow to take place this weekend

**Staff report**

The second annual Healing Hoop Pow Wow is set for 11 a.m. on Sept. 24-25 at 10960 Fox Run Parkway in Northglenn.

The outdoor event is rain or shine and will include contest dancing and drum circles. There will also be gourd dancing and free raffle drawings every hour. Lakota Way Healing Center will serve as vendor at the event.

All proceeds will fund veteran and integration programs, suicide prevention, Native American homeless programs, youth education and addiction prevention programs at Lakota Way Healing Center.

For more information, contact Doug Good Feather at 720-276-7558 or Scott Gloyd at 720-841-1703.







### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

### 1-844-528-0187
### www.RockyFlatsSettlement.com

## NORTHGLENN NEWS IN A HURRY

**African Children's Choir to perform at Immaculate Heart of Mary**

Immaculate Heart of Mary Church, 11385 Grant Drive, Northglenn, will welcome the African Children's Choir as part of its U.S. tour on Wednesday, Oct. 26, at 7 p.m.

Admission is free, and a free-will offering will follow the concert.

The free-will offering will help support the Music for Life Institute. The African Children's Choir has been Music for Life's major international program during its 30-year history. The organization provides relief and development program in seven African countries. It has educated more than 52,000 children as part of its initiative.

**Northglenn Police Department presents Safe Street Halloween**

The Northglenn Police Department and Northglenn High School are teaming up again for Safe Street Halloween, from 5:30 to 8:30 p.m. on Saturday, Oct. 22.

The event will feature a "Goosebumps" theme, based on the movie and books by R.L. Stine. Now in its 18th year, the event provides residents with a free, safe and spooky environment for kids to trick or treat.

Northglenn High School students will entertain the kids with decorated classrooms and Halloween music. The students, as well as local groups and businesses, will pass out more than 5,000 pounds of candy.

Trunk or Treat will be held outside, providing an extra opportunity for kids to trick or treat. Once inside the school, trick-or-treaters are welcome to walk through the Haunted Gym, visit the Arachnophobia Corner or the new Scary Hallway.

There will also be cookie decorating and costume contests.

Community groups and local businesses are invited to participate by donating candy at City Hall on either the first or second floor.

For more information, contact Scott McNeilly at 303-450-8893, ext. 8430, or visit www.northglenn.org/safestreehalloween.

## WESTMINSTER NEWS IN A HURRY

**Tree Climbing Adventures coming to Standley Lake**

Come hear the voices of the wind as you climb into Standley Lake's cottonwood tree canopy as part of Tree Climbing Adventures from 10 a.m. to noon on Saturday, Oct. 1.

Discover the importance of trees and enjoy the views of the surrounding landscape, nature and wildlife. A certified instructor from Westminster's forestry crew will help you climb trees safely by using ropes and equipment.

This event is for kids ages 8 to 12. Fee is $15. Contact Sully Tunake at 303-658-2790 for more information.

**Westminster Fire Station 6 to hold open house**

Join the Westminster Fire Department on Saturday, Oct. 1, from noon to 3 p.m. to meet firefighters, and enjoy some food and fun, during an open house at Fire Station 6.

Bring the family to see the fire engines and ambulances, visit with firefighters, play some games, grab some grub and take a ride on the vintage 1958 Seagraves fire engine.

The station will also be hosting Hero's Day, geared towards individuals with special needs and their families. Fire Station 6 is located at 999 W. 124th Ave. in Westminster. This event is free. Call 303-658-4500 for more information.

**Westminster wants feedback on trash and recycling services**

Westminster residents are being encouraged to give their feedback on a variety of options the city is weighing regarding the city's trash and recycling services.

The survey is online at www.surveymonkey.com/r/WestminsterRecycling, and will be available for feedback until Oct. 25. Residents may also call 303-494-1178 to complete the survey.

The city is also looking for volunteers to form a pair of focus groups that will give opinions and feedback on the options. Those interested may call 303-494-1178.

An open house will be held from 6 to 8 p.m. on Tuesday, Oct. 18, in the Community Room at the City Park Recreation Center, 10455 Sheridan Blvd., to further discuss the options. There will be a presentation on increasing recycling, reducing emissions, as well as the city's efforts to reduce costs for residents.

## THORNTON NEWS IN A HURRY

**Brantner Elementary Safe Routes to School Trail completed**

Thornton's Infrastructure Department recently completed the construction of the federally funded Brantner Elementary Safe Routes to School Trail. The project consists of 1,300 linear feet of 8-foot-wide concrete trail completing a safe bicycle/pedestrian connection to Brantner Elementary School and provides access to the trail for the general public.

The trail originates at Spruce Place and East 131st Place in the Villages at Riverdale neighborhood, and runs north along the west side of the Brantner Elementary School property ending at East 133rd Avenue. The trail also ties into the west side of the Brantner Elementary School aligning with School District 27J's recently completed expansion.

This project was coordinated with CDOT and School District 27J. School District 27J has scheduled a ribbon-cutting ceremony for the new trail at Brantner Elementary on Monday, Oct. 3, at 3 p.m.

### WHAT'S HAPPENING NEAR YOU?

Want to know what news is happening in your area and the areas around you? Visit our website at *ColoradoCommunityMedia.com.*

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.
A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.
**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**





# Clubs

*Continued from Page 23*

**Arvada Rotary** meets from 6:30-8 p.m. Wednesdays at Indian Tree Golf Club, 7555 Wadsworth Blvd. The club engages in a variety of community service projects, with emphasis on assistance to and support of Arvada's youth. Visitors are always welcome. For additional information visit www.arvadarotary.org or call Dave Paul at 303-431-9657.

