## WHAT'S HAPPENING NEAR YOU?

Want to know what news is happening in your area and the areas around you? Visit our website at *Colorado-CommunityMedia.com*.

## ADAMS COUNTY NEWS IN A HURRY

**Check out snow removal fleet and equipment**

To ensure residents' safety, the Adams County Transportation Department will host its annual Snow Inspection Event on Thursday, Oct. 13, from 7:30 a.m.-3 p.m. at the fleet facility, 4955 E. 74th Ave., Commerce City.

Attendees can view the fleet of trucks and snow removal equipment and talk with transportation personnel.

For more information, visit adcogov.org.

**CASA's Kaleidoscope of Hope set for Oct. 20**

CASA (Court Appointed Special Advocates) of Adams & Broomfield Counties hosts its annual Kaleidoscope of Hope event on

Thursday, Oct. 20, at Stonebrook Manor, 650 E. 124th Ave., Thornton.

There will be a breakfast from 7:30-8:30 a.m. as well as a luncheon from noon-1 p.m. Guests can choose to attend either program. There is no fee, but guests are encouraged to make a financial contribution to support CASA.

Proceeds help fund CASA's mission to provide specially selected and trained community volunteers, called CASAs, to advocate for abused and neglected children in the pursuit of safe and permanent homes. CASA Volunteer Advocates are appointed by judges to be a voice for these children in court.

To RSVP for the breakfast or luncheon or to make a financial contribution, contact Erin Kaminski, events and campaigns manager, at 303-655-3927 or at erin@casa17th.com. To learn more, visit casa17th.org.

**Drop off old and unused paint**

Adams County residents and businesses can drop off their old and unused paint, stains and varnishes for free on Saturday, Oct. 15, from 9 a.m.-1 p.m. at Adams County Regional Park, 9755 Henderson Road.

They must be in five-gallon or smaller containers with original labels and secure lids. Leaking or empty containers and spray paint cans are not accepted. For detailed information about this event, items accepted and to pre-register, visit Paint Care's website at www.eventbrite.com/e/paint-drop-off-event-at-adams-county-regional-park-tickets-27158775629

**Free landfill day for Northglenn residents**

Tower Road Landfill will allow Northglenn residents to dispose of large items for free on Oct. 15.

Residents who provide proof of residency can throw away items that are too large to fit into a trash cart. A current driver's license or utility bill are required for proof of residency.

Only one load per residence will be accepted. All disposed items must be covered, and any mattresses or box springs cost an additional $30.

Residents bringing a pick-up truck or trailer face a gate charge, plus taxes and fees if they bring more than 5 cubic yards of content.

Electronics, tires, car batteries, appliances with Freon, fluorescent light bulbs and hazardous liquids or materials are not accepted.

Tower Road will be closed between 88th and 96th avenues during that time. Watch for signs rerouting traffic.

Call 303-450-4004 for more information.

---



## LAST WEEK'S WINNER

### Cecil D.

Thank you to all the readers and advertisers that helped support our pink ribbon promotion.

## Colorado Community Media

## THORNTON NEWS IN A HURRY

**Snowbuster volunteers needed**

The City of Thornton is looking for individuals, families, social groups and businesses to help remove snow for senior and disabled residents in the South Thornton area. All volunteers are background checked and qualifying residents screened. For more information, contact Krystle Codrey, at krystle.codrey@cityofthornton.net or go to volunteers.cityofthornton.net

**Get rid of unused, expired prescriptions**

Drop off your unused and expired prescription and over-the-counter medications for free and safe disposal on Saturday, Oct. 22, from 10 a.m.-2 p.m. at the following locations:

• Thornton Police Department, 9551 Civic Center Drive

• Thornton Infrastructure Maintenance Center, 12450 Washington St.

• King Soopers, 136th Avenue and Colorado Boulevard

The following items will not be accepted:

needles and sharps, mercury thermometers, oxygen containers, chemotherapy and radioactive substances, pressurized canisters and illicit drugs.

