# Wheat Ridge ballot question 'an investment in the future'

**2E would pay for four infrastructure projects over 12 years**

**By Clarke Reader**
creader@coloradocommunitymedia.com

For half a penny on every dollar spent in the city, Wheat Ridge will be on the road to change.

That's if 2E, the city's only ballot question in the November election is approved by voters.

The measure would increase sales tax by half a cent for the next 12 years, which city officials say would allow the city to pay for four important projects: improvements to Anderson Park, hook ramps for the Clear Creek Crossing development, a connection to the Ward Road Commuter Rail Station and reconstruction of Wadsworth Boulevard. That's five cents for every $10 spent.

"These projects are an investment in the future of Wheat Ridge," said Britta Fisher, executive director of Localworks, a nonprofit dedicated to supporting Wheat Ridge, and co-chair of the Yes Wheat Ridge campaign. "These projects are also a way to protect Wheat Ridge's legacy."

If approved, the increase would begin Jan. 1 and go through Dec. 31, 2028. City officials estimate the increase would generate $3.7 million the first year and help pay for $33 million in projects during the 12 years.

The measure was born out of work done by the Drainage, Infrastructure, Roads & Trails (D.I.R.T.) task force, which is made up of two residents from each of the four city council districts. The task force's goal was to review and prioritize a list of unfunded infrastructure projects that were originally reviewed and prioritized by a 2007 D.I.R.T. Task Force.

"There are times when you need to deepen what the city has to offer," Mayor Joyce Jay said. "Everybody appreciates a different aspect of this because of the scope of the four projects."

The Anderson Park improvements include renovation of the main building, 4355 Field St., and outdoor pool locker rooms, replacement of the park pavilion and two parking lots, and other upgrades. The estimated project cost is $4 million.

The Clear Creek Crossing development on the west side of I-70 and 38th Avenue and Youngfield Street has sat empty since Cabela's withdrew from the project in 2011.

From a development standpoint, one of the project's problems is access, Jay said, so building on and off hook ramps would make it easier for developers and customers to get there. The project would also remove the westbound off-ramp at 32nd Avenue and include a connecting street to 32nd Avenue. The estimated cost would be $10 million.

A light rail station will be built near Ward Road at about 51st Avenue and Taft Court, and the city wants to add sidewalks, crossings and lights for better access. The $12 million project would include reconstruction of the adjacent streets of Ridge Road, 52nd Avenue and Tabor Street, installation of a traffic signal at Ward and Ridge roads and construction of a pedestrian bridge over the rail's track.

The final project funded by 2E is reconstruction on Wadsworth Boulevard, from 35th Avenue to I-70, which is probably the most popular stretch, Fisher said.

"The measure isn't a hard sell for people after I ask them how Wadsworth has been treating them," she said.

Although the exact reconstruction is still being finalized, it's likely to include three travel lanes in each direction, 10-foot sidewalks on both sides of the street, 10-foot tree lawns on both sides of the street, center medians, 10-foot two-way cycle lanes on each side of Wadsworth, from 35th to 44th avenues, and continuous flow intersections at 38th and 44th avenues.

The Wadsworth work would cost about $7 million, a relatively low price because the city would have access to $38 million in federal and state grants, Jay said.

"If we're not able to afford our share, we'll lose that grant money," Jay said. "We'd go to the back of the waiting line, and it could be years before our turn is up again."

The city has been holding events to spread the word about the need for the funding to keep the city competitive. City council unanimously approved the question, which is a rare occurrence, Jay said. It has also been endorsed by the West Chamber.

"These are very well thought-out projects, especially the transportation ones," said Pam Bales, president and CEO of The West Chamber. "When you look at the wonder the Scientific and Cultural Facilities District can do with their one-cent sales tax, it's exciting to see what Wheat Ridge will be able to accomplish with their half-cent increase."



6046 Gilbert Way
UNDER CONTRACT

**3 Bdrms. + Office, 2 1/2 Baths, 4532 Total Sq. Ft.**
**$575,000**
A beautiful, almost new Lennar home that is move in ready. It backs to a greenbelt area and is near North Table Mountain hiking and biking trails. It features wood floors, an open floor plan that is perfect for entertaining, gas range and appliances are included. Move in ready.

