# Exhibit D

## National Cable Television
## Total Spots  85

*HF Media LLC*

*Rocky Flats Settlement*

# TNT

| Date | Time | Program | Length |
|---|---|---|---|
| 9/22/16 | 7:29 PM | PRIME DRAMAS | :30 |
| 9/23/16 | 7:26 PM | PRIME DRAMAS | :30 |
| 9/20/16 | 5:36 PM | SERIES 5-7P | :30 |
| 9/21/16 | 6:40 PM | SERIES 5-7P | :30 |
| 9/22/16 | 5:11 PM | SERIES 5-7P | **:30** |
| 9/24/16 | 6:03 AM | WEEKEND | :30 |
| 9/24/16 | 7:04 AM | WEEKEND | :30 |
| 9/24/16 | 7:28 AM | WEEKEND | :30 |
| 9/24/16 | 12:41 PM | WEEKEND | :30 |
| 9/25/16 | 6:09 AM | WEEKEND | :30 |
| 9/25/16 | 6:26 AM | WEEKEND | **:30** |
| 9/25/16 | 4:34 PM | WEEKEND | :30 |
| 9/26/16 | 7:04 AM | DAYTIME | **:30** |
| 9/26/16 | 2:16 PM | DAYTIME | :30 |
| 9/27/16 | 12:51 PM | DAYTIME | :30 |
| 9/29/16 | 7:14 AM | DAYTIME | :30 |
| 9/30/16 | 7:42 AM | DAYTIME | :30 |
| 10/1/16 | 6:47 PM | PRIME | :30 |
| 9/27/16 | 9:53 PM | PRIME DRAMAS | **:30** |
| 9/27/16 | 4:42 PM | SERIES 3-5P | :30 |
| 9/28/16 | 4:43 PM | SERIES 3-5P | :30 |
| 9/30/16 | 4:31 PM | SERIES 3-5P | :30 |
| 10/1/16 | 12:23 PM | WEEKEND | :30 |
| 10/1/16 | 2:11 PM | WEEKEND | :30 |
| 10/2/16 | 11:21 AM | WEEKEND | **:30** |
| | | **Total Spots** | **25** |

# CNN

| Date | Time | Program | Length |
|---|---|---|---|
| 9/22/16 | 11:21 AM | CNN News Daytime M-F 10a-12n | **:30** |
| 9/19/16 | 9:40 AM | CNN Newsroom M-F 9a | :30 |
| 9/19/16 | 11:12 PM | CNN Prime News M-TH 10p-12a | **:30** |
| 9/21/16 | 2:29 AM | CNN Prime News M-TH 1a-3a | :30 |
| 9/25/16 | 5:43 PM | CNN Weekend Sunday 1p-7p | :30 |
| 9/19/16 | 7:14 PM | Erin Burnett OutFront M-F 7p | :30 |
| 9/22/16 | 4:51 PM | The Lead w/ Jake Tapper M-F 4p | :30 |
| 9/21/16 | 5:36 PM | The Situation Room M-F 5-7p | :30 |
| 9/30/16 | 8:42 PM | Anderson Cooper 360 M-F 8p-9p | **:30** |
| 9/30/16 | 2:30 PM | CNN News Daytime M-F 10a-3p | :30 |
| 9/27/16 | 9:48 AM | CNN Newsroom M-F 9a | :30 |
| 10/1/16 | 1:11 PM | CNN Weekend Sa 12p-7p | :30 |
| 10/1/16 | 6:14 PM | CNN Weekend Sa 12p-7p | :30 |
| 10/1/16 | 11:15 PM | Original Series/Specials Prime Saturday 11p-3a | :30 |
| 10/1/16 | 9:33 PM | Original Series/Specials Prime Saturday 7p-11p | **:30** |
| 10/2/16 | 7:26 PM | Original Series/Specials Prime Sunday 7p-11p | :30 |
| 9/30/16 | 4:26 PM | The Lead w/ Jake Tapper M-F 4p | :30 |
| 9/30/16 | 5:40 PM | The Situation Room M-F 5-7p | :30 |
| 9/30/16 | 9:45 AM | CNN Newsroom M-F 9a | :30 |
| 10/1/16 | 2:52 AM | Original Series/Specials Prime Saturday 11p-3a | :30 |
| 10/1/16 | 7:30 PM | Original Series/Specials Prime Saturday 7p-11p | **:30** |
| 9/26/16 | 5:09 PM | The Situation Room M-F 5-7p | :30 |
| 10/8/16 | 4:52 PM | CNN Weekend Sa 12p-7p | :30 |
| 10/8/16 | 11:20 AM | Saturday Morning 9a-12n | **:30** |
| | | **Total Spots** | **24** |

