# Exhibit E

**Denver, CO - Broadcast TV**
**Total Spots 228**

*HF Media LLC*
*Rocky Flats Settlement*

# KCNC-TV

| Date | Time | Program | Length |
|---|---|---|---|
| 09/19/16 | 07:55:31A | CBS THIS MORNING | :30 |
| 09/19/16 | 12:13:27P | CBS DAYTIME | :30 |
| 09/19/16 | 05:28:29P | NEWS 4 AT 5 PM | :30 |
| 09/20/16 | 08:40:21A | CBS THIS MORNING | :30 |
| 09/20/16 | 12:18:53P | CBS DAYTIME | :30 |
| 09/20/16 | 05:22:28P | NEWS 4 AT 5 PM | :30 |
| 09/20/16 | 08:46:53P | CBS THIS MORNING | :30 |
| 09/20/16 | 09:36:33P | CBS DAYTIME | :30 |
| 09/20/16 | 10:29:44P | LATE NEWS M-SU | :30 |
| 09/21/16 | 08:40:46A | CBS THIS MORNING | :30 |
| 09/21/16 | 09:57:15A | CBS DAYTIME | :30 |
| 09/21/16 | 02:27:00P | CBS DAYTIME | :30 |
| 09/21/16 | 05:21:46P | NEWS 4 AT 5 PM | :30 |
| 09/22/16 | 08:54:00A | CBS THIS MORNING | :30 |
| 09/23/16 | 08:40:28A | CBS THIS MORNING | :30 |
| 09/23/16 | 10:29:16A | CBS DAYTIME | :30 |
| 09/23/16 | 12:10:52P | CBS DAYTIME | :30 |
| 09/23/16 | 04:27:48P | CBS DAYTIME | :30 |
| 09/23/16 | 05:13:20P | NEWS 4 AT 5 PM | :30 |
| 09/24/16 | 07:24:32A | WEEKEND EARLY MORNING | :30 |
| 09/24/16 | 06:06:22P | EARLY NEWS | :30 |
| 09/24/16 | 11:58:26P | BLUE BLOODS | :30 |
| 09/25/16 | 07:22:08A | WEEKEND EARLY MORNING | :30 |
| 09/26/16 | 08:40:39A | CBS THIS MORNING | :30 |
| 09/26/16 | 03:48:37P | CBS DAYTIME | :30 |
| 09/26/16 | 05:11:49P | NEWS 4 AT 5 PM | :30 |
| 09/27/16 | 08:27:11A | CBS THIS MORNING | :30 |
| 09/27/16 | 03:42:14P | CBS DAYTIME | :30 |
| 09/27/16 | 04:20:59P | CBS DAYTIME | :30 |
| 09/27/16 | 05:11:04P | NEWS 4 AT 5 PM | :30 |
| 09/28/16 | 07:58:02A | CBS THIS MORNING | :30 |
| 09/28/16 | 03:24:50P | CBS DAYTIME | :30 |
| 09/28/16 | 05:20:55P | NEWS 4 AT 5 PM | :30 |
| 09/29/16 | 08:43:15A | CBS THIS MORNING | :30 |

| | | | |
|---|---|---|---|
| 09/29/16 | 09:56:30A | CBS DAYTIME | :30 |
| 09/29/16 | 03:28:20P | CBS DAYTIME | :30 |
| 09/29/16 | 05:21:05P | NEWS 4 AT 5 PM | :30 |
| 09/30/16 | 08:47:24A | CBS THIS MORNING | :30 |
| 09/30/16 | 09:57:30A | CBS DAYTIME | :30 |
| 09/30/16 | 11:27:58A | CBS DAYTIME | :30 |
| 10/01/16 | 06:28:57A | WEEKEND EARLY MORNING | :30 |
| 10/01/16 | 07:24:34A | WEEKEND EARLY MORNING | :30 |
| 10/01/16 | 06:13:51P | WEEKEND NEWS | :30 |
| 10/01/16 | 11:56:16P | WEEKEND ROS | :30 |
| 10/02/16 | 06:54:43A | WEEKEND EARLY MORNING | :30 |
| | | **Total Spots** | **45** |

