# Exhibit F

# HF Media LLC - Rocky Flats
## AOL Screenshots

**September 21, 2016**



# 728x90




# 728x90




# 160x600





# SCREENSHOTS

HF Media – Rocky Flats

PRESENTED BY
**CONVERSANT**

September 19, 2016



# HF MEDIA – ROCKY FLATS - 728X90



© 2014, Conversant, Inc. All rights reserved.

# HF MEDIA – ROCKY FLATS - 300X250



# HF MEDIA – ROCKY FLATS - 160X600



4 © 2014, Conversant, Inc. All rights reserved.

CONVERSANT

# YAHOO!

**HF Media LLC**

**HF Media | Rocky Flats**

September 19, 2016

# Yahoo_Premium+O&O RON_US-18+_(Desktop)_300x250



Yahoo Confidential & Proprietary



## Yahoo_Premium+O&O RON_US-18+_(Desktop)_728x90





## Yahoo_Premium+O&O RON_US-18+_(Desktop)_160x600



Yahoo Confidential & Proprietary

4



