# Exhibit G



# Rocky Flats

Screenshots

GearCulture.com







**YETI ROADIE 2**

**ECOMO SMART WATER BOTTLE**

**ROCKY FLATS SETTLEMENT**

Even in the most hard to reach places — whether it be around the campfire or out on sea — the YETI Roadie 2 means you never need suffer the ignominy of suffering anything but an ice cold brewski again. A cinch to fit in a truck, kayak or canoe, the no-sweat design will hold 14 cans with the recommended 2:1 ice-to-contents ratio.

Do you know what's in your water? You might think that buying bottled water is the answer, but what about all that waste? The Ecomo Smart Water Bottle offers a better way. Shake it to test your water for contaminants and twist it to filter them out for clean, great tasting water that you can feel confident drinking.

Did you own property near the Rocky Flats Nuclear Weapons Plant on June 7, 1989? You could get money from a $375 million Settlement  view more







Digg.com







Reuters.com




