# Exhibit L

Rocky Flats Pickup Detail

*HF Media LLC*

*Rocky Flats Settlement*

("Rocky Flats" OR "Cook v. Rockwell" OR "Colorado plant nuclear"~5 or "www.rockyflatssettlement.com" or "1-844-528-0187") AND ("375" OR "$375M" OR "$375" OR "settlement" or "lawsuit" or "class action" or "law suit" or "26 years") Articles

Total Hits:     138

| Date | Media Type | Media Outlet | Title | Link | Author | Sentiment | Readership | State | City |
|------|-----------|--------------|-------|------|--------|-----------|-----------|-------|------|
| 9/24/16 | News | denverite.com | Rocky Mountain National Park is free today, so here's some history and politics - Denverite | http://www.denverite.com/national-public-lands-day-rocky-mountain-free-im-talking-politics-17127/ | Erica Meltzer | neutral | 4825 | | |
| 9/24/16 | News | denverite.com | Rocky Mountain National Park is free today, so here's some history and politics - Denverite | http://www.denverite.com/rocky-mountain-free-day-national-public-lands-17127/ | Erica Meltzer | neutral | 4825 | | |
| 9/22/16 | News | www.khq.com | Energy Department: E. Idaho radioactive cleanup moving ahead | http://www.khq.com/story/33162164/energy-department-e-idaho-radioactive-cleanup-moving-ahead | | negative | 38000 | Washington | Spokane |
| 9/19/16 | News | Big News Network | Lawyers looking for Rocky Flats neighbors to share in $375M settlement | http://www.bignewsnetwork.com/news/247795541/lawyers-looking-for-rocky-flats-neighbors-to-share-in-375m-settlement | | neutral | 8575 | Minnesota | Minneapolis |
| 9/19/16 | News | KUSA - News | Lawyers looking for Rocky Flats... | http://rssfeeds.9news.com/http&#x3a;&#x2f;&#x2f;www&#x2e;9news&#x2e;com&#x2f;money&#x2f;business&#x2f;lawyers-looking-for-rocky-flats-neighbors-to-share-in-375m-settlement&#x2f;32154379 1 | | neutral | 100 | | |
| 9/19/16 | News | www.tickertech.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.tickertech.com/cgi/?a=news&ticker=a&w=&story=2016092016091901917PR_NEWS_USPR____MM82179 | | neutral | 850 | Minnesota | Minneapolis |
| 9/19/16 | Blog | BizJournals | Lawyers looking for Rocky Flats neighbors to share in $375M settlement | http://www.bizjournals.com/denver/news/2016/09/19/lawyers-looking-for-rocky-flats-neighbors-to-share.html?ana=RSS%26s=article_search | Ben Miller | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/buffalo/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/tampabay/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |

| Date | Type | Source | Content | URL | Sentiment | Reach | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/albany/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | markets.financialcont ent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.miamiherald/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcont ent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/streetinsider/news/read/32870379 | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | Mammoth Times | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.mammothtimes.com/mammothtimes/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | Benton Courier | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.bentoncourier.com/bentoncourier/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 475 | | |
| 9/19/16 | News | World Net Daily | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity tha | http://markets.wnd.com/worldnetdaily/news/read?GUID=32870379 | neutral | 1825 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/albuquerque/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/charlotte/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |

| 9/19/16 | News | www.thestreet.com | Did You Own Property Near And Downwind From The Former Rocky Flats Nuclear Weapons Plant In Denver, Colorado On June 7, 1989? Are You An Heir Of Someone Who Did? Are You The Successor Of An Entity That Did? If So, You Could Get Money From A Proposed $375 Million Class Action Settlement. | =HYPERLINK("http://app.trendkite.com/redir?s=14000002554", "https://www.thestreet.com/story/13743985/1/did-you-own-property-near-and-downwind-from-the-former-rocky-flats-nuclear-weapons-plant-in-denver-colorado-on-june-7-1989-are-you-an-heir-of-someone-who-did-are-you-the-successor-of-an-entity-that-did-if-so-you-could-get-money-from-a-proposed-375-million-class-action-settlement.html") | PR Newswire | neutral | 819025 | Georgia | Ellijay |
|---|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/townhall/news/read/32870379 | | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | Minster Community Post | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.minstercommunitypost.com/minstercommunitypost/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | | neutral | 100 | | |
| 9/19/16 | News | Big Spring Herald | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.bigspringherald.com/bigspringherald/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | | neutral | 475 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/atlanta/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/cincinnati/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/prnewswire/press_releases/2016/09/19/mm82179 | | neutral | 1440625 | Ohio | Dayton |

