IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF LITIGATION EXPENSES, AND
AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES**

Class Counsel, on behalf of Plaintiffs Merilyn Cook, Lorren and Gertrude Babb, Richard and Sally Bartlett, and William and Delores Schierkolk (collectively "Class Representatives" or "Plaintiffs"),[1] hereby move for attorneys' fees, reimbursement of expenses and service awards to the Class Representatives.  Class Counsel respectfully request that the Court enter the following proposed orders filed herewith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure:

a)  [Proposed] Order Awarding Attorneys' Fees, which awards attorneys' fees of $150,000,000, which is equal 40% of the $375 million Settlement Fund, plus a proportionate share of the interest on the Settlement Fund as it accrues;

b)  [Proposed] Order Awarding Reimbursement of Expenses, which awards reimbursement of $7,094,863.65 of non-reimbursed expenses incurred by Class Counsel in connection with the prosecution of this litigation; and

c)  [Proposed] Order Awarding Service Awards to the Class Representatives, which awards service awards totaling $780,000 to the Class Representatives to be apportioned as follows:  $260,000 for Merilyn Cook, $260,000 for Richard and Sally Bartlett, and $260,000 for William Schierkolk.[2]

---

[1] Class Representatives Lorren and Gertrude Babb are now deceased, so their estates would recover any damages they are owed under this Final Judgment.  Delores Schierkolk is deceased, so William Schierkolk would receive the entire $260,000 service award.

[2] The service awards, attorneys' fees, and reimbursement of expenses are to be paid from the Settlement Fund only if and after the Settlement becomes final in accordance with Paragraph 3 of the Settlement Agreement.

2

In support of this Motion, Class Counsel relies upon on the accompanying Memorandum in Support and Declaration of Merrill G. Davidoff, and exhibits thereto.

Dated:  January 12, 2017                                 Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Jennifer MacNaughton
Caitlin G. Coslett
BERGER &MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Lead Counsel for the Class*

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. De Marco
MARKOVITS, STOCK & DE MARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

4

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 12th day of January, 2017, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                              */s/ Merrill G. Davidoff*
                                              Merrill G. Davidoff
                                              BERGER & MONTAGUE, P.C.
                                              1622 Locust Street
                                              Philadelphia, PA 19103
                                              (215) 875-3000