**INDEX OF EXHIBITS**

- Exhibit 1 - Declaration of Merrill G. Davidoff of Berger & Montague, P.C.

- Exhibit 2 - Declaration of Steven W. Kelly of Silver & DeBoskey, A Professional Corporation

- Exhibit 3 - Declaration of Terence R. Coates of Markovits, Stock & DeMarco, LLC

- Exhibit 4 - Declaration of Eric W. Goering, Assignee of Waite, Schneider, Bayless & Chesley Co. L.P.A.

- Exhibit 5 - Declaration of Nicholas E. Chimicles of Chimicles & Tikellis LLP

- Exhibit 6 - Declaration of Jeffrey A. Lamken of MoloLamken LLP

- Exhibit 7 - Declaration of Michael Barrett of Ray & Barrett, formerly known as Connerton, Ray & Simon

- Exhibit 8 - Declaration of R. Bruce McNew of Taylor & McNew, LLP, formerly Taylor, Gruver & McNew, P.A.

- Exhibit 9 - Declaration of Kenneth A. Jacobsen of Jacobsen Law Offices LLC

- Exhibit 10 - Declaration of Marcy G. Glenn of Holland & Hart LLP

- Exhibit 11 - Combined Exhibit of the Fifteen (15) Published Opinions of the U.S. District Court for the District of Colorado and two (2) Published Opinions of the Tenth Circuit

- Exhibit 12 - Declaration of Professor Charles Silver on the Reasonableness of Class Counsel's Requested Award of Attorneys' Fees

- Exhibit 13 - Berger & Montague Resume

- Exhibit 14 - Settlement Agreement

- Exhibit 15 - All Unpublished Orders discussed in Memorandum in Support of Class Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award of Service Payments to Class Representatives

- Exhibit 16 - Notice of Settlement