# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

### DECLARATION OF STEVEN W. KELLY IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES

---

I, Steven W. Kelly, declare as follows:

1.      I am a shareholder in the law firm of Silver & DeBoskey, A Professional Corporation ("Silver & DeBoskey"). I submit this Declaration in support of Class Counsel's motion for award of attorneys' fees, reimbursement of litigation expenses, and award of service payments to Class representatives in the above-captioned case.

2.      My firm has acted as counsel to Plaintiffs in this litigation since its inception. During the course of this litigation, my firm has been involved in the following activities:

- Conferring with and advising clients and potential clients regarding possible legal options and remedies following the FBI raid on the Rocky Flats plant in 1989.

- Performing legal research and drafting pleadings throughout the entirety of the litigation.

- Gathering and reviewing documents from clients in response to discovery.

- Reviewing documents produced by defendants and the Department of Energy in discovery.

- Preparing for taking and defending depositions of clients, fact witnesses and expert witnesses.

- Preparation for trial.

- Court appearances throughout the entirety of the case and participation at trial.

- Extensive legal research and drafting of appeal briefs in both appeals to the Tenth Circuit Court of Appeals and to the U.S. Supreme Court.

- Preparing for and attending oral arguments in both appeals.

- Participation in mediation and on-going settlement discussions, review and revision of proposed settlement documents.

3.     Exhibit 1 attached hereto is a summary of the time spent by my firm's attorneys and professional support staff who were involved in this litigation, and the lodestar calculation based on my firm's current usual and customary hourly billing rates.  The total number of hours expended by my firm from inception through November 10, 2016, is 9,960.5 hours.  Our firm has detailed time descriptions showing how all of this time was spent, which is available upon request.

4.     The total lodestar for my firm is $2,697,641.00 using current rates.  Current rates are calculated as follows.  For attorneys and support staff employees who worked on this matter and who are still active and employed at Silver & DeBoskey, the current hourly rate is the hourly rate effective for these individuals today.  For attorneys and support staff who are no longer employed at our firm, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time the individual stopped working at Silver & DeBoskey.

5. Silver & DeBoskey is seeking reimbursement for $355,555.35 in expenses incurred in connection with the prosecution of this litigation.

6. Silver & DeBoskey contributed to and managed a litigation fund on behalf of Plaintiffs, which received contributions from other firms representing Plaintiffs. Silver & DeBoskey spent, out of the litigation fund, a total of $746,592.05 on this litigation, as set forth in the following table:

| EXPENSE | AMOUNT |
|---|---|
| Travel/Office/Hotel/Meals | $70,876.40 |
| Copying Services | $119,336.92 |
| Research Services | $4,196.42 |
| Telephone/Teleconference/Fax | $13,103.97 |
| FedEx/Messengers/Postage | $32,349.29 |
| Court Reporters / Deposition Expenses / Transcripts | $63,335.06 |
| Expert Services | $244,336.82 |
| Witness Fees | $3,156.87 |
| Professional/Contract Services | $140,954.28 |
| Court Ordered Opt Out Agent | $17,150.80 |
| Court Fees | $713.48 |
| Other (Miscellaneous) | $37,081.74 |
| TOTAL EXPENSES PAID | $746,592.05 |
| BALANCE IN LITIGATION TRUST FUND | $21,680.72 |
| CONTRIBUTIONS BY OTHER LAW FIRMS THAT ARE REFLECTED ON THEIR DECLARATIONS | $369,355.98 |

| | |
|---|---|
| **AMOUNT SILVER & DEBOSKEY IS SEEKING IN REIMBURSEMENTS (EQUAL TO TOTAL EXPENSES PAID LESS THE BALANCE IN THE LITIGATION TRUST FUND AND LESS THE CONTRIBUTIONS BY OTHER FIRMS THAT ARE REFLECTED IN THEIR DECLARATIONS)** | $355,555.35 |

I understand that other firms representing the Plaintiffs are seeking reimbursement of $369,355.98 for their contributions to this litigation fund.[1] As a result, Silver & DeBoskey is seeking reimbursement of $355,555.35, which is equal to the difference between the $746,592.05 in expenses that Silver & DeBoskey paid out in connection with this litigation and the $369,355.98 of contributions to the litigation fund by other firms that are included on these other firms' declarations that are also being filed in support of Class Counsel's motion for award of attorneys' fees, reimbursement of litigation expenses, and award of service payments to Class representatives in the above-captioned case, less the amount of money, $21,680.72, that is remaining in the litigation trust fund.

