# Exhibit 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

## DECLARATION OF TERENCE R. COATES IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES

I, Terence R. Coates, declare as follows:

1.      I am managing partner at the law firm of Markovits, Stock & DeMarco, LLC.  I respectfully submit this Declaration in support of Class Counsel's motion for award of attorneys' fees, reimbursement of litigation expenses, and award of service payments to Class representatives in the above-captioned case.

2.      My firm has acted as counsel to Plaintiffs in this litigation since it was founded in August 2012.  Two of the attorneys who have been part of my firm since its inception, Louise Roselle and Paul De Marco, have been members of the team that has litigated this case at all levels since its inception. Since 2012, Louise Roselle, Paul De Marco, and others in my firm have been involved in the following activities:

- Paul De Marco participated in the briefing before this Court on remand from *Cook Appeal I* and in the Tenth Circuit Court of Appeals and the United States Supreme Court. This work involved legal research, review of briefs, drafting and editing.  Paul De Marco

and Eric Kmetz researched the tolling of the statute of limitations for class members and briefed the class tolling issue.  Mr. De Marco worked closely with co-counsel in the preparation of these briefs.

- Louise Roselle and Paul De Marco participated in all aspects of the settlement that was reached.  Ms. Roselle attended the mediation conference in Philadelphia on October 30, 2015.  She also participated in conference calls with the mediators, the clients and co-counsel.

- Both Louise Roselle and Paul De Marco reviewed and analyzed the court decisions by Judge Kane and the Tenth Circuit Court of Appeals.

- Louise Roselle reviewed the trial transcript and prepared a draft of the mediation statement for the October 2015 mediation.

- Once there was a proposed settlement, both Paul De Marco and Louise Roselle continued to be involved in review of the settlement papers and pleadings.

3.      Exhibit 1 attached hereto is a summary of the time spent by my firm's attorneys and professional support staff who were involved in this litigation, and the lodestar calculation based on my firm's current usual and customary hourly billing rates.  The total number of hours expended by my firm from inception through July 12, 2016, is 326.5 hours.  Our firm has records of the detailed time descriptions showing how all of this time was spent, which are available upon request.

4.      The total lodestar for my firm is $218,635.00 using current rates.  Current rates are calculated as follows.  For attorneys and support staff employees who worked on this matter and who are still active and employed at Markovits, Stock & DeMarco, LLC, the current hourly rate is the hourly rate effective for these individuals today.  For attorneys and support staff who are no longer employed at our firm, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time the individual stopped working at Markovits, Stock & DeMarco, LLC.

5.      This firm has incurred a total of $1,329.72 in non-reimbursed expenses in

connection with the prosecution of this litigation.  These expenses are summarized as follows:

| EXPENSE | AMOUNT |
|---|---|
| Litigation Fund Contribution(s) | |
| Travel/Hotel/Meals | $1,235.42 |
| Copying Services | |
| Research Services | $94.30 |
| Telephone/Teleconference/Fax | |
| FedEx/Messengers/Postage | |
| Court Fees | |
| Other (describe) | |
| **TOTAL** | $1,329.72 |

6.      The expenses incurred in this action are reflected on my firm's books and records,

which are maintained in the ordinary course of business and prepared from invoices, receipts,

credit card bills, cancelled checks and wire transfer notices, expense vouchers, check records,

and other source materials, and they represent an accurate recordation of the expenses incurred.

7.      A firm biography and the biography of each attorney currently employed with the

firm who has worked on this case is attached and also available on Markovits, Stock &

DeMarco, LLC's website.  *See* http://www.msdlegal.com/.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge, information, and belief.

