# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**DECLARATION OF NICHOLAS E. CHIMICLES IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES**

I, Nicholas E. Chimicles, declare as follows:

1. I am a partner in the law firm of Chimicles & Tikellis LLP ("C&T"). Prior to the January 1, 1994 formation of C&T,[1] I was a name partner of the following law firms that performed services in this case: (a) Greenfield & Chimicles, which terminated on or about June 30, 1993; (b) Chimicles Burt Jacobsen & McNew (July 1, 1993-August 31, 1993); and (c) Chimicles, Burt & Jacobsen (September 1, 1993-December 31, 1993). Collectively, these four firms are referred to herein as the Chimicles Firms.[2] I submit this Declaration on behalf of the Chimicles Firms in support of Class Counsel's motion for award of attorneys' fees,

---

[1] From January 1, 1994 to approximately August 1998, C&T operated under the name Chimicles Jacobsen & Tikellis.

[2] In order to assure continuity in representation of the plaintiffs in this Action, C&T retained on staff after its formation on January 1, 1994, virtually all of the professional staff members who had worked on the Action while employed by Greenfield & Chimicles and the two other firms headed by me between July 1 and December 31, 1993. The subsequent year of termination of each professional staff member after joining C&T is reflected in Exhibit I hereto.

reimbursement of litigation expenses, and the award of service payments to Class representatives in the above-captioned case.

2.  The Chimicles Firms acted as counsel to Plaintiffs in this litigation. Based on the contemporaneously prepared and maintained time records, the Chimicles Firms were involved in the following activities in this litigation:

- Greenfield & Chimicles was one of the first firms to become involved in this litigation on behalf of plaintiffs, including initial complaint preparation, and performing research regarding: (i) the legal liability of defense contractors, (ii) the discoverability of grand jury proceedings; (iii) preparing a motion to compel discovery from the federal government and defense contractor defendants, and (iv) assessing risks of chemical and radiation exposure resulting from defendants' conduct.

- The Chimicles Firms provided significant staffing to conduct the review and analysis of millions of documents produced by defendants, government agencies and third parties, including preparation of detailed and comprehensive chronologies, event studies, witness preparation books and other compilations that served to prepare Chimicles Firms' attorneys and other plaintiffs' counsel to take the depositions of fact and expert witnesses.

- The Chimicles Firms participated in meet and confers with defendants' counsel regarding discovery disputes and in negotiations with the Department of Energy, EPA and Department of Justice regarding discovery requests, and in the preparation of notices of deposition under Fed.R.Civ.P. 30(b)(6) served on parties and third parties.

- C&T prepared or contributed to the preparation of many filings submitted to the Court in the litigation including but not limited to motions to compel discovery, responses to motions to quash, response to motions for summary judgment, petition for production of grand jury documents, status reports to the Court and numerous other filings.

- C&T worked closely with lead counsel in all aspects of the litigation including preparing for and attending "all-hands" meetings, status conferences with both the U.S. Magistrate and District Court Judge; participating in mock trials (May 1994); and conferring frequently, often daily, with lead counsel.

- C&T was involved in developing the format and outlines used to interview and depose fact witnesses and experts, and prepared for and took the

    depositions of numerous witnesses including Henderson (1/16/95; 12/21/95); Hazle (1/19/95; 2/20/95); Barrick (3/8/95-3/10/95); Rogers (3/22/95); Watkins (4/22/96); and Walker (9/17/96).

- C&T helped prepare and second-chaired plaintiffs' team members who deposed and/or defended the following witnesses in March-July 1995: Illsley, Culpepper, Shubert, Hoyat, Applehans, Goldberg, Arnold and Tallman.

- C&T was involved in researching and preparing memoranda regarding critical legal issues assigned by lead counsel during the litigation, including issues relating to federal preemption, damages, scientific causation issues with respect to exposure to chemicals and radiation.

- One of C&T's senior associates participated on the trial team in September-October 2005.

3. Exhibit 1 attached hereto is a summary of the time spent by the Chimicles Firms' attorneys and professional support staff who were involved in this litigation, and the lodestar calculation based on current usual and customary hourly billing rates. The total number of hours expended by the Chimicles Firms from inception through September 30, 2016 is **10,306.50** hours. Of this amount, more than 86% of the hours were C&T's hours; the remaining approximately 14% of the hours were invested by the three pre-1994 Chimicles Firms identified in paragraph 1. C&T has detailed time descriptions that were contemporaneously recorded on time sheets by all professional staff members showing how all of this time was spent, and these time records are available for inspection upon the Court's request.

4. The total lodestar for the Chimicles Firms is $3,238,933.75 using current rates. Current rates are calculated as follows. For attorneys and support staff employees who worked on this matter and who are still active and employed at C&T the current hourly rate is the hourly rate effective for these individuals today. For attorneys and support staff who are no longer employed at C&T, the current hourly rate is equal to the attorney's or other employee's hourly billing rate effective at the time the individual stopped working at any of the Chimicles Firms.

