# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DECLARATION OF JEFFREY A. LAMKEN IN SUPPORT OF CLASS**
**COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES,**
**REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD OF**
**SERVICE PAYMENTS TO CLASS REPRESENTATIVES**

I, Jeffrey A. Lamken, declare as follows:

1.     I am a partner at the law firm of MoloLamken LLP.  I submit this Declaration in support of Class Counsel's motion for award of attorneys' fees, reimbursement of litigation expenses, and award of service payments to Class representatives in the above-captioned case.

2.     My firm has acted as counsel to Plaintiffs in this litigation.  During the course of this litigation, my firm has been involved in the following activities:

- Drafting a petition for a writ of certiorari, a reply brief, and a supplemental brief filed in the United States Supreme Court in *Cook, et al. v. Rockwell International Corp. & The Dow Chemical Co.*, No. 10-1377 ("*Cook I*").

- Drafting a cross-petition for a writ of certiorari, a brief in opposition to certiorari, and a reply brief filed in the United States Supreme Court in *The Dow Chemical Co. & Rockwell International Corp. v. Cook, et al.*, No. 15-791, and *Cook, et al. v. The Dow Chemical Co. & Rockwell International Corp.*, No. 15-911 (collectively "*Cook II*").

- Making two presentations to the United States Office of the Solicitor General related to *Cook I* and *Cook II.*

3.      Exhibit 1 attached hereto is a summary of the time spent by my firm's attorneys and professional support staff who were involved in this litigation, and the lodestar calculation based on my firm's current usual and customary hourly billing rates. The total number of hours expended by my firm from inception through May 18, 2016 is 1145.3 hours. Our firm has detailed time descriptions showing how all of this time was spent available upon request.

4.      The total lodestar for my firm is $781,737.50 using current rates. Current rates are calculated as follows. For attorneys and support staff employees who worked on this matter and who are still active and employed at MoloLamken LLP, the current hourly rate is the hourly rate effective for these individuals today. For attorneys and support staff who are no longer employed at our firm, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time the individual stopped working at MoloLamken LLP.

5.      The time spent on this matter was reasonable and consistent with the time typically spent in Supreme Court litigation of comparable matters in light of the substantial and complex issues presented. This case raised novel issues of federal law under the Price-Anderson Act and its amendments. Accordingly, the case required extensive research into the text, legislative history, and judicial interpretation of the Act as well as various common-law doctrines that were implicated. This case also had an extraordinarily lengthy record in the district court and court of appeals that we had to analyze to prepare the Supreme Court submissions properly. That research and analysis was a time-consuming task. The Supreme Court expects that the parties will submit the highest caliber briefs and devote extensive resources to ensuring that the relevant issues are thoroughly analyzed. For that reason, the time and rescores required for Supreme Court litigation are particularly substantial.

2

6.      In addition, we twice met with the Office of the Solicitor General in connection with this matter.  The first meeting occurred in 2011 in response to an order from the Supreme Court requesting the Solicitor General to provide the views of the United States in connection with the petition for a writ of certiorari we filed on behalf of Plaintiffs in *Cook I*.  The second meeting occurred in 2015 when Rockwell and Dow sought amicus support from the United States in *Cook II*.  Meetings with the Solicitor General's office are active and probing.  As a result, they require extensive and careful preparation.  *See* Patricia A. Millett, *"We're Your Government and We're Here To Help": Obtaining Amicus Support from the Federal Government in Supreme Court Cases*, 10 J. App. Prac. & Process 209 (2009).

7.      The hourly rates charged by our firm in this matter were reasonable and well within the range of rates typically charged and received on an hourly basis by attorneys and staff with comparable experience in the Supreme Court.

8.      This firm has incurred a total of $10,806.91 in non-reimbursed expenses in connection with the prosecution of this litigation.  These expenses are summarized as follows:

| EXPENSE | AMOUNT |
|---|---|
| Litigation Fund Contribution(s) | $0 |
| Travel/Hotel/Meals | $291.78 |
| Copying and Printing Services | $10,440.13 |
| Research Services | $0 |
| Telephone/Teleconference/Fax | $0 |
| FedEx/Messengers/Postage | $0 |
| Court Fees | $75.00 |
| Other (describe) | $0 |
| **TOTAL** | **10,806.91** |

9.      The expenses incurred in this action are reflected on my firm's books and records, which are maintained in the ordinary course of business and prepared from invoices, receipts, credit card bills, cancelled checks and wire transfer notices, expense vouchers, check records, and other source materials, and they represent an accurate recordation of the expenses incurred.

10.     A firm biography and the biography of each attorney currently employed with the firm who has worked on this case is attached and also available on MoloLamken LLP's website. *See* http://www.mololamken.com/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.


