# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

## DECLARATION OF R. BRUCE MCNEW IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES

I, R. Bruce McNew, declare as follows:

1. I am a partner at the law firm of Taylor & McNew, LLP (formerly Taylor, Gruver & McNew, P.A. (herein after "Taylor & McNew")). I submit this Declaration in support of Class Counsel's motion for award of attorneys' fees, reimbursement of litigation expenses, and award of service payments to Class representatives in the above-captioned case.

2. My firm, Taylor & McNew, served as counsel to Plaintiffs in this litigation. During the course of this litigation, my firm was involved in the following activities:

- Served as one of the Counsel of Record for Plaintiffs on the pleadings
- As counsel of record reviewed and assisted in discovery motions
- Assisted in the investigation of facts and the review of documents
- Prepared for and took/defended six (6) depositions

3. Exhibit 1 attached hereto is a summary of the time spent by Taylor & McNew's attorneys and professional support staff who were involved in this litigation, and the lodestar calculation based on our firm's current usual and customary hourly billing rates. Due to the passage of time and an IT failure, some of the time for R. Bruce McNew and all of the time for all other timekeeping professionals at Taylor & McNew has been lost and is not included in this declaration. The total number of hours expended by Taylor & McNew from inception through May 18, 2016 for which contemporaneous records exist is 305.00 hours. Taylor & McNew has detail of the time descriptions showing how all of this time was spent available upon request.

4. The total lodestar for Taylor & McNew is $ 205,875.00 using current rates. For attorneys and support staff employees who worked on this matter and who were still employed at Taylorr & McNew, the current hourly rate is used.

5. While Taylor & McNew has incurred expenses for which it did not receive reimbursement, for example travel to depositions, due to the passage of time and an IT failure, those records have been lost and no amount for those costs is included in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Taylor & McNew, LLP

R. Bruce McNew, Partner

Dated: November 14, 2016

# EXHIBIT 1

## *Cook et al. v. Rockwell International Corporation and The Dow Chemical Company,*
### Civil Action No. 90-00181-JLK (D. Colo.)
### TIME REPORT

**Firm Name:** Taylor, Gruver & McNew, P.A.
**Reporting Period:** 1994 - 1998

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE[1] | TOTAL LODESTAR |
|---|---|---|---|---|
| R. Bruce McNew | P | 305.00 | $675 | $205,875.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** |  |  |  | $205,875.00 |

P = Partner
C = Counsel
A = Associate
PL = Paralegal

---

[1] For attorneys and support staff employees who worked on this matter and who were still employed at Taylor & McNew, LLP on that date, the current hourly rate is the hourly rate effective as of that date. For attorneys and support staff who were no longer employed at our firm before that date, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time they stopped working at the firm.