# Exhibit 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

**DECLARATION OF KENNETH A. JACOBSEN IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES**

I, Kenneth A. Jacobsen, declare as follows:

1. I am the principal of the law firm Jacobsen Law Offices LLC. I submit this Declaration in support of Class Counsel's motion for award of attorneys' fees, reimbursement of litigation expenses, and award of service payments to Class representatives in the above-captioned case.

2. I have acted as counsel to Plaintiffs since the inception of this litigation. During the course of this litigation, I was deeply and actively involved in the following activities:

- investigation of facts;
- review of documents;
- extensive preparation for, attendance at the talking and defending of depositions; and
- participation in research and drafting of legal memoranda and court filings.

1

More recently, through my firm Jacobsen Law Offices LLC, although not as actively involved in the day-to-day activities in this case, I nevertheless monitored and reviewed correspondence and court filings related to the trial and extensive appeals process, providing comment and feedback where necessary and appropriate.

3. Exhibit 1 attached hereto is a summary of the time spent by me and the lodestar calculation based on my current usual and customary hourly billing rate. The total number of hours expended by my firm from July 31, 1998 through May 18, 2016 is 64 hours. Due to the passage of time, detailed descriptions of the hours spent are no longer available but have been reconstructed from e-mails, court filings and other reliable information.

4. The total lodestar for my firm is $ 48,000.00 using current rates in effect today.

5. A firm biography and my biography are available on my firm's website at https://www.jacobsenlaw-pa.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

JACOBSEN LAW OFFICES LLC

/S/ KENNETH A. JACOBSEN

Dated: December 15, 2016

# EXHIBIT 1

*Cook et al. v. Rockwell International Corporation and The Dow Chemical Company*,
Civil Action No. 90-00181-JLK (D. Colo.)
TIME REPORT

**Firm Name:  Jacobsen Law Offices LLC**
**Reporting Period: July 31, 1998 through May 18, 2016**

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE | TOTAL LODESTAR |
|---|---|---|---|---|
| Kenneth A. Jacobsen | Principal | 64 | $ 750 | $ 48,000.00 |

3