# Exhibit 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## DECLARATION OF MARCY G. GLENN IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES

I, Marcy G. Glenn, declare as follows:

1.    I am a partner at the law firm of Holland & Hart LLP. I submit this Declaration in support of Class Counsel's motion for award of attorneys' fees, reimbursement of litigation expenses, and award of service payments to Class representatives in the above-captioned case.

2.    My firm has acted as counsel to Plaintiffs in this litigation. During the course of this litigation, my firm has been involved in the following activities:

- **Legal Research** on issues pertinent to the initial Tenth Circuit appeal, the initial Supreme Court proceedings, and proceedings on remand from the Tenth Circuit, including standards of review, the Price-Anderson Act, its legislative history, trespass, nuisance, class certification, preclusion, waiver, conditional cross-appeals, preemption, jurisdiction, statutory interpretation, evidentiary issues, compensatory and exemplary damages, prejudgment interest, and judicial conflicts of interest.

- **Draft Pleadings**, including assist in preparation of the Tenth Circuit merits and supplemental briefs, supplemental authority letters and responses, the petition for

rehearing, appellate motions, initial and supplemental appendices, and the Supreme Court petition for certiorari review.

- **Oral Argument Preparation** for the initial Tenth Circuit appeal, including in the development of argument themes and specific points, preparation of likely questions and responses, research into panel members, and participation in mock arguments.

- **High-Level Strategy** assistance throughout the initial Tenth Circuit appeal, the initial Supreme Court proceedings, and the proceedings on remand from the Tenth Circuit.

3. Exhibit 1 attached hereto is a summary of the time spent by my firm's attorneys and professional support staff who were involved in this litigation, and the lodestar calculation based on my firm's current usual and customary hourly billing rates. The total number of hours expended by my firm from inception through May 18, 2016 is 800.60 hours. Our firm has detailed time descriptions showing how all of this time was spent available upon request.

4. The total lodestar for my firm is $441,571.00 using current rates. Current rates are calculated as follows. For attorneys and support staff employees who worked on this matter and who are still active and employed at Holland & Hart LLP, the current hourly rate is the hourly rate effective for these individuals today. For attorneys and support staff who are no longer employed at our firm, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time the individual stopped working at Holland & Hart LLP.

5. This firm has incurred a total of $8,625.49 in non-reimbursed expenses in connection with the prosecution of this litigation. These expenses are summarized as follows:

| EXPENSE | AMOUNT |
| --- | --- |
| Litigation Fund Contribution(s) | $        .00 |
| Travel/Hotel/Meals | $ 2,793.60 |
| Copying Services | $ 1,216.31 |
| Research Services | $ 4,615.58 |
| Telephone/Teleconference/Fax | $        .00 |

| EXPENSE | AMOUNT |
|---|---|
| FedEx/Messengers/Postage | $        .00 |
| Court Fees | $        .00 |
| Other (describe) | $        .00 |
| **TOTAL** | $ 8,625.49 |

6. The expenses incurred in this action are reflected on my firm's books and records, which are maintained in the ordinary course of business and prepared from invoices, receipts, credit card bills, cancelled checks and wire transfer notices, expense vouchers, check records, and other source materials, and they represent an accurate recordation of the expenses incurred.

7. A firm biography and the biography of each attorney currently employed with the firm who has worked on this case is attached and also available on Holland & Hart LLP's website.  *See* https://www.hollandhart.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.


Holland & Hart LLP

*[signature: Marcy G. Glenn]*

Marcy G. Glenn

Dated: December 13, 2016

# Exhibit 1

# EXHIBIT 1

*Cook et al. v. Rockwell International Corporation and The Dow Chemical Company*,
Civil Action No. 90-00181-JLK (D. Colo.)
TIME REPORT

**Firm Name:  Holland & Hart LLP**
**Reporting Period:  March 29, 2009 through May 18, 2016**

| PROFESSIONAL | STATUS | TOTAL HOURS | CURRENT HOURLY RATE[1] | TOTAL LODESTAR |
|---|---|---|---|---|
| Marcy G. Glenn | P | 658.60 | $595.00 | $ 391,867.00 |
| John P. Harrington | P | .40 | $540.00 | $ 216.00 |
| Michael P. Manning | A | 141.20 | $350.00 | $ 49,420.00 |
| Dagfinn H. Senturia | PL | .40 | $170.00 | $ 68.00 |
| **TOTALS** | | 800.60 | | $ 441,571.00 |

