```
                                        FILED
                              UNITED STATES DISTRICT COURT
                                   DENVER, COLORADO

                                      JAN -6 2017

                                  JEFFREY P. COLWELL
                                              CLERK
```

January 3, 2017

Clerk of the United States District Court
District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Subject: *Cook et al. v Rockwell International Corporation and The Dow Chemical Company*
Civil Action No. 90-00181-JLK (D. Colo.)

I plan to attend the hearing for the subject case on April 28, 2017. I do not plan to speak and I have no objection to the settlement.

Name:       Kenneth G. Niquette
Address:    7423 Isabell Circle, Arvada, CO 80007
Address of property owned on June 7, 1989
            8353 Dudley Ct., Arvada, CO 80005
Telephone:  303-803-4446

*Kenneth G Niquette* (signature)

Kenneth G. Niquette

Niquette
#423 Isabell Circle
Arvada, Co 80007

DENVER CO 800
03 JAN 2017 PM 8 L

Clerk of this United States
District Court
Alfred A. Arraj United States Courthouse
901 19th St.
Denver, Co 80294-3589