1622 L‍ocust S‍treet   |   P‍hiladelphia, PA  19103-6305   |   P‍hone: 215/875-3000   |   F‍ax: 215/875-4604   |   www.bergermontague.com



MERRILL G. DAVIDOFF

| | |
|---|---|
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

January 31, 2017

**VIA ECF**

Honorable Judge John L. Kane
United States District Court for the
    District of Colorado
Alfred A. Arraj United States Courthouse
Room A838
901 19th Street
Denver, CO 80294-3589

      Re:    *Cook v. Rockwell Int'l Corp., No. 90-K-181 (D. Colo.)*

Dear Judge Kane:

      Last week and this week Defendants funded the remaining $372.5 Million in settlement consideration and it was deposited into the Escrow Account for the QSF Settlement Fund, in advance of the late July deadline in the Settlement Agreement.  As provided in the Settlement Agreement, the funds have been invested in United States Treasury Bills.

      Accordingly, in addition to advising the Court of this development, I am respectfully enclosing a proposed Order authorizing my firm, as Plaintiffs' Lead Counsel, to replenish the Notice and Administration Fund in $2.5 Million increments.  These are the increments that were previously provided for Defendants to replenish this Fund, up to a total not to exceed $10 Million, to pay for Settlement Administration expenses incurred pending Final Approval of the Settlement.

      Please advise if the Court has any questions or concerns and we will be pleased to address them.

      Respectfully yours,

      */s/ Merrill G. Davidoff*

      Merrill G. Davidoff
      *Lead Counsel for Plaintiffs*

MGD/sll
Enclosure
cc:      All Counsel of Record *(w/encl.) (via ECF)*