IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## [PROPOSED] ORDER APPROVING SUPPLEMENTATION OF THE SETTLEMENT NOTICE AND ADMINISTRATION FUND

With respect to the Settlement Agreement now before the Court for final approval proceedings, the Court having been advised that defendants The Dow Chemical Company and Rockwell International Corporation, now owned by The Boeing Company, have funded the remaining settlement consideration of $372.5 Million and it has been deposited into the Escrow Account for the QSF Settlement Fund, now, Therefore, it is hereby Ordered:

Plaintiffs' lead counsel, Berger & Montague, P.C., henceforth may supplement the Settlement Notice and Administration Fund, in $2.5 Million increments, up to the total of $10 Million authorized by the Settlement Agreement, to cover Settlement Administration expenses incurred until the proposed settlement becomes Final under the schedule previously approved by this Court in the August 5, 2016 Order Granting Preliminary Approval of Proposed Class Action Settlement, Preliminary Approval of Proposed Plan of Allocation, Approval of Proposed Forms

and Manner of Notice to the Class, Approval of Proposed Claim Form, and Approval of Proposed Schedule.

Dated: _____BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE