Jonathan W. Morris, II #088815
Tomoka. C.I.
3950 Tiger Bay Rd
Daytona Beach, FL 32124

PROVIDED TO TOMOKA CI ON 2-1-17
FOR MAILING BY [signature]

Clerk of U.S. District Court
U.S. District of Colorado
901 19th Street
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB -6 2017
JEFFREY P. COLWELL
CLERK

February 1, 2017

RE: Cook et al. v. Rockwell International Corp and The Dow Chemical Co., Civil CASE 90-00181-JLK

Dear Clerk,

I believe I am a surviving heir of a Member in the Property Class of the proposed settlement. I am requesting:

1. A Claim Form
2. A Longer Notice
3. The Proposed Plan of Allocation
4. The Motion For Attorney Fees, Expenses and Costs
5. List of Important Deadlines
6. Property Class Area Map

I am unable to access the www.RockyFlatsSettlement.com website due to my plight as a state prisoner. However, there are important deadlines upcoming and I need to be apprised of certain facts and judicial issues to determine

1.

Jonathan W. Morris, II # 088815
Tomoka C.I.
3950 Tiger Bay Road
Daytona Beach, FL 32124

TOMOKA CORRECTIONAL INSTITUTION

ORLANDO FL 328
02 FEB 2017 PM 7 L



Clerk of the U.S. District Court
U.S. District For Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

80294-250151