1622 LOCUST STREET   |   PHILADELPHIA, PA  19103-6305   |   PHONE: 215/875-3000   |   FAX: 215/875-4604   |   www.bergermontague.com



|  |  |
|---|---|
|  | **MERRILL G. DAVIDOFF** |
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

February 8, 2017

**VIA ECF**

Honorable Judge John L. Kane
United States District Court for the
   District of Colorado
Alfred A. Arraj United States Courthouse
Room A838
901 19th Street
Denver, CO 80294-3589

Re:   *Cook v. Rockwell Int'l Corp., No. 90-K-181 (D. Colo.)*

Dear Judge Kane:

Within the last 48 hours we learned that a third-party firm, Optimal Settlements LLC, was sending unauthorized communications to class members, with a false and misleading claims deadline, and contacting class members, again with false and misleading communications. These communications with class members were not disclosed to or authorized by either this Court or Class counsel and risk extreme prejudice to Class members. Such contacts should only occur under Court supervision or as authorized by your Honor's prior Orders. Since the Claims Administrator (Heffler Claims Group) and Class counsel are available to assist class members with their claims, no third-party firm is either needed or desirable to assist class members in filing claims for an additional (usually exorbitant) fee.

We have attached a copy of a cease and desist letter that we have sent to Optimal Settlements today, in order to alert the Court to this intolerable situation, which has also occurred with similar firms in other class actions. If we are unsuccessful in negotiating a halt to their activities and other necessary relief, we will be obliged to file a motion for appropriate relief.

Respectfully yours,

*/s/ Merrill G. Davidoff*

Merrill G. Davidoff
*Lead Counsel for Plaintiffs*

MGD/sll
Enclosure
cc:   All Counsel of Record *(w/encl.) (via ECF)*
       Ms. Mande Raiher, Optimal Settlements, LLC *(w/encl.) (via email & FedEx)*