# Exhibit 1



# NOTICE CONCERNING YOUR CLAIM REIMBURSEMENT

Statement Date: 2/2/2017
File Number: RF1001

For additional information, contact your Rocky Flats Eligibility Representative
Toll Free: 1-877-422-0404
Local: 720-577-4422

Ms. Mande Raiher
Vice President of Client Relations
Optimal Settlements, LLC
1639 11th Street, Suite 159
Santa Monica, CA 90404

## IMPORTANT ROCKY FLATS SETTLEMENT REIMBURSEMENT INFORMATION

**Please call 720-577-4422 upon receipt**

Based on the records provided to us from the Jefferson County Assessor's Office, we believe that you are eligible to receive a portion of the **$375 Million Rocky Flats Settlement Case.**

You are receiving this time sensitive notice because our records indicate that **you (or your family member) lived in the Rocky Flats area on June 7, 1989.** Recently, the two operators of the Rocky Flats Nuclear Plant agreed to settle the now 26-year old lawsuit for property devaluation for $375 Million Dollars.

To find out how much you are due call **720-577-4422** immediately, and request a Claims Valuation Analysis, free of cost.

You must respond by **February 17, 2017** and enroll. Failure to file an eligible claim may result in a loss of all potential monetary benefits.

To determine eligibility and benefits, please contact our RF Eligibility Representative:
**TOLL-FREE:** 1-877-422-0404
**LOCAL:** 720-577-4422
**Monday-Saturday** 9am-5pm (Pacific Standard Time)
**\*\*Please have a copy of the claim form you may have received when you call and reference File Number: RF1001\*\***