# Exhibit 3

***Rocky Flats Settlement***
***Warning About Solicitations of Class Members***
***Court Authorized Notice***
--------------------------------------------------------

Warning for Rocky Flats Settlement Class Members
*See http://www.rockyflatssettlement.com/ for more information*

You may have been contacted by mail or by phone by companies or individuals claiming they can help you file a claim in the Rocky Flats class action settlement, or asking for bank account information to be used to transfer the settlement payment.  *These companies and individuals are not contacting you on behalf of the Court-appointed Lead Counsel for the Class or on behalf of the Court-appointed Settlement and Claims Administrator.*

Some Class Members have received mailings purporting to be a "FINAL NOTICE", which give an **incorrect** February 17, 2017 deadline for filing a claim.  The correct Court-ordered deadline for filing a claim is **June 1, 2017.**

The real Class Notice can be found at the official, Court-approved settlement website: www.RockyFlatsSettlement.com.  The official Rocky Flats settlement website also includes other important information, including all dates and deadlines set by the Court and copies of materials that have been filed with the Court.  The official Class Notice includes information about this case, the proposed settlement, and your rights as a potential Class Member.

Any mailings you may have received, other than the official, Court-approved Class Notice, were from a third-party claims processing company. **YOU WILL PROBABLY RECEIVE LESS THAN YOUR FULL SETTLEMENT AMOUNT if you hire a claims processor**. These companies charge a fee, usually a substantial percentage of your recovery.

**Neither the mailings nor any phone calls from claims administrators were authorized by the Court.**

**You do not need a claims processor to participate in the Settlement**. The Settlement and Claims Administrator, Heffler Claims Group, was appointed by the Court to help you to file your claim, at no additional cost to you.

If you have any questions or need assistance with filing your claim, please contact the Settlement and Claims Administrator at 1-844-528-0187, or via the "Contact" section of the official, Court-approved settlement website: [www.RockyFlatsSettlement.com](www.RockyFlatsSettlement.com). You may also contact Lead Counsel for the Class:

>Merrill G. Davidoff
>David F. Sorensen
>BERGER & MONTAGUE, P.C.
>1622 Locust Street
>Philadelphia, PA 19103
>Tel: (215) 875-3000

***If you have signed an agreement with a claims processor and you feel you were misled, please contact Lead Counsel for the Class immediately.***