# Exhibit 4





**Team of Experts**

Filing and securing a successful claim can be a complex and long process. We manage that for you.

Learn More



**Need Your Money Now?**

We can do that.

Learn More



**We get You More $**

On average, our clients receive 2.5 times their settlement offer

Learn How

## OPTIMAL SETTLEMENTS

WHY US?

WHAT WE DO

INQUIRE ABOUT YOUR CLAIM

Optimal Settlements: We get you more.

## COMPANY INFO

1639 11th Street, Suite 159

Santa Monica, California 90404

Toll Free: **(877) 422-0404**

Fax: **(720) 739-6008**

Email: support@optimalsettlements.com

## CONTACT US

[Your email]

[Your message]

Send

© 2017 Copyright Optimal Settlements . All Rights Reserved. Website by ATAK Interactive.

Why Us?   What We Do   Inquire About Your Claim   Contact Us





# Why Us?

## Our Team of Experts Get the Maximum Recovery You Deserve.

Filing and securing a successful claim can be a complex and lengthy process. Our team of experts manage the entire claims recovery process for you. From gathering and analyzing the claim data set, to speaking with the legal counsel and court administrators, we make sure you receive the best and full amount you deserve.

To qualified claimants, we also offer an immediate payout option for eligible claimants who need immediate access to their settlement funds. Our fee is 100% contingent upon you receiving your settlement which means **we don't get paid until you do.**





Why Us?          What We Do          Contact Us

# What We Do

## What We Do

Making sure our clients recover their full settlement amount is a complex and time consuming process. It requires working with litigators, court administrators and settling parties to overcome the inevitable delays, audits and appeals process before the settlement case funds are distributed.

We fight for our clients on their behalf through each stage of the settlement process to accelerate it and ensure they receive the best terms and the full amount that they deserve. That's how, on average, **our clients receive 2.5 times their settlement offer.**

We offer our clients the following services:

### Claims Processing:

We handle the claims process from beginning to end. We analyze the data set claim, gather and file all claim forms and necessary supporting documents, verify eligibility with the Claims Administrator, and monitor the process on a daily basis.

*Then the hard work starts.* We fight on your behalf with the litigators, settling parties and court administrators to overcome delays and appeals. We respond to any audit requests and petition counsel to maximize payouts for our clients.

## Purchasing Claims

Under certain circumstances Optimal Settlements offers our qualified clients the option to sell their class action claim outright. We have the ability to purchase a variety of claim rights including those cases not yet settled.

### Why Sell My Claim?

Our clients choose to sell their claims for the following reasons:

**1. Receive Immediate Payment.** Even settled cases can take multiple years to pay out. Clients choose to sell their claims in order to receive immediate payment at a slight discount.

**2. Avoid the Recovery Risk.** Through the settlement process, the value of your claim can oftentimes be reduced, or outright rejected leaving you with a smaller claim ot nothing at all. Selling your claim transfers that risk to us and you receive immediate cash at slight discount.

**3. Hassle-Free:** By selling your claim outright, you do not waste your time navigating the complex settlement claims process.

### Claim Selling Process:

Optimal Settlements uses a simple three-step process for purchasing claims.

**1.** We analyze your valid claim. Then discount for risk and time, and give you a binding offer.

**2.** Once the offer is accepted, we help you fill out a simple set of documents verifying the validity of your claim and assigning rights.

**3.** You receive payment. Funds are wired into your preferred account, usually within a matter of days.

## No Fee Pledge:

If you don't get paid, we don't either. And even in select circumstances, **we pay you** to buy your claim.

Every client we take is handled on a contingency fee basis. That means we do not charge our clients until they receive their refund. All upfront costs are taken by the firm and not the client, so our clients have nothing to lose and everything to gain by using our firm.





Why Us?        What We Do        Contact Us

# Contact Us

**Optimal Settlements: We get you more.**

Optimal Settlements is leading provider of class action claim recovery. Our mission is to provide our client with comprehensive action claims services.

**We help our clients:**
- Process Their Claims
- Sell Their Claims, and Receive Immediate Payment

Have questions about your eligibility? Or need information about a form you received? Please contact us.

Your Name

Email Address

Subject:

**ADDRESS:**
1639 11th Street, Suite 159
Santa Monica, CA 90404

**PHONE:**
(877) 422-0404

**FAX:**
(720) 739-6008

**EMAIL:**
support@optimalsettlements.com

Message

SUBMIT



## OPTIMAL SETTLEMENTS

WHY US?

WHAT WE DO

## COMPANY INFO

1639 11th Street, Suite 159

Santa Monica, California 90404

## CONTACT US

Your email

INQUIRE ABOUT YOUR CLAIM

Optimal Settlements: We get you more.

Toll Free: **(877) 422-0404**

Fax: **(720) 739-6008**

Email: support@optimalsettlements.com

Send

© 2017 Copyright Optimal Settlements . All Rights Reserved. Website by ATAK Interactive.

Why Us?   What We Do   Inquire About Your Claim   Contact Us