Exhibit 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

## <u>AFFIDAVIT OF KAREN M. MARKERT</u>

Karen M. Markert, being duly sworn, deposes and says:

1.      I am a paralegal of the law firm Berger & Montague, P.C. located at 1622 Locust Street, Philadelphia, PA  19103.

2.      On February 6, 2017, I received a copy of an email from Heffler Claims Group, who had forwarded a copy of a "Final Notice Concerning Your Claim Reimbursement" from Optimal Settlements, LLC that they had received from a potential class member. The notice purported to come from a Mande Raiher, Vice President of Client Relations.

3.      I called the toll free phone number listed on the notice (1-877-422-0404).  This phone number is a recorded message saying "thank you for calling Optimal Settlements" which then connects to "the voice mailbox of 310-773-2283". There is no identifying name or message connected with this voice mailbox.

4.      I then called the phone number 310-773-2283 and got the same message as above. I did not leave a message.

5.      Shortly after making these calls, I received a call from the phone number 310-773-2283.

6.      I answered with just a "hello" and asked who was calling, etc.  The caller identified herself as "Mandy" or "Mande" from Optimal Settlements. This name matches the name "Mande Raiher" that appears on the written notice.

7.      I asked Mande what her company did and she said they were a third party which works with the court, the court administrator, and the claims administrator.

8.      I questioned Mande specifically as to who was the claims administrator and she responded that it was Heffler Radetich.  When I repeated Mande's words about her working with the claims administrator, she said she did not work with them, but that she helped claimants fill out forms and process them with the claims administrator as "Step 1".

9.      Mande then said that any payments could take one to three years or more to be made, and if I did not want to wait, "Step 2" would be that Optimal Settlements would do a "claims evaluation analysis" on my property and could get me a payment "within a couple of weeks."

10.     I questioned Mande further as to where she got the property information and she said that they follow the case closely with the Court and talk to the court administrator regularly.

11.     At no time did Mande disclose that Optimal Settlements would charge class members a fee for either "Step 1" of processing a claim, or "Step 2" of obtaining an expedited payment.

12.     Mande spoke very quickly, essentially bombarding me with information. It was my impression that this sales pitch could easily fool a non-suspicious person.

Dated: February 8, 2017

KAREN M. MARKERT

SUBSCRIBED and sworn to before me this 8th day of February 2017,

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANGELA M. HICKMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 10, 2017

3