# Exhibit 6



- Optimal Settlements
- Product
- Jobs
- Team

Applied
Apply Now

Apply

Share



# Sales Representative at Optimal Settlements

Denver, Arvada · Contract

Filling and securing a successful claim can be a complex and lengthy process. Our team of experts manage the entire claims recovery process for you. From gathering and analyzing the claim data set, to speaking with the legal counsel and court administrators, we make sure you receive the best and full amount you deserve.

What makes us different? To qualified claimants, we offer an immediate payout option for those who need immediate access to their settlement funds.

Applied

Apply Now



## Job Description

Class Action Lawsuit / Claims Processor/ Sign up Claimants

Get ready to move!
Travel to different neighborhoods and suburbs going door-to-door with the goal of signing up new claimants, and selling our hassle free service.

You'll be doing plenty of walking, and face to face meetings with potential clients.

Duties:
-Convince claimant to sign up with Optimal Settlements by using a script or persuasive technique
-Distribute pamphlets and other marketing materials to claimants, discuss and answer any questions
-Walk claimants through the sign-up process
-Travel by foot, automobile, or bicycle to sell services
-Follow up with prospects
-Circle back and check on claimants who are in the position to sign up
-Develop constructive and cooperative working relationships with others
-Work an assigned territory, door to door sales (20-25 houses per day)

Compensation:
$12/hr + $30 each sign up
Lots of bad jokes
Decent snacks during team meetings

Skills
Outside Sales
Compensation
$30K – $40K
No Equity
Visa Sponsorship
Not available
Applied
Apply Now



Case No. 1:90-cv-00181-JLK   Document 2441-6   filed 02/13/17   USDC Colorado   pg 4 of 7
2/7/2017
Sales Representative job at Optimal Settlements - AngelList

People also viewed



Fractional CMO
Travel Recon
Denver, San Francisco, Colorado Springs



User Retention Manager
MassRoots
Denver



Business Development Associate
Ontogeny
Denver



Manager and Director Positions i...
Craftsy
Denver



**Sales/Marketing Associate**
EmployTown
Fort Collins



**Senior Growth Manager**
MassRoots
Denver



**Growth Engineer**
The Growth Co.
Denver



**Director of Business Development**
Zilo International Group
Denver



Account Manager
Royalty Exchange
Denver

# What We're Building

Making sure our clients recover their full settlement refund is a complex and time—consuming process It requires working with litigators, court administrators and settling parties to overcome the inevitable delays, audits and appeals process before the settlement case funds are distributed.

We fight for our clients on their behalf through each stage of the settlement process to accelerate it and ensure they receive the best terms and the full amount that th deserve. That's how, on average, our clients receive 2.5 times their settlement offer.

We offer our clients the following services:

Hiring in Denver, Arvada
1-10 Employees
Sales and Marketing, Direct Sales, Sales
optimalsettlements.com

# Other Positions

- Sales
  Outside Sales Representative
  Arvada · Contract · $30K – $40K · No Equity
  Applied
  Apply

  (optional) Enter a note to Mande    Apply

# Team

2/7/2017                                                                                 Sales Representative job at Optimal Settlements - AngelList



[Alona Lubovnaya](#) ,
Organization Junkie. Agile Facilitator. Founding employee [@expresscoin](#)



[Mande Raiher](#) ,
VP of Client Relations at Optimal Settlements, CEO of Eventcowboy, strong business background

Optimal Settlements is one of 23,782 startups hiring on AngelList
[Browse All Startup Jobs](#) [Post a Job](#)
[Help](#) · [Terms](#) · Problem? [Report this company](#)