# Exhibit 7

1622 LOCUST STREET   |   PHILADELPHIA, PA 19103-6305   |   PHONE: 215/875-3000   |   FAX: 215/875-4604   |   www.bergermontague.com



MERRILL G. DAVIDOFF

WRITER'S DIRECT DIAL | 215/875-3084

WRITER'S DIRECT FAX | 215/875-4671

WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

February 8, 2017

**VIA ECF**

Honorable Judge John L. Kane
United States District Court for the
    District of Colorado
Alfred A. Arraj United States Courthouse
Room A838
901 19th Street
Denver, CO 80294-3589

> Re: *Cook v. Rockwell Int'l Corp., No. 90-K-181 (D. Colo.)*

Dear Judge Kane:

Within the last 48 hours we learned that a third-party firm, Optimal Settlements LLC, was sending unauthorized communications to class members, with a false and misleading claims deadline, and contacting class members, again with false and misleading communications. These communications with class members were not disclosed to or authorized by either this Court or Class counsel and risk extreme prejudice to Class members. Such contacts should only occur under Court supervision or as authorized by your Honor's prior Orders. Since the Claims Administrator (Heffler Claims Group) and Class counsel are available to assist class members with their claims, no third-party firm is either needed or desirable to assist class members in filing claims for an additional (usually exorbitant) fee.

We have attached a copy of a cease and desist letter that we have sent to Optimal Settlements today, in order to alert the Court to this intolerable situation, which has also occurred with similar firms in other class actions. If we are unsuccessful in negotiating a halt to their activities and other necessary relief, we will be obliged to file a motion for appropriate relief.

Respectfully yours,

*/s/ Merrill G. Davidoff*

Merrill G. Davidoff
*Lead Counsel for Plaintiffs*

MGD/sll
Enclosure
cc:   All Counsel of Record *(w/encl.) (via ECF)*
      Ms. Mande Raiher, Optimal Settlements, LLC *(w/encl.) (via email & FedEx)*

# ATTACHMENT/ ENCLOSURE

1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | www.bergermontague.com

## Berger & Montague, P.C.
ATTORNEYS AT LAW

MERRILL G. DAVIDOFF

| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

February 8, 2017

**VIA FACSIMILE, EMAIL & FEDEX**

Ms. Mande Raiher
Optimal Settlements, LLC
1639 11th Street, Suite 159
Santa Monica, CA 90404

    Re: *Cook v. Rockwell Int'l Corp.*, No. 90-cv-181 (D. Colo.) ("Rocky Flats")

Dear Ms. Raiher,

    As Lead Counsel in the above-referenced case, we write to demand that you cease and desist your unauthorized and deceptive communications with Rocky Flats Settlement Class Members. If Optimum Settlements LLC does not make the changes detailed below by the close of business this Friday, February 10, we will seek relief from the District Court overseeing this action.

    We have received copies of the attached solicitation you have mailed to Class Members that purports to be a "FINAL NOTICE" regarding their Rocky Flats settlement claims. Your mailing and your other communications with the Settlement Class contain a number of highly misleading and inappropriate statements:

- The mailed solicitation sets a response deadline of February 17, 2017, warning that a failure to file "may result in a loss of all potential monetary benefits." This is false: the Court has set a deadline of <u>June 1, 2017</u> to file a claim.

- Your mailing purports to be a "FINAL NOTICE" and a "time-sensitive notice". These statements, along with the fabricated deadline, are clearly designed to instill a false sense of urgency and dissuade Class Members from investigating your company or its "services".

- Your website uses scare tactics to create a false impression that filing a claim will be a "complex and time consuming process" and that you will need to "fight … with the litigators, settling parties and court administrators to overcome delays and appeals". Class Counsel and the Settlement and Claims Administrator are not

**Berger & Montague, P.C.**
ATTORNEYS AT LAW

February 8, 2017
Page 2

in an adversarial position against the Class Members; Counsel *represent* the Class Members. The claims administration process is actually fairly straightforward in this case, as the Court has approved formulas for establishing claim amounts based on assessed property values. You are deceptively claiming credit for work carried out by Counsel and the Settlement and Claims Administrator.

We are especially disturbed to discover you have advertised a job listing (also attached) for sales representatives to go door-to-door soliciting claimants. Given that deception is your modus operandi, we are concerned that your employees will use aggressive or misleading sales tactics to obtain their "$30 each sign up" bonus.

None of these communications was authorized by the Court. Your mailing does not refer to the Court-approved Class Notice, which was designed according to specific legal requirements to apprise Class Members of their rights and provide them the information that they are entitled to receive as a matter of due process. It does not inform Class Members that they can file a claim with Heffler Claims Group, the Court-appointed Settlement and Claims Administrator, at no additional cost. It does not identify the Court-approved website concerning this settlement that provides class members with detailed information and allows them to download a claim form. Instead, this solicitation is an unlawful attempt to circumvent the Court's authority to supervise communications to the Settlement Class.

The following actions must be taken by you by Friday, February 10:

1. You must cease and desist from mailing misleading, non-court-sanctioned notices to Class Members;

2. You must cease and desist from responding to telephone inquiries from Class Members based on your notices, but instead, direct those Class Members to the court-appointed Settlement and Claims Administrator;

3. You must cease and desist from any in-person solicitation of Class Members;

4. You must post on the home page of your website a prominent link to the Settlement and Claims Administrator's official web page, which contains the Court-approved Class Notice and claim form (http://www.rockyflatssettlement.com/); and

5. You must provide to Class Counsel a list of the names and contact information of all Class Members that have contacted you, and a separate list of those who have signed up for your services.

