# Exhibit 8

**Susan Leo**

| | |
|---|---|
| **From:** | Eileen Chin <eileen@optimalsettlements.com> |
| **Sent:** | Thursday, February 9, 2017 1:41 AM |
| **To:** | Merrill Davidoff |
| **Subject:** | Optimal Settlement Response |
| **Attachments:** | OptimalSettlementsResponse.pdf |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Merrill,

I hope you navigated the snow storm in good shape. Per our conversation, I have attached our response to your letter from yesterday.

As you will see, we have worked hard to create specific disclosures and other changes to internal company policies that will enable us to achieve our collective goal of better educating, informing, and engaging the Claimants. I am happy to schedule a call to discuss it and hopefully come to a mutually agreeable resolution anytime on Thursday (please let me know your availability).  As you asked, we have put a hold on any communications with potential Claimants as we work to resolve your requests.

Thank you,

Eileen

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*
*This electronic transmission, and any documents attached hereto, may contain confidential And/or legally privileged information. The information is intended only for use by the recipient named above.  If you have received this electronic message in error, please notify sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.*

## Optimal Settlements Response

1. **B & M Request: You must cease and desist from mailing misleading, non-court sanctioned notices to Class Members:**

RESPONSE:
Our notices were sent out by a third-party marketing company and it was unfortunate that it was not made clear that we were referring to our internal deadline rather than the June 1st, filing deadline.  It has been our policy to make it clear to any potential Claimant we speak with that we are a third party processing company that facilitates the filing of a claim. We have ordered a freeze on all new mailers for now and have destroyed the ones that were ready to be mailed.

ACTIONS:
- We will include a disclosure on ALL marketing communications with potential claimants as follows:  "Optimal Settlements is a claims processing service provider; we are not affiliated with any official parties in this case including the court, class counsel or the claims administrator.  You have the ability to file the claim on your own without engaging a third-party claim filing service provider. For official settlement information, you may contact the Claims Administrator on the court approved website."

- We will also cease any mention of a deadline other than the court appointed filing deadline.

- Our contract also prominently states in bold letters: "The Client also understands that it had the right to file the claim on its own and did not need to engage the services of the Company or anyone else to file a claim and obtain a refund but has voluntarily chosen to do so".

- We will be happy to send a copy of any marketing communications to Class Counsel to confirm we are in compliance with our agreed upon disclosures but we feel it would be an undue burden and unreasonable, especially if we are in compliance with the above mentioned disclosures, to try and have Class Counsel or the Courts "pre-approve" any communications we may send to potential claimants, some who may be eligible, and many who may not.

2. **B & M Request: You must cease and desist from responding to telephone inquiries from Class Members based on your notices, but instead, direct those Class Members to the court-appointed Settlement and Claims Administrator.**

RESPONSE:
We are very clear on all phone calls that we are a third party processing firm and assist individuals and businesses with claim filing for a no risk contingency fee.  We would also agree to specific and reasonable verbal disclosures that you suggest.  We also agree to contact any claimants who have or will call in after receiving our initial mailer and provide them with the

follow-on disclosure: "You recently received a notice from Optimal Settlements. We want to clarify that we are a third party processing company and not affiliated with any official parties involved with the Rocky Flats Settlement including the court, Class Counsel or the claims administrator.  You have the option to file a claim on your own without using a firm like ours."

ACTIONS:
-   All future phone calls will include the following disclosure:  "We are a third-party processing firm and not affiliated with the court, Class Counsel or claims Administrator. We help clients file their claims on a contingency fee basis and you have the option to file the claim on your own."

3.  **B & M Request: You must cease and desist from any in-person solicitation of Class Members.**

RESPONSE:
We feel that, with proper guidelines, we will be helping Class Counsel increase education regarding the settlement and thus increasing the overall response rate which is in everyone's interest. We feel we offer a valuable service that some potential claimants may choose to use. However, we also feel strongly that we want to educate them on all of their options including filing their own claim. We checked with the local law enforcement agencies and they confirmed that we are welcome to meet with homeowners in their cities.  We are open to suggestions from you on how best to achieve mutual objectives of an increasing filing rate.  We also believe that a significant number of class members no longer live in the Denver area and lack awareness about the settlement.

ACTIONS:
-   Any in-person solicitation will include the same verbal disclosures and guidelines outlined in #2 and any written materials will including the same written disclosures and guidelines outlined in Section #1.

-   All of our representatives are fully trained, background checked, and drug tested and are required to abide by our company policies and procedures including those outlined above.

4.  **B & M Request: You must post on the home page of your website a prominent link to the Settlement and Claims Administrator's official webpage, which contains the Court-approved Class Notice and claim form.**

RESPONSE: While we are happy to make potential claimants aware that we are an unaffiliated third party processor and they have the option to file a claim directly with the Claims Administrator, we do not feel it is our obligation to provide a link or otherwise advertise a website. Furthermore, Optimal Settlements works on multiple cases at a time, and the Optimal Settlements website does not have anything specific related to each individual case, including Rocky Flats. To meet your request, we are happy to include a disclosure.

ACTION:
- Include the following disclosure from Section #1 on the main page of our website: "Optimal Settlements is claims processing service provider; we are not affiliated with any official parties including the courts, the class counsel or the claims administrators and we charge a contingency fee to help file claims on behalf of eligible claimants.  You have the ability to file the claim on your own without engaging a third-party claim filing service provider.  For additional settlement information concerning specific class action cases, you may visit the court appointed websites."

5. **B & M Request: You must provide to Class Counsel a list of names and contact information of all Class Members that have contacted you, and a separate list of those who have signed up for your services.**

RESPONSE: We are a privately owned business and have obtained any potential client information through proper and legal channels. We consider any client information, data, calls, or other communications to be confidential and do not feel it would be appropriate to share it with third parties. It would also cause harm to our company's reputation and violate our own privacy policies.  However, by complying with the above guidelines, we feel we will have accomplished the spirit of your request to properly educate potential and current clients as to their options before they engage our services.  We do NOT have executed contracts in place with any client as yet.  However, a number of potential clients have expressed interest in engaging us.  Since we don't have any signed clients as of Feb 8, 2017, and because the eligibility research has not been completed on potential clients, it is difficult to ascertain whether some of the potential clients are class members or not.

ACTION:
- We will comply with all disclosures and guidelines we have outlined in Section 1-4 which include notifying any Class Members who have contacted us that we are an unaffiliated third party.

- We agree not to engage any clients who have not received the verbal and written disclosures specified in Section #1 and #2. Furthermore, we will file all claims on behalf of our clients with the proper documentation and uphold all of our obligations under our engagement agreements.