Exhibit 9

**Susan Leo**

| | |
|---|---|
| **From:** | Eileen Chin <eileen@optimalsettlements.com> |
| **Sent:** | Thursday, February 9, 2017 3:12 PM |
| **To:** | Merrill Davidoff |
| **Subject:** | Re: Optimal Settlement Response |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Merrill,
Our fee range is from 25-30%.  Looking forward to speaking with you at 5pm EST.

Thanks,
Eileen

On Thu, Feb 9, 2017 at 11:34 AM, Merrill Davidoff <mdavidoff@bm.net> wrote:
the percentage of your fee is left blank in the contract you sent.    Do you have a standard
percentage and if so, what is it?   If not, what are the ranges of percentages.

We have other concerns will discuss at 5 pm our time.

thanks.

Merrill G. Davidoff
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3084
mdavidoff@bm.net
bergermontague.com

Twitter | LinkedIn | Facebook
Signup for our e-newsletter

**From:** Eileen Chin [eileen@optimalsettlements.com]
**Sent:** Thursday, February 09, 2017 1:46 PM
**To:** Merrill Davidoff
**Cc:** David Sorensen; Jenna MacNaughton; Caitlin G. Coslett
**Subject:** Re: Optimal Settlement Response

Hi Merrill,

1

Per your previous email, I have attached our contract.  In terms of scheduling a call, we are in meetings at 3pm PST (6pm EST.)

We are available to speak from 1:30-3pm PST, or at 4:30pm (PST) this afternoon.  Please let me know if one of those times work for you.

Thanks,
Eileen

On Thu, Feb 9, 2017 at 9:28 AM, Merrill Davidoff <mdavidoff@bm.net> wrote:

Eileen, et al:


Thank you for your reply which addresses some but, unfortunately, not all of the issues.


We can have a call with you at approximately 6 pm Eastern time tonight to discuss further.


In the meantime you refer to your contract which you have offered or are offering to members of the class, please send a copy of that contract

  so that we can review it before we speak.



thanks, Merrill



**From:** Eileen Chin [mailto:eileen@optimalsettlements.com]
**Sent:** Thursday, February 9, 2017 1:41 AM
**To:** Merrill Davidoff <mdavidoff@bm.net>
**Subject:** Optimal Settlement Response



Merrill,

I hope you navigated the snow storm in good shape. Per our conversation, I have attached our response to your letter from yesterday.

As you will see, we have worked hard to create specific disclosures and other changes to internal company policies that will enable us to achieve our collective goal of better educating, informing, and engaging the Claimants. I am happy to schedule a call to discuss it and hopefully come to a mutually agreeable resolution anytime on Thursday (please let me know your availability).  As you asked, we have put a hold on any communications with potential Claimants as we work to resolve your requests.

Thank you,

Eileen

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*

*This electronic transmission, and any documents attached hereto, may contain confidential And/or legally privileged information. The information is intended only for use by the recipient named above.  If you have received this electronic message in error, please notify sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.*

Merrill G. Davidoff

**Berger&Montague,P.C.**

1622 Locust Street

Philadelphia, PA 19103

direct: 215.875.3084

mdavidoff@bm.net

bergermontague.com

Twitter | LinkedIn | Facebook

Signup for our e-newsletter

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*
*This electronic transmission, and any documents attached hereto, may contain confidential And/or legally privileged information. The information is intended only for use by the recipient named above.  If you have received this electronic message in error, please notify sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.*

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*
*This electronic transmission, and any documents attached hereto, may contain confidential And/or legally privileged information. The information is intended only for use by the recipient named above.  If you have received this electronic message in error, please notify sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.*