# Exhibit 10

**Susan Leo**

| | |
|---|---|
| **From:** | Eileen Chin <eileen@optimalsettlements.com> |
| **Sent:** | Friday, February 10, 2017 3:25 PM |
| **To:** | Merrill Davidoff |
| **Subject:** | Optimal Settlement Response: Round 2 |
| **Attachments:** | Optimal Settlements Response to Claim Counsel (Round 2).docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Merrill,
As a follow up to our call yesterday afternoon, I have attached our response.

We have put a lot of thought into our response, and have worked hard to meet the intent of each request, and I think we agree on the vast majority of the issues.

We do feel strongly, however, that we add value to this process, reaching claimants who have not even heard of the claims process, thus increasing the size of the overall claimant pool.

Please let me know what your thoughts are.

Sincerely,
Eileen

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*

*This electronic transmission, and any documents attached hereto, may contain confidential And/or legally privileged information. The information is intended only for use by the recipient named above.  If you have received this electronic message in error, please notify sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.*

# Optimal Settlements Updated Response
## 2/10/2017

1. **B & M Request: You must cease and desist from mailing misleading, non-court sanctioned notices to Class Members:**

Based on our further conversations, we understand your desire to both correct and prevent any misleading or confusing communications from us to the potential class members through the use of agreed upon disclosures:
   - DISCLOSURE: We will agree to include the following on all communications in the same font size: "Optimal Settlements is a claims processing service; we are not affiliated with any official parties in this case including the court, class counsel or the claims administrator. You have the ability to file a claim on your own without engaging a third-party like us. For official settlement information, you may contact the Heffler Claims Group or visit the court approved website." We feel this fully meets any reasonable disclosure requirements to make clear we are a third party, the Class member can file on their own, and directing them to the court approved claims administrator. We do not feel it is our role or obligation to market the specific website and phone number though.

   - MARKETING MATERIALS: we will agree to omit any deadlines other than the court filing deadline and share our marketing materials with the Class Counsel as requested. We have never been asked nor know of any other situation in which a third party processer has been required by the Court or Class Counsel to submit marketing materials for pre-approval and feel it is unnecessary and an undue burden given our agreed upon disclosures above which address your key concern.

2. **B & M Request: You must cease and desist from responding to telephone inquiries from Class Members based on your notices, but instead, direct those Class Members to the court-appointed Settlement and Claims Administrator.**

We understand your desire to insure that any class members we communicate with receive the same disclosure as we agree to provide in our marketing materials:

VERBAL DISCLOSURE FOR ANY TELEPHONE OR IN-PERSON SOLICITATIONS: "Optimal Settlements is a claims processing service; we are not affiliated with any official parties in this case including the court, class counsel or the claims administrator. You have the ability to file a claim on your own without engaging a third-party like us. For official settlement information, you may contact the Heffler Claims Group or visit the court approved website."

3. **B & M Request: You must cease and desist from any in-person solicitation of Class Members.**

Addressed in #2

4. **B & M Request: You must post on the home page of your website a prominent link to the Settlement and Claims Administrator's official webpage, which contains the Court-approved Class Notice and claim form.**

Resolved, we will not have any information relating to your case.

5. **B & M Request: You must provide to Class Counsel a list of names and contact information of all Class Members that have contacted you, and a separate list of those who have signed up for your services.**

As discussed, no class members have signed up for our service yet. Our third party printer sent incorrect and potentially misleading mailings to potential class members and you would like to correct any confusion or misunderstandings through a curative measure:

CURATIVE MEASURE:
We will, at our own expense, send out a pre-approved (by you) letter specifically correcting the filing deadline and including the disclosure from #1 to the approximately 2,000 addresses who received the initial mailer. Since we used a third party printing and mailing company, we can obtain independent proof from them that the curative communication will go to the exact same list of addresses. We believe this satisfies your request.

However, we still do not feel it is appropriate to share our mailing lists with any third party as we do not know if they are all class members until we conduct eligibility research. If you require the list for some other reason even after we provide proof of the curative measure, then you would need to affirm, in writing, that you would not use it for any other purpose other than determining our compliance.

ISSUES WITH OUR CONTRACT:

6. **B & M Request: You would like us to modify "exclusive recovery agent".**

We are happy to modify the language to include Class Counsel and the Claims Administrator as long as it states that we would be the exclusive third party processer.

7. **B & M Request: Move our disclosure towards the front of the contract.**

Agreed, we will move it to Section 1 under Engagement of Services at the front. "The Client also understands that it had the right to file the claim on its own and did not need to engage the services of the Company or anyone else to file a claim and obtain a refund but has voluntarily chosen to do so".

8. **B & M Request: Remove indemnification, arbitration and jurisdiction.**

Agreed, given the nature of this case, we will remove these sections.

### 9. B & M Request: Modify Distribution of Recovery and Payment of Company's Compensation.

It is standard industry practice to collect the settlement proceeds on behalf clients in a central funding account and distribute them to clients. This enables us to properly insure the client receives their correct proceeds especially over multiple rounds, we receive our processing fee, and there is complete transparency to the process.

We will agree to using a third party escrow account at our expense if your firm would like to approve the distributions but our contract clearly gives us the legal authority to process the settlement funds on our client's behalf.

..............................................................................

Ultimately we have received numerous responses from potential class members that were unaware of their ability to receive a settlement in this case and feel our proprietary marketing tools will enable us to help you and the Court expand the pool of claimants and increase the response rate. We believe many potential class members have moved from their 1989 residences in Colorado, so we feel our service is both valuable to the class members (in processing their claim) and valuable to the Court in insuring the maximum number of defendants get restitution who otherwise might get nothing.