# Exhibit 12

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |
| IN RE PAYMENT CARD INTERCHANGE<br>FEE AND MERCHANT DISCOUNT<br>ANTITRUST LITIGATION | ORDER<br>05-MD-1720 (JG) |

JOHN GLEESON, United States District Judge:

Having held the proceeding on November 25, 2013 and received separate letters dated November 27, 2013 from Class Counsel and Settlement Recovery Group, LLC ("SRG"), ECF Nos. 6112, 6113, the Court orders as follows:

First, within 10 days of entry of this Order, SRG must send to all class members who signed up with SRG through the referral agreement between SRG and Premier Enterprises Group ("Premier") the letter attached as Exhibit A to Class Counsel's November 27 letter. ECF No. 6112-2, Ex. A ("Proposed Draft Letter").

Second, on a going-forward basis, SRG must provide to Class Counsel, in advance, any materials it (or any party soliciting on SRG's behalf) proposes to distribute in connection with this action to ensure that such solicitations are not misleading.

Third, the Court will hold an evidentiary hearing regarding which individuals and/or entities are accountable for misleading solicitations directed at merchants in the putative class. The hearing will be held on January 17, 2014 at 11:30 AM in courtroom 6C South. The Court will hear evidence regarding: which individuals or groups at SRG and Premier were involved in the solicitation process – inclusive of solicitation calls, the toll-free telephone number and the website contents (e.g., the "FAQ" sign-up sheet) – and in what capacities; each entity's

activities in relation to the solicitation process, the level of control each exerted over the work, and the knowledge each had about the work being undertaken; what communications or documents were exchanged between SRG and Premier and what conversations took place in relation to this case, including the contents and identities of the authors of any scripts or other materials used in making solicitations.  As part of this evidence, the Court wishes to hear directly from any individuals who made solicitations and received calls via the 800 number (identified as "Ryan" and "Mark" in voice messages to merchants) and those who set up and managed the website in order to learn what conversations they had, what materials or instructions they received, and which individuals or entities they reported to in connection with this case. Furthermore, the Court wants to hear whether SRG and Premier continue to have a business relationship (in relation to this case or any other), the nature of any continuing relationship, and whether similar referral agreements have been entered into by either entity (including between SRG and Matrix Payments Systems) in relation to this case.  The parties shall agree on appropriate discovery in light of this Order and direct any related disputes and scheduling or coordination issues to Magistrate Judge Orenstein.

        The Court's purpose is to identify any persons who or entities that have made false or misleading communications to members of the putative merchant class in an effort to market claims-processing services.  In the event such conduct is demonstrated, relief will not be limited to orders providing for corrective communications and allowing merchants to void claims-processing arrangements; rather, the Court intends to permanently enjoin any such persons or entities from involvement of any kind in claims-processing services with respect to any future settlement of this case.

So ordered.

John Gleeson, U.S.D.J.

Dated: December 3, 2013
       Brooklyn, New York