1622 Locust Street   |   Philadelphia, PA 19103-6305   |   Phone: 215/875-3000   |   Fax: 215/875-4604   |   www.bergermontague.com



MERRILL G. DAVIDOFF

WRITER'S DIRECT DIAL | 215/875-3084

WRITER'S DIRECT FAX | 215/875-4671

WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

February 14, 2017

**VIA ECF**

Honorable Judge John L. Kane
United States District Court for the
   District of Colorado
Alfred A. Arraj United States Courthouse
Room A838
901 19th Street
Denver, CO 80294-3589

    Re:    *Cook v. Rockwell Int'l Corp.*, No. 90-K-181 (D. Colo.)

Dear Judge Kane:

    As we were in the process of e-filing docket entry number 2441 (Motion directed at Optimal Settlements LLC) last night, Optimal Settlements sent an email agreeing to produce the list of class members it has contacted.  So this relief, while embraced within our sought Order, has also been agreed by Optimal Settlements.  We as yet have no conclusion as to whether or not Optimal will pay the cost of the corrective mailing or agree that Heffler Claims Group will do the mailing.

    Respectfully yours,

    */s/ Merrill G. Davidoff*

    Merrill G. Davidoff
    *Lead Counsel for Plaintiffs*

MGD/sll

cc:    All Counsel of Record *(via ECF)*
        Optimal Settlements, LLC *(via email only)*