IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORP., et al.,**

    Defendants.

## ORDER RE THIRD PARTY COMMUNICATIONS WITH CLASS MEMBERS

**Kane, J.**

    This long standing class action is the final execution of settlement phase after 27 years of litigation. It is before me today on Plaintiffs' Motion and Incorporated Memorandum of Law [2441] to Prohibit Optimal Settlements, LLC's Communications With Settlement Class Members, Issue Curative Notice, and Require Prospective Review of and Inclusion Of Disclosures In All Third Party Communications With The Class. Concerned the misleading and usurious representations may continue to be made to class members by third-party claims processors and exercising my authority under Rule 23(d)(1)(B) to protect them, IT IS ORDERED THAT

    1)    All third party claims processors or claims buyers that seek to solicit the Settlement Class Members regarding this case shall submit for Court approval all future communications; and

    2)    All future communications by third party claims processors or claims buyers

1

with Settlement Class Members regarding this case must prominently feature the language below (the "Required Disclosures"), either on the first page of a written communication, or verbally at the initiation of telephonic or in-person contact:

    **[Sender] is not affiliated with the Court or the parties and is not the Court- appointed Settlement and Claims Administrator.**

    **The official Settlement website is: [www.rockyflatssettlement.com](www.rockyflatssettlement.com). This website contains important information, including the Court-approved Class Notice, which pertains to your rights as a potential Class Member.**

    **You may file a claim with the Court-appointed Settlement and Claims Administrator via the official settlement website at no cost to you.**

    **If you are a member of the Rocky Flats Settlement Class, you are represented by the following counsel:**

| | |
|---|---|
| **BERGER & MONTAGUE, P.C.** | **SILVER & DEBOSKEY, P.C.** |
| **Merrill G. Davidoff** | **Gary B. Blum** |
| **David F. Sorensen** | **Steven W. Kelly** |
| **1622 Locust Street** | **1801 York Street** |
| **Philadelphia, PA 19103** | **Denver, CO 80206** |
| **(215) 875-3000** | **(303) 399-3000** |

DATED this 14th day of February, 2017.

        BY THE COURT:

        *John L. Kane*
        John L. Kane, Jr.
        Senior U.S. District Judge