**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 – 2017

JEFFREY P. COLWELL
CLERK

February 7, 2017

Clerk of the United States District Court
District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Subject: et al. v Rockwell International Corporation and The Dow Chemical Company
Civil Action No. 90-00181-JLK (D. Colo.). Case 90-CV-181.JLK

I plan to attend the hearing for the subject case on April 28, 2017. I do not plan to speak and I have no objection to the settlement.

Name:         Timothy C. Kotsay
Claimant      1701009
Address of property owned on June 7, 1989
              10050 Lewis Court
              Westminster, CO 80021-3731
Telephone:    303-378-9213
E-mail address   mtkotsay@gmail.com


Timothy C. Kotsay

Guiding Eyes
*for the* Blind
SUPPORTER

Mr. Tim Kotsay
10050 Lewis Ct
Westminster, CO 80021

U.S. District Courts of the District of Colorado
901 19th Street
Denver, CO 80294-3589

80294-250151

