IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED
MEMORANDUM OF LAW TO SEND SUPPLEMENTAL CLASS NOTICE**

Plaintiffs respectfully request leave to distribute a brief supplemental Class Notice, attached as Exhibit 1, in order to remind Class Members of the upcoming claims filing deadline, encourage them to file a claim, and increase the response rate.

The claims deadline is June 1, 2017. To date, the Settlement and Claims Administrator (Heffler Claims Group) has received approximately 5,000 completed claims. Class Counsel and Heffler have received hundreds of inquiries and questions regarding the settlement. However, Class Counsel and Heffler believe many more valid claims are outstanding. By comparison, although the exact number of Class Members is not known with precision, the Class is believed to number between 12,000-14,000 properties.

Rule 23 vests in this Court broad discretion to administer the class notice program, including the discretion to authorize supplemental class notice. *See* Fed.R. Civ.P. 23(d)(1)(B)

(Court may issue orders requiring "appropriate notice to some or all class members of: (i) any step in the action…"); *In re Integra Realty Res., Inc.*, 262 F.3d 1089, 1109 (10th Cir. 2001) ("Within the bounds of due process, the decision of whether to order [non-mandatory] notice and the form that such notice is to take is left to the discretion of the district court.").

Courts readily approve supplemental notices such as this one which are intended to increase the response rate. *See, e.g., Weber v. Gov't Employees Ins. Co*., 262 F.R.D. 431, 440 (D.N.J. 2009) (noting court had ordered "Second and Final Notice" to increase response rate); *Marsh v. Zaazoom Sols., LLC*, No. 11-CV-05226-WHO, 2014 WL 4793034, at *1 (N.D. Cal. Sept. 25, 2014) (recounting that as claims deadline approached, claims administrator had "perform[ed] certain 'notice enhancements' to increase the claims filing rate, including a supplemental email notice to class members"). *See also* Francis E. McGovern, *Distribution of Funds in Class Actions-Claims Administration*, 35 J. Corp. L. 123, 126 (2009) ("Automated follow-ups and deadline reminder messages can also increase response rates."). Admittedly, this case does not raise the same concerns expressed in the authorities cited above about a low response rate, as the June 1 claims deadline is still nearly three months away and additional claimants will no doubt continue to appear as the deadline draws closer. Nonetheless, given that the initial Class Notice was issued in September, 2016, Class Counsel believe a "reminder" notice would be beneficial to draw even more responses and ensure that more Class Members receive the funds they deserve.

On March 2, 2017, Class Counsel communicated with Kevin van Wart, counsel for Defendants, who indicated Defendants do not oppose this motion.

Therefore, Class Counsel respectfully request that the Court allow them to serve the Supplemental Class Notice attached as Exhibit 1, by mail and/or email, to all potential class

members whose addresses are known to Heffler and who have not yet filed a claim. We will also post the Supplemental Notice on the website.

Dated: March 3, 2017                                    Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Jennifer MacNaughton
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. DeMarco
Markovits, Stock & De Marco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*