# Exhibit 1

**Front of mailing, upper left corner (on page with address of Class member):**

**REMINDER:**
**You may be eligible to participate in the Rocky Flats Settlement**
*Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*,
No. 90-cv-00181-JLK (D. Colo.)
**To receive a CASH benefit, you MUST file a claim by June 1, 2017.**

*This Supplemental Notice has been reviewed and approved by the Court supervising this Action and is an official notice.  You may have already received a notice about this case and settlement in the mail.  This is a REMINDER of the claims deadline of June 1, 2017.*

**Text of notice:**

**What is this about?**
A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant.  The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class members' use and enjoyment of their property.  The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.).  The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 27 years old but, before any money is paid, the proposed settlement must be approved by the Court and then claims processed.

**Who is affected?**
The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site**).  If you are an heir of someone who owned property as of June 7, 1989 in the Property Class Area, you may also file a claim.  To see a map of the Property Class Area, go to *http://www.rockyflatssettlement.com.*

**How do I receive payment?**
To get a share of the Net Settlement Fund, you **must file a claim by June 1, 2017**.  Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989.

*You will not be charged in connection with filing a claim, and the Court-appointed Settlement and Claims Administrator, Heffler Claims Group, can help you fill out and submit a claim free of charge.  You can reach Heffler Claims Group at 1-844-528-0187 or visit http://www.rockyflatssettlement.com  for more information.*

*If you would like a copy of the claim form to be mailed to you, or for more information, please call 1-844-528-0187 or visit [http://www.rockyflatssettlement.com/home/documents](http://www.rockyflatssettlement.com/home/documents)/.*

**You do not need a separate claims processor to participate in the Settlement**. The Settlement and Claims Administrator, Heffler Claims Group, was appointed by the Court to help you file your claim, at no additional cost to you. **If you hire a claims processor, YOU WILL PROBABLY RECEIVE LESS THAN YOUR FULL SETTLEMENT AMOUNT**. These companies charge an additional fee. We recommend that you do not sign a contract with another claims processor.

*If you have already filed a claim in this litigation, please disregard this notice.*

**PLEASE NOTE:**
- A public hearing on the settlement will be held on April 28, 2017 at 11 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate, and will consider any objections. Any change to the hearing time/date changes will be posted at www.RockyFlatsSettlement.com.
- Deadline for filing a claim form is June 1, 2017.

**Call 1-844-528-0187 for more information, or visit www.RockyFlatsSettlement.com for information including a longer Notice, the Settlement, the claim form, and the proposed Plan of Allocation and other important documents.**