**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 90-CV-181**

**MERILYN COOK, et al.,**

     **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORP., et al.,**

     **Defendants.**

**[PROPOSED] ORDER RE SUPPLEMENTAL CLASS NOTICE**

AND NOW, upon consideration of Plaintiffs' Unopposed Motion and Incorporated

Memorandum of Law to Send Supplemental Class Notice, it is hereby ORDERED that

Plaintiffs' motion is GRANTED. The Settlement and Claims Administrator shall distribute, by

first-class mail and/or email, a supplemental notice in substantially the same form as that

attached to Plaintiffs' motion as Exhibit 1.

                                  BY THE COURT:

                                  _____
                                  John L. Kane, J.