February 28, 2017

Settlement and Claims Administrator
Heffler Claims Group
P.O. Box 58459
Philadelphia, PA  19102-8459

**RE:** Class Action Settlement Cook et al. v. Rockwell International Corporation and The
Dow Chemical Company, Civil Action No. 90-00181-JLK (D. Colo.)

**Property Location 10342 Robb Court, Westminster, CO  80021**

To the Settlement and Claims Administrator for the Settlement:

Due to the fact that the Rocky Flats Nuclear Weapons Plant was in operation long before
our home, located in the Class Action area, was built, we would like to exclude ourselves
from the Class Action Settlement Cook et al. v. Rockwell International Corporation and
The Dow Chemical Company, Civil Action No. 90-00181-JLK (D. Colo.).

We were both employed at the Rocky Flats Nuclear Weapons Site and drew a salary from
Rockwell International, the Contractor who managed the site during the duration of our
employment, so it was no surprise in 1984, when we bought the home at 10342 Robb
Court, that the Rocky Flats Nuclear Weapons Site was located in very close proximity,
uphill and to the West. It was very appealing to buy a home close to the Plant to have a
quick commute to work.

In 1999, when we made the decision to sell the house on Robb Court and move our
family to a larger home a few miles away, we had no trouble selling the house and getting
a fair market price.

Thank you for excluding us both from this Class Action Settlement.  We have no
intention of pursuing legal action.

Should you need further information, please contact us at 303-420-5136.  Our Current
Mailing address is P.O. Box 745512 Arvada, CO  80006.

Respectfully,

William T. Spinuzzi                                Teresa L. Spinuzzi

Cc:
United States District Judge John L. Kane, United States District Court of Colorado,
Alfred A. Arraj United States Courthouse, 901 19th St., Denver CO  80294-3589

*Counsel for Dow and Rockwell:* Bradley H. Weidenhammer, KIRKLAND & ELLIS
LLP, 300 North LaSalle, Chicago, IL  60654

*Lead Counsel for the Class:* Merrill G. Davidoff  and David F. Sorensen, BERGER &
MONTAGUE, P.C., 1622 Locust Street, Philadelphia, PA 19103

William & Teresa Spinuzzi
P.O. Box 745512
Arvada, CO 80006

Scanned by
US Marshal

80294-250151

United States District Judge John L. Kane
United States District Court of Colorado
Alfred A. Arraj United States Courthouse
901 19th St.
Denver CO 80294-3589

U.S. POSTAGE
$.49
FCM LETTER
80021
Date of sale
02/28/17
06    2S00
0828232346
B75 17030 102 1729
SSK

FOLD HERE