IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

**MERILYN COOK, et al.,**

    Plaintiffs,

       v.

**ROCKWELL INTERNATIONAL CORP., et al.,**

    Defendants.

___

**ORDER RE SUPPLEMENTAL CLASS NOTICE (Doc. 2447)**
___

Upon consideration of Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law to Send Supplemental Class Notice (Doc. 2447), it is hereby ORDERED that Plaintiffs' motion is GRANTED. The Settlement and Claims Administrator shall distribute, by first-class mail and/or email, a supplemental notice in substantially the same form as that attached to Plaintiffs' motion as Exhibit 1.

Dated this 3rd day of March, 2017    BY THE COURT:

_____
John L. Kane
Senior U.S. District Judge