# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Civil Action No. 90-CV-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

**v.**

**ROCKWELL INTERNATIONAL CORP., et al.,**

    **Defendants.**

## ENTRY OF APPEARANCE OF COUNSEL

**To:  The Clerk of Court and All Parties of Record:**

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Interested Party Optimal Settlements LLC.

DATED at Mammoth Lakes, California, this 7th day of March, 2017.

                                            Michael A. Thurman, Esq.
                                            THURMAN LEGAL
                                            1055 East Colorado Blvd., 5th Floor
                                            Pasadena, CA 91106
                                            Telephone: (626) 399-6205
                                            Facsimile: (626) 380-4880
                                            Email: michael@thurman-legal.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of March, 2017, a copy of the foregoing:

**ENTRY OF APPEARANCE OF COUNSEL**

was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ *Michael A. Thurman*