# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 90-CV-00181-JLK

---

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORP., et al.,

    Defendants.

---

## DECLARATION OF MICHAEL A. THURMAN IN SUPPORT OF EXPEDITED MOTION SCHEDULE RE MOTION FOR APPROVAL OF COMMUNICATIONS BY THIRD PARTY CLAIMS PROCESSOR

---

I, Michael A. Thurman, declare as follows:

    1.    I am an attorney authorized to practice law before this Court and am counsel for Interested Party Optimal Settlements, LLC ("Optimal"), an interested party in this action. I have personal knowledge of the following facts and if called upon to testify in this action would and could competently testify thereto.

    2.    On March 7, 2017, I spoke by telephone with Mr. Merrill Davidoff, counsel for Plaintiffs in this action, about, among other things, agreeing to a shortened timeframe for resolving the issues raised by Optimal's proposed Motion

for Approval of Communications by Third Party Claims Processor. I had previously proposed to Mr. Davidoff that following the filing of Optimal's motion, the other parties would have seven calendar days to file any response or opposition to the motion. I had also proposed that Optimal would waive any right to file a reply brief in support of the motion and that the parties would agree to waive any hearing on the issue so that the Court could rule on Optimal's motion on an expedited basis. During our call, Mr. Davidoff graciously confirmed that he would agree to those terms.

3. Also on March 7, 2017, I corresponded by email with Mr. Bradley H. Weidenhammer, counsel for Defendants in this action. I had also previously proposed the terms described above for resolving Optimal's motion on an expedited basis to Mr. Weidenhammer. On March 7, 2017, Mr. Weidenhammer confirmed to me that, if the terms proposed above were acceptable to Mr. Davidoff, he would agree to them as well on behalf of his clients.

4. Based on the agreements of counsel, Optimal respectfully requests the Court to permit the shortened briefing schedule described above, as follows:

    a. Any responses or oppositions to Optimal's motion shall be filed with the Court within seven calendar days after the filing of Optimal's motion;

      b. Optimal waives any right to file a reply brief in support of its motion, and

      c. The Parties in this action waive the right to a hearing on Optimal's motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of March, 2017, at Mammoth Lakes, California.

                                                      /s/ Michael A. Thurman

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of March, 2017, a copy of the foregoing:

**DECLARATION OF MICHAEL A. THURMAN IN SUPPORT OF EXPEDITED MOTION SCHEDULE RE MOTION FOR APPROVAL OF COMMUNICATIONS BY THIRD PARTY CLAIMS PROCESSOR**

was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ *Michael A. Thurman*