# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 90-CV-00181-JLK

---

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORP., et al.,

    Defendants.

---

## [PROPOSED] ORDER RE MOTION FOR APPROVAL OF COMMUNICATIONS BY THIRD PARTY CLAIMS PROCESSOR

AND NOW, upon consideration of Interested Party Optimal Settlements, LLC's Motion for Approval of Communications by Third Claims Processor, it is hereby ORDERED that Interested Party's motion is GRANTED. Optimal Settlements, LLC may use the mailer and agreement in substantially the same form as that attached to its motion as Exhibits 1 and 2.

                                                    BY THE COURT:

                                                    _____

                                                    John L. Kane, J.