IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

### PLAINTIFFS' RESPONSE TO OPTIMAL SETTLEMENTS, LLC'S MOTION FOR APPROVAL OF COMMUNICATIONS BY THIRD PARTY CLAIMS PROCESSOR

Plaintiffs and Class Counsel respectfully file this response to Optimal Settlements LLC's ("Optimal") Motion to approve the form of mailer to be sent by Optimal to members of the Class and a proposed contract to be presented to Class members.

First, it must be noted that Class Counsel have met and conferred with Optimal and Optimal's counsel, and Optimal and its counsel have agreed to implement several suggestions made by Class Counsel to make Optimal's solicitation of Class members less objectionable.

Class Counsel and Plaintiffs file this response, however, because Optimal has declined to implement several changes to their proposed mailer and contract that Class Counsel believe are necessary and appropriate to ensure that the Class members are not misled.  Class Counsel believe additional changes are necessary, particularly in light of Class Counsel's concern that Optimal's expensive services have no value to Class members.  As Class Counsel explained to

Optimal's counsel, an extensive Court-approved nationwide notice program costing approximately $2 million was conducted last fall, as detailed in the Declaration of Jeanne C. Finegan, APR Concerning Implementation and Adequacy of Class Member Notification, filed on January 3, 2017, at Docket No. 2432.

Moreover, the Court recently authorized Class Counsel to send reminder notices to potential Class members to alert them, again, to the claims deadline of June 1, 2017.  These reminder notices were mailed on March 9, 2017.

In addition, Class members can file claims *for free* with the Court-appointed Settlement and Claims Administrator Heffler Claims Group, and Heffler Claims Group (by and through retained experts) has purchased and will use Jefferson County assessment records to calculate the Class members' claims' amounts.  As a result, any services offered by Optimal, generally for a fee, are, in our view superfluous and a waste of the Class members' money.

That said, Class Counsel recognize that Optimal might arguably have some First Amendment right to market its services to Class members (though any First Amendment protections are attenuated where the speech at issue is commercial speech).

**A.     The Proposed Revised Mailer**

Plaintiffs and Class Counsel request that the Court require Optimal to make several changes to its proposed mailer to be sent to Class members.

First, the top portion of Optimal's proposed mailer prominently displays Optimal's toll free number twice, set apart from the remainder of the text.  By contrast, the Court-Ordered disclosure is at the bottom of the page, and the contact information, including toll-free number, for the Court-approved Settlement and Claims Administrator, Heffler Claims Group ("Heffler"), is not set apart, although the size of the text appears to be identical.  The net effect of the design

of Optimal's mailer is to highlight the contact information for Optimal and deemphasize the contact information for Heffler, despite the fact that only Heffler is the officially appointed Settlement and Claims Administrator and only Heffler will help all Class members file claims for no additional charge.

In Class Counsel's discussions with Optimal's counsel, we repeatedly requested that the required Court Disclosure be at the top of the page with Heffler's information prominently disclosed before the contact information for Optimal was set forth.  Optimal has not agreed to this change, and so Plaintiffs and Class Counsel request that the Court order Optimal to make this change.

Second, Class Counsel also object to Optimal's proposed language about an "expedited cash payment" for Class members' claims on a number of grounds, all of which we have explained to Optimal's counsel.  First, the claims deadline is June 1, 2017 and it will not be until sometime after that date that even the approximate value of the Class members' claims can be estimated.  Under these circumstances, we questioned (and continue to question) how Optimal can possibly calculate a fair purchase value for a claim at this stage without taking advantage of Class members.  We recognize that some Class members may be in poor health or otherwise in grave need and may want to receive cash for their claim months in advance of other Class members.  But we do not see how this price can be fairly negotiated before we have a handle on the approximate value of claims.

Plaintiffs and Class Counsel thus respectfully request that the Court order Optimal to remove the following language from its proposed mailer:

> By submitting a claim, there is no guarantee that you will receive a payout, and many class action cases take multiple submission rounds over multiple years to payout. Many claimants do not want to incur the risk or are simply unable to wait an uncertain amount of time to receive their

3

> money. **If you are interested in receiving an expedited cash payment for your valid claim, please contact Optimal Settlements:**

*See* Doc. No. 2451, at 7.

**B.    The Proposed Contract With Class Members**

Class Counsel request that the Court require the following change to Optimal's proposed contract with Class members.[1] Class Counsel request that the Court require that, in paragraph 1 of Optimal's proposed contract, the information regarding Heffler Claims Group be set apart in a manner similar to that for Class Counsel, and that the contact address and phone number for Heffler Claims Group be bolded.

Dated: March 14, 2017

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Jennifer MacNaughton
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs and the Class*

---

[1] At Class Counsel's request, Optimal made a number of changes to this document to mitigate Counsels' concerns.

4