# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 90-CV-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORP., et al.,

    Defendants.

## DECLARATION OF MICHAEL A. THURMAN IN SUPPORT OF EXPEDITED MOTION SCHEDULE RE MOTION FOR APPROVAL OF CLASS MEMBER COMMUNICATIONS

I, Michael A. Thurman, declare as follows:

1. I am an attorney authorized to practice law before this Court and am counsel for Interested Party Optimal Settlements, LLC ("Optimal"), an interested party in this action. I have personal knowledge of the following facts and if called upon to testify in this action would and could competently testify thereto.

2. On March 27, 2017, I corresponded by email with Mr. Merrill Davidoff, counsel for Plaintiffs in this action, about agreeing to a shortened schedule for resolving the issues raised by Optimal's proposed Motion for

Approval of Class Member Communications.  Mr. Davidoff agreed that, following the filing of Optimal's motion, the other parties would have ten calendar days to file any response or opposition to the motion.  I had also proposed that Optimal would waive any right to file a reply brief in support of the motion and any hearing on the issue so that the Court could rule on Optimal's motion on an expedited basis.  Mr. Davidoff agreed that his client would not request a hearing on Optimal's motion.

      3.     Also on March 27, 2017, I corresponded by email with Mr. Bradley H. Weidenhammer, counsel for Defendants in this action.  I advised Mr. Weidenhammer of the terms agreed to above by Mr. Davidoff.  Mr. Weidenhammer responded by email that if Mr. Davidoff had no objections, he had no objection to these terms on behalf of his clients.

      4.     Based on the agreements of counsel, Optimal respectfully requests the Court to permit the shortened briefing schedule described above, as follows:

        a. Any responses or oppositions to Optimal's motion shall be filed with the Court within ten calendar days after the filing of Optimal's motion;

        b. Optimal waives any right to file a reply brief in support of its motion, and

      c. The parties do not request a hearing on Optimal's motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of March, 2017, at Mammoth Lakes, California.

                                              /s/ Michael A. Thurman

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 28th day of March, 2017, a copy of the foregoing:

**DECLARATION OF MICHAEL A. THURMAN IN SUPPORT OF EXPEDITED MOTION SCHEDULE RE MOTION FOR APPROVAL OF CLASS MEMBER COMMUNICATIONS**

was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ *Michael A. Thurman*