IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## PLAINTIFFS' NOTICE OF ERRATA

Plaintiffs respectfully submit this Errata in order to correct two exhibits to the Memorandum in Support of Class Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Award of Service Payment to Class Representatives ("Memorandum in Support of Fee Petition"), which was filed on January 12, 2017 at Doc. No. 2435.

The two Exhibits to the Memorandum in Support of Fee Petition to be corrected are as follows:

**Exhibit 12 (Doc. No. 2435-13)** – The resume of Professor Charles Silver was inadvertently omitted from Professor Silver's declaration, which was filed at Doc. No. 2435-13. Professor Silver's resume is attached to this filing as Exhibit 1.

**Exhibit 15 (Doc. Nos. 2435-16 and 2435-17)** – Exhibit 15 is a collection of unpublished orders cited in the Memorandum in Support of Fee Petition.  An exhibit to one of the docket filings included in Exhibit 15 was inadvertently omitted,[1] as was an index to Exhibit 15.  The index and the missing exhibit are attached as Exhibit 2.

Dated:  March 30, 2017

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. DeMarco
Markovits, Stock & De Marco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

---

[1] The inadvertently omitted exhibit was Exhibit 1 to the Direct Purchaser Plaintiffs' Brief in Support of Their Unopposed Motion for Final Approval of Proposed Settlement filed in *In re Metoprolol Succinate Direct Purchaser Antitrust Litigation*.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of March, 2017, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

    */s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000