**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED
CLASS ACTION SETTLEMENT AND APPROVAL OF PROPOSED PLAN
OF ALLOCATION OF THE SETTLEMENT FUND**

For the reasons set forth in the accompanying memorandum in support and related materials, Class Representatives Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] respectfully request that the Court enter the proposed Orders (a) granting final approval of the proposed Settlement and (b) granting final approval of the proposed Plan of Allocation (which was previously filed with the Court at Doc. No. 2407-2).

Defendants do not oppose this motion.

---

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.

2

Dated:  March 30, 2017

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. DeMarco
Markovits, Stock & De Marco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of March, 2017, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                     */s/ Merrill G. Davidoff*
                                                     Merrill G. Davidoff
                                                     BERGER & MONTAGUE, P.C.
                                                     1622 Locust Street
                                                     Philadelphia, PA 19103
                                                     (215) 875-3000