# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

   Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

   Defendants.

---

**DECLARATION OF EDWARD J. RADETICH, JR., HEFFLER CLAIMS GROUP, IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND APPROVAL OF PROPOSED PLAN OF ALLOCATION OF THE SETTLEMENT FUND**

---

I, Edward J. Radetich, Jr., CPA, declare as follows:

1. I am a partner of Heffler Claims Group ("Heffler"), the Court-approved Settlement and Claims Administrator. See the Court's Order Appointing the Heffler Claims Group as Settlement and Claims Administrator, Doc. No. 2417. I am over 21 years of age and not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in connection with Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Approval of Plan of Allocation.

1

3.      In response to the Notice Plan implemented last autumn, Heffler has received three requests from Class members requesting exclusion from the Class, or "opting out" of the Class. These three opt-out requests are attached to this declaration as Exhibits 1-3.

4.      Heffler has also received: (1) an objection from William D. Thomas, which was filed on the Court's docket on November 17, 2016 (see Docket Number 2421); and (2) an objection from Kathleen Snapp, which was filed on the Court's Docket on February 23, 2017 (see Docket Number 2445). Heffler has not received any other objections to the Settlement.

5.      To date, Heffler has received 5,600 claim forms in this matter.

6.      On March 9, 2017, 25,272 reminder notices were mailed to potential Class members reminding them of the June 1, 2017 deadline to file claims pursuant to the Court's March 3, 2017 Order (see Docket Number 2449).

_____
Edward J. Radetich, Jr.

Dated: March 29, 2017

# EXHIBIT 1

30281     P100006



September 22, 2016

Heffler Claims Group
P.O. Box 58459
Philadelphia, PA 19102-8459

Dear Sirs:

My wife and I owned property within the area shown as part of the Class Action in Cook et al. V. Rockwell International Corporation and The Dow Chemical Company, Civil Action No. 90-00181-JLK (D. Colo.). The property was in Joint Tenancy, both names. We did own the property on June 7, 1989. The address of the Property was: 8780 West 84th Avenue, Arvada, Colorado.

The purpose of our letter is to express our joint desire to "opt out" of the specified law suit. Our reason for doing this is we have no desire to be part of the action specified. Please remove our names and the property from the law suit.

Lynn M. Jacobson and Patricia A. Jacobson, currently residing at 4498 So. Peaceful River Drive, St. George, Utah 84790.

_Lynn McDowell Jacobson_      09/22/2016
Lynn McDowell Jacobson             Date


_Patricia A. Jacobson_     09/22/2016
Patricia A. Jacobson             Date

# EXHIBIT 2

Lt Col Donald Harding Ret
46 Bald Eagle Way
Franklin, WV 26807-5534

30281   P100067

Sirs,

I hearby choose to "Opt Out" of the Class Action suit in Cook et al. v. Rockwell International Corporation and the Dow Chemical Company.

Civil Action No. 90-00181-JLK

On June 7, 1989 I owned and occupied the residence at

10683 Van Gordon Way
Broomfield, CO
80020-5026

Ph. 1-304-358-3424

Donald E Harding

52489NP

Learn more about the Lakota (Sioux) culture at stjo.org culture.

# EXHIBIT 3

February 28, 2017

Settlement and Claims Administrator
Heffler Claims Group
P.O. Box 58459
Philadelphia, PA  19102-8459

RE: Class Action Settlement Cook et al. v. Rockwell International Corporation and The Dow Chemical Company, Civil Action No. 90-00181-JLK (D. Colo.)

**Property Location 10342 Robb Court, Westminster, CO  80021**

To the Settlement and Claims Administrator for the Settlement:

Due to the fact that the Rocky Flats Nuclear Weapons Plant was in operation long before our home, located in the Class Action area, was built, we would like to exclude ourselves from the Class Action Settlement Cook et al. v. Rockwell International Corporation and The Dow Chemical Company, Civil Action No. 90-00181-JLK (D. Colo.).

We were both employed at the Rocky Flats Nuclear Weapons Site and drew a salary from Rockwell International, the Contractor who managed the site during the duration of our employment, so it was no surprise in 1984, when we bought the home at 10342 Robb Court, that the Rocky Flats Nuclear Weapons Site was located in very close proximity, uphill and to the West. It was very appealing to buy a home close to the Plant to have a quick commute to work.

In 1999, when we made the decision to sell the house on Robb Court and move our family to a larger home a few miles away, we had no trouble selling the house and getting a fair market price.

Thank you for excluding us both from this Class Action Settlement.  We have no intention of pursuing legal action.

Should you need further information, please contact us at 303-420-5136.  Our Current Mailing address is P.O. Box 745512 Arvada, CO  80006.

Respectfully,

William T. Spinuzzi                                     Teresa L. Spinuzzi

Cc:
United States District Judge John L. Kane, United States District Court of Colorado, Alfred A. Arraj United States Courthouse, 901 19th St., Denver CO  80294-3589

*Counsel for Dow and Rockwell:* Bradley H. Weidenhammer, KIRKLAND & ELLIS LLP, 300 North LaSalle, Chicago, IL  60654

*Lead Counsel for the Class:* Merrill G. Davidoff and David F. Sorensen, BERGER & MONTAGUE, P.C., 1622 Locust Street, Philadelphia, PA 19103