**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2017

JEFFREY P. COLWELL
CLERK

March, 2017

To:
Legal Administrator U.S. District Courthouse at Alfred A. Arraj Courthouse
Case: Cook et al. v. Rockwell International Corp. & The Dow Chemical Co.
Civil Action No. 90-00181-JLK (D. Colo) —

Greetings, I am writing to inquire about the above aforementioned case. In particular I would like to know how I may be included in the class action settlement as an heir whom owned property in the "Property Class Area" (Denver, Colorado). I would like a claim form sent to me as soon as possible. I unfortunately can not access the internet in my area to download a claim form to opt-in to the settlement "Class". I would prefer to have this sent to me via U.S. mail, or to send me an address to where I could write to, if not this one, who could send me a claim form as soon as possible, before the expiration date. Here is my name and address to send me more information and/or possibly the claim form itself:

Michael Anthony
0.9A
26-74
594 Route 216
P.O. Box 4000
Stormville, NY 12582-4000

I appreciate your assistance and look forward to your response.
— Thank you —

From: Michael Anthony
09-A 26-74
594 Route 216
P.O. Box 4000
Stormville, NY 12582-4000

NEOPOST
03/27/2017
US POSTAGE $000.46⁰
FIRST-CLASS MAIL
ZIP 12582
041L11259010

GREEN HAVEN
CORRECTIONAL
FACILITY

Cook et al. v Rockwell International Corp + The Dow Chemical Co
Civil Action No. 90-00181-JLK
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

8029432501 C044

Legal Mail

From: Michael Anthony
09-A 26-74
594 Route 216
P.O. Box 4000
Stormville, NY 12582-0010