IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**CLASS COUNSEL'S NOTICE OF FILING REDACTED REPLY IN FURTHER SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES**
_____

      Class Counsel respectfully file the attached redacted version of Class Counsel's Reply in Further Support of Class Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award of Service Payments to Class Representatives, which was previously filed on March 30, 2017 at Doc. No. 2460 ("Reply").

      The Objector referenced in the attached Reply requested that Class Counsel redact the Objector's name, and Class Counsel have accordingly redacted the Objector's name in the attached redacted version of the Reply. Class Counsel respectfully request that the Court order that the unredacted Reply (Doc. No. 2460) be filed under seal and that the attached redacted Reply be filed publicly in its place.

1

Dated:  April 20, 2017

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER &MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise M. Roselle
Paul M. De Marco
MARKOVITS, STOCK & DE MARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiffs and the Class*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of April, 2017, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel and via U.S.P.S. First Class Mail, postage prepaid, upon the objector.

       /s/ Merrill G. Davidoff
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000