IN THE
UNITED STATES DISTRICT COURT
DENVER, COLORADO.,

| | |
|---|---|
| COOK ET al., (PLAINTIFF'S) Vs ROCKWELL INTERNATIONAL CORP, & THE DOW CHEMICAL COMPANY, (DEFENDANTS) | U.S.D.C. CASE # 90-00181-JLK (D.colo.) "NOTICE OF CLAIM" **FILED** UNITED STATES DISTRICT COURT DENVER, COLORADO APR 21 2017 JEFFREY P. COLWELL CLERK |

TO: THE CLERK OF THE Above Styled Court,

COMES NOW THE PLAINTIFF, John Robert Demos, Who AVERS, And DECLARES THE Following Under THE PAIN, And PENALTY OF PERJURY.

A: I Am A Heir, OF THE Demos FAMILY IN JEFFERSON COUNTY COLORADO.

THE Demos FAMILY is RATHER LARGE, THERE ARE SOME 3,000.00 DIFFERENT Demos' SCATTERED THRUOUT THE CONTINENTAL UNITED STATES.

I Am A Heir OF THE Demos FAMILY CLAN THAT OWNED PROPERTY IN JEFFERSON COUNTY ON JUNE 7TH, 1989.

1.

THE Demos Family Own or Owned Property Near, And Down Wind From The Former Rocky Flats Nuclear Weapons Plant In Jefferson County, North West Of Denver, Colorado, On 6-7-1989.

THE Demos Family Consists Of,

William Demos,
Henry Demos,
John Demos,
Al Demos,
Gloria Demos,
Barbara Demos,
Ruth Demos,
Jane Demos,
Caria Demos,
Ruby Demos,

** Refer To My (2) Attached Affidavits.

Further Affiant Sayeth Naught.
May It So Please The Court.

/s/ John R. Demos
4-17-2017

#1

## AFFIDAVIT

**STATE OF WASHINGTON** )
) ss:
**COUNTY OF WALLA WALLA**

I, John Robert Demos, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this 9th day of April, 2017, at The Washington State Penitentiary in the County of Walla Walla, Washington:

A: I John Robert Demos, Do Declare The Following,

That I Am A Former Resident Of Colorado.

That I Have Family, & Relatives That Live In The State Of Colorado.

That I Served State Prison Time In The Crowley Correctional Center Not Far From Denver, Colorado.

John R. Demos
(Affiant's Name) #287455
John R. Demos

Affidavit pursuant to 28 U.S.C. 1746, <u>Dickerson v. Wainwright,</u> 626 F.2d 1184 (1980); Affidavit sworn as true and correct under penalty of perjury and has full force of law and does not have to be verified by Notary Public.

#2

# AFFIDAVIT

**STATE OF WASHINGTON**        )
                               ) ss:
**COUNTY OF** WALLA WALLA

I, John Robert Demos, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this 9th day of April, 2017, at THE Washington State Penitentiary in the County of Walla Walla, Washington:

B: I John R. Demos, Aver, Depose, And Attest To The Following, Under The Pain, And Penalty of Perjury.

1. That I Am A "Heir" Of The Demos Family Domiciled In Jefferson County.

2. There is Also A John G. Demos In Englewood, Colorado, A Judith Demos is Colorado Springs, Colorado,

3. A Kerri Demos In Arvada, Colorado.

John R. Demos
(Affiant's Name) #287455
John R. Demos

Affidavit pursuant to 28 U.S.C. 1746, <u>Dickerson v. Wainwright</u>, 626 F.2d 1184 (1980); Affidavit sworn as true and correct under penalty of perjury and has full force of law and does not have to be verified by Notary Public.

# Did you own property near and ownwind from the former Rocky Flats Nuclear Weapons Plant (in Jefferson County, northwest of Denver, Colorado) on June 7, 1989? Are you an heir of someone who did? If so, you could get money from a proposed $375 million class action settlement.

A $375 million Settlement has been proposed in a lawsuit against the former operators of the Rocky Flats Nuclear Weapons Plant. The lawsuit claims that Rockwell International Corp. and The Dow Chemical Co. caused the properties owned by the Class Representatives and the other class members in the Property Class Area (see map at www.RockyFlatsSettlement.com) to be contaminated with plutonium, a hazardous radioactive substance, which caused the properties' values to be less than they otherwise would have been and which substantially interfered with Class Members' use and enjoyment of their property. The case is *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.*, Civil Action No. 90-00181-JLK (D. Colo.). The parties have agreed to settle to avoid additional delay and uncertainty in a case that already is over 26 years old but, before any money is paid, the proposed settlement must be approved by the Court.

## Who is a Class Member?

The Property Class (or "Class") includes all persons and entities that owned an interest (other than mortgagee and other security interests) in real property within the Property Class Area **on June 7, 1989 (one day after a famous FBI raid of the plant site)**. If you are an heir of someone (or the successor of an entity) who owned property on June 7, 1989 in the Property Class Area, you may also file a claim.

## What Does the Settlement Provide?

Defendants will pay $375 million (the "Settlement Fund") to pay Class Members and to pay attorneys' fees (not to exceed 40% of the Settlement Fund) and costs and expenses. Also, Class Counsel will ask for service awards totaling $780,000 to the Class Representatives for their efforts during over 26 years of litigation. Additionally, the Settlement Fund will pay for the cost of Notice and settlement administration. The remainder (the "Net Settlement Fund") will be divided among Class Members.

## What are my options?

To get a share of the Net Settlement Fund, you **must file a claim** by June 1, 2017. Payments will be calculated as a percentage of the Net Settlement Fund based on the value of the property owned and located within the Class Area as of June 7, 1989. You may opt out of the Class and Settlement by March 1, 2017. If you opt out you will **not receive any money** if the Settlement is approved, but you retain your right to pursue your own lawsuit with your own lawyer. Your own lawyer can advise you about whether your claims may be barred by the statute of limitations. If you do not opt out, you can object to any part of the Settlement on or before March 1, 2017. If you do not opt out, you will remain in the Class and be bound by the terms of the Settlement.

A public hearing will be held on April 28, 2017 at 11:00 a.m. MDT, in Courtroom A802 at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. If the hearing time/date changes, it will be posted at www.RockyFlatsSettlement.com. After the hearing, the Court will decide whether to approve the Settlement. You or your attorney may attend the hearing at your own expense, but you don't have to.

**This is a summary only.** For more information, including a longer Notice, the Settlement, the claim form, the proposed Plan of Allocation, the motion for attorneys' fees, reimbursement of costs and expenses and for service awards, and a list of important deadlines, visit www.RockyFlatsSettlement.com or call 1-844-528-0187.

**1-844-528-0187**
**www.RockyFlatsSettlement.com**