# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

Date:  April 28, 2017                     Deputy Clerk: Bernique Abiakam
                                          Court Reporter: Terri Lindblom

Civil Action No.: 90-cv-00181-JLK

MERILYN COOK, et al.,                     Merrill G. Davidoff
                                          Caitlin Coslett
                                          David F. Sorensen
                                          Steven W. Kelly
                                          Louise M. Roselle
                                          Gary B. Blum
                                          Ellen T. Noteward
                                          Nicholas E. Chimicles

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,             Kevin T. Van Wart
                                          Bradley H. Weidenhammer
                                          Jason Miller

        Defendants.

## COURTROOM MINUTES

**Status Conference**

**11:09 a.m.    Court in session.**

Court calls case.  Appearances of Counsel.  Also Present,

Preliminary remarks by the Court.

**ORDERED:  Plaintiffs' Motion For Entry Of Judgment (Filed 8/4/15; Doc. No. 2367) is DENIED as MOOT.**

**ORDERED:  Defendants' Motion Re Standards (Filed 9/10/15; Doc. No. 2378) is DENIED as MOOT.**

**ORDERED:  Defendants' Motion For Oral argument And Leave To File Supplemental Brief Re Class Certification (Filed 11/9/15; / Doc. No.**

*90-cv-00181-JLK*
*In Court Hearing*
*April 28, 2017*

**2387) is DENIED as MOOT.**

Further remarks by the Court.

Argument heard on Doc Nos. 2434 and 2458.

11:23 a.m.    Comments by Mr. Davidoff.

11:27 a.m.    Argument begins by Mr. Davidoff.

11:53 a.m.    Argument by Mr. Weidenhammer.

Comments and rulings by the Court.

**ORDERED:   Plaintiffs' Motion For Final Approval Of Proposed Class Action
Settlement And Approval Of Proposed Plan Of Allocation Of The
Settlement Fund (Filed 3/30/17; Doc. No. 2458) is APPROVED and
GRANTED.**

**ORDERED:   Class Counsel's Motion For Award Of Attorneys' Fees,
Reimbursement Of Litigation Expenses, And Award Of Service
Payments To Class Representatives (Filed 1/12/17; Doc. No. 2434) is
GRANTED.**

The Court will issue a written order.

**12:06 p.m.    Court in recess.**
Hearing concluded.
Total time in court: 57 minutes.