## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

___

### ORDER GRANTING FINAL APPROVAL OF
### PLAINTIFFS' PROPOSED PLAN OF ALLOCATION

___

       Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and in accordance with the terms of the Settlement Agreement between Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] (collectively the "Plaintiffs" or "Class Plaintiffs") and on behalf of the Class, and Defendants Rockwell International Corporation ("Rockwell") and The Dow Chemical Company ("Dow") (collectively, "Defendants"), dated May 18, 2016,[2] it is hereby ORDERED, ADJUDGED AND DECREED as follows:

       1.    This Order incorporates by reference the definitions in the Settlement Agreement. Plaintiffs and Defendants, and all capitalized terms used and not otherwise defined herein shall have the meanings set forth in the Settlement Agreement.

___

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.

[2] The Settlement Agreement was previously filed at Doc. No. 2401.

2. The Court approves the Plan of Allocation of the Settlement Fund as proposed by Class Counsel (the "Plan of Allocation", previously filed at Doc. No. 2407-2), which was summarized in the Notice mailed to Class members and available for download through the official settlement website (www.rockyflatssettlement.com), and further directs the Settlement and Claims Administrator Heffler Claims Group to prepare to distribute the net Settlement Fund as provided in the Plan.

3. The Court retains exclusive jurisdiction over the Settlement and the Settlement Agreement as described therein, including the administration and consummation of the Settlement, and over this Order.

DATED this 28th day of April, 2017.

BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE