**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  90-cv-00181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Judgment is hereby entered.

    Pursuant to the Order Granting Final Judgment, Approving Class Settlement, And Dismissing Class Claims Against Defendants by Judge John L. Kane entered on April 28, 2017 it is

    ORDERED that all claims against Defendants in *Cook, et al. v. Rockwell International Corp., et al.*, No. 90-cv-00181-JLK (D. Colo.), including by those member of the Class who have not timely excluded themselves from the Class, are dismissed with prejudice, and without costs other than as provided by any Court order regarding reimbursement of costs to be paid from the Settlement Fund.

    Dated at Denver, Colorado this 1st day of May, 2017.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                          By:  s/   B. Abiakam

                                      B. Abiakam
                                      Deputy Clerk