1622 L<small>OCUST</small> S<small>TREET</small>   |   P<small>HILADELPHIA</small>, PA  19103-6305   |   P<small>HONE</small>: 215/875-3000   |   F<small>AX</small>: 215/875-4604   |   www.bergermontague.com



MERRILL G. DAVIDOFF

WRITER'S DIRECT DIAL  215/875-3084

WRITER'S DIRECT FAX  215/875-4671

WRITER'S DIRECT E-MAIL  mdavidoff@bm.net

July 27, 2017

**VIA ECF**

Honorable Judge John L. Kane
United States District Court for the
   District of Colorado
Alfred A. Arraj United States Courthouse
Room A838
901 19th Street
Denver, CO 80294-3589

      Re:    *Cook v. Rockwell Int'l Corp., No. 90-K-181 (D. Colo.)*

Dear Judge Kane:

      Attached is a July 27, 2017 report received from the Court-appointed Settlement and Claims Administrator, Heffler Claims Group, which summarizes the current status of the administration of this settlement. Please note that this is an interim report and that the administration of the settlement is ongoing.

      If your Honor has any questions or concerns, we will be pleased to address them.

                                  Respectfully yours,

                                  */s/ Merrill G. Davidoff*

                                  Merrill G. Davidoff
                                  *Lead Counsel for Plaintiffs*

MGD/sll
Attachment

      cc:    All Counsel of Record *(w/attachment) (via ECF)*