# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

**MERILYN COOK**, *et al.*,

      **Plaintiffs,**

  v.

**ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,**

      **Defendants.**

---

### NOTICE OF JOINDER IN CO-LEAD TRIAL COUNSEL'S OBJECTION TO THE ALLOCATION OF ATTORNEY FEES

---

To the extent necessary for full adjudication of them, Jean Geoppinger McCoy, Markovits, Stock & DeMarco, LLC, and Paul De Marco respectfully join in Co-Lead Trial Counsel Louise M. Roselle's Objection to the Allocation of Attorney Fees (Doc. 2474).

July 27, 2017

Respectfully submitted,

*s/ Louise M. Roselle*

_____
Louise M. Roselle
MARKOVITS, STOCK & DE MARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, Ohio 45209
lroselle@msdlegal.com
(513) 651-3700

*For Objectors Markovits, Stock & DeMarco, LLC and Paul M. De Marco*

*s/ Jean Geoppinger McCoy*

_____

Jean Geoppinger McCoy
WHITE, GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
jmccoy@wgmlpa.com
(513) 241-3685

*Objector*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon all counsel of record, via the Court's CM/ECF system, and the following via ordinary or electronic mail:

Jeffrey A. Lamken, Esq.
MoloLamken LLP
6000 New Hampshire Avenue, NW
Washington, DC  20037
jlamken@mololamken.com

Kenneth A. Jacobsen, Esq.
Jacobsen Law Offices LLC
5 East Rose Valley Road
Wallingford, Pennsylvania  19086
JacobsenLaw@aol.com

Marcy G. Glenn, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado  80202
mglenn@hollandhart.com

Nicholas E. Chimicles, Esq.
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, Pennsylvania  19041
Nick@chimicles.com

Michael Barrett, Esq.
Ray & Barrett
1825 K Street, Suite 1150
Washington, DC  20006

Eric W. Goering, Esq.
Goering & Goering, LLC
220 West Third Street
Cincinnati, Ohio  45202
eric@goering-law.com

3

R. Bruce McNew, Esq.
Taylor & McNew, LLP
3711 Kennett Pike, Suite 210
Greenville, Delaware  19807

this 27th day of July, 2017.

                                                *s/ Jean Geoppinger McCoy*
                                                _____
                                                Jean Geoppinger McCoy