1622 Locust Street   |   Philadelphia, PA  19103-6305   |   Phone: 215/875-3000   |   Fax: 215/875-4604   |   www.bergermontague.com



|  | MERRILL G. DAVIDOFF |
|---|---|
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

July 27, 2017

**VIA ECF**

Honorable Judge John L. Kane
United States District Court for the
   District of Colorado
Alfred A. Arraj United States Courthouse
Room A838
901 19th Street
Denver, CO 80294-3589

      Re:    *Cook v. Rockwell Int'l Corp., No. 90-cv-181-JLK (D. Colo.)*
              Objection to Attorneys' Fee Allocations—Request for *In Camera* Proceeding

Dear Judge Kane:

      This morning, Louise Roselle filed an objection to the fee allocation decisions of Lead Counsel, predicated at least in part on erroneous facts and presumptions. In responding to this objection, Lead Counsel Berger & Montague will be discussing sensitive matters, and therefore, we request permission to file our response *in camera,* with the Court subsequently deciding whether all or part of the response should be unsealed and filed on the public record.

      I have spoken with Defendants' counsel Mr. Van Wart this morning and he has stated that Defendants have no objection to Plaintiffs' counsel proceeding *in camera*.

                                    Respectfully yours,

                                    */s/ Merrill G. Davidoff*

                                    Merrill G. Davidoff
                                    *Lead Counsel for Plaintiffs*

MGD/sll

cc:     All Counsel of Record *(via ECF)*