## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

___

### ENTRY OF APPEARANCE
___

    Marcy G. Glenn of the firm of Holland & Hart LLP (Holland & Hart) enters her appearance as counsel of record for Plaintiffs Merilyn Cook, *et al.* (Plaintiffs and the Class). Ms. Glenn, who previously appeared in the Tenth Circuit and the United States Supreme Court, now enters her appearance in this Court in order to receive filings related to disputes over the Court's award of attorney's fees, and to protect Holland & Hart's interest in its share of those fees.

    Respectfully submitted this 27th day of July, 2017.

                                     *s/ Marcy G. Glenn*
                                     Marcy G. Glenn, No. 12018
                                     HOLLAND & HART, LLP
                                     555 17th Street, Suite 3200
                                     Denver, CO  80202
                                     Telephone:  (303) 295-8000
                                     Facsimile:  (303) 295-8261
                                     Email:  mglenn@hollandhart.com

                                     ***ATTORNEYS FOR PLAINTIFFS***
                                     ***AND THE CLASS***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July 2017, the foregoing **Entry of Appearance** was served via the Court's ECF system on all participating counsel of record.

By: */s/ Marcy G. Glenn*
Marcy G. Glenn

10044217_1