IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 90-cv-00181-JLK

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORP., and
THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER STAYING FURTHER DISTRIBUTION OF FEES

**Kane, J.**

This class action litigation is in the final execution of settlement phase after 27 years of litigation. In a flurry of activity yesterday, July 27, 2017 (*see* Docs. 2474, 2475, 2476, 2477), counsel have signaled a dispute regarding the allocation of attorney fees under the operative Order Awarding Attorney Fees (Doc. 2468). Given my closeness to this matter, my preference in resolving such a dispute is with the appointment of a special master in accordance with the procedure described in Rule 53 of the Federal Rules of Civil Procedure. Accordingly,

1. The distribution of attorney fees in this matter is STAYED until further order of the court; and

2. Counsel shall have ten days, or to and including August 11, 2017, in which to file written responses to the question of whether a Special Master should be appointed to resolve the fee distribution issues that have arisen.

**DATED this 28th day of July, 2017.**

                                                */s/ John L. Kane*
                                              John L. Kane, Jr.
                                              SENIOR U.S. DISTRICT JUDGE