# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

### LEAD CLASS COUNSEL'S MOTION TO FILE RESPONSE(S) TO LOUISE ROSELLE'S OBJECTION TO THE ALLOCATION OF ATTORNEY FEES *IN CAMERA*

Lead Counsel for the Class/Respondent Berger & Montague, P.C. ("Respondent") respectfully requests permission to file its response(s) to the Objection filed on July 27, 2017 by Louise Roselle, *et al.* (Docket No. 2474) *in camera*. Respondent believes that any response(s) to this Objection may involve discussions and/or disclosure of both sensitive and confidential matters and privileged communications. Respondent believes these materials should be filed *in camera* initially, so that the Court can decide if it can be unsealed and part of the public record.[1]

Lead Counsel Merrill G. Davidoff spoke with Defendants' counsel, Kevin Van Wart on July 27, 2017, and Mr. Van Wart has stated that Defendants have no objection to counsel proceeding *in camera.*

---

[1] No distributions of fees have been made.

Wherefore, Respondent respectfully request that the Court grant this Motion and allow response(s) to be filed *in camera.*

Dated: July 28, 2017

                                            BERGER & MONTAGUE, P.C.

By:   */s/ Merrill G. Davidoff*
        Merrill G. Davidoff
        David F. Sorensen
        Caitlin G. Coslett
        1622 Locust Street
        Philadelphia, PA  19103
        (215) 875-3000
        *Lead Counsel for the Class/Respondent*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 28th day of July, 2017, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                */s/ Merrill G. Davidoff*
                                                Merrill G. Davidoff