# Exhibit "1"

# The Supreme Court of Ohio

## CASE ANNOUNCEMENTS

## April 17, 2017

[Cite as *04/17/2017 Case Announcements*, 2017-Ohio-1411.]

### MOTION AND PROCEDURAL RULINGS

**2017-0474. McGirr v. Winkler.**
In Prohibition. On relators' motion for emergency stay. Motion granted. On motion for leave of Eric W. Goering, assignee of Waite, Schneider, Bayless & Chesley Co., L.P.A., to intervene as respondent. Motion granted. Relators may file a response to the motion to dismiss within the timeframe permitted by the Rules of Practice.

O'Donnell and Kennedy, JJ., dissent in part and would deny the motion to dismiss and would grant an alternative writ.

O'Neill, J., not participating.