Exhibit "3"



IN THE COURT OF COMMON PLEAS
PROBATE DIVISION
HAMILTON COUNTY, OHIO

| IN THE MATTER OF | Case No 2016003659 |
|---|---|
| WAITE, SCHNEIDER, BAYLESS & CHESLEY CO , L P A | Judge Ralph E Winkler |
| | Magistrate Rogena D Stargel |

## PROOF OF CLAIM FORM

1  Name of Creditor or Equity Holder  *Paul De Marco*

2  Address of Creditor or Equity Holder  *400 Pike St, #520, Cincinnati, OH 45202*

3  Telephone Number  *513-470-0369*
   e-mail address  *pdemarco@msdlegal com*

4  Amount of Claim  *Unknown, but thought to be in excess of $29000 00*

5  Is any part of your claim secured by collateral or personal security?

   Yes _____   No __X__

   If Yes, attach documents that establish the secured amount and identify property upon which security is claimed

6  State type of claim, how incurred, ( goods sold, services performed, wage claims, personal injury claim, etc ), when the claim accrued, and the consideration thereof
   *Wage claim. I along with other WSBC attorneys agreed to a temporary salary reduction of 10% in late summer/early fall of 2011, to help the firm with cash flow issues. The deferred amount was to be paid to me when the Fannie Mae case ended and WSBC received its fee share. WSBC received that share, but I was never repaid.*

7  If any part of the claim is for interest or late or penalty charges, set forth the amounts below

   Interest from  *N/A*  2011 APR 27 PM 1 49  to September 12, 2016  $ _____

02670664 1

107.00

Penalties or late charges $ _____

8  Set forth any credits that have been applied to the computation of the claim  __n/a_____

9  Describe any counterclaim that may exit to this claim  __n/a_____

10  Is this claim related to the Fen-Phen litigation?  Yes_____  No __X__

11  Has Claimant filed a Bankruptcy petition in the past 15 years?

Yes_____  No __X__

If yes, provide Court name and Case No _____

12  Is this a claim for taxes?  Yes_____  No __X__

13  Is this a claim for labor in the service of Waite, Schneider, Bayless & Chesley Co., LPA?  Yes __X__  No_____

__Paul De Marco__  __[signature: Paul DeL...]__
Print Name                              Signature

Dated __4/26/17__

**THIS CLAIM MUST BE FILED ON OR BEFORE MAY 1, 2017 (The Claims Bar Date)** with

Clerk of Court
Hamilton County Probate Court
William Howard Taft Center
230 E 9th Street
Cincinnati, Ohio 45202

**A Filing Fee of $ 15 00 (money orders only) made payable to the "Clerk of Court" must accompany the claim**

To receive a stamped copy of your claim, please provide a second copy of your Proof of Claim with a self-addressed stamped envelope

02670664 1

# AFFIDAVIT

STATE OF __OHIO__ )
) ss
COUNTY OF __BUTLER__ )

Now comes the undersigned, being first duly sworn and cautioned, and hereby states as follows for his/her Affidavit

1. My name and address are set forth in the above Proof of Claim form

2. The claim set forth in the above Proof of Claim form is just and lawful, the consideration therof is set forth above, any counterclaims to the claim are set forth above, any collateral or personal security for the claim are set forth above, or, there is no security for the claim

FURTHER, AFFIANT SAYETH NAUGHT

_(signature)_
Signature

__Paul De Marco__
Printed Name

Sworn to and subscribed to before me this __27__ day of __April__, 2017

CINDY J BAKER
NOTARY PUBLIC  OHIO
MY COMMISSION EXPIRES __5-4-19__

_(signature)_ Cindy J Baker
Notary Public

02670664-1