Exhibit "4"

| | |
|---|---|
| **From:** | Terry Coates <TCoates@msdlegal.com> |
| **Sent:** | Friday, July 14, 2017 7:11 PM |
| **To:** | Merrill Davidoff |
| **Subject:** | Re: Rocky Flats - fee allocation |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Thank you for the response. I hope you have a good weekend, too.

Terence "Terry" R. Coates, Esq.
Markovits, Stock & DeMarco, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Direct Dial: (513) 665-0204
Fax: (513) 665-0219

On Jul 14, 2017, at 5:53 PM, Merrill Davidoff <mdavidoff@bm.net> wrote:

> The response is your 1.6 multiplier is identical to that allocated to at least 5 firms, including yours.   One of these firms paid costs when Waite, Schneider did not.
>
> One other firm did not receive a multiplier at all because they failed to honor their agreement.
>
> Three firms received higher multipliers than you (and us) based upon agreements, including Denver counsel and Supreme Court Counsel.
>
> Your firm did not contribute to expenses and despite that was given the same multiplier as firms which did contribute to expenses.
>
> For your information our multiplier is only somewhat higher  despite the fact that we honored all agreements and carried the entire case, both time and expenses.
> Typically lead counsel receive much higher multipliers than other counsel in class action cases.
>
> Louise and Paul should also look to Eric Goering, receiver for Waite Schneider, for an allocation out of their fee.
>
> Have a good weekend.
>
> Merrill

1

Merrill G. Davidoff
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3084
mdavidoff@bm.net
bergermontague.com

Twitter | LinkedIn | Facebook
Signup for our e-newsletter

---

**From:** Terry Coates [mailto:TCoates@msdlegal.com]
**Sent:** Friday, July 14, 2017 5:42 PM
**To:** David Sorensen <dsorensen@bm.net>; Merrill Davidoff <mdavidoff@bm.net>
**Cc:** Bill Markovits <BMarkovits@msdlegal.com>; Chris Stock <CStock@msdlegal.com>; 'demarcoworld@yahoo.com' <demarcoworld@yahoo.com>; L Roselle <LRoselle@msdlegal.com>
**Subject:** Rocky Flats - fee allocation

David & Merrill:

I am the managing partner of Markovits, Stock & DeMarco, LLC ("MSD") and would like to address what I understand to be your intended allocation to MSD of an attorneys' fee amount equal to a 1.6 multiplier applied to my firm's lodestar. I understand that a 1.6 multiplier is the lowest multiplier being given to any of plaintiffs' counsel who were involved at the time of settlement. MSD, like your firm, put time and effort into this case when the case was essentially valueless after the Tenth Circuit originally vacated the jury verdict. MSD, mainly through Paul De Marco and Louise Roselle, remained involved in this case from the firm's inception in 2012 through the settlement of this matter, and Paul has continued to communicate with you about this matter through this week.

I understand Merrill's emails to say that a 1.6 multiplier is being given each to MSD and Waite, Schneider, Bayless & Chesley ("WSBC"). I also understand that Merrill is critical of WSBC's involvement in the case based on his opinion that WSBC did not continuously participate in this case. To my knowledge, there has been no similar critique of MSD's participation in this litigation as we also shouldered risk from 2012 to the present in contributing to this matter. At the very least, MSD should be entitled to a lodestar multiplier commensurate with the risk undertaken by the other firms that were providing meaningful legal representation to the class during the 2012-2016 timeframe, including your firm.

I look forward to your response.

Thank you,
Terry
<image001.png>
*Terence "Terry" R. Coates, Esq.*
**Markovits, Stock & DeMarco, LLC**
3825 Edwards Road, Suite 650 | Cincinnati, Ohio 45209
Business 513.651.3700 | Direct: 513.665.0204 | Facsimile 513.665.0219
tcoates@msdlegal.com | www.msdlegal.com

*We have moved. Please note our new address.*

2

This electronic transmission contains information from the law firm of Markovits, Stock & DeMarco, LLC which is privileged, confidential or otherwise the exclusive property of the intended recipient or Markovits, Stock & DeMarco, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-651-3700) or by electronic mail (tcoates@msdlegal.com) and promptly destroy the original transmission. Thank you for your assistance.

3