# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## [PROPOSED] ORDER

Upon review and consideration of Lead Class Counsel's Response to Order Dated July 28, 2017 Regarding Whether a Special Master Should be Appointed and any further briefing filed by Lead Class Counsel, Ms. Roselle, or any other Class Counsel, and all papers filed and proceedings conducted herein, and otherwise being fully informed and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.    No Special Master shall be appointed because it is apparent that "Co-Lead Trial Counsel's Objection to the Allocation of Attorney Fees" (Doc. 2474) raises straightforward legal issues, not factual disputes.

2.    The Court hereby overrules all objections raised in Co-Lead Trial Counsel's Objection to the Allocation of Attorney Fees (Doc. 2474) <u>except</u> that the Court declines to issue a ruling at this time as to the amount of the fee distribution to Markovits, Stock & De Marco, LLC.

3.      Class Counsel is ordered to meet and confer concerning the amount of the fee to be distributed to Markovits, Stock & De Marco, LLC and is further ordered to advise the Court within 30 days whether Class Counsel has been able to resolve this remaining dispute by agreement.

4.      Lead Counsel is ordered to distribute the attorney fee award in accordance with the allocations already determined by Lead Counsel, except that Lead Counsel shall hold back and not distribute $153,044.50 unless and until there is a resolution of the only remaining dispute, which is the amount of the fee to be distributed to Markovits, Stock & De Marco, LLC.

IT IS SO ORDERED.

Dated: _____          BY THE COURT:


_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE