IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

## OBJECTORS' RESPONSE REGARDING POTENTIAL APPOINTMENT OF SPECIAL MASTER

In its Order Staying Further Distributions of Fees (Doc. 2479), the Court ordered counsel to file "written responses to the question of whether a Special Master should be appointed to resolve the fee distribution issues that have arisen." This constitutes the response of objectors Louise Roselle, Jean Geoppinger McCoy, Paul De Marco, and Markovits, Stock & DeMarco, LLC ("objectors").

In light of the Court's stated preference, and subject to knowing the specifics that would be spelled out in an appointing order pursuant to Rule 53(b), objectors are open to the appointment of a special master to resolve these issues, just as we would be open to a referral to a magistrate judge (for a report and recommendation) and a referral to

mediation (which we assume could be part of or separate from any assignment to a special master or a magistrate judge) for the same purpose.

In expressing our openness to these options, we note our understanding that the result of any such referral(s) ultimately would be reviewable by this Court and that a special master's or magistrate judge's findings of fact and conclusions of law are reviewed *de novo*, absent stipulations to the contrary. *See* Rule 53(f)(3) and (4); *Ins. Co. of N. Am. v. Bath*, No. 90-8083, 1992 WL 113746, at *2 (10th Cir. May 27, 1992); Rule 72(b)(3).

It should go without saying that objectors also are open to the Court resolving the matter itself in the first instance. We believe that because of the Court's closeness to this matter, it probably is in the best position to bring about the fairest possible resolution of the disputed issues with the least possible delay, expense, and rancor.

| | |
|---|---|
| August 11, 2017 | Respectfully submitted, |
| | *s/ Louise M. Roselle* |
| | _____ |
| | Louise M. Roselle |
| | Paul M. De Marco |
| | MARKOVITS, STOCK & DE MARCO, LLC |
| | 3825 Edwards Road, Suite 650 |
| | Cincinnati, Ohio 45209 |
| | lroselle@msdlegal.com |
| | demarcoworld@yahoo.com |
| | (513) 651-3700 |
| | *Objectors Louise M. Roselle,* |
| | *Paul M. De Marco and* |
| | *Markovits, Stock & DeMarco, LLC* |

*s/ Jean Geoppinger McCoy*
_____
Jean Geoppinger McCoy
WHITE, GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
jmccoy@wgmlpa.com
(513) 241-3685

*Objector*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon all counsel of record, via the Court's CM/ECF system, and the following via ordinary or electronic mail:

Jeffrey A. Lamken, Esq.
MoloLamken LLP
6000 New Hampshire Avenue, NW
Washington, DC  20037
jlamken@mololamken.com

Kenneth A. Jacobsen, Esq.
Jacobsen Law Offices LLC
5 East Rose Valley Road
Wallingford, Pennsylvania  19086
JacobsenLaw@aol.com

Marcy G. Glenn, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado  80202
mglenn@hollandhart.com

Nicholas E. Chimicles, Esq.
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, Pennsylvania  19041
Nick@chimicles.com

Michael Barrett, Esq.
Ray & Barrett
1825 K Street, Suite 1150
Washington, DC  20006

Eric W. Goering, Esq.
Goering & Goering, LLC
220 West Third Street
Cincinnati, Ohio  45202
eric@goering-law.com

3

4

                                                3711 Kennett Pike, Suite 210
                                                Greenville, Delaware  19807

R. Bruce McNew, Esq.
Taylor & McNew, LLP

this 11th day of August, 2017.

                                                *s/ Jean Geoppinger McCoy*
                                                _____
                                                Jean Geoppinger McCoy