# EXHIBIT 1

**Terry Coates**

| | |
|---|---|
| **From:** | Merrill Davidoff <mdavidoff@bm.net> |
| **Sent:** | Thursday, September 07, 2017 10:42 PM |
| **To:** | Terry Coates |
| **Cc:** | P De Marco; David Sorensen |
| **Subject:** | RE: phone call |

I actually do not recall the agreement to which you allude.

The Court ruled on the objections and we were bargaining in good faith (and with a major concession to you) on the % of the $153K that would go to MSD, which includes Paul and Louise.

If Louise and/or Paul file any further objections, appeals, or anything else regarding the fee allocation issues on which Judge Kane has already ruled, then we don't have a deal, period.

Merrill

Merrill G. Davidoff
**Berger Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3084
mdavidoff@bm.net
bergermontague.com

Twitter| LinkedIn| Facebook
Signup for our e-newsletter

**From:** Terry Coates [TCoates@msdlegal.com]
**Sent:** Thursday, September 07, 2017 7:59 PM
**To:** Merrill Davidoff
**Cc:** P De Marco; David Sorensen
**Subject:** RE: phone call

Merrill:

Thanks for your response.

As the Court recognized, the dispute over MSD's share of the reserved $153,044.50 is separate from the objections raised regarding personal bonuses for Louise Roselle, Paul De Marco, and Jeanne McCoy and/or any share for Mrs. Nordberg.

We all noted this distinction on our phone call when the issue of personal bonuses came up and I requested that we end those discussions because the purpose of the call, consistent with the Court's order, was for MSD and your firm to meet and confer about the reserved $153,044.50 and what portion MSD would receive, not to discuss other issues such as personal bonuses. Everyone else on the phone (Paul De Marco, you, and Mr. Sorensen) agreed we should not further discuss those other matters.

MSD will not agree to link its share with those matters now, and I cannot make a commitment regarding what actions Paul and Louise may or may not take regarding the issue of personal bonuses for the time they worked on the case before joining MSD.

MSD is willing to commit that, upon payment of the $110,000 under discussion, MSD and its lawyers will not advocate further, in the district court or in an appeal, for a different fee allocation *for MSD* out of the RF fee. Attached please find a draft letter to that effect, which I will send you upon your assent to its terms. Please let me know if you approve of its contents. If you do, I will finalize it so that we can close the book on the allocation of the reserved $153,044.50.

Thank you,
Terry

 Markovits, Stock & DeMarco

***Terence "Terry" R. Coates, Esq.***
**Markovits, Stock & DeMarco, LLC**
3825 Edwards Road, Suite 650 | Cincinnati, Ohio 45209
Business 513.651.3700 | Direct: 513.665.0204 | Facsimile 513.665.0219
tcoates@msdlegal.com | www.msdlegal.com

*We have moved. Please note our new address.*

This electronic transmission contains information from the law firm of Markovits, Stock & DeMarco, LLC which is privileged, confidential or otherwise the exclusive property of the intended recipient or Markovits, Stock & DeMarco, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-651-3700) or by electronic mail (tcoates@msdlegal.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Merrill Davidoff [mailto:mdavidoff@bm.net]
**Sent:** Thursday, September 07, 2017 1:10 PM
**To:** Terry Coates <TCoates@msdlegal.com>; P De Marco <PDeMarco@msdlegal.com>
**Cc:** David Sorensen <dsorensen@bm.net>
**Subject:** RE: phone call

Terry & Paul:

If you will write me a letter making the following assurances we will agree to the $110K (which comes from our allocation solely):

(1) In exchange for the additional payment of $110K your firm, and the lawyers in your firm including Paul and Louise, will file no further papers or objections to the RF fee allocations or to "transparency" of the same;

(2) Upon sending you the additional $110K we may inform the Court that this dispute has been settled and that no further objections, appeals, or motions for reconsideration will be filed.

It might be helpful if you send a draft of the letter before finalizing it.

