IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

**MERILYN COOK,** *et al.*,

      **Plaintiffs,**

v.

**ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,**

      **Defendants.**

---

**NOTICE OF APPEAL BY
LOUISE ROSELLE, JEAN GEOPPINGER McCOY, AND PAUL DE MARCO**

---

Notice is hereby given that Louise Roselle, Jean Geoppinger McCoy, and Paul De Marco appeal to the United States Court of Appeals for the Tenth Circuit from the Order signed on August 21, 20017 and entered on August 22, 2017 (Doc. 2484) by the United States District Court for the District of Colorado.

September 18, 2017                              Respectfully submitted,

                                                s/ *Louise M. Roselle*
                                                s/ *Paul M. De Marco*
                                                _____
                                                Louise M. Roselle
                                                Paul M. De Marco
                                                MARKOVITS, STOCK & DE MARCO, LLC
                                                3825 Edwards Road, Suite 650
                                                Cincinnati, Ohio 45209
                                                lroselle@msdlegal.com
                                                pdemarco@msdlegal.com
                                                (513) 651-3700

                                                *Objectors*

                                                s/ *Jean Geoppinger McCoy*
                                                _____
                                                Jean Geoppinger McCoy
                                                WHITE, GETGEY & MEYER CO., L.P.A.
                                                1700 Fourth & Vine Tower
                                                One West Fourth Street
                                                Cincinnati, Ohio 45202
                                                jmccoy@wgmlpa.com
                                                (513) 241-3685

                                                *Objector*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon all counsel of record, via the Court's CM/ECF system, and the following via ordinary or electronic mail:

| | |
|---|---|
| Jeffrey A. Lamken, Esq. | Kenneth A. Jacobsen, Esq. |
| MoloLamken LLP | Jacobsen Law Offices LLC |
| 6000 New Hampshire Avenue, NW | 5 East Rose Valley Road |
| Washington, DC  20037 | Wallingford, Pennsylvania  19086 |
| jlamken@mololamken.com | JacobsenLaw@aol.com |

2

| | |
|---|---|
| Nicholas E. Chimicles, Esq.<br>Chimicles & Tikellis LLP<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania  19041<br>Nick@chimicles.com | Eric W. Goering, Esq.<br>Goering & Goering, LLC<br>220 West Third Street<br>Cincinnati, Ohio  45202<br>eric@goering-law.com |
| Michael Barrett, Esq.<br>Ray & Barrett<br>1615 L Street NW, Suite 650<br>Washington, DC  20036 | R. Bruce McNew, Esq.<br>Cooch & Taylor<br>1000 West Street, 10th Floor<br>Wilmington, Delaware  19801 |

this 18th day of September, 2017.

*s/ Jean Geoppinger McCoy*

_____

Jean Geoppinger McCoy