**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**LEAD CLASS COUNSEL'S REPLY TO RESPONSE
TO [2484] ORDER BY OBJECTOR LOUISE M. ROSELLE**

The only agreement which counsel reached during the MSD negotiations was that these were settlement discussions, not to be disclosed unless and until an agreement was reached. In its response, MSD violated the one agreement that counsel had actually reached.

Our effort to resolve MSD's objection and our request that the individual Objectors drop their own (frivolous) claims have not succeeded. The individual Objectors are pursuing their untimely and, we submit, frivolous claims for "personal bonuses" via appeal.

MSD's objection should be resolved on the merits of MSD's participation in the case since 2012. We respectfully submit that we accurately set forth the extent (and, more pertinently, non-extent) of MSD's participation post the first appeal in our Report (Doc. 2485),

2

and that the Court should resolve this objection on its merits (or lack of merit) and not on the basis of attempted negotiations that did not result in an agreement.

Dated: September 18, 2017

                        BERGER & MONTAGUE, P.C.

                By:     */s/ Merrill G. Davidoff*
                        Merrill G. Davidoff
                        David F. Sorensen
                        Caitlin G. Coslett
                        1622 Locust Street
                        Philadelphia, PA  19103
                        (215) 875-3000
                        *Lead Counsel for the Class/Respondent*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 18th day of September, 2017, he caused the foregoing submission to be served via the Court's ECF system upon all participating counsel.

                          By:     */s/ Merrill G. Davidoff*
                                   Merrill G. Davidoff
                                   BERGER & MONTAGUE, P.C.
                                   1622 Locust Street
                                   Philadelphia, PA  19103
                                   (215) 875-3000