IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORP., et al.,

    Defendants.

## ORDER

Lead Class Counsel's fee distribution plan — specifically including the 1.6 multiplier for the Markovits, Stock & DeMarco, LLC, firm — is reasonable and fair. All remaining objections to the allocation of attorney fees in this case are overruled. No further award of attorney fees or enhanced multiplier will be litigated or ordered by the court. It is a sad day when all the work and professionalism displayed by plaintiff counsel for 27 years ends like this. The allocations as stated by Lead Class Counsel are approved.

DATED this 18th day of September, 2017.

BY THE COURT:

*/s/ John L. Kane*
John L. Kane, Jr.
Senior U.S. District Judge