**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                  Chris Wolpert
Clerk of Court                    September 18, 2017                              Chief Deputy Clerk

Ms. Louise M. Roselle
Mr. Paul M. De Marco
Markovits, Stock & De Marco, LLC
3825 Edwards Road Suite 650
Cincinnati, OH 45209

Ms. Jean Geoppinger McCoy
1700 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

**RE:**   **17-1328, Roselle, et al v. Berger & Montague, P.C., et al**
          Dist/Ag docket: 1:90-CV-00181-JLK

Dear Counsel:

The court has received and docketed your appeal. Please note your case number above. Copies of the Tenth Circuit Rules, effective January 1, 2017, and the Federal Rules of Appellate Procedure, effective December 1, 2016, may be obtained by contacting this office or by visiting our website at http://www.ca10.uscourts.gov. In addition, please note all counsel are required to file pleadings via the court's Electronic Case Filing (ECF) system. You will find information regarding registering for and using ECF on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site.

Please note effective December 1, 2016 multiple important changes to the Federal Rules of Appellate Procedure took effect. The changes include new word length requirements for briefs and amendment of the "three-day service" rule. Please visit our website at http://www.ca10.uscourts.gov to familiarize yourself with these changes.

The court notes appellants are attorneys proceeding pro se. As a result, all of the rules and requirements applicable in a counseled appeal will apply in this case. In particular, the appellants will be required to file a transcript order form or notice no transcript is necessary, a docketing statement due within 14 days of the date of this letter, and will be responsible for filing a compliant opening brief and appendix as outlined below.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form within thirty days of the date of this letter. An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

You are required to file a docketing statement within 14 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 14 days of the date of this letter. Please note that under 10th Cir. R. 3.4(B), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief.

In addition to the docketing statement, all transcripts must be ordered within 14 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. *See* 10th Cir. R. 10.2(B) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. *See* 10th Cir. R. 31.1(A)(1). Motions for extension of time to file briefs and appendices must comply with 10th Cir. R. 27.1 and 27.5. These motions are not favored.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. *See* specifically Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2 and 32, as well as 31.3 when applicable. In addition, we encourage all counsel, as applicable, to be familiar with 10th Cir. R. 46.4(B). Seven hard copies of briefs must be provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Appendices must satisfy the requirements of Fed. R. App. P. Rule 30 and 10th Cir. R. 30.1(A) through (F). Appendix volumes submitted under seal must be accompanied by a separate motion to seal. *See* 10th Cir. R. 30.1(D)(6). As of January 1, 2015, all appendices must be filed electronically, and a single hard copy provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 30 as well as the court's CM/ECF User's Manual. Counsel are encouraged to utilize the court's Briefing & Appendix checklist when compiling their briefs and appendices.

Please contact this office if you have questions.

                          Sincerely,

                          Elisabeth A. Shumaker
                          Clerk of the Court

cc:       Jonathan Auerbach
           David M. Bernick
           Gary B. Blum
           Stephanie A. Brennan
           Joseph J. Bronesky
           Timothy P. Brooks
           Stanley M. Chesley
           Caitlin G. Coslett
           Eric Cramer
           Merrill G. Davidoff
           Bruce H. DeBoskey
           Marcy Geoffrey Glenn
           James M. Golden
           Amy Horton
           Kenneth A. Jacobsen
           Steven William Kelly
           David Evans Kreutzer
           Douglas J. Kurtenbach
           Jeffrey A. Lamken
           Mark S. Lillie
           R. Bruce McNew

Edward J. Naughton
Peter Bartley Nordberg
Ellen T. Noteware
Bernadette M. Rappold
Christopher Thomas Reyna
Stanley B. Siegel
Ronald Simon
David Francis Sorensen
John David Stoner
Kevin T. Van Wart
Bradley Herman Weidenhammer
Wendy White

EAS/at