## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

## PLAINTIFFS' AND CLASS COUNSEL'S
## UNOPPOSED MOTION FOR AN INITIAL DISTRIBUTION
## OF THE NET SETTLEMENT FUNDS

---

For the reasons set forth in the accompanying memorandum in support and related materials, Class Counsel and Class Representatives Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] respectfully request that the Court enter the proposed Order providing that (1) late, otherwise valid claims accepted as of October 6, 2017 should be approved; (2) ineligible claims should be rejected; (3) an Initial Distribution should be distributed to approved Claimants; and (4) claims received after December 31, 2017 against the Settlement Fund shall be barred.

---

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.

Dated:  October 13, 2017

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of October, 2017, he caused the foregoing

submission to be served via the Court's ECF system on all participating counsel.

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000