IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DECLARATION OF EDWARD J. RADETICH JR., CPA, HEFFLER CLAIMS GROUP, IN SUPPORT OF PLAINTIFFS' AND CLASS COUNSEL'S UNOPPOSED MOTION FOR AN INITIAL DISTRIBUTION OF THE NET SETTLEMENT FUNDS**

I, Edward J. Radetich Jr., CPA, declare as follows:

1. I am a partner of Heffler Claims Group LLC ("Heffler"), the Court-approved Settlement and Claims Administrator. (See the Court's Order Appointing the Heffler Claims Group as Settlement and Claims Administrator, Doc. No. 2417.) I am over 21 years of age and not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in connection with Plaintiffs' and Class Counsel's Unopposed Motion for an Initial Distribution of the Net Settlement Funds.

3. As of October 6, 2017, Heffler has received 10,316 claims in this matter. Of those claims, 8,079 paper claims were received by mail, and 2,237 claims were submitted electronically through the official settlement website, www.rockyflatssettlement.com.

4. Heffler mailed letters to all Claimants. Each letter confirmed Heffler's receipt of the Claim, provided the assigned claim number, and provided Heffler's contact information for any questions or assistance with the claims process. A sample confirmation letter is attached as Exhibit A.

5. As of October 6, 2017, Heffler has received and determined that 7,503 claims are valid. Of those valid claims, 7,371 were submitted on or prior to June 1, 2017 (the deadline provided in the Court-approved Notice), and 132 were submitted after June 1, 2017.

6. Of the 10,316 Claims received as of October 6, 2017, Heffler determined that 2,366 Claims lacked certain required information and/or supporting documentation but are otherwise valid. For each of those Claims, Heffler mailed a deficiency letter stating that the Claim lacked certain required information (*e.g.*, a required signature, proof that the Claimant is an heir of the Class member, etc.), and that the Claimant must provide a written response with

the requested information, including any supporting documentation, within thirty (30) days from the date of the deficiency letter. As of October 6, 2017, the Claims Administrator has mailed deficiency letters to 2,366 Claimants. Examples of the deficiency letters are attached as Exhibit B. From those Claimants who received deficiency letters, Heffler has received 2,117 written responses.

7. Heffler will mail before the end of October 2017 a second deficiency letter to each Claimant who did not respond to the first deficiency letter, or who provided a written response to their first deficiency letter that was insufficient to cure the deficiencies associated with their claims. The second deficiency letters specify the reasons for deficiency, and provide an additional thirty (30) days from the date of the letter for the Claimant to respond by providing the requested information and documentation. A copy of this second deficiency letter is attached as Exhibit C.

8. Heffler has mailed rejection letters to all Claimants who filed claims related to properties not located in the Class area, and to Claimants who filed claims related to properties that they did not own on June 7, 1989 (or were not the heirs or successors to persons that owned the relevant property on June 7, 1989). As of October 6, 2017, Heffler has mailed rejection letters to 2,413 Claimants. Examples of the rejection letters are attached as Exhibit D.

9. Heffler received approximately 270 Claims after the June 1, 2017 submission deadline, but prior to October 6, 2017. Thus far, Heffler has confirmed that 132 of these 270 Claims are valid.

10. Heffler has worked with Wayne L. Hunsperger and Dr. Mark McNulty to calculate the claim amounts payable to each claimant who submitted a valid claim. We expect that the first distribution will result in a payment of approximately ninety-five to one hundred

million dollars. A sample of the letter that the Heffler plans to send with each initial distribution award is attached as Exhibit E to the Radetich Declaration.

11. Heffler is continuing to review received claims and correspond with Claimants regarding deficiencies, and expects that some of the received claims will be determined to be valid after further review and correspondence with the Claimants. In addition, Heffler is reviewing all appeals that we have received from Claimants whose claims have been denied with the help of Wayne Hunsperger and Dr. Mark McNulty.

Dated: October 13, 2017

*Edward J. Radetich, Jr. CPA*
Edward J. Radetich, Jr., CPA