# Exhibit "A"

**Rocky Flats Settlement**
**c/o Heffler Claims Group**
**Settlement and Claims Administrator**
**P.O. Box 58459**
**Philadelphia, PA 19102-8459**

[Date of Letter]


Class Member ID: 30281XXXXXXXX



Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*
      (D. Colo.) No. 90-cv-00181-JLK


### CONFIRMATION OF RECEIPT OF CLAIM

Dear Claimant:

   We are the Settlement and Claims Administrator appointed by the Court, and are writing to advise you that we have received your Proof of Claim Form for the property located at XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX, and have assigned it **claim number XXXXXXX**. Please note that if you filed more than one Proof of Claim Form, you should receive a separate letter with a unique claim number for each claim filed.

   At this time, we continue to receive and process claims.  If in the course of reviewing your claim it is determined that additional information and/or documentation is required, you will be notified by mail.

   **Important note:**  If your address or contact information has changed since submitting your Proof of Claim Form, or changes at any time in the future, you must contact us with the new information at your earliest convenience.  Please be sure to include your claim number in any correspondence or communications with us.

   Additionally, if you have any questions or need assistance with anything for your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*.  Thank you.

                                                          Sincerely,

                                                          Heffler Claims Group
                                                          Settlement and Claims Administrator