# Exhibit "C"

**Rocky Flats Settlement**
**c/o Heffler Claims Group**
**Settlement and Claims Administrator**
**P.O. Box 58459**
**Philadelphia, PA 19102-8459**

October X, 2017

Class Member ID: «RefNum»
«Company»
«FirstName» «LastName»
«coFirstName» «coLastName»
«MailingAddress1»
«MailingAddress2»
«MailingCity», «MailingState» «MailingZip»

Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*,
      No. 90-cv-00181-JLK (D. Colo.)

## SECOND NOTIFICATION OF DEFICIENT CLAIM
## AND DESCRIPTION OF CORRECTIVE MEASURES

Dear Claimant:

  We are the Settlement and Claims Administrator appointed by the Court, and are writing regarding your Proof of Claim Form, **claim number «ClaimNum»,** for the property located at «PropAddress», «PropCrossStreet», «PropLegalDescription», «PropCity», «PropState» «PropZip».  You were previously notified that, based upon our review of the information you provided on your claim form, **claim is considered deficient, and at this point not eligible to share in the distribution of the Net Settlement Fund for the following reason(s):**

<mark>< INSERT REASON(S) HERE ></mark>

  **THIS IS A SECOND NOTIFICATION THAT in order to cure the deficiency or deficiencies listed above and in order to receive your share of the Net Settlement Fund, you must**: (i) notify us in writing that you are attempting to cure the deficiency in your claim, identified with the claim number listed above; and (ii) provide us with the information requested above, including with any supporting documentation.  **YOU MUST SUBMIT THIS INFORMATION AND/OR SUPPORTING DOCUMENTS TO US AT THE ADDRESS ON THIS LETTERHEAD, POSTMARKED ON OR BEFORE <mark>[DATE]</mark>, WHICH IS THIRTY (30) DAYS FROM THE DATE OF THIS LETTER.**  Remember to attach only copies of acceptable supporting documentation.  Do not send original deeds, wills, or other original documents as these items cannot be returned to you by the Settlement and Claims Administrator.  Only send copies of documents.  PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.

  **We strongly suggest that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).**

Claim No. «clmnum»
October X, 2017
Page 2

**Important note:**  If your address or contact information has changed since submitting your Claim Form, or changes at any time in the future, you must contact us with the new information at your earliest convenience.  Please be sure to include your claim number in any correspondence or communications with us.

Additionally, if you have any questions about your claim or this letter, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*.  Thank you.

Sincerely,

Heffler Claims Group
Settlement and Claims Administrator

**(DA)**  The Claim Form was not properly signed by all claimants (if the claim is made for joint claimants, each must sign).  Part III of the Claim Form is reproduced below.  The claimant (and joint claimant, if applicable) must complete and sign in the appropriate places and return the completed section to us at the address on this letterhead.

## **PART III - CERTIFICATION AND SIGNATURE**

UNDER THE PENALTIES OF PERJURY, I (OR WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THE CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED THEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

PLEASE NOTE: You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  We cannot estimate when claims will be fully processed.  In addition, net settlement funds will not be paid unless and until the settlement receives final Court approval.  Please notify the Settlement and Claims Administrator of any name change, change of address, phone number or email.  Please also note that the Settlement and Claims Administrator and/or Class Counsel may contact you with questions, or with requests for more documentation and the like.  By signing below and submitting this claim, you agree to cooperate with such requests in a timely manner.  Failure to do so may result in the rejection of your claim.

