IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

---

# DECLARATION OF WAYNE HUNSPERGER IN SUPPORT OF PLAINTIFFS' AND CLASS COUNSEL'S UNOPPOSED MOTION FOR AN INITIAL DISTRIBUTION OF THE NET SETTLEMENT FUNDS

I, Wayne L. Hunsperger, declare as follows:

1. I am the principal owner of Wayne L. Hunsperger, LLC. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I am over 21 years of age and not a party to this action.

2. I submit this declaration in connection with Plaintiffs' and Class Counsel's Unopposed Motion for An Initial Distribution of the Net Settlement Funds.

3. I have been working on the claims administration related to the settlement of this case. I have worked with Class Counsel, Dr. Mark McNulty of Pacey Economics, Inc.,[1] and Heffler Claims Group ("Heffler"), the Court-approved Settlement and Claims Administrator.

4. At the request of Class Counsel, Dr. McNulty and I purchased data from Jefferson County, Colorado, showing property information, property owner information, and the assessed values as of 1989 for properties located in the Property Class Area.

5. Dr. McNulty and I used this data to calculate the total claim values for each property located in the Property Class Area for which Heffler has received a valid or potentially valid claim. We calculated the claim value associated with each property in accordance with the Court-approved Plan of Allocation. In particular, as provided by the Plan of Allocation, 3.196% of the Net Settlement Fund is allocable to commercial property claims; 81.537% is allocable to residential property claims; and 15.267% is allocable to vacant land claims. *See* ECF No. 2407-2. As provided in the Plan of Allocation, we determined, for each property for which a valid claim was submitted, the property's assessed value, expressed as a fraction of the total assessed value of all Class Properties within the same property category (the property's "Fractional Allocable Share").

---

[1] Dr. McNulty's biography is available at https://www.paceyecon.com/mark-mcnulty-phd.

6. In addition, I have worked with Heffler to address specific questions regarding particular claims. For example, I have worked with Dr. McNulty to confirm that certain properties are located outside of the Property Class Area following appeals filed by claimants who wished to challenge the rejection of their claim.

7. My work with Heffler and on the claims administration process is ongoing. For example, I expect to work to calculate the payment amounts to be distributed in any subsequent distribution(s).

Dated: October 13, 2017

*/s/ Wayne L. Hunsperger*
Wayne L. Hunsperger