## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

### PLAINTIFFS' AND CLASS COUNSEL'S NOTICE OF CORRECTED EXHIBIT E TO THE DECLARATION OF EDWARD J. RADETICH JR., CPA, HEFFLER CLAIMS GROUP, IN SUPPORT OF PLAINTIFFS' AND CLASS COUNSEL'S UNOPPOSED MOTION FOR AN INITIAL DISTRIBUTION OF THE NET SETTLEMENT FUNDS

---

Plaintiffs and Class Counsel attach a corrected version of the sample of the letter that the Heffler Claims Group LLC plans to send with each initial distribution award.  A previous version of this letter was attached as Exhibit E to the Declaration of Edward J. Radetich Jr., CPA, Heffler Claims Group, in Support of Plaintiffs' and Class Counsel's Unopposed Motion for an Initial Distribution of the Net Settlement Funds (filed at ECF No. 2496-5).  Class Counsel and the Heffler Claims Group LLC slightly revised the first paragraph of the attached letter, which is otherwise exactly the same as the version filed at ECF No. 2496-5.

Dated:  October 20, 2017

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of October, 2017, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
