Corrected Exhibit E – Replaces Version Previously Filed at ECF No. 2496-5

**ON CHECK STUB:**

| | |
|---|---|
| Class Member ID: | 30281xxxxxxxx |
| Claim Number: | xxxxxxxxxx |
| Check Number: | xxxxxx |
| Check Amount: | $xx,xxx.xx |
| Check Date: | xx/xx/xxxx |
| Payee: | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| Property: | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| Property Category: | Residential / Commercial / Vacant Land |
| Percentage: | «Percent»% |

**PLEASE RETAIN THIS STUB FOR YOUR RECORDS.**

**Rocky Flats Settlement**
**c/o Heffler Claims Group**
**Settlement and Claims Administrator**
P.O. Box 58459
Philadelphia, PA 19102-8459
1-844-528-0187
*www.RockyFlatsSettlement.com*

Month X, 2017

Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*,
       No. 90-cv-00181-JLK (D. Colo.)

Dear Claimant:

We are the Settlement and Claims Administrator appointed by the Court in the above-listed matter, and are writing to advise you that we have reviewed your Proof of Claim Form and supporting documentation for the "Property" listed on the enclosed check stub. Based upon our review of the information submitted in connection with your Proof of Claim Form, we have determined that your claim is valid and eligible for an award from the Net Settlement Fund. Additionally, we have determined that you, as the claimant, are entitled to the "Percentage" listed on the check stub of the award for the Property based on the circumstances of your claim and the Property. (This "Percentage" is 100% if you are the only person who is entitled to file a claim in connection with the Property, and you will receive 100% of the award associated with the Property. If the "Percentage" is less than 100%, it is because there are multiple persons entitled to a share of the award. For example, if you are one of four people who were equal owners of the Property in 1989 (or one of four heirs to the 1989 owner), then you will receive 25% of the award associated with the Property.)

We are pleased to provide you with the enclosed check representing the initial payment of your total award from the Net Settlement Fund. **This is only the first part of your total award related to this case.** We expect to make an additional payment or payments in connection with this case, but cannot yet calculate the amount of any additional payments to you because we are continuing to evaluate claims made by members of the Class.

**Special Note:** Pursuant to the Court-approved Plan of Allocation of the Settlement Fund[1] ("the Plan of Allocation"), this letter and enclosed check constitutes notification to you of the award, and of the process for Class members to seek adjustment of the amount of their awards under the Plan of Allocation. The calculation of this initial payment is based on the formula set forth in the Plan of Allocation, which utilizes various data including the 1989 assessed value of the Property, the 1989 assessed values of other properties in the Class area, and the amount of the Net Settlement Fund. **To seek adjustment of the award, you must**: (i) notify us in writing that you are seeking adjustment of the award, identified with the claim number listed above; (ii) provide us with a written explanation that includes the grounds for the sought adjustment, including any supporting documentation; <u>and</u> (iii) not cash or deposit this check in any manner. You must return this check and submit the required information and supporting documents to us at the address on this letterhead, postmarked on or before **[Date]**, which is thirty (30) days from the date of this letter. <u>Remember to attach only copies of acceptable supporting</u>

---

[1] The Plan of Allocation, and other important documents, can be found at the Settlement's official website, *www.RockyFlatsSettlement.com*.

documentation.  Do not send original deeds, wills, or other original documents as these items cannot be returned to you by the Settlement and Claims Administrator; send only copies of documents.  **PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.**

**We strongly suggest if you seek adjustment, that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).**

Because the tax treatment of these award payments varies based on each Authorized Claimant's tax status and circumstances, you should consult your tax advisor to determine the tax consequences, if any, of these award payments to you.  Please note that the Internal Revenue Service has issued regulations under Internal Revenue Code §468B that may affect your tax treatment of these award payments.

**IMPORTANT NOTE:  IF YOUR ADDRESS OR CONTACT INFORMATION HAS CHANGED SINCE SUBMITTING YOUR CLAIM FORM, OR CHANGES AT ANY TIME IN THE FUTURE, YOU MUST CONTACT US WITH YOUR NEW ADDRESS OR CONTACT INFORMATION AT YOUR EARLIEST CONVENIENCE**.  PLEASE BE SURE TO INCLUDE YOUR CLAIM NUMBER IN ANY CORRESPONDENCE OR COMMUNICATIONS WITH US.  MAKE SURE THAT YOU WRITE AND KEEP YOUR CLAIM NUMBER (LISTED ON THE CHECK STUB) BEFORE YOU CASH OR DEPOSIT YOUR CHECK SO THAT YOU WILL HAVE YOUR CLAIM NUMBER FOR FUTURE CORRESPONDENCE WITH US.

Additionally, if you have any questions about your claim or this letter or check, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*.  Thank you.

Sincerely,

Heffler Claims Group
Settlement and Claims Administrator