Vicki Foy
718 Sherman St
Fort Morgan, CO 80701



90-CV-181-JLK

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2017

JEFFREY P. COLWELL
CLERK

October 30, '17

Class Member ID: 30281202NMV8H

Clerk of the United States District Court
District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

RE: Rocky Flats Settlement

## NOTIFICATION TO CONTEST DETERMINATION OF ELIGIBILITY TO SHARE IN THE DISTRIBUTION OF THE NET SETTLEMENT FUND, AND DESCRIPTION OF CORRECTIVE MEASURES

Dear Administrators,

Please be advised this letter is to serve notice to contest your determination of my claim in the Rocky Flats Settlement, **Claim Number: 1706934.** Under advisement of professionals, I am requesting further review for these considerations:

The location of this home and its proximity to Stanley Lake. Is the PRIMARY reason we purchased in this local. Stanley Lake, with its sparkling pristine sapphire waters, and abundant surrounding wildlife and habitat, was fabulous. The area with exceptional accessibility offered a genuine paradise within reach to raise my family. The outdoor recreation, day-packing, boating, swimming, fishing, hiking, picnics, snowmobile, ice fishing, nature walks, it was all abundantly there. Also making mention of the panoramic backdrop of the epic snow capped Rocky Mountains.
Then *-BOOM-* The signs were posted:

### NO FISHING, SWIMMING, BOATING, OR ANY OTHER RECREATIONAL ACTIVITIES AT STANLEY LAKE DUE TO CONTAMINATION

Miserable, desperate disappointment by all family members ensued.

2. In addition to all of the posted warnings of recreation use of Stanley Lake and surrounding areas, we received yet another blow. WE suffered a financial loss of "value of property (our home). The loss occurred in the first year after we purchased our paradise home.

Exhibit (A) Title to 9797W. 75th Way, Arvada, CO

Exhibit (B) 1989 NOTICE OF VALUATION

$12,000.00 do to contamination of entire area!

My proof for claim is valid and fair. For these and all other considerations, the misery, loss of way of life, financial loss, and all other losses, wherefore, I pray thee reconsideration in your determination of claim number:1706934 (Vicki Foy) to be eligible to share in the distribution of the Net Settlement Fund in the Rocky Flats Settlement.

Please respond in kind, by Nov. 15, 2017

Thank you,

Sincerely —

*[signature]*

VICKI FOY

DENVER CO 802
08 NOV 2017 PM 7 L

Vicki Foy
718 Sherman St.
Fort Morgan, CO 80701

Clerk of the United States District Court
District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

80294-250151