Recorded at _____ o'clock _____ M., _____
Reception No. _____

RECORDED IN
COUNTY OF JEFFERSON
STATE OF COLORADO
RECEPTION NO. 87073576
06/04/87  13:45       11.06

# WARRANTY DEED

THIS DEED, Made this 28th day of MAY, 1987, between RICHARD I. ZAHNISER

of the *County of Jefferson and State of Colorado, grantor, and VICKI FOY REICHOW AND KENT R. REICHOW

whose legal address is 9797 WEST 75TH WAY ARVADA, CO 80005
of the County of JEFFERSON and State of Colorado, grantees:

Exhibit A

WITNESS, that the grantor, for and in consideration of the sum of *******($80,611.11)**********
EIGHTY THOUSAND SIX HUNDRED ELEVEN AND 11/100* * * * * * * * * * * DOLLARS, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the grantees, their heirs and assigns forever, not in tenancy in common but in joint tenancy, all the real property, together with improvements, if any, situate, lying and being in the County of JEFFERSON and State of Colorado, described as follows:

LOT 26,
BLOCK 2,
CLUB CREST SOUTH FILING NO. 1,

COUNTY OF JEFFERSON,
STATE OF COLORADO

PURCHASERS AGREE TO QUIT CLAIM TO SELLER THEIR INTEREST IN THIS PROPERTY WITHIN 2 1/2 MONTHS IN THE EVENT PURCHASERS ARE TWO MONTHS BEHIND IN PAYMENTS & TO GIVE SELLER POSSESSION OF THE PROPERTY AT SAME TIME. THIS CLAUSE WILL BE IN EFFECT NO MORE THAN TWO YEARS FROM TRANSFER OF TITLE.

also known by street and number as 9797 WEST 75TH WAY ARVADA COLORADO

TOGETHER with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantees, their heirs and assigns forever. And the grantor, for himself, his heirs and personal representatives, does covenant, grant, bargain and agree to and with the grantees, their heirs and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, except ALL TAXES & ASSESSMENTS FOR THE YEAR 1987 & SUBSEQUENT YEARS; EASEMENTS AS SHOWN ON PLAT; RESTRICTIONS AS RECORDED IN BOOK 2441 AT PAGE 77; CONTRACT RECORDED IN BOOK 2371 AT PAGE 806; AND EXCEPT FIRST TRUST DEED RECORDED AT RECEPTION NO. 86125078 WHICH PARTIES OF THE SECOND PART HEREBY **

The grantor shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantees, their heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof. **AGREE TO ASSUME AND PAY

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.
IN WITNESS WHEREOF the grantor has executed this deed on the date set forth above.

RICHARD I. ZAHNISER

STATE OF COLORADO

the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the grantees, their heirs and assigns forever, not in tenancy in common but in joint tenancy, all the real property, together with improvements, if any, situate, lying and being in the   County of JEFFERSON   and State of Colorado, described as follows:

| | |
|---|---|
| LOT 26, BLOCK 2, CLUB CREST SOUTH FILING NO. 1, COUNTY OF JEFFERSON, STATE OF COLORADO | PURCHASERS AGREE TO QUIT CLAIM TO SELLER THEIR INTEREST IN THIS PROPERTY WITHIN 2 1/2 MONTHS IN THE EVENT PURCHASERS ARE TWO MONTHS BEHIND IN PAYMENTS & TO GIVE SELLER POSSESSION OF THE PROPERTY AT SAME TIME. THIS CLAUSE WILL BE IN EFFECT NO MORE THAN TWO YEARS FROM TRANSFER OF TITLE. |

also known by street and number as 9797 WEST 75TH WAY ARVADA COLORADO

TOGETHER with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantees, their heirs and assigns forever. And the grantor, for himself, his heirs and personal representatives, does covenant, grant, bargain and agree to and with the grantees, their heirs and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, except ALL TAXES & ASSESSMENTS FOR THE YEAR 1987 & SUBSEQUENT YEARS; EASEMENTS AS SHOWN ON PLAT; RESTRICTIONS AS RECORDED IN BOOK 2441 AT PAGE 77; CONTRACT RECORDED IN BOOK 2371 AT PAGE 806; AND EXCEPT FIRST TRUST DEED RECORDED AT RECEPTION NO. 86125078 WHICH PARTIES OF THE SECOND PART HEREBY **

The grantor shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantees, their heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof.   **AGREE TO ASSUME AND PAY

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.
IN WITNESS WHEREOF the grantor has executed this deed on the date set forth above.

RICHARD I. ZAHNISER

STATE OF COLORADO
County of JEFFERSON } ss.

The foregoing instrument was acknowledged before me this 28th day of MAY 19 87
by RICHARD I. ZAHNISER

Witness my hand and official seal.
My Commission expires MAY 1, 1989 , 19

Notary Public
MARGO TILTON

*If in Denver, insert "City and."



No. 921A. Rev. 3-85. WARRANTY DEED (To Joint Tenants)    Bradford Publishing, 5825 W 6th Ave , Lakewood, CO 80214 — (303) 233-6900    8-86

4873134