**NOTICE OF VALUATION - 1989**
**LEGAL DESCRIPTION**
CLUB CREST SOUTH FLG #1
SEC- 34   TWNSHIP- 02   RANGE- 69
Q.S.-        SUB- 140600   BLOCK- 002   LOT- 0026 -

Judy Pettit
Jefferson County Assessor
1700 Arapahoe Street
Golden, CO 80419

General Information 277-8200
Office Hours: 8:30 - 4:30
Mon. - Fri.

***** CAR-RT- SORT ** CR63
REICHOW VICKI FOY
REICHOW KENT R
9797 W 75TH WY
ARVADA, CO   80005

Exhibit:
B ‡

Property Address:  9797 W 75TH WY
SCHEDULE NO. 101163           PROPERTY CLASS: 1112 RESIDENTIAL

|  | PRIOR ACTUAL VALUE | CURRENT YEAR ACTUAL VALUE | INCREASE/DECREASE |
|---|---|---|---|
| LAND | 18,111 | 17,300 | -811 |
| BUILDING(S) | 50,833 | 54,692 | 3,859 |
| TOTAL | 68,944 | 71,992 | 3,048 |

The "current year actual value" represents the actual value of your property as of June 30, 1988. The tax notice you receive next January will be based on this value. Generally, the assessor has considered information during the 2 year period ending June 30, 1988, to determine the actual value of your property, 39-1-104(10.1) (b), C.R.S.

Before property tax rates are set, the state legislature will determine an assessment percentage to be applied to the actual value of your property. The assessment percentage for residences is projected to be 15%. Generally, all other property, including vacant land, is assessed at 29%, 39-1-104(1) and (1.5) (a), C.R.S. A change in the projected residential assessment percentage is **NOT** grounds for protest or abatement of taxes, 39-5-121(1), C.R.S.

**YOU HAVE THE RIGHT TO PROTEST YOUR PROPERTY VALUE OR ITS CLASSIFICATION.** To preserve this right, you must protest to the Assessor either by mail or in person.

a. If you mail your protest, it must be postmarked no later than June 10th.
b. If you present your protest in person, you must do so no later than June 15th.

**HEARINGS WILL BE HELD:**
**County Courthouse**

MAY 15, 1989

# REQUEST FOR REVIEW OF PROPERTY VALUATION

LEGAL DESCRIPTION -
CLUB CREST SOUTH FLG #1
SEC- 34   TWNSHIP- 02   RANGE- 69
Q.S.-   SUB- 140600   BLOCK- 002   LOT- 0026 -

General Information 277-8200
Office Hours: 8:30 - 4:30
Mon. - Fri.

```
***** CAR-RT SORT ** CR63
REICHOW VICKI FOY
REICHOW KENT R
9797 W 75TH WY
ARVADA, CO  80005
```

Exhibit
B-II

Property Address: 9797 W 75TH WY
SCHEDULE NO. 101163

|  | PRIOR ACTUAL VALUE | CURRENT YEAR ACTUAL VALUE | INCREASE/DECREASE |
|---|---|---|---|
| LAND | 18,111 | 17,300 | -811 |
| BUILDING(S) | 50,833 | 54,692 | 3,859 |
| TOTAL | 68,944 | 71,992 | 3,048 |

**YOU MAY ELECT TO COMPLETE THIS FORM TO PROTEST YOUR PROPERTY VALUATION.**

REAL PROPERTY VALUATION PROTESTS: If you disagree with the "current year actual value" or the classification determined for your property, you may file a protest with the County Assessor. Please refer to the Notice of Valuation for the deadline dates for filing protests.

Completing the information on this form will help you determine an estimate of value for your property, which can be compared to the value determined by the Assessor. Colorado law requires consideration of the cost and market approaches to value for residential and apartment properties and the cost, market, and income approaches to value for all other properties.

*If you believe the value determined by the Assessor is not correct, what, in your opinion, is the correct actual value of the property as of June 30, 1988?*

$ _____

**PLEASE CONTINUE ON THE REVERSE SIDE**



Vicki Foy
718 Sherman St
Fort Morgan, CO 80701

July 13, 2017

Class Member ID: 30281202NMV8H

Rocky Flats Settlement
c/o Rocky Flats Claims Group
P.O. Box 58459
Philadelphia, PA 19102-8459

RE. Rocky Flats Settlement

**NOTIFICATION TO CONTEST DETERMINATION OF ELIGIBILITY TO
SHARE IN THE DISTRIBUTION OF THE NET SETTLEMENT FUND.
AND DESCRIPTION OF CORRECTIVE MEASURES**

Dear Administrators,

Please be advised this letter is to serve notice to contest your determination of my claim in the Rocky Flats Settlement, **Claim Number: 1706934**. Under advisement of professionals, I am requesting further review for these considerations:

The location of this home and its proximity to Stanley Lake. Is the PRIMARY reason we purchased in this local. Stanley Lake, with its sparkling pristine sapphire waters, and abundant surrounding wildlife and habitat, was fabulous. The area with exceptional accessibility offered a genuine paradise within reach to raise my family. The outdoor recreation, day-packing, boating, swimming, fishing, hiking, picnics, snowmobile, ice fishing, nature walks, it was all abundantly there. Also making mention of the panoramic backdrop of the epic snow capped Rocky Mountains.
Then *-BOOM-* The signs were posted:

**NO FISHING, SWIMMING, BOATING, OR ANY OTHER RECREATIONAL
ACTIVITIES AT STANLEY LAKE DUE TO CONTAMINATION**

Miserable, desperate disappointment by all family members ensued.

2. In addition to all of the posted warnings of recreation use of Stanley Lake and surrounding areas, we received yet another blow. WE suffered a financial loss of "value of property (our home). The loss occurred in the first year after we purchased our paradise home.

Exhibit (A) Title to 9797W. 75th Way, Arvada, CO

Exhibit (B) 1989 NOTICE OF VALUATION