# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## RESPONSE TO "NOTIFICATION TO CONTEST DETERMINATION OF ELIGIBILITY TO SHARE IN THE DISTRIBUTION OF THE NET SETTLEMENT FUND AND DESCRIPTION OF CORRECTIVE MEASURES" FILED BY MS. VICKI FOY

On November 13, 2017, this Court received a letter dated October 30, 2017 from Ms. Vicki Foy entitled "Notification to Contest Determination of Eligibility to Share in the Distribution of the Net Settlement Fund and Description of Corrective Measures" ("Notification to Contest") (ECF No. 2502). On November 15, 2017 Class Counsel sent Ms. Foy a letter requesting that she either telephone or provide counsel with a telephone number so that he could have a conversation with her to discuss her Notification to Contest. *See* correspondence dated November 15, 2017 which is attached as Exhibit 1. Ms. Foy has not responded to the letter sent by Class Counsel. This response is submitted based on the information gleaned from her Notification to Contest.

It appears from the Notification to Contest that Ms. Foy is objecting to the fact that her property, which is located at 9797 W. 75th Way, Arvada, Colorado, is outside the Court-approved boundary of the Class area. As shown by the Declaration of Dr. Mark McNulty, dated November 19, 2017 which is attached as Exhibit 2, Ms. Foy's property is in fact outside of the Class boundary. Because Ms. Foy's property is located outside of the Class boundary, the Settlement and Claims Administrator properly declined to approve her claim for a distribution of a portion of the Net Settlement Proceeds. In essence, it appears that Ms. Foy is objecting to the terms of the Settlement itself and the boundary of the Class area, and is asserting that the Class boundary should be modified to include her property. Unfortunately, the time for objecting to the Class boundary has passed. (In addition, this Court has previously overruled similar objections.)

We respectfully request that Ms. Foy's "Notification to Contest Determination of Eligibility to Share in the Distribution of the Net Settlement Fund and Description of Corrective Measures" be overruled.

Dated:  November  22, 2017

Respectfully submitted,

*/s/  Steven W. Kelly*
Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER &MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of November, 2017, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel, and via U.S. Mail, postage pre-paid, addressed as follows:

Vicki Foy
718 Sherman Street
Fort Morgan, CO 80701

                                        */s/   Steven W. Kelly*
                                        Steven W. Kelly
                                        SILVER & DeBOSKEY, P.C.
                                        1801 York Street
                                        Denver, CO 80206