

# EXHIBIT 1

Steven W. Kelly
Direct: 303.953.3743
Email: skelly@s-d.com

November 15, 2017

Ms. Vicki Foy
718 Sherman Street
Ft. Morgan, CO 80701

Re:  Settlement of *Merilyn Cook, et al., v. Rockwell International Corporation, et al.*, U.S. District Court Case No. 90-cv-00181-JLK

Dear Ms. Foy:

I am one of the attorneys who represent the class of property owners that was certified in connection with the settlement of the *Cook v. Rockwell et al.* case. I received a copy of your Notification to Contest Determination of Eligibility to Share in the Distribution of the Net Settlement Fund and would like to discuss it with you. I believe that having a conversation would help me understand your objection and will help our explanation to Judge Kane of the nature of your objection and concerns. I can be reached at (303) 399-3000 and very much look forward to receiving your call.

Sincerely,

Steven W. Kelly

SWK/cjc

GO4519

SILVER & DeBOSKEY - A PROFESSIONAL CORPORATION

The Smith Mansion   1801 York Street   Denver, CO 80206   www.silverdeboskey.com   p: 303.399.3000   f: 303.399.2650