# EXHIBIT 2

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

### DECLARATION OF DR. MARK MCNULTY

I, Dr. Mark McNulty, state under pains and penalties of perjury as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I am over 21 years of age and not a party to this action.

2. I submit this declaration in connection with the appeal filed by claimant Ms. Vicki Foy.

3. I have been working on the claims administration related to the settlement of this case. I have worked with Class Counsel, Wayne Hunsperger, and Heffler Claims Group ("Heffler"), the Court-approved Settlement and Claims Administrator.

4. I have done various work in connection with the claims administration process and in connection with implementing the plan of allocation, including working with Heffler and Wayne Hunsperger to address specific questions regarding particular claims. For example, I have worked with Wayne Hunsperger to confirm whether certain properties are located inside or outside of the Property Class Area following appeals filed by claimants who wished to challenge the rejection of their claim.

5. I have confirmed that the property that is the subject of Ms. Foy's claim, 9797 W. 75th Way, Arvada CO (tax ID 29-343-02-005), is located outside the Property Class Area. In particular, the property is located approximately 1,200 feet outside the Property Class Area. Exhibit A to this declaration, which I prepared, shows the location of the property and the boundary of the Property Class Area.

Dated: November 19, 2017

_____
Mark McNulty

# EXHIBIT "A"

