IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

**ORDER OVERRULING NOTIFICATION TO CONTEST (ECF NO. 2502)**
_____

Kane, J.

On November 13, 2017, the Court received a letter from Vicki Foy challenging the Claims Administrator's determination that her claim was invalid. After attempting to contact Ms. Foy, Class counsel filed a response to her letter on November 22, 2017. I have reviewed both filings and find that Ms. Foy's objection is without merit and untimely. Thus, it is OVERRULED.

DATED this 28th day of November, 2017.

                                                                 /s/ John L. Kane
                                                                  JOHN L. KANE
                                                                  SENIOR U.S. DISTRICT JUDGE