# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## CLASS COUNSEL'S MOTION FOR APPROVAL
## OF POST-DEADLINE CLAIM

For the reasons set forth in the accompanying memorandum in support and related materials, Class Counsel respectfully request that the Court enter the proposed Order providing that (1) Mr. Tirrell's Claim may be accepted; and (2) all other Claims received after December 31, 2017 against the Settlement Fund remain barred.

Dated:  February 9, 2018                      Respectfully submitted,

                                                  */s/ Merrill G. Davidoff*
                                                  Merrill G. Davidoff
                                                  David F. Sorensen
                                                  Caitlin G. Coslett
                                                  BERGER & MONTAGUE, P.C.
                                                  1622 Locust Street
                                                  Philadelphia, PA 19103
                                                  (215) 875-3000

        Gary B. Blum
        Steven W. Kelly
        SILVER & DeBOSKEY, P.C.
        1801 York Street
        Denver, CO 80206
        (303) 399-3000

        *Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 9th day of February, 2018, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                        */s/ Merrill G. Davidoff*
                                        Merrill G. Davidoff
                                        BERGER & MONTAGUE, P.C.
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        (215) 875-3000