# EXHIBIT "1"

# AFFIDAVIT OF JOHN TIRRELL

Affiant, John Tirrell, first duly sworn upon his oath, deposes and says as follows:

1. I am over the age of 18 and am qualified to make the statements contained in this affidavit.

2. I am the owner of the property located at 7159 Xenon CT Arvada, Colorado 80004 and I have owned it since January 1987.

3. It is my understanding that my property is located within the boundaries of the Rocky Flats Class Action Settlement area.

4. Sometime in early 2017 I, received notice that my property could possibly be involved in the Rocky Flats Nuclear Weapons Plant class action lawsuit.

5. After reviewing the map of the proposed area I realized I might be in the property class area and I obtained a copy of the form for filing a claim. The claim form gave two options for filing a claim. One option was by mail first class or overnight delivery. The second option was to submit an application online at www.rockyflatssettlement.com. I chose the electronic option for trying to file my claim.

6. On 19 May 2017 with my paperwork in order I proceeded to the website. I followed the directions given, the first direction was to put in my address to see if my property was within the property class area. I typed in my address the way it was mailed to me on my claim form. The results popped up that my property was not within the property class area and I had no claim! I tried a couple more times typing in the address with always the same results. The website told me I had no claim! I also had my daughter type in the address to see if I was doing something wrong, always the same results. My property was not in the claim area!

7. After reading my instructions again that stated simply that receiving this notice does not mean I was definitely a class member (and the fact that the website is authorized by the court and supervised by counsel and controlled by Heffler Claims Group) I had no choice but to think my property was not part of the claim. The website totally discouraged me from any further action on this matter.

8. On January 13, 2018, while I was in my garage, my neighbor Barbara Barrow asked me to help her with her car. While fixing her car battery cable the class action suit came up, with her asking me if I had received my compensation. I told her I was told by the court approved website my address was out of the property area.

9.  She told me that we were in the property zone and I was given the wrong information. She had used the mail in option and was compensated. I proceeded to find my paperwork and re-check myself again. I pulled up the website again and put in my address in, the same results came up as did in May 2017. My property was not in the class area, this time I called Heffler claim group, but it was Saturday so I left a message. I also left messages with the court approved lawyers to see what I can do.

10. On Monday, January 15, 2018 I called Heffler again and spoke with a lady named Alexis. I asked about the class-action suit and she asked me to give her my address 7159 Xenon Court, Arvada, CO 80004. She stated that my address was out of the properties zone. I then asked her to check 7158 Xenon Court address also and she said the computer told her that property was out of the zone also. She then asked me the property owners name and I gave her Barbara's name, she then put me on hold came back on the line and told me I should get my information in as soon as possible.

11. About two hours later a lady named Kim called from Heffler and told me I was past the deadline of December 31, 2017 and had no claim. I told her the website discouraged me at the time of applying that I had no claim, and I believe my property is in the claim area, and the information from the court approved website was false about my property. She said she would pass the information onto her supervisor.

12. Ed Radetich then called to ask my address again and said it did come up out of the property zone on their website and he would check in to it further and get back to me.

13. On Monday, 15 January I also spoke with David Sorensen and Merrill Davidoff who instructed me that it was Martin Luther King Day and their office was closed. Merrell asked me to contact Susan Leo; she would ask the experts about my property and get back to me.

14. Well we are at this point so I believe my property has always been in the property zone. I was given bad direction by the website and discouraged from continuing any claim! I have lived and continue to live on this property for 30 years!

15. Please consider this information and let me be part of this class action suit as I followed the directions given to me by the court approved website and had no reason to question that information given to me at the time was not correct.

Further Affiant sayeth naught.

Dated this 29th day of January, 2018.

_____
John Tirrell

STATE OF COLORADO    )
                     ) ss.
COUNTY OF Jefferson  )

Subscribed and sworn to before me this 29th day of January, 2018, by John Tirrell.

Witness my hand and official seal.

CURTIS D BACHEL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934013756
MY COMMISSION EXPIRES SEPTEMBER 27, 2021

_____
Notary Public

My Commission Expires September 27, 2021

GT1435