# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**DECLARATION OF EDWARD J. RADETICH JR., CPA, HEFFLER CLAIMS GROUP,
IN SUPPORT OF CLASS COUNSEL'S MOTION FOR
APPROVAL OF POST-DEADLINE CLAIM**

I, Edward J. Radetich Jr., CPA, declare as follows:

1. I am a partner of Heffler Claims Group LLC ("Heffler"), the Court-approved Settlement and Claims Administrator. (See the Court's Order Appointing Heffler Claims Group as Settlement and Claims Administrator, Doc. No. 2417.) I am over 21 years of age and not a party to this action. The following statements are based on my personal knowledge and on information provided by other experienced Heffler employees working under my supervision

2. I submit this declaration in connection with Class Counsel's Motion for Approval of Post-Deadline Claim.

3. As of January 31, 2018, Heffler has mailed checks to 7,658 Claimants as part of the Court-approved initial distribution.

4. On January 15, 2018, a Call Center Agent employed by Heffler escalated Mr. Tirrell's inquiry to the attention of both her supervisor, the Call Center Manager ("CCM"), and the Client Services Manager ("CSM") assigned to this case.

5. On that same date, the CCM and the CSM jointly contacted Mr. Tirrell to confirm his address and to gather information regarding his inquiry. They informed Mr. Tirrell that his property was identified by the settlement claims website as being located outside of the Property Class area. Mr. Tirrell indicated that his neighbors had received initial distribution checks, and the CCM and CSM told him that they would investigate the matter further.

6. Following further investigation, the CCM and CSM escalated Mr. Tirrell's inquiry and information to Class Counsel. Through communications with Class Counsel and Mr. Wayne Hunsperger (Plaintiffs' property expert), it was confirmed that Mr. Tirrell's property is,

2

in fact, located within the Property Class area. Therefore, the information provided by the settlement website regarding Mr. Tirrell's property was incorrect.

Dated: February 9, 2017

*Edward J. Radetich, CPA*
Edward J. Radetich, Jr., CPA

3