# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## ORDER GRANTING CLASS COUNSEL'S MOTION FOR APPROVAL OF POST-DEADLINE CLAIM (ECF NO. 2505)

This matter comes before the Court on Class Counsel's Motion for Approval of Post-Deadline Claim, made pursuant to Paragraph 5 of the Order Granting Plaintiffs' and Class Counsel's Unopposed Motion for Initial Distribution, ECF No. 2501, which provides that the Court retains jurisdiction over any further application or matter that may arise in connection with this Action.

NOW, THEREFORE, upon review of Class Counsel's Motion for Approval of Post-Deadline Claim, the accompanying Memorandum in Support, and the attached Declaration of Edward Radetich Jr. and Affidavit of John Tirrell, it is ORDERED, ADJUDGED AND DECREED as follows:

1.    As proposed by Class Counsel, the Settlement and Claims Administrator may accept the Claim of Mr. John Tirrell.

1

      2.      Mr. Tirrell's Claim award shall be paid as part of any Court-approved Second Distribution.

      3.      No other Claim submitted after December 31, 2017 may be included in the initial distribution or any subsequent distribution(s) for any reason whatsoever.  Claims received after December 31, 2017 against the Settlement Fund shall remain barred.

      4.      The Court retains exclusive jurisdiction over the Settlement and the Settlement Agreement, including the administration and consummation of the Settlement.

IT IS SO ORDERED.

DATED this 12th day of February, 2018.

BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE

2