IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

## NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Silver & DeBoskey, A Professional Corporation, has changed its name to S&D Law.  The firm's address, email addresses, and telephone and facsimile numbers remain the same.

Dated:  February 19, 2018.

                                      Respectfully submitted,

                                      S&D Law

                                      By:    */s/ Steven W. Kelly*
                                                 Gary B. Blum
                                                 Steven W. Kelly
                                                 S&D Law
                                                 1801 York Street
                                                 Denver, CO 80206

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of February, 2018, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                               */s/ Steven W. Kelly*
                                               Gary B. Blum
                                               Steven W. Kelly
                                               S&D Law
                                               1801 York Street
                                               Denver, CO 80206