# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to D.C.COLO.LAttyR 5(b), Gary B. Blum of S&D Law, an attorney of record for Plaintiffs, respectfully requests leave to withdraw as an attorney of record and states as follows:

1. Good cause exists for this withdrawal, as Mr. Blum is leaving S&D Law and will no longer be involved in this matter.

2. Steven W. Kelly of S&D Law will continue as an attorney of record for Plaintiffs.

3. The Plaintiffs will not be prejudiced by Mr. Blum's withdrawal.

WHEREFORE, Gary B. Blum of S&D Law respectfully requests that this Motion for Withdrawal of Appearance for Plaintiffs be granted.

Respectfully submitted this 30th day of March, 2018.

                S&D Law

                By: *s/ Gary B. Blum*
                  Gary B. Blum
                  Steven W. Kelly
                  S&D Law
                  1801 York Street
                  Denver, CO 80206
                  Telephone:  303.399.3000

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of March, 2018, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE** was submitted electronically and served via the Court's ECF system on all parties of record.

                  *s/ Gary B. Blum*

GX0021

2