IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

        Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE

        This matter having come before the Court on Gary B. Blum's Motion for Withdrawal of Appearance for Plaintiffs, the Court having reviewed the motion and file, being fully apprised in the premises, and upon a showing of good cause and service on all parties or their counsel of record;

        IT IS HEREBY ORDERED that the Motion for Withdrawal of Appearance is GRANTED.

        Dated this ____ day of _____, 2018.

                                                       BY THE COURT:

                                                      U.S. District Court Judge