# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE

This matter having come before the Court on Gary B. Blum's Motion for Withdrawal of Appearance (ECF No. 2509) for Plaintiffs, the Court having reviewed the motion and file, being fully apprised in the premises, and upon a showing of good cause and service on all parties or their counsel of record;

IT IS HEREBY ORDERED that the Motion for Withdrawal of Appearance is GRANTED.  Gary B. Blum is hereby withdrawn as counsel of record for the plaintiffs.  The clerk is directed to remove Attorney Gary B. Blum from the CM/ECF notification system in connection with this action.  Plaintiffs will continue to be represented by Steven W. Kelly of S&D Law.

Dated this 30th day of March, 2018.

BY THE COURT:

*/s/ John L. Kane*
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE