(1)

Filed for record the ........ day of ........ A. D. 19...... at ........ o'clock ...... M.
Reception No. ........ By ........

RECORDED IN
COUNTY OF JEFFERSON
STATE OF COLORADO
RECEPTION NO. 88109825
11/09/88 12:00          10.80

**EXHIBIT B**

THIS DEED, Made this 8th day of November, 1988, between ROBERT L. WORSTER AND KRISTINE M. WORSTER

of the said County of Jefferson and State of Colorado, of the first part, and

SCOT R. RODGERS
VERNEAL S. RODGERS

whose legal address is 9326 Garrison Drive, Westminster, CO 80020

of the said County of Jefferson and State of Colorado, of the second part:

WITNESSETH, that the said party of the first part, for and in consideration of the sum of ($78,000.00) SEVENTY EIGHT THOUSAND AND NO/100ths---------------------------------------- DOLLARS and other good and valuable considerations to the said party of the first part in hand paid by the said parties of the second part, the receipt whereof is hereby confessed and acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the said parties of second part, their heirs and assigns forever, not in tenancy in common but in joint tenancy, all the following described lot or parcel of land, situate, lying and being in the said County of Jefferson and State of Colorado, to wit:

Lot 36, Block 1,
SUNSTREAM SUBDIVISION FILING NO. 1,
County of Jefferson,
State of Colorado.

49/48

also known as street and number    9326 Garrison Drive

State Documentary Fee
Date
$ 7.80

TOGETHER with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said party of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the said parties of the second part, their heirs and assigns forever. And the said party of the first part, for himself, his heirs, executors, and administrators, does covenant, grant, bargain and agree to and with the said parties of the second part, their heirs and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and encumbrances of whatever kind or nature soever, EXCEPTING THEREFROM general taxes and assessments for 1988 and all subsequent years; subject to easements, rights of way, restrictions and reservations, restrictive covenants of record, or in existence, if any;

STATE DOCUMENTARY FEE
NOV - 9 1988

and the above bargained premises in the quiet and peaceable possession of the said parties of the second part, the survivor of them, their assigns and the heirs and assigns of such survivor, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said party of the first part shall and will WARRANT AND FOREVER DEFEND. The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered in the Presence of

_____ (SEAL)
Robert L. Worster

_____ (SEAL)

_____ (SEAL)
Kristine M. Worster

STATE OF COLORADO
County of Denver } ss.

The foregoing instrument was acknowledged before me this 8th day of November, 1988 by Robert L. Worster and Kristine M. Worster