# EXHIBIT D

DISTRICT COURT, COUNTY OF BOULDER, STATE OF COLORADO

Case No. 96 DR 80-3

**DECREE - DISSOLUTION OF MARRIAGE**

In Re the Marriage of:

SCOT RYAN RODGERS,

                           Petitioner,

and

VERNEAL SUSAN RODGERS,

                           Respondent.

**THIS MATTER** was reviewed by the Court on July 16, 1996. Petitioner is represented by counsel. Respondent is pro se. The Court has examined the record, the Affidavits of Petitioner and Respondent, and the testimony provided and based thereon, makes the following findings:

1. The Court has jurisdiction over the parties and subject matter of this action.

2. The Petitioner has been a resident and domicile of this state for ninety (90) days preceding the commencement of this proceeding, and at least ninety (90) days have passed since the service of process on Respondent.

3. The marriage between the parties is irretrievably broken.

4. The Separation Agreement between the parties, a copy of which is attached hereto as Exhibit A, and incorporated herein as if set forth verbatim, has been considered by the Court and is not unconscionable as to maintenance and property division. The arrangements for custody and payment of child support for the parties' minor child, Christopher Ryan Rodgers, born March 7, 1989 is in said child's best interests.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that a Decree of dissolution of marriage be entered, and the marriage between the parties hereto is hereby dissolved.

**IT IS FURTHER ORDERED THAT THE PARTIES SHALL PERFORM THE RESPECTIVE PROVISIONS OF THE SEPARATION AGREEMENT, ATTACHED HERETO AS EXHIBIT A,** and incorporated herein as if set forth verbatim, as apply to each of them.

AND IT IS FURTHER ORDERED THAT THIS COURT RETAINS SUCH JURISDICTION OF THIS ACTION AS IS PROVIDED BY LAW.

DATED this 16th day of July, 1996.

BY THE COURT:

_____
Magistrate

APPROVED AS TO FORM:

ST.CLAIR, GRESCHLER &
WOODFORD, P.C.

_____
Michael V. Anderson, #13689
Attorney for Petitioner
2995 Baseline Road, Suite 302
Boulder, CO   80303
(303) 440-7500