RECEPTION NO. F0274483    6.00            PG: 0001-001
230    RECORDED IN JEFFERSON COUNTY, COLORADO        7/26/96 11:33:53

## QUITCLAIM DEED

**EXHIBIT E**

THIS DEED, Made this        day of          , 1996 ,
between
Verneal S. Rodgers

of the            *County of              and
    Texas
State of Colorado, grantor, and
Scot R.   Rodgers

whose legal address is 9326 Garrison Drive, Westminster, CO  80021

of the          County of Jefferson         and State of Colorado, grantees,

WITNESSETH, That the grantor, for and in consideration of the sum of ------------------------------
TEN AND NO/100------------------------------------------------------------------ DOLLARS
the receipt and sufficiency of which is hereby acknowledged, has remised, released, sold and QUITCLAIMED, and by these presents does remise, release, sell and QUITCLAIM unto the grantees, their heirs, successors and assigns forever, not in tenancy in common, but in joint tenancy, all the right, title, interest, claim and demand which the grantor has in and to the real property, together with improvements, if any, situate, lying and being in the          County
of  Jefferson            and State of Colorado, described as follows:

    Lot 36
    Block 1
    SUNSTREAM SUBDIVSION
    FILING NO.1
    County of Jefferson
    State of Colorado

STATE DOCUMENTARY FEE
JUL 26 1996

also known by street and number as:  9326 Garrison Drive, Westminster, CO  80021
assessor's schedule or parcel number:
  TO HAVE AND TO HOLD the same, together with all and singular the appurtenances and privileges thereunto belonging or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever, of the grantor, either in law or equity, to the only proper use, benefit and behoof of the grantees, their heirs and assigns forever. The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.
  IN WITNESS WHEREOF, The grantor has executed this deed on the date set forth above.

_/s/ Verneal Rodgers_
Verneal S. Rodgers

            TEXAS
      STATE OF COLORADO,
                             } ss.
        County of
  The foregoing instrument was acknowledged before me this 27th day of June  , 1996 ,
by Verneal S. Rodgers

  My commission expires July 25th , 1999. Witness my hand and official seal.