# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

**ORDER DENYING APPEAL BY CLASS MEMBER SCOT RODGERS (ECF NO. 2511-1)**
_____

On April 13, 2018, Class Counsel filed a Notice of Submission of Appeal by Class Member Regarding Distribution of Settlement Proceeds (ECF No. 2511) with class member Scot Rodgers' appeal attached (ECF No. 2511-1 to 2511-5). While I am sympathetic to Mr. Rodgers' circumstances, the settlement funds must be distributed based on ownership of property in the class area on June 7, 1989. The transfer of ownership of the property from his ex-wife to him occurred after that date and so is not relevant to claims in this class action. Accordingly, the appeal is DENIED.

DATED this 17th day of April, 2018.

                                                                            /s/ John L. Kane

                                                                            JOHN L. KANE
                                                                            SENIOR U.S. DISTRICT JUDGE