IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## CLASS COUNSEL'S MOTION FOR A SUPPLEMENTAL INTERIM DISTRIBUTION OF THE NET SETTLEMENT FUNDS

For the reasons set forth in the accompanying memorandum in support and related materials, Class Counsel respectfully requests that the Court enter the proposed Order providing that (1) all valid claims that were submitted on or before December 31, 2017 shall be approved; (2) the Settlement and Claims Administrator shall make a supplemental interim distribution of funds to all Claimants who submitted a valid claim on or before December 31, 2017 that have not yet received any payment from the Settlement Fund; and (3) the administrative determinations of the Settlement and Claims Administrator rejecting ineligible claims are accepted. This supplemental interim distribution would be made to those Claimants that have submitted valid Claims but who were not included in the Initial Distribution approved by the Court and who have not yet received any disbursement of Net Settlement Funds.

2

Dated:  May 3, 2018	Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs and the Class*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of May, 2018, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                 */s/ Merrill G. Davidoff*
                                                 Merrill G. Davidoff
                                                 BERGER & MONTAGUE, P.C.
                                                 1622 Locust Street
                                                 Philadelphia, PA 19103
                                                 (215) 875-3000