IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

**DECLARATION OF EDWARD J. RADETICH JR., CPA, HEFFLER CLAIMS GROUP, IN SUPPORT OF CLASS COUNSEL'S MOTION FOR A SUPPLEMENTAL INTERIM DISTRIBUTION OF THE NET SETTLEMENT FUNDS**

I, Edward J. Radetich Jr., CPA, declare as follows:

1. I am a partner of Heffler Claims Group LLC ("Heffler"), the Court-approved Settlement and Claims Administrator. (See the Court's Order Appointing the Heffler Claims Group as Settlement and Claims Administrator, Doc. No. 2417.) I am over 21 years of age and not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in connection with Class Counsel's Motion for a Supplemental Interim Distribution of the Net Settlement Funds.

3. As of April 25, 2018, Heffler has received and confirmed 783 valid claims that have not yet received any disbursement of funds from the Net Settlement Fund. In other words, these 783 valid claims were not included in the initial distribution of settlement funds in November 2017.

4. Of these 783 valid but unpaid claims, 407 were timely submitted on or prior to June 1, 2017 (the initial deadline provided in the Notice). The Claimants who submitted these 407 claims have not yet been paid because the claims were not validated in time to be included in the initial distribution made to claimants. These 407 claims include claims that were not validated earlier because the Claimants needed to submit additional documentation or materials. These 407 also include claims that required additional investigation by Heffler, working with Wayne L. Hunsperger and Dr. Mark McNulty, to determine whether the claims were valid and the associated payment values for any valid claims.

5. The other 376 claims of these 783 valid claims were received after June 1, 2017 but before the December 31, 2017 final deadline established by the Court.

1

6. Heffler has mailed rejection letters to all Claimants who filed invalid claims, including claims related to properties not located in the Class area, and to Claimants who filed claims related to properties that they did not own on June 7, 1989 (or were not the heirs or successors to persons that owned the relevant property on June 7, 1989). As of April 25, 2018, Heffler has mailed rejection letters to 2,716 Claimants. Examples of the rejection letters were previously filed at Docket Number 2496-4 (Exhibit D to my declaration dated October 13, 2017, filed in support of Plaintiffs' and Class Counsel's Unopposed Motion for an Initial Distribution of the Net Settlement Funds).

7. Heffler has thus far received 19 claims after the December 31, 2017 absolute deadline for claims. With Court approval, Heffler will mail the rejection letter attached hereto as Exhibit A to those claimants who submitted claims after December 31, 2017.

8. Heffler has worked with Wayne L. Hunsperger and Dr. Mark McNulty to calculate the claim amounts payable to each claimant who submitted the 783 valid claims that have not yet received any distribution from the settlement fund. We expect that, if approved, the interim distribution based on these 783 valid claims will result in a payment of approximately $8.1 million.

9. Since November 2017, we have completed the initial distribution, and in the initial distribution mailed 7,664 checks totaling $99,440,983.30 to Claimants.

_Edward J. Radetich, Jr._
Edward J. Radetich, Jr., CPA

Dated: May 1, 2018

2