# EXHIBIT "A"

Case No. 1:90-cv-00181-JLK Document 2515-1 filed 05/03/18 USDC Colorado pg 1 of 3

**Rocky Flats Settlement**
**c/o Heffler Claims Group**
**Settlement and Claims Administrator**
**P.O. Box 58459**
**Philadelphia, PA 19102-8459**

May X, 2018

Class Member ID: «RefNum»
«Company»
«FirstName» «LastName»
«coFirstName» «coLastName»
«MailingAddress1»
«MailingAddress2»
«MailingCity», «MailingState» «MailingZip»

    Re:    *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*,
           No. 90-cv-00181-JLK (D. Colo.)

## NOTIFICATION OF REJECTION OF CLAIM
## AND DESCRIPTION OF CORRECTIVE MEASURES

Dear Claimant:

    We are the Settlement and Claims Administrator appointed by the Court, and are writing to advise you that we have reviewed your Proof of Claim Form, **claim number «ClaimNum»,** for the property located at «PropAddress», «PropCrossStreet», «PropLegalDescription», «PropCity», «PropState» «PropZip». Based upon our review of the information you provided on and with your claim form, we have determined that **your claim is invalid and thus your claim not eligible to share in the distribution of the Net Settlement Fund, for the following reason(s):**

    The Court has ordered that "No Claim submitted after December 31, 2017 may be included in the initial distribution or any subsequent distribution(s) for any reason whatsoever. Claims received after December 31, 2017 against the Settlement Fund shall be barred." (See paragraph 6 of the attached Order.)

    **You may contest our determination and request further review by**: (i) notifying us that you are contesting our determination of your claim, identified with the claim number listed above; and (ii) providing us with a statement of your reasons for your contesting, along with documentation to support your position. You must submit the notification, statement of reasons, and supporting documents to us at the address on this letterhead, postmarked on or before **[Date]**, which is thirty (30) days from the date of this letter. PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.

    We strongly suggest that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).

Claim No. «clmnum»
May X, 2018
Page 2

If we do not receive your response postmarked no later than **[Date]**, we will determine your claim is invalid for the reason(s) described above.

This will be the final correspondence you receive from us UNLESS you contest our determination and request further review by the Settlement and Claims Administrator as described above.

**Important note:**  If your address or contact information has changed since submitting your Claim Form, or changes at any time in the future, you must contact us with the new information at your earliest convenience.  Please be sure to include your claim number in any correspondence or communications with us.

Additionally, if you have any questions about your claim or this letter, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*.  Thank you.

        Sincerely,

        Heffler Claims Group
        Settlement and Claims Administrator

cc:     Class Counsel:
       Berger & Montague, P.C.
       Silver & DeBoskey, P.C.