Class Member ID: |||||||||||||||||||||||||||||||||||||
302811NFPWTKX

**EXHIBIT 1**



| | |
|---|---|
| **MUST BE POSTMARKED NO LATER THAN JUNE 1, 2017** | **In re: Rocky Flats Settlement** *Cook et al. v. Rockwell International Corporation and The Dow Chemical Company* Civil Action No. 90-cv-00181-JLK (District of Colorado) |

# CLAIM FORM

To be in the Class, and in order to make a valid claim, you must have owned property in the Property Class Area (see map on the last page of this Claim Form) on June 7, 1989 (the day after the FBI raid of the Rocky Flats plant), or be the heir of someone, now deceased, who owned the property on June 7, 1989. For corporations or other entities, you must have owned the property on June 7, 1989 or be the successor to such an owner. Mortgagees (like banks) and owners of other security interests are not members of the Class.

TO PARTICIPATE IN THE SETTLEMENT AND HAVE AN OPPORTUNITY TO RECEIVE A SHARE OF THE NET SETTLEMENT FUND, YOU MUST FULLY AND ACCURATELY COMPLETE, SIGN AND SUBMIT THIS CLAIM FORM. THE CLAIM FORM MUST BE MAILED BY FIRST-CLASS MAIL, OR SENT BY OVERNIGHT DELIVERY SERVICE (FEDEX, UPS, ETC), OR SUBMITTED ELECTRONICALLY ON-LINE AT WWW.ROCKYFLATSSETTLEMENT.COM, NO LATER THAN JUNE 1, 2017.

**If sending by First-Class Mail, Use this Address:**
Rocky Flats Settlement
Settlement and Claims Administrator
c/o Heffler Claims Group
P.O. Box 58459
Philadelphia, PA 19102-8459

**If sending by Overnight Delivery, Use this Address:**
Rocky Flats Settlement
Settlement and Claims Administrator
c/o Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102

**FAILURE TO SUBMIT YOUR CLAIM FORM BY JUNE 1, 2017 MAY SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS LITIGATION.**

**DO NOT MAIL OR DELIVER YOUR CLAIM FORM TO THE COURT, TO THE SETTLING PARTIES OR THEIR COUNSEL. ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM FORM ONLY TO THE SETTLEMENT AND CLAIMS ADMINISTRATOR EITHER ON-LINE AT WWW.ROCKYFLATSSETTLEMENT.COM OR BY MAILING IT TO ONE OF THE ADDRESSES LISTED ABOVE.**

  

Class Member ID: |||||||||||||||||||||||||||||||||
302811NFPWTKX

# PART I - NAME OF INDIVIDUAL OR CORPORATION MAKING A CLAIM

## 1)   INDIVIDUAL

Complete here if you are an individual(s) making the claim (whether on your own behalf or as an heir of someone who owned property in the Property Class Area on June 7, 1989):

| Last Name (Claimant) | MI | First Name (Claimant) |
|---|---|---|
| | | |
| Social Security Number | __ __ __ - __ __ - __ __ __ __ | |
| Last Name (Joint Owner, if applicable) | MI | First Name (Joint Owner, if applicable) |
| | | |
| Social Security Number | __ __ __ - __ __ - __ __ __ __ | |

## 2)   CORPORATION OR OTHER ENTITY

Complete here if you are making a claim on behalf of a corporation, trust, estate, or other type of entity (whether on your own behalf or as the successor to the entity which owned the property on June 7, 1989):

| Entity Name |
|---|
| The Farmers Reservoir and Irrigation Company |

| Name of Representative (executor, administrator, trustee, corporate officer, etc.) |
|---|
| Scott Edgar, General Manager |

| Employer Identification Number (for estates, trusts, corporations, etc.) | 8 4 - 0 2 0 0 8 6 0 |
|---|---|

## 3)   YOUR CONTACT INFORMATION

Regardless of whether you are submitting this Claim Form on behalf of an individual or on behalf of a corporation or other entity, provide your current contact information:

| Mailing Address 1 | | |
|---|---|---|
| 80 South 27th Avenue | | |
| Mailing Address Line 2 (for example, apartment number) | | |
| | | |
| City | State | Zip Code |
| Brighton | CO | 80601 |
| Telephone Number (day) | Telephone Number (evening) | |
| 3 0 3 - 6 5 9 - 7 3 7 3 | 3 0 3 - 9 4 4 - 6 7 6 1 | |
| Email | | |
| scott@farmersres.com | | |



30281



CF



Page 2 of 7

Class Member ID: |||||||||||||||||||||||||||||||||
302811NFPWTKX

## 4)   ADDRESS OF PROPERTY IN PROPERTY CLASS AREA

Provide the address of the Property for which you are making a claim and which you believe is in the Property Class Area (see map on the last page of this Claim Form for reference or go to www.RockyFlatsSettlement.com for a more detailed map or to type in an address and learn more about whether it is located in the Property Class Area). If the property does not have a legal address, provide the street and cross-street, block/lot number, property tax identification number (or parcel ID), parcel or schedule number, and/or a brief legal description:

| Street Address |  |  |
|---|---|---|
| *or* Street and Cross Street |  |  |
| *or* Block/Lot Number, Property Tax Identification Number (or Parcel ID), Parcel or Schedule Number, and/or a Brief Legal Description |  |  |
| Various locations in T2S, R69W of the 6th PM, Sections 16, 17, 18, 19, 20, 21, 22, 27, 28, 31, 32, 33, and 34 (see attachment A) |  |  |
| City | State | Zip Code |
| Arvada and Westminster | C O | 80021 and 80005 |

Property Type as of June 7, 1989: ☐ Residential   ☐ Commercial (Non-Residential)

☒ Vacant Land   ☐ Other (Describe)_____

## PART II - PROPERTY OWNERSHIP INFORMATION

1.   If you owned the property in the Property Class Area you identified above on June 7, 1989, AND you still own the property, attach as proof of ownership a current real estate bill showing name, address and Block Lot or legal description. Go to Part III below, sign this claim form and submit it to the Settlement and Claims Administrator, with the appropriate documentation.

2.   If you owned the property in the Property Class Area you identified above on June 7, 1989, but you sold the property some time after June 7, 1989, attach old real estate tax bills, settlement sheet on sale or original purchase, the first page of an old tax return, etc. that prove you owned the property on June 7, 1989. Go to Part III, sign this claim form and submit it to the Settlement and Claims Administrator, with the appropriate documentation.

3.   If you are the HEIR or CORPORATE SUCCESSSOR to the person or entity who owned the property in the Property Class Area you identified above on June 7, 1989, AND you currently own that property, please attach as proof of ownership a current real estate bill showing your name and address, Block Lot, or legal description. Please also attach sufficient documentation to support the fact that you are entitled as an heir or corporate successor to make this claim and share in the settlement proceeds. This may include copies of wills, probate documents, liquidation or corporate dissolution documents, etc.





Class Member ID: 302811NFPWTKX

4. If you are the HEIR or CORPORATE SUCCESSOR to the person or entity who owned the property in the Property Class Area you identified above on June 7, 1989, but you DO NOT currently own that property, attach old real estate tax bills, settlement sheet on sale or original purchase, or the first page of an old tax return, etc. that prove who owned the property on June 7, 1989. Please also attach sufficient documentation to support the fact that you are entitled as an heir or corporate successor to make this claim and share in the settlement proceeds. This may include copies of wills, probate documents, liquidation or corporate dissolution documents, etc.

5. Photocopies of deeds or other property ownership documents are available at the County Clerk and Recorder's Office of Jefferson County, Colorado, which is located at 100 Jefferson County Pkwy., Suite 2560, Admin and Courts Facility, Golden, CO 80419 (or online at http://jeffco.us/clerk-and-recorder/, or by calling 303-271-8186).

6. If you did not personally own the property on June 7, 1989, please list the reason you believe you are eligible to submit a claim as an heir or corporate successor:

☐ Person who owned property on June 7, 1989 is dead

☐ Company which owned property on June 7, 1989 was liquidated or no longer exists

☐ Other Reason (Please explain): _____

7. If you are an heir or corporate successor, are you the ONLY heir or corporate successor of a person or corporate entity that owned property in the Property Class Area on June 7, 1989?

☐ YES ☐ NO

If you are NOT the only heir or corporate successor, please provide the names and addresses of ALL other heirs or corporate successors that you know of:

| Last Name (Other heir or successor) | MI | First Name | |
|---|---|---|---|
| Street Address 1 | | | |
| Street Address 2 (for example, apartment number) | | | |
| City | | State | Zip Code |
| Telephone Number (day) | | Telephone Number (evening) | |
| Email | | | |







Class Member ID: 302811NFPWTKX

| Last Name (Other heir or successor) | MI | First Name | |
|---|---|---|---|
| | | | |

Street Address 1

Street Address 2 (for example, apartment number)

| City | | State | Zip Code |
|---|---|---|---|
| | | | |

| Telephone Number (day) | Telephone Number (evening) |
|---|---|
| | |

Email

**If you are aware of more than 2 persons or entities who also may be heirs or corporate successors, please attach additional sheets with the above information (name and contact information) and check here:**

Go to Part III – Sign this Claim Form and submit it to the Settlement and Claims Administrator with the appropriate documentation.

*PLEASE NOTE: If YOU owned property in the Property Class Area on June 7, 1989, it DOES NOT MATTER if you sold the property at some time AFTER June 7, 1989. If you owned it on June 7, 1989, you may have a claim. In other words, you do not have to currently own the property as long as you owned it on June 7, 1989. If you are filing a claim as an heir or corporate successor, again, it DOES NOT MATTER if the person or entity who owned the property on June 7, 1989, may have later sold it. As long as the person or entity owned the property on June 7, 1989, AND you are that person's heir (or if a corporation or other entity, the successor), you may have a claim. By "heir" we mean that you were legally entitled to the property and assets of someone who owned property in the Property Class Area upon their death.*


30281


CF


Page 5 of 7

Class Member ID: 302811NFPWTKX

## PART III - CERTIFICATION AND SIGNATURE

UNDER THE PENALTIES OF PERJURY, I (OR WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

PLEASE NOTE: You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. We cannot estimate when claims will be fully processed. In addition, net settlement funds will not be paid unless and until the settlement receives final Court approval. Please notify the Settlement and Claims Administrator of any name change, change of address, phone number or email. Please also note that the Settlement and Claims Administrator and/or Class Counsel may contact you with questions, or with requests for more documentation and the like. By signing below and submitting this claim, you agree to cooperate with such requests in a timely manner. Failure to do so may result in the rejection of your claim.

_Signature of Claimant (or Person Authorized to Sign on behalf of Claimant, if applicable.)_

Scott Edgar, as General Manager                                    June 1, 2017

_Print Name of Claimant_                                                _Date_
_(or Person Authorized to Sign on behalf of Claimant, if applicable.)_


_If you are not the Claimant, explain why you are submitting this form on behalf of the Claimant and submit documentation showing you are authorized to sign on Claimant's behalf_


_Print Name of Joint Claimant_                                          _Date_
_(if applicable; only fill out if there are multiple Claimants.)_


_Signature of Joint Claimant (or Person Authorized to Sign on behalf of Joint Claimant, if applicable.)_


_If you are not the Joint Claimant, explain why you are submitting this form on behalf of the Joint Claimant and submit documentation showing you are authorized to sign on Claimant's behalf_
_NOTE: If there are more than 2 Joint Claimants, please attach a page with information about additional Joint Claimants._

THE CLAIM FORM MUST BE MAILED BY FIRST-CLASS MAIL, **OR** SENT BY OVERNIGHT DELIVERY SERVICE (FEDEX, UPS, ETC), **OR** SUBMITTED ELECTRONICALLY ON-LINE AT WWW.ROCKYFLATSSETTLEMENT.COM, **NO LATER THAN JUNE 1, 2017.**

**If sending by First-Class Mail Use this Address:**
Rocky Flats Settlement
Settlement and Claims Administrator
c/o Heffler Claims Group
P.O. Box 58459
Philadelphia, PA 19102-8459

**If sending by Overnight Delivery Use this Address:**
Rocky Flats Settlement
Settlement and Claims Administrator
c/o Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102



30281



CF



Page 6 of 7

Class Member ID: |||||||||||||||||||||||||||||||||||||||||
302811NFPWTKX

## RELEASE OF CLAIMS

If you submit this Claim Form and remain in the Class, you will not be able to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against Defendants arising from the claims released as part of the settlement, including claims brought in this lawsuit. All of the Court's orders in the case between Plaintiffs and Defendants will apply to you and legally bind you. You will also be bound by the proposed settlement between Plaintiffs and Defendants if the Court grants Final Approval to the proposed settlement and enters final judgment in this lawsuit.

However, if you submit this Claim Form and remain in the Class, you will **not** release claims for actual bodily injury, nor claims unrelated to the allegations in the complaint such as pension, or product liability or contract claims or claims of former Rocky Flats workers under Workman's Compensation or similar laws or regulations. What this means is that, if you believe you have gotten cancer, for example, from exposure to plutonium from Rocky Flats, you are not giving up the right to sue over that, just by filing a claim as part of this settlement. If you are a Class Member and file a timely and valid claim as part of this settlement, you can still decide to sue if you have cancer or develop cancer or have suffered other bodily injury. You would need to consult your own lawyer about any such potential lawsuit, including about whether your claims may be barred by the statute of limitations (in other words, whether it may be too late to sue). Plaintiffs and Class Counsel are not suggesting that you may or do have any claims for bodily injury, nor expressing any opinion about the likelihood of success if you decide to pursue such claims – again, you would need to consult your own lawyer about any such potential lawsuit.

*The full text of the Settlement Agreement, which includes the Release (see Paragraph 7 of the Settlement Agreement) is available at www.RockyFlatsSettlement.com.*

## REMINDER CHECKLIST

- Please be sure to sign the Claim Form, in PART III. If the Claim Form is being submitted on behalf of multiple Joint Claimants, for example joint owners of property in the Property Class Area as of June 7, 1989, all Joint Claimants must sign.

- Remember to attach only copies of acceptable supporting documentation. Do not send original deeds, wills, or other original documents. These items cannot be returned to you by the Settlement and Claims Administrator. Only send copies of documents.

- Please do not highlight any portion of the Claim Form or any supporting documents.

- Keep copies of the completed Claim Form, documentation submitted, and proof of mailing for your own records.

- If your name or contact information changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Settlement and Claims Administrator written notification of your current correct name or address.

- *If you have questions or concerns about how to complete the Claim Form, please contact the Settlement and Claims Administrator at the above address, through the 'Contact Us' section of the website www.RockyFlatsSettlement.com, or by calling: 1-844-528-0187.*



30281



CF



Page 7 of 7

Rocky Flats Settlement
Settlement and Claims Administrator
c/o Heffler Claims Group
P.O. Box 58459
Philadelphia, PA 19102-8459

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LANSDALE, PA
PERMIT NO. 491

Class Member ID:
302811NFPWTKX



T222  P1 *******************AUTO**5-DIGIT 80601  27978
FARMERS RESERVOIR & IRRIGATION CO
80 S 27TH AVE
BRIGHTON CO 80601-2699

## Rocky Flats Property Class Area



**Attachment A**

Dear Settlement and Claims Administrator:

The Farmers Reservoir and Irrigation Company ("FRICO") is a Colorado mutual ditch company organized in 1902. Mutual ditch companies are considered private corporations under the laws of the State of Colorado. FRICO's ditch, canal, and reservoir properties and related improvements are exempt from taxation pursuant to Article X, Section 3(1)(d) of the Colorado Constitution and C.R.S. § 39-3-104. *See generally*, *Shaw v. Bond*, 171 P. 1142 (Colo. 1918).

Within the Property Class Area, FRICO owned Standley Lake, the Croke Canal, and portions of Big Dry Creek in fee simple on June 7, 1989. We believe that for the purposes of this case, the FRICO property would be considered "vacant land."

Based on the deeds of record, FRICO owned 1,806.22 acres of "vacant land" in the Property Class Area, as follows:

| Ditch or Reservoir | Acres within Property Class Area on June 7, 1989 |
|---|---|
| Standley Lake | 1,719.36 |
| Croke Canal | 78.81 |
| Big Dry Creek | 8.05 |
| **Total** | **1,806.22** |

FRICO's property ownership within the Property Class Area dates back more than a century. Since FRICO property is not subject to property tax, it does not have tax bills to submit to the Claims Administrator. However, there is a limited amount of information available from the Jefferson County Property Appraiser regarding Standley Lake and its immediate environs, and FRICO has deeds for all of the land that it owns within the Property Class Area.

This Attachment includes the following pertinent information:

- A summary spreadsheet of the land that FRICO owns in the Property Class Area, including:

  - A reference to each deed;

  - The land area covered by the deed (either from the deed, or if not shown on the deed, calculated using ARC GIS software); and

  - If available, information from the Jefferson County Property Appraiser.

- The referenced deeds and Property Appraiser information, in the order shown on the summary spreadsheet.

With respect to the attached documents, we offer the following background:

- On June 7, 1989, FRICO owned more land around Standley Lake than it owns today. In 1987, FRICO conveyed Standley Lake to the City of Westminster for a short time. Later that year, Westminster re-conveyed Standley Lake back to FRICO (this deed is referenced in the spreadsheet).

  o In 1998 and 1999, FRICO conveyed several hundred acres of land around Standley Lake (this time, not the entire lake) to Jefferson County, which then conveyed it to the City of Westminster for use as a park.

  o We have included the 1998 and 1999 deeds to Jefferson County in the supporting materials for this claim in order to show why the Property Appraiser records are different from the Standley Lake deeds that pre-date June 7, 1989.

- Only certain portions of the Croke Canal are located within the Property Class Area. As such, there are several deeds (identified on the spreadsheet) that include land that is both inside and outside of the Property Class Area. For the purposes of this claim, the spreadsheet shows only calculations of the land areas that are within the Property Class Area.

We trust that given the company's circumstances, these materials will be sufficient to establish FRICO's claim. If you have any questions, please do not hesitate to reach out to us or our attorneys:

Scott Edgar, General Manager
Farmers Reservoir and Irrigation Company

Joe Dischinger, General Counsel
Fairfield and Woods, P.C.

(303) 659-7373 x. 303

(303) 894-4404

Scott@farmersres.com

jdischinger@fwlaw.com

Standley Lake

**Information From Deed (1987)**

| Deed Recording Information | Deed Reference on Map | Parcel Size (Acres) | Source | FINAL TOTAL (acres) | Notes |
|---|---|---|---|---|---|
| 87152239 | 705-1 | 8.70 (Church Ditch Inlet) | Deed | 1719.36 | Added the plotted value to the Deed value. Deed lists acreage for the church inlet only. |
| | | 1710.66 (Standley Lake) | Calculated | | |

**Information from Jefferson County Assessor (2017 data)**

| | PIN/Schedule | Parcel Size (sq/ft) | Source | Total Parcel Size (sq/ft) | Total Acres (All Standley Parcels) | |
|---|---|---|---|---|---|---|
| 29-211-00-002 | 300048066 | | | 55344461.00 | 1509.25 | * see note at beginning of this attachment for explanation of difference between this acreage and the acreage FRICO owned on June 7, 1989 |
| Key 004 - Sec. 21 | | 27646312.00 | Jefferson County Assessor | | | |
| Key 001 - Sec. 20 | | 20674796.00 | Jefferson County Assessor | | | |
| Key 004 - Sec. 16 | | 6617374.00 | Jefferson County Assessor | | | |
| Key 018 - Sec. 29 | | 405979.00 | Jefferson County Assessor | | | |
| 29-272-00-003 | 300168708 | | | 272816.00 | | |
| Key 027 - Sec. 27 | | 272816.00 | Jefferson County Assessor | | | |
| 29-281-00-001 | 300037294 | | | 4581641.00 | | |
| Key 012 - Sec. 28 | | 4581641.00 | Jefferson County Assessor | | | |
| 29-223-00-002 | 300194210 | | | 2705468.00 | | |
| Key 022 - Sec. 22 | | 2705468.00 | Jefferson County Assessor | | | |
| 29-173-00-004 | 300203016 | | | 126498.00 | | |
| Key 018 - Sec. 17 | | 126498.00 | Jefferson County Assessor | | | |
| 29-174-00-005 | 300092641 | | | 2629804.00 | | |
| Key 002 - Sec. 17 | | 2629804.00 | Jefferson County Assessor | | | |
| 29-281-00-003 | 300037295 | | | 40598.00 | | |
| Key 065 - Sec. 28 | | 40598.00 | Jefferson County Assessor | | | |
| 29-281-00-004 | 300194211 | | | 41817.00 | | |
| Key 067 - Sec. 28 | | 41817.00 | Jefferson County Assessor | | | |
| | | | Total Square Feet | 65743103.00 | | |

Croke Canal

Information From Deeds

| Recording Information | Deed Reference on Map | Parcel Size (Acres) | Source | Notes |
|---|---|---|---|---|
| B 162; P 444 | 386 | 5.67 | Deed | |
| B 173; P 506 | 403.5 | 17.00 | Deed | |
| B 162; P 442 | 388 | 7.70 | Deed | |
| B 162; P 586 | 389 | 6.99 | Calculated | |
| B 173; P 503 | 408 | 8.22 | Deed | |
| B 153; P 370 | 394 | 4.82 | Calculated | Calculated land area is within Property Class Area |
| B183; P 292 | 400 | 5.08 | Calculated | Calculated land area is within Property Class Area |
| B 173; P 503 | 408 | 2.96 | Calculated | |
| B 162; P 407 | 402 | 6.18 | Deed | |
| B153; P 332 | 403 | 1.24 | Calculated | |
| B 173; P 506 | 403.5 | 0.83 | Deed | |
| B 162; P 511 | 405 | 1.21 | Deed | |
| B 173; P 506 | 403.5 | 2.13 | Calculated | |
| B 173; P 503 | 408 | 4.64 | Deed | |
| B 173; P 503 | 408 | 4.14 | Calculated | |

Total Croke Canal Acreage
78.81

Big Dry Creek

| Information From Deed Recording Information | Deed Reference on Map | Parcel Size (Acres) | Source |
|---|---|---|---|
| B 173; P 503 | 408 | 8.05 | Calculated |

ROCKY FLATS
DEED MAP

**FRICO**

Date: 6/1/2017    Time: 1:56:26 PM

RECORDED IN
COUNTY OF JEFFERSON
STATE OF COLORADO
RECEPTION NO. 87152239
12/29/87 10:15      18.00

Recorded at...............o'clock............M., .....................
Reception No.................................................

**THIS DEED,** Made this 6th day of October 19 87, between

1-6

The City of Westminster, Colorado,
a municipal corporation,

of the         county of         and State of
Colorado, of the first part, and
The Farmers Reservoir and Irrigation Company
                              a corporation
organized and existing under and by virtue of the laws of the State of
Colorado         , of the second part:
WITNESSETH, That the said part y of the first part, for and in consideration of the sum of
Ten ($10.00)         DOLLARS,
to the said party of the first part in hand paid by the said party of the second part, the receipt whereof
is hereby confessed and acknowledged, has remised, released, sold, conveyed and QUIT CLAIMED, and by
these presents does remise, release, sell, convey and QUIT CLAIM unto the said party of the second part, its
successors and assigns forever, all right, title, interest, claim and demand which the said part y of the
first part has in and to the following described
situate, lying and being in the         County of         and State of Colorado, to wit:

That certain property described on Exhibit "A" attached hereto
and made a part hereof, together with a recreation easement
covering all rights to develop, permit, supervise, operate,
carry-out, and maintain recreation uses and programs on and
within Standley Lake, which property and easement were obtained
for recreation purposes by Deed from the Farmers Reservoir and
Irrigation Company dated the 20th day of May,
1987, recorded at Book————, Page————, of the records of
the County of Jefferson, State of Colorado. Reception No 87066438

TO HAVE AND TO HOLD the same together with all and singular the appurtenances and privileges thereunto
belonging or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever, of the
said part y of the first part, either in law or equity, to the only proper use, benefit and behoof of the said party
of the second part, its successors and assigns forever.
IN WITNESS WHEREOF, The said part y of the first part ha s hereunto set its hand
and seal the day and year first above written.

Signed, Sealed and Delivered in the Presence of         CITY OF WESTMINSTER, COLORADO .......[SEAL]

Michele Gallegos City Clerk         By _George Zwerka_ .......[SEAL]

..............................................[SEAL]

..............................................[SEAL]

STATE OF COLORADO,
..................... County of Adams         } ss.

The foregoing instrument was acknowledged before me this 6th day of October
1987, by

My commission expires November 24         , 1990. Witness my hand and official seal.

_Lucille Glasmacher_
Notary Public.
3031 W. 76th Avenue
Westminster, Colorado 80030

No. 522.   QUIT CLAIM DEED TO CORPORATION.—Bradford Publishing, 1516-5 West 44th Avenue, Golden, Colorado 80401 — (303) 278-0644 — 6-80

STATE DOCUMENTARY
DEC 29 1987

RECEPTION NO. 87152239

EXHIBIT "A"

1.   Standley Lake Dam and Reservoir.

Township 2 South Range 69 West of the 6th P.M.

Section 16:  All that part of the S 1/2 of Section 16 which lies south of the following described property line: commencing on the west boundary line of the S 1/2 of said Section 16, whence the west one-quarter corner of said Section 16 bears north 1245 feet; thence north 80°59' east 2343 feet; thence north 60°0' east 350 feet; thence south 80°0' east 300 feet; thence south 88°30' east 1950 feet; thence north 61°50' east 586.7 feet, to the east boundary line of the S 1/2 of said Section 16, whence the east one-quarter corner of said Section 16 bears north 530 feet.

Also that certain strip of land 30 feet in width described as beginning at the west one-quarter corner of said Section 16, running thence east along the half section line of said Section 16, 30 feet; thence south and parallel to the west boundary line of said Section 16, 1241 feet to the above-described property line; running thence south 80°59' west to the west boundary line of said Section 16; thence north along said last mentioned line 1245 feet to the point of beginning; and

Also that certain strip of land 30 feet in width described as beginning at the east one-quarter corner of said Section 16; thence west and along the half section line of said Section 16, 30 feet; thence south and parallel to the east boundary line of said Section 16, 543 feet, more or less, to the above-described property line; thence north 61°50' east to the east boundary line of said Section 16; thence north along said last mentioned line 530 feet to the point of beginning.

Section 17:  Beginning at a stone monument at the southeast corner of Section 17; thence due west 5277.6 feet to a stone monument at the southwest corner of said Section 17; thence due north along the west section line of Section 17, 675 feet; thence south 71°0' east 815 feet; thence north 15°50' east 595 feet; thence south 62°50' east 1360 feet; thence north 52°20' east 1060 feet; thence north 6°10' west 380 feet; thence north 63°35' east 820 feet; thence south

RECEPTION NO. 87152239

70°45' east 1045 feet; thence due east 615 feet to an inter-
section with the east section line of said Section 17; thence
due south 1407.8 feet, more or less, to the point of
beginning; subject to mineral reservations and reservations of
surface rights contained or referred to in deed recorded
August 9, 1907 in Book 153 at Page 49 of the records of the
Clerk and Recorder of Jefferson County, Colorado.

Section 18:  Beginning at a stone monument at the
southeast corner of Section 18; thence due west along the
south line of said Section 18, 400 feet; thence north 17°45'
east 656.2 feet; thence due east 200 feet to an intersection
with the east section line of said Section 18; thence due
south 625 feet, more or less, along said east section line of
said Section 18 to the point of beginning, except that part
thereof described as beginning at a point on the south line of
the SE 1/4 of Section 18 whence the southeast corner of
Section 18 bears north 87°29'45" east 192.49 feet, and which
point is the true point of beginning; thence continuing south
87°29'45" west along said south line 207.51 feet; thence north
17°36'45" east 664.91 feet; thence north 87°29'45" east 200.0
feet to a point on the east line of said SE 1/4; thence south
0°07' west along said east line 269.54 feet; thence south
27°56'45" west 412.94 feet, more or less, to the true point of
beginning; and subject to mineral reservations and
reservations of water rights contained in deed recorded May 6,
1907 in Book 154 at page 247 of the records of the Clerk and
Recorder of Jefferson County, Colorado.

Section 19:  SE 1/4 NE 1/4, and those tracts or parcels
of land more particularly described as follows:

Beginning at a point 330 feet due north from the south-
east corner of the SW 1/4 NE 1/4 of Section 19; thence due
west 100 feet; thence due north 350 feet; thence due east 100
feet; thence due south 350 feet to the place of beginning; and

Beginning at a stone monument at the northeast corner of
Section 19; thence due south along the east section line of
said Section 19, 500 feet; thence north 38°40' west 640.3 feet
to an intersection with the north section line of said Section
19; thence due east along said north section line of said
Section 19; 400 feet, more or less, to the point of beginning;
and

Beginning at the southeast corner of the SW 1/4 NE 1/4
of Section 19; running thence due west 200 feet; thence due
north 330 feet to a point; being the intersection with the
north boundary line of the lands formerly owned by James A.
Cherry, deceased; thence due east along said north boundary
line 200 feet to a point; being the intersection with the east

-2-

RECEPTION NO. 87152239

boundary line of lands formerly owned by James A. Cherry, deceased; thence south along said east boundary line 330 feet, more or less, to the point of beginning; subject to mineral reservation contained in deed recorded May 9, 1907 in Book 154 at Page 252 of the records of the Clerk and Recorder of Jefferson County, Colorado; and



Beginning at the northeast corner of the SE 1/4 of Section 19; thence due south 300 feet; thence due west 400 feet; thence due north 200 feet; thence due west 1120 feet; thence due north 100 feet; thence due east 1520 feet, more or less, to the point of beginning; subject to the mineral reservation contained in deed recorded June 21, 1907 in Book 154 at Page 329 of the records of the Clerk and Recorder of Jefferson County, Colorado.

Section 20: All that portion of Section 20 which lies northeasterly of the following described line:

Beginning at the south one-quarter corner of Section 20; thence east 640.6 feet to a point 50 feet south of the high water line, which is gauge height 102 feet above the bottom of the outlet pipes of Standley Lake; thence north 65°18' west 456 feet; thence north 65°37' west 755 feet; thence north 11°52' east 426.3 feet; thence north 55°21' east 437.9 feet; thence north 58°15' west 397 feet; thence north 34°23' east 434.2 feet; thence north 14°23' east 251 feet; thence west 161.0 feet along the north line of the S 1/2 NE 1/4 SW 1/4 Section 20; thence south 53°11' west 192.6 feet; thence south 82°45' west 848.8 feet; thence south 64°19' west 526.3 feet; thence north 19°04' west 230.2 feet; thence north 37°47' east 692.2 feet; thence north 34°57' west 281.3 feet; thence north 78°54' west 476.4 feet; thence north 59°34' west 22.4 feet; thence west 668.5 feet to the west one-quarter corner of Section 20; subject to mineral reservation and reservation of water rights contained in deed recorded on July 10, 1907 in Book 153 at Page 38 of the records of the Clerk and Recorder of Jefferson County, Colorado, and to agreement recorded on June 12, 1969 in Book 2109 at Page 704 of the records of the Clerk and Recorder of Jefferson County, Colorado.

Section 21: All; subject to reservations contained in two certain deeds from the Trustees of the Union Pacific Railway Company recorded in Book 35 at Page 129 and in Book 26 at Page 521 of the records of the Clerk and Recorder of Jefferson County, Colorado.

Section 22: Those tracts or parcels of land more particularly described as follows:

-3-

RECEPTION NO. 87152239

Beginning at a point on the west line of Section 22 which is 929 feet south of the northwest corner of said section; thence south along said section line 1711 feet to the southwest corner of the NE 1/4 of said section; thence east along the south line of the NW 1/4 of said section 800 feet; thence in a northwesterly direction 1886.8 feet to the point of beginning; and

Beginning at the southwest corner of Section 22; thence due north along the west section line of said Section 22, 2640 feet; thence due east 800 feet; thence south 20°33' east 1197 feet; thence south 26°53' west 1256 feet; thence due south 400 feet to the south section line of Section 22; thence due west along said section line 652 feet to the point of beginning; and

NW 1/4 SW 1/4, except the previously described portion thereof; subject to mineral reservations referred to in deed recorded on September 15, 1924 in Book 270 at Page 80 of the records of the Clerk and Recorder of Jefferson County, Colorado.

Section 27: Beginning at a stone monument at the northwest corner of Section 27; thence due east along the north section line of Section 27, 652 feet to the intersection of the section line with the west right-of-way line of the Farmers Highline Canal and Reservoir Company; thence in a southwesterly direction along a meandering line 30 feet from and parallel to the center line of the right-of-way of the Farmers Highline Canal and Reservoir Company 1610 feet to the intersection of said meandering line with the west section line of Section 27; thence north along said west section line 1362 feet, more or less, to the point of beginning.

