EXHIBIT 2

| 32 | 33 | 34 | 1S 70W | 35 | 36 | 31 | 32 | 33 | 1S 69W | 34 | 35 | 36 |

| 5 | 4 | 3 | 2 | 1 | 6 | 5 | 4 | 3 | 2 | 1 | 6 |

| 8 | 9 | 10 | 11 | 12 | 7 | 8 | 9 | 10 | 11 | 12 | 7 |

| 17 | 16 | 15 | 14 | 13 | 18 | 17 | 16 | 15 | 14 | 13 | 18 |

2S 70W    2S 69W    2S 68W

408

705-1

Standley Lake

| 20 | 21 | 22 | 23 | 24 | 19 | 20 | 21 | 22 | 23 | 24 | 19 |

| 29 | 28 | 27 | 26 | 25 | 30 | 29 | 28 | 27 | 26 | 25 | 30 |

405
403.5
403
402
408
408
403.5
400

403-5
388
389
408
394

| 32 | 33 | 34 | 35 | 36 | 31 | 32 | 33 | 34 | 35 |

3S 69W

| 0 | 0.5 | 1 | 2 Miles |

ROCKY FLATS
DEED MAP

FRICO

Date: 6/1/2017    Time: 1:56:26 PM

| 2 | 1 | 6 | 5 | 4 | 3 | 2 |