**EXHIBIT 3**

**Legend**

Rocky Mountain Flats Study Area

**Deed to Parcel ID**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

0   0.5   1   2 Miles

**ROCKY FLATS**
**DEED MAP**

FRICO

Date: 12/22/2017   Time: 8:53:43 AM