

**EXHIBIT 5**

Joseph B. Dischinger
direct: 303-894-4404
jdischinger@fwlaw.com

October 5, 2017

Rocky Flats Settlement
c/o Heffler Claims Group
Settlement and Claims Administrator
P.O. Box 58459
Philadelphia, PA 19102-8459

Sent via certified mail, return receipt requested

**Re:   Farmers Reservoir and Irrigation Company's notice of contested determination of claim.  Class Member ID: 302812GZPMP16.  Claim No. WCF00002075.**

Dear Sir or Madam,

Our firm represents the Farmers Reservoir and Irrigation Company ("FRICO") and this letter is to notify you that FRICO is contesting your determination of its claim.  On June 1, 2017, FRICO electronically submitted its claim form in this matter.  Along with its claim form, FRICO also submitted:  (1) a summary spreadsheet of the land FRICO owned in the Property Class Area on June 7, 1989; (2) a map of FRICO's property located within the Property Class Area; (3) copies of the deeds evidencing FRICO's ownership of land within the Property Class Area; and (4) a letter explaining FRICO's claim submission and the previously referenced documents.

On September 14, 2017, you sent a letter to FRICO titled "Notification of Rejection of Claim and Description of Corrective Measures," and FRICO received your letter on September 20, 2017.  Your letter states that FRICO is not eligible to share in the distribution of the Net Settlement Fund because:

> After a detailed, careful review of the physical location of your property, it has been confirmed by the Property Expert for the Class that your property is not located within the Property Class Area.  Therefore, you are not a member of the Settlement Class for this property, and are not entitled to participate in the distribution of the Settlement Funds for this property.

There is no explanation of what this detailed, careful review involved, or why that review resulted in the incorrect conclusion that FRICO's property is not located within the Property Class Area.  FRICO owns Standley Lake, which is in the dead center of the Property Class Area.  Without further explanation of your Property Expert's reasoning, we are left with the conclusion that your rejection of FRICO's claim is legally incorrect, arbitrary and capricious.



Heffler Claims Group, Rocky Flats Settlement and Claims Administrator
October 5, 2017
Page 2

    FRICO is contesting your determination because it owned approximately 1,806.22 acres of land located inside of the Property Class Area on June 7, 1989. As depicted on the map FRICO included with its claim form, and the Property Class Area map provided by the court, FRICO owned the land comprising Standley Lake on June 7, 1989 (and still owns the majority of that land). On that date, FRICO also owned (and still owns) the land on which the Croke Canal is located, which canal delivers water from Clear Creek into Standley Lake, as well as some of the land below the Standley Lake dam through which it delivers water from the Standley Lake reservoir to FRICO's stockholders. All of this land is located within the Property Class Area. We have already provided deeds and other documentation showing FRICO's ownership of this land, as well as illustrating that the land is within the Property Class Area. You have not disputed FRICO's ownership, but only the location of that land within the Property Class Area, which does not seem to be legitimately disputable.

    If it would be helpful to meet so that we can discuss the location of Standley Lake and FRICO's canals and other property relative to the Property Class Area, we would be happy to meet with you. We believe it is clear that FRICO owned (and still owns) substantial lands within the Property Class Area, as the summary spreadsheet, map, and deeds we previously submitted demonstrate. However, it is also clear that either we or your Property Expert are misunderstanding something fundamental about either the location of the Property Class Area or the location of FRICO's land. If you would like to have a meeting to better understand the evidence we have submitted, please email me at jdischinger@fwlaw.com, call me at 303-894-4404, or send me a letter at the address shown on this letterhead. We look forward to resolving the apparent misunderstanding.

Very truly yours,

Joseph B. Dischinger

cc:    Scott Edgar, General Manager of FRICO