Rocky Flats Settlement
c/o Heffler Claims Group
Settlement and Claims Administrator
P.O. Box 58459
Philadelphia, PA 19102-8459

**EXHIBIT 7**

January 16, 2018


JAN 1 9 2018

Class Member ID: **302812HH76GF4**

THE FARMERS RESERVOIR & IRRIGATION COMPANY
80 S 27TH AVE
BRIGHTON, CO 80601

Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*,
       No. 90-cv-00181-JLK (D. Colo.)

### NOTIFICATION OF REJECTION OF CLAIM
### AND DESCRIPTION OF CORRECTIVE MEASURES

Dear Claimant:

We are the Settlement and Claims Administrator appointed by the Court, and are writing to advise you that we have reviewed your Proof of Claim Form, **claim number WCF00002564**, for the property located at LOCATED IN SEC 17, T2S, R69W OF THE 6TH PM, WESTMINSTER, CO 80021. Based upon our review of the information you provided on and with your Claim Form, we have determined that **your claim is invalid and thus not eligible to share in the distribution of the Net Settlement Fund, for the following reason(s)**:

After a detailed, careful review of the physical location of your property, it has been confirmed by the Property Expert for the Class that your property is not located within the Property Class Area. Therefore, you are not a member of the Settlement Class for this property, and are not entitled to participate in the distribution of the Settlement Funds for this property.

**You may contest our determination and request further review by**: (i) notifying us that you are contesting our determination of your claim, identified with the claim number listed above; and (ii) providing us with a statement of your reasons for your contesting, along with documentation to support your position. You must submit the notification, statement of reasons, and supporting documents to us at the address on this letterhead, postmarked on or before **February 15, 2018**, which is thirty (30) days from the date of this letter. PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.

**We strongly suggest that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).**

If we do not receive your response postmarked no later than **February 15, 2018**, we will determine your claim is invalid for the reason(s) described above.

30281

RL