1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | www.bergermontague.com

**Berger & Montague, P.C.**
ATTORNEYS AT LAW

**EXHIBIT 9**

MERRILL G. DAVIDOFF

WRITER'S DIRECT DIAL | 215/875-3084
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

April 4, 2018

**VIA EMAIL & FIRST CLASS MAIL**

Dean Hirt, Esquire
**Fairfield and Woods, P.C.**
1801 California Street, Suite 2600
Denver, Colorado 80202-2645
E-Mail: dhirt@fwlaw.com

Re: *Cook v. Rockwell*, Case No. 90-cv-00181-JLK (D. Colo.),
Farmers Reservoir and Irrigation Company Claims

Dear Counsel:

I am writing regarding the claim or claims filed by Farmers Reservoir and Irrigation Company Claims ("FRICO") in connection with the settlement and claims administration of the above-captioned litigation ("*Cook v. Rockwell*"). We have reviewed FRICO's claims and determined that these claims relate to properties located under Standley Lake or ditches associated with Standley Lake. As a result, these claims are not valid for several reasons, including that these claims are associated with land that is underwater and Plaintiffs did not estimate or include the asserted land values of properties located under Standley Lake or associated ditches in any of the damages analyses presented to the jury during the four-month *Cook v. Rockwell* jury trial.

As a result, we have no choice but to deny FRICO's claims. We have a duty to fairly and adequately represent and protect the Class and payment of FRICO's claims would harm the members of Class who have filed valid claims because those Class members would receive lower overall payments if FRICO's claims were accepted. In addition, I note that we disagree with your characterization of the properties that are the subject of FRICO's claims as "vacant." If we were required by the Court to pay FRICO's claims, the properties for which FRICO has filed claims would properly be treated as "commercial" and not "vacant" properties given the properties' commercial operation.

Sincerely,

Merrill G. Davidoff

**Berger & Montague, P.C.**
ATTORNEYS AT LAW

April 4, 2018
Page 2

MGD/sll

cc:   *(via email only):*
      Caitlin G. Coslett (ccoslett@bm.net)
      Steven W. Kelly, Esquire (skelly@s-d.com)
      Wayne L. Hunsperger (wayne@hwltd.net)
      Joseph B. Dischinger, Esquire (jdischinger@fwlaw.com)
      Todd Messenger, Esquire (tmessenger@fwlaw.com)
      Mike Hamer (mhamer@hefflerclaims.com)
      Anthony Knight (aknight@hefflerclaims.com)