Rocky Flats Settlement
c/o Heffler Claims Group
Settlement and Claims Administrator
P.O. Box 58459
Philadelphia, PA 19102-8459

**EXHIBIT 10**



April 6, 2018

Class Member ID: **302812HH7TX95**

THE FARMERS RESERVOIR & IRRIGATION COMPANY
80 S 27TH AVE
BRIGHTON, CO 80601

Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.,*
No. 90-cv-00181-JLK (D. Colo.)

## NOTIFICATION OF REJECTION OF CLAIM
## AND DESCRIPTION OF CORRECTIVE MEASURES

Dear Claimant:

We are the Settlement and Claims Administrator appointed by the Court, and are writing to advise you that we have reviewed your Proof of Claim Form, **claim number WCF00002566**, for the property located at PARCEL ID # 29-233-00-006, ARVADA, CO 80005. Based upon our review of the information you provided on and with your Claim Form, we have determined that **your claim is invalid and thus not eligible to share in the distribution of the Net Settlement Fund, for the following reason(s)**:

After a detailed, careful review of the physical location of your property, it has been confirmed by the Property Expert for the Class that your property is not located within the Property Class Area. Therefore, you are not a member of the Settlement Class for this property, and are not entitled to participate in the distribution of the Settlement Funds for this property.

**You may contest our determination and request further review by**: (i) notifying us that you are contesting our determination of your claim, identified with the claim number listed above; and (ii) providing us with a statement of your reasons for your contesting, along with documentation to support your position. You must submit the notification, statement of reasons, and supporting documents to us at the address on this letterhead, postmarked on or before **May 6, 2018**, which is thirty (30) days from the date of this letter. PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.

We strongly suggest that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).

If we do not receive your response postmarked no later than **May 6, 2018**, we will determine your claim is invalid for the reason(s) described above.

30281

RL

Claim No. WCF00002566
April 6, 2018
Page 2

This will be the final correspondence you receive from us UNLESS you contest our determination and request further review by the Settlement and Claims Administrator as described above.

**Important note**: If your address or contact information has changed since submitting your Claim Form, or changes at any time in the future, you must contact us with the new information at your earliest convenience. Please be sure to include your claim number in any correspondence or communications with us.

Additionally, if you have any questions about your claim or this letter, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*. Thank you.

Sincerely,

Heffler Claims Group
Settlement and Claims Administrator

cc:   Class Counsel:
      Berger & Montague, P.C.
      Silver & DeBoskey, P.C.

30281                                                                                        RL

Rocky Flats Settlement
c/o Heffler Claims Group
Settlement and Claims Administrator
P.O. Box 58459
Philadelphia, PA 19102-8459

April 6, 2018

Class Member ID: **302812HH86XYB**

THE FARMERS RESERVOIR & IRRIGATION COMPANY
80 S 27TH AVE
BRIGHTON, CO 80601

Re: *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.,*
No. 90-cv-00181-JLK (D. Colo.)

## NOTIFICATION OF REJECTION OF CLAIM
## AND DESCRIPTION OF CORRECTIVE MEASURES

Dear Claimant:

We are the Settlement and Claims Administrator appointed by the Court, and are writing to advise you that we have reviewed your Proof of Claim Form, **claim number WCF00002567**, for the property located at PARCEL ID # 29-273-00-001, ARVADA, CO 80005. Based upon our review of the information you provided on and with your Claim Form, we have determined that **your claim is invalid and thus not eligible to share in the distribution of the Net Settlement Fund, for the following reason(s)**:

After a detailed, careful review of the physical location of your property, it has been confirmed by the Property Expert for the Class that your property is not located within the Property Class Area. Therefore, you are not a member of the Settlement Class for this property, and are not entitled to participate in the distribution of the Settlement Funds for this property.

**You may contest our determination and request further review by**: (i) notifying us that you are contesting our determination of your claim, identified with the claim number listed above; and (ii) providing us with a statement of your reasons for your contesting, along with documentation to support your position. You must submit the notification, statement of reasons, and supporting documents to us at the address on this letterhead, postmarked on or before **May 6, 2018**, which is thirty (30) days from the date of this letter. PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.

**We strongly suggest that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).**

If we do not receive your response postmarked no later than **May 6, 2018**, we will determine your claim is invalid for the reason(s) described above.

