# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DECLARATION OF WAYNE HUNSPERGER IN RESPONSE TO FARMER'S RESERVOIR AND IRRIGATION COMPANY'S MOTION FOR REVIEW OF THE SETTLEMENT AND CLAIMS ADMINISTRATOR'S DENIAL OF ITS CLAIMS**

I, Wayne L. Hunsperger, declare as follows:

1. I am the principal owner of Wayne L. Hunsperger, LLC. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I am over 21 years of age and not a party to this action.

2. I submit this declaration in response to Farmer's Reservoir and Irrigation Company's ("FRICO") Motion for Review of the Settlement and Claims Administrator's Denial of its Claims.

3. I have been working on the claims administration related to the settlement of this case. I have worked with Class Counsel, Dr. Mark McNulty of Pacey Economics, Inc.,[1] and Heffler Claims Group ("Heffler"), the Court-approved Settlement and Claims Administrator.

4. FRICO is a mutual ditch company incorporated in 1902. The FRICO system consists of four major and several smaller reservoirs and approximately 400 miles of canals extending from the Front Range Foothills to east of Greeley, Colorado. FRICO's Standley Lake segment of their overall system facilitates the collection, storage and distribution of water directly to the cities of Westminster, Thornton and Northglenn for public use. The property that is the subject of FRICO's claims in this action includes Standley Lake, abutting open space land and portions of a series of interconnecting canals to the lake. Much of the property is under water and has been since the early 1900's. According to FRICO, 95% of their property in 1989 was comprised of Standley Lake.

5. I acknowledge that most, or all, of the properties that are the subject of the FRICO claims are within the Rocky Flats Class Area. I have not researched or attempted to research the extent to which the interconnecting canals may or may not be in the Class Area.

---

[1] Dr. McNulty's biography is available at https://www.paceyecon.com/mark-mcnulty-phd.

6. I developed and prepared the original 1996 Rocky Flats Nuclear Plant Property Impact Study in which all the relevant class properties were divided into three categories: Residential; Vacant Land; and Commercial. The Residential category related to improved properties devoted to residential use. The Vacant Land category pertained to unimproved land suitable for development. The Commercial category pertained to income producing property, properties capable of producing income, or properties used for business purposes.

7. I did not value nor ascribe any damages to the FRICO property as it shares the same characteristics as any other public or quasi-public property, such as a school or a park. In 1989, the Jefferson County Assessor described the FRICO property as "political subdivision land", and according to the Colorado Department of Local Affairs, a "political subdivision" is considered a form of government.

8. If asked to classify the FRICO property into one of the three valuation categories, it is my opinion that it fits more appropriately into the Commercial category. For example:

   a) The property is operated as a municipal water supply for three Colorado cities and is exempt from taxation;

   b) The operation of the Standley Lake water supply system, whereby water is allocated to shareholders (municipalities) contains a business component, even if the business is "non-profit";

   c) Much of the property is under water (Standley Lake) and has not been vacant land since the early 1900's. FRICO's buffer land abutting the lake is to protect the integrity of the water supply, and since at least the 1970's was intended for recreation or park use. The lake and adjoining land now comprise the Standley Lake Regional Park;

        d) The transfer deeds legally describe the property as "Standley Lake Dam and Reservoir", subject to a recreation easement related to recreation uses on and within Standley Lake;

9. I have visited with the Jefferson County Assessor, Mr. Ron Sandstrom and the Assessor Admin Data Administrator, Ms. Dora Williams on numerous occasions regarding the assessment history of the FRICO property. In our initial discussion in January of 2018, Ms. Williams told me that the FRICO properties were "exempt from taxation" and were assessed at 29% of "market". When asked what she meant by "market", Ms. Williams said that the assessed values were arbitrary and not based on comparable sales of any property types. She told me that the values could have been based on cost data. She promised to do further research and respond in writing. Ultimately, on January 22, 2018 Ms. Williams sent me an e-mail response (a copy is attached to this Declaration) indicating that the County has no documentation in its archived files "to conclude what the value basis was for these pins except that it was arbitrarily valued and best information available was used." Ms. Williams also attached a spread sheet to her e-mail identifying thirteen FRICO properties for which the County has any records. In separate columns she identified the Assessor's 1989 designated Land Use and Property Description. Her comments section for each property indicated she was unable to find documentation with regards to that property's value for 1989, including any cost sheet data. FRICO's Land Use was identified by the County as "open space" or "lake", and described as "political subdivision land (exempt)" from taxation or "other land (exempt)" from taxation. Ms. Williams and Mr. Sandstrom explained that because the FRICO properties were exempt from taxation, and the County, dependent upon tax revenue for operations, was realizing no revenue from them,

accurate assessment and classification was not a priority. The County acknowledges that the assessed values and property types were arbitrarily determined.

