IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## CLASS COUNSEL'S MOTION FOR PROTECTIVE ORDER

For the reasons set forth in the accompanying memorandum in support and related materials, Class Counsel respectfully request that the Court enter the Proposed Order ordering that The Farmers Reservoir and Irrigation Company's First Set of Discovery Requests to the Settlement and Claims Administrator shall be quashed.

Pursuant to Local Rule 7.1 and Fed. R. Civ. P. 26(c)(1), Counsel states that Lead Class Counsel conferred with Counsel for The Farmers Reservoir and Irrigation Company and was unable to resolve this dispute.

Dated: July 26, 2018

        Respectfully submitted,

        */s/ Merrill G. Davidoff*
        Merrill G. Davidoff
        BERGER &MONTAGUE, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        (215) 875-3000

        *Lead Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 26th of July, 2018, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel and via email to the following counsel:

Joseph B. Dischinger
Dean C. Hirt, III
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
jdischinger@fwlaw.com
dhirt@fwlaw.com

Attorneys for The Farmers Reservoir
and Irrigation Company

                                              /s/ *Merrill G. Davidoff*
                                              Merrill G. Davidoff
                                              BERGER & MONTAGUE, P.C.
                                              1622 Locust Street
                                              Philadelphia, PA 19103
                                              (215) 875-3000