**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**[PROPOSED] ORDER GRANTING CLASS COUNSEL'S
MOTION FOR PROTECTIVE ORDER**

This matter comes before the Court on Class Counsel's Motion for Protective Order quashing The Farmers Reservoir and Irrigation Company's First Set of Discovery Requests to the Settlement and Claims Administrator, made pursuant to Fed. R. Civ. P. 26(c)(1), which provides that "[a] party or any person from whom discovery is sought may move for a protective order in the court where the action is pending . . ." *Id.*

NOW, THEREFORE, upon review of Class Counsel's Motion for Protective Order, Class Counsel's Memorandum in Opposition to The Farmers Reservoir and Irrigation Company's Motion, and all accompanying exhibits, and any further materials submitted in connection therewith or argument thereon, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.    The Farmers Reservoir and Irrigation Company's First Set of Discovery Requests to the Settlement and Claims Administrator are hereby quashed.

2.  This Court retains jurisdiction over any further application or matter that may arise in connection with this Action.

IT IS SO ORDERED.

BY THE COURT:

_____
John L. Kane, Senior District Judge
United States District Court