**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

_____

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
And THE DOW CHEMICAL COMPANY,

      Defendants.

_____

**DECLARATION OF SCOTT EDGAR IN SUPPORT OF THE FARMERS RESERVOIR AND IRRIGATION COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF THE SETTLEMENT AND CLAIMS ADMINISTRATOR'S DENIAL OF ITS CLAIMS**
_____

1

I, Scott Edgar, being first duly sworn, depose and state as follows:

1. I am over 21 years of age.

2. I am the General Manager of the Farmers Reservoir and Irrigation Company ("FRICO"). I have been the General Manager for seven years. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify consistent with the statements in this declaration.

3. I submit this declaration in connection with FRICO's Reply in Support of its Motion for Review of the Settlement and Claims Administrator's Denial of its Claims.

4. I have reviewed Class Counsel's Opposition to the Farmers Reservoir and Irrigation Company's Motion and each of the exhibits attached thereto.

5. FRICO never opted out of the class.

6. FRICO's system consists of four major and several smaller reservoirs, and approximately 400 miles of ditches and canals extending from the Front Range foothills to east of Greeley, Colorado. Like every portion of FRICO's system, FRICO diverts, stores, and releases raw (untreated) water for the benefit of its stockholders in its Standley Lake division.

7. Not all of FRICO's land shares the exact same characteristics:

    a. The Croke Canal is an earthen ditch which is about 45 feet wide. However, FRICO also owns land on either side of the Croke Canal that contains nothing, except possibly a private dirt road in places. The land outside of the Croke Canal ranges between 40–180 feet wide, with the majority in the 100–130 foot range.

2

      b.      Standley Lake is a large open space where water is stored.

      c.      Big Dry Creek is an unimproved natural drainage.

      d.      The eight acre strip land to the north of Standley Lake is vacant, unimproved, private land which FRICO does not use and performs no function whatever related to storing and delivery of water.

      e.      The lands surrounding Standley Lake that FRICO conveyed to the City of Westminster were vacant, unimproved, and private lands, performing no function whatever related to storing and delivering water.

8. FRICO's system is gravity fed, which means water passively flows through FRICO's system without the need or use of pumping equipment.

9. FRICO does not control or dictate how its stockholders use their water.

10. Ownership of stock in a mutual ditch company entitles stockholders to a portion of the water diverted under FRICO's water rights. FRICO stock is freely transferrable. FRICO does not dictate who owns, buys or sells FRICO stock, and therefore does not control who uses the water it delivers or what uses they make of it, as long as such use is consistent with the water rights decrees.

11. Westminster, Thornton, and Northglenn are current FRICO stockholders, but FRICO is not involved in their distribution of water for public use.

12. I worked for the State of Colorado as a Water Commissioner for eleven years before I was hired as the General Manager of FRICO. As a Water Commissioner, my duties included measuring and administering available water supply in the South

Platte River basin according to Colorado law, analyzing the water use of various entities, including cities, ditch companies, and individuals, compiling permanent water use records in the South Platte basin, and explaining applicable statutes to water users and the general public regarding water use and availability.

13. FRICO does not operate any portion of its water system as a municipal water supply. I am not a lawyer, but based on my previous work experience and in my capacity as General Manager of FRICO, I am familiar with section 24-10-103(5.7), C.R.S., which states that irrigation ditches are exempt from the definition of "public water facility."

14. FRICO does not share the rights to its property with the City of Westminster. As of June 7, 1989, FRICO was the sole owner, in fee simple absolute, of all the property for which FRICO submitted a claim.

15. FRICO does not receive any revenue, income, fees, or other monetary compensation from the City of Westminster's recreation uses and programs on and within Standley Lake.

16. Based on my previous work experience and in my capacity as General Manager of FRICO, I have personal knowledge of FRICO's legal status as a Colorado mutual ditch company which is considered a private entity in Colorado. FRICO is not a public or quasi-public entity, nor is FRICO a "form of government" or a political subdivision of any government.

17. On June 7, 1989, FRICO did not own any land that was public or quasi-public property, such as a school or park.

18. Based on my previous work experience and in my capacity as General Manager of FRICO, I have personal knowledge that FRICO's real property within the Property Class Area is exempt from taxation under COLO. CONST. art. X, § 3(1)(d), and § 39-3-104, C.R.S., as a Colorado mutual ditch company.

19. The land abutting Standley Lake, which FRICO conveyed to Westminster in 1998, did not serve to protect the integrity of the water supply. If that were its purpose, FRICO would still need it, and FRICO would not have conveyed that land to Westminster or anyone else. FRICO derives the Standley Lake water supply from a diversion structure on Clear Creek, near Golden, Colorado.

20. With respect to the land near Standley Lake that FRICO owned on June 7, 1989, there are no buildings, shops, stores, public roads, offices, or other above-ground structures on the property except a lake tender's house and associated outbuildings, and the Standley Lake dam and outlet works. The Standley Lake dam is an earthen structure, except for the outlet works which is a small segment of the dam and made out of concrete.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2018.

_____
Scott Edgar