# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

_____

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION; and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

## ENTRY OF APPEARANCE
_____

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Pursuant to D.C.COLO.LAttyR 5, I hereby enter my appearance as counsel on behalf of the Farmers Reservoir and Irrigation Company. I hereby certify that I am a member in good standing of the bar of this court.

    DATED at Denver, Colorado this 17th day of August 2018.

    */s/ Craig D. Joyce*
    Craig D. Joyce
    Fairfield and Woods, P.C.
    1801 California Street, Suite 2600
    Denver, CO  80202
    Telephone:  (303) 830-2400
    Facsimile:  (303) 830-1033
    E-Mail:  cjoyce@fwlaw.com

    Attorneys for the Farmers Reservoir and Irrigation Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of August 2018, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was sent to the following by U.S. Mail, First-Class postage pre-paid:

>Vicki Foy
>718 Sherman Street
>Fort Morgan, CO 80701

The undersigned further certifies that the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses listed below:

| | |
|---|---|
| Joseph John Bronesky | jbronesk@shermanhoward.com<br>efiling@sah.com<br>ddavis@shermanhoward.com |
| Merrill Gene Davidoff | mdavidoff@bm.net<br>sleo@bm.net |
| Paul De Marco | demarcoworld@yahoo.com |
| Michael Alan Galasso | mgalasso@rkpt.com,bbass@rkpt.com |
| Marcy Geoffrey Glenn | mglenn@hollandhart.com<br>kjoriley@hollandhart.com<br>IntakeTeam@HollandHart.com |
| Lester C. Houtz | lester.houtz@bartlit-beck.com<br>renee.grimmett@bartlit-beck.com |
| Steven William Kelly | skelly@s-d.com<br>cchristman@s-d.com<br>penningtonv@s-d.com |
| Douglas J. Kurtenbach | dkurtenbach@kirkland.com<br>mnomellini@kirkland.com<br>joppenheimer@kirkland.com |
| Bradley Aaron Levin | bal@levinsitcoff.com<br>nrp@levinsitcoff.com<br>kjh@levinsitcoff.com<br>naw@levinsitcoff.com<br>bjh@levinsitcoff.com |
| Mark S. Lillie | mlillie@kirkland.com |
| Jean Geoppinger McCoy | jmccoy@wgmlpa.com |
| Susan S. Minamizono | ssm@levinsitcoff.com<br>nrp@levinsitcoff.com<br>kjh@levinsitcoff.com |

| Jarrod Martin Mohler | jmohler@rkpt.com |
| | pledonne@rkpt.com |
| | bbass@rkpt.com |
| Peter B. Nordberg | pnordberg@bm.net |
| | peter@nordberg.us |
| Ellen T. Noteware | enoteware@bm.net |
| | csimon@bm.net |
| Douglas M. Poland | dpoland@gklaw.com |
| Louise M Roselle | lroselle@msdlegal.com |
| | dpendygraft@msdlegal.com |
| | dholcomb@msdlegal.com |
| Daniel R. Satriana , Jr | satriana@sbattys.com |
| | epsteini@csbattorneys.com |
| Ronald Simon | ron@1707law.com |
| | mike@1707law.com |
| David F. Sorensen | dsorensen@bm.net |
| Michael A. Thurman | michael@thurman-legal.com |
| Martin Thomas Tully | martin.tully@actuatelaw.com |
| Kevin T. Van Wart | KevinVanWart@kirkland.com |
| | jmiller13@dow.com |
| Juan G. Villasenor | juan.villasenor@usdoj.gov |
| | annette.dolce@usdoj.gov |
| | USACO.ECFFLUAtty@usdoj.gov |
| | USACO.ECFCivil@usdoj.gov |
| | CaseView.ECF@usdoj.gov |
| Bradley Herman Weidenhammer | bradley.weidenhammer@kirkland.com |
| | nshea@kirkland.com |
| Carlotta P. Wells | carlotta.wells@usdoj.gov |
| John Stuart Zakhem | jszakhem@jacksonkelly.com |
| | jadelay@jacksonkelly.com |
| | amaher@jacksonkelly.com |
| | mvo@jacksonkelly.com |

*/s/ Toni Fox*
Toni Fox