# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

## NOTICE OF NAME CHANGE AND ADDRESS CHANGE

PLEASE TAKE NOTICE that the law firm of Berger & Montague, P.C. has changed its name to Berger Montague PC.  In addition, Berger Montague PC's address has changed to 1818 Market Street, Suite 3600, Philadelphia, PA 19103.  The firm's email addresses, phone numbers, and facsimile numbers have remained the same.

Dated:  August 29, 2018

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000

*Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 29th of August, 2018, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

        */s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000