## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**CLASS COUNSEL'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION REGARDING THE FARMERS RESERVOIR AND IRRIGATION COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF THE SETTLEMENT AND CLAIMS ADMINISTRATOR'S DENIAL OF ITS CLAIMS**

The Farmers Reservoir and Irrigation Company's Reply in Support of Its Motion for Review of the Settlement and Claims Administrator's Denial of Its Claims, ECF No. 2522 ("FRICO Reply") and the accompanying Declaration of Scott Edgar, ECF No. 2522-1 ("Edgar Declaration"), contain several new factual assertions that Class Counsel believe are material to the Court's resolution of FRICO's Motion. Accordingly, Class Counsel respectfully request that the Court grant leave for Class Counsel to file the Declaration of Wayne Hunsperger in Response to Farmer's Reservoir and Irrigation Company's Reply in Support of Its Motion for Review of the Settlement and Claims Administrator's Denial of Its Claim (attached as Exhibit A to this Motion), which addresses FRICO's new factual assertions.

Class Counsel conferred with FRICO's counsel pursuant to D. C. Colo. L. Civ. R. 7.1(a), and FRICO's counsel stated that FRICO opposes this Motion.

Dated: August 29, 2018                        Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000

*Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 29th of August, 2018, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                       */s/ Merrill G. Davidoff*
                                       Merrill G. Davidoff
                                       BERGER MONTAGUE PC
                                       1818 Market Street, Suite 3600
                                       Philadelphia, PA 19103
                                       (215) 875-3000