# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

**DECLARATION OF WAYNE HUNSPERGER IN RESPONSE TO FARMER'S RESERVOIR AND IRRIGATION COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF THE SETTLEMENT AND CLAIMS ADMINISTRATOR'S DENIAL OF ITS CLAIMS**

I, Wayne L. Hunsperger, declare as follows:

1. I am the principal owner of Wayne L. Hunsperger, LLC. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I am over 21 years of age and not a party to this action.

2. I submit this declaration in response to Farmer's Reservoir and Irrigation Company's ("FRICO") Reply in Support of its Motion for Review of the Settlement and Claims Administrator's Denial of it Claims.

3. FRICO asserts that as of June 7, 1989 it owned "fee simple absolute" title to the property for which FRICO submitted a claim, but in fact, FRICO owns the fee interest subject to a recreation easement in favor of the City of Westminster; thus, the City's easement does represent an interest in the property, albeit not possessory. It is more accurate to say that FRICO owns fee simple interest in the property (legally identified as Standley Lake Dam and Reservoir) subject to the City of Westminster easement. Moreover, although FRICO is not making a claim for diminished value of water rights, the City does own rights to water stored (shares) in Standley Lake itself, and mutual ditch shares constitute real property interests.

4. FRICO states that it does not operate its ditch and reservoir system as a municipal water supply, because "it does not treat water, nor does it distribute it for domestic use". They further assert that they are not involved in any "alleged public use". Nonetheless, the water in Standley Lake is used as the primary source for public water by the Cities of Westminster, Northglenn and Thornton, and that the Standley Lake Dam and Reservoir serves such purpose. Moreover, Mr. Edgar, in his Declaration attached to FRICO's Response acknowledges that "FRICO diverts, stores, and releases raw (untreated) water for the benefit of its stockholders in its Standley Lake division". While the irrigation ditches may not meet the

Colorado Revised Statute definition of a "public water facility", as the City of Westminster Comprehensive Plan notes, "the water supply system is centered on Standley Lake". Thus, the ditches and Standley Lake Dam and Reservoir are part and parcel of the public water supply system for the three cities.

5. FRICO mischaracterizes my definition of "Commercial" property as it pertains to one of the three valid property claims types. My reference was not to "Commercial Land", but to "Commercial Property" which produces income, is capable of producing income, or is used for business purposes. In my opinion, a water storage reservoir that constitutes a component of an overall water supply system and generates income if not profit, more accurately falls into the Commercial Property rather than the Vacant Land category. For reference, FEMA in their discussion of Water Supply Systems and Evaluation Methods (Water Supply System Concepts) illustrates a reservoir to be part of a community distribution system.

Dated: August 28, 2018

*[signature]*
Wayne L. Hunsperger