IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

_____

**ORDER**
_____

    On October 23, 2018, the Court received a letter from Roy Pool requesting a share of the settlement funds in this case. On October 26, 2018, Lead Counsel submitted a letter responding to Mr. Pool's request. I have reviewed both filings and find that Mr. Pool's claim is untimely.

    DATED this 30th day of October, 2018.

                                                   _____
                                                   JOHN L. KANE
                                                   SENIOR U.S. DISTRICT JUDGE