**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | November 02, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   17-1328, Roselle, et al v. Berger & Montague
Dist/Ag docket: 1:90-CV-00181-JLK

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Jonathan Auerbach
    Gary B. Blum
    Joseph J. Bronesky
    Stanley M. Chesley
    Caitlin G. Coslett
    Eric Cramer
    Merrill G. Davidoff
    Paul M. De Marco
    Bruce H. DeBoskey
    Marcy Geoffrey Glenn
    Kenneth A. Jacobsen
    Steven William Kelly
    David Evans Kreutzer
    Douglas J. Kurtenbach
    Jeffrey A. Lamken
    Jean Geoppinger McCoy
    R. Bruce McNew
    Ellen T. Noteware
    Louise M. Roselle
    Ronald Simon
    David Francis Sorensen
    John David Stoner
    Kevin T. Van Wart
    Bradley Herman Weidenhammer

EAS/na