IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

---

**DECLARATION OF MICHAEL E. HAMER, HEFFLER CLAIMS GROUP, IN SUPPORT OF PLAINTIFFS' AND CLASS COUNSEL'S MOTION FOR A SECOND DISTRIBUTION OF THE NET SETTLEMENT FUNDS; FOR INITIAL DISTRIBUTION AWARDS TO CLAIMANTS WHO SUBMITTED VALID, TIMELY CLAIMS; AND FOR ADJUSTMENTS TO INITIAL DISTRIBUTION AWARD AMOUNTS**

1

I, Michael E. Hamer, declare as follows:

1.     I am a Client Services Manager at Heffler Claims Group LLC ("Heffler"), the Court-approved Settlement and Claims Administrator. (See the Court's Order Appointing Heffler Claims Group as Settlement and Claims Administrator, ECF No. 2417.) I am over 21 years of age and not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     I submit this declaration in connection with Plaintiffs' and Class Counsel's Motion for a Second Distribution of the Net Settlement Funds; for Initial Distribution Awards to Claimants Who Submitted Valid, Timely Claims; and for Adjustments to Initial Distribution Award Amounts.

3.     As of October 31, 2018, Heffler has distributed a total of $107,569,323.15 to 8,460 claimants in this matter.

4.     Since the Court's May 8, 2018 Order Granting Class Counsel's Motion for a Supplemental Interim Distribution (ECF No. 2516), Heffler has verified and accepted as valid 40 claims that were timely submitted but which have not yet received any payment. These 40 claims were not verified and accepted sooner because, although these claims were timely submitted, they were originally submitted without sufficient documentation, or were otherwise incomplete as originally submitted. If approved, the initial distribution awards for these claims would result in payments of an additional $355,071.55. In addition to those claims, Heffler has verified and accepted as valid adjustments to 224 claims that were timely submitted but are due a supplemental initial award based on the documented adjustment. These supplemental initial awards result from claimants who have submitted supplemental documentation to increase their percentage share of their claim, as well as claims for which supplemental research showed

changes to assessed amounts and/or property types. If approved, the supplemental initial awards for these claims would result in payment of an additional $1,698,776.06. Finally, Heffler has verified and accepted as valid adjustments to seven (7) claims that were timely submitted but based on the documented adjustment were initially overpaid in their initial distribution awards. These adjustments result from changes made to claimants' calculated percentage based on supplemental documentation and identification of typographical errors. If approved, the overpayment of initial awards for these claims would result in reduction of these claimants' Second Distribution payments (relative to what they would have been otherwise) totaling $16,364.68.

5. I estimate that the net initial distribution amount will total approximately $109,606,806.08 following the initial distribution awards and adjustments (described above in paragraph 4) to those claimants who submitted valid, accepted claims.

6. Heffler estimates that the Second Distribution will result in approximately $95.52 million being paid to Claimants who have timely filed valid claims, if the Second Distribution payment amounts are calculated in the manner set in Plaintiffs' and Class Counsel's Motion for a Second Distribution of the Net Settlement Funds.

7. Heffler understands, based on information from consultant Dr. Mark McNulty, who is assisting in the claim distribution calculations, that less than 20% of the money distributed in the Second Distribution will be distributed to claimants owning property located within two miles of the southeast corner of the Rocky Flats Plant, even accounting for the relatively higher weighting that Plaintiffs and Class Counsel request be given to properties located within two miles of the southeast corner of the Rocky Flats Plant. The exact percentage cannot yet be calculated and will depend in part on the final determination of the payment

3

amount to the Farmer's Reservoir and Irrigation Company ("FRICO"). (FRICO's claim is addressed below.)

8. Based on information from Dr. Mark McNulty, I understand that FRICO's initial distribution award and Second Distribution award will not exceed a total of $9,354,662.96, even if the FRICO claim is treated as vacant using the 1989 assessed values for FRICO's claimed property and using the same methodology used to calculate the initial distribution and Second Distribution awards due to other claimants.

9. Heffler also understands, based on information from consultant Dr. Mark McNulty, that under the proposed method of calculating Second Distribution amounts set forth in the accompanying motion and memorandum in support that (a) claimants owning property more than two miles from the southeast corner of the Rocky Flats Plant would receive a second distribution equal to 0.867698 times the amount of their first distribution; and (b) claimants owning property located within two miles of the southeast corner of the Rocky Flats Plant would receive a second distribution equal to 1.301547 times the amount of their first distribution (where 1.301547 is 1.5 times 0.867698). The multipliers referenced herein are rounded to six decimal places, but the exact figures will be used in calculating the Second Distribution award amounts.

10. Heffler estimates that future claims and administration expenses and taxes due on the interest earned by the Net Settlement Funds will not exceed $2,000,000.

11. A sample of the letter that Heffler proposes to send with Second Distribution awards is attached as Exhibit A to this Declaration. The letter makes clear that the Second Distribution award is in addition to the initial distribution award already paid to each Claimant. (A revised version of this letter will be sent to those claimants whose initial distribution awards will be adjusted, as described above in paragraph 4.)

