**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**NOTICE OF WITHDRAWAL**

Pursuant to D.C.COLO.LAttyR 5(b), John S. Zakhem of Jackson Kelly PLLC, hereby requests withdrawal from representation from the following Movants: Estate of Mildred Abbott, Carol Barnes, on behalf of the Estate of Danny Abney, Lisa Abraham, Elizabeth Adams, Cathy Adams (f/k/a Kathy), Phyllis Adams, Gloria Little, Administratrix for the Estate of Ruby Adams, Ruby Adamson, Susan Adkins, Clantha Akers, Effie Elizabeth Alsip, Juanita Alton, Chip Alvey, on behalf of the Estate of Jo Ann Alvey, George W. Applegate, Administrator for the Estate of Phyllis Applegate, Cindy Armstrong- Kemp, Susan Arvin, Clara Atkinson, Linda Back, Vicky Bailey, Mary Ann Bailey, Jamie Bailey, Charlotte Baker, Carla Baldwin, Marilyn Barnes, Lee Bartley, Jr., Teresa Baumgardner, Debra Bays Plybon, Linda Beggs, Patricia Belcher, Leisa Belding, Eleanor Berry, Margie Berry, Margaret Bingham, John Black, on behalf of Estate of

Emma Black, Sharon Blair, Janice Blair, Carol Boggs, Lori Boone, Joie Botkins, Kathy Bowling, Angie Lynn Bowman, Virginia Braden, LaDonna Brame, James Branham, Kathy Branham, Ruby Branham, Norma Brewer, Amy Maria Glodo, Administratrix for the Estate of Alma Brock, Brian Renner, Administrator for the Estate of Glenna Brock Powell Renner, Joyce A. Brown, Barbara Brown, Sharon Brown, Sarah Balenovich, Administratrix for Estate of Edith Browning, Trena Brumfield obo Nathaniel Brumfield, Administrator for Estate of Wathalee Brumfield, Linda Brumley, Billie Brumley-Bradford, Kimberly Brummett, Teresa Bruner, Patricia Bryant, Leslie Bullock-Pennington, Marilyn Burgess, Administratrix for Estate of Warren Burgess, Janice Burton, Tina Bush, Sherrie Butler, Donna S. Campbell, Loretta Canada, Buel Cantrell, Debbie Carman-Staton, Tonya Carter, Wallace Carter, Charlotte Cason-Custard, Lisa Caudill-Trusty, Connie Centers, Tony Childress, Gloria Clark, William Clark, Rosemary Click, Pamela S. Clift, Allen Coker, Shirley Coleman, Tara Coleman, Debra Collier, Margaret Collier, Linda Colvin, Phyllis Combs, Ronnie Cook, Mark Cornn, Sandra Cotton Gilley, Nadine Couch, Joseph Cowley, Jo Ann Cox, Barbara Crain, Doris Creech, Deloris Criswell, Pamela Crowe, Tracy Curtis, Doris W. Dabney (now Christopherson), Mary Daughtery, Ginger Davidson Gibson, Elizabeth Davis, Sandra Davis, Mae Biddle-Dawson, Karen Dean, Jan Delaney, Regina DeSpain-Kliessendorff, Judy Dile, Al Doser, Belva Dotson, Teresa Duff, Linda Dunaway, Tami Edwards Engle, Amanda Edwards Wood, Martha Elliot, Saundra Erp, Charlotte Estepp, Sarah Estes, Susan Ezell, Melissa Faye Beamon, Janet Fentress, Wendy Fitch, Administratrix for Estate of Sheila Fitch, Vickie D. Flannery, Bernita Flynn, Tara Foster-Gifford-McCutchen, Rhoda Franklin, Timothy Franklin, Freda Frizzell, Beulah Fugate, Naomi Lois Rushing, Administratrix for the Estate of Clara Fulks, Patricia Gaunce, Barbara Gay, Ken Gayheart, Joni

