IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
And THE DOW CHEMICAL COMPANY,

       Defendants.

**DECLARATION OF ROB RAHRS IN SUPPORT OF THE FARMERS RESERVOIR AND IRRIGATION COMPANY'S APPEAL OF CLASS COUNSEL'S DETERMINATION OF FRICO'S CLAIM**

I, Rob Rahrs, being first duly sworn, depose and state as follows:

1.     I am over 21 years of age.

2.     I am employed by the Farmers Reservoir and Irrigation Company ("FRICO") as a Geographic Information System (GIS) specialist and Water Engineer. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify consistent with the statements in this declaration.

3.     I submit this declaration in connection with FRICO's Appeal of Class Counsel's Determination of FRICO's Claim.

4.     I mapped FRICO's various land deeds using a program called ArcGIS, which is published by a company named ESRI. I accomplished this task by inputting the

1

**EXHIBIT 1**

metes and bounds legal description of each deed into the ArcGIS software. In order to calculate the acreage of each of FRICO's parcels, I used a calculation function available in the ArcGIS software that automatically calculated the acreage for each of FRICO's deed parcels based on the metes and bounds legal description.

5. I input the metes and bounds legal description of each of FRICO's deeds accurately to the best of my knowledge and ability.

6. I was not paid or directed to reach any particular result in mapping FRICO's deeds or in calculating the acreage of FRICO's various parcels of land, nor did I attempt to do so.

7. To the best of my knowledge, the deed maps and acreage figures FRICO submitted to Class Counsel are correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2019.

Rob Rahrs

2