



Rocky Flats Deed Map — Figure: Deed 1. Vacant Land 3.40 Acres; Commercial Lands 2.37 Acres.



FIGURE: DEED 2 — ROCKY FLATS DEED MAP





Commercial Lands 5.67 Acres

Vacant Lands 5.24 Acres

Legend
- Commercial Lands
- Vacant Lands

ROCKY FLATS DEED MAP
FIGURE: DEED 4
FRICO



ROCKY FLATS DEED MAP — FIGURE: DEED 6







**Commercial Lands 0.11 Acres**

**Vacant Lands 0.02 Acres**

2S 69W

Legend
- Commercial Lands
- Vacant Lands

0   500   1,000   2,000 Feet

**ROCKY FLATS DEED MAP**

**FIGURE: DEED 10**

FRICO

Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community



ROCKY FLATS DEED MAP — FIGURE: DEED 11



**Vacant Lands 0.62 Acres**

**Commercial Lands 1.04 Acres**

**Legend**
- Commercial Lands
- Vacant Lands

0 — 500 — 1,000 — 2,000 Feet

**ROCKY FLATS DEED MAP**

**FIGURE: DEED 13**

**Vacant Lands 0.43 Acres**

**Commercial Lands 0.74 Acres**

Legend
- Vacant Lands
- Commercial Lands

ROCKY FLATS DEED MAP

FIGURE: DEED 14

**Vacant Lands 375.56 Acres**

**Commercial Lands 1228.30 Acres**

**FRICO Dam 108.26 Acres**

Legend
- FRICO Dam
- Commercial Lands
- Vacant Lands

ROCKY FLATS DEED MAP

FIGURE: DEED 15

**Vacant Lands
2.09 Acres**

**Commercial Lands
5.93 Acres**

2S 69W

**Legend**
- Vacant Lands
- Commercial Lands

0 — 500 — 1,000 — 2,000 Feet

**ROCKY FLATS DEED MAP**

**FIGURE: DEED 16**

FRICO



**Commercial Lands 9.37 Acres**

ROCKY FLATS DEED MAP

FIGURE: DEED 17