# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW COMPANY,

Defendants.

## ENTRY OF APPEARANCE FOR SUSAN S. MINAMIZONO

I, Susan S. Minamizono of the law firm **LEVIN SITCOFF PC**, pursuant to D.C.COLO.LAttyR 5, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Waite, Schneider, Bayless, and Chesley, Co., L.P.A.

Dated this 24th day of January 2019.

    Respectfully submitted,

    **LEVIN SITCOFF PC**

    *s/ Susan S. Minamizono*
    Bradley A. Levin
    Susan S. Minamizono
    1512 Larimer Street, Suite 650
    Denver, CO 80202
    Telephone: (303) 575-9390
    Fax: (303) 575-9385
    bal@levinsitcoff.com
    ssm@levinsitcoff.com
    **Attorneys Waite, Schneider, Bayless & Chesley Co., L.P.A.**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of January, 2019, a true and correct copy of the foregoing **ENTRY OF APPEARANCE FOR SUSAN S. MINAMIZONO** was electronically filed with the Clerk of the Court using the CM/ECF system and served on the following by the method indicated which will send notification of said filing to the following email addresses:

Bradley Herman Weidenhammer    bradley.weidenhammer@kirkland.com, nshea@kirkland.com

Carlotta P. Wells    carlotta.wells@usdoj.gov

Craig D. Joyce    cjoyce@fwlaw.com, paralegal@fwlaw.com, tfox@fwlaw.com

Daniel R. Satriana , Jr    satriana@sbattys.com, epsteini@csbattorneys.com

David F. Sorensen    dsorensen@bm.net

Douglas J. Kurtenbach    dkurtenbach@kirkland.com, joppenheimer@kirkland.com, mnomellini@kirkland.com

Douglas M. Poland    dpoland@gklaw.com

Ellen T. Noteware    enoteware@bm.net, csimon@bm.net

Jarrod Martin Mohler    jmohler@rkpt.com, bbass@rkpt.com, pledonne@rkpt.com

Jean Geoppinger McCoy    jmccoy@wgmlpa.com

Joseph B. Dischinger    jdischinger@fwlaw.com, dackerman@fwlaw.com, paralegal@fwlaw.com

Joseph John Bronesky    jbronesk@shermanhoward.com, ddavis@shermanhoward.com, efiling@sah.com

Juan G. Villasenor    juan.villasenor@judicial.state.co.us, annette.dolce@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCivil@usdoj.gov, USACO.ECFFLUAtty@usdoj.gov

Kevin T. Van Wart    KevinVanWart@kirkland.com, jmiller13@dow.com

Lester C. Houtz    lester.houtz@bartlit-beck.com, renee.grimmett@bartlit-beck.com

Louise M. Roselle    lroselle@msdlegal.com, dholcomb@msdlegal.com, dpendygraft@msdlegal.com

Marcy Geoffrey Glenn    mglenn@hollandhart.com, IntakeTeam@HollandHart.com, kjoriley@hollandhart.com

Mark S. Lillie     mlillie@kirkland.com

Martin Thomas Tully     martin.tully@actuatelaw.com

Merrill Gene Davidoff     mdavidoff@bm.net, sleo@bm.net

Michael A. Thurman     michael@thurman-legal.com

Michael Alan Galasso     mgalasso@rkpt.com, bbass@rkpt.com

Peter B. Nordberg     pnordberg@bm.net, peter@nordberg.us

Ronald Simon     ron@1707law.com, mike@1707law.com

Steven William Kelly     skelly@s-d.com, cchristman@s-d.com, penningtonv@s-d.com

 

 

*s/ Nicole R. Peterson*
Nicole R. Peterson