**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
And THE DOW CHEMICAL COMPANY

      Defendants.

---

**UNOPPOSED MOTION REGARDING PAYMENT OF ATTORNEY FEES AND COSTS TO WAITE SCHNEIDER BAYLESS & CHESLEY CO., LPA**

---

Waite Schneider Bayless & Chesley Co., LPA ("WSBC"), by and through counsel, Bradley A. Levin and Susan S. Minamizono of the law firm LEVIN SITCOFF PC, hereby moves the Court for the entry of an Order providing instructions to Lead Class Counsel specifying the manner in which Lead Class Counsel should make the payment for the award of attorney fees and reimbursement of litigation expenses due to WSBC.

### D.C.COLO.LCivR 7.1(a) CERTIFICATION

Undersigned has been advised that Lead Class Counsel has reviewed this Motion and the proposed Order Regarding Payment of Attorney Fees and Costs to Waite Schneider Bayless & Chesley Co., LPA, a copy of which is attached to this Motion, and has no opposition to the Motion and entry of the proposed Order.

## INTRODUCTION

As the Court is aware, WSBC has been involved in various lawsuits with judgment creditors of Stanley M. Chesley, former owner of WSBC, regarding, among other things, the proper recipient of the attorney fees and expense reimbursement funds owed to WSBC in this case. The Chesley judgment creditors and WSBC have reached a settlement concerning those matters and, as part of that settlement, the United States District Court for the Southern District of Ohio, Judge Robert Cleland presiding, has entered an Agreed Judgment Entry and Permanent Injunction in *McGirr, et al., v. Rehme, et al.,* Case No. 1:16-cv-00464, directing that the funds owed to WSBC in this case should be paid to Peter L. Ecabert, escrow agent, at 838 Euclid Avenue, Suite 406, Lexington, Kentucky 40502.

At Lead Class Counsel's request, WSBC files this motion to obtain an Order from this Court authorizing Lead Class Counsel to pay the $7,000,056.24 owed to WSBC to the aforementioned escrow agent as set forth in Judge Cleland's Agreed Judgment in *McGirr*.

## MOTION

For several years, WSBC has been involved in litigation with numerous judgment creditors of Stanley M. Chesley ("Chesley") arising out of a $42 million dollar judgment against Chesley entered by Judge James E. Schrand in the Boone County, Kentucky Circuit Court.  *Abbott, et al., v. Chesley, et al.,* Case No. 05-CI-00436, Second Amended Judgment entered October 22, 2014 (the "Chesley Judgment").  The Chesley Judgment was affirmed on appeal.  One of the lawsuits involving WSBC and Chesley's judgment creditors in the *Abbott* case, *McGirr, et al., v. Rehme, et al.,* Case No. 1:16-cv-00464, pending in the United States District Court, Southern District of Ohio, was filed in April 2016.

On September 9, 2016, WSBC executed a Deed of Assignment, pursuant to which all of WSBC's assets were assigned to Eric Goering, as Assignee, subject to approval of the Ohio Probate Court.  On September 12, 2016, the Deed of Assignment was approved by the Hamilton County, Ohio Probate Court, which commenced an Assignment for the Benefit of Creditors case for WSBC and its creditors (the "ABC Action").  Upon approval of the Deed of Assignment, all rights to WSBC's share of any attorney fees and costs in this case were transferred to the Assignee, subject to the supervision and approval of the Ohio Probate Court.

The *McGirr* plaintiffs opposed the ABC Action and filed a petition with the Ohio Supreme Court seeking a writ of prohibition against Probate Judge Ralph Winkler, the judge presiding over the ABC Action, and a motion to stay.  Judge Winkler moved to dismiss and Goering, having been permitted intervention, joined in the motion to dismiss.  The *McGirr* plaintiffs also attempted to intervene in this case as real parties in interest with respect to any award of attorney fees and costs that may be made to WSBC.  This Court denied that request.  (Doc. 2433).

While Judge Winkler's motion to dismiss was pending in the Ohio Supreme Court, this Court conducted the Final Fairness Hearing on April 28, 2017. The Court awarded $7,000,056.24 to WSBC in attorney fees and costs. In light of the "real party in interest dispute" between Chesley and Chesley's judgment creditors (the *Abbott* judgment creditors), this Court stated that the WSBC attorney fees and expenses be "paid to the receiver of that law firm."

On October 5, 2017, the Ohio Supreme Court granted a peremptory writ of prohibition barring further proceedings in the ABC Action. A copy of the Writ of Prohibition is attached as **Exhibit A**. The Ohio Probate Court thereafter dismissed the ABC Case on October 5, 2017, which nullified Mr. Goering's appointment as Assignee, voided the transfer of WSBC's assets to the Assignee, and caused those assets to revert to WSBC. A copy of the Ohio Probate Court's Entry of Dismissal is attached as **Exhibit B**.

