**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
And THE DOW CHEMICAL COMPANY

    Defendants.

---

**ORDER REGARDING UNOPPOSED MOTION REGARDING**
**PAYMENT OF ATTORNEY FEES AND COSTS TO**
**WAITE SCHNEIDER BAYLESS & CHESLEY CO., LPA**

---

After reviewing the Unopposed Motion Regarding Payment of Attorney Fees and Costs to Waite Schneider Bayless & Chesley Co., LPA, including the attached Agreed Judgment Entry and Permanent Injunction entered on October 3, 2018, in the *McGirr, et al., v. Rehme, et al.,* Case No. 1:16-cv-00464, pending in the United States District Court, Southern District of Ohio, and for good cause showing, the Court hereby GRANTS the Motion. Lead Class Counsel shall pay Waite Schneider Bayless & Chesley Co., LPA's share of the award of attorney fees and expenses totaling $7,000,056.24 to Peter L. Ecabert, escrow agent, at 838 Euclid Avenue, Suite 406, Lexington, Kentucky 40502, as stated in the *McGirr* Agreed Judgment.

DATED this _____day of _____ 2019.

                                  UNITED STATES DISTRICT JUDGE