IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
And THE DOW CHEMICAL COMPANY,

    Defendants.

### ORDER REGARDING UNOPPOSED MOTION REGARDING PAYMENT OF ATTORNEY FEES AND COSTS TO WAITE SCHNEIDER BAYLESS & CHESLEY CO., LPA

After reviewing the Unopposed Motion Regarding Payment of Attorney Fees and Costs to Waite Schneider Bayless & Chesley Co., LPA, including the attached Agreed Judgment Entry and Permanent Injunction entered on October 3, 2018, in the *McGirr, et al., v. Rehme, et al.,* Case No. 1:16-cv-00464, pending in the United States District Court, Southern District of Ohio, and for good cause showing, the Court hereby GRANTS the Motion [CM/ECF No. 2546]. Lead Class Counsel shall pay Waite Schneider Bayless & Chesley Co., LPA's share of the award of attorney fees and expenses totaling $7,000,056.24 to Peter L. Ecabert, escrow agent, at 838 Euclid Avenue, Suite 406, Lexington, Kentucky 40502, as stated in the *McGirr* Agreed Judgment.

    DATED this 28th day of January, 2019.

                                                   JOHN L. KANE
                                                   SENIOR U.S. DISTRICT JUDGE