# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## CLASS COUNSEL'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION REGARDING THE FARMERS RESERVOIR AND IRRIGATION COMPANY'S REPLY IN SUPPORT OF ITS APPEAL OF CLASS COUNSEL'S DETERMINATION OF FRICO'S CLAIM

The Farmers Reservoir and Irrigation Company's Reply in Support of Its Appeal of Class Counsel's Determination of FRICO's Claim (ECF No. 2550) ("FRICO Reply") contains a few new assertions that Class Counsel believe may be material to the Court's resolution of FRICO's Appeal. Accordingly, Class Counsel respectfully request that the Court grant leave for Class Counsel to file the attached Declaration of Wayne Hunsperger in Response to The Farmers Reservoir and Irrigation Company's Reply in Support of Its Appeal of Class Counsel's Determination of FRICO's Claim, dated February 25, 2019, which addresses FRICO's new factual assertions.

Class Counsel conferred with FRICO's counsel pursuant to D. C. Colo. L. Civ. R. 7.1(a), and FRICO's counsel stated that FRICO opposes this Motion.

Dated:  February 25, 2019                                    Respectfully submitted,

                                                                */s/ Merrill G. Davidoff*  
                                                                Merrill G. Davidoff  
                                                                Caitlin G. Coslett  
                                                                BERGER MONTAGUE PC  
                                                                1818 Market Street, Suite 3600  
                                                                Philadelphia, PA 19103  
                                                                (215) 875-3000  

                                                                *Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 25th of February, 2019, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                            */s/ Merrill G. Davidoff*
                                            Merrill G. Davidoff
                                            BERGER MONTAGUE PC
                                            1818 Market Street, Suite 3600
                                            Philadelphia, PA 19103
                                            (215) 875-3000