**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

_____

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
And THE DOW CHEMICAL COMPANY,

      Defendants.

_____

**THE FARMERS RESERVOIR AND IRRIGATION COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MR. HUNSPERGER'S SUPPLEMENTAL DECLARATION**
_____

Settlement Class Member, The Farmers Reservoir and Irrigation Company ("FRICO"), through its attorneys, Fairfield and Woods, P.C., submits this unopposed Motion for Extension of Time to Respond to Mr. Hunsperger's Supplemental Declaration ("Motion").

**Certification Pursuant to D.C.COLO.LCivR Rule 7.1(a)**

Undersigned counsel conferred with class counsel regarding this Motion. Class Counsel informed FRICO that it does not oppose FRICO's request for a one-week extension of time to respond to Mr. Hunsperger's supplemental declaration.

1

## Motion

1. On February 25, 2019, Class Counsel filed a motion for leave to file a supplemental declaration. Doc. No. 2551.

2. On February 26, 2019, this Court granted Class Counsel's motion and allowed FRICO an opportunity to respond. Doc. No. 2552.

3. FRICO is the applicant in water court Case No. 2016CW3052.

4. The trial in Case No. 2016CW3052 began on February 25, 2019, and is scheduled to conclude on March 4, 2019.

5. Counsel for FRICO and FRICO's General Manager are currently litigating Case No. 16CW3052 in the Colorado District Court for Water Division 1.

6. During trial, counsel for FRICO and FRICO's General Manager have limited time to work on non-trial related matters and it will be exceedingly difficult for FRICO to adequately respond to Mr. Hunsperger's supplemental declaration by March 5, 2019.

7. A one-week extension of time, up to and including March 12, 2019, will provide FRICO with sufficient time to respond to Mr. Hunsperger's supplemental declaration.

WHEREFORE, FRICO respectfully requests a one-week extension of time, up to and including March 12, 2019, to provide a response to Mr. Hunsperger's supplemental declaration.

3

DATED this 27th day of February 2019.

                                          *s/ Joseph B. Dischinger*
Craig D. Joyce
Joseph B. Dischinger
Dean C. Hirt, III
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
(303) 830-2400
(303) 830-1033 (fax)
Email: cjoyce@fwlaw.com,
jdischinger@fwlaw.com,
dhirt@fwlaw.com
ATTORNEYS FOR THE FARMERS RESERVOIR AND IRRIGATION COMPANY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of February 2019, a true and correct copy of the foregoing **THE FARMERS RESERVOIR AND IRRIGATION COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MR. HUNSPERGER'S SUPPLEMENTAL DECLARATION** was sent to the following by First Class Mail:

Vicki Foy
718 Sherman Street
Fort Morgan, Colorado 80701

and the undersigned hereby certifies that the foregoing **THE FARMERS RESERVOIR AND IRRIGATION COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MR. HUNSPERGER'S SUPPLEMENTAL DECLARATION** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Joseph John Bronesky | jbronesk@shermanhoward.com |
| | efiling@sah.com |
| | ddavis@shermanhoward.com |
| Merrill Gene Davidoff | mdavidoff@bm.net |
| | sleo@bm.net |
| Paul De Marco | demarcoworld@yahoo.com |
| Michael Alan Galasso | mgalasso@rkpt.com,bbass@rkpt.com |
| Marcy Geoffrey Glenn | mglenn@hollandhart.com |
| | kjoriley@hollandhart.com |
| | IntakeTeam@HollandHart.com |
| Lester C. Houtz | lester.houtz@bartlit-beck.com |
| | renee.grimmett@bartlit-beck.com |
| Steven William Kelly | skelly@s-d.com |
| | cchristman@s-d.com |
| | penningtonv@s-d.com |
| Douglas J. Kurtenbach | dkurtenbach@kirkland.com |
| | mnomellini@kirkland.com |

4

|  | joppenheimer@kirkland.com |
|---|---|
| Bradley Aaron Levin | bal@levinsitcoff.com |
|  | nrp@levinsitcoff.com |
|  | kjh@levinsitcoff.com |
|  | naw@levinsitcoff.com |
|  | bjh@levinsitcoff.com |
| Mark S. Lillie | mlillie@kirkland.com |
| Jean Geoppinger McCoy | jmccoy@wgmlpa.com |
| Susan S. Minamizono | ssm@levinsitcoff.com |
|  | nrp@levinsitcoff.com |
|  | kjh@levinsitcoff.com |
| Jarrod Martin Mohler | jmohler@rkpt.com |
|  | pledonne@rkpt.com |
|  | bbass@rkpt.com |
| Peter B. Nordberg | pnordberg@bm.net |
|  | peter@nordberg.us |
| Ellen T. Noteware | enoteware@bm.net |
|  | csimon@bm.net |
| Douglas M. Poland | dpoland@gklaw.com |
| Louise M Roselle | lroselle@msdlegal.com |
|  | dpendygraft@msdlegal.com |
|  | dholcomb@msdlegal.com |
| Daniel R. Satriana, Jr | satriana@sbattys.com |
|  | epsteini@csbattorneys.com |
| Ronald Simon | ron@1707law.com |
|  | mike@1707law.com |
| David F. Sorensen | dsorensen@bm.net |
| Michael A. Thurman | michael@thurman-legal.com |
| Martin Thomas Tully | martin.tully@actuatelaw.com |
| Kevin T. Van Wart | KevinVanWart@kirkland.com |

5

|  | jmiller13@dow.com |
| --- | --- |
| Juan G. Villasenor | juan.villasenor@usdoj.gov |
|  | annette.dolce@usdoj.gov |
|  | USACO.ECFFLUAtty@usdoj.gov |
|  | USACO.ECFCivil@usdoj.gov |
|  | CaseView.ECF@usdoj.gov |
| Bradley Herman Weidenhammer | bradley.weidenhammer@kirkland.com |
|  | nshea@kirkland.com |
| Carlotta P. Wells | carlotta.wells@usdoj.gov |

*s/ Susan Wilkerson*
Susan Wilkerson, Paralegal

6