**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

_____

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
And THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**[PROPOSED] ORDER GRANTING THE FARMERS RESERVOIR AND IRRIGATION COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MR. HUNSPERGER'S SUPPLEMENTAL DECLARATION**
_____

       This matter comes before the Court on The Farmers Reservoir and Irrigation Company's ("FRICO") unopposed Motion for Extension of Time to Respond to Mr. Hunsperger's Supplemental Declaration ("Motion").

       The Court, having considered FRICO's Motion, and being otherwise fully advised in the matter, hereby grants FRICO's Motion. FRICO may respond to Mr. Hunsperger's declaration on or before March 12, 2019.

2

IT IS SO ORDERED.

BY THE COURT:

_____
John L. Kane, Senior District Judge
United States District Court