# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

### PLAINTIFFS' AND CLASS COUNSEL'S MOTION FOR A THIRD AND FINAL DISTRIBUTION OF THE NET SETTLEMENT FUNDS

For the reasons set forth in the accompanying memorandum in support and related materials, Class Counsel and Plaintiffs Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] respectfully move for an Order approving a Third and Final Distribution of the Net Settlement Funds to claimants who submitted valid, timely claims, to be distributed in the *pro rata* manner set forth in the attached memorandum in support, using the same methodology of calculating payment amounts that the Court approved with respect to the Second Distribution. *See* ECF No. 2539 (Order Granting Plaintiffs' and Class Counsel's Motion for a Second Distribution). Plaintiffs and Class Counsel also respectfully request that the Court authorize $150,000 to be held in escrow for anticipated future administrative costs.

Dated:  August 1, 2019

Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000

Steven W. Kelly
S&D Law
1290 Broadway, Suite 1650
Denver, CO, 80203
(303) 399-3000

*Attorneys for Plaintiffs and the Class*

---

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of August, 2019, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel.

                                                 */s/ Merrill G. Davidoff*
                                                 Merrill G. Davidoff
                                                 BERGER MONTAGUE PC
                                                 1818 Market Street, Suite 3600
                                                 Philadelphia, PA 19103
                                                 (215) 875-3000