IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

---

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DECLARATION OF MICHAEL E. HAMER, HEFFLER CLAIMS GROUP, IN SUPPORT OF PLAINTIFFS' AND CLASS COUNSEL'S MOTION FOR A THIRD AND FINAL DISTRIBUTION OF THE NET SETTLEMENT FUNDS**

1

I, Michael E. Hamer, declare as follows:

1. I am a Client Services Manager at Heffler Claims Group LLC ("Heffler"), the Court-approved Settlement and Claims Administrator. (See the Court's Order Appointing Heffler Claims Group as Settlement and Claims Administrator, ECF No. 2417.) I am over 21 years of age and not a party to this action. This Declaration is based upon my personal knowledge as well as information provided to me by my associates and staff.

2. I submit this declaration in connection with Plaintiffs' and Class Counsel's Motion for a Third and Final Distribution of the Net Settlement Funds.

3. As of August 1, 2019, Heffler has distributed a total of $107,572,481.25 in Initial Distribution awards and $97,790,068.54 in Second Distribution awards to 8,504 claimants in this matter.

4. As of August 1, 2019, approximately $10,534,897.71 remains in the Net Settlement Fund for further distribution.

5. Heffler estimates that future claims and administration expenses and taxes due on the interest earned by the Net Settlement Funds will not exceed $150,000.00.

6. Heffler estimates that the proposed Third Distribution, if approved by the Court, will result in approximately $10,384,897.71 being paid to Claimants who have timely-filed, valid claims, if the Third Distribution payment amounts are calculated in the manner set in Plaintiffs' and Class Counsel's Motion for a Third and Final Distribution of the Net Settlement Funds. That would leave approximately $150,000.00 in the Net Settlement Fund, which Plaintiffs and Class Counsel propose to hold in escrow to cover future administration expenses.

7. Heffler understands, based on information from consultant Dr. Mark McNulty, who is assisting in the claim distribution calculations, that less than 20% of the money distributed in the Third Distribution will be distributed to claimants owning property located within two miles of the southeast corner of the Rocky Flats Plant, even accounting for the relatively higher weighting that Plaintiffs and Class Counsel request be given to properties located within two miles of the southeast corner of the Rocky Flats Plant.

8. Because the proposed methodology for the Third and Final Distribution is the same as the methodology that the Court approved for the Second Distribution, the weighting adjustments applied to claimant properties for purposes of calculating Third and Final Distribution payment amounts will be the same as those that the Claims Administrator applied in calculating Second Distribution payments. Thus, all claimants—regardless of whether the claimant's property was residential, vacant, or commercial, or whether their property is located within two miles of the southeast corner of the Rocky Flats Plant—will receive a Third and Final Distribution award, on a pro rata basis, equal to approximately 10.78 percent of the amount of their Second Distribution. This is because the Third Distribution award amounts are calculated in the same way that the Second Distribution award amounts were calculated and approximately 10.78 percent as much money will be distributed in the Third Distribution as compared to the Second Distribution.

9. A copy of the letter that Heffler proposes to send with Third Distribution awards is attached as Exhibit A to this Declaration. The letter makes clear that the Third Distribution award is in addition to the distribution awards already paid to each Claimant.

10. A map showing the area within two miles of the Plant is attached as Exhibit B to this Declaration.

Dated: August 1, 2019

_____
Michael E. Hamer

4