# EXHIBIT "B"

Two Miles From
Southeast Plant Corner
McCaslin Blvd
State Hwy 128
Interlocken Loop
W 120th Ave
US Hwy 287
Upper Church Lake
Wadsworth Pkwy
US Hwy 36
Lower Church Lake
Rocky Flats Site
Indiana St
Denver Boulder Tpke
Ketner Resv
Mower Reservoir
Class area
Standley Lake
Wadsworth Blvd
86th Pkwy
W 88th Ave
Kipling St
Upper Twin Lake
Lower Twin Lake
Welton Reservoir
W 86th Pkwy
Coal Creek Canyon Rd
Pond Lake
N
W
E
S
Leyden Lake
W 80th Ave
Lake Arbor
Tucker Lake
Blunn Reservoir
W 72nd Ave
Oberon Lake

