IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

**PLAINTIFFS' AND CLASS COUNSEL'S MOTION FOR
*CY PRES* DISTRIBUTION OF NET SETTLEMENT FUNDS**

For the reasons set forth in the accompanying Memorandum in Support, Declaration of Michael E. Hamer of Kroll Settlement Administration LLC, the Settlement and Claims Administrator, in Support of Plaintiffs' and Class Counsel's Motion for *Cy Pres* Distribution of Net Settlement Funds, and related materials, Class Counsel and Plaintiffs Merilyn Cook, Richard and Sally Bartlett, and William and Delores Schierkolk[1] respectfully move for an Order approving a *Cy Pres* Distribution as set forth in the accompanying Memorandum, to be allocated evenly between the nonprofit organizations Public Justice Foundation (https://www.publicjustice.net/) and Colorado Legal Services (https://www.coloradolegalservices.org/).

Dated:  July 16, 2021                                          Respectfully submitted,

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000

Steven W. Kelly
S&D Law
1290 Broadway, Suite 1650
Denver, CO, 80203
(303) 399-3000

*Attorneys for Plaintiffs and the Class*

---

[1] Delores Schierkolk is deceased, but William Schierkolk is her heir and representative.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 16th day of July, 2021, he caused the foregoing submission to be served via the Court's ECF system on all participating counsel. A copy will also be posted on the settlement website, at www.rockyflatssettlement.com/home/documents.

      */s/ Merrill G. Davidoff*
Merrill G. Davidoff
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000