**Flatirons View Toastmasters** meets at 6:30 p.m. the first and third Wednesday of every month at The Depot at Five Parks, 13810 W. 85th Ave. in Arvada. Polish your speaking and presentation skills in a fun, instructional, nurturing environment. For more information visit http://9407.toastmastersclubs.org/.

**Music Teachers Association Suburban Northwest** meets 9:30 a.m. to noon the first Wednesday of the month at Community in Christ Church, 12229 W. 80th Ave., Arvada. Meetings are open to the public and include refreshments, business meeting and program featuring music teaching professionals from around the state lecturing on the latest teaching developments.

**Northglenn Moose Lodge** 2166 hosts men's meeting nights at 8 p.m. the second and fourth Wednesday of each month at 11449 York St., Northglenn. Call 303-457-3391.

**Rocky Mountain Submarine Veterans** meets at 7 p.m. the second Wednesday of the month at American Legion Wilmore-Richter Post 161, 6230 W. 60th Ave. in Arvada. Active duty, reserve, retired, veterans, interested public and their ladies are cordially invited. For more information, go online to www.rockymountainsubvets.com.

**Toastmasters-Westminster Communicators** meets 12:15-1:15 p.m. every Wednesday at DeVry University, 1870 W. 122nd Ave., Room 134. Toastmasters has helped thousands of people over the years and we can help you. Admission is free. Enter the southeast door to the first room, 134. Call Ray Hamilton at 303-284-4223.

**Westminster Rotary** 7:10 Club meets 7:10-8:30 a.m. Wednesdays at The Ranch Country Club, 11667 Tejon St., Westminster. For more information, call Angela Habben at 720-947-8080.

**Widowed Men and Women of America** meets at 5 p.m. the second Wednesday of every month at the Westminster Elks, 69th and Lowell, for happy hour, dinner and meeting. The club also has social events every month. Contact Pat Akers at 303-658-0449.

**Women of the Moose** Chapter 644 meet at 7:30 p.m. the first and second Wednesday of each month at 11449 York Street, Northglenn. Call 303-457-3391.

### Thursdays

**Adams County Triad** meets 1-2 p.m. the third Thursdays of the month at 3295 W. 72nd Ave. in Westminster. The Triad is formed of law enforcement officers, senior citizens, fire personnel and senior organizations. Triad volunteers develop and implement crime-prevention and education programs for older adults. Activities address crime from both a pre-victimization (preventive) standpoint and a post-victimization (victim/witness assistance) standpoint. All senior citizens or people who care about senior citizens of Adams County are welcome. Topic changes each month. For more information, contact Jenee Centeno at 303-854-7420. Fridays.

**Arvada Associated Modelers** hosts training night from 4-8 p.m. Thursdays from May to September (weather permitting) at the Arvada Airpark, 7608 Highway 93, Golden. (Pioneer entrance between Leyden Road and 64th Avenue). We welcome anyone interested in learning to fly radio control models to take an introductory flight with an instructor. No previous experience is needed and the club provides radios and airplanes. Training is free and open to everyone (it's fun for the entire family). Visit www.arvadamodelers.com/pilot-training/.

**Community Coffee** Join Rep. Tracy Kraft-Tharp on the fourth Thursday of each month to talk about issues that are important to you. Community Coffee will be 7-8 a.m. at La Dolce Vita, Ice Cream Room, 5756 Olde Wadsworth Blvd., Arvada; and from 6:30-7:30 p.m. at Panera Bread, 10450 Town Center Drive, Westminster.

**Food pantry** Agape Life Church distributes Jefferson County commodity foods from 10-11 a.m. Thursdays, at the church, 5970 W. 60th Ave. in Arvada. The church provides this service to all Jefferson County residents. If you have questions, call 303-431-6481.



• 2016 •
STARBURST AWARDS

LAMBERTSON LAKES
(PHASE I)
City of Thornton



### FOR EXCELLENCE IN USE OF LOTTERY FUNDS

Congratulations on winning a 2016 Starburst Award! This year, we were proud to hand out 22 Starburst Awards across 21 different recipients throughout Colorado. For more information and to see the full list of winners please visit coloradolottery.com.

   

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co*., Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

#### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187
www.RockyFlatsSettlement.com**

---



  

### 12th Annual Mapleton Education Foundation Gala
**Benefiting Scholarships, Leadership Programs and Athletics**

Presented By:



**mountainstatestoyota.com**

**Friday, October 21, 2016
Silent Auction begins at 5:30 p.m.
The Westin Westminster
10600 Westminster Blvd., Westminster, CO 80020**

| Featuring |
|---|
| Cocktails | Silent Auction | Dinner | Live Auction | Entertainment Painting Contest | Games and Prizes |

| Tickets |
|---|

$125 - Individual ticket
Event sponsorship levels (includes a table for 8-10 guests)
$5,000 Lead | $3,000 Patron | $1,000 Table
**RSVP by Thursday, October 13, 2016**

Call 303.853.1008 or visit
**www.mapletonedfoundation.org** for event and ticket information.

**Media Sponsor:**



**Sponsored By:**

  

**Don Herman & Dwaine Schmidt | Charlotte Ciancio & Bill Anderson**