**Wanted: Artists for annual Thornton art sale**

Thornton Arts & Culture Division is looking for artists to participate in its annual Art 4<$100 sale on Dec. 3 held at the Carpenter Recreation Center. All fine art media are welcome and all artwork must be priced at $100 or less.

Deadline to submit three to five images of artwork is 5 p.m. on Nov. 25. A committee will select participants.

For more information, contact Linda Lowe at 720-977-5881, linda.lowe@cityofthornton. net, or Krystle Codrey, 720-977-5882, krystle. codrey@cityofthornton.net.

**Thornton firefighters continue to 'Fill the Boot'**

September marked the Muscular Dystrophy Associations Fill the Boot Campaign. Thornton Firefighters and their families set up in front of local merchants to collect donations on behalf of children with Muscular Dystrophy.

Thornton Fire began their collection efforts on Friday, Sept. 2 at three King Soopers stores and two Wal-Mart stores throughout the city. Firefighters collected $19,284. With this amount, the Fire Department helped MDA in providing vital services for families right here in Colorado. These funds will be used to provide a barrier-free week for kids at MDA Summer Camp in Empire, Colorado.

Additionally, the money raised will support vital research efforts, clinic visits, support groups, equipment repairs and support groups for those struggling with muscular dystrophy.

Over the ensuing decades, the commitment of the professional firefighters to the cause of MDA has further elevated their status as extraordinary professionals who not only put their lives at stake to save citizens from ruthless flames, but also give their time to save the lives of the innocent from equally merciless neuromuscular diseases. The devotion of IAFF members has not only helped MDA, but also united firefighters in a community where they share their team strength and brotherhood to give better meaning to lives and hope for the future.

---



# VOTE
## Yes ON 4B!

## SCFD
Scientific & Cultural Facilities District

*Photo by DarbyM Photography, courtesy of Platte Valley Players*

## Renew the SCFD ~ Culture for All

• 300 cultural gems in the metro region — including **Bluff Lake Nature Center, Butterfly Pavilion, Northglenn Arts and Humanities Foundation** and nearly 300 more

• Educational experiences for 4.25 million children

• More than 100 Free Days each year

• A $1.8 billion boost to our regional economy

Endorsed by Adams County Commissioners; Aurora, Commerce City, Northglenn, Thornton and Westminster city councils; Metro North Chamber of Commerce; North Metro Arts Alliance and hundreds more

*To "be 4" Culture - start at the bottom of your ballot and Vote Yes on 4B!*
Visit www.YesOnSCFD.com to learn more.

Paid for by Citizens for Arts to Zoo

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgage and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site).** If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel may request service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# A few tips for a tech-driven world

**Tech experts weigh in on teens and internet use**

By Alex DeWind
*adewind@coloradocommunitymedia.com*

Teenagers are more digitally connected than ever: Three-quarters own or have access to a smartphone, 24 percent go online almost constantly, and 92 percent go online daily, Pew Research Center reports.

The digital world is ripe for a number of activities — from building relationships to accessing schoolwork to online shopping.

But it can also be a vulnerable space for teenagers.

"You have to think about what information kids have access to," said Jackie Burhans, managing partner of CMIT Solutions of Denver Tech Center, which specializes in information technology. "They still need to be aware of some of the dangers and risks of using technology."

Burhans and her husband, James Howald, also a managing partner of CMIT Solutions, have extensive experience with internet technology. The duo helps clients recover files, prevent malware and protect servers.

They also have a son in high school.

"When your dealing with adults, it's slightly different than when you're dealing with kids," Burhans said, "but it's all about security."

As the school year kicks off, the couple has a few tips for parents and teens immersed in the world of technology.

**Tips for cyberspace**

If a hacker gets ahold of an internet user's credit card number or banking information, it can be reversed and oftentimes resolved, Howald said.

That's not the case with cyberbullying.

"The area in technology where I see a lasting, permanent impact on kids is when they get into a cyberbullying situation on social media," he said. "Unfortunately, there isn't a straightforward way to fix this."

Burhans and Howald recommend that parents have an open discussion with teens on what social media sites are active.