**Joy Brandt** (303) 378-7800
RE/MAX Alliance   www.JoyBrandt.com
Each Office Independently Owned and Operated

## WE WANT TO HEAR FROM *YOU*

If you would like to share your opinion, visit our website at *www.coloradocommunitymedia.com* or write a letter to the editor. Include your name, full address and the best telephone number to contact you. Send letters to *letters@coloradocommunitymedia.com*.



# DANGEROUS CHOICES

**heat or food?**

**electricity or medical care?**

**hot water or diapers?**

Dangerous choices. That's what families and seniors are faced with when they can't afford to pay their home energy bill.

Nearly one in four Colorado households can't afford home energy. Give them a safer choice.

**donate today at energyoutreach.org/choices**



ENERGY OUTREACH Colorado
Helping Coloradans afford home energy



95¢ out of every dollar we raise goes directly to needy Coloradans, earning top ratings and recognition from:

### Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you must file a claim by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

# Otis volleyball dropped match at Flagler

By KC Holtman
Special to The Yuma Pioneer

The Otis Lady Bulldogs did not fare so well on the game last Friday. They traveled to Flagler to battle the Flagler Hi Plans Lady Panthers. They lost in three 18-25, 20-25 and 14-25. No stats available at press time.

They hosted the Haxtun Lady Fightin Bulldogs on Tuesday, September 20 with no information available at press time. On Saturday, September 24 they will travel to Akron to play in the Akron Tournament starting at 9 a.m.

# YMS football hosts Wray after struggling at Burlington

Yuma Middle School's football teams host Wray Buchanan Middle School today, September 22, after an extremely-rough outing at Burlington, last Thursday.

Today's games begin at 4 p.m. at the Yuma High School field.

The young Indians were roughed up in both games at Burlington. The eighth-graders lost 40-0 to Burlington's A-team, and the seventh-graders lost 32-0 to the B-team. Neither team was able to generate much offensively, though Kail Cooper did run for 86 yards on 12 carries in the eighth-grade game. The seventh-graders biggest play was a 21-yard pass from John Smith to Brekyn Josh, who led the seventh-grade defense with several tackles.

Defensive statistics were not available.

The YMS football teams also host Sterling on Tuesday, games again beginning at 4 p.m.

# JV football team dropped a 30-12 decision at Sterling

The Yuma High School JV football team lost 30-12 at Sterling, Monday afternoon.

Sterling took a 12-0 lead in the first half, the added three more touchdowns in the third quarter. On the bright side, the Indians blocked each of the extra points in the third, with Diego Gordo getting at least two of those blocks.

Yuma moved the ball better in the fourth quarter, and the defense came up with some turnovers. That led to a six-play drive capped by Chase McCreath's touchdown pass to Victor Mendoza. The last score came with 4 minutes left, when Levi Nance swept around the left side for a touchdown. Both of Yuma's 2-point conversion attempts failed.

# Yuma JV volleyball team split two matches last week

Yuma High School's JV volleyball team split two matches last week.

The Indians rolled to a 25-11, 25-13 win over Merino, last Tuesday, September 13, at home. Lainey Mekelburg was 13-13 serving with three aces, Reagan Nolin 12-12 with two aces, Taylor Hansen 9-10 with five aces, Danae Beauprez 6-6 with two aces, Kenzie Morris 4-5 and Tania Morales 3-3. Hansen had six kills, Mekelburg five and Morales four, while Nolin had 15 assists.

Yuma dropped a pair of competitive sets at University in Greeley, last Saturday, 24-26 and 21-25. Morales had four kills, and Mekelburg three, while Nolin led in assists with six. Hansen recorded four blocks. Mekelburg was 16-16 serving with six aces, Beauprez 8-8 with two aces, Morales 6-7, Nolin 6-6 with one ace, Hansen 4-4 with one ace, and Morris 3-4 with two aces.



Photo by The Holyoke Enterprise/Johnson Publications

## Ace pays big for Foor

Mike Foor of Yuma not only got a hole-in-one during the Labor Day tournament in Holyoke, he also won $10,000 for the ace. Foor used a pitching wedge on the 154-yard, par-3 hole No. 2 at the Holyoke Golf Course. He told the Holyoke newspaper that was his third hole-in-one, as he also recorded one in Chappell, Nebraska, on August 6, and hit one at the Yuma course last year.