# FOX NEWS NETWORK

| Date | Time | Program | Length |
|---|---|---|---|
| 9/19/16 | 5:55 AM | Fox & Friends First 5 am | :30 |
| 9/19/16 | 2:43 PM | America's Election Headquarters M-F 2-3pm | :30 |
| 9/19/16 | 10:55 PM | Hannity 10 PM 1 Hour | :30 |
| 9/20/16 | 5:55 AM | Fox & Friends First 5m | :30 |
| 9/22/16 | 4:15 PM | Your World Neil Cavuto M-F 4-5pm | :30 |
| 9/22/16 | 9:56 PM | The Kelly File 9pm | :30 |
| 9/23/16 | 10:22 AM | America's Newsroom M-F 10-11am | :30 |
| 9/23/16 | 12:27 PM | Outnumbered 12-1pm | :30 |
| 9/23/16 | 10:41 PM | Hannity 10 PM 1 Hour | :30 |
| 9/23/16 | 8:35 PM | O'Reilly Factor M-F 8-9pm | :30 |
| 9/23/16 | 5:24 PM | The Five M-F 5pm | :30 |
| 9/24/16 | 3:56 PM | Journal Editorial Report 3pm SS | :30 |
| 9/25/16 | 4:31 PM | Your World Neil Cavuto SS 4pm | :30 |
| 9/26/16 | 4:20 PM | Your World Neil Cavuto M-F 4-5pm | :30 |
| 9/26/16 | 1:58 PM | Happening Now 1-2pm | :30 |
| 9/26/16 | 11:49 AM | Happening Now 11am-12n | :30 |
| 9/27/16 | 7:21 AM | Fox & Friends First M-F 7-8am | :30 |
| 9/27/16 | 8:18 PM | O'Reilly Factor M-F 8-9pm | :30 |
| 9/27/16 | 10:58 PM | Hannity 10 PM 1 Hour | :30 |
| 9/28/16 | 7:41 AM | Fox & Friends M-F 7-9am | :30 |
| 9/28/16 | 7:56 PM | On The Record 7pm | :30 |
| 9/28/16 | 4:22 PM | Your World Neil Cavuto M-F 4-5pm | :30 |
| 9/28/16 | 1:13 PM | Happening Now 1-2pm | :30 |
| 9/29/16 | 2:56 PM | America's Election Headquarters M-F 2-3pm | :30 |
| 9/29/16 | 5:54 AM | Fox & Friends First 5am | :30 |
| 9/29/16 | 11:54 PM | O'Reilly Factor M-F 11pm-12M | :30 |
| 9/29/16 | 1:31 PM | Happening Now 1-2pm | :30 |
| 9/29/16 | 9:29 PM | The Kelly File 9pm | :30 |
| 9/30/16 | 5:12 PM | The Five M-F 5pm | :30 |
| 9/30/16 | 1:57 PM | Happening Now 1-2pm | :30 |
| 9/30/16 | 5:12 PM | Fox & Friends First 5am | :30 |
| 9/30/16 | 10:56 PM | Hannity 10pm 1 Hour | :30 |
| 9/30/16 | 7:38 PM | On The Record 7pm | :30 |
| 9/30/16 | 8:40 PM | O'Reilly Factor M-F 8-9pm | :30 |
| 10/1/16 | 9:29 AM | Fox & Friends SS 9-10am | :30 |
| 10/2/16 | 11:57 AM | Media Buzz SS 11-12pm | :30 |
| | | **Total Spots** | **36** |