## KDVR-TV

| Date | Time | Program Name | Length |
|---|---|---|---|
| Sep19/16 | 5:57:00A | GD DAY CO 530A | :30 |
| Sep20/16 | 5:43:29A | GD DAY CO 530A | :30 |
| Sep26/16 | 5:54:14A | GD DAY CO 530A | :30 |
| Sep28/16 | 5:30:39A | GOOD DAY CO 5A-GD DAY CO 530A | :30 |
| Sep19/16 | 7:54:04A | GOOD DAY CO 7A | :30 |
| Sep20/16 | 7:42:21A | GOOD DAY CO 7A | :30 |
| Sep22/16 | 7:57:33A | GOOD DAY CO 7A | :30 |
| Sep26/16 | 7:11:16A | GOOD DAY CO 7A | :30 |
| Sep28/16 | 7:28:29A | GOOD DAY CO 7A | :30 |
| Sep30/16 | 7:42:52A | GOOD DAY CO 7A | :30 |
| Sep19/16 | 4:47:56A | GD DAY CO 430A | :30 |
| Sep20/16 | 4:42:46A | GD DAY CO 430A | :30 |
| Sep21/16 | 4:49:19A | GD DAY CO 430A | :30 |
| Sep26/16 | 4:53:55A | GD DAY CO 430A | :30 |
| Sep29/16 | 4:48:13A | GD DAY CO 430A | :30 |
| Sep30/16 | 4:40:35A | PAID PROGRAM | :30 |
| Sep19/16 | 9:50:11A | LIVE WTH KELLY | :30 |
| Sep22/16 | 9:48:40A | LIVE WTH KELLY | :30 |
| Sep28/16 | 9:55:00A | LIVE WTH KELLY | :30 |
| Sep30/16 | 9:29:54A | LIVE WTH KELLY | :30 |
| Sep19/16 | 11:11:31A | FOX31 NWS 11AM | :30 |
| Sep20/16 | 11:24:28A | FOX31 NWS 11AM | :30 |
| Sep28/16 | 11:28:10A | FOX31 NWS 11AM-JEOPARDY TWO | :30 |
| Sep30/16 | 11:13:39A | FOX31 NWS 11AM | :30 |
| Sep19/16 | 5:24:24P | FOX31 NEWS 5P | :30 |
| Sep20/16 | 5:29:54P | FOX31 NEWS 5P-FOX31 NWS 530P | :30 |
| Sep21/16 | 5:13:16P | FOX31 NEWS 5P | :30 |
| Sep26/16 | 5:22:56P | FOX31 NEWS 5P | :30 |
| Sep29/16 | 5:23:51P | FOX31 NEWS 5P | :30 |
| Sep30/16 | 5:23:29P | FOX31 NEWS 5P | :30 |
| Sep20/16 | 6:05:53P | JEOPARDY | :30 |
| Sep22/16 | 6:13:22P | JEOPARDY | :30 |
| Sep26/16 | 6:24:33P | JEOPARDY | :30 |
| Sep27/16 | 6:13:13P | JEOPARDY | :30 |
| Sep19/16 | 8:20:42P | LUCIFER-FOX | :30 |
| Sep20/16 | 8:41:21P | SCREAM QNS-FOX | :30 |
| Sep27/16 | 8:24:40P | SCREAM QNS-FOX | :30 |
| Sep28/16 | 7:44:41P | LETHAL WPN-FOX | :30 |