| 9/19/16 | News | Yahoo! Finance | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://finance.yahoo.com/news/did-own-property-near-downwind-131700046.html | neutral | 10053925 | California | Sunnyvale |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.newsob/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/wral/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | business.dailytimesleader.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.dailytimesleader.com/dailytimesleader/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 425 | Mississippi | West Point |
| 9/19/16 | News | Observer News Enterprise | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.observernewsonline.com/observernewsonline/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | The Evening Leader | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.theeveningleader.com/theeveningleader/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 550 | | |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/newsok/markets/news/read/32870379 | neutral | 16650 | California | San Carlos |

| Date | Type | Source | Text | URL | Sentiment | Number | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | Poteau Daily News | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.poteaudailynews.com/poteaudailynews/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/sacramento/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/austin/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/columbus/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/losangeles/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | markets.ibtimes.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you the successor of an entity tha | http://markets.ibtimes.com/ibtimes/news/read?GUID=32870379 | neutral | 1350 | | |
| 9/19/16 | News | markets.pe.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.pe.com/pe/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 525 | | |
| 9/19/16 | News | Decatur Daily Democrat | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.decaturdailydemocrat.com/decaturdailydemocrat/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 350 | | |

| Date | Type | Source | Content | URL | Sentiment | Value | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | finance.minyanville.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity tha | http://finance.minyanville.com/minyanville/news/read?GUID=32870379 | neutral | 1600 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/stlouis/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/dallas/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/baltimore/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/louisville/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/prnews.pressrelease/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | The Punxsutawney Spirit | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.punxsutawneyspirit.com/punxsutawneyspirit/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | The Pilot News | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.thepilotnews.com/thepilotnews/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |

| Date | Type | Source | Content | URL | Sentiment | Value | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | Inyo Register | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.inyoregister.com/inyoregister/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 275 | | |
| 9/19/16 | News | Pettinga Financial Advisors | Market Summary | http://markets.pettinga.com/pettinga/news/read/32870379 | neutral | 100 | Minnesota | Minneapolis |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/birmingham/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/milwaukee/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/dayton/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | investor.biospace.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity tha | http://investor.biospace.com/biospace/news/read?GUID=32870379 | neutral | 825 | | |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/sandiego/news/read/32870379 | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | Ridgway Record | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.ridgwayrecord.com/ridgwayrecord/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |

| Date | Type | Source | Headline | URL | Sentiment | Reach | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | The Post and Mail | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.thepostandmail.com/thepostandmail/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | Valley City Times-Record | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.times-online.com/times-online/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/nashville/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/boston/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/denver/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/philadelphia/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | Malvern Daily Record | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.malvern-online.com/malvern-online/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 300 | | |
| 9/19/16 | News | The Daily Press | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.smdailypress.com/smdailypress/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 675 | | |

| Date | Type | Source | Content | URL | | Sentiment | Reach | State | City |
|------|------|--------|---------|-----|---|-----------|-------|-------|------|
| 9/19/16 | News | Starkville Daily News | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.starkvilledailynews.com/starkvilledailynews/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | | neutral | 100 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/phoenix/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/houston/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | markets.buffalonews.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.buffalonews.com/buffnews/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | | neutral | 475 | | |
| 9/19/16 | News | Wapakoneta Daily News | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.wapakdailynews.com/wapakdailynews/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | | neutral | 400 | | |
| 9/19/16 | News | quotes.stocknod.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you the successor of an entity tha | http://quotes.stocknod.com/stocknod/news/read?GUID=32870379 | r &amp; Montagu | positive | 675 | Texas | Austin |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/jacksonville/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/chicago/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |

| Date | Type | Source | Content | URL | Sentiment | Reach | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/pittsburgh/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | finance.azcentral.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://finance.azcentral.com/azcentral/news/read/32870379 | neutral | 625 | | |
| 9/19/16 | News | Sweetwater Reporter | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.sweetwaterreporter.com/sweetwaterreporter/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | Daily Herald | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://finance.dailyherald.com/dailyherald/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 1350 | Illinois | Arlington Hei |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/triad/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/memphis/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/portland/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/kansascity/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |

| Date | Type | Source | Title | URL | Sentiment | Reach | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | markets.financialcontent | Stock Quote | http://markets.financialcontent.com/fatpitch.valueinvestingnews/news/read/32870379 | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | quotes.stocknod.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://quotes.stocknod.com/stocknod/news/read/32870379 | neutral | 675 | Texas | Austin |
| 9/19/16 | News | The Antlers American | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.theantlersamerican.com/theantlersamerican/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/sanantonio/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/triangle/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/newyork/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/sanfrancisco/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com/orlando/prnewswire/press_releases/georgia/2016/09/19/mm82179?ana=prnews | neutral | 1440625 | Ohio | Dayton |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com /twincities/prnewswire/pres s_releases/georgia/2016/09 /19/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | Wallstreetselect | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://investor.wallstreetsel ect.com/wss/news/read/32 870379 | | neutral | 1075 | Minnesota | Minneapolis |
| 9/19/16 | News | PR Newswire | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed | =HYPERLINK("http://app.tre ndkite.com/redir?s=647088 535242", "http://www.prnewswire.co m/news-releases/did-you- own-property-near-and- downwind-from-the-former- rocky-flats-nuclear-weapons- plant-in-denver-colorado-on- june-7-1989-are-you-an-heir- of-someone-who-did-are- you-the-successor-of-an- entity-that-did-if-so-you- could-get-mo- 300329714.html") | | neutral | 892300 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com /sanjose/prnewswire/press_ releases/georgia/2016/09/1 9/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com /washington/prnewswire/pr ess_releases/georgia/2016/ 09/19/mm82179?ana=prne ws | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com /pacific/prnewswire/press_r eleases/georgia/2016/09/19 /mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | business.dailytimesle ader.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity tha | http://business.dailytimesle ader.com/dailytimesleader/ news/read?GUID=32870379 | | neutral | 425 | Mississippi | West Point |

| Date | Type | Source | Content | URL | | Sentiment | Reach | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com /seattle/prnewswire/press_ releases/georgia/2016/09/1 9/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com /wichita/prnewswire/press_ releases/georgia/2016/09/1 9/mm82179?ana=prnews | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | Yahoo Singapore Finance | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | https://sg.finance.yahoo.co m/news/did-own-property- near-downwind- 131700046.html | | neutral | 100 | | |
| 9/19/16 | News | BizJournals | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 | http://www.bizjournals.com /southflorida/prnewswire/p ress_releases/georgia/2016 /09/19/mm82179?ana=prne ws | | neutral | 1440625 | Ohio | Dayton |
| 9/19/16 | News | markets.financialcont ent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcont ent.com/mi.mercedsun- star/news/read/32870379 | | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | The Morning News | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.am- news.com/am- news/news/read/32870379 /did_you_own_property_ne ar_and_downwind_from_th e_former_rocky_flats_nucle ar_weapons_plant_in_denv er | | neutral | 100 | | |
| 9/19/16 | News | news.money.ca | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://news.money.ca/2016 /09/19/did-you-own- property-near-and- downwind-from-the-former- rocky-flats-nuclear-weapons- plant-in-denver-colorado-on- june-7-1989-are-you-an-heir- of-someone-who-did-are- you-the-successor-of-an- entity-tha/ | money.ca | neutral | 1900 | | |
| 9/19/16 | News Broadcast | KOA-AM (Radio) | | | KOA | neutral | | Colorado | Denver |