7.      The expenses incurred in this action are reflected on my firm's books and records, which are maintained in the ordinary course of business and prepared from invoices, receipts, credit card bills, cancelled checks and wire transfer notices, expense vouchers, check records, and other source materials, and they represent an accurate recordation of the expenses incurred.

8.      A firm biography and the biography of each attorney currently employed with the firm who has worked on this case is attached and also available on Silver & DeBoskey's website. *See* http://www.silverdeboskey.com/.

---

[1] In addition, I understand that there was another litigation fund managed by Berger & Montague, P.C. which also received contributions from other firms representing the Plaintiffs. The contributions to and expenditures from the Berger & Montague, P.C. litigation fund are addressed in Merrill G. Davidoff's declaration, which is also being filed herewith in support of Class Counsel's motion for award of attorneys' fees, reimbursement of litigation expenses, and award of service payments to Class representatives in the above-captioned case.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Silver & DeBoskey, A Professional Corporation

Steven W. Kelly

Dated: December 14, 2016

G25770

Exhibit 1

**EXHIBIT 1**

***Cook et al. v. Rockwell International Corporation and The Dow Chemical Company***,
Civil Action No. 90-00181-JLK (D. Colo.)
TIME REPORT

Firm Name: **Silver & DeBoskey, A Professional Corporation**
Reporting Period: **August 1989 to November 10, 2016**

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE[2] | TOTAL LODESTAR |
|---|---|---|---|---|
| Steven W. Kelly | P | 2,786.2 | $390 | $1,086,618.00 |
| Bruce H. DeBoskey | P | 1,682.0 | $280 | $470,960.00 |
| Gary B. Blum | P | 1,627.5 | $430 | $699,825.00 |
| Holly Attick | A | 1,110.3 | $155 | $172,096.50 |
| Arnold Levinson | PL | 783.9 | $85 | $66,631.50 |
| Jeanne Moore | PL | 763.3 | $80 | $61,064.00 |
| Cindy Atwell | PL | 420.5 | $125 | $52,562.50 |
| Carlita Huff | PL | 369.7 | $65 | $24,030.50 |
| Linda Taylor | PL | 80.5 | $150 | $12,075.00 |
| Jennifer Milne | A | 52.0 | $200 | $10,400.00 |
| E. WB | PL | 37.2 | $80 | $2,976.00 |
| Tanya Smith | A | 32.3 | $185 | $5,975.50 |
| Carolyn Roach | PL | 18.5 | $55 | $1,017.50 |

[2] For attorneys and support staff employees who worked on this matter and who are still active and employed at Silver & DeBoskey, the current hourly rate is the hourly rate effective for these individuals today. For attorneys and support staff who are no longer employed at our firm, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time they stopped working at Silver & DeBoskey.

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE[2] | TOTAL LODESTAR |
|---|---|---|---|---|
| Julie Kiltz | PL | 18.1 | $120 | $2,172.00 |
| Robert Thomas | PL | 17.5 | $100 | $1,750.00 |
| Joe L. Silver | P | 16.5 | $495 | $8,167.50 |
| Lynn Friesen | PL | 12.6 | $150 | $1,890.00 |
| A. LB | PL | 11.2 | $80 | $896.00 |
| Anna Poehlmann | PL | 11.0 | $80 | $880.00 |
| Kevin Burns | A | 9.9 | $225 | $2,227.50 |
| Steve Sizemore | PL | 9.6 | $150 | $1,440.00 |
| Kathy Sanchez | PL | 8.4 | $55 | $462.00 |
| P. WS | PL | 7.4 | $80 | $592.00 |
| Jessica McGawn | A | 6.7 | $250 | $1,675.00 |
| Sheri Rotert | A | 6.5 | $80 | $520.00 |
| Ruba Forno | A | 6.0 | $295 | $1,770.00 |
| Justina Prima | PL | 5.5 | $55 | $302.50 |
| Roslyn Begun | PL | 5.0 | $80 | $307.50 |
| Kim Ghiselli | A | 4.7 | $130 | $611.00 |
| Karen Gibbs | A | 4.6 | $80 | $368.00 |
| Jay Jester | A | 4.5 | $140 | $630.00 |
| Ed DeCecco | A | 4.4 | $130 | $572.00 |
| Vicki Pennington | PL | 4.4 | $150 | $660.00 |