Markovits, Stock & DeMarco, LLC

/s/ *Terence R. Coates*
Terence R. Coates

Dated: November 11, 2016

# EXHIBIT "1"

**EXHIBIT 1**

*Cook et al. v. Rockwell International Corporation and The Dow Chemical Company*,
Civil Action No. 90-00181-JLK (D. Colo.)
TIME REPORT

**Firm Name:** Markovits, Stock & DeMarco, LLC
**Reporting Period:** Lodestar Total

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE[1] | TOTAL LODESTAR |
|---|---|---|---|---|
| Terence R. Coates | P | 0.3 | $450.00 | $135.00 |
| Paul M. De Marco | C | 124.4 | $700.00 | $87,080.00 |
| Eric Kmetz | A | 24.6 | $300.00 | $7,380.00 |
| W.B. Markovits | P | 1.1 | $700.00 | $770.00 |
| Louise M. Roselle | C | 176.1 | $700.00 | $123,270.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** | | 326.5 | | $218,635.00 |

P = Partner
C = Counsel
A = Associate
PL = Paralegal

---

[1] All attorneys listed above currently are still active and employed at Markovits, Stock & DeMarco, LLC, and the current hourly rate is the hourly rate effective for these individuals today.

# EXHIBIT "2"

## TERENCE R. COATES

Terry Coates is Markovits, Stock & DeMarco's managing partner. His legal practice focuses on personal injury law, sports & entertainment law, business litigation and class action litigation. Before joining Markovits, Stock & DeMarco in May 2013, Terry gained considerable experience at one of the nation's preeminent plaintiffs' litigation law firms, including working as the firm administrator.

Several organizations have recognized Terry's accomplishments and dedication to the practice of law. In 2014, Wittenberg University, Terry's alma mater, presented him the Outstanding Young Alumnus Award. In 2015, Terry's peers in the Cincinnati legal community presented him the Cincinnati Bar Association, Young Lawyers Section Professionalism Award. Terry has been designated as an Ohio Super Lawyers "Rising Star" from 2014-2016, which is a distinction awarded to less than 2.5% of Ohio attorneys under the age of 40.

### Education:

Thomas M. Cooley Law School, J.D. (2009)

Wittenberg University, B.A. (2005)

### Representative Cases:

- *Williams v. Duke Energy*, No. 1:08-cv-0046, United States District Court, Southern District of Ohio (representing class of energy consumers against energy provider in complex antitrust and RICO class action resulting in the court granting final approval of an $80.875 million settlement).
- *Ohio Public Employees Retirement System v. Federal Home Loan Mortgage ("Freddie Mac")*, No. 4:08-cv-0160, United States District Court, Northern District of Ohio (Special counsel for Ohio public pension funds as Lead Plaintiffs in Section 10b-5 securities class action litigation).
- *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, No. 4:09-cv-1967, United States District Court, Northern District of California (representing NCAA, Olympic, and NBA legend, Oscar Robertson, in antitrust claims against the National Collegiate Athletic Association, Collegiate Licensing Company, and Electronic Arts resulting in a $40 million settlement with Electronic Arts and Collegiate Licensing Company and the Court issuing a permanent injunction against the NCAA for unreasonably restraining trade in violation of antitrust law).
- *Collins Inkjet v. Eastman Kodak*, No. 1:13-cv-0664, United States District Court, Southern District of Ohio (trial counsel for Collins in an antitrust tying claim resulting in a preliminary injunction against Kodak – a decision that was affirmed by the Sixth Circuit Court of Appeals: *Collins Inkjet Corp. v. Eastman Kodak Co.*, 781 F.3d 264 (6th Cir. 2015)).
- *In re Toyota Motor Corp., Unintended Acceleration Marketing, Sales Practices & Products Liability Litigation*, MDL No. 2151, United States District Court, Central District of California (represented plaintiffs and prepared potential class representatives for deposition testimony that resulted in a settlement valued at roughly $1.6 billion).
- *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639, United States District Court, District of Columbia (represented Ohio public pension funds as Lead Plaintiffs in Section 10b-5 class action litigation resulting in a $153 million settlement).

- *Stringer v. National Football League, et al.*, United States District Court, Southern District of Ohio (represented family of deceased football player in wrongful death action).
- *Slaby v. Wilson*, Hamilton County Court of Common Pleas, Ohio (represented two private individuals who were falsely accused by a County Commissioner of murdering their child and covering up the child's death (as well as sexual abuse of child)).
- *Right-Now Recycling, Inc. v. Ford Motor Credit Company, LLC et al.*, No. 1:11-cv-0364, United States District Court, Southern District of Ohio (received summary judgment in the plaintiff's favor with the court finding that the City of Blue Ash, Ohio violated plaintiff's constitutional rights by failing to provide plaintiff with notice before disposing of plaintiff's property).