3

5. The Chimicles Firms incurred a total of **$372,805.71** in non-reimbursed expenses in connection with the prosecution of this litigation. These expenses are summarized as follows:

**ROCKY FLATS LITIGATION**
**Chimicles & Tikellis LLP Expense Report**
**(Includes pre-C&T Firms: Inception through 12/31/93**
**and C&T: 1/1/94 – 9/30/16)**

| Category | | Expense |
|---|---|---|
| Litigation Fund Contributions | | $280,000.00 |
| May 20, 1993 | $10,000.00 | |
| February 15, 1994 | 50,000.00 | |
| July 18, 1995 | 10,000.00 | |
| October 26, 1995 | 10,000.00 | |
| March 13, 1996 | 100,000.00 | |
| September 26, 2005 | 100,000.00 | |
| | | |
| Travel, Hotel/Meals | | $44,617.12 |
| Copying Services | | 24,132.50 |
| Deposition Transcrips | | 5,148.25 |
| Telephone/Telecopy | | 5,100.49 |
| Research Services | | 4,255.86 |
| Express Mail/Messengers/Postage | | 3,357.16 |
| Professional Service/Fees | | 4,000.00 |
| Other | | 1,183.26 |
| Clerical Overtime | | 463.07 |
| Court Fees | | 548.00 |
| | | **$372,805.71** |

The expenses incurred in this action are reflected on C&T's books and records, which are maintained in the ordinary course of business and prepared from invoices, receipts, credit card bills, cancelled checks and wire transfer notices, expense vouchers, check records, and other source materials, and they represent an accurate recordation of the expenses incurred.

6. Other salient facts regarding the participation of the Chimicles Firms in this litigation include:

a. More than 90% of all hours expended by the Chimicles Firms in this litigation came from just five (5) timekeepers, comprising two (2) partners, two (2) associates and a paralegal. This exemplifies the efficiency with which the Chimicles Firms deployed their staffing resources and allocated work assignments.

b. Based on data provided by lead counsel, it appears that the Chimicles Firms' contributions to the Litigation Fund in this case were greater in the aggregate than any other firm as of 1998. This significant investment by the Chimicles Firms demonstrates the level of commitment of both personnel and cash to the prosecution of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Nicholas E. Chimicles
On Behalf of the Chimicles Firms:
Chimicles & Tikellis LLP
Greenfield & Chimicles
Chimicles Burt Jacobsen & McNew
Chimicles Burt & Jacobsen

Dated: November 23, 2016

# EXHIBIT 1

*Cook et al. v. Rockwell International Corporation and The Dow Chemical Company*,
Civil Action No. 90-00181-JLK (D. Colo.)
TIME REPORT

**Firm Name:** Chimicles & Tikellis LLP (Includes Greenfield & Chimicles and other Pre-C&T Firms)
**Reporting Period:** Inception through September 30, 2016

| Timekeeper | Position | Total Hours | Hourly Rate at Termination[3] | Year of Termination | Total Lodestar |
|---|---|---|---|---|---|
| Nicholas E. Chimicles | P | 47.75 | $950.00 | | $45,362.50 |
| Timothy N. Mathews | P | 59.75 | $650.00 | | $38,837.50 |
| C. Oliver Burt, III | FP | 15.75 | $400.00 | 1993 | $6,300.00 |
| Kenneth A. Jacobsen | FP | 1,516.25 | $410.00 | 1998 | $621,662.50 |
| R. Bruce McNew | FP | 54.25 | $375.00 | 1993 | $20,343.75 |
| Joseph G. Sauder | FP | 337.00 | $700.00 | 2016 | $235,900.00 |
| Michael D. Gottsch | FP | 10.75 | $500.00 | 2007 | $5,375.00 |
| Denise D. Schwartzman | FOC | 161.00 | $600.00 | 2011 | $96,600.00 |
| Christopher T. Reyna | FA | 1,686.60 | $265.00 | 1995 | $446,922.50 |
| J. David Stoner | FA | 5,147.00 | $300.00 | 1995 | $1,544,100.00 |
| Francis J. Farina | FA | 12.25 | $250.00 | 1997 | $3,062.50 |
| Katie Moran | FA | 19.25 | $190.00 | 1994 | $3,657.50 |
| Andrea L. Adlam | FA | 42.25 | $180.00 | 1997 | $7,605.00 |

---

[3] For attorneys and support staff employees who worked on this matter and who are still active and employed at Chimicles & Tikellis LLP, the current hourly rate is the hourly rate effective for these individuals today. Mr. Chimicles and Mr. Mathews are the only persons fitting that description. For attorneys and support staff who are no longer employed at our firm, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time they stopped working at Chimicles & Tikellis LLP.

| | | | | | |
|---|---|---|---|---|---|
| Daniel P. O'Brien | FA | 58.25 | $190.00 | 1998 | $11,067.50 |
| Robin S. Stoller | FA | 230.50 | $200.00 | 1995 | $46,100.00 |
| Bronwen A. Scott | FPL | 11.25 | $95.00 | 1995 | $1,068.75 |
| Maryanne W. Beck | FPL | 24.75 | $100.00 | 1997 | $2,475.00 |
| Charles E. Briglia | FPL | 36.00 | $100.00 | 1993 | $3,600.00 |
| Kathryn A. Stark | FPL | 45.75 | $100.00 | 1994 | $4,575.00 |
| Eileen R. Finnegan | FPL | 95.00 | $95.00 | 1995 | 9,025.00 |
| Amy L. Hinze | FPL | 638.50 | $95.00 | 1997 | $60,657.50 |
| Timekeepers with under 10 hours each** | | 56.75 | | | $24,636.25 |
| **Totals** | | **10,306.50** | | | **$3,238,933.75** |

\* P-Partner; FP-Former Partner; FOC-Former of Counsel; FA-Former Associate; FPL-Former Paralegal

\*\*This 56.75 total is composed of the time charged to the case by 22 timekeepers, all of whom are former attorneys or paralegals of the Chimicles Firm.

C = Counsel
A = Associate
PL = Paralegal