_____
Jeffrey A. Lamken

Dated: November 14, 2016

# Exhibit 1

## EXHIBIT 1

***Cook et al. v. Rockwell International Corporation and The Dow Chemical Company,***
**Civil Action No. 90-00181-JLK (D. Colo.)**
**TIME REPORT**

**Firm Name:  MoloLamken LLP**
**Reporting Period:  May 18, 2016**

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE[1] | TOTAL LODESTAR |
|---|---|---|---|---|
| Robert Kry | P | 282.3 | $800 | $225,840.00 |
| Jeffrey Lamken | P | 202.5 | $975 | $197,437.50 |
| Michael Pattillo | P | 2.2 | $750 | $1,650.00 |
| Martin Totaro | P | 255.3 | $750 | $191,475.00 |
| Kelly Daley | A | 47.2 | $395 | $18,644.00 |
| Sara Margolis | A | 15.3 | $435 | $6,655.50 |
| Sarah Newman | A | 279.0 | $465 | $129,735.00 |
| Eric Nitz | A | 1.6 | $465 | $744.00 |
| Julius Taranto | A | 2.0 | $150 | $300.00 |
| Lauren Weinstein | A | 1.8 | $465 | $837.00 |
| Antoine Bitan | PL | 1.5 | $140 | $210.00 |
| Marcella Coburn | PL | 3.9 | $140 | $546.00 |
| Nicholas Hine | PL | 26.9 | $165 | $4,438.50 |
| Amanda Swanson | PL | 8.2 | $165 | $1,353.00 |

[1] For attorneys and support staff employees who worked on this matter and who are still active and employed at MoloLamken LLP, the current hourly rate is the hourly rate effective for these individuals today.  For attorneys and support staff who are no longer employed at our firm, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time they stopped working at MoloLamken LLP.

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE[1] | TOTAL LODESTAR |
|---|---|---|---|---|
| Stuart Symington | PL | 15.6 | $120 | **$1,872.00** |
| **TOTALS** | | **1145.3** | | **$781,737.50** |

P = Partner
C = Counsel
A = Associate
PL = Paralegal

Exhibit 2



WHO WE ARE



## Firm Bio

Steven Molo and Jeffrey Lamken founded MoloLamken LLP in October 2009.  The firm is a litigation boutique with offices in New York, Chicago, and Washington, D.C.  MoloLamken's practice is devoted exclusively to complex civil and criminal litigation throughout the United States.  The firm handles matters in trial courts before judges and juries, as well as in appellate courts, including the Supreme Court of the United States.  Indeed, MoloLamken is one of a small number of firms to appear regularly before the Supreme Court.

MoloLamken and its lawyers have been recognized in a wide array of legal listings and publications such as *Chambers & Partners*; *SuperLawyers*; *Lawdragon*; *Best Lawyers in America*; *Euromoney*; *PLC Which Lawyer*; *Leading Lawyers*; *Washingtonian Magazine*; *New York Magazine*; *Martindale Hubbell*; *U.S. News and World Report*; *Vault.com*; and *International Global Law Experts*.  *ACQ Magazine* has named MoloLamken its U.S. Boutique Litigation Law Firm of the Year.  In this past year, MoloLamken was named by *The National Law Journal* to its "Litigation Boutiques Hot List" and by *Benchmark Litigation* to its list of "Top Ten Litigation Boutiques in America."  Additional information about our firm can be found at http://www.mololamken.com.

## LAWYER PROFILES

# Jeffrey A. Lamken

Jeffrey Lamken, a nationally recognized appellate practitioner, has argued 22 cases before the U.S. Supreme Court and briefed dozens more on a wide range of topics, including administrative law, the First Amendment, antitrust, bankruptcy, civil rights, criminal procedure, energy, intellectual property, searches and seizures, separation of powers, and telecommunications. He has also handled matters in virtually all the federal courts of appeals and many state appellate courts.  Mr. Lamken also develops, briefs, and argues critical motions in significant trial matters.

Before founding MoloLamken, Mr. Lamken headed Baker Botts' Supreme Court and Appellate Practice in Washington, D.C.  Mr. Lamken has served as an Assistant to the Solicitor General in the U.S. Department of Justice, and was a partner in the Washington D.C. litigation boutique Kellogg Huber & Hansen.

Since 2005, Mr. Lamken has been recognized each year by Chambers & Partners Guide of America's Leading Business Lawyers (Nationwide) as a top appellate practitioner. The 2015 edition calls him a "really outstanding" practitioner, who is "incredibly knowledgeable and quick to understand issues," noting that "he is a fierce advocate" with a "very detailed" approach. The 2014 edition describes him as "a real leading player — a superstar lawyer."  In the 2011 edition, peers lauded Mr. Lamken as "a wonderfully talented appellate lawyer" and "a joy to work with."