P = Partner
C = Counsel
A = Associate
PL = Paralegal

9323120_3

---

[1] For attorneys and support staff employees who worked on this matter and who are still active and employed at Holland & Hart LLP, the current hourly rate is the hourly rate effective for these individuals today.  For attorneys and support staff who are no longer employed at our firm, the current hourly rate is equal to the attorney's or employee's hourly billing rate effective at the time the person stopped working at Holland & Hart LLP.

# Exhibit 2

# ABOUT HOLLAND & HART

HOLLAND & HART

With more than 500 attorneys located in 15 offices across the Mountain West and in Washington, D.C., Holland & Hart delivers integrated legal solutions to regional, national, and international clients of all sizes.

Our client-driven culture is personalized, responsive, and collaborative. We are proud of our lawyers' unyielding commitment to client service – service that builds relationships and earns results.

## SERVICES

- Banking and Financial Institutions
- Business, Corporate, and Finance
- CyberSecurity
- Economic Sanctions and Export Controls
- Energy, Environment, and Natural Resources
- Government
- Healthcare
- Intellectual Property
- International Trade
- Labor and Employment
- Litigation
- Real Estate, Construction, and Development
- Tax, Benefits, and Private Client
- White Collar Defense

## RECOGNITION

- 185 attorneys and 20 "Lawyers of the Year" named *The Best Lawyers in America©* 2016

- 87 attorneys and 33 of the firm's practice areas (by market) recognized by *Chambers USA* 2016

- 75 attorneys named to the 2016 Super Lawyers or Rising Stars lists by *Mountain States Super Lawyers®*

- 70 attorneys named to the 2016 Super Lawyers or Rising Stars lists by *Colorado Super Lawyers®*

- Ranked #16 nationally among 300-plus law firms on BTI Consulting Group's list of *"BTI Client Service 30"* for 2016

- For the 6th consecutive year, named to BTI Consulting Group's list of *BTI Most Recommended Law Firms* 2016 by corporate counsel

- Named one of the 50 Best Law Firms for Women by *Working Mother* and *Flex-Time Lawyers* 2016 for the 6th time

- Gold Standard Certification by the Women in Law Empowerment Forum for six consecutive years, 2011-2016

- Recipient of the 2015 Chevron Law Firm Diversity Recognition Award for demonstrating commitment to diversity

| Aspen | Boulder | Colorado Springs | Jackson Hole | Salt Lake City |
| Billings | Carson City | Denver | Las Vegas | Santa Fe |
| Boise | Cheyenne | Denver Tech Center | Reno | Washington, D.C. |



# MARCY G. GLENN

**Partner**
**Denver**
**303.295.8320**
**mglenn@hollandhart.com**

Appellate
Litigation

## Overview

Ms. Glenn's practice focuses on appellate litigation, motions practice, and issues analysis at the trial level. Recognized as a leading appellate lawyer in Colorado and the Tenth Circuit, she regularly represents clients throughout the United States, including in the United States Supreme Court, the federal courts of appeals, and a number of state appellate courts. Her practice covers a broad variety of substantive areas, including constitutional law, natural resources law, employment law, commercial litigation, environmental law, and intellectual property.

Drawing on years of service to the courts, the bar, and her clients on issues related to the practice of law, Ms. Glenn also advises individuals, law firms, and other entities on issues of legal ethics, attorney discipline and licensure, and legal malpractice. She has chaired the Colorado Supreme Court's Standing Committee on the Colorado Rules of Professional Conduct since its creation in 2003. She is a former chair and current member of the Colorado Bar Association Ethics Committee, and a former chair of the Committee on Attorney Conduct of the United States District Court for the District of Colorado. From 1993 through 2001, she chaired Holland & Hart's Ethics and Conflicts Committee, on which she continues to serve.

Ms. Glenn is the former leader of Holland & Hart's Appellate Practice Group and is the current chair of the firm's Partnership Admission Committee.