**Berger & Montague, P.C.**
ATTORNEYS AT LAW

February 8, 2017
Page 3

    Should you fail to implement the above <u>and</u> send us written notification and proof of your compliance, we will seek the Court's assistance in stopping these attempts to mislead Class Members into signing up for services that strip them of a large proportion of their recovery, and we will seek to have the Court void all contracts you have entered into with potentially misled Class Members, plus other appropriate relief.

    Very truly yours,

    Merrill G. Davidoff
    David F. Sorensen
    Caitlin G. Coslett
    Jennifer MacNaughton
    *Lead Counsel for Plaintiffs*

MGD/sll
Enclosures

cc:    *(via ECF) (w/encls.)*:
       The Honorable John L. Kane,
       U.S. District Court for the District of Colorado

       Plaintiffs' Counsel
       Defendants' Counsel

       *(via email) (w/encls.)*:
       Heffler Claims Group



## NOTICE CONCERNING YOUR CLAIM REIMBURSEMENT

Statement Date: 2/2/2017
File Number: RF1001

For additional information, contact your Rocky Flats Eligibility Representative
Toll Free: 1-877-422-0404
Local: 720-577-4422

Ms. Mande Raiher
Vice President of Client Relations
Optimal Settlements, LLC
1639 11th Street, Suite 159
Santa Monica, CA 90404

### IMPORTANT ROCKY FLATS SETTLEMENT REIMBURSEMENT INFORMATION
Please call 720-577-4422 upon receipt

Based on the records provided to us from the Jefferson County Assessor's Office, we believe that you are eligible to receive a portion of the **$375 Million Rocky Flats Settlement Case.**

You are receiving this time sensitive notice because our records indicate that **you (or your family member) lived in the Rocky Flats area on June 7, 1989.** Recently, the two operators of the Rocky Flats Nuclear Plant agreed to settle the now 26-year old lawsuit for property devaluation for $375 Million Dollars.

To find out how much you are due call **720-577-4422** immediately, and request a Claims Valuation Analysis, free of cost.

You must respond by **February 17, 2017** and enroll. Failure to file an eligible claim may result in a loss of all potential monetary benefits.

To determine eligibility and benefits, please contact our RF Eligibility Representative:
**TOLL-FREE:** 1-877-422-0404
**LOCAL:** 720-577-4422
**Monday-Saturday** 9am-5pm (Pacific Standard Time)
**\*\*Please have a copy of the claim form you may have received when you call and reference File Number: RF1001\*\***



- Optimal Settlements
- Product
- Jobs
- Team

Applied
Apply Now

Apply

Share



# Sales Representative at Optimal Settlements

Denver, Arvada · Contract

Filling and securing a successful claim can be a complex and lengthy process. Our team of experts manage the entire claims recovery process for you. From gathering and analyzing the claim data set, to speaking with the legal counsel and court administrators, we make sure you receive the best and full amount you deserve.

What makes us different? To qualified claimants, we offer an immediate payout option for those who need immediate access to their settlement funds.

Applied

Apply Now

  Apply

# Job Description

Class Action Lawsuit / Claims Processor/ Sign up Claimants

Get ready to move!
Travel to different neighborhoods and suburbs going door-to-door with the goal of signing up new claimants, and selling our hassle free service.

You'll be doing plenty of walking, and face to face meetings with potential clients.

Duties:
-Convince claimant to sign up with Optimal Settlements by using a script or persuasive technique
-Distribute pamphlets and other marketing materials to claimants, discuss and answer any questions
-Walk claimants through the sign-up process
-Travel by foot, automobile, or bicycle to sell services
-Follow up with prospects
-Circle back and check on claimants who are in the position to sign up
-Develop constructive and cooperative working relationships with others
-Work an assigned territory, door to door sales (20-25 houses per day)

Compensation:
$12/hr + $30 each sign up
Lots of bad jokes
Decent snacks during team meetings

Skills
Outside Sales
Compensation
$30K – $40K
No Equity
Visa Sponsorship
Not available
Applied
Apply Now

  Apply

2/7/2017  Sales Representative job at Optimal Settlements - AngelList

## People also viewed



Fractional CMO
Travel Recon
Denver, San Francisco, Colorado Springs



User Retention Manager
MassRoots
Denver



Business Development Associate
Ontogeny
Denver



Manager and Director Positions i...
Craftsy
Denver



**Sales/Marketing Associate**
EmployTown
Fort Collins



**Senior Growth Manager**
MassRoots
Denver



**Growth Engineer**
The Growth Co.
Denver



**Director of Business Development**
Zilo International Group
Denver



Account Manager
Royalty Exchange
Denver

# What We're Building

Making sure our clients recover their full settlement refund is a complex and time—consuming process It requires working with litigators, court administrators and settling parties to overcome the inevitable delays, audits and appeals process before the settlement case funds are distributed.

We fight for our clients on their behalf through each stage of the settlement process to accelerate it and ensure they receive the best terms and the full amount that th deserve. That's how, on average, our clients receive 2.5 times their settlement offer.

We offer our clients the following services:

Hiring in Denver, Arvada
1-10 Employees
Sales and Marketing, Direct Sales, Sales
optimalsettlements.com

# Other Positions

- Sales
  Outside Sales Representative
  Arvada · Contract · $30K – $40K · No Equity
  Applied
  Apply

  (optional) Enter a note to Mande  Apply

# Team



Alona Lubovnaya ,
Organization Junkie. Agile Facilitator. Founding employee @expresscoin



Mande Raiher ,
VP of Client Relations at Optimal Settlements, CEO of Eventcowboy, strong business background

Optimal Settlements is one of 23,782 startups hiring on AngelList
Browse All Startup Jobs  Post a Job
Help · Terms · Problem? Report this company