Thanks, Merrill

Merrill G. Davidoff
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3084
mdavidoff@bm.net
bergermontague.com

Twitter| LinkedIn| Facebook
Signup for our e-newsletter

**From:** Terry Coates [TCoates@msdlegal.com]
**Sent:** Tuesday, September 05, 2017 2:53 PM
**To:** Merrill Davidoff; P De Marco
**Cc:** David Sorensen
**Subject:** RE: phone call

Merrill:

Thank you for the response.

I am not aware of a long footnote in your opposition identifying each firms specific fees. I assume you are referring to the body of the text on Page 15 of your opposition, which is not a full disclosure as it is includes approximations and fails to identify the exact fee apportionment to each firm.

To address the primary issue remaining, MSD has offered to meet your firm in the middle and resolve this dispute for $110,000.00.

Thank you,
Terry

 Markovits, Stock & DeMarco

***Terence "Terry" R. Coates, Esq.***
**Markovits, Stock & DeMarco, LLC**
3825 Edwards Road, Suite 650 | Cincinnati, Ohio 45209
Business 513.651.3700 | Direct: 513.665.0204 | Facsimile 513.665.0219
tcoates@msdlegal.com | www.msdlegal.com

*We have moved. Please note our new address.*

This electronic transmission contains information from the law firm of Markovits, Stock & DeMarco, LLC which is privileged, confidential or otherwise the exclusive property of the intended recipient or Markovits, Stock & DeMarco, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-651-3700) or by electronic mail (tcoates@msdlegal.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Merrill Davidoff [mailto:mdavidoff@bm.net]
**Sent:** Tuesday, September 05, 2017 1:51 PM
**To:** Terry Coates <TCoates@msdlegal.com>; P De Marco <PDeMarco@msdlegal.com>
**Cc:** David Sorensen <dsorensen@bm.net>
**Subject:** RE: phone call

If you read the brief we wrote in opposition to your objection there was a full disclosure of fees in a long footnote in that brief.

Merrill G. Davidoff
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3084
mdavidoff@bm.net
bergermontague.com

Twitter | LinkedIn | Facebook
Signup for our e-newsletter

**From:** Terry Coates [mailto:TCoates@msdlegal.com]
**Sent:** Tuesday, September 5, 2017 1:30 PM
**To:** Merrill Davidoff <mdavidoff@bm.net>; P De Marco <PDeMarco@msdlegal.com>
**Cc:** David Sorensen <dsorensen@bm.net>
**Subject:** RE: phone call

Merrill:

I hope you had a nice holiday weekend.

We are not far apart. Given the difference between the last two numbers exchanged (MSD: $120,000; BM: $100,000), I will agree to meet you in the middle at $110,000 to finalize the dispute over the $153,044.50 reserved by the Court.

Part of our objection to the fee allocation in this case is that there has never been a full disclosure of the allocation of fees, either before or after distribution of fees to counsel, to all firms involved in this matter. Because of this background, I cannot agree that our discussions are Rule 408 communications and reserve the ability to disclose any parts of our communications to the court in the event we are unable to amicably resolve this dispute.

Thank you,
Terry

 Markovits, Stock & DeMarco

*Terence "Terry" R. Coates, Esq.*
**Markovits, Stock & DeMarco, LLC**
3825 Edwards Road, Suite 650 | Cincinnati, Ohio 45209
Business 513.651.3700 | Direct: 513.665.0204 | Facsimile 513.665.0219
tcoates@msdlegal.com | www.msdlegal.com

4

*We have moved. Please note our new address.*

This electronic transmission contains information from the law firm of Markovits, Stock & DeMarco, LLC which is privileged, confidential or otherwise the exclusive property of the intended recipient or Markovits, Stock & DeMarco, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-651-3700) or by electronic mail (tcoates@msdlegal.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Merrill Davidoff [mailto:mdavidoff@bm.net]
**Sent:** Thursday, August 31, 2017 9:24 AM
**To:** Terry Coates <TCoates@msdlegal.com>; P De Marco <PDeMarco@msdlegal.com>
**Cc:** David Sorensen <dsorensen@bm.net>
**Subject:** RE: phone call

Terry & Paul:

I need to emphasize that there is no "pot" of $$$ from which an adjustment is made; it comes out of our fees which were well-earned.