_____
*Signature of Claimant (or Person Authorized to Sign on behalf of claimant, if applicable.)*

_____            _____
*Print Name of Claimant                                                                        Date*
*(or Person Authorized to Sign on behalf of claimant, if applicable.)*

_____
*If not the Claimant, explain the reason why you are submitting this form on behalf of the Claimant and submit documentation showing you are authorized to sign on Claimant's behalf*

_____            _____
*Print Name of Joint Claimant                                                                    Date*

_____
*Signature of Joint Claimant (or Person Authorized to Sign on behalf of Joint Claimant, if applicable.)*

_____
*If you are not the Joint Claimant, explain why you are submitting this form on behalf of the Claimant and submit documentation showing you are authorized to sign on Claimant's behalf*
*NOTE: If there are more than 2 joint Claimants, please attach a page with information about additional Joint Claimants.*

**(DS)** The Claim Form was not properly filled out for the Social Security Number or Employer Identification Number for the claimant(s) (if the claim is made for joint claimants, each SSN is required). Part I, Sections 1 and 2 of the Claim Form are reproduced below. The claimant (and joint claimant, if applicable) must complete in the appropriate places and return the completed section to us at the address on this letterhead. **A valid Social Security Number or Employer Identification Number is required for each claimant.**

### PART I - NAME OF INDIVIDUAL OR CORPORATION MAKING A CLAIM

**1) INDIVIDUAL**

Complete here if you are an individual(s) making the claim (whether on your own behalf or as an heir of someone who owned property in the Property Class Area on June 7, 1989):

| Last Name (Claimant) | MI | First Name (Claimant) |
|---|---|---|
|  |  |  |
| Social Security Number | __ __ __ - __ __ - __ __ __ __ | |
| Last Name (Joint Owner, if applicable) | MI | First Name (Joint Owner, if applicable) |
|  |  |  |
| Social Security Number | __ __ __ - __ __ - __ __ __ __ | |

**2) CORPORATION OR OTHER ENTITY**

Complete here if you are making a claim on behalf of a corporation, trust, estate, or other type of entity (whether on your own behalf or as the successor to the entity which owned the property on June 7, 1989):

| Entity Name |  |
|---|---|
|  |  |
| Name of Representative (executor, administrator, trustee, corporate officer, etc.) |  |
|  |  |
| Employer Identification Number (for estates, trusts, corporations, etc.) | __ __ -__ __ __ __ __ __ __ |

**(DH)** You have filed the Claim Form as an heir or corporate successor to the Property Owner on June 7, 1989. However, the documents you submitted to show that you are an heir or corporate successor are insufficient (if they were submitted at all). You must send sufficient documentation to show that you are entitled as an heir or corporate successor to make the claim and share in the settlement proceeds. This may include copies of wills, estates, probate documents, liquidation or corporate dissolution documents, etc. (By "heir," we mean that you were legally entitled to the property and assets upon the death of someone who owned the property in the Property Class Area.) If you have any questions about the required documentation, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*

**(DN)**   You have filed the Claim Form as the Property Owner on June 7, 1989.  However, when compared to records provided by Jefferson County, Colorado, there is a slight difference in the name(s) of the owner and/or joint owner.  This is not uncommon, and is usually due to marriage, divorce, or similar circumstances involving someone's name changing.  You must send sufficient documentation to support the fact that you are have had a change of name to complete your claim and share in the settlement proceeds.  This may include copies of marriage certificates, divorce decrees, etc.

**(DW)**   You have filed the Claim Form as the spouse of a Property Owner on June 7, 1989 who has since died.  We have reviewed your claim form and determined that you need to submit additional documentation in order for your claim to be processed. You have further indicated to us that your spouse passed away without a will or estate proceeding.  In order to show that you are entitled to recover any monies that would have gone to your spouse who is now deceased, you must complete, sign, have notarized, and return the sworn statement enclosed with this letter.

**(DX)**   You have filed the Claim Form as an heir to a Property Owner on June 7, 1989 who has since died.  We have reviewed your claim form and determined that you need to submit additional documentation in order for your claim to be processed.  (By "heir," we mean that you have stated that you are legally entitled to the assets upon the death of someone who owned property in the Property Class Area on June 7, 1989.)  You have further indicated to us that the now deceased Property Owner (of whom you are an heir) passed away without a will or estate proceeding.  In order to show that you are entitled to recover any monies that would have gone to the Property Owner who is now deceased, you must complete, sign, have notarized, and return the sworn statement enclosed with this letter.