Section 28: N 1/2 NW 1/4 and NE 1/4, except those portions described as follows: beginning at a point 259.7 feet south of the northwest corner of Section 28; thence south along the section line 1060 feet; thence east 2640 feet; thence south 1320 feet to the center of Section 28; thence east 1320 feet; thence north 1388 feet to a point 50 feet south of the high water line which is gauge height 102 feet above the bottom of the outlet pipes of Standley Lake; thence south 87°05' west 374 feet; thence north 72°15' west 815.4 feet; thence north 70°26' west 1040.4 feet; thence north 82°07' west 586 feet; thence north 56°20' west 289 feet; thence north 89°19' west 582.6 feet; thence north 70°27' west 471.3 feet; thence north 89°49' west 27 feet to the point of beginning; and beginning at the southeast corner of said NE 1/4, thence west 832 feet, more or less, to the easterly line of the right-of-way of the Farmers Highline Canal and Reservoir Company; thence a general northeasterly direction

-4-

RECEPTION NO. 87152239

following said line of right-of-way in all its meanderings to the point where the same crosses the east line of said Section 28; thence south along said east line 1225 feet, more or less, to the point of beginning, hereby intending to except all that part of said NE 1/4 lying south and east of said right-of-way, excepting so much thereof as lies in the County Road to the east; and subject to agreement recorded on June 12, 1969 in Book 2109 at Page 704 of the records of the Clerk and Recorder of Jefferson County, Colorado.

Section 29: N 1/2 NE 1/4, except that portion described as follows: beginning at a point 259.7 feet south of the northeast corner of Section 29; thence south along the section line 1060.3 feet; thence west along the south line of the N 1/2 NE 1/4 Section 29, 2640 feet; thence north along the north and south center line of Section 29, 1320 feet; thence east along the north line of Section 29, 640.6 feet; thence south 65°18' east 364.9 feet; thence south 88°39' east 869.3 feet; thence south 58°29' east 254.5 feet; thence north 66°27' east 182 feet; thence south 87°49' east 400 feet to the point of beginning; and subject to agreement recorded June 12, 1969 in Book 2109 at Page 704 of the records of the Clerk and Recorder of Jefferson County, Colorado.

2.     Rights-of-way for inlets to Standley Lake Reservoir from Church Ditch.

(a)   Inlet No. 1.   Inlet No. 1 from Church Ditch to Standley Lake is located in Section 29, Township 2 South, Range 69 West of the 6th P.M., and is described as follows: a strip of land 300 feet wide, being 100 feet on the east or right side and 200 feet on the west or left side of a center line described as follows: Beginning at a point on the north boundary line of the right-of-way for the Church Ditch, whence the southeast corner of the N 1/2 NE 1/4 of said Section 29 bears south 70°47' east 341 feet; thence north 33°22' west 525 feet; thence north 3°12' east 462 feet; comprising 6.9 acres, more or less.

(b)   Inlet No. 2.   Inlet No. 2 from Church Ditch to Standley Lake is located in Sections 20 and 29, Township 2 South, Range 69 West of the 6th P.M.; and is described as follows: a strip of land 200 feet wide, being 100 feet on each side of a center line described as follows: Beginning at a point on the north boundary line of the right-of-way for the Church Ditch, whence the N 1/4 corner of said Section 29 bears north 34°32' west 193.5 feet; thence north 21°02' east 131.4 feet; thence north 1°42' east 267 feet; comprising 1.8 acres, more or less.

slld:A1

-5-

Property appraisal system                                                      Page 1 of 1

 

1 OF 1

### GENERAL INFORMATION

PIN/Schedule: 300048066                          AIN/Parcel ID: 29-211-00-002
Status: Exempt                                   Property Type: Exempt

Property Address: VACANT LAND
CO

Mailing Address:  00080 S 27TH AVE
BRIGHTON CO 80601

| Owner Name(s) |
|---|
| FARMERS RESERVOIR AND IRRIGATION CO THE |

Neighborhood: 9  -

### PROPERTY DESCRIPTION

Subdivision Name:  -

| Block | Lot | Key | Section | Township | Range | QuarterSection | Land Sqft |
|---|---|---|---|---|---|---|---|
| | | 004 | 21 | 2 | 69 | NE | 27646312 |
| | | 001 | 20 | 2 | 69 | NE | 20674796 |
| | | 004 | 16 | 2 | 69 | S2 | 6617374 |
| | | 018 | 29 | 2 | 69 | NW | 405979 |
| | | | | | | Total | 55344461 |

| Assessor Parcel Maps Associated with Schedule |
|---|
| pmap29-291.pdf |
| pmap29-21.pdf |
| pmap29-203.pdf |
| pmap29-201_202_204.pdf |
| pmap29-17.pdf |
| pmap29-163_164.pdf |

Interactive Map

### SALE HISTORY

| Sale Date | Sale Amount | Deed Type | Reception |
|---|---|---|---|
| 05-18-1987 | 0 | Special Warranty Deed | 87066438 |
| 10-06-1987 | 0 | Quit Claim Deed | 87152239 |

### TAX INFORMATION

| 2017 Payable 2018 | |
|---|---|
| | Actual Value |
| Land | 17,787,475 |
| Total | 17,787,475 |
| | Assessed Value |
| Land | 5,158,368 |
| Total | 5,158,368 |
| 2016 Payable 2017 | |
| | Actual Value |
| Land | 17,787,000 |
| Total | 17,787,000 |
| | Assessed Value |
| Land | 5,158,230 |
| Total | 5,158,230 |

| View Mill Levy Detail For Year | | 2017 | 2016 |
|---|---|---|---|
| 2017 Mill Levy Information | | | |
| Tax District | 0014 | | |
| County | TBA | | |
| School | TBA | | |
| REGIONAL TRANSPORTATION DIST | TBA | | |
| MOFFAT TUNNEL IMPROVEMENT DIST | TBA | | |
| URBAN DRAINAGE&FLOOD CONT DIST | TBA | | |
| URBAN DRAINAGE&FLOOD C SO PLAT | TBA | | |
| WESTMINSTER | TBA | | |
| Total | TBA | | |

Treasurer Information





https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300 | Assessor Property Records Sear... | Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc Denverinfill Project Map DORA Facebook

**Jeffco.us**

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

**THIS PAGE IS NOT A SUBSTITUTE FOR A TAX CERTIFICATE**

PIN/Schedule: **300048066**

Next PIN/Schedule

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **0 VACANT LAND**

CURRENT PAYABLE TAX INFORMATION

Tax District: 0014 Tax Mill Levy: 74.9200 Assessor's Valuation

| | Half Amount | Full Amount |
|---|---|---|
| No data is | on file for | this schedule. |

**Pay Taxes Now**

Zero Balance Due: No Payment Required

Payment Dates & Terms

PAYMENT INFORMATION

| Date Paid | Receipt | Payment Type | Amount |
|---|---|---|---|
| No data on file | No payments received | No payments received | No payments received |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

105%

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300( Assessor Property Records Sear... - Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

**Jeffco.us**

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

PIN/Schedule: **300048066**

Next PIN/Schedule

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **0 VACANT LAND**

Tax District: **0014**

| Tax Authority | Mill Levy | Tax Amount |
|---|---|---|
| COUNTY | 24.7090 | $0.00 |
| SCHOOL | 45.9410 | $0.00 |
| MOFFAT TUNNEL IMPROVEMENT DIST | 0.0000 | $0.00 |
| REGIONAL TRANSPORTATION DIST | 0.0000 | $0.00 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.0610 | $0.00 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.5590 | $0.00 |
| WESTMINSTER | 3.6500 | $0.00 |
| **Total** | **74.9200** | **$0.00** |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

105%

Property appraisal system                                                                           Page 1 of 1



## GENERAL INFORMATION

PIN/Schedule: 300168708                          AIN/Parcel ID: 29-272-00-003
Status: Exempt                                   Property Type: Exempt
Property Address: VACANT LAND
                  CO                             | Owner Name(s) |
Mailing Address:  00080 S 27TH AVE               | FARMERS RESERVOIR AND IRRIGATION CO THE |
                  BRIGHTON CO 80601
Neighborhood: 9  -

## PROPERTY DESCRIPTION

Subdivision Name:  -

| Block | Lot | Key | Section | Township | Range | QuarterSection | Land Sqft |
|-------|-----|-----|---------|----------|-------|----------------|-----------|
|       |     | 027 | 27      | 2        | 69    | NW             | 272816    |
|       |     |     |         |          |       | Total          | 272816    |

| Assessor Parcel Maps Associated with Schedule |
|---|
| pmap29-272.pdf |

Interactive Map

## SALE HISTORY

| Sale Date | Sale Amount | Deed Type | Reception |
|-----------|-------------|-----------|-----------|
| 05-18-1987 | 0 | Special Warranty Deed | 87066438 |
| 10-06-1987 | 0 | Quit Claim Deed | 87152239 |

## TAX INFORMATION

| 2017 Payable 2018 | |
|---|---|
| | Actual Value |
| Land | 87,682 |
| Total | 87,682 |
| | Assessed Value |
| Land | 25,428 |
| Total | 25,428 |
| 2016 Payable 2017 | |
| | Actual Value |
| Land | 165,260 |
| Total | 165,260 |
| | Assessed Value |
| Land | 47,925 |
| Total | 47,925 |

| View Mill Levy Detail For Year | | 2017 | 2016 |
|---|---|---|---|
| 2017 Mill Levy Information | | | |
| Tax District | | 0004 | |
| County | | TBA | |
| School | | TBA | |
| REGIONAL TRANSPORTATION DIST | | TBA | |
| MOFFAT TUNNEL IMPROVEMENT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD CONT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD C SO PLAT | | TBA | |
| WESTMINSTER | | TBA | |
| ARVADA FIRE DIST | | TBA | |
| Total | | TBA | |

Treasurer Information





https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300 | Assessor Property Records Sear... | - Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

**Jeffco.us**

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

**THIS PAGE IS NOT A SUBSTITUTE FOR A TAX CERTIFICATE**

PIN/Schedule: **300168708** Next PIN/Schedule

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **0 VACANT LAND**

**CURRENT PAYABLE TAX INFORMATION**

Tax District: 0004 Tax Mill Levy: 89.6670 Assessor's Valuation

| | Half Amount | Full Amount |
|---|---|---|
| No data is | on file for | this schedule. |

Pay Taxes Now

Zero Balance Due: No Payment Required

Payment Dates & Terms

**PAYMENT INFORMATION**

| Date Paid | Receipt | Payment Type | Amount |
|---|---|---|---|
| No data on file | No payments received | No payments received | No payments received |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

105%

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300... Assessor Property Records Sear... - Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradfords CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

**Jeffco.us**

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

PIN/Schedule: **300168708**

Next PIN/Schedule

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **0 VACANT LAND**

Tax District: **0004**

| Tax Authority | Mill Levy | Tax Amount |
|---|---|---|
| COUNTY | 24.7090 | $0.00 |
| SCHOOL | 45.9410 | $0.00 |
| ARVADA FIRE DIST | 14.7470 | $0.00 |
| MOFFAT TUNNEL IMPROVEMENT DIST | 0.0000 | $0.00 |
| REGIONAL TRANSPORTATION DIST | 0.0000 | $0.00 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.0610 | $0.00 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.5590 | $0.00 |
| WESTMINSTER | 3.6500 | $0.00 |
| **Total** | **89.6670** | **$0.00** |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300168708#taxalloc 105%

Property appraisal system                                                              Page 1 of 1



## GENERAL INFORMATION

PIN/Schedule: 300037294                     AIN/Parcel ID: 29-281-00-001
Status: Exempt                              Property Type: Exempt

Property Address: VACANT LAND
CO                                          | Owner Name(s) |
Mailing Address:  00080 S 27TH AVE          | FARMERS RESERVOIR AND IRRIGATION CO THE |
BRIGHTON CO 80601

Neighborhood: 9   -

## PROPERTY DESCRIPTION

Subdivision Name:  -

| Block | Lot | Key | Section | Township | Range | QuarterSection | Land Sqft |
|-------|-----|-----|---------|----------|-------|----------------|-----------|
|       |     | 012 | 28      | 2        | 69    | NE             | 4581641   |
|       |     |     |         |          |       | Total          | 4581641   |

| Assessor Parcel Maps Associated with Schedule |
|-----------------------------------------------|
| pmap29-282.pdf |
| pmap29-281.pdf |

Interactive Map

## SALE HISTORY

| Sale Date | Sale Amount | Deed Type | Reception |
|-----------|-------------|-----------|-----------|
| 05-18-1987 | 0 | Special Warranty Deed | 87066438 |
| 10-06-1987 | 0 | Quit Claim Deed | 87152239 |

## TAX INFORMATION

| 2017 Payable 2018 | |
|---|---|
|  | Actual Value |
| Land | 1,472,520 |
| Total | 1,472,520 |
|  | Assessed Value |
| Land | 427,031 |
| Total | 427,031 |
| 2016 Payable 2017 | |
|  | Actual Value |
| Land | 1,472,000 |
| Total | 1,472,000 |
|  | Assessed Value |
| Land | 426,880 |
| Total | 426,880 |

| View Mill Levy Detail For Year | | 2017 | 2016 |
|---|---|---|---|
| 2017 Mill Levy Information | | | |
| Tax District | | 0004 | |
| County | | TBA | |
| School | | TBA | |
| REGIONAL TRANSPORTATION DIST | | TBA | |
| MOFFAT TUNNEL IMPROVEMENT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD CONT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD C SO PLAT | | TBA | |
| WESTMINSTER | | TBA | |
| ARVADA FIRE DIST | | TBA | |
| Total | | TBA | |

Treasurer Information





Treasurer Tax Payment

| Current Payable Tax | Payment History | Tax Allocation | Tax Statement |

PIN/Schedule: **300037294**

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Property Address: **0 VACANT LAND**

Tax District: **0004**

Next PIN/Schedule

Address and Political Information

| Tax Authority | Mill Levy | Tax Amount |
|---|---|---|
| COUNTY | 24.7090 | $0.00 |
| SCHOOL | 45.9410 | $0.00 |
| ARVADA FIRE DIST | 14.7470 | $0.00 |
| MOFFAT TUNNEL IMPROVEMENT DIST | 0.0000 | $0.00 |
| REGIONAL TRANSPORTATION DIST | 0.0000 | $0.00 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.0610 | $0.00 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.5590 | $0.00 |
| WESTMINSTER | 3.6500 | $0.00 |
| **Total** | **89.6670** | **$0.00** |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.



## GENERAL INFORMATION

PIN/Schedule: 300194210                          AIN/Parcel ID: 29-223-00-002
Status: Exempt                                   Property Type: Commercial

Property Address: 09805 W 88TH AVE
ARVADA CO 80005

| Owner Name(s) |
| FARMERS RESERVOIR AND IRRIGATION CO THE |

Mailing Address:  00080 S 27TH AVE
BRIGHTON CO 80601

Neighborhood: 1013  -  CAMEO ESTATES, CROKE, MACE, ROCKY KNOLLS

## PROPERTY DESCRIPTION

Subdivision Name:  -

| Block | Lot | Key | Section | Township | Range | QuarterSection | Land Sqft |
|-------|-----|-----|---------|----------|-------|----------------|-----------|
|       |     | 022 | 22      | 2        | 69    | SW             | 2705468   |
|       |     |     |         |          |       | Total          | 2705468   |

| Assessor Parcel Maps Associated with Schedule |
| pmap29-223.pdf |
| pmap29-222.pdf |

Interactive Map

## COMMERCIAL INVENTORY

| Building Number | Year Built | Quality | Floor | Structure Type | Units | Main SqFt | Basement SqFt | Land Area |
|-----------------|------------|---------|-------|----------------|-------|-----------|---------------|-----------|
| 1               | 2013       | Average | 0     | Single Family  | 1     | 1717      | 0             | 2705468   |

## SALE HISTORY

| Sale Date  | Sale Amount | Deed Type            | Reception |
|------------|-------------|----------------------|-----------|
| 05-18-1987 | 0           | Special Warranty Deed | 87066438  |
| 10-06-1987 | 0           | Quit Claim Deed       | 87152239  |

## TAX INFORMATION

| 2017 Payable 2018 | |
|-------------------|-------------|
|                   | Actual Value |
| Land              | 1,142,428   |
| Imp               | 313,759     |
| Total             | 1,456,187   |
|                   | Assessed Value |
| Land              | 90,937      |
| Imp               | 24,975      |
| Total             | 115,912     |
| 2016 Payable 2017 | |
|                   | Actual Value |
| Land              | 460,250     |
| Imp               | 258,300     |
| Total             | 718,550     |
|                   | Assessed Value |
| Land              | 36,636      |
| Imp               | 20,561      |
| Total             | 57,197      |

| View Mill Levy Detail For Year | | 2017 | 2016 |
|--------------------------------|---|------|------|
| 2017 Mill Levy Information     | | | |
| Tax District                  | 0018 | | |
| County                        | TBA | | |
| School                        | TBA | | |
| REGIONAL TRANSPORTATION DIST  | TBA | | |
| MOFFAT TUNNEL IMPROVEMENT DIST | TBA | | |
| URBAN DRAINAGE&FLOOD CONT DIST | TBA | | |
| URBAN DRAINAGE&FLOOD C SO PLAT | TBA | | |
| WESTMINSTER                   | TBA | | |
| Total                         | TBA | | |

Treasurer Information





https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300... Assessor Property Records Sear... Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

Jeffco.us

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

**THIS PAGE IS NOT A SUBSTITUTE FOR A TAX CERTIFICATE**

PIN/Schedule: **300194210**

Next PIN/Schedule

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **9805 W 88TH AVE**

**CURRENT PAYABLE TAX INFORMATION**

Tax District: 0018 Tax Mill Levy: 74.9200 Assessor's Valuation

| | Half Amount | Full Amount |
|---|---|---|
| No data is | on file for | this schedule. |

Pay Taxes Now

Zero Balance Due: No Payment Required

Payment Dates & Terms

**PAYMENT INFORMATION**

| Date Paid | Receipt | Payment Type | Amount |
|---|---|---|---|
| No data on file | No payments received | No payments received | No payments received |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

105%

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300 | Assessor Property Records Sear... | Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc Denverinfill Project Map DORA Facebook

**Jeffco.us**

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

Next PIN/Schedule

PIN/Schedule: **300194210**

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **9805 W 88TH AVE**

Tax District: **0018**

| Tax Authority | Mill Levy | Tax Amount |
|---|---|---|
| COUNTY | 24.7090 | $0.00 |
| SCHOOL | 45.9410 | $0.00 |
| MOFFAT TUNNEL IMPROVEMENT DIST | 0.0000 | $0.00 |
| REGIONAL TRANSPORTATION DIST | 0.0000 | $0.00 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.0610 | $0.00 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.5590 | $0.00 |
| WESTMINSTER | 3.6500 | $0.00 |
| **Total** | **74.9200** | **$0.00** |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300194210#taxalloc 105%

Property appraisal system                                                    Page 1 of 1



## GENERAL INFORMATION

| | |
|---|---|
| PIN/Schedule: 300203016 | AIN/Parcel ID: 29-173-00-004 |
| Status: Exempt | Property Type: Exempt |

Property Address: VACANT LAND
CO

Mailing Address: 00080 S 27TH AVE
BRIGHTON CO 80601

Neighborhood: 9  -

| Owner Name(s) |
|---|
| FARMERS RESERVOIR & IRRIGATION CO |

## PROPERTY DESCRIPTION

Subdivision Name:  -

| Block | Lot | Key | Section | Township | Range | QuarterSection | Land Sqft |
|---|---|---|---|---|---|---|---|
| | | 018 | 17 | 2 | 69 | SW | 126498 |
| | | | | | | Total | 126498 |

| Assessor Parcel Maps Associated with Schedule |
|---|
| pmap29-17.pdf |

Interactive Map

## SALE HISTORY

| Sale Date | Sale Amount | Deed Type | Reception |
|---|---|---|---|
| 10-06-1987 | 0 | Quit Claim Deed | 87152239 |

## TAX INFORMATION

**2017 Payable 2018**

| | Actual Value |
|---|---|
| Land | 40,656 |
| Total | 40,656 |
| | Assessed Value |
| Land | 11,790 |
| Total | 11,790 |

**2016 Payable 2017**

| | Actual Value |
|---|---|
| Land | 102,420 |
| Total | 102,420 |
| | Assessed Value |
| Land | 29,702 |
| Total | 29,702 |

| View Mill Levy Detail For Year | | 2017 | 2016 |
|---|---|---|---|
| 2017 Mill Levy Information | | | |
| Tax District | | 0018 | |
| County | | TBA | |
| School | | TBA | |
| REGIONAL TRANSPORTATION DIST | | TBA | |
| MOFFAT TUNNEL IMPROVEMENT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD CONT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD C SO PLAT | | TBA | |
| WESTMINSTER | | TBA | |
| Total | | TBA | |

Treasurer Information





https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300... Assessor Property Records Sear... Treasurer Tax Payment Se...
File Edit View Favorites Tools Help
https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

Jeffco.us
Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m. - 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

**THIS PAGE IS NOT A SUBSTITUTE FOR A TAX CERTIFICATE**

PIN/Schedule: **300203016**

Next PIN/Schedule

Owner Name: FARMERS RESERVOIR & IRRIGATION CO

Address and Political Information

Property Address: **0 VACANT LAND**

**CURRENT PAYABLE TAX INFORMATION**

Tax District: 0018 Tax Mill Levy: 74.9200 Assessor's Valuation

| | Half Amount | Full Amount |
|---|---|---|
| No data is | on file for | this schedule. |

**Pay Taxes Now**

Zero Balance Due: No Payment Required

Payment Dates & Terms

**PAYMENT INFORMATION**

| Date Paid | Receipt | Payment Type | Amount |
|---|---|---|---|
| No data on file | No payments received | No payments received | No payments received |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

105%

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300 | Assessor Property Records Sear... | - Treasurer Tax Payment Se...
File Edit View Favorites Tools Help
https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

**Jeffco.us**

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m. - 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

PIN/Schedule: **300203016**

Next PIN/Schedule

Owner Name: FARMERS RESERVOIR & IRRIGATION CO

Address and Political Information

Property Address: **0 VACANT LAND**

Tax District: **0018**

| Tax Authority | Mill Levy | Tax Amount |
|---|---|---|
| COUNTY | 24.7090 | $0.00 |
| SCHOOL | 45.9410 | $0.00 |
| MOFFAT TUNNEL IMPROVEMENT DIST | 0.0000 | $0.00 |
| REGIONAL TRANSPORTATION DIST | 0.0000 | $0.00 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.0610 | $0.00 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.5590 | $0.00 |
| WESTMINSTER | 3.6500 | $0.00 |
| **Total** | **74.9200** | **$0.00** |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300203016#taxalloc 105%

Property appraisal system                                                        Page 1 of 1



## GENERAL INFORMATION

PIN/Schedule: 300092641                              AIN/Parcel ID: 29-174-00-005
Status: Exempt                                        Property Type: Exempt

Property Address: VACANT LAND
                  CO                                  Owner Name(s)
Mailing Address: 00080 S 27TH AVE                     FARMERS RESERVOIR AND IRRIGATION CO THE
                 BRIGHTON CO 80601
Neighborhood: 9  -

## PROPERTY DESCRIPTION

Subdivision Name:  -

| Block | Lot | Key | Section | Township | Range | QuarterSection | Land Sqft |
|-------|-----|-----|---------|----------|-------|----------------|-----------|
|       |     | 002 | 17      | 2        | 69    | SE             | 2629804   |
|       |     |     |         |          |       | Total          | 2629804   |

| Assessor Parcel Maps Associated with Schedule |
|-----------------------------------------------|
| pmap29-17.pdf                                 |

Interactive Map

## SALE HISTORY

| Sale Date  | Sale Amount | Deed Type            | Reception |
|------------|-------------|----------------------|-----------|
| 05-18-1987 | 0           | Special Warranty Deed | 87066438  |
| 10-06-1987 | 0           | Quit Claim Deed      | 87152239  |

## TAX INFORMATION

| 2017 Payable 2018 | |
|-------------------|-------------|
|                   | Actual Value |
| Land              | 845,207     |
| Total             | 845,207     |
|                   | Assessed Value |
| Land              | 245,110     |
| Total             | 245,110     |
| 2016 Payable 2017 | |
|                   | Actual Value |
| Land              | 845,200     |
| Total             | 845,200     |
|                   | Assessed Value |
| Land              | 245,108     |
| Total             | 245,108     |

| View Mill Levy Detail For Year |  | 2017 | 2016 |
|--------------------------------|------|------|------|
| 2017 Mill Levy Information     |      |      |      |
| Tax District                   | 0018 |      |      |
| County                         | TBA  |      |      |
| School                         | TBA  |      |      |
| REGIONAL TRANSPORTATION DIST   | TBA  |      |      |
| MOFFAT TUNNEL IMPROVEMENT DIST | TBA  |      |      |
| URBAN DRAINAGE&FLOOD CONT DIST | TBA  |      |      |
| URBAN DRAINAGE&FLOOD C SO PLAT | TBA  |      |      |
| WESTMINSTER                    | TBA  |      |      |
| Total                          | TBA  |      |      |

Treasurer Information





https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300(

Assessor Property Records Sear... | - Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... | Adams County, Colorado ... | Box Simple Online Collab... | Bradforms | CO DOR - forms | CO SOS | CO State | Date Calc | Denverlnfill Project Map | DORA | Facebook

**Jeffco.us**

Government | County Offices | Community | Business | Services | Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

**THIS PAGE IS NOT A SUBSTITUTE FOR A TAX CERTIFICATE**

PIN/Schedule: **300092641**

Next PIN/Schedule

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **0 VACANT LAND**

CURRENT PAYABLE TAX INFORMATION

Tax District: 0018 | Tax Mill Levy: 74.9200 | Assessor's Valuation

| | Half Amount | Full Amount |
|---|---|---|
| No data is | on file for | this schedule. |

Pay Taxes Now

Zero Balance Due: No Payment Required

Payment Dates & Terms

PAYMENT INFORMATION

| Date Paid | Receipt | Payment Type | Amount |
|---|---|---|---|
| No data on file | No payments received | No payments received | No payments received |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

https://ttps.jeffco.us/ASPX/ScheduleSearch.aspx

105%

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300( | Assessor Property Records Sear... | - Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

**Jeffco.us**

Government | County Offices | Community | Business | Services | Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

## Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

Next PIN/Schedule

PIN/Schedule: **300092641**

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **0 VACANT LAND**

Tax District: **0018**

| Tax Authority | Mill Levy | Tax Amount |
|---|---|---|
| COUNTY | 24.7090 | $0.00 |
| SCHOOL | 45.9410 | $0.00 |
| MOFFAT TUNNEL IMPROVEMENT DIST | 0.0000 | $0.00 |
| REGIONAL TRANSPORTATION DIST | 0.0000 | $0.00 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.0610 | $0.00 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.5590 | $0.00 |
| WESTMINSTER | 3.6500 | $0.00 |
| **Total** | **74.9200** | **$0.00** |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300092641#taxalloc

105%

Property appraisal system                                                                 Page 1 of 1



## GENERAL INFORMATION

PIN/Schedule: 300037295                              AIN/Parcel ID: 29-281-00-003
Status: Exempt                                       Property Type: Exempt

Property Address: 08705 KIPLING ST
                  ARVADA CO 80005                    | Owner Name(s) |
Mailing Address: 00080 S 27TH AVE                    | FARMERS RESERVOIR AND IRRIGATION CO THE |
                 BRIGHTON CO 80601

Neighborhood: 7  -

## PROPERTY DESCRIPTION

Subdivision Name:  -

| Block | Lot | Key | Section | Township | Range | QuarterSection | Land Sqft |
|-------|-----|-----|---------|----------|-------|----------------|-----------|
|       |     | 065 | 28      | 2        | 69    | NE             | 40598     |
|       |     |     |         |          |       | Total          | 40598     |

| Assessor Parcel Maps Associated with Schedule |
|-----------------------------------------------|
| pmap29-281d.pdf |
| pmap29-281.pdf |

Interactive Map

## SALE HISTORY

| Sale Date | Sale Amount | Deed Type | Reception |
|-----------|-------------|-----------|-----------|
| 05-18-1987 | 0 | Special Warranty Deed | 87066438 |
| 10-06-1987 | 0 | Quit Claim Deed | 87152239 |

## TAX INFORMATION

| 2017 Payable 2018 | |
|---|---|
| | Actual Value |
| Land | 3,616 |
| Total | 3,616 |
| | Assessed Value |
| Land | 1,049 |
| Total | 1,049 |
| 2016 Payable 2017 | |
| | Actual Value |
| Land | 3,600 |
| Total | 3,600 |
| | Assessed Value |
| Land | 1,044 |
| Total | 1,044 |

| View Mill Levy Detail For Year | | 2017 | 2016 |
|---|---|---|---|
| 2017 Mill Levy Information | | | |
| Tax District | | 0011 | |
| County | | TBA | |
| School | | TBA | |
| REGIONAL TRANSPORTATION DIST | | TBA | |
| MOFFAT TUNNEL IMPROVEMENT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD CONT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD C SO PLAT | | TBA | |
| WESTMINSTER | | TBA | |
| APEX PARK & REC DIST | | TBA | |
| Total | | TBA | |

Treasurer Information

http://ats.jeffco.us/ats/displaygeneral.do?sch=037295                          5/31/2017





https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300( — Assessor Property Records Sear... — Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

**Jeffco.us**

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m. - 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

**THIS PAGE IS NOT A SUBSTITUTE FOR A TAX CERTIFICATE**

PIN/Schedule: **300037295** — Next PIN/Schedule

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE — Address and Political Information

Property Address: **8705 KIPLING ST**

**CURRENT PAYABLE TAX INFORMATION**

Tax District: 0011 Tax Mill Levy: 79.7470 Assessor's Valuation

| | Half Amount | Full Amount |
|---|---|---|
| No data is | on file for | this schedule. |

**Pay Taxes Now**

Zero Balance Due: No Payment Required

Payment Dates & Terms

**PAYMENT INFORMATION**

| Date Paid | Receipt | Payment Type | Amount |
|---|---|---|---|
| No data on file | No payments received | No payments received | No payments received |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

https://ttps.jeffco.us/ASPX/ScheduleSearch.aspx 105%

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300( Assessor Property Records Sear... - Treasurer Tax Payment Se...
File Edit View Favorites Tools Help
https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m. - 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

Next PIN/Schedule

PIN/Schedule: **300037295**

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **8705 KIPLING ST**

Tax District: **0011**

| Tax Authority | Mill Levy | Tax Amount |
|---|---|---|
| COUNTY | 24.7090 | $0.00 |
| SCHOOL | 45.9410 | $0.00 |
| APEX PARK & REC DIST | 4.8270 | $0.00 |
| MOFFAT TUNNEL IMPROVEMENT DIST | 0.0000 | $0.00 |
| REGIONAL TRANSPORTATION DIST | 0.0000 | $0.00 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.0610 | $0.00 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.5590 | $0.00 |
| WESTMINSTER | 3.6500 | $0.00 |
| **Total** | **79.7470** | **$0.00** |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300037295#taxalloc 105%

Property appraisal system



## GENERAL INFORMATION

PIN/Schedule: 300194211

Status: Exempt

Property Address: VACANT LAND
CO

Mailing Address: 00080 S 27TH AVE
BRIGHTON CO 80601

Neighborhood: 9  -

AIN/Parcel ID: 29-281-00-004

Property Type: Exempt

| Owner Name(s) |
| FARMERS RESERVOIR AND IRRIGATION CO THE |

## PROPERTY DESCRIPTION

Subdivision Name:  -

| Block | Lot | Key | Section | Township | Range | QuarterSection | Land Sqft |
|-------|-----|-----|---------|----------|-------|----------------|-----------|
|       |     | 067 | 28      | 2        | 69    | NE             | 41817     |
|       |     |     |         |          |       | Total          | 41817     |

| Assessor Parcel Maps Associated with Schedule |
| pmap29-281d.pdf |

Interactive Map

## SALE HISTORY

| Sale Date | Sale Amount | Deed Type | Reception |
|-----------|-------------|-----------|-----------|
| 05-18-1987 | 0 | Special Warranty Deed | 87066438 |
| 10-06-1987 | 0 | Quit Claim Deed | 87152239 |

## TAX INFORMATION

| 2017 Payable 2018 | |
|---|---|
| | Actual Value |
| Land | 9,618 |
| Total | 9,618 |
| | Assessed Value |
| Land | 2,789 |
| Total | 2,789 |
| 2016 Payable 2017 | |
| | Actual Value |
| Land | 26,590 |
| Total | 26,590 |
| | Assessed Value |
| Land | 7,711 |
| Total | 7,711 |

| View Mill Levy Detail For Year | | 2017 | 2016 |
|---|---|---|---|
| 2017 Mill Levy Information | | | |
| Tax District | | 1011 | |
| County | | TBA | |
| School | | TBA | |
| REGIONAL TRANSPORTATION DIST | | TBA | |
| MOFFAT TUNNEL IMPROVEMENT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD CONT DIST | | TBA | |
| URBAN DRAINAGE&FLOOD C SO PLAT | | TBA | |
| ARVADA | | TBA | |
| ARVADA FIRE DIST | | TBA | |
| APEX PARK & REC DIST | | TBA | |
| Total | | TBA | |

Treasurer Information

http://ats.jeffco.us/ats/displaygeneral.do?sch=194211

5/31/2017





https://ttos.jeffco.us/ASPX/TaxPayView?schedule=300 | Assessor Property Records Sear... | Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

Jeffco.us

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m.- 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

**THIS PAGE IS NOT A SUBSTITUTE FOR A TAX CERTIFICATE**

PIN/Schedule: **300194211**

Next PIN/Schedule

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **0 VACANT LAND**

**CURRENT PAYABLE TAX INFORMATION**

Tax District: 1011 Tax Mill Levy: 95.1540 Assessor's Valuation

| | Half Amount | Full Amount |
|---|---|---|
| No data is | on file for | this schedule. |

**Pay Taxes Now**

Zero Balance Due: No Payment Required

Payment Dates & Terms

**PAYMENT INFORMATION**

| Date Paid | Receipt | Payment Type | Amount |
|---|---|---|---|
| No data on file | No payments received | No payments received | No payments received |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

105%

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300... Assessor Property Records Sear... - Treasurer Tax Payment Se...