30281                                                                                                                   RL

Claim No. WCF00002567  
April 6, 2018  
Page 2

    This will be the final correspondence you receive from us UNLESS you contest our determination and request further review by the Settlement and Claims Administrator as described above.

    **Important note**: If your address or contact information has changed since submitting your Claim Form, or changes at any time in the future, you must contact us with the new information at your earliest convenience. Please be sure to include your claim number in any correspondence or communications with us.

    Additionally, if you have any questions about your claim or this letter, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*. Thank you.

                                                    Sincerely,

                                                  Heffler Claims Group  
                                                  Settlement and Claims Administrator

cc:    Class Counsel:  
        Berger & Montague, P.C.  
        Silver & DeBoskey, P.C.

30281                                                                                              RL

Rocky Flats Settlement
c/o Heffler Claims Group
Settlement and Claims Administrator
P.O. Box 58459
Philadelphia, PA 19102-8459

April 6, 2018

Class Member ID: **302812HH97VF4**

THE FARMERS RESERVOIR & IRRIGATION COMPANY
80 S 27TH AVE
BRIGHTON, CO 80601

Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*,
No. 90-cv-00181-JLK (D. Colo.)

## NOTIFICATION OF REJECTION OF CLAIM
## AND DESCRIPTION OF CORRECTIVE MEASURES

Dear Claimant:

We are the Settlement and Claims Administrator appointed by the Court, and are writing to advise you that we have reviewed your Proof of Claim Form, **claim number WCF00002570**, for the property located at PARCEL ID # 29-164-00-002, WESTMINSTER, CO 80021. Based upon our review of the information you provided on and with your Claim Form, we have determined that **your claim is invalid and thus not eligible to share in the distribution of the Net Settlement Fund, for the following reason(s)**:

After a detailed, careful review of the physical location of your property, it has been confirmed by the Property Expert for the Class that your property is not located within the Property Class Area. Therefore, you are not a member of the Settlement Class for this property, and are not entitled to participate in the distribution of the Settlement Funds for this property.

**You may contest our determination and request further review by**: (i) notifying us that you are contesting our determination of your claim, identified with the claim number listed above; and (ii) providing us with a statement of your reasons for your contesting, along with documentation to support your position. You must submit the notification, statement of reasons, and supporting documents to us at the address on this letterhead, postmarked on or before **May 6, 2018**, which is thirty (30) days from the date of this letter. PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.

**We strongly suggest that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).**

If we do not receive your response postmarked no later than **May 6, 2018**, we will determine your claim is invalid for the reason(s) described above.

Claim No. WCF00002570
April 6, 2018
Page 2

      This will be the final correspondence you receive from us UNLESS you contest our determination and request further review by the Settlement and Claims Administrator as described above.

      **Important note**: If your address or contact information has changed since submitting your Claim Form, or changes at any time in the future, you must contact us with the new information at your earliest convenience. Please be sure to include your claim number in any correspondence or communications with us.

      Additionally, if you have any questions about your claim or this letter, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*. Thank you.

      Sincerely,

      Heffler Claims Group
      Settlement and Claims Administrator

cc:    Class Counsel:
       Berger & Montague, P.C.
       Silver & DeBoskey, P.C.

30281                      RL

**Rocky Flats Settlement**
**c/o Heffler Claims Group**
**Settlement and Claims Administrator**
**P.O. Box 58459**
**Philadelphia, PA 19102-8459**

April 6, 2018

Class Member ID: **302812HH9BK44**

THE FARMERS RESERVOIR & IRRIGATION COMPANY
80 S 27TH AVE
BRIGHTON, CO 80601

Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.,*
      No. 90-cv-00181-JLK (D. Colo.)

## NOTIFICATION OF REJECTION OF CLAIM
## AND DESCRIPTION OF CORRECTIVE MEASURES

Dear Claimant:

We are the Settlement and Claims Administrator appointed by the Court, and are writing to advise you that we have reviewed your Proof of Claim Form, **claim number WCF00002571**, for the property located at PARCEL ID # 29-191-00-014, WESTMINSTER, CO 80005. Based upon our review of the information you provided on and with your Claim Form, we have determined that **your claim is invalid and thus not eligible to share in the distribution of the Net Settlement Fund, for the following reason(s)**:

After a detailed, careful review of the physical location of your property, it has been confirmed by the Property Expert for the Class that your property is not located within the Property Class Area. Therefore, you are not a member of the Settlement Class for this property, and are not entitled to participate in the distribution of the Settlement Funds for this property.