10. FRICO disagrees with the Jefferson County Assessor with respect to the amount of land the Company owns and its total assessed value. However, because FRICO's claim was denied, I have not researched or attempted to research the discrepancy. According to the County, total assessed value for the FRICO property is $1,093,540. FRICO claims total assessed value of $1,863,406.28.

11. To assist the Court, I have calculated potential damage awards for the Farmer's Reservoir and Irrigation properties under several scenarios:

 a) Using Jefferson County's assessed value of $1,093,540:

  Commercial category: Initial distribution amount would be $259,938.29

  Vacant land category: Initial distribution amount would be $2,511,498.83

 b) Using FRICO's claimed assessed value of $1,863,406.28:

  Commercial category: Initial distribution amount would be $442,938.21

  Vacant land category: Initial distribution amount would be $4,279,626.44

_Wayne L. Hunsperger_
Wayne L. Hunsperger

Dated: July 26, 2018

# EXHIBIT "A"

# Wayne Hunsperger

| | |
|---|---|
| From: | Dora Williams <dwilliam@co.jefferson.co.us> |
| Sent: | Monday, January 22, 2018 10:59 AM |
| To: | Wayne Hunsperger |
| Cc: | Ron Sandstrom |
| Subject: | RE: Farmers Reservoir and Irrigation Company |
| Attachments: | Copy of Copy of Farmers Reservoir Claims.xlsx |

Wayne,

Attached is the information we were able to collect for you, we only have current year value basis, as in prior years these pins were automatically exempt property and no priority was given to those types of property, we have since changed our process to value these types of properties but, in 1989 the value basis was arbitrary meaning it was a value that was derived at by the person who processed these types of properties at the time and is no longer with us and left no documentation in archived files to conclude what the value basis was for these pins except that it was arbitrarily valued and best information available was used.

Sincerely,

*Dora C Williams*

**Dora Williams**
Assessor Admin Data Manager

Jefferson County Assessor's Office
100 Jefferson County Parkway Suite 2500
Golden, CO 80401-2500
☎ Phone: 303 271-8628
☎ Cell: 720 365-3392
☎ Fax: 303 271-8616
✉ dwilliam@jeffco.us

Please visit our website:
http://jeffco.us/assessor/



 Studies show trees live longer when they're not cut down.
Please do not print this email unless you really need to.

 Please consider the environment before printing this e-mail.

From: Ron Sandstrom
Sent: Tuesday, January 02, 2018 3:17 PM
To: Dora Williams <dwilliam@co.jefferson.co.us>
Subject: FW: Farmers Reservoir and Irrigation Company

1

Farmers Reservoir and Irrigation Co.

| Schedule # | Tax ID # | Land Use | Description | Assessed Val. | 1989 | 2017 VALUE |
|---|---|---|---|---|---|---|
| 37294 | 29-281-00-001 | open space | Political Subdivision Land (Exempt) | 64060 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |
| 37295 | 29-281-00-003 | lake | Political Subdivision Land (Exempt) | 17510 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Lake Rate - $3,880/AC |
| 48066 | 29-211-00-002 | open space | Other Land (Exempt) | 840550 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |
| 92641 | 29-174-00-005 | open space | Political Subdivision Land (Exempt) | 46800 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |
| 168708 | 29-272-00-003 | open space | Political Subdivision Land (Exempt) | 17600 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |
| 152575 | 29-273-00-001 | open space | Political Subdivision Land (Exempt) | 14430 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |
| 194210 | 29-223-00-002 | residential | Political Subdivision Land (Exempt) | 52220 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Residential Improved on Market - house |
| 194211 | 29-281-00-004 | open space | Political Subdivision Land (Exempt) | 9070 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $0.23/SF |
| 194464 | 29-233-00-006 | Deactivated - would have been open space | | 890 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | DEACTIVATED |
| 195744 | 29-191-00-014 | open space | Other Land (Exempt) | 1400 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |
| 195745 | 29-191-00-015 | open space | Other Land (Exempt) | 29010 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |
| 203016 | 29-173-00-004 | open space | Other Land (Exempt) | 0 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |
| 203029 | 29-164-00-002 | open space | Other Land (Exempt) | 0 | Unable to find documentation with regards to this parcels value for 1989, checked 1991 cost cal -no cost sheet found for this parcel | Open Space rate - $14,000/AC |