4

12. A sample of the letter that Heffler proposes to send to claimants who will receive a single combined check for their initial and second distributions is attached as Exhibit B to this Declaration. The letter makes clear that these claimants will receive a single check that includes both the initial and second distributions.

13. A map showing the area within two miles of the Plant is attached as Exhibit C to this Declaration.

Dated: November 6, 2018

Michael E. Hamer

# EXHIBIT "A"

**ON CHECK STUB:**

| | |
|---|---|
| Class Member ID: | 30281xxxxxxxx |
| Claim Number: | xxxxxxxxxx |
| Check Number: | xxxxxx |
| Check Date: | xx/xx/xxxx |
| Payee: | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| Property: | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| Second Award: | $xx,xxx.xx |
| Percentage (rounded): | «Percent»% |
| Check Amount: | $xx,xxx.xx |

**PLEASE RETAIN THIS STUB FOR YOUR RECORDS.**

**Rocky Flats Settlement**
**c/o Heffler Claims Group**
**Settlement and Claims Administrator**
**P.O. Box 58459**
**Philadelphia, PA 19102-8459**
**1-844-528-0187**
*www.RockyFlatsSettlement.com*

[Date]

Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*,
       No. 90-cv-00181-JLK (D. Colo.)

Dear Claimant:

      We are the Settlement and Claims Administrator appointed by the Court in the above-listed matter, and along with Class Counsel, are pleased to send you the attached Second Distribution check.  Based upon our review of the information submitted in connection with your Proof of Claim Form, we have determined that your claim is valid and eligible for this award from the Net Settlement Fund, and that you, as the claimant, are entitled to the "Percentage" of the award (listed on the check stub) for the "Property" (also listed on the check stub) based on the circumstances of your claim and the Property. (This Percentage is 100% if you are the only person who is entitled to file a claim in connection with the Property, and you will receive 100% of the award associated with the Property.  If the Percentage is less than 100%, it is because there are multiple persons entitled to a share of the award.  For example, if you are one of four people who were equal owners of the Property in 1989 [or one of four heirs to the 1989 owner], then you will receive 25% of the award associated with the Property.)

      Please note that the Court approved this Second Distribution, and approved the manner of calculating the second distribution amount.  The Court's order approving this distribution and related documents are on the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*.

      Because the tax treatment of these award payments varies based on each Authorized Claimant's tax status and circumstances, you should consult your tax advisor to determine the tax consequences, if any, of these award payments to you.  Please note that the Internal Revenue Service has issued regulations under Internal Revenue Code §468B that may affect your tax treatment of these award payments.

      **PLEASE NOTE THAT IF YOUR ADDRESS OR CONTACT INFORMATION HAS CHANGED SINCE SUBMITTING YOUR CLAIM FORM, OR CHANGES AT ANY TIME IN THE FUTURE, YOU MUST CONTACT US WITH YOUR NEW ADDRESS OR CONTACT INFORMATION AT YOUR EARLIEST CONVENIENCE.  PLEASE BE SURE TO INCLUDE YOUR CLAIM NUMBER IN ANY CORRESPONDENCE OR COMMUNICATIONS WITH US.  MAKE SURE THAT YOU WRITE AND KEEP YOUR CLAIM NUMBER (LISTED ON THE CHECK STUB) BEFORE YOU CASH OR DEPOSIT YOUR CHECK SO THAT YOU WILL HAVE YOUR CLAIM NUMBER FOR FUTURE CORRESPONDENCE WITH US.**

   Additionally, if you have any questions about your claim or this letter or check, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*.  Thank you.

          Sincerely,

          Heffler Claims Group
          Settlement and Claims Administrator

# EXHIBIT "B"

**ON CHECK STUB:**

| | |
|---|---|
| Class Member ID: | 30281xxxxxxxx |
| Claim Number: | xxxxxxxxxx |
| Check Number: | xxxxxx |
| Check Date: | xx/xx/xxxx |
| Payee: | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| Property: | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| Property Category (1989): | Residential / Commercial / Vacant Land |
| Initial Award: | $xx,xxx.xx |
| Second Award: | $xx,xxx.xx |
| Percentage (rounded): | «Percent»% |
| Check Amount: | $xx,xxx.xx |

**PLEASE RETAIN THIS STUB FOR YOUR RECORDS.**

**Rocky Flats Settlement**
**c/o Heffler Claims Group**
**Settlement and Claims Administrator**
**P.O. Box 58459**
**Philadelphia, PA 19102-8459**
**1-844-528-0187**
*www.RockyFlatsSettlement.com*

[Date]

Re:   *Cook, et al. v. Rockwell International Corp. and The Dow Chemical Co.*,
      No. 90-cv-00181-JLK (D. Colo.)