Gibson, James Benjamin Gibson, Administrator for Estate of Jessie Gibson, Gladys Gilbert, Stephanie Gist, Estate of Ruby Godbey, Rosemary Godby, Joyce Goff Wells, Stephen F. Baker, Esq., Estate of Debra Goode-Miranda, Joyce Gordon, Tammie Grant, Amy Gray, Sherry Green, Donna Green, Norma Hall, Allie Hall, Geraldine Hall, Barbara Hampton, Rhonda Hancock, Leona Gail Handley, Joyce Hanley, Rebecca Harris, Debra Harrison, Joy Hassler-Miller, Yolanda Hayden, Barbara Heizer, Barbara Hellmueller, Wanda Helton, Louise Duvall, Administratrix for Estate of Gary Hendrickson, Vickie Henry, Marcus Highley, Charlene Hill, Karen Hillard, Janice Hilton, Linda Hinkle, Jacqueline Hocker, Myra Hood, Vicky Hood, Lora Hoover, Evelyn Hopkins, Charlene Horn, Mary Horning, Linda Hoskins, Cloyd Hoskins, Marilyn Howard, Louisa Moss Howard, Donna Marlene Howser-Nakagawa, Charlotte Hughes, Marcia Hughes-Harness, Alicia Roberts, Trustee for Estate of Marjorie Hulse, Sheila Humphreys, Margaret Hunt (n/k/a Mesaris), Wanda Hunter, Brenda Hutchcraft, Lorene Hutcherson, Katherine Hutchison, Deborah Johnson, Administratrix for Estate of Emma Ison, Della Jackson, Mary Ann Jackson, Katina Jackson, Betty Davidson, Administratrix for the Estate of Evelyn Jackson, Linda James, Debbie Jeffrey, Garnet Johnson-Coleman, Ernestine Leslie Johnstone, Kathy Jones, Beulah Jones, Judy Jones, Linda Jones, Troy Jones, Gerry Jones, Betty Jordan, Tony B. Kelly, Administrator for the Estate of Betty Kelly, April Keltner Nuxoll, Patricia Kennedy –Stutz, Gerald King, Katherine King, Pattie Kitts, Betty Kluck, Lucille Krey, Linda Larkins, Emily Lewis, Joy Perry, Administratrix for the Estate of Milton Lewis, Angela Lewis-Mullinix, Sandra Dee Littleton, Sherry Long, Angela Shackleford, Administratrix for the Estate of Linda Long, Kathy Lovan-Day, Pam Sullivan/Sharon Stevens, on behalf of the Estate of Rebecca Lovell, Charlotte Lush, Linda Malone-McGowan, Paula Mann, Pamela Marlowe,

Malanei Marro, Mary Martin, Bobbie Martin, Linda Martin, Connie Mason, Joni McClanahan, Lavonna McDaniel, Connie McGirr, Roberta McGuire, Tammy McGuire-Robinson, Jacquelyn McMurtry, Sheila Lynn Meece, Wanda Metzger, Linda L. Miller, Delores Miller, Marie Miller, Roberta Miller, Administratrix for the Estate of Michael Miller, Nellie Miller, Linda F. Miller, Leslie Minton, Shane Romines, Esq., Adminstrator for the Estate of Kathy Miracle, Beverly Mitchell, Eudora Montgomery, Rhonda Moore, Margaret Moore, April Morris, Donna Muddiman-Cornish, Mary Napier, Wanda Faye Neace, Elizabeth Neal, Linda Nevels Diana Newlin Riddle, Wilma Noe, Kathy Nolan Dinsmore, Glenora Pace, Louverna Parks, Myrtle Parrish, Judith Peck, Lisa Peek, Recie Pennington, Jeff Perkins, Helen Perkins, JoeAnn Perkins-Spencer, Stacy Perkins, Doris Phelps, Sonja Pickett, Angela VanVlymen, Administratrix for the Estate of Norma Pickett, Brian Powell, Mary P'Pool-Holland, Trena Preston, Suzanne Price, Rita Profitt Norman, Lynne Pursel, Sharon Rainwater, Billie Reese, Brenda Rentas, on behalf of Anthony Rentas, Teena Nicholson/ Hope Smith, on behalf of the Estate of Arlie Rhodes, Evelyn Rhodes, Melissa Riley Meece, Administratrix for the Estate of Raymond Riley, Levetta Rivera, Odena Roaden, Billie June Roberts, Patricia Roberts, Renee Roberts, Fetina Robinson, Patricia N. Robinson, Carol Rogers, Vina Rose, Cathy Rose, Larry Roseberry, Jr., Administrator for the Estate of Larry Rosenberry, Sr., Mary Sams, Kathy Sands, Thomas Sapp, Phillip E. King, Jr., Esq., Administrator for the Estate of Justus Scharold, Maxine Seals, Crystal Seals-Gibson, Margaret Branhan, Administratrix for the Estate of Lisa Sexton, Monica Sexton-Napier, Margaret Sharon , Michelle Sharpe-Roberts, Janet Short-Roberts, Linda Caudill, Administratrix for the Estate of Laureda Short, Loretta Sidwell (now Dishman), P. Brian Couch, Esq., Administrator for the Estate of Ada Sizemore, April Slatten-Jones, Carole Slone, Elaine Smith,