After the dismissal of the ABC Action, the *McGirr* case continued and WSBC's assets remained subject to the terms of a preliminary injunction entered by the *McGirr* Court. A copy of the preliminary injunction in *McGirr* is attached as **Exhibit C.**

The *McGirr* plaintiffs and WSBC engaged in settlement negotiations. While those negotiations were ongoing, the Court in *McGirr* entered an Opinion and Order Appointing Receiver and Setting Terms of Receivership (*McGirr* Doc. 193), a copy of which is attached as **Exhibit D**. Ten days later, the *McGirr* Court entered its Order Staying Case Pending Settlement Negotiations (*McGirr* Doc. 196), attached as **Exhibit E**, which, among other things, stayed the appointment of a Receiver for WSBC pending settlement negotiations.

In September, 2018, the *McGirr* plaintiffs and WSBC submitted an Agreed Judgment Entry and Permanent Injunction to Judge Cleland in *McGirr*. On October 3, 2018, Judge Cleland entered

the Agreed Judgment Entry and Permanent Injunction (the "Agreed Judgment") (*McGirr* Doc. 197), a copy of which is attached as **Exhibit F**. Pursuant to the Agreed Judgment, the order appointing a Receiver for WSBC was vacated (Agreed Judgment ¶9) and Judge Cleland directed that WSBC's share of any attorney fees and costs in this case be paid as follows:

> 4. The funds owed to WBSC on account of the Rocky Flats case totaling $7,000,056.24 shall be paid to Peter L. Ecabert, escrow agent, at 838 Euclid Avenue, Suite 406, Lexington, Kentucky  40502.

**WHEREFORE**, Waite Schneider Bayless & Chesley Co., LPA respectfully asks this Court to grant this Motion and enter the attached Order so the funds being held by Lead Class Counsel can be distributed and the terms of the Agreed Judgment in *McGirr* can be implemented.

Dated this 24th day of January 2019.

Respectfully submitted,

**LEVIN SITCOFF PC**

*s/ Bradley A. Levin*
Bradley A. Levin
Susan S. Minamizono
1512 Larimer Street, Suite 650
Denver, CO 80202
Telephone: (303) 575-9390
Fax: (303) 575-9385
bal@levinsitcoff.com
ssm@levinsitcoff.com
**Attorneys for Waite, Schneider, Bayless & Chesley Co., LPA**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2019, a true and correct copy of the foregoing **UNOPPOSED MOTION REGARDING PAYMENT OF ATTORNEY FEES AND COSTS TO WAITE SCHNEIDER BAYLESS & CHESLEY CO., LPA (DOC. NO. 2420)** was electronically filed with the Clerk of the Court using the CM/ECF system and served on the following by the method indicated which will send notification of said filing to the following email addresses:

Bradley Herman Weidenhammer    bradley.weidenhammer@kirkland.com, nshea@kirkland.com

Carlotta P. Wells    carlotta.wells@usdoj.gov

Craig D. Joyce    cjoyce@fwlaw.com, paralegal@fwlaw.com, tfox@fwlaw.com

Daniel R. Satriana, Jr    satriana@sbattys.com, epsteini@csbattorneys.com

David F. Sorensen    dsorensen@bm.net

Douglas J. Kurtenbach    dkurtenbach@kirkland.com, joppenheimer@kirkland.com, mnomellini@kirkland.com

Douglas M. Poland    dpoland@gklaw.com

Ellen T. Noteware    enoteware@bm.net, csimon@bm.net

Jarrod Martin Mohler    jmohler@rkpt.com, bbass@rkpt.com, pledonne@rkpt.com

Jean Geoppinger McCoy    jmccoy@wgmlpa.com

Joseph B. Dischinger    jdischinger@fwlaw.com, dackerman@fwlaw.com, paralegal@fwlaw.com

Joseph John Bronesky    jbronesk@shermanhoward.com, ddavis@shermanhoward.com, efiling@sah.com

Juan G. Villasenor    juan.villasenor@judicial.state.co.us, annette.dolce@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCivil@usdoj.gov, USACO.ECFFLUAtty@usdoj.gov

Kevin T. Van Wart    KevinVanWart@kirkland.com, jmiller13@dow.com

Lester C. Houtz    lester.houtz@bartlit-beck.com, renee.grimmett@bartlit-beck.com

Louise M. Roselle    lroselle@msdlegal.com, dholcomb@msdlegal.com,

dpendygraft@msdlegal.com

Marcy Geoffrey Glenn     mglenn@hollandhart.com, IntakeTeam@HollandHart.com, kjoriley@hollandhart.com

Mark S. Lillie     mlillie@kirkland.com

Martin Thomas Tully     martin.tully@actuatelaw.com

Merrill Gene Davidoff     mdavidoff@bm.net, sleo@bm.net

Michael A. Thurman     michael@thurman-legal.com

Michael Alan Galasso     mgalasso@rkpt.com, bbass@rkpt.com

Peter B. Nordberg     pnordberg@bm.net, peter@nordberg.us

Ronald Simon     ron@1707law.com, mike@1707law.com

Steven William Kelly     skelly@s-d.com, cchristman@s-d.com, penningtonv@s-d.com

                                              *s/ Nicole R. Peterson*
                                              Nicole R. Peterson