Some are mainstream, such as Facebook and Instagram. But others are new to the digital sphere, such as Whisper, YikYak and Afterschool — three apps that allow anonymous posting.

Anonymous apps are positive in that they let users express themselves, but they are often filled with inappropriate content and can encourage bullying, according to Common Sense Media, a website that provides information on media and technology.

If a teenager is being bullied in cyberspace, he or she should keep a record of every detail and talk to an adult, said Douglas County Deputy Jason Blanchard.

Blanchard, who also does community outreach, said teenagers know social media sites better than any other generation.

"I'm not going to say that one is better or worse than the other," he said. "Every single one needs to be approached with caution because you can't guarantee anyone's identity."

**Tips for surfing the web**

"Think before you click the link" is a term Burhans uses at work and at home.

An internet user should always consider where an online link is redirecting him or her to avoid scams or phishing — fraud that involves stealing personal information by posing as a legitimate company.

Anti-malware software adds protection by blocking spam, viruses and popup pages on a laptop or desktop.

The couple also advises teens to be mindful when online shopping. They say stick to nationally known online vendors, such as Amazon.

"Teenagers on a budget may find discounted retail on an unknown site," Burhans said. "They might not receive the product but then someone has their credit card info."

**Tips for tech devices**

Burhans caught herself browsing Amazon when she had other priorities, so she downloaded an extension that prevents access to distracting websites during work hours. An extension is an add-on program that modifies or enhances the Chrome web browser.

"I actually learned it from my son," Burhans said. "It's handy when I need to focus."

There are several tweaks in the tech world that can benefit users of all ages.

StayFocusd is an extension that restricts the amount of time a user spends on certain websites. The f.lux extension changes the computer's display color to adapt to the time of day. Web Timer is an extension that tracks web activity and presents the data to the user in a pie chart.

Thousands of extensions serve different purposes, from parental controls to work productivity to online protection.

Common Sense Media recommends that parents explore online tools — such as extensions — with their kids.

"Learning how to use technology appropriately and discovering how to make it work for your needs are key to getting the best out of technology — while minimizing risks," the site says.

## A NEW UNDERSHERIFF IN TOWN



Patsy Mundell, right, takes her oath of office as the new undersheriff of Jefferson County on Sept. 7. She was appointed to the position by Sheriff Jeff Shrader, left, upon the retirement of former undersheriff Ray Fleer. Mundell, promoted from division chief, was hired with the Jeffco sheriff's office for patrol duty in 1986 and has served in every division of the department, as a deputy and supervisor. She is up for the challenge, Mundell said in an interview at Fleer's retirement celebration, "to lead the mission and vision the sheriff has." *Courtesy photo*

**WHAT'S HAPPENING NEAR YOU?**

Want to know what news is happening in your area and the areas around you? Visit our website at *ColoradoCommunityMedia.com*.

---

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-01181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you *must file a claim* by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



# RTD PUBLIC MEETINGS

Proposed Winter 2016/2017
Service Changes

## We want your input
Please plan to attend a public meeting.

**Stapleton**
Stapleton Development Corp Community Hub
8230 Northfield Boulevard, #1350
(Next to Cowboys Saloon)
Monday, September 26, 2016
6:00 p.m.

**Lakewood**
Clements Center
1580 Yarrow Street
Monday, September 26, 2016
6:00 p.m.

**Ken Caryl Ranch**
Ken Caryl Ranch House
7676 S. Continental Divide Rd,
Bradford Room
Thursday, September 29, 2016
6:00 p.m.

**Brighton**
Brighton Recreation Center
555 North 11th Avenue,
Room 101
Thursday, September 29, 2016
6:00 p.m.

**Aurora**
Aurora Central Library
Large Community Room
14949 E. Alameda Parkway
Monday, October 3, 2016
6:00 p.m.

**Highlands Ranch**
Recreation Center at Southridge
4800 McArthur Ranch Road
Wednesday, October 5, 2016
6:00 p.m.

**Denver**
RTD Administrative Offices
1600 Blake Street, Rooms T&D
Thursday, October 6, 2016
Noon and 6:00 p.m.

RTD has scheduled public meetings to discuss service changes proposed for Winter 2016/2017. For upcoming details on these changes visit rtd-denver.com
***
Para información en español, llame al 303.299.6000 y pida hablar con un operador en español.