# Final standings for Yuma men's golf leagues

| Morning "A" | Points |
|---|---|
| LR. Mekelburg/G. Wright | 22.5 |
| S. Klee/J. Faris | 22 |
| D. Gustafson/O. Packer | 22 |
| C. Wilshusen/T. Spellman | 22 |
| M. Jones/J. West | 19 |
| D. Dresen/R. Ison | 19 |
| L. Beaman/K. Probasco | 18.5 |
| T. Probasco/Tim Probasco | 18 |
| D. Hoch/M. Deakin | 17 |
| T. McClung/R. Swehla | 16.5 |
| B. Hanson/G. Longmore | 13.5 |
| T. Moore/G. Snelling | 12 |
| R. Lockwood/D. Mathies | 10.5 |

| Afternoon "A" | |
|---|---|
| L. Beaman/K. Probasco | 28 |
| R. Lockwood/O. Packer | 27 |
| L. Myers/J. Faris | 26 |
| D. Dresen/T. Moore | 25 |
| LR. Mekelburg/G. Wright | 24.5 |
| M. Jones/D. Gustafson | 23.5 |
| T. Murphy/C. Schaffert | 23 |
| D. Hoch/Ron Swehla | 22.5 |
| Ti. Probasco/To. Probasco | 16.5 |

| Afternoon "B" | |
|---|---|
| G. Baucke/L. Smith | 32 |
| R. Roth/J. McPherson | 30.5 |
| J. West/M. Deakin | 28 |
| M. Foor/J. Cunningham | 27 |
| S. Klee/G. Snelling | 24 |
| J. Lungwitz/C. Devlin | 22 |
| M. Roth/J. Moore | 21.5 |
| M. Haruf/J. Lungwitz | 21 |
| D. Baucke/G. Campbell | 19.5 |
| R. Harding/M. Neill | 17 |
| J. Coughlin/D. Nolin | 14 |
| S. Coughlin/M. Roth | 13.5 |
| D. Whitehead/R. Whitehead | 13.5 |

| | |
|---|---|
| M. Crook/K. Whitehead | 13 |
| R. Armstrong/N. Armstrong | 11.5 |
| T. Lungwitz/D. Mekelburg | 11 |
| A. Franson/M. Murphy | 9 |

| Evening "A" | |
|---|---|
| L. Koenig/L. Hettinger | 28 |
| Jaden Koenig/C. Blach | 25.5 |
| M. Blomstrom/J. Armstrong | 24.5 |
| J. Rahm/J. Coughlin | 23.5 |
| Jeff Koenig/D. Bueltell | 22.5 |
| M. Baucke/K. Serl | 21.5 |
| A. Beauprez/K. Gersterner | 21 |
| B. Roth/K. Seward | 18 |
| C. Brodin/M. Noggle | 16.5 |
| J. Koenig/B. Bueltell | 15.5 |
| J. Willeke/C. Metzler | 14 |
| Jamie Unger/M. Murphy | 14 |
| J. Langley/C. Devlin | 14 |
| N. Bohm/CJ Brophy | 13 |
| B. Zwirn/B. Unger | 10.5 |
| R. Zwirn/R. Rutledge | 9 |

| Evening "B" | |
|---|---|
| R. Ison/L. Patterson | 31 |
| H.Arvizo/C. Ingalls | 27 |
| G. Snelling/D. Crossland | 22 |
| M. Korf/T. Mekelburg | 21.5 |
| R. Blach/C. Hornung | 21 |
| R. Hertneky/B. Carpio | 20.5 |
| T. Murphy/C. Wilshusen | 20.5 |
| S. Wall/S. Brauer | 20.5 |
| C. Shellbert/A. Vazquez | 20 |
| D. Seedorf/R. Seedorf | 17 |
| R. Taylor/Rod Terrell | 16.5 |
| D. Baucke/A. Prior | 14.5 |
| S. Winger/R. Bohm | 14 |
| D. Weinrich/J. Faris | 14 |
| A. Davis/J. Gardner | 4.5 |

# Trooper Tips: Child Passenger Safety

Sergeant Burl Giffin

Every year, the third week in September is designated as National Child Passenger Safety Week in the United States. The specific dates this year are September 18-24. Child Passenger Safety Week is used to focus education on the need and importance of proper use of child restraints. The goal of this education is to make sure all parents and caregivers are correctly securing children in an appropriate restraint (rear-facing car seat, forward-facing car seat, booster seat or seat belt) for their age and size. The ultimate goal is for our children to travel safely every time they are in a motor vehicle.