| Date | Time | Program | Length |
|---|---|---|---|
| Sep20/16 | 10:23:35P | FOX31 NWS 10P | :30 |
| Sep23/16 | 10:29:47P | FOX31 NWS 10P/SEINFELD | :30 |
| Sep26/16 | 10:28:01P | FOX31-NWS10 L | :30 |
| Sep29/16 | 10:11:42P | FOX31 NWS 10P | :30 |
| Sep25/16 | 9:48:30P | FOX31 NWS 930P | :30 |
| Oct2/16 | 9:41:08P | FOX31 NWS 930P | :30 |
| Sep19/16 | 10:56:01P | SEINFELD | :30 |
| Sep20/16 | 10:55:51P | SEINFELD | :30 |
| Sep21/16 | 11:00:01P | SEINFELD-SEINFELD B | :30 |
| Sep26/16 | 11:12:40P | SEINFELD | :30 |
| Sep28/16 | 11:01:24P | SEINFELD-SEINFELD B | :30 |
| Sep30/16 | 11:03:59P | SEINFELD B | :30 |
| Sep24/16 | 1:17:48P | FOX SAT BSBLL | :30 |
| Oct1/16 | 11:37:25A | FOX SAT BSBLL | :30 |
| Oct1/16 | 4:52:03P | FOX COLLGE FB2 | :30 |
| Sep24/16 | 9:01:39P | FOX COLLG FTBL | :30 |
| Oct2/16 | 5:59:02P | OT-FOX-FOX31 NEWS 5P | :30 |
| Sep25/16 | 3:41:40P | FOX NFL SU-GM2 | :30 |
| | | **Total Spots** | **56** |

# KUSA-TV

| Date | Time | Program Name | Length |
|---|---|---|---|
| Sep22/16 | 5:49:06A | 9NEWS DAYBREAK 5:30A | :30 |
| Sep25/16 | 7:42:24A | 9NEWS SUNDAY MORNING | :30 |
| Sep19/16 | 9:53:25A | TODAY SHOW 2 | :30 |
| Sep20/16 | 9:26:04A | TODAY SHOW 2 | :30 |
| Sep21/16 | 9:53:40A | TODAY SHOW 2 | :30 |
| Sep20/16 | 11:47:24A | TODAY SHOW 3 | :30 |
| Sep21/16 | 11:53:38A | TODAY SHOW 3 | :30 |
| Sep22/16 | 11:29:04A | TODAY SHOW 3 | :30 |
| Sep20/16 | 12:26:42P | 9NEWS AT NOON | :30 |
| Sep21/16 | 12:14:11P | 9NEWS AT NOON | :30 |
| Sep22/16 | 12:21:26P | 9NEWS AT NOON | :30 |
| Sep19/16 | 3:22:41P | ELLEN DEGENERES | :30 |
| Sep20/16 | 3:39:15P | ELLEN DEGENERES | :30 |
| Sep24/16 | 5:17:25P | 9NEWS SAT | :30 |
| Sep19/16 | 10:30:40P | 9NEWS 10P M-F | :30 |
| Sep25/16 | 10:29:47P | 9NEWS 10P SUN | :30 |
| Sep19/16 | 12:01:44A | LATE NIGHT | :30 |
| Sep20/16 | 12:18:22A | LATE NIGHT | :30 |
| Sep21/16 | 11:56:17P | LATE NIGHT | :30 |
| Sep22/16 | 12:03:13A | LATE NIGHT | :30 |
| Sep23/16 | 12:11:02A | LATE NIGHT | :30 |
| Oct2/16 | 5:58:42A | NBC TODAY SHOW (SU) | :30 |
| Oct2/16 | 6:55:20A | NBC TODAY SHOW (SU) | :30 |
| Sep26/16 | 10:21:46A | COLORADO & COMPANY | :30 |
| Sep27/16 | 10:21:19A | COLORADO & COMPANY | :30 |
| Sep28/16 | 10:19:48A | COLORADO & COMPANY | :30 |
| Sep29/16 | 10:42:24A | COLORADO & COMPANY | :30 |
| Sep26/16 | 6:58:00P | PRIME | :30 |
| Sep27/16 | 9:29:58P | PRIME | :30 |
| Sep29/16 | 7:18:21P | PRIME | :30 |
| Sep30/16 | 8:37:39P | PRIME | :30 |
| | | **Total Spots** | **31** |