| Date | Type | Source | Content | URL | Author | Sentiment | Reach | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | Seeking Alpha | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://seekingalpha.com/pr/16608730-property-near-downwind-from-former-rocky-flats-nuclear-weapons-plant-denver-colorado-june-7-1989 | PR Newswire | neutral | 1668425 | New York | New York |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.fresnobee/news/read/32870379 | | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.sunherald/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | WFMZ-TV Online | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://www.wfmz.com/prnewswire?rkey=20160919mm82179&filter=2518 | | neutral | 72475 | Pennsylvania | Allentown |
| 9/19/16 | News | New West | New West Daily Roundup for Sept. 19, 2016 â€" New West | http://newwest.net/2016/09/19/new-west-daily-roundup-for-sept-19-2016/ | Sean Reichard | neutral | 1350 | | |
| 9/19/16 | News | CNBC | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 m | http://www.cnbc.com/2016/09/19/pr-newswire-did-you-own-property-near-and-downwind-from-the-former-rocky-flats-nuclear-weapons-plant-in-denver-on-june-7-1989-are.html | | neutral | 3780000 | | |
| 9/19/16 | News | Energy News - Energy Technology - Energy Business - Energy and the Environment | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://www.energy-daily.com/reports/prnewswire-energy-daily-news.html?rkey=20160919mm82179&filter=1615 | | neutral | 1650 | | |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.theolympian/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | | neutral | 16650 | California | San Carlos |

| Date | Type | Source | Headline | URL | Sentiment | Reach | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.myrtlebeach/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.thestate/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.newstribune/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | Kane Republican | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://business.kanerepublican.com/kanerepublican/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 100 | | |
| 9/19/16 | News | EDGE Media Network | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://portland.edgemedianetwork.com/prnewswire?rkey=20160919mm82179&filter=3640 | neutral | 100 | Massachuset | Boston |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/startribune/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | manhattanweek.com | GENERAL News | http://manhattanweek.com/?page_id=1478&rkey=20160919mm82179&filter=4113 | neutral | 175 | | |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/1discountbrokerage/news/read/32870379 | neutral | 16650 | California | San Carlos |

| Date | Type | Source | Headline | URL | Sentiment | Value | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.islandpacket/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.kansas/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/gatehouse.rrstar/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | finance.jsonline.com | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://finance.jsonline.com/jsonline/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 925 | | |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.kansascity/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.belleville/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | Assignmenteditor | PR Newswire | http://assignmenteditor.com/pr-newswire-3/?rkey=20160919mm82179&filter=1673 | neutral | 625 | | |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.bellinghamherald/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |

| Date | Type | Source | Title | URL | Sentiment | Reach | State | City |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.kentucky/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.sacbee/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | One News Page | PR Newswire | http://www.onenewspage.com/prnewswire.php?rkey=20160919mm82179&filter=3968 | neutral | 41050 | | |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.macon/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.centredaily/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.sanluisobispo/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |
| 9/19/16 | News | Silicon Valley Globe | PR Newswire | http://www.siliconvalleyglobe.com/prnewswire/?rkey=20160919mm82179&filter=6616 | neutral | 425 | California | Santa Clara |
| 9/19/16 | News | aeecenter.org | PR Newswire Energy Feed | http://www.aeecenter.org/i4a/pages/index.cfm?pageid=3996&rkey=20160919mm82179&filter=2596 | neutral | 5000 | | |
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.startelegram/news/read/32870379/did_you_own_property_near_and_downwind_from_the_former_rocky_flats_nuclear_weapons_plant_in_denver | neutral | 16650 | California | San Carlos |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9/19/16 | News | markets.financialcontent | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://markets.financialcontent.com/mi.charlotte/news/read/32870379 | neutral | 16650 | California | San Carlos |
| 9/19/16 | Blog | Our Good Life | News Flash! | http://www.terristeffes.com/p/news-flash.html?rkey=20160919mm82179&filter=921 | neutral | 1975 | Missouri | Saint Charles |
| 9/19/16 | News | Central PA Alerts | Did you own property near and downwind from the former Rocky Flats Nuclear Weapons Plant in Denver, Colorado on June 7, 1989? Are you an heir of someone who did? Are you the successor of an entity that did? If so, you could get money from a proposed $375 million class action settlement. | http://www.centralpaalerts.com/stories?rkey=20160919mm82179&filter=472 | neutral | 100 | | |

Arlington Heights

Saint Charles