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE[2] | TOTAL LODESTAR |
|---|---|---|---|---|
| Martin Beier | P | 3.8 | $380 | $1,444.00 |
| Joel Maron | A | 2.1 | $100 | $210.00 |
| Vivian Krammer | A | 1.9 | $100 | $190.00 |
| Chris Baumgartner | A | 1.8 | $180 | $324.00 |
| Rita Porter | PL | 1.7 | $55 | $93.50 |
| Judy Collier | PL | 1.6 | $80 | $128.00 |
| David Lingus | PL | 1.5 | $80 | $120.00 |
| Alice Madden | C | 1.4 | $130 | $182.00 |
| Leslie Toepfer | A | 1.2 | $185 | $222.50 |
| Johnna Hansen | PL | 1.1 | $80 | $88.00 |
| Sandra Klatt | PL | 1.0 | $85 | $85.00 |
| James Lyle | PL | 0.9 | $55 | $49.50 |
| Jennifer Stillwell | PL | 0.5 | $150 | $75.00 |
| Jennifer Berryhill | PL | 0.5 | $95 | $47.50 |
| James Owens | P | 0.4 | $350 | $140.00 |
| Theresa England | A | 0.3 | $175 | $52.50 |
| Linda Andolsek | PL | 0.2 | $120 | $24.00 |
| Robert Marsh | P | 0.1 | $360 | $36.00 |
| Leighanne Lobato | A | 0.1 | $45 | $4.50 |
| **TOTALS** | | **9,960.5** | | **$2,697,641.00** |

P = Partner
C = Counsel
A = Associate
PL = Paralegal

Exhibit 2

Steven W. Kelly, Esq. is a Director and Shareholder at Silver & DeBoskey and graduated from the University of Michigan (B.G.S., with distinction, 1977) and the University of Wisconsin (J.D., cum laude, Order of the Coif, 1983; M.A., 1984).  He served as an editor of the University of Wisconsin Law Review and subsequently worked as a law clerk to The Honorable George C. Edwards, Jr., United States Court of Appeals, Sixth Circuit.  He is licensed to practice law in the States of Colorado, New York and Wisconsin.  Mr. Kelly has over 30 years of experience in complex civil litigation. Mr. Kelly joined Silver & DeBoskey in 1987 and since then has practiced in trial and appellate courts throughout both the Colorado and federal court system. Mr. Kelly's litigation practice focuses on real estate, commercial, employment and professional liability issues.

Gary B. Blum, Esq. is a Director at Silver & DeBoskey. He graduated from the University of Colorado *(B.S. 1968, J.D. 1971)*. Mr. Blum practices actively as a trial lawyer and as a dispute resolver with years of practice, teaching and specific training in both areas. His major areas of trial practice include complex civil litigation, health care matters, and representation of health care professionals and legal professionals including regulatory and disciplinary matters. Mr. Blum is active in representing parties involved in many types of tort or accident incidents including those resulting in catastrophic injuries.

Gary continues to be active in numerous professional organizations including the Ethics Committee of the Colorado Bar Association (past chair), American Board of Trial Advocates (past President Colorado Chapter), and various local, state and national attorney associations. In the past, Mr. Blum was appointed by both the Colorado Supreme Court and United States District Court for the District of Colorado to serve on and chair lawyer conduct committees for lawyers practicing in those courts.

Gary Blum was selected since approximately 2005 through the present time to both the Colorado Super Lawyers and Best Lawyers in America panels in the areas of Alternative Dispute Resolution, Health Care, and Administrative law.