In addition to these representative cases, Terry has represented individuals and businesses against various defendants, including representing high school athletes in cases against the Ohio High School Athletic Association where the student athletes were ruled ineligible to participate in interscholastic athletics after transferring high schools. Terry also assists current and former atomic energy workers and their survivors seek compensation under the Energy Employees Occupational Illness Compensation Program Act ("EEOICPA"). He has assisted with EEOICPA claims relating to countless energy sites, including Feed Material Production Center (Fernald), General Electric Co., Hanford, Los Alamos National Laboratory, Nevada Test Site, Nuclear Metals, Oak Ridge National Laboratory (X-10), Pantex, Rocky Flats, Savannah River Site, and many other nuclear sites.

## RRECENT COMMUNITY INVOLVEMENT:

- Cincinnati USA Regional Chamber of Commerce C-Change Class 9, Participant (2014)
- Cincinnati Athletic Club, President of the Board (2015-2016)
- Cincinnati Athletic Club, Vice President of the Board (2014-2015)
- Cincinnati Bar Association, Member Services & Development Committee (2014-2015)
- High School Mock Trial, Legal Advisor (2013-2015)

## RECOGNITIONS:

- Super Lawyers, Rising Star (2014 – 2016)
- Wittenberg University Outstanding Young Alumnus Award (2014)
- Cincinnati Bar Association, Young Lawyers Section Professionalism Award (2015)

### Affiliations:

- American Bar Association
- Ohio State Bar Association
- Cincinnati Bar Association
- The Potter Stewart American Inn of Court

### Courts Admitted:

- State of Ohio (2009)
- United States District Court, Southern District of Ohio (2010)
- United States District Court, Northern District of Ohio (2010)

**ERIC KMETZ**

Eric is an associate at Markovits, Stock & DeMarco, where he practices in the areas of civil and commercial litigation. He enjoys working with clients, helping them understand their legal rights, and working towards finding solutions. He recently graduated from the University of Cincinnati, College of Law in 2014.

Eric spends much of his day assisting clients in the context of wage and hour law. In this regard, Eric has helped several employees recoup lost wages from employers who have underpaid them, failed to pay for overtime, or simply did not pay them at all. Eric also helps employees understand the contours of non-compete agreements.

In addition to wage issues, Eric assists clients in matters related to contract disputes, antitrust or product defects. With respect to contract disputes, Eric has helped clients enforce purchase/sales agreements and get out of lease/rental agreements. In antitrust matters, Eric has culled through discovery documents and assisted in drafting/reviewing briefs, as well as preparing documents for other litigation-related filings. With respect to product defects, Eric sat second chair in a landmark trial against Toyota involving a defect in the mechanical throttle control system of its 1995 Camry. Eric directed witnesses, assisted in crafting opening statement and closing argument, and drafted briefs supporting the verdict on appeal. This case was significant because a Minnesota man, Koua Fong Lee, was wrongfully convicted for causing a crash that resulted in the deaths of three individuals. The trial, however, proved that a defect existed in Mr. Lee's Camry, which is what caused his car to accelerate to 80+ mph as he exited the freeway. A jury verdict resulted in more than $11 million awarded to the victims of the crash. Mr. Lee is no longer in prison.

Since Eric is relatively new to the practice of law, he is excited that he is working at Markovits, Stock & DeMarco, where he is able to learn, and gain support from, a close group of attorneys who have broad and deep experience in their respective areas of practice.

Prior to entering law school, Eric worked in the film industry as a writer/director/producer. Eric wrote several screenplays – both originals and book adaptations – that sold to Hollywood studios such as Paramount, Columbia and New Line Cinema. In the short film arena, Eric wrote/directed "Grasshopper," a film starring James Franco, and produced "The Book & Rose," which was short-listed for an Academy Award.