### Selected Cases Argued Before the United States Supreme Court

- *Bank Markazi v. Peterson*, No. 14-770 (U.S. argued Jan. 13, 2016) (whether a statute that effectively directs a particular result in a single pending case violates the separation of powers)

- *First Am. Fin. Corp. v. Edwards*, cert. dismissed as improvidently granted, 132 S. Ct. 2536 (2012) (representing respondent) (whether Section 8 of the Real Estate Settlement Procedures Act of 1974 gives purchasers standing to sue title insurers under Article III, § 2 of the U.S. Constitution absent an allegation that the title insurers' statutory violations had any impact on the price or quality of the services)

- *Mac's Shell Serv., Inc. v. Shell Oil Prods. Co. LLC,* 559 U.S. 175 (2010) (whether a franchisee may recover for "constructive termination" or "constructive nonrenewal" under the Petroleum Marketing Practices Act when the franchisee continues to operate the franchise)

- *Free Enter. Fund v. Pub. Co. Accounting Oversight Bd.,* 561 U.S. 477 (2010) (whether the Sarbanes-Oxley Act, which created the Public Company Accounting Oversight Board, violates separation of powers or the Appointments Clause  of the U.S. Constitution)

- *NRG Power Mktg., LLC v. Maine Pub. Utils. Comm'n,* 558 U.S. 165 (2010) (whether the *Mobile-Sierra* doctrine, which protects the integrity of wholesale energy contracts, applies when a rate set by contract is challenged by an entity that was not a party to the contract)

- *BP Am. Prod. Co. v. Burton*, 549 U.S. 84 (2006) (whether the limitations period in 28 U.S.C. § 2415(a) applies to  federal agency orders requiring the payment of money claimed under a lease or other agreement)

### Honors & Awards

Recognized as a leading appellate practitioner, *Chambers USA Guide to America's Leading Business Lawyers*, 2005-2015 (appellate)

Listed in *The Best Lawyers in America*, 2006-2015

Recognized as a "Washington D.C. Super Lawyer" by *Law & Politics*, 2007-2015

Named to the "Fab Fifty" list of 50 most promising young litigators under 45 by *American Lawyer*, 2007

*Washingtonian* Top Lawyers 2007, 2009, 2011-2014

Named to the LawDragon 500 Leading Lawyers in America

### Clerkships

Law clerk to the Honorable Sandra Day O'Connor, United States Supreme Court

Law clerk to the Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit

### Education

Stanford Law School, J.D., 1990

*Nathan Abbott Scholar*

*Order of the Coif*

Senior Editor, *Stanford Law Review*

Haverford College, B.A., 1986, *magna cum laude*, political science

*Dep't Prize in Mathematics*

*Phi Beta Kappa*

*Kurzman Prize*

## LAWYER PROFILES



# Jeffrey A. Lamken

**Selected Party Briefs in the United States Supreme Court**

- *Abbasi v. Hasty*, No. 15-1363 (pending 2016) (whether a Bureau of Prisons associate warden may be liable for constitutional torts under *Bivens* for alleged violations of free exercise, due process, equal protection, and unreasonable searches)

- *Mohamad v. Palestinian Auth.*, 132 S. Ct. 1702 (2012) (whether the term "individual" in the Torture Victim Protection Act limits suits to natural persons)

- *Erica P. John Fund, Inc. v. Halliburton Co.*, 131 S. Ct. 2179 (2011) (whether private securities fraud plaintiffs must prove loss causation to obtain class certification)

- *Jones v. Harris Assocs.*, 559 U.S. 335 (2010) (establishing the standard for determining whether an investment adviser's fees violate its statutory fiduciary duty to the fund it manages)

**Selected Amicus Briefs in the United States Supreme Court**

- *Comptroller v. Wynne*, 135 S. Ct. 1787 (2015) (brief of amicus curiae U.S. Chamber of Commerce addressing whether a State can tax its residents on out-of-state income without providing a credit for out-of-state taxes)

- *Am. Broad. Cos. v. Aereo, Inc.*, 134 S. Ct. 2498 (2014) (brief of amicus curiae Cablevision Systems Corp. in a copyright challenge to Aereo's Internet television retransmission service)

- *Nautilus, Inc. v. Biosig Instruments, Inc.*, 134 S. Ct. 2120 (2014) (brief of amicus curiae Yahoo! Inc. and other high-tech companies addressing the degree of particularity required for patent claims)

- *Alice Corp. Party Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347 (2014) (brief of amici curiae Microsoft Corporation, Adobe Systems Inc., and Hewlett-Packard Company addressing the patent eligibility of computer-implemented inventions under § 101 of the Patent Act)

- *Octane Fitness, LLC v. Icon Health & Fitness, Inc.*, 134 S. Ct. 1749 (2014), & *Highmark Inc. v. Allcare Health Management Systems Inc.*, 134 S. Ct. 1744 (2014) (brief of amici curiae Yahoo! Inc. and other high-tech companies addressing the "exceptional case" standard for fee-shifting under § 285 of the Patent Act)

- *EPA v. EME Homer City Generation, LP*, 133 S. Ct. 2857 (2013) (brief of amicus curiae Chamber of Commerce in a suit challenging the EPA's rules implementing the interstate pollution restrictions of the Clean Air Act)

- *Ass'n for Molecular Pathology v. Myriad Genetics*, 133 S. Ct. 2107 (2013) (brief of amicus curiae The Coalition for 21st Century Medicine addressing the patent eligibility of isolated human DNA under § 101 of the Patent Act)