She speaks and writes regularly on the subjects of appellate litigation and legal ethics.

Before joining Holland & Hart in 1983, Ms. Glenn clerked for United States District Court Judge Richard P. Matsch.

## Experience

### Representative Federal Matters

- In a lawsuit that made two trips to the Tenth Circuit, that court ultimately ordered reinstatement of the jury's $177 million nuisance verdict, plus over $1 billion in prejudgment interest, in favor of our clients, owners of property damaged from plutonium that migrated from Rocky Flats, a federal nuclear weapons plant. While the parties' cross-petitions for certiorari were pending in the Supreme Court, the case settled for $375 million.

- Resolving a question of first impression, the Ninth Circuit adopted our argument that 12 U.S.C. § 1821(d)(6)(A)(ii), part of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989, is not



Marcy G. Glenn

merely a venue provision but defines the court's subject matter jurisdiction, which required affirmance of dismissal of the claims against our bank client.

- After granting our petitions for permissive appeal from separate Oklahoma and Kansas orders that certified statewide classes in natural gas royalty actions, the Tenth Circuit issued its first decisions to apply *Wal-Mart v. Dukes* and *Comcast v. Behrend,* and reversed both certifications.

- The Federal Circuit affirmed a $24 million judgment for our client, the inventor of an electric blender jar, rejecting the defendant's multiple challenges to the jury's finding of willful infringement.

- The Tenth Circuit affirmed the judgment in favor of our client, a federal receiver in a securities fraud matter, holding that the claimant was properly denied any recovery from the receivership estate.

- In a pro bono civil rights case, the Tenth Circuit twice reversed the entry of judgment against our client, holding that the district court's rulings on absolute and qualified immunity were wrong as a matter of law.

- Rejecting the plaintiffs' claimed multi-billion dollar interest in the Kasaghan oil field in the Caspian Sea, developed in part by our oil company client, the Tenth Circuit affirmed the entry of summary judgment for our client on statute of limitations grounds.

- The Tenth Circuit reversed the entry of judgment for the claimant in an ERISA case, holding that the district court improperly considered evidence outside the record of our client, the plan administrator. The Supreme Court denied the claimant's petition for certiorari review.

- In another ERISA appeal, the Tenth Circuit again reversed the entry of summary judgment for the claimant and remanded to allow our client, the plan administrator, to reconsider the claim and make additional fact findings.

- The Tenth Circuit affirmed the district court's dismissal of all claims in a natural gas royalty class action against our energy company clients. The court also reversed the district court's order certifying a statewide class of plaintiffs.

- The Ninth Circuit held that the EPA did not act arbitrarily or capriciously in allowing the State of Nevada to redesignate one of its clean air areas into two areas under the Clean Air Act, a ruling that allowed our mining company client to operate under less restrictive national air quality standards.



Marcy G. Glenn

- Accepting our construction of damages provisions in the federal Computer Fraud and Abuse Act, the Ninth Circuit affirmed a jury verdict in favor of our client.

- The Fifth Circuit bucked the tide of routine rejection of claims under the National Environmental Policy Act, and held inadequate the Air Force's and FAA's environmental impact statement for the Realistic Bomber Training Initiative in West Texas.

- For our client, the plan administrator, we persuaded the Tenth Circuit to narrow the circumstances when district courts may admit evidence beyond that considered by the plan administrator in appeals from denials of benefits under ERISA.

- The Tenth Circuit held that ERISA preempts claims for bad faith breach of an insurance contract under Wyoming law.

- The Ninth Circuit rejected the EPA's jurisdictional arguments and permitted our client's appeal of EPA enforcement orders to proceed to a decision on the merits.

### Representative State Matters

- In consolidated appeals arising out of a complex commercial dispute, the Nevada Supreme Court rejected our adversary's fraudulent inducement argument, and affirmed the district court's order enforcing a prior settlement agreement in our client's favor, the entry of summary judgment in our client's favor in a separate lawsuit, and our client's recovery of attorneys' fees.

- In a decision that clarified the distinction between contractual covenants and conditions, the Utah Supreme Court held that our client was entitled to recover actual and liquidated damages based on a seller's failure to perform under a commercial real estate contract.