Also, the compromise offers on both sides are made without prejudice as we discussed when we spoke, and the parties revert to their original positions if a compromise cannot be reached.

To end this, we will agree to pay $100K additional from our fee allocation, about 2/3 of the amount in dispute.    Meanwhile we will be sending a check for the original amount at a 1.6 multiplier later today.

If we cannot agree on this very fair compromise, I suggest simultaneous briefs to Judge Kane limited to 5 pages each.

Thanks, Merrill

Merrill G. Davidoff
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3084
mdavidoff@bm.net
bergermontague.com

Twitter| LinkedIn| Facebook
Signup for our e-newsletter

**From:** Terry Coates [TCoates@msdlegal.com]
**Sent:** Wednesday, August 30, 2017 2:40 PM
**To:** Merrill Davidoff; P De Marco
**Cc:** David Sorensen
**Subject:** RE: phone call

Merrill:

Thank you for speaking with Paul and me on Monday about resolving the dispute over the appropriate fee for MSD over and above the 1.6 multiplier that you awarded.  You have characterized this dispute as "very minor" and a "small amount."  We agree that $153,044.50 is a relatively minor amount when compared to the $100 million plus fee your firm is receiving in this matter.

Judge Kane has ordered that $153,044.50 (representing a 2.3 multiplier to MSD's lodestar) be reserved for resolving this minor dispute. In the spirit of compromise, I offered on Monday's call to reduce MSD's demand from a 2.3 multiplier ($153,044.50) to a 2.2 multiplier ($131,181.00) to finalize this matter.  You indicated that you could agree to a 2.0 multiplier ($87,454.00) for MSD and encouraged me to take a day or two to further consider resolution.

In accordance with Judge Kane's order, in which he encouraged us to try and resolve our dispute, MSD is willing to accept $120,000.00 in addition to the amount already awarded (representing less than a 2.15 multiplier) to resolve this dispute.

Thank you,
Terry

 **Markovits, Stock & DeMarco**

*Terence "Terry" R. Coates, Esq.*
**Markovits, Stock & DeMarco, LLC**
3825 Edwards Road, Suite 650 | Cincinnati, Ohio 45209
Business 513.651.3700 | Direct: 513.665.0204 | Facsimile 513.665.0219
tcoates@msdlegal.com | www.msdlegal.com

*We have moved. Please note our new address.*

This electronic transmission contains information from the law firm of Markovits, Stock & DeMarco, LLC which is privileged, confidential or otherwise the exclusive property of the intended recipient or Markovits, Stock & DeMarco, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-651-3700) or by electronic mail (tcoates@msdlegal.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Merrill Davidoff [mailto:mdavidoff@bm.net]
**Sent:** Monday, August 28, 2017 4:28 PM
**To:** P De Marco <PDeMarco@msdlegal.com>
**Cc:** David Sorensen <dsorensen@bm.net>; Terry Coates <TCoates@msdlegal.com>
**Subject:** RE: phone call

yes please call my office 215-875-3084,

Merrill G. Davidoff
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3084
mdavidoff@bm.net
bergermontague.com

Twitter | LinkedIn | Facebook
Signup for our e-newsletter

**From:** P De Marco [PDeMarco@msdlegal.com]
**Sent:** Monday, August 28, 2017 4:20 PM
**To:** Merrill Davidoff
**Cc:** David Sorensen; Terry Coates
**Subject:** Re: phone call

Merrill & David,

Terry Coates and I could call you around 5 pm today. Please let me know if that works.

Thanks.

- Paul

**From:** Merrill Davidoff <mdavidoff@bm.net>
**Sent:** Monday, August 28, 2017 2:42 PM
**To:** P De Marco
**Cc:** David Sorensen
**Subject:** phone call

We want to consult with you as directed by Judge Kane.   Can you suggest some days/times for a call, preferably later this afternoon,
or tomorrow afternoon?

thanks, Merrill

Merrill G. Davidoff
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3084
mdavidoff@bm.net
bergermontague.com

Twitter| LinkedIn| Facebook
Signup for our e-newsletter