**(DZ)**   You have filed the Claim Form as an heir or corporate successor to the Property Owner on June 7, 1989 and the documents you submitted to support that position are sufficient.  However, further documentation is required to establish the relative share of your portion of the estate.  That is, we need additional documentation to show what percentage of the original Property Owner's estate should be payable to you (i.e., whether you are entitled to 100% of the claim that would have been paid to the deceased original Property Owner, or 50%, or some other percentage).  You must send sufficient documentation to support the extent to which you are entitled as an heir or corporate successor to make the claim and share in the settlement proceeds.  This may include copies of wills, estates, probate documents, liquidation or corporate dissolution documents, etc.  (By "heir," we mean that you were legally entitled to the property and assets of someone who owned the property in the Property Class Area upon their death.)

# **S W O R N   S T A T E M E N T**
## **TO BE COMPLETED BY AN HEIR OF A CLASS MEMBER**

1.  Name of person completing this form: _____

2.  Address of Property or Other Legal Description of Property (as of June 7, 1989): _____

_____

3.  Names of Owners on June 7, 1989:

    Owner No. 1: _____

    Owner No. 2: _____

If more than two owners, list other owners here and provide additional pages with the information about the other owners.
_____

_____

4.  State your relationship to Owner No. 1: _____

5.  State your relationship to Owner No. 2: _____

6.  Are either of the above-named Owners deceased?  \_\_\_\_\_Yes   \_\_\_\_\_ No

    Date of death of Owner No. 1, if applicable: _____

    Date of death of Owner No. 2, if applicable: _____

## INFORMATION ABOUT DECEASED OWNER NO. 1

1.  At the time of Owner No. 1's death, was he/she married? \_\_\_\_\_Yes   \_\_\_\_\_ No

2.  If Owner No. 1 was married at the time of his/her death, was Owner No. 1 married to Owner No. 2 at the time of Owner No. 1's death?

    \_\_\_\_\_Yes   \_\_\_\_\_ No

1

3. If you answered the previous question (No. 2) "No," state the name of Owner No. 1's spouse on the date of Owner No. 1's death and provide the current address of the spouse if you know it. _____
_____

4. Did Owner No. 1 have children? _____Yes _____ No

5. If you answered the previous question (No. 4) "Yes," please list the following according to the following instructions:

   - List the name and address of ALL of Owner No. 1's children, whether alive or deceased as of the date of death of Owner No. 1.

   - Indicate in Column c whether the child died before Owner No. 1.

   - Indicate in Column d whether the child's other parent was Owner No. 2.

| a. Name of child | b. Address | c. Child died before Owner No. 1? | d. Was the other parent Owner No. 2?  IF NO, please provide the name and address of the child's other parent. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

6. If any of the children listed in response to the previous question (No. 5) died before Owner No. 1, did these children leave surviving children of their own?

   _____Yes _____ No

2

7. If you answered the previous question (No. 6) "Yes," please list the names of the deceased child's children (attach additional sheets if necessary):

| Owner No. 1's Children Who Died Before Owner No. 1 | Name of his/her children | Address |
|---|---|---|
| 1. | a. | |
|  | b. | |
|  | c. | |
| 2. | a. | |
|  | b. | |
|  | c. | |

8. State the total approximate value of Owner No. 1's Estate: _____

## INFORMATION ABOUT OWNER NO. 2

1. At the time of Owner No. 2's death, was he/she married? _____Yes _____ No

2. If you answered the previous question (No. 1) "Yes," was Owner No. 2 married to Owner No. 1 on the date of death?

   _____Yes _____ No

3. If you answered the previous question (No. 2) "No," state the name of Owner No. 2's spouse on the date of Owner No. 2's death and current address if known.

   Name: _____

   Current Address: _____

3

4. Did Owner No. 2 have children?  _____Yes   _____ No

5. If you answered the previous question (No. 4) "Yes," please list the following according to the following instructions:

- List the name and address of ALL of Owner No. 2's children, whether alive or deceased as of the date of death of Owner No. 2.