File Edit View Favorites Tools Help

https--fairfieldandwoods.... Adams County, Colorado ... Box Simple Online Collab... Bradforms CO DOR - forms CO SOS CO State Date Calc DenverInfill Project Map DORA Facebook

Jeffco.us

Government County Offices Community Business Services Contact Jeffco

Treasurer Home
Tax Search Home

Search by Address
Search by PIN/Schedule
Search by AIN/Parcel ID

View Tax Authorities

Contact Information
Treasurer's Office
treasurer@jeffco.us
303-271-8330

Monday - Friday
7:30 a.m. - 5:30 p.m.

Contact Us

100 Jefferson County Pkwy
Golden, CO 80419-2520

Release: Jan 2017
Version: 6.0.5

# Treasurer Tax Payment

Current Payable Tax | Payment History | Tax Allocation | Tax Statement

Next PIN/Schedule

PIN/Schedule: **300194211**

Owner Name: FARMERS RESERVOIR AND IRRIGATION CO THE

Address and Political Information

Property Address: **0 VACANT LAND**

Tax District: **1011**

| Tax Authority | Mill Levy | Tax Amount |
|---|---|---|
| COUNTY | 24.7090 | $0.00 |
| SCHOOL | 45.9410 | $0.00 |
| APEX PARK & REC DIST | 4.8270 | $0.00 |
| ARVADA | 4.3100 | $0.00 |
| ARVADA FIRE DIST | 14.7470 | $0.00 |
| MOFFAT TUNNEL IMPROVEMENT DIST | 0.0000 | $0.00 |
| REGIONAL TRANSPORTATION DIST | 0.0000 | $0.00 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.0610 | $0.00 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.5590 | $0.00 |
| **Total** | **95.1540** | **$0.00** |

© 2009-2017 Treasurer's Office Tax Payment Search - Jefferson County, CO.

https://ttps.jeffco.us/ASPX/TaxPayView?schedule=300194211#taxalloc 105%

RECEPTION NO. F0618920      0.00               PG: 0001-009
054    RECORDED IN JEFFERSON COUNTY, COLORADO           5/27/98 13:59:22

## GENERAL WARRANTY DEED

**THIS DEED**, made this 27th day of May, 1998, is between **THE FARMERS RESERVOIR AND IRRIGATION COMPANY**, a Colorado corporation, whose address is 80 South 27th Avenue, Brighton, Colorado 80601, ("Grantor"), and the **COUNTY OF JEFFERSON, STATE OF COLORADO**, a body politic and corporate, duly organized and existing under and by virtue of the laws of the State of Colorado, whose legal address is 100 Jefferson County Parkway, Golden, Colorado 80419 ("Grantee").

**WITNESSETH**, That the Grantor, for and in consideration of the sum of Exactly One Million and No/100ths Dollars ($1,000,000.00), the receipt and sufficiency of which are hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the Grantee, its successors and assigns forever, the real property, together with improvements, if any, situate, lying and being in the County of Jefferson, State of Colorado, described on Exhibit A which is attached hereto and incorporated herein by this reference.

**TOGETHER WITH** all and singular the hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above-bargained premises, with the hereditaments and appurtenances thereunto appertaining.

**TO HAVE AND TO HOLD** the said premises above-bargained and described, with the appurtenances, unto the Grantee, its successors and assigns forever. And the Grantor, for itself, its successors and assigns, does covenant, grant, bargain and agree to and with the Grantee, its successors and assigns, that at the time of the ensealing and delivery of these presents, the Grantor is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same is free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind and nature soever, except for:

1.    The lien for general taxes for the calendar year in which the conveyance is made, which shall be adjusted and prorated to the date of closing, the proration thereof to be based upon the most recent levy and assessment; and

2.    Subject to the easements, rights of way of record and items set forth in numbers 10-22 and 24 of Exhibit B attached hereto, incorporated herein and made a part hereof by this reference.

RECEPTION NO.   F0618920

2

The Grantor shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the Grantee, its successors and assigns, against all and every person or persons claiming the whole or any part thereof.

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

GRANTOR:
THE FARMERS RESERVOIR AND IRRIGATION
COMPANY, a Colorado corporation

[SEAL]

By: *Albert F. Sack*
Albert F. Sack, President

Date: *5/27/98*

Secretary

STATE OF COLORADO      )
                       ) ss.
COUNTY OF JEFFERSON    )

The foregoing GENERAL WARRANTY DEED was acknowledged before me this 27 day of May, 1998, by Albert F. Sack as President and *Jennifer L. Moore* as Secretary of The Farmers Reservoir and Irrigation Company, Grantor.

WITNESS my hand and official seal.
My Commission expires: *3-17-02*

*[signature]*
Notary Public

APPROVED AS TO FORM:

*Anne Kelson*
Anne T. Kelson
Assistant County Attorney

THE WITHIN DEED IS ACCEPTED THIS 27th DAY OF MAY, 1998.
COUNTY OF JEFFERSON
STATE OF COLORADO

By *Michelle Lawrence*
Michelle Lawrence, Chairman
Board of County Commissioners

RECEPTION NO.  F0618920

PARCEL 1:

A PARCEL OF LAND LOCATED IN SECTIONS 16, 17, 18, 19 AND 20, TOWNSHIP 2 SOUTH, RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN, COUNTY OF JEFFERSON, STATE OF COLORADO, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE WEST QUARTER CORNER OF SAID SECTION 16, FROM WHENCE THE CENTER QUARTER CORNER OF SAID SECTION 16 BEARS NORTH 89 DEGREES 44 MINUTES 40 SECONDS EAST, 2,690.42 FEET;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST, ALONG THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 16, 60.00 FEET TO THE POINT OF BEGINNING ON THE SOUTH RIGHT OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251;
THENCE NORTH 89 DEGREES 44 MINUTES 40 SECONDS EAST ALONG SAID SOUTH RIGHT OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251, 30.00 FEET TO THE WEST LINE OF THE PARCEL DESCRIBED BY RECEPTION NO. 90087253;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST, ALONG SAID WEST LINE OF THE PARCEL DESCRIBED BY RECEPTION NO. 90087253, 1179.74 FEET TO THE SOUTH LINE OF SAID PARCEL;
THENCE NORTH 79 DEGREES 38 MINUTES 25 SECONDS EAST ALONG THE SOUTH LINE OF SAID PARCEL DESCRIBED BY RECEPTION NO. 90087253, AND THE PARCEL DESCRIBED BY RECEPTION NO. 91055864, 1,014.78 FEET TO THE SOUTHEAST CORNER OF SAID PARCEL DESCRIBED BY RECEPTION NO. 91055864;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST ALONG THE WEST LINE OF THE PARCEL DESCRIBED BY RECEPTION NO. 84072239, 20.39 FEET TO THE SOUTHWEST CORNER OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239;
THENCE NORTH 80 DEGREES 44 MINUTES 39 SECONDS EAST ALONG THE SOUTHERLY LINE OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239, 784.52 FEET;
THENCE SOUTH 67 DEGREES 10 MINUTES 29 SECONDS WEST, 766.49 FEET;
THENCE NORTH 85 DEGREES 50 MINUTES 58 SECONDS WEST, 304.55 FEET;
THENCE SOUTH 41 DEGREES 02 MINUTES 24 SECONDS EAST, 312.46 FEET;
THENCE SOUTH 43 DEGREES 41 MINUTES 30 SECONDS WEST, 206.18 FEET;
THENCE NORTH 89 DEGREES 30 MINUTES 31 SECONDS WEST, 669.01 FEET;
THENCE SOUTH 38 DEGREES 49 MINUTES 03 SECONDS WEST, 293.56 FEET TO THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 16;
THENCE NORTH 44 DEGREES 39 MINUTES 10 SECONDS WEST, 312.35 FEET;
THENCE NORTH 85 DEGREES 24 MINUTES 41 SECONDS WEST, 444.49 FEET;
THENCE SOUTH 81 DEGREES 14 MINUTES 04 SECONDS WEST, 853.70 FEET;
THENCE SOUTH 12 DEGREES 36 MINUTES 11 SECONDS EAST, 369.47 FEET;
THENCE NORTH 50 DEGREES 19 MINUTES 24 SECONDS WEST, 656.06 FEET;
THENCE SOUTH 58 DEGREES 56 MINUTES 19 SECONDS WEST, 1,044.52 FEET;
THENCE SOUTH 32 DEGREES 12 MINUTES 48 SECONDS EAST, 255.59 FEET;
THENCE SOUTH 53 DEGREES 59 MINUTES 58 SECONDS EAST, 495.60 FEET;
THENCE SOUTH 55 DEGREES 58 MINUTES 45 SECONDS WEST, 449.04 FEET;
THENCE NORTH 82 DEGREES 30 MINUTES 47 SECONDS WEST 637.48 FEET;
THENCE NORTH 41 DEGREES 16 MINUTES 02 SECONDS WEST, 794.94 FEET;
THENCE SOUTH 12 DEGREES 06 MINUTES 25 SECONDS WEST, 237.51 FEET;
THENCE NORTH 88 DEGREES 37 MINUTES 08 SECONDS WEST, 693.89 FEET;

EXHIBIT
A
(Page 1 of 3)

RECEPTION NO. F0618920

THENCE SOUTH 33 DEGREES 03 MINUTES 28 SECONDS WEST, 552.99 FEET;
THENCE SOUTH 51 DEGREES 37 MINUTES 30 SECONDS EAST, 901.04 FEET;
THENCE SOUTH 05 DEGREES 52 MINUTES 53 SECONDS WEST, 649.88 FEET;
THENCE SOUTH 60 DEGREES 09 MINUTES 18 SECONDS WEST, 556.23 FEET;
THENCE SOUTH 84 DEGREES 07 MINUTES 36 SECONDS WEST, 596.71 FEET TO THE WEST
LINE OF THE SOUTHWEST QUARTER OR THE NORTHWEST QUARTER OF SAID SECTION 20;
THENCE NORTH 00 DEGREES 13 MINUTES 40 SECONDS EAST ALONG THE WEST LINE OF
SAID SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 20, 584.04 FEET
TO THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER
OF SAID SECTION 20;
THENCE NORTH 00 DEGREES 10 MINUTES 22 SECONDS EAST ALONG THE WEST LINE OF
THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 20, 823.19
FEET;
THENCE NORTH 39 DEGREES 33 MINUTES 55 SECONDS WEST, 624.96 FEET TO THE
SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 18;
THENCE NORTH 87 DEGREES 23 MINUTES 25 SECONDS EAST, ALONG THE SOUTH LINE OF
THE SOUTHEAST QUARTER OF SAID SECTION 18, 207.51 FEET;
THENCE NORTH 27 DEGREES 51 MINUTES 09 SECONDS EAST, 411.73 FEET TO THE WEST
LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17, THENCE NORTH 00 DEGREES
00 MINUTES 40 SECONDS EAST ALONG SAID WEST LINE OF THE SOUTHWEST QUARTER OF
SECTION 17, 209.59 FEET;
THENCE NORTH 87 DEGREES 23 MINUTES 25 SECONDS EAST, 60.06 FEET TO THE EAST
RIGHT OF WAY OF ALKIRE STREET AS DESCRIBED BY SAID BOOK 140, PAGE 251;
THENCE NORTH 00 DEGREES 00 MINUTES 40 SECONDS EAST ALONG SAID EAST RIGHT-
OF-WAY OF ALKIRE STREET, 87.06 FEET TO THE SOUTHWEST CORNER OF A PARCEL
DESCRIBED BY THE RECEPTION NO. 84066451;
THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID PARCEL DESCRIBED BY RECEPTION
NO. 84066451 THE FOLLOWING SEVEN (7) COURSES:

1) SOUTH 71 DEGREES 13 MINUTES 48 SECONDS EAST, 751.97 FEET;
2) NORTH 15 DEGREES 35 MINUTES 12 SECONDS EAST, 595.02 FEET;
3) SOUTH 63 DEGREES 04 MINUTES 33 SECONDS EAST, 1,359.98 FEET;
4) NORTH 52 DEGREES 05 MINUTES 41 SECONDS EAST, 1,059.95 FEET;
5) NORTH 06 DEGREES 24 MINUTES 07 SECONDS WEST, 379.97 FEET;
6) NORTH 63 DEGREES 19 MINUTES 56 SECONDS EAST, 820.02 FEET;
7) SOUTH 67 DEGREES 28 MINUTES 30 SECONDS EAST, 1,086.52 FEET TO THE
SOUTHWEST CORNER OF THE PARCEL DESCRIBED BY RECEPTION NO. 91027578;
THENCE SOUTH 89 DEGREES 20 MINUTES 20 SECONDS EAST ALONG THE SOUTH LINE OF
SAID PARCEL DESCRIBED BY RECEPTION NO. 91027578 AND THE PARCEL DESCRIBED BY
RECEPTION NO. 87055703, 614.77 FEET TO THE SOUTHEAST CORNER OF SAID PARCEL
DESCRIBED BY RECEPTION NO. 87055703 ALSO BEING ON THE WEST LINE OF SAID
SOUTHWEST QUARTER OF SECTION 16;
THENCE NORTH 00 DEGREES 12 MINUTES 30 SECONDS WEST ALONG THE WEST LINE OF
SAID SOUTHWEST QUARTER OF SECTION 16, 1,177.50 FEET TO THE POINT OF
BEGINNING.

EXHIBIT
A
(Page 2 of 3)

RECEPTION NO.   F0618920

PARCEL 2:

A PARCEL OF LAND LOCATED IN SECTIONS 15, 16, AND 22, TOWNSHIP 2 SOUTH, RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN, COUNTY OF JEFFERSON, STATE OF COLORADO, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE EAST QUARTER CORNER OF SAID SECTION 16, FROM WHENCE THE CENTER QUARTER CORNER OF SAID SECTION 16 BEARS, SOUTH 89 DEGREES 44 MINUTES 55 SECONDS WEST, 2,668.21 FEET;
THENCE SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 16, 60.00 FEET TO THE POINT OF BEGINNING ON THE SOUTH RIGHT OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251,
THENCE CONTINUING SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST ALONG THE AFOREMENTIONED COURSE, 590.43 FEET;
THENCE SOUTH 65 DEGREES 06 MINUTES 09 SECONDS WEST, 244.26 FEET;
THENCE SOUTH 70 DEGREES 48 MINUTES 35 SECONDS WEST, 246.36 FEET;
THENCE SOUTH 55 DEGREES 22 MINUTES 26 SECONDS WEST, 251.21 FEET;
THENCE SOUTH 48 DEGREES 06 MINUTES 46 SECONDS WEST, 194.08 FEET;
THENCE SOUTH 04 DEGREES 23 MINUTES 18 SECONDS WEST, 94.00 FEET;
THENCE SOUTH 54 DEGREES 58 MINUTES 24 SECONDS EAST, 124.92 FEET;
THENCE NORTH 70 DEGREES 27 MINUTES 59 SECONDS EAST, 262.21 FEET;
THENCE NORTH 68 DEGREES 21 MINUTES 36 SECONDS EAST, 205.93 FEET;
THENCE NORTH 65 DEGREES 53 MINUTES 22 SECONDS EAST, 294.84 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 16;
THENCE SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST, 1622.63 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 16;
THENCE SOUTH 00 DEGREES 24 MINUTES 41 SECONDS WEST ALONG THE WEST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 22, 928.41 FEET TO A 2" IRON PIPE AS CALLED FOR IN THE DEED DESCRIBED BY RECEPTION NO. F0131914;
THENCE NORTH 28 DEGREES 54 MINUTES 48 SECONDS WEST, 1,264.96 FEET;
THENCE NORTH 35 DEGREES 48 MINUTES 47 SECONDS WEST, 1,721.99 FEET;
THENCE NORTH 84 DEGREES 08 MINUTES 15 SECONDS WEST, 1,402.40 FEET TO A BOUNDARY CORNER ON THE SOUTHERLY BOUNDARY OF THE PARCEL DESCRIBED BY RECEPTION NO. 84072239;
THENCE ALONG THE SOUTHERLY AND EASTERLY LINES OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239, THE FOLLOWING FIVE (5) COURSES:

1) THENCE NORTH 59 DEGREES 45 MINUTES 39 SECONDS EAST, 350.00 FEET;
2) THENCE SOUTH 80 DEGREES 14 MINUTES 21 SECONDS EAST, 300.00 FEET;
3) THENCE SOUTH 88 DEGREES 44 MINUTES 21 SECONDS EAST, 1,950.00 FEET;
4) THENCE NORTH 60 DEGREES 17 MINUTES 27 SECONDS EAST, 529.24 FEET;
5) THENCE NORTH 00 DEGREES 27 MINUTES 10 SECONDS EAST, 487.04 FEET TO THE SOUTH RIGHT-OF-WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251;
THENCE NORTH 89 DEGREES 44 MINUTES 55 SECONDS EAST ALONG SAID SOUTH RIGHT-OF-WAY OF WEST 100TH AVENUE, 30.00 FEET TO THE POINT OF BEGINNING.

EXHIBIT
A
(Page 3 of 3)

CHICAGO TITLE INSURANCE COMPANY

A L T A   C O M M I T M E N T

SCHEDULE   B - SECTION 2                          6

(Exceptions)              Our Order # AB607269-2

The policy or policies to be issued will contain exceptions to the following matters unless the same are disposed of to the satisfaction of the Company:

1. Rights or claims of parties in possession not shown by the public records.

2. Easements, or claims of easements, not shown by the public records.

3. Discrepancies, conflicts in boundary lines, shortage in area, encroachments, and any facts which a correct survey inspection of the premises would disclose and which are not shown by the public records.

4. Any lien, or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the public records.

5. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires of record for value the estate or interest or mortgage thereon covered by this Commitment.

6. Taxes or special assessments which are not shown as existing liens by the public records.

7. Liens for unpaid water and sewer charges, if any.

8. In addition, the owner's policy will be subject to the mortgage, if any, noted in Section 1 of Schedule B hereof.

9. EXISTING LEASES AND TENANCIES, IF ANY.

10. RESERVATION BY UNION PACIFIC RAILWAY CO. OF ALL COAL THAT MAY BE UNDERNEATH THE SURFACE OF THE LAND AS SET FORTH IN DEED RECORDED JANUARY 8, 1890 IN BOOK 35 AT PAGE 129, AND QUIT CLAIM DEED RECORDED APRIL 14, 1971 IN BOOK 2251 AT PAGE 796.
                              RECEPTION NO.   F0618920

(AFFECTS NORTHWEST 1/4 SECTION 21)

AND AS SET FORTH IN DEED RECORDED IN BOOK 26 AT PAGE 521.

PAGE    15

EXHIBIT
B
(Page 1 of 4)

CHICAGO TITLE INSURANCE COMPANY

A L T A   C O M M I T M E N T

SCHEDULE  B - SECTION 2

(Exceptions)           Our Order # AB607269-2

RECEPTION NO.   FO618920

(AFFECTS SECTION 21)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 10, SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

11. RESTRICTIONS WHICH CONTAIN A FORFEITURE OR REVERTER CLAUSE AS SET FORTH IN DEED RECORDED DECEMBER 22, 1902 IN BOOK 125 AT PAGE 35.

(AFFECTS SOUTH 1/2 SECTION 16)

12. RESERVATION BY AMELIA KALKBRENNER OF ALL COAL AND MINERALS AS SET FORTH IN DEED RECORDED JULY 10, 1907 IN BOOK 153 AT PAGE 38.

(AFFECTS SOUTHWEST 1/4 SECTION 20)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 12, SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

13. RESERVATION BY JOSEPH STANDLEY, MILTON SMITH AND THOMAS B. CROKE OF ALL COAL AND MINERALS AS SET FORTH IN DEED RECORDED AUGUST 9, 1907 IN BOOK 153 AT PAGE 49.

(AFFECTS SECTION 17)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 13, SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

14. RESERVATION OF ALL COAL AND MINERALS AS SET FORTH IN DEED RECORDED MAY 6, 1907 IN BOOK 154 AT PAGE 247.

(AFFECTS SECTION 18)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 14, SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

15. ALL RIGHTS TO ANY AND ALL MINERALS, ORES, AND METALS OF EVERY KIND AND CHARACTER AND ALL COAL, ASPHALTUM, OIL AND OTHER LIKE SUBSTANCES IN OR UNDER SAID LAND AND THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSE OF MINING TOGETHER WITH ENOUGH OF THE SURFACE OF SAME AS MAY BE NECESSARY FOR THE PROPER AND CONVENIENT WORKING OF SUCH MINERALS AND SUBSTANCES AS RESERVED IN PATENT RECORDED February 05, 1925 IN BOOK 270 AT PAGE 401, AND JUNE 12, 1932 IN BOOK 353 AT PAGE 46.

PAGE    16

EXHIBIT
B
(Page 2 of 4)

CHICAGO TITLE INSURANCE COMPANY

A L T A    C O M M I T M E N T

SCHEDULE  B - SECTION 2

(Exceptions)                    Our Order # AB607269-2

RECEPTION NO.    F0618920        

(AFFECTS SECTION 16)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 15, SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

16. TERMS, CONDITIONS AND PROVISIONS OF AGREEMENT ESTABLISHING PROPERTY DIVIDING LINE RECORDED June 12, 1969 IN BOOK 2109 AT PAGE 704.

17. TERMS, CONDITIONS AND PROVISIONS OF MEMORANDUM OF AGREEMENT FOR THE ENLARGEMENT OF THE STANDLEY LAKE RESERVOIR RECORDED March 27, 1974 IN BOOK 2604 AT PAGE 593.

18. TERMS, CONDITIONS AND PROVISIONS OF MEMORANDUM OF AGREEMENT RECORDED October 09, 1974 IN BOOK 2670 AT PAGE 692.

19. TERMS, CONDITIONS AND PROVISIONS OF RIGHT OF WAY CONTRACT WITH PUBLIC SERVICE COMPANY OF COLORADO RECORDED April 10, 1981 AT RECEPTION NO. 81024630.

(AFFECTS SECTIONS 27 AND 28)

20. TERMS, CONDITIONS AND PROVISIONS OF AGREEMENT RECORDED January 24, 1983 AT RECEPTION NO. 83006966.

21. UTILITY EASEMENT AS GRANTED TO PUBLIC SERVICE COMPANY OF COLORADO IN INSTRUMENT RECORDED January 07, 1994, UNDER RECEPTION NO. 94005361.

22. ANY TAX, LIEN, FEE, OR ASSESSMENT BY REASON OF INCLUSION OF SUBJECT PROPERTY IN THE ARVADA FIRE PROTECTION DISTICT, AS EVIDENCED BY INSTRUMENT RECORDED June 12, 1969, IN BOOK 2110 AT PAGE 57.

(AFFECTS SECTIONS 27 AND 28)

23. (ITEM DELETED)

24. INTEREST ACQUIRED BY THE MANDALAY IRRIGATION COMPANY BY DEED RECORDED JULY 20, 1923 IN BOOK 249 AT PAGE 311.

(AFFECTS A PORTION OF PARCELS 2 AND 6)

25. THE FOLLOWING ITEMS AS DISCLOSED ON SURVEY DATED JANUARY 30, 1998 BY VIGIL LAND CONSULTANTS, JOB NO. 97101:

A) RIGHT OF WAY FOR WOMAN CREEK, DITCH LATERAL AND FOR ALKIRE STREET
B) ELECTRIC AND TELEPHONE LINES NOT WITHIN AN EASEMENT AS EVIDENCED BY OVERHEAD LINES AND TELEPHONE PEDESTAL
C) ANY BOUNDARY DISCREPANCY DUE TO THE LOCATION OF THE FENCE LINE AND THE

EXHIBIT
B
(Page 3 of 4)

CHICAGO TITLE INSURANCE COMPANY

A L T A   C O M M I T M E N T

SCHEDULE   B - SECTION 2

(Exceptions)                    Our Order # AB607269-2

EFFECT OF ANY RIGHT, TITLE AND INTEREST THAT MAY BE CLAIMED DUE TO SAID DISCREPANCY.

NOTE:  UPON COMPLIANCE WITH THE REQUIREMENTS UNDER SCHEDULE B-2, EXCEPTION 25(C) WILL BE DELETED.

26. LAND SURVEY PLAT OF OS94-61 STANDLEY LAKE/FRICO RECORDED FEBRUARY 9, 1998 UNDER RECEPTION NO. F0553329.

NOTE:  THE FOLLOWING IS FOR INFORMATION PURPOSES ONLY:

A) WATER RIGHTS RESERVED IN DEED RECORDED JULY 10, 1907 IN BOOK 153 AT PAGE 38.

(AFFECTS SOUTHWEST 1/4 SECTION 20)

B) WATER RIGHTS RESERVED IN DEED RECORDED AUGUST 9, 1907 IN BOOK 153 AT PAGE 49.

(AFFECTS SECTION 17)

C) WATER RIGHTS AS RESERVED IN DEED RECORDED MAY 6, 1907 IN BOOK 154 AT PAGE 247.

(AFFECTS SECTION 18)

D) TERMS, CONDITIONS AND PROVISIONS OF RESOLUTION RECORDED SEPTEMBER 4, 1974 IN BOOK 2659 AT PAGE 757.

E) ALL WATER AND WATER RIGHTS AND RELATED REAL AND PERSONAL PROPERTY REPRESENTED BY 164.92 INCHES OF WATER DECREED TO THE CHURCH DITCH AS CONVEYED TO THE CITY OF WESTMINSTER BY DEED RECORDED MAY 17, 1996 UNDER RECEPTION NO. F0236497. AMENDMENT TO AGREEMENT FOR PURCHASE AND SALE OF WATER RECORDED MAY 17, 1996 UNDER RECEPTION NO. F0236498.

RECEPTION NO.   F0618920

PAGE   18

EXHIBIT
B
(Page 4 of 4)

*1953*

RECEPTION NO. F0758292      0.00                    PG: 0001-009
054      RECORDED IN JEFFERSON COUNTY, COLORADO        12/15/1998 11:30:10

## GENERAL WARRANTY DEED

1-9

N Fee

**THIS DEED**, made this 24th day of May, 1998, is between **THE FARMERS RESERVOIR AND IRRIGATION COMPANY**, a Colorado corporation, whose address is 80 South 27th Avenue, Brighton, Colorado 80601, ("Grantor"), and the **COUNTY OF JEFFERSON, STATE OF COLORADO**, a body politic and corporate, duly organized and existing under and by virtue of the laws of the State of Colorado, whose legal address is 100 Jefferson County Parkway, Golden, Colorado 80419 ("Grantee").

**WITNESSETH**, That the Grantor, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the Grantee, its successors and assigns forever, the real property, together with improvements, if any, situate, lying and being in the County of Jefferson, State of Colorado, described on Exhibit A which is attached hereto and incorporated herein by this reference.

**TOGETHER WITH** all and singular the hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above-bargained premises, with the hereditaments and appurtenances thereunto appertaining.

**TO HAVE AND TO HOLD** the said premises above-bargained and described, with the appurtenances, unto the Grantee, its successors and assigns forever. And the Grantor, for itself, its successors and assigns, does covenant, grant, bargain and agree to and with the Grantee, its successors and assigns, that at the time of the ensealing and delivery of these presents, the Grantor is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same is free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind and nature soever, except for:

1.   The lien for general taxes for the calendar year in which the conveyance is made, which shall be adjusted and prorated to the date of closing, the proration thereof to be based upon the most recent levy and assessment; and

2.   Subject to the easements, rights of way of record and items set forth in numbers 10-22 of Exhibit B attached hereto, incorporated herein and made a part hereof by this reference.

The Grantor shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the Grantee, its successors and assigns, against all and every person or persons claiming the whole or any part thereof.



STATE DOCUMENTARY FEE
Exempt
DEC 15 1998

M:\GROUPS\ATTORNEY\COMM_RES\OPENSPAC\FRICO2.GWD
MAY 26, 1998

1

RECEPTION NO.   F0758292

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

GRANTOR:
THE FARMERS RESERVOIR AND IRRIGATION
COMPANY, a Colorado corporation

[SEAL]

By: _Albert F. Sack_
Albert F. Sack, President

Date: _5/27/98_

Secretary

STATE OF COLORADO )
) ss.
COUNTY OF JEFFERSON )

The foregoing GENERAL WARRANTY DEED was acknowledged before me this 27th day of May, 1998, by Albert F. Sack as President and by Jenn. R. L. Moore as Secretary of The Farmers Reservoir and Irrigation Company, Grantor.

MELINDA BICKFORD  my hand and official seal.
NOTARY PUBLIC  commission expires: _____
STATE OF COLORADO
My Commission Expires 12/13/2001

Notary Public

APPROVED AS TO FORM:

_Anne T. Kelson_
Anne T. Kelson
Assistant County Attorney

THE WITHIN DEED IS ACCEPTED THIS 27th DAY OF MAY, 1998.