**You may contest our determination and request further review by**: (i) notifying us that you are contesting our determination of your claim, identified with the claim number listed above; and (ii) providing us with a statement of your reasons for your contesting, along with documentation to support your position. You must submit the notification, statement of reasons, and supporting documents to us at the address on this letterhead, postmarked on or before **May 6, 2018**, which is thirty (30) days from the date of this letter. PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.

**We strongly suggest that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).**

If we do not receive your response postmarked no later than **May 6, 2018**, we will determine your claim is invalid for the reason(s) described above.

30281                                                                                                                    RL

Claim No. WCF00002571
April 6, 2018
Page 2

This will be the final correspondence you receive from us UNLESS you contest our determination and request further review by the Settlement and Claims Administrator as described above.

**Important note**: If your address or contact information has changed since submitting your Claim Form, or changes at any time in the future, you must contact us with the new information at your earliest convenience. Please be sure to include your claim number in any correspondence or communications with us.

Additionally, if you have any questions about your claim or this letter, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*. Thank you.

Sincerely,

Heffler Claims Group
Settlement and Claims Administrator

cc:   Class Counsel:
      Berger & Montague, P.C.
      Silver & DeBoskey, P.C.

30281                                                                                     RL

**Rocky Flats Settlement**
**c/o Heffler Claims Group**
**Settlement and Claims Administrator**
**P.O. Box 58459**
**Philadelphia, PA 19102-8459**

April 6, 2018

Class Member ID: **302812HH9P8ZG**

THE FARMERS RESERVOIR & IRRIGATION COMPANY
80 S 27TH AVE
BRIGHTON, CO 80601

      Re:    *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.,*
             *No. 90-cv-00181-JLK (D. Colo.)*

<u>**NOTIFICATION OF REJECTION OF CLAIM
AND DESCRIPTION OF CORRECTIVE MEASURES**</u>

Dear Claimant:

    We are the Settlement and Claims Administrator appointed by the Court, and are writing to advise you that we have reviewed your Proof of Claim Form, **claim number WCF00002572**, for the property located at PARCEL ID # 29-191-00-015, WESTMINSTER, CO 80005. Based upon our review of the information you provided on and with your Claim Form, we have determined that **your claim is invalid and thus <u>not</u> eligible to share in the distribution of the Net Settlement Fund, for the following reason(s)**:

    After a detailed, careful review of the physical location of your property, it has been confirmed by the Property Expert for the Class that your property is <u>not</u> located within the Property Class Area. Therefore, you are <u>not</u> a member of the Settlement Class for this property, and are <u>not</u> entitled to participate in the distribution of the Settlement Funds for this property.

    <u>**You may contest our determination and request further review by**</u>: (i) notifying us that you are contesting our determination of your claim, identified with the claim number listed above; and (ii) providing us with a statement of your reasons for your contesting, along with documentation to support your position. You must submit the notification, statement of reasons, and supporting documents to us at the address on this letterhead, postmarked on or before **May 6, 2018**, which is thirty (30) days from the date of this letter. PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.

    **We strongly suggest that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).**

    If we do not receive your response postmarked no later than **May 6, 2018**, we will determine your claim is invalid for the reason(s) described above.

30281                                      RL

Claim No. WCF00002572
April 6, 2018
Page 2

This will be the final correspondence you receive from us UNLESS you contest our determination and request further review by the Settlement and Claims Administrator as described above.

**Important note**: If your address or contact information has changed since submitting your Claim Form, or changes at any time in the future, you must contact us with the new information at your earliest convenience. Please be sure to include your claim number in any correspondence or communications with us.

Additionally, if you have any questions about your claim or this letter, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*. Thank you.

Sincerely,

Heffler Claims Group
Settlement and Claims Administrator

cc:   Class Counsel:
      Berger & Montague, P.C.
      Silver & DeBoskey, P.C.

30281                                                                                                              RL