Dear Claimant:

We are the Settlement and Claims Administrator appointed by the Court in the above-listed matter, and along with Class Counsel, are pleased to send you the attached distribution check.  Based upon our review of the information submitted in connection with your Proof of Claim Form, we have determined that your claim is valid and eligible for the Initial and Second awards from the Net Settlement Fund, and that you, as the claimant, are entitled to the "Percentage" of the awards (listed on the check stub) for the "Property" (also listed on the check stub) based on the circumstances of your claim and the Property.  (This Percentage is 100% if you are the only person who is entitled to file a claim in connection with the Property, and you will receive 100% of the award associated with the Property.  If the Percentage is less than 100%, it is because there are multiple persons entitled to a share of the award.  For example, if you are one of four people who were equal owners of the Property in 1989 [or one of four heirs to the 1989 owner], then you will receive 25% of the award associated with the Property.)

*Please note that the Court has authorized two distributions to claimants who submitted valid claims.  However, the enclosed check represents both your initial and second distribution, combined.  In other words, while other claimants may receive a second check, you instead are receiving a single check, which combines both your initial and second distributions into one check.  For this reason, the initial and second distribution amounts are listed above – and you are receiving a single check for the total of the initial and second distribution amounts.*

Please note that the Court approved these distributions and approved the manner of calculating the distribution amounts.  The Court's orders approving the distributions and related documents are on the official, Court-approved settlement website: www.RockyFlatsSettlement.com.

**Special Note:**  Pursuant to the Court-approved Plan of Allocation of the Settlement Fund[1] ("the Plan of Allocation"), this letter and enclosed check constitute notification to you of the awards, and of the process for Class members to seek adjustment of the amount of their awards under the Plan of Allocation.  The calculations of the initial and second payments are based on the formula set forth in the Plan of Allocation, which utilizes various data including the 1989 assessed value of the Property, the 1989 assessed values of other properties in the Class area, and the

---

[1] The Plan of Allocation, and other important documents, can be found at the official Settlement website, *www.RockyFlatsSettlement.com*.

amount of the Net Settlement Fund.  **To seek adjustment of the awards, you must**: (i) notify us in writing that you are seeking adjustment of the awards, identified with the claim number listed above; (ii) provide us with a written explanation that includes the grounds for the sought adjustment, including any supporting documentation; <u>and</u> (iii) not cash or deposit this check in any manner.  You must return this check and submit the required information and supporting documents to us at the address on this letterhead, postmarked on or before <mark>[date]</mark>, which is thirty (30) days from the date of this letter.  <u>Remember to attach only copies of acceptable supporting documentation.  Do not send original deeds, wills, or other original documents as these items cannot be returned to you by the Settlement and Claims Administrator; send only copies of documents.</u>  **PLEASE KEEP A COPY OF EVERYTHING YOU SEND TO US FOR YOUR RECORDS.**

**We strongly suggest if you seek adjustment, that you send your response to this letter by certified mail, return receipt requested (or any other delivery method that provides you with proof of mailing and of our receipt).**

Because the tax treatment of these award payments varies based on each Authorized Claimant's tax status and circumstances, you should consult your tax advisor to determine the tax consequences, if any, of these award payments to you.  Please note that the Internal Revenue Service has issued regulations under Internal Revenue Code §468B that may affect your tax treatment of these award payments.

**PLEASE NOTE THAT IF YOUR ADDRESS OR CONTACT INFORMATION HAS CHANGED SINCE SUBMITTING YOUR CLAIM FORM, OR CHANGES AT ANY TIME IN THE FUTURE, YOU MUST CONTACT US WITH YOUR NEW ADDRESS OR CONTACT INFORMATION AT YOUR EARLIEST CONVENIENCE.  PLEASE BE SURE TO INCLUDE YOUR CLAIM NUMBER IN ANY CORRESPONDENCE OR COMMUNICATIONS WITH US.  MAKE SURE THAT YOU WRITE AND KEEP YOUR CLAIM NUMBER (LISTED ON THE CHECK STUB) BEFORE YOU CASH OR DEPOSIT YOUR CHECK SO THAT YOU WILL HAVE YOUR CLAIM NUMBER FOR FUTURE CORRESPONDENCE WITH US.**

Additionally, if you have any questions about your claim or this letter or check, or need assistance with anything related to your claim, please contact us: (a) in writing at the address on this letterhead; (b) by telephone at 1-844-528-0187; or (c) through the "Contact" section of the official, Court-approved settlement website: *www.RockyFlatsSettlement.com*.  Thank you.

Sincerely,

Heffler Claims Group
Settlement and Claims Administrator

# EXHIBIT "C"

Two Miles From
Southeast Plant Corner
Class area
McCaslin Blvd
State Hwy 128
W 120th Ave
Interlocken Loop
US Hwy 287
Upper Church Lake
Wadsworth Pkwy
US Hwy 36
Lower Church Lake
Rocky Flats Site
Indiana St
Denver Boulder Tpke
Mower Reservoir
Standley Lake
Wadsworth Blvd
86th Pkwy
W 88th Ave
Kipling St
W 86th Pkwy
Coal Creek Canyon Rd
Upper Twin Lake
Lower Twin Lake
Pond Lake
W 80th Ave
Leyden Lake
Lake Arbor
Tucker Lake
W 72nd Ave
Oberon Lake
N
W
E
S