Barbara Smith, Freda Smith, James Wesley Smith, Administrator for the Estate of Sharon Smith, Darcy Snowden Talbert, Peggy Spears, Cora Stapleton, Robert S. Stauffer, Executor for the Estate of Paul Stauffer, Corina Stearns, Nancy Stephens, Kenneth Stephens, Administrator for the Estate of Connie Stephens, Leland Stevenson, Administrator for the Estate of Sharon Stevenson, Marlene Stewart, Marlene Jones, Administratrix for the Estate of Loretta Stidham, Betty Stone, Lesta Irene Stout, Donna Stromowsky, Fred Sturgill, Administrator for the Estate of Connie Sturgill, Craig Sudduth, Trustee, on behalf of Marjorie Sudduth, Lisa Swiger, Sharon Tackett, Executrix for the Estate of Ella Tackett, Marcella Hays, Administratrix for the Estate of Priscila Tafolla, The Estate of Charles Tapley, Ella Taylor, Linda Taylor, Mary Taylor, Jeanne Thomas, Nancy Thompson, Karen Thompson-McClain, James G. Thurman, Marguerite Toler, Administratrix for the Estate of Roy Toler, Stephanie Carter, Administratrix for the Estate of Linda Toler, Elizabeth Trent, Jennifer Trimble, Joetta Tucker, Deborah Turner, Patricia Turner, Drucilla Turner, Valorie Turner, Linda Vance, Linda Vannarsdall-Collins, Debbie Vogt Schneider, Bobbie Walker, Charlotte Baker, Administratrix for the Estate of Lane Walker, Loraine Wallen, Cindy Walters, Betty Ward, Administratrix for the Estate of Martin Ward, Elizabeth Washburn, Wanda Watkins, Cheryl Watson, Judy Whitaker, Kim White, Patricia White, Mary White-Lynch, Catherine Whitlock, Joyce Whitt, Betty Jean Widner, Todd Williams, Administrator for the Estate of Gloria Williams, Bethany Willinger, Geneva Wilson, Melody Winer, Connie Wolfe, Bill Wombles, Edna Barrett & Nancy Harmon, on behalf of the Estate of Artie Woods, Fern Wooten, Edwina Wright, Roger Dale Wright, Sandra Wright , Debora Wright-Mitsui, Tammy Wright, Sheila Yates, Karen Young- Coffield, Sandra Zeman, n/k/a Kasandra Kahli Zeman-Balentine, (collectively, "Movants").

On November 2, 2016, John S. Zakhem filed a Motion to Substitute as Real Parties in Interest on behalf of Movants. On January 9, 2017, this motion was denied. Therefore, undersigned counsel does not represent any parties in this case and no longer requires notification of filings. Therefore, John Zakhem hereby requests to be removed from the CM/ECF system for all future notifications in this case.

Dated: November 27, 2018.

                                                Respectfully submitted,

                                                */s/ John S. Zakhem*
                                                John S. Zakhem
                                                JACKSON KELLY
                                                1099 18th Street, Suite 2150
                                                Denver, CO 80202
                                                Phone: (303) 390-0351
                                                Fax:  (303) 390-0177
                                                Email:   jszakhem@jacksonkelly.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon the registered users of the Court's CM/ECF filing system via this system this 27th day of November, 2018.

/s/ John S. Zakhem
John S. Zakhem