**Access-a-Ride**
Routes with service improvements or reductions may impact ADA Access-a-Ride service availability.

Regional Transportation District
303.299.6000 | rtd-denver.com



## FACES AMONG US



Dr. Rosanne Dektor Parimuha, left, and her husband Lee Parimuha have been nonforce chiropractors since 1988. They have lived in Golden since 2005, and opened their practice in downtown Golden two years ago. *Courtesy photo*



### HELLO My Name Is...

A glimpse of the people in our community

### DR. ROSANNE DEKTOR PARIMUHA

Nonforce chiropractor, Golden resident

**In Golden to stay**

My husband, Lee Parimuha, and I have been nonforce chiropractors since 1988. We had a practice in California for 17 years, then Lakewood for eight and now in Golden for two — and we're going to stay here.

Our practice is called Nonforce Chiropractic Functional Medicine, and we're located in downtown Golden at 10th and Ford streets.

I've lived in Golden since 2005. I'm grateful to be living here. I love Golden — it's a great town. The quality of life is remarkable. You have access to so much here.

**The health triad**

When I was 45 years old, I suffered from a very bad back injury — I tore two disks in my back. I was in a lot of pain, and nobody could figure out what was wrong because the MRI was wrong.

It was a very stressful time in my life.

My husband and my mentor kept me from surgery and restored my abilities. The functional medicine really helped me. I started to come back structurally, but I also needed that. Functional medicine is personalized and it focuses on diet, nutrition and lifestyle. It's a piece of the health triad — chemical, structural and mental and emotional.

**No snapping, cracking or popping**

Nonforce means there's no snapping, cracking or popping. The main thing is that adjustments last longer and require less visits.

Sometimes, soft tissue work is needed and that's when I step in.

In 2007, I started doing a new method taught to me by my mentor Dr. H.J. Kimura — who is now 92 years old. I use muscle testing to determine the cause of a problem — it's finding and releasing adhesions, which is a fancy word for scar tissue. It's different than massage in that it can go deeper than the surface.

We help people with resistant problems feel better. I've seen phenomenal results in different cases.

I love seeing the body's miracles.

*If you have suggestions for My Name Is..., contact Christy Steadman at csteadman@ coloradocommunitymedia.com.*

## NEWS IN A HURRY

**Jeffco Sheriff's Office presents motorcycle safety seminar**

The Jefferson County Sheriff's Office is holding a free motorcycle safety seminar from 9-11 a.m. Oct. 1 at the North Precinct, 11139 Bradford, in Littleton.

Members of the motorcycle traffic unit will discuss challenges riders face, and offer tips for safely negotiating hazards such as curves, gravel and slick roads.

The seminar is a result of recent accidents and this year's motorcycle-related fatalities. It is meant to inform people that the motorcycle traffic unit is increasing its efforts to reduce motorcycle accidents.

The seminar is free and open to the public. Motorists and all riders, novice and seasoned, are welcome. No registration is necessary. For more information, contact the sheriff's office at sheriff@ jeffco.us or 303-277-0211.

**FirstBank hosts '90 Seconds to Success' video contest**

Lakewood-based FirstBank announces the return of its business video competition. Renamed "90 Seconds to Success," the contest will award one Colorado company $20,000. Runners-up will receive $2,500.

Business owners can enter from Oct. 3-21 by submitting a 90-second video (MOV, WMV or MP4 format) explaining how the money will be used to accelerate their business.

Five finalists in Colorado will be selected by Nov. 11. The winners will be determined by popular vote on FirstBank's Facebook page from Nov. 7 through 13 and announced on Nov. 14.