In Colorado, if you are using your child restraint the way the manufacturer designed it, you are in compliance with the law. Best practice recommendations, according to the American Academy of Pediatrics, are for newborns to ride rear-facing until they are at least 2-years old. Each rear-facing child restraint will have height and weight guidelines that must be followed. The child restraint should be installed with either the vehicle seat belt, or the LATCH system in the vehicle and the restraint should not move more than one inch in a side-to-side motion. The harness straps should be at or below the child's shoulders and must be snug on the child. You should not be able to pinch the webbing between your fingers. Additionally, the chest clip should always be at armpit level in order to properly secure the child.

Once they are turned forward facing, which cannot be before their first birthday, they need to ride in a restraint system that has a 5-point harness. It is important to note that this harnessed child restraint will also have height and weight limits that should be strictly adhered to based upon manufacturer guidelines. This child restraint should be installed into the vehicle within the same guidelines as the rear facing restraint. The harness must still be snug and the chest clip at armpit level. However, the harness in the forward facing position must be at or above the child's shoulders.

Once the child is no longer in a 5-point harness, they must ride in a booster seat until they can fit properly into a seat belt and are at least 8-years old. A booster seat must always be used with a lap and shoulder seat belt in the vehicle. It is critical to ensure the child has a properly positioned head restraint in place at all times. Booster seats also have height and weight requirements that must be followed in order to ensure your child is protected.

**Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.**

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area on June 7, 1989 (one day after a famous FBI raid of the plant site). If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**

**SUNDAY, OCTOBER 2, 2016**
**WARREN AUCTION – YUMA COUNTY FAIRGROUNDS**
**(410 West Hoag Ave.) – YUMA, CO – SALE TIME: 11:00 a.m.**
Lunch by Steger BBQ & Pizza

This will be one of the finest antique auctions to be held in the area for a long time. Marian has sold her beautiful home & is moving to Denver. She will be selling most of her exceptional collection of antiques & collectibles. Don't miss this outstanding auction.

**ANTIQUE FURNITURE:** 1800's oak roll top desk; New Haven mahogany case grandfather clock; carved walnut drop leaf side table; walnut upholstered fireside bench; 1929 Schumann grand piano (will remain in the home & to be moved by the buyer); 4 Eastlake walnut side chairs; sideboard China hutch; walnut captain's desk; 3 pc burled walnut bedroom set; walnut cased wall clock; marble topped walnut sofa table; brass/iron antique bed; needlepoint walnut bench; walnut sette; 2 car trunks; Wayne's coat cupboard; dresser top dressing mirror; walnut mantle clock; cast iron clock; German China clock; 2 oak kitchen shelf clocks; Western elec oak wall phone; early 1900's walnut weighted clock; child's wicker table & chairs; sheet music cabinet.

**ANTIQUES & COLLECTIBLES:** crock thunder jug; Putnam Dye packets; postal scale; antique Christmas ornaments; blue jars; Fairbanks brass grain scale; tin types; sewing bird; collection of s.s. sugar spoons; walnut polyphone disc music box, works; early prints; post/trade cards; marble game; old Drs. tools; sev old pocket watches; old calendars incl 1921 Yuma First Nat'l Bank, 1921 Jacksons Drug Store, 1919 W.G. Ramsey Yuma, 1925 Farms Imp Yuma, 1935 Jackson Grocery Yuma, sev Kitz Miller Drug; 1930 Stockmans, 1918, 1926 Burrton's Seed, 1921 White & Davis Western, 1909 Yuma Merc. catalogs; 3 gal Redwing crock; Victrola horn; barn lanterns; brass buggy lights; crystal arcade coffee grinder; wood buggy lap rug; washboards; milk pail; late 1800's porcelain dolls; old Charley McCarthy doll; early China head dolls; blue band crock bowls; vintage children's books; poppy seed grinder; spring scale pr 1940's car headlights; JD brochures; old literature; vintage high button shoes; lots of vintage clothing; miner's lamp; set of brass carriage lanterns; car/carriage lamps; antique umbrellas; buttons/beads; brass steam whistle; crock jars/ Redwing cherry band water pitcher; 2 gal salt glaze crock; Western crock buggy foot warmer; canning crocks; 2 wicker baby buggies; quilt blocks; quilts; 2 old canvas duck decoys; reading glasses; lg ladies hair combs; spittoons; brass ship bell; vintage fireman's hat USA Fire Dept.; Marx state fair marble game in box; plastic Coney Island toy crane; Hustler elec football game w/box; bucket store; old sheet music; pewter candlesticks; copper collection; Shepard's Call pic; oriental rugs; ant reference books; oil paintings.