# KMGH-TV

| Date | Airtime | Program | Length |
|---|---|---|---|
| 09/19/16 | 4:51:36 AM | 7News at 430am | :30 |
| 09/19/16 | 5:28:07 AM | 7News at 5am | :30 |
| 09/19/16 | 5:58:05 AM | 7News at 5am | :30 |
| 09/19/16 | 10:58:46 AM | View (The) | :30 |
| 09/19/16 | 11:32:25 AM | 7News at 11am | :30 |
| 09/19/16 | 12:30:50 PM | Chew (The) | :30 |
| 09/19/16 | 2:58:30 PM | Real (The) | :30 |
| 09/19/16 | 3:45:35 PM | Inside Edition | :30 |
| 09/19/16 | 4:38:33 PM | Now (The) | :30 |
| 09/19/16 | 6:12:05 PM | 7News Right Now | :30 |
| 09/19/16 | 6:55:25 PM | List (The) | :30 |
| 09/19/16 | 10:26:44 PM | 7News at 10pm | :30 |
| 09/20/16 | 5:52:29 AM | 7News at 5am | :30 |
| 09/20/16 | 6:27:12 AM | 7News at 6am | :30 |
| 09/20/16 | 8:55:31 AM | Good Morning America | :30 |
| 09/20/16 | 10:35:05 AM | View (The) | :30 |
| 09/20/16 | 2:32:12 PM | Real (The) | :30 |
| 09/20/16 | 3:57:11 PM | Inside Edition | :30 |
| 09/20/16 | 4:28:51 PM | Now (The) | :30 |
| 09/20/16 | 5:22:41 PM | 7News at 5pm | :30 |
| 09/20/16 | 6:54:18 PM | List (The) | :30 |
| 09/20/16 | 12:01:56 XM | Nightline | :30 |
| 09/21/16 | 7:27:31 AM | Good Morning America | :30 |
| 09/21/16 | 12:56:00 PM | Chew (The) | :30 |
| 09/21/16 | 2:33:22 PM | Real (The) | :30 |
| 09/21/16 | 3:45:55 PM | Inside Edition | :30 |
| 09/21/16 | 11:38:40 PM | Nightline | :30 |
| 09/22/16 | 5:43:22 AM | 7News at 5am | :30 |
| 09/22/16 | 6:43:27 AM | 7News at 6am | :30 |
| 09/22/16 | 11:49:13 AM | 7News at 11am | :30 |
| 09/23/16 | 4:57:45 AM | 7News at 430am | :30 |
| 09/23/16 | 8:41:12 AM | Good Morning America | :30 |
| 09/23/16 | 4:54:46 PM | Now (The) | :30 |
| 09/23/16 | 4:59:00 PM | 7News at 5pm | :30 |
| 09/23/16 | 6:25:52 PM | 7News Right Now | :30 |
| 09/23/16 | 10:31:41 PM | 7News at 10pm | :30 |
| 09/24/16 | 6:44:53 AM | Good Morning America | :30 |
| 09/24/16 | 8:53:57 AM | 7News Wknd Morning | :30 |
| 09/24/16 | 5:40:48 PM | 7News at 5pm | :30 |