**Education:**

University of Cincinnati Law School, J.D. (2014)

## BILL MARKOVITS

Bill Markovits practices in the area of complex civil litigation, with an emphasis on securities, antitrust, RICO, and False Claims Act cases. Bill began his career as a trial lawyer at the U.S. Department of Justice Antitrust Division in Washington, D.C. He continued a focus on antitrust after moving to Cincinnati, where he became an adjunct professor of antitrust law at the University of Cincinnati Law School. Bill has been involved in the past in a number of notable cases, including: the Choice Care securities, antitrust and RICO class action in which the jury awarded over $100 million to a class of physicians; a fraud/RICO case on behalf of The Procter & Gamble Company, which resulted in a settlement of $165 million; an eleven year antitrust and RICO class action against Humana, including appeals that reached the United States Supreme Court, which culminated in a multi-million dollar settlement; and a national class action against Microsoft, in which he was chosen from among dozens of plaintiffs' attorneys to depose Bill Gates. More recently, Bill was: a lead counsel for plaintiffs in the Fannie Mae Securities Litigation that settled for $153 million; a lead counsel for plaintiffs in a class action against Duke Energy that settled for $80.75 million; and lead counsel for plaintiff in *Collins v. Eastman Kodak*, where he successfully obtained a preliminary injunction against Kodak on an antitrust tying claim. Based upon the result in *Collins*, Bill was a 2015 finalist in the American Antitrust Institute's Antitrust Enforcement Awards under the category "Outstanding Antitrust Litigation Achievement in Private Law Practice."

Bill has received a number of awards and designations, including current and past designations as a "Best Lawyer in America" in the fields of antitrust and commercial litigation.

### Education:

Harvard Law School, J.D. (1981), cum laude

Washington University, A.B. (1978), Phi Beta Kappa

### Significant and Representative Cases:

- *Collins v. Eastman Kodak*, United States District Court, Southern District of Ohio.  Lead counsel representing Collins in antitrust tying claim, resulting in preliminary injunction against Kodak.
- *In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation*, United States District Court, District of Columbia. Co-lead counsel representing Ohio pension funds in securities class action that settled for $153 million.
- *Ohio Employees Retirement System v. Federal Home Loan Mortgage, aka Freddie Mac, et al.*, United States District Court, Northern District of Ohio, Eastern Division. Special counsel representing Ohio pension fund in securities class action.
- *Williams v. Duke Energy et al.*, United States District Court, Southern District of Ohio. Representing class of energy consumers against energy provider in complex antitrust and RICO class action that settled for $80.75 million.

- *In Re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, United States District Court, Central District of California. Former member of economic loss lead counsel committee, representing class of consumers in litigation relating to sudden acceleration.
- *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, United States District Court, Eastern District of Louisiana. RICO workgroup coordinator in class action resulting from oil spill.
- *In Re Microsoft Corp. Litigation*, United States District Court, District of Maryland. Member of co-lead counsel firm in antitrust class action.
- *Procter & Gamble v. Amway Litigation*, United States District Court, Southern District of Texas, at Houston; United States District Court, District of Utah, at Salt Lake City. Member of trial team representing Procter & Gamble in obtaining jury verdict against Amway distributors relating to spreading of false business rumors.
- *United States ex rel. Brooks v. Pineville Hospital*, United States District Court, Eastern District of Kentucky. One of the lead counsel in successful False Claims Act litigation.
- *Procter & Gamble v. Bankers' Trust Litigation*, United States District Court, Southern District of Ohio. Co-counsel in successful $165 million settlement; developed the RICO case.
- *United States ex rel. Watt v. Fluor Daniel*, United States District Court, Southern District of Ohio. Co-lead counsel of successful False Claims Act case.
- *Forsyth v. Humana*, United States District Court, District of Nevada. Represented class of consumers in antitrust and RICO class action; successfully argued antitrust appeal; co-chaired successful Supreme Court appeal on RICO.
- *In Re Choice Care Litigation*, United States District Court, Southern District of Ohio, Western Division. Trial attorney on largest antitrust/RICO/securities verdict.