- *Genesis HealthCare Corp. v. Symczyk*, 133 S. Ct. 1523 (2012) (brief of amicus curiae DRI — The Voice of the Defense Bar addressing whether a case becomes moot, and thus beyond the judicial power of Article III, when the lone plaintiff is offered a payment that would satisfy all of the plaintiff's claims)

**Professional Affiliations**

American Academy of Appellate Lawyers

Member, Edward Coke Appellate Inn of Court

Member, American Bar Association Litigation Section

## LAWYER PROFILES



# Jeffrey A. Lamken

**Selected Amicus Briefs in the United States Supreme Court (continued)**

- *Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011) (brief of amici curiae Altria Group and other leading U.S. companies addressing the need for significant proof of a general policy of discrimination to certify an employment-discrimination class action)

- *Altria Grp. v. Good*, 555 U.S. 70 (2008) (brief of amicus curiae Chamber of Commerce addressing whether federal law preempts state-law fraud challenges to FTC-authorized statements in cigarette advertising)

- *Morgan Stanley Capital Grp. v. Pub. Util. Dist. No. 1 of Snohomish County*, 554 U.S. 527 (2008) (brief of amici curiae economics professors addressing the standard for abrogation of long-term energy contracts under *Mobile-Sierra* doctrine)

- *Weyerhaeuser Co. v. Ross-Simmons Hardwood Lumber Co.*, 549 U.S. 312 (2007) (brief of amici curiae timberland owners and managers addressing whether predatory-bidding antitrust claims require proof of recoupment)

**Representative Matters in the Courts of Appeals**

- *Drone Techs., Inc. v. Parrot S.A. and Parrot Inc.*, 838 F.3d 1283 (Fed. Cir. 2016) (whether the district court abused its discretion in entering a default judgment on liability as a discovery sanction)

- *McRo, Inc. v. Bandai Namco Games Am., Inc.*, 837 F.3d 1299 (Fed. Cir. 2016) (whether a patent for automatically animating the lip synchronization and facial expressions of animated characters was directed at an unpatentable abstract idea)

- *Rubin v. Islamic Rep. of Iran*, 830 F.3d 470 (7th Cir. 2016) (whether 28 U.S.C. §1610(g) provides a freestanding attachment immunity exception; whether 28 U.S.C. §1610(a) applies to a foreign sovereign's property located in the United States only when the property is used by the foreign state itself)

- *Hourani, et al. v. Mirtchev, et al.*, 796 F.3d 1 (D.C. Cir. 2015) (whether the Racketeering Influenced and Corrupt Organizations Act extends to alleged conspiracy to commit extortion abroad)

- *Versata Dev. Grp., Inc. v. SAP Am., Inc.*, 793 F.3d 1306 (Fed. Cir. 2015) (whether the Patent and Trademark Office properly defined covered business method patents subject to transitional review proceedings; whether claim preclusion applies in such proceedings; and whether patent for a computerized pricing engine is directed to patent-eligible subject matter)

- *Turkmen v. Hasty*, 789 F.3d 218 (2d Cir. 2015) (whether a Bureau of Prisons associate warden may be liable for constitutional torts under *Bivens* for alleged violations of free exercise, due process, equal protection, and unreasonable searches)

- *Rubin v. Islamic Rep. of Iran*, No. 14-1935 (7th Cir. argued Apr. 23, 2015) (whether the Foreign Sovereign Immunities Act's commercial activity exception for execution requires the foreign state itself to have used the property for commercial activity or whether a third-party's use suffices)

## LAWYER PROFILES



## Jeffrey A. Lamken

**Representative Matters in the Courts of Appeals (continued)**

- *Soverain Software LLC v. Victoria's Secret*, 778 F.3d 1311 (Fed. Cir. 2015) (whether appellate decision *sua sponte* holding patent claims invalid has issue-preclusive effect in later litigation)

- *NES Financial Corp. v. JPMorgan Chase Bank, N.A.*, 556 F. App'x 12 (2d Cir. 2014) (whether plaintiff in fraud action proved damages and justifiable reliance and whether applicable contract required certain payments)

- *United States ex rel. Nathan v. Takeda Pharm. N. Am., Inc.*, 707 F.3d 451 (4th Cir. 2013) (whether pharmaceutical company's promotion of a drug for off-label purposes caused false claims to be presented to the government in violation of the False Claims Act), cert. denied, 134 S. Ct. 1759 (2014)

- *Rambus Inc. v. Rea*, 527 F. App'x 902 (Fed. Cir. 2013) (whether substantial evidence supports Patent and Trademark Office finding that 25 patent claims were anticipated by an earlier patent)

- *Beer v. United States*, 696 F.3d 1174 (Fed. Cir. 2012) (en banc) (brief of amicus curiae Federal Judges Association addressing cost-of-living adjustments for Article III judges), cert. denied, 133 S. Ct. 1997 (2013)