- The Oklahoma Court of Civil Appeals reversed the district court's certification of a statewide class of royalty interest owners.

- The Colorado Court of Appeals reversed the district court's adoption placement and remanded for proceedings to determine whether the toddler child should be placed with our pro bono clients, the foster parents.

- The Colorado Court of Appeals upheld a multi-million dollar class settlement in an oil and gas underpaid royalties case, rejecting an unhappy class member's challenge.

- A pro bono appeal for our adult adoptee client led to a Colorado Court of Appeals decision giving all persons adopted in Colorado



HOLLAND & HART LLP                                                                                       Marcy G. Glenn

- between 1951 and 1967 full access to all court records and other papers related to their adoptions.
- In a decision that has significantly limited oil and gas royalty owners' rights, the Colorado Supreme Court reversed the lower appellate court and held that the putative class's claim for allegedly underpaid natural gas royalty accrued on the date of the alleged breach of contract, not on the date of discovery of the alleged breach.
- The Colorado Supreme Court held that taxpayers may deduct post-wellhead production costs in valuing oil and gas leaseholds for state property tax assessments.
- The Wyoming Supreme Court accepted in full the position of our clients, a group of industrial electric power consumers, and affirmed a Public Service Commission decision that rejected a utility's requested rate increase of over $91 million.
- The Colorado Supreme Court exercised its original jurisdiction to reverse the trial court's order requiring our client to produce sensitive medical records.
- The Colorado Supreme Court accepted in full our arguments that the state Title Board properly fixed a title for our client's initiative to amend the Colorado Constitution.
- Reinstating the jury verdict in our developer client's favor, the Colorado Supreme Court exercised its original jurisdiction to reverse the trial court's order granting a new trial after a defense verdict on the plaintiff's premises liability claims.

### Amicus Briefs

- Ms. Glenn has prepared *amicus curiae* briefs for various governmental and private parties in cases pending in various state and federal appellate courts, including the United States Supreme Court, on issues including liability under the Clean Air Act, preemption of state law claims under ERISA, attorney ethics, and the constitutional provisions creating the Great Outdoors Colorado Trust Fund.

### Honors and Awards

- Fellow, Litigation Counsel of America (2015-present)
- Colorado Bar Association Ethics Committee: Don Sears Award, recognizing outstanding commitment to the ethics of the legal profession (2015)
- Colorado Lawyers Committee Individual of the Year Award (2013)
- *The Best Lawyers in America*© Appellate Practice (2006-2017)



Marcy G. Glenn

- *Who's Who in American Law*
- Colorado Super Lawyers®, Appellate (2006-2016)
- Colorado Super Lawyers®, "Top 50 Women Lawyers" (2012-2016)
- Colorado Super Lawyers®, "Top 100 Lawyers" (2015, 2016)

## Memberships and Affiliations

- Chair, Colorado Supreme Court Standing Committee on Rules of Professional Conduct (2003-present)
- Member, Colorado Supreme Court Standing Committee on Colorado Appellate Rules (2011-present)
- Member, Committee on Conduct, United States District Court for the District of Colorado (2001-2007), Chair (2003-2007)
- Reporter for American Bar Association Litigation Section's Task Force on the Independent Lawyer (1997-2001)
- Member, Colorado Bar Association Board of Governors (2005-2007)
- Member, Colorado Bar Association Ethics Committee (1993-present), Chair (1999-2000)
- Member, Colorado Bar Association Litigation Section Appellate Practice Subcommittee (1995-present)
- Member, Colorado Bar Association, Amicus Briefs Committee (2006-present)
- Member, Colorado Bar Association Ad Hoc Committee on Proposed Federal Court Ethics Rules (1999-2000)
- Member, Colorado Bar Association/Denver Bar Association Joint Task Force on Multidisciplinary Practice (1999-present)
- Member, *The Colorado Lawyer* Editorial Board (2011-present), Vice-Chair (2014-2016), Chair (2016-present)
- Co-Editor, *The Colorado Lawyer*, Appellate Practice Column (2014-present)
- Member, Colorado Supreme Court Advisory Committee, Subcommittee on Rules of Professional Conduct (1999-2000)
- Member, Legal Panel, American Civil Liberties Union of Colorado (1997-2003), Chair (1999-2001)
- Member, Attorney Discipline Hearing Board, Colorado Supreme Court (1998-2000, 2011-present)
- Member, Dartmouth College Alumni Council (2011-2014)