- Indicate in Column c whether the child died before Owner No. 2.

- Indicate in Column d whether the child's other parent was Owner No. 1.

| a. Name of child | b. Address | c. Died before Owner No. 2? | d. Was the other parent Owner No. 1?  IF NO, please provide the name and address of the child's other parent. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

6. If any of the children listed in the previous question (No. 5) died before Owner No. 2, did that child leave surviving children?  _____Yes   _____ No

4

7. If you answered the previous question (No. 6) "Yes," please list each deceased child's children (attach additional sheets if necessary):

| Owner No. 2's Children Who Died Before Owner No. 2 | Name of his/her children | Address |
|---|---|---|
| 1. | a. | |
|  | b. | |
|  | c. | |
| 2. | a. | |
|  | b. | |
|  | c. | |

8. State the total approximate value of Owner No. 2's Estate: _____

5

COUNTY OF _____ )
                                               ) ss.
STATE OF _____ )

      I do swear or affirm under penalty of perjury that the answers contained in this form are true and correct.

                                                                                        _____
                                                                                        Signature of Claimant

Subscribed and sworn to before me this \_\_\_\_\_ day of _____, 2017, by

_____, the Claimant.

      My commission expires:  _____.

                                                                                 _____
                                                                                   Notary Public

# **S W O R N   S T A T E M E N T**

## **TO BE COMPLETED BY SURVIVING SPOUSE**

     I, _____ (Claimant), was Co-Owner of the Property at _____(address or legal description), on June 7, 1989 with _____ (Co-Owner).

1. The Co-Owner of the property on June 7, 1989 died on _____. (The Co-Owner who is deceased is referred to as the "Decedent" throughout this sworn statement.) The Decedent and I were married at the time of his/her death. I am the Decedent's surviving spouse.

2. The Decedent:

       \_\_\_\_ left a Will, a copy of which is attached.

       \_\_\_\_ left a Will that cannot presently be located.

       \_\_\_\_ did not leave a Will.

3. Was an Estate Proceeding opened for the Decedent?

       \_\_\_\_ Yes. If Yes, please state the County and State in which the proceeding was commenced and the Probate Case Number if available: _____
_____

       \_\_\_\_ No

4.  If the Decedent did not leave a Will, please state the following:

   a.  Did the Decedent have children?   ____ Yes   ____ No

   b.  If the Decedent had no children, did any parent of the Decedent survive the Decedent (i.e., were any of the Decedent's parents alive at the time of the Decedent's death)?   _____ Yes   _____ No

   c.  If the Decedent had children, are all of the Decedent's children also children of yours?   ____ Yes   ____ No

If the Decedent had children, please list all of the Decedent's children by name and address and state whether they are alive or deceased:

| Name | Address | Alive or Deceased? | Were you also the biological or adoptive parent of this child (with the Decedent)? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2

If any children listed above are deceased, did they leave children or grandchildren surviving them (i.e., did they have children or grandchildren who were alive at the time of the child's death)? For each child listed above who is deceased but who was survived by children or grandchildren, list the name and address of his or her surviving child or grandchild and state the relationship:

| Name | Address | Relationship to Deceased Child and Name of Deceased Child |
|------|---------|------------------------------------------------------------|
|      |         |                                                            |
|      |         |                                                            |
|      |         |                                                            |
|      |         |                                                            |
|      |         |                                                            |

    d. If all of the Decedent's surviving children or grandchildren were also children or grandchildren (or great-grandchildren) of yours, do you have children alive today who are not children of the Decedent?

        \_\_\_\_ Yes    \_\_\_\_ No

5. What was the total approximate value of the Decedent's Estate? _____.

3

COUNTY OF _____ )
                                                       ) ss.
STATE OF _____ )

I do swear or affirm under penalty of perjury that the above Answers are true and correct.

_____
Claimant

Subscribed and sworn to before me this \_\_\_\_\_ day of _____, 2017, by _____, the Claimant.

My commission expires:  _____.

_____
Notary Public