COUNTY OF JEFFERSON
STATE OF COLORADO

By: _Michelle Lawrence_
Michelle Lawrence, Chairman
Board of County Commissioners

M:\GROUPS\ATTORNEY\COMM_RES\OPENSPAC\FRICO2.GWD
MAY 26, 1998

2

RECEPTION NO. F0758292

3

PARCEL 1:

A PARCEL OF LAND LOCATED IN SECTIONS 16, 17, 18, 19 AND 20, TOWNSHIP 2
SOUTH, RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN, COUNTY OF JEFFERSON,
STATE OF COLORADO, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE WEST QUARTER CORNER OF SAID SECTION 16, FROM WHENCE THE
CENTER QUARTER CORNER OF SAID SECTION 16 BEARS NORTH 89 DEGREES 44 MINUTES
40 SECONDS EAST, 2,690.42 FEET;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST, ALONG THE WEST LINE OF
THE SOUTHWEST QUARTER OF SAID SECTION 16, 60.00 FEET TO THE POINT OF
BEGINNING ON THE SOUTH RIGHT OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY
BOOK 140, PAGE 251;
THENCE NORTH 89 DEGREES 44 MINUTES 40 SECONDS EAST ALONG SAID SOUTH RIGHT
OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251, 30.00 FEET
TO THE WEST LINE OF THE PARCEL DESCRIBED BY RECEPTION NO. 90087253;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST, ALONG SAID WEST LINE OF
THE PARCEL DESCRIBED BY RECEPTION NO. 90087253, 1179.74 FEET TO THE SOUTH
LINE OF SAID PARCEL;
THENCE NORTH 79 DEGREES 38 MINUTES 25 SECONDS EAST ALONG THE SOUTH LINE OF
SAID PARCEL DESCRIBED BY RECEPTION NO. 90087253, AND THE PARCEL DESCRIBED
BY RECEPTION NO. 91055864, 1,014.78 FEET TO THE SOUTHEAST CORNER OF SAID
PARCEL DESCRIBED BY RECEPTION NO. 91055864;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST ALONG THE WEST LINE OF
THE PARCEL DESCRIBED BY RECEPTION NO. 84072239, 20.39 FEET TO THE SOUTHWEST
CORNER OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239;
THENCE NORTH 80 DEGREES 44 MINUTES 39 SECONDS EAST ALONG THE SOUTHERLY LINE
OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239, 784.52 FEET;
THENCE NORTH 67 DEGREES 10 MINUTES 29 SECONDS WEST, 766.49 FEET;
THENCE NORTH 85 DEGREES 50 MINUTES 58 SECONDS WEST, 304.51 FEET;
THENCE SOUTH 41 DEGREES 02 MINUTES 24 SECONDS EAST, 312.46 FEET;
THENCE SOUTH 43 DEGREES 41 MINUTES 30 SECONDS WEST, 206.18 FEET;
THENCE NORTH 89 DEGREES 30 MINUTES 31 SECONDS WEST, 669.01 FEET;
THENCE SOUTH 38 DEGREES 49 MINUTES 03 SECONDS WEST, 293.56 FEET TO THE WEST
LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 16;
THENCE NORTH 44 DEGREES 39 MINUTES 10 SECONDS WEST, 312.35 FEET;
THENCE NORTH 85 DEGREES 24 MINUTES 41 SECONDS WEST, 444.49 FEET;
THENCE SOUTH 81 DEGREES 14 MINUTES 04 SECONDS WEST, 853.70 FEET;
THENCE SOUTH 12 DEGREES 36 MINUTES 11 SECONDS EAST, 369.47 FEET;
THENCE NORTH 50 DEGREES 19 MINUTES 24 SECONDS WEST, 656.06 FEET;
THENCE SOUTH 58 DEGREES 56 MINUTES 19 SECONDS WEST, 1,044.52 FEET;
THENCE SOUTH 32 DEGREES 12 MINUTES 48 SECONDS EAST, 255.59 FEET;
THENCE SOUTH 53 DEGREES 59 MINUTES 58 SECONDS WEST, 495.60 FEET;
THENCE SOUTH 55 DEGREES 58 MINUTES 45 SECONDS WEST, 449.04 FEET;
THENCE NORTH 82 DEGREES 30 MINUTES 47 SECONDS WEST 637.48 FEET;
THENCE NORTH 41 DEGREES 16 MINUTES 02 SECONDS WEST, 794.94 FEET;
THENCE SOUTH 12 DEGREES 06 MINUTES 25 SECONDS WEST, 237.51 FEET;
THENCE NORTH 88 DEGREES 37 MINUTES 08 SECONDS WEST, 693.89 FEET;

EXHIBIT
A
(Page 1 of 2)

RECEPTION NO.   F0758292

4

THENCE SOUTH 33 DEGREES 03 MINUTES 28 SECONDS WEST, 552.99 FEET;
THENCE SOUTH 51 DEGREES 37 MINUTES 30 SECONDS EAST, 901.04 FEET;
THENCE SOUTH 05 DEGREES 52 MINUTES 53 SECONDS WEST, 649.88 FEET;
THENCE SOUTH 60 DEGREES 09 MINUTES 18 SECONDS WEST, 556.23 FEET;
THENCE SOUTH 84 DEGREES 07 MINUTES 36 SECONDS WEST, 596.71 FEET TO THE WEST
LINE OF THE SOUTHWEST QUARTER OR THE NORTHWEST QUARTER OF SAID SECTION 20;

THENCE NORTH 00 DEGREES 13 MINUTES 40 SECONDS EAST ALONG THE WEST LINE OF
SAID SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 20, 584.04 FEET
TO THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER
OF SAID SECTION 20;

THENCE NORTH 00 DEGREES 10 MINUTES 22 SECONDS EAST ALONG THE WEST LINE OF
THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 20, 823.19
FEET;

THENCE NORTH 39 DEGREES 33 MINUTES 55 SECONDS WEST, 624.96 FEET TO THE
SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 18;
THENCE NORTH 87 DEGREES 23 MINUTES 25 SECONDS EAST, ALONG THE SOUTH LINE OF
THE SOUTHEAST QUARTER OF SAID SECTION 18, 207.51 FEET;
THENCE NORTH 27 DEGREES 51 MINUTES 09 SECONDS EAST, 411.73 FEET TO THE WEST
LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17, THENCE NORTH 00 DEGREES
00 MINUTES 40 SECONDS EAST ALONG SAID WEST LINE OF THE SOUTHWEST QUARTER OF
SECTION 17, 209.59 FEET;

THENCE NORTH 87 DEGREES 23 MINUTES 25 SECONDS EAST, 60.06 FEET TO THE EAST
RIGHT OF WAY OF ALKIRE STREET AS DESCRIBED BY SAID BOOK 140, PAGE 251;
THENCE NORTH 00 DEGREES 00 MINUTES 40 SECONDS EAST ALONG SAID EAST RIGHT-
OF-WAY OF ALKIRE STREET, 87.06 FEET TO THE SOUTHWEST CORNER OF A PARCEL
DESCRIBED BY THE RECEPTION NO. 84066451;
THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID PARCEL DESCRIBED BY RECEPTION
NO: 84066451 THE FOLLOWING SEVEN (7) COURSES:

1) SOUTH 71 DEGREES 13 MINUTES 48 SECONDS EAST, 751.97 FEET;
2) NORTH 15 DEGREES 35 MINUTES 12 SECONDS EAST, 595.02 FEET;
3) SOUTH 63 DEGREES 04 MINUTES 33 SECONDS EAST, 1,359.98 FEET;
4) NORTH 52 DEGREES 05 MINUTES 41 SECONDS EAST, 1,059.95 FEET;
5) NORTH 06 DEGREES 24 MINUTES 07 SECONDS WEST, 379.97 FEET;
6) NORTH 63 DEGREES 19 MINUTES 56 SECONDS EAST, 820.02 FEET;
7) SOUTH 67 DEGREES 28 MINUTES 30 SECONDS EAST, 1,086.52 FEET TO THE
SOUTHWEST CORNER OF THE PARCEL DESCRIBED BY RECEPTION NO. 91027578;
THENCE SOUTH 89 DEGREES 20 MINUTES 20 SECONDS EAST ALONG THE SOUTH LINE OF
SAID PARCEL DESCRIBED BY RECEPTION NO. 91027578 AND THE PARCEL DESCRIBED BY
RECEPTION NO. 87055703, 614.77 FEET TO THE SOUTHEAST CORNER OF SAID PARCEL
DESCRIBED BY RECEPTION NO. 87055703 ALSO BEING ON THE WEST LINE OF SAID
SOUTHWEST QUARTER OF SECTION 16;
THENCE NORTH 00 DEGREES 12 MINUTES 30 SECONDS WEST ALONG THE WEST LINE OF
SAID SOUTHWEST QUARTER OF SECTION 16, 1,177.50 FEET TO THE POINT OF
BEGINNING.

EXHIBIT
A
(Page 2 of 3)

RECEPTION NO.   F0758292

PARCEL 2:

A PARCEL OF LAND LOCATED IN SECTIONS 15, 16, AND 22, TOWNSHIP 2 SOUTH, RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN, COUNTY OF JEFFERSON, STATE OF COLORADO, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE EAST QUARTER CORNER OF SAID SECTION 16, FROM WHENCE THE CENTER QUARTER CORNER OF SAID SECTION 16 BEARS, SOUTH 89 DEGREES 44 MINUTES 55 SECONDS WEST, 2,668.21 FEET;
THENCE SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 16, 60.00 FEET TO THE POINT OF BEGINNING ON THE SOUTH RIGHT OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251,
THENCE CONTINUING SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST ALONG THE AFOREMENTIONED COURSE, 590.43 FEET;
THENCE SOUTH 65 DEGREES 09 MINUTES 09 SECONDS WEST, 244.26 FEET;
THENCE SOUTH 70 DEGREES 48 MINUTES 35 SECONDS WEST, 246.36 FEET;
THENCE SOUTH 55 DEGREES 22 MINUTES 26 SECONDS WEST, 251.21 FEET;
THENCE SOUTH 48 DEGREES 06 MINUTES 46 SECONDS WEST, 194.08 FEET;
THENCE SOUTH 04 DEGREES 23 MINUTES 18 SECONDS WEST, 94.00 FEET;
THENCE SOUTH 54 DEGREES 58 MINUTES 24 SECONDS EAST, 124.92 FEET;
THENCE NORTH 70 DEGREES 27 MINUTES 59 SECONDS EAST, 262.21 FEET;
THENCE NORTH 68 DEGREES 21 MINUTES 36 SECONDS EAST, 205.93 FEET;
THENCE NORTH 65 DEGREES 53 MINUTES 22 SECONDS EAST, 294.84 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 16;
THENCE SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST, 1622.63 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 16;
THENCE SOUTH 00 DEGREES 24 MINUTES 41 SECONDS WEST ALONG THE WEST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 22, 928.41 FEET TO A 2" IRON PIPE AS CALLED FOR IN THE DEED DESCRIBED BY RECEPTION NO. F0131914;
THENCE NORTH 28 DEGREES 54 MINUTES 48 SECONDS WEST, 1,264.96 FEET;
THENCE NORTH 35 DEGREES 48 MINUTES 47 SECONDS WEST, 1,721.99 FEET;
THENCE NORTH 84 DEGREES 08 MINUTES 15 SECONDS WEST, 1,402.40 FEET TO A BOUNDARY CORNER ON THE SOUTHERLY BOUNDARY OF THE PARCEL DESCRIBED BY RECEPTION NO. 84072239;
THENCE ALONG THE SOUTHERLY AND EASTERLY LINES OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239, THE FOLLOWING FIVE (5) COURSES:

1) THENCE NORTH 59 DEGREES 45 MINUTES 39 SECONDS EAST, 350.00 FEET;
2) THENCE SOUTH 80 DEGREES 14 MINUTES 21 SECONDS EAST, 300.00 FEET;
3) THENCE SOUTH 88 DEGREES 44 MINUTES 21 SECONDS EAST, 1,950.00 FEET;
4) THENCE NORTH 60 DEGREES 17 MINUTES 27 SECONDS EAST, 529.24 FEET;
5) THENCE NORTH 00 DEGREES 27 MINUTES 10 SECONDS EAST, 487.04 FEET TO THE SOUTH RIGHT-OF-WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251;
THENCE NORTH 89 DEGREES 44 MINUTES 55 SECONDS EAST ALONG SAID SOUTH RIGHT-OF-WAY OF WEST 100TH AVENUE, 30.00 FEET TO THE POINT OF BEGINNING.

EXHIBIT
A
(Page 3 of 3)

RECEPTION NO.   F0758292

CHICAGO TITLE INSURANCE COMPANY

A L T A   C O M M I T M E N T                        6

SCHEDULE   B - SECTION 2

(Exceptions)              Our Order # AB607269-2

The policy or policies to be issued will contain exceptions to the
following matters unless the same are disposed of to the
satisfaction of the Company:

1.  Rights or claims of parties in possession not shown by the
    public records.

2.  Easements, or claims of easements, not shown by the public
    records.

3.  Discrepancies, conflicts in boundary lines, shortage in area,
    encroachments, and any facts which a correct survey inspection
    of the premises would disclose and which are not shown by the
    public records.

4.  Any lien, or right to a lien, for services, labor or material
    heretofore or hereafter furnished, imposed by law and not shown
    by the public records.

5.  Defects, liens, encumbrances, adverse claims or other matters,
    if any, created, first appearing in the public records or
    attaching subsequent to the effective date hereof but prior to
    the date the proposed insured acquires of record for value the
    estate or interest or mortgage thereon covered by this
    Commitment.

6.  Taxes or special assessments which are not shown as existing
    liens by the public records.

7.  Liens for unpaid water and sewer charges, if any.

8.  In addition, the owner's policy will be subject to the
    mortgage, if any, noted in Section 1 of Schedule B hereof.

9.  EXISTING LEASES AND TENANCIES, IF ANY.

10. RESERVATION BY UNION PACIFIC RAILWAY CO. OF ALL COAL THAT MAY BE UNDERNEATH
    THE SURFACE OF THE LAND AS SET FORTH IN DEED RECORDED JANUARY 8, 1890 IN
    BOOK 35 AT PAGE 129, AND QUIT CLAIM DEED RECORDED APRIL 14, 1971 IN BOOK
    2251 AT PAGE 796.

    (AFFECTS NORTHWEST 1/4 SECTION 21)

    AND AS SET FORTH IN DEED RECORDED IN BOOK 26 AT PAGE 521.

PAGE    15

EXHIBIT
B
(Page 1 of 4)

RECEPTION NO.   F0758292

CHICAGO TITLE INSURANCE COMPANY

A L T A   C O M M I T M E N T

SCHEDULE B - SECTION 2

(Exceptions)                    Our Order # AB607269-2

(AFFECTS SECTION 21)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 10,
SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT
NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

11. RESTRICTIONS WHICH CONTAIN A FORFEITURE OR REVERTER CLAUSE AS SET FORTH IN
DEED RECORDED DECEMBER 22, 1902 IN BOOK 125 AT PAGE 35.

(AFFECTS SOUTH 1/2 SECTION 16)

12. RESERVATION BY AMELIA KALKBRENNER OF ALL COAL AND MINERALS AS SET FORTH IN
DEED RECORDED JULY 10, 1907 IN BOOK 153 AT PAGE 38.

(AFFECTS SOUTHWEST 1/4 SECTION 20)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 12,
SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT
NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

13. RESERVATION BY JOSEPH STANDLEY, MILTON SMITH AND THOMAS B. CROKE OF ALL
COAL AND MINERALS AS SET FORTH IN DEED RECORDED AUGUST 9, 1907 IN BOOK 153
AT PAGE 49.

(AFFECTS SECTION 17)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 13,
SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT
NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

14. RESERVATION OF ALL COAL AND MINERALS AS SET FORTH IN DEED RECORDED MAY 6,
1907 IN BOOK 154 AT PAGE 247.

(AFFECTS SECTION 18)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 14,
SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT
NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

15. ALL RIGHTS TO ANY AND ALL MINERALS, ORES, AND METALS OF EVERY KIND AND
CHARACTER AND ALL COAL, ASPHALTUM, OIL AND OTHER LIKE SUBSTANCES IN OR
UNDER SAID LAND AND THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSE OF
MINING TOGETHER WITH ENOUGH OF THE SURFACE OF SAME AS MAY BE NECESSARY FOR
THE PROPER AND CONVENIENT WORKING OF SUCH MINERALS AND SUBSTANCES AS
RESERVED IN PATENT RECORDED February 05, 1925 IN BOOK 270 AT PAGE 401, AND
JUNE 12, 1932 IN BOOK 353 AT PAGE 46.

PAGE    16

EXHIBIT
B
(Page 2 of 4)

RECEPTION NO. F0758292

CHICAGO TITLE INSURANCE COMPANY

A L T A   C O M M I T M E N T

SCHEDULE   B - SECTION 2

(Exceptions)           Our Order # AB607269-2

(AFFECTS SECTION 16)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 15, SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

16. TERMS, CONDITIONS AND PROVISIONS OF AGREEMENT ESTABLISHING PROPERTY DIVIDING LINE RECORDED June 12, 1969 IN BOOK 2109 AT PAGE 704.

17. TERMS, CONDITIONS AND PROVISIONS OF MEMORANDUM OF AGREEMENT FOR THE ENLARGEMENT OF THE STANDLEY LAKE RESERVOIR RECORDED March 27, 1974 IN BOOK 2604 AT PAGE 593.

18. TERMS, CONDITIONS AND PROVISIONS OF MEMORANDUM OF AGREEMENT RECORDED October 09, 1974 IN BOOK 2670 AT PAGE 692.

19. TERMS, CONDITIONS AND PROVISIONS OF RIGHT OF WAY CONTRACT WITH PUBLIC SERVICE COMPANY OF COLORADO RECORDED April 10, 1981 AT RECEPTION NO. 81024630.

(AFFECTS SECTIONS 27 AND 28)

20. TERMS, CONDITIONS AND PROVISIONS OF AGREEMENT RECORDED January 24, 1983 AT RECEPTION NO. 83006966.

21. UTILITY EASEMENT AS GRANTED TO PUBLIC SERVICE COMPANY OF COLORADO IN INSTRUMENT RECORDED January 07, 1994, UNDER RECEPTION NO. 94005361.

22. ANY TAX, LIEN, FEE, OR ASSESSMENT BY REASON OF INCLUSION OF SUBJECT PROPERTY IN THE ARVADA FIRE PROTECTION DISTICT, AS EVIDENCED BY INSTRUMENT RECORDED June 12, 1969, IN BOOK 2110 AT PAGE 57.

(AFFECTS SECTIONS 27 AND 28)

23. (ITEM DELETED)

24. INTEREST ACQUIRED BY THE MANDALAY IRRIGATION COMPANY BY DEED RECORDED JULY 20, 1923 IN BOOK 249 AT PAGE 311.

(AFFECTS A PORTION OF PARCELS 2 AND 6)

25. THE FOLLOWING ITEMS AS DISCLOSED ON SURVEY DATED JANUARY 30, 1998 BY VIGIL LAND CONSULTANTS, JOB NO. 97101:

A) RIGHT OF WAY FOR WOMAN CREEK, DITCH LATERAL AND FOR ALKIRE STREET
B) ELECTRIC AND TELEPHONE LINES NOT WITHIN AN EASEMENT AS EVIDENCED BY OVERHEAD LINES AND TELEPHONE PEDESTAL
C) ANY BOUNDARY DISCREPANCY DUE TO THE LOCATION OF THE FENCE LINE AND THE

PAGE    17

EXHIBIT
B
(Page 3 of 4)

RECEPTION NO. F0758292

CHICAGO TITLE INSURANCE COMPANY

A L T A   C O M M I T M E N T

SCHEDULE  B - SECTION 2

(Exceptions)                    Our Order # AB607269-2

EFFECT OF ANY RIGHT, TITLE AND INTEREST THAT MAY BE CLAIMED DUE TO SAID DISCREPANCY.

NOTE:  UPON COMPLIANCE WITH THE REQUIREMENTS UNDER SCHEDULE B-2, EXCEPTION 25(C) WILL BE DELETED.

26. LAND SURVEY PLAT OF OS94-61 STANDLEY LAKE/FRICO RECORDED FEBRUARY 9, 1998 UNDER RECEPTION NO. F0553329.

NOTE:  THE FOLLOWING IS FOR INFORMATION PURPOSES ONLY:

A) WATER RIGHTS RESERVED IN DEED RECORDED JULY 10, 1907 IN BOOK 153 AT PAGE 38.

(AFFECTS SOUTHWEST 1/4 SECTION 20)

B) WATER RIGHTS RESERVED IN DEED RECORDED AUGUST 9, 1907 IN BOOK 153 AT PAGE 49.

(AFFECTS SECTION 17)

C) WATER RIGHTS AS RESERVED IN DEED RECORDED MAY 6, 1907 IN BOOK 154 AT PAGE 247.

(AFFECTS SECTION 18)

D) TERMS, CONDITIONS AND PROVISIONS OF RESOLUTION RECORDED SEPTEMBER 4, 1974 IN BOOK 2659 AT PAGE 757.

E) ALL WATER AND WATER RIGHTS AND RELATED REAL AND PERSONAL PROPERTY REPRESENTED BY 164.92 INCHES OF WATER DECREED TO THE CHURCH DITCH AS CONVEYED TO THE CITY OF WESTMINSTER BY DEED RECORDED MAY 17, 1996 UNDER RECEPTION NO. F0236497. AMENDMENT TO AGREEMENT FOR PURCHASE AND SALE OF WATER RECORDED MAY 17, 1996 UNDER RECEPTION NO. F0236498.

PAGE    18

EXHIBIT
B
(Page 4 of 4)

RECEPTION NO. F0831510
3/25/1999 10:54:20  PG: 001-009
PAGE FEE:    0.00 DOC.FEE:    0.00
RECORDED IN JEFFERSON COUNTY, COLORADO

## GENERAL WARRANTY DEED

THIS DEED, made this _25th_ day of March, 1999, is between **THE FARMERS RESERVOIR AND IRRIGATION COMPANY**, a Colorado corporation, whose address is 80 South 27th Avenue, Brighton, Colorado 80601, ("Grantor"), and the **COUNTY OF JEFFERSON, STATE OF COLORADO**, a body politic and corporate, duly organized and existing under and by virtue of the laws of the State of Colorado, whose legal address is 100 Jefferson County Parkway, Golden, Colorado 80419 ("Grantee").

WITNESSETH, That the Grantor, for and in consideration of the sum of Exactly Nine Hundred Ninety Thousand and No/100ths Dollars ($990,000.00), the receipt and sufficiency of which are hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the Grantee, its successors and assigns forever, the real property, together with improvements, if any, situate, lying and being in the County of Jefferson, State of Colorado, described on Exhibit A which is attached hereto and incorporated herein by this reference.

TOGETHER WITH all and singular the hereditaments and appurtenances thereunto belonging or in anywise appertaining, (except the Croke Canal extending beyond the perimeter of the real property) and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above-bargained premises, with the hereditaments and appurtenances thereunto appertaining.

TO HAVE AND TO HOLD the said premises above-bargained and described, with the appurtenances, unto the Grantee, its successors and assigns forever. And the Grantor, for itself, its successors and assigns, does covenant, grant, bargain and agree to and with the Grantee, its successors and assigns, that at the time of the ensealing and delivery of these presents, the Grantor is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, foll power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same is free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind and nature soever, except for the easements, rights of way of record and items set forth in numbers 11 & 15-21 & 23 & 25-26 of Exhibit B attached hereto, incorporated herein and made a part hereof by this reference.

The Grantor shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the Grantee, its successors and assigns, against all and every person or persons claiming the whole or any part thereof.

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

[SEAL]

*Mary E. Hansen*
Secretary

GRANTOR:
THE FARMERS RESERVOIR AND IRRIGATION
COMPANY, a Colorado corporation

By: *Pete Roskop*
Pete Roskop, President

Date: *March 25th 1999*

STATE OF COLORADO )
) ss.
COUNTY OF JEFFERSON )

The foregoing GENERAL WARRANTY DEED was acknowledged before me this 25 day of March, 1999, by Pete Roskop as President and *MARY E. HANSEN* as Secretary of The Farmers Reservoir and Irrigation Company, Grantor.

WITNESS my hand and official seal.
My Commission expires: *3-17-02*

*[signature]*
Notary Public

APPROVED AS TO FORM:

*Anne Kelson*
Anne T. Kelson
Assistant County Attorney

RECEPTION NO.   F0831510

THE WITHIN DEED IS ACCEPTED THIS 25th DAY OF MARCH, 1999.

COUNTY OF JEFFERSON
STATE OF COLORADO

By *[signature]*
Patricia B. Holloway, Chairman
Board of County Commissioners

\\QCA\DATA1\GROUPS\ATTORNEY\COMM_RES\OPENSPAC\FRICO-99.GWD.DOC
March 24, 1999

2

PARCEL 3:

A PARCEL OF LAND LOCATED IN SECTIONS 22, 27 AND 28, TOWNSHIP 2 SOUTH, RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN, COUNTY OF JEFFERSON, STATE OF COLORADO, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT THE EAST QUARTER CORNER OF SAID SECTION 16, FROM WHENCE THE CENTER QUARTER CORNER OF SAID SECTION 16 BEARS SOUTH 89 DEGREES 44 MINUTES 55 SECONDS WEST, 2,668.21 FEET;  THENCE SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST, ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 16, 2,610.57 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 16;  THENCE SOUTH 00 DEGREES 24 MINUTES 41 SECONDS WEST ALONG THE WEST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 22, 928.41 FEET TO A 2" IRON PIPE AS CALLED FOR IN THE DEED DESCRIBED BY RECEPTION NO. F0131914;  THENCE SOUTH 24 DEGREES 37 MINUTES 58 SECONDS EAST, 743.43 FEET TO THE MOST NORTHERLY CORNER OF THE PARCEL DESCRIBED BY BOOK 2866, PAGE 946;  THENCE SOUTH 34 DEGREES 26 MINUTES 39 SECONDS WEST, ALONG THE NORTHERLY LINE OF SAID PARCEL, 22.30 FEET TO THE MOST WESTERLY CORNER OF SAID PARCEL;  THENCE SOUTH 23 DEGREES 07 MINUTES 19 SECONDS EAST ALONG THE WESTERLY LINE OF SAID PARCEL, 83.93 FEET TO THE SOUTHWEST CORNER OF SAID PARCEL;  THENCE SOUTH 86 DEGREES 29 MINUTES 58 SECONDS EAST, ALONG THE SOUTH LINE OF SAID PARCEL, 24.20 FEET TO THE NORTHWEST CORNER OF A PARCEL DESCRIBED BY RECEPTION NO. 88060312;  THENCE SOUTH 24 DEGREES 37 MINUTES 58 SECONDS EAST ALONG THE WESTERLY LINE OF SAID PARCEL DESCRIBED BY RECEPTION NO. 88060312, 329.85 FEET TO THE MOST SOUTHERLY CORNER OF SAID PARCEL DESCRIBED BY RECEPTION NO. 88060312 ALSO BEING THE POINT OF BEGINNING;  THENCE ALONG THE WESTERLY AND NORTHERLY LINES OF THE PARCEL DESCRIBED BY RECEPTION NO. 92158563 THE FOLLOWING NINE (9) COURSES:                                    RECEPTION NO. F0831510

1) THENCE NORTH 07 DEGREES 18 MINUTES 28 SECONDS WEST, 296.13 FEET;
2) THENCE SOUTH 86 DEGREES 29 MINUTES 58 SECONDS EAST, 58.80 FEET;
3) THENCE NORTH 03 DEGREES 29 MINUTES 52 SECONDS WEST, 344.04 FEET;
4) THENCE NORTH 31 DEGREES 27 MINUTES 09 SECONDS EAST, 437.52 FEET;
5) THENCE SOUTH 73 DEGREES 16 MINUTES 47 SECONDS EAST, 108.47 FEET;
6) THENCE NORTH 64 DEGREES 56 MINUTES 13 SECONDS EAST, 158.97 FEET;
7) THENCE SOUTH 79 DEGREES 11 MINUTES 47 SECONDS EAST, 137.34 FEET;
8) THENCE NORTH 19 DEGREES 18 MINUTES 13 SECONDS EAST, 129.16 FEET;
9) THENCE NORTH 78 DEGREES 27 MINUTES 13 SECONDS EAST, 16.86 FEET TO THE WEST LINE OF TRACT A OF SUNSTREAM FILING NO. 2;  THENCE ALONG THE WESTERLY BOUNDARY OF SAID SUNSTREAM FILING NO. 2 THE FOLLOWING FOUR (4) COURSES:

1) THENCE SOUTH 06 DEGREES 08 MINUTES 19 SECONDS EAST, 384.71 FEET;
2) THENCE SOUTH 11 DEGREES 08 MINUTES 19 SECONDS EAST, 183.80 FEET TO A POINT ON A CURVE;
3) THENCE ALONG SAID CURVE TO THE LEFT HAVING A RADIUS OF 289.77 FEET AND A CENTRAL ANGLE OF 60 DEGREES 46 MINUTES 00 SECONDS, AN ARC LENGTH OF 370.32 FEET AND A CHORD BEARING SOUTH 22 DEGREES 55 MINUTES 25 SECONDS WEST, 293.12 FEET TO A POINT OF TANGENT;
4) THENCE SOUTH 07 DEGREES 27 MINUTES 35 SECONDS EAST ALONG SAID TANGENT, 389.97 FEET TO THE SOUTHWEST CORNER OF SAID SUNSTREAM FILING NO. 2;  THENCE NORTH 82 DEGREES 32 MINUTES 25 SECONDS EAST ALONG THE SOUTHERLY BOUNDARY OF SAID SUNSTREAM FILING NO. 2, 35.00 FEET TO THE NORTHWEST CORNER OF SUNSTREAM FILING NO. 1 ALSO BEING ON A POINT OF CURVE; THENCE ALONG THE WESTERLY BOUNDARY OF SAID SUNSTREAM FILING NO. 1 THE FOLLOWING FOUR (4) COURSES:

**EXHIBIT A**

1) THENCE ALONG SAID CURVE TO THE LEFT HAVING A RADIUS OF 675.00 FEET AND A CENTRAL ANGLE OF 12 DEGREES 13 MINUTES 55 SECONDS, AN ARC LENGTH OF 144.10 FEET AND A CHORD BEARING SOUTH 13 DEGREES 34 MINUTES 32 SECONDS EAST, 143.83 FEET TO A POINT OF TANGENT;
2) THENCE SOUTH 19 DEGREES 41 MINUTES 30 SECONDS EAST ALONG SAID TANGENT, 180.00 FEET TO A POINT OF CURVE;
3) THENCE ALONG SAID CURVE TO THE RIGHT HAVING A RADIUS OF 500.00 FEET AND A CENTRAL ANGLE OF 20 DEGREES 00 MINUTES 00 SECONDS, AN ARC LENGTH OF 174.53 FEET AND A CHORD BEARING SOUTH 09 DEGREES 41 MINUTES 30 SECONDS EAST, 173.65 FEET TO A POINT OF TANGENT;
4) THENCE SOUTH 00 DEGREES 18 MINUTES 30 SECONDS WEST ALONG SAID TANGENT, 100.00 FEET TO THE NORTH BOUNDARY LINE OF STANDLEY LAKE FILING NO. 4;  THENCE NORTH 89 DEGREES 41 MINUTES 59 SECONDS WEST ALONG SAID NORTH BOUNDARY LINE OF STANDLEY LAKE FILING NO. 4, 35.00 FEET TO THE NORTHWEST CORNER OF SAID STANDLEY LAKE FILING NO. 4; THENCE SOUTH 00 DEGREES 19 MINUTES 35 SECONDS WEST ALONG THE WEST BOUNDARIES OF SAID STANDLEY LAKE FILING NO. 4 AND STANDLEY LAKE FILING NO. 2, 1,735.92 FEET TO THE NORTHERLY AND WESTERLY RIGHT OF WAY OF THE FARMERS HIGHLINE CANAL AS DESCRIBED BY BOOK 126, PAGE 27;  THENCE ALONG SAID NORTHERLY AND WESTERLY RIGHT OF WAY OF THE FARMERS HIGHLINE CANAL THE FOLLOWING TWELVE (12) COURSES:

RECEPTION NO.  F0831510

1) THENCE SOUTH 57 DEGREES 45 MINUTES 54 SECONDS WEST, 35.40 FEET;
2) THENCE SOUTH 44 DEGREES 15 MINUTES 54 SECONDS WEST, 52.00 FEET;
3) THENCE SOUTH 35 DEGREES 15 MINUTES 54 SECONDS WEST, 51.80 FEET;
4) THENCE SOUTH 26 DEGREES 45 MINUTES 54 SECONDS WEST, 183.50 FEET;
5) THENCE SOUTH 46 DEGREES 00 MINUTES 54 SECONDS WEST, 35.00 FEET;
6) THENCE SOUTH 70 DEGREES 00 MINUTES 54 SECONDS WEST, 32.40 FEET;
7) THENCE SOUTH 74 DEGREES 45 MINUTES 54 SECONDS WEST, 154.60 FEET;
8) THENCE SOUTH 72 DEGREES 05 MINUTES 54 SECONDS WEST, 65.40 FEET;
9) THENCE SOUTH 52 DEGREES 05 MINUTES 54 SECONDS WEST, 83.50 FEET;
10) THENCE SOUTH 36 DEGREES 45 MINUTES 54 SECONDS WEST, 215.90 FEET;
11) THENCE SOUTH 12 DEGREES 45 MINUTES 54 SECONDS WEST, 74.80 FEET;
12) THENCE SOUTH 05 DEGREES 45 MINUTES 54 SECONDS WEST, 216.25 FEET TO A POINT ON A CURVE ON THE NORTHERLY AND WESTERLY RIGHT-OF-WAY OF WEST 86TH PARKWAY AS DESCRIBED BY RECEPTION NO. 84033407 THE FOLLOWING FOUR (4) COURSES:

1) THENCE ALONG SAID CURVE TO THE LEFT HAVING A RADIUS OF 539.33 FEET AND A CENTRAL ANGLE OF 75 DEGREES 46 MINUTES 18 SECONDS, AN ARC LENGTH OF 713.25 FEET AND A CHORD BEARING SOUTH 43 DEGREES 19 MINUTES 45 SECONDS WEST, 662.39 FEET TO A POINT OF TANGENT;
2) THENCE SOUTH 05 DEGREES 26 MINUTES 36 SECONDS WEST ALONG SAID TANGENT, 150.00 FEET TO A POINT OF CURVE;
3) THENCE ALONG SAID CURVE TO THE RIGHT HAVING A RADIUS OF 700.00 FEET AND A CENTRAL ANGLE OF 61 DEGREES 05 MINUTES 26 SECONDS, AN ARC LENGTH OF 746.36 FEET AND A CHORD BEARING SOUTH 35 DEGREES 59 MINUTES 19 SECONDS WEST, 711.51 FEET TO

A POINT OF TANGENT;
4) THENCE SOUTH 66 DEGREES 32 MINUTES 03 SECONDS WEST ALONG SAID TANGENT, 442.03
FEET TO THE MOST EASTERLY CORNER OF THE PARCEL DESCRIBED BY RECEPTION NO.
84012449;  THENCE NORTH 82 DEGREES 07 MINUTES 51 SECONDS WEST ALONG THE
NORTHERLY BOUNDARY OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84012449, 146.34
FEET; THENCE NORTH 66 DEGREES 15 MINUTES 46 SECONDS EAST, 324.37 FEET;  THENCE
NORTH 74 DEGREES 31 MINUTES 17 SECONDS EAST, 222.67 FEET;  THENCE NORTH 55
DEGREES 54 MINUTES 06 SECONDS EAST, 256.04 FEET;  THENCE NORTH 39 DEGREES 12
MINUTES 35 SECONDS EAST, 196.86 FEET;  THENCE NORTH 20 DEGREES 55 MINUTES 51
SECONDS EAST, 198.35 FEET;  THENCE NORTH 00 DEGREES 57 MINUTES 55 SECONDS WEST,
158.08 FEET;  THENCE NORTH 13 DEGREES 37 MINUTES 16 SECONDS EAST, 303.09 FEET;
THENCE NORTH 32 DEGREES 54 MINUTES 40 SECONDS EAST, 246.48 FEET;  THENCE NORTH
59 DEGREES 29 MINUTES 35 SECONDS EAST, 223.62 FEET;  THENCE NORTH 12 DEGREES 02
MINUTES 44 SECONDS EAST, 670.91 FEET;  THENCE NORTH 27 DEGREES 37 MINUTES 08
SECONDS EAST, 293.99 FEET;  THENCE NORTH 30 DEGREES 37 MINUTES 21 SECONDS EAST,
227.80 FEET;  THENCE NORTH 05 DEGREES 27 MINUTES 57 SECONDS EAST, 257.06 FEET;
THENCE NORTH 59 DEGREES 48 MINUTES 19 SECONDS EAST, 97.43 FEET;  THENCE NORTH
15 DEGREES 42 MINUTES 31 SECONDS WEST, 1,828.57 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH THE FOLLOWING DESCRIBED PARCEL:

RECEPTION NO.  F0831510

PARCEL 6-BORROW PIT RESERVOIR IN SECTION 16:

A PARCEL OF LAND LOCATED IN SECTION 16, TOWNSHIP 2 SOUTH, RANGE 69 WEST OF THE
6TH PRINCIPAL MERIDIAN, COUNTY OF JEFFERSON, STATE OF COLORADO MORE
PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT THE EAST QUARTER OF SAID SECTION 16, FROM WHENCE THE CENTER
QUARTER CORNER OF SAID SECTION 16 BEARS SOUTH 89 DEGREES 44 MINUTES 55 SECONDS
WEST, 2,668.21 FEET;  THENCE SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST, ALONG
THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 16, 650.43 FEET TO THE
POINT OF BEGINNING;  THENCE CONTINUING ALONG THE AFORESAID COURSE, 337.51 FEET;
THENCE SOUTH 65 DEGREES 53 MINUTES 22 SECONDS WEST, 294.84 FEET;  THENCE SOUTH
68 DEGREES 21 MINUTES 36 SECONDS  FEET;  THENCE SOUTH 70 DEGREES 27 MINUTES 59
SECONDS WEST, 262.21 FEET;  THENCE NORTH 54 DEGREES 58 MINUTES 24 SECONDS WEST
124.92 FEET;  THENCE NORTH 04 DEGREES 23 MINUTES 18 SECONDS EAST, 94.00 FEET;
THENCE NORTH 48 DEGREES 06 MINUTES 46 SECONDS EAST, 194.08 FEET;  THENCE NORTH
55 DEGREES 22 MINUTES 26 SECONDS EAST, 251.21 FEET;  THENCE NORTH 70 DEGREES 48
MINUTES 35 SECONDS EAST, 246.36 FEET;  THENCE NORTH 65 DEGREES 06 MINUTES 09
SECONDS EAST, 244.26 FEET TO THE POINT OF BEGINNING.