In 2015, Fox Hollow Animal Hospital in Lakewood was selected as the winner out of more than 500 submissions. The family-owned business used the $20,000 prize to buy new, state-of-the-art equipment and help expand its facility to improve quality of care.

For more information, including submission guidelines, official rules and deadlines, visit efirstbank.com.

**Jefferson Symphony Orchestra's season opener**

The Jefferson Symphony Orchestra's season-opening concert takes place 3-6 p.m. Oct. 2 at the Green Center at Colorado School of Mines, 924 16th St., in Golden.

The concert presented will be Gustav Mahler's "Symphony no.5 in C# Minor."

Tickets cost $25 for adults, $20 for seniors age 62 and older, $10 for students ages 11-21, and $5 for children age 10 and under.

For more information or tickets, visit www.jeffersonsymphonyorchestra.org or call 303-278-4237.

**Colorado School of Mines homecoming**

Students at the Colorado School of Mines will be celebrating homecoming Oct. 6-8. The public is welcome to attend the homecoming parade and football game. The parade takes place at 9 a.m. Oct. 8 on Illinois Street between 18th and Clear Creek.

The football game is at noon at Marv Kay Stadium, 1250 12th St. The Orediggers take on Azusa Pacific University.

Homecoming is also alumni weekend. Classes to be celebrated are those of 1965 and earlier as Golden Miners, 1966 for 50th reunion, 1976 for 40th reunion, 1991 for 25th reunion, 2006 for 10th reunion and ROTC alumni for the 100th anniversary of national ROTC. For more information about class reunion celebrations and dinners, visit www.minesalumni.com.

For more information on the homecoming game and parade, visit www. minescactivitiescouncil.com.

**Girl Scout Day at Dinosaur Ridge**

Girl Scout Day at Dinosaur Ridge takes place from 9 a.m. to 2 p.m. Oct. 8 at Dinosaur Ridge, 16831 West Alameda Parkway, in Morrison.

Girl Scouts of all levels are welcome. However, they must pre-register through the Girl Scouts of Colorado.

With assistance from volunteers and partners at stations and booths, Girl Scouts will have opportunities to fulfill many requirements for nature, history, careers and household patches. The following groups will have booths for the day with activities to help meet badge requirements: Women in Mining, Legendary Ladies, National Park Service, USGS, Lookout Mountain Nature Center, Butterfly Pavilion, Society of Women Engineers and Mr. Bones.

For more information, visit www. dinoridge.org.

---

# Golden Farmers Market

Presented by the Golden Chamber of Commerce

## Final Weekend of the Season

Saturday, October 1st

8 a.m.—1 p.m.

1019 10th St., Golden





**Free Pumpkins**

Kids can stop by the Farmers Market this weekend and decorate a pumpkin for free



Thank you to all our of our wonderful local, nonprofit, and downtown merchant vendors for making this season great.

A special thank you to our exhibitors Centura Health, Costco, Adio Chiropractic, and Renewal by Anderson.

COLORADO FRESH MARKETS

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Blueberries: a super hero super food

This year marks the 100th anniversary of the first commercial harvest of domesticated blueberries. Little did we know this fruit, so tiny in stature, would gain worldwide popularity as the Super Hero of Super Foods, and even have a place in the White House kitchen garden.

Today, more than 1 billion pounds of blueberries are produced annually on five continents, with the United States leading the way with 35 states supplying the crop. Heralded for their brain and heart-boosting benefits, people of all ages toss them into salads, stir them into sauces, sprinkle them on ice cream and eat them by the handful. These little blue dynamos have reached such an elite super food status because they are:

• Low in fat – one cup serving has only 80 calories

• Full of dietary fiber – one serving provides about 14 percent of the daily fiber requirement

• High in vitamin C – one serving delivers 25 percent of the daily requirement of vitamin C

• Full of dietary fiber – one serving provides about 14 percent of the daily fiber requirement

• An excellent source of manganese – plays an important role in bone development

**The power of the blueberry**

"Blueberries are one of the more potent foods in terms of protecting the brain," stated Martha Clare Morris, ScD, a nutritional epidemiologist who co-developed the MIND diet (blend of the Mediterranean and DASH diets).