**GLASS:** lg amt pressed glass incl Moonstone, Heisy Lariat, Victorian pattern, Miss America dep, Ruby Red, forest green; Victorian cheese keeper; lg amt fancy silver plate serving spoons/utensils; Flo Blue; green cresus; turkeys on nest; Iris & Herringbone; 40 pcs carnival glass incl rose, orange tree grove, butterfly & berry, cable & grape, stag & holly; spooners; castor sets; compotes; sev pcs glass s & p; 5 elegant glass pitchers; 10 pcs bluebird & strawberry glass; pigeon blood hobnail glasses; Fenton thumbprint cranberry pitcher/glasses; salt dips; zipper glass spooner; lg amt of red block; German bisque figurines; China pin dolls; Lustenware cups/saucer & shoes; lg assortment pink & green dep; Rookwood vase; Hall vases; Roseville; Applewood & Zephyr lily vases; Heisy pineapple Lionel train set; well pulley; sad irons; Jadeite; Roseville milk pitcher; player piano rills; Weller vases; toothpick holders; sev pcs pink holiday buttons/bows.

**LAMPS:** amber Aladdin beehive; purple Greek key oil lamp; 3 finger lamps; 2 cosmos Gone w/the Wind lamps; cranberry glass shade; complete Victorian hanging lamp; Tiffany hanging lamp; 2 bracket lamps; cranberry shed hanging lamp.

**PRINTS:** Chandler Cows at Waterhole.

**HOUSEHOLD:** 2 queen & 2 XL twin beds; 2 bedside chests; chest of drawers; lamps; coffee tables; combo safe; walnut dining table w/6 chairs & 3 leaves; 4 upholstered side chairs.

**MARIAN WARREN, OWNER**

**MICHAEL AUCTION SERVICE**
**JULESBURG, CO**
**Lloyd Michael, Jr. 970-520-0023**

# New rules for marijuana packaging labels

Effective October 1, Colorado will implement new rules regarding medical and retail marijuana products. The Colorado Department of Public Health and Environment and the Colorado Department of Revenue's Marijuana Enforcement Division are working together to educate Coloradans about the rules, designed to promote public health and safety, raise awareness and help people more accurately identify marijuana products.

Beginning October 1:

• All new medical and retail marijuana packaging must feature the new universal symbol on the front. Medical and retail marijuana will have similar, but different symbols. Packaging must include the following statement directly below the symbol: "Contains Marijuana. Keep out of the reach of children."

• Marijuana infused product manufacturers must comply with the new universal symbol rules by October 1. By December 1, retail stores and medical centers may only sell marijuana marked with the universal symbol.

• Retail marijuana specific universal symbol rules: Every single standardized serving (a serving consists of 10 mg of THC) of an edible retail marijuana product must be individually marked, stamped or imprinted with the new universal symbol.

• When impractical to mark an edible retail marijuana product with the universal symbol, as in the case of bulk goods and powders, these products must be packaged in a single serving, child-resistant container.

• In an edible retail marijuana product that contains multiple servings, each single standardized serving must be marked, stamped or imprinted with the universal symbol.

• Medical marijuana specific universal symbol rules: Edible medical marijuana infused products must be marked, stamped or imprinted with the universal symbol.

• Medical marijuana infused product manufacturers may choose to determine standard portions. Each portion must be marked, stamped or imprinted with the universal symbol.

Other important marijuana packaging rules going into effect October 1:

• The words "candy" or "candies" cannot appear on marijuana or marijuana packaging, unless part of the marijuana establishment's name.

• Each container of medical and retail marijuana must be labeled with necessary and relevant information for consumers, including a potency statement and a contaminant testing statement. The information must be easily accessible to consumers, clear and noticeable. Health and physical benefit claims cannot be included on labels.

"Our priority is protecting the public health and safety of all Coloradans," said Barbara Brohl, executive director of the Colorado Department of Revenue. "We collaborated extensively with all stakeholders to develop sensible rules that will provide consumers more information about what they're buying and to ensure marijuana stays out of the hands of children. It is critical for retail and medical marijuana businesses licensed by the Department of Revenue to understand their role in implementing these new rules on time."