| Date | Time | Program | Duration |
|---|---|---|---|
| 09/24/16 | 10:10:49 PM | 7News at 10pm | :30 |
| 09/24/16 | 10:55:01 PM | Castle (Syn) | :30 |
| 09/25/16 | 6:26:30 AM | Good Morning America | :30 |
| 09/25/16 | 7:10:09 AM | 7News Wknd Morning | :30 |
| 09/25/16 | 9:46:52 AM | 7News Wknd Morning | :30 |
| 09/25/16 | 5:39:40 PM | 7News at 5pm | :30 |
| 09/25/16 | 10:52:48 PM | 7News at 10pm | :30 |
| 09/25/16 | 11:55:28 PM | Castle (Syn) | :30 |
| 09/26/16 | 4:38:17 AM | 7News at 430am | :30 |
| 09/26/16 | 6:10:22 AM | 7News at 6am | :30 |
| 09/26/16 | 7:58:25 AM | Good Morning America | :30 |
| 09/26/16 | 2:29:46 PM | Real (The) | :30 |
| 09/26/16 | 4:26:50 PM | Now (The) | :30 |
| 09/26/16 | 5:28:56 PM | 7News at 5pm | :30 |
| 09/26/16 | 11:51:22 PM | Nightline | :30 |
| 09/27/16 | 4:58:01 AM | 7News at 430am | :30 |
| 09/27/16 | 5:22:08 AM | 7News at 5am | :30 |
| 09/27/16 | 6:43:45 AM | 7News at 6am | :30 |
| 09/27/16 | 7:24:31 AM | Good Morning America | :30 |
| 09/27/16 | 10:58:46 AM | View (The) | :30 |
| 09/27/16 | 11:44:24 AM | 7News at 11am | :30 |
| 09/27/16 | 2:40:11 PM | Real (The) | :30 |
| 09/27/16 | 3:57:04 PM | Inside Edition | :30 |
| 09/27/16 | 6:27:07 PM | 7News Right Now | :30 |
| 09/27/16 | 6:54:33 PM | List (The) | :30 |
| 09/28/16 | 5:12:00 AM | 7News at 5am | :30 |
| 09/28/16 | 5:50:59 AM | 7News at 5am | :30 |
| 09/28/16 | 10:58:46 AM | View (The) | :30 |
| 09/28/16 | 11:23:45 AM | 7News at 11am | :30 |
| 09/28/16 | 12:32:10 PM | Chew (The) | :30 |
| 09/28/16 | 3:51:41 PM | Inside Edition | :30 |
| 09/28/16 | 10:32:42 PM | 7News at 10pm | :30 |
| 09/28/16 | 12:02:16 XM | Nightline | :30 |
| 09/29/16 | 5:42:41 AM | 7News at 5am | :30 |
| 09/29/16 | 8:47:53 AM | Good Morning America | :30 |
| 09/29/16 | 9:58:14 AM | Wendy Williams Show (The) | :30 |
| 09/29/16 | 11:59:14 AM | 7News at 11am | :30 |
| 09/29/16 | 3:57:13 PM | Inside Edition | :30 |
| 09/29/16 | 4:41:54 PM | Now (The) | :30 |
| 09/29/16 | 6:11:10 PM | 7News Right Now | :30 |
| 09/29/16 | 6:54:10 PM | List (The) | :30 |
| 09/30/16 | 11:51:05 AM | 7News at 11am | :30 |

| | | | |
|---|---|---|---|
| 09/30/16 | 2:41:17 PM | Real (The) | :30 |
| 09/30/16 | 4:44:43 PM | Now (The) | :30 |
| 09/30/16 | 5:22:35 PM | 7News at 5pm | :30 |
| 10/01/16 | 6:51:33 AM | Good Morning America | :30 |
| 10/01/16 | 8:54:18 AM | 7News Wknd Morning | :30 |
| 10/01/16 | 5:46:57 PM | 7News at 5pm | :30 |
| 10/01/16 | 10:33:25 PM | 7News at 10pm | :30 |
| 10/01/16 | 11:46:24 PM | Castle (Syn) | :30 |
| 10/02/16 | 6:58:26 AM | Good Morning America | :30 |
| 10/02/16 | 7:51:46 AM | 7News Wknd Morning | :30 |
| 10/02/16 | 9:59:26 AM | 7News Wknd Morning | :30 |
| 10/02/16 | 5:38:12 PM | 7News at 5pm | :30 |
| 10/02/16 | 10:22:54 PM | 7News at 10pm | :30 |
| 10/02/16 | 10:53:49 PM | 7News at 10pm | :30 |
| 10/02/16 | 11:55:33 PM | American Ninja Warrior (Syn) | :30 |
| | | **Total Spots** | **96** |
| | | **Market Total Spots** | **228** |