## Representative Presentations & Publications:

## Affiliations:

- *"Implications of Sixth Circuit Collins Inkjet Corp. v. Eastman Kodak Co. Decision,"* American Bar Association panel discussion, December 10, 2015
- *"Defining the Relevant Market in Antitrust Litigation,"* Great Lakes Antitrust Seminar, October 29, 2010
- *"Beyond Compensatory Damages – Tread, RICO and The Criminal Law Implications,"* HarrisMartin's Toyota Recall Litigation Conference, Part II, May 12, 2010
- *"The Racketeer Influenced and Corrupt Organizations Act (RICO),"* HarrisMartin's Toyota Recall Litigation Conference, March 24, 2010
- *"The False Claims Act: Are Healthcare Providers at Risk?,"* presentation to Robert Morris College Second Annual Health Services Conferences, Integrating Health Services: Building a Bridge to the 21st Century, Moon Township, PA, October 9, 1997
- *"The Federal False Claims Act: Are Health Care Providers at Risk?,"* (Co-Speaker), Ohio Hospital Association, April, 1996
- *"A Focus on Reality in Antitrust,"* Federal Bar News & Journal, Nov/Dec 1992
- *"Using Civil Rico and Avoiding its Abuse,"* Ohio Trial, William H. Blessing, co-author, Summer 1992
- *"Antitrust in the Health Care Field,"* a chapter published in Legal Aspects of Anesthesia, 2nd ed., William H. L. Dornette, J.D., M.D., editor
- *Antitrust Law Update, National Health Lawyers Health Law Update and Annual Meeting (Featured Speaker)*, San Francisco, California, 1989
- American Association for Justice
- American Bar Association
- American Trial Lawyers Association
- Cincinnati Bar Association
- District of Columbia Bar Association (non-active)
- Hamilton County Trial Lawyers Association

- National Health Lawyers Association
- Ohio State Bar Association
- Ohio Trial Lawyers Association

**Courts Admitted:**

- District of Columbia (1981)
- State of Ohio (1983)
- Southern District of Ohio (1983)
- 6th Circuit Court of Appeals, Ohio (1991)
- 9th Circuit Court of California (1995)
- U.S. Supreme Court, United States of America (1998)
- Northern District of Ohio (2008)

## PAUL M. DEMARCO

Paul M. De Marco is a founding member of Markovits, Stock & DeMarco, LLC. He is an Appellate Law Specialist certified by the Ohio State Bar Association and has handled more than 100 appellate matters, including cases before the Supreme Court of the United States, six federal circuits, and five state supreme courts.

Paul's practice also focuses on class actions and other complex litigation. During his 25 years in Cincinnati, Paul has been actively involved in successful litigation related to the U.S. Department of Energy's Fernald nuclear weapons plant, the Lucasville (Ohio) prison riot, Lloyd's of London, defective Bjork-Shiley heart valves, Holocaust-related claims against Swiss and Austrian banks, the Bankers Trust derivative scheme, Cincinnati's Aronoff Center, the San Juan DuPont Plaza Hotel fire, the Procter & Gamble Satanism rumor, the Hamilton County (Ohio) Morgue photograph scandal, defective childhood vaccines, claims arising from tire delamination and vehicle roll-over, racial hostility claims against one of the nation's largest bottlers, fiduciary breach claims against the nation's largest pharmacy benefits manager, and claims arising from the heatstroke death of NFL lineman Korey Stringer.

### Education:

College of Wooster (B.A., 1981)

University of the Pacific, McGeorge School of Law (J.D. with distinction, 1983)

University of Cambridge (1985)

### Significant and Representative Appeals:

- *Arthur Anderson LLP v. Carlisle*, 556 U.S. 624, 129 S.Ct. 1896 (2009): In a case involving allegations of a fraudulent tax shelter and accounting and legal malpractice, the Supreme Court of the United States resolved the issue of the rights of non-parties to arbitration clauses to enforce them against parties, which had divided the circuits.
- *Williams v. Duke Energy International, Inc.*, 681 F.3d 788 (6th Cir. 2012): In a case brought as a class action by a utility's ratepayers for selective payment of illegal rebates to certain ratepayers, the United States Court of Appeals for the Sixth Circuit reversed a district court's dismissal of the excluded ratepayers' claims that the utility violated the RICO statute, the Robinson-Patman Act, and the state corrupt practices act.
- *State of Ohio ex rel. Bd. of State Teachers Retirement Sys. of Ohio v. Davis*, 113 Ohio St.3d 410, 865 N.E.2d 1289 (2007): The Supreme Court of Ohio upheld the appellate court's issuance of the extremely rare writ of procedendo commanding the trial judge to proceed with a trial on claims he mistakenly believed the previous jury had resolved.
- *Chesher v. Neyer*, 477 F.3d 784 (6th Cir. 2007): The Sixth Circuit affirmed the district court's rejection of qualified immunity defenses raised by the Hamilton County (Ohio) coroner, his chief deputy, the coroner's administrative aide, a staff pathologist, and a pathology fellow in connection with the Hamilton County Morgue photo scandal.