- *United States v. Danielczyk*, 683 F.3d 611 (4th Cir. 2012) (whether, following *Citizens United*, the Federal Election Campaign Act's categorical ban on corporate contributions to candidates violates the First Amendment), cert. denied, 133 S. Ct. 1459 (2013)

- *Therasense, Inc. v. Becton, Dickinson & Co. and Bayer Healthcare LLC*, 649 F.3d 1276 (Fed. Cir. 2011) (en banc) (whether the elements of inequitable conduct should be made more exacting with respect to intent, materiality, and causation, and by excluding a "balancing" approach)

- *Tivo Inc. v. Echostar Corp.*, 646 F.3d 869 (Fed. Cir. 2011) (en banc) (brief of amicus curiae Association for Competitive Technology addressing the standard for judicial enforcement of patent injunctions)

- *Arar v. Ashcroft*, 585 F.3d 559 (2d Cir. 2008) (en banc) (whether *Bivens* and the Torture Victim Prevention Act allow a foreign national claiming to have been tortured by foreign officials abroad to sue U.S. officials for alleged complicity), cert. denied, 560 U.S. 978 (2010)

- *Cartoon Network LP v. CSC Holdings, Inc.*, 536 F.3d 121 (2d Cir. 2008) (whether cable company's remote-storage DVR infringes appellees' copyrights by allowing customers to record programming and store their recordings in a remote location), cert. denied, 129 S. Ct. 2890 (2009)

- *AES Sparrow Point LNG, LLC v. Smith*, 527 F.3d 120 (4th Cir. 2008) (whether county law making it illegal to build a liquefied natural gas terminal in a particular location is preempted by the Natural Gas Act), cert. denied, 555 U.S. 888 (2008)

- *Kirch v. Liberty Media Corp.*, 449 F.3d 388 (2d Cir. 2006) (whether statements about a third-party can support a defamation claim and whether plaintiff proved claims of tortious interference with contract and prospective economic advantage)

## LAWYER PROFILES



# Robert K. Kry

Robert Kry's practice focuses on trial and appellate litigation. He has authored approximately twenty Supreme Court briefs and has argued numerous matters in trial and appellate courts. His practice covers a broad array of subject matters, including business litigation, arbitration, securities fraud, constitutional law, sovereign immunity, criminal law, and intellectual property.

Before joining MoloLamken, Mr. Kry was an associate with Baker Botts LLP.  Before that, Mr. Kry served as a law clerk to Justice Antonin Scalia of the United States Supreme Court and to Judge Alex Kozinski of the United States Court of Appeals for the Ninth Circuit.

### Representative Matters

- Represent a taxi medallion financing company in a $120 million dispute with its credit facility provider in New York state court (*Transit Funding Assocs. LLC v. Capital One Equip. Fin. Corp.*, No. 652346/2015 (N.Y. Sup. Ct. filed June 30, 2015))

- Represent the trustee of several mortgage-backed securities trusts worth over $2 billion in suits against securitization sponsors in New York state court (*e.g., Deutsche Bank Nat'l Trust Co., as Trustee* v. *Morgan Stanley Mortgage Capital Holdings LLC*, No. 652877/2014 (N.Y. Sup. Ct. filed Jan. 23, 2015))

- Lead counsel for a foreign biotechnology company in a AAA arbitration in New York that proceeded through a 13-day merits hearing

- Represented the Lao Government in obtaining vacatur of a judgment enforcing a foreign arbitral award (*Thai-Lao Lignite (Thailand) Co., Ltd. v. Gov't of the Lao People's Dem. Rep.*, No. 10–cv–5256, 2014 WL 476239 (S.D.N.Y. Feb. 6, 2014))

- Defense on appeal of a ruling that discovery is not available in inter partes reexaminations before the Patent and Trademark Office (*Abbott Labs. v. Cordis Corp.*, 710 F.3d 1318 (Fed. Cir. 2013))

- Appeal of an order denying comity to German law in cross-border insolvency proceedings (*Jaffe v. Samsung Elecs. Co., Ltd.*, 737 F.3d 14 (4th Cir. 2013))

- Obtained dismissal of Supreme Court review of a constitutional challenge to standing under the Real Estate Settlement Procedures Act (*First Am. Fin. Corp. v. Edwards*, 132 S. Ct. 2536 (2012))

- Defense on appeal of the denial of an injunction against foreclosure in a commercial property dispute (*Broadway 500 West Monroe Mezz II LLC v. Transwestern Mezzanine Realty Partners II, LLC*, 80 A.D.3d 483 (N.Y. App. Div. 1st Dep't 2011))

**Clerkships**

Law clerk to the Honorable Antonin Scalia, United States Supreme Court

Law clerk to the Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit

**Education**

Yale Law School, J.D., 2002

Executive Editor, *Yale Law Journal*

Lead Article Editor, *Yale Journal on Regulation*

First place team, oralist, and brief, Morris Tyler Moot Court of Appeals

Co-chair, Morris Tyler Moot Court of Appeals

Queen's University, Canada, B. Comm., 1997

**Honors & Awards**

Washington, D.C. Rising Star, *Super Lawyers*, 2013 and 2014

**Professional Affiliations**

Barrister, Edward Coke Appellate Inn of Court

**Publications**

Local Jurisdiction over Foreign Companies, Executive Counsel, Feb./Mar. 2012 (with Martin V. Totaro)