**Marcy G. Glenn**

- Member, Board of Directors, Dartmouth Association of the Rocky Mountains (2007-2015)
- Coach, Kent Denver School Mock Trial Team (2001-2002)

## Education

Northeastern University School of Law (J.D. 1981)

Dartmouth College (B.A. 1977)
*cum laude*

## Publications

- "Pro Se Civil Appeals—Resources and Opportunities," 45 *The Colorado Lawyer* 57 (June 2016)

- "Pro Se Civil Appeals—The Problem and Special Standards and Rules," 45 *The Colorado Lawyer* 63 (March 2016)

- "Appellate Review of Collateral Orders Under Federal and Colorado Law," 43 *The Colorado Lawyer* 69 (Dec. 2014)

- "Midstream Fee and Expense Modifications Under the Colorado Ethics Rules," 40 *The Colorado Lawyer* 79 (Aug. 2011)

- "Private Screening," 38 *The Colorado Lawyer* 59 (June 2009) (Co-authored with Richard Eason, John Lebsack, Traci Van Pelt, Alec Rothrock, and Susan Thevenet)

- "Further Thoughts on the In-Firm Attorney-Client Privilege," Media Law Resource Center MediaLaw Letter (May 2008)

- "The New Colorado Rules of Professional Conduct: A Survey of the Most Important Changes," 36 *The Colorado Lawyer* 71 (Aug. 2007) (Co-authored with Michael H. Berger)

- "CBA Ethics Committee: An Overview," 35 *The Colorado Lawyer* 53 (Dec. 2006) (Co-authored with Douglas D. Foote, John M. Lebsack, and Alec Rothrock)

- "Imputed Conflicts – In a 'State' of Conflict," Media Law Resource Center MediaLaw Letter 41 (Sept. 2006)

- "Beyond Briefs: Motion Practice in Civil Appeals in the Tenth Circuit," *Trial Talk* (April/May 2005)

- "Tenth Circuit Appears to Be Tilting More to the Right," 26 *National Law J.* 1 (Aug. 23, 2004)



HOLLAND&HART LLP

Marcy G. Glenn

- "Settlement Ethics," 30 *The Colorado Lawyer* 53 (Dec. 2001)

- "Lawyers Doing Business With Their Clients: Identifying and Avoiding Legal and Ethical Dangers," *A Report on the Task Force on the Independent Lawyer* (ABA 2001) (Reporter)

- "Tenth Circuit Court Report," *ABA TIPS Committee News* (Spring 2000)

- "An Introduction to the CBA Ethics Committee," 28 *The Colorado Lawyer* 21 (June 1999) (Co-authored with Douglas D. Foote and Alec Rothrock)

- "Conflict Issues When Attorneys Switch Jobs," 27 *The Colorado Lawyer* 49 (May 1998)

HOLLAND&HART.

Marcy G. Glenn



# JOHN P. HARRINGTON

**Partner**
**Salt Lake City**
**801.799.5819**
**jharrington@hollandhart.com**

Civil and Commercial Litigation
Oil and Gas Litigation
Securities Litigation
Lender Liability Defense

## Overview

With more than 30 years of experience as a trial lawyer, Mr. Harrington provides effective representation and sound counsel to clients in complex civil and commercial litigation.

Mr. Harrington advises clients in matters including unfair competition and trade secret disputes, insurance insolvency litigation, bankruptcy adversary proceedings, royalty issues, and take-or-pay litigation. He also has significant experience in oil and gas litigation. His extensive experience includes jury and bench trials in state and federal courts in Utah, Nevada, New York, California, Texas, and with the Ute Indian Tribal Court.

Mr. Harrington is admitted to practice in front of the U.S. Supreme Court, 9th and 10th Circuit Court of Appeals, and the U.S. District Court for the District of Utah.