## ALTA COMMITMENT

### Schedule B - Section 2

(Exceptions)                    Our Order No.   AB663897-3

The policy or policies to be issued will contain exceptions to the following unless the same are disposed of to the satisfaction of the Company:

1. Rights or claims of parties in possession not shown by the public records.

2. Easements, or claims of easements, not shown by the public records.

3. Discrepancies, conflicts in boundary lines, shortage in area, encroachments, and any facts which a correct survey and inspection of the premises would disclose and which are not shown by the public records.

4. Any lien, or right to a lien, for services, labor or material theretofore or hereafter furnished, imposed by law and not shown by the public records.

5. Defects, liens encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires of record for value the estate or interest or mortgage thereon covered by this Commitment.

6. Taxes or special assessments which are not shown as existing liens by the public records.

7. Liens for unpaid water and sewer charges, if any.       RECEPTION NO.   F0831510

8. In addition, the owner's policy will be subject to the mortgage, if any, noted in Section 1 of Schedule B hereof.

9. EXISTING LEASES AND TENANCIES, IF ANY.

10. (ITEM INTENTIONALLY DELETED)

11. RESTRICTIONS WHICH CONTAIN A FORFEITURE OR REVERTER CLAUSE AS SET FORTH IN DEED RECORDED DECEMBER 22, 1902 IN BOOK 125 AT PAGE 35.

    (AFFECTS SOUTH 1/2 SECTION 16)

12. (ITEM INTENTIONALLY DELETED)

13. (ITEM INTENTIONALLY DELETED)

14. (ITEM INTENTIONALLY DELETED)

15. ALL RIGHTS TO ANY AND ALL MINERALS, ORES, AND METALS OF EVERY KIND AND CHARACTER AND ALL COAL, ASPHALTUM, OIL AND OTHER LIKE SUBSTANCES IN OR

EXHIBIT B

ALTA COMMITMENT

Schedule B - Section 2

(Exceptions)                         Our Order No.   AB663897-3

The policy or policies to be issued will contain exceptions to the following unless the same are disposed of to the satisfaction of the Company:

UNDER SAID LAND AND THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSE OF MINING TOGETHER WITH ENOUGH OF THE SURFACE OF SAME AS MAY BE NECESSARY FOR THE PROPER AND CONVENIENT WORKING OF SUCH MINERALS AND SUBSTANCES AS RESERVED IN PATENT RECORDED FEBRUARY 05, 1925 IN BOOK 270 AT PAGE 401, AND JUNE 12, 1932 IN BOOK 353 AT PAGE 46.

RECEPTION NO.  F0831510

(AFFECTS SECTION 16)

THE EXISTENCE OF THE MINERAL EXCEPTION AND/OR RESERVATION SHOWN AS ITEM 15, SCHEDULE B-2, WILL NOT AFFECT OUR ABILITY TO ATTACH COLORADO ENDORSEMENT NO. 100.31 TO OUR ALTA OWNERS POLICY WHEN ISSUED.

16.  TERMS, CONDITIONS AND PROVISIONS OF AGREEMENT ESTABLISHING PROPERTY DIVIDING LINE RECORDED JUNE 12, 1969 IN BOOK 2109 AT PAGE 704.

17.  TERMS, CONDITIONS AND PROVISIONS OF MEMORANDUM OF AGREEMENT FOR THE ENLARGEMENT OF THE STANDLEY LAKE RESERVOIR RECORDED MARCH 27, 1974 IN BOOK 2604 AT PAGE 593.

18.  TERMS, CONDITIONS AND PROVISIONS OF MEMORANDUM OF AGREEMENT RECORDED OCTOBER 09, 1974 IN BOOK 2670 AT PAGE 692.

19.  TERMS, CONDITIONS AND PROVISIONS OF RIGHT OF WAY CONTRACT WITH PUBLIC SERVICE COMPANY OF COLORADO RECORDED APRIL 10, 1981 AT RECEPTION NO. 81024630.

(AFFECTS SECTIONS 27 AND 28).

20.  TERMS, CONDITIONS AND PROVISIONS OF AGREEMENT RECORDED JANUARY 24, 1983 AT RECEPTION NO. 83006966.

21.  UTILITY EASEMENT AS GRANTED TO PUBLIC SERVICE COMPANY OF COLORADO IN INSTRUMENT RECORDED JANUARY 07, 1994, UNDER RECEPTION NO. 94005361.

22.  ANY TAX, LIEN, FEE, OR ASSESSMENT BY REASON OF INCLUSION OF SUBJECT

## ALTA COMMITMENT

Schedule B - Section 2

(Exceptions)                    Our Order No.   AB663897-3

The policy or policies to be issued will contain exceptions to the following unless the same are disposed
of to the satisfaction of the Company:

PROPERTY IN THE ARVADA FIRE PROTECTION DISTICT, AS EVIDENCED BY INSTRUMENT
RECORDED JUNE 12, 1969, IN BOOK 2110 AT PAGE 57.

(AFFECTS SECTIONS 27 AND 28).                    RECEPTION NO.   F0831510

23.   INTEREST ACQUIRED BY THE MANDALAY IRRIGATION COMPANY BY DEED RECORDED JULY
20, 1923 IN BOOK 249 AT PAGE 311.

(AFFECTS A PORTION OF PARCEL 6)

24.   LAND SURVEY PLAT OF OS94-61 STANDLEY LAKE/FRICO RECORDED FEBRUARY 9, 1998
UNDER RECEPTION NO.   F0553329.

THE FOLLOWING IS FOR INFORMATION PURPOSES ONLY:

A) ITEM INTENTIONALLY DELETED
B) ITEM INTENTIONALLY DELETED
C) ITEM INTENTIONALLY DELETED

D) TERMS, CONDITIONS AND PROVISIONS OF RESOLUTION RECORDED SEPTEMBER 4,
1974 IN BOOK 2659 AT PAGE 757.

E) ALL WATER AND WATER RIGHTS AND RELATED REAL AND PERSONAL PROPERTY
REPRESENTED BY 164.92 INCHES OF WATER DECREED TO THE CHURCH DITCH AS
CONVEYED TO THE CITY OF WESTMINSTER BY DEED RECORDED MAY 17, 1996 UNDER
RECEPTION NO. F0236497. AMENDMENT TO AGREEMENT FOR PURCHASE AND SALE OF
WATER RECORDED MAY 17, 1996 UNDER RECEPTION NO. F0236498.

25.   TERMS, CONDITIONS AND PROVISIONS OF PROFIT A PRENDRE AND EASEMENT AGREEMENT
RECORDED MAY 27, 1998 AT RECEPTION NO. F0618924.

26.   ORDINANCE NO. 2623 SERIES OF 1998 RECORDED NOVEMBER 16, 1998 UNDER
RECEPTION NO. F0737319 AND  ANNEXATION MAP RECORDED NOVEMBER 16, 1998
UNDER RECEPTION NO. F0737320.

ALTA COMMITMENT

Schedule B - Section 2

(Exceptions)                                        Our Order No.   AB663897-3

The policy or policies to be issued will contain exceptions to the following unless the same are disposed
of to the satisfaction of the Company:

27.   THE FOLLOWING ITEMS AS DISCLOSED BY SURVEY DATED JANUARY 30, 1998 BY VIGIL
      LAND CONSULTANTS, JOB NO. 97101 AND TO THE EXTENT DISCLOSED BY LAND
      SURVEY PLAT OF S94-61 STANDLEY LAKE/FRICO RECORDED FEBRUARY 9, 1998 UNDER
      RECEPTION NO. F0553329:

      A) RIGHT OF WAY FOR CROKE CANAL INLET, CHURCH DITCH INLET, BIG DRY CREEK
      AND DIRT ROADS;
      B) ELECTRIC AND TELEPHONE LINES NOT WITHIN AN EASEMENT AS EVIDENCED BY
      OVERHEAD LINES AND TELEPHONE PEDESTAL;
      C) PROPERTY LIES WITHIN 100 YEAR FLOOD PLAIN;
      D) ENCROACHMENT OF ASPHALT (INDEPENDENCE STREET) ONTO SUBJECT PROPERTY;
      E) ANY LOSS OR DAMAGE ARISING FROM THE FACT THAT THE FENCE LINES ON OR
      NEAR THE BOUNDARY LINES OF THE PROPERTY DO NOT COINCIDE WITH THE EXACT
      BOUNDARY LINES OF THE PROPERTY.

                                         RECEPTION NO.   F0831510

RECEPTION NO. F0618925      0.00                          PG: 0001-015
054     RECORDED IN JEFFERSON COUNTY, COLORADO                    5/27/98 13:59:24

### COMMISSIONER'S DEED

**THIS INDENTURE** is made this 27th day of May, 1998, between the **COUNTY OF JEFFERSON, STATE OF COLORADO**, a body politic and corporate (the "County"), whose legal address is 100 Jefferson County Parkway, Golden, Colorado 80419, acting by and through its duly constituted and appointed Commissioner, Michelle Lawrence, to quitclaim and to execute this deed, and **THE CITY OF WESTMINSTER**, a Colorado municipality ("Westminster"), whose legal address is 4800 W. 92nd Avenue, Westminster, CO 80030.

### WITNESSETH

**THAT WHEREAS,** the Board of County Commissioners of the County of Jefferson, State of Colorado, did at a regular meeting of said Board held at the Administrative/Judicial Facility in said County on the 28th day of April, 1998, duly adopt and pass Resolution No. CC98-286, authorizing the quitclaim of the hereinafter described real property to Westminster and did by said Resolution appoint and constitute the undersigned as Commissioner to quitclaim and execute a deed for said real property to Westminster for and on behalf of the County, and did further authorize the undersigned to execute this deed and to affix the seal of said County hereto.

**NOW, THEREFORE, FOR AND IN CONSIDERATION** of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid by Westminster to the County, receipt of which is hereby confessed and acknowledged, the undersigned, acting as Commissioner aforesaid, does by these presents remise, release, sell, and quitclaim unto Westminster, its successors and assigns for so long as (1) the following described property is used exclusively for public open space, park and recreational purposes; and, (2) any and all fees charged for the use or entrance to the Standley Lake Regional Park shall be the same for residents of Jefferson County as they are for residents of any city located in Jefferson County, and there are no Standley Lake Regional Park entrance or use differentials for any Jefferson County resident, and all Jefferson County residents shall have equal access to permits for boating or other uses, which may be offered by Westminster for the Standley Lake Regional Park, and there shall be no fee differential for such permits; and no longer, all the right, title, interest, claim and demand which said County has in and to the real property described in Exhibit A and Exhibit B attached hereto, and incorporated herein, situate, lying and being in the County of Jefferson, State of Colorado.

**TOGETHER WITH** all water and water rights, ditches and ditch rights, reservoirs and reservoir rights, wells and well rights, and tributary, nontributary and not nontributary groundwater on, under and appurtenant to or used on the land described herein.

RECEPTION NO.   F0618925

**TO HAVE AND TO HOLD** the same, together with all and singular appurtenances and privileges thereunto belonging or in any way thereunto appertaining, and all the estate, right, title, interest and claim whatsoever of said County, either in law or equity, to the only proper use, benefit and behoof of Westminster, its successors and assigns but if Westminster, its successors or assigns, shall use said property for any use prohibited above, said property (including easements) shall automatically revert to the County and this deed shall be null and void.

COUNTY OF JEFFERSON,
STATE OF COLORADO

By _Michelle Lawrence_

Michelle Lawrence, Chairman
Board of County Commissioners

[SEAL]
Deputy Clerk & Recorder

Date _May 27, 1998_

STATE OF COLORADO        )
                         ) ss.
COUNTY OF JEFFERSON      )

The foregoing Commissioner's Deed was acknowledged before me this 27th day of May, 1998, by Michelle Lawrence, Chairman of the Board of County Commissioners, County of Jefferson, State of Colorado.

WITNESS my hand and official seal.
My Commission expires:    3-17-02

_Notary Public_

APPROVED AS TO FORM:

_Anne T. Kelson_

Anne T. Kelson
Assistant County Attorney

RECEPTION NO.   F0618925

PARCEL 1:

A PARCEL OF LAND LOCATED IN SECTIONS 16, 17, 18, 19 AND 20, TOWNSHIP 2
SOUTH, RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN, COUNTY OF JEFFERSON,
STATE OF COLORADO, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE WEST QUARTER CORNER OF SAID SECTION 16, FROM WHENCE THE
CENTER QUARTER CORNER OF SAID SECTION 16 BEARS NORTH 89 DEGREES 44 MINUTES
40 SECONDS EAST, 2,690.42 FEET;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST, ALONG THE WEST LINE OF
THE SOUTHWEST QUARTER OF SAID SECTION 16, 60.00 FEET TO THE POINT OF
BEGINNING ON THE SOUTH RIGHT OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY
BOOK 140, PAGE 251;
THENCE NORTH 89 DEGREES 44 MINUTES 40 SECONDS EAST ALONG SAID SOUTH RIGHT
OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251, 30.00 FEET
TO THE WEST LINE OF THE PARCEL DESCRIBED BY RECEPTION NO. 90087253;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST, ALONG SAID WEST LINE OF
THE PARCEL DESCRIBED BY RECEPTION NO. 90087253, 1179.74 FEET TO THE SOUTH
LINE OF SAID PARCEL;
THENCE NORTH 79 DEGREES 38 MINUTES 25 SECONDS EAST ALONG THE SOUTH LINE OF
SAID PARCEL DESCRIBED BY RECEPTION NO. 90087253, AND THE PARCEL DESCRIBED
BY RECEPTION NO. 91055864, 1,014.78 FEET TO THE SOUTHEAST CORNER OF SAID
PARCEL DESCRIBED BY RECEPTION NO. 91055864;
THENCE SOUTH 00 DEGREES 12 MINUTES 30 SECONDS EAST ALONG THE WEST LINE OF
THE PARCEL DESCRIBED BY RECEPTION NO. 84072239, 20.39 FEET TO THE SOUTHWEST
CORNER OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239;
THENCE NORTH 80 DEGREES 44 MINUTES 39 SECONDS EAST ALONG THE SOUTHERLY LINE
OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239, 784.52 FEET;
THENCE SOUTH 67 DEGREES 10 MINUTES 29 SECONDS WEST, 766.49 FEET;
THENCE NORTH 85 DEGREES 50 MINUTES 58 SECONDS WEST, 304.51 FEET;
THENCE SOUTH 41 DEGREES 02 MINUTES 24 SECONDS EAST, 312.46 FEET;
THENCE SOUTH 43 DEGREES 41 MINUTES 30 SECONDS WEST, 206.18 FEET;
THENCE NORTH 89 DEGREES 30 MINUTES 31 SECONDS WEST, 669.01 FEET;
THENCE SOUTH 38 DEGREES 49 MINUTES 03 SECONDS WEST, 293.56 FEET TO THE WEST
LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 16;
THENCE NORTH 44 DEGREES 39 MINUTES 10 SECONDS WEST, 312.35 FEET;
THENCE NORTH 85 DEGREES 24 MINUTES 41 SECONDS WEST, 444.49 FEET;
THENCE SOUTH 81 DEGREES 14 MINUTES 04 SECONDS WEST, 853.70 FEET;
THENCE SOUTH 12 DEGREES 36 MINUTES 11 SECONDS EAST, 369.47 FEET;
THENCE NORTH 50 DEGREES 19 MINUTES 24 SECONDS WEST, 656.06 FEET;
THENCE SOUTH 58 DEGREES 56 MINUTES 19 SECONDS WEST, 1,044.52 FEET;
THENCE SOUTH 32 DEGREES 12 MINUTES 48 SECONDS EAST, 255.59 FEET;
THENCE SOUTH 53 DEGREES 59 MINUTES 58 SECONDS EAST, 495.60 FEET;
THENCE SOUTH 55 DEGREES 58 MINUTES 45 SECONDS WEST, 449.04 FEET;
THENCE NORTH 82 DEGREES 30 MINUTES 47 SECONDS WEST 637.48 FEET;
THENCE NORTH 41 DEGREES 16 MINUTES 02 SECONDS WEST, 794.94 FEET;
THENCE SOUTH 12 DEGREES 06 MINUTES 25 SECONDS WEST, 237.51 FEET;
THENCE NORTH 88 DEGREES 37 MINUTES 08 SECONDS WEST, 693.89 FEET;

EXHIBIT
A
(Page 1 of 3)

RECEPTION NO.  F0618925

THENCE SOUTH 33 DEGREES 03 MINUTES 28 SECONDS WEST, 552.99 FEET;
THENCE SOUTH 51 DEGREES 37 MINUTES 30 SECONDS EAST, 901.04 FEET;
THENCE SOUTH 05 DEGREES 52 MINUTES 53 SECONDS WEST, 649.88 FEET;
THENCE SOUTH 60 DEGREES 09 MINUTES 18 SECONDS WEST, 556.23 FEET;
THENCE SOUTH 84 DEGREES 07 MINUTES 36 SECONDS WEST, 596.71 FEET TO THE WEST
LINE OF THE SOUTHWEST QUARTER OR THE NORTHWEST QUARTER OF SAID SECTION 20;

THENCE NORTH 00 DEGREES 13 MINUTES 40 SECONDS EAST ALONG THE WEST LINE OF
SAID SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 20, 584.04 FEET
TO THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER
OF SAID SECTION 20;
THENCE NORTH 00 DEGREES 10 MINUTES 22 SECONDS EAST ALONG THE WEST LINE OF
THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 20, 823.19
FEET;
THENCE NORTH 39 DEGREES 33 MINUTES 55 SECONDS WEST, 624.96 FEET TO THE
SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 18;
THENCE NORTH 87 DEGREES 23 MINUTES 25 SECONDS EAST, ALONG THE SOUTH LINE OF
THE SOUTHEAST QUARTER OF SAID SECTION 18, 207.51 FEET;
THENCE NORTH 27 DEGREES 51 MINUTES 09 SECONDS EAST, 411.73 FEET TO THE WEST
LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17, THENCE NORTH 00 DEGREES
00 MINUTES 40 SECONDS EAST ALONG SAID WEST LINE OF THE SOUTHWEST QUARTER OF
SECTION 17, 209.59 FEET;
THENCE NORTH 87 DEGREES 23 MINUTES 25 SECONDS EAST, 60.06 FEET TO THE EAST
RIGHT OF WAY OF ALKIRE STREET AS DESCRIBED BY SAID BOOK 140, PAGE 251;
THENCE NORTH 00 DEGREES 00 MINUTES 40 SECONDS EAST ALONG SAID EAST RIGHT-
OF-WAY OF ALKIRE STREET, 87.06 FEET TO THE SOUTHWEST CORNER OF A PARCEL
DESCRIBED BY THE RECEPTION NO. 84066451;
THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID PARCEL DESCRIBED BY RECEPTION
NO. 84066451 THE FOLLOWING SEVEN (7) COURSES:

1) SOUTH 71 DEGREES 13 MINUTES 48 SECONDS EAST, 751.97 FEET;
2) NORTH 15 DEGREES 35 MINUTES 12 SECONDS EAST, 595.02 FEET;
3) SOUTH 63 DEGREES 04 MINUTES 33 SECONDS EAST, 1,359.98 FEET;
4) NORTH 52 DEGREES 05 MINUTES 41 SECONDS EAST, 1,059.95 FEET;
5) NORTH 06 DEGREES 24 MINUTES 07 SECONDS WEST, 379.97 FEET;
6) NORTH 63 DEGREES 19 MINUTES 56 SECONDS EAST, 820.02 FEET;
7) SOUTH 67 DEGREES 28 MINUTES 30 SECONDS EAST, 1,086.52 FEET TO THE
SOUTHWEST CORNER OF THE PARCEL DESCRIBED BY RECEPTION NO. 91027578;
THENCE SOUTH 89 DEGREES 20 MINUTES 20 SECONDS EAST ALONG THE SOUTH LINE OF
SAID PARCEL DESCRIBED BY RECEPTION NO. 91027578 AND THE PARCEL DESCRIBED BY
RECEPTION NO. 87055703, 614.77 FEET TO THE SOUTHEAST CORNER OF SAID PARCEL
DESCRIBED BY RECEPTION NO. 87055703 ALSO BEING ON THE WEST LINE OF SAID
SOUTHWEST QUARTER OF SECTION 16;
THENCE NORTH 00 DEGREES 12 MINUTES 30 SECONDS WEST ALONG THE WEST LINE OF
SAID SOUTHWEST QUARTER OF SECTION 16, 1,177.50 FEET TO THE POINT OF
BEGINNING.

EXHIBIT
A
(Page 2 of 3)

RECEPTION NO.   F0618925

PARCEL 2:                                                                    5

A PARCEL OF LAND LOCATED IN SECTIONS 15, 16, AND 22, TOWNSHIP 2 SOUTH, RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN, COUNTY OF JEFFERSON, STATE OF COLORADO, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE EAST QUARTER CORNER OF SAID SECTION 16, FROM WHENCE THE CENTER QUARTER CORNER OF SAID SECTION 16 BEARS, SOUTH 89 DEGREES 44 MINUTES 55 SECONDS WEST, 2,668.21 FEET;
THENCE SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 16, 60.00 FEET TO THE POINT OF BEGINNING ON THE SOUTH RIGHT OF WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251,
THENCE CONTINUING SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST ALONG THE AFOREMENTIONED COURSE, 590.43 FEET;
THENCE SOUTH 65 DEGREES 06 MINUTES 09 SECONDS WEST, 244.26 FEET;
THENCE SOUTH 70 DEGREES 48 MINUTES 35 SECONDS WEST, 246.36 FEET;
THENCE SOUTH 55 DEGREES 22 MINUTES 26 SECONDS WEST, 251.21 FEET;
THENCE SOUTH 48 DEGREES 06 MINUTES 46 SECONDS WEST, 194.08 FEET;
THENCE SOUTH 04 DEGREES 23 MINUTES 18 SECONDS WEST, 94.00 FEET;
THENCE SOUTH 54 DEGREES 58 MINUTES 24 SECONDS EAST, 124.92 FEET;
THENCE NORTH 70 DEGREES 27 MINUTES 59 SECONDS EAST, 262.21 FEET;
THENCE NORTH 68 DEGREES 21 MINUTES 36 SECONDS EAST, 205.93 FEET;
THENCE NORTH 65 DEGREES 53 MINUTES 22 SECONDS EAST, 294.84 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 16;
THENCE SOUTH 00 DEGREES 27 MINUTES 10 SECONDS WEST, 1622.63 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 16;
THENCE SOUTH 00 DEGREES 24 MINUTES 41 SECONDS WEST ALONG THE WEST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 22, 928.41 FEET TO A 2" IRON PIPE AS CALLED FOR IN THE DEED DESCRIBED BY RECEPTION NO. F0131914;
THENCE NORTH 28 DEGREES 54 MINUTES 48 SECONDS WEST, 1,264.96 FEET;
THENCE NORTH 35 DEGREES 48 MINUTES 47 SECONDS WEST, 1,721.99 FEET;
THENCE NORTH 84 DEGREES 08 MINUTES 15 SECONDS WEST, 1,402.40 FEET TO A BOUNDARY CORNER ON THE SOUTHERLY BOUNDARY OF THE PARCEL DESCRIBED BY RECEPTION NO. 84072239;
THENCE ALONG THE SOUTHERLY AND EASTERLY LINES OF SAID PARCEL DESCRIBED BY RECEPTION NO. 84072239, THE FOLLOWING FIVE (5) COURSES:

1) THENCE NORTH 59 DEGREES 45 MINUTES 39 SECONDS EAST, 350.00 FEET;
2) THENCE SOUTH 80 DEGREES 14 MINUTES 21 SECONDS EAST, 300.00 FEET;
3) THENCE SOUTH 88 DEGREES 44 MINUTES 21 SECONDS EAST, 1,950.00 FEET;
4) THENCE NORTH 60 DEGREES 17 MINUTES 27 SECONDS EAST, 529.24 FEET;
5) THENCE NORTH 00 DEGREES 27 MINUTES 10 SECONDS EAST, 487.04 FEET TO THE SOUTH RIGHT-OF-WAY OF WEST 100TH AVENUE AS DESCRIBED BY BOOK 140, PAGE 251;
THENCE NORTH 89 DEGREES 44 MINUTES 55 SECONDS EAST ALONG SAID SOUTH RIGHT-OF-WAY OF WEST 100TH AVENUE, 30.00 FEET TO THE POINT OF BEGINNING.

**EXHIBIT**

**A**

(Page 3 of 3)

RECEPTION NO.   F0618925

6

THE FOLLOWING REAL PROPERTY LOCATED IN THE COUNTY OF JEFFERSON, STATE OF COLORADO:

## LEGAL DESCRIPTION NO. 1

A part of Section 28, Township 2 South, Range 69 West of the Sixth Principal Meridian, more particularly described as follows:  Beginning at the E ¼ corner of said Section 28; thence N 43° 17' 02" W 1933.47 feet to a point on the East line of the W½ NE¼ of said Section 28 and the True Point of beginning; thence S 00° 05' 35" W 625.47 feet along said East line; thence N 89° 54'25" West 1328.39 feet; thence N 70°00'07" W 610.26. feet; thence N 19°59'53" E 884.84 feet; thence S70°00'07" E 516.23 feet; thence S 71°47'07" E 815.40 feet; thence N 87° 32'53" E 339.93 feet, more or less to the true point of beginning.

## LEGAL DESCRIPTION NO. 2

A part of Sections 28 and 29, Township 2 South, Range 69 West of the 6th P. M., more particularly described as follows:  Beginning at the N¼ corner of said Section 29; thence South 82°53'35" East 1978.61 feet to the true point of beginning; thence South 56°10'07" East 160.66 feet; thence North 62°59'53" East 182.00 feet; thence South 87°21'07" East 427.00 feet; thence South 69°59'07" East 471.30 feet; thence South 88°51'07" East 582.60 feet; thence South 55°52'08" East 289.00 feet; thence South 81°39'07" East 586.00 feet; thence South 70°00'07" East 524.17 feet; thence South 19°59'53" West 884.84 feet; thence North 70°00'07" West 594.91 feet; thence North 77°58'00" West 705.00 feet to a point on the South R. O. W. line of a Public Service Company pipeline easement, Book 1335, Page 81; thence North 89°46'20" West 1160.00 feet along said South R.O.W. line to a point on the Westerly R. W. W. line of the Church Ditch, Book 39, Page 536; thence North 17°30'53" West 1156.05 feet more or less to the true point of beginning,
County of Jefferson,
State of Colorado.

**EXHIBIT**
**B**
Page 1 of 10

RECEPTION NO.   F0618925

## LEGAL DESCRIPTION NO. 3

7

A part of Section 29, Township 2 South, Range 69 West of the Sixth
Principal Meridian, more particularly described as follows:

Beginning at the North 1/4 corner of said Section 29; thence South
00° 24' 14" East, a distance of 951.16 feet along the West line
of the Northeast Quarter of said Section 29 to the True Point of
Beginning; thence North 36° 14' 17" East, a distance of 1,158.19 feet;
thence South 65° 21' 07" East, a distance of 338.50 feet; thence
South 88° 11' 07" East, a distance of 877.00 feet; thence South
56° 10' 07" East, a distance of 105.74 feet; thence South 17° 30' 53"
East, a distance of 1156.05 feet to a point on the Westerly R.O.W.
line of the Church Ditch, Book 39 at Page 536; thence South 26° 30' 08"
East, a distance of 159.19 feet, along said R.O.W. line to an angle
point; thence South 7° 31' 34" East, a distance of 138.23 feet along
said R.O.W. line; thence North 88° 06' 45" West, a distance of 672.66
feet; thence North 78° 03' 45" West, a distance of 1430.00 feet; thence
South 87° 56' 45" West, a distance of 320.00 feet to a point on the
West line of the Northeast Quarter of said Section 29; thence North
00° 24' 14" West, a distance of 369.16 feet, more or less, along said
West line to the True Point of Beginning,
County of Jefferson,
State of Colorado.

## LEGAL DESCRIPTION NO. 4

A part of Section 20 and 29, Township 2 South, Range 69 West of the
Sixth Principal Meridian, more particularly described as follows:
Beginning at the Southwest corner of said Section 20, thence South
89°46'49" East a distance of 722.00 feet along the South line to the
Southeast corner of Rocky Knolls Subdivision and the true point of
beginning; thence North 00°24'52" West, a distance of 916.20 feet along
the East line of said Subdivision; thence North 53°17'38" East, a distance
of 1514.20 feet; thence North 83°03'53" East, a distance of 371.30 feet;
thence North 53°29'53" East, a distance of 192.60 feet; thence South
89°41'08" East, a distance of 161.00 feet; thence South 14°41'53" West,
a distance of 251.00 feet; thence South 34°41'53" West, a distance
of 434.20 feet; thence South 57°56'07" East, a distance of 397.00 feet;



EXHIBIT
B
Page 2 of 10

RECEPTION NO.   F0618925

*8*

thence South 55°39'53" West, a distance of 437.90 feet; thence South 12°10'53" West, a distance of 426.30 feet; thence South 64°45'07" East, a distance of 753.30 feet; thence South 65°21'07" East, a distance of 500.00 feet; thence South 36°14'17" West, a distance of 1158.19 feet to a point on the west line of the Northeast Quarter of said Section 29; thence North 00°24'14" West, a distance of 951.16 feet along said west line to the North Quarter corner of said Section 29; thence North 89°46'49" West, a distance of 660.70 feet along the North line of said Section 29; thence North 13°48'37" West, a distance of 825.14 feet; thence North 89°48'37" West, a distance of 454.20 feet; thence South 00°05'07" East, a distance of 800.30 feet to a point on the South line of said Section 20; thence North 89°46'49" West, a distance of 599.52 feet, more or less, along said South line to the True Point of Beginning,
County of Jefferson,
State of Colorado.
EXCEPT all mineral rights and surface rights in connection therewith as set forth and contained in the documents recorded in the following Books and Pages of the Jefferson County real property records: Book 71 at page 92, Book 153 at page 38, Book 1077 at page 33, Book 2132 at page 423, Book 2137 at page 600, Book 1632 at page 292 and Book 317 at page 163.


LEGAL DESCRIPTION NO. 5


The East 10 acres of the North 604 feet in width of the North Half of the Northwest Quarter of Section twenty-nine (29), Township 2 South, Range 69 West of the 6th P.M., TOGETHER with the right to purchase annually 3 inches of water from the Church Ditch, and TOGETHER with all road rights of way and easements of ingress and egress, subject however, to the reservations set forth in that certain Deed recorded in Book 71 at Page 92 of the Jefferson County Records and
EXCEPT the North 30 feet conveyed to the County of Jefferson by instrument recorded April 4, 1885 in Book 36 at Page 14.

EXHIBIT
*B*
Page 3 of 10

RECEPTION NO.   F0618925

9

## LEGAL DESCRIPTION NO. 6

### PARCEL C

A PARCEL OF LAND LOCATED IN SECTION 28, TOWNSHIP 2 SOUTH, RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHERLY RIGHT-OF-WAY OF W 86TH AVENUE, FROM WHENCE THE EAST ¼ CORNER OF SAID SECTION 28 BEARS S 53° 22' 39" E, 1666.33 FEET; THENCE N 00° 32' 29" W, 389.76 FEET; THENCE S 82° 30' 21" E, 688.36 FEET; THENCE S 66° 09' 34" W, 742.12 FEET TO THE POINT OF BEGINNING.  SAID PARCEL CONTAINS 3.05 ACRES MORE OR LESS.