According to a study from Chicago's Rush University Medical Center, which found adhering to the MIND diet helped reduce the risk of Alzheimer's disease and other cognitive degeneration, blueberries can also help prevent brain aging by 7 1/2 years. And take heart, blueberries, rich in antioxidants, can help reduce the buildup of "bad" LDL cholesterol in artery walls that contributes to cardiovascular disease and stroke. Studies conducted at the USDA Human Nutrition Center have found that blueberries rank No. 1 in antioxidant activity when compared with 40 other fresh fruits and vegetables.

**Picking the perfect blueberry**

Blueberries should be deep purple-blue to blue-black and feel firm, dry, plump and smooth-skinned to the touch. Frozen, dried or fresh, blueberries' nutritional value remains the same. Rinse them just before snacking and eat them within 10 days and be sure to keep them refrigerated.

Blueberries have earned a well-deserved place in your daily diet for better health. For delicious recipes and tips for cooking, visit the U.S. Highbush Blueberry Council.

*Covenant Village of Colorado is a faith-based, not-for-profit continuing care retirement community located in Westminster and administered by Covenant Retirement Communities, the nation's fifth largest not-for-profit senior living provider. For more information, visit http://www.covenantcolorado.org or call 877-341-0295.*

## how to make a difference

Send volunteer opportunities to hharden@coloradocommunitymedia.com.

**Ongoing**
**Animal Rescue of the Rockies**
Rescues homeless dogs and cats from overcrowded shelters
**Need:** Foster-care families for death-row shelter dogs and cats
Contact: www.animalrescueoftherockies.org
**Arvada Visitors Center**
**Need:** Help assemble welcome bags for new Arvada residents. Specific dates and times are scheduled.
**Contact:** Jean Gordon, jean@visitarvada.org or 720-898-3380

**CASA of Jefferson & Gilpin County**
Court appointed special advocates work with abused and neglected children, speaking on behalf of them in court.

**Need:** Many volunteers needed: CASA Jeffco/Gilpin relies on more than 200 volunteers, but many more are needed (just 30 percent of cases typically are covered). CASA volunteers dedicate 3-4 hours per week.
**Requirements:** Training is provided; must be 21 or older and pass a full background check including driving record.
**Contact:** Tiffany Schlag, recruitment and training coordinator, at 303-271-6537, tiffanyschlag@casajeffcogilpin.com or www.casajeffcogilpin.com.

**Cat Care Society Nibbles ' N Kibbles Food Bank**
Works to reduce number of abandoned and surrendered cats
**Need:** Donations of canned and bagged cat food and litter
**Contact:** 303-239-9680

**Colorado Refugee English as a Second Language Program**
Teaches English to recently arrived refugees, who have fled war or persecution in their home

*Volunteer continues on Page 22*



SARAH CANNON
At Swedish Medical Center

NURSE NAVIGATORS
Sariet Burchfield, RN    Karen Cotter, RN,PT,CBPN

RADIOLOGISTS
Laura Barke, DO

# TEAMING UP AGAINST BREAST CANCER

As a team, we at Swedish Medical Center treat more than 200 patients a year. Our depth of experience, expertise, and collaboration means you will have the best team by your side, every step of the way.

SURGEONS
Laura Hafertepen, DO
Jan Kercher, MD
Jodi Widner, MD

MEDICAL ONCOLOGISTS
Robin Kovachy, MD

RADIATION ONCOLOGISTS
Marshall Davis, MD

Learn more at **SwedishBreastCare.com**

---

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

#### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site).** If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may still file a claim.

#### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

#### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**



## CHILDREN'S THEATRE

Book and lyrics by Marcy Heisler
Music by Zina Goldrich
Adapted from the *Junie B. Jones* Series of books by Barbara Park

# Junie B. Jones
The Musical

OCTOBER 13 – DECEMBER 30

**arvada**center
Box Office: 720-898-7200
6901 Wadsworth Blvd., Arvada, CO 80003
arvadacenter.org

Sponsored by