The new universal symbol is a visual indicator that a product contains marijuana. The symbol will help both consumers and non-consumers easily identify marijuana products, understand what a standard serving size is and avoid unintentional ingestion. Equally important, these rules will allow parents, school officials and other authorities to identify marijuana products even when not in packaging.

"With the new universal symbol, people can more easily identify marijuana products, monitor their intake by serving size and avoid eating too much," said Dr. Larry Wolk, executive director and chief medical officer at the Colorado Department of Public Health and Environment. "And by making marijuana labels less appealing to children, we hope to keep them from accidentally eating THC and suffering the consequences."

For more information, visit www.GoodToKnowColorado.com or the Colorado Department of Revenue's Marijuana Enforcement Division website.

## Durbin is honored for BOCES work

At the regular Board of Directors Meeting for Northeast Colorado BOCES held on Monday, September 26, Board President Jay Wisdom was able to present Special Education Director Tamara Durbin with the Roy G. Brubacher Award. The Roy G. Brubacher Award is the highest honor given by the Colorado BOCES Association to recognize outstanding BOCES leadership to a BOCES for a period of five or more years.

Nomination letters on behalf of Mrs. Durbin cited her knowledge, worth ethic, and ability to communicate with others all while focused on the needs of students in her care. Northeast Colorado BOCES Executive Director Bret Miles said, "Tamara is well-known throughout the state. She serves on several important committees advocating for all students in the state, while making sure that the needs of her students in Northeast Colorado are also taken into consideration. She combines her years of experience, her vast network, and her tremendous work ethic to help our schools and students succeed."

Haxtun Superintendent Darcy Garretson remarked that, "…in her role as special Education Director, she supports the entire system, coordinating all the people, processes and materials. Tamara does this with a professional grace and makes it look deceptively easy as she soothes a distraught parent, bolsters a teacher who needs support/guidance, explains a program to administrators and school board members, or interacts with a student."

Tamara Durbin is in her 17th year as Director of Special Education for Northeast Colorado BOCES. She serves over 600 students with disabilities in 12 school districts including: Akron, Fleming, Haxtun, Holyoke, Julesburg, Lone Star, Merino, Otis, Peetz, Revere, Wray and Yuma.



Courtesy Photo
Northeast Colorado BOCES Board President Jay Wisdom was able to present Special Education Director Tamara Durbin with the Roy G. Brubacher Award, earlier this week.

### A little casino luck

Pioneer Photo/Tony Rayl
YHS junior Connor Hixon has sophomore Dillon White blow on his dice before throwing them at the craps table, during Casino Night, Monday as part of the YHS Homecoming Week festivities.

## Child care fall workshop Oct. 15

The Northeast Colorado Child Care Resource and Referral will be holding the 2016 Fall Workshops for child care providers and early childhood educators in Northeast Colorado on October 15 in Yuma. This day of training is for family child care providers and center/preschool staff.

The cost to attend the day long workshops is $30. But if four or more registrations are received in one envelope, the cost goes down to $25. There will be a continental breakfast and catered lunch. During lunch we will have a licensing Q&A and door prizes awarded. Those attending the entire day will receive seven hours of continuing education.

You can find out more about the workshop at www.ncccrr.org, their Facebook page, or contact Sheila Anzlovar at the Northeast Colorado Child Care Resource and Referral at 970-848-3867. Registrations are requested by October 10 but late registrations are accepted.

Workshops are sponsored by the Colorado Department of Human Services, Early Childhood Council for Yuma, Washington and Kit Carson Counties, Qualistar Colorado, Lincoln County Department of Human Services, Yuma County Department of Human Services and the Rural Communities Resource Center.



### Yellow Ribbon Suicide Fundraiser Yuma County Chapter
Saturday, October 8, 6:30 p.m.
Kitzmiller Auditorium in Wray

*Christian Community Night with live praise music by Red Letter Band of Yuma and a special presentation from Tom Harmsen, founder of Begin Anew.*

*Goodwill donation event, all proceeds go to the Yellow Ribbon Program.*

### Medicare Wellness Day
Tuesday, October 4th
Yuma District Hospital
Health Park
9:00 am to 1:00 pm
*In case of inclement weather it will be held inside.*

Annual Medicare Wellness Visit
Meet with a provider
Meet our new provider, Dr Natasha Deming
Learn about the Health Park

Call ahead for a registration packet.
The number to call is **848-4640**.
Pre-registration is preferred but walk-ins are welcome. No out of pocket cost for services.