- *State of Ohio ex rel. CNG Fin'l Corp. v. Nadel, 111 Ohio St.3d 149*, 855 N.E.2d 473 (2006): The Supreme Court of Ohio affirmed the appellate court's refusal to issue a writ of procedendo commanding the trial judge to halt injunctive proceedings and decide an arbitration issue.
- *Smith v. North American Stainless, L.P.*, 158 Fed.Appx. 699 (6th Cir. 2006): Rejecting a steel manufacturer's "up-the-ladder" immunity defense, the United States Court of Appeals for the Sixth Circuit reversed the district court's dismissal of a wrongful claim brought by the widow and estate of a steel worker killed on the job.
- *Procter & Gamble Co. v. Haugen*, 427 F.3d 727 (10th Cir. 2005): The United States Court of Appeals for the Tenth Circuit reversed the district court's dismissal of Procter & Gamble's Lanham Act claims, paving the way for a $19.25 million jury verdict in its favor.
- *Roetenberger v. Christ Hospital*, 163 Ohio App.3d 555, 839 N.E.2d 441 (2005): In this medical malpractice action for wrongful death, the Ohio court of appeals reversed the jury verdict in the physician's favor due to improper arguments by his attorney and instructional error by the trial court.
- *City of Cincinnati v. Beretta U.S.A. Corp.*, 95 Ohio St.3d 416, 768 N.E.2d 1136 (2002): In this landmark decision on public nuisance law, the Supreme Court of Ohio held that a public nuisance action could be maintained for injuries caused by a product — in this case, guns — if the design, manufacture, marketing, or sale of the product unreasonably interferes with a right common to the general public.
- *Norgard v. Brush Wellman, Inc.*, 95 Ohio St.3d 165, 766 N.E.2d 977 (2002): In an employee's intentional tort action alleging that his employer subjected him to long-term beryllium exposure, the Supreme Court of Ohio ruled that a cause of action for an employer intentional tort accrues when the employee discovers, or by the exercise of reasonable diligence should have discovered, the workplace injury and — here's the ground-breaking part of the holding — the wrongful conduct of the employer.
- *Wallace v. Ohio Dep't of Commerce*, 96 Ohio St.3d 266, 773 N.E.2d 1018 (2002): In overturning the dismissal of a suit against the state fire marshal for negligently inspecting a fireworks store that caught fire killing nine people, the Supreme Court of Ohio held for the first time that the common-law public-duty rule cannot be applied in cases against the state in the Ohio Court of Claims.

**Courts Admitted:**

**Activities:**

- Ohio
- California
- Supreme Court of the United States
- U.S. Court of Appeals, 1st Circuit
- U.S. Court of Appeals, 4th Circuit
- U.S. Court of Appeals, 5th Circuit
- U.S. Court of Appeals, 6th Circuit
- U.S. Court of Appeals, 7th Circuit
- U.S. Court of Appeals, 9th Circuit
- U.S. Court of Appeals, 10th Circuit
- U.S. District Court, Southern District of Ohio
- U.S. District Court, Northern District of Ohio
- U.S. District Court, Eastern District of California
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California
- U.S. Court of Federal Claims

Since 1994, Paul has worked to promote professional responsibility among lawyers, serving first as a member and eventually the chair of the Cincinnati Bar Association Certified Grievance Committee, and since 2008 as a member of the Board of Commissioners on Grievances and Discipline of the Supreme Court of Ohio.

He also is a member of many legal organizations, including the Federal Bar Association, Ohio State Bar Association, Cincinnati Bar Association, American Bar Association, ABA Council of Appellate Lawyers, and the Cincinnati Bar Association's Court of Appeals Committee.

Paul was one of the founders of the Collaborative Law Center in Cincinnati, a member of Cincinnati's Citizens Police Review Panel (1999-2002), and a member of Cincinnati CAN and its Police and Community Subcommittee following the 2001 riots.