Navigating Overseas Discovery: Beware the Dangers of Foreign Law, Nat'l L.J., May 20, 2014 (with Eric R. Nitz)

LAWYER PROFILES



# Robert K. Kry

**Representative Matters (continued)**

■ Obtained Supreme Court review and reversal of an adverse judgment in service-station franchise litigation under the Petroleum Marketing Practices Act (*Mac's Shell Serv., Inc. v. Shell Oil Prods. Co.*, 130 S. Ct.1251 (2010))

■ Obtained Supreme Court review and reversal of a decision setting aside a provision of a New England wholesale energy market settlement (*NRG Power Mktg., LLC v. Maine Pub. Util. Comm'n*, 130 S. Ct. 693 (2010))

■ Defense in the Supreme Court of a constitutional challenge to the entity created by the Sarbanes-Oxley Act to oversee audits of public companies (*Free Enter. Fund v. Pub. Co. Accounting Oversight Bd.*, 130 S. Ct. 3138 (2010))

■ Appeal of a copyright infringement judgment against a Remote Storage Digital Video Recorder (*Cartoon Network LP v. CSC Holdings, Inc.*, 536 F.3d 121 (2d Cir. 2008))

■ Appeal of a billion-dollar securities fraud verdict (*Morgan Stanley & Co. v. Coleman (Parent) Holdings Inc.*, 955 So. 2d 1124 (Fla. App. 2007))

■ Appeal of a dismissal of a commercial suit on jurisdictional grounds (*CP Sols. PTE, Ltd. v. Gen. Elec.Co.*, 553 F.3d 156 (2d Cir. 2009))

**Presentations**

■ The Foreign Sovereign Immunities Act - What's Next?, Knowledge Group, Oct. 22, 2014

■ Fundamentals of Copyright Law in the Data Era 2014, PLI, July 14, 2014

■ What Does Aereo's Supreme Court Death Sentence Mean for Internet Startups?, Congressional Internet Caucus, June 27, 2014

■ Execution of Judgments Under the Foreign Sovereign Immunities Act, D.C. Bar, Mar. 31, 2014

■ Enforcement of Foreign Judgments in the United States, Union Internationale des Avocats Winter Seminar, Feb. 27, 2014

**Publications, *continued***

Asset Discovery Against Foreign Sovereigns After NML, NYSBA J., Sept. 2014

Keeping the Company's Nose Clean After *Matrixx*, Executive Counsel, June/July 2011

Confrontation at a Crossroads, 6 Charleston L. Rev. 49 (2011)

Mac's Shell and the Future of Constructive Termination, 30 Franchise L.J. 67 (2010)

Forfeiture and Cross-Examination, 13 Lewis & Clark L. Rev. 577 (2009)

Confrontation Under the Marian Statutes, 72 Brook. L. Rev. 493 (2007)

Case Note, Once in Doubt, 110 Yale L.J. 725 (2001)

Case Note, The Copyright Law, 111 Yale L.J. 761 (2001)

Op-ed, Real Monopolists, Investor's Bus. Daily

The "Watchman for Truth": Professional Licensing and the First Amendment, 23 Seattle U. L. Rev. 885 (2000)

## LAWYER PROFILES



# Michael G. Pattillo, Jr.

Michael Pattillo's practice focuses on motions practice, issue analysis, and discovery in the trial courts, as well as appellate litigation. He has represented clients in the United States Supreme Court, federal and state courts of appeals, and federal district courts. Mr. Pattillo's practice covers a wide variety of substantive areas, including criminal law, securities fraud, the Foreign Corrupt Practices Act, federal preemption, and state tort law. He also has general civil litigation experience representing both defendants and plaintiffs.

### Representative Matters

- Represented medical diagnostics company in landmark en banc Federal Circuit case concerning the inequitable conduct doctrine

- Represented technology development company in appeal to the Federal Circuit of a USPTO decision finding patent on DRAM technology to be invalid

- Represented technology development company in appeal to the Federal Circuit of final determination of the United States International Trade Commission concerning patent validity and domestic industry

- Represented criminal defendant before the Maryland Court of Appeals in case involving state constitutional rights in voir dire

- Fortune Global 500 energy company — merits briefing in the United States Supreme Court in case involving construction of federal statute of limitations

- Represented medical device company in seeking Federal Circuit en banc and Supreme Court review of decision finding indirect patent infringement

- Representation of a prominent NY law firm in an action brought by a bankruptcy trustee under a deepening insolvency theory

- Fortune 500 oilfield services company — analysis of legal issues under the Foreign Corrupt Practices Act in connection with investigation by federal authorities

- Criminal defendant — certiorari and merits briefing in the United States Supreme Court in treaty-rights case