## Honors and Awards

- *Chambers USA: America's Leading Lawyers for Business*, Litigation: General Commercial
- *Benchmark Litigation,* Utah Litigation Star, Commercial Litigation (2009-2015)
- *The Best Lawyers in America*® Commercial Litigation (2014, 2016-2017)
- Mountain States Super Lawyers®, Business Litigation (2007-2016)
- *Utah Business Magazine,* Utah Legal Elite (2007-2013)

## Memberships and Affiliations

- Member, Colorado State Bar
- Member, Texas State Bar
- Member, Utah State Bar
- Member, Federal Bar Association

## Education

University of Colorado School of Law (J.D. 1977)
    Law Review

Dartmouth College (A.B. 1973)
    *cum laude*



HOLLAND&HART.                                        John P. Harrington



## MICHAEL P. MANNING

**Associate**
**Billings**
**406.896.4633**
**mpmanning@hollandhart.com**

Appellate
Litigation

## Overview

Mr. Manning's practice focuses on appellate advocacy and complex trial-level motions and strategy. He has argued multiple appeals in the U.S. Court of Appeals for the Ninth Circuit and regularly represents clients in both federal and state courts. His experience covers a broad range of substantive areas, including constitutional issues, intellectual property, environmental law, employment disputes, and commercial matters, among others.

Prior to joining Holland & Hart, Mr. Manning served as a law clerk for Ninth Circuit Judges Thomas G. Nelson and N.R. Smith. He is admitted to practice in the U.S. Courts of Appeals for the Ninth, Tenth, District of Columbia and Federal Circuits, the U.S. District Court for the District of Montana, and all Montana state courts.

## Experience

### Representative Cases

- *Tulio-Hernandez v. Holder*, No. 13-70553 (9th Cir.). After receiving our opening brief, the government voluntarily moved to remand to the Board of Immigration Appeals for reconsideration of our client's asylum application—a result that effectively gave our client the relief he would have received had he fully prevailed on the merits.

- *Burnett v. PPL Montana, LLC*, 2013 WL 6331591 (Mont. Dec. 3, 2013). The Montana Supreme Court affirmed the district court's dismissal of claims against our clients alleging participation in an illegal boycott and conspiratorial scheme to deny the plaintiffs employment. The court held that, as a matter of law, the plaintiffs could not state a claim against our clients.

- *Flexible Lifeline Sys., Inc. v. Precision Lift, Inc., 654 F.3d 989* (9th Cir. 2011). The Ninth Circuit vacated a preliminary injunction against our client and agreed with our argument that Supreme Court precedent does not permit courts to apply a presumption of irreparable harm when considering preliminary injunctions under the Copyright Act. Other courts have subsequently cited this case more than 70 times.

- *Doe v. Community Med. Center, Inc.*, 221 P.3d 651 (Mont. 2009). The Montana Supreme Court affirmed the entry of a preliminary injunction in favor of our physician client. The court held that our client's former employer could not report his suspension to state and federal agencies prior to a resolution of the merits of our client's claim that the suspension was wrongly imposed.

- *Rippentrop v. E.H. Oftedal & Sons*, 356 Fed.Appx. 945 (9th Cir. 2009). The Ninth Circuit affirmed the entry of summary judgment in favor of our client. The court held that our client reasonably exercised its discretion as an ERISA plan administrator in calculating an employee's hours of service.

**HOLLAND&HART**    Michael P. Manning

## Honors & Awards

- *The Best Lawyers in America*© Litigation-Environmental (2017)
- Mountain Super Lawyers® Rising Stars, Appellate (2016)

## Memberships and Affiliations

- Member, ABA Council of Appellate Lawyers Rules Committee
- Board Member, Yellowstone Area Bar Association

## Publications

"Comment: A Common Law Crime Analysis of *Pinkerton v. United States*: Sixty Years of Impermissible Judicially-Created Criminal Liability," *67 Mont. L. Rev. 89* (2006)

"Legal Short: Recent Decisions Affecting The Montana Practitioner, Lockhead v. Weinstein," *66 Mont. L. Rev. 263, 267* (2005)

## Education

University of Montana School of Law (J.D. 2006)
    With Honors
    *Montana Law Review*, Executive Editor
    Judicial Intern for Chief Judge Donald Molloy of the U.S. District Court for the District of Montana

University of Notre Dame (B.B.A. 2003)
    *cum laude*
    Accounting



**Michael P. Manning**