### PARCEL G

A PARCEL OF LAND LOCATED IN SECTION 29, T. 2 S., RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN BEGINNING AT A POINT WHENCE THE EAST QUARTER CORNER OF SAID SECTION 29 BEARS S 14° 08' 17" E, 1,080.12 FEET SAID POINT OF BEGINNING BEING ON THE NORTHERLY LINE OF THE DEED RECORDED IN BOOK 141 AT PAGE 33; THENCE WESTERLY ALONG THE NORTHERLY LINE OF SAID DEED N 88° 44' 49" W, 176.64 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID NORTHERLY LINE N 88° 44' 49" W, 496.02 FEET; THENCE SOUTHEASTERLY S 78° 41' 49" E, 7.36 FEET TO A POINT OF CURVATURE; THENCE ON A CURVE TO THE LEFT A CURVE DISTANCE OF 491.37 FEET WHOSE RADIUS IS 1,380.00 FEET AND INTERIOR ANGLE IS 20° 24' 04" AND WHOSE CHORD BEARS S 88° 53' 51 E, A CHORD DISTANCE OF 488.78 FEET, TO THE TRUE POINT OF BEGINNING.  PARCEL CONTAINS 0.17 ACRES MORE OR LESS.

### PARCEL E

A PARCEL OF LAND LOCATED IN SECTIONS 28, 29, T. 2 S., RANGE 69 WEST OF THE 6TH PRINCIPAL MERIDIAN BEGINNING AT A POINT WHENCE THE EAST QUARTER CORNER OF SAID SECTION 29 BEARS S 14° 08' 17" E, 1080.12 FEET TO A POINT ON THE LAND DESCRIPTION RECORDED IN BOOK 141 AT PAGE 33 THENCE N 08° 09' 38" W, 42.82 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID LAND DESCRIPTION N 08° 09' 38" W, 95.41 FEET; THENCE CONTINUING ALONG SAID LAND DESCRIPTION N 27° 08' 12" W, 159.19 FEET; TO A POINT ON THE SOUTHERLY LINE OF A SIXTY FOOT PUBLIC SERVICE COMPANY PIPELINE EASEMENT RECORDED IN BOOK 1335 AT PAGE



EXHIBIT
B
Page 4 of 10

RECEPTION NO. F0618925

*10*

81; THENCE CONTINIUNG ALONG SAID RECORDED EASEMENT N 89° 35' 36" E, 947.91 FEET; THENCE SOUTHWESTERLY ALONG A CURVE TO THE LEFT A CURVE LENGTH OF 522.81 FEET WHOSE RADIUS IS 1,373.89 FEET AND INTERIOR ANGLE IS 23° 03' 15" WHOSE CHORD BEARS S 78° 03' 58" W FOR A CHORD DISTANCE OF 549.09 FEET; THENCE S 66° 32' 21" W, 178.59 FEET; THENCE ON A CURVE TO THE RIGHT A CURVE DISTANCE OF 171.01 FEET WHOSE RADIUS IS 1,380.00 FEET AND INTERIOR ANGLE IS 07° 06' 00", WHOSE CHORD BEARS S 70° 05' 21" W FOR A CHORD DISTANCE OF 170.90 FEET TO THE TRUE POINT OF BEGINNING. THE AREA OF THE LAND DESCRIPTION IS 1.94 ACRES MORE OR LESS.

POOR COPY

## LEGAL DESCRIPTION NO. 7

The S½ of Section 17, Township 2 South, Range 69 West of the 6th P.M., EXCEPT tracts conveyed to the Farmers Reservoir and Irrigation Company described as follows:
BEGINNING at the Southeast corner of said Section 17;
thence West 5277.6 feet to the Southwest corner of said Section 17,Thence due North along the West Line of said Section 17, 675 feet;
thence S71°E, 815 feet;
thence N15°50'E, 595 feet;
thence S62°50'E, 1360 feet;
thence N52°20'E, 1060 feet;
thence N6°10'W, 380 feet;
thence N63°35'E, 820 feet;
thence S70°45'E, 1045 feet;
thence due East 615 feet to East line of said Section 17;
thence due South 1407.8 feet, more or less, to POINT OF BEGINNING;and EXCEPT the East 17 acres, more or less, thereof including frame house thereon more particularly described as follows:
BEGINNING at the Northeast corner of the S½ of Section 17, Township 2 South, Range 69 West of the 6th P.M.,
thence South along the East line of said Section 17, a distance of 1237.5 feet;
thence due West 615 feet;
thence North parallel to the East line of said Section 17, 1237.5 feet to the North line of S½ of said Section 17;
thence East along the North line of S½ of said Section 17, 615 feet to POINT OF BEGINNING;



EXHIBIT
B
Page 5 of 10

RECEPTION NO.   F0618925

//

EXCEPT that portion thereof conveyed to The Farmers  Reservoir and
Irrigation Company by Deed recorded September 12, 1913 in Book 190 at
Page 169 and further described as follows:
A strip of land 50 feet wide, being 25 feet on each side of a center line
to the right or left of a traverse line described as follows:
Township 2 South, Range 69 West
BEGINNING at a point on the West line of Section 17, 575 feet, more or
less, South of the West Quarter Corner of said Section, said point
being designated Station 56+53;
thence N44°30'E, 12 feet to Station 56+65;
thence S84°00'E, 462 feet to Station 61+27;
thence N4°30'E, 313 feet to Station 64+40;
thence N83°00'E, 540 feet to Station 69+80;
thence S10°00'W, 535 feet to Station 75+15;
thence S73°00'E, 335 feet to Station 78+50;
thence N66°00'E, 585 feet to Station 84+35;
thence N26°00'E, 290 feet to Station 87+25;
thence S79°30'E, 375 feet to Station 91+00;
thence S69°30'E, 620 feet to Station 97+20;
thence S87°30'E, 510 feet to Station 102+30;
thence N84°20'E, 220 feet to Station 104+50;
thence N03°00'W, 350 feet to Station 108+00;
thence S67°30'E, 450 feet to Station 112+50;
thence S59°30'E, 440 feet to Station 116+90;
thence N66°30'E, 300 feet to Station 119+90;
thence N37°00'E, 630 feet to Station 126+20;
thence N75°00'E, 295 feet to Station 129+15;
a point on the East line of Section 17, 47 feet, more or less,
North of the East Quarter corner
EXCEPT that portion thereof conveyed to Jefferson County by
instrument recorded August 6, 1907 in Book 140 at Page 251.

## LEGAL DESCRIPTION NO. 8

That part of the S-1/2 of Section 16, Township 2 South,
Range 69 West of the 6th P.M., which lies North of the fol-
lowing described property line:

BEGINNING at a point on the West line of said Section 16
from whence the West 1/4 corner of said Section bears North
1245 feet; thence North 80°59' East, 2343 feet; thence
North 60° East, 350.0 feet; thence South 80° East, 300
feet; thence South 88°30' East, 1950 feet; thence North
61°50' East, 586.7 feet, more or less, to a point on the
East line of said Section 16, from which point the East 1/4
corner of said Section bears North 530 feet;

EXHIBIT
B
Page 6 of 10

RECEPTION NO. F0618925

EXCEPT

(a)    That certain strip of land 30 feet in width described as beginning at the West 1/4 corner of said Section 16, thence East along the East-West centerline of said Section, 30 feet; thence South and parallel with the West line of said Section, 1241 feet, more or less, to the above described property line; thence South 80°59' West, along said property line to the West line of said Section; thence North along the West line of said Section, 1245 feet to the point of beginning;

(b)    That certain strip of land 30 feet in width described as beginning at the East 1/4 corner of said Section 16; thence West, along the East-West centerline of said Section, 30 feet; thence South, parallel with the East line of said Section, 543 feet, more or less, to the above described property line; thence North 61°50' East, along said property line, to the East line of said Section; thence North along the East line of said Section, 530 feet to the point of beginning;

(c)    That tract of land which was conveyed to F. R. Anderson and E. T. Jensen by deed dated April 27, 1965 and is described therein, which deed was recorded on May 11, 1965 in Book 1794 at Page 84 of the Jefferson County records in the State of Colorado;

(d)    That Tract of land which was conveyed to Farmers Reservoir and Irrigation Company by deed dated April 27, 1965 and recorded June 7, 1965 in Book 1799 at Page 417.

LEGAL DESCRIPTION NO. 9

North half of the Southeast Quarter of the Southwest Quarter and Southwest Quarter of the Southeast Quarter of the Southwest Quarter of Section 20, Township 2 South, Range 69 West, EXCEPT that portion described as follows: Beginning at the Northwest corner of the Southeast Quarter of the Southwest Quarter of said Section 20, thence East 1320 feet, thence South 660 feet, thence West 660 feet, thence South 660 feet, thence North 14 degrees West 824.6 feet, thence West 640 feet, thence North 520 feet more or less to the place of beginning, and EXCEPT the West 30 feet of said Southeast 1/4 Southwest 1/4 conveyed to the County of Jefferson in Book 36 at Page 295, and EXCEPT that portion conveyed to MICHAEL F. DAY AND GLENNA C. DAY at Reception No. 78082322,



EXHIBIT
B
Page 7 of 10

RECEPTION NO.  F0618925

## LEGAL DESCRIPTION NO. 10

13.

A tract in the East 615 feet of the S½ of Section 17, Township 2 South,
Range 69 West in Jefferson County, Colorado, more particularly
described as follows:
BEGINNING at a point in the West boundary of said East 615 feet, said
point        2,650 feet South of the North boundary of said Section 17;
thence South 345.6 feet to the center line of Church Ditch,
thence Northeasterly the following courses and distances; N37°58'E,
151.6 feet, N49°00'E, 144.7 feet, N59°09'E 255.8 feet,
thence West 422.1 feet to the POINT OF BEGINNING
EXCEPT that portion lying with West 100th Avenue.
EXCEPT any portion lying within property conveyed in
Deed recorded in Book 190 at Page 169.

## LEGAL DESCRIPTION NO. 11

The South 993.7 feet of the East Half of the North 1237.5 feet of
the East 615 feet of the South Half of Section 17, Township 2 South,
Range 69 West of the 6th P.M., TOGETHER WITH a non-exclusive easement
and right of way for ingress, egress and ditch purposes over the
East 25 feet of the North 243.8 feet of the South Half of said
Section 17, Jefferson County, Colorado,
County of Jefferson,
State of Colorado.

## LEGAL DESCRIPTION NO. 12

PARCEL A:

A tract of land in the Southwest Quarter of Section 16, Township
2 South, Range 69 West of the Sixth Principal Meridian, more
particularly described as follows:
COMMENCING at the Northwest corner of the Southwest Quarter of
said Section 16;
thence N89°59'08"E 30.00 feet along the North line of said Southwest
Quarter to a point;



EXHIBIT
B
Page 8 of 10

RECEPTION NO.   F0618925

thence S00°01'51"W 30.00. feet parallel to the West line of said
Southwest Quarter to the POINT OF BEGINNING;
thence N89°59'08"E 379.97 feet on a line parallel to the North
line of said Southwest Quarter to a point;
thence S00°01'51"W 1,113.83 feet parallel to the West line of said
Southwest Quarter to a point;
thence S80°23'46"W 385.40 feet to a point 30.00 feet Easterly of
the West line of said Southwest Quarter;
thence N00°01'51"E 1,178.03 feet on a line parallel to and 30.00
feet Easterly of the West line of said Southwest Quarter to the
POINT OF BEGINNING.
EXCEPT the North 30 feet thereof as conveyed to Jefferson County
by Road Petition recorded August 6, 1907 in Book 140 at Page 251.

## LEGAL DESCRIPTION NO. 13

A tract of land in the Southwest Quarter of Section 16, Township
2 South, Range 69 West of the Sixth Principal Meridian, more
particularly described as follows:
COMMENCING at the Northwest corner of the Southwest Quarter of
said Section 16;
thence N89°59'08"E, 409.97 feet along the North line of said
Southwest Quarter to a point;
thence S00°01'51"W, 30.00 feet parallel to the West line of said
Southwest Quarter to the POINT OF BEGINNING;
thence N89°59'08"E, 618.93 feet on a line parallel to the North
line of said Southwest Quarter to a point;
thence S00°01'51"W, 1005.71 feet on a line parallel to the West
line of said Southwest Quarter to a point;
thence S80°04'41"W, 628.39 feet to a point;
thence N00°01'51"E, 1,113.83 feet on a line parallel to the West
line of Southwest Quarter to the POINT OF BEGINNING.
EXCEPT that portion of the parcel which may lie within the Right
of Way of West 100th Avenue.

## LEGAL DESCRIPTION NO. 14

A tract of land located in the North 1237.5 feet of the East 615
feet of the S1/2 of Section 17, Township 2 South, Range 69 West
of the 6th P.M., described as follows:

EXHIBIT
B
Page 9 of 10

RECEPTION NO.   F0618925

*15*

COMMENCING at the Northeast corner of the South Half of said
Section 17,
thence S00°01'51"W along the East line of said South Half
60.00 feet to the POINT OF BEGINNING:
thence continuing S00°01'51"W along the said East line 183.80
feet;
thence N89°06'17"W and parallel with the North line of said
South Half 307.50 feet;
thence S00°01'51"W and parallel with the East line of said
South Half 971.50 feet;
thence N88°19'21"W - 307.60 feet;
thence N00°01'51"E and parallel with the East line of said
South Half 876.43 feet;
thence N37°58'00"E - 151.6 feet;
thence N49°00'00"E - 144.7 feet;
thence N59°09'00"E - 108.44 feet;
thence S89°06'17"E and parallel with the North line of said
South Half 319.55 feet to the POINT OF BEGINNING.

Excepting from the entire above described properties, any portion thereof
which may be described at the following Reception Numbers, recorded in
the Office of the Clerk and Recorder, Jefferson County, Colorado:

    1) 84012087;
    2) 84033407;
    3) 85055006.



EXHIBIT
B
Page 10 of 10

NO. 120.  WARRANTY DEED.

Printed and for sale by The W. H. Kistler Stationery Co., Denver.

**This Deed,** Made this _24th_ day of _June_, in the year of our Lord, one thousand nine hundred and _Nine_ between _J. A. Newcomb_ and _Emma J. Newcomb_

of the ——— County of _Jefferson_ ———, and State of Colorado, of the first part, and _The Farmer's Reservoir and Irrigation Company, a corporation organized and existing under and by virtue of the laws_

of the ——— County of ——— and State of Colorado, of the second part;

**Witnesseth,** That the said part _y_ of the first part, for and in consideration of the sum of _Two Thousand Six Hundred Twenty-five (2625.00)_ ——— DOLLARS,

to the said part _ies_ of the first part in hand paid by the said part _y_ of the second part, the receipt whereof is hereby confessed and acknowledged, ha _ve_ granted, bargained, sold and conveyed, and by these presents do ——— grant, bargain, sell, convey and confirm, unto the said part _y_ of the second part, _its successors_ heirs and assigns forever, all the following described lot ——— or parcel ——— of land, situate, lying and being in the ——— County of _Jefferson_ ——— and State of Colorado, to wit:

_A strip of land for the Croke Canal across the N½ SW¼ Sec 31 T 2 S R 69 W, said strip of land being 130 feet wide, extending 70 ft right and 60 ft left of the center line from Sta 331+04 to Sta 335, and 100 ft wide, extending 50 ft right and 50 ft left of the center line from Sta 335 to Sta 355+07; said center line being described as follows:_

_Beginning at a point on the south line of N½ SW¼ said Sec 31, 1421 ft north and 218 ft East of the SW corner said Sec 31; said point being designated Sta 331+04; thence N 40°21′ E 346 ft to Sta 334+50 P.C.; thence by a 15° curve to the right 300 ft to Sta 337+50 P.T.; thence S 86°32′ E 450 ft to Sta 342 P.C.; thence by a 13° curve to the left 630 ft to Sta 348+30 P.T.; thence N 11°34′ E 520 ft to Sta 353+50 P.C.; thence by a 13°06′ curve right 157 ft to Sta 355+07, a point on the ½ section line between the SW¼ and NW¼ Sec 31 T 2 S R 69 W, 2690 ft more or less North and 100 ft more or less East of the SW corner Sec 31; containing 5.67 acres more or less._

_In case of deviation from the above described line, the strip of land hereby conveyed shall include the land on each side of the center line of said canal as actually constructed, to the width above specified._

**Together** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said part _y_ of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**To have and to hold** the said premises above bargained and described, with the appurtenances, unto the said part _y_ of the second part, _its successors_ heirs and assigns forever. And the said part _ies_ of the first part, for _their_ sel _ves these_ ——— heirs, executors, and administrators, do _es_ covenant, grant, bargain and agree to and with the said part _y_ of the second part _its successors_ heirs and assigns, that at the time of the ensealing and delivery of these presents, _they are_ well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and ha _ve_ good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature soever, _Second party shall build a good and sufficient wagon bridge, sufficient to allow the passage of threshing outfits, and also three syphons or flumes, across said canal at points to be determined by first party together with the engineer of second party. Also second party shall build a syphon or flume across said canal where a draw is now located, and also allow first party to maintain a small pond in said draw on the upper side of the canal. The same construction includes all damages to the values of first party's lands_ and the above bargained premises in the quiet and peaceable possession of the said part _y_ of the second part, _its successors_ heirs and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said part ——— of the first part shall and will WARRANT AND FOREVER DEFEND.

**In Witness Whereof,** The said part _y_ of the first part ha _ve_ hereunto set _their_ ——— hand _s_ and seal _s_ the day and year first above written.

Signed, Sealed and Delivered in Presence of

_J. A. Newcomb_  (SEAL)

_Emma J. Newcomb_  (SEAL)

(SEAL)

STATE OF COLORADO,  } ss.
City & COUNTY OF Denver }

I, Wm Wallis Platt _____ a Notary Public
in and for said City and _____ County, in the State aforesaid, do hereby certify that
J. A. Newcomb and Emma J. Newcomb

who are _____ personally known to me to be the persons whose names are subscribed to the foregoing Deed, appeared
before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument of writing as
their free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and notarial seal, this 25th day of June _____ A. D. 19 09

My commission expires Mar 6 _____ 19 10.

Wm Wallis Platt
Notary Public.

---

-15- EXAMINED 386

No. 79231

# WARRANTY DEED.

J. A. Newcomb
Emma J. Newcomb

TO

The Farmer's Reservoir
and Irrigation Company

STATE OF COLORADO, } ss.
_____ County of Jefferson }

I hereby certify that this instrument was
filed for record in my office this 28
day of June _____ A. D. 190 9
at 8:45 o'clock A.M., and duly recorded
in Book 162 Page 444.

H. J. Juchem
Recorder.

By _____ Deputy.

Fec. $ 1.40 pd

10-07-5m.      THE W. H. KISTLER STAT'Y CO., DENVER.

403.5

THIS DEED, Made this fourteenth day of August in the year of our Lord one thousand nine hundred and thirteen BETWEEN DENVER RESERVOIR IRRIGATION COMPANY, a corporation duly organized and existing under and by virtue of the laws of the State of Maine, of the first part, and THE FARMERS RESERVOIR AND IRRIGATION COMPANY, a corporation duly organized and existing under and by virtue of the laws of the State of Colorado, of the second part,

WITNESSETH, That the said party of the first part, for and in consideration of the sum of One and 00/100 Dollars ($1.00) and other good and valuable considerations to the said party of the first part in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, has remised, released, sold, conveyed and QUIT-CLAIMED, and by these presents does remise, release, sell, convey and QUIT-CLAIM unto the said party of the second part, its successors and assigns forever, all the right, title, interest, claim and demand which the said party of the first part has in and to the following described real estate situate, lying and being in the County of Jefferson and State of Colorado, to-wit:

A strip of land for the CROKE CANAL through, upon, over and across Block Seven (7) in Berkeley Gardens, a subdivision of the West Half (W½) of the Southeast Quarter (SE¼), Section Twenty-eight (28), Township Two (2) South, Range Sixty-nine (69) West; said strip of land being One Hundred and Ten (110) feet wide and extending Sixty (60) feet right and Fifty (50) feet left of the center line of the said CROKE CANAL, as actually constructed, and contains Eighty- three One-Hundredths (.83) of an acre.

Said center line intersects the boundary line between Blocks Seven (7) and Eight (8) of said Berkeley Gardens, Two Hundred Fifty (250) feet South of the corner common to Blocks One (1), Two (2), Seven (7) and Eight (8) of said Berkeley Gardens, which point is Station 745+00 of the survey of the said CROKE CANAL, and which said center line intersects the boundary line between Blocks Six (6) and Seven (7) of said Berkeley Gardens, Twenty-three (23) feet South of the corner common to Blocks Two (2), Three (3), Six (6) and Seven (7) of said Berkeley Gardens, which point is Station 749+50 of the survey of the said CROKE CANAL.

ALSO, a strip of land for the CROKE CANAL through, upon, over and across Block Two (2) and the West Half (W½) of Block One (1) in Berkeley Gardens, a subdivision of the West Half (W½) of the Southeast Quarter (SE¼), Section Twenty-eight (28), Township Two (2) South, Range Sixty-nine (69) West; said strip of land being One Hundred Ten (110) feet wide and extending Eighty (80) feet right and Thirty (30) feet left of the center line of the CROKE CANAL, as actually constructed, and contains One and Twenty-eight One-Hundredths (1.28) acres.

Said center line intersects the boundary line between Blocks Two (2) and Three (3) of said Berkeley Gardens Three Hundred Thirty (330) feet South of the North corner common to Blocks Two (2) and Three (3), which point is Station 754+75 of the survey of the CROKE CANAL, and which said center line intersects the boundary line between the East Half (E½) and the West Half (W½) of Block One (1) of said Berkeley Gardens, One Hundred Forty (140) feet North and One Hundred Seventy (170) feet East of the corner common to Blocks One (1), Two (2), Seven (7) and Eight (8) of said Berkeley Gardens, which point is Station 760+15 of the survey of the said CROKE CANAL.

ALSO, a strip of land for the CROKE CANAL through, upon, over and across the Northwest Quarter (NW¼) of Section Thirty-one (31), Township Two (2) South, Range Sixty-nine (69) West. From Station 0+00 to Station 13+10 of the following described traverse line, said strip of land is One Hundred Twenty-five (125) feet wide, extending No (00) feet right and One Hundred Twenty-five (125) feet left of said traverse line. From Station 13+10 to Station 14+00 of said traverse line said strip of land is One Hundred Eighty

-3-

(180) feet wide, extending No (00) feet right and One

Hundred and Eighty (180) feet left of said traverse line;

from Station 14+00 to Station 17+00 said strip of land

is One Hundred and Fifty (150) feet wide, extending No

(00) feet right and One Hundred and Fifty (150) feet left

of said traverse line; from Station 17+00 to Station 23+00

said strip of land is One Hundred and Twenty-five (125) feet

wide, extending No (00) feet right and One Hundred and Twenty-

five (125) feet left of said traverse line; from Station 23+00

to Station 24+00 said strip of land is One Hundred and Fifty

(150) feet wide, extending No (00) feet right and One Hundred

and Fifty (150) feet left of said traverse line, said strip

of land herein conveyed contains Seventeen (17) acres.

Said traverse line is described as follows, to-wit:
Beginning at a point on the East and West center line of
Section Thirty-one (31) from which the Quarter corner common
to Sections Thirty-one (31) and Thirty-six (36), Township
Two (2) South, Range Sixty-nine (69) and Seventy (70) West
bears North 89° 16' West, a distance of 1862 feet, which point
is in the lower toe of the right bank of the CROKE CANAL, and
designated as Station 0+00 of this survey; thence North 48° 14'
East 250 feet to Station 1; thence North 28° 26' East 100 feet
to Station 2; thence North 10° 26' East 150 feet to Station 3;
thence North 18° 34' West 150 feet to Station 4; thence North
46° 01' West, 150 feet to Station 5; thence North 65° 37' West
200 feet to Station 6; thence North 45° 32' West, 300 feet to
Station 7; thence North 71° 14' West, 100 feet to Station 8;
thence North 77° 39' West 450 feet to Station 9; thence North
57° 02' West, 250 feet to Station 10; thence North 70° 50' West
200 feet to Station 11; thence North 82° 12' West 200 feet to
Station 12; thence North 63° 51' West, 260 feet to Station 13;
thence North 18° 48' West, 160 feet to Station 14; thence North
29° 36' West 75 feet to Station 15; thence North 28° 00' East
85 feet to Station 16; thence North 63° 58' East 300 feet to
Station 17; thence North 67° 00' East 470 feet to Station 18;
thence South 84° 52' East 230 feet to Station 19; thence South
77° 46' East 1000 feet to Station 20; thence North 81° 16' East
100 feet to Station 21; thence North 52° 38' East 140 feet to
Station 22; thence North 20° 56' East 250 feet to Station 23.

A point on the North and South center line of said
Section Thirty-one (31); thence North 00° 40' West 165 feet
along said center line to Station 24+00, from which Station
the Quarter corner between Sections Thirty (30) and Thirty-one
(31), Township Two South, Range 69 West bears North 00° 40' West
a distance of 378 feet. Station 0+00 of this survey is opposite
Station 355+07 of the survey of the CROKE CANAL, and Station 24:00
of this survey is opposite Station 412+30.8 of the survey of the
CROKE CANAL.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the appurtenances and privileges thereunto belonging or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever, of the said party of the first part, either in law or equity, to the only proper use, benefit and behoof of the said party of the second part, its successors and assigns forever.

IN WITNESS WHEREOF, The said party of the first part hath caused its corporate name to be hereunto subscribed by its First Vice President, and its corporate seal to be hereunto affixed, attested by its Secretary, the day and year first above written.

DENVER RESERVOIR IRRIGATION COMPANY

By _____

First Vice President
Acting in the absence of the
President.

Attest:

_____
Secretary.

STATE OF COLORADO )
) ss.
CITY AND COUNTY OF DENVER )

I, *Josiah P. Smith*, a Notary Public,
in and for said City and County, in the State aforesaid, do
hereby certify that Fred L. Lucas and O. J. Standley, who
are personally known to me to be the same persons whose names
are subscribed to the foregoing QUIT-CLAIM DEED as having
executed the same respectively as First Vice President and
Secretary of the DENVER RESERVOIR IRRIGATION COMPANY, a
corporation, and who are known to me to be such officers
respectively, appeared before me this day in person, and
severally acknowledge: That the seal affixed to the fore-
going instrument is the corporate seal of said corporation;
that the same was thereunto affixed by the authority of said
corporation; that said instrument was by like authority
subscribed with its corporate name; that the said Fred L.
Lucas and O. J. Standley are the First Vice President and the
Secretary respectively of said corporation; that by the authority
of said corporation they respectively subscribed their names
thereto as First Vice President and Secretary, and that they
signed, sealed and delivered the said instrument of writing as
their free and voluntary act and deed, and as the free and vol-
untary act and deed of said corporation, for the uses and pur-
poses therein set forth.

Given under my hand and notarial seal, this *11th*
day of *September* A. D., 1914.
My commission expires *July 25, 1917*

*Josiah P. Smith*
Notary Public.

EXAMINED 96391

QUIT-CLAIM DEED

FROM

DENVER RESERVOIR IRRIGATION COMPANY

TO

THE FARMERS RESERVOIR AND IRRIGATION COMPANY.

Jefferson Co.

STATE OF COLORADO, } ss.
County of Jefferson.

I hereby certify that this instrument was filed for record in my office, at 9.45 o'clock a. M., Dec-12- A. D. 1914, and recorded in Book 173 on page 506

[illegible] Recorder.

........ Deputy.

No.......... Fees 2.65

~~No Documentary Seal~~

~~N.E. Expiration of Notary Commission~~

E.A.

No. 120.  WARRANTY DEED.

Printed and for sale by The W. H. Kistler Stationery Co., Denver.

# This Deed, Made this *Fourteenth* day of *June* in the year of our Lord,

one thousand nine hundred and *Nine* between

*Alpheus F. Bedwell*

of the ——— County of *Jefferson*, and State of Colorado, of the first part, and *The Farmers Reservoir and Irrigation Company, a corporation organized and existing under and by virtue of the laws of the* ——— of the ——— County of ———, and State of Colorado, of the second part;

**Witnesseth,** That the said part *y* of the first part, for and in consideration of the sum of *Eight Hundred Sixty eight ($868.00)* ——— DOLLARS,

to the said part *y* of the first part in hand paid by the said part *y* of the second part, the receipt whereof is hereby confessed and acknowledged, ha *s* granted, bargained, sold and conveyed, and by these presents do *es* grant, bargain, sell, convey and confirm, unto the said part *y* of the second part, *its successors* heirs and assigns forever, all the following described lot ——— or parcel ——— of land, situate, lying and being in the ——— County of *Jefferson* and State of Colorado, to wit:

*A strip of land for the Croke Canal across the N½ NE¼ Sec 31 T 3 S R 69 W, 120 feet wide, extending 50 ft left and 70 ft right of a center line described as follows:*

*Beginning at a point on the ½ Section line which is 420 feet more or less south of the N¼ corner of said Sec 31, said point being designated Sta 412+30.8; thence S 06° 22' E 69.2 ft to Sta 413 P.C.; thence on a 12° curve left 250 ft to Sta 415+50 P.R.C; thence on a 15° 40' curve to the right 270 ft to Sta 418+20 P.T.; thence S 74° 04' E 30 ft to Sta 418+50 P.C.; thence by an 11° curve to the left 300 ft to Sta 421+50 P.T.; thence N 72° 56' E 100 ft to Sta 422+50 P.C.; thence by an 18° curve to the right 450 ft to Sta 427 P.R.C; thence by an 18° curve to the left 313 ft to Sta 430+13 P.T.; thence S 88° R4 E 1011 ft to Sta 440+24, a point on the East line of Sec 31, 753 ft south of the NE corner thereof; containing 7.57 acres more or less. About 1600 ft of this strip, and the lower line to the right of the Farmer's High Line Canal Reservoir Company, has been acquired from the strip, and the strip, in case of deviation from the above described line, the strip of land hereby conveyed shall include the land on each side of the center line of said canal as actually constructed, to the width above specified. The second party herein shall construct two iron flumes across said canal to carry first party's water at points to be designated by first party.*

**Together** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said part *y* of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**To have and to hold** the said premises above bargained and described, with the appurtenances, unto the said part *y* of the second part, *its successors* heirs and assigns forever. And the said part *y* of the first part, for *him* sel *f*, *his* heirs, executors, and administrators, do *es* covenant, grant, bargain and agree to and with the said part *y* of the second part, *its successors* heirs and assigns, that at the time of the ensealing and delivery of these presents, *he is* well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and ha *s* good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature soever, *except coal and other minerals are reserved to first party. First party also reserves the right to construct and maintain a wagon bridge at the west end of the strip hereby conveyed, and across the same.*

and the above bargained premises in the quiet and peaceable possession of the said part *y* of the second part, *its successors* heirs and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said part *y* of the first part shall and will WARRANT AND FOREVER DEFEND.

**In Witness Whereof,** The said part *y* of the first part ha *s* hereunto set *his* hand and seal the day and year first above written.

Signed, Sealed and Delivered in Presence of

*Alpheus F. Bedwell*    (SEAL)

(SEAL)

(SEAL)

STATE OF COLORADO,
City & COUNTY OF Denver } ss.

I, Wm Wallis Platt _____ a Notary Public
in and for said City and _____ County, in the State aforesaid, do hereby certify that _____

Alphus F. Bidwell

who is _____ personally known to me to be the person _____ whose name _is_ _____ subscribed to the foregoing Deed, appeared before me this day in person, and acknowledged that _he_ _____ signed, sealed and delivered the said instrument of writing as _his_ _____ free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and _notarial_ _____ seal, this _14th_ _____ day of _June_ _____ A. D. 19 0 9

My commission expires _Mar 6_ _____ 19 1 0

Wm Wallis Platt
Notary Public.

---

No. 79229

2— 388

# WARRANTY DEED.

Alphus F Bidwell

TO

The Farmer's Reservoir
and Irrigation Company

STATE OF COLORADO, } ss.
County of Jefferson

I hereby certify that this instrument was filed for record in my office this _28_ day of _June_ A. D. 19 09 at _8/30_ o'clock A M., and duly recorded in Book _165_ Page _449_

H J Jurchew
Recorder.

By _____
Deputy.

Fee, $ 1 40 Pd

10-07-5m.   THE W. H. KISTLER STA'Y CO., DENVER.

#389

No. 118.   WARRANTY DEED.   (DOUBLE ACKNOWLEDGMENT.)          Printed and for sale by The W. H. Kistler Stationery Co., Denver.