**Medicare Patients Only**

---

Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and the Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

**Who is a Class Member?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

**What Does the Settlement Provide?**
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

**What are my options?**
To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com

ticidepreventioncolorado.org, call in information at www.uberconference.com/ccolorado or call 888-644-53, No PIN needed.

Please RSVP to Maranda Iller at marandam@centenalmhc.org or 970.522.4549.

Overview: Animals and humans have shared a special lationship since the beginning of time. Physical as well emotional benefits have en experienced for many d'thus many regard Animal sisted Therapy (AAT) as effective way to help those uggling with mental health ues. Becky Greenwood LPC d her therapy dog Hershel ll provide a brief history AAT as well as insight into connection between anils and a decrease in mental alth illnesses. She will talk ecifically about utilizing AT with clients diagnosed th post traumatic stress disier and those with active

Assisted Therapy. Becky is teamed with her Boxer Hershel to provide Animal Assisted Therapy at CMHC. Becky is currently pursuing her PsyD. in Clinical Psychology through Walden University. Hershel is a 5 year old male boxer, who came to Becky's family about 4 ½ years ago, from a Boxer Rescue in Phoenix Az. Hershel loves to watch for squirrels and rabbits out his front window and on occasion-actually chase them! He also loves going to the office and meeting all sorts of people and getting much loved stomach scratches! He lives with two other boxers, Maggie and Duke.

Educational sessions are free and open to the public. For more information go to www.suicidepreventioncolorado.org or email info@suicidepreventioncolorado.org.

About the Suicide Prevention Coalition of Colorado: The Suicide Prevention Coalition of Colorado (SPCC) was



## The Hearing Place
**Serving NE Colorado Since 1989**
Better Hearing • Better Life

Mike Walker, BC, HIS

Located at Yuma Community Center, 421 E. 2nd Avenue

Thursday, October 13, 1:30 to 4 p.m.
Thursday, October 27, 1:30 to 4 p.m.

*All walk-ins welcome*
*Quality Hearing Instruments - Sales & Service*

www.thehearingplaceco.com • 844-266-8380

 **Trusted Choice**
We serve you first.

Ma**i**
In**s**
Dave Frank Ag**e**
•Crop • Home • Auto •
• Business • Bonds • I
email: dfrank.msi@gma
317 South Main • P.O. B
970-848-5382    Yuma, CO 80759

Main Street Insurance is an Equal Opportunity Emplo

---

# Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?
Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?
To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com



Yuma Pioneer — Thursday, October 13, 2016 — Page 6

Hospice is no different. Obviously, you are not expected to perform the labor listed above or become a caregiver, but rather to remain a friend and neighbor.

For those living with a terminal illness who have the strength to remain fairly active, Hospice Volunteers might join the individual at the coffee shop, or perhaps an afternoon of fishing, shopping or checking crops. Those whose strength has declined may enjoy a friendly card game, tea over a puzzle, assistance with a project, an opportunity to visit or simply to appreciate your compassionate presence.

You have everything it takes to journey with someone during his or her final months planning a volunteer Training beginning October 18. In order to accommodate yo schedule, please consider t following options: Three hour classes on alternati Saturday mornings or four ½-hour trainings on Tuesd evenings or perhaps twice p week. Other suggestions a welcome! Dependent up interest, the trainings will held central to the greate number of interested parties

Please call Wendy at (97 332-4116 or Kody Dixon at (97 332-2347 regarding your inte est and training preferenc Time invested for the trai ing pales in comparison wi knowing you have helped yo neighbor at the most vulne able time of his/her life!

## Meals on Wheels

Thursday, October 13 - Spicy pork tips, fried rice, stir fry spinach, dinner roll/bread and fruit cocktail.

Friday, October 14 - Beef stroganoff, noodles, glazed carrots, dinner roll/bread and sugar cookie.

Saturday, October 15 - BBQ pork ribette, mashed potatoes, braised cabbage, cornbread and tropical fruit.

Sunday, October 16 - Pot roast, potatoes & carrots, dinner roll/bread and chilled pears.