He currently serves on the boards of the Ohio Justice and Policy Center and the Mercantile Library and on the advisory committees of the Fernald Community Cohort and the Fernald Workers' Medical Monitoring Program.

## LOUISE ROSELLE

Louise Roselle is of counsel to Markovits, Stock & DeMarco, LLC. Ms. Roselle practices in the areas of wrongful death, products liability, nuisance, trespass, negligence, intentional tort, securities, antitrust and medical negligence. Her civil trial practice has focused on plaintiffs' complex environmental class action and personal injury litigation in both state and federal courts. She has successfully litigated cases that include environmental lawsuits for both workers and neighbors, automobile accidents, chemical plant explosions, hotel fire, gas tank explosions, medical malpractice, securities litigation, antitrust litigation, airplane crash and a train derailment.

Ms. Roselle began her career as a staff attorney at the newly formed Ohio Environmental Protection Agency where she prepared the air pollution control regulations for the State of Ohio, and worked on implementation of the Clean Water Act and Clean Air Act. She next served as an enforcement attorney at the U.S. Environmental Protection Agency enforcing Clean Air Act in the states of Wisconsin, Illinois, Indiana and Ohio, with a primary emphasis was on the unleaded gas regulations, and enforcement actions against steel companies. She has also worked on matters including bankruptcies, foreclosures, commercial loans, workouts, real estate transactions, probate matters, domestic relations and other areas in the general practice of law.

### Education:

University of Cincinnati, Masters in Business Administration, 1977

The Ohio State University College of Law, J.D., 1971, *cum laude*

The Ohio State University, B.A., 1969, *cum laude* with distinction

### Federal environmental and workers' litigation includes the following:

Fernald Residents' case - U.S. District Court, So. Dist. of Ohio, Western Division- Co-Lead Trial Counsel. This case involved the offsite residents of the Feed Materials Production Center in Fernald Ohio. Fernald was one of the production facilities in the Department of Energy's Weapon Complex. This case was concluded by settlement after summary jury trial in 1989.

Fernald Workers' case - U.S. District Court, So. Dist. of Ohio, Western Division- Co-Lead Trial Counsel. This case involved the workers at the Feed Materials Production Center in Fernald Ohio. Fernald was one of the production facilities in the Department of Energy's Weapon Complex. This case was concluded by settlement after a statute of limitations jury trial.

Rocky Flats Residents' case - U.S. District Court, Colorado- Co-Lead Trial Counsel. This case involved the offsite residents of Rocky Flats. Rocky Flats was one of the production facilities in the Department of Energy's Nuclear Weapons Production Complex. There was a judgment of

$926 million. The case was appealed in the Tenth Circuit Court of Appeals and reversed.

Boughton v. Cotter Corp. - U.S. District Court, Colorado - Counsel. This case involved the offsite residents of the Cotter Corporation's uranium mill located in Canon City, Colorado. After a four-week trial and appeal, this case was settled in 1996.

Hanford- U.S. District Court, Eastern Div. of Washington- Lead Counsel. This case involving 1,600 offsite residents of the Hanford facility. Hanford was one of the production facilities in the Department of Energy's Nuclear Weapons Production Complex.

In re: 2004 DuPont Litigation - Co-trial counsel. Residents of Greenup County, KY exposed to oleum. Two jury trials were held in 2009 and 2010. Plaintiffs obtained both compensatory and punitive damages.

James Stepp, et al. v. Monsanto Research Corp., et al. United States District Court for the Southern District of Ohio, Western Division. Litigation for offsite residents. The matter has been settled. Monsanto was one of the production facilities in the Department of Energy's Nuclear Weapons Production Complex.

Teresa Boggs, et al. v. Divested Atomic Corporation, et al., United States District Court for the Southern District of Ohio, Western Division. Litigation for offsite residents. The matter has been settled. Divested Atomic was one of the production facilities in the Department of Energy's Nuclear Weapons **Production Complex.**

**State Court environmental and worker toxic substance exposure litigation includes the following:**

Lankford v. Cooper Industries – Lead Trial Counsel. Residents of Dayhoit, KY exposed to offsite contamination brought this action in the Harlan Circuit Court, Harlan, KY against Cooper Industries. The residents claimed that Cooper Industries released TCE and PCBs into the air and water. This case was settled in 2002.