- United States' largest business federation — amicus brief in the United States Supreme Court regarding state sovereign immunity in patent actions

- Energy Company — district court and federal court of appeals proceedings in case involving federal preemption of local ordinance intended to block proposed LNG project

- Representation of the former CEO of Halliburton in connection with allegations of accounting irregularities brought under Texas statutory and common law

#### Clerkships

Law clerk to the Honorable Stanley F. Birch, Jr., United States Court of Appeals for the Eleventh Circuit

Law clerk to the Honorable Nathan L. Hecht, the Supreme Court of Texas

#### Education

The University of Texas School of Law, J.D., 1999

*Order of the Coif*

*Texas Law Review*

University of North Carolina, B.A., 1996

#### Honors & Awards

Washington, D.C. *Super Lawyer*, 2016

#### Publications

"Supreme Court Simplifies Diversity Jurisdiction and Corporate 'Citizenship,'" Executive Counsel, Dec. 2010/Jan. 2011

"When 'Lesser' Is More: The Case for Reviving the Constitutional Right to a Lesser Included Offense," Texas Law Review, 1998

#### Professional Affiliations

Member, American Bar Association Litigation Section

## LAWYER PROFILES



# Sarah J. Newman

Sarah Newman's practice focuses on complex civil litigation, white collar matters, and appellate litigation.

Prior to joining MoloLamken, Ms. Newman served as a law clerk to Judge Stephen Higginson of the United States Court of Appeals for the Fifth Circuit, and to Judge Edmond Chang of the United States District Court for the Northern District of Illinois.  During law school, Ms. Newman briefed and argued a Title VII appeal before the Seventh Circuit as part of Northwestern's Bluhm Legal Clinic.

### Representative Matters

■ Plaintiff class in a petition for certiorari to the United States Supreme Court in a suit arising under the Price-Anderson Nuclear Industries Indemnity Act and Colorado nuisance law

■ Software company in a patent appeal to the Federal Circuit in a case involving inventorship and default-judgment sanctions

■ Shareholders of a closely held corporation defending against claims of breach of fiduciary duty and dissolution of the corporation

■ Legal ethics scholar as amicus curiae in an estate dispute in the New York Court of Appeals

**Clerkships**

Law clerk to the Honorable Stephen Higginson, United States Court of Appeals for the Fifth Circuit

Law clerk to the Honorable Edmond Chang, United States District Court for the Northern District of Illinois

**Education**

Northwestern University School of Law, J.D., 2013, *magna cum laude*

*Order of the Coif*

Executive Editor, *Northwestern University Law Review*

Julius Miner Moot Court Competition, Semifinalist and Best Brief

Oberlin Shansi Fellow, Banda Aceh, Indonesia

Oberlin College, B.A., 2007, *Phi Beta Kappa*

## LAWYER PROFILES



# Sara Margolis

Sara Margolis's practice focuses on complex civil litigation, white collar matters, and appellate litigation.

Prior to joining MoloLamken, Ms. Margolis served as a law clerk to the Honorable Vincent L. Briccetti of the United States District Court for the Southern District of New York.  She also worked as an associate in the New York office of Cravath, Swaine & Moore LLP, where she represented a pharmaceutical company in a multi-district securities class-action, a movie studio in a contract dispute, and an international company in a shareholder derivative suit.

Prior to law school, Sara worked at the Biotechnology Industry Organization, where she developed policy and advocated on behalf of biotechnology companies.

**Clerkships**

Law clerk to the Honorable Vincent L. Briccetti, United States District Court for the Southern District of New York

**Education**

Columbia Law School, J.D., 2013

Executive Editor, *Columbia Business Law Review*

Middlebury College, B.A., 2007, *magna cum laude*

## LAWYER PROFILES



# Eric R. Nitz

Eric Nitz's practice focuses on white collar criminal investigations, complex civil litigation, patent litigation, and appellate litigation.  He has represented senior governmental and corporate officials in investigations by the Department of Justice, various inspectors general, and Congress.  He has briefed appeals before the Federal, Second, Third, and D.C. Circuits.  He has drafted dispositive and evidentiary motions in district courts across the country.

Prior to joining MoloLamken, Mr. Nitz served as a law clerk to the Honorable Joel M. Flaum of the United States Court of Appeals for the Seventh Circuit.  He also worked as an associate in the Washington, D.C. office of Winston & Strawn LLP.

Before attending law school, Mr. Nitz was a high school science teacher and assistant track and field coach.