**This Deed,** Made this __Fourth__ day of __September__ in the year of our Lord one thousand nine hundred and __nine__ between __John W. Holliday__

of the __City and__ County of __Denver__, and State of Colorado, of the first part, and __The Farmers Reservoir and Irrigation Company, a corporation duly organized and existing under the laws of the__ __of the__ __County of__ and State of Colorado, of the second part;

**Witnesseth,** That the said party____ of the first part, for and in consideration of the sum of __Five Hundred ($500.00)__ DOLLARS, to the said part__y__ of the first part in hand paid by the said part____ of the second part, the receipt whereof is hereby confessed and acknowledged, ha_s_ granted, bargained, sold and conveyed, and by these presents do_es_ grant, bargain, sell, convey and confirm, unto the said part__y__ of the second part, its successors heirs and assigns forever, all the following described lot__ or parcel__ of land, situate, lying and being in the County of __Jefferson__ and State of Colorado, to wit: A strip or parcel of land extending in an easterly and westerly direction across that portion of the Northwest Quarter of Section 32, Township 2 South, Range 69 West, lying generally South and adjacent to the present right of way of the Croke Canal through said property and having a width of Forty (40) Feet measured from the south boundary line of the right of way of said Croke Canal along lines drawn perpendicular to the center line of said Croke Canal. There is reserved, however, from this conveyance a site for a house, said site not to exceed in width the full width of said strip of land conveyed, nor to be more than Forty (40) Feet in length, the location of said site to be determined and fixed within Thirty (30) Days by said grantor, but in no event to be such as to interfere with the construction and maintainance of said Croke Canal. Said consideration herein cited to be paid to the said Holliday to be in full for all damages of whatsoever character occurring to said property of said Holliday for and on account of the construction of the said Croke Canal through said property, including any damage resulting from the wash of material from waste banks beyond the limits of the right of way of the said Croke Canal.

**Together** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said part____ of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**To have and to hold** the said premises above bargained and described, with the appurtenances, unto the said part__y__ of the second part, its successors heirs and assigns forever. And the said part____ of the first part, for __himself__ __his__ heirs, executors, and administrators, do_es_ covenant, grant, bargain and agree to and with the said part__y__ of the second part, its successors heirs and assigns, that at the time of the ensealing and delivery of these presents __he is__ well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and ha_s_ good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature soever,

and the above bargained premises in the quiet and peaceable possession of the said part__y__ of the second part, its successors heirs and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said part__y__ of the first part shall and will WARRANT AND FOREVER DEFEND.

**In Witness Whereof,** The said part__y__ of the first part ha_s_ hereunto set __his__ hand__ and seal__ the day and year first above written.

_J W Hollidy_ (SEAL)

(SEAL)

_John W Halliday_ (SEAL)

## STATE OF COLORADO,  } ss.
_City &_ County of _Denver_

I, _William Hackler_ _____, a Notary Public in and for said _City &_ _____ County, in the State aforesaid, do hereby certify that _____ _John W. Holliday_ _____

who __ _is_ __ personally known to me to be the person__ whose name __ _is_ __ subscribed to the foregoing Deed, appeared before me this day in person, and acknowledged that __ _he_ ____ signed, sealed and delivered the said instrument of writing as __ _his_ ____ free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and notarial seal, this ___ 4th ___ day of _September_ ___ A. D. 190 9

My commission expires___ _Feb 25th_ _____, 19_13_

_William Hackler_

_Notary Public._

## STATE OF _____  } ss.
County of _____

I, _____, a Notary Public in and for said _____ County, in the State aforesaid, do hereby certify that _____

_____

who _____ personally known to me to be the person__ whose name_____ subscribed to the foregoing Deed, appeared before me this day in person, and acknowledged that _____ signed, sealed and delivered the said instrument of writing as _____ free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and notarial seal, this _____ day of _____ A. D. 19____

My commission expires_____, 19____

_Notary Public._

---

EXAMINED, (389)

No.__ 7980

# WARRANTY DEED

John W. Holliday

T... Denver, Colo.,

TO

The Farmers Res. + Irrigation Co

## STATE OF COLORADO,  } ss.
COUNTY OF _Jefferson_

### RECORDER'S OFFICE

I hereby certify that this instrument was filed for record in my office this __ 8th __ day of _Sept_ A. D. 190 9, at 9.25 o'clock _a._ M., and duly recorded in Book _162_ Page 96

_H J Juchem_

_Recorder._

By _____ _Deputy._

Fee, $ _1 30 Pd_

5-07-500.   THE W. H. KISTLER STAT'Y CO., DENVER.

474

WARRANTY DEED.—The Out West Printing and Stationery Co., Colorado Springs, Colo.

No.

**WARRANTY DEED.**

J. W. Holliday

TO

The Farmer's Reservoir
and Irrigation Company

STATE OF COLORADO,
COUNTY OF JEFFERSON.

I hereby certify that this Instrument was
filed for record in my office at ____ 2½ 25
o'clock P.M., July 9, 19 09
and is duly recorded in book 162, page
No. 474

By ____ H. J. Gneham
Deputy.

**This Deed,** Made this Eighth day of July in the year of our
Lord one thousand nine hundred and nine between J. W. Holliday
of the City County of Denver, and State of Colorado, of the first part,
and The Farmer's Reservoir and Irrigation Company a corporation duly organized and
existing under and by virtue of the laws of the
of the ____ County of ____ and State of Colorado, of the second part:

WITNESSETH, That the said part y of the first part, for and in consideration of the sum of
One thousand nine hundred eighty seven 5/100 DOLLARS,
to the said part y of the first part in hand, paid by the said part y of the second part, the receipt whereof is
hereby confessed and acknowledged ha s granted, bargained, sold and conveyed, and by these presents do es
bargain, sell, convey and confirm unto the said part y of the second part, its successors heirs and assigns
forever, all the following described lot ____ or parcel ____ of land, situate, lying and being in the County of Jefferson,
State of Colorado, to-wit: A strip of land for the Croke Canal across
the Northwest quarter of Section 32 Township 2 South, Range 68 West, extending
on the left and North of the center line of the final location of the survey of said
Croke Canal to the line line of the right of way of the canal of the Farmers High line
Canal and Reservoir Company, and extending on the right of the center line of said
location 60 feet from Station 440÷24 to Station 466, 100 feet from station 466 to station
469÷96, said center line being more particularly described as follows: Beginning
at a point on the West line of said Section 32, 753 feet south of the northwest corner
of said Section 32, which point is designated as Station 440÷24, thence S. 82° 24'
E 226 feet to Station 442÷50 T. C.; thence by a 23° curve to the right, 250 feet to
Station 445 T. J.; thence S. 24°54' E 75 feet to Station 445÷75 T. C. thence by a 27°40'
curve to the left 275 feet to Station 448÷50 T. C.; thence by a 10°40' curve to the right
200 feet to Station 450÷50; thence S. 79°39' E 600 feet to Station 456÷50 P. C.; thence by an
8°46' curve to the right 250 feet to Station 459 T. J.; thence S. 59°39' E 100 feet to Station
460 T. C.; thence by a 16° curve to the left 250 feet to Station 462÷50 T. S. thence N. 82°21' E
100 feet to Station 463÷50 P. C.; thence by a 40° curve to the left 300 feet to Station 466÷50 T. J. [the remaining lines are illegible handwriting]

TOGETHER with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainders,
and remainders, rents, issue and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said part y of the first part, either in law
or equity, of, in and to the above bargained premises with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances unto The Farmer's Reservoir and
Irrigation Company the said part y of the second part, its successors heirs and
assigns forever. And the said J. W. Holliday
part y of the first part, for him self his heirs, executors
and administrators, do covenant, grant, bargain and agree to and with the said part y of the second part its successors heirs and assigns, that at the
time of the ensealing and delivery of these presents he is well seized of the premises above conveyed, as of good, sure, perfect, absolute and
indefeasible estate of inheritance, in law ____ and ____ good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and
form aforesaid, and that same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature
soever,

and the above bargained premises in the quiet and peaceable possession of the said part y of the second part its successors heirs and assigns, against all and every
person or persons lawfully claiming or to claim the whole or any part thereof, the said part y of the first part shall and will WARRANT AND FOREVER DEFEND.

IN WITNESS WHEREOF, The said part y of the first part ha s hereunto set his hand and seal the day and year first above written.
Signed, Sealed and Delivered in Presence of

John W. Holliday   [Seal]
[Seal]
[Seal]

**STATE OF COLORADO,**
County of Denver ss.
City of Denver

I, William Kaehler, a Notary Public in and for said
County, in the State aforesaid, do hereby certify that
John W. Holliday
who is personally known to me to be the person whose name is subscribed to the foregoing Deed, appeared before me this day in
person, and acknowledged that he signed, sealed and delivered the said instrument of writing as his free and voluntary act, for the uses
and purposes therein set forth.

Given under my hand and notarial seal, this 8th day of July A.D. 19 09
My Commission expires Feb. 25 A.D. 1913.

William Kaehler
Notary Public.

[NOTARIAL SEAL]

---

No.

WARRA
Cum

C. R.

STATE OF COLO
COUNTY OF JEFF
I hereby certif
filed for record in m
o'clock ____ M.,
and is duly rec
No. 475

By

Tota
Irrigo
Clerks a
water

TOGETHER
remainders, r
or equity, of,
TO HAV

and administrators
time of the enseali
indefeasible estate
form aforesaid, an
soever,

and the above bar
person or persons l

IN WITNES
Signed,

STATE

Co
Jefferson

who is
person, and
and purposes the

[NOTA
SEAL]

570885

COUNTY OF JEFFERSON
STATE OF COLORADO
FILED IN MY OFFICE ON
May 30  9 30 AM '73
RECORDED NO. 2510 670
COUNTY CLERK & RECORDER

### AGREEMENT

THIS AGREEMENT, Made and entered into this _31st_ day of March, 1973, by the between THE FARMERS RESERVOIR AND IRRIGATION COMPANY, a Colorado Corporation, hereinafter called First Party, and GLENN E. SIEVER and VIOLA SIEVER, hereinafter called Second Parties,

WITNESSETH THAT:

WHEREAS, First Party is the owner of the Croke Canal, the Northerly right of way of which adjoins the Southerly right of way of the hereinafter described property of Second Parties in the Northwest Quarter (NW¼) of Section Thirty-two (32), Township Two (2) South, Range Sixty-nine (69) West, Jefferson County, Colorado.

WHEREAS, Second Parties are the owners of the following described property, situate in the County of Jefferson and State of Colorado, to-wit:

> That part of the Northwest Quarter (NW¼) of Section Thirty-two (32), Township Two (2) South, Range Sixty-nine (69) West of the 6th P.M., lying Easterly of the East line of Alkire Street, Southerly of the centerline of the right of way of the Farmers High Line Canal, and Northerly of the Northerly right of way line of the Croke Canal.

NOW, THEREFORE, For and in consideration of the mutual covenants herein contained, IT IS AGREED AS FOLLOWS:

That the Northerly boundary line of the Croke Canal of The Farmers Reservoir and Irrigation Company system as it adjoins the above described property of Second Parties has been established, and is hereby declared, to be fifty (50) feet Northerly from the centerline of the said Croke Canal, the same being the Southerly boundary of the above described property of Second Parties.

IN WITNESS WHEREOF, the parties hereto have executed this agreement on the day and year first above written.

THE FARMERS RESERVOIR AND IRRIGATION COMPANY

ATTEST:

By _M C Sarchef_
President

_Beatrice F. Schad_
Secretary

_Glenn E. Siever_

_Viola Siever_

-1-

2510  670

2510 671

STATE OF COLORADO    )
                        ) ss.
CITY AND COUNTY OF DENVER )

The above and foregoing Agreement was acknowledged before me this 27th day of April, 1973, by M. C. Sorchet as President, and Beatrice Schad, as Secretary, of The Farmers Reservoir and Irrigation Company, a Colorado Corporation.

Witness my hand and official seal.

My Commission expires _My Commission expires Mar. 1, 1977_.

_Halbert B. Clemmer_
Notary Public

STATE OF COLORADO   )
                     ) ss.
COUNTY OF JEFFERSON )

The above and foregoing Agreement was acknowledged before me this 16th day of March, 1973, by Glenn E. Siever and Viola Siever.

Witness my hand and official seal.

My Commission expires January 15, 1977.

_Elayne Radke_
Notary Public

-2-

2510 671

MAY 30   9 31 AM '73
RECORDED IN 2510  672
COUNTY CLERK & RECORDER



0 673

2510  672

E Line NW¼  Section 32

N 76° 23' W
176 68'

Δ = 6° 56' 00"
99 88'
R = 825.35'

N 69° 27' W
176 61'

Δ = 26° 56'
7 40 88'
R = 16.0°
79 93'

Δ = 38° 2'
T = 41.7' 3'
R = 150°
29
4 9 81'

Sta 679 + 18.5

Δ 47°06' R:117.72 96.82 T:51.31

N 31°52'W 44.53 34

Δ=06°27' 7. 93.96 R:100 ↑ 120.8'

T:118.83 R:383.0 Δ=03°28'

N 31°W 80.39

Δ:23°22 R:230.8 T:51.07

N 9°25'W 80.09

Δ=38°25' T:41.81 R:120.0

N 17°22'E 79.81

S 27°05'E 96.6

Δ=03°17' 99.78 R:940.05 550.0

S 42°0'E 396.75 E

S 5°03'E

Public Service Co. of Colorado Easement

(120') (2 Each Side)

N 76°23'W 76.65

**2510  673**

N. 83°54' W   1796.0'

Δ = 71°11'
R = 305.0'

T = 218.23'
378.85'

R = 300.18'
R = 299.1'   T = 144.1'
S 27°5'

750.0'

N. 8°28' W
24.68'

Δ = 10°
T = 151'

S 27°5'

2510  674



2510 675

2510 676



W. Line Section 32

T. 2 S., R. 69 W.   Aikire

30'

Scale 1" = 100'







2510 679

2510 679

Croke Canal
NW/4, Section ___, S., R. 69 W.
Feb. 10, 19__

_____
Registered Land Surveyor

(408)

THIS DEED, Made this fourteenth day of August in the year of our Lord one thousand nine hundred and thirteen BETWEEN THE COLORADO RANCH COMPANY, a corporation duly organized and existing under and by virtue of the laws of the State of Colorado, of the first part, and THE FARMERS RESERVOIR AND IRRIGATION COMPANY, a corporation duly organized and existing under and by virtue of the laws of the State of Colorado, of the second part,

WITNESSETH, That the said party of the first part, for and in consideration of the sum of One and 00/100 Dollars ($1.00) and other good and valuable considerations to the said party of the first part in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, has remised, released, sold, conveyed and QUIT-CLAIMED, and by these presents does remise, release, sell, convey and QUIT-CLAIM unto the said party of the second part, its successors and assigns forever, all the right, title, interest, claim and demand which the said party of the first part has in and to the following described real estate situate, lying and being in the County of Jefferson and State of Colorado, to-wit:

A strip of land for the NIVER CANAL through, upon, over and across the North One-half (N 1/2) of Section Twenty-two (22), Township Two (2) South, Range Sixty-nine (69) West; said strip of land being One Hundred (100) feet wide and extending Forty-five (45) feet right and Fifty-five (55) feet left of the center line of the said NIVER CANAL, as actually constructed, and contains Twelve and Ninety-four One-hundredths (12.94) acres.

Station 0+00 or the point of beginning on the center line of the said NIVER CANAL is Twenty Hundred Forty-five (2045) feet South and Two Hundred Ninety-five (295) feet East of the Northwest corner of said Section Twenty-two (22).

Said center line intersects the boundary line between said Section Twenty-two and Section Twenty-three, same Township and Range, Twenty-three Hundred Fifteen (2315) feet South of the Northeast corner of said Section Twenty-two (22), which point is Station 56+37.5 of the survey of the said NIVER

CANAL.

ALSO, a strip of land for the CROKE CANAL through, upon, over and across the Northeast Quarter (NE 1/4) of the Southeast Quarter (SE 1/4) of Section Twenty-eight (28), Township Two (2) South, Range Sixty-nine (69) West; said strip of land being of the widths hereinafter stated and extending, as hereinafter specified, to the right and to the left of the center line of the said CROKE CANAL, as actually constructed, and contains Four and Sixty-four One-hundredths (4.64) acres.

Said center line intersects the boundary line between the Northeast Quarter (NE 1/4) of the Southeast Quarter (SE 1/4) and the Northwest Quarter (NW 1/4) of the Southeast Quarter (SE 1/4) of said Section Twenty-eight (28), Twenty Hundred Seventy (2070) feet North and Thirteen Hundred Fifty (1350) feet West of the Southeast corner of said Section Twenty-eight (28), which point is Station 761+95 of the survey of the said CROKE CANAL, and which said center line intersects the boundary line between the Southeast Quarter (SE 1/4) and the Northeast Quarter (NE 1/4) of said Section Twenty-eight (28), Twenty-six Hundred Forty-two and Two Tenths (2642.2) feet South and Eight Hundred Twenty-four and Four Tenths (824.4) feet West of the Northeast corner of said Section Twenty-eight (28), which point is Station 778+80 of the survey of the said CROKE CANAL.

From Station 761+95 to Station 770 of the said center line said strip of land is One Hundred Ten (110) feet wide, extending Eighty (80) feet right and Thirty (30) feet left of the said center line.

From Station 770 to Station 772 of the said center line said strip of land is One Hundred Ten (110) feet wide, extending Seventy (70) feet right and Forty (40) feet left of the said center line.

From Station 772 to Station 778+80 of the said center line said strip of land is One Hundred Ten (110) feet wide, extending Sixty (60) feet right and Fifty (50) feet left of the said center line.

ALSO, a strip of land for the CROKE CANAL through, upon, over and across the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of the Southeast Quarter (SE 1/4) of Section Twenty-eight (28), Township Two (2) South, Range Sixty-nine (69) West; said strip of land being One Hundred Ten (110) feet wide and extending Eighty (80) feet right and Thirty (30) feet left of the center line of the said CROKE CANAL, as actually constructed, and contains Thirty-eight One-hundredths (.38) acre.

Said center line intersects the boundary line between
the Northeast Quarter (NE 1/4) of the Southeast Quarter
(SE 1/4) and the Southeast Quarter (SE 1/4) of the Southeast
Quarter (SE 1/4) of said Section Twenty-eight (28), Thirteen
Hundred Seventy (1370) feet North and Twelve Hundred Sixty (1260)
feet West of the Southeast corner of said Section Twenty-eight
(28), which point is Station 739+06 of the survey of the said
CROKE CANAL, and which said center line intersects the boundary
line between the Northwest Quarter (NW 1/4) of the Southeast
Quarter (SE 1/4) and the Northeast Quarter (NE 1/4) of the
Southeast Quarter (SE 1/4) of said Section Twenty-eight (28),
Fourteen Hundred Ninety (1490) feet North and Thirteen Hundred
Sixty-five (1365) feet West of the Southeast corner of said
Section Twenty-eight (28), which point is Station 740+58 of
the survey of the said CROKE CANAL.

ALSO, a strip of land for a water channel through, upon,

over and across the North Half (N 1/2) of Section Twenty-two

(22), Township Two (2) South, Range Sixty-nine (69) West;

said strip of land being Fifty (50) feet wide and extending

Twenty-five (25) feet right and Twenty-five (25) feet left

of the center line of what is known as the "BED OF DRY CREEK"

and contains Three and Sixty-seven One-hundredths (3.67)

acres.

Said center line has its beginning at a point South
1194' East, a distance Fifteen Hundred Forty (1540) feet
from the Northwest corner of said Section Twenty-two (22)
and, following the meander of the said BED OF DRY CREEK,
intersects the boundary line between said Section Twenty-two
(22) and Section Fifteen (15), same Township and Range,
Thirty Hundred Forty (3040) feet West of the Northeast
corner of said Section Twenty-two (22).

ALSO, a strip of land for a water channel through, upon,

over and across Section Fifteen (15), Township Two (2) South,

Range Sixty-nine (69) West; said strip of land being Fifty

(50) feet wide and extending Twenty-five (25) feet right and

Twenty-five (25) feet left of the center line of what is

known as the "BED OF DRY CREEK" and contains Six and Sixty-one

One-hundredths (6.61) acres.

Said center line intersects the boundary line between
said Section Fifteen (15) and Section Twenty-two (22), same
Township and Range, Thirty Hundred Forty (3040) feet West of
the Southeast corner of said Section Fifteen (15), and, fol-
lowing the meander of the Bed of Dry Creek intersects the
boundary line between said Section Fifteen (15) and Section
Fourteen (14), same Township and Range, Sixteen Hundred Eighty
(1680) feet North of the Southeast corner of said Section
Fifteen (15).

ALSO, a strip of land for the CROKE CANAL through, upon,

over and across the Northeast Quarter (NE 1/4) of Section

Thirty-two (32), Township Two (2) South, Range Sixty-nine

(89) West; said strip of land extending One Hundred (100) feet to the right and Fifty (50) feet to the left of the center line of said CROKE CANAL, from Station 469+98 to Station 471+50, and extending Seventy (70) feet to the right and Fifty (50) feet to the left of the center line of said CROKE CANAL from Station 471+50 to Station 502+52.3, the said center line being described as follows:

BEGINNING at a point in the North and South center line of said Section Thirty-two (32), Ten Hundred Forty (1040) feet South of the North Quarter corner of said Section Thirty-two (32), thence on a 20° curve to the right, One Hundred Seventy-seven (177) feet to Station 471+75 P.R.C.; thence on a 20° curve to the left One Hundred (100) feet to Station 472+75 P.R.C.; thence on a 13°8' curve to the right One Hundred Seventy-five (175) feet to Station 474+50 P.T.; thence South 38°10' East Five Hundred Fifty (550) feet to Station 480+00 P.C.; thence on a 10°24' curve to the left Three Hundred Seven (307) feet to Station 483+07 P.T.; thence South 70°6' East Fourteen Hundred Ninety-three (1493) feet to Station 498+00 P.C.; thence on a 7°30' curve to the right Two Hundred (200) feet to Station 500+00 P.T.; thence South 55°6' East Two Hundred Fifty-two and Three Tenths (252.3) feet to Station 502+52.3, a point on the East boundary line of said Section Thirty-two (32), Twenty (20) feet North of the East Quarter corner thereof;

EXCEPTING from the above strip of land described, so much thereof as is occupied by the canal, or its necessary appurtenances, known as the Farmers' High Line Canal, and owned by The Farmers High Line Canal and Reservoir Company; and

EXCEPTING, ALSO, from said strip of land hereinabove described so much thereof as was originally reserved to the heirs of Solomon Belgin in said Northeast Quarter (NE 1/4) of said Section Thirty-two (32), for a cemetery ground; said cemetery ground originally reserved being described as follows: Beginning at the Southeast corner of the Northeast Quarter (NE 1/4) of Section Thirty-two (32), Township Two (2) South, Range Sixty-nine (69) West, and running thence West on the South line thereof Four Hundred Sixty (460) feet; thence North Two Hundred (200) feet; thence East Two Hundred Fifty (250) feet; thence South One Hundred Twenty (120) feet; thence East Two Hundred Ten (210) feet; thence South Eighty (80) feet to the point of beginning; the area of the land herein conveyed being Eight and Twenty-two One-hundredths (8.22) acres;

EXCEPTING, ALSO, and reserving from this deed of release the following, to-wit: A right of way across the said Croke Canal for the bridge now constructed and for all flumes now constructed or hereafter needed, for the irrigation of the land ~~included in said mortgage deed~~, lying south of said Croke Canal; and

EXCEPTING, ALSO, and reserving a right of way for road purposes over, across and upon that portion of the northerly side of the easterly portion of said strip of land hereinabove described for said Croke Canal, where there is not sufficient space for a wagon-road between the northerly line of said Croke Canal and the southerly line of the right of way of the Canal of The Farmers High Line Canal and Reservoir Company.

ALSO, a strip or tract of land for the CROKE CANAL being part of the Southwest Quarter (SW 1/4) of the Southwest Quarter (SW 1/4) of Section Twenty-seven (27), Township Two (2) South, Range Sixty-nine (69) West, particularly bounded and described as follows:

BEGINNING at a point on the South line of said Section Twenty-seven (27), where a line parallel to the so-called center line of the survey of what is known as the CROKE CANAL and distant Eighty (80) feet northeasterly at right angles from said center line crosses said South line of said Section Twenty-seven (27); thence Northwesterly parallel with said center line of said survey with all its meanderings and Eighty (80) feet distant therefrom to a point on a line drawn at right angles to said center line Northeasterly from the point on said center line designated as Station 712; thence Southerly directly toward said Station 712 along said line drawn at right angles to said center line at said Station 712, Twenty (20) feet to a point Sixty (60) feet distant from said Station 712; thence Northwesterly parallel with said center line with all its meanderings and Sixty (60) feet distant therefrom to the West line of said Section Twenty-seven (27); thence South on said West line of Section Twenty-seven (27) to a point which is Fifty (50) feet distant from said center line on a line drawn at right angles thereto; thence Southeasterly parallel with said center line with all its meanderings, and Fifty (50) feet distant therefrom to a point on a line drawn at right angles to said center line Southwesterly from the point on said center line designated as Station 712; thence Northerly directly toward said Station 712 along said line drawn at right angles to said center line at said Station 712, Twenty (20) feet to a point Thirty (30) feet distant from said Station 712; thence Southeasterly parallel with said center line with all its meanderings and Thirty (30) feet distant therefrom to the South line of said Section Twenty-seven (27); thence East on said South line of said Section Twenty-seven (27) to the point of beginning.  The center line of the survey of the CROKE CANAL hereinabove referred to so far as the same crosses said Section Twenty-seven (27) is described as follows:

BEGINNING at a point on the South line of said Section Twenty-seven (27), whence the Southwest corner of said Section Twenty-seven (27) bears North 89°04' West Nine Hundred Ninety-two (992) feet, said point being designated Station 709+85; thence by a 22°12' curve left Two Hundred Ninety (290) feet from a tangent bearing North 30°10' West to Station 712+75 P.R.C.; thence by a 19° curve right Two Hundred Forty-five (245) feet to Station 715+20 P.T.; thence North 47°55' West Three Hundred Eighty (380) feet to Station 719 P.C.; thence by a 6° curve left Two Hundred Fifty (250) feet to Station 721+50 P.T.; thence North 62°55' West Sixty-one (61) feet to Station 722+11, a point on the West line of said Section Twenty-seven (27), whence the Southwest corner of said Section Twenty-seven (27) bears South 00°49' West Six Hundred Twelve (612) feet and is the same as the center line of said survey described in a certain petition for condemnation of right of way for a canal for the carriage of water through the Southwest Quarter (SW 1/4) of the Southwest Quarter (SW 1/4) of said Section Twenty-seven (27), heretofore filed in the District Court of Jefferson County, Colorado, in which the said THE FARMERS RESERVOIR AND IRRIGATION COMPANY is petitioner and

Realty Investment Company and The Middlesex Banking Company, and others, are respondents, and indicated upon the plat attached to and filed with said petition, to which for greater certainty reference is hereby made, and the stations designated on said plat are stations of said survey referred to in this description.

ALSO, a tract, piece or parcel of land for the CROKE CANAL being part of the Southeast Quarter (SE 1/4) of the Northeast Quarter (NE 1/4) of Section Twenty-eight (28), Township Two (2) South, Range Sixty-nine (69) West, bounded and described as follows:

BEGINNING at a point where a line parallel to the so-called center line of the survey of the said CROKE CANAL and distant Sixty (60) feet Northeasterly at right angles from said center line crosses the South line of the Southeast Quarter (SE 1/4) of the Northeast Quarter (NE 1/4) of said Section Twenty-eight (28); thence Northerly, Northwesterly and Northeasterly parallel with said center line with all its meanderings and Sixty (60) feet distant therefrom to a point Sixty (60) feet distant at right angles from said center line at a point where it crosses the center line of the canal of The Farmers High Line Canal and Reservoir Company, said point of crossing being South 12°49' West Nineteen Hundred Forty-three (1943) feet from the Northeast corner of said Section Twenty-eight (28); thence through and beyond said point of crossing to a point Fifty (50) feet distant at right angles from said center line of the survey of the said CROKE CANAL to a point; thence Southwesterly, Southerly and Southeasterly parallel with said center line with all its meanderings, and Fifty (50) feet distant therefrom to the South line of said Southeast Quarter (SE 1/4) of the Northeast Quarter (NE 1/4) of said Section Twenty-eight (28); thence East to the point of beginning.

The center line of the survey of the said CROKE CANAL hereinabove referred to, so far as the same crosses said Southeast Quarter (SE 1/4) of the Northeast Quarter (NE 1/4) of said Section Twenty-eight (28) is described as follows:

BEGINNING at a point on the South line of the Southeast Quarter (SE 1/4) of the Northeast Quarter (NE 1/4) of said Section Twenty-eight (28), Twenty-six Hundred Forty-two and Two Tenths (2642.2) feet South and Eight Hundred Twenty-four and Four Tenths (824.4) feet West of the Northeast corner of said Section Twenty-eight (28), said point being also designated Station 778+80 of the survey of said center line; thence North 38°16' West, Twenty-three and Eight Tenths (23.8) feet to Station 779+03.8 P.C. (NOTE Station 779+03.8 back on line equals Station 778+31.4 ahead); thence by a 22°00' curve right Four Hundred Sixty-eight and Six Tenths (468.6) feet to Station 783+00 P.T.; thence North 64°50' East Seventy-five and One Tenth (75.1) feet to Station 783+75.1 P.C.; thence by a 11°26' curve left One Hundred Twenty-four and Nine Tenths (124.9) feet to Station 785 P.C.; thence by a 14° curve left Two Hundred Eighty (280) feet to Station 787+80, a point on the center line of the canal of The Farmers High Line Canal and Reservoir Company, being South 12°49' West

Nineteen Hundred Forty-three (1943) feet from the Northeast corner of said Section Twenty-eight (28), and is the survey

for a right of way for a canal for the carriage of water through the Southeast Quarter (SE 1/4) of the Northeast Quarter (NE 1/4) of said Section Twenty-eight (28).

TO HAVE AND TO HOLD THE SAME, Together with all and singular the appurtenances and privileges thereunto belonging or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever, of the said party of the first part, either in law or equity, to the only proper use, benefit and behoof of the said party of the second part, its successors and assigns forever.

IN WITNESS WHEREOF, The said party of the first part has caused its corporate name to be hereunto subscribed by its President and its Vice President, and its corporate seal to be hereunto affixed, attested by its Secretary, the day and year first above written.

THE COLORADO RANCH COMPANY

By _____
President.

By _____
Vice President.

ATTEST:

_____
Secretary.

STATE OF *New York*

County of *New York* } ss.

I, *A. M. Lindenstruth* a notary public in and for said *New York* County, in the State aforesaid, do hereby certify that W. E. GOLDSBOROUGH, who is personally known to me to be the same person whose name is subscribed to the foregoing QUIT-CLAIM DEED as having executed the same as President of THE COLORADO RANCH COMPANY, a corporation, appeared before me this day in person and acknowledged: That the seal affixed to the foregoing instrument is the corporate seal of said corporation; that the same was thereunto affixed by the authority of said corporation; that said instrument was by like authority subscribed with its corporate name; that the said W. E. GOLDSBOROUGH was the President of said corporation at the time of the execution of said QUIT-CLAIM DEED; that by the authority of said corporation he subscribed his name thereunto as President; that he signed, sealed and delivered the said instrument of writing as his free and voluntary act and deed and as the free and voluntary act and deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and *official* seal, this *14th* day of ~~August~~ *October* A. D. 1914.

My commission expires *March 30th, 1916*

*A. M. Lindenstruth*

NOTARY PUBLIC, WESTCHESTER COUNTY.
CERTIFICATE FILED IN NEW YORK COUNTY NO. 48

STATE OF COLORADO,
City and County of Denver  ] ss.

I, *May Stewart* a Notary Public in and for said City and County, in the State aforesaid, do hereby certify that MILTON SMITH and O. J. STANDLEY, who are personally known to me to be the same persons whose names are subscribed to the foregoing QUIT-CLAIM DEED as having executed the same respectively as Vice-President and Secretary of THE COLORADO RANCH COMPANY, a corporation, and who are known to me to have been such officers respectively at the time of the execution of the foregoing QUIT-CLAIM DEED, appeared before me this day in person and respectively acknowledged:  That the seal affixed to the foregoing instrument is the corporate seal of said corporation; that the same was thereunto affixed by the authority of said corporation; that said instrument was by like authority subscribed with its corporate name; that the said MILTON SMITH was the Vice President of said corporation and the said O. J. STANDLEY was the Secretary thereof at the time of the execution of the said foregoing QUIT-CLAIM DEED; that by the authority of said corporation they respectively subscribed their names thereunto as Vice President and Secretary, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act and deed, and as the free and voluntary act and deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and notarial seal, this 14 th day of _____ August A. D. 1914.

_May Stewart_
Notary Public.

My commission expires

Nov. 13, 1915



EXAMINED

QUIT-CLAIM DEED

THE COLORADO RANCH COMPANY

TO

THE FARMERS RESERVOIR AND
IRRIGATION COMPANY

STATE OF COLORADO }
County of Jefferson    } ss.