Monday, October 17 - Chicken scallopini, spaghetti noodles, Italian green beans, garlic bread and lemon pudding.

Tuesday, October 18 - Hamburger on a bun, French frie creamy coleslaw and pineap ple tidbits.

Wednesday, October 19 Country fried steak w/cream gravy, mashed potatoes, slice carrots, dinner roll/bread an yellow cake with frosting.

Thursday, October 20 - Bee teriyaki, rice, Oriental veg table blend, dinner roll/brea and tropical fruit.

Please call the Yuma Lif Care Center before 9 a.m. t find out what that day's a ternate is and order it if yo prefer. The menus above ar subject to change. If you ar interested in receiving Meal on Wheels please call 848-580 and ask for the kitchen.

## Meet and Eat

Friday, October 14 - Roast beef, mashed potatoes & gravy, peas & carrots, Anna's dilly bread and cranberry sauce.

Tuesday, October 18 - braised beef, mashed potatoes, Harvard beets, roll, cinnamon apple slices and cookies.

Wednesday, October 19 - sweet & sour pork, rice, spinach cauliflower, ww roll and pear orange fruit cup.

Yuma Meet & Eat is serving Tuesday, Wednesday and Fri days. To make your reserva tion call 848-2038 the day before the meal. Suggested donation for 60 plus is $3, your particip pation is required to keep this meal site vital. Please come join us for lunch!



**The Yuma Clinic is open until 7:00 p.m. Monday-Wednesdays**

*Let The Yuma Pioneer help grow your business. Print, digital, online, we have you covered in today's advertising world. Call 848-2174 or email yumapioneer@centurytel.net*

---

## Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

### Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

### What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

### What are my options?

To get a share of the Net Settlement Fund, you <u>must file a claim</u> by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

This is a summary only. For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

1-844-528-0187
www.RockyFlatsSettlement.com



125 East 2nd Street
Salida, CO 81201
Ph: (719)539-6691
Fax: (719)539-1137

The Mountain Mail • The Chaffee County Times • The Herald Democrat • The Flume

RE: Class action suit
Rocky Flats

10-6-16

To whom it concerns:

I made a clerical error scheduling the advertising insertions from Colorado Press Association for the Rocky Flats class action suit. The ads were to be scheduled for the Leadville Herald Democrat. I inadvertently scheduled the 9-22-16 and 9-29-16 advertisements in our sister paper, The Chaffee County Times.

I apologize for any inconvenience I have cause Colorado Press Association or the representatives for the Rocky Flats action suit.

As requested I have attached the tear sheets from the Chaffee County Times with this letter.

I also have rescheduled the correct ad for the correct dates in the Leadville Herald Democrat.
10-6; 10-13; 10-20; 10-27 2016.


Thank you for your understanding and patience in this matter.
Sincerely,
Vickie Sue Vigil
Advertising Director




Publisher: Merle J Baranczyk

The Mountain Mail • The Chaffee County Times • The Herald Democrat • The Flume



734 S. Seventh Street          Grand Junction, CO  81501          (970) 242-5050

November 4, 2016

To Whom It May Concern:

Due to a scheduling error on behalf of The Daily Sentinel. The Rocky Flats legal ad did not run in our paper on October 9 as requested by Client.

We apologize for this error.

Sincerely,

*Linda Wilson*

Linda Wilson
Account Executive
The Daily Sentinel
Grand Junction, CO
Linda.Wilson@gjsentinel.com
970-256-4292



2500 55th Street  
Suite 210  
Boulder, CO 80301

November 4, 2016

To Whom It May Concern:

Due to an error with an internal system that saves all camera ready ads, the Rocky Flats ad scheduled to run in the 10.15 issue of the Canon City Daily Record did not run as ordered. Colorado Press sent the order and we scheduled it correctly. You will not be charged for the ad.

Thank you for all of your business and please feel free to reach out to me with any questions.

Kathy G. Johnson  
Director Major Accounts  
303-473-1414  
johnsonk@dailycamera.com

Akron News Reporter • Broomfield Enterprise • Brush News-Tribune • Burlington Record • Canon City Daily Record
Colorado Daily • Daily Camera • Estes Park Trail-Gazette • Fort Morgan Times • Julesburg Advocate • Lamar Daily News
Longmont Times-Call • Loveland Reporter-Herald • Sterling Journal-Advocate