Brush Wellman worker cases -Lead Trial Counsel. Approximately 30 workers at Brush Wellman facilities in Ohio brought claims against Brush Wellman intentionally exposed the workers to dangerous levels of beryllium. The workers brought the actions in the Cuyahoga County Court of Common Pleas in Ohio. Most of these cases settled in 2002.

BASF explosion- Co-Lead Trial Counsel. Residents near a BASF manufacturing facility in Cincinnati, OH brought a class action after the facility exploded. Also represented injured workers. These cases settled in 1993.

Albright & Wilson explosion -Co-Lead Trial Attorney. Residents and businesses affected by an explosion at an Albright & Wilson plant in Charleston, S.C. brought an action damages. After extensive discovery and motion practice

Three Rivers Board of Education v. INEOS ABS (USA) Corp. and LANXESS

On December 5, 2005, the Director of the Ohio EPA contacted the Superintendent of the Three Rivers Board of Education, and advised that air monitors on Meredith Hitchens Elementary School had revealed that two chemicals from the LANXESS Corporation's plastics plant across the street were drifting over the school at levels that made the risk of cancer fifty times higher than what the state considers acceptable. Suit was filed in the Court of Common Pleas of Hamilton County Court of Common Pleas. The case was settled in June 2010.

**Multi District Litigation includes:**

*In re Silicone Gel Breast Implant Litigation,* United States District Court, Northern District of Alabama, MDL #926

*In re Diet Drugs (Fen!Phen) Products Liability Litigation,* United States District Court, Eastern District of Pennsylvania

*In re Rezulin (Diabetes Drug) Products Liability Litigation,* United States District Court, Southern District of New York

*In re Meridia (Diet Drug) Products Liability Litigation,* United States District Court, Northern District of Ohio

*In re Copley Pharmaceuticals, Inc.,* "Albuterol" Products Liability Litigation, MDL #1013, United States District Court, District of Wyoming

*In re Zyprexa Products Liability Litigation,* MDL 1596, United States District Court, Eastern District of New York

*In re Putnam Mutual Funds Litigation,* United States District Court, District of Maryland

*In re Fannie Mae Securities Litigation,* Case 1:04-CV-01639, United States District Court, District of Columbia, MDL #1668

### Bar Admissions/Licenses:

Supreme Court of the State of Ohio (1972- Number 0014844) United States Court of Appeals for the Fourth Circuit (6/2/09) United States Court of Appeals for the Sixth Circuit

United States Court of Appeals for the Tenth Circuit (5/17/85) United States District Court for the Northern District of Ohio United States District Court for the Southern District of Ohio United States District Court for the Southern District of Indiana

### Activities/Appointments/Associations/Awards:

Treasurer, Potter Stewart Inn of Court - 1994-1999

Member - Cincinnati Bar Association Member- Ohio State Bar Association Member - American Bar Association

DFAB (Development Finance Advisory Board), Ohio Department of Development, 1991-1993. Appointment to this Board by Gov. Richard Celeste.

Board of Zoning Appeals for the City of Montgomery, Ohio- 1997-2000

CASA Advisory Board for Clermont County, Ohio- 1998-2000

# MARKOVITS, STOCK & DeMARCO LLC

Markovits, Stock & DeMarco, LLC is a boutique law firm whose attorneys have successfully represented clients in some of the largest and most complex legal matters in U.S. history. Our deep and varied experience extends from representing businesses, public pension funds, and individuals in federal and state courts across the nation, to successfully arguing appeals at the highest levels of the legal system – including prevailing before the United States Supreme Court. This broad-based litigation and trial expertise, coupled with no overstaffing and overbilling that can typify complex litigation, sets us apart as a law firm. But expertise is only part of the equation.

"Legal success comes only from recognizing a client's goals and being able to design and effectively execute strategies that accomplish those goals. We understand that every client is different, which is why we spend so much time learning what makes them tick."

As the business world becomes increasingly complex, you need to be able to trust your law firm to help you make the right decisions. Whether you seek counsel in resolving a current conflict, avoiding a future conflict, or navigating the sometimes choppy state and local government regulatory waters, the lawyers at Markovits, Stock & DeMarco have both the experience and track record to meet your legal needs.