**Criminal and Congressional Investigations**

- Secret Service official in parallel investigations by Congress and Department of Homeland Security into handling of White House security breach

- Department of Homeland Security official in connection with investigation into Anti-Deficiency Act violation

- Employees of large software company in connection with accounting fraud and securities fraud investigations by DOJ and SEC

- Senior Department of Veterans Affairs official in connection with parallel investigations by Congress, DOJ, and the Department of Veterans Affairs inspector general

- Senior executive branch official in connection with gratuities and false statements investigation by DOJ

- Senior Department of Veterans Affairs official in connection with inspector general investigation into improper contracting practices

- Senior IRS official in connection with inspector general investigation regarding improper use of government information technology

- Former senior National Weather Service official in connection with congressional investigation into allegations of conflict-of-interest

- Senior ATF official in connection with Department of Justice inspector general investigation into disclosure of ATF documents

- Senior OPM official in connection with congressional investigation into data breach of the federal government

- High-ranking political operative in connection with Department of Justice investigation into allegations of wire fraud

**Clerkships**

Law clerk to the Honorable Joel M. Flaum, United States Court of Appeals for the Seventh Circuit

**Education**

Georgetown University Law Center, J.D., 2011, *magna cum laude*

*Order of the Coif*

*The Georgetown Law Journal*

Leahy Moot Court Competition, 2009,  Finalist

National First Amendment Moot Court Competition, 2010, Quarterfinalist

Georgetown University, M.P.P., 2011

University of Notre Dame, M.Ed., 2007

University of Notre Dame, B.S., 2007, *magna cum laude*, biological sciences

**Publications**

*Navigating Overseas Discovery: Beware the Dangers of Foreign Law*, Nat'l L.J., May 20, 2014 (with Robert K. Kry)

Note, *Comparing Apples to Apples: A Federalism-Based Theory for the Use of Founding-Era State Constitutions To Interpret the Constitution*, 100 Geo. L.J. 295 (2011)

LAWYER PROFILES



## Eric R. Nitz

**Complex Civil and Patent Litigation**

- Large Middle Eastern aviation support company in multidistrict tort litigation

- Retired NFL football players objecting to class action settlement in multidistrict tort litigation

- IRS officials in constitutional tort action under *Bivens* involving alleged violations of the First Amendment and Fifth Amendment

- Small laundry detergent manufacturer and patent holder in multiple patent infringement lawsuits

**Appellate Matters**

- *Cot'n Wash v. The Sun Products Corp.*, No. 14-1805 (Fed. Cir.) – Drafted briefs on behalf of patent licensee in appeal from claim construction ruling

- *In re NFL Players Concussion Litigation*, No. 15-2304 (3d Cir.) – Drafted briefs challenging final approval of class action settlement

- *Linchpins of Liberty v. United States*, No. 15-5013 (D.C. Cir.) – Drafted briefs defending dismissal of *Bivens* action brought against IRS official

- *True the Vote v. IRS*, No. 14-5316 (D.C. Cir.) – Drafted briefs and presented oral argument defending dismissal of *Bivens* action brought against IRS officials

- *Helman v. Department of Veterans Affairs*, No. 15-3086 (Fed. Cir.) – Drafted briefs arguing the unconstitutionality of the Veterans Access, Choice, and Accountability Act

- *Drone Technologies, Inc. v. Parrot S.A.*, No. 15-1892 (Fed. Cir.) – Drafted briefs on behalf of defendant drone manufacturer in successful appeal from default judgment and damages trial for patent infringement

## LAWYER PROFILES



# Lauren M. Weinstein

Lauren M. Weinstein's practice focuses on trial and appellate litigation, including motions practice and issue development at the trial level.

Prior to joining MoloLamken, Ms. Weinstein served as a law clerk to the Honorable M. Margaret McKeown of the United States Court of Appeals for the Ninth Circuit. She also served as a law clerk to the Honorable John G. Koeltl of the United States District Court for the Southern District of New York.

## Representative Matters

- Amicus brief in the United States Supreme Court at the merits-stage for leading bankruptcy organization regarding return of undistributed funds in bankruptcy estate to debtor

- Defense on appeal in the United States Court of Appeals for the Second Circuit of billion-dollar verdict in securities fraud class action

- Defense on appeal in the United States Court of Appeals for the Fourth Circuit of a ruling that district court lacked jurisdiction over Patent and Trademark Office decision regarding procedures in inter partes reexamination

- Appeal in the United States Court of Appeals for the Eleventh Circuit from health care fraud conviction

- Appeal in the United States Court of Appeals for the Ninth Circuit from Board of Immigration Appeals decision

- Petition for rehearing en banc in the United States Court of Appeals for the Ninth Circuit of a ruling restricting the Federal Deposit Insurance Corporation's authority as a receiver to transfer assets

- Global financial institution pursuing multiple RMBS "putback" suits against mortgage originators and other responsible parties in the Southern District of New York and New York Supreme Court

- Investigation by Department of Justice regarding alleged violations of federal campaign finance laws

**Clerkships**

Law clerk to the Honorable M. Margaret McKeown, United States Court of Appeals for the Ninth Circuit

Law clerk to the Honorable John G. Koeltl, United States District Court for the Southern District of New York

**Education**

Harvard Law School, J.D., 2012

*Editor-in-Chief, Harvard Civil Rights-Civil Liberties Law Review*

*Ames Moot Court Competition, Semifinalist and Best Brief*

J. William Fulbright Grant Recipient, France

Northwestern University, B.A., 2007, *magna cum laude*

*Phi Beta Kappa*