I hereby certify that this instrument was filed
for record in my office, at 20 o'clock, A. M.
on page No. 23
Recorder
Deputy

(394)

*Ptf. Exh. D*
*10391  5-7-56*
*w*

THIS INDENTURE, Made this *twenty eighth* day of July
A.D. 1909, between MARTHA E. SMITH, of the County of Jefferson,
State of Colorado, party of the first part, and THE FARMERS'
RESERVOIR & IRRIGATION COMPANY, a corporation duly organized
and existing under and by virtue of the laws of the State of
Colorado, WITNESSETH:--

That the said party of the first part, for and in considera-
tion of the sum of Four Thousand Dollars ($4000), to her in hand
paid by the party of the second part, and also for the further
consideration of the agreement between the parties hereto, their
successors, assigns, heirs and legal representatives, that
the said party of the second part shall construct at the time and
in the manner as hereinafter set forth, and maintain perpetually,
the flumes, conduits or siphons, and bridges hereinafter provided
for, has granted, bargained and sold, and by these presents does
grant, bargain, sell and convey unto the said party of the second
part, its successors and assigns, the following described tracts
or parcels of land, the same being a portion of the South Half
(S.1/2) of Section Thirty-three (33) in Township Two (2) South,
Range Sixty-nine (69) West, in the County of Jefferson, State
of Colorado, hereinafter designated and described as Tracts A
and B, to-wit:

TRACT A:   A strip of land for the Croke Canal, across the
South Half (S.1/2) of Section Thirty-three (33), in Township Two
(2) South, Range Sixty-nine (69) West, said strip of land being
approximately one hundred twenty-five (125) feet wide, extending
sixty (60) feet right and to the south line of the right of way
of the canal of The Farmers' Highline Canal and Reservoir Company
and the southerly right of way line of the Denver & Northwest-
ern Railroad on the left of the center line from Station
502+56.7 to Station 512+50; and approximately one hundred fif-
teen (115) feet wide, extending sixty (60) feet right and to

-2-

the southerly right of way line of the Denver & Northwestern
Railroad, from Station 512+50 to Station 518+69.6, a point
on the southerly right of way line of the Denver & Northwestern
Railroad;  and approximately one hundred ten (110) feet wide ex-
tending fifty (50) feet left and to the northerly right of way
line of the Denver & Northwestern Railroad, on the right from
Station 520+13.9, a point on the northerly right of way line of
the Denver, Northwestern & Pacific Railroad to Station 521+40,
and one hundred ten (110) feet wide extending one hundred ten (110)
feet left of the northerly line of the right of way of the Den-
ver, Northwestern & Pacific Railroad  from Station 521+40 to
Station 530;  and one hundred fifty (150) feet wide extending
one hundred fifty (150) feet left of the northerly right of way
line of the Denver, Northwestern & Pacific Railroad, from Station
530 to Station 537;  and approximately one hundred five (105)
feet wide, extending fifty (50) feet left and to the northerly
line of the Denver, Northwestern & Pacific Railroad right of
way, on the right of the center line from Station 537 to Station
539; and one hundred ten (110) feet wide extending sixty (60)
feet right and fifty(50) feet left of the center line from Sta-
tion 539 to Station 562+51.3; said center line being described
as follows:    Beginning at a point on the North line of the South
Half (S.1/2) of Section Thirty-three (33), Township Two (2)  South,
Range Sixty-nine (69) West, four (4) feet east of the West quarter
corner of Section Thirty-three (33); said point being designated
Station 502+56.7;  thence south 55° 06' East, 43.3 feet to
Station 503+00 P.C.;   thence by a 6° 30' curve left 300 feet to
station 506+00 P.T.;   thence South 74° 36' East, 150 feet to
Station 507+50 P.C.;   thence by a 2° 20' curve right 300 feet to
Station 510+50 P.C.C.;thence by a 4° 36' curve right 525 feet to
Station 515+75 P.T.;   thence South 43° 27' East, 15172 feet to

-3-

Station 517+26.2 P.C.;  thence by a 44° 44' curve left of
128.9 feet radius, 143.4 feet to Station 518+69.6 P.T., a
point on the southerly right of way line of the Denver & North-
western Railroad;  thence north 72° 23' east, 144.3 feet to
Station 520+13.9 P.C., a point on the northerly right of way
line of the Denver, Northwestern & Pacific Railroad;  thence
by a 48° curve right of 120.2 feet radius, 126.5 feet to Station
521+40.4 P.T.;  thence south 46° 53' east, 1520.6 feet to Sta-
tion 536+61 P.C., a point 41 feet distant, northerly from the northerly
right of way line of the Denver, Northwestern & Pacific Railroad;
thence by a 5° curve left 131.7 feet to Station 537+92.7 P.T.,
which point is 47 feet distant, northerly from the northerly right of way
line of the Denver, Northwestern & Pacific Railroad, measured
at right angles to said right of way line, and said Station
537+92.7 of the line back of this point shall be designated Sta-
tion 537+75 for the line ahead of this point;  thence south 53°
28' east 61 feet to Station 538+36 P.C., which point is 53 feet
distant, northerly from the northerly right of way line of the Denver,
Northwestern & Pacific Railroad measured at right angles to
said right of way line;  thence by a 6° 36' curve left 468 feet
to Station 543+04 P.T., a point 220 feet distant, northerly from the north-
erly line of the right of way of the Denver, Northwestern & Paci-
fic Railroad, measured at right angles to said right of way line;
thence south 84° 22' East 1046 feet, to Station 553+50 P.C.,
which point is 528 feet north of the south line of Section Thirty-
three (33);  thence by a 2° 45' curve right 400 feet to Station
557+50 P.T., which point is 453 feet north of the south line of
Section Thirty-three (33);  thence south 73° 22' east 350 feet to
Station 561+00 P.C., which point is 354 feet north of the south
line of Section Thirty-three (33);  thence by a 4° 32' curve left
151.3 feet to Station 562+51.3, a point on the east line of Sec-

—4—

tion Thirty-three (33), whence the southeast corner of Section
Thirty-three (33) bears south 0° 40' east, 320 feet, as shown
on the map hereto attached and made a part of this deed; containing fifteen and 60/100 (15.60) acres, more or less.

TRACT B:    All that portion of the South Half (S.1/2) of
said Section Thirty-three (33), beginning on the east boundary
line of said South Half (S.1/2) of said Section Thirty-three
(33), at the intersection of said line with the north line of
said above described Tract A, said point being 371 feet more or
less north of the southeast corner of said Section Thirty-three
(33); thence westerly along the north line of said Tract A
to a point, which said point is 1025 feet due west from said
east line of said South Half (S.1/2) of said Section Thirty-three
(33); thence north to the south line of the right of way of the
canal of The Farmers' Highline Canal & Reservoir Company, as
the same is now constructed on the ground; thence easterly
along the south line of said right of way of said canal of said
The Farmers' Highline Canal & Reservoir Company, to the intersection with the east line of said South Half (S.1/2) of said Section Thirty-three (33); thence south along said east line to
the place of beginning; containing two and 06/100 (2.06) acres,
more or less.

-5-

Said land is conveyed without any water rights whatever for the same, and party of the first part reserves the crops on said land for the year 1909, and the possession of said land until September 15, 1909.

Said land is also conveyed subject to public road along the west line and the east line of the land hereby conveyed, and of irrigating lateral along said east line, and also, to right of way for the Kearney & McFadden Irrigating Lateral, at a point west of the point where said Tract A crosses the right of way of The Denver, Northwestern & Pacific Railway Company, and The Denver & Northwestern Railroad Company; and also subject to right of way for the irrigating laterals of said party of the first part as the same are now constructed, and a right of way twenty (20) feet wide for road purposes across said Tract A, at right angles thereto, at the places designated herein, at which two (2) bridges are to be constructed by the party of the second part when the said canal is completed; and subject to right of way of the Denver, Northwestern & Pacific Railroad and the Denver & Northwestern Railroad; and,

WHEREAS, it is the intention of the party of the second part to construct an irrigating ditch or canal on the said Tract A, said party of the second part, as a part of the consideration for the conveyance to it of the land hereby conveyed, hereby covenants and agrees for itself, its successors and assigns, that it will construct and maintain, perpetually, without expense to the party of the first part, her heirs or assigns, two bridges as hereinafter described, and also, six flumes, conduits or siphons (whichever may be necessary), said flumes, conduits or siphons to be constructed across the land hereby conveyed, and across, over or under said ditch or canal, as follows:

—6—

One at or near the west side of said land hereby conveyed, at the place designated by the party of the first part, between Station 503+00 and 510+50, as shown on the attached map;

One immediately west of the point where said Tract A crosses the right of way of The Denver, Northwestern & Pacific Railway Company and The Denver & Northwestern Railroad Company, as shown on the attached map, said flume, conduit or siphon to connect with the pipe now constructed under said right of way of said railroads, and with the present irrigating lateral of said party of the first part;

One immediately east of said last above mentioned crossing;

One to connect the present irrigating lateral of said party of the first part (which lateral carries water from the canal of The Golden, Ralston Creek & Church Ditch Company), with the siphon now constructed and now used to convey said water from said lateral across the right of way and under said railroad tracks, in the vicinity of Station 537+00, as shown on the attached map, and if necessary, to reconstruct said irrigating lateral from the point where the same intersects the north line of said Tract A, the said lateral and flume, conduit or siphon, to be constructed in such manner that the same will properly carry two and six-tenths (2.6) cubic feet of water per second of time, and deliver the same into said siphon as now constructed across the right of way and under said tracks of said railroad companies;

One to connect the present irrigating lateral of said party of the first part (which said lateral carries water from the canal of The Farmers' Highline Canal & Reservoir Company), with the siphon now constructed and now used to carry water from said lateral across the right of way and under the tracks of said railroad companies, said siphon located a short distance east from the last above mentioned siphon; and, if necessary, to reconstruct said irrigating lateral, from the point where the same

-7-

intersects the north line of said Tract A, the said flume, conduit or siphon and said irrigating lateral to be constructed in such a manner that the same will properly carry two and six-tenths (2.6) cubic feet of water per second of time, and deliver the same into the siphon as now constructed under the railroad tracks of said railroad companies;

One flume, conduit or siphon, between Station 543+04, as shown on the attached map, and the east line of said Section Thirty-three (33), the same to be constructed at such point and in such manner that the same will properly carry two and six-tenths (2.6) cubic feet of water per second of time across the land hereby conveyed, and irrigate all of the land lying in said Section Thirty-three (33) south of said Tract A, and east of the right of way of The Denver, Northwestern & Pacific Railway Company;

Each of said flumes, conduits or siphons to be so located and constructed that the same will properly carry two and six-tenths (2.6) cubic feet of water per second of time, and deliver the same into the present laterals and siphons of the party of the first part, as the same are now constructed on the ground, five (5) of them for the purpose of delivering water from the canal of The Farmers' Highline Canal & Reservoir Company, and the other one to carry two and six-tenths (2.6) cubic feet of water per second of time from said The Golden, Ralston Creek & Church Ditch Company's canal, and deliver the same into the above described siphon as now constructed across the right of way and under the tracks of said railroad companies;

That said flumes, conduits or siphons shall be constructed in a workmanlike manner, of steel, vitrified pipe or iron, properly supported and in such manner that the same can be easily drained and kept clear for the free passage of water at all times, the same to be so constructed immediately upon the ———

-8-

completion of said canal across said Tract A.

Party of the second part further agrees, for itself, its successors and assigns, that it will at all times during the irrigation season, while said canal is being constructed on the land hereby conveyed, and until said above mentioned flumes, conduits or siphons are completed, provide proper means for the delivery of two and six tenths (2.6) cubic feet of water per second of time from the canal of The Farmers' Highline Canal & Reservoir Company and the canal of The Golden, Ralston Creek & Church Ditch Company, at the places hereinabove mentioned.

Party of the second part agrees to construct the two (2) above mentioned bridges at the places to be hereafter designated by the party of the first part, immediately upon the completion of said canal on the said Tract A, one (1) at or near the crossing of the said Tract A. with the right of way of said railroad companies, and one (1) east of Station 543+04, as shown on the attached map, said bridges to be sixteen (16) feet in width and built of sufficient strength to safely carry a traction engine such as is used for the purpose of operating threshing machines; said party of the second part to grade the approaches to said bridges.

IT IS FURTHER EXPRESSLY UNDERSTOOD AND AGREED between the parties hereto that the covenants and agreements herein contained, to construct and maintain the bridges, flumes, conduits or siphons hereinabove described to be constructed by the party of the second part, shall be binding not only upon the party of the second part, but also upon its successors and assigns, and shall run with and be a charge upon its said canal.

IT IS FURTHER COVENANTED AND AGREED, by and between the parties hereto, that the execution of this deed of conveyance by the party of the first part shall not be in any manner construed as a waiver of the right to compensation for damage done, if any, to other lands owned by party of the first part and adjoining

-9-

the land hereby conveyed, by seepage from the above mentioned canal or ditch after the same is constructed, on account of the negligent operation or construction thereof.

TO HAVE AND TO HOLD THE SAME, together with all the privileges and appurtenances, and all the estate, right, title and interest of said party of the first part, either in law or equity, to the only proper use and benefit of said party of the second part, its successors and assigns, forever, subject, nevertheless, to the conditions, reservations and exceptions hereinabove named and set forth, according to the true intent and meaning thereof.

And the said party of the first part, further covenants with the said party of the second part, that at the time of the ensealing and delivery of these presents is well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance in law and in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and encumbrances of any kind and nature whatsoever, except as noted above, and the above bargained premises in the quiet and peaceable possession of the said party of the second part, its successors and assigns, against all and every person lawfully claiming or to claim the whole or any part thereof, the said party of the first part shall and will warrant and forever defend.

IN WITNESS WHEREOF the said party of the first part has hereunto set her hand and seal the day and year first above written.

*Martha E. Smith* _____ (Seal)

-10-

STATE OF COLORADO,    }
City and County of Denver.  }    SS.


I, *Oscar E Jackson* , a Notary Public within and for said City and County, in the State aforesaid, do hereby certify that Martha E. Smith, who is personally known to me to be the same person whose name is subscribed to the foregoing Deed, appeared before me this day in person and acknowledged that she signed, sealed and delivered said instrument of writing as her free and voluntary act and deed, for the uses and purposes therein set forth.

WITNESS my hand and Notarial Seal this *30* day of July, A.D. 1909.

My commission expires *Mch 23 - 1911*

*Oscar E Jackson*
                     Notary Public.

96
394

7C517

DEED.

---

MARTHA E. SMITH

To

THE FARMERS' RESERVOIR & IRRIGA-

TION COMPANY.

---

EXAMINED

STATE OF COLORADO, } ss:
County of Jefferson.

I hereby certify that this instrument was filed
record in my office at 8 o'clock, a.m.
July 2nd A.D. 192 9, and recorded
in book 1058 on page 394

Eo J Jacheur Recorder.

No. _____  Fees, $ 9.00 Paid

(400)

STATE OF COLORADO }
                     ss.
County of Jefferson

IN THE DISTRICT COURT.

No. 1577.

THE FARMERS RESERVOIR AND IRRI-
GATION COMPANY, a corporation,
                    Petitioner,
            v.
A. A. COOPER and FRANK MERRICK,
et al.,
                    Respondents.

The Farmers Reservoir and Irrigation Company, a cor-
poration, having filed its petition herein on the 19th
day of May, 1909, asking that it be permitted to take,
condemn, appropriate, have and use as a right of way for
a certain ditch to be used for the purpose of irrigation
and for the purpose of erecting and maintaining the poles
and wires and other appliances incident to the construc-
tion, maintenance and operation of a telephone line, as
set out in the petition herein, the tracts or parcels of
land described in said petition as Tracts F and H, be-
longing to the respondent A. A. Cooper, as hereinafter
particularly described in the verdict of the jury herein-
after recited; and

WHEREAS, afterwards and on to-wit, the 24th day of
March, 1910, the said action came on for hearing before
said court upon the issues therein, the parties appearing
by their respective counsel, and thereupon a jury of ___6___

-2-

freeholders of said county were duly selected, empaneled
and sworn as provided by law to ascertain, determine and
appraise the damage and compensation to be allowed for
such taking, appropriation and use for the purposes al-
leged in the petition, and thereafter upon the same day,
to-wit, the 24th day of March, 1910, and from that date
to and including the 1st day of April, 1910, the said jury
sat and heard the proofs and allegations of said parties,
and after consideration thereof returned into court their
verdict herein, which verdict is in words and figures
following, to-wit:

"We, the jury duly empaneled and sworn to
ascertain, determine and appraise the compensa-
tion and damages to be allowed and awarded to
A. A. Cooper and Frank Merrick, the respondents
in the above entitled cause, do find and state:

1. An accurate description of the lands
taken is as follows, to-wit:

TRACT 1.

A strip of land 110 feet in width, being
60 feet in width on the right and 50 feet in
width on the left of the center line of the sur-
vey of said strip, over and across the north-
west quarter of section 34, township 2, south
of range 69 west, said center line being more
particularly described as follows, to-wit:

Beginning at a point on the east line of
the northwest quarter of said section 34,
2,620 feet east and 2,060 feet south of the north-
west corner of said section 34, said point
being also designated Station 669+26 of the
survey of said center line; thence by an 11°
12' curve to the left, 24 feet from a tangent
bearing N° 61° 17' W. to Station 669+50 P.T.;
thence N. 63° 58' W. 50 feet to Station 670
P.C.; thence by a 20° curve to the right 400
feet to Station 674 P.T.; thence N. 16° 02'
E. 50 feet to Station 674+50 P.C.; thence by
a 13° 12' curve to the right 305 feet to Station
677+55, a point on the east line of the north-
west quarter of said section 34, 2,540 feet
more or less east and 1,440 feet, more or less,
south of the northwest corner of said section
34, said tract or parcels of land containing
2.02 acres, more or less.

-3-

**TRACT H.**

Also that certain other tract or parcel of
land described as follows, to-wit: A strip of
land 110 feet in width, being 60 feet in width
on the right and 50 feet in width on the left
of the center line of the survey of said strip
from Station 685+14, to Station 692 of the survey
of said center line, and 130 feet in width,
being 70 feet in width on the right and 60 feet
in width on the left of the center line thereof,
from station 692 to station 695, of the survey
of said center line, and 120 feet in width,
being 60 feet in width on the right and 60 feet
in width on the left of the center line thereof,
from station 695 to station 709+85 of the survey
of said center line, over and across the north-
west quarter of section 34, in township 2,
south of range 69 west; said center line being
more particularly described as follows, to-wit:

Beginning at a point on the east line of the
northwest quarter of said section 34, 2,640 feet,
more or less, east, and 980 feet south from the
northwest corner of said section 34, said point
being designated station 685+14 of the survey of
said center line; thence S. 87° 14' W. 586 feet to
station 691 P.C.; thence by a 20° curve to the
left 200 feet to station 693 P.T.; thence N.
79° 21' W. 166 feet to station 694+66; thence
N. 14° 53' W. 534 feet to station 700 P.C.; thence
by a 14° 40' curve to the left 400 feet to
station 704 P.T.; thence N. 75° 13' W. 50 feet
to station 704+50 P.C.; thence by a 20° curve
to the right 350 feet to station 708 P.R.C.; thence
by an 8° curve to the left 100 feet to station
709 P.C.C.; thence by a 22° 12' curve to the left
85 feet to station 709+85, a point on the north
line of said section 34, 992 feet east of the
northwest corner of said section 34; said tract
or parcel of land containing 6.56 acres, more
or less.

2. The value of the land and property
actually taken is $747.50. Seven Hundred and
forth-seven and 50/100 dollars.

3. The damages to the residue of the land
or property not taken, is the sum of $6,229.00,
six thousand two hundred and twenty-nine dollars.

4. The amount and value of the benefit is
nothing dollars.

C. W. Whipple,
Foreman."

And it further appearing that after the rendering of
said verdict a motion for a new trial was made by the

petitioner and overruled and thereafter judgment was

4.

entered on said verdict, and an appeal thereupon taken
to the Supreme Court of the State of Colorado, and that
thereafter said Supreme Court did affirm said judgment;
and it further appearing that a stipulation between the
petitioner and the respondents A. A. Cooper and Frank
Merrick has been filed herein, providing that upon the
payment into the registry of this court by the petitioner
for the use of said respondents A. A. Cooper and Frank
Merrick of the sum of five thousand five hundred and
twenty-eight dollars ($5,528.00) on or before October
28, 1913, in addition to the sum of two thousand six
hundred and four dollars ($2,604.00) theretofore
deposited in this court for the use and benefit of said
respondents, a final rule might be entered in accordance
with the statute in such cases made and provided, and that
said payment provided for by said stipulation was duly
made by the petitioner into the registry of this court
within the time provided in said stipulation.

NOW, THEREFORE, by virtue of the said proceedings
and the verdict of said jury in the premises and the
payment into court of the said sum of eight thousand one
hundred and thirty-two dollars ($8,132.00) in accordance
with said stipulation, and by virtue of the statute in
such case made and provided, it is ORDERED, ADJUDGED and
DECREED by the court that The Farmers Reservoir and Irri-
gation Company, a corporation, by and it is hereby seized
in fee of all of the lands and real estate above described
in the verdict of the jury herein, together with all and
singular the privileges and appurtenances thereunto ap-
pertaining; to have and to hold the same for the uses and

-5-

purposes above set forth and specified in said petition forever as provided by law.

It is FURTHER ORDERED by the court that said petitioner be and it is hereby discharged from any and all claims for damages by reason of any matter specified in said petition, and that possession of said premises be and the same is hereby awarded to said petitioner, and that upon the failure to deliver promptly to said petitioner the possession of said premises as herein described, said petitioner may sue out from the clerk of this court a writ of possession therefor and that the sheriff with the power of the county be and he is hereby authorized to executed and carry out the terms of this decree and said writ of possession.

DONE in open court this 28-*N* day of *February* A.D. 1914.

By the Court,

*H. S. Class*

Judge,

---

CERTIFICATE OF COPY.—DISTRICT COURT.—2456—John Morris Company, Printers and Manufacturing Stationers, Chicago

STATE OF COLORADO, } ss.
County of *Jefferson*

I, *Charles Pike*
Clerk of the District Court of the *First* Judicial District within and for the aforesaid County and State, do hereby certify that the within and foregoing is a full, true and correct copy of *the Final Rule in the above entitled Cause*

made from the original paper.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in *Holden* in said County and State, this *28th* day of *February* A. D. 19 *14*.

*Charles Pike*
CLERK OF THE DISTRICT COURT.

EXAMINED

No. 1577
In the District Court.
County of Jefferson
State of Colorado.

The Farmers Reservoir and
Irrigation Company, a
Corporation,
Petitioner,
v.
A. A. Cooper and Frank
Merrick, et al.,
Respondents.

----------------------------

FINAL RULE.

----------------------------

STATE OF COLORADO, } ss.
County of Jefferson.

I hereby certify that this instrument was filed
for record in my office, at _____ o'clock _____ M.
_____ A. D. _____ and recorded
in Book _____ on page _____
_____ Recorder.
By _____ Deputy.
No. _____ Fees _____

Record return to
Smith, Brock & Ferguson
814 Telephone Bldg.
Denver, Colo.

No. 120. WARRANTY DEED.

Printed and for sale by The W. H. Kistler Stationery Co., Denver.

*"encorporate per Esperanza"*

**This Deed,** Made this 26th day of May in the year of our Lord, one thousand nine hundred and nine between

Benson A. Potter

of the _____ County of Jefferson _____, and State of Colorado, of the first part, and The Farmers Reservoir and Irrigation Company, a corporation organized and existing under and by virtue of the laws of the _____

of the _____ County of _____, and State of Colorado, of the second part;

**Witnesseth,** That the said party of the first part, for and in consideration of the sum of Nine Hundred Fifty (950) ——————————— DOLLARS,

to the said party of the first part in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, ha__ granted, bargained, sold and conveyed, and by these presents doe__ grant, bargain, sell, convey and confirm, unto the said party of the second part, its successors heirs and assigns forever, all the following described lot — or parcel — of land, situate, lying and being in the ——————— County of Jefferson ——————— and State of Colorado, to wit:

A strip of land for the brake Canal across the S E ¼ of the S E ¼ of section 78, township 9, south of range 69 west, said strip of land being 110 feet wide, extending 40 feet right and 60 feet left of the center line from Station 733+11 to Station 738, and 180 feet wide, extending 80 feet left and 70 feet right of the center line from Station 738 to Station 731, and 110 feet wide, extending 60 feet right and 50 feet left of the center line from Station 731 to Station 739+06, said center line being described as follows; beginning at a point on the east line of section 78, whence the southeast corner of section 78 bears S 0° 49' W 612 feet, said point being designated Station 738+11, thence N 69° 55' W 739 feet to Station 730+50 P.C.; thence by a 31° 48' curve left 300 feet to Station 727+50 P.T., thence N 51° 41' W 175 feet to Station 738+75 thence N 68° 15' W 77 feet to Station 739+50; thence N 33°46' W 350 feet to Station 733+00 P.C.; thence by a 15 13' curve left 250 feet to Station 735+50 P.T., thence N 60° 46' W 150 feet to Station 737+00 P.C.; thence by a 70 curve right 206 feet to Station 739+06, a point on the north line of the S E ¼ of the S E ¼ of section 78, 1850 feet more or less north and 1960 feet more or less west of the southeast corner of section 78, containing 4.67 acres more or less; also all land between said strip and the lower line of the right of way canal of the Farmers High Line Canal & Reservoir Company, said right of way containing 6.13 acres. On the side extension from aforesaid described line, the right of way herein conveyed shall include the land on each side of the center line of said canal as actually constructed, in the width above specified but for all land taken on account of said extension owner shall be paid by grantee its successors and assigns at the rate of $150 per acre.

**Together** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said party of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**To have and to hold** the said premises above bargained and described, with the appurtenances, unto the said party of the second part, its successors heirs and assigns forever. And the said party of the first part, for his self his heirs, executors, and administrators, doe__ covenant, grant, bargain and agree to and with the said party of the second part, its successors heirs and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and ha__ good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature soever, ——————————

The grantor hereby reserves the right to maintain a lateral ditch sufficient in capacity to carry 5 inches of water, along the lower side of embankment of said lake canal when constructed, whether on said strip above described or not. The grantee hereby agrees to construct and maintain one or two flumes in grantee's ditch across said strip for conveying of water and the above bargained premises in the quiet and peaceable possession of the said party of the second part, its successors heirs and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said party of the first part shall and will WARRANT AND FOREVER DEFEND.

**In Witness Whereof,** The said party of the first part ha__ hereunto set his hand — and seal — the day and year first above written.

Signed, Sealed and Delivered in Presence of

Benson A. Potter (SEAL)

(SEAL)

(SEAL)

STATE OF COLORADO, } ss.
City + COUNTY OF Denver }

I, Wm Wallis Platt _____ a Notary Public
in and for said City + _____ County, in the State aforesaid, do hereby certify that _____

Benson A. Potter

who is _____ personally known to me to be the person _____ whose name is _____ subscribed to the foregoing Deed, appeared before me this day in person, and acknowledged that he _____ signed, sealed and delivered the said instrument of writing as his _____ free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and Notarial _____ seal, this 2 6th _____ day of May _____ A. D. 1909

My commission expires Mar 6 _____ 1910

Wm Wallis Platt
Notary Public.

— 22 — (402)

EXAMINED.

No. 79085

# WARRANTY DEED.

Benson A. Potter

TO

The Farmers Reservoir and
Irrigation Company

STATE OF COLORADO, } ss.
County of Jefferson }

I hereby certify that this instrument was filed for record in my office this 12th day of June _____ A. D. 1909 at 4:24 o'clock P. M., and duly recorded in Book 163 Page 407

_____ Graham
Recorder.

By _____
Deputy.

Fee, $ 1 50 Pd

10-07-5m.    THE W. H. KIS___ER STAT'Y CO., DENVER.
1.30

(403)

KNOW ALL MEN BY THESE PRESENTS, that THOMAS H. KNIGHT, of the county of Jefferson in the state of Colorado (hereinafter called the grantor), for and in consideration of the sum of four hundred and fifty dollars ($450) and other good and valuable considerations, the receipt of which is hereby acknowledged as being paid to him by THE FARMERS RESERVOIR AND IRRIGATION COMPANY, a corporation organized under the laws of the state of Colorado, has, and does by these presents, grant, bargain, sell and convey unto the said THE FARMERS RESERVOIR AND IRRIGATION COMPANY the following described lands, located in the county of Jefferson and state of Colorado, to wit: .

ALL that part of Blocks six (6) and eight (8) Berkeley Gardens, lying north and easterly of the right of way of the ditch of The Farmers High Line Canal and Reservoir Company; and, also, ALL of that part of the east half of Block one (1) Berkeley Gardens not heretofore conveyed to the said The Farmers High Line Canal and Reservoir Company.

TO HAVE AND TO HOLD unto the said grantee, The Farmers Reservoir and Irrigation Company, together with all and singular the appurtenances, hereditaments and rights incident thereto, EXCEPT the right to water out of the ditch commonly known as the Church ditch.

The said grantor further agrees that upon the presentation of a deed giving a metes and bounds description of the tract of land hereby sold and conveyed he will execute the same.

And the said grantor, in consideration of the premises, against any claim of title made by any person, agrees to and does hereby warrant and will forever defend.

IN WITNESS WHEREOF the said grantor has hereunto set his hand and seal the day and year first above written.

*Thomas H. Knight*   (SEAL)

2.

STATE OF COLORADO   )
           SS.
CITY AND COUNTY OF DENVER )

   *W^m Wallis Platt*

   I, ~~MAY STEWART~~, a Notary Public in and for said city and

county, in the state aforesaid, do hereby certify that

THOMAS H. KNIGHT, who is personally known to me to be the

person whose name is subscribed to the foregoing deed,

appeared before me this day in person, and acknowledged that

he signed, sealed and delivered the said instrument of

writing as his free and voluntary act and deed, for the uses

and purposes therein set forth.

   Given under my hand and notarial seal this *25th*

day of May A. D. 1909.

            *March 6, 1910*
   My commission expires ~~November 9, 1911.~~

           *W^m Wallis Platt*

         Notary Public.

47

7908

EXAMINED

WARRANTY DEED.

---

THOMAS H. KNIGHT

-to-

THE FARMERS RESERVOIR AND
IRRIGATION COMPANY.

---

STATE OF COLORADO }
                   } ss.
County of Jefferson.

I hereby certify that this instrument was filed
for record in my office, at 4:25 o'clock, P. M.
June 12, A. D. 190 9, and recorded
in book 153 on page 332,

H. G. Inchum    Recorder.

                              Deputy.

No.          Fees, $ 1.00 Pd

NO. 120.   WARRANTY DEED.

Printed and for sale by The W. H. Kistler Stationery Co., Denver.

# This Deed,

Made this 16th day of July in the year of our Lord, one thousand nine hundred and nine between

Charles Hiller

of the City and County of St Louis and State of Missouri of the first part, and The Farmers Reservoir and Irrigation Company, a corporation organized and existing under and by virtue of the laws of the County of and State of Colorado, of the second part;

Witnesseth, That the said party of the first part, for and in consideration of the sum of One hundred fifteen DOLLARS, to the said party of the first part in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, have granted, bargained, sold and conveyed, and by these presents do es grant, bargain, sell, convey and confirm, unto the said party of the second part, its succesors heirs and assigns forever, all the following described lot or parcel of land, situate, lying and being in the County of Jefferson and State of Colorado, to wit: A strip of land for the Croke Canal across that portion of the N.W.¼ of the S.E.¼ of section 28, known as Block 3 of the Berkeley Gardens, said strip of land being 110 feet wide, extending 40 feet right and 70 feet left of the center line from Station 749+50 to Station 753, and 110 feet wide, extending 70 feet right and 40 feet left of the center line from Station 753 to Station 754+75, said center line being described as follows; beginning at a point on the south line of Block 3, 1980 feet north and 2075 feet west of the South East corner of section 28, said point being designated Station 749+50, thence by an 8° curve to the left from a tangent bearing N. 66° 46' W. 50 feet to Station 750+00 P.R.C.; thence by a 36° curve right 475 feet to Station 754+75, a point on the East line of Block 3, 2305 feet north and 1980 feet west of the South East corner of section 28, containing 1.31 acres more or less.

In case of deviation from the above described line, the strip of land hereby conveyed shall include the land on each side of the center line of said canal as actually constructed, to the width above specified

Together with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said party of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

To have and to hold the said premises above bargained and described, with the appurtenances, unto the said party of the second part, its suc cessors heirs and assigns forever. And the said party of the first part, for him self his heirs, executors, and administrators, do es covenant, grant, bargain and agree to and with the said party of the second part, its suc cessors heirs and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and ha s good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature soever,

and the above bargained premises in the quiet and peaceable possession of the said party of the second part, its suc cessors heirs and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said party of the first part shall and will WARRANT AND FOREVER DEFEND.

In Witness Whereof, The said party of the first part ha s hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered in Presence of

Charles Hiller

[SEAL]
[SEAL]
[SEAL]

STATE OF ~~COLORADO~~, *Missouri*

~~City and~~ ~~COUNTY~~ OF *St. Louis* } ss.

I, *Sheridan Webster* a Notary Public in and for said ~~City and~~ ~~County~~, in the State aforesaid, do hereby certify that *Charles Hiller*

who *is* personally known to me to be the person whose name *is* subscribed to the foregoing Deed, appeared before me this day in person, and acknowledged that *he* signed, sealed and delivered the said instrument of writing as *his* free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and *notarial* seal, this *26* day of *July* A. D. 19*09*,

My commission expires *July 24* 19*09*,

*Sheridan Webster*

Notary Public.

EXAMINED *27* (405)

No. 79477 V

# WARRANTY DEED.

*Charles Hiller*

TO

*The Farmers Reservoir & Irrigation Company*

STATE OF COLORADO, } ss.

County of *Jefferson*

I hereby certify that this instrument was filed for record in my office this *26* day of *July* A. D. 19*09* at *8.10* o'clock *a.* M., and duly recorded in Book *162* Page *511*

*H. J. Ingraham*

Recorder.

By Deputy.

Fee, $*1 40* Pd

10-07-5m.   THE W. H. KI 'ER STAT'Y CO., DENVER.